**EXHIBIT O**

Documents Related to Shipment No. 13:

Forwarder's Cargo Receipt No. 7795872469 (with Invoice No. 201821492528 and
related packing list attached)

**UPS Supply Chain Solutions™**  UPS

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | 96584654S<br>EXPORT REFERENCES | 7795872469<br>DATE OF RECEIPT OF CARGO<br><br>01-SEP-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2892 ATTN: MARY ELLEN WRATISCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: CAIU8185134<br>SEALCODE1:<br>CN0651877<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 504 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7H, B2P7J<br>DEPT# 009<br>REF#803<br>ITEM#140095924320<br>6.5FT CAROLINA SPRUC500 MULTI LIGHTS<br>ITEM#140077502326<br>6.5FT VANCOUVER FIR 8F 400L DUAL COLOR | 7956.000 KG<br>17539.970 LB | 65.117<br>2299.281 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|
| Document List 18-AUG-2018 | Original   Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 0        1 | |
| PACKING LIST | 0        1 | |

SHENZHEN
Issued by _____

Month —Sep——— Day —10——— Year —2018———



# UPS Supply Chain Solutions℠

**OTI License No. 275F**

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

CONSIGNED (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2932 ATTN: MARY ELLEN WRATSCHKO

| BOOKING NO. | CARGO RECEIPT NO. |
|---|---|
| 965846546 | 7795872469 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | 01-SEP-2018 |

### THIS IS NOT A DOCUMENT OF TITLE.
### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limit
to \$0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

| RECEIPT BY PRE-CARRIER | | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>CLHU8522683<br>SEALCODE1:<br>CN0580167<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 557 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>6.5FT CAROLINA SPR 500 CLEAR LIGHTS<br>KMART PO#B2P7G<br>DEPT# 009<br>REF#803<br>ITEM#140095924312 | 7798.000 KG<br>17191.640 LB | 65.061 M<br>2297.304 |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

**Document List** 18-AUG-2018

| | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her and on the reverse of this document which are incorporated her by reference. These Terms limit or exclude UPS Supply Chai Solutions liability and include certain indemnities to UPS Suppl Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month — Sep — Day — 10 — Year — 2018 —



UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions™ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | 965846546 | 7795872469 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>01-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g order and condition from Shipper, the package(s) listed below are said to cor the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle higher value is declared on this receipt and the extra charge paid, liability is lim to $0.50 per pound of goods lost or damaged. If COGSA governs with the for law, its limitation, described in paragraph 3 on the reverse hereof, controls un a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)

| PRE-CARRIAGE ATTN: MARY ELLEN WRAJSCHK RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)   PORT OF LOADING   YANTIAN CHINA | |
| MSC VEGA 835N   YANTIAN CHINA | |
| PORT OF DISCHARGE   PLACE OF DELIVERY BY ON-CARRIER   NUMBER OF ORIGINALS | |
| LOS ANGELES, CA   WILMINGTON, CA 90744 DOOR   1/ONE | |

EXPORT LICENSE NO.

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>HASU4222255<br>SEALCODE1:<br>CN0589203<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 880 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>6FT POP UP 931 TIPS<br>KMART PO#B2NQ3<br>DEPT# 009<br>REF#803<br>ITEM#140094475720<br>ORIGINAL | 4136.000 KG<br>9118.320 LB | 66.623<br>2352.458 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List   18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month ― Sep ― Day ― 10 ― Year ― 2018

# UPS Supply Chain Solutions™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions** ℠   UPS

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

BOOKING NO.
~~965846546~~
EXPORT REFERENCES

CARGO RECEIPT NO.
~~7795872469~~
DATE OF RECEIPT OF CARGO
01-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2892 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

PRE-CARRIAGE BY   PLACE OF RECEIPT BY PRE-CARRIER

EXPORT CARRIER (VESSEL/VOY/FLAG)   PORT OF LOADING
~~MSC VEGA 835N~~   ~~YANTIAN, CHINA~~

PORT OF DISCHARGE   PLACE OF DELIVERY BY ON CARRIER
~~LOS ANGELES, CA~~   ~~WILMINGTON, CA 90744 DOOR~~

NUMBER OF ORIGINALS
1/ONE

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: HASU4740547 SEALCODE1: CN6885058 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 778 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7J, B2NQ5 DEPT# 009 REF#803 ITEM#140077502326 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR ITEM#140094475746 7FT PVC PENCIL 656 TIPS | 8308.000 KG 18316.000 LB | 65.371 M 2308.250 F |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 16-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by   SHENZHEN
_____

Month ~~Sep~~   Day ~~10~~   Year ~~2018~~

# UPS Supply Chain Solutions ™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

BOOKING NO. 965846546
EXPORT REFERENCES

CARGO RECEIPT NO. 7795872469
DATE OF RECEIPT OF CARGO

01-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2892 ATTN: MARY ELLEN WRATSCHK

### THIS IS NOT A DOCUMENT OF TITLE.
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is:

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR   1/ONE | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>MRKU2792322<br>SEALCODE1:<br>CN0578056<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 578 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>7FT CLEARWATER 500 CLEAR LT<br>KMART PO#B2P7N<br>DEPT# 009<br>REF#803<br>ITEM#140096106174<br><br>ORIGINAL | 8092.000 KG<br>17839.800 LB | 65.014<br>2295.644 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:

| Document List | 8-AUG-2018 | Original | Copy |
|---|---|---|---|
| COMMERCIAL INVOICE | | 0 | 1 |
| PACKING LIST | | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month —Sep—   Day —10—   Year —2018—



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
FORWARDER'S CARGO RECEIPT

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | 965846546<br>EXPORT REFERENCES | 7795872469<br>DATE OF RECEIPT OF CARGO<br><br>01-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2492 ATTN: MARY ELLEN WRA TSCH K

## THIS IS NOT A DOCUMENT OF TITLE.
### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU3211382<br>SEALCODE1:<br>CN0580203<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 557 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>6.5FT CAROLINA SPR 500 CLEAR LIGHTS<br>KMART PO#B2P7G<br>DEPT# 009<br>REF#803<br>ITEM#140095924312 | 7798.000 KG<br>17191.640 LB | 65.061 I<br>2297.304 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month — Sep —   Day — 10 —   Year — 2018 —




# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

## UPS Supply Chain Solutions ℠ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | 965846546<br>EXPORT REFERENCES | 7795872469<br>DATE OF RECEIPT OF CARGO<br><br>01-SEP-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)

| PRE-CARRIAGE BY / PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|
| 404-9882 ATTN: MARY ELLEN WRATHER | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| | YANTIAN CHINA |
| MSC VEGA 835N | PLACE OF DELIVERY BY ON-CARRIER |
| PORT OF DISCHARGE | YANTIAN CHINA |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR |

NUMBER OF ORIGINALS
1/ONE

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU3278724<br>SEALCODE1:<br>CN0668601<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 557 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7G, B2P7H<br>DEPT# 009<br>REF#803<br>ITEM#140095924312<br>6.5FT CAROLINA SPR 500 CLEAR LIGHTS<br>ITEM#140095924320<br>6.5FT CAROLINA SPRUC500 MULTI LIGHTS<br><br>ORIGINAL | 7798.000 KG<br>17191.640 LB | 65.062<br>2297.339 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month _Sep_ Day _10_ Year _2018_

# UPS Supply Chain Solutions™ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

BOOKING NO.
965846546
EXPORT REFERENCES

CARGO RECEIPT NO.
7795872469
DATE OF RECEIPT OF CARGO

01-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)

PRE-CARRIAGE BY / RECEIPT BY PRE-CARRIER
404-2992 ATTN: MARY ELLEN WRA

EXPORT LICENSE NO.

EXPORT CARRIER (VESSEL/VOY/FLAG)
MSC VEGA 835N

PORT OF LOADING
YANTIAN, CHINA

PORT OF DISCHARGE
LOS ANGELES, CA

PLACE OF DELIVERY BY ON CARRIER
WILMINGTON, CA 90744 DOOR

NUMBER OF ORIGINALS
1/ONE

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>MRKU3525090<br>SEALCODE1:<br>CN0651129<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 761 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2YRV,B2P7K, B2P79<br>DEPT# 009<br>REF#803<br>ITEM#140098015480<br>4FT POT TREE 233 TIPS<br>ITEM#140022226740<br>7FT UNLIT HIGHLAND CASHMERE W PINECONES<br>ITEM#140095924239<br>4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | 7901.440 KG<br>17419.690 LB | 65.691<br>2319.549 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month — Sep ——— Day — 10 ——— Year — 2018

**UPS Supply Chain Solutions ℠** (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | 965846546<br>EXPORT REFERENCES | 7795872469<br>DATE OF RECEIPT OF CARGO<br><br>01-SEP-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2992 ATTN: MARY ELLEN WRAPSCHK

### THIS IS NOT A DOCUMENT OF TITLE.
#### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>MRKU3696236<br>SEALCODE1:<br>CN0652205<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 346 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2PEQ, B2PER<br>DEPT# 009<br>REF#803<br>ITEM#140077502334<br>7.5FT VANCOUVER FIR 8F 550L DUAL COLOR<br>ITEM#140096107214<br>9FT VANCOUVER FIR CSP 8 FUNCTION | 7242.200 KG<br>15966.310 LB | 65.160<br>2300.800 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month ─Sep─ Day ─10─ Year ─2018─

**UPS Supply Chain Solutions ℠** (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | EXPORT REFERENCES | 7795872469<br>DATE OF RECEIPT OF CARGO<br><br>01-SEP-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to \$0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2932 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| YANTIAN, CHINA | YANTIAN, CHINA | |
| MSC VEGA 835N | | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU4366922<br>SEALCODE1:<br>CN0589205<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 557 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>6.5FT CAROLINA SPRUC500 MULTI LIGHTS<br>KMART PO#B2P7H<br>DEPT# 009<br>REF#803<br>ITEM#140095924320<br>ORIGINAL | 7798.000 KG<br>17191.640 LB | 65.061<br>2297.304 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 18-AUG-2018 | | | This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit. |
|---|---|---|---|
| **Document List** | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

SHENZHEN

Issued by _____

Month —Sep—    Day —10—    Year —2018—



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions™ 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | EXPORT REFERENCES | 7795872460<br>DATE OF RECEIPT OF CARGO<br>01-SEP-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

HONG KONG

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2882 ATTN: MARY ELLEN WRA POOH K

EXPORT LICENSE NO.

| PRE-CARRIER | RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC VEGA 835N | PORT OF LOADING<br>YANTIAN CHINA | | |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER<br>YANTIAN CHINA | NUMBER OF ORIGINALS | |
| | WILMINGTON, CA 90744 DOOR | | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU4707084<br>SEALCODE1:<br>CN0578068<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 394 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>7FT ICELANDIC SPRUCE600L CLEAR<br>KMART PO#B2P7L<br>DEPT# 009<br>REF#803<br>ITEM#140022226757 | 5516.000 KG<br>12160.690 LB | 65.159 I<br>2300.764 |

*The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.*

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | |  |
|---|---|---|
| Document List 18-AUG-2018 | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month ─Sep─  Day ─10─  Year ─2018─



**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions ™

**OTI License No. 275F**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2852 ATTN: MARY ELLEN WRATSCHKO

BOOKING NO.

EXPORT REFERENCES

CARGO RECEIPT NO.
7795872469

DATE OF RECEIPT OF CARGO
01-SEP-2018

### THIS IS NOT A DOCUMENT OF TITLE.
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | YANTIAN, CHINA PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU5814209<br>SEALCODE1:<br>CN0584756<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 578 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>7FT CLEARWATER 500 CLEAR LT<br>KMART PO#B2P7N<br>DEPT# 009<br>REF#803<br>ITEM#140096106174 | 8092.000 KG<br>17839.800 LB | 65.014<br>2295.644 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 18-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____,

Month ─Sep─   Day ─10─   Year ─2018─



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED UNIT A, 10/F., WAH LUNG BUILDING 49-53 WANG LUNG STREET, TSUEN WAN NEW TERRITORIES | EXPORT REFERENCES | 7795872469 DATE OF RECEIPT OF CARGO 01-SEP-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2892 ATTN: MARY ELLEN WRANGHAM

### THIS IS NOT A DOCUMENT OF TITLE.

#### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN CHINA | |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN CHINA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU6451670 SEALCODE1: CN0652313 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 394 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE 7FT ICELANDIC SPRUCE600L CLEAR KMART PO#B2P7L DEPT# 009 REF#803 ITEM#140022226757 *ORIGINAL* | 5516.000 KG 12160.690 LB | 65.159 I 2300.764 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month ——Sep—— Day —10—— Year —2018——



**UPS SUPPLY CHAIN SOLUTIONS, INC.**

**UPS Supply Chain Solutions ℠**   

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | EXPORT REFERENCES | 7795872469<br>DATE OF RECEIPT OF CARGO<br>01-SEP-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2882 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

| PRE-CARRIER | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC VEGA 835N | PORT OF LOADING<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
| PORT OF DISCHARGE<br>LOS ANGELES, CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA 90744 DOOR | |
| | PORT OF LOADING<br>YANTIAN, CHINA | NUMBER OF ORIGINALS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>MRKU6477416<br>SEALCODE1:<br>CN0576689<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 498 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>6.5FT VANCOUVER FIR 8F 400L DUAL COLOR<br>KMART PO#B2P7J<br>DEPT# 009<br>REF#803<br>ITEM#140077502326<br>ORIGINAL | 7968.000 KG<br>17566.430 LB | 65.082<br>2298.045 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 18-AUG-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month —Sep—   Day —10—   Year —2018—

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

EXPORT REFERENCES

7795872469
DATE OF RECEIPT OF CARGO

01-SEP-2018

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

## THIS IS NOT A DOCUMENT OF TITLE.
### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2692 ATTN: MARY ELLEN WRATISCHKO

| PRE-CARRIAGE BY RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
|---|---|
| MSC VEGA 835N | YANTIAN CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRSU3575319 SEALCODE1: CN0589007 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 557 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE 6.5FT CAROLINA SPR 500 CLEAR LIGHTS KMART PO#B2P7G DEPT# 009 REF#803 ITEM#140095924312 ORIGINAL | 7798.000 KG 17191.640 LB | 65.061 2297.304 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month ——Sep—— Day —10—— Year —2018——




UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS Supply Chain Solutions** ℠   

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | | 7786872469 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>01-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.

Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)

| PRE-CARRIAGE BY 404-2882 ATTN: MARY ELLEN WRATSCHKO | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING<br>YANTIAN, CHINA | |
| MSC VEGA 835N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU0291215<br>SEALCODE1:<br>CN0659275<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1716 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>4FT POT TREE 233 TIPS<br>KMART PO#B2YRV<br>DEPT# 009<br>REF#803<br>ITEM#140098015480<br><br>ORIGINAL | 9952.800 KG<br>21942.160 LB | 65.194<br>2302.000 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | | |
|---|---|---|
| Document List 18-AUG-2018 | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month —Sep——  Day —10——  Year —2018——

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions** ℠   

OTI License No. 275F

# UPS Supply Chain Solutions™ 

UPS SUPPLY CHAIN SOLUTIONS, INC.

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | EXPORT REFERENCES | 7795872469<br>DATE OF RECEIPT OF CARGO<br>01-SEP-2018 |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION

3333 BEVERLY ROAD,

HOFFMAN ESTATES,

IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limi to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE, SUITE 250

TORRANCE, CA 90502

PHONE: (310) 404-2792 FAX: (310)

404-2882 ATTN: MARY ELLEN WRA

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC VEGA 835N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | |

PRE-CARRIAGE BY: YANTIAN, CHINA

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU0334472<br>SEALCODE1:<br>CN0666681<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1198 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P79<br>DEPT# 009<br>REF#803<br>4.5FT REDWOOD BERRY FLOCKED PINE 200 LT<br>ITEM#140095924239<br>6FT POP UP 931<br>TIPS ITEM#140094475720 | 5970.500 KG<br>13162.700 LB | 65.077<br>2297.869 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 18-AUG-2018

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

Issued by    SHENZHEN    _____

Month —Sep—  Day —10—  Year —2018—

UPS SUPPLY CHAIN SOLUTIONS, INC.

**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions™

OTI License No. 275F



# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | 7795872469 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | | 01-SEP-2018 |
| NEW TERRITORIES | | |

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

## THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)

| PRE-CARRIAGE BY ATTN: MARY ELLEN WRA TRS CARRECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) / YANTIAN, CHINA PORT OF LOADING | |
| MSC VEGA 835N / YANTIAN, CHINA PORT OF DISCHARGE / PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA / WILMINGTON, CA 90744 DOOR | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU9255380 SEALCODE1: CN0578524 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 562 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7L, B2P7N DEPT# 009 REF#803 ITEM#140022226757 7FT ICELANDIC SPRUCE600L CLEAR ITEM#140096106174 7FT CLEARWATER 500 CLEAR LT | 7868.000 KG 17345.970 LB | 65.013 2295.609 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by   SHENZHEN   _____

Month — Sep ——   Day — 10 ——   Year — 2018 ——

UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

EXPORT REFERENCES — 7795872469

DATE OF RECEIPT OF CARGO
01-SEP-2018

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2882 ATTN: MARY ELLEN WRATSCHKO

PRE-CARRIAGE BY RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO.

EXPORT CARRIER (VESSEL/VOY/FLAG) — PORT OF LOADING YANTIAN, CHINA

MSC VEGA 835N — YANTIAN, CHINA

PORT OF DISCHARGE — PLACE OF DELIVERY BY ON CARRIER

LOS ANGELES, CA — WILMINGTON, CA 90744 DOOR

NUMBER OF ORIGINALS

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>MSKU9840300<br>SEALCODE1:<br>CN0581728<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 394 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>7FT ICELANDIC SPRUCE600L CLEAR<br>KMART PO#B2P7L<br>DEPT# 009<br>REF#803<br>ITEM#140022226757 | 5516.000 KG<br>12160.690 LB | 65.159<br>2300.764 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month — Sep — Day — 10 — Year — 2018



**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions™ (ups)

**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. / CARGO RECEIPT NO. |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

CONSIGNEE (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2892 ATTN: MARY ELLEN WRATSCHKO

PRE-CARRIAGE BY / PLACE OF RECEIPT BY PRE-CARRIER

EXPORT CARRIER (VESSEL/VOY/FLAG)
MSC VEGA 835N

PORT OF LOADING
YANTIAN, CHINA

PORT OF DISCHARGE
LOS ANGELES, CA

PLACE OF DELIVERY BY ON CARRIER
YANTIAN, CHINA

WILMINGTON, CA 90744 DOOR

BOOKING NO.

CARGO RECEIPT NO.
7795872469

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
01-SEP-2018

## THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

EXPORT LICENSE NO.

NUMBER OF ORIGINALS

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>PONU7196708<br>SEALCODE1:<br>CN0589008<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 585 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2NQ3, B2P7G<br>DEPT# 009<br>REF#803<br>ITEM#140094475720<br>6FT POP UP 931 TIPS<br>ITEM#140095924312<br>6.5FT CAROLINA SPR 500 CLEAR LIGHTS | 7473.900 KG<br>16477.120 LB | 65.168 M<br>2301.082 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 18-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month —Sep—   Day —10—   Year —2018—

**UPS Supply Chain Solutions™** (ups)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions** ℠  (ups)

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

CARGO RECEIPT NO.: 7795872469

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
01-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2852 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
|---|---|---|
| MSC VEGA 835N | YANTIAN, CHINA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| LOS ANGELES, CA | WILMINGTON, CA 90744 DOOR | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO: TCNU8636695 SEALCODE1: CN0584820 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 401 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE 7FT CLEARWATER 500 CLEAR LT KMART PO#B2P7N, B2PEQ DEPT# 009 REF#803 ITEM#140096106174 7FT CLEARWATER 500 CLEAR LT ITEM#140077502334 7.5FT VANCOUVER FIR 8F 550L DUAL COLOR | 7399.600 KG 16313.320 LB | 65.089 2298.293 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List 18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h
and on the reverse of this document which are incorporated h
by reference. These Terms limit or exclude UPS Supply Ch
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by    SHENZHEN  _____

Month — Sep —   Day — 10 —   Year — 2018 —



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions ℠  (ups)



# UPS Supply Chain Solutions™  (UPS)

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES | EXPORT REFERENCES | 7795872469<br>DATE OF RECEIPT OF CARGO<br>01-SEP-2018 |

CONSIGN (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2892 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| | EXPORT LICENSE NO. |
|---|---|
| PRE-CARRIER RECEIPT BY PRE-CARRIER | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) PORT OF LOADING<br>MSC VEGA 835N · YANTIAN, CHINA | |
| PORT OF DISCHARGE PLACE OF DELIVERY BY ON CARRIER<br>LOS ANGELES, CA · WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

*(EXPORT CARRIER VESSEL fields: YANTIAN, CHINA)*

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TGBU6849731<br>SEALCODE1:<br>CN0339243<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 690 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2NQ5, B2P7L<br>DEPT# 009<br>REF#804<br>ITEM#140094475746<br>7FT PVC PENCIL 656 TIPS<br>ITEM#140022226757<br>7FT ICELANDIC SPRUCE600L CLEAR<br><br>CODE: WCD/WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY | 6650.000 KG<br>14660.740 LB | 65.258<br>2304.260 |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

---

In accordance with instruction from Buyer, we have received the following documents from shipper on:

Document List 18-AUG-2018

| | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month —Sep—  Day —10—  Year —2018—

UPS SUPPLY CHAIN SOLUTIONS, INC.



# UPS Supply Chain Solutions℠  UPS

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED UNIT A, 10/F., WAH LUNG BUILDING 49-53 WANG LUNG STREET, TSUEN WAN NEW TERRITORIES | | EXPORT REFERENCES | 7795872469 DATE OF RECEIPT OF CARGO 01-SEP-2018 |

CONSIGNEE (NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)

| PRE-CARRIAGE 404-2892 ATTN: MARY ELLEN WRATSCHKO RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)    PORT OF LOADING  YANTIAN CHINA | |
| MSC VEGA 835N | |
| PORT OF DISCHARGE    PLACE OF DELIVERY BY ON CARRIER    YANTIAN CHINA | NUMBER OF ORIGINALS |
| LOS ANGELES, CA    WILMINGTON, CA 90744 DOOR | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | SOLID WOOD PACKAGING MATERIAL. SAILING DATE: 04-SEP-2018 FCR DATE: 01-SEP-2018  ORIGINAL | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List  18-AUG-2018 | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
SHENZHEN
Issued by _____    Authorized Signatures

Month — Sep ——  Day — 10 ——  Year — 2018 ——

# COMMERCIAL INVOICE

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **KMART** | B2NQ3 | 6FT POP UP 931 TIPS | | 1,022 | 1,022 | 29.200  USD | 29,842.40  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140094475720 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  PIECES | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION:  6FT  POP UP PVC TREE
TREE NO.: 60
LIGHT COUNT AND COLOUR: 150 CLEAR LIGHTS
TIPS COUNT:  931 TIPS
GIRTH:  28IN
100PCT PVC
WRAPPED CONSTRUCTION
PLASTIC STAND
TAH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: WT18-931POPUP
ITEM UPC NO.: 810174025019
MATERIAL BREAKDOWN:
PLASTIC 30 PCT,METAL 30 PCT, LIGHT 40 PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2NQ3 | **REFERENCE NO.** | 803 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT18-931POPU P | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**    CNDONGUADON

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **KMART** | B2NQ5 | 7FT PVC PENCIL 656 TIPS | | 890 | 890 | 51.240  USD | 45,603.60  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140094475746 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  PIECES | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT CSP PENCIL PINE
TREE NO.: 72
LIGHT COUNT AND COLOUR: 220 DUAL COLOR LED
TIPS COUNT:  656 TIPS
GIRTH:  24IN
100PCT PVC
WRAP CONSTRUCTION
METAL STAND
CSP COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
EXTRA BULBS  INCLUDED
VENDOR STOCK NO.:  WT18-656
ITEM UPC NO.: 810174025026
MATERIAL BREAKDOWN:

# COMMERCIAL INVOICE

Page 2 of 10

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PLASTIC 25PCT, METAL 15PCT,LIGHT 60PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NQ5 | REFERENCE NO. | 804 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | WT18-656 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.**    103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**    CNDONGUADON

| KMART | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | 1,313 | 1,313 | 23.900 USD | 31,380.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:**  140095924239

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4.5FT REDWOOD PINE BERRY FLOCKED SPRUCE
TREE NO.: 44
LIGHT COUNT AND COLOUR: 200 CLEAR LIGHTS
TIPS COUNT: 440 TIPS
PVC THICKNESS:  0.07MM + 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH:  33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 440PB-46K
ITEM UPC NO.: 810174023442
MATERIAL BREAKDOWN:
PLASTIC 27.7PCT,METAL 10PCT, LIGHT 37.5PCT, DECORATION 24.8PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2P79 | REFERENCE NO. | 803 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | 440PB-46K | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

**FACTORY NO.**    103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

# COMMERCIAL INVOICE

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**          CNDONGUADON

| KMART | B2P7G | 6.5FT CAROLINA SPR 500 CLEAR LIGHTS | | 2,298 | 2,298 | 47.500 USD | 109,155.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 140095924312

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6.5FT CAROLINA SPRUCE
TREE NO.: 64A
LIGHT COUNT AND COLOUR: 500 CLEAR LIGHTS
TIPS COUNT: 713 TIPS
PVC THICKNESS: 0.07MM + CASHMERE/HARDNEEDLE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 46IN
PVC 45PCT CASHMERE 55PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 713-66KHZC
ITEM UPC NO.: 810174023466
MATERIAL BREAKDOWN:
PLASTIC 34PCT,METAL 17.3PCT, LIGHT 48.7PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7G | **REFERENCE NO.** | 803 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 713-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| KMART | B2P7H | 6.5FT CAROLINA SPRUC500 MULTI LIGHTS | | 1,049 | 1,049 | 47.500 USD | 49,827.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 140095924320

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
VENDOR STOCK NO.: 713-66KHZM
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6.5FT CAROLINA SPRUCE
TREE NO.: 64B
LIGHT COUNT AND COLOUR: 500 MULTI LIGHTS
TIPS COUNT: 713 TIPS
PVC THICKNESS: 0.07MM + CASHMERE/HARDNEEDLE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 46IN

# COMMERCIAL INVOICE

Page 4 of 10

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PVC 45PCT CASHMERE 55PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
ITEM UPC NO.: 810174023473
MATERIAL BREAKDOWN:
PLASTIC 34PCT,METAL 17.3PCT, LIGHT 48.7PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7H | **REFERENCE NO.** | 803 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 713-66KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.** CNDONGUADON

| KMART | B2P7J | 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR | 1,266 CARTONS | 1,266 PIECES | 76.770 USD PIECES | 97,190.82 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140077502326 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 6.5FT VANCOUVER FIR 8 FUNCTION WITH MEMORY AND REMOTE CONTROL
TREE NO. 65
LIGHT COUNT AND COLOUR: 400L LED DUAL COLOR LIGHTS
TIPS COUNT: 1230 TIPS
PVC THICKNESS: 0.07MM AND 0.12MM AND 0.14MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC ROTATING TREE STAND
FUNCTION CONTROL BOX
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
8FUNCTIONS DETAIL:
1.STEADY ON
2.SLOW SPARKLING
3.QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6.SLOW GLOW
7.FLASHING
8.COLOR SWITCHING
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
VENDOR STOCK NO.:W-1230RT-66KHZ
ITEM UPC NO.: 810174021639
MATERIAL BREAKDOWN:
36.61PCT PVC, 33.53PCT WIRE, 9.22PCT STAND,
11.01PCT LITE, 8.26PCT METAL, 1.37PCT PLASTICS

# COMMERCIAL INVOICE

Page 5 of 10

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7J | **REFERENCE NO.** | 803 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | W-1230RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.** CNDONGUADON

| KMART | B2P7K | 7FT UNLIT HIGHLAND CASHMERE W PINECONES | 557 | 557 | 31.770 USD | 17,695.89 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 140022226740

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 PIECES

ARTIFICIAL UNLIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT UNLIT HIGHLAND CASHMERE WITH PINECONES
TREE NO. 73
TIPS COUNT: 969 TIPS
PVC THICKNESS: 0.07MM, 0.12MM AND 0.4MM
WIRE GAUGE ON TIPS: 19# AND 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
JACLYN SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL,
VENDOR STOCK NO.: WT0003
ITEM UPC NO.: 810174022162
MATERIAL BREAKDOWN:
31.39PCT HARDNEEDLE, 22.61PCT PVC, 37.69PCT METAL,
5.09PCT PLASTIC, 3.22PCT DECORATION

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7K | **REFERENCE NO.** | 803 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT0003 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.** CNDONGUADON

# COMMERCIAL INVOICE

Page 6 of 10

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Yantian, China      **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2P7L | 7FT ICELANDIC SPRUCE600L CLEAR | | 1,476 | 1,476 | 61.800  USD | 91,216.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 140022226757 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  PIECES |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT ICELANDIC SPRUCE TREE
TREE NO. 76
LIGHT COUNT AND COLOUR: 600 CLEAR REGULAR LIGHTS
TIPS COUNT: 633 TIPS
PVC THICKNESS: 0.05MM, 0.07MM, 0.12MM AND 0.4MM
WIRE GAUGE ON TIPS: 19# AND 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
JACLYN SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0004-C
ITEM UPC NO.: 810174022179
MATERIAL BREAKDOWN:
33.67PCT HARDNEEDLE, 10.79PCT PVC, 14.3PCT METAL,
39.63PCT LIGHT, 1.61PCT PLASTIC

| **CONTRACT NO.** | B2P7L | **REFERENCE NO.** | 803 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT0004-C | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**      CNDONGUADON

| KMART | B2P7N | 7FT CLEARWATER 500 CLEAR LT | | 1,837 | 1,837 | 57.150  USD | 104,984.55  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 140096106174 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  PIECES |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT CLEARWATER SLIM CASHMERE
TREE NO.: 77A
LIGHT COUNT AND COLOUR: 500 CLEAR LIGHTS
TIPS COUNT: 961 TIPS
PVC THICKNESS:  0.07+0.12MM  + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  42IN
PVC 67PCT CASHMERE 33PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 961-70KHZC
ITEM UPC NO.: 810174023497
MATERIAL BREAKDOWN:

# COMMERCIAL INVOICE

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PLASTIC 31.2PCT,METAL 20.4PCT, LIGHT 48.4PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2P7N | REFERENCE NO. | 803 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | 961-70KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

FTY MID NO.          CNDONGUADON

| KMART | B2PEQ | 7.5FT VANCOUVER FIR 8F 550L DUAL COLOR | 439 | 439 | 94.760 USD | 41,599.64 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 140077502334

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT VANCOUVER FIR 8 FUNCTION WITH MEMORY AND REMOTE CONTROL
TREE NO. 89
LIGHT COUNT AND COLOUR: 550L LED DUAL COLOR LIGHTS
TIPS COUNT: 1766 TIPS
PVC THICKNESS: 0.07MM AND 0.12MM AND 0.14MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 52IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC ROTATING TREE STAND
FUNCTION CONTROL BOX
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
8FUNCTIONS DETAIL:
1.STEADY ON
2.SLOW SPARKLING
3.QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6.SLOW GLOW
7.FLASHING
8.COLOR SWITCHING
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
VENDOR STOCK NO.: W-1766RT-76KHZ
ITEM UPC NO.: 810174021646
MATERIAL BREAKDOWN:
37.36PCT PVC, 35.49PCT WIRE, 6.57PCT STAND,
10.79PCT LITE, 7.85PCT METAL, 1.94PCT PLASTICS

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2PEQ | REFERENCE NO. | 803 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | W-1766RT-76K HZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          103562

# COMMERCIAL INVOICE

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**          CNDONGUADON

| KMART | B2PER | 9FT VANCOUVER FIR CSP 8 FUNCTION | | 155 CARTONS | 155 PIECES | 113.800 USD PIECES | 17,639.00 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 140096107214

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 9FT VANCOUVER FIR
TREE NO.: 90
LIGHT COUNT AND COLOUR: 700 DUAL LED
TIPS COUNT: 1926 TIPS
PVC THICKNESS: 0.14+0.12+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 48IN
100PCT PVC
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL TREE STAND
COLOR SWITCH PLUS COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, ETL LISTED LABEL TO BE INCLUDED
EXTRA BULBS INCLUDED
VENDOR STOCK NO.: 1926-90KHZ
ITEM UPC NO.: 810174023510
MATERIAL BREAKDOWN:
PLASTIC 23PCT,  LIGHT 59PCT, METAL 18PCT
1 PC TREE PER MASTER CARTON

| **CONTRACT NO.** | B2PER | **REFERENCE NO.** | 804 |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1926-90KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**          CNDONGUADON

| KMART | B2YRV | 4FT POT TREE 233 TIPS | | 1,740 CARTONS | 1,740 PIECES | 17.890 USD PIECES | 31,128.60 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 140098015480

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE

# COMMERCIAL INVOICE

Page 9 of 10

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

ITEM DESCRIPTION: 4FT NOBLE BERRY AND PINECONES WITH GALVANIZED POT
TREE NO.: 41
LIGHT COUNT AND COLOUR: 50 WARM WHITE LED WITH 3AA BO(BATTERY NOT INCLUDED)
TIPS COUNT:  233 TIPS
GIRTH: 16IN
100PCT PVC
WRAPPED CONSTRUCTION
METAL POT STAND
TAH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
VENDOR STOCK NO.: WT18-233
ITEM UPC NO.: 810174025002
MATERIAL BREAKDOWN:
PLASTIC 20 PCT,METAL 50PCT, LIGHT 25 PCT, DECORATION 5 PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YRV | **REFERENCE NO.** | 803 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT18-233 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 14,042 | 14,042 | PIECES | 667,264.50   USD |

**TOTAL US DOLLARS SIX HUNDRED SIXTY-SEVEN THOUSAND TWO HUNDRED SIXTY-FOUR DOLLARS AND FIFTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** August 30, 2018
**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WINNERS INDUSTRY COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# PACKING LIST
### A-King-8

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2NQ3 | 6FT POP UP 931 TIPS | | | | | | |
| **ITEM:** | 140094475720 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | 1 | 0.076 | 4.700 | 3.500 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 1,022 | 1,022 | 77.374 | 4,803.400 | 3,577.000 | 0.000 |

|  | |
|---|---|
| **CONTRACT NO.** B2NQ3 | **REFERENCE NO.** 803 |
| **DC CODE** WCD | **DEPARTMENT NO.** 009 |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9386 |
| **VENDOR ITEM CODE** WT18-931POPUP | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC BROWN BOX WITH COLOR LABEL

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 61.0 | 22.2 | 55.9 | 0.076 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2NQ5 | 7FT PVC PENCIL 656 TIPS | | | | | | |
| **ITEM:** | 140094475746 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | 1 | 0.052 | 7.000 | 5.900 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 890 | 890 | 46.072 | 6,230.000 | 5,251.000 | 0.000 |

|  | |
|---|---|
| **CONTRACT NO.** B2NQ5 | **REFERENCE NO.** 804 |
| **DC CODE** WCD | **DEPARTMENT NO.** 009 |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9386 |
| **VENDOR ITEM CODE** WT18-656 | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC BROWN BOX WITH COLOR LABEL

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 24.8 | 0.052 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | | | | | | |
| **ITEM:** | 140095924239 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | 1 | 0.053 | 5.000 | 4.000 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 1,313 | 1,313 | 69.713 | 6,565.000 | 5,252.000 | 0.000 |

|  | |
|---|---|
| **CONTRACT NO.** B2P79 | **REFERENCE NO.** 803 |
| **DC CODE** WCD | **DEPARTMENT NO.** 009 |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9386 |
| **VENDOR ITEM CODE** 440PB-46K | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 25.4 | 0.053 |

# PACKING LIST

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

---

| KMART | B2P7G | 6.5FT CAROLINA SPR 500 CLEAR LIGHTS |

**ITEM:** 140095924312
**MADE IN** CHINA (MAINLAND) **PER OUTER CARTON**
**CONTENTS** 1 PIECES **TOTAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PER OUTER CARTON | | | 1 | 0.117 | 14.000 | 11.000 | |
| TOTAL | | 2,298 | 2,298 | 268.422 | 32,172.000 | 25,278.000 | 0.000 |

| CONTRACT NO. | B2P7G | REFERENCE NO. | 803 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | 713-66KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 111.8 | 30.5 | 34.3 | 0.117 |

---

| KMART | B2P7H | 6.5FT CAROLINA SPRUC500 MULTI LIGHTS |

**ITEM:** 140095924320
**MADE IN** CHINA (MAINLAND) **PER OUTER CARTON**
**CONTENTS** 1 PIECES **TOTAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PER OUTER CARTON | | | 1 | 0.117 | 14.000 | 11.000 | |
| TOTAL | | 1,049 | 1,049 | 122.531 | 14,686.000 | 11,539.000 | 0.000 |

| CONTRACT NO. | B2P7H | REFERENCE NO. | 803 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | 713-66KHZM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 111.8 | 30.5 | 34.3 | 0.117 |

---

| KMART | B2P7J | 6.5FT VANCOUVER FIR 8F 400L DUAL COLOR |

**ITEM:** 140077502326
**MADE IN** CHINA (MAINLAND) **PER OUTER CARTON**
**CONTENTS** 1 PIECES **TOTAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PER OUTER CARTON | | | 1 | 0.131 | 16.000 | 14.400 | |
| TOTAL | | 1,266 | 1,266 | 165.450 | 20,256.000 | 18,230.400 | 0.000 |

| CONTRACT NO. | B2P7J | REFERENCE NO. | 803 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | W-1230RT-66KHZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH COLOR SWITCH PLUS COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 36.8 | 31.8 | 111.8 | 0.131 |

# PACKING LIST

DATE: August 30, 2018
INVOICE NO.: 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington, CA

---

| KMART | B2P7K | 7FT UNLIT HIGHLAND CASHMERE W PINECONES |
|---|---|---|

**ITEM:** 140022226740

| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.099 | 12.320 | 10.060 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 557 | 557 | 55.222 | 6,862.240 | 5,603.420 | 0.000 |

| CONTRACT NO. | B2P7K | REFERENCE NO. | 803 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | WT0003 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH JACLYN SMITH COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 27.9 | 31.8 | 0.099 |

---

| KMART | B2P7L | 7FT ICELANDIC SPRUCE600L CLEAR |
|---|---|---|

**ITEM:** 140022226757

| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.165 | 14.000 | 12.500 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,476 | 1,476 | 244.098 | 20,664.000 | 18,450.000 | 0.000 |

| CONTRACT NO. | B2P7L | REFERENCE NO. | 803 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | WT0004-C | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH JACLYN SMITH COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 121.9 | 36.8 | 36.8 | 0.165 |

---

| KMART | B2P7N | 7FT CLEARWATER 500 CLEAR LT |
|---|---|---|

**ITEM:** 140096106174

| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.112 | 14.000 | 11.200 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,837 | 1,837 | 206.627 | 25,718.000 | 20,574.400 | 0.000 |

| CONTRACT NO. | B2P7N | REFERENCE NO. | 803 |
|---|---|---|---|
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | 961-70KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 33.0 | 0.112 |

# PACKING LIST

**DATE:** August 30, 2018
**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington, CA

---

| KMART | B2PEQ | 7.5FT VANCOUVER FIR 8F 550L DUAL COLOR |
|---|---|---|

**ITEM:** 140077502334

| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.193 | 21.200 | 19.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 439 | 439 | 84.753 | 9,306.800 | 8,692.200 | 0.000 |

| **CONTRACT NO.** | B2PEQ | **REFERENCE NO.** | 803 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | W-1766RT-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH PC PACKED IN KARFT BOX WITH COLOR SWITCH PLUS COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 36.8 | 41.3 | 0.193 |

---

| KMART | B2PER | 9FT VANCOUVER FIR CSP 8 FUNCTION |
|---|---|---|

**ITEM:** 140096107214

| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.182 | 20.600 | 19.500 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 155 | 155 | 28.285 | 3,193.000 | 3,022.500 | 0.000 |

| **CONTRACT NO.** | B2PER | **REFERENCE NO.** | 804 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1926-90KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 121.9 | 36.8 | 40.6 | 0.182 |

---

| KMART | B2YRV | 4FT POT TREE 233 TIPS |
|---|---|---|

**ITEM:** 140098015480

| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.038 | 5.800 | 4.600 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 1,740 | 1,740 | 66.106 | 10,092.000 | 8,004.000 | 0.000 |

| **CONTRACT NO.** | B2YRV | **REFERENCE NO.** | 803 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | WT18-233 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC BROWN BOX WITH COLOR LABEL

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 20.3 | 20.4 | 0.038 |

# PACKING LIST

**DATE:** August 30, 2018

**INVOICE NO.:** 201821492528

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 14,042 | 14,042 | 1,434.653 | 160,548.440 | 133,473.920 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

| **WINNERS INDUSTRY COMPANY LIMITED** |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |