# EXHIBIT P

Documents Related to Shipment No. 14:

Forwarder's Cargo Receipt No. 7795877617 (with Invoice No. 201821297012 and related packing list attached)

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | W30230350901 | 7795877617 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | CUST SH7095 CONS | 01-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent order and condition from Shipper, the package(s) listed below are said to co the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle higher value is declared on this receipt and the extra charge paid, liability is li to $0.50 per pound of goods lost or damaged. If COGSA governs with the fo law, its limitation, described in paragraph 3 on the reverse hereof, controls u a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| MOL BEAUTY 024E | YANTIAN, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH | DELANO, CA 93215 DOOR | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|---|
| CTRNO: CAIU4288704<br>SEALCODE1:<br>YMAB946363<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 314 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3734<br>DEPT#009<br>REF#108<br>ITEM#140026616037 | 5909.480 KG<br>13028.170 LB | 65.95<br>2328.9 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018 | | | This shipment will be handled subject to the terms set forth h and on the reverse of this document which are incorporated h by reference. These Terms limit or exclude UPS Supply Ch Solutions liability and include certain indemnities to UPS Sup Chain Solutions' benefit.<br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|---|---|
| Document List | Original | Copy | |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

SHENZHEN

Issued by _____

Month __Sep__ Day __10__ Year __2018__



UPS Supply Chain Solutions℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

OTI License No. 275F

# UPS Supply Chain Solutions 

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

OTI License No. 275F

| Field | Value |
|---|---|
| BOOKING NO. | W30230350901 |
| CARGO RECEIPT NO. | 7795877617 |
| EXPORT REFERENCES | CUST SH7095 CONS |
| DATE OF RECEIPT OF CARGO | 01-SEP-2018 |

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**

UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to con... the goods hereinafter described. This receipt is not valid unless verified ... signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle... higher value is declared on this receipt and the extra charge paid, liability is lim... to $0.50 per pound of goods lost or damaged. If COGSA governs with the for... law, its limitation, described in paragraph 3 on the reverse hereof, controls u... a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
|  | YANTIAN, CHINA |  |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** | |
| MOL BEAUTY 024E | YANTIAN, CHINA | |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** | **NUMBER OF ORIGINALS** |
| LONG BEACH | DELANO, CA 93215 DOOR | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME... |
|---|---|---|---|---|
| CTRNO: DRYU9528347 SEALCODE1: YMAB946358 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SN3731 DEPT#009 REF#108 ITEM#140096606769 | 5637.500 KG 12428.560 LB | 65.11 2299.3... |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h... and on the reverse of this document which are incorporated h... by reference. These Terms limit or exclude UPS Supply C... Solutions liability and include certain indemnities to UPS Su... Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month  Sep    Day  10    Year  2018



# UPS Supply Chain Solutions 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| Field | Value |
|---|---|
| BOOKING NO. | W30230350901 |
| CARGO RECEIPT NO. | 7795877617 |
| EXPORT REFERENCES | CUST SH7095 CONS |
| DATE OF RECEIPT OF CARGO | 01-SEP-2018 |

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| | |
|---|---|
| PRE-CARRIAGE BY | |
| PLACE OF RECEIPT BY PRE-CARRIER | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | MOL BEAUTY 024E |
| PORT OF LOADING | YANTIAN, CHINA |
| PORT OF DISCHARGE | LONG BEACH |
| PLACE OF DELIVERY BY ON CARRIER | DELANO, CA 93215 DOOR |
| NUMBER OF ORIGINALS | 1/ONE |
| EXPORT LICENSE NO. | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TLLU4102331<br>SEALCODE1: YMAB946320<br>MARKS & NO: SEARS<br>ITEM NO:<br>MADE IN CHINA (MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 310 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3736<br>DEPT#009<br>REF#108<br>ITEM#140096602990 | 8277.000 KG<br>18247.660 LB | 67.955<br>2399.49 |

**ORIGINAL**

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month  Sep    Day  10    Year  2018

# UPS Supply Chain Solutions℠ 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | **BOOKING NO.** W30230350901    **CARGO RECEIPT NO.** 7795877617 |
| | **EXPORT REFERENCES** CUST SH7095 CONS    **DATE OF RECEIPT OF CARGO** 01-SEP-2018 |
| **CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA | **THIS IS NOT A DOCUMENT OF TITLE.**<br>**UPS SUPPLY CHAIN SOLUTIONS, INC.**<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.<br>Declared Value is: _____ |
| **NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO | |
| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA | **EXPORT LICENSE NO.** |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** MOL BEAUTY 024E | **PORT OF LOADING** YANTIAN, CHINA | |
| **PORT OF DISCHARGE** LONG BEACH | **PLACE OF DELIVERY BY ON CARRIER** DELANO, CA 93215 DOOR | **NUMBER OF ORIGINALS** 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>YMMU6002780<br>SEALCODE1:<br>YMAB940241<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA (MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 270 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3735<br>DEPT#009<br>REF#108<br>ITEM#140078238466 | 6658.200 KG<br>14678.810 LB | 68.46<br>2417.39 |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| | | | |
|---|---|---|---|
| In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018 | | | This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
| Document List | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

SHENZHEN

Issued by _____

Month _Sep_ Day _10_ Year _2018_

# UPS Supply Chain Solutions ℠ 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | W30230350901 | 7795877617 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | CUST SH7095 CONS | 01-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
|  | YANTIAN, CHINA |  |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MOL BEAUTY 024E | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH | DELANO, CA 93215 DOOR | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>YMMU6140141<br>SEALCODE1:<br>YMAB940228<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SN3731<br>DEPT#009<br>REF#108<br>ITEM#140096606769 | 5637.500 KG<br>12428.560 LB | 65.11<br>2299.31 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month  Sep  Day  10  Year  2018



# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | W30230350901 | 7795877617 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | CUST SH7095 CONS | 01-SEP-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls un
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MOL BEAUTY 024E | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH | DELANO, CA 93215 DOOR | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|---|
| CTRNO:<br>YMMU6208827<br>SEALCODE1:<br>YMAB950816<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 434 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3726<br>DEPT#009<br>REF#108<br>ITEM#140078238458<br><br>CODE: RDE / DELANO, CA 93215 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE: 05-SEP-2018<br>FCR DATE: 01-SEP-2018 | 6692.280 KG<br>14753.950 LB | 65.79<br>2323.15 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth
and on the reverse of this document which are incorporated
by reference. These Terms limit or exclude UPS Supply C
Solutions liability and include certain indemnities to UPS Su
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRAN

*Rockyoung*

AS AGENT FOR
SHENZHEN UPS SUPPLY CHAIN SOLUTIONS IN
Authorized Signatures

Issued by _____

Month __Sep__ Day __10__ Year __2018__

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** August 31, 2018
**INVOICE NO.:** 201821297012

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Delano , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | 550 CARTONS | 550 PIECES | 83.000 USD PIECES | 45,650.00 USD |
| **ITEM:** | 140096606769 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57991/000 | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE
TREE NO.: 74A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 1138 TIPS
PVC THICKNESS: 0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZC
ITEM UPC NO.: 810174023602
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON | | | | |
| | **CONTRACT NO.** | SN3731 | **REFERENCE NO.** | 108 | | |
| | **DC CODE** | RDE | **DEPARTMENT NO.** | 009 | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | |
| | **VENDOR ITEM CODE** | 1138-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103562 | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | |
| | LIAO BU TOWN, | | | | | |
| | DONGGUAN | | | | | |
| | GUANGDONG | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNDONGUADON | | | | |
| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | 434 CARTONS | 434 PIECES | 79.550 USD PIECES | 34,524.70 USD |
| **ITEM:** | 140078238458 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 44792/000 | | | | | |
| | | CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-1289RT-66KHZ
FULL PRODUCT DESC :
CHRISTMAS 6.5FT REGAL FIR
WITH 400 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 61 | | | | |

# COMMERCIAL INVOICE

**DATE:** August 31, 2018
**INVOICE NO.:** 201821297012

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Delano, CA
FOB China

TOTAL TIPS COUNT: 1289 TIPS
(PE: 22.58%, PVC:77.42%)
LIGHT COUNT: 400 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4. SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 47INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021608
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 8.9%, PVC 25.95%, WIRE 31.98%, STAND 10.25%,
LITE 12.23%, METAL 9.18%, PLASTIC 1.51%.
THIS IS FOR SEARS FULL LINE STORE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3726 | **REFERENCE NO.** | 108 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-1289RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | 314 CARTONS | 314 PIECES | 73.000 USD PIECES | 22,922.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 140026616037
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 25891/000

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT SNOW COUNTRY FLOCKED PINE
TREE NO. 81
LIGHT COUNT AND COLOUR: 600L CLEAR REGULAR LIGHTS
TIPS COUNT: 1409TIPS
PVC THICKNESS: 0.07MM AND 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 53IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
DONNER & BLITZEN COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0013-B
ITEM UPC NO.: 810174022254
MATERIAL BREAKDOWN:
20.16PCT PVC, 22.51 PCT METAL, 38.01PCT LIGHT,
3.11PCT PLASTIC, 16.21PCT DECORATION

# COMMERCIAL INVOICE

**DATE:** August 31, 2018
**INVOICE NO.:** 201821297012

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Delano , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3734 | **REFERENCE NO.** | 108 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT0013-B | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

| SEARS | SP3735 | 7.5FT REGAL FIR 800 DUAL LED | 270 CARTONS | 270 PIECES | 133.210 USD PIECES | 35,966.70 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140078238466 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 44793/000 | | | | | |

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-2183RT-76KHZ
FULL PRODUCT DESC :
CHRISTMAS 7.5FT REGAL FIR
WITH 800 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 79
TOTAL TIPS COUNT: 2183 TIPS
(PE: 46.59%, PVC:53.41%)
LIGHT COUNT: 800 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 54INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021615
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 16.32%, PVC 20.39%, WIRE 32.44%, STAND 5.96%,
LITE 14.24%, METAL 8.9%, PLASTIC 1.75%.
THIS IS FOR SEARS FULL LINE STORE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3735 | **REFERENCE NO.** | 108 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-2183RT-76K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562

# COMMERCIAL INVOICE

Page 4 of 5
**DATE:** August 31, 2018
**INVOICE NO.:** 201821297012

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Delano, CA

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | 310 CARTONS | 310 PIECES | 143.290 USD PIECES | 44,419.90 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140096602990 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57989/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT NORWEGIAN SPRUCE
TREE NO.: 78
LIGHT COUNT AND COLOUR: 800 DUAL COLOR C3 CAP
TIPS COUNT: 4335 TIPS
PVC THICKNESS: 0.07MM / 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 66IN
PVC 37PCT PE 63PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
SEARS, ROEBUCK AND CO COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, ETL LISTED LABEL TO BE INCLUDED
EXTRA BULBS
VENDOR STOCK NO.: 4335-76KHZ
ITEM UPC NO.: 810174023640
MATERIAL BREAKDOWN:
PLASTIC 40.3PCT, METAL 10.4PCT, LIGHT 49.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 108 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 31, 2018
**INVOICE NO.:** 201821297012

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Delano, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,878 | 1,878 | PIECES | 183,483.30   USD |

**TOTAL US DOLLARS ONE HUNDRED EIGHTY-THREE THOUSAND FOUR HUNDRED EIGHTY-THREE DOLLARS AND THIRTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# PACKING LIST

**DATE:** August 31, 2018
**INVOICE NO.:** 201821297012

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Delano, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | | | | | | |
| ITEM: | 140096606769 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.237 | 20.500 | 18.800 | |
| CONTENTS | 1 PIECES | TOTAL | 550 | 550 | 130.236 | 11,275.000 | 10,340.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57991/000 | | | | | | | |

| | CONTRACT NO. | SN3731 | REFERENCE NO. | 108 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | DC CODE | RDE | DEPARTMENT NO. | 009 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 | |
| | VENDOR ITEM CODE | 1138-76KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 127.0 | 43.2 | 43.2 | 0.237 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | | | | | | |
| ITEM: | 140078238458 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.152 | 15.420 | 13.200 | |
| CONTENTS | 1 PIECES | TOTAL | 434 | 434 | 65.793 | 6,692.280 | 5,728.800 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 44792/000 | | | | | | | |

| | CONTRACT NO. | SO3726 | REFERENCE NO. | 108 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | DC CODE | RDE | DEPARTMENT NO. | 009 | EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON. |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 | |
| | VENDOR ITEM CODE | W-1289RT-66KHZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 36.8 | 36.8 | 111.8 | 0.152 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | | | | | | |
| ITEM: | 140026616037 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.210 | 18.820 | 15.200 | |
| CONTENTS | 1 PIECES | TOTAL | 314 | 314 | 65.956 | 5,909.480 | 4,772.800 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 25891/000 | | | | | | | |

| | CONTRACT NO. | SO3734 | REFERENCE NO. | 108 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | DC CODE | RDE | DEPARTMENT NO. | 009 | EACH TREE PACKED IN CARTON BOX WITH DONNER & BLITZEN COLOR LABEL W/SEARS UPC PRE-PRICE . D&B COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON. |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 | |
| | VENDOR ITEM CODE | WT0013-B | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

18-23538-shl    Doc 1386-16    Filed 12/21/18    Entered 12/21/18 11:42:35    Exhibit
Pg 14 of 15

PACKING LIST

Page 2 of 3

**DATE:** August 31, 2018
**INVOICE NO.:** 201821297012

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Delano, CA

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 36.8 | 43.2 | 0.210 |

| SEARS | SP3735 | 7.5FT REGAL FIR 800 DUAL LED | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140078238466 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.254 | 24.660 | 21.350 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 270 | 270 | 68.462 | 6,658.200 | 5,764.500 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 44793/000 | | | | | | | | |

| | **CONTRACT NO.** | SP3735 | **REFERENCE NO.** | 108 |
| | **DC CODE** | RDE | **DEPARTMENT NO.** | 009 |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| | **VENDOR ITEM CODE** | W-2183RT-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 43.8 | 43.8 | 132.1 | 0.254 |

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602990 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.219 | 26.700 | 22.950 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 310 | 310 | 67.955 | 8,277.000 | 7,114.500 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 57989/000 | | | | | | | | |

| | **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 108 |
| | **DC CODE** | RDE | **DEPARTMENT NO.** | 009 |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| | **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 38.1 | 43.6 | 0.219 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 1,878 | 1,878 | 398.402 | 38,811.960 | 33,720.600 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

# PACKING LIST

**DATE:** August 31, 2018
**INVOICE NO.:** 201821297012

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Delano, CA

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |