## E<small>XHIBIT</small> Q

Documents Related to Shipment No. 15:

Forwarder's Cargo Receipt No. 7795936258 (with Invoice No. 201821297068 and related packing list attached)

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES HONG KONG

**BOOKING NO.** 751019264
**CARGO RECEIPT NO.** 7795936258
**EXPORT REFERENCES** CUST SO3734 CONS
**DATE OF RECEIPT OF CARGO** 05-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g[ood]
order and condition from Shipper, the package(s) listed below are said to con[tain]
the goods hereinafter described. This receipt is not valid unless verified [and]
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle[ss a]
higher value is declared on this receipt and the extra charge paid, liability is lim[ited]
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc[e of]
law, its limitation, described in paragraph 3 on the reverse hereof, controls un[less]
a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**PRE-CARRIAGE BY**
**PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA
**EXPORT LICENSE NO.**

**EXPORT CARRIER (VESSEL/VOY/FLAG)** APL FULLERTON 341
**PORT OF LOADING** YANTIAN, CHINA

**PORT OF DISCHARGE** SAN PEDRO, CA
**PLACE OF DELIVERY BY ON-CARRIER** GARLAND, TX 75041 DOOR
**NUMBER OF ORIGINALS** 1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN[T] |
|---|---|---|---|---|
| CTRNO: FSCU6830299 SEALCODE1: K4625638 MARKS & NO: SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 275 CARTON SAID TO CONTAIN WINNERS INDUSTRY COMPANY LIMITED UNIT A, 10/F., WAH LUNG BUILDING 49-53 WANG LUNG STREET, TSUEN WAN NEW TERRITORIES HONG KONG<br><br>7.5 WESTCHESTER DELUXE 600 CLEAR LT SEARS PO#SN3731 DEPT# 009 REF#107 ITEM#140096606769 HTS CODE 9505.10.4010 | 5637.500 KG 12428.560 LB | 65.118 2299.317 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he[reon]
and on the reverse of this document which are incorporated he[rein]
by reference. These Terms limit or exclude UPS Supply Cha[in]
Solutions liability and include certain indemnities to UPS Supp[ly]
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep    Day 17    Year 2018



**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions℠ UPS

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| Field | Value |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES HONG KONG |
| BOOKING NO. | 751019264 |
| CARGO RECEIPT NO. | 7795936258 |
| EXPORT REFERENCES | CUST SO3734 CONS |
| DATE OF RECEIPT OF CARGO | 05-SEP-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL<br>60179 USA |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO |
| PRE-CARRIAGE BY | |
| PLACE OF RECEIPT BY PRE-CARRIER | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | APL FULLERTON 341 |
| PORT OF LOADING | YANTIAN, CHINA |
| PORT OF DISCHARGE | SAN PEDRO, CA |
| PLACE OF DELIVERY BY ON CARRIER | GARLAND, TX 75041 DOOR |
| NUMBER OF ORIGINALS | 1/ONE |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent order and condition from Shipper, the package(s) listed below are said to c... the goods hereinafter described. This receipt is not valid unless verifi... signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Un... higher value is declared on this receipt and the extra charge paid, liability is ... to $0.50 per pound of goods lost or damaged. If COGSA governs with the fo... law, its limitation, described in paragraph 3 on the reverse hereof, controls ... a higher value is declared.

Declared Value is: _____

EXPORT LICENSE NO.

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| CTRNO:<br>GESU5228451<br>SEALCODE1:<br>K1521757<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 314 CARTON<br>SAID TO CONTAIN<br>7.5FT SNOW COUNTRY FLOCKED PINE 600LT<br>SEARS SO3734<br>DEPT# 009   REF#107<br>ITEM#140026616037<br>HTS CODE 9505.10.4010<br>CODE: RGA / GARLAND, TX 75041 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE:07-SEP-2018<br>FCR DATE: 05-SEP-2018 | 5909.480 KG<br>13028.170 LB | 65.9<br>2328.9 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 08-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth and on the reverse of this document which are incorporated by reference. These Terms limit or exclude UPS Supply C... Solutions liability and include certain indemnities to UPS S... Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

SHENZHEN       AS AGENT FOR
                UPS SUPPLY CHAIN SOLUTIONS INC.
Issued by _____
                    Authorized Signatures

Month  Sep     Day  17     Year  2018

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 03, 2018
**INVOICE NO.:** 201821297068

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Garland , TX
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | 275 CARTONS | 275 PIECES | 83.000 USD PIECES | 22,825.00 USD |

**ITEM:** 140096606769
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 57991/000

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE
TREE NO.: 74A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT:  1138 TIPS
PVC THICKNESS:   0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZC
ITEM UPC NO.:  810174023602
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN3731 | **REFERENCE NO.** | 107 | |
| **DC CODE** | RGA | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 1138-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | 314 CARTONS | 314 PIECES | 73.000 USD PIECES | 22,922.00 USD |

**ITEM:** 140026616037
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 25891/000

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT SNOW COUNTRY FLOCKED PINE
TREE NO. 81
LIGHT COUNT AND COLOUR: 600L CLEAR REGULAR LIGHTS
TIPS COUNT:  1409TIPS
PVC THICKNESS: 0.07MM AND 0.12MM
WIRE GAUGE ON TIPS: 20#

# COMMERCIAL INVOICE

Page 2 of 2
**DATE:** September 03, 2018
**INVOICE NO.:** 201821297068

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Garland , TX
FOB China

GIRTH: 53IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
DONNER & BLITZEN COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0013-B
ITEM UPC NO.: 810174022254
MATERIAL BREAKDOWN:
20.16PCT PVC, 22.51 PCT METAL, 38.01PCT LIGHT,
3.11PCT PLASTIC, 16.21PCT DECORATION

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3734 | **REFERENCE NO.** | 107 |
| **DC CODE** | RGA | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT0013-B | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 589 | 589 | PIECES | 45,747.00 USD |

**TOTAL US DOLLARS FORTY-FIVE THOUSAND SEVEN HUNDRED FORTY-SEVEN DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# PACKING LIST

**DATE:** September 03, 2018
**INVOICE NO.:** 201821297068

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Garland, TX

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| SEARS   SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | | | | | | |
| ITEM: 140096606769 | | | | | | | |
| MADE IN CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.237 | 20.500 | 18.800 | |
| CONTENTS 1 PIECES | TOTAL | 275 | 275 | 65.118 | 5,637.500 | 5,170.000 | 0.000 |
| SEARS DIV 671 | | | | | | | |
| SEARS ITEM/SKU 57991/000 | | | | | | | |

| CONTRACT NO. | SN3731 | REFERENCE NO. | 107 |
| DC CODE | RGA | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| VENDOR ITEM CODE | 1138-76KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 127.0 | 43.2 | 43.2 | 0.237 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|
| SEARS   SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | | | | | | |
| ITEM: 140026616037 | | | | | | | |
| MADE IN CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.210 | 18.820 | 15.200 | |
| CONTENTS 1 PIECES | TOTAL | 314 | 314 | 65.956 | 5,909.480 | 4,772.800 | 0.000 |
| SEARS DIV 671 | | | | | | | |
| SEARS ITEM/SKU 25891/000 | | | | | | | |

| CONTRACT NO. | SO3734 | REFERENCE NO. | 107 |
| DC CODE | RGA | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| VENDOR ITEM CODE | WT0013-B | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH DONNER & BLITZEN COLOR LABEL W/SEARS UPC PRE-PRICE . D&B COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 132.1 | 36.8 | 43.2 | 0.210 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 589 | 589 | 131.074 | 11,546.980 | 9,942.800 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

# PACKING LIST

**DATE:** September 03, 2018
**INVOICE NO.:** 201821297068

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Garland, TX

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |