## EXHIBIT R

Documents Related to Shipment No. 16:

Forwarder's Cargo Receipt No. 7795946048 (with Invoice No. 201821569708 and
related packing list attached)

**UPS Supply Chain Solutions** ℠   **UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br>965924393 | CARGO RECEIPT NO.<br>7795946048 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>07-SEP-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179 USA | | |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent order and condition from Shipper, the package(s) listed below are said to co the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unl higher value is declared on this receipt and the extra charge paid, liability is li to $0.50 per pound of goods lost or damaged. If COGSA governs with the for law, its limitation, described in paragraph 3 on the reverse hereof, controls u a higher value is declared.
Declared Value is: _____

| | | |
|---|---|---|
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO | | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 836N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|---|
| CTRNO: CAIU7223121<br>SEALCODE1:<br>CN0656524<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 384 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3730<br>DEPT#009<br>REF#803<br>ITEM#140022453096 | 5273.200 KG<br>11625.410 LB | 65.50<br>2312.94 |
| CTRNO:<br>MRKU6099635<br>SEALCODE1:<br>CN0657292<br>MARKS & NO:<br>SEARS | 1 | 40' HIGH CUBE CONTAINER 608 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3724, SN3725<br>DEPT#009     REF#803<br>ITEM#140096152277 , 140096152921 | 6730.400 KG<br>14837.990 LB | 65.75<br>2321.91 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| | | |
|---|---|---|
| In accordance with instruction from Buyer, we have received the following documents from shipper<br>on:     22-AUG-2018 | | |
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h and on the reverse of this document which are incorporated h by reference. These Terms limit or exclude UPS Supply Ch Solutions liability and include certain indemnities to UPS Sup Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month ___Sep___ Day ___12___ Year ___2018___



**UPS Supply Chain Solutions** ℠

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions℠** (ups)

OTI License No. 275F

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br>965924393 | CARGO RECEIPT NO.<br>7795946048 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>07-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limit to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING B36N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS:<br><br>CTRNO:<br>MRSU3342488<br>SEALCODE1:<br>CN0656553<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 1119 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3727, SO3728, SP3730<br>DEPT#009<br>REF#803<br>ITEM#140010003291, 140010093458, 140022453096 | 7688.900 KG<br>16951.120 LB | 65.681 I<br>2319.196 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 22-AUG-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep   Day 12   Year 2018

**UPS Supply Chain Solutions℠** (ups)

OTI License No. 275F

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

# UPS Supply Chain Solutions™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 965924393 | CARGO RECEIPT NO. 7795946048 |
|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
07-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ENPING 836N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRSU3810296 SEALCODE1: CN0345881 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 260 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SP3735 DEPT#009 REF#803 ITEM#140078238466 | 6422.000 KG 14158.080 LB | 67.837 2395.324 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:   22-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep Day 12 Year 2018



UPS Supply Chain Solutions™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**



# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

| BOOKING NO. | CARGO RECEIPT NO. |
|---|---|
| 965924393 | 7795946048 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | 07-SEP-2018 |

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ENPING 836N | PORT OF LOADING YANTIAN,CHINA | |
| PORT OF DISCHARGE LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS 1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRSU4143454 SEALCODE1: CN0584045 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SN3731,SO3729 DEPT#009 REF#803 ITEM#140096606769 ,140010100006 ORIGINAL | 5637.500 KG 12428.560 LB | 65.118 M 2299.317 F |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:     22-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her
and on the reverse of this document which are incorporated her
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep    Day 12    Year 2018

# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965924393 | 7795946048 |

| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|---|
| | | 07-SEP-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

## THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
|---|---|
| MAERSK ENPING 836N | YANTIAN, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| LOS ANGELES | WILMINGTON, CA 90744 DOOR | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>MSKU8752036<br>SEALCODE1:<br>CN0575024<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 1241 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3689, SO3727<br>DEPT#009<br>REF#803<br>ITEM#140027662154 , 140010003291 | 7445.890 KG<br>16415.370 LB | 66.424<br>2345.431 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:     22-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month _Sep_    Day _12_    Year _2018_

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|

**UPS Supply Chain Solutions™** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965924393 | 7795946048 |

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
07-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

Declared Value is:

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
|---|---|
| MAERSK ENPING 836N | YANTIAN, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| LOS ANGELES | WILMINGTON, CA 90744 DOOR | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>SUDU8774208<br>SEALCODE1:<br>CN0653394<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 408 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3730<br>DEPT#009<br>REF#803<br>ITEM#140022453096<br><br>ORIGINAL | 5385.600 KG<br>11873.210 LB | 67.474 I<br>2382.507 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on:   22-AUG-2018 | This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____.

Month ____Sep____ Day ____12____ Year ____2018____

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965924393 | 7795946048 |

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
07-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

## THIS IS NOT A DOCUMENT OF TITLE.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK ENPING 836N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES | WILMINGTON, CA 90744 DOOR | 1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>SUDU8887230<br>SEALCODE1:<br>CN0653298<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SN3731<br>DEPT#009<br>REF#803<br>ITEM#140096606769 | 5637.500 KG<br>12428.560 LB | 65.118<br>2299.317 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:   22-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Ch
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month ___ Sep ___ Day ___ 12 ___ Year ___ 2018 ___



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions ™

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965924393 | 7795946048 |

| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|---|
| | | 07-SEP-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 836N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS<br>1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>TCKU6572046<br>SEALCODE1:<br>CN0575243<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 655 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3726, SP3689<br>DEPT#009<br>REF#803<br>ITEM#140078238458 , 140027662154<br><br>ORIGINAL | 6339.400 KG<br>13975.980 LB | 65.549<br>2314.535 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 22-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Sep__ Day __12__ Year __2018__



**UPS Supply Chain Solutions ™**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions ™

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
### FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 965924393
**CARGO RECEIPT NO.** 7795946048

**EXPORT REFERENCES**

**DATE OF RECEIPT OF CARGO**
07-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.
#### UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
|---|---|
| MAERSK ENPING 836N | YANTIAN, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| LOS ANGELES | WILMINGTON, CA 90744 DOOR | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO: TCLU9528419 SEALCODE1: CN0663437 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 473 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SN3725, SO3726 DEPT#009 REF#803 ITEM#140096152921 , 140078238458 | 6683.600 KG 14734.810 LB | 66.356 2343.030 |
| CTRNO: TGBU6844513 SEALCODE1: CN0339341 MARKS & NO: SEARS | 1 | 40' HIGH CUBE CONTAINER 268 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3729, SP3735 DEPT#009 REF#803 ITEM#140010100006 , 140078238466 | 5767.000 KG 12714.060 LB | 65.028 2296.139 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:   22-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month _Sep_____ Day _12_____ Year _2018_____



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
FORWARDER'S CARGO RECEIPT

**UPS Supply Chain Solutions ℠**

**UPS**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965924393 | 7795946048 |

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
07-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK ENPING 836N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES | WILMINGTON, CA 90744 DOOR | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS:<br><br>CTRNO:<br>TGBU6852083<br>SEALCODE1:<br>CN0335041<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 1240 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3687<br>DEPT#009<br>REF#803<br>ITEM#140097910046 | 6076.000 KG<br>13395.280 LB | 65.836<br>2324.669 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on:  22-AUG-2018 | |  |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____.

Month ___Sep___ Day ___12___ Year ___2018___

**UPS Supply Chain Solutions™** UPS

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| BOOKING NO.<br>965924393 | CARGO RECEIPT NO.<br>7795946048 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>07-SEP-2018 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external appare
order and condition from Shipper, the package(s) listed below are said to
the goods hereinafter described. This receipt is not valid unless veri
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS.
higher value is declared on this receipt and the extra charge paid, liability
to $0.50 per pound of goods lost or damaged. If COGSA governs with the
law, its limitation, described in paragraph 3 on the reverse hereof, control
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN, CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ENPING 836N | PORT OF LOADING<br>YANTIAN, CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES | PLACE OF DELIVERY ON CARRIER<br>WILMINGTON, CA 90744 DOOR | NUMBER OF ORIGINALS |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASU |
|---|---|---|---|---|
| CTRNO:<br>TGBU6853958<br>SEALCODE1:<br>CN0321681<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 785 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3687, SP3724<br>DEPT#009<br>REF#803<br>ITEM#140097910046, 140096162277<br><br>CODE: SHW/WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE:11-SEP-2018<br>FCR DATE:.07-SEP-2018 | 6269.000 KG<br>13820.780 LB | 65<br>229 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 22-AUG-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set fo
and on the reverse of this document which are incorpora
by reference. These Terms limit or exclude UPS Supp
Solutions liability and include certain indemnities to UP
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

SHENZHEN _(signature)_
AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month ___Sep___ Day ___12___ Year ___2018___

# COMMERCIAL INVOICE

Page 1 of 9

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SN3725 | 6.5FT SLIM WESTCHESTER | | | 619 CARTONS | 619 PIECES | 47.000  USD PIECES | 29,093.00  USD |
| ITEM: | 140096152921 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1  PIECES | | | | | | | |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57982/000 | ARTIFICIAL PRELIT CHRISTMAS TREE ITEM DESCRIPTION: 6.5FT WESTCHESTER SLIM CASHMERE PINE TREE NO.: 60B LIGHT COUNT AND COLOUR: 350 MULTI LIGHTS TIPS COUNT:  656 TIPS PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE WIRE GAUGE ON TIPS: 19# + 20# GIRTH:  38IN PVC 60PCT CASHMERE 40PCT HINGED CONSTRUCTION POWER POLE CONNECTION METAL STAND DB COLOUR PRINTED HANGTAG INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED EXTRA BULBS AND SPARE FUSES INCLUDED VENDOR STOCK NO.:  656-66KHZM ITEM UPC NO.:  810174023572 MATERIAL BREAKDOWN: PLASTIC 39.4PCT,METAL 18.3PCT, LIGHT 42.3PCT 1 PC TREE PER MASTER CARTON | | | | | | |
| | CONTRACT NO. | SN3725 | REFERENCE NO. | 803 | | | | |
| | DC CODE | SHW | DEPARTMENT NO. | 009 | | | | |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 | | | | |
| | VENDOR ITEM CODE | 656-66KHZM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | | |
| | FACTORY NO. | 103562 | | | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | | | |
| | LIAO BU TOWN, | | | | | | | |
| | DONGGUAN | | | | | | | |
| | GUANGDONG | | | | | | | |
| | China | | | | | | | |
| | FTY MID NO. | CNDONGUADON | | | | | | |
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | | | 316 CARTONS | 316 PIECES | 83.000  USD PIECES | 26,228.00  USD |
| ITEM: | 140096606769 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1  PIECES | | | | | | | |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57991/000 | ARTIFICIAL PRELIT CHRISTMAS TREE THIS IS CHRISTMAS ITEM AND DISPOSABLE ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE TREE NO.: 74A LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS TIPS COUNT: 1138 TIPS PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE WIRE GAUGE ON TIPS: 19# + 20# | | | | | | |

# COMMERCIAL INVOICE

Page 2 of 9

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

GIRTH: 59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZC
ITEM UPC NO.: 810174023602
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN3731 | **REFERENCE NO.** | 803 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 1138-76KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**    CNDONGUADON

| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | 625 | 625 | 79.550  USD | 49,718.75  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140078238458 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 44792/000 |

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-1289RT-66KHZ
FULL PRODUCT DESC :
CHRISTMAS 6.5FT REGAL FIR
WITH 400 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 61
TOTAL TIPS COUNT: 1289 TIPS
(PE: 22.58%, PVC:77.42%)
LIGHT COUNT: 400 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4. SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 47INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021608
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 8.9%, PVC 25.95%, WIRE 31.98%, STAND 10.25%,
LITE 12.23%, METAL 9.18%, PLASTIC 1.51%.
THIS IS FOR SEARS FULL LINE STORE

# COMMERCIAL INVOICE

Page 3 of 9

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3726 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-1289RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| SEARS | SO3727 | 7FT ALPINE BALSAM 250 CLEAR LIGHTS | 1,266 CARTONS | 1,266 PIECES | 23.780 USD PIECES | 30,105.48 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 140010003291 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57992/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT ALPINE BALSAM FIR
TREE NO.: 76A
LIGHT COUNT AND COLOUR: 250 CLEAR LIGHTS
TIPS COUNT: 611 TIPS
PVC THICKNESS:  0.11+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 44IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO..611-70KC
ITEM UPC NO.: 810174023589
MATERIAL BREAKDOWN:
PLASTIC 23.5PCT,METAL 23PCT, LIGHT 53.5PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3727 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 611-70KC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**          CNDONGUADON

| SEARS | SO3728 | 7FT PRE LIT ALPINE 250 MULTI LT | | 621 | 621 | 23.780  USD | 14,767.38  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140010093458 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57993/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT ALPINE BALSAM FIR
TREE NO.: 76B
LIGHT COUNT AND COLOUR: 250 MULTI LIGHTS
TIPS COUNT: 611 TIPS
PVC THICKNESS:  0.11+0.07MM
WIRE GAUGE ON TIPS:  20#
GIRTH:  44IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.:611-70KM
ITEM UPC NO.: 810174023596
MATERIAL BREAKDOWN:
PLASTIC 23.5PCT,METAL 23PCT, LIGHT 53.5PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3728 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 611-70KM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| SEARS | SO3729 | 7.5FT WESTCHESTER DELUXE 600 MULTI LT | | 465 | 465 | 83.000  USD | 38,595.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140010100006 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57994/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE
TREE NO.: 74B
LIGHT COUNT AND COLOUR: 600 MULTI LIGHTS

# COMMERCIAL INVOICE

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

TIPS COUNT: 1138 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZM
ITEM UPC NO.: 810174023619
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO3729 | **REFERENCE NO.** | 803 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 1138-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| SEARS | SP3689 | 7FT PENCIL 890 TIPS | | 771 | 771 | 50.970 USD | 39,297.87 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 140027662154 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 PIECES | | | | | | |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 30261/000 | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT CSP PE MIXED PENCIL PINE
TREE NO.: 73
LIGHT COUNT AND COLOUR: 220 DUAL COLOR LED
TIPS COUNT: 890 TIPS
GIRTH: 20IN
WRAPPED CONSTRUCTION
METAL STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
EXTRA BULBS  INCLUDED
VENDOR STOCK NO.: WT18-890
ITEM UPC NO.: 810174025040
MATERIAL BREAKDOWN:
PLASTIC 30PCT, METAL 15PCT,LIGHT 55PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP3689 | **REFERENCE NO.** | 803 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | WT18-890 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

Page 6 of 9

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.**          103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**          CNDONGUADON

| SEARS | SP3724 | 6.5 WESTCHESTER SL PINE 350 CLEAR LT | 557 | 557 | 47.000 USD | 26,179.00 USD |
|-------|--------|--------------------------------------|-----|-----|------------|---------------|
|       |        |                                      | CARTONS | PIECES | PIECES |  |

**ITEM:**          140096152277
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**          1 PIECES
**SEARS DIV**          671
**SEARS ITEM/SKU**          57981/000

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 60A
LIGHT COUNT AND COLOUR: 350 CLEAR LIGHTS
TIPS COUNT: 656 TIPS
PVC THICKNESS:   0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  38IN
PVC 60PCT CASHMERE 40PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.:  656-66KHZC
ITEM UPC NO.:  810174023565
MATERIAL BREAKDOWN:
PLASTIC 39.4PCT,METAL 18.3PCT, LIGHT 42.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3724 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 656-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**          CNDONGUADON

# COMMERCIAL INVOICE

Page 7 of 9

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SP3730 | 7FT GLACIER PINE 600LT | | 826 | 826 | 62.000 USD | 51,212.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 140022453096
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 50698/000

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT GLACIER WHITE PINE
TREE NO. 71
LIGHT COUNT AND COLOUR: 600L CLEAR REGULAR LIGHTS
TIPS COUNT: 635 TIPS
PVC THICKNESS: 0.05MM, 0.07MM, 0.12MM AND 0.4MM
WIRE GAUGE ON TIPS: 19# AND 20#
GIRTH: 44IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
DONNER & BLITZEN COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0010-C
ITEM UPC NO.: 810174022230
MATERIAL BREAKDOWN:
18.53PCT HARDNEEDLE, 16.09PCT PVC, 15.45PCT METAL,
47.93PCT LIGHT, 1.99PCT PLASTIC

| **CONTRACT NO.** | SP3730 | **REFERENCE NO.** | 803 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT0010-C | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.** CNDONGUADON

| SEARS | SP3735 | 7.5FT REGAL FIR 800 DUAL LED | | 325 | 325 | 133.210 USD | 43,293.25 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 140078238466
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 44793/000

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-2183RT-76KHZ
FULL PRODUCT DESC :
CHRISTMAS 7.5FT REGAL FIR
WITH 800 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 79
TOTAL TIPS COUNT: 2183 TIPS
(PE: 46.59%, PVC:53.41%)
LIGHT COUNT: 800 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON

# COMMERCIAL INVOICE

Page 8 of 9

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

2. SLOW SPARKLING
3. QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 54INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021615
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 16.32%, PVC 20.39%, WIRE 32.44%, STAND 5.96%,
LITE 14.24%, METAL 8.9%, PLASTIC 1.75%.
THIS IS FOR SEARS FULL LINE STORE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3735 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-2183RT-76K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**   CNDONGUADON

| SEARS | SQ3687 | 4.5FT FLOC 440 TIPS | 1,600 CARTONS | 1,600 PIECES | 23.900 USD PIECES | 38,240.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140097910046 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 22074/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4.5FT REDWOOD PINE BERRY FLOCKED SPRUCE
TREE NO.: 44
LIGHT COUNT AND COLOUR: 200 CLEAR LIGHTS
TIPS COUNT:  440 TIPS
GIRTH:  33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: WT18-440-S
ITEM UPC NO.: 810174025033
MATERIAL BREAKDOWN:
PLASTIC 27.7PCT,METAL 10PCT, LIGHT 37.5PCT, DECORATION 24.8PCT
1 PC TREE PER MASTER CARTON

# COMMERCIAL INVOICE

Page 9 of 9

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3687 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT18-440-S | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.**        CNDONGUADON

**PAYMENT TERM**         Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**         OPEN ACCOUNT
**LC#**         NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 7,991 | 7,991 | PIECES | 386,729.73  USD |

**TOTAL US DOLLARS THREE HUNDRED EIGHTY-SIX THOUSAND SEVEN HUNDRED TWENTY-NINE DOLLARS AND SEVENTY-THREE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# PACKING LIST
A-G through L-8

**DATE:** September 06, 2018
**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China　　　　**SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| SEARS | SN3725 | 6.5FT SLIM WESTCHESTER | | | | | | | |

| | |
|---|---|
| ITEM: | 140096152921 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 PIECES |
| SEARS DIV | 671 |
| SEARS ITEM/SKU | 57982/000 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| PER OUTER CARTON | | 1 | 0.108 | 11.200 | 9.300 | |
| TOTAL | 619 | 619 | 66.948 | 6,932.800 | 5,756.700 | 0.000 |

| | | | |
|---|---|---|---|
| CONTRACT NO. | SN3725 | REFERENCE NO. | 803 |
| DC CODE | SHW | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| VENDOR ITEM CODE | 656-66KHZM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 111.8 | 30.5 | 31.8 | 0.108 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS |
|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT |

| | |
|---|---|
| ITEM: | 140096606769 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 PIECES |
| SEARS DIV | 671 |
| SEARS ITEM/SKU | 57991/000 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| PER OUTER CARTON | | 1 | 0.237 | 20.500 | 18.800 | |
| TOTAL | 316 | 316 | 74.827 | 6,478.000 | 5,940.800 | 0.000 |

| | | | |
|---|---|---|---|
| CONTRACT NO. | SN3731 | REFERENCE NO. | 803 |
| DC CODE | SHW | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| VENDOR ITEM CODE | 1138-76KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 127.0 | 43.2 | 43.2 | 0.237 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS |
|---|---|---|
| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED |

| | |
|---|---|
| ITEM: | 140078238458 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 PIECES |
| SEARS DIV | 671 |
| SEARS ITEM/SKU | 44792/000 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| PER OUTER CARTON | | 1 | 0.154 | 15.400 | 13.200 | |
| TOTAL | 625 | 625 | 96.382 | 9,625.000 | 8,250.000 | 0.000 |

| | | | |
|---|---|---|---|
| CONTRACT NO. | SO3726 | REFERENCE NO. | 803 |
| DC CODE | SHW | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| VENDOR ITEM CODE | W-1289RT-66KHZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS
COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC
HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE
LABEL ON THE OUTER CARTON.

# PACKING LIST

**DATE:** September 06, 2018
**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 37.5 | 36.8 | 111.8 | 0.154 |

| SEARS | SO3727 | 7FT ALPINE BALSAM 250 CLEAR LIGHTS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 140010003291 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | | 1 | 0.052 | 6.500 | 5.600 | |
| CONTENTS | 1 PIECES | TOTAL | | 1,266 | 1,266 | 66.387 | 8,229.000 | 7,089.600 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57992/000 | | | | | | | |

| CONTRACT NO. | SO3727 | REFERENCE NO. | 803 |
|---|---|---|---|
| DC CODE | SHW | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| VENDOR ITEM CODE | 611-70KC | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 101.6 | 20.3 | 25.4 | 0.052 |

| SEARS | SO3728 | 7FT PRE LIT ALPINE 250 MULTI LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 140010093458 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | | 1 | 0.052 | 6.500 | 5.600 | |
| CONTENTS | 1 PIECES | TOTAL | | 621 | 621 | 32.564 | 4,036.500 | 3,477.600 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57993/000 | | | | | | | |

| CONTRACT NO. | SO3728 | REFERENCE NO. | 803 |
|---|---|---|---|
| DC CODE | SHW | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| VENDOR ITEM CODE | 611-70KM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 101.6 | 20.3 | 25.4 | 0.052 |

| SEARS | SO3729 | 7.5FT WESTCHESTER DELUXE 600 MULTI LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 140010100006 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | | 1 | 0.237 | 20.500 | 18.800 | |
| CONTENTS | 1 PIECES | TOTAL | | 465 | 465 | 110.109 | 9,532.500 | 8,742.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57994/000 | | | | | | | |

# PACKING LIST

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington, CA

| | | |
|---|---|---|
| **CONTRACT NO.** SO3729 | **REFERENCE NO.** 803 | |
| **DC CODE** SHW | **DEPARTMENT NO.** 009 | **PACKING INSTRUCTIONS:** |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9383 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS |
| **VENDOR ITEM CODE** 1138-76KHZM | **COUNTRY OF ORIGIN** CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 43.2 | 43.2 | 0.237 |

| SEARS | SP3689 | 7FT PENCIL 890 TIPS | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140027662154 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.056 | 4.990 | 3.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 771 | 771 | 42.957 | 3,847.290 | 2,929.800 | 0.000 |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 30261/000 | | | | | | |

| | | |
|---|---|---|
| **CONTRACT NO.** SP3689 | **REFERENCE NO.** 803 | |
| **DC CODE** SHW | **DEPARTMENT NO.** 009 | **PACKING INSTRUCTIONS:** |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9383 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS |
| **VENDOR ITEM CODE** WT18-890 | **COUNTRY OF ORIGIN** CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 86.4 | 25.4 | 25.4 | 0.056 |

| SEARS | SP3724 | 6.5 WESTCHESTER SL PINE 350 CLEAR LT | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096152277 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.108 | 10.600 | 9.300 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 557 | 557 | 60.242 | 5,904.200 | 5,180.100 | 0.000 |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 57981/000 | | | | | | |

| | | |
|---|---|---|
| **CONTRACT NO.** SP3724 | **REFERENCE NO.** 803 | |
| **DC CODE** SHW | **DEPARTMENT NO.** 009 | **PACKING INSTRUCTIONS:** |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9383 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS |
| **VENDOR ITEM CODE** 656-66KHZC | **COUNTRY OF ORIGIN** CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 31.8 | 0.108 |

| SEARS | SP3730 | 7FT GLACIER PINE 600LT | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140022453096 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.165 | 13.200 | 12.000 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 826 | 826 | 136.602 | 10,903.200 | 9,912.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | |

# PACKING LIST

**DATE:** September 06, 2018
**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**SHIPPED TO:** Wilmington, CA

**SEARS ITEM/SKU** 50698/000

| | | |
|---|---|---|
| **CONTRACT NO.** SP3730 | **REFERENCE NO.** 803 | |
| **DC CODE** SHW | **DEPARTMENT NO.** 009 | |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9383 | |
| **VENDOR ITEM CODE** WT0010-C | **COUNTRY OF ORIGIN** CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH DONNER & BLITZEN COLOR LABEL W/SEARS UPC PRE-PRICE . D&B COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 121.9 | 36.8 | 36.8 | 0.165 |

| **SEARS** | SP3735 | 7.5FT REGAL FIR 800 DUAL LED |
|---|---|---|

| **ITEM:** | 140078238466 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.261 | 24.700 | 21.350 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 325 | 325 | 84.796 | 8,027.500 | 6,938.750 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 44793/000 | | | | | | | |

| | | |
|---|---|---|
| **CONTRACT NO.** SP3735 | **REFERENCE NO.** 803 | |
| **DC CODE** SHW | **DEPARTMENT NO.** 009 | |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9383 | |
| **VENDOR ITEM CODE** W-2183RT-76KHZ | **COUNTRY OF ORIGIN** CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 45.1 | 43.8 | 132.1 | 0.261 |

| **SEARS** | SQ3687 | 4.5FT FLOC 440 TIPS |
|---|---|---|

| **ITEM:** | 140097910046 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 1 | 0.053 | 4.900 | 4.010 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,600 | 1,600 | 84.951 | 7,840.000 | 6,416.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 22074/000 | | | | | | | |

| | | |
|---|---|---|
| **CONTRACT NO.** SQ3687 | **REFERENCE NO.** 803 | |
| **DC CODE** SHW | **DEPARTMENT NO.** 009 | |
| **DIVISION NO.** Division 2 | **VENDOR NO.** 9383 | |
| **VENDOR ITEM CODE** WT18-440-S | **COUNTRY OF ORIGIN** CHINA (MAINLAND) | |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 25.4 | 0.053 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 7,991 | 7,991 | 856.764 | 81,355.990 | 70,633.350 | 0.000 |

# PACKING LIST
Exhibit 18

**DATE:** September 06, 2018

**INVOICE NO.:** 201821569708

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

We hereby certify that this shipment does not contain solid wood packing material.

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |