## EXHIBIT S

Documents Related to Shipment No. 17:

Forwarder's Cargo Receipt No. 7795987694 (with Invoice No. 201821848426 and related packing list attached)

**UPS Supply Chain Solutions** ™  (UPS)    SUPPLY CHAIN SOLUTIONS, INC.
OTI License No. 275F    **FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | | 965963456 | 7795987694 |
| UNIT A, 10/F., WAH LUNG BUILDING | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | | | 14-SEP-2018 |
| NEW TERRITORIES | | | |
| HONG KONG | | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent
order and condition from Shipper, the package(s) listed below are said to co
the goods hereinafter described. This receipt is not valid unless verifiec
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unl
higher value is declared on this receipt and the extra charge paid, liability is li
to $0.50 per pound of goods lost or damaged. If COGSA governs with the fo
law, its limitation, described in paragraph 3 on the reverse hereof, controls u
a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | 1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
| CTRNO: CAIU8318636<br>SEALCODE1:<br>CN0571522<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3729/SQ3736<br>DEPT# 009<br>REF#803/804<br>ITEM#<br>140010100006<br>140096602990<br><br>ORIGINAL | 5699.500 KG<br>12565.240 LB | 65.00<br>2295.3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018 | | | |
|---|---|---|---|
| Document List | | Original | Copy |
| COMMERCIAL INVOICE | | 0 | 1 |
| PACKING LIST | | 0 | 1 |

This shipment will be handled subject to the terms set forth h
and on the reverse of this document which are incorporated h
by reference. These Terms limit or exclude UPS Supply Ch
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Sep__ Day __25__ Year __2018__

**UPS Supply Chain Solutions** ™  (UPS)    OTI License No. 275F    **UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**



# UPS Supply Chain Solutions™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965963456 | 7795987694 |

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
14-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is:

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN,CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER |
| LOS ANGELES,CA | WILMINGTON,CA |

NUMBER OF ORIGINALS
1/ONE

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: HASU4837727 SEALCODE1: CN5587728 MARKS & NO SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 257 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SP3735 DEPT# 009 REF#804 ITEM#140078238466 | 6347.900 KG 13994.720 LB | 65.165 2300.976 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:    01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month _Sep_ Day _25_ Year _2018_

UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions℠ 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965963456 | 7795987694 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | | 14-SEP-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

#### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | 1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO: MRKU2169920 SEALCODE1: CN5562510 MARKS & NO: SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 257 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SP3735 DEPT# 009 REF#804 ITEM#140078238466 | 6347.900 KG 13994.720 LB | 65.165 2300.978 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | 01-SEP-2018 | | |
|---|---|---|---|
| Document List | | Original | Copy |
| COMMERCIAL INVOICE | | 0 | 1 |
| PACKING LIST | | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Sep__ Day __25__ Year __2018__

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

**UPS Supply Chain Solutions ℠**   

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965963456 | 7795987694 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | | 14-SEP-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.

3333 BEVERLY ROAD,

HOFFMAN ESTATES, IL

60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE, SUITE 250

TORRANCE, CA 90502

PHONE:(310)404-2792 FAX:(310)

404-2962 ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU3943167<br>SEALCODE1:<br>CN0263909<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SN3731/SO3729<br>DEPT# 009<br>REF#804/805<br>ITEM#<br>140096606769<br>140010100006 | 5637.500 KG<br>12428.560 LB | 65.118<br>2299.317 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____,

Month __Sep__ Day __25__ Year __2018__

# UPS Supply Chain Solutions ℠

**UPS**

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965963456 | 7795987694 |

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| | 14-SEP-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**

SEARS, ROEBUCK AND CO.

3333 BEVERLY ROAD,

HOFFMAN ESTATES, IL

60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**

UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE, SUITE 250

TORRANCE, CA 90502

PHONE:(310)404-2792 FAX:(310)

404-2962 ATTN: MARY ELLEN WRATSCHKO

#### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
|---|---|---|
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| LOS ANGELES,CA | WILMINGTON,CA | 1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>PONU7250244<br>SEALCODE1:<br>CN0263813<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SN3731<br>DEPT# 009<br>REF#805<br>ITEM#140096606769 | 5637.500 KG<br>12428.560 LB | 65.118<br>2299.317 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Sep__ Day __25__ Year __2018__



UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS Supply Chain Solutions™** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965963456 | 7795987694 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>14-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK EDINBURGH 837N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON,CA | NUMBER OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>PONU7352400<br>SEALCODE1:<br>CN0321381<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS:1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 372 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3732<br>DEPT# 009<br>REF#803<br>ITEM#140096602925<br><br>ORIGINAL | 5617.200 KG<br>12383.600 LB | 65.151<br>2300.482 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:    01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Sep__ Day __25__ Year __2018__



**UPS Supply Chain Solutions™**    (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965963456 | 7795987694 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | | 14-SEP-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.

3333 BEVERLY ROAD,

HOFFMAN ESTATES, IL

60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g order and condition from Shipper, the package(s) listed below are said to cor the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle higher value is declared on this receipt and the extra charge paid, liability is lim to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc law, its limitation, described in paragraph 3 on the reverse hereof, controls un a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE, SUITE 250

TORRANCE, CA 90502

PHONE:(310)404-2792 FAX:(310)

404-2962 ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>TCKU6575694<br>SEALCODE1:<br>CN5582014<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 440 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3726<br>DEPT# 009<br>REF#804<br>ITEM#140078238458 | 6776.000 KG<br>14938.520 LB | 66.703<br>2355.28 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Sup Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Sep__ Day __25__ Year __2018__

**UPS Supply Chain Solutions™**    (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965963456 | 7795987694 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | | 14-SEP-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

#### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TCKU6576015<br>SEALCODE1:<br>CN0583714<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 1253 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3687/SO3727<br>DEPT# 009<br>REF#804<br>ITEM#<br>140097910046<br>140010003291<br>ORIGINAL | 6864.500 KG<br>15133.630 LB | 65.636<br>2317.607 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her
and on the reverse of this document which are incorporated her
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month _Sep_ Day _25_ Year _2018_



**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions™** 

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965963456 | 7795987694 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL
60179 USA

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| | 14-SEP-2018 |

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

### THIS IS NOT A DOCUMENT OF TITLE.

#### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limi to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TCKU6578189<br>SEALCODE1:<br>CN5562556<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 275 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3729<br>DEPT# 009<br>REF#804<br>ITEM#140010100006<br><br>ORIGINAL | 5637.500 KG<br>12428.560 LB | 65.118<br>2299.317 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018 | |  |
|---|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Sep__ Day __25__ Year __2018__



# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965963456 | 7795987694 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

BOOKING NO. 965963456
CARGO RECEIPT NO. 7795987694

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
14-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TCKU6586780<br>SEALCODE1:<br>CN5562433<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 295 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3736<br>DEPT# 009<br>REF#803<br>ITEM#140096602990 | 7876.500 KG<br>17364.710 LB | 66.552<br>2349.95 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:
01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month _Sep_  Day _25_  Year _2018_



# UPS Supply Chain Solutions℠

**OTI License No. 275F**

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965963456 | 7795987694 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | | 14-SEP-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.

3333 BEVERLY ROAD

HOFFMAN ESTATES, IL

60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.

### UPS SUPPLY CHAIN SOLUTIONS, INC.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE, SUITE 250

TORRANCE, CA 90502

PHONE:(310)404-2792 FAX:(310)

404-2962 ATTN:MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCKU6591370 SEALCODE1: CN5587626 MARKS & NO: SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 1247 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SO3727/SO3728/SP3689 DEPT# 009 REF#804 ITEM# 140010003291 140010093458 140027662154    ORIGINAL | 7652.500 KG 16870.870 LB | 65.261 2304.366 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on:  01-SEP-2018 | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

SHENZHEN

Issued by _____

Month _Sep_ Day _25_ Year _2018_



UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

# UPS Supply Chain Solutions ℠



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES,<br>HONG KONG | 965963456 | 7795987694 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | | 14-SEP-2018 |

**CONSIGNEE** (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**NOTIFY PARTY** (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES,CA | WILMINGTON,CA | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TCNU1463450<br>SEALCODE1:<br>CN5584726<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 756 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3689/SP3724<br>DEPT# 009<br>REF#804<br>ITEM#<br>140027662154<br>140096152277<br>ORIGINAL | 6330.600 KG<br>13956.580 LB | 65.376<br>2306.427 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he
and on the reverse of this document which are incorporated he
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____,

Month __Sep__ Day __25__ Year __2018__



# UPS Supply Chain Solutions ™

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | **BOOKING NO.**<br>965963456    **CARGO RECEIPT NO.**<br>7795987694 |
| | **EXPORT REFERENCES**    **DATE OF RECEIPT OF CARGO**<br>14-SEP-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g[ood]
order and condition from Shipper, the package(s) listed below are said to con[tain]
the goods hereinafter described. This receipt is not valid unless verified [and]
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle[ss a]
higher value is declared on this receipt and the extra charge paid, liability is lim[ited]
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc[e of]
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl[ess]
a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER**<br>YANTIAN,CHINA | **EXPORT LICENSE NO.** |
|---|---|---|
| **EXPORT CARRIER (VESSEL/VOY/FLAG)**<br>MAERSK EDINBURGH 837N | **PORT OF LOADING**<br>YANTIAN,CHINA | |
| **PORT OF DISCHARGE**<br>LOS ANGELES,CA | **PLACE OF DELIVERY BY ON CARRIER**<br>WILMINGTON,CA | **NUMBER OF ORIGINALS** |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN[T] |
|---|---|---|---|---|
| CTRNO:<br>TCNU1842565<br>SEALCODE1:<br>CN0263959<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 271 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3735/SN3731<br>DEPT# 009<br>REF#804/805<br>ITEM#<br>140078238466<br>140096606769 | 5811.700 KG<br>12812.600 LB | 65.195<br>2302.03[9] |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018 | | | This shipment will be handled subject to the terms set forth he[re]<br>and on the reverse of this document which are incorporated he[re]<br>by reference. These Terms limit or exclude UPS Supply Cha[in]<br>Solutions liability and include certain indemnities to UPS Sup[ply]<br>Chain Solutions' benefit.<br><br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|---|---|
| **Document List** | **Original** | **Copy** | |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

SHENZHEN

Issued by _____

Month _Sep_ Day _25_ Year _2018_



**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions ™

**UPS Supply Chain Solutions**  **UPS**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED | 965963456 | 7795987694 |
| UNIT A, 10/F., WAH LUNG BUILDING | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| 49-53 WANG LUNG STREET, TSUEN WAN | | 14-SEP-2018 |
| NEW TERRITORIES | | |
| HONG KONG | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.

3333 BEVERLY ROAD,

HOFFMAN ESTATES, IL

60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go order and condition from Shipper, the package(s) listed below are said to cont the goods hereinafter described. This receipt is not valid unless verified a signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles higher value is declared on this receipt and the extra charge paid, liability is limi to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unle a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE, SUITE 250

TORRANCE, CA 90502

PHONE:(310)404-2792FAX:(310)

404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN,CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| MAERSK EDINBURGH 837N | YANTIAN,CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER |
| LOS ANGELES,CA | WILMINGTON,CA |

NUMBER OF ORIGINALS

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCNU1957332 SEALCODE1: CN3773504 MARKS & NO: SEARS ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES SEARS DIV 671 SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 295 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SQ3736 DEPT# 009 REF#803 ITEM#140096602990 ORIGINAL | 7876.500 KG 17364.710 LB | 66.552 2349.951 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month _Sep_ Day _25_ Year _2018_

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions℠ (ups)

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | BOOKING NO.<br>965963456<br><br>CARGO RECEIPT NO.<br>7795987694<br><br>EXPORT REFERENCES<br><br>DATE OF RECEIPT OF CARGO<br>14-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL
60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent
order and condition from Shipper, the package(s) listed below are said to co
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unl
higher value is declared on this receipt and the extra charge paid, liability is li
to $0.50 per pound of goods lost or damaged. If COGSA governs with the for
law, its limitation, described in paragraph 3 on the reverse hereof, controls u
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>YANTIAN,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK EDINBURGH 837N | PORT OF LOADING<br>YANTIAN,CHINA | |
| PORT OF DISCHARGE<br>LOS ANGELES,CA | PLACE OF DELIVERY BY ON CARRIER<br>WILMINGTON,CA | NUMBER OF ORIGINALS |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| CTRNO:<br>TCNU2776431<br>SEALCODE1:<br>CN0306934<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES<br>SEARS DIV 671<br>SEARS ITEM/SKU | 1 | 40' HIGH CUBE CONTAINER 569 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3724/SP3735<br>DEPT# 009   REF#804<br>ITEM#140096152277 /140078238468<br><br>CODE: SHW WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE:22-SEP-2018<br>FCR DATE: 14-SEP-2018 | 6383.900 KG<br>14074.090 LB | 65.1<br>2301.3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on:  01-SEP-2018 | | | This shipment will be handled subject to the terms set forth and on the reverse of this document which are incorporated by reference. These Terms limit or exclude UPS Supply C Solutions liability and include certain indemnities to UPS Su Chain Solutions' benefit.<br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|---|---|
| **Document List** | **Original** | **Copy** | |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*[signature]*

SHENZHEN AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Issued by _____ Authorized Signatures

Month __Sep__ Day __25__ Year __2018__

# COMMERCIAL INVOICE

Page 1 of 9

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | | 500 CARTONS | 500 PIECES | 83.000  USD PIECES | 41,500.00  USD |
| ITEM: | 140096606769 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  PIECES | | | | | | |
| SEARS DIV | 671 | | | | | | |
| SEARS ITEM/SKU | 57991/000 | ARTIFICIAL PRELIT CHRISTMAS TREE THIS IS CHRISTMAS ITEM AND DISPOSABLE ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE TREE NO.: 74A LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS TIPS COUNT: 1138 TIPS PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE WIRE GAUGE ON TIPS: 19# + 20# GIRTH:  59IN PVC 50PCT CASHMERE 50PCT HINGED CONSTRUCTION POWER POLE CONNECTION METAL STAND DB COLOUR PRINTED HANGTAG INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED EXTRA BULBS AND SPARE FUSES INCLUDED VENDOR STOCK NO.: 1138-76KHZC ITEM UPC NO.: 810174023602 MATERIAL BREAKDOWN: PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT 1 PC TREE PER MASTER CARTON | | | | | |
| | CONTRACT NO. | SN3731 | REFERENCE NO. | 805 | | | |
| | DC CODE | SHW | DEPARTMENT NO. | 009 | | | |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 | | | |
| | VENDOR ITEM CODE | 1138-76KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | | | |
| | FACTORY NO. | 103562 | | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | | |
| | LIAO BU TOWN, | | | | | | |
| | DONGGUAN | | | | | | |
| | GUANGDONG | | | | | | |
| | China | | | | | | |
| | FTY MID NO. | CNDONGUADON | | | | | |
| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | | 440 CARTONS | 440 PIECES | 79.550  USD PIECES | 35,002.00  USD |
| ITEM: | 140078238458 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  PIECES | | | | | | |
| SEARS DIV | 671 | | | | | | |
| SEARS ITEM/SKU | 44792/000 | CHRISTMAS ARTIFICIAL PRELIT TREE VENDOR STOCK NBR : W-1289RT-66KHZ FULL PRODUCT DESC : CHRISTMAS 6.5FT REGAL FIR WITH 400 DUAL COLOR LED FULL PRODUCT SPEC : TREE NBR : 61 | | | | | |

# COMMERCIAL INVOICE

Page 2 of 9

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

TOTAL TIPS COUNT: 1289 TIPS
(PE: 22.58%, PVC:77.42%)
LIGHT COUNT: 400 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4. SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 47INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021608
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 8.9%, PVC 25.95%, WIRE 31.98%, STAND 10.25%,
LITE 12.23%, METAL 9.18%, PLASTIC 1.51%.
THIS IS FOR SEARS FULL LINE STORE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO3726 | **REFERENCE NO.** | 804 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | W-1289RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.** CNDONGUADON

| SEARS | SO3727 | 7FT ALPINE BALSAM 250 CLEAR LIGHTS | 800 CARTONS | 800 PIECES | 23.780 USD PIECES | 19,024.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 140010003291 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57992/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT ALPINE BALSAM FIR
TREE NO.: 76A
LIGHT COUNT AND COLOUR: 250 CLEAR LIGHTS
TIPS COUNT: 611 TIPS
PVC THICKNESS: 0.11+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 44IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.:611-70KC
ITEM UPC NO.: 810174023589
MATERIAL BREAKDOWN:
PLASTIC 23.5PCT,METAL 23PCT, LIGHT 53.5PCT
1 PC TREE PER MASTER CARTON

# COMMERCIAL INVOICE

Page 3 of 9

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3727 | **REFERENCE NO.** | 804 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 611-70KC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**    CNDONGUADON

| SEARS | SO3728 | 7FT PRE LIT ALPINE 250 MULTI LT | 600 | 600 | 23.780 USD | 14,268.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140010093458 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57993/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT ALPINE BALSAM FIR
TREE NO.: 76B
LIGHT COUNT AND COLOUR: 250 MULTI LIGHTS
TIPS COUNT: 611 TIPS
PVC THICKNESS:  0.11+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH:  44IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.611-70KM
ITEM UPC NO.: 810174023596
MATERIAL BREAKDOWN:
PLASTIC 23.5PCT,METAL 23PCT, LIGHT 53.5PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3728 | **REFERENCE NO.** | 804 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 611-70KM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**    CNDONGUADON

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SO3729 | 7.5FT WESTCHESTER DELUXE 600 MULTI LT | | 800 CARTONS | 800 PIECES | 83.000 USD PIECES | 66,400.00 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 140010100006
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 57994/000

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7.5FT WESTCHESTER DELUXE CASHMERE PINE
TREE NO.: 74B
LIGHT COUNT AND COLOUR: 600 MULTI LIGHTS
TIPS COUNT: 1138 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  59IN
PVC 50PCT CASHMERE 50PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1138-76KHZM
ITEM UPC NO.: 810174023619
MATERIAL BREAKDOWN:
PLASTIC 44.2PCT,METAL 18.5PCT, LIGHT 37.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO3729 | **REFERENCE NO.** | 804 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 1138-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China
**FTY MID NO.** CNDONGUADON

| SEARS | SP3689 | 7FT PENCIL 890 TIPS | | 600 CARTONS | 600 PIECES | 50.970 USD PIECES | 30,582.00 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 140027662154
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES
**SEARS DIV** 671
**SEARS ITEM/SKU** 30261/000

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION:  7FT CSP PE MIXED PENCIL PINE
TREE NO.: 73
LIGHT COUNT AND COLOUR: 220 DUAL COLOR LED
TIPS COUNT: 890 TIPS
GIRTH:  20IN
WRAPPED CONSTRUCTION
METAL STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
EXTRA BULBS  INCLUDED

# COMMERCIAL INVOICE

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

VENDOR STOCK NO.: WT18-890
ITEM UPC NO.: 810174025040
MATERIAL BREAKDOWN:
PLASTIC 30PCT, METAL 15PCT,LIGHT 55PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP3689 | **REFERENCE NO.** | 804 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | WT18-890 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**      CNDONGUADON

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SEARS** | SP3724 | 6.5 WESTCHESTER SL PINE 350 CLEAR LT | | 1,000 CARTONS | 1,000 PIECES | 47.000 USD PIECES | 47,000.00 USD |
| **ITEM:** | 140096152277 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 PIECES | | | | | | |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 57981/000 | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 60A
LIGHT COUNT AND COLOUR: 350 CLEAR LIGHTS
TIPS COUNT: 656 TIPS
PVC THICKNESS: 0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 38IN
PVC 60PCT CASHMERE 40PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 656-66KHZC
ITEM UPC NO.: 810174023565
MATERIAL BREAKDOWN:
PLASTIC 39.4PCT,METAL 18.3PCT, LIGHT 42.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3724 | **REFERENCE NO.** | 804 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 656-66KHZC | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      103562

# COMMERCIAL INVOICE

Page 6 of 9

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**        CNDONGUADON

| SEARS | SP3735 | 7.5FT REGAL FIR 800 DUAL LED | | 600 CARTONS | 600 PIECES | 133.210 USD PIECES | 79,926.00 USD |
|-------|--------|------------------------------|--|-------------|------------|--------------------|----------------|

| | |
|---|---|
| **ITEM:** | 140078238466 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 44793/000 |

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-2183RT-76KHZ
FULL PRODUCT DESC :
CHRISTMAS 7.5FT REGAL FIR
WITH 800 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 79
TOTAL TIPS COUNT: 2183 TIPS
(PE: 46.59%, PVC:53.41%)
LIGHT COUNT: 800 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4.SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 54INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021615
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 16.32%, PVC 20.39%, WIRE 32.44%, STAND 5.96%,
LITE 14.24%, METAL 8.9%, PLASTIC 1.75%.
THIS IS FOR SEARS FULL LINE STORE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3735 | **REFERENCE NO.** | 804 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | W-2183RT-76K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**        CNDONGUADON

# COMMERCIAL INVOICE

Page 7 of 9

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**        SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SQ3687 | 4.5FT FLOC 440 TIPS | | 800 | 800 | 23.900  USD | 19,120.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140097910046 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 22074/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4.5FT REDWOOD PINE BERRY FLOCKED SPRUCE
TREE NO.: 44
LIGHT COUNT AND COLOUR: 200 CLEAR LIGHTS
TIPS COUNT: 440 TIPS
GIRTH: 33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: WT18-440-S
ITEM UPC NO.: 810174025033
MATERIAL BREAKDOWN:
PLASTIC 27.7PCT,METAL 10PCT, LIGHT 37.5PCT, DECORATION 24.8PCT
1 PC TREE PER MASTER CARTON

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SQ3687 | **REFERENCE NO.** | 804 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | | |
| **VENDOR ITEM CODE** | WT18-440-S | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**          103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**          CNDONGUADON

| SEARS | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | | 372 | 372 | 69.500  USD | 25,854.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140096602925 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57988/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 75A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 952 TIPS
PVC THICKNESS:  0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH: 40IN
PVC 63PCT CASHMERE 37PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED

# COMMERCIAL INVOICE

Page 8 of 9

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 952-76KHZC
ITEM UPC NO.: 810174023633
MATERIAL BREAKDOWN:
PLASTIC 33.9PCT,METAL 18.8PCT, LIGHT 47.3PCT
1 PC TREE PER MASTER CARTON

| | | |
|---|---|---|
| **CONTRACT NO.** | SQ3732 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 952-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    103562

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**    CNDONGUADON

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | 600 | 600 | 143.290 USD | 85,974.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 140096602990 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 PIECES |
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 57989/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT NORWEGIAN SPRUCE
TREE NO.: 78
LIGHT COUNT AND COLOUR: 800 DUAL COLOR C3 CAP
TIPS COUNT: 4335 TIPS
PVC THICKNESS:  0.07MM / 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 66IN
PVC 37PCT PE 63PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
SEARS, ROEBUCK AND CO COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, ETL LISTED LABEL TO BE INCLUDED
EXTRA BULBS
VENDOR STOCK NO.: 4335-76KHZ
ITEM UPC NO.: 810174023640
MATERIAL BREAKDOWN:
PLASTIC 40.3PCT,METAL 10.4PCT, LIGHT 49.3PCT
1 PC TREE PER MASTER CARTON

| | | |
|---|---|---|
| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    103562

# COMMERCIAL INVOICE

Page 9 of 9

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Wilmington , CA

FOB China

DONG GUAN CITY MEI GAO INDUSTRY CO LTD

JIN SONG ROAD, LIU WU XIANG VILLAGE

LIAO BU TOWN,

DONGGUAN

GUANGDONG

China

**FTY MID NO.**            CNDONGUADON

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**           OPEN ACCOUNT
**LC#**                   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 7,112 | 7,112 | PIECES | 464,650.00   USD |

**TOTAL US DOLLARS FOUR HUNDRED SIXTY-FOUR THOUSAND SIX HUNDRED FIFTY DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

# PACKING LIST

DATE: September 13, 2018

INVOICE NO.: 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China          SHIPPED TO: Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SN3731 | 7.5 WESTCHESTER DELUXE 600 CLEAR LT | | | | | | |
| ITEM: | 140096606769 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.237 | 20.500 | 18.800 | |
| CONTENTS | 1 PIECES | TOTAL | 500 | 500 | 118.397 | 10,250.000 | 9,400.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57991/000 | | | | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN3731 | REFERENCE NO. | 805 | |
| DC CODE | SHW | DEPARTMENT NO. | 009 | |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 | |
| VENDOR ITEM CODE | 1138-76KHZC | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

PACKING INSTRUCTIONS:
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 127.0 | 43.2 | 43.2 | 0.237 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | | | | | | |
| ITEM: | 140078238458 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.152 | 15.400 | 13.200 | |
| CONTENTS | 1 PIECES | TOTAL | 440 | 440 | 66.703 | 6,776.000 | 5,808.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 44792/000 | | | | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SO3726 | REFERENCE NO. | 804 | |
| DC CODE | SHW | DEPARTMENT NO. | 009 | |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 | |
| VENDOR ITEM CODE | W-1289RT-66KHZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

PACKING INSTRUCTIONS:
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS
COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC
HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE
LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 36.8 | 36.8 | 111.8 | 0.152 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SO3727 | 7FT ALPINE BALSAM 250 CLEAR LIGHTS | | | | | | |
| ITEM: | 140010003291 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 1 | 0.051 | 6.500 | 5.600 | |
| CONTENTS | 1 PIECES | TOTAL | 800 | 800 | 40.902 | 5,200.000 | 4,480.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 57992/000 | | | | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SO3727 | REFERENCE NO. | 804 | |
| DC CODE | SHW | DEPARTMENT NO. | 009 | |
| DIVISION NO. | Division 2 | VENDOR NO. | 9383 | |
| VENDOR ITEM CODE | 611-70KC | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

PACKING INSTRUCTIONS:
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

# PACKING LIST

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington, CA

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 101.6 | 20.3 | 24.8 | 0.051 |

| **SEARS** | SO3728 | 7FT PRE LIT ALPINE 250 MULTI LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140010093458 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.052 | 6.500 | 5.600 |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 600 | 600 | 31.463 | 3,900.000 | 3,360.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57993/000 | | | | | | | |

| **CONTRACT NO.** | SO3728 | **REFERENCE NO.** | 804 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 611-70KM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 101.6 | 20.3 | 25.4 | 0.052 |

| **SEARS** | SO3729 | 7.5FT WESTCHESTER DELUXE 600 MULTI LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140010100006 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.237 | 20.500 | 18.800 |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 800 | 800 | 189.434 | 16,400.000 | 15,040.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57994/000 | | | | | | | |

| **CONTRACT NO.** | SO3729 | **REFERENCE NO.** | 804 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 1138-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 43.2 | 43.2 | 0.237 |

| **SEARS** | SP3689 | 7FT PENCIL 890 TIPS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140027662154 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.054 | 4.990 | 3.800 |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 600 | 600 | 32.115 | 2,994.000 | 2,280.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 30261/000 | | | | | | | |

# PACKING LIST

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| | |
|---|---|
| **CONTRACT NO.** | SP3689 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | WT18-890 |

| | |
|---|---|
| **REFERENCE NO.** | 804 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 85.1 | 24.8 | 25.4 | 0.054 |

| SEARS | SP3724 | 6.5 WESTCHESTER SL PINE 350 CLEAR LT |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096152277 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.108 | 10.600 | 9.300 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,000 | 1,000 | 108.155 | 10,600.000 | 9,300.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 57981/000 | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SP3724 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | 656-66KHZC |

| | |
|---|---|
| **REFERENCE NO.** | 804 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 30.5 | 31.8 | 0.108 |

| SEARS | SP3735 | 7.5FT REGAL FIR 800 DUAL LED |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140078238466 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.254 | 24.700 | 21.350 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 600 | 600 | 152.137 | 14,820.000 | 12,810.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 44793/000 | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SP3735 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | W-2183RT-76KHZ |

| | |
|---|---|
| **REFERENCE NO.** | 804 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS
COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC
HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE
LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 43.8 | 43.8 | 132.1 | 0.254 |

| SEARS | SQ3687 | 4.5FT FLOC 440 TIPS |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140097910046 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.053 | 4.900 | 4.010 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 800 | 800 | 42.475 | 3,920.000 | 3,208.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | |

# PACKING LIST

**DATE:** September 13, 2018
**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

**SEARS ITEM/SKU** 22074/000

| | |
|---|---|
| **CONTRACT NO.** | SQ3687 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | WT18-440-S |

| | |
|---|---|
| **REFERENCE NO.** | 804 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 25.4 | 0.053 |

| **SEARS** | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS |
|---|---|---|

| **ITEM:** | 140096602925 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.175 | 15.100 | 13.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 372 | 372 | 65.151 | 5,617.200 | 5,133.600 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SQ3732 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | 952-76KHZM |

| | |
|---|---|
| **REFERENCE NO.** | 803 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 38.1 | 36.2 | 0.175 |

| **SEARS** | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT |
|---|---|---|

| **ITEM:** | 140096602990 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.226 | 26.700 | 22.950 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 600 | 600 | 135.360 | 16,020.000 | 13,770.000 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | |
| **SEARS ITEM/SKU** | 57989/000 | | | | | | | |

| | |
|---|---|
| **CONTRACT NO.** | SQ3736 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 2 |
| **VENDOR ITEM CODE** | 4335-76KHZ |

| | |
|---|---|
| **REFERENCE NO.** | 803 |
| **DEPARTMENT NO.** | 009 |
| **VENDOR NO.** | 9383 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 38.1 | 44.8 | 0.226 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 7,112 | 7,112 | 982.291 | 96,497.200 | 84,589.600 | 0.000 |

**PACKING LIST**

Exhibit 18

**DATE:** September 13, 2018

**INVOICE NO.:** 201821848426

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:**  Wilmington, CA

We hereby certify that this shipment does not contain solid wood packing material.

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |