## EXHIBIT T

Documents Related to Shipment No. 18:

Forwarder's Cargo Receipt No. 7795990147 (with Invoice No. 201821845945 and related packing list attached)

**UPS Supply Chain Solutions**  
OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**  
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965891001 | 7795990147 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>14-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE.**  
**UPS SUPPLY CHAIN SOLUTIONS, INC.**  
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go[od]  
order and condition from Shipper, the package(s) listed below are said to con[tain]  
the goods hereinafter described. This receipt is not valid unless verified a[nd]  
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles[s a]  
higher value is declared on this receipt and the extra charge paid, liability is limi[ted]  
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force [of]  
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl[ess]  
a higher value is declared.  
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE:(310)404-2792 FAX:(310)<br>404-2962 ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>BEAU5022036<br>SEALCODE1:<br>CN5587645<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1226 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P79<br>DEPT# 009<br>REF#805<br>ITEM#140095924239 | 6130.000 KG<br>13514.330 LB | 65.093<br>2298.43[4] |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 31-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | |
| PACKING LIST | | |

This shipment will be handled subject to the terms set forth he[reon]  
and on the reverse of this document which are incorporated he[rein]  
by reference. These Terms limit or exclude UPS Supply Cha[in]  
Solutions liability and include certain indemnities to UPS Sup[ply]  
Chain Solutions' benefit.  
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month  Sep    Day  25    Year  2018

**UPS Supply Chain Solutions**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**  
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. | CARGO RECEIPT NO. |
| 965891001 | 7795990147 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | 14-SEP-2018 |

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc
law, its limitation, described in paragraph 3 on the reverse hereof, controls un
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDINBURGH 837N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|---|
| CTRNO: MRKU3816666 SEALCODE1: CN0331239 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS. 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1021 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2NQ3/B2NQ5 DEPT# 009 REF#804/805 ITEM#140094475720/140094475745 | 5976.300 KG 13175.480 LB | 65.04 2296.55 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 31-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h
and on the reverse of this document which are incorporated h
by reference. These Terms limit or exclude UPS Supply C
Solutions liability and include certain indemnities to UPS Su
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month ___Sep___ Day ___25___ Year ___2018___

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions ℠ 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.**
965891001

**CARGO RECEIPT NO.**
7795990147

**EXPORT REFERENCES**

**DATE OF RECEIPT OF CARGO**
14-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent go
order and condition from Shipper, the package(s) listed below are said to cont
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles
higher value is declared on this receipt and the extra charge paid, liability is limi
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unl
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT BY PRE-CARRIER**
YANTIAN, CHINA

**EXPORT LICENSE NO.**

**EXPORT CARRIER (VESSEL/VOY/FLAG)**
MAERSK EDINBURGH 837N

**PORT OF LOADING**
YANTIAN, CHINA

**PORT OF DISCHARGE**
LOS ANGELES, CA

**PLACE OF DELIVERY BY ON CARRIER**
WILMINGTON, CA

**NUMBER OF ORIGINALS**
1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: PONU6193792 SEALCODE1: CN5562431 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 644 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7M/B2P7K DEPT# 009 REF#803/805 ITEM#140095925673/140022226740 | 8008.000 KG 17654.610 LB | 65.156 2300.65 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 31-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 6 | 0 |
| PACKING LIST | | 0 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month ___Sep___ Day ___25___ Year ___2018___

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 965891001
**CARGO RECEIPT NO.** 7795990147
**EXPORT REFERENCES**
**DATE OF RECEIPT OF CARGO** 14-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent order and condition from Shipper, the package(s) listed below are said to co the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unl higher value is declared on this receipt and the extra charge paid, liability is li to $0.50 per pound of goods lost or damaged. If COGSA governs with the fo law, its limitation, described in paragraph 3 on the reverse hereof, controls u a higher value is declared.

Declared Value is:

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

**PRE-CARRIAGE BY**
**PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA
**EXPORT CARRIER (VESSEL/VOY/FLAG)** MAERSK EDINBURGH 837N
**PORT OF LOADING** YANTIAN, CHINA
**PORT OF DISCHARGE** LOS ANGELES, CA
**PLACE OF DELIVERY BY ON CARRIER** WILMINGTON, CA
**NUMBER OF ORIGINALS** 1/ONE

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|---|
| CTRNO: SUDU8752934 SEALCODE1: CN0263867 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 859 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2NQ3 DEPT# 009 REF#804 ITEM#140094475720 | 4037.300 KG 8900.720 LB | 65.03 2296.31 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 31-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 0 |
| PACKING LIST | | 0 |

This shipment will be handled subject to the terms set forth he and on the reverse of this document which are incorporated he by reference. These Terms limit or exclude UPS Supply Cha Solutions liability and include certain indemnities to UPS Supp Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month __Sep__ Day __25__ Year __2018__



**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UPS Supply Chain Solutions

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 965891001
**CARGO RECEIPT NO.** 7795990147
**EXPORT REFERENCES**
**DATE OF RECEIPT OF CARGO** 14-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
|  | YANTIAN, CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** |
| MAERSK EDINBURGH 837N | YANTIAN, CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** |
| LOS ANGELES, CA | WILMINGTON, CA |

**NUMBER OF ORIGINALS** 1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCKU6572175 SEALCODE1: CN5562546 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 1041 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P79/B2NQ3 DEPT# 009 REF#804/805 ITEM#140095924239/140094475720 | 5075.400 KG 11189.340 LB | 65.04 2296.59 |

**ORIGINAL**

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 31-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month  Sep   Day  25   Year  2018



UPS Supply Chain Solutions

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

18-23538-shl    Doc 1386-20    Filed 12/21/18    Entered 12/21/18 11:42:35    Exhibit Pg 7 of 13

# UPS Supply Chain Solutions℠ 

## UPS SUPPLY CHAIN SOLUTIONS, INC.
### FORWARDER'S CARGO RECEIPT

OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 965891001
**CARGO RECEIPT NO.** 7795990147
**EXPORT REFERENCES**
**DATE OF RECEIPT OF CARGO** 14-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:**

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
|  | YANTIAN, CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** |
| MAERSK EDINBURGH 837N | YANTIAN, CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** |
| LOS ANGELES, CA | WILMINGTON, CA |

**NUMBER OF ORIGINALS** 1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCKU6588783 SEALCODE1: CN0583615 MARKS & NO: KMART ITEM NO: MADE IN: CHINA (MAINLAND) CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 578 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE KMART PO#B2P7M DEPT# 009 REF#803 ITEM#140095925673 CODE: WCD WILMINGTON, CA 90744 DOOR FREIGHT COLLECT SHIPPER LOAD AND COUNT AND SEAL THE ABOVE SHIPMENT DOES NOT CONTAINS ANY SOLID WOOD PACKAGING MATERIAL. SAILING DATE:22-SEP-2018 FCR DATE: 14-SEP-2018 | 8092.000 KG 17839.800 LB | 65.118 M 2299.317 F |

*ORIGINAL*

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 31-AUG-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 |  |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*Rockyoung* (signature)

SHENZHEN
AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month **Sep**   Day **25**   Year **2018**

# COMMERCIAL INVOICE

Page 1 of 4

**DATE:** September 13, 2018
**INVOICE NO.:** 201821845945

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NQ3 | 6FT POP UP 931 TIPS | 1,800 CARTONS | 1,800 PIECES | 29.200 USD PIECES | 52,560.00 USD |
| **ITEM:** | 140094475720 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 6FT POP UP PVC TREE
TREE NO.: 60
LIGHT COUNT AND COLOUR: 150 CLEAR LIGHTS
TIPS COUNT: 931 TIPS
GIRTH: 28IN
100PCT PVC
WRAPPED CONSTRUCTION
PLASTIC STAND
TAH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: WT18-931POPUP
ITEM UPC NO.: 810174025019
MATERIAL BREAKDOWN:
PLASTIC 30 PCT,METAL 30 PCT, LIGHT 40 PCT
1 PC TREE PER MASTER CARTON | | | | |
| | **CONTRACT NO.** | B2NQ3 | **REFERENCE NO.** | 804 | | |
| | **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | | |
| | **VENDOR ITEM CODE** | WT18-931POPU P | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103562 | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | |
| | LIAO BU TOWN, | | | | | |
| | DONGGUAN | | | | | |
| | GUANGDONG | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNDONGUADON | | | | |
| KMART | B2NQ5 | 7FT PVC PENCIL 656 TIPS | 512 CARTONS | 512 PIECES | 51.240 USD PIECES | 26,234.88 USD |
| **ITEM:** | 140094475746 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT CSP PENCIL PINE
TREE NO.: 72
LIGHT COUNT AND COLOUR: 220 DUAL COLOR LED
TIPS COUNT: 656 TIPS
GIRTH: 24IN
100PCT PVC
WRAP CONSTRUCTION
METAL STAND
CSP COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
EXTRA BULBS  INCLUDED
VENDOR STOCK NO.: WT18-656
ITEM UPC NO.: 810174025026
MATERIAL BREAKDOWN: | | | | |

# COMMERCIAL INVOICE

Page 2 of 4
**DATE:** September 13, 2018
**INVOICE NO.:** 201821845945

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean
FOB China

PLASTIC 25PCT, METAL 15PCT, LIGHT 60PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NQ5 | REFERENCE NO. | 805 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | WT18-656 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.     103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

FTY MID NO.     CNDONGUADON

---

| KMART | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | 1,835 CARTONS | 1,835 PIECES | 23.900 USD PIECES | 43,856.50 USD |
|---|---|---|---|---|---|---|

**ITEM:** 140095924239
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 4.5FT REDWOOD PINE BERRY FLOCKED SPRUCE
TREE NO.: 44
LIGHT COUNT AND COLOUR: 200 CLEAR LIGHTS
TIPS COUNT:  440 TIPS
PVC THICKNESS:  0.07MM + 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 33IN
100PCT PVC
HINGED CONSTRUCTION
PLASTIC STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 440PB-46K
ITEM UPC NO.: 810174023442
MATERIAL BREAKDOWN:
PLASTIC 27.7PCT, METAL 10PCT, LIGHT 37.5PCT, DECORATION 24.8PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2P79 | REFERENCE NO. | 805 |
| DC CODE | WCD | DEPARTMENT NO. | 009 |
| DIVISION NO. | Division 2 | VENDOR NO. | 9386 |
| VENDOR ITEM CODE | 440PB-46K | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.     103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG

# COMMERCIAL INVOICE

Page 3 of 4

**DATE:** September 13, 2018
**INVOICE NO.:** 201821845945

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Wilmington, CA

FOB China

China
**FTY MID NO.** CNDONGUADON

| KMART | B2P7K | 7FT UNLIT HIGHLAND CASHMERE W PINECONES | 600 CARTONS | 600 PIECES | 31.770 USD PIECES | 19,062.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 140022226740
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES

ARTIFICIAL UNLIT CHRISTMAS TREE
ITEM DESCRIPTION: 7FT UNLIT HIGHLAND CASHMERE WITH PINECONES
TREE NO. 73
TIPS COUNT: 969 TIPS
PVC THICKNESS: 0.07MM, 0.12MM AND 0.4MM
WIRE GAUGE ON TIPS: 19# AND 20#
GIRTH: 46IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
JACLYN SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL,
VENDOR STOCK NO.: WT0003
ITEM UPC NO.: 810174022162
MATERIAL BREAKDOWN:
31.39PCT HARDNEEDLE, 22.61PCT PVC, 37.69PCT METAL,
5.09PCT PLASTIC, 3.22PCT DECORATION

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7K | **REFERENCE NO.** | 805 | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | WT0003 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 103562
DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

| KMART | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | 622 CARTONS | 622 PIECES | 62.840 USD PIECES | 39,086.48 USD |
|---|---|---|---|---|---|---|

**ITEM:** 140095925673
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 PIECES

ARTIFICIAL PRELIT CHRISTMAS TREE
THIS IS CHRISTMAS ITEM AND DISPOSABLE
ITEM DESCRIPTION: 7FT COLORADO FLOCKED PINE
TREE NO.: 79
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 1312 TIPS
PVC THICKNESS: 0.12+0.07MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 50IN
100PCT PVC
HINGED CONSTRUCTION
METAL STAND
J SMITH COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** September 13, 2018
**INVOICE NO.:** 201821845945

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China
**MODE OF TRANSPORTATION:** Ocean
**SHIPPED TO:** Wilmington , CA

FOB China

EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 1312-70KH
ITEM UPC NO.: 810174023480
MATERIAL BREAKDOWN:
PLASTIC 22.7PCT,METAL 21.5PCT, LIGHT 40.8PCT,DECORATION 15PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 803 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT
**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 5,369 | 5,369 | PIECES | 180,799.86 USD |

**TOTAL US DOLLARS ONE HUNDRED EIGHTY THOUSAND SEVEN HUNDRED NINETY-NINE DOLLARS AND EIGHTY-SIX CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# PACKING LIST

**DATE:** September 13, 2018
**INVOICE NO.:** 201821845945

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China  **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| **KMART** | B2NQ3 | 6FT POP UP 931 TIPS | | | | | | | |
| **ITEM:** | 140094475720 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.076 | 4.700 | 3.500 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,800 | 1,800 | 136.275 | 8,460.000 | 6,300.000 | 0.000 |

| | **CONTRACT NO.** | B2NQ3 | **REFERENCE NO.** | 804 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | 1 PC BROWN BOX WITH COLOR LABEL |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| | **VENDOR ITEM CODE** | WT18-931POPUP | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 61.0 | 22.2 | 55.9 | 0.076 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| **KMART** | B2NQ5 | 7FT PVC PENCIL 656 TIPS | | | | | | | |
| **ITEM:** | 140094475746 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.052 | 7.000 | 5.900 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 512 | 512 | 26.505 | 3,584.000 | 3,020.800 | 0.000 |

| | **CONTRACT NO.** | B2NQ5 | **REFERENCE NO.** | 805 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | 1 PC BROWN BOX WITH COLOR LABEL |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| | **VENDOR ITEM CODE** | WT18-656 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 24.8 | 0.052 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| **KMART** | B2P79 | 4.5FT REDWOOD BERRY FLOCKED PINE 200 LT | | | | | | | |
| **ITEM:** | 140095924239 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 1 | 0.053 | 5.000 | 4.000 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | 1,835 | 1,835 | 97.428 | 9,175.000 | 7,340.000 | 0.000 |

| | **CONTRACT NO.** | B2P79 | **REFERENCE NO.** | 805 | **PACKING INSTRUCTIONS:** |
|---|---|---|---|---|---|
| | **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| | **VENDOR ITEM CODE** | 440PB-46K | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 25.4 | 0.053 |

# PACKING LIST

**DATE:** September 13, 2018
**INVOICE NO.:** 201821845945

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington, CA

| KMART | B2P7K | 7FT UNLIT HIGHLAND CASHMERE W PINECONES | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140022226740 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.100 | 12.320 | 10.060 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 600 | 600 | 60.199 | 7,392.000 | 6,036.000 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7K | **REFERENCE NO.** | 805 | **PACKING INSTRUCTIONS:** |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | EACH PC PACKED IN KARFT BOX WITH JACLYN SMITH COLOUR LABEL. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON. |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | WT0003 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 27.9 | 32.1 | 0.100 |

| KMART | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140095925673 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.113 | 14.000 | 11.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 622 | 622 | 70.075 | 8,708.000 | 7,339.600 | 0.000 |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 803 | **PACKING INSTRUCTIONS:** |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 31.8 | 31.8 | 0.113 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 5,369 | 5,369 | 390.481 | 37,319.000 | 30,036.400 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

**WINNERS INDUSTRY COMPANY LIMITED**
**EMPLOYEE NAME**
**EMPLOYEE TITLE**