## EXHIBIT U

Documents Related to Shipment No. 19:

Forwarder's Cargo Receipt No. 7796069380 (with Invoice No. 201822257795 and related packing list attached)

# UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

OTI License No. 275F

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)** | **BOOKING NO.** 965891046 |
| WINNERS INDUSTRY COMPANY LIMITED | **EXPORT REFERENCES** |
| UNIT A, 10/F., WAH LUNG BUILDING | **CARGO RECEIPT NO.** 7796069380 |
| 49-53 WANG LUNG STREET, TSUEN WAN | **DATE OF RECEIPT OF CARGO** |
| NEW TERRITORIES | 17-SEP-2018 |
| HONG KONG | |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

THIS IS NOT A DOCUMENT OF TITLE.
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)404-2962 ATTN: MARY ELLEN WRATSCHKO

| | |
|---|---|
| **PRE-CARRIAGE BY** | **PLACE OF RECEIPT BY PRE-CARRIER** |
| | YANTIAN CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** |
| MSC ALTAIR 838N | YANTIAN CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** |
| LOS ANGELES, CA | WILMINGTON, CA |

EXPORT LICENSE NO.

NUMBER OF ORIGINALS: 1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCNU1957353<br>SEALCODE1: CN0662718<br>MARKS & NO: KMART<br>ITEM NO:<br>MADE IN: CHINA (MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 950 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2NQ5/B2P7M<br>DEPT# 009<br>REF#803/805 | 8484.000 KG<br>18704.010 LB | 65.133<br>2299.84 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 18-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for **UPS SUPPLY CHAIN SOLUTIONS, INC.**

SHENZHEN
Issued by _____

Month _Sep_____ Day _28_____ Year _2018_____

**UPS Supply Chain Solutions℠**  UPS  OTI License No. 275F

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 965891046<br>EXPORT REFERENCES | 7796069380<br>DATE OF RECEIPT OF CARGO<br>17-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
IL 60179 USA

THIS IS NOT A DOCUMENT OF TITLE.
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE:(310)404-2792 FAX:(310)404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
|  | YANTIAN, CHINA |  |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC ALTAIR 838N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES, CA | WILMINGTON, CA | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>TCNU1957369<br>SEALCODE1:<br>CN3773582<br>MARKS & NO:<br>KMART<br>ITEM NO:<br>MADE IN: CHINA<br>(MAINLAND)<br>CONTENTS: 1 PIECES | 1 | 40' HIGH CUBE CONTAINER 578 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>KMART PO#B2P7M<br>DEPT# 009<br>REF#803<br><br>CODE: WCD WILMINGTON, CA 90744 DOOR<br>FREIGHT COLLECT<br>SHIPPER LOAD AND COUNT AND SEAL<br>THE ABOVE SHIPMENT DOES NOT CONTAINS ANY<br>SOLID WOOD PACKAGING MATERIAL.<br>SAILING DATE:28-SEP-2018<br>FCR DATE:.17-SEP-2018 | 8092.000 KG<br>17839.800 LB | 65.118<br>2299.317 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 18-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth herein and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

Issued by SHENZHEN AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month Sep  Day 28  Year 2018

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 20, 2018
**INVOICE NO.:** 201822257795

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NQ5 | 7FT PVC PENCIL 656 TIPS | 688 CARTONS | 688 PIECES | 51.240 USD PIECES | 35,253.12 USD |
| ITEM: | 140094475746 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE<br>THIS IS CHRISTMAS ITEM AND DISPOSABLE<br>ITEM DESCRIPTION: 7FT CSP PENCIL PINE<br>TREE NO.: 72<br>LIGHT COUNT AND COLOUR: 220 DUAL COLOR LED<br>TIPS COUNT: 656 TIPS<br>GIRTH: 24IN<br>100PCT PVC<br>WRAP CONSTRUCTION<br>METAL STAND<br>CSP COLOUR PRINTED HANGTAG<br>INSTRUCTION MANUAL INCLUDED<br>EXTRA BULBS INCLUDED<br>VENDOR STOCK NO.: WT18-656<br>ITEM UPC NO.: 810174025026<br>MATERIAL BREAKDOWN:<br>PLASTIC 25PCT, METAL 15PCT, LIGHT 60PCT<br>1 PC TREE PER MASTER CARTON | | | | |
| | **CONTRACT NO.** | B2NQ5 | **REFERENCE NO.** | 806 | | |
| | **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | | |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | | |
| | **VENDOR ITEM CODE** | WT18-656 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |
| | **FACTORY NO.** | 103562 | | | | |
| | DONG GUAN CITY MEI GAO INDUSTRY CO LTD | | | | | |
| | JIN SONG ROAD, LIU WU XIANG VILLAGE | | | | | |
| | LIAO BU TOWN, | | | | | |
| | DONGGUAN | | | | | |
| | GUANGDONG | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNDONGUADON | | | | |
| KMART | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | 840 CARTONS | 840 PIECES | 62.840 USD PIECES | 52,785.60 USD |
| ITEM: | 140095925673 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 PIECES | | | | | |
| | | ARTIFICIAL PRELIT CHRISTMAS TREE<br>THIS IS CHRISTMAS ITEM AND DISPOSABLE<br>ITEM DESCRIPTION: 7FT COLORADO FLOCKED PINE<br>TREE NO.: 79<br>LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS<br>TIPS COUNT: 1312 TIPS<br>PVC THICKNESS: 0.12+0.07MM<br>WIRE GAUGE ON TIPS: 20#<br>GIRTH: 50IN<br>100PCT PVC<br>HINGED CONSTRUCTION<br>METAL STAND<br>J SMITH COLOUR PRINTED HANGTAG<br>INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED<br>EXTRA BULBS AND SPARE FUSES INCLUDED<br>VENDOR STOCK NO.: 1312-70KH | | | | |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 20, 2018
**INVOICE NO.:** 201822257795

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:** Wilmington , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

ITEM UPC NO.: 810174023480
MATERIAL BREAKDOWN:
PLASTIC 22.7PCT,METAL 21.5PCT, LIGHT 40.8PCT,DECORATION 15PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 804 |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT
**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,528 | 1,528 | PIECES | 88,038.72   USD |

**TOTAL US DOLLARS EIGHTY-EIGHT THOUSAND THIRTY-EIGHT DOLLARS AND SEVENTY-TWO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WINNERS INDUSTRY COMPANY LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# PACKING LIST

**DATE:** September 20, 2018
**INVOICE NO.:** 201822257795

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2NQ5 | 7FT PVC PENCIL 656 TIPS | | | | | | |
| **ITEM:** | 140094475746 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.052 | 7.257 | | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 688 | 688 | 35.616 | 4,992.816 | | 0.000 |

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2NQ5 | **REFERENCE NO.** | 806 | **PACKING INSTRUCTIONS:** | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | 1 PC BROWN BOX WITH COLOR LABEL | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | | |
| **VENDOR ITEM CODE** | WT18-656 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 91.4 | 22.9 | 24.8 | 0.052 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2P7M | 7FT COLORADO FLOCKEDPINE 600 CLEAR LT | | | | | | |
| **ITEM:** | 140095925673 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | 1 | 0.113 | 14.515 | | |
| **CONTENTS** | 1 PIECES | **TOTAL** | 840 | 840 | 94.635 | 12,192.600 | | 0.000 |

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2P7M | **REFERENCE NO.** | 804 | **PACKING INSTRUCTIONS:** | |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 009 | 1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9386 | | |
| **VENDOR ITEM CODE** | 1312-70KH | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 111.8 | 31.8 | 31.8 | 0.113 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 1,528 | 1,528 | 130.251 | 17,185.416 | 0.000 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

# PACKING LIST

**DATE:** September 20, 2018
**INVOICE NO.:** 201822257795

9386
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Wilmington, CA

| WINNERS INDUSTRY COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |