## EXHIBIT V

Documents Related to Shipment No. 20:

Forwarder's Cargo Receipt No. 7796039812 (with Invoice No. 201821849073 and related packing list attached)

# UPS Supply Chain Solutions℠

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 966057087
**EXPORT REFERENCES**

**CARGO RECEIPT NO.** 7796039812
**DATE OF RECEIPT OF CARGO** 22-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent
order and condition from Shipper, the package(s) listed below are said to c
the goods hereinafter described. This receipt is not valid unless verifie
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. U
higher value is declared on this receipt and the extra charge paid, liability is
to $0.50 per pound of goods lost or damaged. If COGSA governs with the f
law, its limitation, described in paragraph 3 on the reverse hereof, controls
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT BY PRE-CARRIER** YANTIAN, CHINA

**EXPORT CARRIER (VESSEL/VOY/FLAG)** MSC ALTAIR 838N
**PORT OF LOADING** YANTIAN, CHINA

**PORT OF DISCHARGE** LOS ANGELES
**PLACE OF DELIVERY BY ON CARRIER** WILMINGTON, CA 90744 DOOR
**NUMBER OF ORIGINALS** 1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| CTRNO: BSIU9729259<br>SEALCODE1:<br>CN0315705<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 310 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3734<br>DEPT#009<br>REF#803<br>ITEM#140026616037 | 5834.200 KG<br>12862.210 LB | 65.11<br>2299.2 |
| CTRNO:<br>MRKU3892199<br>SEALCODE1:<br>CN0344512<br>MARKS & NO:<br>SEARS | 1 | 40' HIGH CUBE CONTAINER 453 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SP3689,SQ3732<br>DEPT#009   REF#805<br>ITEM#140027662154 , 140096602925 | 5728.200 KG<br>12628.520 LB | 65.81<br>2323.85 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h
and on the reverse of this document which are incorporated h
by reference. These Terms limit or exclude UPS Supply Ch
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by SHENZHEN _____

Month _Sep_  Day _28_  Year _2018_



UPS Supply Chain Solutions℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

# UPS Supply Chain Solutions℠ 

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

OTI License No. 275F

| | |
|---|---|
| BOOKING NO. | CARGO RECEIPT NO. |
| 966057087 | 7796039812 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | 22-SEP-2018 |

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

| | |
|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | YANTIAN CHINA |
| MSC ALTAIR 838N | PORT OF LOADING |
| PORT OF DISCHARGE | YANTIAN CHINA |
| LOS ANGELES | PLACE OF DELIVERY BY ON CARRIER |
| | WILMINGTON, CA 90744 DOOR |
| EXPORT LICENSE NO. | |
| NUMBER OF ORIGINALS | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ITEM NO:<br>MADE IN CHINA (MAINLAND)<br>CONTENTS:<br><br>CTRNO:<br>MRKU4757845<br>SEALCODE1:<br>CN0311212<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA (MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 305 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3736<br>DEPT#009<br>REF#805<br>ITEM#140096602990 | 8143.500 KG<br>17953.340 LB | 66.859<br>2360.791 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon
and on the reverse of this document which are incorporated herein
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month Sep  Day 28  Year 2018

# UPS Supply Chain Solutions 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.**
966057087

**EXPORT REFERENCES**

**CARGO RECEIPT NO.**
7796039812

**DATE OF RECEIPT OF CARGO**
22-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT BY PRE-CARRIER**
YANTIAN, CHINA

**EXPORT LICENSE NO.**

**EXPORT CARRIER (VESSEL/VOY/FLAG)**
MSC ALTAIR 838N

**PORT OF LOADING**
YANTIAN, CHINA

**PORT OF DISCHARGE**
LOS ANGELES

**PLACE OF DELIVERY BY ON CARRIER**
WILMINGTON, CA 90744 DOOR

**NUMBER OF ORIGINALS**
1/ONE

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU6138900<br>SEALCODE1: CN0304325<br>MARKS & NO: SEARS<br>ITEM NO:<br>MADE IN CHINA (MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 325 CARTON SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SQ3732, SQ3736<br>DEPT#009<br>REF#805<br>ITEM#140096602925, 140096602990 | 7041.900 KG<br>15524.730 LB | 65.030<br>2296.209 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month _Sep_   Day _28_   Year _2018_



UPS SUPPLY CHAIN SOLUTIONS, INC.

# UPS Supply Chain Solutions 

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

OTI License No. 275F

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.**
966057087

**EXPORT REFERENCES**

**CARGO RECEIPT NO.**
7796039812

**DATE OF RECEIPT OF CARGO**
22-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT BY PRE-CARRIER**
YANTIAN CHINA

**EXPORT CARRIER (VESSEL/VOY/FLAG)**
MSC ALTAIR 838N

**PORT OF LOADING**
YANTIAN CHINA

**PORT OF DISCHARGE**
LOS ANGELES

**PLACE OF DELIVERY BY ON CARRIER**
WILMINGTON, CA 90744 DOOR

**NUMBER OF ORIGINALS**
1/ONE

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU1512291 SEALCODE1: CN0315534 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 299 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SQ3736 DEPT#009 REF#805 ITEM#140096602990 | 7983.300 KG 17600.160 LB | 65.544 M 2314.359 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth hereon and on the reverse of this document which are incorporated herein by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN

Issued by _____

Month Sep   Day 28   Year 2018

# UPS Supply Chain Solutions 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**

WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

**BOOKING NO.** 966057087

**EXPORT REFERENCES**

**CARGO RECEIPT NO.** 7796039812

**DATE OF RECEIPT OF CARGO** 22-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g[ood] order and condition from Shipper, the package(s) listed below are said to con[tain] the goods hereinafter described. This receipt is not valid unless verified [and] signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unles[s a] higher value is declared on this receipt and the extra charge paid, liability is lim[ited] to $0.50 per pound of goods lost or damaged. If COGSA governs with the forc[e of] law, its limitation, described in paragraph 3 on the reverse hereof, controls unl[ess] a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

**EXPORT LICENSE NO.**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LOADING** |
| MSC ALTAIR 838N | YANTIAN, CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY BY ON CARRIER** | **NUMBER OF ORIGINALS** |
| LOS ANGELES | WILMINGTON, CA 90744 DOOR | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN[T] |
|---|---|---|---|---|
| CTRNO: MSKU8153439 SEALCODE1: CN0342980 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 302 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SQ3736 DEPT#009 REF#805 ITEM#140096602990 | 8063.400 KG 17776.750 LB | 66.201 2337.557 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth he[reon] and on the reverse of this document which are incorporated he[rein] by reference. These Terms limit or exclude UPS Supply Cha[in] Solutions liability and include certain indemnities to UPS Sup[ply] Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month  Sep   Day  28   Year  2018

# UPS Supply Chain Solutions℠ 

OTI License No. 275F

## UPS SUPPLY CHAIN SOLUTIONS, INC.
## FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WINNERS INDUSTRY COMPANY LIMITED<br>UNIT A, 10/F., WAH LUNG BUILDING<br>49-53 WANG LUNG STREET, TSUEN WAN<br>NEW TERRITORIES<br>HONG KONG | 966057087<br>EXPORT REFERENCES | 7796039812<br>DATE OF RECEIPT OF CARGO<br>22-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent g
order and condition from Shipper, the package(s) listed below are said to con
the goods hereinafter described. This receipt is not valid unless verified
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unle
higher value is declared on this receipt and the extra charge paid, liability is lim
to $0.50 per pound of goods lost or damaged. If COGSA governs with the for
law, its limitation, described in paragraph 3 on the reverse hereof, controls un
a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310)
404-2962 ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | YANTIAN, CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MSC ALTAIR 838N | YANTIAN, CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LOS ANGELES | WILMINGTON, CA 90744 DOOR | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| CTRNO:<br>MSKU8401263<br>SEALCODE1:<br>CN0669963<br>MARKS & NO:<br>SEARS<br>ITEM NO:<br>MADE IN CHINA<br>(MAINLAND)<br>CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 750 CARTON<br>SAID TO CONTAIN<br>ARTIFICIAL CHRISTMAS TREE<br>SEARS PO#SO3726,SP3689<br>DEPT#009<br>REF#805<br>ITEM#140078238458 ,140027662154 | 6449.100 KG<br>14217.830 LB | 65.122<br>2299.45 |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h
and on the reverse of this document which are incorporated h
by reference. These Terms limit or exclude UPS Supply Ch
Solutions liability and include certain indemnities to UPS Sup
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHENZHEN
Issued by _____

Month  Sep    Day  28    Year  2018

# UPS Supply Chain Solutions℠ 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
HONG KONG

| BOOKING NO. | CARGO RECEIPT NO. |
|---|---|
| 966057087 | 7796039812 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | 22-SEP-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
UPS SUPPLY CHAIN SOLUTIONS, INC.
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent order and condition from Shipper, the package(s) listed below are said to co the goods hereinafter described. This receipt is not valid unless verified signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unl higher value is declared on this receipt and the extra charge paid, liability is li to $0.50 per pound of goods lost or damaged. If COGSA governs with the fo law, its limitation, described in paragraph 3 on the reverse hereof, controls u a higher value is declared.
Declared Value is: _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | YANTIAN, CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| MSC ALTAIR 838N | YANTIAN, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER |
| LOS ANGELES | WILMINGTON, CA 90744 DOOR |

NUMBER OF ORIGINALS
1/ONE

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|---|
| CTRNO: TCLU5961544 SEALCODE1: CN0661193 MARKS & NO: SEARS ITEM NO: MADE IN CHINA (MAINLAND) CONTENTS: | 1 | 40' HIGH CUBE CONTAINER 385 CARTON SAID TO CONTAIN ARTIFICIAL CHRISTMAS TREE SEARS PO#SQ3732 DEPT#009 REF#805 ITEM#140096602925 CODE: SHW/WILMINGTON, CA 90744 DOOR FREIGHT COLLECT SHIPPER LOAD AND COUNT AND SEAL THE ABOVE SHIPMENT DOES NOT CONTAINS ANY SOLID WOOD PACKAGING MATERIAL. SAILING DATE:28-SEP-2018 FCR DATE:.22-SEP-2018 | 5813.500 KG 12816.570 LB | 67.42 2380.84 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 01-SEP-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth h and on the reverse of this document which are incorporated h by reference. These Terms limit or exclude UPS Supply Ch Solutions liability and include certain indemnities to UPS Sup Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED SHENZHEN BRANCH

*Bobbyoung*

SHENZHEN AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month _Sep_  Day _28_  Year _2018_

# COMMERCIAL INVOICE

Page 1 of 5
**DATE:** September 20, 2018
**INVOICE NO.:** 201821849073

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | 260 CARTONS | 260 PIECES | 79.550 USD PIECES | 20,683.00 USD |
| **ITEM:** | 140078238458 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 44792/000 | | | | | |

CHRISTMAS ARTIFICIAL PRELIT TREE
VENDOR STOCK NBR : W-1289RT-66KHZ
FULL PRODUCT DESC :
CHRISTMAS 6.5FT REGAL FIR
WITH 400 DUAL COLOR LED
FULL PRODUCT SPEC :
TREE NBR : 61
TOTAL TIPS COUNT: 1289 TIPS
(PE: 22.58%, PVC:77.42%)
LIGHT COUNT: 400 DUAL LED LIGHTS - A4 CAPS
8 FUNCTIONS:
1.STEADY ON
2. SLOW SPARKLING
3. QUICK SPARKLING
4. SLOW FADE
5.QUICK FADE
6. SLOW GLOW
7. FLASHING
8.COLOR SWITCHING
BRANCH TYPE : HINGED
GIRTH : 47INCH
PLASTIC ROTATING STAND
WITH CONTROLLER AND REMOTE CONTROL
LYTE SYSTEM ("LIGHT YOUR TREE EASY" SYSTEM)
INSTRUCTION MANUAL, CAUTION LABEL AND UL LABEL TO BE INCLUDED
10PCS LED SPARE BULBS INCLUDED
INDIVIDUAL UPC NBR : 810174021608
EC PC PACKED IN KRAFT BOX
MATERIAL BREAKDOWN: PE 8.9%, PVC 25.95%, WIRE 31.98%, STAND 10.25%,
LITE 12.23%, METAL 9.18%, PLASTIC 1.51%.
THIS IS FOR SEARS FULL LINE STORE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO3726 | **REFERENCE NO.** | 805 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | W-1289RT-66K HZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | 310 CARTONS | 310 PIECES | 73.000 USD PIECES | 22,630.00 USD |
| **ITEM:** | 140026616037 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |

# COMMERCIAL INVOICE

Page 2 of 5
**DATE:** September 20, 2018
**INVOICE NO.:** 201821849073

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China   **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **SEARS DIV** | 671 |
| **SEARS ITEM/SKU** | 25891/000 |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT SNOW COUNTRY FLOCKED PINE
TREE NO. 81
LIGHT COUNT AND COLOUR: 600L CLEAR REGULAR LIGHTS
TIPS COUNT: 1409TIPS
PVC THICKNESS: 0.07MM AND 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 53IN
100PCT PVC
HINGED CONSTRUCTION
METAL TREE STAND
DONNER & BLITZEN COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LABEL TO BE INCLUDED
SPARE BULBS AND FUSES INCLUDED
VENDOR STOCK NO.: WT0013-B
ITEM UPC NO.: 810174022254
MATERIAL BREAKDOWN:
20.16PCT PVC, 22.51 PCT METAL, 38.01PCT LIGHT,
3.11PCT PLASTIC, 16.21PCT DECORATION

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO3734 | **REFERENCE NO.** | 803 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT0013-B | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| | |
|---|---|
| **FACTORY NO.** | 103562 |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

| **SEARS** | SP3689 | 7FT PENCIL 890 TIPS | | 600 CARTONS | 600 PIECES | 50.970 USD PIECES | 30,582.00 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 140027662154 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  PIECES | | | | | | |
| **SEARS DIV** | 671 | | | | | | |
| **SEARS ITEM/SKU** | 30261/000 | | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION:  7FT CSP PE MIXED PENCIL PINE
TREE NO.: 73
LIGHT COUNT AND COLOUR: 220 DUAL COLOR LED
TIPS COUNT:  890 TIPS
GIRTH:  20IN
WRAPPED CONSTRUCTION
METAL STAND
TT COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL INCLUDED
EXTRA BULBS  INCLUDED
VENDOR STOCK NO.: WT18-890
ITEM UPC NO.:  810174025040
MATERIAL BREAKDOWN:
PLASTIC 30PCT, METAL 15PCT, LIGHT 55PCT
1 PC TREE PER MASTER CARTON

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** September 20, 2018
**INVOICE NO.:** 201821849073

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP3689 | **REFERENCE NO.** | 805 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | WT18-890 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

| SEARS | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | 869 CARTONS | 869 PIECES | 69.500 USD PIECES | 60,395.50 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 140096602925 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 PIECES | | | | | |
| **SEARS DIV** | 671 | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | |

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT WESTCHESTER SLIM CASHMERE PINE
TREE NO.: 75A
LIGHT COUNT AND COLOUR: 600 CLEAR LIGHTS
TIPS COUNT: 952 TIPS
PVC THICKNESS:   0.07MM / 0.12MM + CASHMERE
WIRE GAUGE ON TIPS: 19# + 20#
GIRTH:  40IN
PVC 63PCT CASHMERE 37PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
DB COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, UL LIGHT LISTED LABEL TO BE INCLUDED
EXTRA BULBS AND SPARE FUSES INCLUDED
VENDOR STOCK NO.: 952-76KHZC
ITEM UPC NO.: 810174023633
MATERIAL BREAKDOWN:
PLASTIC 33.9PCT, METAL 18.8PCT, LIGHT 47.3PCT
1 PC TREE PER MASTER CARTON

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ3732 | **REFERENCE NO.** | 805 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| **VENDOR ITEM CODE** | 952-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 103562 | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.**    CNDONGUADON

# COMMERCIAL INVOICE

Page 4 of 5
**DATE:** September 20, 2018
**INVOICE NO.:** 201821849073

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean
FOB China

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | 1,090 CARTONS | 1,090 PIECES | 143.290 USD PIECES | 156,186.10 USD |
|---|---|---|---|---|---|---|

**ITEM:** 140096602990
**MADE IN:** CHINA (MAINLAND)
**CONTENTS:** 1 PIECES
**SEARS DIV:** 671
**SEARS ITEM/SKU:** 57989/000

ARTIFICIAL PRELIT CHRISTMAS TREE
ITEM DESCRIPTION: 7.5FT NORWEGIAN SPRUCE
TREE NO.: 78
LIGHT COUNT AND COLOUR: 800 DUAL COLOR C3 CAP
TIPS COUNT: 4335 TIPS
PVC THICKNESS: 0.07MM / 0.12MM
WIRE GAUGE ON TIPS: 20#
GIRTH: 66IN
PVC 37PCT PE 63PCT
HINGED CONSTRUCTION
POWER POLE CONNECTION
METAL STAND
SEARS, ROEBUCK AND CO COLOUR PRINTED HANGTAG
INSTRUCTION MANUAL, CAUTION LABEL, ETL LISTED LABEL TO BE INCLUDED
EXTRA BULBS
VENDOR STOCK NO.: 4335-76KHZ
ITEM UPC NO.: 810174023640
MATERIAL BREAKDOWN:
PLASTIC 40.3PCT,METAL 10.4PCT, LIGHT 49.3PCT
1 PC TREE PER MASTER CARTON

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 805 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 009 | |
| **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 | |
| **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |
| **FACTORY NO.** | 103562 | | | |

DONG GUAN CITY MEI GAO INDUSTRY CO LTD
JIN SONG ROAD, LIU WU XIANG VILLAGE
LIAO BU TOWN,
DONGGUAN
GUANGDONG
China

**FTY MID NO.** CNDONGUADON

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT
**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 3,129 | 3,129 | PIECES | 290,476.60 USD |

**TOTAL US DOLLARS TWO HUNDRED NINETY THOUSAND FOUR HUNDRED SEVENTY-SIX DOLLARS AND SIXTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** September 20, 2018
**INVOICE NO.:** 201821849073

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Wilmington, CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

**WINNERS INDUSTRY COMPANY LIMITED**
**EMPLOYEE NAME**
**EMPLOYEE TITLE**

# PACKING LIST

Page 1 of 3
**DATE:** September 20, 2018
**INVOICE NO.:** 201821849073

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilmington, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SO3726 | 6.5FT REGAL FIR 400 DUAL LED | | | | | | |
| ITEM: | 140078238458 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.152 | 15.400 | 13.200 | |
| CONTENTS | 1 PIECES | TOTAL | 260 | 260 | 39.551 | 4,004.000 | 3,432.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 44792/000 | | | | | | | |

| | CONTRACT NO. | SO3726 | REFERENCE NO. | 805 |
| | DC CODE | SHW | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | W-1289RT-66KHZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH COLOR SWITCH PLUS COLOR LABEL W/SEARS UPC PRE-PRICE. CSP COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 37.0 | 36.8 | 111.8 | 0.152 |

| SEARS | SO3734 | 7.5FT SNOW COUNTRY FLOCKED PINE 600LT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 140026616037 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.210 | 18.820 | 15.200 | |
| CONTENTS | 1 PIECES | TOTAL | 310 | 310 | 65.115 | 5,834.200 | 4,712.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 25891/000 | | | | | | | |

| | CONTRACT NO. | SO3734 | REFERENCE NO. | 803 |
| | DC CODE | SHW | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | WT0013-B | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
EACH TREE PACKED IN CARTON BOX WITH DONNER & BLITZEN COLOR LABEL W/SEARS UPC PRE-PRICE. D&B COLOR UPC HANGTAG ON THE PRODUCT. ONE PC TEAROFF BAR CODE LABEL ON THE OUTER CARTON.

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 132.1 | 36.8 | 43.2 | 0.210 |

| SEARS | SP3689 | 7FT PENCIL 890 TIPS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 140027662154 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | PER OUTER CARTON | | 1 | 0.052 | 4.990 | 3.800 | |
| CONTENTS | 1 PIECES | TOTAL | 600 | 600 | 31.312 | 2,994.000 | 2,280.000 | 0.000 |
| SEARS DIV | 671 | | | | | | | |
| SEARS ITEM/SKU | 30261/000 | | | | | | | |

| | CONTRACT NO. | SP3689 | REFERENCE NO. | 805 |
| | DC CODE | SHW | DEPARTMENT NO. | 009 |
| | DIVISION NO. | Division 2 | VENDOR NO. | 9383 |
| | VENDOR ITEM CODE | WT18-890 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

# PACKING LIST

**DATE:** September 20, 2018
**INVOICE NO.:** 201821849073

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China          **SHIPPED TO:** Wilmington, CA

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 85.1 | 24.8 | 24.8 | 0.052 |

| SEARS | SQ3732 | 7.5 WEST 600L CLEAR LIGHTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602925 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | | 1 | 0.175 | 15.100 | 13.800 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | | 869 | 869 | 152.194 | 13,121.900 | 11,992.200 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 57988/000 | | | | | | | | |

| | **CONTRACT NO.** | SQ3732 | **REFERENCE NO.** | 805 |
| | **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| | **VENDOR ITEM CODE** | 952-76KHZM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 127.0 | 38.1 | 36.2 | 0.175 |

| SEARS | SQ3736 | 7.5 NORWEGIAN SPRUC800 CLEAR LT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 140096602990 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | **PER OUTER CARTON** | | | | 1 | 0.219 | 26.700 | 22.950 | |
| **CONTENTS** | 1 PIECES | **TOTAL** | | | 1,090 | 1,090 | 238.939 | 29,103.000 | 25,015.500 | 0.000 |
| **SEARS DIV** | 671 | | | | | | | | |
| **SEARS ITEM/SKU** | 57989/000 | | | | | | | | |

| | **CONTRACT NO.** | SQ3736 | **REFERENCE NO.** | 805 |
| | **DC CODE** | SHW | **DEPARTMENT NO.** | 009 |
| | **DIVISION NO.** | Division 2 | **VENDOR NO.** | 9383 |
| | **VENDOR ITEM CODE** | 4335-76KHZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**
1 PC HANGTAG INTO BROWN CARTON WITH 2 COLOR LABELS

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 132.1 | 38.1 | 43.6 | 0.219 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 3,129 | 3,129 | 527.111 | 55,057.100 | 47,431.700 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

# PACKING LIST

Page 3 of 3
**DATE:** September 20, 2018
**INVOICE NO.:** 201821849073

9383
WINNERS INDUSTRY COMPANY LIMITED
UNIT A, 10/F., WAH LUNG BUILDING
49-53 WANG LUNG STREET, TSUEN WAN
NEW TERRITORIES
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China      **SHIPPED TO:** Wilmington, CA

| **WINNERS INDUSTRY COMPANY LIMITED** |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |