**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
|  | ) |
| Debtors. | ) **(Jointly Administered)** |
|  | ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Russell R. Johnson III, Esq. to represent Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Kingsport Power Company, Ohio Power Company, Public Service Company of Oklahoma and Southwestern Electric Power Company (collectively, "AEP"), Arizona Public Service Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, City of Ocala, Florida, Consolidated Edison Company of New York, Inc., Orange & Rockland Utilities, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, The Dominion East Ohio Gas Company d/b/a Dominion East Ohio, Connecticut Light & Power Company, Public Service Company of New Hampshire, Yankee Gas Services Company, NStar Electric Company, Eastern Massachusetts, NStar Electric Company, Western Massachusetts, West Penn Power Company, Monongahela Power Company, Potomac Edison Company, Toledo Edison Company, Metropolitan Edison Company, Jersey Central Power & Light Company, Pennsylvania Electric Company, The Cleveland Electric Illuminating Company, Ohio Edison Company, Pennsylvania Power Company, Florida Power & Light Company, Georgia Power Company, Boston Gas Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett

Electric Company, Niagara Mohawk Power Corporation, New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Salt River Project, San Diego Gas and Electric Company, Southern California Gas Company, Sacramento Municipal Utility District, Southern California Edison Company, Tucson Electric Power Company, UNS Electric, Inc., UNS Gas, Inc. and Public Service Electric and Gas Company and any other utilities that retain him (collectively, the "Clients") in the above-referenced, jointly-administered, Chapter 11 cases and any and all adversary proceedings and contested matters in which any of the Clients is or may become a party; and upon the movant's certification that the movant is a member in good standing of the bar in the State of Virginia and the United States District Courts for the Eastern and Western Districts of Virginia, the Eastern District of Michigan, and the Western District of Pennsylvania, the United States Bankruptcy Courts for the Eastern and Western Districts of Virginia, and the United States Courts of Appeals for the Fourth, Sixth and Eighth Circuits, it is hereby

**ORDERED,** that Russell R. Johnson III, Esq. is admitted to practice, *pro hac vice* in the above-referenced, jointly-administered, Chapter 11 cases and any and all adversary proceedings and contested matters to represent the Clients, in the United States Bankruptcy Court, provided that the filing fee has been paid.

Dated: December 21, 2018
      White Plains, New York

                                                        /s/ Robert D. Drain
                                                        THE HONORABLE ROBERT D. DRAIN
                                                        UNITED STATES BANKRUPTCY JUDGE