# EXHIBIT 2

## Exhibit "2"

AEP:

    Kentucky - https://kentuckypower.com/account/bills/rates/kentuckypowerratestariffsky.aspx
    Indiana - https://www.indianamichiganpower.com/account/bills/rates/IandMRatesTariffsIN.aspx
    Louisiana - https://www.swepco.com/account/bills/rates/SWEPCORatesTariffsLA.aspx
    Ohio - https://www.aepohio.com/account/bills/rates/AEPOhioRatesTariffsOH.aspx
    Oklahoma - https://www.psoklahoma.com/account/bills/rates/
    Tennessee - https://www.appalachianpower.com/account/bills/rates/APCORatesTariffsTN.aspx
    Texas – https://www.swepco.com/account/bills/rates/SWEPCORatesTariffsTX.aspx

    Virginia - https://www.appalachianpower.com/account/bills/rates/apcoratestariffsva.aspx
    West Virginia - https://www.appalachianpower.com/account/bills/rates/APCORatesTariffsWV.aspx

APS:   http://www.aps.com/library/rates/sched-01.pdf

BGE:

    Electric – https://www.bge.com/MyAccount/MyBillUsage/Pages/ElectricServiceRatesTariffs.aspx
    Gas – https://www.bge.com/MyAccount/MyBillUsage/Pages/GasServiceRatesTariffs.aspx

ComEd:

    Tariffs: https://www.comed.com/customer-service/rates-pricing/rates-information/Pages/current-rates.aspx
    Regulations: http://www.ilga.gov/commission/jcar/admincode/083/08300280sections.html

PECO:

    Electric: https://www.peco.com/SiteCollectionDocuments/CurrentElecTariff.pdf
    Gas: https://www.peco.com/SiteCollectionDocuments/CurrentGasTariff.pdf

Pepco: https://www.pepco.com/SiteCollectionDocuments/Pepco%20MD%20Electric%20Tariff.pdf

Delmarva:  http://webapps.delmarva.com/dp/tariffs/index.cfm

ACE:  https://www.atlanticcityelectric.com/SiteCollectionDocuments/NJ%20Tariff%20Section%20II.pdf

Ocala: https://www.ocalafl.org/government/city-departments/electric-utility/files-documents

https://library.municode.com/fl/ocala/codes/code_of_ordinances?nodeId=PTIICOOR_CH70UT

Con Ed:
    Electric - http://www.coned.com/rates/elec-sched1.asp
    Gas - http://www.coned.com/rates/gas_main.asp

O&R: https://www.oru.com/en/ny-rates-tariffs

DEV: https://www.dom.com/business/dominion-virginia-power/rates/business-rates-schedules

DEO:
http://www.puco.ohio.gov/apps/directorylister/index.cfm?path=Natural%20Gas%5CEast%20Ohio%20Gas%20Company%20dba%20Dominion%20East%20Ohio%5C&filearea=2

CL&P: https://www.eversource.com/content/ct-c/residential/my-account/billing-payments/about-your-bill/rates-and-tariffs/electric-tariffs-rules

https://www.eversource.com/content/docs/default-source/rates-tariffs/ct-electric-rates.pdf

PSNH: https://www.eversource.com/content/nh/residential/my-account/billing-payments/about-your-bill/rates-tariffs

Yankee Gas:
https://www.eversource.com/content/ct-c/residential/my-account/billing-payments/about-your-bill/rates-and-tariffs/gas-tariffs-rules

https://www.eversource.com/content/docs/default-source/rates-tariffs/ct-residential-gas-rates.pdf

NStar - East: https://www.eversource.com/content/ema-c/residential/my-account/billing-payments/about-your-bill/rates-tariffs/electric-tariffs-rules

https://www.eversource.com/content/ema-c/residential/my-account/billing-payments/about-your-bill/rates-tariffs/summary-of-electric-rates

NStar – West: https://www.eversource.com/content/ema-c/residential/my-account/billing-payments/about-your-bill/rates-tariffs/electric-tariffs-rules

https://www.eversource.com/content/docs/default-source/rates-tariffs/wma-rates.pdf

Penn Power, West Penn, Met-Ed and Penelec:
https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html

Mon Power:
https://www.firstenergycorp.com/customer_choice/west_virginia/west_virginia_tariffs.html

Potomac Edison:
https://www.firstenergycorp.com/content/customer/customer_choice/maryland/maryland_tariffs.html

Ohio Edison, CEI and TE:
https://www.firstenergycorp.com/content/customer/customer_choice/ohio_/ohio_tariffs.html

JCP&L:
https://www.firstenergycorp.com/content/customer/customer_choice/new_jersey/new_jersey_tariffs.html

FPL - http://www.fpl.com/customer/rates_and_bill/rules_tariffs.shtml

Georgia Power: https://www.georgiapower.com/business/billing-and-rates.html

BGC and CGC:
http://gasrates.nationalgridus.com/ne/index-rates-afternov.jsp

Kedli: https://www.nationalgridus.com/Upstate-NY-Business/Rates/Tariff-Provisions
https://www.nationalgridus.com/NY-Business/Default

Kedny: https://www.nationalgridus.com/NY-Business/Default

MEC:
http://www.nationalgridus.com/masselectric/non_html/rates_tariff.pdf

NEC:
http://www.nationalgridus.com/Narragansett/non_html/rates_tariff.pdf

NIMO: http://www.nationalgridus.com/niagaramohawk/business/rates/rates.asp

NYSEG:

    Electricity -
https://www.nyseg.com/wps/portal/nyseg/account/understandyourbill./electricpricing/!ut/p/z1/tZNbb4IwFIB_yx54ZC3gBR6REIjhoiLj8kJqQayBglid_vvVzF2yTFmWrUkfmpxz-vWcryAFMUgpOpISMdJQVPFzko4yRXJNe2BAz3d8Gc7h1NK0cKGEpgyiewF6MATpT_LhjaXDvvwnkIIUU9ayDUjoeV-UqOyyjzcIcFOgvOgEiDBuDpQJ8ED5ec8Qzc_NoVuRqnoUYFEVmHUEt3wTWl6qtpjkIBlphaLAgSSu1upYHEjjlahirImairAs5coIKcNLdGS4meX4E93JDN9bmvESJAL0ksC0dGuReZ-I7CuR_kYUvhMlnGjySmReiWZXoqhvFOn9RkYXyp5Z9dVIOMP4VgU74OM8kuIZhLTpam5P8Ls2zkNzwW_6947aEEz7_OIfQO5cw-VGtIhtRELXDYi_UQjEXxXiqWS726U6F7ShrDgxEP-hoW0dhrWq1GIMt8OyVk-

iFc0c_eEF58gWWQ!!/dz/d5/L2dBISEvZ0FBIS9nQSEh/?WCM_GLOBAL_CONTEXT=%2FNYSEGAGR_Navigation%2FHeader%2FAccount%2FUnderstandYourBill.%2FElectricPricing

Gas - https://www.nyseg.com/wps/portal/nyseg/account/understandyourbill./naturalgaspricing/!ut/p/z1/vZPbboJAEIafpRdc0l0BES-REIgRqAfK4YasC-IaWBAWq2_fNdpD0ipN03TvJpl_5puZf0EMQhBTdCA5YqSiqOBxFKuJPHBMWzGg6808Cc7h1BqP_YXsmxII7iXoyyGIf6KHN54O-_TPIAYxpqxmWxDRU5vlKG-SjxkEuM1QmjUCRBhXHWUC7CiPW4Zoeqq6Zk2K4lGAFLGuQUWO2rohmND8XLfGJAWRpCGMhhiKAyUdiYoyzsT1SFVFpGJZktMBxnBzzg4MJ7Fm3kSfJYbnrsxwBSIButHStHRrkbifmOwrk_7G5L8zRZxpcmFyL0wWap-uTEHfOeL7ywzOnD336qsRcYbRrQr2kp_0QLIX4NOqKbmDlr9b5Nw3F7zTP-zUhmDa5zL-Dchuv4917rWKsuzIQPinZuMNpMYxHG67GrGtSOimAuE3Yt73i7gufb_U5FIM4W6Yl9pRtAKt1R9eAQKjbNM!/dz/d5/L2dBISEvZ0FBIS9nQSEh/?WCM_GLOBAL_CONTEXT=%2FNYSEGAGR_Navigation%2FHeader%2FAccount%2FUnderstandYourBill.%2FNaturalGasPricing

RGE: https://www.rge.com/wps/portal/rge/home/search/!ut/p/z1/zVRdk5owFP0r--Ijm4uAwiO1LFZFV11X4YWJIWg6GjBGd_33G1xqdzoutJ3pTBlmEu7X4eaeExSjJYo5PrElizneKu-o7iTOBPbDMYejMbQ82AS9PznwdcHA3wdLS4Bhh76PVMFBI7twgQ8z34cDdow11Fc4zaNhnywLvmN-PDJ40JT_jOKUUy4LOQGRWJN8Vokh2NRbBkVB8zTAgvJ1bYFt62cJFTtlueL-0zyXYE5owd6ILlyb_IXma-oM1PM6ZYSKRhh81y6W_DBcFeUK1_fqep3EguWZeWfFYS1KLIw6NDR25rpZCvNTElHc4yOo2Up1Z2VDaZ1kjJ64YVJMBx_cYeJNx49-csnFLVqGvhuME1G17m24CHPJRUtmH3o6fHa04yKEyP04PJ0Sq_5Uah9C0qAVxRd1n01vju9nEvK5ShPae001bjLHIoF2ST7IzWqTNXqojHxd2hQExDXs2RR_1kDkWsDSqY2gdRXCNooU110Pw0YWGhxYvQFzXkudkqcs58M6epOakDb0WwKiibdVVuz9S7RSMfOHJtmNsZXhkzm_1Qh_Vuy9AD1m7SvLhf2fb-PXaXAkkKvEi0rCfIP-FmF_4ksK3x1FD_wy8ptEXrhWp0P1huN8SxHy5uhv5w52I6lmBOCO7OcwO4bt878hezu3218X9F4f7xS-a9UW83kj_UU3VRTdNFndFFrv0k6NVP4Xy7CYjefz3e2Ub3afAnsmxb1T2G22Z6GWei_WqfQdbPdwn0DeW1dOg!!/?1dmynt=true&urile=wcm%3apath%3a%2Frgeagr_account%2Faccount%2Fnc_understandyourbill.%2Fpricing%2Fpricingpage

SRP:  Rules and Regulations:
      http://www.srpnet.com/about/rulesregs.aspx
      Price Plans:
https://srpnet.com/prices/pdfx/ratebook.pdf

SDG&E: https://www.sdge.com/rates-and-regulations

SoCalGas:
https://www.socalgas.com/regulatory/tariffs/tariff-Book.shtml

SMUD: https://www.smud.org/en/Rate-Information/Business-rates

SCE: https://www.sce.com/regulatory/tariff-books/rules

TEP: https://www.tep.com/customer/rates/

UNS Electric: https://www.uesaz.com/customer/rates/electric/

UNS Gas: https://www.uesaz.com/customer/rates/gas/

PSE&G:

    Electric: https://nj.pseg.com/aboutpseg/regulatorypage/electrictariffs
    Gas: https://nj.pseg.com/aboutpseg/regulatorypage/gastariffs