IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:                              CASE NO. 18-23538

SEARS HOLDINGS CORPORATION, *et al.*,

DEBTORS

CHAPTER 11

## WITHDRAWAL OF THE COUNTY OF ANDERSON, TEXAS, BASTROP COUNTY, BELL COUNTY TAX APPRAISAL DISTRICT, BOSQUE COUNTY, BOWIE CENTRAL APPRAISAL DISTRICT, BRAZOS COUNTY, BROWN CAD, BURNET CENTRAL APPRAISAL DISTRICT, CHEROKEE COUNTY, COMAL COUNTY, CORYELL COUNTY, DENTON COUNTY, ERATH COUNTY, GUADALUPE COUNTY, HARRISON CENTRAL APPRAISAL DISTRICT, HAYS COUNTY, HENDERSON COUNTY, JASPER COUNTY TAX UNITS, MEXIA I. S. D., WACO, CITY ET AL., MIDLAND CENTRAL APPRAISAL DISTRICT, TAYLOR COUNTY CENTRAL APPRAISAL DISTRICT, TERRY COUNTY APPRAISAL DISTRICT, WHARTON COUNTY, WILLIAMSON COUNTY, BASTROP COUNTY WCID#2, DENTON RUD#1, HARRISON COUNTY, GROESBECK I. S. D., AND CITY OF GROESBECK'S OBJECTION TO DEBTOR'S MOTION FOR AUTHORITY TO (A) OBTAIN POSTPETITION FINANCING, (B) USE CASH COLLATERAL, (C) GRANT CERTAIN PROTECTIONS TO PERPETITION SECURED PARTIES, AND (D) SCHEDULE <u>SECOND INTERIM HEARING AND FINAL HEARING</u>

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for the County of Anderson, Texas, Bastrop County, Bell County Tax Appraisal District, Bosque County, Bowie Central Appraisal District, Brazos County, Brown CAD, Burnet Central Appraisal District, Cherokee County, Comal County, Coryell County, Denton County, Erath County, Guadalupe County, Harrison Central Appraisal District, Hays County, Henderson County, Jasper County Tax Units, Mexia I. S. D., Waco, City et al., Midland Central Appraisal District, Taylor County Central Appraisal District, Terry County Appraisal District, Wharton County, Williamson County, Bastrop County WCID#2, Denton RUD#1,

1

Harrison County, Groesbeck I. S. D., and City of Groesbeck ("Texas Ad Valorem Taxing Jurisdictions") and is authorized to withdraw this claim on behalf of the claimant.

2. Therefore, the claimants withdraw its claims against this debtor as the concerns of Texas Ad Valorem Taxing Jurisdictions have been addressed.

Date: December 19, 2018

> Respectfully submitted,
> MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
>
> /s/ *Tara LeDay*
> Tara LeDay
> State Bar Number 24106701
> P. O. Box 1269
> Round Rock, Texas 78680
> (512) 323-3200
> tleday@mvbalaw.com
>
> *Attorneys for Texas Ad Valorem Taxing Jurisdictions*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above County of Anderson, Texas, Bastrop County, Bell County Tax Appraisal District, Bosque County, Bowie Central Appraisal District, Brazos County, Brown CAD, Burnet Central Appraisal District, Cherokee County, Comal County, Coryell County, Denton County, Erath County, Guadalupe County, Harrison Central Appraisal District, Hays County, Henderson County, Jasper County Tax Units, Mexia I. S. D., Waco, City et al., Midland Central Appraisal District, Taylor County Central Appraisal District, Terry County Appraisal District, Wharton County, Williamson County, Bastrop County WCID#2, Denton RUD#1, Harrison County, Groesbeck I. S. D., and City of Groesbeck Withdrawal on December 19, 2018 by Electronic Notification.

/s/ *Tara LeDay*
Tara LeDay