UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                              :      Chapter 11
                                                                    :
SEARS HOLDINGS CORPORATION, *et al.*,      :      Case No. 18-23538 (RDD)
                                                                    :
                              Debtors.[1]                    :      (Jointly Administered)
                                                                    :
------------------------------------------------------------x

# SECOND SUPPLEMENTAL DECLARATION OF PAUL M. BASTA IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

PAUL M. BASTA makes this supplemental declaration under 28 U.S.C. § 1746:

1. I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss" or the "Firm"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019. I am a lead attorney from Paul, Weiss working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

the State of New York and I have been admitted to practice in the United States District Court for the Southern District of New York.

2. On November 16, 2018, the Court entered the *Modified Order Granting Application Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [ECF No. 774], granting Paul, Weiss's application for an order authorizing the retention and employment of Paul, Weiss as counsel to the Debtors [ECF No. 417] (the "Retention Application").[2]

3. I submit this second supplemental declaration (this "Declaration") in connection with Paul, Weiss's retention as counsel to the Debtors, to supplement the disclosures in my prior declaration, submitted on November 1, 2018 (the "Initial Declaration"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

4. The purpose of this Declaration is to provide additional disclosures regarding work performed for certain potential parties in interest (including entities that are or were investors in Seritage Growth Properties ("Seritage"), or are or were potential stakeholders of Seritage or the Debtors) that were not identified at the time of the Initial Declaration.

**Additional Disclosures**

5. Since filing the Initial Declaration, and in connection with this Declaration, Paul, Weiss has continued to search its client database to determine whether it has any relationships with actual or potential parties in interest in these Chapter 11 Cases. Paul, Weiss discloses herein connections with entities that are or were investors in Seritage or are or were potential stakeholders of Seritage or the Debtors. After conducting a review of publicly available information related to

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Retention Application.

Seritage and of Paul, Weiss's client database, I have determined that, in addition to the parties disclosed in the Initial Declaration, Paul, Weiss presently represents or may have represented in the past the following entities (or affiliates of such entities), that are or were investors in Seritage, or are or were potential stakeholders of Seritage or the Debtors, and were not identified at the time of the Initial Declaration, in matters unrelated to these Chapter 11 Cases.

| Searched Entity | Relationship to Paul, Weiss[3] |
|---|---|
| AllianceBernstein | Current client |
| Arrowmark Colorado Holdings | Current client |
| Bank of Montreal | Current client |
| BlackRock | Current client |
| BNP Paribas | Current client |
| Brown Brothers | Current client |
| Citadel | Current client |
| Amundi Pioneer Asset Management | Affiliate of current client |
| Credit Suisse | Current client |
| D.E. Shaw | Current client |
| TCW Group | Affiliate of current client |
| EMS Capital LP | Current client |
| Governors Lane | Current client |
| Great West Life Assurance Co | Current client |
| H/2 Capital Partners | Current client |
| Hotschkis & Wiley | Current client |
| King Street Capital Management | Current client |
| Invesco | Current client |
| Millennium Management | Current client |
| Mitsubishi UFJ | Current client |
| Sumitomo Mitsui Trust Holdings | Affiliate of current client |
| Owl Creek Asset Management | Current client |
| Nomura Asset Management | Current client |
| QS Investors | Current client |
| Carillon Tower Advisers | Affiliate of current client |

---

[3] As referenced herein, the term "current client" means an entity listed as a client, or related to a client, in the Paul, Weiss conflicts search system where that matter was reported as open. The term "former client" means any entity listed as a client, or related to a client, in the Paul, Weiss conflicts search system where the matter was reported as closed within the last two years. Whether an actual client relationship exists can only be determined by reference to the documents governing Paul, Weiss's representation rather than its listing in Paul, Weiss's conflicts search system. The disclosure schedule herein, generated by the conflicts search system, is over-inclusive for disclosure purposes.

| Searched Entity | Relationship to Paul, Weiss[3] |
|---|---|
| Royal Bank of Canada | Current client |
| Schroder Investment Management | Current client |
| SG Americas Securities | Affiliate of current client |
| State Teachers Retirement System of Ohio | Current client |
| The Province of Alberta | Current client |
| Vanguard Group Inc. | Affiliate of current client |
| Voya Investment Management | Current client |
| Ameritas Life Insurance | Affiliate of former client |
| Balyasny Asset Management LLC | Former client |
| Eaton Vance | Former client |
| Edgepoint Wealth Management | Former client |
| Indexiq Advisors | Former client |
| Manufacturers Life Insurance Company | Affiliate of former client |
| Northern Trust | Former client |
| Tiger Global Management | Affiliate of current client |
| T. Rowe Price Associates | Affiliate of former client |

6. Prior to the Petition Date, Paul, Weiss represented multiple financial institutions in connection with general reviews of the Debtors' and Seritage's capital structure and debt documents, and in connection with potential investments in or related to the Debtors and/or Seritage. Each of these representations terminated prior to Paul, Weiss's representation of the Debtors and Paul, Weiss does not and will not represent any of these, or any other, institutions in matters relating to the Chapter 11 Cases.

7. To the best of my knowledge, Paul, Weiss does not hold or represent an interest adverse to the Debtors' estates as a result of its representation of any of these parties, including in ongoing matters that are unrelated to these Chapter 11 Cases. Paul, Weiss does not represent, and will not represent any entities listed above in matters directly related to the Debtors or these Chapter 11 Cases.

**Paul, Weiss's Disinterestedness**

8.  To the best of my knowledge and as stated in the Initial Declaration, (a) Paul, Weiss is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates pursuant to section 327(a) of the Bankruptcy Code, as clarified by section 1107(b), and (b) neither Paul, Weiss nor any of the partners, counsel, associates and paralegals of Paul, Weiss have any connection with or any interest adverse to any of the Debtors, their affiliates, their creditors or any other parties in interest, or their respective attorneys and accountants, except as may be disclosed herein or in the Initial Declaration. If any new relevant facts or relationships are discovered, Paul, Weiss will promptly file a supplemental declaration setting forth appropriate disclosure, as required by Bankruptcy Rule 2014(a).

9.  For the reasons set forth above and in the Retention Application and the Initial Declaration, Paul, Weiss's continued employment is necessary and in the best interests of the Debtors and their estates and comports with the requirements of section 327(a) of the Bankruptcy Code.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 21, 2018

*/s/ Paul M. Basta*

Paul M. Basta
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP