**McMANIMON, SCOTLAND
 & BAUMANN, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 622-1800
Sam Della Fera, Jr., Esq.
Richard D. Trenk, Esq. (*Pro Hac Vice* Pending)
*Attorneys for Creditor,*
*LatentView Analytics Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION. INC., *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

**STATE OF NEW JERSEY** )
                                           ) SS.:
**COUNTY OF ESSEX**         )

Christine L. DeAngelis, being duly sworn, hereby deposes and says:

    1.    I am over eighteen (18) years of age and am not a party to the above-captioned proceeding. I am employed by McManimon, Scotland & Baumann, LLC, having offices at 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068.

    2.    On December 20, 2018, I caused to be served copies of the following:

        a.    Notice of Motion of LatentView Analytics Corporation for the Entry of an Order, Pursuant to 11 U.S.C. §§ 365, 503, and 507 (i) Granting an Administrative Claim; (ii) Compelling the Immediate Payment of Post-Petition Arrearages; and (iii) Compelling Debtors to Assume or Reject the Agreement (the "Motion"); Application in Support of the Motion; and proposed Order [Docket No. 1349]

3. I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed envelopes and causing them to be sent via U.S. regular mail and via e-mail to:

>Ray C. Schrock, P.C.
>Jacqueline Marcus, Esq.
>Garrett A. Fail, Esq.
>Sunny Singh, Esq.
>WEIL, GOTSHAL & MANGES, LLP
>767 Fifth Avenue
>New York, NY 10153
>ray.schrock@weil.com
>jacqueline.marcus@weil.com
>garrett.fail@weil.com
>sunny.singh@weil.com

Dated: Roseland, New Jersey
December 21, 2018

_____
Christine L. DeAngelis

Sworn and subscribed to
before me this 21st day
of December, 2018.

_____
Notary Public

MARYBETH MASSOUD
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES FEB 6, 2020

2