Thomas R. Kreller (admitted pro hac vice)
Eric R. Reimer (admitted pro hac vice)
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone (424) 386-4000

Craig M. Price
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005-1413
Telephone (212) 530-5000
Facsimile (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-23538 (RDD)<br>)<br>) (Jointly Administered)<br>)<br>) |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK      )
                                              ) SS.
COUNTY OF NEW YORK  )

      JACQUELINE BREWSTER, being duly sworn, deposes and says

      I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Cyrus Capital Partners, L.P., in the above-captioned cases.

      On the 18th of December 2018, I caused a copy of the following document:

*Joinder of Cyrus Capital Partners, L.P. to the Debtors' Omnibus Reply to Objections to Junior Debtor-In-Possession Financing* [Dkt. No. 1293],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, and to be served upon the parties identified on Exhibit B attached hereto by Hand Delivery.

/s/ Jacqueline Brewster
JACQUELINE BREWSTER

SWORN TO AND SUBSCRIBED before me
this 26th of December 2018

/s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate filed in New York County
Commission Expires September 18, 2019

**Exhibit A**

aclark@cov.com
aconway@taubman.com
afeld@sheppardmullin.com
afiedler@schiffhardin.com
AGBankNewYork@ag.tn.gov
aguon@foxrothschild.com
ahalperin@halperinlaw.net
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
alipkin@willkie.com
alves@sewkis.com
andrew.cole@leclairryan.com
andrewtenzer@paulhastings.com
apetrakov@offitkurman.com
appleby@chapman.com
aqureshi@akingump.com
arainone@bracheichler.com
Aron.hume@gmail.com
arthur.rosenberg@hklaw.com
ashmead@sewkis.com
asmith@lockelord.com
asnow@ssbb.com
aweaver@cgsh.com
awebb@fbtlaw.com
awilliams@williamsadvisors.com
bankruptcy@borgeslawllc.com
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
Bankruptcy2@ironmountain.com
bankruptcynoticeschr@sec.gov
barbra.parlin@hklaw.com
bbazian@goodwinlaw.com
bbuechler@lowenstein.com
bbutterfield@mofo.com
bethsolomon@discover.com
bfeder@kelleydrye.com
bgross@HuntonAK.com
bk@svllaw.com
bmcgrath@mcglinchey.com
bnathan@lowenstein.com

bnkatty@aldineisd.org
bob.bruner@nortonrosefulbright.com
brad.eric.scheler@friedfrank.com
branchd@ballardspahr.com
braynor@lockelord.com
brian.lohan@arnoldporter.com
brotenberg@csglaw.com
btheisen@gibbonslaw.com
caleb.holzaepfel@huschblackwell.com
Carina.Schoenberger@usdoj.gov
carmen.contreras-martinez@saul.com
carol.rodas@impremedia.com
cbelmonte@ssbb.com
cfilardi@rrlawpc.com
cgriffiths@connollygallagher.com
cgruen@gruenlaw.com
Cheitzenrater@duanemorris.com
chipford@parkerpoe.com
christy.rivera@nortonrosefulbright.com
cjm@msf-law.com
ckwu@sulmeyerlaw.com
cmiller@mnat.com
cmomjian@attorneygeneral.gov
cp@stevenslee.com
cpark@choiandpark.com
cpugatch@rprslaw.com
CSchael@AshfordNJLaw.com
Curtis.Tuggle@ThompsonHine.com
dallas.bankruptcy@publicans.com
Daniel.Swetnam@icemiller.com
darolf@sorlinglaw.com
David.Jones6@usdoj.gov
david.rosenzweig@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
david.tillem@wilsonelser.com
davidtaxin@dahannowick.com
dblau@clarkhill.com
Dclarke@wjslaw.com
dcoffino@cov.com
deggert@freeborn.com
Dennis.roemlein@bnymellon.com
dgragg@langleybanack.com
dhw@dhclegal.com
dietdericha@sullcrom.com
dipesh.patel@saul.com
dkupetz@sulmeyerlaw.com

dlieberman@halperinlaw.net
dlwright@foley.com
dperry@munsch.com
dpick@picklaw.net
dplon@sirlinlaw.com
drosner@goulstonstorrs.com
dsklar@nixonpeabody.com
dtabachnik@dttlaw.com
duane.brescia@clarkhillstrasburger.com
dwirt@lockelord.com
echafetz@lowenstein.com
ecobb@pbfcm.com
ecobb@pbfcm.com
efile@pbgc.gov
egoodman@bakerlaw.com
eli.vonnegut@davispolk.com
elio@higgslaw.com
elkinj@mac.com
elvin.ramos@hklaw.com
emfox@seyfarth.com
emiller@bayardlaw.com
eneiger@askllp.com
enid.stuart@ag.ny.gov
enotices@skijain.com
eschnitzer@ckrlaw.com
etikkanen@reisspreuss.com
eweisgerber@debevoise.com
EZucker@BlankRome.com
fbr@robinsonbrog.com
fkhan@bakerlaw.com
fsosnick@shearman.com
gadsden@clm.com
garrett.fail@weil.com
gbrunswick@willkie.com
George.Howard@skadden.com
gerald.kennedy@procopio.com
gfox@goodwinlaw.com
ghesse@huntonak.com
gillazarus@gmail.com
ginger.clements@arnoldporter.com
gregg.galardi@ropesgray.com
greiss@reisspreuss.com
gsaydah@ckrlaw.com
gseitz@gsbblaw.com
gtoering@wnj.com
harlan.lazarus@gmail.com

harnerp@ballardspahr.com
hchoi@choiandpark.com
hcohen@gibbonslaw.com
heilmanl@ballardspahr.com
hjschwartz@mckoolsmith.com
hlazarus@lazarusandlazarus.com
houston_bankruptcy@publicans.com
howard.seife@nortonrosefulbright.com
howard.upchurch@hanes.com
idizengoff@akingump.com
ilan.markus@leclairryan.com
ira.greene@lockelord.com
jacqueline.marcus@weil.com
jaffeh@pepperlaw.com
James.Vincequerra@alston.com
james.wilton@ropesgray.com
Jared.Friedmann@weil.com
jarnold@aldridgepite.com
jbarsalona@mnat.com
jbromley@cgsh.com
jchristian@askllp.com
jdunn@vedderprice.com
Jeffrey.Oestericher@usdoj.gov
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Jessie.Mishkin@weil.com
jfarnum@linowes-law.com
jfifarek@laskyfifarek.com
jfigueiredo@hahnhessen.com
jflaxer@golenbock.com
jfrank@fgllp.com
jfroehlich@lockelord.com
Jg5786@att.com
jjalemany@hklaw.com
jkleinman@fgllp.com
jkpark@cgsh.com
jlemkin@stark-stark.com
jlevitin@cahill.com
jmarines@mofo.com
jmarshall@choate.com
jmontgomery@brownconnery.com
jmueller@lippes.com
jody.bedenbaugh@nelsonmullins.com
joe@saracheklawfirm.com
joia.johnson@hanes.com
jon@piercemccoy.com

jose.casal@hklaw.com
jose.galarza@usbank.com
Joseph.Cordaro@usdoj.gov
joshua.sturm@ropesgray.com
JRhodes@BlankRome.com
jweinblatt@sakar.com
kbifferato@connollygallagher.com
kcapuzzi@beneschlaw.com
kconlan@connollygallagher.com
kcordry@naag.org
KDWBankruptcyDepartment@KelleyDrye.com
ketzel@vedderprice.com
kevin@ksnpc.com
kflorey@robbins-schwartz.com
kimberly.kodis@ropesgray.com
klove@bellnunnally.com
knewman@barclaydamon.com
kromano@mcglinchey.com
ksimard@choate.com
ktompsett@harrisbeach.com
kurtzman@kurtzmansteady.com
kutnera@ballardspahr.com
laura.mccarthy@morganlewis.com
Lawrence.Fogelman@usdoj.gov
lbercovich@epicor.com
lbrymer@fmdlegal.com
ldelucia@schiffhardin.com
leib.lerner@alston.com
Leopold.matt@Epa.gov
leslieplaskon@paulhastings.com
lgu@halperinlaw.net
lily@pacogarment.com
Linda.Riffkin@usdoj.gov
listwakk@pepperlaw.com
LJKotler@duanemorris.com
lkiss@klestadt.com
lkleist@choiandpark.com
llichtman@honigman.com
lmay@eisemanlevine.com
lmbkr@pbfcm.com
lschildkraut@archerlaw.com
luralene.schultz@fennelllaw.com
lynn.butler@huschblackwell.com
mamato@rmfpc.com
Marc.Antonecchia@hklaw.com
marc.zelina@lw.com

mark.wilson@fisherbroyles.com
marshall.huebner@davispolk.com
marva.m.levine@verizon.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
mbarrie@beneschlaw.com
mbrofman@weisszarett.com
mcatalfimo@carterconboy.com
mccarron.william@pbgc.gov
mchaney@mcglinchey.com
mcto@debevoise.com
mcuellar45@austinenterpriseslp.com
mfelger@cozen.com
mfullington@wyattfirm.com
mgensburg@gcklegal.com
mhall@foxrothschild.com
mherz@foxrothschild.com
Michael.smith2@computershare.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
mlegge@huntonak.com
mmccann@swc-law.com
mro@prbankruptcy.com
mschein@vedderprice.com
mshriro@singerlevick.com
msmall@foley.com
mstein@chuhak.com
mweinstein@golenbock.com
neil.herman@morganlewis.com
nicholas.berg@ropesgray.com
niclas.ferland@leclairryan.com
nkenworthy@mrrlaw.net
notice@waldrepllp.com
nreid@foxswibel.com
nsmith@robbins-schwartz.com
nsongonuga@gibbonslaw.com
NYROBankruptcy@sec.gov
office@fennelllaw.com
osonik@pbfcm.com
Paloma.VanGroll@weil.com
patricia.chen@ropesgray.com
patricia.fugee@fisherbroyles.com
Paul.Leake@skadden.com
paul.schwartzberg@usdoj.gov
pbosswick@ssbb.com
pdublin@akingump.com

Peter.Aronoff@usdoj.gov
peter.gilhuly@lw.com
peter.siroka@friedfrank.com
phealy@wsfsbank.com
phil.hudson@saul.com
plabov@foxrothschild.com
pmartin@fmdlegal.com
pmryan@sorlinglaw.com
pollack@ballardspahr.com
powerwangtxks@vip.126.com
ppascuzzi@ffwplaw.com
pstarkesq@gmail.com
pstrok@swelawfirm.com
pzumbro@cravath.com
rabiuso@swc-law.com
rachel.obaldo@oag.texas.gov
raguilar@mcglinchey.com
ray.schrock@weil.com
rcerone@mcglinchey.com
rdavis@cafarocompany.com
rgold@fbtlaw.com
richard.morrissey@usdoj.gov
Riela@thsh.com
rkinas@swlaw.com
rlp@pryormandelup.com
rmccord@certilmanbalin.com
rmills@bellnunnally.com
rmukhi@cgsh.com
rnosek@certilmanbalin.com
Robert.e.michael.esq@gmail.com
rreinert@shutts.com
rseltzer@cwsny.com
rsteinberg@pricemeese.com
rstieglitz@cahill.com
rtucker@simon.com
russ@bsavory.com
rzucker@lasserhochman.com
sam.ashuraey@ropesgray.com
sanantonio.bankruptcy@publicans.com
sara.coelho@shearman.com
saron@wrslawyers.com
sbrauner@akingump.com
sbryant@lockelord.com
scarnes@cooley.com
schin@borgeslawllc.com
schristianson@buchalter.com

scimalore@wilmingtontrust.com
scott.luftglass@friedfrank.com
sdnyecf@dor.mo.gov
sears.service@davispolk.com
searsteam@primeclerk.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
sfalanga@walsh.law
sfink@weltman.com
sgerald@wtplaw.com
Shana.Elberg@skadden.com
shane.ramsey@nelsonmullins.com
shlomomaza@paulhastings.com
sjk@carmodymacdonald.com
skelly@s-d.com
skelly@s-d.com
smetz@offitkurman.com
smiller@morrisjames.com
sokeefe@okeefelc.com
soneal@cgsh.com
srosen@rosenpc.com
ssally@ropesgray.com
sselbst@herrick.com
ssmith@mwlaw.com
ssouthard@klestadt.com
Starr.Judith@pbgc.gov
stephen.castro@nortonrosefulbright.com
streusand@slollp.com
summersm@ballardspahr.com
sunny.singh@weil.com
svanaalten@cooley.com
szuber@csglaw.com
tannweiler@greerherz.com
Tarr@BlankRome.com
taxcollector@co.imperial.ca.us
tcohen@sheppardmullin.com
ted.dillman@lw.com
Tgaa@bbslaw.com
thoffmann@goulstonstorrs.com
thomas.salerno@stinson.com
thoran@foxrothschild.com
timothy.farrell@ropesgray.com
tking@fbtlaw.com
tleday@mvbalaw.com
tnixon@gklaw.com
tom@attorneyzim.com

tonder@stark-stark.com
vandermarkj@whiteandwilliams.com
wborges@borgeslawllc.com
wilamowsky@chapman.com
william.fennell@fennelllaw.com
WMSimkulak@duanemorris.com
wschonberg@beneschlaw.com
zylberbergd@sullcrom.com

18-23538-shl    Doc 1409    Filed 12/26/18    Entered 12/26/18 13:31:46    Main Document
Pg 12 of 12

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Sears Bankruptcy Team

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153
Attn: Ray C. Schrock, P.C.
      Garrett A. Fail
      Jacqueline Marcus
      Sunny Singh

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Attn:  Kristopher M. Hansen
       Jonathan D. Canfield
       Sayan Bhattacharyya

Quinn Emanuel Urguhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn:  Susheel Kirpalani