**NIXON PEABODY LLP**
Richard C. Pedone (*pro hac vice*)
100 Summer Street
Boston, Massachusetts 02110
rpedone@nixonpeabody.com

-and-

Christopher M. Desiderio
55 West 46th Street
New York, New York 10036
cdesiderio@nixonpeabody.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
|  | : | Chapter 11 |
| In re: | : |  |
|  | : |  |
| SEARS HOLDING CORPORATION., | : | Case No. 18-23538 (RDD) |
|  | : |  |
| Debtors[1]. | : | **(Joint Administration)** |
|  | : |  |
------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Nixon Peabody LLP hereby appears in the above-captioned cases (the "Chapter 11 Cases") as counsel to U.S. Bank National Association in its capacity as indenture trustee (the "KCD Indenture Trustee") under that certain Indenture, dated

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4830-8216-8961.6

May 18, 2006, between KCD IP, LLC, as issuer, and the KCD Indenture Trustee and respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in the Chapter 11 Cases, be given to and served upon the following:

Richard C. Pedone
**Nixon Peabody LLP**
100 Summer Street
Boston, Massachusetts 02110
rpedone@nixonpeabody.com

-and-

Christopher M. Desiderio
**Nixon Peabody LLP**
55 West 46th Street
New York, New York 10036
cdesiderio@nixonpeabody.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, a request for service of all orders and notices of any application (including those required by Bankruptcy Rule 2002), motion, petition, pleading, request, chapter 11 plan, disclosure statement, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the Chapter 11 Cases and any and all adversary proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit shall constitute a waiver of the KCD Indenture Trustee's rights (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in non-core matters entered only after *de novo* review by a higher court; (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto; (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (5) any other

4830-8216-8961.6

rights, claims, actions, defenses, setoffs, or recoupments to which the KCD Indenture Trustee is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the KCD Indenture Trustee does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: December 26, 2018

**NIXON PEABODY LLP**

By: */s/Richard C. Pedone*
Richard C. Pedone (*pro hac vice*)
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
rpedone@nixonpeabody.com

-and-

Christopher M. Desiderio
55 West 46th Street
New York, New York 10036
Telephone: (212) 940-3724
Facsimile: (855) 900-8613
cdesiderio@nixonpeabody.com

*Counsel to U.S. Bank National Association, N.A., as Indenture Trustee*