# EXHIBIT B

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2010012000399001001E288F |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**                                    PAGE 1 OF 4

**Document ID:** 2010012000399001    Document Date: 04-05-2002    Preparation Date: 01-20-2010
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| HOLD FOR PICK-UP SUZANNE MANGO<br>PRIME TITLE<br>410 NEW YORK AVENUE<br>HUNTINGTON, NY 11743<br>631-870-1100<br>thicks@primetitlellc.com | HOLD FOR SUZANNE MANGO PICK UP<br>PILLAR PROCESSING LLC<br>220 NORTHPOINTE PARKWAY, SUITE G<br>AMHERST, NY 14228<br>716-204-2400 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 9280 | 31    Entire Lot | | 126-17 JAMAICA AVENUE |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

QUEENS  Year: 2002    **Reel:** 6403    **Page:** 1563

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| CAMBRIDGE HOME CAPITAL LLC<br>80 CUTTERMILL ROAD, SUITE 408<br>GREAT NECK, NY 11021 | BANK OF NEW YORK MELLON<br>3815 SW TEMPLE<br>SALT LAKE CITY, UT 84115 |

x  Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed        02-03-2010 10:25
City Register File No.(CRFN):
                                    **2010000038609**

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

2010012000399001001C2A0F

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)    PAGE 2 OF 4**

Document ID: 2010012000399001    Document Date: 04-05-2002    Preparation Date: 01-20-2010
Document Type: ASSIGNMENT, MORTGAGE

**PARTIES**

**ASSIGNEE/NEW LENDER:**
FKA BANK OF NEW YORK
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

**ASSIGNEE/NEW LENDER:**
JPMORGAN CHASE BANK
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

**ASSIGNEE/NEW LENDER:**
BANK ONE NA
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

**ASSIGNEE/NEW LENDER:**
CSFB MORTGAGE BACKED PASS THROUGH CERTIFICATES
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

**ASSIGNEE/NEW LENDER:**
SERIES 2002-24
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

-Assignment of Mortgage with out Covenant- Individual or Corporation
**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-
THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

KNOW THAT          **CAMBRIDGE HOME CAPITAL, LLC
80 CUTTERMILL ROAD, SUITE 408
GREAT NECK, NEW YORK 11021**

,assignor,

in consideration of Ten Dollars ($10.00)

paid by:     See attached exhibit A

,assignee,

hereby assigns to the Assignee,

Mortgage dated 04/05/02 made by KHEMRAJ NARAINE
Recorded 5-30-2002 BK.6403 PG.1563
to CAMBRIDGE HOME CAPITAL, LLC

in the principal sum of $ 226400.00 and recorded simultaneously herewith

in the office of the Clerk of the County of QUEENS

covering premises 126-17 JAMAICA AVENUE, RICHMOND,HILL NY 11418
SBL# B:9260 L:31

TOGETHER with the bond(s) or note(s) or obligation(s) described in said mortgage and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever.

The word "Assignor" or "Assignee" shall be construed as if it read "Assignors" or "Assignees" whenever the sense of this instrument so requires.

THIS ASSIGNMENT IS NOT SUBJECT TO THE REQUIREMENTS OF SECTION 275 OF THE REAL PROPERTY LAW BECAUSE IT IS AN ASSIGNMENT WITHIN THE SECONDARY MORTGAGE MARKET

IN WITNESS WHEREOF, the Assignor has duly executed the assignment on 04/05/02

IN PRESENCE OF:

CAMBRIDGE HOME CAPITAL, LLC

Section: 40
Block:   9280
Lot:     31

BY: SETH KRAMER, PRESIDENT

State of New York)
                 ss:
County of Nassau )

On 04/05/02, before me, the undersigned, personally appeared SETH KRAMER personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

STACEY PANKAVICH
Notary Public, State of New York
Registration #21PA5064225
Qualified in Queens County
My Commission Expires Sept. 24, 2005

When recorded return to :
Richmond Monroe Group
15511 State Highway 13
Branson West, MO 65737
SPS #

Steven J. Baum, PC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

SEAL ✓

**EXHIBIT A**

Assignee:   Bank of New York Mellon (fka Bank of New York, successor to JPMorgan Chase Bank, successor to Bank One, N.A.), as trustee for the holders of the CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-24
Whose address is 3815 S. West Temple, Salt Lake City, Utah 84115