| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE | PROPERTY TO BE ABANDONED |
|---|---|---|---|---|---|---|
| 1273 | Holyoke Mall Company LP C/O Pyramid Management Group, LLC The Clinton Exchange 4 Clinton Square Syracuse, NY 13202-1078 | Lands' End, Inc. Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 50 Holyoke St Holyoke, MA 01040 | 12/7/2018 | Trade fixtures, IT equipment, material handling equipment, and other furniture located within the Property |
| 1343 | NW Cambridge Property Owner LLC c/o Northwood Investors 575 Fifth Avenue, 23rd Floor New York, NY 10170 | | Sears, Roebuck and Co. | 100 Cambridgeside Pl Cambridge, MA 02141 | 12/21/2018 | Fixtures, shelving, and other commercial equipment located within the Property |
| 1465 | MFB University Mall S LLC c/o RD Management LLC 810 Seventh Avenue 10th Floor New York, NY 10019 | | Sears, Roebuck and Co. | 2266 University Square Mall Tampa-University, FL 33612 | 12/7/2018 | Commercial and IT equipment, shelving, material handling equipment, and other furniture and fixtures located within the Property |
| 2016 | Palace Properties LLC c/o Stirling Properties - Agent Attn: Lease Administration 109 Northpark Blvd., Suite 300 Covington, LA 70433 | | Sears, Roebuck and Co. | 2000 Sw Railroad Ave Hammond, LA 70403 | 12/7/2018 | Fixtures, material handling equipment, other furniture and commercial equipment located within the Property |
| 2361 | SM Mesa Mall, LLC c/o Washington Prime Group, Inc. Attn: General Counsel 180 East Broad Street Columbus, OH 43215 | | Sears, Roebuck and Co. | 100 Mesa Mall Grand Junction, CO 81505 | 12/7/2018 | Shelving, commercial equipment, and other fixtures located within the Property |
| 2453 | Pyramid Mall of Glens Falls LLC dba Aviation Mall NewCo LLC c/o Legal Department The Clinton Exchange 4 Clinton Square Syracuse, NY 13202-1078 | Lands' End, Inc. Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | Aviation Rd Glens Falls, NY 12804 | 12/7/2018 | Fixtures, shelving, furniture, IT equipment, and commercial equipment located within the Property |
| 2840 | Eastland Mall LLC C/O CBL & Associates Management, Inc. Attn: President CBL Center, Suite 500 2030 Hamilton Place Chattanooga, TN 37421 | | Sears, Roebuck and Co. | 1631 E Empire St Bloomington, IL 61701 | 12/7/2018 | Furniture, commercial equipment, and shelving located within the Property |
| 2933 | Milton Peck & Arthur Shactman dba Lake Success Shopping Center, LLC 1526 A Union Turnpike New Hyde Park, NY 11040 | | Sears, Roebuck and Co. | 1400 Union Tpke New Hyde Park, NY 11040 | 12/7/2018 | Trade fixtures, IT equipment, shelving, material handling equipment, and other furniture and fixtures located within the Property |
| 3582 | Main - Culver Associates, LLC c/o Benderson Development Company, LLC 7978 Cooper Creek Blvd. Suite 100 University Park, FL 34201 | | Kmart Corporation | 1075 Shaw Ave Clovis, CA 93612 | 12/7/2018 | Fixtures, furniture, shelving, commercial equipment located within the Property and external sign |
| 4868 | East End Commons Associates LLC c/o The Feil Organization 7 Penn Plaza Suite 618 New York, NY 10001 | | Kmart Corporation | 605 Old Country Rd Riverhead, NY 11901 | 12/7/2018 | Fixtures, furniture, shelving, commercial equipment, and material handling equipment located within the Property |
| 9277 | Arundel Crossing II LLC Attn: Director Real Estate Assets 275 East Broad Street Columbus, OH 43215 | | Sears, Roebuck and Co. | 1781 Crossroads Dr Odenton, MD 21113 | 12/7/2018 | |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY- SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE | PROPERTY TO BE ABANDONED |
|---|---|---|---|---|---|---|
| 7951 | Plaza Square LLC<br>608 S Washington<br>Naperville, IL 60540 | | Sears, Roebuck and Co. | 4020 Fox Valley Center Dr<br>Aurora, IL 60504 | 12/7/2018 | Shelving, commercial equipment and furniture located within the Property |
| 8963 | Dolphin Fontana LP<br>18818 Teller Avenue Suite #200<br>Irvine, CA 92612 | | Sears, Roebuck and Co. | 14650 Miller Ave<br>Fontana, CA 92336 | 12/7/2018 | Furniture located within the Property |
| 8350 | Demetrios L. Kozonis<br>c/o Mega Properties, Inc.<br>4849 N. Milwaukee Avenue, Suite 302<br>Chicago, IL 60603 | | Sears, Roebuck and Co. | 7310 W 87th St<br>Bridgeview, IL 60455 | 12/31/2018 | Furniture located within the Property |
| 7287 | Pavia Associates<br>269 S. Beverly Drive #1413<br>Attn: Keri Hausner<br>Beverly Hills, CA 90212 | | Kmart Corporation | 301 Gardner Field Rd<br>Taft, CA 93268-9726 | 12/7/2018 | |
| NA | Regus PLC<br>15305 Dallas Parkway, Suite 300, Addison, TX 75001 | | Sears, Roebuck and Co. | Office 216<br>10475 Crosspoint Boulevard, Suite 250<br>Indianapolis, IN 46256 | 12/7/2018 | |