**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                         :
                                                              :    **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al*.,                     :
                                                              :    **Case No. 18-23538 (RDD)**
                                                              :
         Debtors.[1]                                          :    **(Jointly Administered)**
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 20, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Masterpiece Diamonds LLC [MMLID:4863890] 12 E 45th Fl 2, New York, NY 10017-2418:

- Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement [Docket No. 23]

- Notice of Intent to Conduct Store Closing Sales [Docket No. 576]

On December 20, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807]

Dated: December 26, 2018

_____
Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 26, 2018, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2022

SRF 29775

## Exhibit A

18-23538-shl    Doc 1422    Filed 12/26/18    Entered 12/26/18 19:15:39    Main Document
Pg 3 of 9

## Exhibit A

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4806227 | 1888 MILLS LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4806084 | ADH GUARDIAN USA LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4246298 | ALIPOOR, SIMIN | 6612 ODYSSEY LN | APT 418 | | ORLANDO | FL | 32821-7011 |
| 4861323 | ALLIANCE WINDOW CLEANING INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4742954 | Arbon, Jana | 128 Gragg House Rd | | | Fort Mill | SC | 29715-8883 |
| 4866371 | ARIZONA PLUMBING CONTRACTORS LTD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4661963 | ARMSTRONG, KIMBERLY | 2975 HUNTERS BRANCH RD | UNIT 216 | | FAIRFAX | VA | 22031-6068 |
| 4603272 | ASHTON, JONATHAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4339452 | BAILEY, ANGELA | 623 TUCKAHOE CREEK CT | | | ANNAPOLIS | MD | 21401-4541 |
| 4603757 | BAKER, DOUG H | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4728405 | BAKER, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4711187 | Barbiers , Dolores | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4658406 | Barnett , Cindy | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4711699 | BARNETT, STEVEN M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4763664 | BARR, CHRIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4884383 | BCB GROUP INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4780314 | Bernalillo County Treasurer | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4718371 | BINGHAM, LAURIE L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4724996 | BLEVINS, MARTHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4260450 | BOLLING, SHYIEKA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4609143 | BRADLEY, THOMAS | 3316 KENTWOOD DR | | | MIDLAND | MI | 48642-3761 |
| 4795541 | BRIAN DAVIS | DBA STERLINGS ROWE | PO BOX 56654 | | NEW ORLEANS | LA | 70156-6654 |
| 4253514 | BURDESS, BRADEN T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4345445 | Burton , Emma  L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4239072 | BUTLER, SIERRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4460643 | CAJA, RICHARD J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4365535 | CARLSON, DANIELLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4215117 | CARRILLO, DANIEL L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4257287 | CASTRO, JANETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4651552 | CHAFFER, KATHERINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4476780 | CHASE, CHRISTOPHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4866086 | CHEC SODA & REFRIGERATION | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4635756 | CHORLEY, RITA | 613 GIRARD ST | | | FLIPPIN | AR | 72634-8101 |
| 4803933 | CJEP ENTERPRISES LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4757972 | CLARK, NANCY LEA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4558963 | CLARK, SHAHEDA A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4616001 | CLARKE, JEFFREY L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4732519 | CLEMONS, NICHOLAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4638288 | CLIMONS, STEVE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4814083 | COLLENETTE, SHIRLEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4749801 | COLON- DE OLIVO, WANDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4642843 | COMPTON, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4871268 | CONE COMMUNICATIONS LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4855544 | Connow, Daniel E. | 932 VININGS BLVD | | | GALLATIN | TN | 37066-3081 |
| 4339930 | COOK, MELISSA L | 914 SUMMIT AVE APT 2 | | | HAGERSTOWN | MD | 21740-7283 |
| 4660457 | COSBY, KENNETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4703777 | CRAKER, JULIAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4604342 | CROCKER, BRUCE R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4727233 | CRULL, DELBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4541523 | CRUMLEY, KYLE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4880412 | D H PACE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4852695 | DA ENTERPRISE LLC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4329353 | DABSON, WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4346499 | DALY, MICHAEL T | 8601 ROAMING RIDGE WAY UNIT 308 | | | ODENTON | MD | 21113-3920 |
| 4857452 | DavCo Food, Inc. | Wendy's | Christine Stickel | 150 BLADES LN STE | GLEN BURNIE | MD | 21060-6415 |
| 4646139 | DAVIS, ANNETTE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4653249 | DE LA COMBRE, CESAR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4800442 | DENTT INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4847474 | DEREK VAN DEVENTER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4699814 | DESMARAIS, ANNA MARIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4302959 | DIAZ, SERGIO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4599135 | DOLPHIN, ALLISON F | 2931 TIFFANY CIR | | | LOS ANGELES | CA | 90077-1720 |
| 4610136 | DONAHUE, STEVEN J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4874422 | DOUBLETHINK LLC | 130 CINEMA DR APT 1307 | | | HENDERSONVILLE | TN | 37075-6395 |
| 4740472 | DYMOND, PETER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4855556 | East, Brian | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4268180 | EDWARDS, CEVARIAL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4850437 | EMMA CAVE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4861925 | EURO PRO SALES COMPANY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4642164 | EVANS, JUDITH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4801476 | EXTERIOR PERFORMANCE COATINGS INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4582698 | FARNES, HAYDEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4344564 | Fiavey, Marian | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4864192 | FIRESTONE BUILDING PRODUCTS CORP | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4855568 | Foley, Brendan A. | 5269 HIDDENCREST CT | | | CONCORD | CA | 94521-5449 |
| 4561049 | FRANCIS, CURLIAN P | PO BOX 507052 | | | ST.THOMAS | VI | 00803 |
| 4654258 | GLASER, ROBERT D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4174187 | GOLDEN, LATHRESSA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4314717 | Gonzales , Cathryne | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4729694 | GONZALEZ, JESUS E E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4644183 | GRANDBERRY, HUBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4738324 | GRANT, BILLIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4736634 | GREENBERG, KENNETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4876861 | GREGG APPLIANCES INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4854042 | GUARDIAN ACCESS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4715683 | GUTIERREZ, SHAUN S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4529029 | HALL, LOUIS J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4735308 | HAMMOND, AGNES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4188697 | HAMMOND, EMILY R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4646200 | HARRELL, LETICIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4281390 | HARRIS, BROOKE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4299701 | HARVEY, JASON N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4617021 | HECKEL, DOUGLAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4651193 | HELMS, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4714336 | HENNESSY, PATRICK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4788267 | Herman, Annette | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4759290 | HOOD, LINDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4602864 | HOPEWELL, JIMMIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4535613 | HORTON, RENOIRE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4242253 | HUBBARD, MIONA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4797906 | HURRICANE GOLF | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4593883 | INGRAM, KEVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4189200 | INONG-HUTCHINSON, WAI-SE-NOW | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4810153 | INTERNATIONAL MINUTE PRESS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4817107 | IUNGANO, BARBARA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4635956 | JAMES, EILEEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4802564 | JASON HILAND | DIAMOND TOUR GOLF | 202 LUCAS ST | | SYCAMORE | IL | 60178-1214 |
| 4649805 | JETTON, DONNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4174328 | JOHNSON, FRANCES C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4611182 | Kemmis , Terri | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4519894 | KEPHART, DUANE E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4645002 | KIERSTEAD, THOMAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4254464 | KITE, WENDY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4605297 | KNOX, FRED | PO BOX 2168 | | | SOUTHAVEN | MS | 38671-2413 |
| 4279744 | KOEHLER, TODD G | 159 LAKESHORE DR | | | OSWEGO | IL | 60543-5107 |
| 4705623 | KOLLER, KAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4658979 | KRAMER, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4878836 | La Voz Hispana | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4656720 | LACPLESIS, YOLANTA G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4725110 | LAMBERT, KIM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4440286 | Lapier , Jeremy R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4722094 | LATTIMORE, LUE I | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4608627 | LEBLANC, SANDRA B | 4115 SAND RIPPLE LN | | | KATY | TX | 77449-8129 |
| 4787624 | Lee, Elaine | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4762806 | LEE, VERL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4764879 | LEONARD, CYNTHIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4764835 | LEVERETT, GEORGETTE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4800362 | LIQUIDITY SERVICES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4839053 | LOGGHE, SANDRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4800428 | Long , David | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4216467 | LOPEZ, LORENZO J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4856840 | MACIAS, MARTA | 7706 MOODY AVE | | | BURBANK | IL | 60459-1233 |
| 4698524 | MALLETT, ANGELA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4242663 | MARCHIONNE JR, ANTHONY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4216031 | Marino, Kyle R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4734840 | MARLOW, CLARENCE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4540160 | MARSHALL, RHEALYN R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4723114 | MARTIN, JANE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4286128 | MARTINEZ, JUAN A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4732687 | MARTINEZ, STEPHANIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4765492 | MATTILA, MARK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4397568 | MCCARTHY, KAITLYNNE R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4606611 | MCDONALD, DORETHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4884395 | MECHANICAL SERVICE INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4861452 | MERCENT CORPORATION | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4819769 | MEREDITH BRESSIE DESIGNS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4735026 | MISCHKE, MARLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4865351 | MITRE DESIGN INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4395450 | Moore, Jasmine | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4282033 | MOSES, MAXIE D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4856798 | MUMMA DICKSON, ROSE M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4542624 | MUTTSCHELER, DARRYL E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4763580 | MYERSCOUGH, PRISCILLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4368840 | NELSON, JENNA | 706 ELM ST | | | MINEOLA | IA | 51554-5018 |
| 4664744 | NELSON, JOHN | 60 NICOLL AVE APT 415 | | | GLEN ELLYN | IL | 60137-8216 |
| 4598061 | NELSON, NADINE | PO BOX 922 | | | PIONEER | CA | 95666-0922 |
| 4671724 | NEWMAN, DIANA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4840806 | NITCHMANN, MARION | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4721160 | Oakley, Bettie | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4765479 | Okafor , Tonya | 46100 Seabiscuit Ct | | | Lexington Pk | MD | 20653-2091 |
| 4725162 | OLIVER, DESIRE | 7901 BAYMEADOWS CIR E APT 546 | | | JACKSONVILLE | FL | 32256-7691 |
| 4179488 | OPIYO, DONATUS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4197202 | PACHECO, JOSE A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4794607 | PACIFIC TRANSPORTATION LINES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4727754 | PADINHA, NELSON E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4850675 | PATRICIA BOUCHARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4677223 | PAUL, DORASY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4192789 | PAYNE, TAYLOR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4841411 | PETE HARTNEY & IRMA LOPEZ | 2428 ME 25TH ST | | | LIGHTHOUSE PT | FL | 33064-8347 |
| 4821040 | PETER ALBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4367989 | Pierre-Louis, Edens E. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4714807 | PIPER, JANET | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4662626 | PRICE, LYNN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4709450 | PRITCHETT, DOROTHY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4648513 | PROSSER, DAVID | 9217 MEADE AVE | | | OAK LAWN | IL | 60453 |
| 4881819 | PYROTECH INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4670480 | QUICKLE, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4620302 | RADHAKRISHNAN, VIJAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4188808 | RAMIREZ, KAREN A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4682682 | RIOTTO, JOE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4586883 | RIVERA MARTINEZ, GLADYS S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4842153 | RIZO INTERIOR SOLUTIONS | 19855 SW 208TH ST | | | MIAMI | FL | 33187-3111 |
| 4744856 | ROBERTS, ADRIAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4596573 | ROBERTS, ED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4247971 | RODRIGUEZ, CANDIDA | 1971 SW 4TH ST APT 102 | | | MIAMI | FL | 33135-1837 |
| 4251513 | RODRIGUEZ, ELIUT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4156953 | ROLLINGS, JANET | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4438573 | ROMAN, ERIK M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4650491 | ROSSETTI, MARK | 364 PETTEGROW POINT RD | | | MACHIASPORT | ME | 04655-3343 |
| 4636234 | ROWLEY, ANGELA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4370810 | Ruddick, Derrick E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4870159 | RUSSELL AARON ANDERSON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4733138 | RUSSELL, RUTH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4743351 | SAAVEDRA, CARMEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4657013 | SAIEVA, MARIANA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4697974 | SAINI, KARAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4242006 | SANCHEZ, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4249302 | SANCHEZ, JENNIFER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4609543 | SASSEVILLE, LAURETTE J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4722748 | SAUNDERS, KEVIN | 31650 SCENIC HLS | | | WINCHESTER | CA | 92596-9595 |
| 4739452 | SCHEPIS, FRANK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4879984 | SCHOPF & WEISS LLP | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4230356 | SCOTT, ATOIA | 3620 AUDREY DR | | | TITUSVILLE | FL | 32796-2967 |
| 4767672 | SCOTT, DOROTHY | 107 DEER LN | | | MANSFIELD | LA | 71052-2918 |
| 4717097 | SCROGGINS, DONALD | 36 BARKLEY CIR APT 204 | | | FORT MYERS | FL | 33907-7513 |
| 4451525 | SEALS, MATTHEW | 425 SENECA ST APT 711 | | | NILES | OH | 44446-2450 |
| 4714978 | SHAH, PARESH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4869689 | SIERRA GROUP INC | 222 NORTHFIELD RD STE 200 | | | NORTHFIELD | IL | 60093-3347 |
| 4724373 | SLAUGHTER, CHRIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4618719 | SMITH, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4306693 | STEELE, PHILIP M | 4162 VIVA LN | | | INDIANAPOLIS | IN | 46239-1913 |
| 4734519 | STEINKAMP, KAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4563260 | STRAIN, SAMANTHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4597562 | STUPY, WANITA | 4530 VISTA DEL SANTA RITA | | | AMADO | AZ | 85645 |
| 4598122 | SULLIVAN, KRISTIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4843697 | SUN OUTDOOR SERVICES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4884962 | T MOBILE INC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4309952 | TEAGUE, HEATHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4664026 | THOMAS, ZACK | 1812 4TH ST | | | PERRY | IA | 50220-1221 |
| 4827704 | Thunberg, Jill | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4665887 | TOBAN, MOHAMMED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4873721 | TOMASSETTI DISTRIBUTORS | CANADA DRY BOTTLING OF MERIDEN | PO BOX 910 | | MERIDEN | CT | 06450-0910 |
| 4684123 | TUCKENBERRY, VICTOR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4256815 | ULYSSE, ANNE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4803448 | US FURNISHINGS EXPRESS CORP | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4857039 | VAN, NHUAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4532335 | VEGA, SERGIO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4675753 | VERDIN, CARL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4611267 | VERGARA, MERLITA | 1682 WILLOW LAKE LN | | | SAN JOSE | CA | 95131-3539 |
| 4727585 | VERSHYNIN, ROMAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4591684 | WALLIS, DANNY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4255785 | WALLS, NATALIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4824256 | WATERHOUSE, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4473627 | WATERS, MARSHALL J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4280375 | WATTS, JEANETTE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4639980 | WATTS, VIVIAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4587369 | WEBB, ERICA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4656427 | WEINBERG, LYDIE D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4582011 | WENDLING, CAMERON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4292645 | WHITE, MANTAE L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4277853 | WILKERSON, JOHN C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4712665 | Willis, Keith | 2916 Milby Oaks Dr | | | Fort Worth | TX | 76244-5539 |
| 4618752 | WINBORNE, ERNEST E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4653444 | WINTON, SAMANTHA-AMANDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4659810 | WYRICK, LARRY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4641516 | YOUNG, ROSETTA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4728358 | ZACHARZUK, JOSEPH | 3700 N CAPITOL ST NW # 547 | | | WASHINGTON | DC | 20011-8400 |
| 4597033 | Zimmerman, Catherine | 10724 Cambridge Ct | | | Burnsville | MN | 55337-1083 |