**HEARING DATE: January 18, 2019, at 10:00 a.m.**
**OBJECTION DEADLINE: January 11, 2019, at 4:00 p.m.**

**NIXON PEABODY LLP**
Christopher M. Desiderio
55 West 46th Street
New York, NY 10036
Tel.: 212-940-3000
Fax: 212-940-3111
cdesderio@nixonpeabody.com

and

Richard C. Pedone
100 Summer Street
Boston, MA 02110
Tel.: 617- 345-1000
Fax: 617-345-1300
rpedone@nixonpeabody.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : |  |
| SEARS HOLDING CORPORATION., | : | Case No. 18-23538 (RDD) |
|  | : |  |
| Debtors.[1] | : | **(Joint Administration)** |
|  | : |  |

-------------------------------------------------------x

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4846-7610-6884.2

## NOTICE OF HEARING ON MOTION OF THE
## KCD INDENTURE TRUSTEE FOR AN ORDER (I) GRANTING
## RELIEF FROM THE AUTOMATIC STAY AND (II) COMPELLING
## DEBTOR PERFORMANCE AS SERVICER AND MANAGER OF KCD IP, LLC

**PLEASE TAKE NOTICE** that the hearing to consider the motion (the "Motion,"

Docket No. 1426) filed by U.S. Bank National Association, in its capacity as indenture trustee

(in such capacity, the "KCD Indenture Trustee") under the Indenture,[2] dated as of May 18, 2006,

by and between KCD IP, LLC, as issuer, and the KCD Indenture Trustee, for entry of an order

pursuant to sections 105, 361, 362(d)(1) and 363(e) of title 11 of the United States Code (the

"Bankruptcy Code") granting the KCD Indenture Trustee relief from the automatic stay and

compelling contractual performance by the Debtors will be held before the Honorable Robert D.

Drain, U.S. Bankruptcy Judge, at the U.S. Bankruptcy Court for the Southern District of New

York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the

"Bankruptcy Court") on **January 18, 2019 at 10:00 a.m. (Eastern  Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the

"Objections") to the Motion shall be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court,

including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-

399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a

CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered

directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and

General Order M-399, to the extent applicable, and shall be served in accordance with the

*Amended Order Implementing Certain Notice and Case Management Procedures*, entered on

November 1, 2018 (Docket No. 405), so as to be filed and received no later than **January 11,**

**2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

4846-7610-6884.2

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served

with respect to the Motion, the KCD Indenture Trustee may, on or after the Objection Deadline,

submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed

to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend

the Hearing and failure to appear may result in relief being granted upon default.

Dated: December 27, 2018

**NIXON PEABODY LLP**

By: */s/ Christopher M. Desiderio*
Christopher M. Desiderio
55 West 46th Street
New York, NY 10036
Tel.: 212-940-3000
Fax: 212-940-3111
cdesderio@nixonpeabody.com

and

Richard C. Pedone (*pro hac vice*)
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
rpedone@nixonpeabody.com

*Counsel to U.S. Bank National Association,
N.A., as Indenture Trustee*

4846-7610-6884.2