**From The Desk Of:**
Gloria Saddler
318 Jencks St, Fall River, MA 02723
910-273-6792
mrsglosaddler@gmail.com

To: The United States Bankruptcy Court, Southern District of New York

Re: SEARS, Chapter 11 (Case No. 18-23538 (RDD)

Dear Clerk, Attorneys, Judges, et. Al

On or around December 1, 2018 I, Gloria Saddler, received a mailing from Weil,.Gotshal, and Manges, LLP. The mailing was sent to inform me the aforementioned attorneys are representing SEARS Holding Corporation, et al. The bases of the mailing was also to inform me—SEARS had officially filed for Chapter 11 protection.

Additionally, the mailing informed me I could not "sue, assert a deficiency, or otherwise try to collect from" SEARS. What has prompted me to write this letter to the court is: **SEARS is calling me to collect a debt for which I was attempting to sue them for damages.**

During the summer (August) of 2018, SEARS sent a Heating, Ventilation, and Air Conditioning (HVAC) crew to install an entirely new HVAC system at my residence. The SEARS crew never secured the three required permits to begin the installation (and as of date have not secured approval/a sign-off/inspection by the city of Fall River's building inspectors for the work performed) until after I inquired into "who was going to resolve the damage done to my property.

During the installation the crew cut-out a main support beam that caused my wall to sag. The crew also left an opening (a large hole) in another part of my home when they mistakenly overestimated where they wanted to begin installing parts of the ventilation system. The most egregious of the damage to my home was: the crew disconnected my old heating system from the chimney that is shared with another HVAC system on site. The crew left my living and bedroom area with a large gaping hole in the chimney--**-exposing me to potential carbon monoxide poisoning.**

When I called the city building inspector and my insurance company to my home, both were shocked at the damage. The city inspector was shocked at the hole left opened at my chimney which opened into my living area, potentially exposing me to carbon monoxide. The city inspector covered the hole with aluminum foil to prohibit carbon monoxide exposure into my living areas before he left my home.

On 12/11/2018, I contacted the telephone number on the mailing to inquire into why SEARS is calling me, if I can't contact or sue SEARS due to their Chapter 11 protections. I spoke with a young lady by the name of Kirby. I informed Kirby SEARS called me earlier in the day. Kirby did not have a solid response, so I contacted the other number on the mailing. The other number on the mailing was that of the attorneys representing SEARS.

**From The Desk Of:**
**Gloria Saddler**
318 Jencks St, Fall River, MA 02723
910-273-6792
mrsglosaddler@gmail.com

The attorneys' office immediately transferred me back to SEARS. With that being said, perhaps the Bankruptcy Court of Southern New York can enlighten me as to why SEARS can contact me?

I pray the court will request SEARS employees cease contacting me, since I cannot contact nor sue SEARS.

Thank you for reading, filing, and noting my concerns.

If the court would like to instruct/guide me in the protocol set forth by the courts with regards to SEARS' and its Chapter 11 claim, and my ability (or inability) to sue SEARS, I am eager to follow the established protocol.

I look forward to hearing from the court.

*[signature]*

Gloria Saddler