# EXHIBIT

# B

AOM:

AOM

```
CAMDEN COUNTY, NJ
CAMDEN COUNTY CLERK'S OFFICE
ASSN MTG-OR BOOK 09592 PG 1934
RECORDED 05/15/2012 15:03:15
FILE NUMBER 20120033735
RCPT #: 1129426; RECD BY: Jareds
RECORDING FEES 30.00
MARGINAL NOTATION 10.00
```

When Recorded Return To:
JPMorgan Chase Bank, NA
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FDIC AS RECEIVER OF WASHINGTON MUTUAL BANK SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA, 71203, (ASSIGNOR), by these presents does convey, grant, sell, assign, transfer and set over the described MORTGAGE with all interest secured thereby, all liens, and any rights due or to become due thereon to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-7, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said MORTGAGE dated 06/26/2006, made by: PAULO A. SEABRA AND MARITZA HERRERA to LONG BEACH MORTGAGE COMPANY recorded on 07/17/2006 in mortgage Book 08261, Page 1825, and/or Instrument # n/a in the office of the Register of Titles/County Recorder in and for CAMDEN, New Jersey.
Property address: 25 CONIFER WAY
SICKLERVILLE, NJ 08081
Date: 04/24/2012 (MM/DD/YYYY)
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FDIC AS RECEIVER OF WASHINGTON MUTUAL BANK SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY

By: _____
Ashley Cregg
VICE PRESIDENT

STATE OF LOUISIANA    PARISH OF OUACHITA
The foregoing instrument was acknowledged before me on 04/24/2012 (MM/DD/YYYY), by Ashley Cregg, as VICE PRESIDENT for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FDIC AS RECEIVER OF WASHINGTON MUTUAL BANK SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Eva Reese
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

Prepared By: F. Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
JPCAS[____] -- WAMU[____] FRMNJ1

(ASSN')

Book9592/Page1934