# EXHIBIT

# C

<u>CERTIFICATION OF DILIGENT INQUIRY TO BE ANNEXED TO
RESIDENTIAL MORTGAGE FORECLOSURE COMPLAINTS PURSUANT
TO RULE 1:5-6(c)(1)(E) AND RULES 4:64-1(a) (2) AND (a) (3)</u>

Kacie W. Brown, Esq., of full age, hereby certifies and says:

1. On 10/26/2017, I communicated by client interface with the following named
employee(s) of Select Portfolio Servicing, Inc., who stated that she personally reviewed the
complaint to be filed with the court and that she confirmed compliance with *Rule* 4:64-1(b)(1)
through (b)(10) and (b)(12) through (b)(13). She also stated that she personally reviewed the
original or true copy of the Note, Mortgage and Assignments, if any, about to be submitted to
the court; and that she confirmed the accuracy of those documents. She also stated that the
Note is a true copy of the original.

2. The name, title and responsibilities of the plaintiff's mortgage loan servicer's
employee(s) with whom I communicated are: Stephanie Jolley, Foreclosure Specialist,
responsibilities include oversight of foreclosure firms and review of business records and
documents for accuracy prior to execution.

3. The above-named employee(s) stated that the relationship between her employer
and the plaintiff is: loan servicer, and confirmed that her employer is authorized to act on
behalf of the plaintiff in this action.

4. Based on my communication with the above-named employee(s) of plaintiff's
mortgage loan servicer, as well as my own inspection of the loan information supplied by the
plaintiff's mortgage loan servicer and other diligent inquiry, I execute this certification to
comply with the requirements of Rules 1:4-8(a), 1:5-6(c)(1)(E), and 4:64-1(a)(2) and (a)(3).

5. I am aware that I have a continuing obligation under Rule 1:4-8 to amend this

certification if a reasonable opportunity for further investigation or discovery indicates

insufficient evidentiary support for any factual assertions proffered by plaintiff in any court

filings or documents in this case.

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**
ATTORNEYS FOR PLAINTIFF

Date: 11/08/2017

By:     */s/ Kacie W. Brown*
Kacie W. Brown, Esq.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Attorneys for Plaintiff
Attorney Court ID: 016552011
Attorney: Kacie W. Brown, Esq.
Our File #: 03-016088-F00

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7, | Superior Court of New Jersey<br>Chancery Division<br>Camden County |
| Plaintiff, | Civil Action |
| vs. | Docket No.: |
| SNTR LLC, as Trustee under the 25 Conifer Land Trust and Assignee from BK Bids.Com; Paulo A. Seabra; Maritza Herrera; Sears Roebuck & Company; Solarcity Corporation, | **COMPLAINT** |
| Defendants. | |

Select Portfolio Servicing, Inc., as servicer for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7, the Plaintiff in the within action, with offices located at 3217 S. Decker Lake Dr., Salt Lake City, UT 84119, and authorized to conduct business in New Jersey says:

## FIRST COUNT

1.      On June 26, 2006, Paulo A. Seabra and Maritza Herrera executed to Long Beach Mortgage Company, a Note to secure the sum of $301,500.00, payable on July 1, 2036, with interest at the initial rate of 7.525% per annum which rate was and is subject to adjustment, payable by payments of initially $1,989.66 monthly for principal and interest. The Note further provides for a late charge of 5 percent for any payment not received 15 days from the date due.

2.      To secure the payment of the obligation, Paulo A. Seabra and Maritza Herrera executed to Long Beach Mortgage Company a **purchase money** mortgage of even date with said obligation and thereby conveyed to Long Beach Mortgage Company, in fee, the land hereinafter described, on the express condition that such conveyance should be void if payment should be made at the time and times and in the manner described in said Note. Said Mortgage was duly recorded on July 17, 2006 in the Office of the Camden County Clerk / Register in Mortgage Book 8261, at page 1825, et seq. **Upon information and belief, and to the best of our knowledge, the mortgagors are unmarried.**

**Maritza Herrera is also known as Maritza Seabra as per Trustee's Deed, and will herein be referred to as Maritza Herrera.**

2a.    Said Mortgage was assigned from JPMorgan Chase Bank, National Association, Successor in interest by purchase from the FDIC as receiver of Washington Mutual Bank Successor in interest to Long Beach Mortgage Company to Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-7by Assignment dated April 24, 2012 and recorded on May 15, 2012 in the Clerk / Register's Office of Camden County, in Assignment Book 9592 at page 1934. Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-7 and Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7 are one and the same entity.

3.    A Loan Modification Agreement between Paulo A. Seabra and Maritza Herrera and JPMorgan Chase Bank, N.A. (lender), was executed on October 2, 2011, of which the terms of the Note and Mortgage were modified by adjusting the principal balance to $324,860.17, the monthly payments of principal and interest to initially $1,238.91, the interest rate to initially 2.000%, with a new maturity date of July 1, 2036, to be recorded in the Clerk / Register's Office of Camden County, and has yet to be recorded.

4.    This metes and bounds description is derived from the Mortgage being foreclosed upon herein. The mortgaged premises are fully described in Schedule "A" annexed hereto and made a part hereof and shall be referred to as the "subject property".

5.    Plaintiff is entitled to enforce the subject Note.

6.    The obligation contained an agreement that if any installment payment of interest and principal, taxes and insurance should remain unpaid for more than 30 days, the whole principal sum with all interest should at the option of the mortgagee or the heirs, executors, administrators, representatives or assigns, become immediately due and payable.

7.    The defendants listed herein are named as party defendants to this action for any right, title and interest they may have in, to or against the subject property for reasons set forth herein. Please see attached Schedule "B" for all judgments and liens.

7a.    By virtue of a UCC-1 Financing Statement No. 43420100 between Paulo Seabra and Maritza Herrera and Solarcity Corporation covering the improvements erected on the subject property of record on May 29, 2014 in the Camden County Clerk / Register's office in Book 10016, at page 669, et seq. A copy of said financing statement is annexed hereto.

7b.    On May 4, 2016, John W. Hargrave, Bankruptcy Trustee of The Estate of Paulo A. Seabra and Maritza Seabra conveyed by deed that lands and premises described in Schedule "A" hereof to SNTR LLC, as Trustee under the 25 Conifer Land Trust and Assignee from BK Bids.Com. Said deed was thereafter recorded on May 25, 2016, in the Office of the Clerk / Register of Camden in Book 10417, at page 795, et seq.

8.    Pursuant to the terms of the Note, (the terms of which are incorporated and referred to in the Mortgage also), the obligee named in the obligation reserved the right to pay taxes or other liens affecting the property which liens are superior to the Mortgage referred to herein and which liens, when paid by the obligee or assignee, together with interest as provided, are to be added to the amount due on the obligation and mortgage. The obligee may be required to pay such liens during the pendency of this action and will demand that such payments so made by said obligee or assignee be added to the mortgage debt as aforesaid.

9.    The borrower(s) failed to make the payment due on July 1, 2014, causing the loan to become in default. Said payments have remained unpaid for more than 30 days from the date of the mailing of the Notice of Default to the obligor(s), and are still unpaid. Plaintiff herein, by reason of said default, elected that the whole unpaid principal sum due on the aforesaid Note, with all interest and advances made, shall now be due.

10.    Any interest or lien on the subject property which the mortgagor(s) or grantee(s) of said mortgagor(s), or which subsequent encumbrancer or lien holders, if any, or tenants, who are the defendants herein have or claim to have in or upon the aforesaid mortgage premises or some part thereof are subject and subordinate to the lien of the Mortgage held by the plaintiff herein.

11.    A Notice of Intention to Foreclose was sent in compliance with the Fair Foreclosure Act more than 31 days ago.

**WHEREFORE**, the plaintiff and /or its assignee demands judgment as follows:

a.    Fixing the amount due on the plaintiff's Note; and

b.    Barring and foreclosing all of the defendants of all equity and redemption in and to the aforesaid lands; and

c.    Directing that plaintiff be paid the amount due to plaintiff as provided in the plaintiff's Note, together with interest and costs; and

d.    Adjudging that the subject property be sold according to law to satisfy the amount due to plaintiff on the Mortgage set forth in paragraph 2 above; and

e.    Appointing a rent receiver of rents, issues and profits of the subject property; and

f.    For any other relief that the Court deems necessary.

## SECOND COUNT

1.    By reason of the default of the mortgagor(s) on the terms of the Note and Mortgage referred to in the First Count, the plaintiff is entitled to possession of the subject property as described in the First Count of the Complaint except as to those tenants protected under N.J.S.A. 2A: 18-61.1.

2.    The defendants named in the First Count of the Complaint have or may have certain rights in the subject property by reason thereof and have deprived the plaintiff herein of the possession of the premises aforesaid.

**WHEREFORE**, the plaintiff or its assignees or the successful bidder at the Sheriff's sale demands judgment against the defendants except those persons protected under N.J.S.A. 2A: 18-61.1, et seq., as follows;

a.    For possession of said premises; and

b.    For damages for mesne profits; and

c.    For costs; and

d.    For any other relief that the Court deems necessary.

Dated: 10/24/2017

**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**
Attorneys for Plaintiff

/s/ Kacie B. Brown
By: Kacie B. Brown, Esq.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Attorneys for Plaintiff
Attorney Court ID: 016552011
Attorney: Kacie W. Brown, Esq.
Our File #: 03-016088-F00

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7, | Superior Court of New Jersey<br>Chancery Division<br>Camden County |
| Plaintiff, | Civil Action |
| vs. | Docket No.: |
| SNTR LLC, as Trustee under the 25 Conifer Land Trust and Assignee from BK Bids.Com; Paulo A. Seabra; Maritza Herrera; Sears Roebuck & Company; Solarcity Corporation,<br>        Defendants. | **CERTIFICATION RE DUE DILIGENCE** |

Kacie W. Brown, does hereby certify as follows:

      1.    I am an attorney at law in the State of New Jersey and an associate in the law firm of

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, attorneys for Plaintiff in the within

action.

      2.    This Complaint is in compliance with Rule 1:4-8(a).

      3.    I certify that the foregoing statements made by me are true and accurate. I am aware

that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:

                        /s/ Kacie W. Brown
                        Kacie W. Brown, Esq.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Attorneys for Plaintiff
Attorney Court ID: 016552011
Attorney: Kacie W. Brown, Esq.
Our File #: 03-016088-F00

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7, | Superior Court of New Jersey Chancery Division Camden County |
| Plaintiff, | Civil Action |
| vs. | Docket No.: |
| SNTR LLC, as Trustee under the 25 Conifer Land Trust and Assignee from BK Bids.Com; Paulo A. Seabra; Maritza Herrera; Sears Roebuck & Company; Solarcity Corporation, Defendants. | **CERTIFICATION RE NO OTHER ACTIONS** |

Kacie W. Brown, Esq., does hereby certify as follows:

1.      I am an attorney at law in the State of New Jersey and an associate in the law firm of

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, attorneys for Plaintiff in the within action.

2.      This matter is not the subject of any other Court proceeding or arbitration and that to

the best of my belief, no other parties need to be joined and that no other proceedings are

contemplated, except that the plaintiff reserves and preserves its right to institute a deficiency

proceeding consistent with the appropriate New Jersey Statutes.

3.      I certify that the foregoing statements made by me are true and accurate.  I am aware

that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: 10/24/2017

                                   /s/ Kacie W. Brown
                                   Kacie W. Brown, Esq.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Attorneys for Plaintiff
Attorney Court ID: 016552011
Attorney: Kacie W. Brown, Esq.
Our File #: 03-016088-F00

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7, | Superior Court of New Jersey<br>Chancery Division<br>Camden County |
| Plaintiff, | Civil Action |
| vs. | Docket No.: |
| SNTR LLC, as Trustee under the 25 Conifer Land Trust and Assignee from BK Bids.Com; Paulo A. Seabra; Maritza Herrera; Sears Roebuck & Company; Solarcity Corporation, Defendants. | **CERTIFICATION RE REDACTION OF PERSONAL IDENTIFIERS** |

Kacie W. Brown, Esq., does hereby certify as follows:

1.      I am an attorney at law in the State of New Jersey and an associate in the law firm of

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, attorneys for Plaintiff in the within action.

2.      All confidential personal identifiers have been redacted from documents now being

submitted to the court and will continue to be redacted from all documents to be submitted in the future in

accordance with Rule 1:38-7(b).

3.      I certify that the foregoing statements made by me are true and accurate. I am aware that if

any of the foregoing statements are willfully false, I am subject to punishment.


Dated: 10/24/2017

                                        /s/ Kacie W. Brown
                                        Kacie W. Brown, Esq.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Attorneys for Plaintiff
Attorney Court ID: 016552011
Attorney: Kacie W. Brown, Esq.
Our File #: 03-016088-F00

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7, | Superior Court of New Jersey Chancery Division Camden County |
| Plaintiff, | Civil Action |
| vs. | Docket No.: |
| SNTR LLC, as Trustee under the 25 Conifer Land Trust and Assignee from BK Bids.Com; Paulo A. Seabra; Maritza Herrera; Sears Roebuck & Company; Solarcity Corporation, Defendants. | **CERTIFICATION RE TITLE SEARCH** |

Kacie W. Brown, Esq., does hereby certify as follows:

1.      I am an attorney at law in the State of New Jersey and an associate in the law firm of

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, attorneys for Plaintiff in the within

action.

2.      In preparing the within mortgage foreclosure complaint, I received and reviewed a title

search of the public record for the real property described in the mortgage foreclosure complaint.

3.      I certify that the foregoing statements made by me are true and accurate. I am aware

that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: 10/24/2017

/s/ Kacie W. Brown
Kacie W. Brown, Esq.

## **SCHEDULE A**

THE PROPERTY CONSISTS OF THE LAND AND ALL THE BUILDINGS AND
STRUCTURES ON THE LAND IN THE TOWNSHIP OF WINSLOW, COUNTY OF
CAMDEN, AND STATE OF NEW JERSEY. THE LEGAL DESCRIPTION IS:

All that certain lot, parcel or tract of land, situate and lying in the Township of Winslow, County of Camden and
State of New Jersey being more particularly described as follows:

**BEING** known and designated as Lot 46, Block 2901.02 as shown on Plan of Lots, The Woodlands Section 3
(Formerly "Silverado"), filed in the Camden County Clerk's Office February 5, 2004 as Map Number 901-16.

Being commonly known as 25 Conifer Way, Sicklerville, NJ

Being designated on the tax maps of the Township of Winslow as Block 2901.02, Lot 46

## **SCHEDULE B**

SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-193431-1999          CASE NUMBER: DC  010960  98
DATE DOCKETED: 08/10/99          DATE OF JUDGMENT IN S.C.P.: 11/09/98
TYPE OF ACTION: CONTRC-REG
VENUE: MIDDLESEX

```
                                              DEBT: $    1,527.98
                                             COSTS: $       93.56
                                              INT: $        63.53
                                             DCKG: $         5.00
CREDITOR(S):
     SEARS ROEBUCK & COMPANY
               45 CONGRESS ST, SALEM, MA 01970
          ATTORNEY: EICHENBAUM, KANTROWITZ, LEFF, ET AL
DEBTOR(S):
     PAULO SEABRA
               20 MAINE AV, CARTERET, NJ 07008
          ATTORNEY: PRO SE
               ---------------
                 *** End of Abstract ***
```

CAMDEN COUNTY, NJ
CAMDEN COUNTY CLERK'S OFFICE
OCC1-OR BOOK 10016 PG 0669
RECORDED 05/29/2014 13:32:15
FILE NUMBER 2014036159
RCPT #: 14321888 RECD BY: clk_intr

RECORDING FEES 25.00
MARGINAL NOTATION 0.00

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

B. E-MAIL CONTACT AT FILER (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)  23974 - SOLARCITY

```
CT Lien Solutions           43420100
P.O. Box 29071
Glendale, CA 91209-9071     NJNJ
                            FIXTURE
```
File with: Camden, NJ

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Seabra | Paul | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 25 CONIFER WAY | WINSLOW TOWNSHIP | NJ | 08081 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| HERRERA | MARITZA | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 25 CONIFER WAY | WINSLOW TOWNSHIP | NJ | 08081 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SOLARCITY CORPORATION | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3055 CLEARVIEW WAY | SAN MATEO | CA | 94402 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL EQUIPMENT LEASED FROM TIME TO TIME BY SECURED PARTY TO DEBTOR.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☒ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
43420100          JB-0801401-00 Seabra, Paul          0763 Blackwood

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR | 9b. INDIVIDUAL'S SURNAME:
Seabra

FIRST PERSONAL NAME
Paul

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR | 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☒ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
Paul Seabra
25 CONIFER WAY
WINSLOW TOWNSHIP, NJ 08081

16. Description of real estate:
A PARCEL OF LAND LOCATED IN THE STATE OF NJ, COUNTY OF CAMDEN, WITH A SITUS ADDRESS OF 25 CONIFER WAY, SICKLERVILLE NJ 08081-4637 CD12 CURRENTLY OWNED BY SEABRA PAULO & HERRERA MARITZA HAVING A TAX ASSESSOR NUMBER OF 36-02901-02-00046 AND DESCRIBED IN DOCUMENT NUMBER 8261-1817 DATED 06/26/2006 AND RECORDED 07/17/2006 .

17. MISCELLANEOUS: 4540500-NJ-1 20974 - SOLARCITY | SOLARCITY CORPORATION | File w/EC Camden, NJ | 36-06514C1-02 Camden, Park 5263 Blackwood

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Prepared by/CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

Book10016/Page670

# Foreclosure Case Information Statement

## Case Details: CAMDEN | General Equity Docket # 025985-17

Case Caption: DEUTSCHE BANK NATION VS SNTR
LLC, AS TRUSTEE  UND
Case Initiation date: 11/16/2017

Case Type: RESIDENTIAL MORTGAGE
FORECLOSURE
Document Type: Complaint

## Plaintiff(s)                                                                                   (1)

Name: Deutsche Bank National Trust

Address Line 1: 3217 S. Decker Lake Dr.

Address Line 2:

City: Salt Lake City            State: UT         Zip: 84119        Phone:

Attorney Name: DORI LYNN SCOVISH         Email Address: JEFIS@FLWLAW.COM

Party Type: Business

Corporation Type: Other

## Defendant(s)                                                                                  (5)

Name: SNTR LLC, as Trustee under the

Address Line 1:

Address Line 2:

City:                            State: NJ         Zip:            Phone:

Attorney Name:                              Email Address:

Party Type: Business

Corporation Type: Other

---

Name: Paulo A Seabra

Address Line 1:

Address Line 2:

City:                            State: NJ         Zip:            Phone:

Attorney Name:                              Email Address:

Party Type: Individual

Corporation Type:

---

Name: Maritza Herrera

Address Line 1:

Address Line 2:

City:                            State: NJ         Zip:            Phone:

Attorney Name:                              Email Address:

Party Type: Individual

Corporation Type:

Name: Sears Roebuck & Company                    Party Type: Business

Address Line 1:                                  Corporation Type: Other

Address Line 2:

City:                          State: NJ      Zip:           Phone:

Attorney Name:                                 Email Address:

---

Name: Solarcity Corporation                      Party Type: Business

Address Line 1:                                  Corporation Type: Other

Address Line 2:

City:                          State: NJ      Zip:           Phone:

Attorney Name:                                 Email Address:

## Property(s)                                                                (1)

Property Address: 25 Conifer Way          County: CAMDEN

Municipality: WINSLOW TWP                  Block: 2901.02      Lot: 46

Zip: 08081

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b)

<u>11/16/2017</u>                                               /s/ DORI LYNN SCOVISH
Dated                                                          Signed