UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK-
------------------------------------------------------x
                                             :    Chapter 11

In re:                                 :

SEARS HOLDING CORPORATION.,    :    Case No. 18-23538 (RDD)

                    Debtors[1].       :    **(Joint Administration)**

------------------------------------------------------x

# ORDER DENYING THE KCD INDENTURE TRUSTEE LEAVE TO FILE UNDER SEAL MOTION OF THE KCD INDENTURE TRUSTEE FOR AN ORDER (I) GRANTING RELIEF FROM THE AUTOMATIC STAY AND (II) COMPELLING DEBTOR PERFORMANCE AS SERVICER AND MANAGER OF KCD IP, LLC

Upon the motion (the "Motion")[2] of the U.S. Bank National Association, in its capacity as indenture trustee (in such capacity, the "KCD Indenture Trustee") under the Indenture, dated May 18, 2006, by and between KCD IP, LLC ("KCD IP") and the KCD Indenture Trustee for entry of an order pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules") authorizing the KCD Indenture Trustee to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, In. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4819-7877-9012.2

file an unredacted *Motion of the KCD Indenture Trustee for an Order (I) Granting Relief from the Automatic Stay and (II) Compelling Debtor Performance As Servicer and Manager of KCD IP, LLC* ( "Relief from Stay Motion") and all exhibits thereto under seal; and after due deliberation and the Court having determined that the proposed redacted information does not qualify as Confidential Information as that term is defined under the Indenture, it is hereby

**ORDERED** that the Motion is denied and the KCD Indenture Trustee is authorized to file on the docket an unredacted Relief from Stay Motion, together with all of the exhibits thereto.

Dated: December 28, 2018
      White Plains, New York

                                        /s/Robert D. Drain
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE