UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Sears Holdings Corporation, et al.,

Case No.: 18-23538 -RDD

Chapter 11

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Mark S. Roher, Esq._____, request admission, *pro hac vice*, before the Honorable Robert D,. Drain_____, to represent Action Time, Inc._____, a creditor_____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Florida_____ and, if applicable, the bar of the U.S. District Court for the Southern District of Florida_____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/28/2018_____

_____, New York

/s/ Mark S. Roher_____
*Mailing Address*:

150 S. Pine Island Road_____
Suite 300_____
Plantation, FL 33324_____
*E-mail address*: mroher@markroherlaw._com
*Telephone number*: (954 ) 353-2200