Exhibit "B"

Page 5/98

Amount: $25.00
------------------------------------------------
Book Type -- Judgments Docket
Judgment Type: TRANSCRIPT OF JUDGMENT
Court: Civil Court

Control No.
Index # 658■■■■■
Effective Date: 05/19/20C3
Expiration Date: 02/20/2024
Docket Date: 02/20/2004
Date Received: 02/20/2004

Debtor Info:
PEREZ, CARLOS
260   S 1ST ST
BK NY              11211-

Creditor Info:
SEARS ROEBUCK & COMPANY
45    CONGRESS STREET
SALEM MA            01970-

Attorney:
SHARINN & LIPSHIE, P.C.
200   GARDEN CITY PL.
GARDEN CITY NY    11530-

Amount: $6,313.79
------------------------------------------------
Block:     Lot:
Book Type -- Judgments Docket
Judgment Type: TRANSCRIPT OF JUDGMENT
Court: Criminal Court

Control No.
Index # 2004KN019612    01
Effective Date: 04/01/2004
Expiration Date: 04/02/2024
Docket Date: 04/02/2004
Date Received: 04/02/2004

prior

Debtor Info:
PEREZ, CARLOS
1322   BEDFORD AVEN
BROOKLYN

Creditor Info:
CRIMINAL COURT OF THE CITY OF NEW YORK
120    SCHERMERHORN ST
BROOKLYN            11201-

Attorney:
DISTRICT ATTORNEY OF KINGS    COUNTY
350    JAY STREET
BROOKLYN            11201-

Amount: $160.00
------------------------------------------------
Book Type -- Judgments Docket
Judgment Type: JUDGMENTS
Court:

Control No.
Index # 19228■■■
Effective Date: 06/29/2004
Expiration Date: 06/29/2024
Docket Date: 06/29/2004
Date Received: 06/29/2004

Debtor Info:
PEREZ, CARLOS
421    RIDGEWOOD AVE
BK NY              11208-