**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Wells Fargo Bank, N.A. as Servicing Agent
for U.S. Bank National Association, as Trustee for
Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-
Through Certificates, Series 2006-WMC1
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000, Fax: (585) 247-7380
**Michael J. Chatwin**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| IN RE | CHAPTER 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | (Jointly Administered) |
| DEBTOR | MOTION DATE: February 14, 2019 |
| | MOTION TIME: 10:00am |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )ss:
COUNTY OF MONROE     )

I, Lora Mosher, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On 12/28, 2018 I served the within Notice of Motion, Affirmation in Support, Exhibits and Proposed Order Granting Relief from the Automatic Stay upon:

TO: Debtor
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Attorney for Debtor
Paul M. Basta
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

18-072243

Garrett A. Fail
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jacqueline Marcus
767 5th Ave
New York, NY 10153

Ray C. Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Interested Party
The Pension Benefit Guaranty Corporation
Attn.: Office of the Chief Counsel
1200 K Street, N.W., Suite 300
Washington, DC 20005

SRAC Medium Term Notes
c/o BNY Midwest Trust Company Attn.: President or General Counsel
101 Barclay St., Floor 8W
New York, NY 10286

SRAC Unsecured Notes
c/o The Chase Manhattan Bank, N.A. Attn.: Corporate Trust Department
4 Chase MetroTech Center, 3rd Floor
Brooklyn, NY 11245

SRAC Unsecured PIK Notes
c/o BNY Midwest Trust Company Attn.: President or General Counsel
101 Barclay Street, Floor 8W
New York, NY 10286

18-072243

Holdings Unsecured Notes (8.00%)
c/o Computershare Trust Company, N.A. Attn.: President or General Counsel
250 Royal Street
Canton, MA 02021

Holdings Unsecured PIK Notes (8.00%)
c/o Comoutershare Trust Company, N.A. Attn: President or General Counsel
250 Royal Street
Canton, MA 02021

Whirlpool Corporation
Attn.: President or General Counsel
2000 North M-63
Benton Harbor, MI 49022

Frigidaire Company
c/o Electrolux Attn.: President or General Counsel
P.O. Box 2638
Carol Stream, IL 60132

Winia Daewoo Electronics America
Attn.: President or General Counsel
65 Challenger Road, Suite 360
Ridgefield Park, NJ 07660

Cardinal Health
Attn.: President or General Counsel
7000 Cardinal Place
Dublin, OH 43017

Icon Health and Fitness Inc.
Attn.: President or General Counsel
1500 South 1000 West
Logan, UT 84321

HK Greatstar Int'l Co. Ltd.
Attn.: President or General Counsel
23 Hing Yip Street, Rm 35, 4/F., Po Yip Building
Kwun Tong,

Samsung Electronics America HA
Attn.: President or General Counsel
85 Challenger Road, 7th Floor
Ridgefield Park, NJ 07660

18-072243

Apex Tool International LLC
Attn.: President or General Counsel
910 Ridgebrook Road, Suite 200
Sparks, MD 21152

Black & Decker US Inc.
c/o Stanley Black & Decker Attn.: President or General Counsel
1000 Stanley Drive
New Britain, CT 06053

Eastern Prime Textile Limited
Attn.: President or General Counsel
No. 65-67 King Yip Street, Unit F10/F, King Win FTY Building
Kwun Tong,

Winners Industry Company Limited
Attn.: President or General Counsel
49-53 Wang Lung Street, Unit A, Wah Lung Building
Tsuen wan,

Tata Consultancy Services Ltd.
Attn.: President or General Counsel
379 Thornal Street, 4th Floor
Edison, NJ 08837

Active Media Services Inc.
Attn.: President or General Counsel
1 Blue Hill Plaza
Pearl River, NY 10965

Automotive Rentals Inc.
Attn.: President or General Counsel
4001 Leadenhall Road
Mount Laurel, NJ 08054

Prime Clerk, LLC
830 Third Avenue
9th Floor
New York, NY 10022

Frejka PLLC
Elise S. Frejka
420 Lexington Avenue
New York, NY 10170

18-072243

Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date December 28, 2018

/s/ Lora Mosher
Lora Mosher
Bankruptcy Paralegal
Shapiro, DiCaro & Barak, LLC
Attorneys for Wells Fargo Bank, N.A. as Servicing Agent for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-WMC1
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
28th day of DECEMBER, 20 18

/s/ Robin M. Cellura
Notary Public

ROBIN M. CELLURA
Notary Public, State of New York
No. 01CE6020370
Qualified in Monroe County
Commission Expires March 1, 20 19

18-072243