**Exhibit "B"**

```
Last Name: ( rutty )
First Name: ( brad )
COUNTY: ( BRONX )

Run Date: 03/08/2002 To: 3/9/2012
****************************************************************

JUDGMENTS -

Bronx County from ( 08/90 to 03/08/12 )

Search Parameters- Last:rutty    First:brad

All Types Of Liens
```

|  |  |
|---|---|
| 01<br>Book Type -- Judgments Docket<br>Judgment Type: TRANSCRIPT OF JUDGMENT 08/28/2003<br>Court: Civil Court<br>11/28/2023 | Control No. 000627351-<br>Index # B03-57256<br>Effective Date:<br>Expiration Date:<br>Docket Date:11/28/2003<br>Date |

```
Received:11/28/2003
Debtor Info:
RUTTY, BRADLEY B
845    E 219TH STREET 1
BX NY

Creditor Info:
SEARS ROEBUCK AND CO
7023   ALBERT PICK ROAD
GREENSBORO NC         27409-

Attorney:
FABIANO & ASSOCIATES P.C.
1035   SEVENTH NRTH STREET
LIVERPOOL NY          13088-

Amount: $4,305.10
------------------------------------------------------------
END RETURNS
****************************************************************
```