Exhibit "C"

# Small Residential Income Property Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the su███

| | |
|---|---|
| Property Address   845 E 219th St | City   Bronx | State   NY | Zip Code   10467 |

**Borrower** Bradley Rutty   **Owner of Public Record** Bradley Rutty   **County** Bronx

**Legal Description** Section 16, Block 4678, Lot 16.

**Assessor's Parcel #** 16-4678-16.   **Tax Year** 2018   **R.E. Taxes $** 6,611

**Neighborhood Name** N/A   **Map Reference** HAG-JJ4   **Census Tract** 0396.00

**Occupant** ☒ Owner ☒ Tenant ☐ Vacant   **Special Assessments $** N/A   ☐ PUD   HOA $ N/A   ☐ per year ☐ per month

**Property Rights Appraised** ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

**Assignment Type** ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)   Loan Default

**Lender/Client** Wells Fargo Bank NA   **Address** 1 Home, Campus, Des Moines IA 50328

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).

---

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record?   ☐ Yes ☐ No   Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

---

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | 2-4 Unit Housing Trends | | | 2-4 Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | | One-Unit | 10 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $(000) | (yrs) | | 2-4 Unit | 80 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 450 Low | 0 | | Multi-Family | % |
| | | | | | 820 High | 120 | | Commercial | 10 % |
| Neighborhood Boundaries | | | | | 580 Pred. | 60 | | Other | % |

The subject neighborhood is north of E Gunhill Rd, south of E 233rd ST, east of White Plains Rd and west of Baychester Ave.

**Neighborhood Description**

The subject property is in the City of New York, Bronx County. The area is predominated by 2 family attached-semi attached 2 family brick homes on +-2,500 square foot parcels.

**Market Conditions (including support for the above conclusions)**

Currently there is a balance between supply and demand within the subject's marketplace. Marketing time is +-90 days. Values are stable.

---

**Dimensions** 55' X 114.25'   **Area** 7,638 sf   **Shape** Irregular   **View** Neighborhood

**Specific Zoning Classification** R5   **Zoning Description** Low density residential

**Zoning Compliance** ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes ☐ No   If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley | ☒ | ☐ |

**FEMA Special Flood Hazard Area** ☐ Yes ☒ No   **FEMA Flood Zone** X   **FEMA Map #** 3604970038F   **FEMA Map Date** 9/5/2007

Are the utilities and off-site improvements typical for the market area?   ☒ Yes ☐ No   If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☒ No   If Yes, describe

There are no environmental conditions of hazards. I am not qualified to detect potentially hazardous materials in the subject's environment or site and such an analysis is beyond the scope of this appraisal report.

---

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ Two ☐ Three ☐ Four | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls   Masonry/avg | Floors   UK |
| ☐ Accessory Unit (describe below) | ☒ Full Basement ☐ Partial Basement | Exterior Walls   Cedar Shing/avg | Walls   UK |
| # of Stories 3   # of bldgs. 1 | Basement Area   0 sq. ft. | Roof Surface   Asph Shing/avg | Trim/Finish   UK |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | Basement Finish   % | Gutters & Downspouts   Aluminum/avg | Bath Floor   UK |
| ☒ Existing ☐ Proposed ☐ Under Const. | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type   Storm Wdws | Bath Wainscot   UK |
| Design (Style)   Colonial | Evidence of ☐ Infestation | Storm Sash/Insulated   Yes | **Car Storage** |
| Year Built 1920 | ☐ Dampness ☐ Settlement | Screens   Yes | ☐ None |
| Effective Age (Yrs) 20 | **Heating/Cooling** | **Amenities** | ☐ Driveway   # of Cars |
| Attic ☐ None | ☐ FWA ☐ HWBB ☐ Radiant | ☐ Fireplace(s) # 0 ☐ WoodStove(s) # 0 | Driveway Surface |
| ☐ Drop Stair ☒ Stairs | ☒ Other UK   Fuel UK | ☐ Patio/Deck None ☒ Fence 1 | ☒ Garage   # of Cars 2 |
| ☐ Floor ☐ Scuttle | ☐ Central Air Conditioning | ☐ Pool None ☒ Porch Fr Cov Por | ☐ Carport   # of Cars 0 |
| ☐ Finished ☒ Heated | ☐ Individual ☐ Other UK | ☐ Other | ☐ Att ☒ Det ☐ Built-in |

| # of Appliances | Refrigerator UK | Range/Oven UK | Dishwasher UK | Disposal UK | Microwave UK | Washer/Dryer UK | Other (describe) UK |
|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Unit # 1 contains: | 6 Rooms | 3 Bedroom(s) | 1 Bath(s) | 1,492 | Square Feet of Gross Living Area |
| Unit # 2 contains: | 6 Rooms | 3 Bedroom(s) | 1 Bath(s) | 1,492 | Square Feet of Gross Living Area |
| Unit # 3 contains: | Rooms | Bedroom(s) | Bath(s) | | Square Feet of Gross Living Area |
| Unit # 4 contains: | Rooms | Bedroom(s) | Bath(s) | | Square Feet of Gross Living Area |

Additional features (special energy efficient items, etc.)

Storm windows

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)

The subject property is in overall average condition, based on drive-by inspection. No functional or external inadequacies observed.

## Small Residential Income Property Appraisal Report

| | |
|---|---|
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? | ☐ Yes ☐ No  If Yes, describe |

| | |
|---|---|
| Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? | ☒ Yes ☐ No  If No, describe |

| | |
|---|---|
| Is the property subject to rent control? | ☐ Yes ☒ No  If Yes, describe |

Rent controls do not apply to 2-4 family dwellings.

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | | COMPARABLE RENTAL # 1 | | COMPARABLE RENTAL # 2 | | COMPARABLE RENTAL # 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | 845 E 219th St | | 928 E 211th St | | 771 E 223rd St | | 716 E 220th St | |
| | Bronx | NY 10467 | Bronx | NY 10469 | Bronx | NY 10466 | Bronx | NY 10467 |
| Proximity to subject | | | 0.45 miles S | | 0.24 miles N | | 0.22 miles NW | |
| Current Monthly Rent | $ | | $ | 5,013 | $ | 4,200 | $ | 4,000 |
| Rent/Gross Bldg. Area | $ | sq. ft. | $ | 1.67 sq. ft. | $ | 1.91 sq. ft. | $ | 1.53 sq. ft. |
| Rent Control | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | Exterior Inspection | | Broker | | Broker | | Broker | |
| Date of Lease(s) | UKN | | 10/18 | | 10/18 | | 10/18 | |
| Location | Subur/avg | | Subur/avg | | Subur/avg | | Subur/avg | |
| Actual Age | 98 | | 88 | | 93 | | 108 | |
| Condition | Average | | Good | | Average | | Good | |
| Gross Building Area | 2,984 | | 3,000 | | 2,200 | | 2,610 | |

| Unit Breakdown | Rm Count Tot | Br | Ba | Size Sq. Ft. | Rm Count Tot | Br | Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot | Br | Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot | Br | Ba | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 6 | 3 | 1 | 1,492 | 3 | 1 | 1 | UK | $ 1,213 | 6 | 4 | 1 | UK | $ 2,100 | 6 | 3 | 1 | UK | $ 2,000 |
| Unit # 2 | 6 | 3 | 1 | 1,492 | 4 | 2 | 1 | UK | 1,900 | 6 | 5 | 1 | UK | $ 2,100 | 6 | 3 | 1 | UK | $ 2,000 |
| Unit # 3 | | | | | 4 | 2 | 1 | UK | 1,900 | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | Water, Sewer, | | | | Water, Sewer, Trash collection & | | | | | Water, Sewer, Trash collection & | | | | | Water, Sewer, Trash collection & | | | | |
| | Trash collection & | | | | Heating | | | | | Heating | | | | | Heating | | | | |
| | Heating | | | | | | | | | | | | | | | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)

The rental comparables show a range from $334 to $475 a room. The appraiser concludes toward the lower range for both units, which is supported by the rental comparables. GLA for the rental comparables is unknown.

**Rent Schedule:** The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rent | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | UK | UK | $ UK | $ | $ | $ 2,000 | $ | $ 2,000 |
| 2 | UK | UK | UK | | | 2,000 | | 2,000 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| Comment on lease data | | | Total Actual Monthly Rent | | $ | Total Gross Monthly Rent | | $ 4,000 |
| | | | Other Monthly Income (itemize) | | $ 0 | Other Monthly Income (itemize) | | $ |
| | | | Total Actual Monthly Income | | $ | Total Estimated Monthly Income | | $ 4,000 |

Utilities included in estimated rents  ☐ Electric ☒ Water ☒ Sewer ☐ Gas ☒ Oil ☐ Cable ☒ Trash collection ☐ Other (describe)

Comments on actual or estimated rents and other monthly income (including personal property)

Forecasted rent is utilized for both units due to drive-by inspection. GLA for the rental comparables is unknown.

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  Public Record

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  Public Record

Report the results of the research and analysis of the prior sale history of the subject property and comparable sales (report additional prior sales on page 4).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Comps Inc | Comps Inc | Comps Inc | Comps Inc |
| Effective Date of Data Source(s) | 10/05/2018 | 10/05/2018 | 10/05/2018 | 10/05/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales

N/A

# Small Residential Income Property Appraisal Report

There are **10** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 450,000 to $ 820,000

There are **17** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 450,000 to $ 820,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 845 E 219th St, Bronx, NY 10467 | 928 E 211th St, Bronx, NY 10469 | | 771 E 223rd St, Bronx, NY 10466 | | 716 E 220th St, Bronx, NY 10467 | |
| Proximity to subject | | 0.45 miles S | | 0.24 miles N | | 0.22 miles NW | |
| Sales Price | $ | | $ 665,000 | | $ 635,000 | | $ 815,000 |
| Sales Price/Gross Bldg Area | $ sq. ft. | $ 221.67 sq. ft. | | $ 288.64 sq. ft. | | $ 312.26 sq. ft. | |
| Gross Monthly Rent | $ 4,000 | $ 5,013 | | $ 4,200 | | $ 4,000 | |
| Gross Rent Multiplier | | 132.66 | | 151.19 | | 203.75 | |
| Price Per Unit | $ | $ 221,667 | | $ 317,500 | | $ 407,500 | |
| Price Per Room | $ | $ 60,455 | | $ 52,917 | | $ 67,917 | |
| Price Per Bedroom | $ | $ 133,000 | | $ 70,556 | | $ 135,833 | |
| Rent Control | ☐Yes ☒No | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☒No | |
| Data Source(s) | | Comps Inc/HGMLS#4815426 | | HGMLS#4748368/Comps Inc | | Comps Inc/Geo Data | |
| Verification Source(s) | | Exterior Inspection DOM 14 | | Exterior Inspection DOM 34 | | Exterior Inspection DOM UKN | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments |
| Sales or Financing Concessions | | Arm's Length Sale | 0 | Arm's Length Sale | 0 | Arm's Length Sale | 0 |
| Date of Sale/Time | | 07/2018 | 0 | 03/2018 | 0 | 01/2018 | 0 |
| Location | Suburb/avg | Suburb/avg | | Suburb/avg | | Suburb/avg | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7,638 sf | 2,626 Sq.Ft. | +87,000 | 2,448 Sq.Ft. | +64,000 | 5,713 Sq.Ft. | 0 |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design (Style) | Colonial | Semi Attached | +33,000 | Colonial | | Colonial | |
| Quality of Construction | Frame/avg | Brick/sup | -17,000 | Frame/avg | | Brick/sup | -20,000 |
| Actual Age | 98 | 88 | 0 | 93 | 0 | 108 | 0 |
| Condition | Average | Good | -33,000 | Average | | Good | -36,000 |
| Gross Building Area | 2,984 | 3,000 | 0 | 2,200 | +24,000 | 2,610 | +11,000 |

| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 6 | 3 | 1 | 3 | 1 | 1 | 0 | 6 | 4 | 1 | 0 | 6 | 3 | 1 | |
| Unit # 2 | 6 | 3 | 1 | 4 | 2 | 1 | 0 | 6 | 5 | 1 | 0 | 6 | 3 | 1 | |
| Unit # 3 | | | | 4 | 2 | 1 | -10,000 | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Basement Description | Full | Full | | Full | | Full | |
| Basement Finished Rooms | UKN | UKN | | Finished | 0 | UKN | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | No CAC | No CAC | | No CAC | | No CAC | |
| Energy Efficient Items | Thermal Wdws | Thermal Wdws | | Thermal Wdws | | Thermal Wdws | |
| Parking On/Off Site | 2 Car Garage | 1 Car Garage | +7,000 | Street | +14,000 | UKN | 0 |
| Porch/Patio/Deck | Fr Cov Porch | None | +2,000 | Fr Cov Porch | | None | +2,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Net Adjustment (Total) | | ☒ + ☐ - | $ 49,000 | ☒ + ☐ - | $ 102,000 | ☐ + ☒ - | $ -43,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 7.4 %  Gross Adj. 25.4 % | $ 714,000 | Net Adj. 16.1 %  Gross Adj. 16.1 % | $ 737,000 | Net Adj. 5.3 %  Gross Adj. 8.5 % | $ 772,000 |
| Adj. Price Per Unit (Adj. SP Comp/ # of Comp Units) | | $ 238,000 | | $ 368,500 | | $ 386,000 | |
| Adj. Price Per Room (Adj. SP Comp/ # of Comp Rooms) | | $ 64,909 | | $ 61,417 | | $ 64,333 | |
| Adj. Price Per Bedrm (Adj. SP Comp/ # of Comp Bedrooms) | | $ 142,600 | | $ 81,889 | | $ 128,667 | |

| Value Per Unit | $ 357.50 X | 2 Units = $ 715 | | Value Per GBA $ | 239.61 X | 2,984 GBA = $ 714,996 |
|---|---|---|---|---|---|---|
| Value Per Rm. | $ 59,583 X | 12 Rooms = $ 714,996 | | Value Per Bdrms. $ | 119,166 X | 6 Bdrms. = $ 714,996 |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.

The value estimate is toward the lower range with consideration given toward all 3 comparable sales. All 5 comparables are within the subject's marketplace/school district.

Indicated Value by Sales Comparison Approach $ 715,000

Total gross monthly rent $ 4,000 X gross rent multiplier (GRM) 178 = $ 712,000 Indicated Value by the Income Approach

Comments on income approach including reconciliation of the GRM

Emphasis is on the sales comparison approach. The income approach is utilized but not emphasized due to the difficulty in verifying rent. The cost approach was not utilized, due to age of the subject dwelling.

Indicated Value by:   Sales Comparison Approach $ 715,000   Income Approach $ 712,000   Cost Approach (if developed) $

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 715,000 as of 10/05/2018, which is the date of inspection and the effective date of this appraisal.

## Small Residential Income Property Appraisal Report

Some of the subject property information is based on Extraordinary Assumption due to drive-by inspection. If the actual subject information is different than the extraordinary assumption, then the value estimate may be in error.

The appraiser has previously appraised the subject property within the last 3 years (06/08/2017 and 02/06/2018). The appraiser has no personal interest in regards to the subject property.

Wells Fargo had no data per subject property based on an interior inspection. Room, bedroom and bathroom count for the subject is unknown, therefore no adjustments are utilized for room, bedroom and bathroom count.

A reasonable exposure time for the subject property is +-50 days.

The subject was originally a 1 family dwelling that was converted into a 2 family dwelling. The subject has a large site/size and large GBA and is considered an OVER IMPROVEMENT. The appraiser did an extensive 2 year search for comparables. Sale 3 is similar in style and age when compared to the subject. Sale 3 was also a 1 family dwelling that was converted into a 2 family dwelling.

All 3 comparable sales are more than 120 days old and are utilized because of similar appeal and a lack of recent comparable sales.

The subject has a large parcel when compared to comparables 1, 2, 4 and 5. A +10% adjustment is made to comparables 1, 2, 4 and 5 for site/size.

Sale 1 is a semi attached dwelling compared to the subject, which is a detached dwelling. Sale 1 is adjusted 5% upwards for design/appeal.

Comparables 1, 3, 4 and 5 are of superior brick construction compared to the subject's frame construction. Comparables 1, 3, 4 and 5 are adjusted 2.5% downward for quality of construction.

Comparable sale 1 (according to listing) and 3 (based on exterior inspection) are in good condition compared to the subject's average (assumed) condition. A -5% adjustment is made to comparables 1 and 3 for condition. Sale 1 was utilized to bracket the subject's GBA and sale 3 is similar in site/size when compared to the subject. Sales 1 and 3 (good condition) were utilized due to a lack of better comparables in similar (assumed) condition when compared to the subject.

GBA adjustments are at $30 per square foot.

10/08/2018: Sale 3 which is similar in site/size allowed higher adjustments for site/size. Subject's marketplace is predominated by attached and semi attached 2 family dwellings on smaller parcels.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)
Site values is based on extraction and the appraiser's experience in the area due to the lack of vacant land sales.

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | | OPINION OF SITE VALUE | | =$ | 175,000 |
|---|---|---|---|---|---|
| Source of cost data | | Dwelling | Sq. Ft. @ $ | =$ | |
| Quality rating from cost service    Effective date of cost data | | | Sq. Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | =$ | |
| | | Garage/Carport | Sq. Ft. @ $ | =$ | |
| | | Total Estimate of Cost-New | | =$ | |
| | | Less    Physical   Functional   External | | | |
| | | Depreciation | | =$ ( | ) |
| | | Depreciated Cost of Improvements | | =$ | |
| | | "As-is" Value of Site Improvements | | =$ | |
| Estimated Remaining Economic Life (HUD and VA only)  40  Years | | Indicated Value by Cost Approach | | =$ | |

### PROJECT INFORMATION FOR PUDs (If applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐Yes ☐No   Unit type(s) ☐Detached ☐Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases          Total number of units          Total number of units sold
Total number of units rented     Total number of units for sale   Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?  ☐Yes ☐No  If Yes, date of conversion
Does the project contain any multi-dwelling units?  ☐Yes ☐No  Data source(s)
Are the units, common elements, and recreation facilities complete?  ☐Yes ☐No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐Yes ☐No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

## Small Residential Income Property Appraisal Report

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Small Residential Income Property Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

---

**APPRAISER**

Signature

Name  Curtis Moore

Company Name  Moore Appraisal CO LTD.

Company Address  318 Old Country Rd

_____ Elmsford _____ , NY ____ 10523

Telephone Number  (914) 345-3065

Email Address _____

Date of Signature and Report  10/08/2018

Effective Date of Appraisal  10/05/2018

State Certification #  45000012770

or State License # _____

or Other (describe) _____ State # _____

State  NY

Expiration Date of Certification or License  02/26/2019

**ADDRESS OF PROPERTY APPRAISED**

845 E 219th St

Bronx _____ , NY ____ 10467

APPRAISED VALUE OF SUBJECT PROPERTY $  715,000

**LENDER/CLIENT**

Name _____

Company Name  Wells Fargo Bank NA

Company Address  1 Home

_____ Campus _____ , Des  Moines IA 50:

Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature

Name _____

Company Name _____

Company Address _____

_____ , _____

Telephone Number _____

Email Address _____

Date of Signature _____

State Certification # _____

or State License # _____

State _____

Expiration Date of Certification or License _____

**SUBJECT PROPERTY**

☐ Did not inspect subject property

☐ Did inspect exterior of subject property from street

  Date of Inspection _____

☐ Did inspect interior and exterior of subject property

  Date of Inspection _____

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street

☐ Did inspect exterior of comparable sales from street

  Date of Inspection _____

## Small Residential Income Property Appraisal Report

Pg 9 of 15

| FEATURE | SUBJECT | | | COMPARABLE SALE # 4 | | | | COMPARABLE SALE # 5 | | | | COMPARABLE SALE # 6 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 845 E 219th St | | | 912 E 216th St | | | | 1443 Oakley St | | | | | | |
| | Bronx, NY 10467 | | | Bronx, NY 10469 | | | | Bronx, NY 10469 | | | | | | |
| Proximity to subject | | | | 0.20 miles S | | | | 0.43 miles SE | | | | | | |
| Sales Price | $ | | | | | | $ 700,000 | | | | $ 699,000 | | | $ |
| Sales Price/Gross Bldg Area | $ | | sq. ft. | $ 232.40 sq. ft. | | | | $ 218.71 sq. ft. | | | | $ | | sq. ft. |
| Gross Monthly Rent | $ | | 4,000 | $ 2,625 | | | | $ | | | | $ | | |
| Gross Rent Multiplier | | | | 266.67 | | | | | | | | | | |
| Price Per Unit | $ | | | $ 233,333 | | | | $ 233,000 | | | | $ | | |
| Price Per Room | $ | | | $ 50,000 | | | | $ 46,600 | | | | $ | | |
| Price Per Bedroom | $ | | | $ 100,000 | | | | $ 77,667 | | | | $ | | |
| Rent Control | ☐Yes ☒No | | | ☐Yes ☒No | | | | ☐Yes ☒No | | | | ☐Yes ☐No | | |
| Data Source(s) | | | | HGMLS#4816581/DOM 93 days | | | | HGMLS#4824642/DOM 20 days | | | | | | |
| Verification Source(s) | | | | Comps Inc | | | | Comps Inc | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | | | DESCRIPTION | | | +(-) $ Adjustments | DESCRIPTION | | | +(-) $ Adjustments | DESCRIPTION | | +(-) $ Adjustments |
| Sales or Financing | | | | None | | | 0 | None | | | 0 | | | |
| Concessions | | | | Known | | | 0 | known | | | 0 | | | |
| Date of Sale/Time | | | | Active | | | 0 | Active | | | 0 | | | |
| Location | Subur/avg | | | Subur/avg | | | | Subur/avg | | | | | | |
| Leasehold/Fee Simple | Fee Simple | | | Fee Simple | | | | Fee Simple | | | | | | |
| Site | 7,638 sf | | | 2,500 Sq.Ft. | | | +70,000 | 2,944 Sq.Ft. | | | +70,000 | | | |
| View | Neighborhood | | | Neighborhood | | | | Neighborhood | | | | | | |
| Design (Style) | Colonial | | | Colonial | | | | Colonial | | | | | | |
| Quality of Construction | Frame/avg | | | Brick/sup | | | -18,000 | Brick/sup | | | -18,000 | | | |
| Actual Age | 98 | | | 108 | | | 0 | 108 | | | 0 | | | |
| Condition | Average | | | Average | | | | Averager | | | | | | |
| Gross Building Area | 2,984 | | | 3,012 | | | 0 | 3,196 | | | -6,000 | | | |
| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths |
| Unit # 1 | 6 | 3 | 1 | 2 | 1 | 1 | 0 | 5 | 3 | 1 | 0 | | | |
| Unit # 2 | 6 | 3 | 1 | 6 | 3 | 1 | 0 | 5 | 3 | 1 | 0 | | | |
| Unit # 3 | | | | 6 | 3 | 1 | -10,000 | 5 | 3 | 1 | -10,000 | | | |
| Unit # 4 | | | | | | | | | | | | | | |
| Basement Description | Full | | | None | | | -1,000 | None | | | -1,000 | | | |
| Basement Finished Rooms | UKN | | | N/A | | | 0 | N/A | | | 0 | | | |
| Functional Utility | Average | | | Average | | | | Average | | | | | | |
| Heating/Cooling | No CAC | | | No CAC | | | | No CAC | | | | | | |
| Energy Efficient Items | Thermal Wdws | | | Thermal Wdws | | | | Thermal Wdws | | | | | | |
| Parking On/Off Site | 2 Car Garage | | | 1 Car Garage | | | +7,000 | Street | | | +14,000 | | | |
| Porch/Patio/Deck | Fr Cov Porch | | | None | | | +2,000 | 2nd lvl deck | | | 0 | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Net Adjustment (Total) | | | | ☒+ ☐- | | | $ 50,000 | ☒+ ☐- | | | $ 49,000 | ☐+ ☐- | | $ |
| Adjusted Sale Price | | | | Net Adj. 7.1 % | | | | Net Adj. 7.0 % | | | | Net Adj. % | | |
| of Comparables | | | | Gross Adj. 15.4 % | | | $ 750,000 | Gross Adj. 17.0 % | | | $ 748,000 | Gross Adj. % | | $ |
| Adj. Price Per Unit (Adj. SP Comp/ # of Comp Units) | | | | $ 250,000 | | | | $ 249,333 | | | | $ | | |
| Adj. Price Per Room (Adj. SP Comp/ # of Comp Rooms) | | | | $ 53,571 | | | | $ 49,867 | | | | $ | | |
| Adj. Price Per Bedrm (Adj. SP Comp/ # of Comp Bedrooms) | | | | $ 107,143 | | | | $ 83,111 | | | | $ | | |

Summary of Sales Comparison Approach

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Comps Inc | Comps Inc | Comps Inc | |
| Effective Date of Data Source(s) | 10/05/2018 | 10/05/2018 | 10/05/2018 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

N/A

AI Ready

# Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the s▮
This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 845 E 219th St | City | Bronx | State | NY | ZIP Code | 10467 |

Borrower  Bradley Rutty

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

**MARKET RESEARCH & ANALYSIS**

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 10 | 5 | 2 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 1.67 | 1.67 | 0.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 12 | 7 | 10 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab. Rate) | 7.2 | 4.2 | 14.9 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $622,500 | $575,000 | $587,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 39 | 58 | 178 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Comparable List Price | $599,500 | $675,000 | $652,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 47 | 147 | 71 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 99.20% | 97.46% | 99.09% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | ☐ Yes ☒ No | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
Sellers concessions are not a factor within the subject's marketplace.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.
HGMLS and local brokers.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Currently there is a balance between supply and demand for 2-3 family dwellings within the subject's marketplace/school district. Values are stable. Marketing time is +-70 days. The appraiser did a 1 year, 1/2 mile radius search of 2-3 family buildings built from 1850 to 1950 within the subject's marketplace/school district.

**CONDO/CO-OP PROJECTS**

If the subject is a unit in a condominium or cooperative project, complete the following:   Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

**APPRAISER**

Signature
Appraiser Name  Curtis Moore
Company Name  Moore Appraisal CO LTD.
Company Address  318 Old Country Rd, Elmsford, NY 10523
State License/Certification #  45000012770    State NY
Email Address

Signature
Supervisory Appraiser Name
Company Name
Company Address
State License/Certification #    State
Email Address

SUBJECT PHOTOGRAPH ADDENDUM 5

| | |
|---|---|
| Borrower/Client | Bradley Rutty |
| Property Address | 845 E 219th St |
| City | Bronx    County Bronx    State NY    Zip Code 10467 |
| Lender | Wells Fargo Bank NA |



**FRONT OF SUBJECT PROPERTY**

Subject Front

845 E 219th St

**REAR OF SUBJECT PROPERTY**



**STREET SCENE**

Subject Street

845 E 219th St

| Borrower/Client | Bradley Rutty | | | | |
|---|---|---|---|---|---|
| Property Address | 845 E 219th St | | | | |
| City Bronx | | County Bronx | State NY | Zip Code 10467 | |
| Lender Wells Fargo Bank NA | | | | | |



Rental Comparable 1

Rental Addr: 928 E 211th St

Subject Proximity: 0.45 miles S

Gross Building Area: 3,000

Age: 88



Rental Comparable 2

Rental Addr: 771 E 223rd St

Subject Proximity: 0.24 miles N

Gross Building Area: 2,200

Age: 93



Rental Comparable 3

Rental Addr: 716 E 220th St

Subject Proximity: 0.22 miles NW

Gross Building Area: 2,610

Age: 108

COMPARABLES PHOTOGRAPH ADDENDUM

Borrower/Client   Bradley Rulfy
Property Address   845 E 219th St
City   Bronx                           County   Bronx
Lender   Wells Fargo Bank NA          State   NY   Zip Code   10467



**Comparable Sale 3**
716 E 220th St
Bronx           NY    10467
Date of Sale:   01/2018
Sale Price:     815,000
Sq. Ft.:
$ / Sq. Ft.:



**Comparable Sale 2**
771 E 223rd St
Bronx           NY    10466
Date of Sale:   03/2018
Sale Price:     635,000
Sq. Ft.:
$ / Sq. Ft.:



**Comparable Sale 1**
928 E 211th St
Bronx           NY    10469
Date of Sale:   07/2018
Sale Price:     665,000
Sq. Ft.:
$ / Sq. Ft.:

COMPARABLES PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Bradley Rutty |
| Property Address | 845 E 219th St |
| City Bronx | County Bronx    State NY    Zip Code 10467 |
| Lender | Wells Fargo Bank NA |



**Comparable Sale 4**

912 E 216th St

| Bronx | NY | 10469 |
|---|---|---|

Date of Sale: Active

Sale Price:    700,000

Sq. Ft.:

$ / Sq. Ft.:



**Comparable Sale 5**

1443 Oakley St

| Bronx | NY | 10469 |
|---|---|---|

Date of Sale: Active

Sale Price:    699,000

Sq. Ft.:

$ / Sq. Ft.:

**Comparable Sale 6**

Date of Sale:

Sale Price:

Sq. Ft.:

$ / Sq. Ft.:

| | |
|---|---|
| Borrower/Client | Bradley Rutty |
| Property Address | 845 E 219th St |
| City Bronx | County Bronx   State NY   Zip Code 10467 |
| Lender | Wells Fargo Bank NA |

