**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Wells Fargo Bank, N.A. as Servicing Agent
for Deutsche Bank National Trust Company, as Trustee for
Fremont Home Loan Trust 2006-1, Asset-Backed
Certificates, Series 2006-1
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000, Fax: (585) 247-7380
**Michael J. Chatwin**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | MOTION DATE: February 14, 2019 |
| DEBTOR | MOTION TIME: 10:00am: |

## AFFIDAVIT OF SERVICE BY MAIL

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )ss: |
| COUNTY OF MONROE | ) |

I, Lora Mosher, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On 12|28 , 2018 I served the within Notice of Motion, Affirmation in Support, Exhibits and Proposed Order Granting Relief from the Automatic Stay Nunc Pro Tunc upon:

TO:    Debtor
    Sears Holdings Corporation
    3333 Beverly Road
    Hoffman Estates, IL 60179

    Attorney for Debtor
    Jacqueline Marcus
    767 5th Ave
    New York, NY 10153

10-005523

Ray C. Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Adam M. Adler
Prime Clerk LLC
830 Third Avenue
9th Floor
New York, NY 10022

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Interested Party
The Pension Benefit Guaranty Corporation
Attn.: Office of the Chief Counsel
1200 K Street, N.W., Suite 300
Washington, DC 20005

SRAC Medium Term Notes
c/o BNY Midwest Trust Company Attn.: President or General Counsel
101 Barclay St., Floor 8W
New York, NY 10286

Holdings Unsecured Notes (8.00%)
c/o Computershare Trust Company, N.A. Attn.: President or General Counsel
250 Royal Street
Canton, MA 02021

SRAC Unsecured Notes
c/o The Chase Manhattan Bank, N.A. Attn.: Corporate Trust Department
4 Chase MetroTech Center, 3rd Floor
Brooklyn, NY 11245

10-005523

Whirlpool Corporation
Attn.: President or General Counsel
2000 North M-63
Benton Harbor, MI 49022

Winia Daewoo Electronics America
Attn.: President or General Counsel
65 Challenger Road, Suite 360
Ridgefield Park, NJ 07660

Frigidaire Company
c/o Electrolux Attn.: President or General Counsel
P.O. Box 2638
Carol Stream, IL 60132

Cardinal Health
Attn.: President or General Counsel
7000 Cardinal Place
Dublin, OH 43017

Icon Health and Fitness Inc.
Attn.: President or General Counsel
1500 South 1000 West
Logan, UT 84321

HK Greatstar Int'l Co. Ltd.
Attn.: President or General Counsel
23 Hing Yip Street, Rm 35, 4/F., Po Yip Building
Kwun Tong,

Samsung Electronics America HA
Attn.: President or General Counsel
85 Challenger Road, 7th Floor
Ridgefield Park, NJ 07660

Apex Tool International LLC
Attn.: President or General Counsel
910 Ridgebrook Road, Suite 200
Sparks, MD 21152

Black & Decker US Inc.
c/o Stanley Black & Decker Attn.: President or General Counsel
1000 Stanley Drive
New Britain, CT 06053

10-005523

Eastern Prime Textile Limited
Attn.:  President or General Counsel
No. 65-67 King Yip Street, Unit F10/F, King Win FTY Building
Kwun Tong,

Winners Industry Company Limited
Attn.:  President or General Counsel
49-53 Wang Lung Street, Unit A, Wah Lung Building
Tsuen wan,

Tata Consultancy Services Ltd.
Attn.: President or General Counsel
379 Thornal Street, 4th Floor
Edison, NJ 08837

Active Media Services Inc.
Attn.: President or General Counsel
1 Blue Hill Plaza
Pearl River, NY 10965

Automotive Rentals Inc.
Attn.: President or General Counsel
4001 Leadenhall Road
Mount Laurel, NJ 08054

Prime Clerk, LLC
830 Third Avenue
9th Floor
New York, NY 10022

Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

SRAC Unsecured PIK Notes
c/o BNY Midwest Trust Company Attn.: President or General Counsel
101 Barclay Street, Floor 8W
New York, NY 10286

Holdings Unsecured PIK Notes (8.00%)
c/o Comoutershare Trust Company, N.A. Attn: President or General Counsel
250 Royal Street
Canton, MA 02021

Frejka PLLC
Elise S. Frejka
420 Lexington Avenue
New York, NY 10170

at the addresses designated by the foregoing individuals for that purpose by depositing a true

copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under

the exclusive care and custody of the United States Postal Service within the State of New York.

Date December 28, 2018

Lora Mosher
Bankruptcy Assistant
Shapiro, DiCaro & Barak, LLC
Attorneys for Wells Fargo Bank, N.A. as
Servicing Agent for Deutsche Bank National
Trust Company, as Trustee for Fremont
Home Loan Trust 2006-1, Asset-Backed
Certificates, Series 2006-1
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
28TH day of DECEMBER, 20 18

Notary Public

ROBIN M. CELLURA
Notary Public, State of New York
No. 01CE6020370
Qualified in Monroe County
Commission Expires March 1, 20__

10-005523