**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                                          :   Chapter 11
:
**SEARS HOLDINGS CORPORATION,** *et al.*,   :   Case No. 18-23538 (RDD)
:
Debtors.[1]                                                     :   (Jointly Administered)
:
------------------------------------------------------------x

### NOTICE OF INTENT TO CONDUCT STORE CLOSING SALES

PLEASE TAKE NOTICE THAT:

1. On October 15, 2018 and continuing thereafter, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code.

2. On October 26, 2018, the Bankruptcy Court entered an order (ECF No. 337) (the "**Store Closing Order**")[2] approving certain procedures (the "**Store Closing Procedures**") that may be used by the Debtors to close any of their stores, distribution centers, and other non-retail locations (the "**Closing Stores**") and sell the inventory, furniture, fixtures, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Store Closing Order.

equipment at the Closing Stores (such sales, the "**Store Closing Sales**"). An electronic copy of the Store Closing Order can be found at: https://restructuring.primeclerk.com/sears/.

3. Pursuant to the Store Closing Order, the Debtors may designate a location as a Closing Store and conduct Store Closing Sales pursuant to the Store Closing Procedures without further order of the Bankruptcy Court by filing and serving by email or overnight mail on the Notice Parties with this notice of intent (the "**Notice of Intent**") and a copy of the Store Closing Order. The Notice Parties and affected parties have ten (10) calendar days' notice (the "**Objection Deadline**") from the filing and serving of this Notice of Intent to object to the terms of the Store Closing Procedures and request a hearing on the objection. If no objection is filed, the Debtors may close the location and conduct Store Closing Sales at such locations in accordance with the terms of the Store Closing Order.

4. The Debtors hereby provide notice that they are closing and commencing Store Closing Sales at the locations listed on **Exhibit A** attached hereto on or after the Objection Deadline. Such sales will be conducted in accordance with the Store Closing Order and the Store Closing Procedures.[3]

Dated: December 28, 2018
     New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh
Jacqueline Marcus
Garrett Fail
Jessica Liou

Attorneys for Debtors
and Debtors in Possession

---

[3] The locations identified on Exhibit A include 80 stores, 5 Sears Auto Centers and 1 distribution center.

## Exhibit A

**Closing Stores**

WEIL:\96828287\4\73217.0004

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 1 | 4996 | Tupart II, LLC  222 Grand Avenue  Englewood, NJ 07631 | N/A | Kmart Corporation | 7055 E Broadway St Tucson, AZ 85710 |
| 2 | 3699 | SHC Owned | Virginia Barnicoat and David Barnicoat James Barnicoat 20783 Bear Valley Road, #4G Apple Valley, CA 92307

Appley Valley Smoke Shop Mina Patel 20783 Bear Valley Road #D Apple Valley, CA 92308

Diem Hong Ngo Diem Hong Ngo 20783 Bear Valley Road, Suite 41 Apple Valley, CA 92308 | Kmart Corporation | 20777 Bear Valley Road Apple Valley, CA 92308 |
| 3 | 9608 | LF2 Rock Creek LP c/o Centrecorp Management Services LLLP 4400 A. North Freeway Suite 900 Houston, TX 77022 | N/A | Kmart Corporation | 2505 Bell Rd Auburn, CA 95603 |
| 4 | 3834 | Sterik Burbank, L.P. c/o Auburndale Properties, Inc. 50 Tice Boulevard Suite 320 Woodcliff Lake, NJ 07677 | N/A | Kmart Corporation | 1000 San Fernando Road Burbank, CA 91504 |
| 5 | 4371 | SHC Owned | N/A | SRC Facilities LLC | 2875 Santa Maria Way Santa Maria, CA 93455 |
| 6 | 3174 | Stockton Mariposa LLC  c/o Sion & Behat Nobel, Trustees of The 5 Garden 26 Family Trust  11208 Chalon Road  Belair, CA 90049-1719 | N/A | Kmart Corporation | 2180 E Mariposa Rd Stockton, CA 95205 |
| 7 | 1221 | Northwood Investors  dba NW Springs LLC 575 Fifth Avenue, 23rd Floor  New York, NY 10170 | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1650 Briargate Blvd Chapel Hills, CO 80920 |
| 8 | 1111 | Univest-BTC S&R, LLC Attn:  Jack N. Ross II 10611 North Hayden Road Suite D-105 Scottsdale, AZ 85260 | Univest-Btc S&R LLC Attn: Jack Ross 10611 N. Hayden Road  Suite D-105 Scottsdale, AZ 85260 | Sears, Roebuck and Co. | 2050 Southgate Rd Colorado Springs, CO 80906 |
| 9 | 1281 | SHC Owned | N/A | SRC Facilities LLC | 3201 Dillon Dr       Pueblo, CO 81008 |
| 10 | 3216 | CE Vernon II, LLC  1720 Post Road  Fairfield, CT 06824 | N/A | Kmart Corporation | 295 Hartford Turnpike Vernon, CT 06066 |
| 11 | 1075 | SHC Owned | Volusia Mall LLC (Developer) Attn: General Manager 1700 W. International Speedway Blvd.  Daytona Beach, FL 32114 | Sears, Roebuck and Co. | 1700 W Intl Speedway Blvd Daytona Beach, FL 32114 |
| 12 | 4893 | Great Eastern Corporation d/b/a North River Village GEC, LLC c/o Casto Southeast Realty Services LLC  5391 Lakewood Ranch Blvd. Suite 100 Sarasota, FL 34240 | N/A | Kmart Corporation | 6126 Highway 301 Ellenton, FL 34222 |
| 13 | 3223 | SHC Owned | N/A | Kmart Corporation | 200 Irwin N E Fort Walton Beach, FL 32548 |
| 14 | 2145 | Port Charlotte Mall, LLC c/o Washington Prime Group  Attn:  General Counsel 180 East Broad Street Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | 1441 Tamiami Trl       Port Charlotte, FL 33948 |
| 15 | 2885 | SHC Owned | N/A | Sears, Roebuck and Co. | 9409 Us Highway 19 N Ste 101 Port Richey, FL 34668 |
| 16 | 1585 | GGP Limited Partnership d/b/a Governor's Square Mall LLC Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 1500 Apalachee Pkwy Tallahassee, FL 32301 |
| 17 | 1745 | WPG Westshore LLC c/o Washington Prime Group, Inc. Attn:  General Counsel 180 East Broad Street - 21st floor Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | 347 Westshore Plz Tampa/Westshore, FL 33609 |
| 18 | 2505 | Stockbridge Lakeshore, LLC c/o Lakeshore Mall Management Office Attn:  Mall Manager 150 Pearl Nix Parkway Gainsville, GA 30501 | N/A | Sears, Roebuck and Co. | 150 Pearl Nix Pkwy Gainsville, GA 30501 |
| 19 | 2422 | Southern Hills Mall, LLC c/o Washington Prime Group Inc.  Chase Tower, 111 Monument Circle  Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 4480 Sergeant Rd       Sioux City, IA 51106 |
| 20 | 1640 | CBL & Associates Properties, Inc.  dba St. Clair Square SPE, LLC Attn: Chief Legal Officer 2030 Hamilton Place Blvd., Suite 500 Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 235 Saint Clair Sq Fairview Hts, IL 62208 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 21 | 2990 | Cherryvale Mall LLC C/O CBL & Associates Management, Inc. Attn: President CBL Center, Suite 500 2030 Hamilton Place Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 7200 Harrison Ave Rockford-Cherryvale, IL 61112 |
| 22 | 9030 | Peru K-M Company, LLC c/o William Felton Associates, Inc. 166 Kings Hwy North  Westport, CT 06880 | N/A | Kmart Corporation | 11 Sherwood Square Peru, IN 46970 |
| 23 | 1161 | Simon Property Group, LP Attn:  General Counsel 225 West Washington Street  Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 7700 E Kellogg Dr Wichita-Town East, KS 67207 |
| 24 | 1226 | Richards Canal Street Property LLC  4436 Veterans Memorial Blvd. Suite 1000 Metairie, LA 70006 | N/A | Sears, Roebuck and Co. | 4400 Veterans Mem Blvd Metairie, LA 70006 |
| 25 | 4810 | Morning Park, LLC c/o Park Investments, Ltd. 3421 N. Causeway Blvd. Suite 802 Metairie, LA 70002 | N/A | Kmart Corporation | 2940 Veterans Blvd Metairie, LA 70002 |
| 26 | 3256 | North Plaza I LLC (25%), North Plaza II LLC (25%) and North Plaza III LLC (50%), as Tenants in Common c/o Continental Realty Corporation 1427 Clarkview Road Suite 500 Baltimore, MD 21209 | N/A | Kmart Corporation | 8980 Waltham Woods Rd Baltimore, MD 21234 |
| 27 | 1773 | RPI Salisbury Mall LLC c/o Brookfield Properties  ( R ) LLC Attn: Legal Department 200 Vesey Street, 25th Floor New York, NY  10281 | N/A | Sears, Roebuck and Co. | 2306 N Salisbury Blvd Salisbury, MD 21801 |
| 28 | 1192 | SHC Owned | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | SRC Facilities LLC | 5500 Harvey St Muskegon, MI 49444 |
| 29 | 1760 | SHC Owned | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | SRC Facilities LLC | 27600 Novi Rd        Novi, MI 48377 |
| 30 | 1722 | MOAC Mall Holdings, Inc. Mall of America Management Office Attn: Rich Hoge, Executive Vice President - Operations 2131 Lindau Lane - Suite 500 Bloomington, MN 55425-2640 | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 2000 N E Court Bloomington, MN 55425 |
| 31 | 4351 | PAPA Rochester, LP c/o Walters Investments, LP 222 Sidney Baker South Suite 305 Kerrville, TX 78028 | Salvation Army 10 West Algonquin Des Plaines, IL 60016 | Kmart Corporation | 201 Ninth St S E Rochester, MN 55904 |
| 32 | 9353 | Twin City Estate Corporation c/o RL Jones Properties 17195 New College Avenue  Wildwood, MO 63040 | N/A | Kmart Corporation | 155 Twin City Mall Crystal City, MO 63019 |
| 33 | 9520 | Delmar Plaza Holdings, LLC  225 Springhill Memorial Place  Mobile, AL 36608 | N/A | Kmart Corporation | 12057-A Highway 49 Gulfport, MS 39503 |
| 34 | 3886 | Biltmore Commercial Properties I, LLC c/o Biltmore Farms P O Box 5355  Asheville, NC 28813 | N/A | Kmart Corporation | 980 Brevard Road Asheville, NC 28806 |
| 35 | 1475 | SHC Owned | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 6910 Fayetteville Rd Ste 400 Durham, NC 27713 |
| 36 | 1045 | Northwood Investors  dba NW Northgate II LLC 575 Fifth Avenue, 23rd Floor  New York, NY 10170 | N/A | Sears, Roebuck and Co. | 1620 Guess Rd Durham-Northgate, NC 27701 |
| 37 | 9619 | Parkway Shopping Center, LLC  231 Old Causeway Road  Atlantic Beach, NC 28512 | N/A | Kmart Corporation | 4841 Arendell St Morehead City, NC 28557 |
| 38 | 9549 | G.E.T. Real Partners, L.P. dba Murray Ventures  915 W Francis St Aspen, CO 81611 | N/A | Kmart Corporation | 110-112 Bost Rd Morganton, NC 28655 |
| 39 | 4022 | Land of Hope, LLC d/b/a Grand Cities Mall c/o Mall Management Office 1726 S. Washington Street Suite 33 Grand Forks, ND 58201 | Hometown Automotive Repair LLC Darin Hart 1900 S. Washington Street Grand Forks, ND 58201 | Kmart Corporation | 1900 S Washington St Grand Forks, ND 58201 |
| 40 | 9319 | Frontier Management LLC  1721 Broadway P.O. Box 2396 Scottsbluff, NE 69363 | N/A | Kmart Corporation | 1515 W 3Rd Alliance, NE 69301 |
| 41 | 2191 | SHC Owned | A.T. Thomas Jewelers  6420 "O" Street  Lincoln, NE 68510<br><br>McDonald's Corporation Attn: Dir of Real Estate L/C 026-0048, 110 N Carpenter Street Chicago, IL 60607<br><br>GMRI, Inc. Attn:  Property Law Administration 1000 Darden Center Drive Orlando, , FL 32837 | Sears, Roebuck and Co. | 6400 O St        Lincoln, NE 68510 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 42 | 1041 | Crossroads Mall LLC c/o The Lerner Company 10855 West Dodge Road Suite 270 Omaha, NE 68154-2666 | N/A | Sears, Roebuck and Co. | 7424 Dodge St Omaha, NE 68114 |
| 43 | 3071 | Raven Associates - Toms River c/o Aegis Investments, Inc. 342 E Main Street Suite 100 Leola, PA 17540 | N/A | Kmart Corporation | 213 Highway 37 E Toms River, NJ 08753 |
| 44 | 7017 | SHC Owned | N/A | Kmart Corporation | 1705 S Main St Roswell, NM 88203 |
| 45 | 1328 | 3450 S. Maryland Parkway LLC   1370 Jet Stream Dr. Suite 100 Henderson , NV 89052 | N/A | Sears, Roebuck and Co. | 3450 S Maryland Pkwy   Las Vegas(Blvd), NV 89109 |
| 46 | 9274 | GBR Green Acres LLC & Greenwich 29 LP c/o Gibraltar Management Co., Inc. 150 White Plains Rd. Suite 400 Tarrytown, NY 10591 | N/A | Kmart Corporation | West Main St R D #1 Greenwich, NY 12834 |
| 47 | 7065 | Grand Central Plaza, Inc.  1020 Center Street Suite 4 Horseheads, NY 14845 | N/A | Kmart Corporation | 1020 Center Street Horseheads, NY 14845 |
| 48 | 4928 | SHC Owned | N/A | SRC Facilities LLC | 308 Dix Avenue Queensbury, NY 12804 |
| 49 | 1894 | Marketplace c/o Wilmorite, Inc.  1265 Scottsville Road  Rochester, NY 14624 | N/A | Sears, Roebuck and Co. | 10 Miracle Mile Dr Rochester, NY 14623 |
| 50 | 7677 | Riverwalk Inc.  164 N Main St  Wellsville, NY 14895 | N/A | Kmart Corporation | 121 Bolivar Rd Wellsville, NY 14895 |
| 51 | 3013 | Fundamentals Company LLC & Aleff LLC  c/o Kin Properties, Inc. 185 NW Spanish River Blvd. Suite 100, Tenant #100003266 Boca Raton, FL 33431-4230 | N/A | Kmart Corporation | 7701 Broadview Road Cleveland, OH 44131 |
| 52 | 9096 | Midstate Properties Company, Ltd.  c/o Paran Management Company, Ltd 2720 Van Aken Blvd. Suite 200 Cleveland, OH 44120-2227 | N/A | Kmart Corporation | 620 Plaza Dr Fostoria, OH 44830 |
| 53 | 1210 | Polaris Fashion Place II, LLC c/o Washington Prime Group, Inc.  Chase Tower, 111 Monument Circle  Indianapolis, IN 46204 | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1400 Polaris Pkwy Polaris, OH 43240 |
| 54 | 2390 | SHC Owned | N/A | SRC Facilities LLC | 1475 Upper Valley Pike Springfield, OH 45504 |
| 55 | 1120 | SHC Owned | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | SRC Facilities LLC | 5053 Tuttle Crossing Blvd Tuttle Crossing, OH 43016 |
| 56 | 3839 | Albany-Pacific, LLC c/o Dickerhoof Properties, LLC P O Box 1583 Corvallis, OR 97339 | N/A | Kmart Corporation | 400 North East Circle Blv Corvallis, OR 97330 |
| 57 | 2179 | LBG Medford, LLC c/o LBG Real Estate Companies LLC 11150 Santa Monica Blvd. Suite 770 Santa Monica, CA 90025 | N/A | Sears, Roebuck and Co. | 501 Medford Ctr Medford, OR 97504 |
| 58 | 2494 | Namco Realty LLC & Logan Valley Realty LLC  c/o Namdar Realty Group, LLC 150 Great Neck Road Suite 304 Great Neck, NY 11021 | N/A | Sears, Roebuck and Co. | 5580 Goods Lane Suite 1005 Altoona, PA 16602 |
| 59 | 4113 | Millcreek Realty Associates, Ltd. c/o Levco Management, LLC One Wayne Hills Mall  Wayne, NJ 07470-3228 | Erie Physicians Network ~ UPMC, Inc Peter S. Glannirakis 600 Grant Street,   U.S. Steel Tower 60th floor Pittsburgh, PA 15219 | Kmart Corporation | 2873 W 26Th Street Erie, PA 16506 |
| 60 | 1714 | CBL/Westmoreland, L.P. c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer CBL Center, Suite 500, 2030 Hamilton Place Blvd. Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 5256 Route 30 Greensburg, PA 15601 |
| 61 | 1644 | GGP LP Real Estate, Inc.  C/o Park City Center Business Trust Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 200 Park City Ctr Lancaster, PA 17601 |
| 62 | 3529 | SHC Owned | N/A | Kmart Corporation | 996 W View Park Dr Pittsburgh, PA 15229 |
| 63 | 7062 | Libby Dial Enterprises, LLC c/o H.L. Libby Corporation 803 Commonwealth Dr  Warrendale, PA 15086 | N/A | Kmart Corporation | 1143 Broad St Sumter, SC 29150 |
| 64 | 4170 | Community Enhancement, LLC  520 Kansas City Street Suite 101 Rapid City, SD 57701 | MTS Enterprises LLC Todd 4245 Bennett Road c/o MTS Enterprises LLC Rapid City, SD 57701 | Kmart Corporation | 1111 E North St Rapid City, SD 57701 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 65 | 1386 | KDI Rivergate Mall, LLC c/o Hendon Properties, LLC Attn: J. Charles Hendon, Jr. 3445 Peachtree Road, Suite 465 Atlanta, TN 30326 | N/A | Sears, Roebuck and Co. | 1000 Rivergate Pkwy Goodlettsville, TN 37072 |
| 66 | 2036 | OLD HICKORY MALL VENTURE II, LLC C/O CBL & Associates Management, Inc. Attn: President CBL Center, Suite 500, 2030 Hamilton Place Blvd. Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 2021 N Highland Ave Jackson, TN 38305 |
| 67 | 3147 | SHC Owned | N/A | Kmart Corporation | 1805 E Stone Dr Kingsport, TN 37660 |
| 68 | 9735 | Sevierville Forks Partners, LLC c/o Anchor Investments, LLC 2926 Foster Creighton Drive Nashville, TN 37204 | N/A | Kmart Corporation | 217 Forks Of River Pkwy Sevierville, TN 37862 |
| 69 | 1307 | SHC Owned | N/A | SRC Real Estate (TX), LLC | 4310 Buffalo Gap Rd Abilene, TX 79606 |
| 70 | 1387 | Dillard Texas Central LLC c/o Dillard's Inc. 1600 Cantrell Road Little Rock, AR 72201 | N/A | Sears, Roebuck and Co. | 7701 1-40 W Amarillo, TX 79121 |
| 71 | 2487 | Wells Fargo Bank, N.A., as Trustee for CSMS 2008-C1 c/o C-III Asset Management LLC Attn: Laura McWilliams 5221 N. O'Connor Blvd., Suite 800 Irving , TX 75039 | N/A | Sears, Roebuck and Co. | 2000 Killeen Mall Killeen, TX 76543 |
| 72 | 1337 | SHC Owned | Lands' End Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | SRC Real Estate (TX), LLC | 851 N Central Expwy Plano, TX 75075 |
| 73 | 2637 | GG&A Central Mall Partners, LP c/o Gregory Greenfield & Associates Attn: Asset Manager Central Mall - Port Arthur 124 Johnson Ferry Road NE Atlanta, GA 30328 | N/A | Sears, Roebuck and Co. | 3100 FM 365    Port Arthur, TX 77642 |
| 74 | 1207 | Atrocorinth Beltine & Plano, LLC c/o ATR Corinth Partners, LLC 4645 N. Central Expressway 200 Knox Place, Suite 200 Dallas, TX 75205 | N/A | Sears, Roebuck and Co. | 201 S Plano Rd Richardson, TX 75081 |
| 75 | 1367 | Dillard Texas Central LLC c/o Dillard's Inc. 1600 Cantrell Road Little Rock, AR 72201 | N/A | Sears, Roebuck and Co. | 6001 W Waco Dr Waco, TX 76710 |
| 76 | 2435 | Charlottesville Fashion Square, LLC c/o Washington Prime Group, Inc. Attn: General Counsel 180 East Broad Street Columbus, OH 43215 | Lands' End Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1531 Rio Rd E Charlottesville, VA 22901 |
| 77 | 2329 | Columbia Mall Partnership c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | N/A | Innovel Solutions, Inc. | 1321 N Columbia Center Blvd Kennewick(Pasco), WA 99336 |
| 78 | 4147 | SHC Owned | N/A | SRC Facilities LLC | 4110 E Sprague Ave Spokane, WA 99202 |
| 79 | 2092 | SHC Owned | Lands' End Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 4301 W Wisconsin Ave Appleton, WI 54913 |
| 80 | 3692 | Unisource Centres, LLC, et. al. c/o Wangard Partners, Inc., Agent 1200 Mayfair Road Suite 310 Milwaukee, WI 53226 | N/A | Kmart Corporation | 1450 Summit Avenue Oconomowoc, WI 53066 |
| 81 | 6943 | North Hanover Centre Realty, LLC c/o Namdar Realty Group, LLC 150 Great Neck Road Suite 304 Great Neck, NY 11021 | N/A | Sears, Roebuck and Co. | 1155 Carlisle St Ste 5 Hanover, PA 17331 |
| 82 | 6328 | SHC Owned | N/A | SRC Facilities LLC | 425 Union St Waterbury, CT 06706 |
| 83 | 6784 | SHC Owned | N/A | Sears, Roebuck and Co. | 4605 W Lincoln Hwy Matteson, IL 60443 |
| 84 | 2656 | Watkins Hanford, LLC Attn: Lance C. Watkins, Manager P.O. Box 50116 Sparks, NV 89435 | N/A | Sears, Roebuck and Co. | Hanford Mall - 1545 Mall Drive Hanford, CA 93230 |

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 85 | 6956 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530 New York, NY 10110 | N/A | Sears Operations LLC | 1625 W 49Th St<br>Hialeah/Westland, FL 33012 |
| 86 | 425 | 1 Imeson Park Blvd, LLC<br>c/o LBA Realty LLC<br>3347 Michelson Drive Suite 200<br>Irvine, CA  92612 | N/A | SRC Real Estate (TX), LLC | 1 Imeson Park Blvd<br>JACKSONVILLE, FL 32218 |