YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis G. Buchanan

*Counsel for the Debtors, Acting at the*
*Direction of the Restructuring Sub-Committee*

-------------------------------------------------------------x
In re:                                   :      **Chapter 11**
                                         :
**SEARS HOLDINGS CORPORATION,** *et al.,*  :      **Case No. 18-23538 (RDD)**
                                         :
        **Debtors.**[1]                   :      **(Jointly Administered)**
                                         :
-------------------------------------------------------------x

## SECOND MONTHLY FEE STATEMENT OF
## YOUNG CONAWAY STARGATT & TAYLOR, LLP
## FOR COMPENSATION FOR SERVICES RENDERED
## AND REIMBURSEMENT OF EXPENSES INCURRED
## AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD
## FROM NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, LLC (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Conflicts Counsel for the Debtors |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | November 1, 2018 through November 30, 2018 |
| Monthly Fees Incurred: | $84,193.00 |
| 20% Holdback: | $16,838.60 |
| Total Compensation Less 20% Holdback: | $67,354.40 |
| Monthly Expenses Incurred: | $555.20 |
| Total Fees and Expenses Due: | $67,909.60 |

This is a: ___X___ monthly _____interim _____final application

    In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby submits this first monthly fee statement (the "Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as conflicts counsel to the Debtors for the period from November 1, 2018 through November 30, 2018 (the "Monthly Fee Period"). By this Monthly Fee Statement, Young Conaway seeks payment in the amount of $67,909.60 which is comprised of (i) $67,354.40, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Monthly Fee Period,

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

and (ii) reimbursement of $555.20, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

## Services Rendered and Expenses Incurred

1.        Attached as Exhibit A is a summary of Young Conaway's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Young Conaway's billing rates during the Monthly Fee Period, (iv) amount of fees earned by each Young Conaway professional, and (v) the number of years in practice for each attorney.  The blended hourly billing rate of Young Conaway attorneys during the Monthly Fee Period is approximately **$520.83**.  The blended hourly rate of paralegals and other non-legal staff during the Monthly Fee Period is approximately **$285.00**.

2.        Attached as Exhibit B is a summary of the services rendered and compensation sought, by project category, for the Monthly Fee Period.

3.        Attached as Exhibit C is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Fee Period.

4.        Attached as Exhibit D is itemized time detail of Young Conaway professionals for the Monthly Fee Period and summary materials related thereto.  The description of the work done by counsel in the time detail may have been edited to protect the confidential and privileged nature of the work completed.

## Notice and Objection Procedures

Notice of this Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road,

Hoffman Estates, Illinois 60179 (Attn: Rob Riecker, Luke Valentino, Esq.);  (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq., and Richard Morrissey, Esq.); (iv) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors; and (v) Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036 (Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.), attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **January 14, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

01:23912214.2

If an Objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.    To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: December 28, 2018

/s/ Pauline K. Morgan
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2201
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis Buchanan

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

01:23912214.2

## Exhibit A

**Compensation by Professional**

### SUMMARY OF MONTHLY FEE STATEMENT OF
### YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR
### SERVICES RENDERED FOR THE PERIOD
### FROM NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018

| Name of Partners and Counsel | Title | Department | Years in Practice | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Rolin Bissell | Partner | Corporate | 33 | 920.00 | 5.50 | 5,060.00 |
| Pauline K. Morgan | Partner | Bankruptcy | 31 | 920.00 | 24.10 | 22,172.00 |
| Ryan M. Bartley | Partner | Bankruptcy | 11 | 565.00 | 43.60 | 24,634.00 |
| **Total Partners and Counsel:** | | | | | **73.20** | **51,866.00** |

| Name of Associate | Title | Department | Years in Practice | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Travis Buchanan | Associate | Bankruptcy | 7 | 460.00 | 28.60 | 13,156.00 |
| James Deal | Associate | Corporate | 3 | 350.00 | 6.30 | 2,205.00 |
| Jared W. Kochenash | Associate | Bankruptcy | < 1 | 285.00 | 38.30 | 10,915.50 |
| Matthew Milana | Law Clerk | Bankruptcy | < 1 | 275.00 | 7.70 | 2,117.50 |
| **Total Associates/Law Clerks:** | | | | | **80.90** | **28,394.00** |

| Name of Paralegals and Other Non-Legal Staff | Title | Department | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Brenda Walters | Paralegal | Bankruptcy | 285.00 | 13.80 | 3,933.00 |
| **Total Paralegals:** | | | | **13.80** | **3,933.00** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 708.55 | 73.20 | 51,866.00 |
| Associates/Law Clerks | 350.98 | 80.90 | 28,394.00 |
| Paralegals/Non-Legal Staff | 285.00 | 13.80 | 3,933.00 |
| Blended Attorney Rate | 432.90 | | |
| **Total Fees Incurred:** | | **167.90** | **84,193.00** |

01:23912214.2

## Exhibit B

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (B001) | 5.60 | 3,437.50 |
| Court Hearings (B002) | 2.60 | 1,357.00 |
| Cash Collateral/DIP Financing (B003) | .40 | 368.00 |
| Claims Analysis, Objections and Resolutions (B007) | 106.40 | 57,436.50 |
| Retention of Professionals/Fee Issues (B017) | 45.20 | 18,604.00 |
| Fee Application Preparation (B018) | 7.70 | 2,990.00 |
| **TOTAL** | **167.90** | **84,193.00** |

01:23912214.2

**<u>Exhibit C</u>**

**Expense Summary**

01:23912214.2

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018**

| Expenses Category | Total Expenses ($) |
|---|---|
| Reproduction Charges | 555.20 |
| **TOTAL** | **555.20** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | December 5, 2018 |
| Invoice Number: | 50001333 |
| Matter Number: | 072902.1003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/01/18 | Reproduction Charges | 29.00 | 2.90 |
| 11/02/18 | Reproduction Charges | 136.00 | 13.60 |
| 11/05/18 | Reproduction Charges | 119.00 | 11.90 |
| 11/06/18 | Reproduction Charges | 108.00 | 86.40 |
| 11/06/18 | Reproduction Charges | 52.00 | 5.20 |
| 11/08/18 | Reproduction Charges | 1,093.00 | 109.30 |
| 11/09/18 | Reproduction Charges | 65.00 | 6.50 |
| 11/12/18 | Reproduction Charges | 372.00 | 37.20 |
| 11/19/18 | Reproduction Charges | 33.00 | 3.30 |
| 11/21/18 | Reproduction Charges | 230.00 | 184.00 |
| 11/21/18 | Reproduction Charges | 82.00 | 8.20 |
| 11/26/18 | Reproduction Charges | 32.00 | 3.20 |
| 11/27/18 | Reproduction Charges | 40.00 | 4.00 |
| 11/27/18 | Reproduction Charges | 27.00 | 21.60 |
| 11/29/18 | Reproduction Charges | 470.00 | 47.00 |
| 11/30/18 | Reproduction Charges | 109.00 | 10.90 |
| | **Total** | | **$555.20** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | December 5, 2018 |
| Invoice Number: | 50001333 |
| Matter Number: | 072902.1003 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Reproduction Charges | 555.20 |
| **Total** | **$555.20** |

## Exhibit D

**Time Detail**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6707

Writer's E-Mail
pmorgan@ycst.com

| | |
|---|---|
| Sears Holdings Corporation | Invoice Date: December 5, 2018 |
| 333 Beverly Rd | Invoice Number: 50001333 |
| c/o Alan Carr, Director | Matter Number: 072902.1003 |
| Hoffman Estates, IL 60178 | |

Re:  Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 84,193.00 |
| Disbursements | $ | 555.20 |
| Total Due This Invoice | $ | 84,748.20 |

| Sears Holdings Corporation | Invoice Date: | December 5, 2018 |
| | Invoice Number: | 50001333 |
| | Matter Number: | 072902.1003 |

**Time Detail**

**Task Code:**   B001   Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/02/18 | PMORG | Review recently-filed pleadings | 0.40 | 920.00 | 368.00 |
| 11/05/18 | PMORG | Review recently-filed pleadings | 0.40 | 920.00 | 368.00 |
| 11/11/18 | PMORG | Review recently-filed pleadings | 0.20 | 920.00 | 184.00 |
| 11/12/18 | BWALT | Update docket | 1.40 | 285.00 | 399.00 |
| 11/12/18 | PMORG | Brief review of recently-filed pleadings including sale objections and Evercore objection | 0.40 | 920.00 | 368.00 |
| 11/13/18 | PMORG | Review recently-filed pleadings | 0.50 | 920.00 | 460.00 |
| 11/14/18 | BWALT | Update docket (1.0); emails to register R. Bartley for November 15 hearing (.3) | 1.30 | 285.00 | 370.50 |
| 11/19/18 | PMORG | Review recently-filed pleadings | 0.20 | 920.00 | 184.00 |
| 11/23/18 | PMORG | Review recently-filed pleadings | 0.30 | 920.00 | 276.00 |
| 11/26/18 | PMORG | Review recently-filed pleadings | 0.30 | 920.00 | 276.00 |
| 11/27/18 | PMORG | Review recently-filed pleadings | 0.20 | 920.00 | 184.00 |
| | | **Total** | **5.60** | | **3,437.50** |

**Task Code:**   B002   Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/15/18 | RBART | Review first day pleadings (1.1); call with P. Morgan re: engagement/first day hearing (.1) | 1.20 | 565.00 | 678.00 |
| 11/15/18 | BWALT | Email from/to R. Bartley re: agenda and matters scheduled for hearing | 0.40 | 285.00 | 114.00 |
| 11/15/18 | RBART | Participate telephonically in portions of omnibus hearing | 1.00 | 565.00 | 565.00 |
| | | **Total** | **2.60** | | **1,357.00** |

**Task Code:**   B003   Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/07/18 | PMORG | Prepare email to T. Lii re: weekly carve-out reporting | 0.10 | 920.00 | 92.00 |
| 11/14/18 | PMORG | Emails with Paul, Weiss re: weekly carve-out report | 0.10 | 920.00 | 92.00 |
| 11/21/18 | PMORG | Emails with Paul, Weiss team re: weekly carve-out reporting | 0.10 | 920.00 | 92.00 |

Sears Holdings Corporation

| | | |
|---|---|---|
| Invoice Date: | December 5, 2018 |
| Invoice Number: | 50001333 |
| Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/18 | PMORG | Prepare Correspondence to T. Lii re: weekly carve-out reporting | 0.10 | 920.00 | 92.00 |
| | | **Total** | **0.40** | | **368.00** |

**Task Code:**    B007    Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/18 | PMORG | Call with K. Cornish re: claims analysis; emails with YCST team re: same | 0.40 | 920.00 | 368.00 |
| 11/02/18 | RBART | Calls with P. Morgan and B. Britton re: retention and claims investigation | 0.60 | 565.00 | 339.00 |
| 11/02/18 | RBART | Coordinate staffing issues for YCST team, including provide background, and work with A&M and Paul Weiss to obtain access to data room for YCST team | 0.40 | 565.00 | 226.00 |
| 11/02/18 | RBISS | Prepare for conference call re: loan transactions and documents for same (.2); conference with J. Deal re same (.1); emails (x11) with R. Bartley and P. Morgan re same (.2) | 0.50 | 920.00 | 460.00 |
| 11/02/18 | TBUCH | Set up access to data room and review materials | 0.30 | 460.00 | 138.00 |
| 11/02/18 | JKOCH | Discuss upcoming tasks and outstanding assignments with R. Bartley | 0.10 | 285.00 | 28.50 |
| 11/02/18 | PMORG | Call with K. Cornish re: review of loan transactions (.1); calls (2) with R. Bartley and R. Britton re: same (.6) | 0.70 | 920.00 | 644.00 |
| 11/04/18 | PMORG | Brief review of discovery requests already propounded by Paul, Weiss; Emails with YCST team re: same | 0.40 | 920.00 | 368.00 |
| 11/04/18 | TBUCH | Email correspondence from P. Morgan re: document requests | 0.10 | 460.00 | 46.00 |
| 11/05/18 | RBISS | Review documents for loan document overview conference | 0.30 | 920.00 | 276.00 |
| 11/05/18 | TBUCH | Prepare for conference call re: loan transactions | 0.20 | 460.00 | 92.00 |
| 11/05/18 | PMORG | Emails with Paul Weiss team re: loan summary | 0.10 | 920.00 | 92.00 |
| 11/05/18 | RBART | Review document requests and status of production of materials | 0.30 | 565.00 | 169.50 |
| 11/06/18 | RBART | Attend conference with Paul Weiss and YCST re: preliminary overview of various transactions (1.2); follow up with YCST team (.1) | 1.30 | 565.00 | 734.50 |

Sears Holdings Corporation

| | | Invoice Date: | December 5, 2018 |
| | | Invoice Number: | 50001333 |
| | | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/06/18 | RBART | Review materials in advance of conference with Paul Weiss and YCST re: preliminary overview of various loan transactions (.7); review additional summary materials regarding loan transactions (.2); review UCC's Rule 2004 motion (.5) | 1.40 | 565.00 | 791.00 |
| 11/06/18 | RBISS | Review documents for loan transaction conference call (.4); teleconference re same with Paul Weiss (1.2) | 1.60 | 920.00 | 1,472.00 |
| 11/06/18 | JDEAL | Conference call with Paul, Weiss and YCST re: overview of transactions | 1.20 | 350.00 | 420.00 |
| 11/06/18 | PMORG | Participate in conference call with Paul, Weiss and YCST teams re: transaction overview | 1.20 | 920.00 | 1,104.00 |
| 11/06/18 | PMORG | Review recently-filed pleadings, including UCC's Rule 2004 motion | 0.50 | 920.00 | 460.00 |
| 11/06/18 | TBUCH | Prepare for and attend loans overview session with Paul, Weiss (1.2); confer with P. Morgan, R. Bartley, J. Kochenash, and J. Deal re: same (.2); research related to claims analysis (1.3) | 2.70 | 460.00 | 1,242.00 |
| 11/06/18 | JKOCH | Conference call with Paul, Weiss and YCST teams re: loan transactions (1.2); follow up with team re: same (.1) | 1.30 | 285.00 | 370.50 |
| 11/07/18 | PMORG | Review documents regarding various related party transactions (1.20); Confer with R. Bartley re: same (.80); Call with R. Britton re: same (.10); Follow-up emails with R. Bartley re: same (.20) | 2.30 | 920.00 | 2,116.00 |
| 11/07/18 | RBART | Outline issues in advance of meeting (0.20); Meet with P. Morgan to discuss scope of review (0.80); Review summary of call with R. Britton re: scope of review and follow up to T. Buchanan, J. Deal and J. Kochenash re: same (0.4) | 1.40 | 565.00 | 791.00 |
| 11/07/18 | JDEAL | Review transactional documents and board minutes | 1.00 | 350.00 | 350.00 |
| 11/07/18 | JKOCH | Review related party transactions and relevant board materials in FTP | 0.50 | 285.00 | 142.50 |
| 11/08/18 | BWALT | Access documents from file share to analyze, and email to R. Bartley re: same | 2.70 | 285.00 | 769.50 |
| 11/08/18 | BWALT | Telephone call from R. Bartley (.1); receive emails regarding access to folders, file share, and uploads (.2) | 0.30 | 285.00 | 85.50 |

Sears Holdings Corporation

| | Invoice Date: | December 5, 2018 |
|---|---|---|
| | Invoice Number: | 50001333 |
| | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/18 | RBART | Work with B. Walters on production and review of documents (.3); confer with J. Kochenash re: document review (.1); Call with P. Morgan re: status of investigation (.1); correspondence with J. Kochenash and J. Deal re: document review (.1); meet with J. Deal re: document review and review/assessment of materials received to date (.5); review transaction related documents (.1); Review document production for key document selection in connection with RSC investigation (0.3) | 1.50 | 565.00 | 847.50 |
| 11/08/18 | JDEAL | Meet with R. Bartley re: document review | 0.50 | 350.00 | 175.00 |
| 11/08/18 | PMORG | Call with R. Bartley re: loan review | 0.10 | 920.00 | 92.00 |
| 11/08/18 | JKOCH | Review related party transactions and relevant board materials in FTP and email to R. Bartley re: same | 1.00 | 285.00 | 285.00 |
| 11/09/18 | PMORG | Review recently-filed pleadings including ESL response to UCC's 2004 motion and Restructuring Sub-Committee's Rule 2004 motion | 1.00 | 920.00 | 920.00 |
| 11/12/18 | RBART | Review committee objection to bid procedures (.3); review documents produced with respect to related party transactions (1.10) | 1.40 | 565.00 | 791.00 |
| 11/12/18 | RBART | Review transaction documents | 2.60 | 565.00 | 1,469.00 |
| 11/13/18 | BWALT | Retrieve materials for R. Bartley in connection with evaluating claims | 0.90 | 285.00 | 256.50 |
| 11/14/18 | PMORG | Review recently-filed pleadings, including restructuring committee's reply to 2004 motions | 0.50 | 920.00 | 460.00 |
| 11/15/18 | PMORG | Review transaction documents | 0.50 | 920.00 | 460.00 |
| 11/18/18 | PMORG | Review Debtors' and Restructuring Committee's responses to various UCC discovery motions | 0.30 | 920.00 | 276.00 |
| 11/20/18 | RBART | Review transaction documents | 2.50 | 565.00 | 1,412.50 |
| 11/21/18 | RBART | Call and follow up discussion with P. Morgan (.3); review and analyze production and outline issues in connection with Subcommittee review of related party transactions (4.6) | 4.90 | 565.00 | 2,768.50 |
| 11/21/18 | PMORG | Call with R. Bartley re: status of analysis, next steps | 0.30 | 920.00 | 276.00 |
| 11/21/18 | PMORG | Review ESL's Rule 2004 motion | 0.30 | 920.00 | 276.00 |

Sears Holdings Corporation

| | | Invoice Date: | December 5, 2018 |
| | | Invoice Number: | 50001333 |
| | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 11/25/18 | PMORG | Review/analyze documents re: related party transactions | 2.40 | 920.00 | 2,208.00 |
| 11/25/18 | RBART | Review produced materials/outline issues | 1.40 | 565.00 | 791.00 |
| 11/26/18 | RBART | Review materials and outline issues (2.9); meet with P. Morgan re: work plan (.7) | 3.60 | 565.00 | 2,034.00 |
| 11/26/18 | RBART | Meet with T. Buchanan and J. Kochenash to discuss work plan, review results of research to date, and assess research and analysis (1.1) and related follow up correspondence with T. Buchanan and B. Britton (.1) | 1.20 | 565.00 | 678.00 |
| 11/26/18 | PMORG | Review documents re: related party transactions (1.1); Meet with R. Bartley re: same (.70); Call to K. Cornish re: next steps (.20); Call with R. Bartley re: same (.10) | 2.10 | 920.00 | 1,932.00 |
| 11/26/18 | TBUCH | Research related to claims analysis (1.3); meet with R. Bartley, J. Kochenash re: same (1.1); confer with J. Kochenash re: same (.3) | 2.70 | 460.00 | 1,242.00 |
| 11/26/18 | JKOCH | Meet with R. Bartley and T. Buchanan re: debt transaction review | 1.10 | 285.00 | 313.50 |
| 11/26/18 | JKOCH | Discuss next steps for transaction review with T. Buchanan | 0.30 | 285.00 | 85.50 |
| 11/26/18 | RBART | Call with P. Morgan re: update on review committee work plan | 0.10 | 565.00 | 56.50 |
| 11/27/18 | RBART | Prepare for (.2) and call with R. Britton (.4) re: RSC review and work plan | 0.60 | 565.00 | 339.00 |
| 11/27/18 | JKOCH | Review transaction documents | 4.10 | 285.00 | 1,168.50 |
| 11/27/18 | PMORG | Review Correspondence from R. Bartley re: claim analysis, discussions with Evercore | 0.10 | 920.00 | 92.00 |
| 11/27/18 | JKOCH | Call with Evercore and follow up internally re: same | 1.00 | 285.00 | 285.00 |
| 11/27/18 | TBUCH | Research related to claims analysis (1.1); prepare for and attend teleconference with R. Bartley, J. Kochenash, and Evercore team re: same (.7) | 1.80 | 460.00 | 828.00 |
| 11/27/18 | RBART | Call with Evercore and YCST re: status of review of transactions (.4); follow up with T. Buchanan (partial) and J. Kochenash re: same (.5) | 0.90 | 565.00 | 508.50 |

Sears Holdings Corporation

| | | Invoice Date: | December 5, 2018 |
| --- | --- | --- | --- |
| | | Invoice Number: | 50001333 |
| | | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/27/18 | RBART | Review document production in connection with RSC review of transactions | 2.80 | 565.00 | 1,582.00 |
| 11/27/18 | RBART | Prepare and circulate outline to YCST team in connection RSC work plan | 0.50 | 565.00 | 282.50 |
| 11/28/18 | RBISS | Review materials re related party transactions (.2); meeting with P. Morgan and R. Bartley re analysis of transactions and releases (.8); follow up re other transactions (.2) | 1.20 | 920.00 | 1,104.00 |
| 11/28/18 | TBUCH | Research related to claims analysis | 0.40 | 460.00 | 184.00 |
| 11/28/18 | RBART | Call with P. Morgan and follow up to P. Morgan and R. Bissell re: work plan | 0.50 | 565.00 | 282.50 |
| 11/28/18 | PMORG | Review memo from R. Bartley re: claims analysis update (.10); Call with R. Bartley re: same (.50); Meet with R. Bissell and R. Bartley re: next steps (.80) | 1.40 | 920.00 | 1,288.00 |
| 11/28/18 | RBART | Review materials in advance of meeting (.5); meeting with P. Morgan and R. Bissell re: status of work plan and review to date (.8); discussion with J. Kochenash re: analysis (.3) | 1.60 | 565.00 | 904.00 |
| 11/28/18 | RBART | Review transaction documents | 0.80 | 565.00 | 452.00 |
| 11/28/18 | JKOCH | Review transaction documents | 5.40 | 285.00 | 1,539.00 |
| 11/29/18 | RBISS | Review materials re related party transactions | 0.80 | 920.00 | 736.00 |
| 11/29/18 | RBART | Review document production (.4); follow up with J. Kochenash (.2) | 0.60 | 565.00 | 339.00 |
| 11/29/18 | PMORG | Emails with R. Bartley re: documents relating to related party transactions; briefly review same | 1.20 | 920.00 | 1,104.00 |
| 11/29/18 | RBART | Meet with YCST review team to discuss work plan and review | 0.60 | 565.00 | 339.00 |
| 11/29/18 | JDEAL | Meeting with R. Bartley, T. Buchanan, J. Kochenash re: work plan | 0.60 | 350.00 | 210.00 |
| 11/29/18 | RBART | Review and comment on summary re: certain financing transactions | 0.40 | 565.00 | 226.00 |
| 11/29/18 | TBUCH | Research related to claims analysis (2.9); prepare for and attend meeting with R. Bartley, J. Deal, and J. Kochenash re: work plan related to same (.6) | 3.50 | 460.00 | 1,610.00 |
| 11/29/18 | RBART | Confer with J. Kochenash re: document review | 0.20 | 565.00 | 113.00 |
| 11/29/18 | JKOCH | Review transaction documents | 2.10 | 285.00 | 598.50 |

Sears Holdings Corporation

|  | | |
|---|---|---|
| Invoice Date: | | December 5, 2018 |
| Invoice Number: | | 50001333 |
| Matter Number: | | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/18 | JDEAL | Review transaction documents | 0.50 | 350.00 | 175.00 |
| 11/29/18 | JKOCH | Meeting re: work plan | 0.60 | 285.00 | 171.00 |
| 11/30/18 | JDEAL | Meeting with R. Bartley re: work plan | 0.50 | 350.00 | 175.00 |
| 11/30/18 | JDEAL | Review transaction documents | 2.00 | 350.00 | 700.00 |
| 11/30/18 | RBART | Meet with J. Deal (.5); meet with J. Kochenash (.6); and review materials (.8) re: review of transactions | 1.90 | 565.00 | 1,073.50 |
| 11/30/18 | JKOCH | Review transaction documents | 3.70 | 285.00 | 1,054.50 |
| 11/30/18 | TBUCH | Research related to claims analysis | 6.00 | 460.00 | 2,760.00 |
| 11/30/18 | RBISS | Review materials re related party transactions | 1.10 | 920.00 | 1,012.00 |
| | | **Total** | **106.40** | | **57,436.50** |

**Task Code:**   B017   Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/18 | RBART | Review and help to finalize retention application (.7); confer with P. Morgan (.1), T. Buchanan (.2), and J. Kochenash (.1) re: revisions | 1.10 | 565.00 | 621.50 |
| 11/01/18 | JKOCH | Review and revise disclosures in support of retention | 2.00 | 285.00 | 570.00 |
| 11/01/18 | JKOCH | Draft and revise retention application | 0.90 | 285.00 | 256.50 |
| 11/01/18 | TBUCH | Review, revise, and finalize YCST retention application | 3.30 | 460.00 | 1,518.00 |
| 11/01/18 | JKOCH | Finalize retention application and send to Paul, Weiss | 1.50 | 285.00 | 427.50 |
| 11/01/18 | JKOCH | Call with Paul, Weiss re: retention application | 0.10 | 285.00 | 28.50 |
| 11/01/18 | PMORG | Review and revise YCST retention application (numerous versions) (1.2); emails with YCST team re: same (.2); call and emails with T. Lii re: changes to retention application (.2); review further changes to same (.2) | 1.80 | 920.00 | 1,656.00 |
| 11/02/18 | RBART | Call with P. Schwartzberg re: UST comments to retention app (.2) and follow up correspondence to same and T. Buchanan re: resolving same (.1) | 0.30 | 565.00 | 169.50 |
| 11/02/18 | PMORG | Call with R. Bartley re: UST comments to YCST retention application; review emails from R. Bartley and UST re: same | 0.20 | 920.00 | 184.00 |

Sears Holdings Corporation

| | | Invoice Date: | December 5, 2018 |
| | | Invoice Number: | 50001333 |
| | | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/05/18 | PMORG | Review emails from US Trustee re: changes to retention order; emails with R. Bartley re: same; Review Correspondence from T. Lii re: proposed changes to Paul Weiss retention order | 0.10 | 920.00 | 92.00 |
| 11/05/18 | RBART | Correspondence with B. Britton and P. Schwartzberg re: retention papers | 0.10 | 565.00 | 56.50 |
| 11/05/18 | RBART | Correspondence with YCST team re: bankruptcy court requirements re: fee applications and timekeeping (.20); Call with P. Morgan re: same (.10) | 0.30 | 565.00 | 169.50 |
| 11/05/18 | RBART | Correspondence with T. Lii re: revisions to retention order and review and consider revisions | 0.20 | 565.00 | 113.00 |
| 11/05/18 | TBUCH | Email correspondence with T. Lii (3x), R. Bartley (3x), and P. Schwartzberg (.1) regarding revised proposed order re: YCST retention (.7); review parties in interest re: same (.1) | 0.80 | 460.00 | 368.00 |
| 11/06/18 | RBART | Correspondence with US Trustee, T. Lii and T. Buchanan re: revisions to retention order and confer with T. Buchanan re: same | 0.30 | 565.00 | 169.50 |
| 11/06/18 | RBART | Correspondence with P. Schwartzberg re: revised order, revise order, and correspondence to B. Britton and T. Lii | 0.30 | 565.00 | 169.50 |
| 11/06/18 | PMORG | Review revisions to YCST retention order and emails with R. Bartley and T. Lii re: same | 0.20 | 920.00 | 184.00 |
| 11/06/18 | TBUCH | Review parties in interest re: re: YCST retention (.3); review and revise proposed order re: same (.6) | 0.90 | 460.00 | 414.00 |
| 11/07/18 | RBART | Call with P. Morgan re: Evercore retention (.1) and review files and follow up to R. Britton re: precedent (.2) | 0.30 | 565.00 | 169.50 |
| 11/07/18 | MMILA | Review and analyze connections re: retention disclosures | 3.70 | 275.00 | 1,017.50 |
| 11/07/18 | TBUCH | Review parties in interest re: re: YCST retention | 0.30 | 460.00 | 138.00 |
| 11/07/18 | PMORG | Review precedent re: UCC inquiries re: Evercore retention; Call and emails with R. Bartley re: same | 0.30 | 920.00 | 276.00 |
| 11/07/18 | JKOCH | Review and analyze connections with interested parties for purposes of supplemental disclosure in support of retention | 4.80 | 285.00 | 1,368.00 |

Sears Holdings Corporation

| | | Invoice Date: | | December 5, 2018 |
| | | Invoice Number: | | 50001333 |
| | | Matter Number: | | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/18 | PMORG | Call and emails with M. Tatnall re: retention applications, UCC and UST informal comments and filing of CNOs and revised orders (.30); Review emails from US Trustee and R. Bartley re: YCST order and Review same (.20) | 0.50 | 920.00 | 460.00 |
| 11/08/18 | RBART | Call and follow up correspondence to P. Schwartzberg re: retention (0.20); Review docket and correspondence with P. Morgan re: CNO (0.20) | 0.40 | 565.00 | 226.00 |
| 11/09/18 | MMILA | Review and analyze connections re: retention disclosures | 2.20 | 275.00 | 605.00 |
| 11/09/18 | RBART | Correspondence with T. Buchanan re: retention issues | 0.20 | 565.00 | 113.00 |
| 11/09/18 | JKOCH | Draft supplemental declaration | 1.10 | 285.00 | 313.50 |
| 11/09/18 | TBUCH | Review and revise proposed order re: YCST retention | 0.30 | 460.00 | 138.00 |
| 11/10/18 | TBUCH | Research re: YCST retention, including review of procedures for approval | 0.10 | 460.00 | 46.00 |
| 11/11/18 | PMORG | Emails with R. Britton, R. Bartley and T. Buchanan re: revised YCST retention order and CNO re: same | 0.20 | 920.00 | 184.00 |
| 11/11/18 | RBART | Correspondence with T. Lii, P. Morgan, and T. Buchanan re: retention papers | 0.20 | 565.00 | 113.00 |
| 11/12/18 | BWALT | Emails from/to T. Buchanan re: certificate of no objection for YCST retention application (.1); draft certificate of no objection and email to T. Buchanan (.7) | 0.80 | 285.00 | 228.00 |
| 11/12/18 | PMORG | Review and Revise supplemental declaration in support of YCST retention | 0.20 | 920.00 | 184.00 |
| 11/12/18 | PMORG | Review revisions to YCST retention order and CNO re: same; Call and emails with T. Buchanan re: changes to same | 0.30 | 920.00 | 276.00 |
| 11/12/18 | RBART | Confer with T. Buchanan and follow up correspondence re: retention papers (.2); review and comment on supplemental declaration (.2) | 0.40 | 565.00 | 226.00 |
| 11/12/18 | RBART | Correspondence with Weil, Akin, Paul Weiss, UST re: submission of revised declaration and CNO for retention order | 0.20 | 565.00 | 113.00 |
| 11/12/18 | JKOCH | Draft supplemental declaration and incorporate additional disclosures (2.7); update with R. Bartley's comments (.2) | 2.90 | 285.00 | 826.50 |

Sears Holdings Corporation

| | | Invoice Date: | December 5, 2018 |
|---|---|---|---|
| | | Invoice Number: | 50001333 |
| | | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/18 | JKOCH | Prepare supplemental declaration for filing and email M. Tattnall PDF for filing | 0.20 | 285.00 | 57.00 |
| 11/12/18 | TBUCH | Review and revise supplemental Morgan declaration re: YCST retention (1.9); confer with J. Kochenash re: same (.3); review and revise CNO re: same (.7); finalize CNO and Morgan declaration and coordinate filing of same (1.1) | 4.00 | 460.00 | 1,840.00 |
| 11/12/18 | MMILA | Review and analyze connections re: retention disclosures | 1.80 | 275.00 | 495.00 |
| 11/13/18 | TBUCH | Review YCST retention order (.1); email correspondence from P. Morgan, T. Lii, and M. Tattnall re: same (.3) | 0.40 | 460.00 | 184.00 |
| 11/14/18 | TBUCH | Review parties in interest for potential supplemental disclosures | 0.20 | 460.00 | 92.00 |
| 11/15/18 | TBUCH | Review parties in interest for potential supplemental disclosures | 0.10 | 460.00 | 46.00 |
| 11/16/18 | TBUCH | Review parties in interest for potential supplemental disclosures | 0.20 | 460.00 | 92.00 |
| 11/19/18 | JKOCH | Review and analyze interested parties | 2.40 | 285.00 | 684.00 |
| 11/19/18 | TBUCH | Review parties in interest for potential supplemental disclosures | 0.20 | 460.00 | 92.00 |
| 11/20/18 | TBUCH | Review second supplemental Morgan declaration re: YCST retention | 0.10 | 460.00 | 46.00 |
| 11/20/18 | RBART | Review second supplemental declaration re: interested parties connections disclosures and follow up to J. Kochenash and T. Buchanan | 0.30 | 565.00 | 169.50 |
| 11/20/18 | JKOCH | Draft second supplemental declaration | 1.20 | 285.00 | 342.00 |
| 11/20/18 | PMORG | Review emails from M. Tatnall re: interim comp procedures; Review order re: same | 0.10 | 920.00 | 92.00 |
| 11/26/18 | PMORG | Emails with YCST team re: interim comp procedures, filing of first fee statement | 0.20 | 920.00 | 184.00 |
| | | **Total** | **45.20** | | **18,604.00** |

**Task Code:**   B018   Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/18 | PMORG | Review October fee exhibits to ensure protection of privilege and compliance with local rules | 0.50 | 920.00 | 460.00 |

Sears Holdings Corporation

| | | | Invoice Date: | December 5, 2018 |
| | | | Invoice Number: | 50001333 |
| | | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|------|------|------|------|------|------|
| 11/29/18 | RBART | Review and provide comments on monthly fee statement, including review for privilege and confidential materials | 0.50 | 565.00 | 282.50 |
| 11/29/18 | BWALT | Prepare first monthly fee statement | 4.50 | 285.00 | 1,282.50 |
| 11/30/18 | RBART | Finalize and coordinate filing of first monthly fee statement | 0.30 | 565.00 | 169.50 |
| 11/30/18 | PMORG | Review first monthly fee statement (.2); call with R. Bartley re: revision to same (.1); review emails from Paul Weiss re: service of same (.1) | 0.40 | 920.00 | 368.00 |
| 11/30/18 | BWALT | Finalize YCST's first monthly fee statement and emails to R. Bartley and P. Morgan (1.3); Emails with Paul Weiss re: filing and service of same (.2) | 1.50 | 285.00 | 427.50 |
| | | **Total** | **7.70** | | **2,990.00** |

Sears Holdings Corporation

| | | | Invoice Date: | | December 5, 2018 |
|---|---|---|---|---|---|
| | | | Invoice Number: | | 50001333 |
| | | | Matter Number: | | 072902.1003 |

## Timekeeper Summary

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| BWALT | Brenda Walters | Paralegal | 13.80 | 285.00 | 3,933.00 |
| JDEAL | James M. Deal | Associate | 6.30 | 350.00 | 2,205.00 |
| JKOCH | Jared W. Kochenash | Associate | 38.30 | 285.00 | 10,915.50 |
| MMILA | Matthew Milana | Law Clerk | 7.70 | 275.00 | 2,117.50 |
| PMORG | Pauline K. Morgan | Partner | 24.10 | 920.00 | 22,172.00 |
| RBISS | Rolin Bissell | Partner | 5.50 | 920.00 | 5,060.00 |
| RBART | Ryan M. Bartley | Partner | 43.60 | 565.00 | 24,634.00 |
| TBUCH | Travis G. Buchanan | Associate | 28.60 | 460.00 | 13,156.00 |
| **Total** | | | **167.90** | | **$84,193.00** |

| Sears Holdings Corporation | | Invoice Date: | December 5, 2018 |
| | | Invoice Number: | 50001333 |
| | | Matter Number: | 072902.1003 |

## Task Summary

### Task Code: B001 — Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 2.90 | 920.00 | 2,668.00 |
| Brenda Walters | Paralegal | 2.70 | 285.00 | 769.50 |
| **Total** | | **5.60** | | **3,437.50** |

### Task Code: B002 — Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Ryan M. Bartley | Partner | 2.20 | 565.00 | 1,243.00 |
| Brenda Walters | Paralegal | 0.40 | 285.00 | 114.00 |
| **Total** | | **2.60** | | **1,357.00** |

### Task Code: B003 — Cash Collateral/DIP Financing

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 0.40 | 920.00 | 368.00 |
| **Total** | | **0.40** | | **368.00** |

### Task Code: B007 — Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 15.80 | 920.00 | 14,536.00 |
| Rolin Bissell | Partner | 5.50 | 920.00 | 5,060.00 |
| Ryan M. Bartley | Partner | 36.00 | 565.00 | 20,340.00 |
| James M. Deal | Associate | 6.30 | 350.00 | 2,205.00 |
| Jared W. Kochenash | Associate | 21.20 | 285.00 | 6,042.00 |
| Travis G. Buchanan | Associate | 17.70 | 460.00 | 8,142.00 |
| Brenda Walters | Paralegal | 3.90 | 285.00 | 1,111.50 |
| **Total** | | **106.40** | | **57,436.50** |

### Task Code: B017 — Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 4.10 | 920.00 | 3,772.00 |
| Ryan M. Bartley | Partner | 4.60 | 565.00 | 2,599.00 |
| Jared W. Kochenash | Associate | 17.10 | 285.00 | 4,873.50 |
| Matthew Milana | Associate | 7.70 | 275.00 | 2,117.50 |
| Travis G. Buchanan | Associate | 10.90 | 460.00 | 5,014.00 |
| Brenda Walters | Paralegal | 0.80 | 285.00 | 228.00 |
| **Total** | | **45.20** | | **18,604.00** |

Sears Holdings Corporation

| | | |
|---|---|---|
| Invoice Date: | | December 5, 2018 |
| Invoice Number: | | 50001333 |
| Matter Number: | | 072902.1003 |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.90 | 920.00 | 828.00 |
| Ryan M. Bartley | Partner | 0.80 | 565.00 | 452.00 |
| Brenda Walters | Paralegal | 6.00 | 285.00 | 1,710.00 |
| **Total** | | **7.70** | | **2,990.00** |