| | |
|---|---|
| In re: Sears Holdings Corporation, *et al.* | Case No. 18-23538 (RDD) |
| Debtors | Reporting Period: November 4 – December 1, 2018 |
| | Federal Tax I.D. # 20-1920798 |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORTS

On October 15, 2018 (the "**Petition Date**"), Sears Holdings Corporation and 49 of its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors,**" and together with the Debtors' non-debtor affiliates, the "**Company**")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").  In addition, Debtors SHC Licensed Business LLC and SHC Promotions LLC filed their voluntary petitions for relief on October 18, 2018 and October 22, 2018, respectively.  The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") under the caption Sears Holdings Corporation., *et al.*, Case No. 18-23538 (RDD) (S.D.N.Y.), pursuant to an order entered by the Bankruptcy Court on October 15, 2018 [ECF No. 118].  On October 24, 2018, the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a) of the Bankruptcy Code (the "**Creditors' Committee**") [ECF No. 276].  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The following notes and statements and limitations should be referred to, and referenced in connection with, any review of the MOR.

1. **Basis of Presentation.**  The Debtors are filing their consolidated monthly operating report (the "**MOR**") solely for purposes of complying with the monthly operating requirements applicable in the Debtors' chapter 11 cases.  The MOR is in a format acceptable to the U.S. Trustee for the Southern District of New York (the "**U.S. Trustee**").  The MOR should not

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

18-23538-shl    Doc 1451    Filed 12/28/18    Entered 12/28/18 23:09:19    Main Document
Pg 2 of 20

| In re: Sears Holdings Corporation, *et al.* | Case No. 18-23538 (RDD) |
|---|---|
| Debtors | Reporting Period: November 4 – December 1, 2018 |
| | Federal Tax I.D. # 20-1920798 |

be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR.

This MOR has not been prepared in accordance with accounting principles generally accepted in the United States of America ("**U.S. GAAP**") and does not include all of the information and footnotes required by U.S. GAAP. Therefore, there can be no assurance that the consolidated financial information presented herein is complete, and readers are strongly cautioned not to place undue reliance on the MOR.

The information furnished in this report includes primarily normal recurring adjustments but does not include all the adjustments that would typically be made for the quarterly and annual consolidated financial statements to be in accordance with U.S. GAAP. Certain adjusting entries (including, but not limited to, income tax expense and intercompany profit eliminations) are only prepared on a quarterly basis, and therefore any such adjustments included herein are based on information as of November 3, 2018. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their quarterly and annual consolidated financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and these changes could be material. Finally, the Debtors' fiscal year end is on February 2, 2019, and their audited consolidated financial statements will be prepared following that date.

This is the first filing of the MOR since the Petition Date. In future periods, any changes to prior period balances will be reflected in the current month's MOR.

The results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

2. **Reporting Period.** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

3. **Consolidated Entity Accounts Payable and Disbursements Systems.** Cash is received and disbursed by the Debtors as described in the *Motion of Debtors for Authority to (I) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (II) Implement Ordinary Course Changes to Cash Management System, (III) Continue Intercompany Transactions, and (IV) Provide Administrative Expense Priority for Post-*

18-23538-shl    Doc 1451    Filed 12/28/18    Entered 12/28/18 23:09:19    Main Document
Pg 3 of 20

In re: Sears Holdings Corporation, *et al.*  Case No. 18-23538 (RDD)
Debtors  Reporting Period: November 4 – December 1, 2018
Federal Tax I.D. # 20-1920798

*Petition Intercompany Claims and Related Relief* (the "**Cash Management Motion**") to the extent approved in the order granting the Cash Management Motion on a final basis (the "**Final Cash Management Order**") [ECF No. 1394].

4. **Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

5. **Debtor in Possession Financing.** On November 30, 2018, the Debtors received authorization from the Bankruptcy Court to access their $1,830,378,380 Debtor-in-Possession ABL Facility on a final basis pursuant to the *Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Pre-Petition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* [ECF No. 955] (the "**Final DIP ABL Order**"), and on December 28, 2018 the Debtors received authorization to access on a final basis their $350 million Junior Debtor-in-Possession Facility pursuant to the *Final Junior DIP Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Grant Secured Priming Liens and Superpriority Administrative Expense Claim; (II) Modifying the Automatic Stay; and (IV) Granting Related Relief* [ECF No. 1436] (the "**Final Junior DIP Order**," and together with the Final ABL DIP Order, the "**DIP Orders**") and the documents governing the debtor in possession financing thereunder (the "**DIP Loan Documents**"). Please see the DIP Orders for additional detail.

6. **Payment of Pre-Petition Claims Pursuant to First Day Orders.** Within the first two days of the Debtors' chapter 11 cases, the Bankruptcy Court entered orders (the "**First Day Orders**") authorizing, but not directing, the Debtors to pay, on an interim basis, certain pre-petition (a) claims of critical vendors, shippers, warehousemen, other lien claimants, and foreign creditors; (b) taxes; (c) employee wages, salaries and other compensation and benefits; and (d) obligations related to the use of the Debtors' cash management system, among other things. On November 16, 2018, the Bankruptcy Court approved the relief requested in connection with the First Day Orders on a final basis, except for the Final Cash Management Order, which was entered on December 21, 2018. To the extent any payments were made on account of such claims or obligations following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in the MOR unless otherwise noted.

7. **Reservation of Rights.** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall

18-23538-shl    Doc 1451    Filed 12/28/18    Entered 12/28/18 23:09:19    Main Document
Pg 4 of 20

| In re: Sears Holdings Corporation, *et al.* | Case No. 18-23538 (RDD) |
|---|---|
| Debtors | Reporting Period: November 4 – December 1, 2018 |
| | Federal Tax I.D. # 20-1920798 |

constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

8. **Specific MOR Disclosures.**

   a. **Notes to MOR-la:** The net cash receipts represent cash received by each Debtor assigned bank account.

   b. **Notes to MOR-1b:** Certain Debtors make disbursements on behalf of other Debtors. The net cash disbursements represents cash disbursed by the applicable Debtor excluding disbursements made on behalf of other Debtors, which are reflected on the accounts of the Debtors on whose behalf they are made. The total disbursements (for quarterly fee purposes) represent the disbursements made on behalf of each affiliated Debtor.

   c. **Notes to MOR-1c**: All amounts listed are the bank balances as of the date in the respective footnote on MOR 1-c. The Debtors have, on a timely basis, performed bank account reconciliations in the ordinary course of business. Due to the level of detailed records, copies of the bank account statements and reconciliations are available for inspection only upon request.

   d. **Notes to MOR-1d:** This MOR lists the professional fees paid during this reporting period to Restructuring Professionals retained by the Debtors in these chapter 11 cases.

   e. **Notes to MOR-2 & MOR-3:** The amounts currently classified as liabilities subject to compromise may be subject to future adjustments depending on Bankruptcy Court actions, payments pursuant to Bankruptcy Court orders, further developments with respect to, among other things, the reconciliation and adjudication of claims, determinations of the secured status of certain claims, the value of any collateral securing such claims, rejection of executory contracts, or other events.

   f. **Notes to MOR-4a:** For status of post-petition tax payments, see disclosures as noted on MOR-4a. Due to the size and detail of such records, (i) copies of IRS Form 6123 or payment receipts; (ii) copies of tax returns filed during the reporting period; and (iii) a taxes aging schedule will be made available upon reasonable request in writing to bankruptcy counsel for the Debtors.

   g. **Notes to MOR-4b:** The Debtors are current on post-petition payables, taking into consideration pending credits and adjustments and disputes that arise in the ordinary course of business.

   h. **Notes to MOR-4c:** The Debtors' accounts receivable aging for the November reporting period has not been finalized at the time of the filing of this MOR. The accounts receivable aging for this reporting period will be made available when

**In re: Sears Holdings Corporation,** *et al.*  Case No. 18-23538 (RDD)
**Debtors**  **Reporting Period: November 4 – December 1, 2018**
  **Federal Tax I.D. # 20-1920798**

finalized upon a reasonable request in writing to bankruptcy counsel for the Debtors.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: SEARS HOLDINGS CORPORATION, *et al.* | Case No. 18-23538 (RDD) |
|---|---|
| Debtor | Reporting Period: 11/4/18 - 12/1/18 |
| | Federal Tax I.D. No. 20-1920798 |

**CORPORATE MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts | MOR-1a | X | |
| Schedule of Cash Disbursements | MOR-1b & 1b (CON'T) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1c | X | |
|    Copies of bank statements | | | Available Upon Request |
|    Cash disbursements journals | | | Available Upon Request |
| Schedule of Retained Restructuring Professionals Fees | MOR-1d | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4a | X | |
|    Copies of IRS Form 6123 or payment receipt | | | Available Upon Request |
|    Copies of tax returns filed during reporting period | | | Available Upon Request |
| Summary of Unpaid Post-petition Debts | MOR-4b | X | |
|    Listing of Aged Accounts Payable | | | Available Upon Request |
| Accounts Receivable Reconciliation and Aging | MOR-4c | X | |
| Payments to Insiders | MOR-5 | X | |
| Post Petition Status of Secured Notes | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

| */s/ Robert A. Riecker* | 12/28/18 |
|---|---|
| Signature of Authorized Individual | Date |
| | |
| Robert A. Riecker | Member Office of the CEO and Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

| In re: **SEARS HOLDINGS CORPORATION**, *et al.* | Case No. | 18-23538 (RDD) |
|---|---|---|
| (Jointly Administered) | Reporting Period: | 11/4/18 - 12/1/18 |
| | Federal Tax I.D. No. | 20-1920798 |

**NOTES TO MONTHLY OPERATING REPORT**
The Monthly Operating Report ("**MOR**") includes activity for the following Debtors:

| # | DEBTOR ENTITY NAME | FILING DATE | BANKRUPTCY CASE NUMBER | COMPLETE EIN OR OTHER TAXPAYER I.D. |
|---|---|---|---|---|
| 1. | SEARS, ROEBUCK AND CO. | 10/15/18 | 087-18-23537 | 36-1750680 |
| 2. | SEARS HOLDINGS CORPORATION | 10/15/18 | 087-18-23538 | 20-1920798 |
| 3. | KMART HOLDING CORPORATION | 10/15/18 | 087-18-23539 | 32-0073116 |
| 4. | KMART OPERATIONS LLC | 10/15/18 | 087-18-23540 | 32-0456546 |
| 5. | SEARS OPERATIONS LLC | 10/15/18 | 087-18-23541 | 35-2524331 |
| 6. | SERVICELIVE, INC. | 10/15/18 | 087-18-23542 | 36-4616774 |
| 7. | A&E FACTORY SERVICE, LLC | 10/15/18 | 087-18-23543 | 36-4486695 |
| 8. | A&E HOME DELIVERY, LLC | 10/15/18 | 087-18-23544 | 37-1500205 |
| 9. | A&E LAWN & GARDEN, LLC | 10/15/18 | 087-18-23545 | 13-4275028 |
| 10. | A&E SIGNATURE SERVICE, LLC | 10/15/18 | 087-18-23546 | 37-1500204 |
| 11. | FBA HOLDINGS INC. | 10/15/18 | 087-18-23547 | 36-4186537 |
| 12. | INNOVEL SOLUTIONS, INC. | 10/15/18 | 087-18-23548 | 36-1857180 |
| 13. | KMART CORPORATION | 10/15/18 | 087-18-23549 | 38-0729500 |
| 14. | MAXSERV, INC. | 10/15/18 | 087-18-23550 | 74-2707626 |
| 15. | PRIVATE BRANDS, LTD. | 10/15/18 | 087-18-23551 | 55-0544022 |
| 16. | SEARS DEVELOPMENT CO. | 10/15/18 | 087-18-23552 | 36-2476028 |
| 17. | SEARS HOLDINGS MANAGEMENT CORPORATION | 10/15/18 | 087-18-23553 | 20-3592148 |
| 18. | SEARS HOME & BUSINESS FRANCHISES, INC. | 10/15/18 | 087-18-23554 | 98-0126742 |
| 19. | SEARS HOME IMPROVEMENT PRODUCTS, INC. | 10/15/18 | 087-18-23555 | 25-1698591 |
| 20. | SEARS INSURANCE SERVICES, L.L.C. | 10/15/18 | 087-18-23556 | 36-4287182 |
| 21. | SEARS PROCUREMENT SERVICES, INC. | 10/15/18 | 087-18-23557 | 30-0092859 |
| 22. | SEARS PROTECTION COMPANY | 10/15/18 | 087-18-23558 | 36-4471250 |
| 23. | SEARS PROTECTION COMPANY (PR) INC. | 10/15/18 | 087-18-23559 | 66-0704861 |
| 24. | SEARS ROEBUCK ACCEPTANCE CORP. | 10/15/18 | 087-18-23560 | 51-0080535 |
| 25. | SEARS, ROEBUCK DE PUERTO RICO, INC. | 10/15/18 | 087-18-23561 | 66-0233626 |
| 26. | SYW RELAY LLC | 10/15/18 | 087-18-23562 | 35-2561870 |
| 27. | WALLY LABS LLC | 10/15/18 | 087-18-23563 | None |
| 28. | BIG BEAVER OF FLORIDA DEVELOPMENT, LLC | 10/15/18 | 087-18-23564 | None |
| 29. | CALIFORNIA BUILDER APPLIANCES, INC. | 10/15/18 | 087-18-23565 | 68-0406327 |
| 30. | FLORIDA BUILDER APPLIANCES, INC. | 10/15/18 | 087-18-23566 | 36-3619133 |
| 31. | KBL HOLDING INC. | 10/15/18 | 087-18-23567 | 26-0031295 |
| 32. | KLC, INC. | 10/15/18 | 087-18-23568 | 75-2490839 |
| 33. | SEARS PROTECTION COMPANY (FLORIDA), LLC | 10/15/18 | 087-18-23569 | 20-0224239 |
| 34. | KMART OF WASHINGTON LLC | 10/15/18 | 087-18-23570 | 61-1448898 |
| 35. | KMART STORES OF ILLINOIS LLC | 10/15/18 | 087-18-23571 | 61-1448897 |
| 36. | KMART STORES OF TEXAS LLC | 10/15/18 | 087-18-23572 | 61-1448915 |
| 37. | MYGOFER LLC | 10/15/18 | 087-18-23573 | 26-4005531 |
| 38. | SEARS BRANDS BUSINESS UNIT CORPORATION | 10/15/18 | 087-18-23574 | 42-1564658 |
| 39. | SEARS HOLDINGS PUBLISHING COMPANY, LLC | 10/15/18 | 087-18-23575 | 26-0075554 |
| 40. | KMART OF MICHIGAN, INC. | 10/15/18 | 087-18-23576 | 38-3551696 |
| 41. | SHC DESERT SPRINGS, LLC | 10/15/18 | 087-18-23577 | None |
| 42. | SOE, INC. | 10/15/18 | 087-18-23578 | 83-0399616 |
| 43. | STARWEST, LLC | 10/15/18 | 087-18-23579 | 37-1495379 |
| 44. | STI MERCHANDISING, INC. | 10/15/18 | 087-18-23580 | 38-2760188 |
| 45. | TROY COOLIDGE NO. 13, LLC | 10/15/18 | 087-18-23581 | None |
| 46. | BLUELIGHT.COM, INC. | 10/15/18 | 087-18-23582 | 77-0527034 |
| 47. | SEARS BRANDS, L.L.C. | 10/15/18 | 087-18-23583 | 42-1564664 |
| 48. | SEARS BUYING SERVICES, INC. | 10/15/18 | 087-18-23584 | 36-3256533 |
| 49. | KMART.COM LLC | 10/15/18 | 087-18-23585 | 77-0529022 |
| 50. | SEARS BRANDS MANAGEMENT CORPORATION | 10/15/18 | 087-18-23586 | 36-2555365 |
| 51. | SHC LICENSED BUSINESS LLC | 10/18/18 | 087-18-23616 | 37-1783718 |
| 52. | SHC PROMOTIONS LLC | 10/22/18 | 087-18-23630 | 26-4209626 |

| In re: **SEARS HOLDINGS CORPORATION**, *et al.* | Case No. | 18-23538 (RDD) |
|---|---|---|
| (Jointly Administered) | Reporting Period: | 11/4/18 - 12/1/18 |
| MOR-1a | Federal Tax I.D. No. | 20-1920798 |

*(in US Dollars)*
(Unaudited)

**SCHEDULE OF RECEIPTS**

| # | DEBTOR ENTITY NAME | BANKRUPTCY CASE NUMBER | NET CASH RECEIPTS (a) |
|---|---|---|---|
| 1. | SEARS, ROEBUCK AND CO. | 087-18-23537 | $ 696,751,215 |
| 2. | SEARS HOLDINGS CORPORATION | 087-18-23538 | 364,578 |
| 3. | KMART HOLDING CORPORATION | 087-18-23539 | - |
| 4. | KMART OPERATIONS LLC | 087-18-23540 | - |
| 5. | SEARS OPERATIONS LLC | 087-18-23541 | - |
| 6. | SERVICELIVE, INC. | 087-18-23542 | 147,061 |
| 7. | A&E FACTORY SERVICE, LLC | 087-18-23543 | - |
| 8. | A&E HOME DELIVERY, LLC | 087-18-23544 | - |
| 9. | A&E LAWN & GARDEN, LLC | 087-18-23545 | - |
| 10. | A&E SIGNATURE SERVICE, LLC | 087-18-23546 | - |
| 11. | FBA HOLDINGS INC. | 087-18-23547 | - |
| 12. | INNOVEL SOLUTIONS, INC. | 087-18-23548 | 3,075,176 |
| 13. | KMART CORPORATION | 087-18-23549 | 343,966,608 |
| 14. | MAXSERV, INC. | 087-18-23550 | - |
| 15. | PRIVATE BRANDS, LTD. | 087-18-23551 | - |
| 16. | SEARS DEVELOPMENT CO. | 087-18-23552 | - |
| 17. | SEARS HOLDINGS MANAGEMENT CORPORATION | 087-18-23553 | 33,065,228 |
| 18. | SEARS HOME & BUSINESS FRANCHISES, INC. | 087-18-23554 | 1,348,727 |
| 19. | SEARS HOME IMPROVEMENT PRODUCTS, INC | 087-18-23555 | 7,281,686 |
| 20. | SEARS INSURANCE SERVICES, L.L.C. | 087-18-23556 | - |
| 21. | SEARS PROCUREMENT SERVICES, INC. | 087-18-23557 | - |
| 22. | SEARS PROTECTION COMPANY | 087-18-23558 | 2,840,615 |
| 23. | SEARS PROTECTION COMPANY (PR) INC. | 087-18-23559 | - |
| 24. | SEARS ROEBUCK ACCEPTANCE CORP. | 087-18-23560 | 178,474,241 |
| 25. | SEARS, ROEBUCK DE PUERTO RICO, INC. | 087-18-23561 | - |
| 26. | SYW RELAY LLC | 087-18-23562 | - |
| 27. | WALLY LABS LLC | 087-18-23563 | - |
| 28. | BIG BEAVER OF FLORIDA DEVELOPMENT, LLC | 087-18-23564 | - |
| 29. | CALIFORNIA BUILDER APPLIANCES, INC. | 087-18-23565 | 4,247,098 |
| 30. | FLORIDA BUILDER APPLIANCES, INC. | 087-18-23566 | 8,570,123 |
| 31. | KBL HOLDING INC. | 087-18-23567 | - |
| 32. | KLC, INC. | 087-18-23568 | - |
| 33. | SEARS PROTECTION COMPANY (FLORIDA), LLC | 087-18-23569 | 172,622 |
| 34. | KMART OF WASHINGTON LLC | 087-18-23570 | - |
| 35. | KMART STORES OF ILLINOIS LLC | 087-18-23571 | - |
| 36. | KMART STORES OF TEXAS LLC | 087-18-23572 | - |
| 37. | MYGOFER LLC | 087-18-23573 | - |
| 38. | SEARS BRANDS BUSINESS UNIT CORP | 087-18-23574 | - |
| 39. | SEARS HOLDINGS PUBLISHING COMPANY, LLC | 087-18-23575 | - |
| 40. | KMART OF MICHIGAN, INC. | 087-18-23576 | - |
| 41. | SHC DESERT SPRINGS, LLC | 087-18-23577 | - |
| 42. | SOE, INC. | 087-18-23578 | - |
| 43. | STARWEST, LLC | 087-18-23579 | 1,536,279 |
| 44. | STI MERCHANDISING, INC. | 087-18-23580 | - |
| 45. | TROY COOLIDGE NO. 13, LLC | 087-18-23581 | - |
| 46. | BLUELIGHT.COM, INC. | 087-18-23582 | - |
| 47. | SEARS BRANDS, L.L.C. | 087-18-23583 | - |
| 48. | SEARS BUYING SERVICES, INC. | 087-18-23584 | - |
| 49. | KMART.COM LLC | 087-18-23585 | - |
| 50. | SEARS BRANDS MANAGEMENT CORPORATION | 087-18-23586 | 234,247 |
| 51. | SHC LICENSED BUSINESS LLC | 087-18-23616 | - |
| 52. | SHC PROMOTIONS LLC | 087-18-23630 | - |
| | **TOTAL** | | **$1,282,075,503** |

**Footnote(s):**

(a)  The net cash receipts represent cash received by each Debtor assigned bank account.

| In re: **SEARS HOLDINGS CORPORATION**, *et al.* | Case No. 18-23538 (RDD) |
|---|---|
| **(Jointly Administered)** | Reporting Period: 11/4/18 - 12/1/18 |
| **MOR-1b** | Federal Tax I.D. No. 20-1920798 |
| *(in US Dollars)* | |
| (Unaudited) | |

**SCHEDULE OF DISBURSEMENTS**

| # | DEBTOR ENTITY NAME | BANKRUPTCY CASE NUMBER | NET CASH DISBURSEMENTS (a) | PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. escrow accounts) | TOTAL DISBURSEMENTS (FOR QUARTERLY FEE PURPOSES) | F/N |
|---|---|---|---|---|---|---|
| 1. | SEARS, ROEBUCK AND CO. | 087-18-23537 | $ 990,732,960 | $ - | $ 990,732,960 | |
| 2. | SEARS HOLDINGS CORPORATION | 087-18-23538 | 9,182 | 281,927,957 | 281,937,139 | (b) |
| 3. | KMART HOLDING CORPORATION | 087-18-23539 | - | - | - | |
| 4. | KMART OPERATIONS LLC | 087-18-23540 | 14,894,658 | - | 14,894,658 | |
| 5. | SEARS OPERATIONS LLC | 087-18-23541 | 24,929,292 | - | 24,929,292 | |
| 6. | SERVICELIVE, INC. | 087-18-23542 | 331,616 | - | 331,616 | |
| 7. | A&E FACTORY SERVICE, LLC | 087-18-23543 | 1,165,534 | - | 1,165,534 | |
| 8. | A&E HOME DELIVERY, LLC | 087-18-23544 | 238,307 | - | 238,307 | |
| 9. | A&E LAWN & GARDEN, LLC | 087-18-23545 | - | - | - | |
| 10. | A&E SIGNATURE SERVICE, LLC | 087-18-23546 | - | - | - | |
| 11. | FBA HOLDINGS INC. | 087-18-23547 | - | - | - | |
| 12. | INNOVEL SOLUTIONS, INC. | 087-18-23548 | 56,471,269 | - | 56,471,269 | |
| 13. | KMART CORPORATION | 087-18-23549 | 152,004,060 | - | 152,004,060 | |
| 14. | MAXSERV, INC. | 087-18-23550 | 2,841,800 | - | 2,841,800 | |
| 15. | PRIVATE BRANDS, LTD. | 087-18-23551 | - | - | - | |
| 16. | SEARS DEVELOPMENT CO. | 087-18-23552 | - | - | - | |
| 17. | SEARS HOLDINGS MANAGEMENT CORPORATION | 087-18-23553 | 62,324,902 | - | 62,324,902 | |
| 18. | SEARS HOME & BUSINESS FRANCHISES, INC. | 087-18-23554 | 228,781 | - | 228,781 | |
| 19. | SEARS HOME IMPROVEMENT PRODUCTS, INC | 087-18-23555 | 18,338,609 | - | 18,338,609 | |
| 20. | SEARS INSURANCE SERVICES, L.L.C. | 087-18-23556 | 313,461 | - | 313,461 | |
| 21. | SEARS PROCUREMENT SERVICES, INC. | 087-18-23557 | - | - | - | |
| 22. | SEARS PROTECTION COMPANY | 087-18-23558 | 171,529 | - | 171,529 | |
| 23. | SEARS PROTECTION COMPANY (PR) INC. | 087-18-23559 | - | - | - | |
| 24. | SEARS ROEBUCK ACCEPTANCE CORP. | 087-18-23560 | 13,916,285 | - | 13,916,285 | |
| 25. | SEARS, ROEBUCK DE PUERTO RICO, INC. | 087-18-23561 | 6,096,820 | - | 6,096,820 | |
| 26. | SYW RELAY LLC | 087-18-23562 | 11,366 | - | 11,366 | |
| 27. | WALLY LABS LLC | 087-18-23563 | - | - | - | |
| 28. | BIG BEAVER OF FLORIDA DEVELOPMENT, LLC | 087-18-23564 | - | - | - | |
| 29. | CALIFORNIA BUILDER APPLIANCES, INC. | 087-18-23565 | 8,140,280 | - | 8,140,280 | |
| 30. | FLORIDA BUILDER APPLIANCES, INC. | 087-18-23566 | 9,251,316 | - | 9,251,316 | |
| 31. | KBL HOLDING INC. | 087-18-23567 | - | - | - | |
| 32. | KLC, INC. | 087-18-23568 | - | - | - | |
| 33. | SEARS PROTECTION COMPANY (FLORIDA), LLC | 087-18-23569 | - | - | - | |
| 34. | KMART OF WASHINGTON LLC | 087-18-23570 | 483,255 | - | 483,255 | |
| 35. | KMART STORES OF ILLINOIS LLC | 087-18-23571 | 2,435,468 | - | 2,435,468 | |
| 36. | KMART STORES OF TEXAS LLC | 087-18-23572 | 288,215 | - | 288,215 | |
| 37. | MYGOFER LLC | 087-18-23573 | - | - | - | |
| 38. | SEARS BRANDS BUSINESS UNIT CORP | 087-18-23574 | 24,131 | - | 24,131 | |
| 39. | SEARS HOLDINGS PUBLISHING COMPANY, LLC | 087-18-23575 | - | - | - | |
| 40. | KMART OF MICHIGAN, INC. | 087-18-23576 | 4,269,796 | - | 4,269,796 | |
| 41. | SHC DESERT SPRINGS, LLC | 087-18-23577 | - | - | - | |
| 42. | SOE, INC. | 087-18-23578 | - | - | - | |
| 43. | STARWEST, LLC | 087-18-23579 | 3,352,693 | - | 3,352,693 | |
| 44. | STI MERCHANDISING, INC. | 087-18-23580 | - | - | - | |
| 45. | TROY COOLIDGE NO. 13, LLC | 087-18-23581 | - | - | - | |
| 46. | BLUELIGHT.COM, INC. | 087-18-23582 | - | - | - | |
| 47. | SEARS BRANDS, L.L.C. | 087-18-23583 | - | - | - | |
| 48. | SEARS BUYING SERVICES, INC. | 087-18-23584 | - | - | - | |
| 49. | KMART.COM LLC | 087-18-23585 | 659,696 | - | 659,696 | |
| 50. | SEARS BRANDS MANAGEMENT CORPORATION | 087-18-23586 | 4,072,191 | - | 4,072,191 | |
| 51. | SHC LICENSED BUSINESS LLC | 087-18-23616 | - | - | - | |
| 52. | SHC PROMOTIONS LLC | 087-18-23630 | 56,813 | - | 56,813 | |
| | **TOTAL** | | **$ 1,378,054,285** | **$ 281,927,957** | **$ 1,659,982,242** | |

**Footnote(s):**

(a) The net cash disbursements represent cash disbursed by the Debtor entity excluding disbursements made on behalf of other Debtor entities, which are reflected on the accounts of the Debtors on whose behalf they are made.

(b) Sears Holdings Corporation (087-18-23538) $281.9MM relates to a disbursement from the escrow PBGC account.

| In re: **SEARS HOLDINGS CORPORATION,** *et al.* | | Case No. | **18-23538 (RDD)** |
|---|---|---|---|
| **(Jointly Administered)** | | Reporting Period: | **11/4/18 - 12/1/18** |
| **MOR-1b (CON'T)** | | Federal Tax I.D. No. | **20-1920798** |

*(in US Dollars)*
(Unaudited)

**QTD SUMMARY OF DISBURSEMENTS BY DEBTOR**

| | | | Q4'18 | | |
|---|---|---|---|---|---|
| # | DEBTOR ENTITY NAME | BANKRUPTCY CASE NUMBER | TOTAL DISBURSEMENTS (FOR QUARTERLY FEE PURPOSES) OCT. 15 - NOV. 3, 2018 | TOTAL DISBURSEMENTS (FOR QUARTERLY FEE PURPOSES) NOV. 4 - DEC. 1, 2018 | QTD TOTAL DISBURSEMENTS (FOR QUARTERLY FEE PURPOSES) OCT. 15 - DEC. 1, 2018 |
| 1. | SEARS, ROEBUCK AND CO. | 087-18-23537 | $ 255,100,889 | $ 990,732,960 | $ 1,245,833,849 |
| 2. | SEARS HOLDINGS CORPORATION | 087-18-23538 | 949,045 | 281,937,139 | 282,886,184 |
| 3. | KMART HOLDING CORPORATION | 087-18-23539 | - | - | - |
| 4. | KMART OPERATIONS LLC | 087-18-23540 | 4,804,392 | 14,894,658 | 19,699,050 |
| 5. | SEARS OPERATIONS LLC | 087-18-23541 | 15,302,164 | 24,929,292 | 40,231,456 |
| 6. | SERVICELIVE, INC. | 087-18-23542 | 152,786 | 331,616 | 484,402 |
| 7. | A&E FACTORY SERVICE, LLC | 087-18-23543 | 800,784 | 1,165,534 | 1,966,318 |
| 8. | A&E HOME DELIVERY, LLC | 087-18-23544 | 158,551 | 238,307 | 396,857 |
| 9. | A&E LAWN & GARDEN, LLC | 087-18-23545 | - | - | - |
| 10. | A&E SIGNATURE SERVICE, LLC | 087-18-23546 | - | - | - |
| 11. | FBA HOLDINGS INC. | 087-18-23547 | - | - | - |
| 12. | INNOVEL SOLUTIONS, INC. | 087-18-23548 | 19,307,550 | 56,471,269 | 75,778,819 |
| 13. | KMART CORPORATION | 087-18-23549 | 74,762,024 | 152,004,060 | 226,766,084 |
| 14. | MAXSERV, INC. | 087-18-23550 | 1,961,037 | 2,841,800 | 4,802,837 |
| 15. | PRIVATE BRANDS, LTD. | 087-18-23551 | - | - | - |
| 16. | SEARS DEVELOPMENT CO. | 087-18-23552 | - | - | - |
| 17. | SEARS HOLDINGS MANAGEMENT CORPORATION | 087-18-23553 | 36,516,398 | 62,324,902 | 98,841,300 |
| 18. | SEARS HOME & BUSINESS FRANCHISES, INC. | 087-18-23554 | 418,338 | 228,781 | 647,119 |
| 19. | SEARS HOME IMPROVEMENT PRODUCTS, INC | 087-18-23555 | 11,508,091 | 18,338,609 | 29,846,701 |
| 20. | SEARS INSURANCE SERVICES, L.L.C. | 087-18-23556 | 24,074 | 313,461 | 337,535 |
| 21. | SEARS PROCUREMENT SERVICES, INC. | 087-18-23557 | - | - | - |
| 22. | SEARS PROTECTION COMPANY | 087-18-23558 | 309,400 | 171,529 | 480,929 |
| 23. | SEARS PROTECTION COMPANY (PR) INC. | 087-18-23559 | - | - | - |
| 24. | SEARS ROEBUCK ACCEPTANCE CORP. | 087-18-23560 | 19,529 | 13,916,285 | 13,935,814 |
| 25. | SEARS, ROEBUCK DE PUERTO RICO, INC. | 087-18-23561 | 3,823,797 | 6,096,820 | 9,920,617 |
| 26. | SYW RELAY LLC | 087-18-23562 | 3,734 | 11,366 | 15,101 |
| 27. | WALLY LABS LLC | 087-18-23563 | - | - | - |
| 28. | BIG BEAVER OF FLORIDA DEVELOPMENT, LLC | 087-18-23564 | - | - | - |
| 29. | CALIFORNIA BUILDER APPLIANCES, INC. | 087-18-23565 | 2,551,620 | 8,140,280 | 10,691,900 |
| 30. | FLORIDA BUILDER APPLIANCES, INC. | 087-18-23566 | 4,330,290 | 9,251,316 | 13,581,606 |
| 31. | KBL HOLDING INC. | 087-18-23567 | - | - | - |
| 32. | KLC, INC. | 087-18-23568 | - | - | - |
| 33. | SEARS PROTECTION COMPANY (FLORIDA), LLC | 087-18-23569 | - | - | - |
| 34. | KMART OF WASHINGTON LLC | 087-18-23570 | 307,014 | 483,255 | 790,269 |
| 35. | KMART STORES OF ILLINOIS LLC | 087-18-23571 | 1,148,561 | 2,435,468 | 3,584,029 |
| 36. | KMART STORES OF TEXAS LLC | 087-18-23572 | 143,524 | 288,215 | 431,738 |
| 37. | MYGOFER LLC | 087-18-23573 | - | - | - |
| 38. | SEARS BRANDS BUSINESS UNIT CORP | 087-18-23574 | 507,742 | 24,131 | 531,873 |
| 39. | SEARS HOLDINGS PUBLISHING COMPANY, LLC | 087-18-23575 | - | - | - |
| 40. | KMART OF MICHIGAN, INC. | 087-18-23576 | 2,129,276 | 4,269,796 | 6,399,072 |
| 41. | SHC DESERT SPRINGS, LLC | 087-18-23577 | - | - | - |
| 42. | SOE, INC. | 087-18-23578 | - | - | - |
| 43. | STARWEST, LLC | 087-18-23579 | 4,067,014 | 3,352,693 | 7,419,706 |
| 44. | STI MERCHANDISING, INC. | 087-18-23580 | - | - | - |
| 45. | TROY COOLIDGE NO. 13, LLC | 087-18-23581 | - | - | - |
| 46. | BLUELIGHT.COM, INC. | 087-18-23582 | - | - | - |
| 47. | SEARS BRANDS, L.L.C. | 087-18-23583 | - | - | - |
| 48. | SEARS BUYING SERVICES, INC. | 087-18-23584 | - | - | - |
| 49. | KMART.COM LLC | 087-18-23585 | 229,687 | 659,696 | 889,383 |
| 50. | SEARS BRANDS MANAGEMENT CORPORATION | 087-18-23586 | 4,198,791 | 4,072,191 | 8,270,982 |
| 51. | SHC LICENSED BUSINESS LLC | 087-18-23616 | - | - | - |
| 52. | SHC PROMOTIONS LLC | 087-18-23630 | 45,116 | 56,813 | 101,929 |
| | **Total** | | **$ 445,581,218** | **$ 1,659,982,242** | **$ 2,105,563,459** |

| In re: SEARS HOLDINGS CORPORATION, et al. | | | | Case No. | 18-23538 (RDD) |
|---|---|---|---|---|---|
| (Jointly Administered) | | | | Reporting Period: | 11/4/18 - 12/1/18 |
| MOR-1c | | | | Federal Tax I.D. No. | 20-1920798 |

*(in US Dollars)*
(Unaudited)

## BANK ACCOUNT INFORMATION

| # | LEGAL ENTITY | CASE NUMBER | BANK | LAST 4 DIGITS ACCOUNT # | BANK BALANCE | F/N |
|---|---|---|---|---|---|---|
| 1. | California Builder Appliances, Inc. | 087-18-23565 | Bank of America, N.A. | 6850 | - | (a) |
| 2. | Florida Builder Appliances, Inc. | 087-18-23566 | Bank of America, N.A. | 7770 | - | (a) |
| 3. | Innovel Solutions, Inc. | 087-18-23548 | Bank of America, N.A. | 3618 | - | (a) |
| 4. | Kmart Corporation | 087-18-23549 | Banco Popular | 0247 | 53,827 | (b) |
| 5. | Kmart Corporation | 087-18-23549 | Banco Popular | 6180 | 600,799 | (b) |
| 6. | Kmart Corporation | 087-18-23549 | BancorpSouth | 3945 | 11,800 | (c) |
| 7. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 0136 | - | (a) |
| 8. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 0508 | - | (a) |
| 9. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 0986 | - | (a) |
| 10. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 0994 | - | (a) |
| 11. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 1000 | - | (a) |
| 12. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 2102 | 267,985 | (a) |
| 13. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 3295 | - | (a) |
| 14. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 3531 | - | (a) |
| 15. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 3816 | - | (a) |
| 16. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 3896 | - | (e) |
| 17. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 3929 | 580,457 | (e) |
| 18. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 4404 | - | (a) |
| 19. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 5450 | 10,000,000 | (d) |
| 20. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 6005 | - | (a) |
| 21. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 6911 | - | (a) |
| 22. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7539 | - | (e) |
| 23. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7542 | - | (e) |
| 24. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7555 | - | (e) |
| 25. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7743 | - | (e) |
| 26. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7756 | - | (e) |
| 27. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7769 | - | (a) |
| 28. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7772 | - | (a) |
| 29. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7785 | - | (e) |
| 30. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7798 | - | (a) |
| 31. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7808 | - | (a) |
| 32. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7811 | - | (a) |
| 33. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7824 | - | (e) |
| 34. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7837 | - | (e) |
| 35. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 7970 | - | (f) |
| 36. | Kmart Corporation | 087-18-23549 | Bank of America, N.A. | 8978 | 4,293,343 | (h) |
| 37. | Kmart Corporation | 087-18-23549 | Bank Of Oklahoma | 5769 | 9,098 | (a) |
| 38. | Kmart Corporation | 087-18-23549 | BB&T Bank | 8654 | 6,712 | (a) |
| 39. | Kmart Corporation | 087-18-23549 | Capital One Bank | 9632 | 66,466 | (a) |
| 40. | Kmart Corporation | 087-18-23549 | Cherokee State Bank | 0494 | 68,382 | (e) |
| 41. | Kmart Corporation | 087-18-23549 | Citizens Bank | 7910 | 326,865 | (a) |
| 42. | Kmart Corporation | 087-18-23549 | First and Farmers Bank | 0543 | 10,000 | (e) |
| 43. | Kmart Corporation | 087-18-23549 | First Bank and Trust Company | 9130 | 91,383 | (g) |
| 44. | Kmart Corporation | 087-18-23549 | First Hawaiian Bank | 0940 | 331,574 | (a) |
| 45. | Kmart Corporation | 087-18-23549 | First Interstate Bank of Billings NA | 2277 | 15,147 | (b) |
| 46. | Kmart Corporation | 087-18-23549 | First Interstate Bank of Riverton | 1274 | 2,670 | (b) |
| 47. | Kmart Corporation | 087-18-23549 | First National Bank | 0001 | 17,379 | (e) |
| 48. | Kmart Corporation | 087-18-23549 | Fidelity Bank | 2180 | 3,841 | (e) |
| 49. | Kmart Corporation | 087-18-23549 | First National Bank of Grayson | 4081 | 81,980 | (e) |
| 50. | Kmart Corporation | 087-18-23549 | First Security | 9005 | 34,651 | (e) |
| 51. | Kmart Corporation | 087-18-23549 | First Security | 7014 | 45,505 | (i) |
| 52. | Kmart Corporation | 087-18-23549 | First State Bank | 6705 | 4,000 | (e) |
| 53. | Kmart Corporation | 087-18-23549 | First Tennessee | 0555 | 47,125 | (a) |
| 54. | Kmart Corporation | 087-18-23549 | Hilltop National Bank | 4003 | 3,994 | (e) |
| 55. | Kmart Corporation | 087-18-23549 | Iowa State Bank | 4408 | 58,891 | (e) |
| 56. | Kmart Corporation | 087-18-23549 | M&T Bank | 2880 | 6,600 | (a) |
| 57. | Kmart Corporation | 087-18-23549 | NBT Bank | 0573 | 3,952 | (e) |

| In re: **SEARS HOLDINGS CORPORATION,** *et al.* | | | Case No. | **18-23538 (RDD)** |
|---|---|---|---|---|
| **(Jointly Administered)** | | | Reporting Period: | **11/4/18 - 12/1/18** |
| **MOR-1c** | | | Federal Tax I.D. No. | **20-1920798** |

*(in US Dollars)*
(Unaudited)

**BANK ACCOUNT INFORMATION**

| # | LEGAL ENTITY | CASE NUMBER | BANK | LAST 4 DIGITS ACCOUNT # | BANK BALANCE | F/N |
|---|---|---|---|---|---|---|
| 58. | Kmart Corporation | 087-18-23549 | NorState Federal Credit Union | 6752 | 25 | (e) |
| 59. | Kmart Corporation | 087-18-23549 | Old National Bank | 5501 | 19,324 | (e) |
| 60. | Kmart Corporation | 087-18-23549 | PNC Bank | 0169 | 177,290 | (a) |
| 61. | Kmart Corporation | 087-18-23549 | PNC Bank | 3334 | - | (a) |
| 62. | Kmart Corporation | 087-18-23549 | PNC Bank | 9553 | - | (a) |
| 63. | Kmart Corporation | 087-18-23549 | Union Bank | 1583 | 649,064 | (e) |
| 64. | Kmart Corporation | 087-18-23549 | United Missouri Bank | 0553 | 98,652 | (a) |
| 65. | Kmart Corporation | 087-18-23549 | United Missouri Bank | 3100 | 5,000 | (a) |
| 66. | Kmart Corporation | 087-18-23549 | United Missouri Bank | 4642 | 10,000 | (a) |
| 67. | Kmart Corporation | 087-18-23549 | Wells Fargo | 0318 | 636,027 | (a) |
| 68. | Kmart Corporation | 087-18-23549 | Zions National Bank | 6778 | 7,007 | (e) |
| 69. | Sears Holdings Corporation | 087-18-23538 | Bank of America, N.A. | 0679 | 19,292 | (e) |
| 70. | Sears Holdings Corporation | 087-18-23538 | Bank of America, N.A. | 4266 | - | (a) |
| 71. | Sears Holdings Corporation | 087-18-23538 | Bank of America, N.A. | 6719 | - | (a) |
| 72. | Sears Holdings Management Corporation | 087-18-23553 | Bank of America, N.A. | 5426 | - | (e) |
| 73. | Sears Holdings Management Corporation | 087-18-23553 | Bank of America, N.A. | 6338 | - | (e) |
| 74. | Sears Holdings Management Corporation | 087-18-23553 | Bank of America, N.A. | 6722 | - | (a) |
| 75. | Sears Holdings Management Corporation | 087-18-23553 | KeyBank | 1056 | 17,075 | (e) |
| 76. | Sears Holdings Management Corporation | 087-18-23553 | US Bank | 8942 | 231 | (e) |
| 77. | Sears Home Improvement Products, Inc. | 087-18-23555 | Bank of America, N.A. | 0978 | - | (a) |
| 78. | Sears Protection Company | 087-18-23558 | Bank of America, N.A. | 4583 | 78,826 | (a) |
| 79. | Sears Protection Company (Florida), LLC | 087-18-23569 | Bank of America, N.A. | 4596 | 8,013 | (a) |
| 80. | Sears Protection Company (PR), Inc. | 087-18-23559 | Banco Popular | 5678 | 22,442 | (a) |
| 81. | Sears Roebuck Acceptance Corp. | 087-18-23560 | Bank of America, N.A. | 0955 | - | (e) |
| 82. | Sears Roebuck Acceptance Corp. | 087-18-23560 | Bank of America, N.A. | 6815 | - | (e) |
| 83. | Sears Roebuck Acceptance Corp. | 087-18-23560 | Bank of America, N.A. | 9512 | 88,015 | (e) |
| 84. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 0149 | - | (a) |
| 85. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 0556 | - | (e) |
| 86. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 0895 | - | (a) |
| 87. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 0903 | - | (a) |
| 88. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 0911 | - | (a) |
| 89. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 0929 | - | (a) |
| 90. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 0945 | - | (a) |
| 91. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 0952 | - | (a) |
| 92. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 1451 | - | (a) |
| 93. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 1595 | 2,117,720 | (a) |
| 94. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 3107 | - | (e) |
| 95. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 3266 | - | (a) |
| 96. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 4120 | - | (a) |
| 97. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 4205 | - | (a) |
| 98. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 4394 | - | (e) |
| 99. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 5261 | 173,799 | (a) |
| 100. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 5468 | - | (a) |
| 101. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 5885 | - | (a) |
| 102. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 6570 | 56,957,889 | (g) |
| 103. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 6654 | 1,434 | (e) |
| 104. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 6667 | - | (e) |
| 105. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7607 | - | (e) |
| 106. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7776 | - | (a) |
| 107. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7802 | - | (a) |
| 108. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7828 | - | (e) |
| 109. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7831 | - | (e) |
| 110. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7844 | - | (e) |
| 111. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7857 | - | (e) |
| 112. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7969 | - | (e) |
| 113. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 7972 | - | (e) |
| 114. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8279 | N/A | (j) |

| In re: **SEARS HOLDINGS CORPORATION**, *et al.* | | | | Case No. | **18-23538 (RDD)** |
|---|---|---|---|---|---|
| (Jointly Administered) | | | | Reporting Period: | **11/4/18 - 12/1/18** |
| MOR-1c | | | | Federal Tax I.D. No. | **20-1920798** |
| *(in US Dollars)* | | | | | |
| (Unaudited) | | | | | |

**BANK ACCOUNT INFORMATION**

| # | LEGAL ENTITY | CASE NUMBER | BANK | LAST 4 DIGITS ACCOUNT # | BANK BALANCE | F/N |
|---|---|---|---|---|---|---|
| 115. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8855 | - | (a) |
| 116. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8868 | - | (a) |
| 117. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8871 | - | (e) |
| 118. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8884 | - | (a) |
| 119. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8960 | - | (e) |
| 120. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8965 | 81,056,251 | (h) |
| 121. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8973 | - | (e) |
| 122. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8981 | 1,570,669 | (a) |
| 123. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8986 | - | (e) |
| 124. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 8994 | - | (e) |
| 125. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 9415 | 1,847 | (e) |
| 126. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 9457 | 636,899 | (e) |
| 127. | Sears, Roebuck and Co. | 087-18-23537 | Bank of America, N.A. | 9939 | - | (a) |
| 128. | Sears, Roebuck and Co. | 087-18-23537 | Bank Of Oklahoma | 1048 | 96,211 | (a) |
| 129. | Sears, Roebuck and Co. | 087-18-23537 | Capital One Bank | 4557 | - | (c) |
| 130. | Sears, Roebuck and Co. | 087-18-23537 | Capital One Bank | 9999 | 10,272 | (a) |
| 131. | Sears, Roebuck and Co. | 087-18-23537 | Citizens Bank | 3397 | 194,293 | (a) |
| 132. | Sears, Roebuck and Co. | 087-18-23537 | First Hawaiian Bank | 8911 | 220,819 | (a) |
| 133. | Sears, Roebuck and Co. | 087-18-23537 | First Tennessee | 0003 | 23,659 | (a) |
| 134. | Sears, Roebuck and Co. | 087-18-23537 | KeyBank | 4236 | 38,539 | (e) |
| 135. | Sears, Roebuck and Co. | 087-18-23537 | PNC Bank | 2515 | 157,695 | (a) |
| 136. | Sears, Roebuck and Co. | 087-18-23537 | PNC Bank | 3342 | - | (a) |
| 137. | Sears, Roebuck and Co. | 087-18-23537 | PNC Bank | 3424 | - | (a) |
| 138. | Sears, Roebuck and Co. | 087-18-23537 | Regions Bank | 5433 | 100,177 | (a) |
| 139. | Sears, Roebuck and Co. | 087-18-23537 | Union Bank | 4871 | 464,987 | (a) |
| 140. | Sears, Roebuck and Co. | 087-18-23537 | Wells Fargo | 2397 | 399,143 | (a) |
| 141. | Sears, Roebuck de Puerto Rico, Inc. | 087-18-23561 | Banco Popular | 1580 | - | (a) |
| 142. | Sears, Roebuck de Puerto Rico, Inc. | 087-18-23561 | Banco Popular | 7665 | 410,899 | (a) |
| 143. | StarWest, LLC | 087-18-23579 | Bank of America, N.A. | 9396 | - | (a) |
| 144. | Sears Roebuck Acceptance Corp. | 087-18-23560 | Bank of America, N.A. | N/A | - | (k) |

**Footnote(s):**

(a) The bank statement(s) are for the period from 11/3/18 through 11/30/18.
(b) The bank statement(s) are for the period from 10/27/18 through 11/23/18.
(c) The bank statement(s) date is 11/30/18.
(d) Kmart Corporation (087-18-23549) Bank of America, N.A. account ending in x5450 is a new account opened November 2018.
(e) The bank statement(s) are for the period from 11/1/18 through 11/30/18.
(f) Kmart Corporation (087-18-23549) Bank of America, N.A. account ending in x7970 had no activity in over a year and a balance of zero dollars as of 12/1/18.
(g) The bank statement(s) are for the period from 10/31/18 through 11/30/18.
(h) Kmart Corporation (087-18-23549) Bank of America, N.A. account ending in x8978 and Sears, Roebuck and Co. (087-18-23537) Bank of America, N.A. account ending in x8965 were "dormant" bank accounts. There was no beginning date on the bank statement and the ending date on the bank statement was 11/30/18.
(i) The bank statement(s) are for the period from 11/5/18 through 12/4/18.
(j) Sears, Roebuck and Co. (087-18-23537) Bank of America, N.A. account ending in x8279 is a new account opened December 2018.
(k) The Escrow DIP ABL Financing Account had a balance of zero as of 12/1/18 as the Company resumed paying on the ABL revolver.
(l) The Escrow PBGC Account is an account held for the benefit of the PBGC and therefore not listed in the accounts above. Distributions were made from the account in November and as of 12/1/18, the balance in the Escrow PBGC Account is zero.

In re: **SEARS HOLDINGS CORPORATION,** *et al.*  Case No. **18-23538 (RDD)**
**(Jointly Administered)**  Reporting Period: **11/4/18 - 12/1/18**
**MOR-1d**  Federal Tax I.D. No. **20-1920798**
*(in US Dollars)*
(Unaudited)

**SCHEDULE OF RETAINED RESTRUCTURING PROFESSIONAL FEE DISBURSEMENTS & US TRUSTEE FEES**

|  | 2018 | | |
| --- | --- | --- | --- |
| **PROFESSIONAL** | **OCT.** | **NOV.** | **CUMULATIVE** |
| *Estate Professionals* | | | |
| Lazard Freres & Co. LLC | $     - | $     1,480,000 | $     1,480,000 |
| Prime Clerk (a) | - | 515,000 | 515,000 |
| **Total Estate Professionals** | **-** | **1,995,000** | **1,995,000** |
| | | | |
| **Total Retained Professionals** | **-** | **1,995,000** | **1,995,000** |
| | | | |
| US Trustee Quarterly Fees | - | - | - |
| | | | |
| **Total Professional and US Trustee Fees** | **$     -** | **$     1,995,000** | **$     1,995,000** |

**Footnote(s):**

(a) Prime Clerk payment of $515,000 in November represents a pre-payment for the Notice of
    Commencement mailing.

| | |
|---|---|
| In re: **SEARS HOLDINGS CORPORATION,** *et al.* | Case No.  **18-23538 (RDD)** |
| **(Jointly Administered)** | Reporting Period: **11/4/18 - 12/1/18** |
| **MOR-2** | Federal Tax I.D. No.  **20-1920798** |
| (Unaudited) | |

## STATEMENT OF OPERATIONS

| Condensed & Consolidated Income Statement (a) | **Month Ended December 1, 2018** |
|---|---:|
| | *(in millions)* |
| **REVENUES** | |
| Merchandise sales and services | $ 782 |
| Services and other | 142 |
| Total revenues | 924 |
| | |
| **COSTS AND EXPENSES** | |
| Cost of sales, buying and occupancy - merchandise sales | 674 |
| Cost of sales and occupancy - services and other | 92 |
| Total cost of sales, buying and occupancy | 766 |
| Selling and administrative | 200 |
| Depreciation and amortization | 25 |
| Impairment charges | — |
| Gain on sales of assets | (17) |
| Total costs and expenses | 974 |
| Operating income (loss) | (50) |
| Reorganization, net | (44) |
| Interest expense | (29) |
| Interest and investment income (loss) | 2 |
| Other loss | (8) |
| Income (loss) before income taxes | (129) |
| Income tax (expense) benefit | 4 |
| **NET LOSS** | $ **(125)** |

**Footnote(s):**
(a) Numbers may not foot due to rounding

| | |
|---|---|
| In re: **SEARS HOLDINGS CORPORATION,** *et al.* | Case No. **18-23538 (RDD)** |
| **(Jointly Administered)** | Reporting Period: **11/4/18 - 12/1/18** |
| **MOR-3** | Federal Tax I.D. No. **20-1920798** |
| (Unaudited) | |

## BALANCE SHEET

Condensed & Consolidated Balance Sheet (a)

**As of December 1, 2018**
*(in millions)*

| | |
|---|---:|
| **ASSETS** | |
| Current assets | |
|   Cash and Cash Equivalents | $ 179 |
|   Restricted Cash | 152 |
|   Accounts Receivable | 350 |
|   Merchandise Inventories | 2,081 |
|   Prepaid Expenses and Other Current Assets | 458 |
|   Total Current Assets | 3,220 |
| | |
| Property and Equipment (net of accumulated depreciation and amortization) | 1,010 |
| Goodwill and Intangible Assets | 696 |
| Other Assets | 384 |
| Investment in Subsidiaries | 26,549 |
|   **TOTAL ASSETS** | **$ 31,859** |
| | |
| **LIABILITIES** | |
| Current Liabilities | |
|   Short-Term Borrowings | $ 623 |
|   Current Portion of Long-Term Debt and Capitalized Lease Obligations | 436 |
|   Debtor-in-possession credit facility | 187 |
|   Merchandise Payables | 155 |
|   Intercompany Payables | 27,147 |
|   Other Current Liabilities | 1,553 |
|   Total Current Liabilities | 30,101 |
| | |
| Long-term Debt and Capitalized Lease Obligations | 2,988 |
| Pension and Postretirement Benefits | 135 |
| Deferred Gain on Sale-Leaseback | 236 |
| Sale-Leaseback Financing Obligation | 371 |
| Unearned Revenues | - |
| Other Long-term Liabilities | 567 |
| Long-term Deferred Tax Liabilities | 401 |
|   Total Liabilities Not Subject to Compromise | 34,799 |
| Liabilities Subject to Compromise | 4,327 |
| Commitments and Contingencies | - |
| **DEFICIT** | - |
|   Total Deficit | (7,267) |
|   **TOTAL LIABILITIES AND DEFICIT** | **$ 31,859** |

**Footnote(s):**

(a) Numbers may not foot due to rounding

| | |
|---|---|
| In re: **SEARS HOLDINGS CORPORATION,** *et al.* | Case No.  **18-23538 (RDD)** |
| **Debtor** | Reporting Period: **11/4/18 - 12/1/18** |
| **MOR-4a, 4b, 4c** | Federal Tax I.D. No. **20-1920798** |
| *(in US Dollars)* | |

## MOR-4a: STATUS OF POST-PETITION TAXES

Subject: November Monthly Operating Report Attestation Regarding Post-petition Taxes

The Debtor, Sears Holdings Corporation., *et al.,* hereby submit this attestation regarding post-petition taxes.

All post-petition taxes for the Debtors, which are not subject to dispute or reconciliation, are current. There are no material tax disputes or reconciliations.

*/s/ Rob A. Riecker*
Robert A. Riecker
Member Office of the CEO and Chief Financial Officer
Sears Holdings Corporation., *et. al.*

## MOR-4b: SUMMARY OF UNPAID POST-PETITION VENDOR PAYABLES

| | | NUMBER OF DAYS PAST DUE | | | | |
|---|---|---|---|---|---|---|
| **DESCRIPTION** | **CURRENT** | **1-30 DAYS** | **31-60 DAYS** | **61-90 DAYS** | **91+ DAYS** | **TOTAL** |
| Combined | $ 155,223,732 | $ - | $ - | $ - | $ - | $ 155,223,732 |

## MOR-4c: ACCOUNTS RECEIVABLE AGING

| **DESCRIPTION** | **CURRENT** | **1-30 DAYS** | **31-60 DAYS** | **61-90 DAYS** | **91+ DAYS** | **TOTAL** |
|---|---|---|---|---|---|---|
| Accounts Receivable, Net (a) | | | | | | $ 350,018,310 |

**Footnote(s):**
(a) Accounts Receivable, Net aging for $350,018,310 has not been completed at time of filing this MOR, see Note 8h in the Global Notes for further detail.

| In re: **SEARS HOLDINGS CORPORATION,** *et al.* | Case No. | **18-23538 (RDD)** |
|---|---|---|
| Debtor | Reporting Period: | **11/4/18 - 12/1/18** |
| MOR-5 | Federal Tax I.D. No. | **20-1920798** |

*(in US Dollars)*

## PAYMENTS TO INSIDERS (a)

| INSIDER PAYMENT SUMMARY (FOR THIS PERIOD ONLY) ||
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Regular Earnings, Adjust Regular Earnings, Cash Reimbursement Non-Tax, Commuter Pay, Expense Reimbursement, Relocation Payment, Restructuring Committee Retainer | $ 1,091,331 |

**Footnote(s):**

(a) The payments to insiders includes payments by the Debtors to individuals who were directors of the Board of Sears Holdings Corporation, employees who have been included in the Debtors' Key Employee Incentive Plan, and the Debtors' Chief Restructuring Officer during the reporting period.

Persons included as "insiders" have been included for informational purposes only. The Debtors do not concede or take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose. Further, the inclusion of a party as an "insider" is not an acknowledgement or concession that such party is an "insider" under applicable bankruptcy law.

| In re: **SEARS HOLDINGS CORPORATION**, *et al.* | Case No. | **18-23538 (RDD)** |
| --- | --- | --- |
| **Debtor** | Reporting Period: | **11/4/18 - 12/1/18** |
| **MOR-6** | Federal Tax I.D. No. | **20-1920798** |

*(in US Dollars)*

**DIP FINANCING (TERM LOAN, ABL AND JUNIOR TERM LOAN) - PERIOD TO DATE**

| DESCRIPTION | BEGINNING BALANCE | ADDITIONAL DRAWS | PAYDOWNS | ENDING BALANCE |
| --- | --- | --- | --- | --- |
| DIP ABL Facility (including the rollup of pre-petition ABL revolving and term loans and L/Cs) Note: shows draws and paydowns of DIP term loans only; the revolving advances are repaid with daily cash sweep, except for revolving advances repaid on the Effective Date | $  111,889,241 | $  111,889,241 | ($111,889,241) | $  111,889,241 |
| DIP Junior Term Loan Facility | - | 75,000,000 | - | 75,000,000 |

| In re: **SEARS HOLDINGS CORPORATION,** *et al.* | Case No. | **18-23538 (RDD)** |
|---|---|---|
| **Debtor** | Reporting Period: | **11/4/18 - 12/1/18** |
| | Federal Tax I.D. No. | **20-1920798** |

**MOR 7: DEBTOR QUESTIONNAIRE**

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Comments |
|---|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? | X | | Under a Note Purchase Agreement, Sears Roebuck Acceptance Corp., Sears Holdings Corporation, and certain other Debtors sold their rights, title and interests to certain medium-term intercompany notes (MTN) issued by SRAC to Cyrus Capital Partners, L.P. for $82.5MM on 11/20/18, which proceeds (net of expenses) were received on 11/28/18. (a) |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X | |
| 3. | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X | |
| 4. | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | |
| 5. | Is the Debtor delinquent in paying any insurance premium payment? | | X | |
| 6. | Have any payments been made on pre-petition liabilities this reporting period? | X | | As allowed under the First Day Orders |
| 7. | Are any post petition receivables (accounts, notes or loans) due from related parties? | X | | Sears Hometown and Outlet Stores owes SRC for the monthly intercompany settlement related to service contract sales, inventory and other support functions provided by the debtor. |
| 8. | Are any post petition payroll taxes past due? | | X | |
| 9. | Are any post petition State or Federal income taxes past due? | | X | |
| 10. | Are any post petition real estate taxes past due? | | X | |
| 11. | Are any other post petition taxes past due? | | X | |
| 12. | Have any pre-petition taxes been paid during this reporting period? | X | | The final portion of the sales tax collected between October 7, 2018 and October 15, 2018 was paid in November. |
| 13. | Are any amounts owed to post petition creditors delinquent? | | X | |
| 14. | Are any wage payments past due? | | X | |
| 15. | Have any post petition loans been received by the Debtor from any party? | X | | Received $112MM from BAML, Citi & Wells Fargo as a Debtor in Possession (DIP) Term Loan to SRAC. |
| 16. | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | |
| 17. | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |
| 18. | Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |

**Footnote(s):**

(a)    See *Order Authorizing Debtors to Sell Medium Term Notes* [ECF No. 826].