Presentment Date and Time: January 9, 2019 at 10:00 a.m. (Eastern Time)
Objection Date and Time: January 8, 2019 at 4:00 p.m. (Eastern Time)
Hearing Date (only if Objections filed): To Be Announced

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                   :      Chapter 11
                                                        :
**SEARS HOLDINGS CORPORATION,** *et al.*,               :      Case No. 18-23538 (RDD)
                                                        :
                                                        :      **(Jointly Administered)**
         **Debtors.**[1]                                :
------------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE OF PRESENTMENT OF
STIPULATION AND AGREED ORDER BY AND AMONG THE VILLAGE OF
HOFFMAN ESTATES, SEARS HOLDINGS CORPORATION AND COMMUNITY
UNIT SCHOOL DISTRICT 300 CONCERNING FUNDS HELD PURSUANT TO THE
ECONOMIC DEVELOPMENT AREA AND TAX INCREMENT ALLOCATION ACT**

**PLEASE TAKE NOTICE** that Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), will present the Stipulation and Agreed Order By And Among The Village Of Hoffman Estates, Sears Holdings Corporation And Community Unit School District 300 Concerning Funds Held Pursuant To The Economic Development Area And Tax Increment Allocation Act (the "**Stipulation**") to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on **January 9, 2019 at 10:00 a.m. (Eastern Time)**. A copy of the Stipulation is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Stipulation attached hereto is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Robert D. Drain, so as to be received by **January 8, 2019 at 4:00 p.m. (Eastern Time)**, there will not be a hearing to consider such Stipulation, and such Stipulation may be signed and entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Stipulation, a hearing (the "**Hearing**") will be held to consider such Stipulation before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced.

2

WEIL:\96858164\1\73217.0004

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

Dated: December 31, 2018
      New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors
and Debtors in Possession*

# Exhibit 1

## Stipulation

Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart

1

_____)

## STIPULATION AND ORDER BY AND AMONG THE VILLAGE OF HOFFMAN ESTATES, SEARS HOLDINGS CORPORATION AND COMMUNITY UNIT SCHOOL DISTRICT 300 CONCERNING FUNDS HELD PURSUANT TO THE ECONOMIC DEVELOPMENT AREA AND TAX INCREMENT ALLOCATION ACT

WHEREAS, **o**n October 10, 2018, Community Unit School District 300 (the "**School District**") brought suit against the Village of Hoffman Estates (the "**Village**") and Sears Holdings Corporation ("**Sears**" and together with certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, collectively, the "**Debtors**"), (each a "**Party**" and collectively, the "**Parties**") in the Circuit Court of Cook County, State of Illinois (the "**Circuit Court**"), in a matter styled *Community Unit School District 300 v. Village of Hoffman Estates, et al.*, Case No. 2018 CH 12683 (the "**Illinois Action**"), seeking declaratory, injunctive and other relief arising from Sears' alleged failure to comply with certain terms and conditions of the Economic Development Area and Tax Increment Allocation Act, 20 ILCS 620/1 *et seq.* (the "**EDA Act**") and an Economic Development Agreement entered into by and between the Village and Sears pursuant to the EDA Act, which provides certain subsidies to Sears in the form of annual payments.

WHEREAS, on October 12, 2018, School District filed an Emergency Motion for Injunctive Relief (the "**TRO**") seeking to have the Circuit Court enter an injunction order directing the Village not to make further distributions from the Village's special tax allocation fund maintained under the Sears EDA Act, 20 ILCS 620/4(g) (the "**Special Tax Allocation**

---

Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2

810631v1

**Fund**" and the funds therein, the "**EDA Funds**") to Sears until the rights of the parties in the Illinois Action are declared by the Circuit Court.

WHEREAS, the EDA Funds in dispute in the Illinois Action represent fifty-five percent (55%) of certain EDA Funds presently held in the Special Tax Allocation Fund and projected for distribution to the developer (as set forth in the EDA Act) pursuant to the EDA Act (the "**55% Portion**"). The remaining forty-five percent (45%) of the EDA Funds presently held in the Special Tax Allocation Fund are projected for distribution to various taxing districts within the State of Illinois pursuant to the EDA Act (the "**45% Portion**"), and with respect to those funds, no Party seeks to prevent disbursement of such funds.

WHEREAS, on October 15, 2018, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), staying the Illinois Action pursuant to Section 362 of the Bankruptcy Code.

WHEREAS, On November 12, 2018, the School District filed its *Motion of Community Unit School District 300 for Relief From the Automatic Stay or, in the Alternative, for Abstention* (the "**Lift Stay Motion**"), pursuant to which it sought the entry of an order granting relief from the automatic stay to permit the School District to continue the prosecution of its claims in the Illinois Action. A preliminary hearing on the Lift Stay Motion was held on December 20, 2018.

WHEREAS, the Debtors dispute the allegations made in the Illinois Action and the School District's entitlement to relief requested therein and in the Lift Stay Motion.

WHEREAS, the Parties have reached an interim accord to allow the Village to distribute the 45% Portion (i.e., that portion which is not the subject of the Illinois Action).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Debtors, Village and School District AND HEREBY ORDERED that:

1. The Parties stipulate and agree that the Village shall be authorized to take all necessary steps to distribute the 45% Portion pursuant to the EDA Act.

2. The Parties stipulate and agree that the Village will not distribute the 55% Portion pursuant to the EDA Act until the earlier of (i) entry of an order pursuant to Paragraph 5 of this Stipulation and Order, (ii) ten (10) business days after entry of an order granting or denying the Lift Stay Motion, or (iii) the date the Parties otherwise mutually agree.

3. Each Party expressly agrees that it will not assert that the Village violated any section of the EDA Act, the automatic stay imposed pursuant to Section 362 of the Bankruptcy Code, or any other provisions of the Bankruptcy Code by making the disbursements referenced in Paragraph 1 above.

4. Each Party also expressly agrees that it will not assert that the Village violated any section of the EDA Act, the automatic stay imposed pursuant to Section 362 of the Bankruptcy Code, or any other provisions of the Bankruptcy Code by not disbursing the 55% Portion to Sears until the date set forth in Paragraph 2 above.

5. Nothing in this Stipulation and Order shall be deemed to prejudice the Debtors' rights to petition the Bankruptcy Court, in compliance with the applicable Federal Rules of Bankruptcy Procedure, for a distribution by the Village to Sears of the 55% Portion at any time following the Village's disbursement of the 45% Portion referenced in Paragraph 1 above.

6. Neither this Stipulation and Order, nor any terms contained herein, shall be offered or received as evidence or in any way referred to in any legal action or administrative proceeding among or between the Parties hereto, other than as may be necessary to obtain

approval and to enforce this Stipulation and Order. Nothing herein is intended or shall be construed to waive any defenses, objections, counterclaims or other positions that the Debtors, School District and/or the Village may have with respect to the Illinois Action, the Lift Stay Motion or any action brought by the Debtors pursuant to Paragraph 5 of this Stipulation and Order.

7. Each of the undersigned counsel represents that he/she is authorized to execute this Stipulation and Order on behalf of his/her respective clients.

8. This Stipulation and Order may be executed in multiple counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

9. Notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, 9014, or otherwise, the terms and conditions of this Stipulation shall be immediately effective and enforceable upon approval of the Bankruptcy Court.

(Signature page follows)

**CONSENTED AND AGREED TO:**

| | |
|---|---|
| VILLAGE OF HOFFMAN ESTATES | THE DEBTORS |
| By:_____ <br> One of its Attorneys | By: /s/ Sunny Singh_____ <br> One of Their Attorneys |
| Michael Schein <br> Joshua Dunn <br> Vedder Price P.C. <br> 1633 Broadway, 31st Floor <br> New York, New York  10019 <br> (212) 407-7700 (telephone) <br> (212) 407-7799 (facsimile) | Ray C. Schrock, P.C. <br> Sunny Singh <br> Weil, Gotshal & Manges LLP <br> 767 Fifth Avenue <br> New York, New York  10153 <br> (212) 310-8000 (telephone) <br> (212) 310-8007 (facsimile) |

COMMUNITY UNIT SCHOOL DISTRICT 300

By:_____
One of its Attorneys

Kenneth Florey
Neal Smith
Robbins Schwartz, Nicholas, Lifton & Taylor, Ltd.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
(630) 929-3639 (telephone)
(630) 783-3231 (facsimile)

SO ORDERED THIS
\_\_\_\_\_ DAY OF _____, 2018

_____
UNITED STATES BANKRUPTCY JUDGE

**CONSENTED AND AGREED TO:**

| | |
|---|---|
| VILLAGE OF HOFFMAN ESTATES | THE DEBTORS |
| By: *[signature]* | By:_____ |
| One of its Attorneys | One of Their Attorneys |
| | |
| Michael Schein | Ray C. Schrock, P.C. |
| Joshua Dunn | Sunny Singh |
| Vedder Price P.C. LLP | Weil, Gotshal & Manges |
| 1633 Broadway, 31st Floor | 767 Fifth Avenue |
| New York, New York 10019 | New York, New York 10153 |
| (212) 407-7700 (telephone) | (212) 310-8000 (telephone) |
| (212) 407-7799 (facsimile) | (212) 310-8007 (facsimile) |

COMMUNITY UNIT SCHOOL DISTRICT 300

By:_____
One of its Attorneys

Kenneth Florey
Neal Smith
Robbins Schwartz, Nicholas, Lifton & Taylor, Ltd.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
(630) 929-3639 (telephone)
(630) 783-3231 (facsimile)


SO ORDERED THIS
\_\_\_\_\_ DAY OF _____, 2018


_____
UNITED STATES BANKRUPTCY JUDGE

**CONSENTED AND AGREED TO:**

| VILLAGE OF HOFFMAN ESTATES | THE DEBTORS |
|---|---|
| By: _____ | By: _____ |
| One of its Attorneys | One of Their Attorneys |

Michael Schein  
Joshua Dunn  
Vedder Price P.C.  
1633 Broadway, 31st Floor  
New York, New York  10019  
(212) 407-7700 (telephone)  
(212) 407-7799 (facsimile)

Ray C. Schrock, P.C.  
Sunny Singh  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York  10153  
(212) 310-8000 (telephone)  
(212) 310-8007 (facsimile)

COMMUNITY UNIT SCHOOL DISTRICT 300

By: *Kenneth Florey by sgn*
One of its Attorneys

Kenneth Florey  
Neal Smith  
Robbins Schwartz, Nicholas, Lifton & Taylor, Ltd.  
631 E. Boughton Road, Suite 200  
Bolingbrook, Illinois 60440  
(630) 929-3639 (telephone)  
(630) 783-3231 (facsimile)


SO ORDERED THIS
_____ DAY OF _____, 2018


_____
UNITED STATES BANKRUPTCY JUDGE

810631v1
WEIL:\96854583\7\73217.0004