WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                        :
                                             :        Chapter 11
SEARS HOLDINGS CORPORATION, et al.,          :
                                             :        Case No. 18-23538 (RDD)
                                             :
                        Debtors.[1]          :        (Jointly Administered)
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 2, 2019 AT 10:00 A.M.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

1.  Notice of Hearing for Approval of Sale of Medium Term Intercompany Notes to Cyrus Capital Partners L.P. **[ECF No. 1396]**

    <u>Response Deadline</u>:   December 31, 2018 at 4:00 p.m.

    <u>Responses Filed</u>:   None.

    <u>Related Documents</u>:

    A.  Emergency Motion of Debtors for Order Approving Sale of Medium Term Notes **[ECF No. 642]**

    B.  Order Granting Motion Authorizing Debtors to Sell Medium Term Notes **[ECF No. 826]**

    C.  Motion of Omega Advisors Inc. Pursuant to Sections 105 and 363 of the Bankruptcy Code to Enforce the Court's November 19, 2018 Sale Order and Invalidate the Ultra Vires Sale and Lockup of Medium-Term Intercompany Notes **[ECF No. 1077]**

    D.  Joinder of Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. to the Motion of Omega Advisors Inc. **[ECF No. 1177]**

    E.  Debtors' Objection **[ECF No. 1196]**

    F.  Objection of Cyrus Capital Partners, L.P. **[ECF No. 1199]**

    G.  Joinder of The Official Committee of Unsecured Creditors to Debtors' Objection **[ECF No. 1214]**

    H.  Omnibus Reply of Omega Advisors Inc. **[ECF No. 1292]**

    I.  Reply of Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. **[ECF No. 1294]**

   J.  Response of Cyrus Capital Partners, L.P. **[ECF No. 1455]**

 <u>Status</u>:  This matter is going forward.

Dated:  December 31, 2018
   New York, New York

            <u>/s/ Jacqueline Marcus</u>
            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York  10153
            Telephone:  (212) 310-8000
            Facsimile:  (212) 310-8007
            Ray C. Schrock, P.C.
            Jacqueline Marcus
            Garrett A. Fail
            Sunny Singh
            Jessica Liou

            *Attorneys for Debtors and*
             *Debtors in Possession*