Thomas R. Kreller (admitted pro hac vice)
Eric R. Reimer (admitted pro hac vice)
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone (424) 386-4000

Craig M. Price
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005-1413
Telephone (212) 530-5000
Facsimile (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 <br> ) <br> ) Case No. 18-23538 (RDD) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                           ) SS.
COUNTY OF NEW YORK   )

JACQUELINE BREWSTER, being duly sworn, deposes and says

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Cyrus Capital Partners, L.P., in the above-captioned cases.

On the 31st of December 2018, I caused a copy of the following document:

*Response of Cyrus Capital Partners, L.P. To Debtors' Notice of Hearing for Approval of Sale Of Medium Term Intercompany Notes To Cyrus Capital Partners, L.P.* [Dkt. No. 1455],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by Hand Delivery, and to be served upon the parties identified on Exhibit C attached hereto by Overnight mail.

/s/ Jacqueline Brewster
JACQUELINE BREWSTER

SWORN TO AND SUBSCRIBED before me
this 2nd of January 2019

/s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate filed in New York County
Commission Expires September 18, 2019

**Exhibit A**

Aaron@Bk-Lawyer.Net
Aclark@Cov.Com
Aconway@Taubman.Com
Afeld@Sheppardmullin.Com
Afiedler@Schiffhardin.Com
Agbanknewyork@Ag.Tn.Gov
Aguon@Foxrothschild.Com
Ahalperin@Halperinlaw.Net
Ajd@Ansellgrimm.Com
Ajd@Ansellgrimm.Com
Akadish@Archerlaw.Com
Alex.Macias@Impremedia.Com
Alipkin@Willkie.Com
Alves@Sewkis.Com
Andrew.Cole@Leclairryan.Com
Andrew.Silfen@Arentfox.Com
Andrewcorkhill@Quinnemanuel.Com
Andrewtenzer@Paulhastings.Com
Anthony.Deleo@Cwt.Com
Apetrakov@Offitkurman.Com
Appleby@Chapman.Com
Aqureshi@Akingump.Com
Arainone@Bracheichler.Com
Aron.Hume@Gmail.Com
Arthur.Rosenberg@Hklaw.Com
Ashmead@Sewkis.Com
Asmith@Lockelord.Com
Asnow@Ssbb.Com
Atureaud@Kblaw.Com
Aweaver@Cgsh.Com
Awebb@Fbtlaw.Com
Awilliams@Williamsadvisors.Com
Bankruptcy@Borgeslawllc.Com
Bankruptcy@Clm.Com
Bankruptcy@Evict.Net
Bankruptcy@Morrisoncohen.Com
Bankruptcy2@Ironmountain.Com
Bankruptcynoticeschr@Sec.Gov
Barbra.Parlin@Hklaw.Com
Bbazian@Goodwinlaw.Com

Bbuechler@Lowenstein.Com
Bbutterfield@Mofo.Com
Beth.Brownstein@Arentfox.Com
Bethsolomon@Discover.Com
Bfeder@Kelleydrye.Com
Bgross@Huntonak.Com
Bk@Svllaw.Com
Bmcgrath@Mcglinchey.Com
Bnathan@Lowenstein.Com
Bnkatty@Aldineisd.Org
Bob.Bruner@Nortonrosefulbright.Com
Brad.Eric.Scheler@Friedfrank.Com
Branchd@Ballardspahr.Com
Braynor@Lockelord.Com
Brian.Lohan@Arnoldporter.Com
Brotenberg@Csglaw.Com
Btheisen@Gibbonslaw.Com
Caleb.Holzaepfel@Huschblackwell.Com
Carina.Schoenberger@Usdoj.Gov
Cbelmonte@Ssbb.Com
Cfilardi@Rrlawpc.Com
Cgriffiths@Connollygallagher.Com
Cgruen@Gruenlaw.Com
Cheitzenrater@Duanemorris.Com
Chipford@Parkerpoe.Com
Christopher.Schueller@Bipc.Com
Christy.Rivera@Nortonrosefulbright.Com
Cjm@Msf-Law.Com
Ckwu@Sulmeyerlaw.Com
Cmiller@Mnat.Com
Cmomjian@Attorneygeneral.Gov
Cp@Stevenslee.Com
Cpark@Choiandpark.Com
Cpugatch@Rprslaw.Com
Cschael@Ashfordnjlaw.Com
Curtis.Tuggle@Thompsonhine.Com
Dallas.Bankruptcy@Publicans.Com
Daniel.Swetnam@Icemiller.Com
Darolf@Sorlinglaw.Com
David.Jones6@Usdoj.Gov
David.Rosenzweig@Nortonrosefulbright.Com
David.Rosenzweig@Nortonrosefulbright.Com
David.Tillem@Wilsonelser.Com
Davidtaxin@Dahannowick.Com
Dblau@Clarkhill.Com
Dclarke@Wjslaw.Com

Dcoffino@Cov.Com
Deggert@Freeborn.Com
Dennis.Roemlein@Bnymellon.Com
Dgragg@Langleybanack.Com
Dhw@Dhclegal.Com
Dietdericha@Sullcrom.Com
Dkronenberg@Sidley.Com
Dkupetz@Sulmeyerlaw.Com
Dlieberman@Halperinlaw.Net
Dlk@Jasneflorio.Com
Dlwright@Foley.Com
Dmeegan@Mhksacto.Com
Dmiller@Lubinolson.Com
Dperry@Munsch.Com
Dpick@Picklaw.Net
Dplon@Sirlinlaw.Com
Drosner@Goulstonstorrs.Com
Dsklar@Nixonpeabody.Com
Dtabachnik@Dttlaw.Com
Duane.Brescia@Clarkhillstrasburger.Com
Dwirt@Lockelord.Com
Echafetz@Lowenstein.Com
Ecobb@Pbfcm.Com
Ecobb@Pbfcm.Com
Efile@Pbgc.Gov
Egoodman@Bakerlaw.Com
Eli.Vonnegut@Davispolk.Com
Elio@Higgslaw.Com
Elkinj@Mac.Com
Ellisonmerkel@Quinnemanuel.Com
Elvin.Ramos@Hklaw.Com
Emfox@Seyfarth.Com
Emiller@Bayardlaw.Com
Eneiger@Askllp.Com
Enid.Stuart@Ag.Ny.Gov
Enotices@Skijain.Com
Eric.Waxman@Cwt.Com
Eschnitzer@Ckrlaw.Com
Etikkanen@Reisspreuss.Com
Eweisgerber@Debevoise.Com
Ezucker@Blankrome.Com
Fbr@Robinsonbrog.Com
Fkhan@Bakerlaw.Com
Floridaservice@Sbwh.Law
Fsosnick@Shearman.Com
Gadsden@Clm.Com

5

Garrett.Fail@Weil.Com
Gbrunswick@Willkie.Com
Gchico@Ferraiuoli.Com
George.Howard@Skadden.Com
Gerald.Kennedy@Procopio.Com
Gfox@Goodwinlaw.Com
Ghesse@Huntonak.Com
Gillazarus@Gmail.Com
Ginger.Clements@Arnoldporter.Com
Gregg.Galardi@Ropesgray.Com
Greiss@Reisspreuss.Com
Gsaydah@Ckrlaw.Com
Gseitz@Gsbblaw.Com
Gtoering@Wnj.Com
Harlan.Lazarus@Gmail.Com
Harnerp@Ballardspahr.Com
Hchoi@Choiandpark.Com
Hcohen@Gibbonslaw.Com
Heilmanl@Ballardspahr.Com
Hgj@Jasneflorio.Com
Hjschwartz@Mckoolsmith.Com
Hlazarus@Lazarusandlazarus.Com
Hmagaliff@R3mlaw.Com
Houston_Bankruptcy@Publicans.Com
Howard.Seife@Nortonrosefulbright.Com
Howard.Upchurch@Hanes.Com
Hward@Cohenlaw.Com
Idizengoff@Akingump.Com
Ilan.Markus@Leclairryan.Com
Ira.Greene@Lockelord.Com
Jacqueline.Marcus@Weil.Com
Jaffeh@Pepperlaw.Com
James.Vincequerra@Alston.Com
James.Wilton@Ropesgray.Com
Jared.Friedmann@Weil.Com
Jarnold@Aldridgepite.Com
Jbarsalona@Mnat.Com
Jbromley@Cgsh.Com
Jcanfield@Stroock.Com
Jchristian@Askllp.Com
Jcurley@Ddw-Law.Com
Jdunn@Vedderprice.Com
Jeffrey.Oestericher@Usdoj.Gov
Jerileigh.Miller@Weil.Com
Jessica.Liou@Weil.Com
Jessie.Mishkin@Weil.Com

Jfarnum@Linowes-Law.Com
Jfifarek@Laskyfifarek.Com
Jfigueiredo@Hahnhessen.Com
Jflaxer@Golenbock.Com
Jfrank@Fgllp.Com
Jfroehlich@Lockelord.Com
Jg5786@Att.Com
Jhurwitz@Paulweiss.Com
Jjalemany@Hklaw.Com
Jkleinman@Fgllp.Com
Jkpark@Cgsh.Com
Jlemkin@Stark-Stark.Com
Jlevitin@Cahill.Com
Jmarines@Mofo.Com
Jmarshall@Choate.Com
Jmontgomery@Brownconnery.Com
Jmueller@Lippes.Com
Jody.Bedenbaugh@Nelsonmullins.Com
Joe@Saracheklawfirm.Com
Joia.Johnson@Hanes.Com
Jon@Piercemccoy.Com
Jonpickhardt@Quinnemanuel.Com
Jose.Casal@Hklaw.Com
Jose.Galarza@Usbank.Com
Joseph.Cordaro@Usdoj.Gov
Joshua.Sturm@Ropesgray.Com
Jrhodes@Blankrome.Com
Jshafer@Sbwh.Law
Julie@Bindermalter.Com
Jweinblatt@Sakar.Com
Kay.Brock@Traviscountytx.Gov
Kbifferato@Connollygallagher.Com
Kcapuzzi@Beneschlaw.Com
Kconlan@Connollygallagher.Com
Kcordry@Naag.Org
Kcornish@Paulweiss.Com
Kdwbankruptcydepartment@Kelleydrye.Com
Ketzel@Vedderprice.Com
Kevin@Ksnpc.Com
Kflorey@Robbins-Schwartz.Com
Khansen@Stroock.Com
Kimberly.Kodis@Ropesgray.Com
Klove@Bellnunnally.Com
Knewman@Barclaydamon.Com
Kromano@Mcglinchey.Com
Ksimard@Choate.Com

Ktompsett@Harrisbeach.Com
Kurtzman@Kurtzmansteady.Com
Kutnera@Ballardspahr.Com
Laura.Mccarthy@Morganlewis.Com
Lawrence.Fogelman@Usdoj.Gov
Lawyer@Surilawoffice.Com
Lbercovich@Epicor.Com
Lbrymer@Fmdlegal.Com
Lclayton@Paulweiss.Com
Ldelucia@Schiffhardin.Com
Leib.Lerner@Alston.Com
Leopold.Matt@Epa.Gov
Leslieplaskon@Paulhastings.Com
Lgu@Halperinlaw.Net
Lily@Pacogarment.Com
Linda.Riffkin@Usdoj.Gov
Listwakk@Pepperlaw.Com
Ljkotler@Duanemorris.Com
Lkiss@Klestadt.Com
Lkleist@Choiandpark.Com
Llichtman@Honigman.Com
Lmay@Eisemanlevine.Com
Lmbkr@Pbfcm.Com
Lschildkraut@Archerlaw.Com
Luralene.Schultz@Fennelllaw.Com
Lynn.Butler@Huschblackwell.Com
Mamato@Rmfpc.Com
Marc.Antonecchia@Hklaw.Com
Marc.Zelina@Lw.Com
Mark.Wilson@Fisherbroyles.Com
Marshall.Huebner@Davispolk.Com
Marva.M.Levine@Verizon.Com
Mary.Callahan@Bnymellon.Com
Mary.Callahan@Bnymellon.Com
Matthewscheck@Quinnemanuel.Com
Mbarrie@Beneschlaw.Com
Mbrofman@Weisszarett.Com
Mcatalfimo@Carterconboy.Com
Mccarron.William@Pbgc.Gov
Mchaney@Mcglinchey.Com
Mcto@Debevoise.Com
Mcuellar45@Austinenterpriseslp.Com
Mfelger@Cozen.Com
Mfullington@Wyattfirm.Com
Mgensburg@Gcklegal.Com
Mhall@Foxrothschild.Com

Mherz@Foxrothschild.Com
Michael.Smith2@Computershare.Com
Michael@Bindermalter.Com
Mimi.M.Wong@Irscounsel.Treas.Gov
Mimi.M.Wong@Irscounsel.Treas.Gov
Mkish@Sbwh.Law
Mlegge@Huntonak.Com
Mmccann@Swc-Law.Com
Mro@Prbankruptcy.Com
Mschein@Vedderprice.Com
Mshriro@Singerlevick.Com
Msmall@Foley.Com
Mstein@Chuhak.Com
Mweinstein@Golenbock.Com
Neil.Herman@Morganlewis.Com
Nicholas.Berg@Ropesgray.Com
Niclas.Ferland@Leclairryan.Com
Nkenworthy@Mrrlaw.Net
Notice@Waldrepllp.Com
Nreid@Foxswibel.Com
Nsmith@Robbins-Schwartz.Com
Nsongonuga@Gibbonslaw.Com
Nyrobankruptcy@Sec.Gov
Office@Fennelllaw.Com
Osonik@Pbfcm.Com
Paloma.Vangroll@Weil.Com
Patricia.Chen@Ropesgray.Com
Patricia.Fugee@Fisherbroyles.Com
Paul.Leake@Skadden.Com
Paul.Schwartzberg@Usdoj.Gov
Paul@Orshanpa.Com
Pbasta@Paulweiss.Com
Pbosswick@Ssbb.Com
Pdublin@Akingump.Com
Peter.Aronoff@Usdoj.Gov
Peter.Gilhuly@Lw.Com
Peter.Siroka@Friedfrank.Com
Phealy@Wsfsbank.Com
Plabov@Foxrothschild.Com
Pmartin@Fmdlegal.Com
Pmryan@Sorlinglaw.Com
Pollack@Ballardspahr.Com
Powerwangtxks@Vip.126.Com
Ppascuzzi@Ffwplaw.Com
Pstarkesq@Gmail.Com
Pstrok@Swelawfirm.Com

9

Pweiser@Buchalter.Com
Pzumbro@Cravath.Com
Rabiuso@Swc-Law.Com
Rachel.Obaldo@Oag.Texas.Gov
Raguilar@Mcglinchey.Com
Ray.Schrock@Weil.Com
Rbritton@Paulweiss.Com
Rcerone@Mcglinchey.Com
Rdavis@Cafarocompany.Com
Rgold@Fbtlaw.Com
Rhermann@Sbwh.Law
Richard.Morrissey@Usdoj.Gov
Riela@Thsh.Com
Rkinas@Swlaw.Com
Rlp@Pryormandelup.Com
Rmccord@Certilmanbalin.Com
Rmills@Bellnunnally.Com
Rmukhi@Cgsh.Com
Rnosek@Certilmanbalin.Com
Robert.E.Michael.Esq@Gmail.Com
Rreinert@Shutts.Com
Rseltzer@Cwsny.Com
Rsteinberg@Pricemeese.Com
Rstieglitz@Cahill.Com
Rtucker@Simon.Com
Russ@Bsavory.Com
Rzucker@Lasserhochman.Com
Sam.Ashuraey@Ropesgray.Com
Sanantonio.Bankruptcy@Publicans.Com
Sara.Coelho@Shearman.Com
Saron@Wrslawyers.Com
Sbhattacharyya@Stroock.Com
Sbrauner@Akingump.Com
Sbryant@Lockelord.Com
Sbuergel@Paulweiss.Com
Scarnes@Cooley.Com
Schin@Borgeslawllc.Com
Schristianson@Buchalter.Com
Scimalore@Wilmingtontrust.Com
Scott.Luftglass@Friedfrank.Com
Sdnyecf@Dor.Mo.Gov
Sears.Service@Davispolk.Com
Searsteam@Primeclerk.Com
Secbankruptcy@Sec.Gov
Serviceqa@Primeclerk.Com
Sfalanga@Walsh.Law

Sfink@Weltman.Com
Sgerald@Wtplaw.Com
Shana.Elberg@Skadden.Com
Shane.Ramsey@Nelsonmullins.Com
Shlomomaza@Paulhastings.Com
Sjk@Carmodymacdonald.Com
Skelly@S-D.Com
Smetz@Offitkurman.Com
Smiller@Morrisjames.Com
Sokeefe@Okeefelc.Com
Soneal@Cgsh.Com
Srosen@Rosenpc.Com
Ssally@Ropesgray.Com
Sselbst@Herrick.Com
Ssmith@Mwlaw.Com
Ssouthard@Klestadt.Com
Starr.Judith@Pbgc.Gov
Stephen.Castro@Nortonrosefulbright.Com
Streusand@Slollp.Com
Summersm@Ballardspahr.Com
Sunny.Singh@Weil.Com
Susheelkirpalani@Quinnemanuel.Com
Svanaalten@Cooley.Com
Szuber@Csglaw.Com
Tannweiler@Greerherz.Com
Tarr@Blankrome.Com
Taxcollector@Co.Imperial.Ca.Us
Tcohen@Sheppardmullin.Com
Ted.Dillman@Lw.Com
Terry.Shulsky@Bipc.Com
Tgaa@Bbslaw.Com
Thoffmann@Goulstonstorrs.Com
Thomas.Salerno@Stinson.Com
Thoran@Foxrothschild.Com
Timothy.Farrell@Ropesgray.Com
Tking@Fbtlaw.Com
Tleday@Mvbalaw.Com
Tnixon@Gklaw.Com
Tom@Attorneyzim.Com
Tonder@Stark-Stark.Com
Tyler.Dischinger@Bipc.Com
Vandermarkj@Whiteandwilliams.Com
Wborges@Borgeslawllc.Com
Wilamowsky@Chapman.Com
William.Fennell@Fennelllaw.Com
Wkelleher@Cohenlaw.Com

Wmsimkulak@Duanemorris.Com
Wmsimkulak@Duanemorris.Com
Wschonberg@Beneschlaw.Com
Zylberbergd@Sullcrom.Com

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Sears Bankruptcy Team

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153
Attn: Ray C. Schrock, P.C.
        Garrett A. Fail
        Jacqueline Marcus
        Sunny Singh

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Attn:  Kristopher M. Hansen
        Jonathan D. Canfield
        Sayan Bhattacharyya

Quinn Emanuel Urguhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn:  Susheel Kirpalani

## **Exhibit C**

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley, Esq.
　　　Luke J. Valentino, Esq.