WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                        :
                                                             :    **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al*.,                    :
                                                             :    **Case No. 18-23538 (RDD)**
                                                             :
Debtors.[1]                                                  :    **(Jointly Administered)**
------------------------------------------------------------x

# FIRST SUPPLEMENTAL DECLARATION
# AND DISCLOSURE STATEMENT OF RAY C. SCHROCK, P.C. ON
# BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT TO
# 11 U.S.C. §§ 327, 329, AND 504 AND FED. R. BANKR. P. 2014(a) AND 2016(b)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.

Pursuant to 28 U.S.C. § 1746, I, Ray C. Schrock, P.C. hereby declare as follows:

1. I am a member of the firm of Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"), an international law firm with principal offices at 767 Fifth Avenue, New York, New York 10153 and regional offices in Washington, D.C.; Houston and Dallas, Texas; Miami, Florida; Boston, Massachusetts; Princeton, New Jersey; and Silicon Valley, California; and foreign offices in London, United Kingdom; Warsaw, Poland; Frankfurt and Munich, Germany; Prague, Czech Republic; Paris, France; as well as Beijing, Hong Kong, and Shanghai, China.

2. I submit this declaration (this "**Declaration**") as a supplement to my declaration, dated October 26, 2018 (the "**Original Declaration**"),[2] filed in support of the *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Nunc Pro Tunc to the Commencement Date*. (ECF No. 344) (the "**Weil Retention Application**").

3. This Declaration has been prepared in accordance with paragraph 16 of the Original Declaration, which provides that Weil will supplement the disclosures in the Original Declaration to the extent required as a result of any new material relevant facts or relationships becoming available during these chapter 11 cases.

4. Pursuant to the *Modified Order Authorizing the Retention and Employment of Weil, Gotshal & Manges LLP as Attorneys for the Debtors Nunc Pro Tunc to the Commencement Date* (ECF No. 691) (the "**Weil Retention Order**"), Weil has been authorized, among other things, to advise the Debtors with respect to the Debtors' non-debtors subsidiaries.

---

(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Original Declaration.

2

WEIL:\96843636\6\73217.0004

In accordance with the Weil Retention Order, since the Commencement Date, Weil has advised certain indirect non-debtor subsidiaries of the Debtors—specifically, SRC O.P. LLC, SRC Facilities LLC and SRC Real Estate (TX), LLC (collectively, the "**Sparrow Entities**").

A. **Resignation as Counsel to the Sparrow Entities.**

5.   The Sparrow Entities are borrowers under that certain Credit Agreement, by and among each of the Sparrow Entities and UBS AG, Stamford Branch ("**UBS**") as administrative agent, dated as of March 14, 2018 (as amended from time to time, the "**Sparrow Term Loan Credit Agreement**"). On or around November 13, 2018, the Debtors were advised that JPP, LLC and JPP II, LLC, each an entity affiliated with ESL Investments, Inc., purchased from UBS 100% of UBS's interests in the loans subject to the Sparrow Term Loan Credit Agreement (the "**Sparrow Term Loan**"). On or around the same date, UBS resigned as an administrative agent under the Sparrow Term Loan Credit Agreement.

6.   In addition, SRC Sparrow 2 LLC ("**Sparrow 2**"), a direct parent of SRC O.P. LLC and an indirect parent of the other two Sparrow Entities, is the borrower under that certain Mezzanine Loan Agreement, dated as of March 14, 2018, under which JPP, LLC and JPP II, LLC are lenders. In addition, Sparrow 2 and JPP, LLC and JPP II, LLC are parties to that certain Pledge and Security Agreement in favor of JPP, LLC as administrative agent under the Mezzanine Loan Agreement (the "**Pledge Agreement**"), pursuant to which Sparrow 2 pledged 100% of membership interests in its direct subsidiary SRC O.P. LLC. On or around November 13, 2018, JPP, LLC exercised its voting rights under the Pledge Agreement and removed all employees of the Debtors from their positions as directors and officers of the Sparrow Entities and

changed the number of directors for each Sparrow Entity from five (5) to four (4). JPP, LLC also appointed Emanuel R. Pearlman and Scott D. Vogel as directors of each Sparrow Entity.

7. Furthermore, the Debtors Sears, Roebuck and Co. and Kmart Corporation as lessees, and each of the Sparrow Entities as lessors, are parties to that certain Amended and Restated Master Lease Agreement, dated as of March 14, 2018 (the "**Sparrow Master Lease**"), pursuant to which the two Debtors are obligated to make rent payments to the Sparrow Entities. The Sparrow Master Lease includes approximately 110 properties owned by the Sparrow Entities.

8. In light of the foregoing, there is presently a potential divergence of interests between the Sparrow Entities and the Debtors in their chapter 11 cases. Accordingly, to avoid appearance of any impropriety, Weil has resigned as counsel for the Sparrow Entities effective December 17, 2018 and will continue to represent only the Debtors and subsidiaries of the Debtors other than the Sparrow Entities. However, if the Sparrow Entities later decide to commence chapter 11 cases, there may no longer be such potential divergence of interests.

**B. Supplemental Disclosure Regarding Current and Former Clients.**

9. In addition, Weil has continued to implement the Firm Disclosure Procedures and update the Retention Checklist (as amended, attached hereto as **Annex 1**, the "**Supplemental Retention Checklist**") and the Client Match List accordingly. Either I or an attorney under my supervision has reviewed the connections between Weil and the clients identified on the Client Match List and the connections between those entities and the Debtors. In each case, it has been determined that Weil does not hold or represent an interest that is adverse to the interests of the Debtors' estates and that Weil is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

10. Weil previously has represented, currently represents, and may represent in the future the entities described below (or their affiliates) in matters unrelated to the Debtors' chapter 11 cases. The supplemental disclosure list, attached as **Annex 2** hereto (the "**Supplemental Disclosure List**"), is the product of implementing the Firm Disclosure Procedures since filing the Original Declaration. The Supplemental Disclosure List contains entities that have not been previously disclosed as well as entities previously disclosed but whose described relationship to the Debtors has been supplemented. An entity is listed as a "**Current Client**" on the Supplemental Disclosure List if Weil has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past two (2) years. An entity is listed as a "**Former Client**" in the Supplemental Disclosure List if Weil represented such entity or a known affiliate of such entity within the past two (2) years based on recorded attorney time charges on a matter, but all matters for such entity or any known affiliate of such entity have been formally closed. Except as described below, Weil has not represented, does not represent, and will not represent any of such entities in matters directly related to the Debtors or these chapter 11 cases.

11. To the best of my knowledge and information, the annual fees for each of the last two years paid to Weil by any entity listed on **Annex 2** or its affiliates, did not exceed 1% of the Firm's annual gross revenue, except for Brookfield, Centerbridge Partners, General Electric, Lindsay Goldberg, and certain affiliates of Serta Simmons, LLC/Simmons Bedding Company, LLC. Weil has represented and continues to represent Brookfield, Centerbridge Partners, General Electric, Lindsay Goldberg, Serta, and certain of their respective affiliates in a variety of matters, all of which are unrelated to the Debtors or these chapter 11 cases.

5

12. To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review or as additional material, relevant facts or relationships becomes available, Weil will file a further supplemental declaration stating such amended or modified information.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 2nd of January, 2019

/s/ Ray C. Schrock
Ray C. Schrock, P.C.
Member, Weil, Gotshal & Manges LLP

# Annex 1

## Supplemental Retention Checklist

- Debtors and Affiliates
- Debtors' Trade Names and Aliases (last 8 years)
- Banks
- Current and Former Officers and Directors (last 2 years) and Known Affiliations
- Customer Programs
- Debtors' Greater-than-5% Equity Ownership
- Employee Benefits
- Governmental
- Indentures
- Insurers and Insurance Brokers
- Landlords and Related Parties
- Lienholders
- Notice of Appearance Parties
- Other Parties in Interest and Known Professionals
- Parties to Litigation
- Potential Bidders
- Professionals Retained by the Debtors
- Secured Lenders
- Secured Notes
- Significant Competitors
- Supplemental Workforce Agencies
- Top 40 Unsecured Creditors
- Unions
- United States Trustee, Judges, and Court Contacts for the Southern District of New York (and Key Staff Members)
- Unsecured Creditors' Committee Members and Known Professionals
- Unsecured Notes
- Utilities
- Vendors

## **Annex 2**

### **Supplemental Disclosure List**

WEIL:\96843636\6\73217.0004

**Supplemental Disclosure List**

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Abbott Laboratories | Litigation | Current Client |
| ACE American Insurance Company ("Chubb Company") <br><br> ACE Fire Underwriters Insurance Company ("Chubb Company") <br><br> ACE Property and Casualty Insurance Company ("Chubb Company") <br><br> Illinois Union Insurance Company ("Chubb Company") <br><br> Indemnity Insurance Company of North America ("Chubb Company") <br><br> Westchester Fire Insurance Company ("Chubb Company") <br><br> Westchester Surplus Lines Insurance Company ("Chubb Company") | Insurance | Current Client or its Affiliate or Subsidiary |
| ACE Insurance and/or Chubb Insured <br><br> ACE American Insurance Company <br><br> CHUBB – PRODS <br><br> CHUBB | Litigation Party | Current Client or its Affiliate or Subsidiary |
| ADP | Litigation Party | Affiliate or Subsidiary of Current Client |
| AK Steel Corporation | Litigation Party | Current Client |
| Alameda County Water District | Taxing Authority | Related to Current Client |
| Alvarez & Marsal North America, LLC | Estate Professionals | Affiliate or Subsidiary of Current Client |
| Amazon <br><br> Amazon.com <br><br> Amazon.com Services, Inc. | Litigation Party <br><br> Interested Party | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Anchorage Capital Group, L.L.C. | Interested Party | Current Client |
| Ares | Interested Party | Current Client |
| Arkema, Inc. | Litigation Party | Affiliate or Subsidiary of Current Client |
| ARKLA Chemical Corporation | Litigation | Affiliate or Subsidiary of Current Client |
| Assurant | Interested Party | Current Client |
| AT&T Corp. | Litigation Party | Affiliate or Subsidiary of Current Client |
| Bain Capital | Interested Party | Current Client |
| Barclays | Interested Party | Current Client |
| BASF Catalysts LCC | Litigation | Affiliate or Subsidiary of Current Client |
| Baupost | Interested Party | Current Client |
| Brigade Capital Management | Interested Party | Current Client |
| Brookfield | Interested Party | Current Client |
| Cardtronics USA, Inc. | Vendor | Affiliate or Subsidiary of Current Client |
| Carlyle | Interested Party | Current Client |
| CBS Corporation | Litigation Party | Current Client |
| Centerbridge Partners, L.P. | Interested Party | Current Client |
| CIII BAC MOF-5 Orchard Plaza, c/o Forb/o Farbman Group IV LLC | Taxing Authority-Related | Related to Current Client |

2

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Citibank, N.A.<br>Citibank | Litigation Party | Current Client |
| City of Oakland | Taxing Authority | Related to Current Client |
| Cowen | Interested Party | Current Client |
| Credit Suisse | Interested Party | Current Client |
| CSAA Insurance Exchange<br>CSAA Fire & Casualty Insurance Company<br>CSAA Affinity Insurance Company (formerly known as Keystone Insurance Company) | Litigation Party | Affiliate or Subsidiary of Current Client |
| Daimler Trucks North America | Litigation Party | Affiliate or Subsidiary of Current Client |
| Delaware Division of Corporations<br>Delaware Division of Revenue | Taxing Authorities | Affiliate or Subsidiary of Current Client |
| Deutsche Bank | Interested Party | Current Client |
| DFS Services, LLC | Notice of Appearance Party | Affiliate or Subsidiary of Current Client |
| Duff & Phelps, LLC | Notice of Appearance Party | Current Client |
| Earthbound LLC | Interested Party | Affiliate or Subsidiary of Current Client |
| Electrolux | Interested Party | Current Client |
| Enterprise Holdings, Inc. | Litigation | Current Client |
| Evercore Group LLC | Estate Professionals | Affiliate or Subsidiary of Current Client |
| Fortress Investment Group | Interested Party | Current Client |
| FTI Consulting, Inc. | Estate Professionals | Current Client |
| Garland City Tax Collector<br>Garland ISD Tax Collector | Taxing Authority | Current Client |

3

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| City of Garland, TX<br><br>Garland ISD | | |
| Gemini Management Company, LLC (In Receivership), c/o C-III Asset Management LLC | Landlord | Related to Current Client |
| General Electric Company | Litigation Party | Current Client |
| General Motors Corporation | Litigation Party | Current Client |
| Genuine Parts | Interested Party | Current Client |
| GFI-Glendale Investments, Ltd. | Litigation Party | Affiliate or Subsidiary of Current Client |
| GGP LP LLC, dba PDC - Eastridge Mall LLC | Landlord | Affiliate or Subsidiary of Current Client |
| GGP Staten Island Mall, LLC<br><br>GGP - Maine Mall, LLC<br><br>General Growth Properties, Inc.<br><br>General Growth Mall<br><br>General Growth Properties | Litigation Party | Affiliate or Subsidiary of Current Client |
| Great American | Interested Party | Current Client |
| H.I.G. Capital | Interested Party | Current Client |
| Hireright Solutions | Litigation Party | Affiliate or Subsidiary of Current Client |
| Home Depot<br><br>Home Depot USA, Inc.<br><br>Home Depot U.S.A., Inc. d/b/a The | Litigation Party<br>Interested Party | Current Client |

4

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Home Depot | | |
| Houlihan Lokey Capital, Inc. | Estate Professionals | Former Client |
| IAC | Interested Party | Current Client |
| Icon Health and Fitness, Inc.<br><br>ICON Health and Fitness<br><br>ICON Health & Fitness, Inc | Litigation Party | Current Client |
| JLL Valuation & Advisory Services, LLC | Estate Professionals | Affiliate or Subsidiary of Current Client |
| JLT Specialty Insurance Services | Insurance | Current Client |
| JPMCC 2007-LDP12 South Expressway 83, LLC, c/o ProEquity Asset Management Corp. | Landlord | Affiliate or Subsidiary of Current Client |
| KKR | Interested Party | Current Client |
| Lease Plan USA | Litigation Party | Current Client |
| Liberty Mutual Fire Insurance Company<br><br>Liberty Insurance Corporation<br><br>Liberty Insurance Company | Litigation Party | Affiliate or Subsidiary of Current Client |
| Lindsay Goldberg | Interested Party | Current Client |
| Macy's California Realty, LLC<br><br>Macy's Retail Holdings, Inc.<br><br>Macy's, Inc. | Litigation Party | Current Client |
| Mastercard | Interested Party | Current Client |
| Mophotrust | Taxing Authority-Related | Affiliate or Subsidiary Current Client |
| New York Department of Finance<br><br>New York Liquor Authority<br><br>New York Secretary of State | Taxing Authorities | Affiliate or Subsidiary of Current Client |

5

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| New York State Liquor Authority<br><br>New York State Sales Tax | | |
| Och-Ziff Capital Investments, L.L.C.<br><br>OZ Management LP<br><br>Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Interested Party | Affiliate or Subsidiary of Current Client |
| Omega<br><br>Omega Advisors Inc. | Interested Party | Current Client |
| Pepsi Beverages Holdings, Inc. | Litigation Party | Affiliate or Subsidiary of Current Client |
| Platinum Equity | Interested Party | Current Client |
| Platinum Equity Advisors, LLC | Interested Party | Affiliate or Subsidiary of Current Client |
| Purdue Pharma | Litigation | Former Client |
| Rite Aid Pharmacy | Litigation | Related to Current Client |
| Samsung Electronics America, Inc.<br><br>Samsung Electronic Co., Ltd.,<br><br>Samsung Information Systems America, Inc.<br><br>Samsung Electronics, Inc. | Litigation Party | Current Client |
| Schindler Elevator Corporation | Litigation Party | Current Client |
| Schindler of Puerto Rico LLC | Litigation Party | Affiliate or Subsidiary Current Client |
| Sedgwick Insurers and Insurance Brokers<br><br>Sedgwick<br><br>Sedgwick Claims Management Services, Inc.<br><br>Sedgwick Claims Management Services, Inc. aka Sedgwick CMS<br><br>Sedgwick CMS | Insurance and Insurance Brokers<br><br>Vendor<br><br>Litigation Party | Affiliate or Subsidiary of Current Client |

6

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Sedgwick Claims Management | | |
| Serta Simmons, LLC<br><br>Simmons Bedding Company, LLC | Litigation Party | Affiliate or Subsidiary Current Client |
| Simon Property Group, Inc.<br><br>Simon Property Group, L.P.<br><br>Simon Management Associates, LLC<br><br>Simon Property Group (Texas), L.P.<br><br>Simon Property Group, L.P., dba Greenwood Park Mall, LLC<br><br>SPG-FCM II LLC dba Stoneridge S&S, LLC, c/o Simon Property Group | Litigation Party<br><br>Interested Party | Related to Former Client |
| Starwood Property Mortgage Sub 9-A. L.L.C.<br><br>Starwood Property Mortgage, L.L.C. | Lienholders | Affiliate or Subsidiary Current Client |
| Starwood Retail Partners dba Louis Joliet Mall<br><br>Starwood Capital Group, L.L.C<br><br>Starwood Retail Partners, LLC | Litigation Party | Affiliate or Subsidiary of Current Client |
| Stephens Inc. | Interested Party | Current Client |
| Teamwork Investments, LLC | Litigation Party | Affiliate or Subsidiary of Current Client |
| The Jordan Company, L.P. | Interested Party | Current Client |
| Tiger | Interested Party | Related to Current Client |
| TowerBrook Capital Partners L.P. | Interested Party | Affiliate or Subsidiary of Current Client |
| TPG | Interested Party | Affiliate or Subsidiary of Current Client |
| Turner Broadcasting Sales, Inc. | Notice of Appearance Party | Affiliate or Subsidiary |

7

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
|  |  | Current Client |
| UBS AG, Stamford Branch | Lienholders | Current Client |
| Verizon Capital Corp. | Notice of Appearance Party | Affiliate or Subsidiary Current Client |
| Visa | Interested Party | Current Client |
| Walmart<br><br>Walmart Corporation<br><br>Wal-Mart Stores East, LP<br><br>Wal-Mart, ADP<br><br>Wal-Mart Stores, Inc. | Interested Party<br><br>Litigation Party | Current Client |
| Warburg Pincus | Interested Party | Current Client |
| Wells Fargo Bank, N.A. | Litigation Party | Current Client |
| Whirlpool Corporation | Litigation Party | Current Client |
| Whole Foods Market, IP, L.P.<br><br>Whole Foods Market, IP | Litigation Party | Affiliate or Subsidiary of Current Client |
| Wilmington Trust Company Corporate Trust Administration | Landlord | Affiliate or Subsidiary Current Client |

8