# EXHIBIT "A"

BET Investments, Inc.
200 DRYDEN ROAD
SUITE 2000
DRESHER, PA 19025

(215) 938-7300

1/2/2019        **ACCOUNT NUMBER**

Sears, Roebuck and Co.            BET06126 1
3333 Beverly Road
Hoffman Estates, IL 60179

**MAKE CHECKS PAYABLE TO: BT GRANITE RUN, LP**

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 11/1/2018 | CAM | COMMON AREA MAINTENANCE | $730.42 | $0.00 | $730.42 |
| 11/1/2018 | RNT | BASE RENT | $7,500.01 | $0.01 | $7,500.00 |
|  |  |  |  |  | **$8,230.42** |
| 12/1/2018 | CAM | COMMON AREA MAINTENANCE | $730.42 | $0.00 | $730.42 |
| 12/1/2018 | RNT | BASE RENT | $7,500.00 | $0.00 | $7,500.00 |
|  |  |  |  |  | **$8,230.42** |
| 12/12/2018 | REP | 2018 COUNTY TAX | $24,849.35 | $0.00 | $24,849.35 |
| 12/12/2018 | REP | 2018-2019 SCHOOL TAX | $121,851.94 | $0.00 | $121,851.94 |
| 12/12/2018 | REP | 2017-2018 SCHOOL TAX - REASSES | $3,850.64 | $0.00 | $3,850.64 |
| 12/12/2018 | REP | 2018 TOWNSHIP TAX | $6,656.08 | $0.00 | $6,656.08 |
|  |  |  |  |  | **$157,208.01** |
| 12/14/2018 | MIS | SNOW REMOVAL 12/2/18-12/9/18 | $1,532.13 | $0.00 | **$1,532.13** |
| 1/1/2019 | CAM | COMMON AREA MAINTENANCE | $730.42 | $0.00 | $730.42 |
| 1/1/2019 | RNT | BASE RENT | $7,500.00 | $0.00 | $7,500.00 |
|  |  |  |  |  | **$8,230.42** |

**balance:**        **$183,431.40**