**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for BT Granite Run, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEARS HOLDINGS CORPORATION, INC., et al., | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2019, he caused a copy of the foregoing Notice of Motion and Motion of BT Granite Run, LP for the Entry of an Order Pursuant to 11 U.S.C. §365(d)(3) Compelling the Immediate Payment of Post-Petition Rent and Lease Obligations to be served upon all parties via the Court's CM/ECF electronic filing system and by electronic mail as provided in the Amended Order Implementing Certain Notice and Case Management Procedures entered on November 1, 2018 at Docket No. 405.

_____
JEFFREY KURTZMAN

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Chambers of the Honorable Robert D. Drain | U.S. Bankruptcy Court for the Southern District of New York | 300 Quarropas Street | Room 248 | White Plains | NY | 10601 |
| the Debtors c/o Sears Holdings Corporation | Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq | 3333 Beverly Road | Hoffman Estates | | IL | 60179 |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq | 767 Fifth Avenue | | New York | NY | 10153 |
| Office of the United States Trustee for Region 2 (the "U.S. Trustee") | Attn: Paul Schwartzberg, Esq | 201 Varick Street | Suite 1006 | New York | NY | 10014 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq. | 4 Times Square | | New York | NY | 10036 |
| Davis Polk & Wardell LLP | Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq. | 450 Lexington Avenue | | New York | NY | 10017 |
| Cleary, Gottlieb | Attn: Sean A. O'Neal, Esq. | One Liberty Plaza | | New York | NY | 10006 |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq. | 101 Park Avenue | | New York | NY | 10178 |
| Seyfarth Shaw LLP | Attn: Edward M. Fox, Esq. | 620 Eighth Avenue | | New York | NY | 10018 |
| Carter Ledyard & Milburn LLP | (Attn: James Gadsden, Esq. | 2 Wall Street | | New York | NY | 10015 |
| Locke Lord LLP | Attn: Brian Raynor, Esq. | 111 South Wacker Drive | | Chicago | IL | 60606 |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq. | One Bryant Park | | New York | NY | 10036 |

| Brookfield Property REIT Inc. | Attn: Kristen N. Pate | 350 N. Orleans St. | Suite 300 | Chicago | IL | 60654-1607 |
|---|---|---|---|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 |
| The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | 101 Barclay St., Floor 8W | | New York | NY | 10286 |
| Travis County Attorney | Attn: David Escamilla | P.O. Box 1748 | | Austin | TX | 78767 |
| Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | Corporate Capital Markets | 50 South Sixth Street, Suite 1290 | Minneapolis | MN | 55402 |
| Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. | 1265 Scottsville Road | | Rochester | NY | 14624 |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 4 | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com |
| 5 | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| 6 | Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| 7 | Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| 8 | Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| 9 | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| 10 | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| 11 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com; lschildkraut@archerlaw.com |
| 12 | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com; ginger.clements@arnoldporter.com |
| 13 | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| 14 | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com; jchristian@askllp.com |
| 15 | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | jg5786@att.com |
| 16 | Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| 17 | Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| 18 | Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| 19 | Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| 20 | Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| 21 | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com; summersm@ballardspahr.com |
| 22 | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com; kutnera@ballardspahr.com |
| 23 | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| 24 | Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| 25 | Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| 26 | Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com; klove@bellnunnally.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 27 | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com |
| 28 | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| 29 | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| 30 | Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| 31 | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com; EZucker@BlankRome.com |
| 32 | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com; schin@borgeslawllc.com |
| 33 | Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| 34 | Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| 35 | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| 36 | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| 37 | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com; rstieglitz@cahill.com |
| 38 | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| 39 | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| 40 | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com; bankruptcy@clm.com |
| 41 | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | Dennis.roemlein@bnymellon.com; rmccord@certilmanbalin.com; rnosek@certilmanbalin.com |
| 42 | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com; wilamowsky@chapman.com |
| 43 | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com; szuber@csglaw.com |
| 44 | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com; jmarshall@choate.com |
| 45 | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com; cpark@choiandpark.com; lkleist@choiandpark.com |
| 46 | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 47 | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com; gsaydah@ckrlaw.com |
| 48 | Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| 49 | Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| 50 | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | soneal@cgsh.com; jbromley@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com |
| 51 | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| 52 | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| 53 | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com |
| 54 | Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com; scarnes@cooley.com |
| 55 | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com; aclark@cov.com |
| 56 | Cozen O'Connor | Attn: Mari E. Feiger | mfeiger@cozen.com |
| 57 | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| 58 | Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| 59 | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| 60 | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com; sears.service@davispolk.com |
| 61 | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com; eweisgerber@debevoise.com |
| 62 | DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| 63 | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com; WMSimkulak@duanemorris.com |
| 64 | Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com; CHeitzenrater@duanemorris.com |
| 65 | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 66 | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| 67 | Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| 68 | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| 69 | FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| 70 | FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| 71 | Foley & Lardner LLP | Attn: Derek L. Wright | dlwright@foley.com |
| 72 | Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| 73 | Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| 74 | Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| 75 | Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| 76 | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com  mherz@foxrothschild.com |
| 77 | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |
| 78 | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com  jkleinman@fgllp.com |
| 79 | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| 80 | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com  scott.luftglass@friedfrank.com  peter.siroka@friedfrank.com |
| 81 | Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| 82 | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com  awebb@fbtlaw.com |
| 83 | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com  lbrymer@fmdlegal.com |
| 84 | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| 85 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| 86 | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com  nsongonuga@gibbonslaw.com |
| 87 | Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| 88 | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| 89 | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com  mweinstein@golenbock.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 90 | Goodwin Procter LLP | Attn: Barry Z. Bazian | gfox@goodwinlaw.com; bbazian@goodwinlaw.com |
| 91 | Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| 92 | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| 93 | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| 94 | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| 95 | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net; lgu@halperinlaw.net |
| 96 | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| 97 | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com; howard.upchurch@hanes.com |
| 98 | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| 99 | Herrick, Feinstein LLP | Attn: Stephen B. Selbst | sselbst@herrick.com |
| 100 | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| 101 | Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com; Marc.Antonecchia@hklaw.com |
| 102 | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| 103 | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | elvin.ramos@hklaw.com; jose.casal@hklaw.com; jjalemany@hklaw.com |
| 104 | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |
| 105 | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com; mlegge@huntonak.com |
| 106 | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| 107 | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| 108 | Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| 109 | Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@Icemiller.com |
| 110 | Imperial County Treasurer-Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| 111 | Impremedia Operating Company, LLC | Attn: Carol Rodas | carol.rodas@impremedia.com |
| 112 | Internal Revenue Service | Attn: Centralized Insolvency Operation | |
| 113 | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| 114 | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Mimi.M.Wong@irscounsel.treas.gov; Bankruptcy2@ironmountain.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 115 | Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| 116 | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com |
| 117 | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com; lkiss@klestadt.com |
| 118 | Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| 119 | Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| 120 | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| 121 | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| 122 | Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| 123 | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com; ted.dillman@lw.com |
| 124 | Law Office of Gilbert A. Lazarus, PLLC | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| 125 | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| 126 | Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com; luralene.schultz@fennelllaw.com; office@fennelllaw.com |
| 127 | Law Offices of Charles A. Gruen | 381 Broadway | cgruen@gruenlaw.com |
| 128 | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| 129 | Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| 130 | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com |
| 131 | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com; niclas.ferland@leclairryan.com; andrew.cole@leclairryan.com |
| 132 | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| 133 | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| 134 | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 135 | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| 136 | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| 137 | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith, David W. Wirt | braynor@lockelord.com; asmith@lockelord.com; dwirt@lockelord.com |
| 138 | Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| 139 | Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| 140 | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| 141 | Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| 142 | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com; bnathan@lowenstein.com |
| 143 | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| 144 | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com; kromano@mcglinchey.com |
| 145 | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com; raguilar@mcglinchey.com; rcerone@mcglinchey.com |
| 146 | McKool Smith, P.C. | Attn: H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| 147 | Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| 148 | Meyers, Rodvell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| 149 | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| 150 | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| 151 | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| 152 | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| 153 | Montee & Associates | Attn: Kevin P. Montee, Esq. | |
| 154 | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| 155 | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| 156 | Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 157 | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com jbarsalona@mnat.com |
| 158 | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com bbutterfield@mofo.com |
| 159 | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| 160 | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| 161 | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| 162 | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| 163 | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| 164 | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| 165 | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart, Assistant Attorney General | enid.stuart@ag.ny.gov |
| 166 | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| 167 | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| 168 | Norton Rose Fulbright US LLP | Attn: David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| 169 | Norton Rose Fulbright US LLP | Attn: Howard Seife, Esq., & Christy Rivera, Esq. | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| 170 | Norton Rose Fulbright US LLP | Attn: Stephen Castro, David A. Rosenzweig | stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com |
| 171 | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| 172 | Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| 173 | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| 174 | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| 175 | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| 176 | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| 177 | Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| 178 | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |

In re: *Sears Holdings Corporation, et al.*
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 179 | Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com; andrewtenzer@paulhastings.com; shlomomaza@paulhastings.com |
| 180 | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| 181 | Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| 182 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| 183 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| 184 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| 185 | Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| 186 | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| 187 | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| 188 | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com; serviceqa@primeclerk.com |
| 189 | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| 190 | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| 191 | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| 192 | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com; etikkanen@reisspreuss.com |
| 193 | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| 194 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com; nsmith@robbins-schwartz.com |
| 195 | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com; Aron.hume@gmail.com |
| 196 | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| 197 | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com; kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 198 | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; joshua.sturm@ropesgray.com |
| 199 | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com |
| 200 | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| 201 | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| 202 | S&D Law | Attn: Steven W. Kelly | skelly@s-d.com |
| 203 | S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| 204 | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com; rabiuso@swc-law.com |
| 205 | Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| 206 | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com; asnow@ssbb.com; pbosswick@ssbb.com |
| 207 | Saul Ewing Arnstein & Lehr LLP | Attn: Dipesh Patel | dipesh.patel@saul.com |
| 208 | Saul Ewing Arnstein & Lehr LLP | Attn: Phillip M. Hudson III, Carmen Contreras-Martinez | phil.hudson@saul.com; carmen.contreras-martinez@saul.com |
| 209 | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq. | ldelucia@schiffhardin.com; afiedler@schiffhardin.com |
| 210 | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov |
| 211 | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | NYROBankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| 212 | Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com; alves@sewkis.com |
| 213 | Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| 214 | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com; sara.coelho@shearman.com |
| 215 | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com; tcohen@sheppardmullin.com |
| 216 | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| 217 | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| 218 | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| 219 | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 220 | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com; Shana.Elberg@skadden.com; George.Howard@skadden.com |
| 221 | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| 222 | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| 223 | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| 224 | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| 225 | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com; pmryan@sorlinglaw.com |
| 226 | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| 227 | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| 228 | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com; jlemkin@stark-stark.com |
| 229 | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| 230 | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| 231 | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| 232 | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com; zylberbergd@sullcrom.com |
| 233 | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com |
| 234 | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| 235 | Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| 236 | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov; mccarron.william@pbgc.gov; efile@pbgc.gov |
| 237 | The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| 238 | Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| 239 | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| 240 | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| 241 | U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | jose.galarza@usbank.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 242 | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov; Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov; Linda.Riffkin@usdoj.gov |
| 243 | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| 244 | Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| 245 | Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| 246 | Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| 247 | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| 248 | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| 249 | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| 250 | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |
| 251 | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. | ray.schrock@weil.com |
| 252 | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| 253 | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| 254 | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| 255 | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| 256 | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| 257 | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com; gbrunswick@willkie.com |
| 258 | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| 259 | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| 260 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | david.tillem@wilsonelser.com |

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| # | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 261 | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| 262 | Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |
| 263 | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |