**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for BT Granite Run, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEARS HOLDINGS CORPORATION, INC., et al., | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF BT GRANITE RUN, LP FOR AN ORDER COMPELLING THE PAYMENT OF POST-PETITION RENT AND RELATED LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §365(d)(3)**

Upon consideration of the motion (the "Motion") of BT Granite Run, LP ("BT Granite Run") for an Order Compelling the Payment of Post-Petition Rent and Related Lease Obligations Pursuant to 11 U.S.C. §365(d)(3), and any objections or responses to the relief requested therein, and notice of the Motion having been due and proper, and the Court having considered the Motion and any opposition thereto, it is hereby

ORDERED, pursuant to 11 U.S.C. §365(d)(3). that the Motion is granted; and it is further

ORDERED, in accordance with the foregoing, that Sears Roebuck and Company, one of the debtors herein, shall immediately satisfy all post-petition amounts due under the lease described in the Motion within five (5) business days of the date hereof; and it is further

ORDERED, that this Court shall retain jurisdiction to implement and enforce this Order to the extent necessary.

_____
ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE
