**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Fl.
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (201) 678-6328
Jill B. Bienstock, Esq.

**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
Michael D. Warner, Esq.

*Counsel for Kellogg Sales Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | |
| | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that, Cole Schotz P.C., hereby appears in the above-captioned case as counsel and requests that all notices given or required to be given in these cases and any case consolidated herewith or any resulting converted case, and all papers served or required to be served in these cases and any case consolidated herewith (this "Notice"), on behalf of Kellogg Sales Company, be given to and served upon:

Michael D. Warner, Esq.
**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, Texas  76102
817-810-5250 Telephone
817-810-5255 Facsimile
mwarner@coleschotz.com

and

Jill B. Bienstock, Esq.
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Fl.
New York, New York 10019
Telephone: (212) 752-8000
Facsimile:  (201) 678-6328
jbienstock@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before the Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

DATED: January 3, 2019

By: /s/ *Jill B. Bienstock*
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Fl.
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (201) 678-6328
Jill B. Bienstock, Esq.

and

**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Telephone : (817) 810-5250
Facsimile : (817) 810-5255
Michael D. Warner, Esq

*Counsel for Kellogg Sales Company*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's CM/ECF notice system in the above cases on this 3rd day of January, 2019.

                                            /s/ *Jill B. Bienstock*
                                            Jill B. Bienstock

76006/0063-16738533v1