UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Hearing Date: January 18, 2019**
**Hearing Time: 10:00 a.m.**

------------------------------------------------------- x
                                                        :
In re                                                   :          Chapter 11
                                                        :
SEARS HOLDINGS CORPORATION, *et al.*,                   :          Case No. 18-23538 (RDD)
                                                        :
                                          Debtors.      :          Jointly Administered
                                                        :
------------------------------------------------------- x

## <u>NOTICE OF MOTION FOR APPOINTMENT OF FEE EXAMINER</u>

PLEASE TAKE NOTICE that upon this Notice of Motion and the accompanying memorandum of law, William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), will move this Court before the Honorable Robert D. Drain, Bankruptcy Judge, in the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on **January 18, 2019 at 10:00 a.m.,** or as soon thereafter as counsel can be heard, for the appointment of a Fee Examiner, and for such other and further relief as this Court may deem just and proper. The original application is on file with the Clerk of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and personally served on the United States Trustee, at 201 Varick Street, Room 1006, New York, New York 10014, to the attention of Paul Schwartzberg and Richard C. Morrissey, Esqs., no later than seven (7) days prior to the return date set forth above.  Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
       January 3, 2019

                                    WILLIAM K. HARRINGTON
                                    UNITED STATES TRUSTEE


                            By:     /s/ Richard C. Morrissey
                                    Paul Schwartzberg
                                    Richard Morrissey
                                    Trial Attorneys
                                    201 Varick Street, Room 1006
                                    New York, New York 10014
                                    Tel. No. (212) 510-0500
                                    Fax. No. (212) 668-2255