UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
In re                                             :    Chapter 11
:
SEARS HOLDINGS CORPORATION, *et al.*,             :    Case No. 18-23538 (RDD)
:
Debtors.      :    Jointly Administered
:
---------------------------------------------------------- x

## AFFIRMATION OF SERVICE

Richard C. Morrissey hereby affirms under penalty of perjury that the forgoing is true and correct:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On January 3, 2019, I caused (1) a true and correct copy of the Notice of Motion, Motion (the "Motion") of the United States Trustee for Order Authorizing Appointment of Independent Fee Examiner and proposed order to be served by email upon:

   Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Ray C. Schrock, P.C., Schrock, Ray.Schrock@weil.com attorneys for the Debtors;

   Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attn: Paul D. Leake, Esq., paul.leake@skadden.com, attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent;

   Davis Polk & Wardell LLP, 450 Lexington Avenue, New York, NY, 10017, Attn: Marshall S. Huebner, Esq, marshall.huebner@davispolk.com attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility;

   Cleary, Gottlieb, One Liberty Plaza, New York, NY, 10006, Attn: Sean A. O'Neal, Esq., soneal@cgsh.com , attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility;

   Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, Attn: Eric R. Wilson, Esq., ewilson@kelleydrye.com attorneys for Computershare Trust Company,

N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes;

Seyfarth Shaw LLP, 620 Eighth Avenue, New York, NY 10018, Attn: Edward M. Fox, Esq., emfox@seyfarth.com attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes;

Carter Ledyard & Milburn LLP, 2 Wall Street, New York, NY 10015, Attn: James Gadsden, Esq., gadsden@clm.com attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes;

Locke Lord LLP, 111 South Wacker Drive, Chicago, IL 60606, Attn: Brian A. Raynor, Esq., braynor@lockelord.com , attorneys for the Pension Benefit Guaranty Corporation;

Akin, Gump, Strauss, Hauer & Feld, LLP, One Bryant Park, New York, NY 10036, Attn: Ira S. Dizengoff, Esq., idizengoff@AkinGump.com attorneys for the Official Committee of Unsecured Creditors,

and (2) a correct copy of the Notice of Motion, Motion and proposed order to be served by email upon the parties on the attached service list.

/s/ Richard C. Morrissey