## Services List

idizengoff@akingump.com; pdublin@akingump.com; aquereshi@akingump.com; sbrauner@akinggump.com; bnkatty@aldineisd.org; jarnold@aldridgepite.com; james.vincequerra@alston.com; leib.lerner@alston.com; ajd@ansellgrimm.com; akadish@archerlaw.com; lschilkraut@archer.com; brain.lohan@arnoldporter.com; ginger.clements@arnoldporter.com; cschael@ashfordnjlaw.com; eneiger@askllp.com; jchristian@askllp.com; jg5786@att.com; mcuellar45@austinenterpriselp.com; egoodman@bakerlaw.com; fkhan@bakerlaw.com; pollack@ballardspahr.com; branchd@ballardsparhr.com; heilmanl@ballardsparhr.com; summersm@ballardspahr.com; harnerp@ballardspahr.com; kutnera@ballardsppahr.com; knewman@barclaydamon.com; emiller@bayardlaw.com; russ@bsavoy.com; rmills@bellnunnally.com; klove@bellnunnally.com; mbarrie@beneschlaw.com; kcappuzzi@beneschlaw.com; wschonberg@beneschlaw.com; tgaa@bbslaw.com; jrhodes@blankrome.com; tarr@blankrome.com; ezucker@blankrome.com; bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com; schin@borgeslawllc.com; arainon@bracheichler.com; jmontgomery@brownconnery.com; schristianson@buchalter.com; rdavis@cafarocompany.com; jlevtin@cahill.com; rstieglitz@cahill.com; sjk@carmodymacdonald.com; mcatalfimo@carterconboy.com; gadsden@clm.com; bankruptcy@clm.com; dennis.roemlein@bnymellon.com; rmccord@certilmanbalin.com; rnosek@certilmanbalin.com; appleby@chapman.com; wilamowsky@chapman.com; brotenberg@csglaw.com; szuber@csglaw.com; ksimard@choate.com; jmarshall@choate.com; hchoi@choiandpark.com; cpark@choiandpark.com; lkleist@choiandpark.com; mstein@chuhak.com; eschnitzer@ckrlaw.com; gsaydah@ckrlaw.com; duane.brescia@clarkhillstrasburger.com; dblau@clarkhill.com; soneal@cgsh.com; jbromley@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com; rseltzer@cwsny.com; michael.smith2@computershare.com; kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com; svanaalten@cooley.com; scarnes@cooley.com; dcoffino@cov.com; aclark@cov.com; mfelger@cozen.com; pzumbro@cravath.com; davidtaxin@dahannowick.com; dhw@dhclegal.com; marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com; sears.service@davispolk.com; mcto@debevoise.com; eweisgerber@debevoise.com; bethsolomon@discover.com; ljkotler@duanemorris.com; wmsimkulak@duanemorris.com; cheitzenrater@duanemorris.com; lmay@eisemanlevine.com; leopold.matt@epa.gov; lbercovich@epicor.com; ppascuzzi@ffwplaw.com; mark.wilson@fisherbroyles.com; patricia.fugee@fisherbroyles.com; dlwright@foley.com; msmall@foley.com; aguon@foxrothschild.com; plabov@foxrothschild.com; thoran@foxrothschild.com; mhall@foxrothschild.com; mherz@foxrothschild.com; nreid@foxswibel.com; jfrank@fgllp.com; jkleinman@fgllp.com; deggert@freeborn.com; brad.eric.scheler@friedfrank.com; scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; tking@fbtlaw.com; rgold@fbtlaw.com; awebb@fbtlaw.com; pmartin@fmdlegal.com; lbrymer@fmdlegal.com; gseitz@gsbblaw.com; mgensburg@gcklegal.com; btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com; hcohen@gibbonslaw.com; tnixon@gklaw.com; jflaxer@golenbock.com; mweinstein@golenbock.com;

gfox@goodwinlaw.com; bbazian@goodinlaw.com; drosner@goulstonstorrs.com; thoffman@goulstonstorrs.com; tannweiler@greerherz.com; jfigueiredo@hahnhessen.com; ahalperin@halperlaw.net; lgu@halperinlaw.net; dlieberman@halperinlaw.net; joia.johnson@hanes.com; howard.upchurch@hanes.com; ktompsett@harrisbeach.com; sselbst@herrick.com; elio@higgslaw.com; arthur.rosenberg@hklaw.com; marc.antonecchia@hklaw.com; barbra.parlin@hklaw.com; elvin.ramos@hklaw.com; jose.casal@hklaw.com; jjalemany@hklaw.com; llichtman@honigman.com; bgross@huntonak.com; mlegge@huntonak.com; ghesse@huntonak.com; caleb.holzaepfel@huschblackwell.com; lynn.butler@huschblackwell.com; daniel.swetnam@icemiller.com; taxcollector@co.imperial.ca.us; carol.rodas@impremedia.com; mimi.m.wong@irscounsel.treas.gov; bankruptcy2@ironmountain.com; elkinj@mac.com; kdwbankruptcydepartment@kelleydrye.com; bfeder@kelleydrye.com; ssouthard@klestadt.com; lkiss@klestadt.com; kurtzman@kurtzmansteady.com; dgragg@langleybanack.com; jfifarek@laskyfifarek.com; rzucker@lasserhochman.com; marc.zelina@lw.com; peter.gilhuly@lw.com; ted.dillman@lw.com; gillazarus@gmail.com; kevin@ksnpc.com; william.fennel@fennelllaw.com; luralene.schultz@fennelllaw.com; office@fennelllaw.com; cgruen@gruenlaw.com; dtabachnik@dttlaw.com; pstarkesq@gmail.com; hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com; ilan.markus@leclairryan.com; niclas.ferland@leclairryan.com; andrew.cole@leclairryan.com; sanantonio.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; jfarnum@linowes-law.com; jmueller@lippes.com; braynor@lockelord.com; asmith@lockelord.com; dwirt@lockelord.com; ira.greene@lockelord.com; jfroehlich@lockelord.com; sbryant@lockelord.com; bbuechler@lowenstein.com; echafetz@lowenstein.com; bnathan@lowenstein.com; tleday@mvbalaw.com; bmcgrath@mcglinchey.com; kromano@mcglinchey.com; mchaney@mcglinchey.com; raguilar@mcglinchey.com; rcerone@mcglinchey.com; hjschwartz@mckoolsmith.com; cjm@msf-law.com; nkenworthy@mrrlaw.net; cprice@milbank.com; rliubicic@milbank.com; sdnyecf@dor.mo.gov; ssmith@mwlaw.com; laura.mccarthy@morganlewis.com; neil.herman@morganlewis.com; smiller@morrisjames.com; cmiller@mnat.com; jbarsalona@mnat.com; jmarines@mofo.com; bbutterfield@mofo.com; bankruptcy@morrisoncohen.com; mro@prbankruptcy.com; dperry@munsch.com; kcordry@naag.org; jody.bedenbaugh@nelsonmullins.com; shane.ramsey@nelsonmullins.com; enid.stuart@ag.ny.gov; dsklar@nixonpeabody.com; bob.bruner@nortonrosefulbright.com; david.rosenzweig@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com; cmomjian@attorneygeneral.gov; rachel.obaldo@oag.texas.gov; apetrakov@offitkurman.com; smetz@offitkurman.com; sokeefe@okeefelc.com; lily@pacogarment.com; chipford@parkerpoe.com; leslieplaskon@paulhastings.com; andrewtenzer@paulhastings.com; shlomomaza@paulhastings.com; jaffeh@pepperlaw.com; listwakk@pepperlaw.com; ecobb@pbfcm.com; lmbkr@pbfcm.com; osonik@pbfcm.com; dpick@picklaw.net; jon@piercemccoy.com; rsteinberg@pricemeese.com; searsteam@primeclerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com; rlp@pryormandelup.com; cfilardi@rrlawpc.com; greiss@reisspreuss.com; etikkanen@reisspreuss.com; cpugatch@rprslaw.com; kflorey@robbins-schwartz.com; nsmith@robbins-schwartz.com; robert.e.michael.esq@gmail.com; aron.hume@gmail.com; fbr@robinsonbrog.com;

gregg.galardi@ropesgray.com; kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com; james.wilton@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; joshua.sturm@ropesgray.com; nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com; srosen@rosenpc.com; mamato@rmfpc.com; skelly@s-d.com; mmccann@swc-law.com; rabiuso@swc-law.com; jweinblatt@sakar.com; cbelmonte@ssbb.com; asnow@ssbb.com; pbosswick@ssbb.com; dipesh.patel@saul.com; phil.hudson@saul.com; carmen.contreras-martinez@saul.com; ldelucia@schiffhardin.com; afiedler@schiffhardin.com; secbankruptcy@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; ashmead@sewkis.com; alves@sewkis.com; emfox@seyfarth.com; fsosnick@shearman.com; sara.coelho@shearman.com; afeld@sheppardmullin.com; tcohen@sheppardmullin.com; rreinert@shutts.com; rtucker@simon.com; mshriro@singerlevick.com; dplon@sirlinlaw.com; paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com; enotices@skijain.com; pstrok@swelawfirm.com; rkinas@swlaw.com; bk@svllaw.com; darolf@sorlinglaw.com; pmyryan@sorlinglaw.com; mary.callahan@bnymellon.com; tonder@stark-stark.com; jlemkin@stark-stark.com; cp@stevenslee.com; thomas.salerno@stinson.com; streusand@slollp.com; dietdericha@sullcrom.com; zylberbergd@sullcrom.com; dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com; riela@thsh.com; aconway@taubman.com; starr.judith@pbgc.gov; mccarron.william@pbgc.gov; efile@pbgc.gov; joe@sarracheklawfirm.com; curtis.tuggle@thompsonhine.com; powerwangtxks@vip.126.com; agbanknewyork@ag.tn.gov; jose.galarza@usbank.com; Jones, David (USANYS) <David.Jones6@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; joseph.cardaro@usdoj.gov; Schoenberger, Carina (USANYN) <Carina.Schoenberger@usdoj.gov>; Fogelman, Lawrence (USANYS) <Lawrence.Fogelman@usdoj.gov>; Aronoff, Peter (USANYS) <Peter.Aronoff@usdoj.gov>; jdunn@vedderprice.com; ketzel@vedderprice.com; mschein@vedderprice.com; marva.m.levine@verizon.com; notice@waldrepllp.com; sfalanga@walsh.law; gtoering@wnj.com; dclarke@wjslaw.com; garret.fail@weil.com; mbrofman@weisszarett.com; sfink@weltman.com; vandermarkj@whiteandwilliams.com; sgerald@wtplaw.com; awilliams@williamsadvisors.com; alipkin@willkie.com; gbrunswick@willkie.com; phealy@wsfsbank.com; scimalore@wilmingtontrust.com; david.tillem@wilsonelser.com; saron@wrslawyers.com; mfullington@wyattfirm.com; tom@attorneyzim.com