**Hearing Date and Time: January 18, 2019 at 10:00 a.m. (Eastern Time)**
**Response Deadline: January 11, 2019 at 4:00 p.m. (Eastern Time)**

CLARK HILL PLC
Joel D. Applebaum
John R. Stevenson
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Telephone (248) 988-5883
Facsimile (248) 988-2503
japplebaum@clarkhill.com
jstevenson@clarkhill.com

*Attorneys for Milton Manufacturing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                              :
                                                    :         **Chapter 11**
**SEARS HOLDING CORPORATION**, *et al.*,            :
                                                    :         **Case No. 18-23538 (RDD)**
                                                    :
          Debtors.                                  :         **(Jointly Administered)**
-----------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF MILTON MANUFACTURING, LLC**
**TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE**
**CLAIM UNDER 11 U.S.C. § 503(b) FOR *CRAFTSMAN* BRANDED GOODS**
**DELIVERED TO THE DEBTOR POSTPETITION**

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion") of

Milton Manufacturing, LLC ("Milton") to allow and compel payment of administrative expense

claim under 11 U.S.C. § 503(b) for *Craftsman* branded goods delivered to Sears, Roebuck &

Co., a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Debtor"),

postpetition, as more fully set forth in the Motion, will be held before the Honorable Robert D.

Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern

District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-

4140 (the "Bankruptcy Court") on **January 18, 2019 at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objection ("Objections") to the Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), so as to be filed and received no later than **January 11, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed and served with respect to the Motion, Milton may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that any objecting parties are required to attend the

Hearing, and failure to appear may result in relief being granted upon default.

Respectfully submitted,

CLARK HILL PLC

By: /s/ Joel D. Applebaum
Joel D. Applebaum
John R. Stevenson
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Telephone (248) 988-5883
Facsimile (248) 988-2503
japplebaum@clarkhill.com
jstevenson@clarkhill.com

Date: January 3, 2019                    *Attorneys for Milton Manufacturing, LLC*

**Hearing Date and Time:  January 18, 2019 at 10:00 a.m. (Eastern Time)**
**Response Deadline: January 11, 2019 at 4:00 p.m. (Eastern Time)**

CLARK HILL PLC
Joel D. Applebaum
John R. Stevenson
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Telephone (248) 988-5883
Facsimile (248) 988-2503
japplebaum@clarkhill.com
jstevenson@clarkhill.com

*Attorneys for Milton Manufacturing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDING CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---

**MOTION OF MILTON MANUFACTURING, LLC TO ALLOW AND COMPEL**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b) FOR**
*CRAFTSMAN* **BRANDED GOODS DELIVERED TO THE DEBTOR POSTPETITION**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Milton Manufacturing, LLC ("Milton") respectfully represents as follows in support of this motion (the "Motion"):

### Jurisdiction and Venue

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

### Relevant Background

*The Bankruptcy Case*

2.      On October 15, 2018 (the "Commencement Date"), Sears, Roebuck & Co., a debtor and debtor in possession in the above-captioned chapter 11 cases, (the "Debtor" and, with the other debtors and debtors in possession in the above-captioned chapter 11 cases, the "Debtors") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

*Debtor Purchases Craftsman Branded Goods From Milton*

3.      On or about August 27, 2018, Sears, the Debtor ordered various *Craftsman* branded goods from Milton pursuant to Purchase Order Nos. UA8379, UZ8343, UZ8505, UZ8515, and UZ8517, copies of which are attached hereto as **Exhibit A**.  The goods consist of the following products: 7 in 1 Ratcheting Screwdriver, 12 pc Ratcheting Wrench Set, Metric Transformer Set, SAE Transformer Set, 31 pc Ratcheting Stubby Set, 16 pc Mini Socket Set and Case, and 3 Way Hex Key Combo Set.

2

4.      The goods identified in Purchase Orders Nos. UA8379, UZ8343, UZ8505, and UZ8515 were shipped from Taiwan on September 25, 2018, and delivered to Sears Holding Corporation's warehouse in Wilmington, California on **October 18, 2018** (*i.e.*, three days **after** the Commencement Date).  The goods identified in Purchase Order No. UZ8517 were shipped from China on October 7, 2018, and delivered to Sears Holding Corporation's warehouse in Wilmington, California on **November 9, 2018** (*i.e.*, 25 days **after** the Commencement Date). Milton has received confirmation that six of the seven products in the deliveries are being sold in the Debtors' stores, and the seventh product will be sold shortly.  Milton is currently owed $377,132.16 for these goods.

5.      On the Commencement Date, the Debtors filed the *Motion of Debtors for Interim and Final Authority to (I) Pay Prepetition Claims of (A) Shippers, Warehousemen, and Other Non-Merchandise Lien Claimants and (B) Holders of PACA/PASA Claims, and (II) Confirm Administrative Expense Priority for Prepetition Orders Delivered to the Debtors Postpetition, and Satisfy Such Obligations in the Ordinary Course of Business* [ECF No. 14] (the "First Day Motion").

6.      In the First Day Motion, the Debtors sought entry of an order "granting administrative priority status to all undisputed obligations of the Debtors owing to third party vendors and suppliers arising from the postpetition delivery of goods ordered prior to the Commencement Date and authorizing the Debtors to pay such obligations in the ordinary course of business."  First Day Motion ¶ 5.  With respect to this request, the Debtors represented to the Court as follows:

> **Pursuant to section 503(b) of the Bankruptcy Code, obligations that arise in connection with the postpetition delivery of necessary goods and services are afforded administrative expense priority because they benefit the estate postpetition.**  11 U.S.C. § 503(b)(1)(A); *see In re Chateaugay Corp.*, 10

F.3d 944, 956 (2d Cir. 1993) (holding that an obligation arising from the postpetition performance relating to a prepetition transaction is entitled to administrative expense priority) *In re A.C.E. Elevator Co., Inc.*, 347 B.R. 473, 481 (Bankr. S.D.N.Y. 2006) (holding that to receive a claim under section 503 a claimant must provide a postpetition benefit to the estate). **Additionally, under section 363 of the Bankruptcy Code, the Debtors can continue to operate in the ordinary course of business including honoring postpetition obligations under Prepetition Orders without prior court approval.**

Accordingly, granting the relief sought herein with respect to the Prepetition Orders will not provide the Vendors with any greater priority than they would otherwise be entitled to, and will not prejudice any part [*sic*] in interest.  Absent such relief, the Debtors may be required to expend substantial time and effort reissuing the Prepetition Orders to provide their vendors with assurance of administrative priority.  This disruption to the continuous flow of goods and services to the Debtors would seriously impact the Debtors' ability to operate their business.  Without the support of their vendors, the Debtors will incur significant costs and lose valuable business relationships to the detriment of all parties in interest.  **Therefore, the obligations owed under the Prepetition Orders relating to goods delivered postpetition should be explicitly granted administrative expense status.**

First Day Motion ¶¶ 34, 35 (emphasis added).

7.    On November 20, 2018, the Court entered the *Final Order Authorizing Debtors to (I) Pay Prepetition Claims of (A) Shippers, Warehousemen, and Other Non-Merchandise Lien Claimants and (B) Holders of PACA/PASA Claims, and (II) Confirm Administrative Expense Priority for Prepetition Orders Delivered to the Debtors Postpetition, and Satisfy Such Obligations in the Ordinary Course of Business* [ECF No. 843] (the "Final Order").  The Final Order provides, in relevant part, as follows:

All undisputed obligations of the Debtors arising from the postpetition delivery or shipment by [*sic*] of goods under the Prepetition Orders are granted administrative expense priority status pursuant to section 503(b)(1)(A) of the Bankruptcy Code, and the Debtors are authorized, but not directed, to pay such obligations in the ordinary course of business consistent with the parties' customary practices in effect prior to the Commencement Date.

Final Order ¶ 8.

4

8.      Milton contacted the Debtor, both directly and through Debtor's counsel, multiple times to request payment for the *Craftsman* branded goods delivered postpetition, and for confirmation that the Debtor would honor its contractual obligation to pay for the *Craftsman* branded goods ordered by the Debtor and currently being held in a warehouse in Taiwan.  To date, Milton has received no response to these requests.  Meanwhile, Milton has incurred, and continues to incur, costs for warehousing the goods in Taiwan, and has been threatened with lawsuits since it has been unable to pay certain of its suppliers in full due to the Debtor's nonpayment.

## Relief Requested

9.      Milton requests, pursuant to sections 105(a) and 503(b) of the Bankruptcy Code, and the Final Order, entry of an order, substantially in the form attached hereto as **Exhibit B**, (i) granting Milton an allowed administrative expense claim in the amount of $377,132.16 under section 503(b)(1)(A) of the Bankruptcy Code or, alternatively, section 503(b)(9) of the Bankruptcy Code for *Craftsman* branded goods delivered to the Debtor postpetition, and (ii) requiring the Debtor to pay such allowed administrative expense claim within seven (7) days after the entry of the order.

## Basis for Relief

**I.      Milton Is Entitled To An Administrative Expense Claim Under The Final Order And Section 503(b)(1)(A) Of The Bankruptcy Code.**

10.     The Final Order provides that "[a]ll undisputed obligations of the Debtors arising from the postpetition delivery or shipment by [*sic*] of goods under the Prepetition Orders are granted administrative expense priority pursuant to section 503(b)(1)(A) of the Bankruptcy Code[.]" Final Order ¶ 8.  Section 503(b)(1)(A) provides for the allowance, as an administrative expense, the "actual, necessary costs and expenses of preserving the estate[.]"  11 U.S.C. §

503(b)(1)(A).  Section 105(a) of the Bankruptcy Code allows a bankruptcy court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of" the Bankruptcy Code, including section 503(b).  11 U.S.C. § 105(a).

11.    The amounts owed to Milton for the *Craftsman* branded tools delivered to Sears Holding Corporation's warehouse after the Commencement Date are undisputed obligations of the Debtors arising from the postpetition delivery or shipment of goods under prepetition orders. Accordingly, they are entitled to administrative expense priority pursuant to the Final Order and section 503(b)(1)(A) of the Bankruptcy Code.

12.    Moreover, the Debtors and its estates are already benefiting from the goods delivered.  Milton has received confirmation that six of the seven products in the deliveries are being sold in the Debtors' stores, and the seventh product will be sold shortly.

13.    The Debtor should be required to immediately pay Milton for the goods delivered. Under the Final Order, the Debtor is authorized "to pay such obligations in the ordinary course of business consistent with the parties' customary practices in effect prior to the Commencement Date."  Final Order ¶ 8.  It would be patently unfair, and without legal basis, for the Debtors to pay some administrative expense claimants who supply goods to the Debtors postpetition in the ordinary course of business and not pay others, such as Milton.  *See*, *e.g.*, 11 U.S.C. §§ 507, 1122(a), 1123(a)(4); *Hall v. Perry (In re Cochise College Park, Inc.)*, 703 F.2d 1339, 1356 n. 22 (9th Cir. 1983) ("All administrative expense creditors must be treated with 'absolute equality,' unless, of course, some creditors, with full knowledge of the fact, have agreed to subordinate their claims.") (citation omitted).  Accordingly, the Debtor should be compelled to pay the amount owed to Milton within seven (7) days after the entry of the order.

## II.    Alternatively, Milton Is Entitled To An Administrative Expense Claim Under 11 U.S.C. § 503(b)(9).

14.    Section 503(b)(9) of the Bankruptcy Code provides as follows:

> (b)    After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including—

> (9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

11 U.S.C. § 503(b)(9).

15.    To the extent that the Court determines that Milton is not entitled to an administrative expense claim under the Final Order and/or section 503(b)(1)(A) of the Bankruptcy Code for the goods delivered to the Debtor postpetition, but shipped prepetition, Milton is entitled to an administrative expense claim under section 503(b)(9) of the Bankruptcy Code.

7

## Conclusion

For the foregoing reasons, Milton respectfully requests that the Court (a) enter an order, substantially in the form attached hereto as **Exhibit B**, (i) granting Milton an allowed administrative expense claim in the amount of $377,132.16 on account of the *Craftsman* branded goods delivered to the Debtors after the Commencement Date, and (ii) requiring the Debtor to pay such allowed administrative expense claim, and (b) grant such other and further relief to Milton as the Court deems just and proper.

Respectfully submitted,

CLARK HILL PLC

By: /s/ Joel D. Applebaum
Joel D. Applebaum
John R. Stevenson
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Telephone (248) 988-5883
Facsimile (248) 988-2503
japplebaum@clarkhill.com
jstevenson@clarkhill.com

Date: January 3, 2019                    *Attorneys for Milton Manufacturing, LLC*

## Exhibit A

**Purchase Orders for Goods Delivered to Debtor Post-Petition**

| ORDER DATE : 27-AUG-2018 | ORDER NO : UA8379 | BUYER : CG1  CAITLIN GILES |
|---|---|---|
| DIV : Division 2 | DEPT NO : 010 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| **NAME** | MILTON MANUFACTURING LLC |
| **ADDRESS** | 15873 MEADOW KING CT |
| | MILTON |
| | GA |
| **COUNTRY** | United States |
| **EMAIL** | lt@miltonmanufacturing.com |
| **VENDOR NBR** | 9960 |
| **TELEPHONE** | 770-877-1132\770-265-9945 |
| **DUNS NBR** | 01000999908 |
| **FDA REG #** | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $13,204.80 | |

| PAYMENT TO BE MADE BY : | | |
|---|---|---|
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( X ) | CHECK/WIRE TRANSFER | |
| | Amount USD:  13,204.80 | |
| ( ) | FREE GOODS | |
| | Amount USD:  0.00 | |
| ( ) | LETTER OF CREDIT | |
| | Amount USD:  0.00 | |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| **PAYMENT TERMS:** | 29 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN TAIWAN, REPUBLIC OF CHINA |
|---|---|
| EMBARK/GO-DOWN: | TAIWAN, REPUBLIC OF CHINA |
| SHIP POINT: | TWKHH1H |
| DELIVERY TERMS: | FOB TW |
| CITY, COUNTRY: | Kaohsiung, Taiwan, Province of China |

**FACTORY DETAILS:**

| FACTORY NBR: | 105597 |
|---|---|
| NAME | YIH CHENG FACTORY CO LTD |
| ADDRESS | NO 103 NAN KANG 3RD RD, NAN TOU |
| | NAN KANG INDUSTRIAL AREA |
| | NANTOU |
| COUNTRY | Taiwan, Province of China |
| TEL | 886 (49) 2252211 EXT. 231 |
| EMAIL | ken@yctools.com.tw |
| MID | TWYIHCHE103NAN |

SEARS ROEBUCK & CO.    PURCHASE ORDER

| ORDER DATE : 27-AUG-2018 | ORDER NO : UA8379 | | CG1  CAITLIN GILES |
|---|---|---|---|

**DESCRIPTION**

7IN1 RATCHETING

**ITEM CODE:** 570019406586

**SEASON/YEAR:** 6-SPECIAL BUYS/NON BASIC

**SUB-SEASON:** 60-SPECIAL BUYS/NON BASIC

**I 2OF 5/CARTON UPC:** 10883967554246

**CAT/SUB-CAT:** 57/05

**STYLE:** 98885

**TRADEMARK:** NONE

| **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
|---|---|---|
| 609 | 98885 | 000 |

**BRAND NAME:** CRAFTSMAN

**COPYRIGHT REG. NO.:**

**INTL COMMODY CODE:** GDSM

**MLTP CARTON IND:** 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER EACHES** | **PER CARTON** | $24.99 | 56 | 2,016 | $13,204.80 |
| $6.550 | $235.800 | | | | |

| **PER CARTON** | KGS: | 14.288 | **CBM:** | 0.037659 | **EACHES PER INNER** | 6 |
|---|---|---|---|---|---|---|
| | LBS: | 31.500 | **CU. FT.:** | 1.330 | **INNERS PER OUTER CARTON** | 6 |

**OUTER CARTON DIMENSIONS**

L 17.3" X W 10.8" X H 12.3"

**PACKING INSTRUCTION:**

REPACK

**EACHES PER MASTER SHIPPING CTN** 36

**QUOTA CAT#:** RNONE

**SPECIAL TRADE INDICATOR:**

**CASE #**    **FACTORY**    **EXPORTER**

**ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

6 EACHES PER INNER, 336 NUMBER OF INNERS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE (PO)#(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (EACHES)** | **PAY TYPE** |
| 801 | SHW | SHW | Ocean | 19-SEP-2018 | 19-SEP-2018 | 10-NOV-2018 | X | 56 | 2,016 | W |

**DETAIL DESCRIPTION-**

7 in 1 Ratcheting Screwdriver
1PC MULTI BIT RATCHET SCREWDRIVER
6PC BITS 89MM: SL3/16', 1/4', PH#1, 2, T15, 20
BITS MATERIAL: CHROME VANADIUM
HANDLE MATERIAL: 50% PP, 50% TPR

**OPC:**    36

SEARS ROEBUCK & CO.

PURCHASE ORDER

| ORDER DATE : 27-AUG-2018 | ORDER NO : UA8379 | CG1  CAITLIN GILES |
|---|---|---|

**ITEM CODE:** 570019406586

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 98885-0 00 | | | | | | |

**ITEM CODE:** 570019406586                    **ITEM:** 7IN1 RATCHETING

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 570019406586**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

--------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
--------------------------------------------------

SEARS ROEBUCK & CO.

PURCHASE ORDER

| **ORDER DATE :** 27-AUG-2018 | **ORDER NO :** UA8379 | CG1  CAITLIN GILES |

ANTIDUMPING CLAUSE:
--------------------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.    PURCHASE ORDER

| **ORDER DATE :** 27-AUG-2018 | **ORDER NO :** UZ8343 | **BUYER :** CG1  CAITLIN GILES |
|---|---|---|
| **DIV :** Division 2 | **DEPT NO :** 010 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road

Hoffman Estates, IL 60179

| **VENDOR** | |
|---|---|
| **NAME** | MILTON MANUFACTURING LLC |
| **ADDRESS** | 15873 MEADOW KING CT<br>MILTON<br>GA |
| **COUNTRY** | United States |
| **EMAIL** | lt@miltonmanufacturing.com |
| **VENDOR NBR** | 9960 |
| **TELEPHONE** | 770-877-1132\770-265-9945 |
| **DUNS NBR** | 01000999908 |
| **FDA REG #** | |

| **TOTAL COST OF ORDER USD** | | |
|---|---|---|
| $85,370.40 | | |
| **PAYMENT TO BE MADE BY :** | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( X ) | CHECK/WIRE TRANSFER | |
| | Amount USD: | 85,370.40 |
| ( ) | FREE GOODS | |
| | Amount USD: | 0.00 |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: | 0.00 |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| **PAYMENT TERMS:** | 29 | (days) |

| **FOREIGN AGENT OFFICE:** | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| **FOREIGN SUPPORT OFFICE:** | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| **PRODUCTION COUNTRY:** | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| **EACH ITEM TO BE MARKED:** | MADE IN TAIWAN, REPUBLIC OF CHINA |
|---|---|
| **EMBARK/GO-DOWN:** | TAIWAN, REPUBLIC OF CHINA |
| **SHIP POINT:** | TWKHH1H |
| **DELIVERY TERMS:** | FOB TW |
| **CITY, COUNTRY:** | Kaohsiung, Taiwan, Province of China |

**FACTORY DETAILS:**

| FACTORY NBR: | 105592 |
|---|---|
| NAME | CHANG LOON IND CO LTD |
| ADDRESS | NO. 349, MAMING RD., SHIOUSHUEI<br>TOWNSHIP CHANGHUA COUNTY,<br>CHANG HUA |
| COUNTRY | Taiwan, Province of China |
| TEL | 04-7688568 |
| EMAIL | chltool@ms49.hinet.net |
| MID | TWCHALOO349CHA |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8343 | | CG1  CAITLIN GILES |
| --- | --- | --- | --- |

**DESCRIPTION**

12PC SET RATCHETING WR

**ITEM CODE:** 750019407048

**SEASON/YEAR:** 1-BASIC AND REPLENISHED

**SUB-SEASON:** 10-BASIC AND REPLENISHED

I 2OF 5/CARTON UPC: 10883967554253

**CAT/SUB-CAT:** 75/16

**STYLE:** 99901

**TRADEMARK:** NONE

**BRAND NAME:** CRAFTSMAN

**COPYRIGHT REG. NO.:**

**INTL COMMODY CODE:** GDSM

**MLTP CARTON IND:** 001

| SEARS DIV | SEARS ITEM | SEARS SKU |
| --- | --- | --- |
| 609 | 99901 | 000 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| PER EACHES | PER CARTON | $139.99 | 167 | 2,004 | $85,370.40 |
| $42.600 | $511.200 | | | | |

| PER CARTON | KGS: | 26.444 | CBM: | 0.043787 | EACHES PER INNER | 3 |
| --- | --- | --- | --- | --- | --- | --- |
| | LBS: | 58.300 | CU. FT.: | 1.546 | INNERS PER OUTER CARTON | 4 |

**OUTER CARTON DIMENSIONS**

L 18.4" X W 13.7" X H 10.6"

**PACKING INSTRUCTION:**

BREAK CASE

**EACHES PER MASTER SHIPPING CTN**   12

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
| --- | --- | --- | --- | --- |

**SPECIAL TRADE INDICATOR:**

**ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

3 EACHES PER INNER, 668 NUMBER OF INNERS

| SHIPPING SCHEDULE | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 19-SEP-2018 | 19-SEP-2018 | 10-NOV-2018 | X | 167 | 2,004 | W |

**DETAIL DESCRIPTION-**

CUSTOMS ITEM DESCRIPTION:
12 PC RATCHETING WRENCH SET
3/8", 7/16', 1/2", 9/16", 5/8', 3/4"
10, 12, 13, 15, 17, 18MM 72 TEETH
MATERIAL: CHROME VANADIUM

**OPC:**   12

SEARS ROEBUCK & CO.

PURCHASE ORDER

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8343 | | CG1 CAITLIN GILES |
|---|---|---|---|

**ITEM CODE:** 750019407048

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99901-0 00 | | | | | |

**ITEM CODE:** 750019407048   **ITEM:** 12PC SET RATCHETING WR

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB SELL PRICE UPC# |
|---|---|---|---|---|---|
| | | TOTAL | | 0 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 750019407048**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

---------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
---------------------------------------------------

SEARS ROEBUCK & CO.

PURCHASE ORDER

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8343 | CG1  CAITLIN GILES |

ANTIDUMPING CLAUSE:
--------------------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------


INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).


QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8505 | BUYER : CG1  CAITLIN GILES |
|---|---|---|
| DIV : Division 2 | DEPT NO : 010 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| **NAME** | MILTON MANUFACTURING LLC |
| **ADDRESS** | 15873 MEADOW KING CT |
| | MILTON |
| | GA |
| **COUNTRY** | United States |
| **EMAIL** | lt@miltonmanufacturing.com |
| **VENDOR NBR** | 9960 |
| **TELEPHONE** | 770-877-1132\770-265-9945 |
| **DUNS NBR** | 01000999908 |
| **FDA REG #** | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $194,949.12 | |

**PAYMENT TO BE MADE BY :**

( )     MULTIPLE PAYMENT TYPES

( X )   CHECK/WIRE TRANSFER

    Amount USD:  194,949.12

( )     FREE GOODS

    Amount USD:  0.00

( )     LETTER OF CREDIT

    Amount USD:  0.00

    LC #:

    TRANSFERABLE:

    BANK:

| PAYMENT TERMS: | | 29 | (days) |
|---|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN TAIWAN, REPUBLIC OF CHINA |
|---|---|
| EMBARK/GO-DOWN: | TAIWAN, REPUBLIC OF CHINA |
| SHIP POINT: | TWKHH1H |
| DELIVERY TERMS: | FOB TW |
| CITY, COUNTRY: | Kaohsiung, Taiwan, Province of China |

**FACTORY DETAILS:**

| FACTORY NBR: | 105593 |
|---|---|
| NAME | CHANG PU ENTERPRISE CO LTD |
| ADDRESS | NO.25, LN 73, BINHE ST., XIHU |
| | TOWNSHIP, CHANGHUA COUNTY 514 |
| | CHANGHUA |
| | TAIWAN |
| COUNTRY | Taiwan, Province of China |
| TEL | '+886-48610168 |
| EMAIL | changpu@changputool.com.tw |
| MID | TWCHAPU514CHA |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8505 | CG1  CAITLIN GILES |
|---|---|---|

**DESCRIPTION**

TRANSFORMER TOOL METRIC SET

**ITEM CODE:** 750019406727

**SEASON/YEAR:** 6-SPECIAL BUYS/NON BASIC

**SUB-SEASON:** 60-SPECIAL BUYS/NON BASIC

I 2OF 5/CARTON UPC: 10883967554208

**CAT/SUB-CAT:** 75/16

**STYLE:** 99606

**TRADEMARK:** NONE

**BRAND NAME:** CRAFTSMAN

**COPYRIGHT REG. NO.:**

**INTL COMMODY CODE:** GDSM

**MLTP CARTON IND:** 001

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| | 609 | 99606 | 000 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $129.99 | 167 | 2,004 | $97,474.56 |
| $48.640 | $583.680 | | | | |

| PER CARTON | KGS: | 15.150 | CBM: | 0.076712 | EACHES PER INNER | 3 |
|---|---|---|---|---|---|---|
| | LBS: | 33.400 | CU. FT.: | 2.709 | INNERS PER OUTER CARTON | 4 |

**OUTER CARTON DIMENSIONS**
L 17.7" X W 11.4" X H 23.2"

**PACKING INSTRUCTION:**
BREAK CASE

**EACHES PER MASTER SHIPPING CTN**   12

**QUOTA CAT#:** RNONE

**SPECIAL TRADE INDICATOR:**

**CASE #**   **FACTORY**   **EXPORTER**

**ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

6 EACHES PER INNER, 668 NUMBER OF INNERS

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 19-SEP-2018 | 19-SEP-2018 | 10-NOV-2018 | X | 167 | 2,004 | W |

**DETAIL DESCRIPTION-**

Metric Transformer Set
CUSTOMS ITEM DESCRIPTION:
1PC RATCHET HANDLE
1PC DOUBLE END STUBBY PLUG
6PC INTERCHANGEABLE HEAD: 10MM, 11MM, 13MM, 14MM,16MM, 17MM
HANDLE MATERIAL: CHROME VANADIUM
PLUG MATERIAL: CHROME VANADIUM
INTERCHANGEABLE HEAD: CHROME VANADIUM
HANDLE WITH RATCHETING WRENCH ATTACHMENTS

**OPC:**                12

SEARS ROEBUCK & CO.                                    PURCHASE ORDER                                    Page : 3

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8505 | | CG1  CAITLIN GILES |
|---|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 750019406842 | SEASON/YEAR: | 6-SPECIAL BUYS/NON BASIC | TRANSFORMER TOOL SAE SET |
| | SUB-SEASON: | 60-SPECIAL BUYS/NON BASIC | |
| I 2OF 5/CARTON UPC: 10883967554192 | CAT/SUB-CAT: 75/16 | | |
| STYLE: 99607 | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: CRAFTSMAN | COPYRIGHT REG. NO.: | 609 | 99607 | 000 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $129.99 | 167 | 2,004 | $97,474.56 |
| $48.640 | $583.680 | | | | |

| PER CARTON | KGS: | 15.150 | CBM: | 0.076712 | EACHES PER INNER | 3 |
|---|---|---|---|---|---|---|
| | LBS: | 33.400 | CU. FT.: | 2.709 | INNERS PER OUTER CARTON | 4 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 12 |
| L 17.7" X W 11.4" X H 23.2" | | | BREAK CASE | | | |

| QUOTA CAT#: RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

6 EACHES PER INNER, 668 NUMBER OF INNERS

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 19-SEP-2018 | 19-SEP-2018 | 10-NOV-2018 | X | 167 | 2,004 | W |

DETAIL DESCRIPTION-

SAE Transformer Set
CUSTOMS ITEM DESCRIPTION: HANDLE WITH RATCHETING WRENCH ATTACHMENTS
1PC RATCHET HANDLE 1PC DOUBLE END STUBBY PLUG
6PC INTERCHANGEABLE HEAD: 3/8', 7/16', 1/2', 9/16', 5/8', 11/16'
HANDLE MATERIAL: CHROME VANADIUM
PLUG MATERIAL: CHROME VANADIUM INTERCHANGEABLE HEAD: CHROME VANADIUM

OPC:                12

PURCHASE ORDER

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8505 | CG1  CAITLIN GILES |

**ITEM CODE:** 750019406727

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99606-0 00 | | | | | | |

**ITEM CODE:** 750019406842

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99607-0 00 | | | | | | |

**ITEM CODE:** 750019406727        **ITEM:** TRANSFORMER TOOL METRIC SET

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ITEM CODE:** 750019406842        **ITEM:** TRANSFORMER TOOL SAE SET

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 750019406727**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 750019406842**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

---------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
---------------------------------------------------

SEARS ROEBUCK & CO.                                                PURCHASE ORDER

---

**ORDER DATE :** 27-AUG-2018        **ORDER NO :** UZ8505                    CG1  CAITLIN GILES

---

ANTIDUMPING CLAUSE:

-------------------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------


INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
----------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).


QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
----------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.

PURCHASE ORDER

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8515 | BUYER : CG1 CAITLIN GILES |
|---|---|---|
| DIV : Division 2 | DEPT NO : 010 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| **NAME** | MILTON MANUFACTURING LLC |
| **ADDRESS** | 15873 MEADOW KING CT<br>MILTON<br>GA |
| **COUNTRY** | United States |
| **EMAIL** | lt@miltonmanufacturing.com |
| **VENDOR NBR** | 9960 |
| **TELEPHONE** | 770-877-1132\770-265-9945 |
| **DUNS NBR** | 01000999908 |
| **FDA REG #** | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $51,387.84 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( ) MULTIPLE PAYMENT TYPES | |
| ( X ) CHECK/WIRE TRANSFER | |
| Amount USD: 51,387.84 | |
| ( ) FREE GOODS | |
| Amount USD: 0.00 | |
| ( ) LETTER OF CREDIT | |
| Amount USD: 0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

| PAYMENT TERMS: | 29 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN TAIWAN, REPUBLIC OF CHINA |
|---|---|
| EMBARK/GO-DOWN: | TAIWAN, REPUBLIC OF CHINA |
| SHIP POINT: | TWKHH1H |
| DELIVERY TERMS: | FOB TW |
| CITY, COUNTRY: | Kaohsiung, Taiwan, Province of China |

**FACTORY DETAILS:**

| FACTORY NBR: | 105586 |
|---|---|
| NAME | A KRAFT TOOLS MANUFACTURING CO LTD |
| ADDRESS | NO.21-1, LANE. 557, ZHONGZHENG RD<br>WUFENG DIST<br>TAICHUNG<br>TAIWAN |
| COUNTRY | Taiwan, Province of China |
| TEL | 886 4 2332 7908 |
| EMAIL | jeff@akraft.com.tw |
| MID | TWAKRA557TAI |

SEARS ROEBUCK & CO.

PURCHASE ORDER

| **ORDER DATE :** 27-AUG-2018 | **ORDER NO :** UZ8515 | CG1  CAITLIN GILES |
|---|---|---|

**DESCRIPTION**

31PC SET RATCHETING

**ITEM CODE:** 570019406933

**SEASON/YEAR:** 6-SPECIAL BUYS/NON BASIC

**SUB-SEASON:** 60-SPECIAL BUYS/NON BASIC

**I 2OF 5/CARTON UPC:** 10883967554222

**CAT/SUB-CAT:** 57/05

**STYLE:** 99855

**TRADEMARK:** NONE

**BRAND NAME:** CRAFTSMAN

**COPYRIGHT REG. NO.:**

**INTL COMMODY CODE:** GDSM

**MLTP CARTON IND:** 001

| **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
|---|---|---|
| 609 | 99855 | 000 |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL EA** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER EACHES** | **PER CARTON** | $39.99 | 56 | 2,016 | $26,328.96 |
| $13.060 | $470.160 | | | | |

| **PER CARTON** | **KGS:** 13.562 | **CBM:** 0.046712 | **EACHES PER INNER** | 6 |
|---|---|---|---|---|
| | **LBS:** 29.900 | **CU. FT.:** 1.650 | **INNERS PER OUTER CARTON** | 6 |

**OUTER CARTON DIMENSIONS**
L 20.5" X W 10.3" X H 13.5"

**PACKING INSTRUCTION:**
REPACK

**EACHES PER MASTER SHIPPING CTN**   36

**QUOTA CAT#:** RNONE

**SPECIAL TRADE INDICATOR:**

**CASE #**          **FACTORY**          **EXPORTER**

**ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

6 EACHES PER INNER, 336 NUMBER OF INNERS

### SHIPPING SCHEDULE

| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 801 | SHW | SHW | Ocean | 19-SEP-2018 | 19-SEP-2018 | 10-NOV-2018 | X | 56 | 2,016 | W |

**DETAIL DESCRIPTION-**

31 pc Ratcheting Stubby Set
CUSTOMS ITEM DESCRIPTION:
1 - RATCHET STUBBY TYPE KH3000S-B 30 - BIT 1/4" X 25MM
SL 1/8, 5/32, 3/16, 1/4, 5/16
HEX: 2,3,4,5,6,7,8MM T9,10,15,20,25,27,30,40 PZ: 0,1,,2,3
PH: 1,2,3 SQUARE: SQ0, R1,R2
HANDLE MATERIAL: CHROME VANADIUM
BITS MATERIAL: CHROME VANADIUM

**OPC:**          36

SEARS ROEBUCK & CO.    PURCHASE ORDER    Page : 3

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8515 | CG1  CAITLIN GILES |
|---|---|---|

**DESCRIPTION**

16 PC MINI SOCKET SET

| | | |
|---|---|---|
| **ITEM CODE:** 730019407030 | **SEASON/YEAR:** 6-SPECIAL BUYS/NON BASIC | |
| | **SUB-SEASON:** 60-SPECIAL BUYS/NON BASIC | |
| I 2OF 5/CARTON UPC: 10883967554215 | **CAT/SUB-CAT:** 73/01 | |
| **STYLE:** 99880 | **TRADEMARK:** NONE | **SEARS DIV**   **SEARS ITEM**   **SEARS SKU** |
| **BRAND NAME:** CRAFTSMAN | **COPYRIGHT REG. NO.:** | 609            99880            000 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM | |
|---|---|---|---|---|---|---|
| **PER EACHES** | **PER CARTON** | $39.99 | 56 | 2,016 | $25,058.88 | |
| $12.430 | $447.480 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **PER CARTON** | KGS: | 13.562 | CBM: | 0.046712 | **EACHES PER INNER** | 6 |
| | LBS: | 29.900 | CU. FT.: | 1.650 | **INNERS PER OUTER CARTON** | 6 |
| **OUTER CARTON DIMENSIONS** | | | **PACKING INSTRUCTION:** | | **EACHES PER MASTER SHIPPING CTN** | 36 |
| L 20.5" X W 10.3" X H 13.5" | | | REPACK | | | |

| | | | | |
|---|---|---|---|---|
| **QUOTA CAT#:** RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | | |
| | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

6 EACHES PER INNER, 336 NUMBER OF INNERS

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE (PO)/(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (EACHES)** | **PAY TYPE** |
| 801 | SHW | SHW | Ocean | 19-SEP-2018 | 19-SEP-2018 | 10-NOV-2018 | X | 56 | 2,016 | W |

**DETAIL DESCRIPTION-**

16 pc mini socket set and case
CUSTOMS ITEM DESCRIPTION:
4 - SPLINE SOCKETS: 1/4, 5/16, 3/8, 1/2
1 - RATCHET STUBBY TYPE KH3000S (60TEETH)
1 - COUPLER OF BIT 10 - BIT 1/4" X 25L (COLOR RING)
H4, 5, 6 SL 3/16, 1/4 T10,15,20,25,30
HANDLE MATERIAL: CHROME VANADIUM
SOCKETS MATERIAL: CHROME VANADIUM
BITS MATERIAL: CHROME VANADIUM

**OPC:**            36

SEARS ROEBUCK & CO.

PURCHASE ORDER

| | | | |
|---|---|---|---|
| **ORDER DATE :** 27-AUG-2018 | **ORDER NO :** UZ8515 | | CG1  CAITLIN GILES |

**ITEM CODE:** 570019406933

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99855-0 00 | | | | | | |

**ITEM CODE:** 730019407030

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99880-0 00 | | | | | | |

**ITEM CODE:** 570019406933          **ITEM:** 31PC SET RATCHETING

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ITEM CODE:** 730019407030          **ITEM:** 16 PC MINI SOCKET SET

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 570019406933**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 730019407030**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
---------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
---------------------------------------------------

SEARS ROEBUCK & CO.

PURCHASE ORDER

| **ORDER DATE :** 27-AUG-2018 | **ORDER NO :** UZ8515 | CG1  CAITLIN GILES |

ANTIDUMPING CLAUSE:

--------------------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------


INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
---------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).


QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
---------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8517 | BUYER : CG1  CAITLIN GILES |
|---|---|---|
| DIV : Division 2 | DEPT NO : 010 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| **NAME** | MILTON MANUFACTURING LLC |
| **ADDRESS** | 15873 MEADOW KING CT<br>MILTON<br>GA |
| **COUNTRY** | United States |
| **EMAIL** | lt@miltonmanufacturing.com |
| **VENDOR NBR** | 9960 |
| **TELEPHONE** | 770-877-1132\770-265-9945 |
| **DUNS NBR** | 01000999908 |
| **FDA REG #** | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $32,220.00 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )   MULTIPLE PAYMENT TYPES | |
| ( X )   CHECK/WIRE TRANSFER | |
| Amount USD:  32,220.00 | |
| ( )   FREE GOODS | |
| Amount USD:  0.00 | |
| ( )   LETTER OF CREDIT | |
| Amount USD:  0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

| PAYMENT TERMS: | 29 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNNGB1H |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Ningbo, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 105596 |
|---|---|
| NAME | NINGBO KING MOUNT CO LTD |
| ADDRESS | INDUSTRIAL DISTRICT ,DAJIAHE TOWN<br>NINGHAI COUNTY<br>NINGBO<br>ZHEJIANG |
| COUNTRY | China |
| TEL | 86-13916017022 |
| EMAIL | maureen@kmount.com |
| MID | CNNINKINNIN |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8517 | CG1 CAITLIN GILES |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| **ITEM CODE:** 740019406859 | **SEASON/YEAR:** 1-BASIC AND REPLENISHED | 3 WAY HEX KEY COMBO SET |
| | **SUB-SEASON:** 10-BASIC AND REPLENISHED | |
| **I 2OF 5/CARTON UPC:** 10883967554239 | **CAT/SUB-CAT:** 74/07 | |
| **STYLE:** 99625 | **TRADEMARK:** NONE | **SEARS DIV** **SEARS ITEM** **SEARS SKU** |
| **BRAND NAME:** CRAFTSMAN | **COPYRIGHT REG. NO.:** | 609          99625          000 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER EACHES** **PER CARTON** | | $29.99 | 225 | 4,500 | $32,220.00 |
| $7.160 $143.200 | | | | | |

| | KGS: | 16.375 | CBM: | 0.051017 | **EACHES PER INNER** | 5 |
|---|---|---|---|---|---|---|
| **PER CARTON** | LBS: | 36.100 | CU. FT.: | 1.802 | **INNERS PER OUTER CARTON** | 4 |
| **OUTER CARTON DIMENSIONS** | | | **PACKING INSTRUCTION:** | | **EACHES PER MASTER SHIPPING CTN** | 20 |
| L 17.7" X W 14.3" X H 12.3" | | | BREAK CASE | | | |

| **QUOTA CAT#:** RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
|---|---|---|---|---|
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | | |
| | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

5 EACHES PER INNER, 400 NUMBER OF INNERS

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801 | SHW | SHW | Ocean | 25-SEP-2018 | 25-SEP-2018 | 20-NOV-2018 | X | 225 | 4,500 | W |

**DETAIL DESCRIPTION-**

3 Way Hex Key Combo Set
CUSTOMS ITEM DESCRIPTION:
1.5MM, 2MM, 2.5MM, 3MM, 4MM, 4.5MM, 5MM, 5.5MM, 6MM
5/64', 3/32', 7/64', 1/8', 9/64', 5/32', 3/16', 7/32', 1/4'
T9, T10, T15, T20, T25, T27, T30, T40
BLADE MATERIAL: CHROME VANADIUM
HANDLE MATERIAL: ABS

**OPC:**          20

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8517 | | CG1  CAITLIN GILES |
|---|---|---|---|

**ITEM CODE:**  740019406859

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99625-0 00 | | | | | | |

**ITEM CODE:** 740019406859        **ITEM:** 3 WAY HEX KEY COMBO SET

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB  SELL PRICE  UPC# |
|---|---|---|---|---|---|
| | | TOTAL | | 0 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 740019406859**
VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

---------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
---------------------------------------------------

SEARS ROEBUCK & CO.

| ORDER DATE : 27-AUG-2018 | ORDER NO : UZ8517 | CG1 CAITLIN GILES |

ANTIDUMPING CLAUSE:

----------------------------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

----------------------------------------------------------------------------------
----------------------------------------------------------------------------------
----------------------------------------------------------------------------------
----------------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------------------------------------

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
------------------------------------------------------

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**<u>Exhibit B</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                    :
                                          :        **Chapter 11**
**SEARS HOLDING CORPORATION,** *et al.*,  :
                                          :        **Case No. 18-23538 (RDD)**
                                          :
              **Debtors.**                :        **(Jointly Administered)**
----------------------------------------------------------------x

### ORDER GRANTING MOTION OF MILTON MANUFACTURING, LLC TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b) FOR *CRAFTSMAN* BRANDED GOODS DELIVERED TO THE DEBTOR POSTPETITION

Upon the motion (the "Motion") of Milton Manufacturing, LLC ("Milton"), pursuant to sections 105(a) and 503(b) of title 11 of the United States Code, and the *Final Order Authorizing Debtors to (I) Pay Prepetition Claims of (A) Shippers, Warehousemen, and Other Non-Merchandise Lien Claimants and (B) Holders of PACA/PASA Claims, and (II) Confirm Administrative Expense Priority for Prepetition Orders Delivered to the Debtors Postpetition, and Satisfy Such Obligations in the Ordinary Course of Business* [ECF No. 843], for entry of an order (i) granting Milton an allowed administrative expense claim in the amount of $377,132.16 on account of the *Craftsman* branded goods delivered to Sears, Roebuck & Co. (the "Debtor"), a debtor and debtor in possession in the above-captioned chapter 11 cases, after the commencement of the Debtor's bankruptcy case, and (ii) requiring the Debtor to promptly pay such allowed administrative expense claim; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 (a) and (b) and 1334(b); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and no further notice being

required; and upon the Court's review of the Motion and all responses thereto; and upon the

Court's determination that the legal and factual bases set forth in the Motion establish just cause

for the relief requested therein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted.

2.    Milton is granted an administrative expense claim in the amount of $377,132.16

under 11 U.S.C. § 503(b)(1) for goods delivered postpetition to the Debtor.  The Debtor is

ordered to pay such administrative expense claim within seven (7) days after the entry of this

Order.

3.    The entry of this Order is without prejudice to Milton to seek any appropriate

damages against the Debtor relating to the aforementioned goods delivered to the Debtor

postpetition.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____
       White Plains, New York

                            _____
                            THE HONORABLE ROBERT D. DRAIN
                            UNITED STATES BANKRUPTCY JUDGE