UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :
                                                    :           **Chapter 11**
**SEARS HOLDING CORPORATION,** *et al.*,            :
                                                    :           **Case No. 18-23538 (RDD)**
                                                    :
           **Debtors.**                             :           **(Jointly Administered)**
---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John R. Stevenson, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Milton Manufacturing, LLC in the above-referenced cases.

*I certify that I am a member in good standing* of the bars of the State of Michigan, the State of California, and the U.S. District Courts for the Eastern and Western Districts of Michigan and the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 3, 2019

                                               CLARK HILL PLC

                                               /s/ John R. Stevenson
                                               John R. Stevenson
                                               151 South Old Woodward Avenue, Suite 200
                                               Birmingham, MI 48009
                                               Telephone (248) 988-5891
                                               Facsimile (248) 988-2501
                                               jstevenson@clarkhill.com

                                               *Attorneys for Milton Manufacturing, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :        Chapter 11
**SEARS HOLDING CORPORATION,** *et al.*,            :
                                                    :        Case No. 18-23538 (RDD)
                                                    :
            **Debtors.**                            :        (Jointly Administered)
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John R. Stevenson, to be admitted, *pro hac vice*, to represent Milton Manufacturing, LLC in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Michigan, the State of California, and the U.S. District Courts for the Eastern and Western Districts of Michigan and the Northern District of California, it is hereby

ORDERED, that John R. Stevenson, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Milton Manufacturing, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE