DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for U.S. Nonwovens Corp.*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF MOTION OF U.S. NONWOVENS CORP. SEEKING ENTRY OF AN ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(9) [DOCKET NO. 978]

**PLEASE TAKE NOTICE** that U.S. Nonwovens Corp. ("Claimant"), hereby withdraws its motion dated November 30, 2018 Seeking Entry of and Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) [DOCKET NO. 978].

Dated: White Plains, New York
January 3, 2019

Respectfully submitted,

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for U.S. Nonwovens Corp.*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

By: */s/ Dawn Kirby*
Dawn Kirby