**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                          :
                                                :        Chapter 11
**SEARS HOLDING CORPORATION,** *et al.*,        :
                                                :        Case No. 18-23538 (RDD)
                                                :
         **Debtors.**                           :        (Jointly Administered)
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John R. Stevenson to be admitted, *pro hac vice*, to represent Milton Manufacturing, LLC in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Michigan, the State of California, and the U.S. District Courts for the Eastern and Western Districts of Michigan and the Northern District of California, it is hereby

ORDERED, that John R. Stevenson, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Milton Manufacturing, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       January 4, 2019

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE