**NIXON PEABODY LLP**
Christopher M. Desiderio
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesderio@nixonpeabody.com

and

Richard C. Pedone
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
rpedone@nixonpeabody.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
In re:
:    Chapter 11
:
SEARS HOLDING CORPORATION.,
:    Case No. 18-23538 (RDD)
:
Debtors[1].
:    **(Joint Administration)**
:
-------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# CERTIFICATE OF SERVICE

I, Christopher M. Desiderio, counsel to U.S. Bank National Association, in its capacity as indenture trustee (in such capacity, the "KCD Indenture Trustee") under the Indenture, dated as of May 18, 2006, by and between KCD IP, LLC and the KCD Indenture Trustee, hereby certify that copies of: (i) *Motion of the KCD Indenture Trustee for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery on Debtors* [Docket No. 1471]; and (ii) *Notice of Hearing on Motion of the KCD Indenture Trustee for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery on Debtors* [Docket No. 1473], filed via the Court's CM/ECF system on January 3, 2019, were served via overnight mail upon the parties set forth on **Exhibit A** and by e-mail upon those e-mail addresses listed on the attached **Exhibit B**, on such date.

Dated: January 4, 2019

**NIXON PEABODY LLP**

By: */s/ Christopher M. Desiderio*
Christopher M. Desiderio
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesderio@nixonpeabody.com

-and-

Richard C. Pedone (*pro hac vice*)
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
rpedone@nixonpeabody.com

*Counsel to U.S. Bank National Association,
 as Indenture Trustee*

## **EXHIBIT A**

**(Via Overnight Mail)**

**SERVICE BY OVERNIGHT FEDERAL EXPRESS:**

Hon. Robert D. Drain
U.S. Bankruptcy Court
  for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Office of the US Trustee for Southern District of New York
Attn.: Sears Bankruptcy Team
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Debtors
Sears Holding Corporation
Attn.: Stephen Sitley and Luke Valentino, Esqs.
3333 Beverly Road
Hoffman Estates, IL 60179

Bermuda Monetary Authority
BMA House
43 Victoria Street
Hamilton, Bermuda HM12

Successor Trustee for the SRAC Unsecured PIK Notes,
  SRAC Unsecured Notes and SRAC Medium Term Notes
Bank of New York Mellon
Attn.: Corporate Trust Administration
101 Barclays Street, Floor 8W
New York, NY 10286

Indenture Trustee for the Second Lien Notes
Wilmington Trust, N.A.
Attn.: Sears Holding Corporation, Administration
Corporate Capital Markets
50 South 6th Street, Suite 1290
Minneapolis, MN 55402

Counsel to Eastview Mall, Greece Ridge, LLC and The Marketplace
Wilmorite Management Group LLC
Attn.: Donald C. Cowan Jr.
1265 Scottsville Road
Rochester, NY 14624

Counsel to Brookfield Property REIT Inc., as Agent
Attn.:  Kristen N. Pate
350 N. Orleans Street
Chicago, IL 60654

Counsel to Select Portfolio Servicing, Inc. as servicer for
U.S. Bank National Association, as Trustee, in trust for
the registered holders of Citigroup Mortgage Loan Trust
2007-AHL2, Asset-Backed Pass-Through Certificates,
Series 2007-AHL2, Mortgage Pass-Through Certificates
Attn.:  Michelle Marans
Frenkel, Lambert, Weiss, et al.
53 Gibson Street
Bay Shore, NY 11706

Counsel to Creditor Hudson Concourse, LLC
Attn.:  Kevin P. Montee, Esq.
Montee & Associates
1250-I Newell Avenue
Suite 149
Walnut Creek, CA 84596

**SERVICE BY USPS PRIORITY MAIL EXPRESS (OVERNIGHT):**

Counsel to Aransas County, Bee County, Jim Wells CAD,
  Nueces County, City of Harlingen, Hidalgo County,
  Victoria County, Blanco CAD, Harlingen CISD, Cameron County
Linebarger, Goggan, Blair & Sampson
Attn.:  Diane Wade Sanders, Esq.
P.O. Box 17428
Austin, TX 78760

Travis County Attorney's Office
Attn.:  David Escamilla, Esq., Counsel for Travis County
P.O. Box 1748
Austin, TX 78767

# EXHIBIT B

### (Via E-Mail)

**SERVICE BY EMAIL:**

emiller@bayardlaw.com; russ@bsavory.com; rmills@bellnunnally.com; klove@bellnunnally.com; mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com; wschonberg@beneschlaw.com; Tgaa@bbslaw.com; michael@bindermalter.com; julie@bindermalter.com; JRhodes@BlankRome.com; Tarr@BlankRome.com; EZucker@BlankRome.com; bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com; schin@borgeslawllc.com; arainone@bracheichler.com; jmontgomery@brownconnery.com; pweiser@buchalter.com; schristianson@buchalter.com; christopher.schueller@bipc.com; terry.shulsky@bipc.com; tyler.dischinger@bipc.com; Eric.Waxman@cwt.com; Anthony.Deleo@cwt.com; rdavis@cafarocompany.com; jlevitin@cahill.com; rstieglitz@cahill.com; sjk@carmodymacdonald.com; mcatalfimo@carterconboy.com; gadsden@clm.com; bankruptcy@clm.com; Dennis.roemlein@bnymellon.com ; rmccord@certilmanbalin.com; rnosek@certilmanbalin.com; appleby@chapman.com; wilamowsky@chapman.com; brotenberg@csglaw.com; szuber@csglaw.com; ksimard@choate.com; jmarshall@choate.com; hchoi@choiandpark.com; cpark@choiandpark.com; lkleist@choiandpark.com; mstein@chuhak.com; eschnitzer@ckrlaw.com; gsaydah@ckrlaw.com; duane.brescia@clarkhillstrasburger.com; dblau@clarkhill.com; soneal@cgsh.com; jbromley@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com; wkelleher@cohenlaw.com; hward@cohenlaw.com; rseltzer@cwsny.com; Michael.smith2@computershare.com ; kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com; svanaalten@cooley.com; scarnes@cooley.com; dcoffino@cov.com; aclark@cov.com; mfelger@cozen.com; pzumbro@cravath.com; davidtaxin@dahannowick.com; dhw@dhclegal.com; marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com; sears.service@davispolk.com; mcto@debevoise.com; eweisgerber@debevoise.com; jcurley@ddw-law.com; bethsolomon@discover.com; LJKotler@duanemorris.com; WMSimkulak@duanemorris.com; WMSimkulak@duanemorris.com; Cheitzenrater@duanemorris.com; lmay@eisemanlevine.com; Leopold.matt@Epa.gov ; lbercovich@epicor.com; ppascuzzi@ffwplaw.com; gchico@ferraiuoli.com; mark.wilson@fisherbroyles.com; patricia.fugee@fisherbroyles.com; dlwright@foley.com; msmall@foley.com; aguon@foxrothschild.com; plabov@foxrothschild.com; thoran@foxrothschild.com; mhall@foxrothschild.com; mherz@foxrothschild.com; nreid@foxswibel.com; jfrank@fgllp.com; jkleinman@fgllp.com; deggert@freeborn.com; brad.eric.scheler@friedfrank.com; scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; tking@fbtlaw.com; rgold@fbtlaw.com; awebb@fbtlaw.com; pmartin@fmdlegal.com; lbrymer@fmdlegal.com; gseitz@gsbblaw.com; mgensburg@gcklegal.com; btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com; hcohen@gibbonslaw.com; dcampbell@ghclaw.com; tnixon@gklaw.com; aaron@bk-lawyer.net; jflaxer@golenbock.com; mweinstein@golenbock.com; gfox@goodwinlaw.com; bbazian@goodwinlaw.com; drosner@goulstonstorrs.com; thoffmann@goulstonstorrs.com; tannweiler@greerherz.com; jfigueiredo@hahnhessen.com; ahalperin@halperinlaw.net; lgu@halperinlaw.net; dlieberman@halperinlaw.net; joia.johnson@hanes.com; howard.upchurch@hanes.com; ktompsett@harrisbeach.com; sselbst@herrick.com;

elio@higgslaw.com; arthur.rosenberg@hklaw.com; Marc.Antonecchia@hklaw.com;
barbra.parlin@hklaw.com; elvin.ramos@hklaw.com; jose.casal@hklaw.com;
jjalemany@hklaw.com; llichtman@honigman.com; bgross@HuntonAK.com;
mlegge@huntonak.com; ghesse@huntonak.com; caleb.holzaepfel@huschblackwell.com;
lynn.butler@huschblackwell.com; Daniel.Swetnam@icemiller.com;
taxcollector@co.imperial.ca.us; alex.macias@impremedia.com;
Mimi.M.Wong@irscounsel.treas.gov; Mimi.M.Wong@irscounsel.treas.gov;
Bankruptcy2@ironmountain.com; hgj@jasneflorio.com; dlk@jasneflorio.com;
elkinj@mac.com; atureaud@kblaw.com; KDWBankruptcyDepartment@KelleyDrye.com;
bfeder@kelleydrye.com; ssouthard@klestadt.com; lkiss@klestadt.com;
kurtzman@kurtzmansteady.com; dgragg@langleybanack.com; jfifarek@laskyfifarek.com;
rzucker@lasserhochman.com; marc.zelina@lw.com; peter.gilhuly@lw.com;
ted.dillman@lw.com; gillazarus@gmail.com; kevin@ksnpc.com;
william.fennell@fennelllaw.com; luralene.schultz@fennelllaw.com; office@fennelllaw.com;
cgruen@gruenlaw.com; dtabachnik@dttlaw.com; pstarkesq@gmail.com;
hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com; ilan.markus@leclairryan.com;
niclas.ferland@leclairryan.com; andrew.cole@leclairryan.com;
sanantonio.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;
houston_bankruptcy@publicans.com; jfarnum@linowes-law.com; jmueller@lippes.com;
braynor@lockelord.com; asmith@lockelord.com; dwirt@lockelord.com;
ira.greene@lockelord.com; jfroehlich@lockelord.com; sbryant@lockelord.com;
bbuechler@lowenstein.com; echafetz@lowenstein.com; bnathan@lowenstein.com;
dmiller@lubinolson.com; tleday@mvbalaw.com; bmcgrath@mcglinchey.com;
kromano@mcglinchey.com; mchaney@mcglinchey.com; raguilar@mcglinchey.com;
rcerone@mcglinchey.com; hjschwartz@mckoolsmith.com; dmeegan@mhksacto.com;
cjm@msf-law.com; nkenworthy@mrrlaw.net; ALeblanc@milbank.com; cprice@milbank.com;
RLiubicic@milbank.com; sdnyecf@dor.mo.gov; ssmith@mwlaw.com;
laura.mccarthy@morganlewis.com; neil.herman@morganlewis.com; smiller@morrisjames.com;
cmiller@mnat.com; jbarsalona@mnat.com; jmarines@mofo.com; bbutterfield@mofo.com;
bankruptcy@morrisoncohen.com; mro@prbankruptcy.com; dperry@munsch.com;
kcordry@naag.org; jody.bedenbaugh@nelsonmullins.com; shane.ramsey@nelsonmullins.com;
enid.stuart@ag.ny.gov; cdesiderio@nixonpeabody.com; dsklar@nixonpeabody.com;
rpedone@nixonpeabody.com; bob.bruner@nortonrosefulbright.com;
david.rosenzweig@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com;
christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com;
david.rosenzweig@nortonrosefulbright.com; cmomjian@attorneygeneral.gov;
rachel.obaldo@oag.texas.gov; richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov;
apetrakov@offitkurman.com; smetz@offitkurman.com; sokeefe@okeefelc.com;
paul@orshanpa.com; lily@pacogarment.com; chipford@parkerpoe.com;
leslieplaskon@paulhastings.com; andrewtenzer@paulhastings.com;
shlomomaza@paulhastings.com; pbasta@paulweiss.com; kcornish@paulweiss.com;
lclayton@paulweiss.com; sbuergel@paulweiss.com; rbritton@paulweiss.com;
jhurwitz@paulweiss.com; jaffeh@pepperlaw.com; listwakk@pepperlaw.com;
ecobb@pbfcm.com; ecobb@pbfcm.com; lmbkr@pbfcm.com; osonik@pbfcm.com;
dpick@picklaw.net; jon@piercemccoy.com; rsteinberg@pricemeese.com;
searsteam@primeclerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com;
rlp@pryormandelup.com; susheelkirpalani@quinnemanuel.com;
jonpickhardt@quinnemanuel.com; andrewcorkhill@quinnemanuel.com;

matthewscheck@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; cfilardi@rrlawpc.com; greiss@reisspreuss.com; etikkanen@reisspreuss.com; cpugatch@rprslaw.com; hmagaliff@r3mlaw.com; kflorey@robbins-schwartz.com; nsmith@robbins-schwartz.com; Robert.e.michael.esq@gmail.com; Aron.hume@gmail.com; fbr@robinsonbrog.com; gregg.galardi@ropesgray.com; kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com; james.wilton@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; joshua.sturm@ropesgray.com; nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com; srosen@rosenpc.com; mamato@rmfpc.com; skelly@s-d.com; skelly@s-d.com; mmccann@swc-law.com; rabiuso@swc-law.com; jweinblatt@sakar.com; cbelmonte@ssbb.com; asnow@ssbb.com; pbosswick@ssbb.com; ldelucia@schiffhardin.com; afiedler@schiffhardin.com; secbankruptcy@sec.gov; NYROBankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; ashmead@sewkis.com; alves@sewkis.com; emfox@seyfarth.com; rhermann@sbwh.law; mkish@sbwh.law; jshafer@sbwh.law; floridaservice@sbwh.law; fsosnick@shearman.com; sara.coelho@shearman.com; afeld@sheppardmullin.com; tcohen@sheppardmullin.com; rreinert@shutts.com; dkronenberg@sidley.com; rtucker@simon.com; mshriro@singerlevick.com; dplon@sirlinlaw.com; Paul.Leake@skadden.com; Shana.Elberg@skadden.com; George.Howard@skadden.com; enotices@skijain.com; pstrok@swelawfirm.com; rkinas@swlaw.com; bk@svllaw.com; darolf@sorlinglaw.com; pmryan@sorlinglaw.com; mary.callahan@bnymellon.com; mary.callahan@bnymellon.com; tonder@stark-stark.com; jlemkin@stark-stark.com; cp@stevenslee.com; thomas.salerno@stinson.com; streusand@slollp.com; khansen@stroock.com; jcanfield@stroock.com; sbhattacharyya@stroock.com; dietdericha@sullcrom.com; zylberbergd@sullcrom.com; dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com; lawyer@surilawoffice.com; Riela@thsh.com; aconway@taubman.com; Starr.Judith@pbgc.gov; mccarron.william@pbgc.gov; efile@pbgc.gov; joe@saracheklawfirm.com; Curtis.Tuggle@ThompsonHine.com; powerwangtxks@vip.126.com; AGBankNewYork@ag.tn.gov; kay.brock@traviscountytx.gov; jose.galarza@usbank.com ; David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov; Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov; Linda.Riffkin@usdoj.gov; jdunn@vedderprice.com; ketzel@vedderprice.com; mschein@vedderprice.com; marva.m.levine@verizon.com; notice@waldrepllp.com; sfalanga@walsh.law; gtoering@wnj.com; Dclarke@wjslaw.com; ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com; mbrofman@weisszarett.com; sfink@weltman.com; vandermarkj@whiteandwilliams.com; sgerald@wtplaw.com; bankruptcy@evict.net; awilliams@williamsadvisors.com; alipkin@willkie.com; gbrunswick@willkie.com; phealy@wsfsbank.com; scimalore@wilmingtontrust.com; david.tillem@wilsonelser.com; saron@wrslawyers.com; mfullington@wyattfirm.com; tom@attorneyzim.com