**EXHIBIT C**

| Exhibit C -- Goods Shipped from Apex, NC | | | | | |
|---|---|---|---|---|---|
| Payer Name | Customer # | On Board Date (posting date) | Estimated Delivery Date (7 days) | Apex Invoice # | Amount |
| SEARS, ROEBUCK AND CO. | 31742 | 9/20/2018 | 9/27/2018 | 917796413 | $ 990.60 |
| SEARS, ROEBUCK AND CO. | 31742 | 9/20/2018 | 9/27/2018 | 917796414 | $ 13,314.00 |
| SEARS, ROEBUCK AND CO. | 31742 | 9/20/2018 | 9/27/2018 | 917796526 | $ 740.70 |
| SEARS, ROEBUCK AND CO. | 31742 | 9/27/2018 | 10/4/2018 | 917813863 | $ 204.31 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/2/2018 | 10/9/2018 | 917823216 | $ 103.41 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/2/2018 | 10/9/2018 | 917823217 | $ 34.04 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/2/2018 | 10/9/2018 | 917823218 | $ 3.68 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827451 | $ 10.02 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827452 | $ 8.16 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827453 | $ 24.68 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827454 | $ 14.09 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827455 | $ 9.64 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827456 | $ 3.64 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827457 | $ 9.06 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827458 | $ 8.45 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827459 | $ 22.81 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827460 | $ 8.08 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827461 | $ 30.27 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827462 | $ 3.89 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827463 | $ 16.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827464 | $ 56.46 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827465 | $ 26.85 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827466 | $ 7.14 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827467 | $ 5.99 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827468 | $ 2.42 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827469 | $ 6.87 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827470 | $ 3.46 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827471 | $ 35.39 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827539 | $ 45.01 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827472 | $ 16.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827473 | $ 61.69 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827540 | $ 26.70 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827474 | $ 5.22 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827475 | $ 3.25 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827541 | $ 50.67 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827476 | $ 9.88 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827477 | $ 7.55 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827478 | $ 5.43 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827479 | $ 11.02 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827480 | $ 15.58 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827481 | $ 4.21 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827482 | $ 10.02 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827483 | $ 42.21 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827484 | $ 58.48 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827485 | $ 7.82 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827486 | $ 16.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827487 | $ 6.42 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827488 | $ 4.87 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827489 | $ 5.01 |

| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827490 | $ | 2.87 |
|---|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827491 | $ | 18.78 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827492 | $ | 31.93 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827493 | $ | 7.14 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827494 | $ | 9.72 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827495 | $ | 37.84 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827496 | $ | 7.82 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827542 | $ | 2.87 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827497 | $ | 16.12 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827498 | $ | 49.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827499 | $ | 5.58 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827500 | $ | 23.52 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827501 | $ | 26.85 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827502 | $ | 3.66 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827503 | $ | 65.92 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827504 | $ | 2.42 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827505 | $ | 5.43 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827506 | $ | 6.40 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827507 | $ | 5.23 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827508 | $ | 5.99 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827509 | $ | 5.58 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827510 | $ | 58.48 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827511 | $ | 5.43 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827512 | $ | 7.48 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827513 | $ | 8.13 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827514 | $ | 9.64 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827515 | $ | 56.46 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827516 | $ | 6.40 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827517 | $ | 72.88 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827518 | $ | 60.78 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827519 | $ | 12.01 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827520 | $ | 5.23 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827521 | $ | 108.40 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827522 | $ | 8.84 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827523 | $ | 22.81 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827524 | $ | 28.87 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827525 | $ | 5.01 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827526 | $ | 6.47 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827527 | $ | 6.40 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827528 | $ | 7.93 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827529 | $ | 15.58 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827530 | $ | 60.78 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827531 | $ | 9.64 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827532 | $ | 3.08 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827533 | $ | 58.48 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827534 | $ | 13.13 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827535 | $ | 38.46 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827536 | $ | 1.99 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827537 | $ | 13.05 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827538 | $ | 31.39 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/3/2018 | 10/10/2018 | 917827543 | $ | 10.17 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830291 | $ | 9,933.30 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830813 | $ | 24,361.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830746 | $ | 35,471.64 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830430 | $ | 14,551.00 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830367 | $ | 34,436.49 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830369 | $ | 66.88 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830902 | $ | 4,412.86 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830292 | $ | 33,285.00 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830431 | $ | 33,285.00 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/4/2018 | 10/11/2018 | 917830368 | $ | 33,285.00 |
| SEARS, ROEBUCK AND CO. | 465760 | 10/4/2018 | 10/11/2018 | 917830407 | $ | 354.24 |
| SEARS, ROEBUCK AND CO. | 465760 | 10/4/2018 | 10/11/2018 | 917830408 | $ | 531.36 |
| SEARS, ROEBUCK AND CO. | 465760 | 10/4/2018 | 10/11/2018 | 917830409 | $ | 177.12 |
| SEARS, ROEBUCK AND CO. | 465760 | 10/4/2018 | 10/11/2018 | 917830410 | $ | 354.24 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830299 | $ | 2.42 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830300 | $ | 2.42 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830301 | $ | 4.67 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830302 | $ | 3.62 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830303 | $ | 3.67 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830304 | $ | 0.89 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830305 | $ | 2.42 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830306 | $ | 4.17 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830307 | $ | 4.67 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830308 | $ | 3.67 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830309 | $ | 34.04 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830310 | $ | 11.60 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/4/2018 | 10/11/2018 | 917830311 | $ | 11.63 |
| TOTAL AMOUNT ENTITLED TO  ADMINISTRATIVE EXPENSE STATUS PURSUANT TO SECTION 503(b)(9) | | | | | $ | 241,809.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | 588017 | 10/8/2018 | 10/15/2018 | 917836376 | $ | 5.43 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/8/2018 | 10/15/2018 | 917836377 | $ | 8.31 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/8/2018 | 10/15/2018 | 917836378 | $ | 11.02 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/8/2018 | 10/15/2018 | 917836379 | $ | 109.36 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/8/2018 | 10/15/2018 | 917836380 | $ | 16.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/8/2018 | 10/15/2018 | 917836381 | $ | 9.89 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/8/2018 | 10/15/2018 | 917836382 | $ | 6.40 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/8/2018 | 10/15/2018 | 917836383 | $ | 6.48 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/9/2018 | 10/16/2018 | 917839013 | $ | 25.84 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/9/2018 | 10/16/2018 | 917839014 | $ | 13.60 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/9/2018 | 10/16/2018 | 917839015 | $ | 9.89 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/9/2018 | 10/16/2018 | 917839016 | $ | 137.18 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/9/2018 | 10/16/2018 | 917839017 | $ | 16.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/9/2018 | 10/16/2018 | 917839018 | $ | 7.36 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/9/2018 | 10/16/2018 | 917839019 | $ | 6.35 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/9/2018 | 10/16/2018 | 917839020 | $ | 37.66 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845404 | $ | 1,098.20 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845396 | $ | 19,971.00 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845403 | $ | 706.24 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845405 | $ | 409.00 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845397 | $ | 1,128.60 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845398 | $ | 2,535.10 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845525 | $ | 1,699.44 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845527 | $ | 320.04 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845526 | $ | 1,933.04 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845406 | $ | 1,114.52 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845408 | $ | 609.60 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845407 | $ | 1,730.00 |

| SEARS, ROEBUCK AND CO. | 31742 | 10/11/2018 | 10/18/2018 | 917845920 | $ | 363.78 |
|---|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | 465760 | 10/11/2018 | 10/18/2018 | 917846415 | $ | 177.12 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845413 | $ | 4.80 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845414 | $ | 24.49 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845415 | $ | 8.18 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845416 | $ | 8.08 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845417 | $ | 7.36 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845418 | $ | 3.74 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845419 | $ | 5.59 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845420 | $ | 24.49 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845421 | $ | 8.31 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845422 | $ | 12.34 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845412 | $ | 38.04 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845423 | $ | 8.81 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/11/2018 | 10/18/2018 | 917845424 | $ | 37.66 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/12/2018 | 10/19/2018 | 917848232 | $ | 33,285.00 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/12/2018 | 10/19/2018 | 917848233 | $ | 1,504.80 |
| SEARS, ROEBUCK AND CO. | 31742 | 10/12/2018 | 10/19/2018 | 917848234 | $ | 2,217.48 |
| SEARS, ROEBUCK AND CO. | 465760 | 10/12/2018 | 10/19/2018 | 917848967 | $ | 348.48 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/12/2018 | 10/19/2018 | 917848256 | $ | 31.86 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/12/2018 | 10/19/2018 | 917848257 | $ | 57.74 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/12/2018 | 10/19/2018 | 917848258 | $ | 8.84 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/12/2018 | 10/19/2018 | 917848259 | $ | 10.47 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/12/2018 | 10/19/2018 | 917848260 | $ | 3.31 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/12/2018 | 10/19/2018 | 917848261 | $ | 16.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/12/2018 | 10/19/2018 | 917848262 | $ | 16.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851041 | $ | 25.90 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851042 | $ | 5.55 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851043 | $ | 49.43 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851044 | $ | 20.64 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851045 | $ | 15.60 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851046 | $ | 46.25 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851047 | $ | 19.70 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851048 | $ | 12.24 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851049 | $ | 56.46 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851050 | $ | 9.07 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851051 | $ | 11.32 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851052 | $ | 27.71 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851054 | $ | 12.46 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851053 | $ | 4.15 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851055 | $ | 7.36 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851056 | $ | 8.18 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851057 | $ | 8.18 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851059 | $ | 1.82 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851058 | $ | 6.66 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851060 | $ | 31.93 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851061 | $ | 8.68 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851062 | $ | 7.36 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851063 | $ | 24.29 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851064 | $ | 37.66 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851065 | $ | 16.75 |
| SEARS, ROEBUCK AND CO. | 588017 | 10/15/2018 | 10/22/2018 | 917851066 | $ | 13.13 |
| SEARS, ROEBUCK AND CO. | N/A | 10/17/2018 | 10/24/2018 | 917858286 | | 16.75 |

| SEARS, ROEBUCK AND CO. | N/A | 10/18/2018 | 10/25/2018 | 962179633 | -54.39 |
|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | N/A | 10/22/2018 | 10/29/2018 | 917867742 | 8.09 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870859 | 13.05 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870867 | 13.96 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870868 | 26.7 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870869 | 20.17 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870870 | 5 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870871 | 22.85 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870872 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870873 | 58.48 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870874 | 28.87 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870876 | 6.07 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870875 | 16.48 |
| SEARS, ROEBUCK AND CO. | N/A | 10/23/2018 | 10/30/2018 | 917870877 | 13.52 |
| SEARS, ROEBUCK AND CO. | N/A | 10/24/2018 | 10/31/2018 | 917874169 | 32.06 |
| SEARS, ROEBUCK AND CO. | N/A | 10/24/2018 | 10/31/2018 | 917874168 | 4.47 |
| SEARS, ROEBUCK AND CO. | N/A | 11/6/2018 | 11/13/2018 | 962180764 | -8.25 |
| SEARS, ROEBUCK AND CO. | N/A | 11/19/2018 | 11/26/2018 | 917939287 | 8.81 |
| SEARS, ROEBUCK AND CO. | N/A | 11/19/2018 | 11/26/2018 | 917939288 | 5.43 |
| SEARS, ROEBUCK AND CO. | N/A | 11/19/2018 | 11/26/2018 | 917939286 | 26.6 |
| SEARS, ROEBUCK AND CO. | N/A | 11/19/2018 | 11/26/2018 | 917939289 | 28.98 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943012 | 5.58 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943019 | 16.66 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943020 | 3.77 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943013 | 6.4 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943014 | 26.7 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943015 | 5.44 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943021 | 24.93 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943016 | 2.87 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943017 | 4.57 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943022 | 8.31 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943018 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/20/2018 | 11/27/2018 | 917943023 | 21.35 |
| SEARS, ROEBUCK AND CO. | N/A | 11/21/2018 | 11/28/2018 | 917946734 | 177.12 |
| SEARS, ROEBUCK AND CO. | N/A | 11/21/2018 | 11/28/2018 | 917946731 | 708.48 |
| SEARS, ROEBUCK AND CO. | N/A | 11/21/2018 | 11/28/2018 | 917946732 | 1,847.50 |
| SEARS, ROEBUCK AND CO. | N/A | 11/21/2018 | 11/28/2018 | 917946733 | 348.48 |
| SEARS, ROEBUCK AND CO. | N/A | 11/21/2018 | 11/28/2018 | 917946735 | 696.96 |
| SEARS, ROEBUCK AND CO. | N/A | 11/21/2018 | 11/28/2018 | 917946850 | 12.34 |
| SEARS, ROEBUCK AND CO. | N/A | 11/21/2018 | 11/28/2018 | 917946849 | 210.32 |
| SEARS, ROEBUCK AND CO. | N/A | 11/21/2018 | 11/28/2018 | 917946851 | 118.55 |
| SEARS, ROEBUCK AND CO. | N/A | 11/26/2018 | 12/3/2018 | 917952482 | 84.06 |
| SEARS, ROEBUCK AND CO. | N/A | 11/26/2018 | 12/3/2018 | 917952483 | 48.76 |
| SEARS, ROEBUCK AND CO. | N/A | 11/26/2018 | 12/3/2018 | 917952484 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/26/2018 | 12/3/2018 | 917952485 | 250.36 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 962181917 | -16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955271 | 8.22 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955272 | 500.72 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955273 | 17.03 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955274 | 5.21 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955237 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955238 | 31.93 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955239 | 14.22 |

| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955240 | 3.68 |
|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955241 | 6.17 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955242 | 4.58 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955243 | 14.65 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955244 | 5.59 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955245 | 4.87 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955246 | 46.97 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955247 | 13.05 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955248 | 11.16 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955249 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955250 | 68.87 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955251 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955252 | 26.18 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955253 | 6.66 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955254 | 7.36 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955255 | 250.36 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955275 | 47.69 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955256 | 5.58 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955257 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955258 | 7.36 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955259 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955260 | 63.34 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955261 | 7.12 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955262 | 8.31 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955263 | 26.7 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955264 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955265 | 14.25 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955266 | 63.81 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955267 | 4.42 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955268 | 58.48 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955269 | 31.93 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955270 | 3.64 |
| SEARS, ROEBUCK AND CO. | N/A | 11/27/2018 | 12/4/2018 | 917955276 | 12.46 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 962182006 | -3.14 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958716 | 37.66 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958717 | 6.97 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958718 | 47.91 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958719 | 17.69 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958720 | 5.21 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958721 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958722 | 52.72 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958766 | 82.44 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958767 | 16.66 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958723 | 46.43 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958724 | 11.05 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958725 | 5.58 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958726 | 56.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958727 | 7.36 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958728 | 57.44 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958729 | 250.36 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958730 | 64.74 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958731 | 57.44 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958732 | 58.48 |

| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958733 | 16.75 |
|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958734 | 283.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958735 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958736 | 57.44 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958737 | 8.08 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958738 | 22.87 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958739 | 57.44 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958740 | 9.27 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958741 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958742 | 18.51 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958743 | 113.18 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958744 | 15.58 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958745 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958746 | 18.69 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958768 | 47.61 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958747 | 13.05 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958748 | 7.36 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958749 | 113.18 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958750 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958751 | 16.66 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958752 | 15.58 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958753 | 16.66 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958754 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958755 | 10.67 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958756 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958757 | 29.68 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958758 | 25.9 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958759 | 31.93 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958760 | 7.19 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958761 | 9.89 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958762 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958763 | 23.43 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958764 | 9 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958765 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958769 | 19.02 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958770 | 13.96 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958771 | 57.44 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958772 | 34.04 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958773 | 87.1 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958774 | 29.68 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958775 | 13.57 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958776 | 34.04 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958777 | 15.93 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958778 | 12.74 |
| SEARS, ROEBUCK AND CO. | N/A | 11/28/2018 | 12/5/2018 | 917958779 | 12.74 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961742 | 50.85 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961743 | 156 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961744 | 234 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961745 | 2,619.60 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961746 | 37.65 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961747 | 3,826.88 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961750 | 4,745.16 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961751 | 284.4 |

| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961748 | 1,936.38 |
|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961749 | 4,840.78 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961752 | 284.4 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961764 | 5.1 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961765 | 10.9 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961766 | 63.81 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917961767 | 26.26 |
| SEARS, ROEBUCK AND CO. | N/A | 11/29/2018 | 12/6/2018 | 917962514 | 34.32 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 1400952220 | -475.35 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969064 | 14.76 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969065 | 10.71 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969066 | 9.89 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969067 | 94.32 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969068 | 28.85 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969069 | 49.16 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969070 | 31.93 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969071 | 103.41 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969072 | 57.44 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969073 | 52.94 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969074 | 47.61 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969075 | 57.44 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969076 | 7.36 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969077 | 14.76 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969078 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969079 | 8.31 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969080 | 56.75 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969081 | 113.18 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969082 | 9.72 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969083 | 31.93 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969084 | 16.66 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969085 | 11.02 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969086 | 11.05 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/6/2018 | 917969087 | 15.93 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969088 | 22.04 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969089 | 28.87 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969090 | 114.88 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969091 | 15.58 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969092 | 29.68 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969093 | 35.27 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969094 | 71.11 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969095 | 19.02 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969096 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969097 | 113.18 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969098 | 44.22 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969099 | 4.8 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969100 | 63.81 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969101 | 25.89 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969102 | 16.75 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969103 | 31.39 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969104 | 57.44 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969105 | 29.02 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969106 | 56.46 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969107 | 31.93 |

| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969108 | 5.39 |
|---|---|---|---|---|---|
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969109 | 42.21 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969110 | 31.93 |
| SEARS, ROEBUCK AND CO. | N/A | 12/3/2018 | 12/10/2018 | 917969111 | 28.1 |
| SEARS, ROEBUCK AND CO. | N/A | 12/5/2018 | 12/12/2018 | 917977101 | 33.73 |
| **TOTAL AMOUNT ENTITLED TO ADMINISTRATIVE EXPENSE STATUS PURSUANT TO SECTION 503(b)(1)** | | | | | **$ 102,065.84** |
| **TOTAL ADMINISTRATIVE CLAIM** | | | | | **$ 343,875.43** |