WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                     :
**In re**                                            :          **Chapter 11**
                                                     :
**SEARS HOLDINGS CORPORATION, *et al.*,**            :          **Case No. 18-23538 (RDD)**
                                                     :
            **Debtors.[1]**                          :          **(Jointly Administered)**
                                                     :
---------------------------------------------------------------x

## NOTICE OF FILING OF SUPPLEMENTAL
## ORDINARY COURSE PROFESSIONALS LIST

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that on November 16, 2018, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")[2] entered an *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**"). Attached to the Order as **Exhibits 1 and 2** is an initial list of Ordinary Course Professionals (collectively, the "**OCP Lists**").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, the Debtors, in the exercise of their business judgment, seek to add the Ordinary Course Professionals listed below (the "**Supplemental OCPs**") to the OCP Lists as indicated.

### Tier 1 Ordinary Course Professionals

| Professional | Address | Contact | Services Performed By Professional |
|---|---|---|---|
| Keightley & Ashner LLP | One Metro Center 700 12th Street, N.W. Suite 700 Washington, D.C. 20005 | Attn: Harold J. Ashner | Provides pension benefits legal advice |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Motion of Debtors for Authority to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 396).

WEIL:\96851757\3\73219.0006

## Tier 2 Ordinary Course Professionals

| Professional | Address | Contact | Services Performed By Professional |
|---|---|---|---|
| Crowell & Moring LLP | 3 Park Plaza, 20th Floor Irvine, CA 92614 | Attn: Deborah Arbabi | Provides antitrust litigation legal advice |
| Fox Rothschild LLP | BNY Mellon Center 500 Grant St., Suite 2500 Pittsburgh PA 15219 | Attn: John R. Gotaskie, Jr. | Provides litigation legal advice in PA |
| Garippa, Lotz & Giannuario | 66 Park Street, P.O. Box 1584 Montclair, New Jersey 07042 | Attn: Greg Lotz | Provides real estate tax legal advice in NJ/PA |
| Kenny, O'Keefe & Usseglio, P.C. | Capitol Place 21 Oak Street, Suite 208 Hartford, Connecticut 06106 | Attn: Richard Kenny | Provides general liability legal advice in CT |
| Larkin Hoffman Daly & Lindgren Ltd. | 8300 Norman Center Dr. Suite 1000 Minneapolis, MN 55437-1060 | Attn: Peder Larson | Provides environmental legal advice in MN |
| Law Offices of Nicholas A. Furia, PLLC | Canadian Pacific Plaza 120 South Sixth Street, Suite 1720 Minneapolis, MN 55402 | Attn: Nicholas Furia | Provides real estate tax legal advice in MN |
| Law Offices of Saliba & Saliba | 4 Derne Street, P.O. Box 8796 Boston, Massachusetts 02114 | Attn: David Saliba | Provides real estate tax legal advice in MA |
| Lewis Brisbois Bisgaard & Smith, LLP | 333 Bush Street Suite 1100 San Francisco, CA 94104 | Attn: Shawn Toliver | Provides general liability legal advice in CA |
| Marcus & Pollack LLP | 633 Third Avenue 9th Floor New York, NY 10017-6796 | Attn: Joel Marcus | Provides real estate tax legal advice in NY |
| Mattingly Law Firm | 9426 Katy Freeway Bldg. #10 Houston, Texas 77055 | Attn: Edward Mattingly | Provides litigation legal advice |
| Montgomery McCracken Walker & Rhoads, LLP | 1735 Market Street, 21st Floor Philadelphia, PA 19103 | Attn: Joanne Semeister | Provides real estate legal advice in PA |
| Neal Gerber & Eisenberg LLP | Two North LaSalle Street Suite 1700 Chicago, IL 60602 | Attn: David Martin | Provides real estate tax legal advice in IL |
| Pellerano & Herrera | 10 John F Kennedy Ave. Santo Domingo, Dominican Republic<br><br>A-303 P.O. Box 025650 Miami, Florida 33102-5650 | Attn: Feliz Fernandez | Provides litigation legal advice in Dominican Republic |
| Preferred Tax Services | c/o Lefkoff, Duncan, Grimes, McSwain & Hass, P.C Piedmont Place Office Building 3520 Piedmont Road Suite 200 Atlanta, Georgia 30305 | Attn: Terry Rosenblatt | Provides real estate tax legal advice in CA/GA/TX |
| Reinhart Boerner Van Deuren s.c. | 22 East Mifflin Street Suite 700 Madison, WI 53703 | Attn: Don M. Millis | Provides real estate tax legal advice in CT |
| Smith, Gendler, Shiell, Sheff, Ford & Maher | 800 Nicollet Mall, Suite 2950 Minneapolis, MN 55402 | Attn: Margaret Ford | Provides real estate tax legal advice in MN |

3

| Smith, Slusky, Pohren & Rogers, LLP | 8712 West Dodge Road Suite 400 Omaha, NE 68114 | Attn: Shaun James | Provides real estate tax legal advice in NE |
|---|---|---|---|
| Verros, Lafakis & Berkshire, PC | 33 North LaSalle Street 25th Floor Chicago, Illinois 60602 | Attn: Ellen Bershire | Provides real estate tax legal advice in IL |

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** are the

completed Ordinary Course Professional Affidavits and Retention Questionnaires for the

Supplemental OCPs.

Dated:  January 4, 2019
          New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors
and Debtors in Possession*

4

## **<u>Exhibit A</u>**

**Completed Ordinary Course Professional Affidavits and Retention Questionnaires**

WEIL:\96851757\3\73219.0006

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                          :

                                                               :        **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,     :

                                                               :        **Case No. 18-23538 (RDD)**

                                                               :

              Debtors.[1]                                      :        **(Jointly Administered)**

---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF HAROLD ASHNER,

## ON BEHALF OF KEIGHTLEY & ASHNER LLP

STATE OF VIRGINIA           )
                            ) s.s.:
COUNTY OF FAIRFAX           )

Harold Ashner, being duly sworn, upon his oath, deposes and says as follows:

1.     I am a Partner of Keightley & Ashner LLP, located at 700 12th Street, NW,

Suite 700, Washington, DC 20005 (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.     Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following: legal services regarding issues relating to pension benefits.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm or independent contractors regularly associated with the Firm.

6.     Neither I nor any principal of, or professional employed by the Firm, or independent contractor regularly associated with the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $9,544.00 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 18, 2018, at Burke, Virginia.

_____
Harold Ashner

SWORN TO AND SUBSCRIBED before
Me this 18th day of December , 2018

_____
Notary Public
Fairfax County
Virginia

MANISHA H ALIMI
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES OCT. 31, 2021
COMMISSION # 366753

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                    :

                                                         :       **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,                :

                                                         :       **Case No. 18-23538 (RDD)**

                                                         :

            Debtors.[1]                                  :       **(Jointly Administered)**

---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

        Harold Ashner
        Keightley & Ashner LLP
        700 12th Street, NW, Suite 700
        Washington, DC 20005

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.   Date of retention:  July 2014.

3.   Type of services to be provided: legal services.

4.   Brief description of services to be provided: legal services regarding issues relating to
pension benefits (not exhaustive).

5.   Arrangements for compensation (hourly, contingent, etc.): hourly.

(a)   Average hourly rate (if applicable):  $1,011.88 based on outstanding invoices.

(b)   Estimated average monthly compensation based on prepetition retention (if
company was employed prepetition): $15,000 to $35,000.

6.   Prepetition claims against the Debtors held by the company:

Amount of claim:  $9,544.00.

Date claim arose:  between 6/15/18 and 8/29/18.

Nature of claim:  legal services.

7.   Prepetition claims against the Debtors held individually by any member, associate, or
employee of the company: none.

8.   Disclose the nature and provide a brief description of any interest adverse to the Debtors
or to their estates for the matters on which the professional is to be employed: none.

9.   Name and title of individual completing this form:

Harold Ashner
Keightley & Ashner LLP
700 12th Street, NW, Suite 700
Washington, DC 20005

Dated:  December 18, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF DANIEL A. SASSE

### ON BEHALF OF CROWELL & MORING LLP

STATE OF CALIFORNIA)
               ) s.s.:
COUNTY OF ORANGE  )

      DANIEL A. SASSE, being duly sworn, upon his oath, deposes and says as follows:

      1.     I am a Partner of Crowell & Moring LLP, located at 3 Park Place, 20th Floor, Irvine, California 92614 (the "**Firm**").

      2.     Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

requested that the Firm continue to provide legal services to one of the Debtors, specifically, Sears Holding Management Corporation ("**Sears Holding**"), in connection with several antitrust matters, and the Firm has consented to provide such services (the "**Services**").

3.    The Services include, but are not limited to, representation in thirty (30) separate class action recovery matters throughout North America, in which Sears Holding has filed or may file claims.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. Insofar as I have been able to ascertain, the Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, insofar as I have been able to ascertain, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.    Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

DCACTIVE-48095088.1

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $0.00 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 19, 2018, at Irvine, California.

Daniel A. Sasse, Partner

SWORN TO AND SUBSCRIBED before
Me this 19th day of December, 2018

Notary Public

ENIA ALESSANDRA CASTILLO
COMM. #2140718
Notary Public · California
Orange County
My Comm. Expires Jan. 23, 2020

3

DCACTIVE-48095088.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                                          :
                                                               :        **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,                      :
                                                               :        **Case No. 18-23538 (RDD)**
                                                               :
        Debtors.[1]                                            :        **(Jointly Administered)**
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

        **Crowell & Moring LLP**
        **3 Park Plaza, 20th Floor**
        **Irvine, California 92614**

2.      Date of retention: <u>On 11/6/14 by Sears Holding Management Corporation.</u>

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed
Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn &
Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc.
(7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co.
(6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears
Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services,
Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck
Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC
(None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder
Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839);
Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart
Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings
Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC
(None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC
(None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com
LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate
headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3.      Type of services to be provided:

        Legal services in connection with antitrust matters.

4.      Brief description of services to be provided:

        Continued representation of Debtor Sears Holding Management Corporation in thirty (30) separate class action recovery matters throughout North America, in which Sears Holding has filed or may file claims.

5.      Arrangements for compensation (hourly, contingent, etc.):

        Contingency.

        (a)     Average hourly rate (if applicable):  N/A

        (b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):  N/A

6.      Prepetition claims against the Debtors held by the company:  NONE

        Amount of claim:  N/A

        Date claim arose:  N/A

        Nature of claim:  N/A

7.      Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:  NONE

        Name:  N/A

        Status:  N/A

        Amount of claim:  N/A

        Date claim arose:  N/A

DCACTIVE-48096872.1

Nature of claim:  <u>N/A</u>

8.      Disclose the nature and provide a brief description of any interest adverse to the Debtors
or to their estates for the matters on which the professional is to be employed:

<u>NONE</u>

9.      Name and title of individual completing this form:

<u>Daniel A. Sasse, Partner, Crowell & Moring LLP</u>

Dated:  December 19, 2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                         :

                               :        **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*  :

                               :        **Case No. 18-23538 (RDD)**

                               :

           Debtors.[1]         :        **(Jointly Administered)**
-----------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF JOHN R. GOTASKIE, JR.,

## ON BEHALF OF FOX ROTHSCHILD LLP

STATE OF PENNSYLVANIA    )
                              ) s.s.:
COUNTY OF ALLEGHENY     )

      John R. Gotaskie, Jr., being duly sworn, upon his oath, deposes and says as follows:

      1.      I am a Partner of Fox Rothschild LLP, resident in the Pittsburgh Office located at 500 Grant Street, Suite 2500, Pittsburgh, PA 15219 (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following:  representation of Sears Home & Business Franchises, Inc. ("**Sears Franchises**"), with respect to its interests in the bankruptcy case of *In re: CGH Carpet & Upholstery Care, Inc.,* pending in the United States Bankruptcy Court for the Western District of Pennsylvania at Case No. 17-23339-GLT.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases on the matters on which the Firm is to be employed.  In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $19,316.95 in respect of prepetition services rendered to the Debtors regarding three matters.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 18, 2018, at Pittsburgh, Pennsylvania.

John R. Gotaskie, Jr.

SWORN TO AND SUBSCRIBED before
Me this _____ day of _____, 2018

Notary Public

Commonwealth of Pennsylvania - Notary Seal
DENISE M MCDONALD - Notary Public
Allegheny County
My Commission Expires Nov 20, 2022
Commission Number 1287008

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

  1.    Name and address of professional:

       John R. Gotaskie, Jr., Fox Rothschild, LLP, 500 Grant Street, Suite 2500,

       Pittsburgh, PA 15219.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.    Date of retention:  Fox Rothschild LLP ("**Firm**") was first retained by Sears Holdings on

April 16, 2009.

3.    Type of services to be provided:

Legal Services.

4.    Brief description of services to be provided:

Representation of Sears Home & Business Franchises, Inc. ("**Sears Franchises**"), with

respect to its interests in the bankruptcy case of *In re: CGH Carpet & Upholstery Care,*

*Inc.,* pending in the United States Bankruptcy Court for the Western District of

Pennsylvania at Case No. 17-23339-GLT

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a)    Average hourly rate (if applicable):  $525.00

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Prior to the Petition Date, the Firm represented Debtors on three different matters.  The average monthly billings—which remain unpaid—for all three matters, in aggregate, was $5,804.40.

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $19,316.95.

Date claim arose:  Prior to October 9, 2018.

Nature of claim:  Legal services provided on three different matters for Debtors.

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A

Status:  

Amount of claim:  $

Date claim arose:  

Nature of claim:  

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

N/A

9.      Name and title of individual completing this form:

        John R. Gotaskie, Jr., Partner _____

Dated:  December 18, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                          :

                                               :        **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.*,      :

                                               :        **Case No. 18-23538 (RDD)**

                                               :

              Debtors.[1]                      :        **(Jointly Administered)**

------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF Gregory G. Lotz, Esq.**

**ON BEHALF OF Garippa, Lotz & Giannuario**

STATE OF New Jersey      )
                         ) s.s.:
COUNTY OF Essex_____   )

Gregory G. Lotz, Esq., being duly sworn, upon his oath, deposes and says as follows:

1.    I am a Partner of Garippa, Lotz & Giannuario, located at 66 Park Street,

Montclair, New Jersey 07042 (the "**Firm**").

2.    Sears Holdings Corporation and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, LLC (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Review property assessments in New Jersey and Pennsylvania. Appeal and litigate property assessment appeals in New Jersey and Pennsylvania.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7. As of the commencement of this chapter 11 case, the Debtors owed the Firm $24,689.46 in respect of prepetition services rendered to the Debtors.

2

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 18, 2018, at 66 Park Street, Montclair, NJ 07042.

Gregory G. Lotz, Esq.
Garippa Lotz & Giannuario
66 Park Street
Montclair, NJ 07042

SWORN TO AND SUBSCRIBED before
Me this 18 day of December, 2018

Notary Public

DANIELLA BARRACO
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2439120
My Commission Expires 10/1/2023

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                    :

                                         :        Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,    :

                                         :        Case No. 18-23538 (RDD)

                                         :

Debtors.[1]                              :        (Jointly Administered)

-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

        1.      Name and address of professional:

        Garippa, Lotz & Giannuario

        66 Park Street

        Montclair, NJ 07042

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com LLC (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Date of retention:  2003

3.      Type of services to be provided:

Review property assessments in New Jersey and Pennsylvania.

Appeal and litigate property assessment appeals in New Jersey and Pennsylvania

4.      Brief description of services to be provided:

Review property assessments as to equitableness and discuss with client merits of appeals

when warranted.

Appeal and litigate property assessment appeals at the Board and Court level. Negotiate

settlements when applicable and try cases to conclusion when warranted.

_____

5.      Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a)      Average hourly rate (if applicable):  $375 per hour

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$8,000 to $10,000 per month

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $24,689.46

Date claim arose:  Total invoices as of September 30, 2018

Nature of claim:  Legal Fees

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A_____

Status:  _____

Amount of claim:  $_____

Date claim arose:  _____

Nature of claim:  _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

N/A_____

_____

_____

_____

9.      Name and title of individual completing this form:

        Gregory G. Lotz, Esq., Partner, Garippa, Lotz & Giannuario

Dated:  _12/18_, 2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                              :

                                                   :          **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*          :

                                                   :          **Case No. 18-23538 (RDD)**

                                                   :

Debtors.[1]                                        :          **(Jointly Administered)**

------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF FRANK G. USSEGLIO,

### ON BEHALF OF SEARS HOLDINGS MANAGEMENT CORPORATION

STATE OF CONNECTICUT          )
                              ) s.s.: HARTFORD
COUNTY OF HARTFORD            )

Frank G. Usseglio, being duly sworn, upon his oath, deposes and says as follows:

1.    I am a partner of Kenny, O'Keefe & Usseglio, P.C., located at 21 Oak Street, Ste 208, Hartford, CT 06106 (the **"Firm"**).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

KENNY, O'KEEFE & USSEGLIO, P.C.
CAPITOL PLACE · 21 OAK STREET, SUITE 208 · HARTFORD, CONNECTICUT 06106 · (860) 246-2700 · JURIS NO. 420163

2.    Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the **"Debtors"**), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the **"Services"**).

3.    The Services include, but are not limited to, the following: representing Attorney Peter E. Garvey of Providence, Rhode Island in a Bill of Discovery proceeding filed in the Superior Court of Milford for the State of Connecticut with respect to a prior civil action filed by Kevin Reid in which Attorney Garvey represented Sears Roebuck & Co. which actually resulted in a verdict against Sears Roebuck & Co. on September 27, 2018.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

2

6.       Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.       As of the commencement of this chapter 11 case, the Debtors owed the Firm $0 in respect of prepetition services rendered to the Debtors.

8.       The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 21, 2018, at Hartford, Connecticut.

Frank G. Usseglio

SWORN TO AND SUBSCRIBED before
Me this 21st day of December, 2018

Notary Public

JACQUELINE M. LACHANCE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2020

KENNY, O'KEEFE & USSEGLIO, P.C.
CAPITOL PLACE · 21 OAK STREET, SUITE 208 · HARTFORD, CONNECTICUT 06106 · (860) 246-2700 · JURIS NO. 420163

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re                                                      :

                                                           :        **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*                  :

                                                           :        **Case No. 18-23538 (RDD)**

                                                           :

            Debtors.[1]                                    :        **(Jointly Administered)**

---------------------------------------------------------x

<u>**RETENTION QUESTIONNAIRE**</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

            1.        Name and address of professional:

Frank G. Usseglio and Richard J. Kenny of Kenny, O'Keefe & Usseglio, P.C., 21 Oak

Street, Ste 208, Hartford, Connecticut 06106

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed
Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,
LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart
Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears
Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home
Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);
Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.
(0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC
Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.
(6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,
Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC
(8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,
LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.
(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,
Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears
Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road,
Hoffman Estates, Illinois 60179.

KENNY, O'KEEFE & USSEGLIO, P.C. · CAPITOL PLACE · 21 OAK STREET, SUITE 208 · HARTFORD, CONNECTICUT 06106 · (860) 246-2700 · JURIS NO. 420163

2.    Date of retention:  12/05/2018

3.    Type of services to be provided:

Legal services on behalf of Attorney Peter E. Garvey who represented Sears Roebuck &
Co. in a civil action in Connecticut that resulted in a verdict against Sears Roebuck & Co.
The present action is a Bill of Discovery filed by the plaintiff in the original civil action
against Attorney Garvey with respect to general aspects of discovery and other
proceedings in the underlying case.

4.    Brief description of services to be provided:

Defense of Attorney Garvey at the request of Sears Holdings Management Corporation in
defense of the Bill of Discovery in the Superior Court of Milford.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a)    Average hourly rate (if applicable):  $200/hour for partner time and $160/hour for
associate time and $90/hour for paralegal time.

KENNY, O'KEEFE & USSEGLIO, P.C.
CAPITOL PLACE · 21 OAK STREET, SUITE 208 · HARTFORD, CONNECTICUT 06106 · (860) 246-2700 · JURIS NO. 420163

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Not applicable

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  None

Date claim arose:  None

Nature of claim:  None

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  None

Status:  None

Amount of claim:  None

Date claim arose: None

Nature of claim:  None

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

9.    Name and title of individual completing this form:

Richard J. Kenny, Esq., managing partner at Kenny, O'Keefe & Usseglio, P.C.


Dated:  December 21, 2018

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                           :

                               :         **Chapter 11**

**SEARS HOLDINGS CORPORATION, *et al.*,**  :

                               :         **Case No. 18-23538 (RDD)**

                               :

                 Debtors.[1]        :         **(Jointly Administered)**
------------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF PEDER LARSON,

## ON BEHALF OF LARKIN, HOFFMAN, DALY & LINDGREN, LTD.

STATE OF MINNESOTA  )
                         ) s.s.:
COUNTY OF HENNEPIN  )

      Peder Larson, being duly sworn, upon his oath, deposes and says as follows:

      1.     I am an attorney of Larkin, Hoffman, Daly & Lindgren, Ltd., located at 8300 Norman Center Drive, Suite 1000, Minneapolis, MN 55437 (the "**Firm**").

      2.     Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

       3.     The Services include, but are not limited to, the following:   Legal services related to environmental conditions at a Sears Holdings property located in Minneapolis, Minnesota

       4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

       5.     Larkin Hoffman serves as legal counsel to MOAC Mall Holdings LLC with respect to the Sears Holding Corporation lease at the Mall of America ("Lease"). We do not believe that our representation of MOAC Mall with respect to the Lease will in any way affect our ability to provide Sears competent and diligent representation related to the environmental matter. Representation regarding the Lease is not at this time performed in connection to the Chapter 11 cases. If a dispute were to arise between Sears and MOAC Mall during the course of our dual representation, Larkin Hoffman would likely not be able to represent any party in resolving that dispute. Both Sears and MOAC Mall Holdings LLC have executed a waiver of

conflict and consent to Larkin Hoffman's representation of Sears in the environmental matter and MOAC Mall Holdings LLC in the Lease matter

6.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $720.00 in respect of prepetition services rendered to the Debtors.

9.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 18, 2018, at Minneapolis, Minnesota.

Affiant Name:  Peder Larson

SWORN TO AND SUBSCRIBED before
Me this __18th__ day of __December__, 2018

Notary Public

MARY C H CARLSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2020

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                      :
                                           :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*  :
                                           :        **Case No. 18-23538 (RDD)**
                                           :
              Debtors.[1]                  :        **(Jointly Administered)**
-----------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

        Peder Larson, Esq.
        Larkin Hoffman
        8300 Norman Center Drive
        Suite 1000
        Minneapolis, MN  55437

2.      Date of retention:  August 15, 2018

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed
Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn &
Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc.
(7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co.
(6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears
Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services,
Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck
Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC
(None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder
Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839);
Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart
Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings
Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC
(None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC
(None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com
LLC (9022); and Sears Brands Management Corporation (5365).    The location of the Debtors' corporate
headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3.    Type of services to be provided:

Legal services

4.    Brief description of services to be provided:

Legal and regulatory advice regarding environmental conditions at property in Minneapolis

5.    Arrangements for compensation (hourly, contingent, etc.):  Hourly

    (a)    Average hourly rate (if applicable):  $495.00.

    (b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

 To be determined.  Work to date has not exceeded $480.00 in any one month.

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $720.00

Date claim arose:  August 15, 2018

Nature of claim:  Legal services

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  none

Status:

Amount of claim:  $_____

Date claim arose: _____

Nature of claim: _____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Larkin Hoffman serves as legal counsel to MOAC Mall Holdings LLC with respect to the Sears Holding Corporation lease at the Mall of America ("Lease"). We do not believe that our representation of MOAC Mall with respect to the Lease will in any way affect our ability to provide Sears competent and diligent representation related to the environmental matter. If a dispute were to arise between Sears and MOAC Mall during the course of our dual representation, Larkin Hoffman would likely not be able to represent any party in resolving that dispute. Both Sears and MOAC Mall Holdings LLC have executed a waiver of conflict and consent to Larkin Hoffman's representation of Sears in the environmental matter and MOAC Mall Holdings LLC in the Lease matter

9.    Name and title of individual completing this form:

Peder Larson, Esq.

Dated:  December 18, 2018

4852-0223-5523, v. 1

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                              :
                                                   :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*          :
                                                   :        **Case No. 18-23538 (RDD)**
                                                   :
            Debtors.[1]                            :        **(Jointly Administered)**
-------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF KRISTEN IVES MCLEAN,

### ON BEHALF OF LAW OFFICES OF NICHOLAS A. FURIA, PLLC

STATE OF MINNESOTA)
                   ) s.s.:
COUNTY OF HENNEPIN)

      <u>Kristen Ives McLean</u>, being duly sworn, upon his oath, deposes and says as follows:

      1.    I am a <u>Senior Paralegal</u> of the <u>Law Offices of Nicholas A. Furia, PLLC</u>,

located at <u>120 South Sixth Street, Suite 1720, Minneapolis, MN 55402   </u> (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide <u>legal</u> services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: <u>legal services as they pertain to property tax appeals in the state of Minnesota.</u>

———————————————————————————————————————————————.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $1,580.05 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 17, 2018, at Minneapolis.

_Kristen McLean_
Affiant Name

SWORN TO AND SUBSCRIBED before
Me this 17 day of December, 2018

_____
Notary Public

Andrew James Hillis
Notary Public
Minnesota
My Commission Expires January 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                               :
                                                    :        **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,           :
                                                    :        **Case No. 18-23538 (RDD)**
                                                    :
            Debtors.[1]                             :        **(Jointly Administered)**
-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

      1.     Name and address of professional:

<u>Law Offices of Nicholas A. Furia, PLLC, 120 South Sixth Street, Minneapolis, MN</u>

<u>55402.</u>_____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

_____

_____

2.      Date of retention:  November 5, 2010.      _____

3.      Type of services to be provided:

Legal services._____

_____

_____

4.      Brief description of services to be provided:

Legal services as they pertain to property tax appeals in the state of Minnesota.

_____

_____

_____

5.      Arrangements for compensation (hourly, contingent, etc.):

Contingent fee._____

(a)      Average hourly rate (if applicable):  _____

(b)      Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Due to the nature the contingent fee payment arrangement, there is not a typical average monthly compensation; however, for the time period January 1, 2016-December 31, 2017

2

the average Accounts Receivables were $6,702.30.

6.      Prepetition claims against the Debtors held by the company:

Amount of claim: $302

Date claim arose: 10/02/18

Nature of claim:  Expense reimbursement.

Amount of claim: $1,278.05

Date claim arose: 10/03/18

Nature of claim:  Contingent fee for property tax reduction settlement.

7.      Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: Not applicable.

Status:

Amount of claim: $

Date claim arose:

Nature of claim:

8.      Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Not applicable.

_____

_____

9.    Name and title of individual completing this form:

   Kristen Ives McLean, Senior Paralegal                                    
_____

Dated:   December 17, 2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

In re                                              :

                                                   :          **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,          :

                                                   :          **Case No. 18-23538 (RDD)**

                                                   :

               Debtors.[1]                         :          **(Jointly Administered)**

--------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF   David G. Saliba,

### ON BEHALF OF SALIBA & SALIBA

STATE OF <u>MA</u>          )
                          ) s.s.:
COUNTY OF <u>Suffolk</u>)


    <u>David G. Saliba,</u> being duly sworn, upon his oath, deposes and says as follows:

    1.    I am a <u>Principal</u> of <u>Saliba & Saliba</u>, located at <u>4 Derne Street, Boston, MA</u>

<u>02114</u> (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide <u>Legal Services,</u> services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: <u>Reviewing Property Tax Assessments and related documents and Filing Tax Appeals & Litigating same.</u>

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $-0- in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 18, 2018, at Boston, Ma.

_____
Affiant Name

SWORN TO AND SUBSCRIBED before
Me this 18 day of December , 2018

_____
Notary Public

RONNIE SHAK
Notary Public
Commonwealth of Massachusetts
My Commission Expires Sept. 20, 2024

On this 18 day of Dec 20 18 before me, the undersigned Notary Public personally appeared _____ (name of document signer). proved to me through satisfactory evidence of identification, which were MA DL , to be the person whose name is signed on the preceding or attached document in my presence.
_____ (official signature and seal of Notary)

DAVID G SALIBA

RONNIE SHAK
Notary Public
Commonwealth of Massachusetts
My Commission Expires Sept. 20, 2024

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

----------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more space is needed, please complete on a separate page and attach.

      1.    Name and address of professional:

David G. Saliba, Esq.    Saliba & Saliba

4 Derne Street, P.O. Box 8796, Boston, MA 02114

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Date of retention:  <u>August 27, 2008</u>

3.      Type of services to be provided:

        <u>Legal Representation In Property Tax Matters</u>

        _____

4.      Brief description of services to be provided:

        <u>Reviewing property tax assessments and associated documents preparing and filing</u>

        <u>property tax appeals and litigating such appeals</u>

        _____

5.      Arrangements for compensation (hourly, contingent, etc.):

        <u>25% of the Gross Tax Savings</u>

        (a)     Average hourly rate (if applicable):  <u>N/A</u>

2

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$5,000 _____

6.    Prepetition claims against the Debtors held by the company:

Amount of claim: $ NONE _____

Date claim arose: _____

Nature of claim: _____

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: NONE _____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

NONE _____

_____

_____

_____

3

9.    ~~Name~~ and title of individual completing this form:

_David A Selig_

Dated: _December 18_, 2018

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :

                                                   :          **Chapter 11**

SEARS HOLDINGS CORPORATION, *et al.,*              :

                                                   :          **Case No. 18-23538 (RDD)**

                                                   :

Debtors.[1]                                        :          **(Jointly Administered)**

------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF SHAWN A. TOLIVER

## ON BEHALF OF LEWIS BRISBOIS BISGAARD & SMITH LLP

STATE OF CALIFORNIA          )
                             ) s.s.:
COUNTY OF SAN FRANCISCO      )

Shawn A. Toliver, being duly sworn, upon his oath, deposes and says as follows:

1.      I am a Partner at Lewis Brisbois Bisgaard & Smith LLP located at 333

Bush Street, Suite 1100, San Francisco, California 74104 (the "**Firm**").

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4837-4945-0115.1

requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following:  Legal Services.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Firm does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $151,555.23 in respect of prepetition services rendered to the Debtors.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on _December 18_, 2018, at _San Francisco_.

_____
Affiant Name

SWORN TO AND SUBSCRIBED before
Me this 18th day of _December_, 2018

_____
Notary Public

DENNILLE E. HARRIS
Commission # 2139158
Notary Public - California
Napa County
My Comm. Expires Jan 3, 2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                               :

                                                    :        **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,           :

                                                    :        **Case No. 18-23538 (RDD)**

                                                    :

                    Debtors.[1]                     :        **(Jointly Administered)**

------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

        Shawn A. Toliver, Esq.
        Lewis Brisbois Bisgaard & Smith LLP
        333 Bush Street, Suite 1100
        San Francisco, CA 94104

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Date of retention:  April 30, 2018

3.      Type of services to be provided:

        Legal services.

4.      Brief description of services to be provided:

        Legal services representing Sears in a personal injury lawsuit.  Representing

        Sears as a Defendant.

5.      Arrangements for compensation (hourly, contingent, etc.):

        Hourly rate.

        (a)      Average hourly rate (if applicable):  $265/hr.

(b)    Estimated average monthly compensation based on prepetition retenton (if company was employed prepetition):

$45,000

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $151,555.23

Date claim arose:  July 2018 to the Petition Date

Nature of claim:  Legal Services

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A

Status:  _____

Amount of claim:  $_____

Date claim arose:  _____

Nature of claim:  _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Based upon currently available information, the Firm is not representing interest adverse to the Debtors or their estate for the matters on which the firm is being employed.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information.

9.      Name and title of individual completing this form:

        Shawn A. Toliver – Partner; Devera L. Petak - Partner

Dated:  December 18, 2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re                     :

                             :         **Chapter 11**

**SEARS HOLDINGS CORPORATION, *et al.*,**   :

                             :         **Case No. 18-23538 (RDD)**

                             :

                **Debtors.**[1]       :         **(Jointly Administered)**

---------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF <ins>  Joel R. Marcus  </ins>,**

**ON BEHALF OF <ins>Marcus & Pollack, LLP</ins>**

STATE OF _____ )
                  ) s.s.:
COUNTY OF _____ )

    <ins>Joel R. Marcus</ins>, being duly sworn, upon his oath, deposes and says as follows:

    1.    I am a <ins>Partner</ins> of <ins>Marcus & Pollack, LLP</ins>, located at <ins>633 Third Avenue,</ins>

<ins>New York, NY 10017</ins> (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide appeals of properties' real estate tax assessment services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: prepare, serve and file all necessary papers, including applications for correction of real estate tax assessment with the New York City Tax Commission and petitions to review assessments in the New York State Supreme Court and appear in those proceedings, and communicate with governmental officials and staff responsible for assessment and taxation on Debtors' behalf.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $44,917.18 in respect of prepetition services rendered to the Debtors.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 17, 2018, at __New York, NY__.

Affiant Name

SWORN TO AND SUBSCRIBED before
Me this 17 day of December, 2018

Notary Public

STEVEN TISHCO
Notary Public, State of New York
No. 02TI6324582
Qualified in New York County
Commission Expires May 11, 2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                      :

                                                          :           **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*    :

                                                          :           **Case No. 18-23538 (RDD)**

                                                          :

Debtors.[1]                                          :           **(Jointly Administered)**

---------------------------------------------------------------x

<u>**RETENTION QUESTIONNAIRE**</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

      1.     Name and address of professional:

    Joel R. Marcus of Marcus & Pollack, LLP, located at 633 Third Avenue, New York,

NY 10017.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed
Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,
LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart
Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears
Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home
Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);
Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.
(0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC
Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.
(6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,
Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC
(8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,
LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.
(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,
Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears
Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road,
Hoffman Estates, Illinois 60179.

2.      Date of retention:  November 10, 2008_____

3.      Type of services to be provided:

        Appeals of  real estate tax assessment

4.      Brief description of services to be provided:

        Prepare, serve and file all necessary papers, including applications for correction of real

        estate tax assessment with the New York City Tax Commission and petitions to review

        assessments in the New York State Supreme Court and appear in those proceedings, and

        communicate with governmental officials and staff responsible for assessment and

        taxation on Debtors' behalf

5.      Arrangements for compensation (hourly, contingent, etc.):

        Contingent:  20% of tax savings produced

        (a)     Average hourly rate (if applicable):   N/A___

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

_____N/A_____

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $3,752.60 and $41,164.58___

Date claim arose:   __December 11, 2015 and September 22, 2016, respectively____

Nature of claim:   ___Contingent legal fee for real estate assessment reduction_____

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:  N/A

Name:  _____

Status:  _____

Amount of claim:  $_____

Date claim arose:  _____

Nature of claim:  _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:  N/A

_____

_____

_____

_____

9.      Name and title of individual completing this form:

        Joel R. Marcus, partner of Marcus & Pollack, LLP_____


Dated:  December 17, 2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
In re                                    :
                                         :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,      :
                                         :    Case No. 18-23538 (RDD)
                                         :
            Debtors.¹                    :    (Jointly Administered)
---------------------------------------------------------------x
```

## AFFIDAVIT AND DISCLOSURE STATEMENT OF EDWAD A. MATTINGLY,

## ON BEHALF OF MATTINLGY LAW FIRM

```
STATE OF TEXAS        )
                      ) s.s.:
COUNTY OF HARRIS      )
```

Edward A. Mattingly, being duly sworn, upon his oath, deposes and says as follows:

1.    I am a Edward A. Mattingly, the sole member and sole manager of Ed Mattingly & Associates, PLLC d/b/a Mattingly Law Firm, located at 9426 Katy Freeway, Building #10, Houston, Harris County, Texas 77055 (the "**Firm**").

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide litigation legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: defending lawsuit filed against Debtors including Sears employees as well as some collection matters.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $ 7,972.14 in respect of prepetition services rendered to the Debtors.

8.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 18, 2018, at Houston, Texas.

_____
Edward A. Mattingly

SWORN TO AND SUBSCRIBED before me on December 18, 2018

_____
Notary Public in and for the State of Texas
My Commission Expires: _12/20/2020_

Name (Printed): _Karen L. Benz_

KAREN L. BENZ
Notary Public, State of Texas
Comm. Expires 12-20-2020
Notary ID 130938039

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                                  :

                                 :      **Chapter 11**

**SEARS HOLDINGS CORPORATION, et al.,**     :

                                 :      **Case No. 18-23538 (RDD)**

                                 :

            **Debtors.**[1]                   :      **(Jointly Administered)**

------------------------------------------------------------x

## <u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A" as appropriate. If more space is needed, please complete on a separate page and attach.

        1.     Name and address of professional:
                        Edward A. Mattingly
                        Mattingly Law Firm
                        9426 Katy Freeway, Building #10, Houston, Texas 77055
                        713.467.4400 – voice   ed@mattinglylawfirm.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Date of retention:  1984

3.      Type of services to be provided: Litigation Legal Services.

4.      Brief description of services to be provided: Defend Sears, Kmart, and related entities
including employees when sued for tort, contract, or relate matters.

5.      Arrangements for compensation (**hourly**, ~~contingent, etc.~~):

   (a)     Average hourly rate (if applicable):

          $175 for Mattingly; $90 for Karen Benz, paralegal

   (b)     Estimated average monthly compensation based on prepetition retention (if
   company was employed prepetition): $2,000

6.      Prepetition claims against the Debtors held by the company: Unpaid invoices on litigation
files.

   Amount of claim:  $ 7,972.14

   Date claim arose:  No specific date. Oldest invoice is January 12, 2016. Numerous
invoices since then.

   Nature of claim:  Invoices for unpaid legal fees and expenses.

7.      Prepetition claims against the Debtors held individually by any member, associate, or
employee of the company: None other than the law firm itself.

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

      None known and none are anticipated.

9.    Name and title of individual completing this form:

      Edward A. Mattingly, Member/Manager of Mattingly Law Firm


Dated:  December 18, 2018



By: Edward A. Mattingly

Texas Bar # 13228500

**MATTINGLY LAW FIRM**
9426 Katy Freeway, Building #10, Houston, Texas 77055
713.467.4400 – voice          ed@mattinglylawfirm.com

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re                                         :

                                              :         **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,     :

                                              :         **Case No. 18-23538 (RDD)**

                                              :

                        Debtors.[1]            :         **(Jointly Administered)**

------------------------------------------------------------ x


**AFFIDAVIT AND DISCLOSURE STATEMENT OF JOANNE SEMEISTER,**
**ON BEHALF OF MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**


STATE OF PENNSYLVANIA              )
                                   )      ss:
COUNTY OF PHILADELPHIA             )

     Joanne Semeister, being duly sworn, upon his oath, deposes and says as follows:

     1.     I am a partner of Montgomery McCracken Walker & Rhoads LLP, located at

1735 Market Street, Philadelphia, PA 19103 (the "**Firm**").

     2.     Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in

possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services as described in paragraph 3 below (the "**Services**").

3.    The Services include, but are not limited to, the following: real estate legal advice as local counsel for Pennsylvania.

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained. The Firm currently represents creditors New View Gifts & Accessories, Ltd.; Trustee of Hanjin Shipping and Verifone (also a vendor) in these chapter 11 cases in matters which are unrelated to the Services to be provided to the Debtors. The Firm may, in the future, represent creditors of the Debtors in matters unrelated to the aforementioned Services to be provided to the Debtors.

5.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.    Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $0.00 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 28, 2018, at 8:30 p.m.

_Joanne Semeister_
Joanne Semeister

SWORN TO AND SUBSCRIBED before me
this 28th day of December, 2018

_Paulette Hassey_
Notary Public
COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
PAULETTE  HASSEY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 3, 2021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                        :
                                                             :        Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                        :
                                                             :        Case No. 18-23538 (RDD)
                                                             :
                                    Debtors.[1]              :        (Jointly Administered)
------------------------------------------------------------- x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

      1.     Name and address of professional:

               Joanne Semeister, Esquire
               Montgomery McCracken Walker & Rhoads, LLP
               1735 Market Street
               Philadelphia, PA  19103

      2.     Date of retention:

               January ___, 2019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3.    Type of services to be provided:

Legal services.

4.    Brief description of services to be provided:

Real Estate legal advice as local counsel for Pennsylvania.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly.

    (a)    Average hourly rate (if applicable):  N/A.

    (b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

        No prepetition employment since early 1990's.

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  None.

Date claim arose:  _____

Nature of claim:  _____

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:

None have been determined at this time, but the Firm is continuing to conduct such inquiries concerning prepetition claims.

Status:  _____

Amount of claim:  $_____

Date claim arose:  _____

Nature of claim:  _____

_____

_____

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None.

9.  Name and title of individual completing this form:

Joanne Semeister, partner, Montgomery McCracken Walker & Rhoads LLP.

Dated:  December ___, 2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                            :
                                                 :          **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,        :
                                                 :          **Case No. 18-23538 (RDD)**
                                                 :
Debtors.[1]                                      :          **(Jointly Administered)**

------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF David S. Martin,**

**ON BEHALF OF Neal, Gerber & Eisenberg LLP**

STATE OF ILLINOIS)
                 ) SS
COUNTY OF COOK )

      David S. Martin, being duly sworn, upon his oath, deposes and says as follows:

      1.     I am a partner of Neal, Gerber & Eisenberg LLP,

located at 2 N. LaSalle, #1700, Chicago, IL 60602 (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

WEIL:\96794843\2\73219.0006

2.     Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following: Representation of property tax appeals and related property tax matters.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.     Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm

$47,167.60 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the

Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct, and that this Affidavit and

Disclosure Statement was executed on *November 30,* 2018, at *Chicago, IL*      .

David S. Martin

SWORN TO AND SUBSCRIBED before
Me this *30* day of *November*, 2018

Notary Public

> OFFICIAL SEAL
> LANA I NICHOLLS
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:04/17/22

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                          :

                                               :        **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.,*       :

                                               :        **Case No. 18-23538 (RDD)**

                                               :

Debtors.[1]                                     :        **(Jointly Administered)**

-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

David S. Martin
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, IL 60602

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Date of retention:  Sears, Roebuck and Co. originally retained the firm in February, 1998.

3.      Type of services to be provided:

        Legal representation.

4.      Brief description of services to be provided:

        Representation in connection with property tax appeals and related proeperty tax matters.

5.      Arrangements for compensation (hourly, contingent, etc.):

        Hourly.

        (a)      Average hourly rate (if applicable):  $612

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): $20,000

6.    Prepetition claims against the Debtors held by the company:

Amount of claim: $47,167.60

 Date claim arose:   April 6, 2018 to October 4, 2018

Nature of claim:  legal services rendered

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:  N/A

Name: _____

Status: _____

Amount of claim:  $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:  N/A

_____

_____

_____

_____

3

9.    Name and title of individual completing this form:

David S. Martin, Equity Partner

Dated: *November 30*, 2018

4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

**In re**                                              :
                                                       :    **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al.*,**              :
                                                       :    **Case No. 18-23538 (RDD)**
                                                       :
            **Debtors.[1]**                            :    **(Jointly Administered)**

---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF RICARDO PELLERANO PARADAS,

### ON BEHALF OF PELLERANO & HERRERA

STATE OF SANTO DOMINGO)
                        ) s.s.:
COUNTY OF DOMINICAN REPUBLIC)

        Ricardo Pellerano Paradas, being duly sworn, upon his oath, deposes and says as follows:

        1.      I am a Ricardo Pellerano Paradas of Pellerano & Herrera, located at Santo

Domingo, Dominican Republic (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.



2.      Sears Holdings Management Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: representing Sears Holdings Management Corporation before the appeal phase of contract resolution and civil liability claim filed against Plaza Lama before Dominican Courts.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $4,030.59 in respect of prepetition services rendered to the Debtors.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 18, 2018, at Santo Domingo, Dominican Republic, 2018.

_____
Ricardo Pellerano Paradas

SWORN TO AND SUBSCRIBED before
Me this 18 day of December, 2018

_____
Notary Public

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| **In re** | : |
| | : **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, et al.,** | : |
| | : **Case No. 18-23538 (RDD)** |
| | : |
| **Debtors.**[1] | : **(Jointly Administered)** |

-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

      1.    Name and address of professional:

    PELLERANO & HERRERA, a Dominican law firm, located at 10 John F. Kennedy Ave.

    Miraflores, Santo Domingo, Dominican Republic.

2.    Date of retention: February 15, 2018.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).   The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3.    Type of services to be provided:

> Representing Sears Holdings Management Corporation before the appeal phase of
>
> contract resolution and civil liability claim filed against Plaza Lama.

4.    Brief description of services to be provided:

- Study and review of all documents to prepare a legal overview of required actions to develop the strategy for the case;

- Drafting of all corresponding documents, especially of all required for the legal process;

- Legal Representation in the court for the required hearings in the case;

- Research all the information to develop a proper legal strategy;

- Drafting of complementary documents, documents inventory, witnesses list, and another require documentation necessary for the case;

- Assistance with the meetings, conferences and written and verbal consults;

- Drafting of case reports and memos;

5.    Arrangements for compensation (hourly, contingent, etc.):

> Hourly

> (a)    Average hourly rate (if applicable):  N/A, as per approved tariffs.

(b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

USD$1,007.65

6.     Prepetition claims against the Debtors held by the company:

Amount of claim: $4,030.59

Date claim arose: June 29, 2018

Nature of claim: Legal fees

7.     Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: N/A

Status: N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim: N/A

8.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Judgement No. 035-17-SCON-01117, issued on September 11, 2017, by the Second Chamber of the Civil and Commercial First Instance Court of the National District, which retained liability against debtors, did not awarded any amount for compensation and is the subject to the appeal we have been retained to assist.

9.     Name and title of individual completing this form:

Lucy Objío

Dated: December 18, 2018

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re                                                :

                                                     :          **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,            :

                                                     :          **Case No. 18-23538 (RDD)**

                                                     :

            **Debtors.**[1]                          :          **(Jointly Administered)**

-----------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Adam Richmond, Esq._

ON BEHALF OF _Lefkoff Duncan Grimes McSwain + Hass, LLP_
                                          _and_
                      _Preferred Tax Service, Inc., a Georgia corporation_

STATE OF _Georgia_ )
                   ) s.s.:
COUNTY OF _Fulton_ )

_Adam Richmond_, being duly sworn, upon his oath, deposes and says as follows:

    1.    I am _an attorney_ ~~of~~ _with Lefkoff Duncan Grimes McSwain + Hass, LLP + Preferred Tax Service, Inc., a Georgia corporation,_

located at _3520 Piedmont Road, Suite 200, Atlanta, GA 30305_ (the "**Firm**").

    2.    Sears Holdings Corporation and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

requested that the Firm provide _ad valorem taxation appeal_ _____ services to

the Debtors, and the Firm has consented to provide such services (the "**Services**").

        3.    The Services include, but are not limited to, the following:

_prosecuting property tax appeals in Georgia, Texas and California and direct assessment appeals in Los Angeles and Orange counties, California._

        4.    The Firm may have performed services in the past and may perform

services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties

in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such

person, such person's attorneys, or such person's accountants that would be adverse to the

Debtors or their estates with respect to the matters on which the Firm is to be retained.

        5.    Neither I, nor any principal of, or professional employed by the Firm has

agreed to share or will share any portion of the compensation to be received from the Debtors

with any other person other than principals and regular employees of the Firm.

        6.    Neither I nor any principal of, or professional employed by the Firm,

insofar as I have been able to ascertain, holds or represents any interest materially adverse to the

Debtors or their estates with respect to the matters on which the Firm is to be retained.

        7.    As of the commencement of this chapter 11 case, the Debtors owed the

Firm $_92,649.94_ in respect of prepetition services rendered to the Debtors.

2

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on _December 21_, 2018, at _Atlanta, GA_.

_____
Affiant Name
Adam Richmond

SWORN TO AND SUBSCRIBED before
Me this 21st day of _December_, 2018

_____
Notary Public



3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                   :

                                                        :          Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,                   :

                                                        :          Case No. 18-23538 (RDD)

                                                        :

                        Debtors.[1]                     :          (Jointly Administered)

---------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

     1.    Name and address of professional:

*Preferred Tax Service, Inc., a Georgia corporation and
Leftoff Duncan Grimes McSwain & Hess, LLP
3520 Piedmont Road, Suite 200
Atlanta, GA 30305*
    *Attn: Adam Richmond or David Derner*
    *Phone: 404-262-2000*
    *Email: adam@preferredtaxservices.com*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed
Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn &
Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc.
(7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co.
(6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears
Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services,
Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck
Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC
(None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder
Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839);
Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart
Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings
Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC
(None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC
(None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com
LLC (9022); and Sears Brands Management Corporation (5365).   The location of the Debtors' corporate
headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.   Date of retention: *original* _Approximately 2003, with annual renewal, for property tax matters._
     _For direct assessments, we were engaged in August 2013._

3.   Type of services to be provided:

     _legal + consulting_

4.   Brief description of services to be provided:

     _prosecuting property tax appeals in Georgia, Texas and_
     _California and direct assessment appeals in Los Angeles_
     _and Orange Counties, California._

5.   Arrangements for compensation (hourly, contingent, etc.):

     _contingency_

     (a)   Average hourly rate (if applicable): _____

2

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

*$10,000*

6.    Prepetition claims against the Debtors held by the company:

Amount of claim: $ *92,649.94*

Date claim arose: *throughout 2018*

Nature of claim: *fees for services rendered in connection with property tax and direct assessment appeals*

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: *N/A*

Status: _____

Amount of claim: $ _____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

*N/A*

_____

_____

_____

3

9.    Name and title of individual completing this form:

_Adam Richmond, Esq._

Dated: _December 21_, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                           :

                                                :          **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*        :

                                                :          **Case No. 18-23538 (RDD)**

Debtors.[1]                                      :          **(Jointly Administered)**

------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF DON M. MILLIS,
### ON BEHALF OF REINHART BOERNER VAN DEUREN S.C.

STATE OF WISCONSIN              )
                                ) s.s.:
COUNTY OF MILWAUKEE             )

Don M. Millis, being duly sworn, upon his oath, deposes and says as follows:

          1.      I am a shareholder of Reinhart Boerner Van Deuren s.c., located at 1000

North Water Street, Suite 1700, Milwaukee, WI 53202 (the "Firm").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, LLC (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179. The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616 and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "Additional Debtors"). The Additional Debtors each filed a motion in their respective chapter 11 cases requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules."

2.      Sears Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), have requested that the Firm provide tax assessment legal services to the Debtors, and the Firm has consented to provide such services (the "Services").

3.      The Services are limited to the appeal of certain tax assessments in Wisconsin (the "Tax Litigation").

4.      The Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters both related and unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. More specifically, the Firm currently represents each of Royal Appliance Manufacturing Co. d/b/a TTI Floor Care and T-Shirt International, Inc., each as adverse to the Debtors, in the above-captioned chapter 11 cases pursuant to the conflict waiver provided by Sears Holding Management Corporation to the Firm.  The Firm does not perform legal services for any such person in connection with the Tax Litigation or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates in the Tax Litigation.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the Tax Litigation.

2

7.      Pursuant to 11 U.S.C. § 327(e), the Firm reserves the right to represent its current clients, past clients, and any future clients, on matters adverse to the Debtors in any matter other than the Tax Litigation, including these chapter 11 cases.

8.      As of the commencement of this chapter 11 case, the Debtors do not owe the Firm for prepetition services rendered to the Debtors.

9.      The Firm currently represents creditors of the Debtors in matters other than the Tax Litigation and continues to conduct further inquiries regarding its retention by any creditors of the Debtors in connection with the Tax Litigation, and upon the conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 19, 2018, at _MADISON, WISCONSIN_

_____
Don M. Millis

SWORN TO AND SUBSCRIBED before

Me this _10_ day of December, 2018

_____
Notary Public          My Commission expires 10-03-2021

State of Wisconsin

3

40543125v2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re                                                  :

                                                       :          **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,              :

                                                       :          **Case No. 18-23538 (RDD)**

Debtors.[1]                                            :          **(Jointly Administered)**

-----------------------------------------------------------x


## RETENTION QUESTIONNAIRE


TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors").


All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

        **Reinhart Boerner Van Deuren s.c.**
        **1000 North Water Street, Suite 1700**
        **Milwaukee, WI 53202**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, L.L.C. (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179. The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616 and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "Additional Debtors"). The Additional Debtors each filed a motion in their respective chapter 11 cases requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules."

40543204

2.      Date of retention: April 11, 2011

3.      Types of services to be provided: **Legal Services – Tax Matters**

**4.**      Brief description of services to be provided: **Appeal of property tax assessments in Wisconsin.**

5.      Arrangements for compensation (hourly, contingent, etc.): **Contingent**

    (a)      Average hourly rate (if applicable): **N/A**

    **(b)**      Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): **$3,620 (Varies greatly due to contingent fee arrangement)**

6.      Prepetition claims against the Debtors held by the company:

Amount of claim: **$0**
Date claim arose: **N/A**
Nature of claim: **N/A**

7.      Prepetition claims against the Debtors held individually by any member, associate or employee of the company: **To the knowledge of below-listed shareholder, no member, associate or employee of the company holds any material prepetition claim against the Debtor. Any such claim would be unrelated to the work our firm has performed for the Debtor. However, we have made no inquiry of the members, associates or employees to confirm the foregoing.**

8.      Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed: **None as to the tax matters for which the professional is being employed; however, as disclosed in the professional's Ordinary Course**

2

40543204

**Professional Affidavit, it currently represents two creditors adverse to the**

**debtor in the above captioned chapter 11 bankruptcy cases.**

**9.**  Name and title of individual completing this form: **Don M. Millis, Shareholder**


Dated: December 18, 2018

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                      :
                                           :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*  :
                                           :        **Case No. 18-23538 (RDD)**
                                           :
            Debtors.[1]                    :        **(Jointly Administered)**

-------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** Margaret A. Ford

**ON BEHALF OF** Smith, Gendler, Shiell, Sheff, Ford & Maher.

STATE OF _____ )
                 ) s.s.:
COUNTY OF _____ )

Margaret A. Ford , being duly sworn, upon his oath, deposes and says as follows:

1.      I am a Shareholder  of Smith, Gendler Law Firm

located at 800 Nicollet Mall #2950  Minneapolis (the "**Firm**").
MN 55402

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide _real property tax services_ services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following:


reducing property taxes for Sears/k-mart properties in Minnesota.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm

$ 11,997.60 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the

Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct, and that this Affidavit and

Disclosure Statement was executed on  Dec. 28  , 2018, at 11:30 a.m.  800 Nicollet Mall
Minneapolis, MN
55402

_____
Affiant Name

Margaret A. Ford

SWORN TO AND SUBSCRIBED before
Me this 28th day of December , 2018

_____
Notary Public

TRACY LYNN SMITH
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2023

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                       :
                                            :    **Chapter 11**
**SEARS HOLDINGS CORPORATION, _et al._,**   :
                                            :    **Case No. 18-23538 (RDD)**
                                            :
            Debtors.[1]                     :    **(Jointly Administered)**

------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

　　　1.　　Name and address of professional:

_Margaret A. Ford_ , Smith, Gendler Law Firm
_800 Nicollet Mall_
_# 2950  Minneapolis, MN   55402_

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.    Date of retention: _____ 9/3/06. _____

3.    Type of services to be provided:

real property tax services.

4.    Brief description of services to be provided:

reducing property taxes for all Minnesota
properties.

5.    Arrangements for compensation (hourly, contingent, etc.):

30% contingent fee for tax savings.

(a)    Average hourly rate (if applicable): X

2

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

_Varies –_

6.    Prepetition claims against the Debtors held by the company:

Amount of claim: $ _11,997.60_

Date claim arose: _10-29-18_

Nature of claim: _Legal services to reduce property taxes_

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: _none._

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_none._

_____

_____

_____

3

9.    Name and title of individual completing this form:

_____Margaret A. Ford, President._____

Dated: 12/28_____, 2018

4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF SHAUN JAMES,

## ON BEHALF OF SMITH SLUSKY POHREN & ROGERS, LLP

STATE OF NEBRASKA )
                   ) s.s.:
COUNTY OF DOUGLAS )

         SHAUN JAMES, being duly sworn, upon his oath, deposes and says as follows:

         1.     I am an attorney with Smith Slusky Pohren & Rogers, LLP, located at 8712

West Doge Road, Suite 400, Omaha, Nebraska 68114 (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business Inc. (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: Legal representation for protests and appeals regarding property valuations for ad valorem taxes.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $906.76 in respect of prepetition services rendered to the Debtors.

2

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 17, 2018, at Omaha, Nebraska.

Shaun James

SWORN TO AND SUBSCRIBED before
Me this 17th day of December, 2018

Notary Public

GENERAL NOTARY - State of Nebraska
TONI A. GRZEBIELSKI
My Comm. Exp. July 30, 2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :
                                                   :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*          :
                                                   :        **Case No. 18-23538 (RDD)**
                                                   :
                    Debtors.[1]                    :        **(Jointly Administered)**
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the **"Debtors"**).

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

      1.     Name and address of professional:

Shaun James, Smith Slusky Pohren & Rogers, LLP, 8712 West Dodge Road, Suite 400,

Omaha, Nebraska 68114

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.    Date of retention: June 1, 2016

3.    Type of services to be provided:

Legal representation for protests and appeals regarding property valuations for ad valorem taxes.

4.    Brief description of services to be provided:

Review of property valuations, coordinate with Sears representatives to protest (county level) and appeal to state administrative agency any valuations that are excessive or disproportionate. Prepare and file protests and appeals with county and state as needed. Representation of Sears at hearings and in discussions with county officials.

5.    Arrangements for compensation (hourly, contingent, etc.): Hourly plus out of pocket expenses.

(a)    Average hourly rate (if applicable): $250.00

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Due to the valuation process in Nebraska, the monthly compensation varies significantly. In January it may be $250 to $1000, with little if any in February through April, and then $1,000 to $1,500 for May and June combined. If an appeal to the state administrative agency is required, there may be another $250 in August or September, and $250 - $750 in pre-hearing settlement discussions taking place between November and January. Hearings at the state level are generally 12 – 24 months after the appeal is filed in August/September. Preparation and attendance at state hearings average $1,500 to $3,000 and occur at any time during the year as determined by the administrative agency. The most recent service

was December 11, 2018, for a state appeal hearing on the 2016 property valuation of a Sears store located in Douglas County, Nebraska.

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $906.76

Date claim arose:  June 2017 $201.76;  August 2018 $175.00; September – October 15, 2018 $530.00

Nature of claim:  legal fees and out of pocket expenses for property valuation protests and appeals.

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:  N/A

Name: _____

Status: _____

Amount of claim:  $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None_____

_____

_____

_____

9.      Name and title of individual completing this form:

        Shaun James, attorney (lead/originating on Sears matters) with Smith Slusky Pohren &
        Rogers, LLP

Dated:  December 16, 2018

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re                                              :

                                                   :       **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*          :

                                                   :       **Case No. 18-23538 (RDD)**

                                                   :

Debtors.[1]                                        :       **(Jointly Administered)**

-----------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** Ellen Berkshire_____,

**ON BEHALF OF** __Verros Berkshire, PC_____

STATE OF _IL___ )
                 ) s.s.:
COUNTY OF Cook )


____Ellen G. Berkshire_____, being duly sworn, upon his oath, deposes and says as

follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1.    I am a  Partner                          of  Verros Berkshire, PC          ,
located at   33 N. LaSalle St., Ste. 2500, Chicago, Illinois                    (the
"**Firm**").

2.    Sears Holdings Corporation and its debtor affiliates, as debtors and debtors
in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have
requested that the Firm provide   real estate tax litigation and advisory
services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.    The Services include, but are not limited to, the following:    litigation for
pending    and    subsequent    litigation,    real    estate    assessment    appeals,    and    tax
projections

.

4.    The Firm may have performed services in the past and may perform services
in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest
in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases,
proceedings, and transactions involving many different parties, some of whom may represent or
be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.
The Firm does not perform services for any such person in connection with these chapter 11 cases.
In addition, the Firm does not have any relationship with any such person, such person's attorneys,
or such person's accountants that would be adverse to the Debtors or their estates with respect to
the matters on which the Firm is to be retained.

5.    Neither I, nor any principal of, or professional employed by the Firm has
agreed to share or will share any portion of the compensation to be received from the Debtors with
any other person other than principals and regular employees of the Firm.

2

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $27,972.51 in respect of prepetition services rendered to the Debtors.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on ____December 17____, 2018, at ___4PM_____.

_____
Ellen G. Berkshire
Affiant Name

SWORN TO AND SUBSCRIBED before
Me this _17_ day of _December_, 2018

_____
Notary Public

OFFICIAL SEAL
ALICIA PINON
Notary Public - State of Illinois
My Commission Expires 10/28/2019

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                               :

                                                    :           **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,          :

                                                    :           **Case No. 18-23538 (RDD)**

                                                    :

Debtors.[1]                                          :           **(Jointly Administered)**

------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

      1.     Name and address of professional:

  Verros Berkshire, PC, ATTN: Ellen Berkshire

  33 N. LaSalle St., Ste. 2500, Chicago, IL 60602

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations
LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed
Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,
LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart
Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears
Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home
Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);
Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.
(0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC
Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.
(6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,
Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC
(8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,
LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.
(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,
Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears
Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road,
Hoffman Estates, Illinois 60179.

2.    Date of retention: October 10, 2008_____

3.    Type of services to be provided:

     Real estate tax advice and litigation in Illinois and Michigan_____

_____

_____

4.    Brief description of services to be provided:

     Litigate pending appeals before the Illinois Property Tax Appeal Board and

Michigan Tax Tribunal  (likely resulting in property tax refunds),  contest_____

assessments with local jurisdictions, and advise debtors on sale/ real estate tax

ramifications and projections_____

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly Fees

(a)    Average hourly rate (if applicable):  $300

2

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$12,000

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $27,972.51

Date claim arose:  various (see attached invoice summary report)

Nature of claim:  real property tax appeals in Illinois and associated litigation

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: _____None_____

Status: _____

Amount of claim:  $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

_____N/A_____

_____

_____

_____

3

9.      Name and title of individual completing this form:

_Ellen G. Berkshire_____ _____

Dated:   _December 17, 2018

4