**SZAFERMAN, LAKIND, BLUMSTEIN,**
**& BLADER P.C.**
**101 Grovers Mill Road, Suite 200**
**Lawrenceville, New Jersey 08648**
**Telephone: (609) 275-0400  Direct Fax: (609) 779-6068**
**Attorneys for Creditor, Alexandria Pelletteri & Thomas Pelletteri**
**E-mail: bsattin@szaferman.com**
**By: Bruce M. Sattin, Esq. (NY# 1815562)**

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK |
| SEARS HOLDING CORPORATION, et al. EIN: 20-1920798, | CASE NO. 18-23538 (RDD) |
| Debtors. | Chapter 11 |
| | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS ON BEHALF OF ALEXANDRIA PELLETTERI & THOMAS PELLETTERI**

PLEASE TAKE NOTICE that Alexandria Pelletteri & Thomas Pelletteri appear herein by and through their counsel, Szaferman, Lakind, Blumstein, & Blader, P.C., which enters its appearance on their behalf and requests that all pleadings served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

>   Bruce M. Sattin, Esq. (NY # 1815562)
>   Szaferman, Lakind, Blumstein,
>   & Blader, P.C.
>   101 Grovers Mill Road, Suite 200
>   Lawrenceville, New Jersey  08648
>   Telephone: (609) 275-0400; Direct Fax: (609) 779-6068
>   bsattin@szaferman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referred to in the Rules specified above,

2840462.1

but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telex, or otherwise: (1) which affect, or seek to affect, in any way any rights or interests of Alexandria Pelletteri & Thomas Pelletteri, with respect to (a) any Debtor in the above-captioned Joint Administered matter; (b) property or proceeds thereof in which any Debtor in the above-captioned Joint Administered matter may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of Alexandria Pelletteri & Thomas Pelletteri which any Debtor in the above-captioned Joint Administered matter may seek to use; or (2) which require, or seek to require, any act, delivery of any property, payment or other conduct by Alexandria Pelletteri & Thomas Pelletteri.

The undersigned hereby consents to notice by e-mail.

SZAFERMAN, LAKIND, BLUMSTEIN,
& BLADER, P.C.
Attorneys for Creditor,
Alexandria Pelletteri & Thomas Pelletteri

By: _____
Bruce M. Sattin, Esq. (#1815562)
A Member of the Bar of the Southern
District of New York

Dated: December 14, 2018

2840462.1

2