# **EXHIBIT "B"**

**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
Alan M. Kindred (NY ID #2086189)
Patrick W. Carothers, Esq.
Gregory W. Hauswirth, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.606.3182
Facsimile: 412.227.5551
akindred@leechtishman.com
pcarothers@leechtishman.com
ghauswirth@leechtishman.com
*Attorneys for Libby Dial Enterprises, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER

Upon consideration of the Notice of Intent to Conduct Store Closings (Docket No. 1444), together with the Store Closing Order[1] (Docket No. 876) and by extension the Store Closing Procedures, along with any objections and/or responses thereto, it is hereby:

ORDERED, that the terms of that certain lease with Kmart Corporation dated November 25, 1974, as amended (the "Lease"), for a stand-alone retail Kmart store located at 1143 Broad Street, Sumter, South Carolina (the "Leasehold"), shall remain in full force and effect notwithstanding any other terms of the Store Closing Order or Store Closing Procedures;

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Notice of Intent to Conduct Store Closings (Docket No. 1444).

ORDERED, that Debtor may otherwise proceed with the closing of its store at the Leasehold in a manner consistent with the Store Closing Procedures; and

ORDERED, that this Court shall retain jurisdiction to implement and enforce this Order to the extent necessary.

_____
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE
