**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
Alan M. Kindred (NY ID #2086189)
Patrick W. Carothers, Esq.
Gregory W. Hauswirth, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.606.3182
Facsimile: 412.227.5551
akindred@leechtishman.com
pcarothers@leechtishman.com
ghauswirth@leechtishman.com
*Attorneys for Libby Dial Enterprises, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Alan M. Kindred, do hereby certify that a true and correct copy of the **LIMITED OBJECTION OF LIBBY DIAL ENTERPRISES, LLC TO STORE CLOSING PROCEDURES** was served on this 7th day of January 2019, as follows: via the CM/ECF Electronic filing system of the United States Bankruptcy Court of the Southern District of New York, electronic mail, (where emails were provided), and/or U.S. Mail, postage prepaid on the following:

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: January 7, 2019

By: */s/ Alan M. Kindred*
Alan M. Kindred (NY ID #2086189)
Patrick W. Carothers
Gregory W. Hauswirth
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.606.3182
Facsimile: 412.227.5551
akindred@leechtishman.com
pcarothers@leechtishman.com
ghauswirth@leechtishman.com

| | |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner<br>One Bryant Park<br>New York, NY 10036<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com | Aldine Independent School District<br>Attn: Pamela H. Walters, Johnetta Lang<br>2520 W.W. Thorne Drive<br>Houston, TX 77073<br>bnkatty@aldineisd.org |
| Aldridge Pite, LLP<br>Attn: Jenelle C. Arnold<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>jarnold@aldridgepite.com | Alston & Bird LLP<br>Attn: James J. Vincequerra<br>90 Park Avenue<br>New York, NY 10016-1387<br>James.Vincequerra@alston.com |
| Alston & Bird LLP<br>Attn: Leib M. Lerner<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>leib.lerner@alston.com | Ansell Grimm & Aaron, P.C.<br>Attn: Anthony J. D'Artiglio, Esq.<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>ajd@ansellgrimm.com |
| Ansell Grimm & Aaron, P.C.<br>Attn: Anthony J. D'Artiglio, Joshua S. Bauchner<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>ajd@ansellgrimm.com | Archer & Greiner, P.C.<br>Attn: Allen G. Kadish, Lance A. Schildkraut<br>630 Third Avenue<br>New York, NY 10017<br>akadish@archerlaw.com<br>lschildkraut@archerlaw.com |
| Arent Fox LLP<br>Attn: Andrew I. Silfen, Beth Brownstein<br>1301 Avenue of the Americas, Floor 42<br>New York, NY 10019<br>andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com | Arnold & Porter Kaye Scholer LLP<br>Attn: Brian J. Lohan, Esq., Ginger Clements, Esq.<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602<br>brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Ashford – Schael LLC<br>Attn: Courtney A. Schael, Esq.<br>100 Quimby Street, Suite 1<br>Westfield, NJ 07090<br>CSchael@AshfordNJLaw.com | ASK LLP<br>Attn: Edward E. Neiger, Jennifer A. Christian<br>151 West 46th Street, 4th Floor<br>New York, NY 10036<br>eneiger@askllp.com<br>jchristian@askllp.com |

| | |
|---|---|
| AT&T Services Legal Department<br>Attn: James W. Grudus, Esq.<br>One AT&T Way<br>Room 3A115<br>Bedminster, NJ 07921<br>Jg5786@att.com | Austin Enterprises, LP.<br>Attn: Magdalena Cuellar<br>5108 E. Clinton Way, Suite 109<br>Fresno, CA 93727<br>mcuellar45@austinenterpriseslp.com |
| Baker & Hostetler LLP<br>Attn: Eric R. Goodman<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114<br>egoodman@bakerlaw.com | Baker & Hostetler LLP<br>Attn: Ferve Khan<br>45 Rockefeller Plaza<br>New York, NY 10111<br>fkhan@bakerlaw.com |
| Ballard Spahr LLP<br>Attn: David L. Pollack<br>52nd Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>pollack@ballardspahr.com | Ballard Spahr LLP<br>Attn: Dustin P. Branch<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909<br>branchd@ballardspahr.com |
| Ballard Spahr LLP<br>Attn: Leslie C. Heilman, Matthew G. Summers<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>heilmanl@ballardspahr.com<br>summersm@ballardspahr.com | Ballard Spahr LLP<br>Attn: Paul E. Harner, Alyssa E. Kutner<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>harnerp@ballardspahr.com<br>kutnera@ballardspahr.com |
| Barclay Damon LLP<br>Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>knewman@barclaydamon.com | Bayard, P.A.<br>Attn: Evan T. Miller<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>emiller@bayardlaw.com |
| Beard & Savory, PLLC<br>Attn: Russell W. Savory<br>119 South Main Street, Suite 500<br>Memphis, TN 38103<br>russ@bsavory.com | Bell Nunnally & Martin LLP<br>Attn: Russell W. Mills, R. Kent Love<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201<br>rmills@bellnunnally.com<br>klove@bellnunnally.com |

| | |
|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: Michael J. Barrie, Kevin M. Capuzzi<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: William E. Schonberg, Esq.<br>200 Public Square<br>Suite 2300<br>Cleveland, OH 44114<br>wschonberg@beneschlaw.com |
| Bialson, Bergen & Schwab<br>Attn: Lawrence M. Schwab, Thomas M. Gaa<br>633 Menlo Avenue, Suite 100<br>Menlo Park, CA 94025<br>Tgaa@bbslaw.com | Binder & Malter LLP<br>Attn: Michael W. Malter, Julie H. Rome-Banks<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>michael@bindermalter.com<br>julie@bindermalter.com |
| Blank Rome LLP<br>Attn: Jeffrey Rhodes<br>1825 Eye Street NW<br>Washington, DC 20006<br>JRhodes@BlankRome.com | Blank Rome LLP<br>Attn: Stanley B. Tarr, Evan J. Zucker<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Tarr@BlankRome.com<br>EZucker@BlankRome.com |
| Borges & Associates, LLC<br>Attn: Wanda Borges, Esq., Sue L. Chin, Esq.<br>575 Underhill Boulevard, Suite 118<br>Syosset, NY 11791<br>bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com | Brach Eichler LLC<br>Attn: Anthony M. Rainone<br>101 Eisenhower Parkway<br>Roseland, NJ 07068-1067<br>arainone@bracheichler.com |
| Brookfield Property REIT Inc.<br>Attn: Kristen N. Pate<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654-1607 | Brown & Connery, LLP<br>Attn: Julie F. Montgomery, Esq.<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>jmontgomery@brownconnery.com |
| Buchalter, A Professional Corporation<br>Attn: Paul M. Weister<br>16435 North Scottsdale Road, Suite 440<br>Scottsdale, AZ 85254-1754<br>pweiser@buchalter.com | Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com |

| | |
|---|---|
| Buchanan Ingersoll & Rooney PC<br>Attn: Christopher P. Schueller<br>640 5th Avenue, 9th Floor<br>New York, NY 10019<br>christopher.schueller@bipc.com | Buchanan Ingersoll & Rooney PC<br>Attn: Christopher P. Schueller, Terry A. Shulsky,<br>Tyler S. Dischinger<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219-1410<br>terry.shulsky@bipc.com<br>tyler.dischinger@bipc.com |
| Cadwalader, Wickersham & Taft LLP<br>Attn: Eric G. Waxman III, Anthony De Leo<br>200 Liberty Street<br>New York, NY 10281<br>Eric.Waxman@cwt.com<br>Anthony.Deleo@cwt.com | Cafaro Management Company<br>Attn: Richard T. Davis<br>5577 Youngstown-Warren Road<br>Niles, OH 44446<br>rdavis@cafarocompany.com |
| Cahill Gordon & Reindel LLP<br>Attn: Joel H. Levitin, Richard A. Stieglitz Jr.<br>Eighty Pine Street<br>New York, NY 10005<br>jlevitin@cahill.com<br>rstieglitz@cahill.com | Carmody MacDonald P.C.<br>Attn: Sarah J. Klebolt, Esq.<br>120 South Central Avenue, Suite 1800<br>St. Louis, MO 63105<br>sjk@carmodymacdonald.com |
| Carter Conboy Case Blackmore Maloney & Laird,<br>P.C.<br>Attn: Michael J. Catalfimo, Esq.,<br>John R. Canney, IV, Esq.<br>20 Corporate Woods Boulevard, Suite 500<br>Albany, NY 12211<br>mcatalfimo@carterconboy.com | Carter Ledyard & Milburn LLP<br>Attn: James Gadsden, Esq.<br>2 Wall Street<br>New York, NY 10005<br>gadsden@clm.com<br>bankruptcy@clm.com<br>Dennis.roemlein@bnymellon.com |
| Certilman Balin Adler & Hyman, LLP<br>Attn: Richard J. McCord, Esq.,<br>Robert D. Nosek, Esq.<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>rmccord@certilmanbalin.com<br>rnosek@certilmanbalin.com | Chambers of Honorable Robert D. Drain<br>Sears Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601 |

| | |
|---|---|
| Chapman and Cutler LLP<br>Attn: Laura E. Appleby, Steven Wilamowsky<br>1270 Avenue of the Americas<br>New York, NY  10020<br>appleby@chapman.com<br>wilamowsky@chapman.com | Chiesa Shahinian & Giantomasi PC<br>Attn: Beth J. Rotenberg, Scott A. Zuber<br>One Boland Drive<br>West Orange, NJ  07052<br>brotenberg@csglaw.com<br>szuber@csglaw.com |
| Choate, Hall & Stewart LLP<br>Attn: Kevin J. Simard, Jonathan D. Marshall<br>Two International Place<br>Boston, MA  02110<br>ksimard@choate.com<br>jmarshall@choate.com | Choi & Park, LLC<br>Attn: Hyun Suk Choi, Chull S. Park<br>11 Broadway, Suite 615<br>New York, NY  10004<br>hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com |
| Chuhak & Tecson, P.C.<br>Attn: Miriam R. Stein<br>30 South Wacker Drive, Suite 2600<br>Chicago, IL  60606<br>mstein@chuhak.com | CKR Law LLP<br>Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr.<br>1330 Avenue of the Americas, 14th Floor<br>New York, NY  10019<br>eschnitzer@ckrlaw.com<br>gsaydah@ckrlaw.com |
| Clark Hill Strasburger<br>Attn: Duane J. Brescia<br>720 Brazos, Suite 700<br>Austin, TX  78701<br>duane.brescia@clarkhillstrasburger.com | Clark Hill, PLC<br>Attn: David M. Blau<br>151 S. Old Woodward Avenue, Suite 200<br>Birmingham, MI  48009<br>dblau@clarkhill.com |
| Cleary, Gottlieb, Steen & Hamilton LLP<br>Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park<br>One Liberty Plaza<br>New York, NY  10006<br>soneal@cgsh.com<br>jbromley@cgsh.com<br>aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com | Cohen & Grigsby, P.C.<br>Attn: William E. Kelleher, Jr., Helen Sara Ward<br>625 Liberty Avenue<br>Pittsburgh, PA  15222-3152<br>wkelleher@cohenlaw.com<br>hward@cohenlaw.com |

| | |
|---|---|
| Cohen, Weiss and Simon LLP<br>Attn: Richard M. Seltzer, Melissa S. Woods<br>900 Third Avenue, 21st Floor<br>New York, NY 10022-4869<br>rseltzer@cwsny.com | Computershare Trust Company, N.A.<br>Attn: Michael A. Smith, Vice President –<br>Corporate Trust<br>2950 Express Drive South, Suite 210<br>Islandia, NY 11749<br>Michael.smith2@computershare.com |
| Connolly Gallagher LLP<br>Attn: Karen C. Bifferato, Kelly M. Conlan, N.<br>Christopher Griffiths<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com | Cooley LLP<br>Attn: Seth Van Aalten, Sarah Carnes<br>1114 Avenue of the Americas<br>New York, NY 10036<br>svanaalten@cooley.com<br>scarnes@cooley.com |
| Covington & Burling LLP<br>Attn: Dianne Coffino, R. Alexander Clark<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>dcoffino@cov.com<br>aclark@cov.com | Cozen O'Connor<br>Attn: Marl E. Felger<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>mfelger@cozen.com |
| Cravath, Swaine & Moore LLP<br>Attn: Paul H. Zumbro<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>pzumbro@cravath.com | Dahan & Nowick LLP<br>Attn: David R. Taxin, Esq.<br>123 Main Street, 9th Floor<br>White Plains, NY 10601<br>davidtaxin@dahannowick.com |
| Davidoff Hutcher & Citron LLP<br>Attn: David H. Wander, Esq.<br>605 Third Avenue<br>New York, NY 10158<br>dhw@dhclegal.com | Davis Polk & Wardwell LLP<br>Attn: Marshall S. Huebner, Esq,<br>Eli J. Vonnegut, Esq.<br>450 Lexington Avenue<br>New York, NY 10017<br>marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com |

| | |
|---|---|
| Debevoise & Plimpton LLP<br>Attn: Erica S. Weisgerber, My Chi To<br>919 Third Avenue<br>New York, NY 10022<br>mcto@debevoise.com<br>eweisgerber@debevoise.com | Delbello Donnellan Weingarten Wise &<br>Wiederkehr, LLP<br>Attn: Julie Cvek Curley, Esq.<br>One North Lexington Avenue, 11th Floor<br>White Plains, NY 10601<br>jcurley@ddw-law.com |
| DFS Services, LLC<br>Attn: Beth J. Solomon<br>2500 Lake Cook Road<br>Riverwoods, IL 60015<br>bethsolomon@discover.com | Duane Morris LLP<br>Attn: Lawrence J. Kotler<br>1540 Broadway<br>New York, NY 10036-4086<br>LJKotler@duanemorris.com |
| Duane Morris LLP<br>Attn: Wendy M. Simkulak, Esquire &<br>Catherine B. Heitzenrater, Esquire<br>30 South 17th Street<br>Philadelphia, PA 19103<br>WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.<br>Attn: Laurence May, Esq.<br>805 Third Avenue, 10th Floor<br>New York, NY 10022<br>lmay@eisemanlevine.com |
| Environmental Protection Agency<br>Attn: Matthew Leopold, General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington, DC 20460<br>Leopold.matt@Epa.gov | Epicor Software Corporation<br>Attn: Larry Bercovich<br>Senior Legal Counsel<br>4120 Dublin Blvd., Suite 300<br>Dublin, CA 94568<br>lbercovich@epicor.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi<br>LLP<br>Attn: Paul J. Pascuzzi<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814<br>ppascuzzi@ffwplaw.com | Ferraiuoli LLC<br>Attn: Gustavo A. Chico-Barris<br>221 Plaza<br>221 Ponce de Leon Avenue, 5th Floor<br>San Juan, PR 00917<br>gchico@ferraiuoli.com |
| FisherBroyles, LLP<br>Attn: Mark E. Wilson<br>203 North LaSalle Street, Suite 2100<br>Chicago, IL 60601<br>mark.wilson@fisherbroyles.com | FisherBroyles, LLP<br>Attn: Patricia B. Fugée<br>27100 Oakmead Drive, #306<br>Perrysburg, OH 43553<br>patricia.fugee@fisherbroyles.com |

| | |
|---|---|
| Foley & Lardner LLP<br>Attn: Derek L. Wright<br>90 Park Ave.<br>New York, NY  10016<br>dlwright@foley.com | Foley & Lardner LLP<br>Attn: Michael Small<br>321 N. Clark Street, Suite 2800<br>Chicago, IL  60654<br>msmall@foley.com |
| Fox Rothschild LLP<br>Attn: Allen J. Guon, Esq.<br>321 N. Clark Street, Suite 800<br>Chicago, IL  60654<br>aguon@foxrothschild.com | Fox Rothschild LLP<br>Attn: Paul J. Labov<br>101 Park Avenue, Suite 1700<br>New York, NY  10017<br>plabov@foxrothschild.com |
| Fox Rothschild LLP<br>Attn: Thomas M. Horan<br>919 North Market Street, Suite 300<br>Wilmington, DE  19899-2323<br>thoran@foxrothschild.com | Fox Rothschild, LLP<br>Attn: Mark E. Hall, Michael R. Herz<br>49 Market Street<br>Morristown, NJ  07960<br>mhall@foxrothschild.com<br>mherz@foxrothschild.com |
| Fox Swibel Levin & Carroll LLP<br>Attn: N. Neville Reid<br>200 West Madison Street, Suite 3000<br>Chicago, IL  60606<br>nreid@foxswibel.com | FrankGecker LLP<br>Attn: Joseph D. Frank, Jeremy C. Kleinman<br>325 North LaSalle Street, Suite 625<br>Chicago, IL  60654<br>jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Freeborn & Peters LLP<br>Attn: Devon J. Eggert, Esq.<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL  60606<br>deggert@freeborn.com | Frenkel, Lambert, Weiss, Weisman & Gordon, LLP<br>Attn: Michelle C. Marans, Esq.<br>53 Gibson Street<br>Bay Shore, NY  11706 |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka<br>One New York Plaza<br>New York, NY  10004<br>brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com | Frost Brown Todd LLC<br>Attn: Edward M. King<br>400 W Market Street, Suite 3200<br>Louisville, KY  40202<br>tking@fbtlaw.com |

| | |
|---|---|
| Frost Brown Todd LLC<br>Attn: Ronald E. Gold & AJ Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH  45202<br>rgold@fbtlaw.com<br>awebb@fbtlaw.com | Fultz Maddox Dickens PLC<br>Attn: Phillip A. Martin, Laura M. Brymer<br>101 South Fifth Street, 27th Floor<br>Louisville, KY  40202<br>pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Gellert Scali Busenkell & Brown LLC<br>Attn: Gary F. Seitz<br>8 Penn Center<br>1628 John F. Kennedy Blvd, Suite 1901<br>Philadelphia, PA  19103<br>gseitz@gsbblaw.com | Gensburg Calandriello & Kanter, P.C.<br>Attn: Matthew T. Gensburg<br>200 West Adams Street, Suite 2425<br>Chicago, IL  60606<br>mgensburg@gcklegal.com |
| Gibbons P.C.<br>Attn: Brett S. Theisen, Natasha M. Songonuga<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY  10119-3701<br>btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com | Gibbons P.C.<br>Attn: Howard A. Cohen<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE  19801-1671<br>hcohen@gibbonslaw.com |
| Giordano, Halleran & Ciesla, P.C.<br>Attn: Donald F. Campbell, Jr.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ  07701<br>dcampbell@ghclaw.com | Godfrey & Kahn, S.C.<br>Attn: Timothy F. Nixon<br>One East Main Street, Suite 500<br>Madison, WI  53703<br>tnixon@gklaw.com |
| Goldstein Bershad & Fried PC<br>Attn: Aaron J. Scheinfield<br>4000 Town Center, Suite 1200<br>Southfield, MI  48075<br>aaron@bk-lawyer.net | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Attn: Jonathan L. Flaxer, Esq.,<br>Michael S. Weinstein, Esq.<br>711 Third Avenue<br>New York, NY  10017<br>jflaxer@golenbock.com<br>mweinstein@golenbock.com |
| Goodwin Procter LLP<br>Attn: Barry Z. Bazian<br>The New York  Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com | Goulston & Storrs PC<br>Attn: Douglas B. Rosner<br>400 Atlantic Avenue<br>Boston, MA  02110-3333<br>drosner@goulstonstorrs.com |

| | |
|---|---|
| Goulston & Storrs PC<br>Attn: Trevor R. Hoffmann<br>885 Third Avenue, 18th Floor<br>New York, NY  10022<br>thoffmann@goulstonstorrs.com | Greer, Herz & Adams, LLP<br>Attn: Frederick Black, Tara B. Annweiler,<br>Marc D. Young<br>One Moody Plaza, 18th Floor<br>Galveston, TX  77550<br>tannweiler@greerherz.com |
| Hahn & Hessen LLP<br>Attn: Janine M. Figueiredo, Esq.<br>488 Madison Avenue, 15th Floor<br>New York, NY  10022<br>jfigueiredo@hahnhessen.com | Halperin Battaglia Benzija, LLP<br>Attn: Alan D. Halperin, Esq., Ligee Gu, Esq.<br>40 Wall Street, 37th Floor<br>New York, NY  10005<br>ahalperin@halperinlaw.net<br>lgu@halperinlaw.net |
| Halperin Battaglia Benzija, LLP<br>Attn: Donna H. Lieberman, Esq.<br>40 Wall Street, 37th Floor<br>New York, NY  10005<br>dlieberman@halperinlaw.net | Hanesbrands Inc<br>Attn: Joia Johnson, Chief Administrative Officer<br>and General Counsel<br>1000 East Hanes Mill Road<br>Winston Salem, NC  27105<br>joia.johnson@hanes.com<br>howard.upchurch@hanes.com |
| Harris Beach PLLC<br>Attn: Kevin Tompsett, Esq.<br>99 Garnsey Road<br>Pittsford, NY  14534<br>ktompsett@harrisbeach.com | Herrick, Feinstein LLP<br>Attn: Stephen B. Selbst<br>2 Park Avenue<br>New York, NY  10016<br>sselbst@herrick.com |
| Higgs Fletcher & Mack LLP<br>Attn: Martin A. Eliopulos, Esq.<br>401 West A Street<br>Suite 2600<br>San Diego, CA  92101<br>elio@higgslaw.com | Holland & Knight LLP<br>Attn: Attn: Arthur E. Rosenberg, Esq.,<br>Marc L. Antonecchia, Esq.<br>31 West 52nd Street<br>New York, NY  10019<br>arthur.rosenberg@hklaw.com<br>Marc.Antonecchia@hklaw.com |
| Holland & Knight LLP<br>Attn: Barbra R. Parlin<br>31 West 52nd Street<br>New York, NY  10019<br>barbra.parlin@hklaw.com<br>elvin.ramos@hklaw.com | Holland & Knight LLP<br>Attn: Jose A. Casal, Esq.,<br>Joaquin J. Alemany, Esq.<br>701 Brickell Avenue, Suite 3300<br>Miami, FL  33131<br>jose.casal@hklaw.com<br>jjalemany@hklaw.com |

| | |
|---|---|
| Honigman Miller Schwartz and Cohn LLP<br>Attn: Lawrence A. Lichtman<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>llichtman@honigman.com | Hunton Andrews Kurth LLP<br>Attn: Brett L. Gross, Michael S. Legge<br>200 Park Avenue<br>New York, NY 10166<br>bgross@HuntonAK.com<br>mlegge@huntonak.com |
| Hunton Andrews Kurth LLP<br>Attn: Gregory G. Hesse<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>ghesse@huntonak.com | Husch Blackwell LLP<br>Attn: Caleb T. Holzaepfel<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402<br>caleb.holzaepfel@huschblackwell.com |
| Husch Blackwell LLP<br>Attn: Lynn H. Butler<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>lynn.butler@huschblackwell.com | Ice Miller LLP<br>Attn: Daniel R. Swetnam<br>250 West Street, Suite 700<br>Columbus, OH 43215<br>Daniel.Swetnam@icemiller.com |
| Imperial County Treasurer- Tax Collector<br>Attn: Karen Vogel, Treasurer-Tax Collector<br>940 West Main Street, Suite 106<br>El Centro, CA 92243<br>taxcollector@co.imperial.ca.us | Impremedia Operating Company, LLC<br>Attn: Alex Macias<br>915 Wilshire Blvd, Suite 800<br>Los Angeles, CA 90017<br>alex.macias@impremedia.com |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia, PA 19104-5016<br>Mimi.M.Wong@irscounsel.treas.gov | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Mimi.M.Wong@irscounsel.treas.gov |
| Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110<br>Bankruptcy2@ironmountain.com | Jasne & Florio, L.L.P.<br>Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq.<br>30 Glenn Street, Suite 103<br>White Plains, NY 10603<br>hgj@jasneflorio.com<br>dlk@jasneflorio.com |
| Judith Elkin PLLC<br>Attn: Judith Elkin<br>23 Malysana Lane<br>New Rochelle, NY 10805<br>elkinj@mac.com | Keane & Beane, P.C.<br>Attn: Andrew P. Tureaud<br>445 Hamilton Avenue, 15th Floor<br>White Plains, NY 10601<br>atureaud@kblaw.com |

| | |
|---|---|
| Kelley Drye & Warren LLP<br>Attn: Eric R. Wilson, Esq.,<br>Benjamin D. Feder, Esq.<br>101 Park Avenue<br>New York, NY  10178<br>KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com | Klestadt Winters Jureller Southard &<br>Stevens, LLP<br>Attn: Sean C. Southard, Lauren C. Kiss<br>200 West 41st Street, 17th Floor<br>New York, NY  10036-7203<br>ssouthard@klestadt.com<br>lkiss@klestadt.com |
| Kurtzman \| Steady, LLC<br>Attn: Jeffrey Kurtzman<br>401 S. 2nd Street, Suite 200<br>Philadelphia, PA  19147<br>kurtzman@kurtzmansteady.com | Langley & Banack, Incorporated<br>Attn: David S. Gragg<br>Trinity Plaza II, Ninth Floor<br>745 E. Mulberry, Suite 900<br>San Antonio, TX  78212<br>dgragg@langleybanack.com |
| Lasky Fifarek, P.C.<br>Attn: John R. Fifarek, Esq.<br>120 N. Washington Square, Suite 625<br>Lansing, MI  48933<br>jfifarek@laskyfifarek.com | Lasser Hochman, L.L.C.<br>Attn: Richard L. Zucker<br>75 Eisenhower Parkway<br>Roseland, NJ  07068<br>rzucker@lasserhochman.com |
| Latham & Watkins LLP<br>Attn: Marc A. Zelina<br>885 Third Avenue<br>New York, NY  10022<br>marc.zelina@lw.com | Latham & Watkins LLP<br>Attn: Peter M. Gilhuly, Ted A. Dillman<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA  90071-1560<br>peter.gilhuly@lw.com<br>ted.dillman@lw.com |
| Law Office of Gilbert A. Lazarus, PLLC<br>Attn: Gilbert A. Lazarus<br>92-12 68th Avenue<br>Forest Hills, NY  11375<br>gillazarus@gmail.com | Law Office of Kevin S. Neiman, PC<br>Attn: Kevin S. Neiman<br>999 18th Street<br>Suite 1230 S<br>Denver, CO  80202<br>kevin@ksnpc.com |
| Law Office of William P. Fennell, APLC<br>Attn: William P. Fennell<br>401 West A Street, Suite 1800<br>San Diego, CA  92101<br>william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>office@fennelllaw.com | Law Offices of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, NJ  07675<br>cgruen@gruenlaw.com |

| | |
|---|---|
| Law Offices of Douglas T. Tabachnik, P.C.<br>Attn: Douglas T. Tabachnik, Esq.<br>63 West Main Street, Suite C<br>Freehold, NJ  07728<br>dtabachnik@dttlaw.com | Law Offices of Penny R. Stark<br>Attn: Penny R. Stark<br>9861 Sunrise Lakes Boulevard, Suite 308<br>Fort Lauderdale, FL  33322<br>pstarkesq@gmail.com |
| Lazarus & Lazarus, P.C.<br>Attn: Harlan M. Lazarus<br>240 Madison Avenue, 8th Floor<br>New York, NY  10016<br>hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com | LeClairRyan, PLLC<br>Attn: Ilan Markus and Niclas A. Ferland<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT  06511<br>ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com<br>andrew.cole@leclairryan.com |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: David G. Aelvoet<br>711 Navarro Street, Suite 300<br>San Antonio, TX  78205<br>sanantonio.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin, TX  78760 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX  75027<br>dallas.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>PO Box 3064<br>Houston, TX  77253-3064<br>houston_bankruptcy@publicans.com |
| Linowes and Blocher LLP<br>Attn: John T. Farnum, Esq.<br>7200 Wisconsin Avenue, Suite 800<br>Bethesda, MD  20814<br>jfarnum@linowes-law.com | Lippes Mathias Wexler Friedman LLP<br>Attn: John A. Mueller<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY  14202-2216<br>jmueller@lippes.com |
| Locke Lord LLP<br>Attn: Brian A. Raynor, Aaron C. Smith,  David W. Wirt<br>111 South Wacker Drive<br>Chicago, IL  60606<br>braynor@lockelord.com<br>asmith@lockelord.com<br>dwirt@lockelord.com | Locke Lord LLP<br>Attn: Ira S. Green<br>200 Vesey Street<br>New York, NY  10281<br>ira.greene@lockelord.com |

| | |
|---|---|
| Locke Lord LLP<br>Attn: Joseph N. Froehlich<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281<br>jfroehlich@lockelord.com | Locke Lord LLP<br>Attn: W. Steven Bryant<br>600 Congress Avenue, Suite 2200<br>Austin, TX 78701<br>sbryant@lockelord.com |
| Lowenstein Sandler LLP<br>Attn: Bruce Buechler<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>bbuechler@lowenstein.com | Lowenstein Sandler LLP<br>Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>echafetz@lowenstein.com<br>bnathan@lowenstein.com |
| Lubin Olson & Niewiadomski LLP<br>Attn: Dennis D. Miller<br>The Transamerica Pyramid<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>dmiller@lubinolson.com | McCreary, Veselka, Bragg & Allen, P.C.<br>Attn: Lee Gordon, Tara LeDay<br>P. O. Box 1269<br>Round Rock, TX 78680<br>tleday@mvbalaw.com |
| McGlinchey Stafford, PLLC<br>Attn: Brian S. McGrath, Kristen D. Romano<br>112 West 34th Street, Suite 1515<br>New York, NY 10120<br>bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com | McGlinchey Stafford, PLLC<br>Attn: Mark J. Chaney, Esq., Richard A. Aguilar,<br>Esq., Rudy J. Cerone, Esq.<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130<br>mchaney@mcglinchey.com<br>raguilar@mcglinchey.com<br>rcerone@mcglinchey.com |
| McKool Smith, P.C.<br>Attn: H. Jeffrey Schwartz<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>hjschwartz@mckoolsmith.com | Meegan, Hanschu & Kassenbrock<br>Attn: David Meegan<br>11341 Gold Express Drive, Suite 110<br>Gold River, CA 95670<br>dmeegan@mhksacto.com |
| Meister Seelig & Fein LLP<br>Attn: Christopher J. Major<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>cjm@msf-law.com | Meyers, Rodbell & Rosenbaum, P.A.<br>Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385<br>nkenworthy@mrrlaw.net |

| | |
|---|---|
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Andrew M. Leblanc<br>1850 K Street, NW<br>Suite 1100<br>Washington, DC 20006<br>ALeblanc@milbank.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Craig M. Price<br>28 Liberty Street<br>New York, NY 10005-1413<br>cprice@milbank.com |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Robert J. Liubicic<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>RLiubicic@milbank.com | Missouri Department of Revenue,<br>Bankruptcy Unit<br>Attn: Steven A. Ginther,<br>Special Assistant Attorney General<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>sdnyecf@dor.mo.gov |
| Mitchell, Williams, Selig, Gates &<br>Woodyard, P.L.L.C.<br>Attn: Stan D. Smith<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, AR 72201-3525<br>ssmith@mwlaw.com | Montee & Associates<br>Attn: Kevin P. Montee, Esq.<br>1250-I Newell Avenue, Suite 149<br>Walnut Creek, CA 94596 |
| Morgan, Lewis & Bockius LLP<br>Attn: Laura McCarthy<br>One Federal Street, 32nd Floor<br>Boston, MA 02110-1726<br>laura.mccarthy@morganlewis.com | Morgan, Lewis & Bockius LLP<br>Attn: Neil E. Herman<br>101 Park Avenue<br>New York, NY 10178-0600<br>neil.herman@morganlewis.com |
| Morris James LLP<br>Attn: Stephen M. Miller<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>smiller@morrisjames.com | Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Curtis S. Miller, Joseph C. Barsalona II<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>cmiller@mnat.com<br>jbarsalona@mnat.com |
| Morrison & Foerster LLP<br>Attn: Jennifer L. Marines, Benjamin W.<br>Butterfield<br>250 West 55th Street<br>New York, NY 10019<br>jmarines@mofo.com<br>bbutterfield@mofo.com | Morrison Cohen LLP<br>Attn: Joseph T. Moldovan, Robert K. Dakis<br>909 Third Avenue<br>New York, NY 10022<br>bankruptcy@morrisoncohen.com |

| | |
|---|---|
| MRO Attorneys at Law, LLC<br>Attn: Myrna L. Ruiz-Olmo, Esq.<br>PO Box 367819<br>San Juan, PR  00936-7819<br>mro@prbankruptcy.com | Munsch Hardt Kopf & Harr, P.C.<br>Attn: Deborah M. Perry<br>500 N. Akard Street, Suite 3800<br>Dallas, TX  75201-6659<br>dperry@munsch.com |
| National Association of Attorneys General<br>Attn: Karen Cordry<br>1850 M St., NW, 12th Floor<br>Washington, DC  20036<br>kcordry@naag.org | Nelson Mullins Riley & Scarborough LLP<br>Attn: Jody A. Bedenbaugh<br>1320 Main Street, 17th Floor<br>Post Office Box 11070 (29211)<br>Columbia, SC  29201<br>jody.bedenbaugh@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP<br>Attn: Shane G. Ramsey<br>280 Park Avenue<br>15th Floor West<br>New York, NY  10017<br>shane.ramsey@nelsonmullins.com | New York State Department of Taxation and Finance<br>Attn: Enid Nagler Stuart;<br>Assistant Attorney General<br>Special Bankruptcy Counsel,<br>Office of the New York State Attorney General<br>28th Liberty Street, 17th Floor<br>New York, NY  10005<br>enid.stuart@ag.ny.gov |
| Nixon Peabody, LLP<br>Attn: Christopher M. Desiderio<br>55 West 46th Street<br>New York, NY  10036<br>cdesiderio@nixonpeabody.com | Nixon Peabody, LLP<br>Attn: Daniel W. Sklar, Esquire<br>900 Elm Street<br>Manchester, NH  03101<br>dsklar@nixonpeabody.com |
| Nixon Peabody, LLP<br>Attn: Richard C. Pedone<br>100 Summer Street<br>Boston, MA  02110<br>rpedone@nixonpeabody.com | Norton Rose Fulbright US LLP<br>Attn: Bob B. Bruner<br>1301 McKinney, Suite 5100<br>Houston, TX  77010<br>bob.bruner@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP<br>Attn: David A. Rosenzweig and Stephen Castro<br>1301 Avenue of the Americas<br>New York, NY  10019<br>david.rosenzweig@nortonrosefulbright.com<br>stephen.castdro@northonrosefulbright.com | Norton Rose Fulbright US LLP<br>Attn: Howard Seife, Esq., & Christy Rivera, Esq.<br>1301 Avenue of the Americas<br>New York, NY  10019-6022<br>howard.seife@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |

| | |
|---|---|
| Office of Attorney General<br>Attn: Carol E. Momjian, Josh Shapiro<br>The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>cmomjian@attorneygeneral.gov | Office of the Texas Attorney General<br>Attn: Rachel R. Obaldo,<br>Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>rachel.obaldo@oag.texas.gov |
| Office of The United States Trustee for Region 2<br>Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov | Offit Kurman, P.A.<br>Attn: Albena Petrakov, Esq.<br>10 East 40th Street<br>New York, NY 10016<br>apetrakov@offitkurman.com |
| Offit Kurman, P.A.<br>Attn: Stephen A. Metz, Esq.<br>4800 Montgomery Lane, 9th Floor<br>Bethesda, MD 20814<br>smetz@offitkurman.com | OKeefe & Associates Law Corporation, P.C.<br>Attn: Sean A. O'Keefe<br>130 Newport Center Drive, Suite 140<br>Newport Beach, CA 92660<br>sokeefe@okeefelc.com |
| Orshan, P.A.<br>Attn: Paul L. Orshan, Esq.<br>701 Brickell Ave., Suite 2000<br>Miami, FL 33131<br>paul@orshanpa.com | Paco (China) Garment Ltd<br>Attn: Lily Wang<br>No 9 Yueyang Road, Building B<br>Qingdao, Shandong 266000 - CHINA<br>lily@pacogarment.com |
| Parker Poe Adams & Bernstein LLP<br>Attn: Kiah T. Ford IV<br>401 South Tryon Street, Suite 3000<br>Charlotte, NC 28202<br>chipford@parkerpoe.com | Paul Hastings LLP<br>Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer,<br>Esq., Shlomo Maza, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>leslieplaskon@paulhastings.com<br>andrewtenzer@paulhastings.com<br>shlomomaza@paulhastings.com |

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz<br>1285 Avenue of the Americas<br>New York, NY 10019<br>pbasta@paulweiss.com<br>kcornish@paulweiss.com<br>lclayton@paulweiss.com<br>sbuergel@paulweiss.com<br>rbritton@paulweiss.com<br>jhurwitz@paulweiss.com | Pepper Hamilton LLP<br>Attn: Henry Jaffe, Kenneth A. Listwak<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899-1709<br>jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com |
| Perdue Brandon Fielder Collins and Mott, LLP<br>Attn: Eboney Cobb, Esq.<br>500 East Border Street, Suite 640<br>Arlington, TX 76010<br>ecobb@pbfcm.com | Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408<br>lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Owen M. Sonik<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>osonik@pbfcm.com | Pick & Zabicki LLP<br>Attn: Douglas J. Pick<br>369 Lexington Avenue, 12th Floor<br>New York, NY 10017<br>dpick@picklaw.net |
| Pierce McCoy, PLLC<br>Attn: Jonathan A. Grasso<br>85 Broad Street, Suite 17-063<br>New York, NY 10004<br>jon@piercemccoy.com | Price Meese Shulman & D'Arminio, P.C.<br>Attn: Rick A. Steinberg<br>50 Tice Boulevard, Suite 380<br>Woodcliff Lake, NJ 07677<br>rsteinberg@pricemeese.com |
| Prime Clerk LLC<br>Attn: Herb Baer, Richard M. Allen<br>830 3rd Avenue, 9th Floor<br>New York, NY 10022<br>searsteam@primeclerk.com<br>serviceqa@primeclerk.com | Procopio, Cory, Hargreaves & Savitch LLP<br>Attn: Gerald P. Kennedy<br>525 B Street, Suite 2200<br>San Diego, CA 92101<br>gerald.kennedy@procopio.com |

| | |
|---|---|
| Pryor & Mandelup, L.L.P.<br>Attn: Robert L. Pryor<br>675 Old Country Road<br>Westbury, NY 11590<br>rlp@pryormandelup.com | Quinn Emanuel Urquhart & Sullivan LLP<br>Attn: Susheel Kirpalani, Jonathan E. Pickhardt,<br>Andrew S. Corkhill, Matthew Scheck, Ellison<br>Ward Merkel<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com |
| Reid and Riege, P.C.<br>Attn: Charles J. Filardi, Jr.<br>One Financial Plaza, 21st Floor<br>Hartford, CT 06103<br>cfilardi@rrlawpc.com | Reiss+Preuss LLP<br>Attn: Guy A. Reiss, Erik Tikkanen<br>200 West 41st Street, 20th Floor<br>New York, NY 10036<br>greiss@reisspreuss.com<br>etikkanen@reisspreuss.com |
| Rice Pugatch Robinson Storfer & Cohen, PLLC<br>Attn: Chad P. Pugatch<br>101 Northeast Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>cpugatch@rprslaw.com | Rich Michaelson Magaliff, LLP<br>Attn: Howard P. Magaliff<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>hmagaliff@r3mlaw.com |
| Robbins, Schwartz, Nicholas, Lifton &<br>Taylor, Ltd.<br>Attn: Kenneth M. Florey, M. Neal Smith<br>631 E. Boughton Road, Suite 200<br>Bolingbrook, IL 60440<br>kflorey@robbins-schwartz.com<br>nsmith@robbins-schwartz.com | Robert E. Michael & Associates PLLC<br>Attn: Robert E. Michael, Aaron Hume<br>5911 Riverdale Avenue<br>New York, NY 10471<br>Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Robinson Brog Leinwand Greene Genovese &<br>Gluck P.C.<br>Attn: Fred B. Ringel, Esq.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022<br>fbr@robinsonbrog.com | Ropes & Gray LLP<br>Attn: Gregg M. Galardi, Kimberly J. Kodis,<br>Sam N. Ashuraey<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |

| | |
|---|---|
| Ropes & Gray LLP<br>Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA  02199-3600<br>james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com | Ropes & Gray LLP<br>Attn: Nicholas M. Berg, Timothy Farrell<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL  60606-4302<br>nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Rosen & Associates, P.C.<br>Attn: Sanford P. Rosen, Esq.<br>747 Third Avenue<br>New York, NY  10017-2803<br>srosen@rosenpc.com | Ruskin Moscou Faltischek, P.C.<br>Attn: Michael S. Amato, Esq.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale, NY  11556-1425<br>mamato@rmfpc.com |
| Sahn Ward Coschignano, PLLC<br>Attn: Robert A. Abiuso, Matthew C. McCann<br>333 Earle Ovington Boulevard, Suite 601<br>Uniondale, NY  11553<br>mmccann@swc-law.com<br>rabiuso@swc-law.com | S&D Law<br>Attn: Steven W. Kelly, Esq.<br>1290 Broadway, Suite 1650<br>Denver, CO  80203<br>skelly@s-d.com |
| Satterlee Stephens LLP<br>Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick<br>230 Park Avenue<br>New York, NY  10169<br>cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com | Sakar<br>Attn: Jay Weinblatt<br>195 Carter Drive<br>Edison, NJ  08817<br>jweinblatt@sakar.com |
| Sears Holding Corporation<br>Attn: Stephen Sitley Esq.,<br>Luke J. Valentino, Esq<br>3333 Beverly Road<br>Hoffman Estates, IL  60179 | Schiff Hardin LLP<br>Attn: Louis T. DeLucia, Esq.,<br>Alyson M. Fiedler, Esq.<br>666 Fifth Avenue, Suite 1700<br>New York, NY  10103<br>ldelucia@schiffhardin.com<br>afiedler@schiffhardin.com |

| | |
|---|---|
| Securities & Exchange Commission – NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov | Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Seyfarth Shaw LLP<br>Attn: Edward M. Fox<br>620 8th Avenue<br>New York, NY 10018<br>emfox@seyfarth.com | Seward & Kissel LLP<br>Attn: John R. Ashmead, Esq. &<br>Arlene R. Alves, Esq.<br>One Battery Park Plaza<br>New York, NY 10004<br>ashmead@sewkis.com<br>alves@sewkis.com |
| Shearman & Sterling LLP<br>Attn: Fredric Sosnick, Sara Coelho<br>599 Lexington Avenue<br>New York, NY 10022<br>fsosnick@shearman.com<br>sara.coelho@shearman.com | Shapiro, Blasi, Wasserman & Hermann, P.A.<br>Attn: Richard P. Hermann, Matthew Kish,<br>Jennifer Shafer<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>rhermann@sbwh.law<br>mkish@sbwh.law<br>jshafer@sbwh.law<br>floridaservice@sbwh.law |
| Shutts & Bowen LLP<br>Attn: Ryan C. Reinert, Esq.<br>4301 W. Boy Scout Blvd, Suite 300<br>Tampa, FL 33607<br>rreinert@shutts.com | Sheppard Mullin Richter & Hampton, LLP<br>Attn: Alan M. Feld, Esq., Ted Cohen, Esq.<br>30 Rockerfeller Plaza<br>New York, NY 10112<br>afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Simon Property Group, L.P.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204<br>rtucker@simon.com | Sidley Austin LLP<br>Attn: David E. Kronenberg<br>1501 K Street, N.W.<br>Washington, DC 20005<br>dkronenberg@sidley.com |
| Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon, Esquire<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>dplon@sirlinlaw.com | Singer & Levick, P.C.<br>Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>mshriro@singerlevick.com |

| | |
|---|---|
| Skierski Jain PLLC<br>Attn: Doug Skierski, Kristin H. Jain<br>400 N. St. Paul, Suite 510<br>Dallas, TX 75201<br>enotices@skijain.com | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Paul Leake, Esq., Shana Elberg, Esq., and<br>George R. Howard, Esq.<br>4 Times Square<br>New York, NY 10036<br>Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Snell & Wilmer L.L.P.<br>Attn: Robert R. Kinas<br>3883 Howard Hughes Parkway, #1100<br>Las Vegas, NV 89169-5958<br>rkinas@swlaw.com | Smiley Wang-Ekvall, LLP<br>Attn: Lei Lei Wang Ekvall, Philip E. Strok<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br>pstrok@swelawfirm.com |
| Sorling Northrup<br>Attn: David A. Rolf & Patrick M. Ryan<br>1 N. Old State Capitol, Suite 200<br>P.O. Box 5131<br>Springfield, IL 62705-5131<br>darolf@sorlinglaw.com<br>pmryan@sorlinglaw.com | Sorenson Van Leuven, PLLC<br>Attn: James E. Sorenson<br>PO Box 3637<br>Tallahassee, FL 32315-3637<br>bk@svllaw.com |
| SRAC Unsecured Notes<br>Attn: Mary A. Callahan Vice President<br>The Bank of New York Mellon Trust Company<br>2 N. LaSalle Street – Suite 700<br>Chicago, IL 60602<br>mary.callahan@bnymellon.com | Stark & Stark, P.C.<br>Attn: Thomas S. Onder, Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543<br>tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Stevens & Lee, P.C.<br>Attn: Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>cp@stevenslee.com | Stinson Leonard Street LLP<br>Attn: Thomas J. Salerno<br>1850 N. Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4584<br>thomas.salerno@stinson.com |
| Streusand, Landon, Ozburn & Lemon, LLP<br>Attn: Sabrina L. Streusand<br>1801 S. Mopac Expressway, Suite 320<br>Austin, TX 78746<br>streusand@slollp.com | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Jonathan D.<br>Canfield, Sayan Bhattacharyya<br>180 Maiden Lane<br>New York, NY 10038<br>khansen@stroock.com<br>jcanfield@stroock.com<br>sbhattacharyya@stroock.com |

| | |
|---|---|
| Sullivan & Cromwell LLP<br>Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg<br>125 Broad Street<br>New York, NY 1004-2498<br>dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com | SulmeyerKupetz, A Professional Corporation<br>Attn: David S. Kupetz & Claire K. Wu<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>dkupetz@sulmeyerlaw.com<br>ckwu@sulmeyerlaw.com |
| Suri Law Office<br>Attn: Vivek Suri, Esq.<br>20 Vesey Street, Suite 300<br>New York, NY 10007<br>lawyer@surilawoffice.com | Tannenbaum Helpern Syracuse & Hirschtritt LLP<br>Attn: Michael J. Riela<br>900 Third Avenue, 13th Floor<br>New York, NY 10022<br>Riela@thsh.com |
| Taubman Landlords<br>Attn: Andrew S. Conway<br>200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304<br>aconway@taubman.com | The Bank of New York Mellon Trust Company<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York, NY 10286 |
| The Pension Benefit Guaranty Corporation (PBGC)<br>Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026<br>Starr.Judith@pbgc.gov<br>mccarron.william@pbgc.gov<br>efile@pbgc.gov | The Sarachek Law Firm<br>Attn: Joseph E. Sarachek<br>101 Park Avenue, 27th Floor<br>New York, NY 10178<br>joe@saracheklawfirm.com |
| Thompson Hine LLP<br>Attn: Curtis L. Tuggle<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291<br>Curtis.Tuggle@ThompsonHine.com | TJ Tianxing Kesheng Leather Products Co Ltd<br>Attn: Power Wang<br>No. 2 Jianshe Road Baodi District<br>Tianjin, Tianjin 301200 - CHINA<br>powerwangtxks@vip.126.com |

| | |
|---|---|
| TN Dept of Revenue<br>Attn: Herbert H. Slatery III,<br>Marvin E. Clements, Jr.<br>c/o TN Attorney General's Office, Bankruptcy<br>Division<br>PO Box 20207<br>Nashville, TN 37202-0207<br>AGBankNewYork@ag.tn.gov | Travis County Attorney<br>Attn: David Escamilla, Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767<br>kay.brock@traviscountytx.gov |
| U.S. Bank National Association<br>Attn: Jose A Galarza, Vice President, Global<br>Structured Finance<br>190 S. LaSalle Street, 3rd Floor<br>MS: MK-IL-SL7M<br>Chicago, IL 60603<br>jose.galarza@usbank.com | US Attorney for Southern District of New York<br>Attn: Bankruptcy Division<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov |
| Vedder Price P.C.<br>Attn: Joshua A. Dunn, Esq., Michael Schein<br>1633 Broadway<br>31st Floor, New York, NY 10019<br>jdunn@vedderprice.com | Vedder Price P.C.<br>Attn: Kevin J. Etzel<br>1633 Broadway, 31st Floor<br>New York, NY 10019<br>ketzel@vedderprice.com |
| Vedder Price P.C.<br>Attn: Michael L. Schein<br>1633 Broadway, 31st Floor<br>New York, NY 10019<br>mschein@vedderprice.com | Verizon Capital Corp.<br>Attn: Marva M. Levine<br>221 East 37th Street, 7th Floor<br>New York, NY 10016<br>marva.m.levine@verizon.com |
| Waldrep LLP<br>Attn: Thomas W. Waldrep, Jr.<br>101 S. Stratford Road, Suite 210<br>Winston-Salem, NC 27104<br>notice@waldrepllp.com | Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Stephen V. Falanga, Esq.<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, NJ 07012<br>sfalanga@walsh.law |

| | |
|---|---|
| Warner Norcross + Judd LLP<br>Attn: Gordon J. Toering<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI 49503<br>gtoering@wnj.com | Wasserman, Jurista & Stolz, P.C.<br>Attn: Donald W. Clarke<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Dclarke@wjslaw.com |
| Weil, Gotshal & Manges LLP<br>Attn: Ray C. Schrock, P.C., Jacqueline Marcus,<br>Garrett A. Fail, Sunny SinghJared R. Friedmann,<br>Jessie B. Mishkin, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com | Weiss Zarett Brofman Sonnenklar & Levy, P.C.<br>Attn: Michael D. Brofman, Esq.<br>3333 New Hyde Park Road<br>Suite 211<br>New Hyde Park, NY 11042<br>mbrofman@weisszarett.com |
| Weltman, Weinberg & Reis Co., L.P.A.<br>Attn: Scott D. Fink<br>Lakeside Place, Suite 200<br>323 W. Lakeside Avenue<br>Cleveland, OH 44113-1099<br>sfink@weltman.com | White and Williams LLP<br>Attn: James C. Vandermark<br>7 Times Square, Suite 2900<br>New York, NY 10036-6524<br>vandermarkj@whiteandwilliams.com |
| Whiteford, Taylor & Preston LLC<br>Attn: Stephen B. Gerald<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801-3700<br>sgerald@wtplaw.com | Wiles & Wiles, LLP<br>Attn: Victor W. Newmark, Esq.<br>800 Kennesaw Avenue, Suite 400<br>Marietta, GA 30060-7946<br>bankruptcy@evict.net |
| Williams Legal Advisory Group, LLC<br>Attn: Amy M. Williams<br>169 Ramapo Valley Road, Suite 106<br>Oakland, NJ 07436<br>awilliams@williamsadvisors.com | Willkie Farr & Gallagher LLP<br>Attn: Alan J. Lipkin, Gabriel Brunswick<br>787 Seventh Avenue<br>New York, NY 10019<br>alipkin@willkie.com<br>gbrunswick@willkie.com |

| | |
|---|---|
| Wilmington Savings Fund Society, FSB<br>Attn: Patrick J. Healy<br>501 Carr Road, Suite 100<br>Wilmington, DE 19801<br>phealy@wsfsbank.com | Wilmington Trust, National Association<br>Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |
| Wilmington Trust, National Association<br>Attn: Steven Cimalore, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001<br>scimalore@wilmingtontrust.com | Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY 14624 |
| Wilson, Elser, Moskowitz, Edelman &<br>Dicker LLP<br>Attn: David L. Tillem<br>1133 Westchester Avenue<br>White Plains, NY 10604<br>david.tillem@wilsonelser.com | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>Attn: Simon Aron<br>11400 West Olympic Boulevard, 9th Floor<br>Los Angeles, CA 90064-1582<br>saron@wrslawyers.com |
| Wyatt, Tarrant & Combs, LLP<br>Attn: Mary L. Fullington<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746<br>mfullington@wyattfirm.com | Zimmerman Law Offices, P.C.<br>Attn: Thomas A. Zimmerman, Jr.<br>77 West Washington Street<br>Suite 1220<br>Chicago, IL 60602<br>tom@attorneyzim.com |