UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | X | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Foley & Lardner LLP hereby appears as counsel for Victor Reagan Family Trust ("Victor Reagan Family Trust"), a creditor of the above-captioned debtors and/or party-in-interest of the above-captioned cases. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Victor Reagan Family Trust requests that copies of all notices and pleadings given or required to be given in the above-captioned chapter 11 cases, be given to and served upon:

> Katherine R. Catanese
> FOLEY & LARDNER LLP
> 90 Park Ave.
> New York, NY 10016
> Telephone: (212) 682-7474
> Facsimile: (212) 687-2329
> Email: kcatanese@foley.com

and

> Thomas Scannell
> FOLEY GARDERE
> FOLEY & LARDNER LLP
> 2021 McKinney Avenue, Suite 1600
> Dallas, TX 75201
> Telephone: (214) 999-3000
> Facsimile: (214) 999-4667
> Email address: tscannell@foley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9010(b) and Bankruptcy Code section 1109(b), the foregoing request includes not only the notices, papers, pleadings, and orders referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects or seeks to affect the above-captioned debtor, their property or the administration of their chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to be construed to be (i) a waiver of the right of Victor Reagan Family Trust (a) to have final orders entered only after de novo review by a United States District Court, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy, or proceeding

related to these cases, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the jurisdiction or venue of the Court or venue of these cases, or (ii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Victor Reagan Family Trust is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Victor Reagan Family Trust expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth herein be added to the mailing matrix in these cases.

Dated: January 7, 2019  
      New York, New York

FOLEY & LARDNER LLP

*/s/ Katherine R. Catanese*  
Katherine R. Catanese  
FOLEY & LARDNER LLP  
90 Park Avenue  
New York, NY 10016  
Telephone: (212) 682-7474  
Facsimile: (212) 687-2329  
Email: kcatanese@foley.com

Thomas Scannell  
FOLEY GARDERE  
FOLEY & LARDNER LLP  
2021 McKinney Avenue, Suite 1600  
Dallas, TX 75201  
Telephone: (214) 999-3000  
Facsimile: (214) 999-4667  
Email address: tscannell@foley.com

*Attorneys for Victor Reagan Family Trust*

3