**Hearing Date and Time: January 8, 2019 at 10:00 am (Eastern)**

THE SARACHEK LAW FIRM
Joseph E. Sarachek
101 Park Avenue, 27th Floor
New York, NY 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950

*Attorneys for Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDING CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**STATEMENT OF MIEN CO. LTD, HELEN ANDREWS, AND
STRONG PROGRESS GARMENT FACTORY COMPANY
LTD IN RESPONSE TO DEBTORS STATUS CONFERENCE**

Mien Co. Ltd ("**Mien**"), Helen Andrews, and Strong Progress Garment Factory Company, Ltd (the "**Mien Vendors**") hereby file their Statement (the "**Statement**") with respect to the *Debtors' January 8th Status Conference* (the "**Status Conference**"). In support of the Statement, the Mien Vendors respectfully represent as follows:

1. The Mien Vendors are trade vendors who hold administrative claims under Section 503(b)(9) of the Bankruptcy Code. Mien filed a Limited Objection to the Debtors' Motion for Final Junior DIP Financing *(Dkt. No. 1202)* and hoped that subsequent to approval of that motion on December 20th, the Debtors would take steps to provide claimants who hold 503(b)(9) claims a process. To date, no process has been established and vendors are in the dark.

1

2. The Mien Vendors and their counsel have reached out to the Debtors and its counsel and have not received satisfactory answers to the questions regarding 503(b)(9) claims. The Mien Vendors believe the Debtors Wind Down Fund will be insufficient to pay 503(b)(9) claims in full. The Mien Vendors want to be paid on their 503(b)(9) claims and believe the bid of ESL Investments provides them with the best chance to be paid in the fastest manner. The Mien Vendors do not want to see the Debtors' remaining stores liquidated.

3. The Debtors and the various professionals have gone to great lengths to analyze all aspects of Sears. However, they have not reached out to the vendor base that at this point wants two things: 1) Payment on their 503(b)(9) claims; and 2) A viable entity on a go-forward basis in which they can sell their goods. Counsel for the Mien Vendors has spoken with numerous other vendors who are also prepared to participate in the ESL bid under the right terms. These vendors are even willing to enhance ESL's bid by providing trade credit.

4. The Mien Vendors respectfully request that this Court facilitate the sale process by recognizing a 503(b)(9) group to participate in negotiations with the Debtors and ESL.

Dated:   January 7, 2019

                                              THE SARACHEK LAW FIRM

                                               /s/ Joseph E. Sarachek__
                                              Joseph E. Sarachek
                                              101 Park Avenue – 27th Floor
                                              New York, NY. 10178
                                              Telephone: (646) 517-5420
                                              Facsimile: (646) 861-4950