**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                          :
                                               :         **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,      :
                                               :         **Case No. 18-23538 (RDD)**
                                               :
        Debtors.[1]                            :         **(Jointly Administered)**
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: December 18, 2018

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 18, 2018, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

**<u>Exhibit A</u>**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1154<br>1156 | Sakar International Inc.<br>CKR Law LLP<br>Attn: Edward L. Schnitzer<br>1330 Avenue of the Americas<br>New York, NY 10019<br><br>Sakar International Inc.<br>Attn: Jay Weinblatt, CFO<br>195 Carter Drive<br>Edison, NJ 08817 | Whitebox Asymmetric Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | December 12, 2018 |
| 1155<br>1157 | Sakar International Inc.<br>CKR Law LLP<br>Attn: Edward L. Schnitzer<br>1330 Avenue of the Americas<br>New York, NY 10019<br><br>Sakar International Inc.<br>Attn: Jay Weinblatt, CFO<br>195 Carter Drive<br>Edison, NJ 08817 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | December 12, 2018 |
| 1164<br>1166<br>1168<br>1170 | Jacmel Jewelry Inc.<br>Attn: Jack Rahmey<br>1385 Broadway, 8th Floor<br>New York, NY 10018 | Whitebox Asymmetric Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | December 13, 2018 |
| 1165<br>1167<br>1169<br>1171 | Jacmel Jewelry Inc.<br>Attn: Jack Rahmey<br>1385 Broadway, 8th Floor<br>New York, NY 10018 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | December 13, 2018 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1185 | Commercial Roofing & Waterproofing Hawaii, Inc. Attn: Candace Williams 94-260 Pupuole Street Waipahu, HI 96797 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of Americas, 28th Floor New York, NY 10019 | December 17, 2018 |
| 1191 | U.S. Nonwovens Corp. c/o Lazer, Aptheker, Rosella & Yedid, P.C. Attn: William Gartland, Esp. 225 Old Country Road Melville, NY 11747<br><br>U.S. Nonwovens Corp. Attn: General Counsel 100 Emjay Blvd Brentwood, NY 11717 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 07012 | December 17, 2018 |