**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| Debtors.[1] : | **(Jointly Administered)** |

---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Riverstone USA LLC (MMLID# 4778302), 4921 12th Avenue, Brooklyn, NY, 11219:

- Debtors' Supplemental Motion for Authority to (I) Obtain Junior Postpetition Financing and (II) Schedule Final Hearing [Docket No. 872]

- Notice of Filing of Amended Superpriority Senior Secured Debtor-in-Possession Asset-Based Credit Agreement [Docket No. 885]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On January 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Supplemental Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business [Docket No. 1054]

On January 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice of Assumed and Assigned Contracts Designated by Service.com in Connection with Sale of Sears Home Improvement Business [Docket No. 1208]

On January 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Wells Fargo Bank, National Association, As Collateral Agent (MMLID# 4778362), 420 Montgomery Street, San Francisco, CA, 94104:

- Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith [Docket No. 1348]

Dated: January 7, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 7, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

SRF 29949

**<u>Exhibit A</u>**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|-------|------|-----------|-----------|------|-------|-----|
| 4898660 | All County Installers LLC | Johann Byer | 1338 Madison Ivy Circle | Apopka | FL | 32712 |
| 4899615 | BCI Acrylic Bath Systems, Inc. | Attn: Senior Vice President | 1800 Industrial Drive | Libertyville | IL | 60048 |
| 4899616 | Beacon Sales Acquisition, Inc. (Allied/Roofing Supply) | 505 Huntmar Park Drive, Suite #300 | | Herndon | VA | 20170 |
| 4852387 | Black Diamond Renovators LLC | 2760 Lexington Ave | | Mansfield | OH | 44904 |
| 4847660 | CVM Enterprises Inc | 10374 Old Olive St. Road Apt 136 | | Saint Louis | MO | 63141 |
| 4898656 | Day And Night Air Conditioning & Heating LLC | Kimberly Ury | 3669 E. La Salle St | Phoenix | AZ | 85040 |
| 4899285 | Design Heating And Air Conditioning | Kristopher Archuletta | 1460 Tully Rd Suite 609 | San Jose | CA | 95122 |
| 4898439 | Gibson Guttering-Sole Proprietor | Daniel Gibson | 1143 Harris St | Eden | NC | 27288-6345 |
| 4846918 | Hot Tech Contractor Inc | 44 Lincoln Ct | | Buena Park | CA | 90620-4610 |
| 4851375 | M&M Construction | 950 Detroit Ave #2B | | Concord | CA | 94518 |
| 4164512 | Medina, Francisco | Address on File | | | | |

In re:  Sears Holdings Corporation, et al.

Case No. 18-23538 (RDD)

Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|-------|------|-----------|-----------|------|-------|-----|
| 4850118 | Air Logix LLC | 2426 46Th Street | | Astoria | NY | 11103 |
| 4898800 | AKT Plumbing LLC | Michael King | 45 A Barber Pond Road | Bloomfield | CT | 06002 |
| 4893223 | Amerispec L.L.C. | Attn: Legal Department | 150 Peabody Pl | Memphis | TN | 38103 |
| 4899616 | Beacon Sales Acquisition, Inc. (Allied/Roofing Supply) | 505 Huntmar Park Drive, Suite #300 | | Herndon | VA | 20170 |
| 4846142 | Cool Breeze HVAC Inc | Po Box 42370 | | Charlotte | NC | 28215 |
| 4849977 | ECS Construction LLC | C/O Bumpass | 2522 Greenhill Dr Nw | Huntsville | AL | 35810-4474 |
| 4845924 | Graypoint Construction Inc | 1592 N. Tustin St. | | Orange | CA | 92867 |
| 4876748 | Leslies Enterprise LLC | Harry Leslie | Po Box 752 | Conifer | CO | 80433 |
| 4898857 | MD Air Solutions | Mitch Disney | 28170 Avenue Crocker Unit #103 | Santa Clarita | CA | 91355 |
| 4898381 | Sunvalley Mechanical LLC | Sam Baeza | 11426 Rojas Suite A-1 | El Paso | TX | 79936 |
| 4893341 | Triple T Electric Inc | 82 Barry Drive | | Westbury | NY | 11590 |

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)