# EXHIBIT

# B





## SUFFOLK COUNTY CLERK
## RECORDS OFFICE
## RECORDING PAGE

Type of Instrument: ASSIGNMENT OF MORTGAGE/MOP     Recorded: 03/27/200
Number of Pages: 2     At: 10:50:39
Receipt Number : 06-0030291

LIBER: M0002126
PAGE: 265

| District: | Section: | Block: | Lot: |
|---|---|---|---|
| 0200 | 881.00 | 07.00 | 003.000 |

EXAMINED AND CHARGED AS FOLLOWS
Received the Following Fees For Above Instrument

| | | Exempt | | | E |
|---|---|---|---|---|---|
| Page/Filing | $6.00 | NO | Handling | $5.00 | N |
| COE | $5.00 | NO | NYS-SRCHG | $15.00 | N |
| Notation | $0.50 | NO | Cert.Copies | $0.00 | N |
| RPT | $30.00 | NO | SCTM | $0.00 | N |
| | | | Fees Paid | $61.50 | |

THIS PAGE IS A PART OF THE INSTRUMENT
THIS IS NOT A BILL

Judith A. Pascale
County Clerk, Suffolk County

| 1 | 2 | | |
|---|---|---|---|

Number of pages 2

TORRENS

Serial # _____

Certificate # _____

Prior Ctf. # _____

RECORDED
2006 Mar 27 10:50:39 AM
Judith A. Pascale
CLERK OF
SUFFOLK COUNTY
L M00021263
P 265

| Deed / Mortgage Instrument | Deed / Mortgage Tax Stamp | Recording / Filing Stamps |
|---|---|---|

3 FEES

Page / Filing Fee _____
Handling          5.00
TP-584            _____
Notation/N        _____
EA-52 17 (County) _____    Sub Total _____
EA-5217 (State)   _____
R.P.T.S.A.        30
Comm. of Ed.      5.00
Affidavit         _____
Certified Copy    _____
NYS Surcharge     15.00   Sub Total _____
Other             _____
                  Grand Total  61.50

Mortgage Amt. _____
1. Basic Tax _____
2. Additional Tax _____
Sub Total _____
Spec./Assit.
  or
Spec. /Add. _____
TOT. MTG. TAX _____
Dual Town _____ Dual County _____
Held for Appointment _____
Transfer Tax _____
Mansion Tax _____

The property covered by this mortg
or will be improved by a one c
family dwelling only.
YES _____ or NO _____

If NO, see appropriate tax clause
page # _____ of this instrument

| 4 | Dist. 0200 | Section 881.00 | Block 07.00 | Lot 003.00 | 5 | Community Preservation F |

Real Property Tax Service Agency Verification   3-27-06

Consideration Amount $ _____

CPF Tax Due       $ _____

Improved _____
Vacant Land _____
TD _____
TD _____
TD _____

6 Satisfactions/Discharges/Releases List Property Owners Mailing Address
RECORD & RETURN TO:

Shapiro & DiCaro, LLP
250 Mill Crossing Blvd.
Suite One
Rochester, NY 14624

7 Title Company Information
Co. Name   Webtite
Title #    S▇▇▇▇▇▇

8 **Suffolk County Recording & Endorsement Pag**

This page forms part of the attached  **Assignment of mortgage** mac
(SPECIFY TYPE OF INSTRUMENT)

**Mortgage Electric Registration** The premises herein is situated in
**Systems Inc**                     SUFFOLK COUNTY, NEW YORK.

TO                                  In the Township of **Brookhaven**
**Washington Mutual Bank**          In the VILLAGE
                                    or HAMLET of _____

BOXES 6 THRU 8 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILI

Section 881 Block 7 Lot 7

## ASSIGNMENT OF MORTGAGE

KNOW THAT

**Mortgage Electronic Registration Systems, Inc., as nominee for Alliance Mortgage Banking Corp.**, a corporation, organized and existing under the laws of the United States of America, having an office at P.O. Box 2026, Flint, MI 48501, Assignor,

64318 miller Rd

in consideration of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration, paid by

**WASHINGTON MUTUAL BANK**, having an office at Washington Mutual Bank, 1270 Northland Drive, Mendota Heights, Minnesota 55120, Assignee,

hereby assigns unto the assignee, a certain Mortgage dated June 23, 2003 made by Robert Carpenter to Mortgage Electronic Registration Systems, Inc., as nominee for Alliance Mortgage Banking Corp. in the principal sum of $213,099.00 and recorded in the Suffolk County Clerk's Office on October 10, 2003 in Liber 20528, page 982.

This mortgaged premises are known as 113 Madison Street, Mastic, NY 11950

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment,
the  28  day of  Feb  in the year 2006.

Mortgage Electronic Registration Systems, Inc., as nominee for Alliance Mortgage Banking Corp.

BY: _____
Rick Wilken
VP

State of  MN  )
County of  Dakota  )ss.:

On the  28  day of  Feb  in the year  2006  before me, the undersigned, personally appeared  Rick Wilken , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual(s) made such appearance before the undersigned in the City/Town of  Mendota Heights , State of  Minnesota .

_____
Notary Public

RECORD & RETURN TO:
Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624

JOYCE HELBERG
NOTARY PUBLIC MINNESOTA
MY COMMISSION
EXPIRES JAN 31 2010





SUFFOLK COUNTY CLERK
RECORDS OFFICE
RECORDING PAGE

| | | | | | |
|---|---|---|---|---|---|
| Type of Instrument: ASSIGNMENT OF MORTGAGE | | | Recorded: | 03/31/2011 | |
| Number of Pages: 3 | | | At: | 09:08:52 AM | |
| Receipt Number : 11-0036659 | | | | | |
| | | | LIBER: | M00022060 | |
| | | | PAGE: | 471 | |
| District: | Section: | Block: | | Lot: | |
| 0200 | 881.00 | 07.00 | | 003.000 | |

EXAMINED AND CHARGED AS FOLLOWS

Received the Following Fees For Above Instrument

| | | Exempt | | | Exempt |
|---|---|---|---|---|---|
| Page/Filing | $15.00 | NO | Handling | $20.00 | NO |
| COE | $5.00 | NO | NYS SRCHG | $15.00 | NO |
| Notation | $0.50 | NO | Cert.Copies | $0.00 | NO |
| RPT | $30.00 | NO | | | |
| | | | Fees Paid | $85.50 | |

THIS PAGE IS A PART OF THE INSTRUMENT
THIS IS NOT A BILL

JUDITH A. PASCALE
County Clerk, Suffolk County

③
3

| 1 | 2 |

Number of pages: 3

RECORDED
2011 Mar 31 09:08:52 AM
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
L M00022060
P 471

This document will be public record. Please remove all Social Security Numbers prior to recording.

| Deed / Mortgage Instrument | Deed / Mortgage Tax Stamp | Recording / Filing Stamps |

3 — FEES

Page / Filing Fee ___18___
Handling ___20.00___
TP-584 _____
Notation ___50___
EA-5217 (County) _____    Sub Total ___38 50___
EA-5217 (State) _____
R.P.T.S.A. ___8___
Comm. of Ed. ___5.00___
Affidavit _____
Certified Copy _____
NYS Surcharge ___15.00___    Sub Total ___50___
Other _____    Grand Total ___86 32___  R

Mortgage Amt. _____
1. Basic Tax _____
2. Additional Tax _____
Sub Total _____
Spec./Assit.
    or
Spec./Add. _____
TOT. MTG. TAX _____
    Dual Town _____ Dual County _____
    Held for Appointment _____
Transfer Tax _____
Mansion Tax _____

The property covered by this mortgage is or will be improved by a one or two family dwelling only.
    YES _____ or NO _____
If NO, see appropriate tax clause on page # _____ of this instrument.

| 4 | Dist. 0200 | Section 981.00 | Block 07.00 | Lot 008.000 |

Real Property Tax Service Agency Verification: 0200  881.00  0700  003000  VW  3-30-11

5 | **Community Preservation Fund**

Consideration Amount $ _____
CPF Tax Due       $ _____
Improved _____
Vacant Land _____
TD _____
TD _____
TD _____

6 | Satisfactions/Discharges/Releases List Property Owners Mailing Address
**RECORD & RETURN TO:**

Steven J. Baum, P.C.
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

Mail to: Judith A. Pascale, Suffolk County Clerk
310 Center Drive, Riverhead, NY 11901
www.suffolkcountyny.gov/clerk

7 | **Title Company Information**
Co. Name: Prime Title
Title #: _____

8 | **Suffolk County Recording & Endorsement Page**

This page forms part of the attached ___Assignment___ made by:
(SPECIFY TYPE OF INSTRUMENT)

___FDIC___

TO

___Wells Fargo Bank___

The premises herein is situated in
SUFFOLK COUNTY, NEW YORK.

In the TOWN of ___Brookhaven___
In the VILLAGE
or HAMLET of _____

BOXES 6 THRU 8 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILING.

(over)

## ASSIGNMENT OF MORTGAGE

MERS - for

Original Lender: Alliance Mortgage Banking Corp.

Know that,

FDIC as receiver for Washington Mutual Bank formerly known as Washington Mutual Bank, FA, 2210 Enterprise Drive, Florence SC 29501, assignor,

in consideration of the sum of One and No/100th Dollars and other good valuable consideration dollars, paid by

Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Ft. Mill, SC 29715, assignee

hereby assigns unto the assignee, a certain mortgage made by ROBERT CARPENTER, given to secure payment of the sum of Two hundred and thirteen thousand and ninety nine dollars ($213,099.00) and interest, dated the 23rd day of June, 2003, recorded on the 10th day of October, 2003, in the office of the Clerk of the County of Suffolk, in Liber M00020528 of Mortgages at Page 982,

covering premises 113 MADISON STREET, MASTIC, NY 11950, SBL #DISTRICT 0200, SECTION 881.00, BLOCK 07.00, LOT 003.090,

together with the bond or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest,

Which mortgage was previously assigned by Mortgage Electronic Registration Systems, Inc. as nominee for Alliance Mortgage Banking Corp. to Washington Mutual Bank by assignment dated the 28th of February, 2006 and recorded on the 27th day of March, 2006 at Liber M00021263 at Page 265.

This said mortgage has not been otherwise assigned of record.

*TO HAVE AND TO HOLD* the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.

*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 18th day of March, 2011

*IN PRESENCE OF*

Wells Fargo Bank, N.A. as Attorney-in-Fact for FDIC as receiver for Washington Mutual Bank formerly known as Washington Mutual Bank, FA

BY: _____
Name: John E Logan
Title: Vice President Loan Documentation

1 of 2

Steven J. Baum, P.C.
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

State of Minnesota
County of Dakota  ss:
On the 18th day of March in the year 2011 before me, the undersigned, a notary public in and for said state, personally appeared John E Logan, Vice President Loan Documentation for Wells Fargo Bank, N.A. as Attorney-in-Fact for FDIC as receiver for Washington Mutual Bank formerly known as Washington Mutual Bank FA personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in Dakota County, Eagan, Minnesota

_____
Notary Public

SANDRA MAE PARRISH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015

2 of 2