DRINKER BIDDLE & REATH LLP
Marita Erbeck
600 Campus Drive
Florham Park, NJ 07932-1047
Tel: (973) 549-7076
Fax: (973) 360-9831
E-mail: marita.erbeck@dbr.com

*Attorney for ProLogis-A4 CA IV, LP;*
*Distribution Funding II, LLC; Prologis, L.P.;*
*KTR Ohio LLC; Prologis and KTR LV*
*Loan LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11**
                                                                 :
**SEARS HOLDINGS CORPORATION,** *et al.*,                        :    **Case No. 18-23538 (RDD)**
                                                                 :
                                                                 :    **(Jointly Administered)**
                              **Debtors.**[1]                    :
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

96700784.1

**PLEASE TAKE NOTICE** that Drinker Biddle & Reath LLP hereby appears (this "Notice of Appearance") in the above-captioned Chapter 11 cases as counsel to creditors ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC (collectively, "Prologis"). Pursuant to sections 102(1), 342, and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532, and Rules 2002, 7005, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), counsel requests that her name be added to the mailing list maintained by the Clerk in the above-captioned Chapter 11 cases and that any and all notices and pleadings given or required to be given in the above-captioned Chapter 11 cases, and any and all papers served or required to be served in the above-captioned Chapter 11 cases be given and served upon counsel at the addresses and numbers set forth below:

Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Attn: Marita S. Erbeck, Esq.
E-mail: Marita.Erbeck@dbr.com
Telephone: (973) 549-7000 (Main)
Facsimile: (973) 360-9831

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices, applications, motions, petitions, pleadings, requests, objections, complaints, demands, other filings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail, or otherwise, which relate in any way to the above-captioned case or which affect or seek to affect in any way, the rights or interests of Prologis with respect to the above-captioned Debtors, or any related entity, or property or proceeds in which the Debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance shall not be deemed or construed to be a waiver of Prologis's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which Prologis is or may be entitled, in equity or in law, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Florham Park, New Jersey
       January 8, 2019

        DRINKER BIDDLE & REATH LLP

        By:  /s/ Marita S. Erbeck
        Marita S. Erbeck
        600 Campus Drive
        Florham Park, NJ 07932-1047
        Tel: (973) 549-7000 (Main)
        Fax: (973) 360-9831
        E-mail: marita.erbeck@dbr.com

*Attorneys for ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2019, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Documents* was served (i) electronically on those parties registered to receive electronic notice via the Court's CM/ECF system in these cases and (ii) via first class U.S. Mail., postage prepaid, on the following parties:

| | |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, Illinois 60179<br>Attn: Stephen Sitley, Esq. and Luke J. Valentino, Esq. | Office of the United States Trustee<br>for Region 2<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. |

*/s/ Marita S. Erbeck*
Marita S. Erbeck

96700784.1