IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                                         :    Chapter 11
                                                               :
SEARS HOLDING CORPORATION, *et al.*,                           :    Case No. 18–23538 (RDD)
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, W. Austin Jowers, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Husqvarna Consumer Outdoor Products N.A., Inc., in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar of the State of Georgia and admitted to practice before the United States District Courts for the Northern and Middle Districts of Georgia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 8, 2019
Atlanta, Georgia

>                                                       KING & SPALDING LLP
>
>                                                       /s/ *W. Austin Jowers*
>                                                       _____
>                                                       W. Austin Jowers
>                                                       1180 Peachtree St NE
>                                                       Atlanta, GA 30309
>                                                       Tel: (404) 572-2776
>                                                       Fax: (404) 572-5100
>                                                       ajowers@kslaw.com
>
>                                                       *Attorney for Husqvarna Consumer*
>                                                       *Outdoor Products N.A., Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         : Chapter 11
                                                               :
                                                               : Case No. 18–23538 (RDD)
SEARS HOLDING CORPORATION, *et al.*,                           :
                                                               : (Jointly Administered)
                                        Debtors.               :
                                                               :
                                                               :
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of W. Austin Jowers, to be admitted, ***pro hac vice***, to represent Husqvarna Consumer Outdoor Products N.A., Inc., in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Georgia and admitted to practice before the United States District Courts for the Northern and Middle Districts of Georgia, it is hereby

**ORDERED**, that W. Austin Jowers, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent Husqvarna Consumer Outdoor Products N.A., Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January [ ], 2019
Atlanta, Georgia

                                                    /s/
                                                    _____
                                                    THE HONORABLE ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE