**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re: Sears Holding Corporation, et al          Case No.: 18-23538 (RDD)
                                                         Chapter 11
                            Debtors.           (Jointly Administered)
-----------------------------------------------------------------x

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Aaron J. Scheinfield of Goldstein, Bershad & Fried, P.C. hereby requests to be removed from receiving electronic notices on behalf of Alliance Material Handling Corp. at the following e-mail addresses:

aaron@bk-lawyer.net

                                                        Respectfully submitted

                                                        GOLDSTEIN BERSHAD & FRIED PC

                                                        /s/ Aaron J. Scheinfield
                                                        Aaron J. Scheinfield P67495
                                                        Counsel for Creditor,
                                                        Alliance Material Handling Corp.
                                                        4000 Town Center, Suite 1200
                                                        Southfield, MI 48075
                                                        (248) 355-5300
                                                        (248) 355-4644-fax
                                                        aaron@bk-lawyer.net

Dated: January 9, 2019