**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| Debtors.[1] : | **(Jointly Administered)** |

-----------------------------------------------------------------x

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit A**:

- Supplemental Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business [Docket No. 1054]

On January 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Gambers Roofing (MMLID#4898534), Angel Reyes, 6134 Jazmin Bo Santa Rosa, Dorado, PR, 00646 and on Premier Pacific Roofing Inc. (MMLID#4898638), Salvador Franco, 750 82nd Dr., Gladstone, OR, 97027:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Notice of Assumed and Assigned Contracts Designated by Service.com in Connection with Sale of Sears Home Improvement Business [Docket No. 1208]

On January 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Bank of America, N.A., as Control Co-Collateral Agent (MMLID#4778414), 100 N. Tyron St., Charlotte, NC. 28255:

- Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith. Objection Deadline: December 26, 2018 [Docket No. 1348]

On January 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Intent to Conduct Store Closing Sales [Docket No. 1444]

Dated: January 9, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 9, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 20 2 1

SRF 30027

**<u>Exhibit A</u>**

## Exhibit A
Supplemental Contract Counterparties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 4898473 | D & A CONTRACTING | DEVIN TAYLOR | 4119 W 6480 S | WEST JORDAN | UT | 84084 |
| 4898674 | LEADING EDGE RAIN GUTTERS LLC | ROBERT ADAMS | 8541 S DAHILL LN | SALT LAKE CITY | UT | 84081-4144 |
| 4886769 | SEARS CARPET AND UPHOLSTERY CARE | BRIAN FIELDER | 6171 HUNTLEY ROAD | COLUMBUS | OH | 43229 |
| 4898562 | TRI CITY ELECTRIC | JOSEPH GEHIN | 6225 N. BRADY STREET | DAVENPORT | IA | 52806 |

**<u>Exhibit B</u>**

Exhibit B

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 4857598 | BLACKHAWK NETWORK (VISA/MC) | CRAIG PETERSON | 6220 STONERIDGE MALL ROAD | | PLEASANTON | CA | 94588 |
| 4890274 | Coinstar (aka Outerwall Inc.) | Attn: President / General Counsel | 1800 114th Avenue SE | | Bellevue | WA | 98004 |
| 4880675 | FERRY MORSE SEED CO INC | 601 STEPHEN BEALE DRIVE | | | FULTON | KY | 42041 |
| 4857655 | GENAL STRAP | MILA LERMAN | 3100 47TH AVENUE 3A | | LONG ISLAND CITY | NY | 11101 |
| 4857669 | HOMECARE LABS (BIO LABS) (DC) | BILL GILBERTI | PO BOX 491150 | | LAWRENCEVILLE | GA | 30049 |
| 4778424 | IBT 174 | Attn: Pete Lamb | 14675 Interurban Ave South | Suite 303 | Tukwila | WA | 98168 |
| 4890411 | Safelite Auto Glass | Attn: Randy Randolph | 7400 SAFELITE WAY | ATTN: MARK DABBELT | COLUMBUS | OH | 43229 |
| 4798719 | SGG INC | 3100 47TH AVENUE | STE 5 | | LONG ISLAND CITY | NY | 11101-3068 |
| 4880526 | TAYLOR PRECISION PRODUCTS SBT | 2311 W 22ND STREET | | | OAK BROOK | IL | 60523 |
| 4778428 | Teamsters 705 | Attn: Joe Bakes | 1645 W. Jackson Blvd. | Floor 7 | Chicago | IL | 60612-3227 |
| 4885555 | WILDGAME INNOVATIONS LLC | 2261 MORGANZA HIGHWAY | | | NEW ROADS | LA | 70760 |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)