**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>SEARS HOLDINGS CORPORATION, et al.,<br>Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Brent R. Wilson to be admitted, *pro hac vice*, to represent Jore Corporation (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the States of Illinois and Idaho and the bar of the U.S. District Court for the Northern District of Illinois and the U.S. District Court for the District of Idaho, it is hereby

**ORDERED**, that Brent R. Wilson, Esq., is admitted to practice *pro hac vice* in the above referenced cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
         January 9, 2019

                                          /s/Robert D. Drain
                                          United States Bankruptcy Judge