Rubin LLC
*Incoming Counsel for RubyRed Garment Manufacturing S.A.E.
(Jerseywear)/Egypt*
Paul A. Rubin
345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 390-8054
(212) 390-8064 (fax)
prubin@rubinlawllc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In re:                                                                    Chapter 11

SEARS HOLDINGS CORPORATION, et al.,                                       Case No. 18-23538 (RDD)

                                        Debtors.
-------------------------------------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that RubyRed Garment Manufacturing S.A.E. (Jerseywear)/ Egypt ("RubyRed"), hereby substitutes Rubin LLC in place of Herrick, Feinstein LLP as its counsel in these bankruptcy cases. Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, RubyRed requests that copies of all notices and pleadings, including, without limitation, any motion, objection, complaint, demand, plan of reorganization, disclosure statement, petition or request, and any notice of the above, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, email, telex or otherwise filed with regard to the above-captioned cases and proceedings therein, be sent to and addressed as follows:

Paul A. Rubin
345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 390-8054
(212) 390-8064 (fax)
prubin@rubinlawllc.com

PLEASE TAKE FURTHER NOTICE that this Notice of Substitution of Counsel and Request for Notices and Service of Papers is not and shall not be deemed or construed to be a waiver of rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to any rights in connection with the above-captioned chapter 11 case and pending related appeals; or (5) to any other rights, claims, actions, setoffs, or recoupments. This Notice of Substitution of Counsel and Request for Notices and Service of Papers is filed with no purpose of confession, or conceding jurisdiction in any way by this filing or by any other participation in this matter.

| | |
|---|---|
| Dated: New York, New York<br>January 7, 2019<br>HERRICK, FEINSTEIN LLP<br><br>By: *[signature]*<br>Stephen B. Selbst<br>2 Park Avenue<br>New York, New York 10016<br>(212) 592-1400<br>sselbst@herrick.com<br><br>*Outgoing counsel for RubyRed Garment*<br>*Manufacturing S.A.E. (Jerseywear)/Egypt* | Dated: New York, New York<br>January 9, 2019<br>Rubin LLC<br><br>By: *[signature]*<br>Paul A. Rubin<br>345 Seventh Avenue, 21st Floor<br>New York, NY 10001<br>(212) 390-8054<br>prubin@rubinlawllc.com<br><br>*Incoming counsel for RubyRed Garment*<br>*Manufacturing S.A.E. (Jerseywear)/Egypt* |

**CERTIFICATION OF SERVICE**

I hereby certify that on January 9, 2019, I electronically filed the annexed Notice of Substitution of Counsel and Request for Notices and Service of Papers on behalf of RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt, using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

By: /s/ Paul A. Rubin
Paul A. Rubin