Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller
Mark Alexander Lightner

*Counsel to SRC O.P. LLC, SRC Facilities LLC*
*and SRC Real Estate (TX) LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                         :

**In re:**                     :          **Chapter 11**
                        :

**SEARS HOLDING CORPORATION, *et al.*,[1]**   :      **Case No. 18-23538 (RDD)**
                        :          **(Jointly Administered)**
           **Debtors.**       :
                        :
------------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND REQUEST**
<u>**FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS**</u>

PLEASE TAKE NOTICE that SRC O.P. LLC ("<u>SRC O.P.</u>"), SRC Facilities LLC ("<u>SRC Facilities</u>") and SRC Real Estate (TX) LLC ("<u>SRC Real Estate,</u>" and together with SRC O.P. and SRC Facilities, "<u>Sparrow</u>") hereby enters its appearance by and through its undersigned counsel, Morrison & Foerster LLP, pursuant to Bankruptcy Rules 2002, 2018, 3017, and 9007 and 11

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

U.S.C. §§ 342 and 1109(b), and requests that copies of all notices and pleadings, including all

exhibits, given or filed in the above-captioned cases be given and served upon the persons listed

below at the following address, telephone/fax number and email address:

MORRISON & FOERSTER LLP
Attn: Brett H. Miller
Mark Alexander Lightner
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: BrettMiller@mofo.com
MLightner@mofo.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the

foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules

specified above, but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed

or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or

construed to be (a) a submission to the jurisdiction of this court by Sparrow or (b) a waiver of

the right of Sparrow (i) to have final orders in noncore matters entered only after *de novo*

review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any

case, controversy or proceeding related to this case, (iii) to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to

contest service of process, or (v) to any other rights, claims, actions, setoffs or recoupments to

which Sparrow is or may be entitled, in law or in equity, all of which rights, claims, actions,

defenses, setoffs and recoupments Sparrow expressly reserves.

Dated: January 9, 2019
   New York, New York

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s Brett H. Miller
Brett H. Miller
Mark Alexander Lightner
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Email: BrettMiller@mofo.com
    MLightner@mofo.com

*Counsel to SRC O.P. LLC, SRC Facilities LLC
and SRC Real Estate (TX) LLC*