## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No.  18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al., | ) | |
| | ) | Chapter  11 |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(E)(2)

### RE: PROOF OF CLAIM No.: 5764

1.      To Transferor:

Lexington Tramk Manteca L.P.
c/o Lexington Realty Trust
One Penn Plaza, Suite 4015
New York, NY 10119


2.      Your **Proof of Claim No.: 5764** for all lease damages on account of Debtors' affiliate, Kmart Corporation, against the Debtors has been transferred to the Transferee:

BGK Real Estate Holdings LLC
c/o Gurpreet Singh
5370 Black Oak Drive
Stockton, California  95212

A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit "A".

3.      The undersigned Transferor waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure.


{SIGNATURES APPEAR ON THE FOLLOWING PAGE}

Dated this 21st day of December, 2018.

**TRANSFEROR:**

LEXINGTON TRAMK MANTECA L.P., a Delaware limited partnership

By:     Lexington Tramk Manteca Manager LLC,
        Its general partner

        By: _____
        Name: JOSEPh Bonventre
        Title: Vice President

**TRANSFEREE:**

BGK REAL ESTATE HOLDINGS LLC

By:  _gurpreet singh_____
     Name: Gurpreet Singh
     Title: President/CEO

## EVIDENCE OF TRANSFER OF CLAIM
### RE: PROOF OF CLAIM NO.: 5764

**TO:**  **Sears Holdings Corporation, et al., and the United States Bankruptcy Court for the Southern District of New York.**

For value received, the receipt, adequacy and sufficiency of which are hereby acknowledged, Lexington Tramk Manteca L.P. ("**Assignor**"), hereby unconditionally and irrevocably sells, transfers and assigns to BGK Real Estate Holdings LLC ("**Assignee**"), all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in section 101(5) of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "**Bankruptcy Code**")), with respect to Debtors' obligations of its affiliate, Kmart Corporation, for all lease damages against Kmart Corporation, in its Chapter 11 Bankruptcy Case, No. 18-23538 (RDD), filed in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), and any and all proofs of claim, including without limitation, those set forth in Proof of Claim No.: 5764, inclusive of all supplements, addendums, exhibits and supporting documents attached thereto, filed by Assignor with the Bankruptcy Court in respect of the foregoing claim (all of the foregoing are hereinafter collectively referred to as the, "**Claim**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law or regulation.  Assignor acknowledges, agrees and hereby stipulates that the Bankruptcy Court, without further notice to Assignor, may enter an Order transferring the Claim to Assignee and recognizing Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notice relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Assignee at the following address:

BGK Real Estate Holdings LLC
c/o Gurpreet Singh
5370 Black Oak Drive
Stockton, California  95212

**IN WITNESS WHEREOF,** this **EVIDENCE OF TRANSFER OF CLAIM** is executed this 21st day of December, 2018.

**LEXINGTON TRAMK MANTECA L.P.,** a Delaware limited partnership

By:    Lexington Tramk Manteca Manager LLC,
       Its general partner

       By:_____
          Name: Joseph Bonventre
          Title:   Vice President

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



In re Sears Holdings Corporation
Case No. 18-23538
United States Bankruptcy Court for the Southern District of New York (White Plains)

**PRIME CLERK RECEIVED YOUR**
**PROOF OF CLAIM.**

Date Filed: 11/30/2018
Proof of Claim No.: 5764

For additional information, please visit
**http://restructuring.primeclerk.com/Sears**,
or call us at **844.384.4460**.

Lexington Tramk Manteca L.P.
Attn: Allison Forrester
One Penn Plaza
Suite 4015
New York, NY 10119