# EXHIBIT 1

## FORTSON, BENTLEY AND GRIFFIN, P.A.

ELBERT N. WHITMIRE, III, C.P.A.
G. MARCUS HODGE (GA & SC)
DAVID K. LINDER
ROY E. MANOLL, III
WALTER W. HAYS, JR.
MICHAEL J. McCLEARY
V. KEVIN LANG
TREVOR T. JONES (GA & AL)
BRICKER S. DAUGHTRY (GA & AL)
H. SCOTT LOWRY, JR.
ADAM B. LAND
WADE A. SCHUENEMAN
GREGORY O. DEBACKER
ELINORE R. CARROLL

ATTORNEYS AT LAW
2500 DANIELL'S BRIDGE ROAD
BUILDING 200, SUITE 3A
ATHENS, GEORGIA 30606

(706) 548-1151

UPSHAW C. BENTLEY, JR.
(1924 – 2013)
EDWIN B. FORTSON
(1913-2007)
JOHN E. GRIFFIN
(1923-2002)
HERBERT T. HUTTO
(1933-1998)

OF COUNSEL
JODY JENKINS CORRY

October 24, 2018

**Via FedEx**

Sears Holding Corporation
Attn: Stephen Sitley
333 Beverly Road
Hoffman Estates, Illinois 60179

Weil, Gotshal & Manges LLP
Attn: Jeri Leigh Miller, Esq.
200 Crescent Court, Suite 300
Dallas, Texas 75201

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
Attn: Richard Morrissey, Esq.
201 Varick Street, Suite 1006
New York, New York 10014

**Via FedEx**

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
Attn: Jessica Liou, Esq.
767 Fifth Avenue
New York, New York 10153

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Attn: Shana A. Elberg, Esq.
Attn: George R. Howard, Esq.
4 Times Square
New York, New York 10036

Re: Sears Holding Corporation
Jointly Administered under Case No: 18-23538
**Additional Assurance Request**

Dear Mr. Sitley, Ms. Marcus and Ms. Liou, Ms. Miller, Mr. Leake, Ms. Elberg and Mr. Howard, Mr. Schwartzberg and Mr. Morrissey:

I represent Jackson Electric Membership Corporation (Jackson EMC), a Utility Provider in the above referenced bankruptcy. Pursuant to the Interim Order entered by the Court on October 18, 2018, Jackson EMC is writing to request additional assurance on the two locations it services in Georgia.

The first location is 580 Raco Pkwy, Jefferson, Georgia 30549 Perm/Sears Bldg. and the account number for that service is 804078. Jackson EMC is requesting a cash deposit in the

00613871.1/000000-KJF

**FORTSON, BENTLEY AND GRIFFIN**
A PROFESSIONAL ASSOCIATION

Mr. Sitley
Ms. Marcus and Ms. Liou
Ms. Miller
Mr. Leake, Ms. Elberg and Mr. Howard
Mr. Schwartzberg and Mr. Morrissey
October 24, 2018
Page 2

amount of $43,000.00. This represents the average monthly charge for two months of service over the last twelve (12) months. A copy of the twelve (12) month billing history is attached hereto as Exhibit "A".

The second location is 1650 International Ct., Suite 200, Gwinnett Park, Norcross, Georgia 30093, and the account number for that service is 989301. Jackson EMC is requesting a cash deposit in the amount of $1,800.00. This represents the average monthly charge for two months of service over the last twelve (12) months. A copy of the twelve (12) month billing history is attached hereto as Exhibit "B".

Jackson EMC currently does not any security deposits, prepayments or other security on either of these accounts. Twice within the last twelve (12) months, Jackson EMC threatened to disconnect service due to Sears' payment default. Jackson EMC bills 30 days in arrears and grants 60 days from the bill date before disconnection occurs, which is essentially 90 days of service before disconnection. Therefore, a cash deposit equal to two months average service is reasonable and necessary considering the length of time necessary for Jackson EMC to effectuate termination once one billing cycle is missed by a customer. Jackson EMC is further requesting that these deposits be forwarded to it to hold as security for the payment of the utility service on these accounts.

I trust you will find these amounts as reasonable. However, if you are not in agreement, I trust you will timely contact me pursuant to Paragraph B(7) of the Adequate Assurance Procedures. I look forward to receiving the security deposit payments in the near future.

Sincerely,

FORTSON, BENTLEY AND GRIFFIN, P.A.

Roy E. Manoll, III

REM/kjf
cc:    Jackson Electric Membership Corporation

00613871.1/000000-KJF