UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING JOINDER OF JACKSON EMC TO MOTION
OF CERTAIN UTILITY COMPANIES TO
DETERMINE ADEQUATE ASSURANCE OF PAYMENT PURSUANT
TO SECTION 366(c) OF THE BANKRUPTCY CODE**

UPON CONSIDERATION of the *Joinder of Jackson EMC to the Motion of Certain Utility Companies To Determine Adequate Assurance of Payment Pursuant To Section 366(c)(3) of the Bankruptcy Code* (the "Joinder") filed on behalf of Jackson EMC, and it appearing that the Court has jurisdiction to consider the Joinder; and it appearing that due notice of the Joinder has been given and that no further notice need be given; and a hearing on the Joinder having been held on January 18, 2019, at which time all interested parties were given an opportunity to be heard; and based upon the Joinder and the proceedings before the Court; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.   The Motion is GRANTED in all respects.

1

      2.      The Debtors are required to promptly provide Jackson EMC with the adequate assurance of payment set forth in paragraphs 6 and 8 of the Joinder.

Dated: _____, 2019

                                      _____
                                        United States Bankruptcy Judge

4200419