**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :
                                                   :          Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.*,          :
                                                   :          Case No. 18-23538 (RDD)
                                                   :
               Debtors.[1]                         :          (Jointly Administered)
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807]

On January 4, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith [Docket No. 1076]

Dated: January 9, 2019

_____
Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 9, 2019, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333194
Qualified in Nassau County
Commission Expires 11/16/2019

SRF 29966

**<u>Exhibit A</u>**

18-23538-shl    Doc 1534    Filed 01/10/19    Entered 01/10/19 11:32:36    Main Document
Pg 3 of 7

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4663113 | ALDROUBI, KANARI | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4873715 | ALL DOORS LLC | ALL DOORS LLC | 1980 S PALOMA DR | WASHINGTON | UT | 84780-2139 |
| 4296899 | BAKARE, MORAYO | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4653732 | BARNETT, DIANE | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4164855 | BRUMLEY, MALACHI | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4215117 | CARRILLO, DANIEL L | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4873815 | CATHY ORTIZ | CATHY ORTIZ | 36 SHORT ST | HAWTHONE | NJ | 07506-1514 |
| 4648774 | CHADWICK, RON | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4880310 | CHEM DRY EXPRESS | 3020 E BISMARK RD | | GRAND ISLAND | NE | 68801-8560 |
| 4686010 | CLARK, DANNY | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4724916 | COLVERT, TROY | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4653249 | DE LA COMBRE, CESAR | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4357235 | EINKORN, JULIANNE C | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4653202 | ERDHAL, ANN T | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4730952 | ESTEVES, GLYNN | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4795818 | EVINE LIVE INC | 4811 NASHVILLE RD | | BOWLING GREEN | KY | 42101-7544 |
| 4661806 | FLOURNOY, ORVILLE | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4640863 | FRANCIS, WINSTON | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4797357 | GEORGE MCMEEN | 3174 TRENTON LN | | SUAMICO | WI | 54313-4023 |
| 4866928 | GOPICNIC BRANDS INC | 10521 UNITED PARKWAY | | SCHILLER | IL | 60176 |
| 4605870 | GRAZIOSO, PATRICIA F. | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4871007 | GREGORY THOMAS WALKER | 207 ARABIAN LN | | KELLER | TX | 76248-5114 |
| 4593018 | GUILEY, DONNA M | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4763990 | HART, CONNIE | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4836762 | Heggie, Donna & Zwirner, Richard | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4714700 | HIGGINS, JOSEPH | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4535613 | HORTON, RENOIRE | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4199112 | IBARRA, CINTHIA K | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4635956 | JAMES, EILEEN | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4863029 | KATHLEEN A BUCKLEY | 215 N BROADWAY ST | | SHELBYVILLE | IL | 62565-1602 |
| 4876156 | KINGS SERVICES | FUND ENTERPRISES | 18100 WELLS RD | N FT MYERS | FL | 33917-4715 |
| 4254464 | KITE, WENDY | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4752599 | LEIDA ECHEVARIA, LUZ | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4687255 | LUSSIER, JENNETTE D | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4266287 | MARSHALL, COURTNEY D | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4819769 | MEREDITH BRESSIE DESIGNS | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4511027 | MORGAN JR, BRADLEY L | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4542624 | MUTTSCHELER, DARRYL E | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4820509 | NONA RAI | Redacted | Redacted | Redacted | Redacted | Redacted |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4203658 | OMAID, NADEEMA | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4197202 | PACHECO, JOSE A | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4650992 | PETRICK, RICHARD K | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4807499 | RADIO SHACK #01-6243 | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4749479 | REID-DELAWDER, JEANA | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4754502 | SALGADO MORALES, HERMINIO | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4215855 | SAPLA, DALLAS | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4620273 | SCHWAB, DIANA | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4886623 | SCOTT DILLION INCENTIVES INC | 330 N WABASH AVE STE 2000 | | CHICAGO | IL | 60611-7621 |
| 4767817 | SEARS, JO | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4847083 | SEYED MOJTABAEI | 1462 KINGRY ST | | Columbus | OH | 43211-2752 |
| 4759481 | SHIPMAN, BARBARA | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4610120 | STAGNER, CHERLYN | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4598726 | TABER, FLOYD | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4605506 | TIMMONS, ELMER | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4510161 | TRITTO, DAVID J | Redacted | Redacted | Redacted | Redacted | Redacted |
| 4493851 | WORYTKO, ALANNA C | Redacted | Redacted | Redacted | Redacted | Redacted |

## Exhibit B

Exhibit B

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4864032 | ET ENTERPRISES DISTRIBUTORS LLC | EC MARKETING GROUP INC. | 21 HASTINGS ST # 1 | | BROOKLYN | NY | 11235-3015 |
| 4863607 | KILLER CONCEPTS LLC | 23341 DEL LAGO DR | ATTN : JEFF LEITMAN | | LAGUNA HILLS | CA | 92653-1309 |
| 4883984 | PCT BRANDS LLC | PC TREASURES INC | ATTN : JON THOMAS | PO BOX 1720 | BIRMINGHAM | MI | 48012-1720 |