ELLIOTT GREENLEAF, P.C.
Rafael X. Zahralddin-Aravena, Esq.
(DE Bar No. 4166), (NY Bar No. 5344676)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801 Telephone: (302) 384-9400
rxza@elliottgreenleaf.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| SEARS HOLDING CORPORATION, | : | Case No. 18-23538 (RDD) |
|  | : |  |
| Debtors[1]. | : | (Joint Administration) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Rafael X. Zahralddin-Aravena, request admission *pro hoc vice*, before the Honorable Robert D. Drain, to represent McDonald's Corporation in the above-captioned chapter 11 cases.

I certify that I am a member in good standing of the of the Bar of the State of Delaware, the States of Pennsylvania, New York and California (inactive), the United States Court of Appeals for the Third Circuit, the United States District Court for the District of Delaware, and the United States Supreme Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); Bluel.brht.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Koart.coo LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 10, 2019          **ELLIOTT GREENLEAF, P.C.**

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena, Esq.
(DE Bar No. 4166), (NY Bar No. 5344676)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
rxza@elliottgreenleaf.com

ELLIOTT GREENLEAF, P.C.
Rafael X. Zahralddin-Aravena, Esq.
(DE Bar No. 4166), (NY Bar No. 5344676)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801 Telephone: (302) 384-9400
rxza@elliottgreenleaf.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDING CORPORATION, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1]. | : | (Joint Administration) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Rafael X. Zahralddin-Aravena, Esq. (the "Movant") to be admitted, *pro hac vice*, to represent McDonald's Corporation ("McDonald's") in the above-captioned chapter 11 cases, and upon Movant's certification that the Movant is a member in good standing of the Bar of the State of Delaware, the States of Pennsylvania, New York and California (inactive), the United States Court of Appeals for the Third Circuit, the United States District Court for the District of Delaware, and the United States Supreme Court, it is hereby:

ORDERED, that Rafael X. Zahralddin-Aravena is admitted to practice *pro hac vice*, in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); Bluel.brht.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Koart.coo LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2

the above-referenced case to represent McDonald's in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
      White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE