Rafael X. Zahralddin-Aravena, Esq. (DE Bar No. 4166) *pro hac vice pending*
Shelley A. Kinsella, Esq. (DE Bar No. 4023) *pro hac vice pending*
Eric M. Sutty, Esq. (DE Bar No. 4007) *pro hac vice pending*
ELLIOTT GREENLEAF, P.C.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
*Attorneys for McDonald's Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| SEARS HOLDING CORPORATION, | : | Case No. 18-23538 (RDD) |
|  | : |  |
| Debtors[1]. | : | (Joint Administration) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE THAT** McDonald's Corporation (the "Creditor"), by and through its counsel, hereby appears in the above-captioned cases (the "Cases"). Pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b), counsel hereby requests that copies of all notices and pleadings given or filed in these Cases be given and served upon them at the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); Bluel.brht.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Koart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Rafael X. Zahralddin-Aravena, Esq. (DE Bar No. 4166) *pro hac vice pending*
Shelley A. Kinsella, Esq. (DE Bar No. 4023) *pro hac vice pending*
Eric M. Sutty, Esq. (DE Bar No. 4007) *pro hac vice pending*
ELLIOTT GREENLEAF, P.C.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
ems@elliottgreenleaf.com

**PLEASE TAKE FURTHER NOTICE THAT**, this request includes, without limitation all orders, notices, hearing dates, applications, complaints, demands, motions, petitions, pleadings or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the Cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Entry of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) the Creditor's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the Creditor's right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) the Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Creditor may be entitled, in law or in equity, all of which rights,

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

claims, actions, defenses, setoffs, and recoupments the Creditor expressly reserve.

| | |
|---|---|
| Date:  January 10, 2019 | **ELLIOTT GREENLEAF, P.C.** |
| | */s/ Rafael X. Zahralddin-Aravena* |
| | Rafael X. Zahralddin-Aravena, Esq. |
| | (DE Bar No. 4166) *pro hac vice pending* |
| | (NY Bar No. 5344676) |
| | Shelley A. Kinsella, Esq. (DE Bar No. 4023) |
| | *pro hac vice pending* |
| | Eric M. Sutty, Esq. (DE Bar No. 4007) |
| | *pro hac vice pending* |
| | ELLIOTT GREENLEAF, P.C. |
| | 1105 N. Market Street, Suite 1700 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 384-9400 |
| | Facsimile: (302) 384-9399 |
| | rxza@elliottgreenleaf.com |
| | sak@elliottgreenleaf.com |
| | ems@elliottgreenleaf.com |
| | *Attorneys for McDonald's Corporation* |