**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                  :
                                                       :         **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,              :
                                                       :         **Case No. 18-23538 (RDD)**
                                                       :
              Debtors.[1]                              :         **(Jointly Administered)**
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 8, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: January 11, 2019

                                                                                   Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 11, 2019, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

              MARK M BROWN
     NOTARY PUBLIC-STATE OF NEW YORK
           No. 02BR6305738
       Qualified In New York County
   My Commission Expires June 09, 2022

**Exhibit A**

18-23538-shl    Doc 1544    Filed 01/11/19    Entered 01/11/19 12:58:49    Main Document
Pg 3 of 4

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4524554 | COFFEY, ROBERT O | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4555118 | EVANS, TONY L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4280578 | HARDESTY, KATLYNN R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4658186 | MARCINIAK, JOY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4879298 | MARYLAND MULTI HOUSING ASSOC | MARYLAND MULTI-HOUSING ASSOCIATION | 11155 DOLFIELD BLVD STE 200 | | OWINGS MILLS | MD | 21117-3288 |
| 4845286 | SHAREETA JAMES | 35 WINDY RIDGE LN | | | KETTLE FALLS | WA | 99141-9467 |
| 4766727 | VAN DEVENTER, DEREK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 1 of 1