UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

IN RE

SEARS HOLDINGS CORPORATION, ET AL

DEBTOR

CHAPTER 11

CASE NO. 18-23538 (RDD)

(Jointly Administered)

MOTION DATE: February 14, 2019

MOTION TIME: 10:00 am

## NOTICE OF MOTION SEEKING AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A. ("Movant") seeks relief from the automatic stay as to the property located at 217 Morningstar Road, Staten Island, New York 10303 (the "Premises") and will move his Court as set forth below:

| | |
|---|---|
| JUDGE: | HON. Robert D. Drain |
| RETURN DATE & TIME: | February 14, 2019 at 10:00 am |
| COURTHOUSE: | United States Bankruptcy Court<br>300 Quarropas St<br>White Plains, NY 10601 |
| RELIEF REQUESTED: | 1. Pursuant to Bankruptcy Rule 9014, 4001 and 11 U.S.C 105(a) and 362(d) Movant, its agents Successors and/or assigns, seek relief from the automatic stay as to Movant's interest in real property known as 217 Morningstar Road, Staten Island, New York 10303; and<br>2. Waiving the fourteen (14) day stay invoked pursuant to F.R.B.P. 4001(a)(3); and<br>3. Granting Movant such other and further relief as it just and proper |

14-036345

**PLEASE TAKE FURTHER NOTICE,** that answering affidavits, if any, to the relief requested, must be served upon and received by Shapiro, DiCaro & Barak, LLC at their offices at One Huntington Quadrangle, Suite 3N05, Melville, NY 11747 and filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York at United States Bankruptcy Court, 300 Quarropas St, White Plains, NY 10601 no later than seven (7) days prior to the return date of this motion.

Dated: January 11, 2019
       Melville, New York

                                              __/s/Shari Barak

                                              Shari S. Barak
                                              Managing Attorney
                                              Shapiro, DiCaro & Barak, LLC
                                              Attorneys for Wells Fargo Bank, N.A.
                                              One Huntington Quadrangle, Suite 3N05
                                              Melville, NY  11747
                                              Telephone: (631) 844-9611
                                              Fax: (631) 844-9525

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS NOTICE IS REQUIRED BY THE PROVISIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT AND DOES NOT IMPLY THAT WE ARE ATTEMPTING TO COLLECT MONEY FROM ANYONE WHO HAS DISCHARGED THE DEBT UNDER THE BANKRUPTCY LAWS OF THE UNITED STATES.**

TO:    SERVICE LIST

14-036345