**Exhibit "C"**

## Judgment Docket - Control Number 000183833 - 01

## For RAMOS, MEL in RICHMOND COUNTY

### Docketing Data

| | |
|---|---|
| Docketing Date | 10/17/2002 |
| Docketing Time | 10:40 |
| Effective Date | 8/19/2002 |
| Effective Time | 10:40 |
| Clerk / Seq # | JFERRO 005 |

### Source Document

| | |
|---|---|
| Type | TJ - TRANSCRIPT OF JUDGMENT |
| County | 43 - RICHMOND |
| Court | C - CIVIL COURT |
| Total Debtors | 01 |
| Index # | 33279-02 |

### Debtor / Corporation

| | | | |
|---|---|---|---|
| Name | RAMOS, MELODY | Type | I |
| Address | 217 MORNINGSTAR RD | | |
| City | SINY | Zip Code | 10303 |
| Occupation | | | |

### Creditor

| | | | |
|---|---|---|---|
| Name | SEARS ROEBUCK &COMPANY | Type | C |
| Address | 45 CONGRESS STREET | | |
| City | SALEM MA | Zip Code | 01970 |

### Creditor Attorney

| | | | |
|---|---|---|---|
| Name | RUBIN&ROTHMAN LLC | Type | C |
| Address | 1787 VETERANS HIGHWAY | | |
| City | ISLANDIA NY | Zip Code | |

### Satisfation Data

| | |
|---|---|
| Type | Sheriff's Execution |
| Date | Operator ID |

Amount - $2,412.98

## Remarks

**No Remarks**