Exhibit "D"

## Small Residential Income Property Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address  217 Morningstar Rd | City  Staten Island   State  NY   Zip Code  10303 |
| Borrower  Melody Ramos   Owner of Public Record  Melody Ramos | County  Richmond |
| Legal Description  Block #1127   Lot #10  SMSA 35644 | |
| Assessor's Parcel #  1127-10 | Tax Year  2018   R.E. Taxes $  3,915 |
| Neighborhood Name  Mariners Harbor | Map Reference  35644   Census Tract  0213.00 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  Loss Mitigation
Lender/Client  Wells Fargo Bank NA   Address  1 Home Campus Des, Moines, IA 50328
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).
MLS & GeoData

☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record?   ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | 2-4 Unit Housing Trends | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE | AGE | One-Unit | 55 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $(000) | (yrs) | 2-4 Unit | 30 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 265 Low | 0 | Multi-Family | 5 % |
| Neighborhood Boundaries | | 650 High | 127 | Commercial | 8 % |
| Mariners Harbor is bounded by Richmond Terrace to the north, Willow Brook Expressway to the east, Forest Avenue to the south and South Avenue to the west. | | 460 Pred. | 98 | Other | 2 % |

Neighborhood Description
A mixed style residential area with predominantly one and two family homes in average condition and repair. Transportation, shopping and schools are within one mile. The subjects commercial and vacant land (other) ratios are common and typical to all areas of Staten Island. Commercial properties are used to support the residential and vacant land and undeveloped sites scattered throughout the neighborhood. Note:Present Land Use "Other" is vacant land. Common to all areas of Staten Island.

Market Conditions (including support for the above conclusions)
Values of homes in this section of Staten Island has stabilized over the past year. Supply & demand is in balance. Homes which are competitively priced will sell in under a 3 month time period. Conventional mortgages prevail. Market stabilization is attributable to a good economy.

| | | | |
|---|---|---|---|
| Dimensions  40 x 125 | Area  5,000 sf | Shape Rectangular | View  Busi Street & Highway |
| Specific Zoning Classification   Residential R3-2 | Zoning Description  1 and 2 Family Det & Row   Minimum Lot Size: 3,800 sf   Frontage: 40' | | |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved as proposed per plans and specifications the present use?   ☒ Yes ☐ No  If No, describe.

| Utilities   Public  Other (describe) | | | Public  Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity ☒ ☐ | 100 Amps | Water ☒ ☐ | | Street  Macadam | ☒ | ☐ |
| Gas ☒ ☐ | | Sanitary Sewer ☒ ☐ | | Alley  None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone  X   FEMA Map #  3604970169F   FEMA Map Date  9/5/2007
Are the utilities and off-site improvements typical for the market area?  ☒ Yes ☐ No  If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☒ No  If Yes, describe
Subject is located on a busy roadway across commercial use properties and abuts the rear of the highway. Has a affect on market value due to increased noise and congestion. Reflected in locational obsolescence.

| General Description | Foundation | Exterior Description  materials/condition | Interior   materials/condition |
|---|---|---|---|
| Units ☒ Two ☐ Three ☐ Four | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls  Concrete/Avg | Floors  Hrdwd/Avg |
| ☐ Accessory Unit (describe below) | ☒ Full Basement ☐ Partial Basement | Exterior Walls  Aluminum/Avg | Walls  Plaster/Avg |
| # of Stories  2.5   # of bldgs.  1 | Basement Area  712  sq. ft. | Roof Surface  Asph.Shingle/Avg | Trim/Finish  Wood/Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Finish  0  % | Gutters & Downspouts  Aluminum/Avg | Bath Floor  Ceramic/Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type  Alum DH/Avg | Bath Wainscot  Ceramic/Avg |
| Design (Style)  Duplex | Evidence of ☐ Infestation | Storm Sash/Insulated  No/Yes/Avg | Car Storage |
| Year Built  1920 | ☐ Dampness ☐ Settlement | Screens  Yes/Avg | ☒ None |
| Effective Age (Yrs)  25 | Heating/Cooling | Amenities | ☐ Driveway   # of Cars |
| Attic ☐ None | ☐ FWA ☒ HWBB ☐ Radiant | ☐ Fireplace(s) #  ☐ WoodStove(s) # | Driveway Surface |
| ☒ Drop Stair ☐ Stairs | ☐ Other   Fuel  Gas | ☐ Patio/Deck ☐ Fence | ☐ Garage   # of Cars |
| ☒ Floor ☐ Scuttle | ☐ Central Air Conditioning | ☐ Pool ☒ Porch  1 | ☐ Carport   # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Other | ☐ Att. ☐ Det. ☐ Built-in |

# of Appliances  Refrigerator  2/Av  Range/Oven  2/Avg  Dishwasher  1/Avg  Disposal   Microwave   Washer/Dryer  1/Av  Other (describe)

| | | | | |
|---|---|---|---|---|
| Unit # 1 contains: | 5  Rooms | 2  Bedroom(s) | 1  Bath(s) | 952  Square Feet of Gross Living Area |
| Unit # 2 contains: | 5  Rooms | 2  Bedroom(s) | 1  Bath(s) | 856  Square Feet of Gross Living Area |
| Unit # 3 contains: | Rooms | Bedroom(s) | Bath(s) | Square Feet of Gross Living Area |
| Unit # 4 contains: | Rooms | Bedroom(s) | Bath(s) | Square Feet of Gross Living Area |

Additional features (special energy efficient items, etc.)
None

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)
Physical depreciation was derived by the age/life method of depreciation. No functional obsolescence is noted. Locational obsolescence is noted due to the subjects location on a busy main street, across from commercial use properties and borders a 4 lane highway.  EXTERIOR INSPECTION ONLY.

## Small Residential Income Property Appraisal Report

| | |
|---|---|
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? | ☐ Yes ☒ No  If Yes, describe |

The subjects livability, soundness and structural integrity is assumed adequate.

| | |
|---|---|
| Does the property generally conform to the neighborhood? (functional utility, style, condition, use, construction, etc.)? | ☒ Yes ☐ No  If No, describe |

The subjects property conforms well to the neighborhood in utility, style, condition, use and construction.

| | |
|---|---|
| Is the property subject to rent control? | ☐ Yes ☒ No  If Yes, describe |

N/A

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 217 Morningstar Rd | 87 Dubois Ave | 86 Brabant St | 955 Post Ave |
| | Staten Island NY 10303 | Staten Island NY 10310 | Staten Island NY 10303 | Staten Island NY 10302 |
| Proximity to subject | | 0.87 miles E | 0.80 miles W | 0.72 miles E |
| Current Monthly Rent | $ 0 | $ 2,900 | $ 1,500 | $ 3,050 |
| Rent/Gross Bldg. Area | $ sq. ft. | $ 1.46 sq. ft. | $ 0.91 sq. ft. | $ 1.53 sq. ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | Ext Inspection | Appraisal Files | Appraisal Files | Appraisal Files |
| Date of Lease(s) | No Lease | No Lease | No Lease | No Lease |
| Location | Average | Average | Average | Average |
| Actual Age | 98 | 98 | 108 | 97 |
| Condition | C4 | C4 | C4 | C4 |
| Gross Building Area | 1,808 | 1,984 | 1,656 | 1,992 |

| Unit Breakdown | Rm Count | | | Size Sq. Ft. | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | | Tot | Br | Ba | | | Tot | Br | Ba | | | Tot | Br | Ba | | |
| Unit # 1 | 5 | 2 | 1 | 952 | 5 | 2 | 1 | 992 | $ 1,400 | 5 | 2 | 1 | 828 | $ 1,500 | 5 | 2 | 1 | 960 | $ 1,400 |
| Unit # 2 | 5 | 2 | 1 | 856 | 5 | 2 | 1 | 992 | $ 1,500 | 5 | 2 | 1 | 828 | Owner | 5 | 2 | 2 | 1,032 | $ 1,850 |
| Unit # 3 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | Separate Heat & hotwater | | | | Separate heat & hotwater | | | | | Heat & HW included | | | | | Separate Heat | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)

Rental data above indicates $1,400 to $1,500 per month rental income for similar (two bedroom) apartments as the subject and $1,500 to $1,650 per month for master apartments ( use of base, yard and/or garage) . The amount of rent depends on utilities included, amenities used, size and condition of the apartments.

Rent Schedule: The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rent | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | N/A | N/A | $ Owner | $ | $ 0 | $ 1,500 | $ | $ 1,500 |
| 2 | N/K | N/K | $ Tenant | | 0 | 1,400 | | 1,400 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| Comment on lease data | | | Total Actual Monthly Rent | | $ 0 | Total Gross Monthly Rent | | $ 2,900 |
| N/K | | | Other Monthly Income (itemize) | | $ 0 | Other Monthly Income (itemize) | | $ 0 |
| | | | Total Actual Monthly Income | | $ 0 | Total Estimated Monthly Income | | $ 2,900 |

Utilities included in estimated rents ☐ Electric ☒ Water ☒ Sewer ☐ Gas ☐ Oil ☐ Cable ☐ Trash collection ☐ Other (describe) Separate Heat & HW

Comments on actual or estimated rents and other monthly income (including personal property)

Subject was appraised as an Exterior Appraisal Only. Therefore, estimated rent will be used for all calculations.

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

A search of the MLS and tax records did not reveal a prior sale transaction, or listing of the subject property 36 months prior to the effective date of this appraisal. The comparable sales are not known to have transferred in the 12 months prior to the stated sale dates in the appraisal.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal

Data source(s) MLS & Geo-Data

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale

Data source(s) MLS & Geo-Data

Report the results of the research and analysis of the prior sale history of the subject property and comparable sales (report additional prior sales on page 4).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Geo-Data | Geo-Data | Geo-Data | GeoData |
| Effective Date of Data Source(s) | 12/20/2018 | 12/20/2018 | 12/20/2018 | 12/20/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales

No current agreements of sale, listings or prior sales within the last 36 moths were found from MLS or GeoData for the subject and 12 months for the comparables.

## Small Residential Income Property Appraisal Report

| There are | 8 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 430,000 | to $ 590,000 |
| There are | 7 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 360,000 | to $ 550,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 217 Morningstar Rd Staten Island, NY 10303 | 1577 Castleton Ave Staten Island, NY 10302 | 1676 Castleton Ave Staten Island, NY 10302 | 65 Newark Ave Staten Island, NY 10302 |
| Proximity to subject | | 0.61 miles NE | 0.41 miles NE | 0.30 miles NE |
| Sales Price | $ | $ 415,000 | $ 427,500 | $ 445,000 |
| Sales Price/Gross Bldg Area | $ sq. ft. | $ 222.76 sq. ft. | $ 225.47 sq. ft. | $ 274.69 sq. ft. |
| Gross Monthly Rent | $ 2,900 | $ 2,900 | $ 2,900 | $ 3,200 |
| Gross Rent Multiplier | | 143.10 | 147.41 | 139.06 |
| Price Per Unit | $ | $ 207,500 | $ 213,750 | $ 222,500 |
| Price Per Room | $ | $ 41,500 | $ 42,750 | $ 44,500 |
| Price Per Bedroom | $ | $ 103,750 | $ 106,875 | $ 111,250 |
| Rent Control | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |
| Data Source(s) | | MLS#1114815/GeoData | SIMLS#1117355GeoData | MLS#1118956/GeoData |
| Verification Source(s) | | DOM 85 | DOM 36 | DOM 70 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | None/Conv | | None/Conv | | None/Conv | |
| Date of Sale/Time | | 06/22/2018 | Closed | 06/05/2018 | Closed | 08/20/2018 | Closed |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5,000 sf | 3,750 sf | +7,500 | 2,500 sf | +12,500 | 2,500 sf | +12,500 |
| View | Busit Strt&Highway | Busy Street | | Busy Street | | Highway | |
| Design (Style) | Duplex | Duplex | | Duplex | | Duplex | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 98 | 117 | | 108 | | 88 | |
| Condition | C4 | C4 | | C4 | | C3 | -25,000 |
| Gross Building Area | 1,808 | 1,863 | -2,200 | 1,896 | -3,520 | 1,620 | +7,520 |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 5 2 1 | 5 2 1 | | 5 2 1 | | 5 2 1 | |
| Unit # 2 | 5 2 1 | 5 2 1 | | 5 2 1 | | 5 2 1 | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | 712 Sq.Ft. | 720 sf | | 924 sf | | 810 sf | |
| Basement Finished Rooms | 0 | Finished | -5,000 | Finished | -5,000 | Unfinished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | C-H/None | C-H/None | | C-H/None | | C-H/None | |
| Energy Efficient Items | None | None | | None | | None | |
| Parking On/Off Site | None | 2 Car Garage | -15,000 | None | | None | -7,500 |
| Porch/Patio/Deck | Porch | Porch | | Patio | | Deck | |
| Extras & Upgrades | None | None | | None | | None | |
| | None | None | | Fin-attic | -3,500 | NwrSid&Wndws | -15,000 |
| Net Adjustment (Total) | | ☐+ ☒- | -14,700 | ☒+ ☐- | 480 | ☐+ ☒- | -27,480 |
| Adjusted Sale Price of Comparables | | Net Adj.   3.5 % Gross Adj.  7.2 % | $ 400,300 | Net Adj.   0.1 % Gross Adj.  5.7 % | $ 427,980 | Net Adj.   6.2 % Gross Adj.  15.2 % | $ 417,520 |
| Adj. Price Per Unit  (Adj. SP Comp/ # of Comp Units) | | $ 200,150 | | $ 213,990 | | $ 208,760 | |
| Adj. Price Per Room  (Adj. SP Comp/ # of Comp Rooms) | | $ 40,030 | | $ 42,798 | | $ 41,752 | |
| Adj. Price Per Bedrm  (Adj. SP Comp/ # of Comp Bedrooms) | | $ 100,075 | | $ 106,995 | | $ 104,380 | |
| Value Per Unit | $ 207,500 X | 2  Units = $ 415,000 | | Value Per GBA | 225  X | 1,808  GBA = $ 406,800 | |
| Value Per Rm. | $ 41,500 X | 10  Rooms = $ 415,000 | | Value Per Bdrms. | 104,500  X | 4  Bdrms = $ 418,000 | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.

See attached addendum

Indicated Value by Sales Comparison Approach $ 415,000

Total gross monthly rent $ 2,900  X gross rent multiplier (GRM) 143 = $ 414,700  Indicated Value by the Income Approach

Comments on income approach including reconciliation of the GRM

Gross Rental Multiplier was derived from the above comparables and the marketplace.

| Indicated Value by: | Sales Comparison Approach $ 415,000 | Income Approach $ 414,700 | Cost Approach (if developed) $ |

After taking all three approaches into consideration most weight was given to the market approach. Note: The Cost Approach was not developed due to the subjects physical age ( not applicable).

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Appraisal report for mortgage purposes only. Subject to the attached certification, limiting conditions and appraised from an EXTERIOR INSPECTION ONLY.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 415,000 as of 12/20/2018 , which is the date of inspection and the effective date of this appraisal.

## Small Residential Income Property Appraisal Report

**ADDITIONAL COMMENTS**

**Additional Limiting Conditions**

**Intended User**

The intended user of this appraisal report is the Lender/Client. The intended user is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional intended users are identified by the appraiser.

**Scope of Work**

The extent of the appraisers investigation included 1) Reviewing the legal description of the subject property. 2) Conducting an exterior inspection of the subjects property's improvements and inspection of the site 3) Conducting an inspection of the neighborhood and an analysis of regional characteristics 4) Research of comparable sales and rentals from in house files, MLS, GeoData and other published data sources and current listings 5) Analysis of the selected comparable sales and listings including verification of the reported data 6) Consideration of the Highest and Best use of the subject property 7) Consideration and reconciliation of data to arrive at the opinion of value.

**Electronic Signature**

This report has been transmitted to the client by use of electronic means. It utilizes digital photographs and signatures. This electronically transmitted report is a written report that meets USPAP reporting requirements. The digital signature is protected by a security password, maintained by the appraiser. The affixing of a secured digital signature carries the sole authenticity and responsibility as an ink signature.

**HVCC Certification**

No employee, director, officer or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner. I have not been contacted by anyone other than the intended user (lender/client as identified on the first page of the report), borrower or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally by phone or electronically to the lender/client.

**Prior Appraisal Certification**

No additional services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

**Reasonable Exposure Time**
Subjects reasonable exposure time is between 90 to 160 days.

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

Not Developed

**COST APPROACH**

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 235,000 |
|---|---|---|---|---|
| Source of cost data     N/A | Dwelling  1,808 | Sq. Ft. @ $ | =$ | |
| Quality rating from cost service   N/A   Effective date of cost data   N/A | | 712   Sq. Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | Sq. Ft. @ $ | =$ | |
| See attached sketch. | Garage/Carport | Sq. Ft. @ $ | =$ | |
| Remaining Economic Life: 40                               Economic | Total Estimate of Cost-New | | =$ | |
| obsolescence is noted. | Less   Physical   Functional   External | | | |
| Note: It is common for land values in the area to exceed 30% of the land to value ratio | Depreciation | | =$ ( | ) |
| due to the lack of unrestricted vacant land. | Depreciated Cost of Improvements | | =$ | |
| land value was derived from recent land sales in the subjects area or competing | "As-is" Value of Site Improvements | | =$ | |
| neighborhoods. | | | | |
| Estimated Remaining Economic Life (HUD and VA only)        40      Years | Indicated Value by Cost Approach | | =$ | |

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☐ No   Unit type(s)   ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes ☐ No  If Yes, date of conversion
Does the project contain any multi-dwelling units?   ☐ Yes ☐ No  Data source(s)
Are the units, common elements, and recreation facilities complete?   ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

**Small Residential Income Property Appraisal Report**

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Small Residential Income Property Appraisal Report**

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Small Residential Income Property Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Randy J. DeAngelo New York State Certified | Name |
| Company Name   Metro Appraisal Corp | Company Name |
| Company Address   132 Rice Avenue Staten | Company Address |
| Island                , NY      10314 | |
| Telephone Number   718-619-9045 | Telephone Number |
| Email Address   rjdeangelo@aol.com | Email Address |
| Date of Signature and Report  12/27/2018 | Date of Signature |
| Effective Date of Appraisal  12/20/2018 | State Certification # |
| State Certification #   45000008974 | or State License # |
| or State License # | State |
| or Other (describe)            State # | Expiration Date of Certification or License |
| State  NY | |
| Expiration Date of Certification or License  06/15/2020 | **SUBJECT PROPERTY** |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did not inspect subject property |
| 217 Morningstar Rd | ☐ Did inspect exterior of subject property from street |
| Staten Island            , NY     10303 | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $  415,000 | ☐ Did inspect interior and exterior of subject property |
| **LENDER/CLIENT** | Date of Inspection |
| Name   Northeast | |
| Company Name   Wells Fargo Bank NA | **COMPARABLE SALES** |
| Company Address  1 Home Campus Des | ☐ Did not inspect exterior of comparable sales from street |
| Moines            , IA     50328 | ☐ Did inspect exterior of comparable sales from street |
| Email Address  N/K | Date of Inspection |

## Small Residential Income Property Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 217 Morningstar Rd<br>Staten Island, NY 10303 | 87 Dehart Ave<br>Staten Island, NY 10303 | | 89 Lake Ave<br>Staten Island, NY 10303 | | 169 Arlington Ave<br>Staten Island, NY 10303 | |
| Proximity to subject | | 0.57 miles W | | 0.28 miles NW | | 1.14 miles W | |
| Sales Price | $ | | $ 450,000 | | $ 480,000 | | $ 430,000 |
| Sales Price/Gross Bldg.Area | $ sq. ft. | $ 250.28 sq. ft. | | $ 251.57 sq. ft. | | $ 254.74 sq. ft. | |
| Gross Monthly Rent | $ 2,900 | $ 3,100 | | $ 3,200 | | $ 2,900 | |
| Gross Rent Multiplier | | 145.16 | | 150.00 | | 148.28 | |
| Price Per Unit | $ | $ 225,000 | | $ 240,000 | | $ 215,000 | |
| Price Per Room | $ | $ 45,000 | | $ 48,000 | | $ 43,000 | |
| Price Per Bedroom | $ | $ 112,500 | | $ 120,000 | | $ 107,500 | |
| Rent Control | ☐Yes ☒No | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☒No | |
| Data Source(s) | | MLS#1115682/GeoData | | MLS#1122896/Broker | | MLS#1124843/Broker | |
| Verification Source(s) | | DOM 41 | | DOM 74 | | DOM 8 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments |
| Sales or Financing Concessions | | None/Conv<br>DOM 41 | | 4%<br>Negotiation | -19,200 | 4%<br>Negotiation | -17,200 |
| Date of Sale/Time | | 05/24/2018 | Closed | Active | | Active | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5,000 sf | 5,000 sf | | 7,000 sf | -10,000 | 2,500 sf | +12,500 |
| View | Bust Strt&Highway | Local | -25,000 | Local | -25,000 | Local | -25,000 |
| Design (Style) | Duplex | Duplex | | Duplex | | Duplex | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 98 | 108 | | 108 | | 98 | |
| Condition | C4 | C4 | | C4 | | C4 | |
| Gross Building Area | 1,808 | 1,798 | | 1,908 | -4,000 | 1,688 | +4,800 |
| Unit Breakdown | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Unit # 1 | 5 / 2 / 1 | 5 / 2 / 1 | | 5 / 2 / 1 | | 5 / 2 / 1 | |
| Unit # 2 | 5 / 2 / 1 | 5 / 2 / 1 | | 5 / 2 / 1 | | 5 / 2 / 1 | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | 712 Sq.Ft. | 903 sf | | 810 Sq.Ft. | | 844 sf | |
| Basement Finished Rooms | 0 | Unfinished | | Unfinished | | Unfinished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | C-H/None | C-H/None | | C-H/None | | C-H/None | |
| Energy Efficient Items | None | None | | None | | None | |
| Parking On/Off Site | None | 2 Car Garage | -15,000 | None | | None | |
| Porch/Patio/Deck | Porch | None | +3,500 | None | +3,500 | None | +3,500 |
| Extras & Upgrades | None | None | | None | | None | |
| | None | None | | Fin-attic | -3,500 | None | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -36,500 | ☐ + ☒ - | $ -58,200 | ☐ + ☒ - | $ -21,400 |
| Adjusted Sale Price of Comparables | | Net Adj. 8.1 %<br>Gross Adj. 9.7 % | $ 413,500 | Net Adj. 12.1 %<br>Gross Adj. 13.6 % | $ 421,800 | Net Adj. 5.0 %<br>Gross Adj. 14.7 % | $ 408,600 |
| Adj. Price Per Unit (Adj. SP Comp/ # of Comp Units) | | $ 206,750 | | $ 210,900 | | $ 204,300 | |
| Adj. Price Per Room (Adj. SP Comp/ # of Comp Rooms) | | $ 41,350 | | $ 42,180 | | $ 40,860 | |
| Adj. Price Per Bedrm (Adj. SP Comp/ # of Comp Bedrooms) | | $ 103,375 | | $ 105,450 | | $ 102,150 | |

Summary of Sales Comparison Approach

See attached addendum

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Geo-Data | Geo-Data | Geo-Data | Geo-Data |
| Effective Date of Data Source(s) | 12/20/2018 | 12/20/2018 | 12/20/2018 | 12/20/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales

See attached

| Borrower/Client | Melody Ramos | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 217 Morningstar Rd | | | | | |
| City Staten Island | | County Richmond | | State NY | Zip Code 10303 | |
| Lender Wells Fargo Bank NA | | | | | | |

General Text Addendum
Adverse Environmental Conditions

According to EPA, 74% of all homes built prior to 1978 may have areas of lead based paint.

While lead paint may be present inthe subject, it is also common to the area with many homes

(built prior to 1978) in this area affected. Its existence in the subject is speculative as the appraiser was not

provided with specific data or testing information. Without testing, its existence is uncertain.

The only method for the existence of lead based paint would bethrough inspection and testing by a qualified

individual. The appraisal is not a survey for lead paint.

Highest and Best Use

The subjects Highest and Beast Use is its current use as it conforms to all criteria described by USPAP. The

subject is legally permissible, physically possible, financially feasible and maximimally productive. No other uses

are as applicable to the subjects lot.

* Comparable Addendum

Comps #1, #2, #4 and #6 were used despite thero dates of sale and/or distances because of their similar design and appea

and physical ages as the subject. Also, they are located in similar style and value range areas (competing neighborhoods) and

values have moderated, therefore, comps used are still applicable.

Comps lot size & GLA adjustments were adequate and derived from the marketplace. GLA was  calculated at $40 per

square foot  and lot size was calculated at $5 per square foot (rounded to the nearest quarter thousand).

Comps physical ages are within the same market range as the subject with no needed adjustments.

Comp #3 superior condition adjsutment was adequate for comparison and derived from past matched pairing

analysis.

Comps "finished basements", "porches, patios", "extras & remodeling" features were verified through MLS or parties directly

associated by the sale of the properties.

Comp #3 is considered most  similar to the subject and was given most weight for comparison, supported by the attached

listings.Subject was valued at its most probable saleprice.

Comps #5 and #6 are current MLS listings. Used to support the subjects appraised value.

All Comps were driven by and physically inspected from the street.

Note: Comps #1, #2  and #3 have simiar locational obscolescence as the subject.

Disaster Addendum

The subject property has no apparent damage: Based upon an exterior inspection, the subject

property has no observable disaster related damage as of  the date of inspection. The disaster has had no observable

impact on the subjects value or marketability.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDEN[    ]
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Condition Ratings and Definitions

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered 'new' if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**
The improvements have substantial damage or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.
Example:
3.2 indicates three full baths and two half baths.

AI Ready

## Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA –Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area,Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |

## Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood.
This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 217 Morningstar Rd | | City Staten Island | State NY | ZIP Code 10303 |
|---|---|---|---|---|---|

Borrower    Melody Ramos

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

**MARKET RESEARCH**

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 4 | 4 | 6 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.67 | 1.33 | 2.00 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | Not Available | Not Available | 8 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab. Rate) | Not Available | Not Available | 4.0 | ☐ Declining | ☐ Stable | ☐ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 450,000 | 415,000 | 460,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 41 | 85 | 120 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Comparable List Price | Not Available | Not Available | 444,000 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | Not Available | Not Available | 79 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 98.00 | 97.80 | 97.10 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | | ☐ Yes ☒ No | ☐ Declining | ☒ Stable | ☐ Increasing |

**ANALYSIS**

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
Sellers concessions are not prevalent but used in certain instances.

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes  ☒ No  If no, explain (including the trends in listings and sales of foreclosed properties).
Foreclosure sales (REO sales) are not a factor in the subjects market because most are sold "as is" with additional costs to the buyer such as transfer taxes. Also, the buyers take additional risks that additional liens exist. These factors taken into consideration. Typical buyers within the subjects area will not factor these foreclosures into the decision making to purchase a home.

Cite data sources for above information.
MLS, Realist and Geo-data

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The above information states that comparable sales and the absorption rate are increasing.Note: Due to MLS restrictions accurate accounting of past listings is not available as homes go off the market, are in contract or sold cannot be referenced.

**CONDO/CO-OP PROJECTS**

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | N/A | N/A | N/A | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes  ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.
N/A

Summarize the above trends and address the impact on the subject unit and project.
N/A

**APPRAISER**

Signature _[signature]_

Appraiser Name    Randy J. DeAngelo New York State Certified

Company Name    Metro Appraisal Corp

Company Address    132 Rice Avenue

State License/Certification #  45000008974    State NY

Email Address    rjdeangelo@aol.com

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature

Supervisory Appraiser Name

Company Name

Company Address

State License/Certification #    State

Email Address

**Operating Income Statement**          File No. _____

**One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property**

Property Address  217 Morningstar Rd

City  Staten Island          County _____          State  NY          Zip Code  10303

General Instructions: This form is to be prepared jointly by the loan applicant, the appraiser, and the lenders underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes ___ No  X  | N/A | $  Owner | $ 1,500 | Electricity | | X |
| Unit No. 2 | Yes ___ No  X  | N/K | $  Tenant | $ 1,400 | Gas | | X |
| Unit No. 3 | Yes ___ No ___ | | $ _____ | $ _____ | Fuel Oil | | |
| Unit No. 4 | Yes ___ No ___ | | $ _____ | $ _____ | Fuel (Other) | | X |
| Total | | | $ _____ | $ 2,900 | Water/Sewer | X | |
| | | | | | Trash Removal | | |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years (for new properties the applicant's projected income and expenses must be provided). This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures (e.g., Applicant Appraiser 2881300)- If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's / appraiser's projections and the appraiser's comments concerning those projections. the underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. (Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item.) Income should be based on current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

**Annual Income and Expense Projection for Next 12 months**

| Income (Do not include income for owner- occupied units) | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Gross Annual Rental (from unit(s) to be rented) | $ 16,800 | $ _____ |
| Other Income (include sources) _____ | + _____ | + _____ |
| Total | $ 16,800 | $ _____ |
| Less Vacancy/Rent Loss | - 504 ( 3  %) | - _____ ( __ %) |
| Effective Gross Income | $ 16,296 | $ _____ |

**Expenses** (Do not include expenses for owner-occupied units)

| | By Applicant/Appraiser | Adjustments |
|---|---|---|
| Electricity | _____ | _____ |
| Gas | _____ | _____ |
| Fuel Oil | _____ | _____ |
| Fuel          (Type - _____ ) | _____ | _____ |
| Water/Sewer | 1,500 | _____ |
| Trash Removal | _____ | _____ |
| Pest Control | _____ | _____ |
| Other Taxes or Licenses _____ | _____ | _____ |
| Casual Labor | 900 | _____ |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services | | |
| Interior Paint/Decorating | 500 | _____ |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living units. | | |
| General Repairs/Maintenance | 350 | _____ |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | |
| Management Expenses | _____ | _____ |
| These are the customary expenses that a professional management company would charge to manage the property. | | |
| Supplies | 250 | _____ |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | |
| Total Replacement Reserves - See Schedule on Pg. 2 | 2,083 | _____ |
| Miscellaneous | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| **Total Operating Expenses** | $ 5,583 | $ _____ |

**Replacement Reserve Schedule**

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owners operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year-such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis -

| Equipment | Replacement Cost | Remaining Life | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|
| Stoves/Ranges | @ $ 850 | ea. / 6 | Yrs. x 2 Units = $ 283.33 | $ |
| Refrigerator | @ $ | ea. / | Yrs. x Units = $ | $ |
| Dishwashers | @ $ | ea. / | Yrs. x Units = $ | $ |
| A/C Units | @ $ | ea. / | Yrs. x Units = $ | $ |
| C. Washer/Dryers | @ $ | ea. / | Yrs. x Units = $ | $ |
| HW Heaters | @ $ 850 | ea. / 6 | Yrs. x 2 Units = $ 283.33 | $ |
| Furnace(s) | @ $ 5,000 | ea. / 15 | Yrs. x 2 Units = $ 666.67 | $ |
| (Other) | @ $ | ea. / | Yrs. x Units = $ | $ |
| Roof | @ $ 8,500 | ea. / 10 | Yrs. x One Bldg. = $ 850 | $ |

Carpeting (Wall to Wall)                                   Remaining Life

| (Units | Total Sq. Yds. Q $ | Per Sq. Yd. / Yrs • | $ | $ |
|---|---|---|---|---|
| (Public Areas) | Total Sq. Yds. Q $ | Per Sq. Yd. / Yrs • | $ | $ |
| Total Replacement Reserves. (Enter on Pg. 1) | | | $ 2,083 | $ |

**Operating Income Reconciliation**

$ 16,296 Effective Gross Income  − $ 5,583 Total Operating Expenses  = $ 10,713 Operating Income  / 12  • $ 893 Monthly Operating Income

$ 893 Monthly Operating Income  − $ Monthly Housing Expense  = $ Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's Instructions for 2-4 Family Owner-Occupied Properties

If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrowers stable monthly income.

Underwriter's Instructions for 1-4 Family Investment Properties

If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrowers stable monthly income.

Appraiser's Comments (including sources for data and rationale for the projections)

Randy J. DeAngelo New York State Certified
Appraiser Name

Appraiser Signature

12/27/2018
Date

Underwriter's Comments and Rationale for Adjustments

Underwriter Name

Underwriter Signature

Date

SUBJECT PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Melody Ramos | | | |
| Property Address | 217 Morningstar Rd | | | |
| City Staten Island | County Richmond | State NY | Zip Code 10303 | |
| Lender Wells Fargo Bank NA | | | | |



**FRONT OF SUBJECT PROPERTY**

Subject Front
217 Morningstar Rd



**REAR OF SUBJECT PROPERTY**

Subject Rear
217 Morningstar Rd



**STREET SCENE**

Subject Street
217 Morningstar Rd

ADDITIONAL PHOTOGRAPH ADDENDUM

| Borrower/Client | Melody Ramos | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 217 Morningstar Rd | | | | | |
| City | Staten Island | County | Richmond | State | NY | Zip Code | 10303 |
| Lender | Wells Fargo Bank NA | | | | | |



Rental Comparable 1
Rental Addr: 87 Dubois Ave
Subject Proximity: 0.87 miles E
Gross Building Area: 1,984
Age: 98



Rental Comparable 2
Rental Addr: 86 Brabant St
Subject Proximity: 0.80 miles W
Gross Building Area: 1,856
Age: 108



Rental Comparable 3
Rental Addr: 955 Post Ave
Subject Proximity: 0.72 miles E
Gross Building Area: 1,992
Age: 97

| | |
|---|---|
| Borrower/Client | Melody Ramos |
| Property Address | 217 Morningstar Rd |
| City | Staten Island | County | Richmond | State | NY | Zip Code | 10303 |
| Lender | Wells Fargo Bank NA |

License

COMPARABLES PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Melody Ramos |
| Property Address | 217 Morningstar Rd |
| City | Staten Island |
| County | Richmond |
| State | NY |
| Zip Code | 10303 |
| Lender | Wells Fargo Bank NA |



**Comparable Sale 1**

1577 Castleton Ave

Staten Island        NY        10302

Date of Sale: 06/22/2018
Sale Price: 415,000
Sq. Ft.:
$ / Sq. Ft.:



**Comparable Sale 2**

1676 Castleton Ave

Staten Island        NY        10302

Date of Sale: 06/05/2018
Sale Price: 427,500
Sq. Ft.:
$ / Sq. Ft.:



**Comparable Sale 3**

65 Newark Ave

Staten Island        NY        10302

Date of Sale: 08/20/2018
Sale Price: 445,000
Sq. Ft.:
$ / Sq. Ft.:

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Melody Ramos | | | | |
| Property Address | 217 Morningstar Rd | | | | |
| City | Staten Island | County | Richmond | State NY | Zip Code 10303 |
| Lender | Wells Fargo Bank NA | | | | |



**Comparable Sale 4**

87 Dehart Ave

Staten Island        NY     10303

Date of Sale: 05/24/2018

Sale Price:    450,000

Sq. Ft.:

$ / Sq. Ft.:



**Comparable Sale 5**

89 Lake Ave

Staten Island        NY     10303

Date of Sale: Active

Sale Price:    480,000

Sq. Ft.:

$ / Sq. Ft.:



**Comparable Sale 6**

169 Arlington Ave

Staten Island        NY     10303

Date of Sale: Active

Sale Price:    430,000

Sq. Ft.:

$ / Sq. Ft.:

| Borrower/Client | Melody Ramos | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 217 Morningstar Rd | | | | | |
| City | Staten Island | County | Richmond | State | NY | Zip Code 10303 |
| Lender | Wells Fargo Bank NA | | | | | |





LOCATION MAP ADDENDUM

Borrower/Client    Melody Ramos
Property Address    217 Morningstar Rd
City    Staten Island    County    Richmond    State    NY    Zip Code    10303
Lender    Wells Fargo Bank NA

SKETCH ADDENDUM

| | |
|---|---|
| Borrower/Client | Melody Ramos |
| Property Address | 217 Morningstar Rd |
| City | Staten Island | County | Richmond | State | NY | Zip Code | 10303 |
| Lender | Wells Fargo Bank NA |



TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 952 Sq ft | 42 × 20 = 840 |
| | | 8 × 14 = 112 |
| Second Floor | 856 Sq ft | 12 × 12 = 144 |
| | | 20 × 16 = 320 |
| | | 14 × 28 = 392 |
| **Total Living Area (Rounded):** | **1808 Sq ft** | |
| Non-living Area | | |
| Basement | 712 Sq ft | 20 × 16 = 320 |
| | | 14 × 28 = 392 |