UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :     Case No. 18-23538 (RDD)
                                                               :
          Debtors.[1]                                          :     (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 8, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of *De Minimis* Asset Sale for Sears Store #1150 (Westland, OH)
  [Docket No. 1516]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: January 11, 2019

_____
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 11, 2019, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

**Exhibit A**

Exhibit A

Notice Parties Service List

Served as set forth below

| NAME | NOTICE NAME | EMAIL | Method of Service |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com | Email |
| Chicago Title and Trust Company | Attn: Krystina Cozzie | krystina.cozzie@ctt.com | Email |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com; jmarshall@choate.com | Email |
| Frost Brown Todd LLC | Attn: John I. Cadwallader | lschengeli@fbtlaw.com; jcadwallader@fbtlaw.com | Email |
| Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick St., Suite 1006<br>New York, NY 10014 | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov | Overnight Mail and Email |
| Plaza Properties | Attn: Nick Vollman | nickv@plazaproperties.com | Email |
| Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com; Shana.Elberg@skadden.com; George.Howard@skadden.com | Email |