WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
:
In re                                                         :        **Chapter 11**
:
**SEARS HOLDINGS CORPORATION**, *et al.*,                     :        **Case No. 18-23538 (RDD)**
:
Debtors.[1]                                                   :        **(Jointly Administered)**
:
--------------------------------------------------------------x

### NOTICE OF FILING OF SECOND
### SUPPLEMENTAL ORDINARY COURSE PROFESSIONALS LIST

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that on November 16, 2018, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")[2] entered an *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").  Attached to the Order as **Exhibits 1 and 2** is an initial list of Ordinary Course Professionals (collectively, the "**OCP Lists**").

PLEASE TAKE  FURTHER NOTICE that pursuant to the Order, the Debtors, in the exercise of their business judgment, seek to add the Ordinary Course Professionals listed below (the "**Supplemental OCPs**") to the OCP Lists as indicated.

## Tier 2 Ordinary Course Professionals

| Professional | Address | Contact | Services Performed By Professional |
|---|---|---|---|
| Buchanan Ingersoll & Rooney PC | SunTrust Financial Centre 401 E. Jackson St., Suite 2400 Tampa, FL 33602 | Attn: Ron Noble | Provides environmental legal advice in FL |
| Pierce Atwood LLP | One New Hampshire Ave., Suite 350 Pease International Tradeport Portsmouth, NH 03801 | Attn: Mark Beliveau | Provides environmental legal advice in NH |
| Williams Montgomery & John Ltd. | Willis Tower 233 S. Wacker, Suite 6800 Chicago, IL 60606-6359 | Attn: Eric Lifvendahl | Provides anti-trust litigation legal advice |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Motion of Debtors for Authority to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 396).

WEIL:\96869521\1\73217.0004

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** are the completed Ordinary Course Professional Affidavits and Retention Questionnaires for the Supplemental OCPs.

Dated:  January 11, 2019
      New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

3

### Exhibit A

**Completed Ordinary Course Professional Affidavits and Retention Questionnaires**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                           :

                                                :        **Chapter 11**

**SEARS HOLDINGS CORPORATION, *et al.*,**       :

                                                :        **Case No. 18-23538 (RDD)**

                                                :

          Debtors.[1]                           :        **(Jointly Administered)**

------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF RONALD H. NOBLE,

## ON BEHALF OF BUCHANAN INGERSOLL & ROONEY PC

STATE OF FLORIDA        )
                        ) s.s.:
COUNTY OF HILLSBOROUGH)

       Ronald H. Noble being duly sworn, upon his oath, deposes and says as follows:

       1.    I am a Shareholder of Buchanan Ingersoll & Rooney PC located at 401 E.

Jackson Street, Suite 2400, Tampa, FL 33602 (the "**Firm**").

       2.    Sears Holdings Corporation and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

requested that the Firm provide environmental regulatory compliance services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: Representation of Sears before the United States Environmental Protection Agency and Florida Department of Environmental Protection with respect to multiple Superfund Sites and site rehabilitation projects.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  The Firm does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $5,404.50 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 28, 2018, at Tampa, Florida.

_____
Ronald H. Noble

SWORN TO AND SUBSCRIBED before
Me this 28th day of December, 2018

_____
Notary Public

MARY H. REINHARD
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF933095
Expires 2/25/2020

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                            :
                                                 :          **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,        :
                                                 :          **Case No. 18-23538 (RDD)**
                                                 :
            Debtors.[1]                          :          **(Jointly Administered)**
-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

      1.      Name and address of professional:

Ron H. Noble

Buchanan Ingersoll & Rooney, PC, 401 E. Jackson Street; Suite 2400, Tampa, FL  33602

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.    Date of retention:   1993.

3.    Type of services to be provided:

Environmental Regulatory Compliance

4.    Brief description of services to be provided:

Representation of Sears before the United States Environmental Protection Agency and Florida Department of Environmental Protection with respect to multiple Superfund Sites and site rehabilitation projects.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly.

(a)    Average hourly rate (if applicable):  $350

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$2,000.00

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:   Unknown

Date claim arose:  Unknown

Nature of claim:  Unknown

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  None

Status:  _____

Amount of claim:  $_____

Date claim arose:  _____

Nature of claim:  _____

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Limited representation of creditors to assist in proof of claim process in Sears bankruptcy proceedings.

9.    Name and title of individual completing this form:

Ron H. Noble, Esquire

Dated: *12 / 2 8*___, 2018

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                        :
                                             :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*    :
                                             :        **Case No. 18-23538 (RDD)**
                                             :
Debtors.[1]                                  :        **(Jointly Administered)**
-----------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF Mark E. Beliveau,

## ON BEHALF OF Pierce Atwood LLP

STATE OF New Hampshire)
                      ) s.s.:
COUNTY OF Rockingham)

        Mark E. Beliveau, being duly sworn, upon his oath, deposes and says as follows:

        1.        I am a Partner of Pierce Atwood LLP, located at 1 New Hampshire Avenue,

Suite 350, Portsmouth, NH 03801 (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, Inc. (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: Representation of Sears, Roebuck and Co. as a Performing Settling Defendant at the (i) Beede Waste Oil Superfund Site in Plaistow, New Hampshire and at the (ii) Sutton Brook Disposal Area Superfund Site in Tewksbury, Massachusetts.

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.    As of the commencement of this chapter 11 case, the Debtors owed the Firm $4,000.00 in respect of prepetition services rendered to the Debtors.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 21, 2018, at 5:00P.M.

Mark E. Beliveau

SWORN TO AND SUBSCRIBED before
Me this 21st day of December, 2018

Notary Public



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :
                                                   :         Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,              :
                                                   :         Case No. 18-23538 (RDD)
                                                   :
Debtors.[1]                                         :         (Jointly Administered)
------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and
its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

      1.     Name and address of professional:

Mark E. Beliveau, Esq., Pierce Atwood LLP, 1 New Hampshire Avenue, Suite 350,

Portsmouth, New Hampshire 03801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

{W7035889.1}

2.    Date of retention:  June 27, 2001

3.    Type of services to be provided:

Legal services.

4.    Brief description of services to be provided:

Representation of Sears, Roebuck and Co. as a Performing Settling Defendant at the (i) Beede

Waste Oil Superfund Site in Plaistow, New Hampshire and, at the (ii) Sutton Brook Disposal Area

Superfund Site in Tewksbury, Massachusetts.

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly.

(a)    Average hourly rate (if applicable):  $385.00

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$1,500.00

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  $4,000.00

Dates claim arose:  7/18/18, 8/16/18, 9/24/18, 10/1/18

Nature of claim:  amounts due for legal services.

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A

Status:  N/A

Amount of claim:  N/A

Date claim arose:  N/A

Nature of claim:  N/A

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None.

9.    Name and title of individual completing this form:

Mark E. Beliveau

Dated:  December 21, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                                    :

                                                         :          **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,                :

                                                         :          **Case No. 18-23538 (RDD)**

                                                         :

        Debtors.[1]                                      :          **(Jointly Administered)**

-------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF JONATHAN GROSSMAN,

## ON BEHALF OF WILLIAMS MONTGOMERY & JOHN LTD.

STATE OF ILLINOIS          )
                           ) s.s.:
COUNTY OF COOK             )

Jonathan Grossman, being duly sworn, upon his oath, deposes and says as follows:

        1.      I am an attorney of Williams Montgomery & John LTD., located at 233 S.

Wacker Drive, Suite 6800, Chicago, IL, 60606 (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide litigation services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.      The Services include, but are not limited to, the following: Representing Kmart Corporation as an opt-out plaintiff in the *In re: Packaged Seafood Products Antitrust Litigation* (No. 3:15-md-02670).

4.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm represents Dental Care Partners, Inc. and Dental One, Inc. in a breach of contract action in the Circuit Court of Cook County (No. 2017 CH 02218) filed by Sears, Roebuck & Company and SHC Licensed Business LLC, instituted before the bankruptcy proceedings began. Otherwise, the Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any other relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

2

6.      Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $0 in respect of prepetition services rendered to the Debtors.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on January 3, 2019, at 233 S. Wacker Drive, Suite 6800, Chicago, IL 60606.

_____
Jonathan Grossman, Affiant

SWORN TO AND SUBSCRIBED before
Me this 3 day of January , 2019

_____
Notary Public

Official Seal
Emma L Ashurst
Notary Public State of Illinois
My Commission Expires 08/17/2022

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                               :

SEARS HOLDINGS CORPORATION, *et al.*,                :

                                                    :

Debtors.[1]                                          :

------------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

        Williams Montgomery & John LTD.
        233 S. Wacker Drive, Suite 6800
        Chicago, IL 60606

2.      Date of retention:  April 12, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3.      Type of services to be provided:

Litigation services

4.      Brief description of services to be provided:

Representing Kmart Corporation as an opt-out plaintiff in the *In re: Packaged Seafood*

*Products Antitrust Litigation* (No. 3:15-md-02670)

5.      Arrangements for compensation (hourly, contingent, etc.):

We represent Kmart on a full contingent-fee basis.

(a)      Average hourly rate (if applicable):  Not applicable.

(b)    Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

Not applicable

6.    Prepetition claims against the Debtors held by the company:

Amount of claim:  Not applicable

Date claim arose:  Not applicable

Nature of claim:  Not applicable

7.    Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  Not applicable

Status:  Not applicable

Amount of claim:  Not applicable

Date claim arose:  Not applicable

Nature of claim:  Not applicable

_____

_____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

Not applicable

_____

_____

_____

3

9.    Name and title of individual completing this form:

Jonathan Grossman, associate attorney

Dated:  January 3, 2019