Law Office of Thomas A. Farinella, P.C.
*Attorney for Stockton Mariposa LLC*
260 Madison Avenue, Suite 8090
New York, New York 10016
(917) 319-8579
Thomas A. Farinella

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

In re:                                                                    Chapter 11

SEARS HOLDINGS CORPORATION, et. al.,                Case No. 18-23538-rdd


                                Debtors.
----------------------------------------------------------------X


## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the Law Office of Thomas A. Farinella, P.C. hereby appears on behalf of **Stockton Mariposa, LLC,** and demands pursuant to Rules 2001(a), 2002, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

The Law Office of Thomas A. Farinella, P.C.
260 Madison Avenue
New York, New York 10016
Attn: Thomas A. Farinella, Esq.
(917) 319-8579
tf@lawtaf.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by e-mail, mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way any rights or interests of **Stockton Mariposa, LLC** with respect to the debtors' property or proceeds thereof in which the debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that **Stockton Mariposa, LLC** does not by filing this Notice of Appearance submit to the jurisdiction of the Bankruptcy Court, and intends that this Notice of Appearance shall not waive (1) the right of **Stockton Mariposa, LLC** to have final orders in non-core matters entered only after de novo review by a District Judge, (2) the right of

**Stockton Mariposa, LLC** to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to any of these cases (3) the right of **Stockton Mariposa, LLC** to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions or defenses to which **Stockton Mariposa, LLC** expressly reserves.


Dated:  New York, New York
            January 11, 2019


                                    **Law Office of Thomas A. Farinella**
                                    *Attorney Stockton Mariposa, LLC*

                                    By:      */s/ Thomas A. Farinella*
                                             Thomas A. Farinella, Esq.
                                             260 Madison Avenue, Suite 8090
                                             New York, New York 10016
                                             (917) 319-8579