**WEXLER WALLACE LLP**
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Edward A. Wallace
Bethany R. Turke
Andrew D. Welker

*Attorneys for Movants Rebecca Rysewyk,*
*Katie Smith, and Brian Van Vooren*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

## NOTICE OF WITHDRAWAL OF MOTION OF CLASS REPRESENTATIVES FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

**PLEASE TAKE NOTICE** that on December 10, 2018, Rebecca Rysewyk, Katie Smith, and Brian Van Vooren filed their Motion of Class Representatives for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 ("Stay Relief Motion") (Dkt. 1124).

**PLEASE TAKE FURTHER NOTICE** that the Stay Relief Motion has been withdrawn.

Dated: January 14, 2019

Respectfully Submitted,

/s/ Bethany R. Turke
Edward A. Wallace
Bethany R. Turke
Andrew D. Welker
**WEXLER WALLACE LLP**
55 West Monroe St., Suite 3300

Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com
brt@wexlerwallace.com
adw@wexlerwallace.com

Gregory F. Coleman
Mark E. Silvey
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com

Shanon J. Carson
Michael T. Fantini
Jeffrey L. Osterwise
**BERGER MONTAGUE PC**
1818 Market Street
Philadelphia, PA 19103
Tel: (215) 875-3000
scarson@bm.net
mfantani@bm.net
josterwise@bm.net

*Attorneys for Movants Rebecca Rysewyk,*
*Katie Smith, and Brian Van Vooren*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 14th day of January 2019.

/s/ Bethany R. Turke
Bethany R. Turke