Hearing Date: January 18, 2019
Objection Deadline: January 11, 2019

The Employment Law Firm
Cynthia L. Pollick, Esquire
363 Laurel Street
Pittston, PA 18640
(570) 654-9675

Attorney for Karen Smith
*Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:

SEARS HOLDING CORPORATION, et al.        Chapter 11

       Debtor s        Case No.: 18-23538 (RDD)

       (Jointly Administered)
       Honorable Robert D. Drain
---------------------------------------------------------------x

STATE OF PENNSYLVANIA  )
LUZERNE COUNTY           )

    Cynthia L. Pollick, Esquire, an attorney admitted Pro Hac Vice, affirms and swears the following to be true:

    1.    I am over the age of 18 and am not a party to this action. I am a lawyer with The Employment Law Firm, counsel for Karen Smith.

    2.    On January 14, 2019, I caused to be served a true copy of the Second Supplemental Authority for Objection, upon all the following parties via first class mail:

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Paul Schwartzberg
Richard Morrissey
Office of the United States Trustee
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

3. On January 14, 2019, I also caused to be served a true copy of the Second Supplemental Authority for Objection, upon all parties on the service list attached hereto as Exhibit "A" via email.

s/Cynthia L. Pollick
Cynthia L. Pollick, Esquire
Pa. I.D. No.: 83826
363 Laurel Street
Pittston, PA 18640
(570) 654-9675
*Admitted Pro Hac Vice*
