UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                       :
                                            :       Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,       :
                                            :       Case No. 18-23538 (RDD)
                                            :
    Debtors.                                :       (Jointly Administered)
---------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Russell T. Jackson, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Corrina Kenwisher, as Creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Texas (State Bar No. 24069978), the bar of the United States District Court for the Southern District of Texas, and the United States District Court for the Western District of Texas.

I have submitted the filing fee of two hundred dollars and zero cents ($200.00) with this motion for *pro hac vice* admission.

Dated: January 15, 2019.

Respectfully submitted,

**LAW OFFICES OF THOMAS J. HENRY, PLLC**
521 Starr Street
Corpus Christi, Texas 78401
Telephone: 361-985-0600
Facsimile: 361-985-0601

By:     /s/ Russell T. Jackson
        Russell T. Jackson
        Texas State Bar No. 24069978
        U.S. Southern District Bar No. 1072039
        **\*E-service address:** *rjackson-svc@tjhlaw.com*

**ATTORNEY FOR CREDITOR CORRINA KENWISHER**