**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Russell T. Jackson, to be admitted, ***pro hac vice***, to represent Corrina Kenwisher, (the "Client") a Creditor in the above-referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, and of the bar of the U.S. District Court for the Southern District of Texas, it is hereby:

ORDERED, that Russell T. Jackson is admitted to practice, ***pro hac vice***, in the above-referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE