IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
                                             :
In re:                                       :    Chapter 11
                                             :
                                             :    Case No. 18-23538 (RDD)
SEARS HOLDING CORPORATION, *et al.*,         :
                                             :    (Jointly Administered)
                        Debtors.             :
                                             :
---------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kelly E. Kleist, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Health Care Service Corporation, a mutual legal reserve, and its division Blue Cross Blue Shield of Illinois, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar of the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District, Southern District, Eastern District and Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 10, 2019
Dallas, Texas

/s/ Kelly E. Kleist
Kelly E. Kleist
State Bar No. 24046229
Email: kek@crm-lawfirm.com
CONLEY ROSENBERG & MENDEZ LLP
5080 Spectrum Drive
Suite 850 E
Addison, Texas 75001
(972) 364-9700
(972) 713-6480 (fax)

*ATTORNEY FOR HEALTH CARE SERVICE
CORPORATION, A MUTUAL LEGAL RESERVE AND
ITS DIVISION BLUE CROSS BLUE SHIELD OF
ILLINOIS*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

In re:

SEARS HOLDING CORPORATION, *et al.*,

          Debtors.

-------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kelly Kleist, to be admitted, *pro hac vice*, to represent Health Care Service Corporation, a mutual legal reserve and its division Blue Cross Blue Shield of Illinois (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State Of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas, Eastern District of Texas, Southern District of Texas and Western District of Texas, it is hereby

ORDERED, that Kelly E. Kleist, Esq., is admitted to practice, *pro hac vice*, in the above referenced case proceeding to represent Health Care Service Corporation, a mutual legal reserve and its division Blue Cross Blue Shield of Illinois, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2019
White Plains, New York

                                              THE HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE

# CONLEY ROSENBERG & MENDEZ LLP

A Registered Limited Liability Partnership
Of Professional Corporations

5080 Spectrum Drive, Suite 850 E
Addison, Texas 75001

Phillip J. Conley
Jay M. Rosenberg
Kelly E. Kleist

Michelle A. Mendez (1961-2014)

Telephone: 972.364.9700
Facsimile: 972.713.6480
Email: kek@crm-lawfirm.com
Web: www.crm-lawfirm.com

January 11, 2019

<u>VIA FEDERAL EXPRESS</u>
District Clerk
United States Bankruptcy Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re:   Case No. 18-23538 (RDD), *In re: Sears Holding Corporation, et al.*
       United States Bankruptcy Court, Southern District of New York

Dear Clerk:

Enclosed are a hard copy and an electronic copy of the Motion for Admissions to Practice, *Pro Hac Vice* and the proposed Order Granting Admission to Practice, *Pro Hac Vice*. Also enclosed is a firm check in the amount of $200.00 for the filing fee of the Motion. If you need any additional information, please contact our office.

Yours truly,

CONLEY ROSENBERG &
MENDEZ LLP

*Kelly E. Kleist*

KEK/as
Enclosures