WEIL, Gotshal & Manges LLP
767 FIFTH AVE
NEW YORK, NEW YORK 10153

December 20-2018

REF: SEARS Holdings Corp, et al.,
Chapter 11
Case No. 18-23538 (ADD)
(Jointly Administered)

I'am a victim of a tort! a wrongfue
act resulting in my property being
damaged and my health in Jeopardy
and my life. HOME IMPROVEMENT DISASTER
Sears hired the Donald Wove brothers
to install a heating system (coil)
in my attic for $(000.00, No air
Included. they install the coil
upside down and on all the old
nuts, bolts and wiring that they
Actually installed in 1974. one of
the bolts/fuses started to burn the
day before I call a new Con-
tractor because I had no Heat.
the next morning! I WENT A WEEK
without heat and no Return calls
from Sears. Do I need to take

1/2

any action? OR to Claim what monies I spent to keep my Credit in good standing! I have copies of the mess that DOVE BROTHers made in the attic, pictures taken by new Contractor (HVAC), How do I claim my PERSONAL injury? Should I contact a attorney that will assist me? Can you help?. Can you explain to me what I need to DO? SEARS CREATED a CHARGE-OFF on my CREDIT that they incurred? IF I don't hear from you then I Will Call legal aid for assistance.

Sincerely

Linda Pritchard

Can you have the Charge off on the Credit Report removed? I mailed everything I had, pictures and copies of court case, but nothing happen with my credit reports they need to pay!

2/2