# Wolves HVAC Mechanical

**SAN FRANCISCO & BAY AREA**

## (800) 671-8880

CONT. LIC.
#760264

**SERVICE ORDER / INVOICE**

### #11476

BILL TO:
SEARS — ERRORS
CORRECTED

Mailing Address:
1639 North Main Street # 113
Walnut Creek CA 94598

THIS WORK IS TO BE:
☐ C.O.D.   ☐ CHARGE   ☐ NO CHARGE

**CUSTOMER INFORMATION:**

NAME: Linda Prichard
ADDRESS: 2104 93rd Avenue
CITY: Oakland Ca   ZIP CODE ___ PHONE ___
TECHNICIAN: Edward   SERVICE REQUESTED: Inspection

DATE OF ORDER: 2/28/16
TYPE OF SYSTEM: Heater
MAKE: Carrier
MODEL: N/M
SERIAL: N/S

| QTY. | MATERIALS & PARTS — DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Heater overheating — Main Face Shield Cover left Backwards. Vent openings not facing the Correct Way Causing Heater to shut off Were not reach Temperature Set @ thermostat | |
| 1 | 115V Electrical SSU Junction Box Found Un-Covered Electrical wiring Exposed - 115V wires Arching Caused Electrical Short Burnt Junction Box And Fuse link - Poor Installation of Box And left old Junction Box | |
| 1 | Corrected. Front Face Shield Cover | |
| 1 | Corrected. Electrical SSU / New Junction Box Installed | |

DESCRIPTION OF WORK PERFORMED  OR  RECOMMENDATIONS

**TERMS**   In order to ensure your warranty
In any questions or concerns please call immediately at 1800 671 8880 to get 100% of agreed WARRANTY.  Our technicians are not qualified to validate any warranty otherwise you can lose the warranty.

SIGNATURE _____

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made if payment is not made as agreed, seller can remove can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

X Linda Prichard   2-29-16
Customer/Signature   Date

PAID BY: Cash
WARRANTY: 1 year.

There will be a $25 Service Charge for any returned checks.

| | AMOUNT |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TRAVEL CHARGE | |
| TAX | |
| TOTAL | 548.00 |

INSTALLED UPSIDE DOWN PER- EDWARD
925-427-1195              Contractor!
925-609-4881

# Wolves HVAC Mechanical

### SAN FRANCISCO & BAY AREA
## (800) 671-8880

CONT. LIC. #760264

**SERVICE ORDER / INVOICE**

## #11477

BILL TO: Check #1369 Deposit: $3,000.00 Linda Pritchad (Manning)

Balance: $3,800.00 - Upon Completion.

*Return THUR: 3-03-16 (3 days)*

Mailing Address:
1630 North Main Street # 113
Walnut Creek CA 94596

THIS WORK IS TO BE:
☐ C.O.D.   ☐ CHARGE   ☐ NO CHARGE

| CUSTOMER INFORMATION: | | | DATE OF ORDER | 2/27/16 |
|---|---|---|---|---|
| NAME | Mrs. Linda Prithad | | TYPE OF SYSTEM | Heater + A/c |
| ADDRESS | 2104 92nd Avenue | | MAKE | PAYNE |
| CITY | Oakland, CA | ZIP CODE / PHONE 510-638-3800. | MODEL | 80% 14 seer |
| TECHNICIAN | Edward | SERVICE REQUESTED Home Install. | SERIAL | 20628109 |

| QTY. | MATERIALS & PARTS          DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 1 | NEW PAYNE HEATER 80% Horizontal | 76,800 | 00 |
| 1 | NEW PAYNE A/c 14 seer 3 ton | | |
| 1 | NEW Refrigerant (in). | | |
| 1 | NEW Indoor Coil 14 seer 3 ton | | |
| 1 | Removal of old Equipment + Disposal | | |
| 1 | Plenum + Return Construction | | |
| 1 | Technical Service + support | | |
| 1 | LAUNCH NEW HVAC Equipment | | |
| 1 | SAFETY pad - DRAIN H₂O setup | | |
| 1 | Warranty: 10 Year parts / Labor | | |
| 1 | FREE Maintenance (3 year) / 1 free visit per year. | | |
| | DESCRIPTION OF WORK PERFORMED   OR   RECOMMENDATIONS | | |
| 1 | Cancelation Fee $800 / Forfeit if Cancel) | 7800 | 00 |

## TERMS
In order to ensure your warranty
In any questions or concerns please call immediately at **1800 671 8880** to get 100% of agreed WARRANTY. Our technicians are not qualified to validate any warranty otherwise you can lose the warranty.

SIGNATURE _____

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made if payment is not made as agreed, seller can remove can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

Estimate Linda   2-27-16
Linda Pritchard
Customer Signature          Date

PAID BY: Check #1369
C.O.D - Chex
WARRANTY: 10 year.

There will be a $25 Service Charge for any returned checks.

| | | |
|---|---|---|
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| TRAVEL CHARGE | | |
| TAX | | |
| **TOTAL** | $6,800 | 00 |

March 03-16 New System
Estimate 27th
of FEBRUARY 2016

# Wolves HVAC Mechanical
### SAN FRANCISCO & BAY AREA
## (800) 671-8880

CONT. LIC.
#760264

**SERVICE ORDER / INVOICE**

#11919

BILL TO: V/A #
4465 - 4703 - 2178 - 1627
10/19 (4th)

Mailing Address:
1639 North Main Street # 113
Walnut Creek CA 94596

THIS WORK IS TO BE:
☐ C.O.D.   ☐ CHARGE   ☐ NO CHARGE

| CUSTOMER INFORMATION: | | DATE OF ORDER | 12/17  1/16 |
|---|---|---|---|
| NAME | Linda Manning | TYPE OF SYSTEM | Heat |
| ADDRESS | | MAKE | N/A |
| CITY | Oakland   ZIP CODE   PHONE | MODEL | N/A |
| TECHNICIAN | Edward   SERVICE REQUESTED | SERIAL | N/A |

| QTY. | MATERIALS & PARTS          DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Removal old Heater + Disposal | |
| 1 | Recovery Fee | $250.00 |
| | PICK up From Living Room | |
| | SEARS / CARRIER | |
| | PRODUCT | |

(1ST CALL OCT 2   2ND
(2ND CALL) PH: D ER : SEARS. CALLED TO THE (5 PM
INFORM ME that they
2 - DOVE BROTHERS WERE NOT going to REmove
HEATER
FROM
MY home

**DESCRIPTION OF WORK PERFORMED   OR   RECOMMENDATIONS**

## TERMS
**In order to ensure your warranty**
In any questions or concerns please call immediately at 1800 671 8880
to get 100% of agreed WARRANTY. Our technicians are not qualified
to validate any warranty otherwise you can lose the warranty.

SIGNATURE _____

I have authority to order the work outlined above which has been satisfactorily completed. I agree that
Seller retains title to equipment/materials furnished until final payment is made. If payment is not made
as agreed, seller can remove said equipment/materials at Seller's expense. Any damage
resulting from said removal shall not be the responsibility of Seller.

Customer Signature _____   Date  10-12-16

PAID BY: N/A

WARRANTY: N/A

There will be a $25 Service
Charge for any returned checks.

| | | |
|---|---|---|
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| TRAVEL CHARGE | | |
| TAX | | |
| TOTAL | $250 | 00 |

REMOVE NEW (illegible handwriting)
Contractors





SC/00    ITEM 3



DONALD DOVES MESS, BOTH BROTHERS



THE FUSES    KITCHEN COUNTERTOP
WERE ACTUALLY    HOT! FUSE.
Contractor was Edward.
WHEN HE REMOVED them!    2-28-16