**License #** 865092
**Business Name** DOVE'S SERVICES
**City** SAN LEANDRO
**Association Date** 09/30/2005
**Status** ACTIVE

DOVE'S SERVICES
PO BOX 2061
SAN LEANDRO, CA 94577
Business Phone Number:(510) 376-6543

**Entity** Corporation
**Issue Date** 09/30/2005
**Expire Date** 09/30/2017