UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Kmart Corporation

                                   Debtor

Case No.: 18-23538
Chapter 11

-----------------------------------------------------------x

SUZANNE MERCADO

                                  Plaintiff

                          v.

KMART CORPORATION

                                Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Leo B. Dubler III _____, request admission, *pro hac vice*, before the Honorable _____, to represent Suzanne Mercado _____, a creditor _____ in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of New Jersey _____ and, if applicable, the bar of the U.S. District Court for the _____ District of New Jersey _____ .

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 01/15/2019
New York _____, New York

*[signature: Leo B. Dubler III]*

*Mailing Address*:

Law Offices of Leo B. Dubler III
20000 Horizon Way, Suite 300
Mount Laurel, New Jersey, 08054
*E-mail address*: support@dublerlaw.com
*Telephone number*: (856) 235-7075

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Kmart Corporation

Case No.: 18-23538

Chapter 11

Debtor

------------------------------------------------------------x

SUZANNE MERCADO

Adversary Proceeding No.: _____

Plaintiff

v.

KMART CORPORATION

Defendant

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Leo B. Dubler III _____, to be admitted, *pro hac vice*, to represent Suzanne Mercado _____, (the "Client") a creditor _____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey _____ and, if applicable, the bar of the U.S. District Court for the _____ District of New Jersey _____, it is hereby

**ORDERED**, that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/ _____

UNITED STATES BANKRUPTCY JUDGE