**NIXON PEABODY LLP**

Christopher M. Desiderio
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesderio@nixonpeabody.com

and

Richard C. Pedone
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
rpedone@nixonpeabody.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                            :    Chapter 11
In re:                                      :
                                            :
SEARS HOLDING CORPORATION.,                 :    Case No. 18-23538 (RDD)
                                            :
         Debtors.[1]                        :    **(Jointly Administered)**
                                            :
---------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# NOTICE OF WITHDRAWAL OF (I) MOTION OF THE KCD INDENTURE TRUSTEE FOR AN ORDER (A) GRANTING RELIEF FROM THE AUTOMATIC STAY AND (B) COMPELLING DEBTOR PERFORMANCE AS SERVICER AND MANAGER OF KCD IP, LLC AND (II) MOTION OF THE KCD INDENTURE TRUSTEE FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING DISCOVERY ON DEBTORS

**PLEASE TAKE NOTICE** that U.S. Bank National Association, in its capacity as indenture trustee (in such capacity, the "KCD Indenture Trustee") under the indenture, dated as of May 18, 2006, by and between KCD IP, LLC, as Issuer and the KCD Indenture Trustee, hereby withdraws, without prejudice to refiling or seeking other or related relief in these cases, the (i) *Motion of the KCD Indenture Trustee for an Order (I) Granting Relief from the Automatic Stay and (II) Compelling Debtor Performance as Servicer and Manager of KCD IP, LLC* [Docket No. 1426], dated December 27, 2018 and (ii) *Motion of the KCD Indenture Trustee for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery on Debtors* [Docket No. 1471], dated January 3, 2019.

| | |
|---|---|
| Dated: January 16, 2019 | **NIXON PEABODY LLP** |
| | By: */s/ Christopher M. Desiderio* <br> Christopher M. Desiderio <br> 55 West 46th Street <br> New York, NY 10036 <br> Tel.: 212-940-3000 <br> Fax: 212-940-3111 <br> cdesderio@nixonpeabody.com |
| | and |
| | Richard C. Pedone (*pro hac vice*) <br> 100 Summer Street <br> Boston, MA 02110 <br> Telephone: 617-345-1000 <br> Facsimile: 617-345-1300 <br> rpedone@nixonpeabody.com |
| | *Counsel to U.S. Bank National Association, as Indenture Trustee* |

4821-8581-1589.5