FOLEY & LARDNER LLP
Katherine R. Catanese, Esq.
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: kcatanese@foley.com

FOLEY& LARDNER LLP
FOLEY GARDERE
Peter Loh, Esq.
Thomas Scannell, Esq.
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: tscannell@foley.com
Email: ploh@foley.com

*Counsel to Victor Reagan Family Trust*
(*pro hac vice* admission pending)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
Sears Holding Corporation, et al.,                             :    Case No. 18-23538-rdd
                                                               :
            Debtors.                                           :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Peter Loh, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Victor Reagan Family Trust, a Creditor in the above-referenced jointly administered cases.

4850-0538-4325.1

I certify that I am a member in good standing of the bar in the State of Texas, the U.S. District Courts for the Eastern, Northern, Southern, and Western Districts of Texas, and the U.S. Court of Appeals for the Fifth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated this 16th day of January, 2019.

                FOLEY & LARDNER LLP
                FOLEY GARDERE

                By: */s/ Peter Loh*
                Peter Loh, Esq.
                2021 McKinney Avenue
                Suite 1600
                Dallas, TX 75201
                Telephone: (214) 999-3000
                Email: ploh@foley.com

                and

                FOLEY & LARDNER LLP
                Katherine R. Catanese
                90 Park Avenue
                New York, NY 10016-1314
                Telephone: (212) 682-7474
                Facsimile: (212) 687-2329
                Email: kcatanese@foley.com

                *Counsel to Victor Reagan Family Trust*

4850-0538-4325.1