UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                              :

In re:                                         :          Chapter 11

Sears Holding Corporation, et al.,      :          Case No. 18-23538-rdd

         Debtors.                   :          (Jointly Administered)

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Peter Loh, to be admitted, *pro hac vice*, to represent the Victor Reagan Family Trust (the "Client"), a Creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the of the bar in the State of Texas, the U.S. District Courts for the Eastern, Northern, Southern, and Western Districts of Texas and the U.S. Court of Appeals for the Fifth Circuit.

**ORDERED**, that Peter Loh, Esq., is admitted to practice, *pro hac vice*, in the above referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
Robert D. Drain
United States Bankruptcy Judge

4839-4075-3285.1