FOLEY & LARDNER LLP
Katherine R. Catanese, Esq.
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: kcatanese@foley.com


FOLEY& LARDNER LLP
FOLEY GARDERE
Peter Loh, Esq.
Thomas Scannell, Esq.
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: tscannell@foley.com
Email: ploh@foley.com

*Counsel to Victor Reagan Family Trust*
(*pro hac vice* admission pending)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Sears Holding Corporation, et al., | : | Case No. 18-23538-rdd |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
-------------------------------------------------------------x

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Thomas Scannell, request admission, *pro hac vice*, before the Honorable Robert D.

Drain, to represent the Victor Reagan Family Trust, a Creditor in the above-referenced jointly

administered cases.

4823-7852-1221.2

I certify that I am a member in good standing of the bar in the State of Texas, the U.S.

District Courts and the U.S. Bankruptcy Courts for the Eastern, Northern, Southern, and Western

Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated this 16th day of January, 2019.

FOLEY & LARDNER LLP
FOLEY GARDERE


By: */s/ Thomas Scannell*
Thomas Scannell, Esq.
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone:(214) 999-3000
Email: tscannell@foley.com


and

FOLEY & LARDNER LLP
Katherine R. Catanese
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: kcatanese@foley.com

*Counsel to Victor Reagan Family Trust*

2