UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
In re:                                                   :        Chapter 11
                                                         :
Sears Holding Corporation, et al.,                       :        Case No. 18-23538-rdd
                                                         :
                  Debtors.                               :        (Jointly Administered)
                                                         :
---------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas Scannell, to be admitted, *pro hac vice*, to represent the Victor Reagan Family Trust (the "Client"), a Creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the of the bar in the State of Texas, the U.S. District Courts and the U.S. Bankruptcy Courts for the Eastern, Northern, Southern, and Western Districts of Texas.

**ORDERED**, that Thomas Scannell, Esq., is admitted to practice, *pro hac vice*, in the above referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
Robert D. Drain
United States Bankruptcy Judge

4837-0541-3509.1