Stephen V. Falanga
Colleen M. Maker
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
Tel.: (973) 757-1100

*Counsel to Schindler Elevator Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Colleen M. Maker, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Schindler Elevator Corporation in the above-captioned case.

***I certify that I am a member in good standing*** of the bar in the State of New York and the State of New Jersey, and that I have been admitted to practice in the U.S. District Court for the District of New Jersey.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: January 16, 2019
New York, New York

*s/ Colleen M. Maker*
Colleen M. Maker
WALSH PIZZI O'REILLY FALANGA LLP
1037 Raymond Blvd., Ste 600
Newark, New Jersey 07102
cmaker@walsh.law
Telephone: (973) 757-1027