# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Colleen M. Maker to be admitted, ***pro hac vice***, to represent Schindler Elevator Corporation (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of New York and the State of New Jersey and the bar of the U.S. District Court for the District of New Jersey, it is hereby

**ORDERED**, that Colleen M. Maker, Esq., is admitted to practice ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
  New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE