## **CERTIFICATE OF SERVICE**

I, Colleen M. Maker, hereby certify that on this 16th day of January 2019, I caused a copy of the foregoing Motion for Admission to Practice, *Pro Hac Vice* to be served via CM/ECF on all parties on this case registered through the Court's CM/ECF system.

*s/ Colleen M. Maker*
Colleen M. Maker