# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, | : | Case No. 18-23538 (RDD) |
| And   K-MART CORPORATION | : | (Jointly Administered) |

# IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
# CIVIL ACTION – LAW

| | | |
|---|---|---|
| MARIA GONZALEZ | : | |
|             Plaintiff | : | No. CI-18-06005 |
|       vs. | : | |
| K-MART CORPORATION | : | |
| d/b/a K-MART STORE #4373 | : | |
|       and | : | |
| SEARS HOLDINGS CORPORATION | : | |
| d/b/a K-MART | : | |
|             Defendants | : | JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Samuel G. Encarnacion, Esquire, request admission, *pro hac vice,* before the Honorable Judge Robert D. Drain, to represent Maria Gonzalez, a Plaintiff in the above referenced case proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Jan 16, 19
Southern District of New York

By: _____
Samuel G. Encarnacion, Esquire
Attorney ID. 64417
*Attorney for Plaintiff*
Haggerty & Silverman, P.C.
240 North Duke Street
Lancaster, PA  17602
Email: SamE@haggertylaw.com
Telephone number:  (717) 397-3200