# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| IN RE: | : | Chapter 11 |
|---|---|---|
| | : | |
| SEARS HOLDINGS CORPORATION, | : | Case No. 18-23538 (RDD) |
| And    K-MART CORPORATION | : | (Jointly Administered) |

# IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
# CIVIL ACTION – LAW

| MARIA GONZALEZ | : | |
|---|---|---|
| Plaintiff | : | No. CI-18-06005 |
| vs. | : | |
| K-MART CORPORATION | : | |
| d/b/a K-MART STORE #4373 | : | |
| and | : | |
| SEARS HOLDINGS CORPORATION | : | |
| d/b/a K-MART | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the Motion of Samuel G. Encarnacion, Esquire, to be admitted, *pro hac vice,* to represent Maria Gonzalez (the "Client") a Plaintiff in the above referenced case proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania, it is hereby **ORDERED** that Samuel G. Encarnacion, Esquire, is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
Southern District of New York

_____
UNITED STATES BANKRUPTCY JUDGE