WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Scott K. Charles
Amy R. Wolf

*327(e) Counsel for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
|  |  |
|---|---|
| In re: | : |
|  | :   **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*,: |  |
|  | :   Case No.  18-23538 (RDD) |
|  | : |
| **Debtors.**\* | :   (Jointly Administered) |

------------------------------------------------------------- x

# FIRST MONTHLY FEE STATEMENT OF
# WACHTELL, LIPTON, ROSEN & KATZ FOR COMPENSATION FOR
# SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
# AS ATTORNEYS FOR DEBTORS FOR THE PERIOD
# FROM OCTOBER 15, 2018 THROUGH DECEMBER 31, 2018

| **Name of Applicant:** | Wachtell, Lipton, Rosen & Katz, |
|---|---|

---

\* The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

|  |  |
|---|---|
|  | Attorneys for Debtor and Debtor in Possession |
| **Date of Retention:** | November 19, 2018 *Nunc pro tunc* to October 15, 2018 |
| **Period for Which Fees and Expenses are Incurred:** | October 15, 2018 through and December 31, 2018 |
| **Monthly Fees Incurred:** | $463,657.50 |
| **Less 20% Holdback:** | $ 92,731.50 |
| **Monthly Expenses Incurred:** | $ 5,361.16 |
| **Total Fees and Expenses Due:** | $376,287.16 |
| **This is a** | _X_  Monthly __ Interim __ Final Fee Application |

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),† Wachtell, Lipton, Rosen & Katz ("WLRK") hereby submits this first monthly fee statement (the "First Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as 327(e) counsel to the Debtors, for the period from October 15, 2018 through December 31, 2018 (the "First Monthly Fee Period"). By this First Monthly Fee Statement, WLRK seeks payment in the amount of $376,287.16, which comprises (i) $370,926.00, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Fee Period and (ii) reimbursement of $5,361.16, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

**Services Rendered and Expenses Incurred**

1. Attached as Exhibit A is a summary of WLRK's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in

---

† Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

connection with the Chapter 11 Cases during the First Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at WLRK's then current billing rates, (iv) amount of fees earned by each WLRK professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of WLRK attorneys during the First Monthly Fee Period is approximately $1,211.84. The blended hourly rate of paralegals during the First Monthly Fee Period is approximately $275.00.

2. Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the First Monthly Fee Period.

3. Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the First Monthly Fee Period.

4. Attached as <u>Exhibit D</u> is itemized time detail of WLRK professionals for the First Monthly Fee Period and summary materials related thereto.

### Notice and Objection Procedures

Notice of this First Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov);

(iv) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this First Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **January 31, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this First Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 16, 2019<br>New York, New York | /s/ Scott K. Charles<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br>Scott K. Charles<br>Amy R. Wolf<br><br>*327(e) Counsel for Debtors and Debtors in Possession* |

# EXHIBIT A

### SUMMARY OF FIRST MONTHLY FEE STATEMENT OF
### WACHTELL, LIPTON, ROSEN & KATZ FOR SERVICES RENDERED
### FOR THE PERIOD OCTOBER 15, 2018 THROUGH DECEMBER 31, 2018

| NAME OF PROFESSIONAL: | DEPARTMENT[‡] | YEAR ADMITTED[§] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Neff, Daniel A. (Partner) | CORP | 1978 | $ 1,400.00 | 0.60 | $ 840.00 |
| Charles, Scott K. (Partner) | REFI | 1985 | $ 1,400.00 | 211.20 | $ 295,680.00 |
| Panovka, Robin (Partner) | RE M&A | 1993 | $ 1,400.00 | 11.00 | $ 15,400.00 |
| Wolf, Amy R. (Of Counsel) | REFI | 1980 | $ 1,300.00 | 9.20 | $ 11,960.00 |
| Chen, Dianna (Counsel) | RE M&A | 2000 | $ 975.00 | 10.25 | $ 9,993.75 |
| Koenig, Mark A. (Counsel) | RE M&A | 2001 | $ 975.00 | 1.00 | $ 975.00 |
| Adlerstein, David M. (Counsel) | CORP | 2003 | $ 1,000.00 | 1.10 | $ 1,100.00 |
| Snyder, Neil M. (Counsel) | REFI | 2012 | $ 925.00 | 127.20 | $ 117,660.00 |
| Ross, Richard M. (Associate) | RE M&A | 1970 | $ 850.00 | 2.60 | $ 2,210.00 |
| Chatani, Neil K. (Associate) | REFI | 2012 | $ 925.00 | 8.40 | $ 7,770.00 |
| Roccisano, Suzanne (Paralegal) | RE M&A | N/A | $ 275.00 | 0.25 | $ 68.75 |
| **Total Professionals:** | | | | **382.80** | **$ 463,657.50** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $ 1,220.86 | 371.55 | $ 453,608.75 |
| Associates | $ 907.27 | 11.00 | $ 9,980.00 |
| Paraprofessionals and other non-legal staff | $ 275.00 | 0.25 | $ 68.75 |
| **Blended Attorney Rate** | **$ 1,211.84** | | |
| **Total Fees Incurred** | | **382.80** | **$ 463,657.50** |

---

[‡] CORP – Corporate; RE M&A – Real Estate M&E; REFI – Restructuring & Finance
[§] To the bar of the State of New York unless otherwise noted.

## EXHIBIT B

### SUMMARY BY PROJECT CATEGORY FOR THE PERIOD OCTOBER 15, 2018 THROUGH DECEMBER 31, 2018

| Project Category | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|
| Asset Disposition (002) | 195.30 | $ 238,352.50 |
| Business Operations (006) | 0.90 | $ 940.00 |
| Case Administration (007) | 32.90 | $ 41,095.00 |
| Claims Administration and Objections (008) | 34.20 | $ 44,295.00 |
| Corporate Governance (009) | 1.30 | $ 1,820.00 |
| Employee Benefits and Pensions (010) | 14.30 | $ 19,022.50 |
| Employment and Fee Applications (011) | 15.40 | $ 16,755.00 |
| Financing and Cash Collateral (013) | 27.90 | $ 28,847.50 |
| Real Estate (018) | 60.60 | $ 72,530.00 |
| **Total Fees Incurred** | **382.80** | **$ 463,657.50** |

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD OCTOBER 15, 2018 THROUGH DECEMBER 31, 2018

| EXPENSES | | AMOUNTS |
|---|---|---:|
| Duplicating | $ | 1.65 |
| Travel – Local Attorneys | $ | 1,912.90 |
| Travel – Local Staff | $ | 457.90 |
| Library – Westlaw Recovery | $ | 338.78 |
| Word Processing | $ | 105.00 |
| Meals – Attorneys | $ | 2,358.09 |
| Meals – Paralegals | $ | 69.49 |
| Meals – Support Staff | $ | 18.18 |
| O/S Filing & Witness Fees | $ | 70.00 |
| O/S Proofreading | $ | 7.38 |
| O/S Telephone | $ | 21.79 |
| **Total Expenses Requested:** | $ | **5,361.16** |

# **EXHIBIT D**

**ITEMIZED TIME DETAIL FOR THE PERIOD OCTOBER 15, 2018 THROUGH DECEMBER 31, 2018**

*See attached.*

| Work Date | Last Name | First Name | Title | Project Category | Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/16/2018 | Charles | Scott K. | Partner | 002 | 4.80 | 6,720.00 | Review 142 Store Closing list and four wall EBITDA information relating thereto; review provisions of Security Master Lease in connection therewith; telephone calls with various parties relating to the foregoing matters; status of the case and various claims |
| 10/17/2018 | Charles | Scott K. | Partner | 002 | 3.20 | 4,480.00 | Review various financial information regarding pending store sales; telephone calls with various parties regarding the foregoing, store closing sales, vendor issues, potential sale transactions and status of the case |
| 10/17/2018 | Snyder | Neil M. | Counsel | 002 | 0.90 | 832.50 | Landlord side letters |
| 10/18/2018 | Charles | Scott K. | Partner | 002 | 2.30 | 3,220.00 | Review information regarding store closing sales; telephone calls with various parties regarding store closing sales and status of the case |
| 10/18/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Telephone calls regarding landlord side letters |
| 10/19/2018 | Charles | Scott K. | Partner | 002 | 0.70 | 980.00 | Telephone calls with various parties regarding store closing sales and status of the case |
| 10/19/2018 | Snyder | Neil M. | Counsel | 002 | 0.40 | 370.00 | Calls regarding landlord side letters |
| 10/22/2018 | Charles | Scott K. | Partner | 002 | 2.80 | 3,920.00 | Review various materials/objections regarding store closings; telephone calls with various parties regarding store closing sales, objections to the same and status of the case. |
| 10/22/2018 | Snyder | Neil M. | Counsel | 002 | 1.50 | 1,387.50 | Landlord side letters and calls regarding same |
| 10/23/2018 | Charles | Scott K. | Partner | 002 | 1.40 | 1,960.00 | Review various objections to Abacus; telephone calls with various parties regarding store closing sales and status of the case |
| 10/23/2018 | Snyder | Neil M. | Counsel | 002 | 4.90 | 4,532.50 | Store closing order; landlord side letters and calls regarding same |
| 10/24/2018 | Charles | Scott K. | Partner | 002 | 3.30 | 4,620.00 | review various objections to strore closing process; telephone calls with various parties relating to store closing matters and related objections, rela estate matters, A&G agreement, landlord side letters, potential sale transaction, PBGC escrow, WLRK retention and status of the case |
| 10/24/2018 | Snyder | Neil M. | Counsel | 002 | 8.70 | 8,047.50 | Landlord side letters and calls regarding same; store closing order |
| 10/25/2018 | Wolf | Amy R. | Of Counsel | 002 | 0.30 | 390.00 | Calls re store closing objections |
| 10/25/2018 | Charles | Scott K. | Partner | 002 | 4.80 | 6,720.00 | Review objections to store closing process; review proposed order regarding procedures for store closing sales/liquidation consultant; attention to store closing hearing; telephone calls with various parties regarding the foregoing,and status of the case |
| 10/25/2018 | Snyder | Neil M. | Counsel | 002 | 4.50 | 4,162.50 | Revisions of landlord side letters and calls regarding same |
| 10/26/2018 | Charles | Scott K. | Partner | 002 | 0.70 | 980.00 | Review correspondence regarding side letters; telephone calls with various parties regarding landlord side letters, store closing matters and status of the case |
| 10/26/2018 | Snyder | Neil M. | Counsel | 002 | 0.80 | 740.00 | Landlord side letters |
| 10/29/2018 | Charles | Scott K. | Partner | 002 | 0.90 | 1,260.00 | Telephone calls with various parties regarding store closing matters and status of the case |
| 10/29/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Lefmark side letter |
| 10/30/2018 | Snyder | Neil M. | Counsel | 002 | 0.80 | 740.00 | Side letters |
| 10/31/2018 | Charles | Scott K. | Partner | 002 | 2.30 | 3,220.00 | Telephone calls with various parties regarding store closing process, sales, side letters and status of the case |
| 10/31/2018 | Snyder | Neil M. | Counsel | 002 | 0.70 | 647.50 | Communication with landlord counsel; NW side letter |
| 11/01/2018 | Charles | Scott K. | Partner | 002 | 1.10 | 1,540.00 | Telephone calls with various parties regarding sales and status of the case |
| 11/02/2018 | Charles | Scott K. | Partner | 002 | 1.60 | 2,240.00 | Review emails; telephone calls with various parties regarding sale process, sale of protection agreements and status of the case |
| 11/05/2018 | Charles | Scott K. | Partner | 002 | 1.90 | 2,660.00 | Telephone calls with various parties regarding sales process, Innovel, IP and status of the case |
| 11/06/2018 | Charles | Scott K. | Partner | 002 | 0.70 | 980.00 | Telephone calls with various parties regarding the sales process and status of the case |
| 11/06/2018 | Snyder | Neil M. | Counsel | 002 | 2.30 | 2,127.50 | Side letters; distribution of financing documents; communication regarding the foregoing |
| 11/07/2018 | Snyder | Neil M. | Counsel | 002 | 1.50 | 1,387.50 | Side letters; communication re same |
| 11/08/2018 | Charles | Scott K. | Partner | 002 | 1.00 | 1,400.00 | Review notice re: additional Store closings; telephone calls with various parties regarding store closing process and status of the case |
| 11/08/2018 | Snyder | Neil M. | Counsel | 002 | 3.00 | 2,775.00 | Side letters; communication re transaction status |
| 11/09/2018 | Charles | Scott K. | Partner | 002 | 2.00 | 2,800.00 | Review emails re Store rationalization plan; telephone calls with various parties regarding the foregoing, store closing process and status of the case |
| 11/09/2018 | Snyder | Neil M. | Counsel | 002 | 1.00 | 925.00 | Side letters |
| 11/12/2018 | Charles | Scott K. | Partner | 002 | 3.90 | 5,460.00 | Review Company/MIII presentation to Comm; review Gordon/Hilco Store Closing Agreement; review emails; telephone calls with various parties regarding the foregoing, business plan and status of the case |
| 11/12/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Side letters |
| 11/13/2018 | Wolf | Amy R. | Of Counsel | 002 | 0.30 | 390.00 | Review filings re auction procedures. |
| 11/13/2018 | Charles | Scott K. | Partner | 002 | 3.10 | 4,340.00 | Review materials prepared by Company/MIII re: Business Plan/go forward process/projections; review Debtors' pleadings re: 363 process/Global bidding reply; telephone calls with various parties regarding the foregoing, and status of the case |
| 11/13/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Side letters; distribution of financing documents |
| 11/14/2018 | Charles | Scott K. | Partner | 002 | 0.20 | 280.00 | Telephone calls regarding the store closing process and status of the case |
| 11/14/2018 | Snyder | Neil M. | Counsel | 002 | 2.00 | 1,850.00 | Side letters; review of filings |

| Work Date | Last Name | First Name | Title | Project Category | Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 11/15/2018 | Charles | Scott K. | Partner | 002 | 0.90 | 1,260.00 | Telephone calls with various parties regarding store closing process and status of the case |
| 11/15/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Side letters; communication re transaction status |
| 11/16/2018 | Charles | Scott K. | Partner | 002 | 1.10 | 1,540.00 | Review various pleadings/papers/emails; telephone calls with various parties regarding store closing process and status of the case |
| 11/16/2018 | Snyder | Neil M. | Counsel | 002 | 1.00 | 925.00 | Side letters |
| 11/19/2018 | Charles | Scott K. | Partner | 002 | 1.00 | 1,400.00 | Telephone calls with various parties regarding store closing process and status of the case |
| 11/20/2018 | Charles | Scott K. | Partner | 002 | 0.60 | 840.00 | Telephone calls regarding store closing and status of the case |
| 11/20/2018 | Snyder | Neil M. | Counsel | 002 | 1.20 | 1,110.00 | Side letters; communication re financing agrements |
| 11/21/2018 | Charles | Scott K. | Partner | 002 | 0.40 | 560.00 | Telephone calls with various parties regarding store closing process and status of the case |
| 11/21/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Side letters |
| 11/26/2018 | Charles | Scott K. | Partner | 002 | 0.80 | 1,120.00 | Telephone calls with various parties regarding store closing process and status of the case |
| 11/26/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Communication re liquidation proposals |
| 11/27/2018 | Charles | Scott K. | Partner | 002 | 1.00 | 1,400.00 | Telephone calls with various parties regarding store closing process and status of the case |
| 11/27/2018 | Snyder | Neil M. | Counsel | 002 | 1.80 | 1,665.00 | Liquidation process letter; conference call regarding liquidation process letter; side letters |
| 11/28/2018 | Charles | Scott K. | Partner | 002 | 1.70 | 2,380.00 | Review proposed business plan re 505 store and financial information thereon; telephone calls with various parties regarding the foregoing, store closing process and status of the case |
| 11/29/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Review of public filings; communication regarding same |
| 11/30/2018 | Charles | Scott K. | Partner | 002 | 1.80 | 2,520.00 | Review pleadings re: Uhaul sale; review and comment on GOB process letter; telephone calls with various parties regarding the foregoing and status of the case |
| 11/30/2018 | Snyder | Neil M. | Counsel | 002 | 0.90 | 832.50 | Side letters; review of financing transactions; communication regarding same |
| 12/01/2018 | Snyder | Neil M. | Counsel | 002 | 0.70 | 647.50 | Review of liquidation process letter; communication regarding same |
| 12/03/2018 | Charles | Scott K. | Partner | 002 | 1.10 | 1,540.00 | Review various pleadings/papers; telephone calls with various parties regarding store closing process and status of the case |
| 12/04/2018 | Charles | Scott K. | Partner | 002 | 0.60 | 840.00 | Review materials re store closing sale process; telephone calls with various parties regarding store closing process and status of the case |
| 12/05/2018 | Charles | Scott K. | Partner | 002 | 0.60 | 840.00 | Telephone calls regarding store closing process and status of the case |
| 12/06/2018 | Charles | Scott K. | Partner | 002 | 1.10 | 1,540.00 | Review ESL bid; telephone calls with various parties regarding store closing process and status of the case |
| 12/06/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Side letters |
| 12/07/2018 | Charles | Scott K. | Partner | 002 | 2.70 | 3,780.00 | Review terms of various liquidator bids; review emails regarding liquidator bids; telephone calls with various parties regarding the foregoing |
| 12/07/2018 | Snyder | Neil M. | Counsel | 002 | 0.60 | 555.00 | Liquidator bids |
| 12/08/2018 | Charles | Scott K. | Partner | 002 | 2.50 | 3,500.00 | Review various store closing bids and related documentation; telephone calls with various parties regarding the same |
| 12/09/2018 | Charles | Scott K. | Partner | 002 | 0.30 | 420.00 | Telephone calls with various parties regarding store closing process and status of the case |
| 12/09/2018 | Snyder | Neil M. | Counsel | 002 | 2.40 | 2,220.00 | Liquidator bid analysis; communication re same |
| 12/10/2018 | Charles | Scott K. | Partner | 002 | 1.50 | 2,100.00 | Review materials from M-III regarding sales process; review liquidation bid from GB/Hilco; telephone calls with various parties regarding store closing process and status of the case |
| 12/10/2018 | Snyder | Neil M. | Counsel | 002 | 0.80 | 740.00 | Liquidator diligence; communication re same |
| 12/11/2018 | Charles | Scott K. | Partner | 002 | 2.50 | 3,500.00 | Review materials re: GOB sales; review emails regarding ESL potential bid; telephone calls with various parties regarding the foregoing and status of the case |
| 12/11/2018 | Snyder | Neil M. | Counsel | 002 | 0.60 | 555.00 | Side letters; communication re transaction status |
| 12/12/2018 | Charles | Scott K. | Partner | 002 | 4.00 | 5,600.00 | Review and comment on Mill's wind down project plan; review and comment on GOB presentation; telephone calls with various parties regarding the foregoing, store closing process and status of the case |
| 12/13/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Side letters; communication re transaction status |
| 12/14/2018 | Charles | Scott K. | Partner | 002 | 5.00 | 7,000.00 | Review M-III deck regarding creditor recovery consideration and comment thereon; telephone calls with various parties regarding creditor recovery deck, store closing process, liquidator proposals and status of the case |
| 12/14/2018 | Snyder | Neil M. | Counsel | 002 | 1.00 | 925.00 | Liquidator bid process; communication re same |
| 12/15/2018 | Charles | Scott K. | Partner | 002 | 0.90 | 1,260.00 | Review various materials regarding store closing process; telephone calls with various parties regarding the foregoing and status of the case |
| 12/16/2018 | Charles | Scott K. | Partner | 002 | 2.60 | 3,640.00 | Review M-III deck on store closing bids and comment thereon; telephone calls with various parties regarding the foregoing, various claims and status of the case |
| 12/16/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Agency agreement |

| Work Date | Last Name | First Name | Title | Project Category | Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/17/2018 | Charles | Scott K. | Partner | 002 | 4.00 | 5,600.00 | Review and comment on revised GOB materials prepared by M-III; review additional revisions to Abacus proposal/comparing with other liquidation bids; review and comment on creditor recovery deck; telephone calls with various parties regarding the foregoing, liquidator proposals and status of the case |
| 12/17/2018 | Snyder | Neil M. | Counsel | 002 | 1.00 | 925.00 | Review of liquidator bid deck; communication regarding same |
| 12/18/2018 | Charles | Scott K. | Partner | 002 | 4.70 | 6,580.00 | Review revised proposal from Tiger/GA; review and comment on revised creditor recovery deck; attention to hearing; review terms of SB360 proposal; review agency agreement precedents; telephone calls with various parties regarding store closing process, liquidator bids and status of the case |
| 12/18/2018 | Snyder | Neil M. | Counsel | 002 | 2.00 | 1,850.00 | Liquidator bid process; agency agreement; communication regarding the foregoing |
| 12/19/2018 | Charles | Scott K. | Partner | 002 | 4.60 | 6,440.00 | Review pleadings/papers regarding 12/20 hearing; review revised liquidation bids from Tiger/GA and Gordon/Hilco; telephone calls with various process regarding store closing process, agency agreement and status of the case |
| 12/19/2018 | Snyder | Neil M. | Counsel | 002 | 1.50 | 1,387.50 | Liquidator bidding process; communication regarding same |
| 12/20/2018 | Charles | Scott K. | Partner | 002 | 2.10 | 2,940.00 | Review draft agency agreement; review email correspondence; telephone calls with various parties regarding the foregoing |
| 12/21/2018 | Charles | Scott K. | Partner | 002 | 4.50 | 6,300.00 | Review emails regarding GOB process; continued review and comment on draft agency agreement; telephone calls with various parties regarding store closing process, agency agreement, various claims and status of the case |
| 12/21/2018 | Snyder | Neil M. | Counsel | 002 | 3.50 | 3,237.50 | Agency agreement; communication regarding the same and liquidator bid process; various related conference calls |
| 12/22/2018 | Charles | Scott K. | Partner | 002 | 2.40 | 3,360.00 | Review and comment on revised draft agency agreement; review precedents; telephone calls with various parties regarding the same |
| 12/22/2018 | Snyder | Neil M. | Counsel | 002 | 2.80 | 2,590.00 | Agency agreement |
| 12/23/2018 | Charles | Scott K. | Partner | 002 | 5.20 | 7,280.00 | Review and comment on revised draft agency agreement; telephone calls with various parties regarding agency agreement |
| 12/23/2018 | Snyder | Neil M. | Counsel | 002 | 5.20 | 4,810.00 | Conference call re agency agreement; preparation for same; agency agreement; communication re same |
| 12/24/2018 | Charles | Scott K. | Partner | 002 | 2.00 | 2,800.00 | Review and comment on revised agency agreement; telephone calls with various parties regarding the same |
| 12/24/2018 | Snyder | Neil M. | Counsel | 002 | 0.50 | 462.50 | Communication re liquidator bid process |
| 12/26/2018 | Charles | Scott K. | Partner | 002 | 1.70 | 2,380.00 | Review revisions to agency agrement; telephone calls with various parties regarding agency agreement and status of the case |
| 12/26/2018 | Snyder | Neil M. | Counsel | 002 | 1.50 | 1,387.50 | Agency agreement; communication regarding same |
| 12/27/2018 | Charles | Scott K. | Partner | 002 | 1.40 | 1,960.00 | Review email correspondence from liquidator bidders regarding inventory diligence; telephone calls with various parties regarding agency agreement, store closing process and status of the case |
| 12/27/2018 | Snyder | Neil M. | Counsel | 002 | 0.60 | 555.00 | Communication regarding liquidator bids |
| 12/28/2018 | Charles | Scott K. | Partner | 002 | 4.00 | 5,600.00 | Review of agency agreement mark-ups from Gordon/Hilco and Tiger/GA; review email correspondence regarding liquidator bids; review ESL proposal; review SB/360 proposal; review Abacus confirmation; telephone calls with various parties regarding store closing bids and status of the transaction |
| 12/28/2018 | Snyder | Neil M. | Counsel | 002 | 0.70 | 647.50 | Review of liquidator bids |
| 12/29/2018 | Charles | Scott K. | Partner | 002 | 2.60 | 3,640.00 | Review various revised proposals regarding agency agreements from liquidators; telephone calls with various parties regarding the same |
| 12/29/2018 | Snyder | Neil M. | Counsel | 002 | 1.80 | 1,665.00 | Review of liquidator bids; communication regarding same |
| 12/30/2018 | Snyder | Neil M. | Counsel | 002 | 2.30 | 2,127.50 | Communication regarding liquidator bids and agency agreement; review of deck |
| 12/31/2018 | Charles | Scott K. | Partner | 002 | 4.40 | 6,160.00 | Review draft agency agreement revisions; review agency agreement issues list; review emails regarding store closing process; review emails regarding data files; telephone calls with various parties regarding agency agreement, store closing process and status of the case |
| 12/31/2018 | Snyder | Neil M. | Counsel | 002 | 0.80 | 740.00 | Communication regarding liquidator bids |
| 10/15/2018 | Adlerstein | David M. | Counsel | 006 | 0.20 | 200.00 | Attention to emails regarding bankruptcy |
| 10/16/2018 | Adlerstein | David M. | Counsel | 006 | 0.40 | 400.00 | Attention to bankruptcy matters |
| 10/29/2018 | Charles | Scott K. | Partner | 006 | 0.10 | 140.00 | Review email regarding SBD contingent payment report |
| 10/29/2018 | Adlerstein | David M. | Counsel | 006 | 0.20 | 200.00 | Attention to bankruptcy matters |
| 10/15/2018 | Charles | Scott K. | Partner | 007 | 8.90 | 12,460.00 | Review filed first day pleadings and agenda; travel to and attend first day hearings in White Plains; telephone calls with various parties related to the foregoing and the status of the case |
| 10/15/2018 | Snyder | Neil M. | Counsel | 007 | 5.50 | 5,087.50 | First day hearing and related travel |
| 10/15/2018 | Chatani | Neil K. | Associate | 007 | 1.70 | 1,572.50 | Review first day pleadings |
| 10/31/2018 | Neff | Daniel A. | Partner | 007 | 0.60 | 840.00 | Attention to bankruptcy matters |
| 11/06/2018 | Charles | Scott K. | Partner | 007 | 1.20 | 1,680.00 | Review 2004 by Committee; calls re same |
| 11/07/2018 | Charles | Scott K. | Partner | 007 | 0.40 | 560.00 | Review emails |
| 11/14/2018 | Charles | Scott K. | Partner | 007 | 2.10 | 2,940.00 | Review various pleadings/papers; review email correspondence re: Committee and 2004 motion; telephone calls re the foregoing |
| 11/15/2018 | Charles | Scott K. | Partner | 007 | 4.50 | 6,300.00 | Attention to hearing; review various pleadings/papers in connection therewith |
| 11/15/2018 | Snyder | Neil M. | Counsel | 007 | 2.00 | 1,850.00 | Attention to second day hearing |

| Work Date | Last Name | First Name | Title | Project Category | Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/07/2018 | Adlerstein | David M. | Counsel | 007 | 0.30 | 300.00 | Attention to bankruptcy matters |
| 12/20/2018 | Charles | Scott K. | Partner | 007 | 4.70 | 6,580.00 | Attention to omnibus hearing |
| 12/20/2018 | Snyder | Neil M. | Counsel | 007 | 1.00 | 925.00 | Attention to omnibus hearing |
| 10/16/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.30 | 390.00 | Calls re Sears Canada |
| 10/16/2018 | Charles | Scott K. | Partner | 008 | 1.30 | 1,820.00 | Calls re SRCAC/intercompany claims and Sears Canada; review certain public financial information in connection therewith |
| 10/16/2018 | Snyder | Neil M. | Counsel | 008 | 1.50 | 1,387.50 | Review of MTN documents and communication regarding same; communication regarding SRAC exchange notes |
| 10/17/2018 | Charles | Scott K. | Partner | 008 | 0.40 | 560.00 | Calls re Sears Re |
| 10/18/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.10 | 130.00 | Call re Sears Canada |
| 10/18/2018 | Charles | Scott K. | Partner | 008 | 2.00 | 2,800.00 | Review certain materials re Sears Re; telephone calls with various parties re Sears Re and Sears Canada |
| 10/18/2018 | Snyder | Neil M. | Counsel | 008 | 1.20 | 1,110.00 | Telephone calls regarding SHS and Sears Re; preparation for same; |
| 10/19/2018 | Charles | Scott K. | Partner | 008 | 0.60 | 840.00 | Review correspondence from Indenture Trustee with respect to SRAC notes |
| 10/23/2018 | Charles | Scott K. | Partner | 008 | 1.80 | 2,520.00 | Review materials regarding protection agreements and Sears Re; review correspondence with trustee regarding MTNs; calls regarding foregoing |
| 10/23/2018 | Snyder | Neil M. | Counsel | 008 | 1.20 | 1,110.00 | Call re KCD structure and associated preparation |
| 10/24/2018 | Charles | Scott K. | Partner | 008 | 0.90 | 1,260.00 | Review certain documents regarding Sears Re; telephone calls regarding protection agreements |
| 10/26/2018 | Charles | Scott K. | Partner | 008 | 2.00 | 2,800.00 | Review protection agreement deck; review emails regarding protection agreements; review correspondence from various states regarding protection agreements; telephone calls re the foregoing |
| 10/26/2018 | Snyder | Neil M. | Counsel | 008 | 0.80 | 740.00 | Calls regarding SHS business structure |
| 10/29/2018 | Charles | Scott K. | Partner | 008 | 0.30 | 420.00 | Review emails regarding protection agreements and various state notices |
| 10/30/2018 | Charles | Scott K. | Partner | 008 | 0.60 | 840.00 | Review emails re protection agreements; calls re same |
| 11/05/2018 | Charles | Scott K. | Partner | 008 | 0.40 | 560.00 | Review materials re protection agreements; |
| 11/06/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.50 | 650.00 | Read litigation monitor's report (Sears Canada). |
| 11/06/2018 | Charles | Scott K. | Partner | 008 | 1.10 | 1,540.00 | Review pleadings re Sears Canada; telephone calls re same and MTNs |
| 11/07/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.30 | 390.00 | Calls re Sears Canada |
| 11/07/2018 | Charles | Scott K. | Partner | 008 | 1.30 | 1,820.00 | Review various documents re Sears Canada/Monitor's report; telephone calls re same |
| 11/08/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.60 | 780.00 | Conf. call re Sears Canada litigation. |
| 11/08/2018 | Charles | Scott K. | Partner | 008 | 1.40 | 1,960.00 | Review materials re: Sears Canada claims; telephone calls re same |
| 11/09/2018 | Charles | Scott K. | Partner | 008 | 0.20 | 280.00 | Telephone calls re MTNs |
| 11/13/2018 | Charles | Scott K. | Partner | 008 | 0.20 | 280.00 | Telephone calls re Sears Canada |
| 11/14/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.80 | 1,040.00 | Emails and calls re Sears Canada |
| 11/14/2018 | Charles | Scott K. | Partner | 008 | 0.90 | 1,260.00 | Review emails re: Sears Canada; review pleadings re MTNs; telephone calls with various parties regarding the foregoing |
| 11/15/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.10 | 130.00 | Call re Sears Canada |
| 11/15/2018 | Charles | Scott K. | Partner | 008 | 0.10 | 140.00 | Calls re Sears Canada |
| 11/16/2018 | Charles | Scott K. | Partner | 008 | 0.30 | 420.00 | Telephone calls re Sears Canada |
| 11/19/2018 | Charles | Scott K. | Partner | 008 | 0.50 | 700.00 | Review various pleadings/papers; telephone calls re MTNs |
| 11/19/2018 | Snyder | Neil M. | Counsel | 008 | 1.50 | 1,387.50 | Attention to MTN hearing; communication re same |
| 11/20/2018 | Charles | Scott K. | Partner | 008 | 0.70 | 980.00 | Review emails re: Sears Canada; telephone calls with various parties regarding the foregoing |
| 11/21/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.10 | 130.00 | Call re Sears Canada |
| 11/21/2018 | Charles | Scott K. | Partner | 008 | 1.50 | 2,100.00 | Review materials re: Sears Canada/Factum of Monitor, 27th Supplement, Factum of Litigation Inspector; review pleadings/papers; telephone calls with various parties re the same |
| 11/26/2018 | Wolf | Amy R. | Of Counsel | 008 | 1.80 | 2,340.00 | Review filings in Sears Canada; communication re same |
| 11/26/2018 | Charles | Scott K. | Partner | 008 | 0.80 | 1,120.00 | Review pleadings/papers re: Sears Canada; telephone calls re the same |
| 11/29/2018 | Charles | Scott K. | Partner | 008 | 0.30 | 420.00 | Review emails/correspondence; telephone calls with various parties regarding Sears Canada and status of the case |
| 12/05/2018 | Charles | Scott K. | Partner | 008 | 0.10 | 140.00 | Review emails regarding Sears Canada |
| 12/06/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.10 | 130.00 | Call re Sears Canada |
| 12/06/2018 | Charles | Scott K. | Partner | 008 | 0.10 | 140.00 | Call re Sears Canada |
| 12/12/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.20 | 260.00 | Emails re stay in Sears Canada litigation. |
| 12/13/2018 | Charles | Scott K. | Partner | 008 | 1.20 | 1,680.00 | Review pleadings/papers regarding Sears Canada litigation; review corresp re motion to extend stay; telephone calls re the foregoing and status of the case |
| 12/17/2018 | Wolf | Amy R. | Of Counsel | 008 | 1.00 | 1,300.00 | Telephone calls and emails regarding Sears Canada and stay extension motion |
| 12/17/2018 | Charles | Scott K. | Partner | 008 | 0.60 | 840.00 | Review emails regarding Sears Canada/Sears automatic stay extension; calls re same |
| 12/18/2018 | Wolf | Amy R. | Of Counsel | 008 | 0.50 | 650.00 | Various calls re stay extension motion and Sears Canada. |
| 10/25/2018 | Charles | Scott K. | Partner | 009 | 1.30 | 1,820.00 | Restructuring Committee; review emails regarding proposed supplemental resolutions; telephone calls re same |
| 10/16/2018 | Charles | Scott K. | Partner | 010 | 0.80 | 1,120.00 | Calls re PBGC claims |
| 10/23/2018 | Charles | Scott K. | Partner | 010 | 1.30 | 1,820.00 | Review correspondence with US Bank regarding PBGC escrow account and PA Protection Account; calls re same |
| 10/24/2018 | Charles | Scott K. | Partner | 010 | 0.30 | 420.00 | Telephone calls re PBGC escrow |
| 10/30/2018 | Charles | Scott K. | Partner | 010 | 1.30 | 1,820.00 | Review information re severance; calls re same |

| Work Date | Last Name | First Name | Title | Project Category | Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/31/2018 | Charles | Scott K. | Partner | 010 | 0.50 | 700.00 | Review MIII materials re: severance; calls re same |
| 11/02/2018 | Charles | Scott K. | Partner | 010 | 0.60 | 840.00 | Review emails re PBGC termination of pension plan and review certain documents in connection therewith |
| 11/05/2018 | Charles | Scott K. | Partner | 010 | 0.40 | 560.00 | Review emails re PBGC claims; calls re same |
| 11/05/2018 | Snyder | Neil M. | Counsel | 010 | 0.50 | 462.50 | PBGC escrow |
| 11/06/2018 | Snyder | Neil M. | Counsel | 010 | 0.30 | 277.50 | PBGC mortgage release |
| 11/07/2018 | Snyder | Neil M. | Counsel | 010 | 0.30 | 277.50 | PBGC mortgage release |
| 11/26/2018 | Charles | Scott K. | Partner | 010 | 0.10 | 140.00 | Review email re: PBGC escrow |
| 12/04/2018 | Charles | Scott K. | Partner | 010 | 1.30 | 1,820.00 | Calls re PBGC matters |
| 12/04/2018 | Snyder | Neil M. | Counsel | 010 | 1.00 | 925.00 | Conference call |
| 12/05/2018 | Charles | Scott K. | Partner | 010 | 0.70 | 980.00 | Review materials regarding Plan Protection Agreement/PBGC claim |
| 12/11/2018 | Charles | Scott K. | Partner | 010 | 0.60 | 840.00 | Calls re PBGC claims |
| 12/12/2018 | Charles | Scott K. | Partner | 010 | 1.50 | 2,100.00 | Review various provisions of plan protection agreement; calls re PBGC claims |
| 12/13/2018 | Charles | Scott K. | Partner | 010 | 0.20 | 280.00 | Telephone calls re PBGC claims |
| 12/14/2018 | Charles | Scott K. | Partner | 010 | 0.30 | 420.00 | Calls re PBGC claim |
| 12/16/2018 | Charles | Scott K. | Partner | 010 | 0.80 | 1,120.00 | Review various documents regarding PBGC claims/PPA |
| 12/19/2018 | Charles | Scott K. | Partner | 010 | 0.80 | 1,120.00 | Telephone calls with various parties regarding PBGC claims |
| 12/26/2018 | Charles | Scott K. | Partner | 010 | 0.30 | 420.00 | Review info regarding PBGC claims |
| 12/27/2018 | Charles | Scott K. | Partner | 010 | 0.40 | 560.00 | Review info regarding PBGC claims |
| 10/16/2018 | Charles | Scott K. | Partner | 011 | 0.30 | 420.00 | Calls re retention |
| 10/22/2018 | Charles | Scott K. | Partner | 011 | 0.20 | 280.00 | Calls re retention |
| 10/23/2018 | Snyder | Neil M. | Counsel | 011 | 0.60 | 555.00 | WLRK retention application |
| 10/24/2018 | Charles | Scott K. | Partner | 011 | 0.30 | 420.00 | Telephone calls re retention |
| 10/24/2018 | Snyder | Neil M. | Counsel | 011 | 0.50 | 462.50 | WLRK retention application |
| 10/25/2018 | Wolf | Amy R. | Of Counsel | 011 | 0.30 | 390.00 | Calls re WLRK retention |
| 10/25/2018 | Charles | Scott K. | Partner | 011 | 0.30 | 420.00 | Telephone calls re WLRK retention |
| 10/26/2018 | Wolf | Amy R. | Of Counsel | 011 | 0.40 | 520.00 | Declaration and calls re same |
| 10/26/2018 | Charles | Scott K. | Partner | 011 | 0.70 | 980.00 | Review and comment on revisions to Wolf declaration; calls re same |
| 10/26/2018 | Snyder | Neil M. | Counsel | 011 | 2.60 | 2,405.00 | WLRK retention application |
| 10/29/2018 | Wolf | Amy R. | Of Counsel | 011 | 0.20 | 260.00 | US trustee comments |
| 10/29/2018 | Charles | Scott K. | Partner | 011 | 1.00 | 1,400.00 | Review revisions to WLRK retention papers; review US Trustee comments; telephone calls re the same |
| 10/30/2018 | Wolf | Amy R. | Of Counsel | 011 | 0.40 | 520.00 | WLRK retention |
| 10/30/2018 | Charles | Scott K. | Partner | 011 | 0.40 | 560.00 | Telephone calls re retention |
| 10/30/2018 | Snyder | Neil M. | Counsel | 011 | 0.60 | 555.00 | Revised declaration |
| 10/31/2018 | Snyder | Neil M. | Counsel | 011 | 0.30 | 277.50 | Communication regarding retention application |
| 11/01/2018 | Charles | Scott K. | Partner | 011 | 0.30 | 420.00 | Telephone calls re retention |
| 11/01/2018 | Snyder | Neil M. | Counsel | 011 | 0.40 | 370.00 | Calls regarding retention application |
| 11/02/2018 | Snyder | Neil M. | Counsel | 011 | 0.50 | 462.50 | Calls regarding retention application |
| 11/06/2018 | Charles | Scott K. | Partner | 011 | 0.20 | 280.00 | Calls re modifications to retention application |
| 11/06/2018 | Snyder | Neil M. | Counsel | 011 | 1.70 | 1,572.50 | Supplement to WLRK retention application; communicaztion re same |
| 11/07/2018 | Charles | Scott K. | Partner | 011 | 0.40 | 560.00 | WLRK engagement |
| 11/07/2018 | Snyder | Neil M. | Counsel | 011 | 0.70 | 647.50 | Supplement to WLRK retention application; communicaztion re same |
| 11/08/2018 | Snyder | Neil M. | Counsel | 011 | 1.50 | 1,387.50 | Supplements to WLRK retention application |
| 11/15/2018 | Wolf | Amy R. | Of Counsel | 011 | 0.20 | 260.00 | Emails re WLRK retention |
| 11/16/2018 | Snyder | Neil M. | Counsel | 011 | 0.40 | 370.00 | Communication regarding WLRK retention order |
| 10/17/2018 | Charles | Scott K. | Partner | 013 | 3.10 | 4,340.00 | Review various materials and information regarding DIP financing; telephone calls re same |
| 10/24/2018 | Charles | Scott K. | Partner | 013 | 1.20 | 1,680.00 | Review financial info regarding DIP Financing; |
| 10/25/2018 | Charles | Scott K. | Partner | 013 | 0.60 | 840.00 | Telephone calls re DIP financing and related matters |
| 10/30/2018 | Chatani | Neil K. | Associate | 013 | 1.20 | 1,110.00 | Discuss financing transactions |
| 10/31/2018 | Charles | Scott K. | Partner | 013 | 0.60 | 840.00 | Document request; calls re same and DIP financing process |
| 11/05/2018 | Snyder | Neil M. | Counsel | 013 | 0.50 | 462.50 | Review of potentially unencumbered assets |
| 11/09/2018 | Charles | Scott K. | Partner | 013 | 0.30 | 420.00 | Review pleadings/papers re DIP |
| 11/12/2018 | Snyder | Neil M. | Counsel | 013 | 0.40 | 370.00 | Review of financing agreements |
| 11/26/2018 | Charles | Scott K. | Partner | 013 | 0.60 | 840.00 | Review pleadings/papers re DIP Facility; telephone calls re same |
| 11/27/2018 | Snyder | Neil M. | Counsel | 013 | 1.00 | 925.00 | Attention to DIP hearing and preparation for same |
| 12/05/2018 | Snyder | Neil M. | Counsel | 013 | 3.20 | 2,960.00 | Preparation and production of closing sets; meetings regarding same |
| 12/05/2018 | Chatani | Neil K. | Associate | 013 | 5.50 | 5,087.50 | Production of closing sets; meetings regarding same |
| 12/06/2018 | Snyder | Neil M. | Counsel | 013 | 3.20 | 2,960.00 | Preparation and production of closing sets; communication regarding the foregoing |
| 12/07/2018 | Snyder | Neil M. | Counsel | 013 | 4.50 | 4,162.50 | Preparation and production of closing sets; communication regarding same |
| 12/08/2018 | Snyder | Neil M. | Counsel | 013 | 1.20 | 1,110.00 | Production of closing sets |
| 12/12/2018 | Snyder | Neil M. | Counsel | 013 | 0.50 | 462.50 | Closing statements |
| 12/21/2018 | Snyder | Neil M. | Counsel | 013 | 0.30 | 277.50 | Production |
| 10/15/2018 | Charles | Scott K. | Partner | 018 | 0.60 | 840.00 | Review certain real estate information |
| 10/16/2018 | Charles | Scott K. | Partner | 018 | 1.60 | 2,240.00 | Review real estate materials; calls re same |
| 10/16/2018 | Ross | Richard M. | Associate | 018 | 0.10 | 85.00 | Attention to matters relating to bankruptcy case |
| 10/17/2018 | Charles | Scott K. | Partner | 018 | 0.80 | 1,120.00 | Calls re real estate matters |

| Work Date | Last Name | First Name | Title | Project Category | Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/18/2018 | Charles | Scott K. | Partner | 018 | 1.50 | 2,100.00 | Review and comment on A&G Agreement; calls re same |
| 10/18/2018 | Panovka | Robin | Partner | 018 | 2.00 | 2,800.00 | Penn Plaza |
| 10/19/2018 | Charles | Scott K. | Partner | 018 | 0.90 | 1,260.00 | Telephone calls with various parties regarding leases and other real estate matters |
| 10/19/2018 | Ross | Richard M. | Associate | 018 | 0.30 | 255.00 | Attention to real estate matters |
| 10/19/2018 | Snyder | Neil M. | Counsel | 018 | 3.50 | 3,237.50 | A&G engagement letter and calls regarding same; calls regarding landlord side letters; master leases |
| 10/22/2018 | Chen | Dianna | Counsel | 018 | 3.00 | 2,925.00 | Ground lease reviews and summaries. |
| 10/22/2018 | Charles | Scott K. | Partner | 018 | 0.80 | 1,120.00 | Review various real estate information |
| 10/22/2018 | Panovka | Robin | Partner | 018 | 3.00 | 4,200.00 | Penn Plaza |
| 10/22/2018 | Snyder | Neil M. | Counsel | 018 | 2.30 | 2,127.50 | Revised A&G engagement letter and calls regarding same |
| 10/23/2018 | Chen | Dianna | Counsel | 018 | 3.00 | 2,925.00 | Ground lease reviews and summaries. |
| 10/23/2018 | Charles | Scott K. | Partner | 018 | 1.10 | 1,540.00 | Calls re A&G agreement and real estate transactions |
| 10/23/2018 | Panovka | Robin | Partner | 018 | 3.00 | 4,200.00 | Penn Plaza |
| 10/23/2018 | Koenig | Mark A. | Counsel | 018 | 1.00 | 975.00 | Attention to real estate matters |
| 10/23/2018 | Ross | Richard M. | Associate | 018 | 0.40 | 340.00 | Review of ground leases |
| 10/24/2018 | Charles | Scott K. | Partner | 018 | 0.70 | 980.00 | Telephone calls with various parties regarding real estate process and A&G agreement |
| 10/24/2018 | Panovka | Robin | Partner | 018 | 3.00 | 4,200.00 | Penn Plaza |
| 10/24/2018 | Ross | Richard M. | Associate | 018 | 0.30 | 255.00 | Review of ground leases |
| 10/25/2018 | Charles | Scott K. | Partner | 018 | 0.50 | 700.00 | Telephone calls with various parties re A&G retention and real estate matters |
| 10/25/2018 | Ross | Richard M. | Associate | 018 | 0.60 | 510.00 | Review of ground leases |
| 10/25/2018 | Snyder | Neil M. | Counsel | 018 | 1.00 | 925.00 | Call re A&G engagement letter; A&G engagement letter |
| 10/26/2018 | Chen | Dianna | Counsel | 018 | 3.75 | 3,656.25 | Kmart ground lease reviews and summaries. |
| 10/26/2018 | Charles | Scott K. | Partner | 018 | 0.70 | 980.00 | Review comments to A&G agreements; calls re same |
| 10/26/2018 | Ross | Richard M. | Associate | 018 | 0.50 | 425.00 | Review of ground leases |
| 10/26/2018 | Snyder | Neil M. | Counsel | 018 | 1.30 | 1,202.50 | ABG retention agreement |
| 10/27/2018 | Snyder | Neil M. | Counsel | 018 | 0.30 | 277.50 | A&G retention agreement |

| Work Date | Last Name | First Name | Title | Project Category | Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/29/2018 | Ross | Richard M. | Associate | 018 | 0.40 | 340.00 | Review of ground leases |
| 10/30/2018 | Charles | Scott K. | Partner | 018 | 1.90 | 2,660.00 | A&G agreement; review emails re A&G agreement; Penn Plaza calls re the foregoing |
| 10/30/2018 | Snyder | Neil M. | Counsel | 018 | 1.20 | 1,110.00 | ABG retention agreement; |
| 10/30/2018 | Roccisano | Suzanne | Lead Paralegal | 018 | 0.25 | 68.75 | Additional livelink docs and email to client for docs |
| 10/31/2018 | Charles | Scott K. | Partner | 018 | 0.20 | 280.00 | Review emails from Sears Real Estate |
| 11/01/2018 | Charles | Scott K. | Partner | 018 | 0.80 | 1,120.00 | Review emails re: A&G contract; telephone calls re same |
| 11/05/2018 | Chen | Dianna | Counsel | 018 | 0.50 | 487.50 | Telephone calls re Penn Plaza |
| 11/05/2018 | Charles | Scott K. | Partner | 018 | 0.90 | 1,260.00 | Telephone calls re real estate matters |
| 11/06/2018 | Charles | Scott K. | Partner | 018 | 0.20 | 280.00 | Review additional changes to A&G Realty Agreement; calls re same |
| 11/06/2018 | Snyder | Neil M. | Counsel | 018 | 0.70 | 647.50 | A&G agreement; communication re same |
| 11/07/2018 | Charles | Scott K. | Partner | 018 | 0.50 | 700.00 | Telephone calls re real estate matters |
| 11/08/2018 | Charles | Scott K. | Partner | 018 | 0.30 | 420.00 | Telephone calls re real estate matters |
| 11/12/2018 | Snyder | Neil M. | Counsel | 018 | 0.30 | 277.50 | A&G services agreement |
| 11/13/2018 | Charles | Scott K. | Partner | 018 | 0.50 | 700.00 | Review emails re: A&G; telephone calls re same and other real estate matters |
| 11/14/2018 | Snyder | Neil M. | Counsel | 018 | 0.30 | 277.50 | A&G services agreement |
| 11/15/2018 | Snyder | Neil M. | Counsel | 018 | 0.50 | 462.50 | A&G agreement |
| 11/16/2018 | Charles | Scott K. | Partner | 018 | 0.70 | 980.00 | Review emails re real estate matters; telephone calls re same |
| 11/16/2018 | Snyder | Neil M. | Counsel | 018 | 0.70 | 647.50 | Finalization of A&G services agreement |
| 11/21/2018 | Charles | Scott K. | Partner | 018 | 0.50 | 700.00 | Review financial information re: Buena Park sale; telephone calls re same |
| 11/26/2018 | Charles | Scott K. | Partner | 018 | 0.90 | 1,260.00 | Review information re: Buena Park/proposed sale transaction; calls re same |
| 11/27/2018 | Charles | Scott K. | Partner | 018 | 2.80 | 3,920.00 | Review various papers in connection with DIP hearing; attenhtion to DIP hearing; telephone calls with various parties regarding the foregoing |
| 11/28/2018 | Wolf | Amy R. | Of Counsel | 018 | 0.50 | 650.00 | Calls re Penn Plaza. |
| 11/28/2018 | Charles | Scott K. | Partner | 018 | 2.30 | 3,220.00 | Review materials/documents regarding Buena Park; review materials re: Penn Plaza/MTA eminent domain; telephone calls re the foregoing and lease renegotiation process |
| 11/29/2018 | Charles | Scott K. | Partner | 018 | 0.30 | 420.00 | Telephone calls re real estate matters |
| 12/03/2018 | Charles | Scott K. | Partner | 018 | 0.30 | 420.00 | Calls re real estate matters |
| 12/04/2018 | Charles | Scott K. | Partner | 018 | 0.20 | 280.00 | Calls re real estate matters |
| 12/13/2018 | Wolf | Amy R. | Of Counsel | 018 | 0.20 | 260.00 | Emails and calls re Penn Plaza |
| 12/13/2018 | Charles | Scott K. | Partner | 018 | 0.20 | 280.00 | Telephone calls re Penn Plaza |
| | | | | | **382.80** | **463,657.50** | |