Norman C. Witte (P40546)
WITTE LAW OFFICES, PLLC
119 E. Kalamazoo Street
Lansing, Michigan 48933-2111
(517) 485-0070

*Attorneys for 4th Street South II, LLC*

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

**Sears Holdings Corporation,** *et al.,*

    Debtors.

Chapter 11
Docket No. 18-23538 (RDD)

(Jointly Administered)

_____/

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Norman C. Witte, request admission *pro hac vice* before the Honorable Robert D. Drain to represent 4th Street South II, LLC, a Michigan limited liablity company, in the above-referenced cases. I certify that I am a member in good standing of the bars of the State of Michigan and the bars of the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Sixth Circuit and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

Dated:  January 15, 2019

_____
Norman C. Witte (P40546)
WITTE LAW OFFICES, PLLC
119 E. Kalamazoo Street
Lansing, Michigan 48933-2111
(517) 485-0070

Facsimile (517) 485-0187
ncwitte@wittelaw.com

*Witte Law Offices, PLLC · 119 E. Kalamazoo Street · Lansing, Michigan 48933-2111 · (517) 485-0070*