## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **Sears Holdings Corporation,** *et al.,* | Docket No. 18-23538 (RRD) |
| Debtors. | (Jointly Administered) |
| _____ / | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Norman C. Witte to be admitted *pro hac vice* to represent 4th Street South II, LLC, a Michigan limited liability company (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing bars of the State of Michigan and the bars of the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Sixth Circuit and the United States Supreme Court, it is

ORDERED that Norman C. Witte, Esq. is admitted to practice *pro hac vice* in the above referenced cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
United States Bankruptcy Judge