Norman C. Witte (P40546)
WITTE LAW OFFICES, PLLC
119 E. Kalamazoo Street
Lansing, Michigan 48933-2111
(517) 485-0070

*Attorneys for 4th Street South II, LLC*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

**Sears Holdings Corporation,** *et al.*,

Debtors.

/

Chapter 11
Docket No. 18-23538 (RDD)

(Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for 4th Street South II, LLC, a Michigan limited liability company, ("4th Street") a creditor and party-in-interest (landlord of certain property located at 3131 E Michigan Ave., Lansing, Michigan pursuant to a lease with Sears, Roebuck and Co.) in the above-captioned bankruptcy case, which requests that all notices given or required to be given, and all papers served or required to be served, in this case pursuant to, among other things, the United States Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), be emailed to and served on:

Norman C. Witte (P40546)
WITTE LAW OFFICES, PLLC
119 E. Kalamazoo Street
Lansing, Michigan 48933-2111
ncwitte@wittelaw.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules, including, without limitation, those Rules specified above,

but also includes, without limitation, any orders and notices of any application, plan and objections thereto, notices of any orders, pleadings, motions, petitions, pleadings, applications, complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, and delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which: (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including, without limitation, 4th Street with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or 4th Street may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct of 4th Street.

PLEASE TAKE FURTHER NOTICE that 4th Street intends that this Notice of Appearance, and any later appearance, pleading, claim or suit, shall not waive: (1) the right of 4th Street to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of 4th Street to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of 4th Street to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and/or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which 4th Street is or may be entitled under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments 4th Street expressly hereby reserves and preserves in this case.

Witte Law Offices, PLLC · 119 E. Kalamazoo Street · Lansing, Michigan 48933-2111 · (517) 485-0070

18-23538-shl    Doc 1592    Filed 01/17/19    Entered 01/17/19 10:01:05    Main Document
Pg 3 of 3

**4TH STREET SOUTH II, LLC**

Respectfully submitted,

Dated: January 15, 2019

                                             Norman C. Witte (P40546)
WITTE LAW OFFICES, PLLC
Attorneys for 4th Street South II, LLC
119 E. Kalamazoo Street
Lansing, Michigan 48933-2111
(517) 485-0070
Facsimile (517) 485-0187
ncwitte@wittelaw.com

*Witte Law Offices, PLLC · 119 E. Kalamazoo Street · Lansing, Michigan 48933-2111 · (517) 485-0070*

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
PAGE 3