Norman C. Witte (P40546)
WITTE LAW OFFICES, PLLC
119 E. Kalamazoo Street
Lansing, Michigan 48933-2111
(517) 485-0070

*Attorneys for 4th Street South II, LLC*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

**Sears Holdings Corporation,** *et al.*,

Debtors.

_____/

Chapter 11
Docket No. 18-23538 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

Michele A. Allswede, being duly sworn, states that she is employed by the law firm of Witte Law Offices, PLLC and that on the 17th day of January, 2019, she served Norman C. Witte's Motion for Admission to Practice *Pro Hac Vice* on behalf of 4th Street South II, LLC, which included a proposed Order Granting Admission to Practice *Pro Hac Vice*, through the Court's ECF system and by U.S. Mail on the attorneys and parties listed on the attached Service List.

_____
Michele A. Allswede, Administrative Assistant

# Mailing Information for Case 18-23538-rdd

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Marie Aaronson**  aaaronson@dilworthlaw.com
- **Robin S. Abramowitz**  abramowitz@larypc.com, fox@larypc.com
- **David G. Aelvoet**  sanantonio.bankruptcy@publicans.com
- **Jaime Agnew**  jaimeagnew21@gmail.com
- **Richard A. Aguilar**  raguilar@mcglinchey.com, aparish@mcglinchey.com
- **Justin Alaburda**  jmalaburda@bmdllc.com
- **John C. Allerding**  john.allerding@thompsonhine.com
- **Arlene Rene Alves**  alves@sewkis.com
- **Michael S. Amato**  mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com
- **Tara B. Annweiler**  tannweiler@greerherz.com
- **Joel D. Applebaum**  japplebaum@clarkhill.com
- **Laura E. Appleby**  appleby@chapman.com
- **Jenelle C Arnold**  bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
- **Simon Aron**  saron@wrslawyers.com, jnarcise@wrslawyers.com
- **Peter M. Aronoff**  peter.aronoff@usdoj.gov
- **Brandon K. Bains**  bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- **Michael I. Baird**  baird.michael@pbgc.gov, efile@pbgc.gov
- **John T. Banks**  jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
- **Shari Barak**  sbarak@logs.com, NYBKCourt@logs.com
- **Erika R. Barnes**  ebarnes@stites.com
- **Michael Jason Barrie**  mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com
- **Paul M. Basta**  pbasta@paulweiss.com
- **Christopher Robert Belmonte**  cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com
- **Richard J. Bernard**  rbernard@foley.com
- **Jill B. Bienstock**  jbienstock@coleschotz.com, fpisano@coleschotz.com
- **Karen C. Bifferato**  kbifferato@connollygallagher.com
- **Jeffrey E Bjork**  jeff.bjork@lw.com
- **David M. Blau**  dblau@clarkhill.com
- **Phillip W. Bohl**  phillip.bohl@gpmlaw.com
- **Wanda Borges**  ecfcases@borgeslawllc.com
- **Dustin Parker Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com
- **Duane Brescia**  duane.brescia@clarkhillstrasburger.com, bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander@clarkhillstrasburger.com
- **Kay Diebel Brock**  bkecf@co.travis.tx.us
- **Michael D. Brofman**  mbrofman@weisszarett.com
- **James L. Bromley**  maofiling@cgsh.com, jbromley@cgsh.com
- **Lynn Hamilton Butler**  lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
- **Donald F. Campbell**  dcampbell@ghclaw.com
- **Jamie S. Cassel**  jsc@renozahm.com, jsc@renozahm.com
- **Michael J. Catalfimo**  mcatalfimo@carterconboy.com, hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com
- **Katherine R. Catanese**  kcatanese@foley.com
- **George B. Cauthen**  george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com
- **Rocco A. Cavaliere**  rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
- **Janine M. Cerbone**  jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com
- **Rudy J Cerone**  rcerone@mcglinchey.com
- **Mark J Chaney**  mchaney@mcglinchey.com, aparish@mcglinchey.com
- **Scott K. Charles**  skcharles@wlrk.com, calert@wlrk.com
- **Michael Chatwin**  NYBKCourt@logs.com
- **Gustavo A Chico-Barris**  gchico@ferraiuoli.com
- **Hyun Suk Choi**  hchoi@choiandpark.com, lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com
- **Shawn M. Christianson**  schristianson@buchalter.com, cmcintire@buchalter.com
- **Ronald Alexander Clark**  aclark@cov.com
- **Donald W. Clarke**  dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
- **Marvin E. Clements**  agbanknewyork@ag.tn.gov
- **Eboney Cobb**  ecobb@pbfcm.com
- **Patrick Collins**  pcollins@farrellfritz.com
- **Sonia E Colon**  scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;hruiz@ferraiuoli.com;soniaecolon@gmail.com
- **Michael J. Connolly**  mconnolly@formanlaw.com, kanema@formanlaw.com
- **Andrew S. Conway**  aconway@taubman.com
- **Joseph Corrigan**  bankruptcy2@ironmountain.com
- **Julie Cvek Curley**  jcurley@ddw-law.com, AttorneyCvek@gmail.com;dpons@ddw-law.com;lbarry@ddw-law.com
- **Kelly Rose Cusick**  cusick.kelly@pbgc.gov, efile@pbgc.gov
- **Anthony J D'Artiglio**  ajd@ansellgrimm.com, carols@ansellgrimm.com;merediths@ansellgrimm.com
- **Robert K. Dakis**  rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
- **Richard T. Davis**  rdavis@cafarocompany.com
- **Louis Thomas DeLucia**  ldelucia@schiffhardin.com
- **Sam Della Fera**  sdellafera@trenklawfirm.com
- **Christopher M. Desiderio**  cdesiderio@nixonpeabody.com
- **Andrew Devore**  andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- **Andrew G. Dietderich**  dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM
- **John P. Dillman**  houston_bankruptcy@publicans.com
- **Ted A. Dillman**  ted.dillman@lw.com
- **Ira S. Dizengoff**  idizengoff@akingump.com, afreeman@akingump.com;apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com
- **Caroline R. Djang**  caroline.djang@bbklaw.com, lisa.spencer@bbklaw.com;arthur.johnston@bbklaw.com

- **Elizabeth L Doyaga**    edoyaga@flwlaw.com, jspiegelman@flwlaw.com
- **Leo B Dubler**    leodubler@fast.net
- **Joshua A. Dunn**    jdunn@vedderprice.com, ecfnydocket@vedderprice.com
- **David W. Dykhouse**    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- **Rachel E. Edwards**    redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- **Devon Eggert**    deggert@freeborn.com, bkdocketing@freeborn.com
- **Judith Elkin**    judith.elkin@haynesboone.com
- **Samuel G Encarnacion**    same@haggertylaw.com
- **Marita S. Erbeck**    marita.erbeck@dbr.com
- **Carrie Essenfeld**    cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
- **Daniel E. Etlinger**    detlinger@jennislaw.com, karon@jennislaw.com
- **Kevin J Etzel**    ketzel@vedderprice.com
- **Michael Eversden**    meversden@mcgrathnorth.com
- **Garrett A. Fail**    garrett.fail@weil.com, Paloma.VanGroll@weil.com
- **Stephen Vincent Falanga**    sfalanga@walsh.law, mvargas@walsh.law
- **Thomas A. Farinella**    tf@lawtaf.com, ecf@lawgmf.com
- **John T. Farnum**    jfarnum@linowes-law.com, jcummings@linowes-law.com
- **Alan Feld**    afeld@sheppardmullin.com
- **Mark E. Felger**    MFelger@cozen.com, MBrickley@cozen.com
- **William P Fennell**    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennelllaw.com
- **John R. Fifarek**    knelson@laskyfifarek.com
- **Charles J. Filardi**    cfilardi@rrlawpc.com, abothwell@rrlawpc.com
- **Scott D. Fink**    brodellecf@weltman.com
- **Jonathan L. Flaxer**    jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com
- **Ken Florey**    kflorey@rsnlt.com
- **Kiah T Ford**    chipford@parkerpoe.com
- **Edward M. Fox**    emfox@seyfarth.com
- **Gregory W. Fox**    gfox@goodwinprocter.com
- **Joseph D. Frank**    jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **Elise S. Frejka**    efrejka@frejka.com
- **Michael Friedman**    friedman@chapman.com, iyassin@chapman.com
- **Joseph Froehlich**    jfroehlich@lockelord.com
- **Patricia B. Fugee**    Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com
- **Mary L. Fullington**    mfullington@wyattfirm.com, lexbankruptcy@wyattfirm.com
- **Thomas M. Gaa**    tgaa@bbslaw.com, yessenia@bbslaw.com
- **James Gadsden**    bankruptcy@clm.com
- **Gregg M. Galardi**    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Alan E. Gamza**    Agamza@mosessinger.com, dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com
- **Matthew Gensburg**    mgensburg@gcklegal.com
- **Charles George**    cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com
- **Stephen B. Gerald**    sgerald@wtplaw.com, clano@wtplaw.com
- **Peter M. Gilhuly**    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
- **Steven A. Ginther**    sdnyecf@dor.mo.gov
- **Ronald Eric Gold**    rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com
- **Eric R Goodman**    egoodman@bakerlaw.com
- **Leon B Gordon**    cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
- **David S. Gragg**    dgragg@langleybanack.com, cjohnston@langleybanack.com
- **Jonathan Adam Grasso**    jon@piercemccoy.com
- **Ira S. Greene**    igreene@edwardswildman.com
- **Charles A. Gruen**    cgruen@gruenlaw.com
- **Allen J. Guon**    aguon@shawfishman.com
- **Mark E. Hall**    mhall@foxrothschild.com, cbrown@foxrothschild.com
- **Paul E. Harner**    paul.harner@lw.com
- **Jonathan Scott Hawkins**    jonathan.hawkins@thompsonhine.com, THDaytonECF@thompsonhine.com
- **Leslie C. Heilman**    heilmanl@ballardspahr.com, lanoc@ballardspahr.com
- **Neil E. Herman**    Nherman@morganlewis.com
- **Michael R. Herz**    mherz@formanlaw.com, cbrown@formanlaw.com
- **George Bernard Hofmann**    ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
- **Joon P. Hong**    joonhong@chapman.com
- **Benjamin Hugon**    bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
- **Allison Akiko Ito**    aito@hibklaw.com
- **Russell Jackson**    rjackson@thomasjhenrylaw.com
- **Hugh G. Jasne**    jf@jasneflorio.com, hgj@jasneflorio.com
- **Dwight Jefferson**    djefferson@coatsrose.com
- **Christian Paul Jensen**    jensenc@sullcrom.com
- **Monique Debrikka Jewett-Brewster**    mjb@hopkinscarley.com
- **William Austin Jowers**    ajowers@kslaw.com
- **Allen G. Kadish**    akadish@archerlaw.com, lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com
- **Vera N Kanova**    verkanova@pa.gov
- **Alan H Katz**    akatz@lockelord.com
- **William E. Kelleher**    wkelleher@cohenlaw.com, mgraeb@cohenlaw.com;hward@cohenlaw.com
- **Steven W. Kelly**    skelly@s-d.com
- **Gerald P. Kennedy**    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- **Ferve E. Khan**    fkhan@bakerlaw.com
- **Erin C. Kim**    kim.erin@pbgc.gov, efile@pbgc.gov
- **Alan M Kindred**    akindred@leechtishman.com, dtomko@leechtishman.com;ghauswirth@leechtishman.com
- **Edward M. King**    tking@fbtlaw.com
- **Dawn Kirby**    dkirby@ddw-law.com, btepper@ddw-law.com;dap@ddw-law.com
- **Lauren Catherine Kiss**    lkiss@klestadt.com
- **Richard Klass**    richklass@courtstreetlaw.com
- **Sarah J Klebolt**    sjk@carmodymacdonald.com, ala@carmodymacdonald.com

- **Jeremy C. Kleinman**   jkleinman@fgllp.com
- **John R. Knapp**   john.knapp@millernash.com, lisa.petras@millernash.com
- **Lawrence J. Kotler**   ljkotler@duanemorris.com
- **David Kronenberg**   dkronenberg@sidley.com, dkronenberg@sidley.com
- **David S. Kupetz**   dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com
- **Jeffrey Kurtzman**   jkurtzma@klehr.com
- **Alyssa E. Kutner**   kutnera@ballardspahr.com
- **Michael Kwiatkowski**   mkwiatkowski@msek.com, lgomez@msek.com
- **Paul J. Labov**   plabov@foxrothschild.com, msteen@foxrothschild.com
- **Keith A Langley**   klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
- **Fernand L Laudumiey**   laudumiey@chaffe.com
- **Vincent Edward Lazar**   vlazar@jenner.com
- **Gilbert A. Lazarus**   gillazarus@gmail.com
- **Harlan Mitchell Lazarus**   hmllaw@att.net, hlazarus@lazarusandlazarus.com
- **Robert L. LeHane**   KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Paul D. Leake**   wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com
- **Andrew M Leblanc**   aleblanc@milbank.com
- **Michael Skoy Legge**   mlegge@huntonak.com, tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com
- **Joseph H. Lemkin**   jlemkin@stark-stark.com
- **William J. Levant**   efile.wjl@kaplaw.com
- **Richard B. Levin**   rlevin@jenner.com
- **Mark Levine**   mlevine@ssbny.com
- **Lawrence A. Lichtman**   llichtman@honigman.com, litdocket@honigman.com
- **Jessica Liou**   jessica.liou@weil.com
- **Alan Jay Lipkin**   alipkin@willkie.com, maosbny@willkie.com
- **Robert Liubicic**   rliubicic@milbank.com
- **Armando Llorens**   armando@furgang.com
- **Brian J. Lohan**   brian.lohan@arnoldporter.com
- **Howard P. Magaliff**   hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
- **Christopher J. Major**   cjm@msf-law.com, bm@msf-law.com
- **Colleen Maker**   cmaker@walsh.law
- **Jacqueline Marcus**   jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- **Jennifer L. Marines**   jmarines@mofo.com, docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com
- **Ilan Markus**   ilan.markus@leclairryan.com, andrew.cole@leclairryan.com
- **Jonathan D. Marshall**   jmarshall@choate.com
- **Laurence May**   lmay@eisemanlevine.com
- **Shlomo Maza**   shlomomaza@paulhastings.com
- **Matthew McCann**   mmccann@swc-law.com, mmccann@swc-law.com
- **William McCarron**   mccarron.william@pbgc.gov, efile@pbgc.gov
- **Richard J. McCord**   RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;rnosek@certilmanbalin.com
- **Sawnie A. McEntire**   smcentire@pmmlaw.com
- **Thomas James McGowan**   tmcgowan@meltzerlippe.com, sbrown@meltzerlippe.com;mwhiteman@meltzerlippe.com
- **Brian S. McGrath**   bmcgrath@mcglinchey.com
- **David M. Meegan**   jhutton@mhksacto.com, jhutton@mhksacto
- **Deborah Jill Michelson**   michelson@mgfl-law.com
- **Brett H. Miller**   bmiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
- **Curtis S. Miller**   cmiller@mnat.com, aconway@mnat.com
- **Dennis D. Miller**   dmiller@steinlubin.com
- **Stephen M. Miller**   smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- **Russell W. Mills**   rmills@bellnunnally.com, nsummerville@bellnunnally.com
- **Joseph Thomas Moldovan**   bankruptcy@morrisoncohen.com
- **Carol E. Momjian**   cmomjian@attorneygeneral.gov
- **Laura J. Monroe**   lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- **Kevin P. Montee**   kmontee@hornersinger.com, ecf@hornersinger.com
- **Julie F. Montgomery**   jmontgomery@brownconnery.com
- **John Mueller**   jmueller@lippes.com, rfink@lippes.com
- **Rahul Mukhi**   rmukhi@cgsh.com, maofiling@cgsh.com
- **Klaus Peter Muthig**   muthigk@mcao.maricopa.gov
- **Bruce S. Nathan**   bnathan@lowenstein.com, msavetsky@lowenstein.com
- **Edward E. Neiger**   eneiger@askllp.com, lmiskowiec@askllp.com
- **Kevin Michael Newman**   knewman@barclaydamon.com
- **Victor Newmark**   vnewmark@evict.net
- **Timothy F. Nixon**   tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
- **Sean E. O'Donnell**   sodonnell@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com
- **Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
- **Sean A. OKeefe**   sokeefe@okeefelc.com, seanaokeefe@msn.com
- **Rachel R Obaldo**   bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Thomas S. Onder**   tonder@stark-stark.com
- **Jennifer Kennedy Park**   jkpark@cgsh.com
- **Richard J. Parks**   rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
- **Barbra R. Parlin**   barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com
- **Jennifer Pastarnack**   jennifer.pastarnack@cliffordchance.com
- **Kristen N. Pate**   bk@brookfieldpropertiesretail.com
- **Richard C. Pedone**   rpedone@nixonpeabody.com
- **Eloy A Peral**   eperal@wilkauslander.com
- **Deborah M Perry**   dperry@munsch.com
- **Albena Petrakov**   apetrakov@offitkurman.com
- **Douglas J. Pick**   dpick@picklaw.net, ezabicki@picklaw.net
- **Michael Ryan Pinkston**   rpinkston@seyfarth.com
- **Dana S. Plon**   dplon@sirlinlaw.com

- **David L. Pollack**     pollack@ballardspahr.com
- **Cynthia L Pollick**     pollick@lawyer.com
- **Constantine Dean Pourakis**     cp@stevenslee.com
- **Robert L. Pryor**     rlp@pryormandelup.com
- **Chad Pugatch**     cpugatch.ecf@rprslaw.com
- **Anthony M. Rainone**     arainone@bracheichler.com
- **Shane Ramsey**     shane.ramsey@nelsonmullins.com, jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com
- **Gary O. Ravert**     gravert@ravertpllc.com, gary.ravertpllc@gmail.com
- **Norman Neville Reid**     nreid@foxswibel.com
- **Ryan C. Reinert**     rreinert@shutts.com, juanitasanchez@shutts.com
- **Guy A. Reiss**     greiss@reisspreuss.com
- **Michael J. Riela**     riela@thsh.com
- **Fred B. Ringel**     fbr@robinsonbrog.com
- **Christy Rivera**     christy.rivera@nortonrosefulbright.com
- **Beth Ellen Rogers**     brogers@berlawoffice.com
- **Laurel D. Roglen**     roglenl@ballardspahr.com, lanoc@ballardspahr.com
- **Alexis J. Rogoski**     arogoski@skarzynski.com
- **Mark S. Roher**     mroher@markroherlaw.com, ecf@markroherlaw.com;ecf2@markroherlaw.com
- **Kristen D Romano**     kromano@mcglinchey.com
- **Julie H Rome-Banks**     julie@bindermalter.com
- **Robert M. Rosen**     rrosen@pmmlaw.com
- **Sanford Philip Rosen**     srosen@rosenpc.com;rosensr81087@notify.bestcase.com
- **Arthur E. Rosenberg**     arthur.rosenberg@hklaw.com
- **David A. Rosenzweig**     david.rosenzweig@nortonrosefulbright.com
- **Douglas B. Rosner**     drosner@goulstonstorrs.com
- **Beth J. Rotenberg**     brotenberg@csglaw.com, ecf@csglaw.com
- **Paul Alex Rubin**     prubin@rubinlawllc.com, hhuynh@rubinlawllc.com
- **Myrna Ruiz-Olmo**     mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com
- **Maura I. Russell**     mrussell@ckrlaw.com
- **Patrick Morgan Ryan**     pmryan@sorlinglaw.com, smjordan@sorlinglaw.com
- **CARL JOSEPH SORANNO**     csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com
- **Thomas James Salerno**     thomas.salerno@stinson.com, Karen.graves@stinson.com
- **Diane W. Sanders**     austin.bankruptcy@lgbs.com
- **Joseph E. Sarachek**     joe@sarcheklawfirm.com, jon@sarcheklawfirm.com
- **Robert M. Sasloff**     rms@robinsonbrog.com
- **Bruce M. Sattin**     bsattin@szaferman.com
- **Russell W. Savory**     russ@bsavory.com
- **Gilbert R. Saydah**     gsaydah@ckrlaw.com
- **Courtney A Schael**     cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
- **Michael L. Schein**     mschein@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com
- **Aaron J. Scheinfield**     aaron@bk-lawyer.net
- **Frederick E. Schmidt**     eschmidt@cozen.com
- **Bradley Schneider**     bradley.schneider@mto.com
- **Edward L. Schnitzer**     eschnitzer@ckrlaw.com
- **Ray C Schrock**     ray.schrock@weil.com, matthew.goren@weil.com
- **Christopher P. Schueller**     christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com
- **H. Jeffrey Schwartz**     hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com
- **Gary F Seitz**     gseitz@gsbblaw.com, gary.seitz@gmail.com
- **Stephen B. Selbst**     sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
- **Richard M. Seltzer**     rseltzer@cwsny.com, ecf@cwsny.com
- **Yaron Shaham**     yshaham@kahanafeld.com
- **Michael Abtin Shakouri**     mshakouri@goodkinlynch.com
- **Karen Sheehan**     ksheehan@flwlaw.com, jspiegelman@flwlaw.com
- **Michelle E. Shriro**     mshriro@singerlevick.com, scotton@singerlevick.com;croote@singerlevick.com
- **Andrew I. Silfen**     andrew.silfen@arentfox.com, beth.brownstein@arentfox.com
- **Kevin J. Simard**     ksimard@choate.com
- **Wendy M. Simkulak**     wmsimkulak@duanemorris.com
- **Sunny Singh**     sunny.singh@weil.com, Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Vincent.Yiu@weil.com;Philip.DiDonato@weil.com
- **Peter B. Siroka**     peter.siroka@friedfrank.com, aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com
- **Doug Skierski**     enotices@skijain.com
- **Daniel W. Sklar**     dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com
- **Aaron C. Smith**     asmith@lockelord.com, chicagodocket@lockelord.com;jcataldo@lockelord.com
- **Neal Smith**     nsmith@robbins-schwartz.com
- **Steven B Smith**     stevesmithlaw@gmail.com, ssmith@herrick.com;courtnotices@herrick.com;lporetsky@herrick.com
- **Natasha M. Songonuga**     nsongonuga@gibbonslaw.com
- **Owen M. Sonik**     osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- **James E. Sorenson**     bk@svllaw.com, jim@svllaw.com
- **Fredric Sosnick**     fsosnick@shearman.com
- **Sean C. Southard**     ssouthard@klestadt.com
- **Penny R. Stark**     pstarkesq@gmail.com
- **Miriam R Stein**     mstein@chuhak.com
- **Rick Aaron Steinberg**     rsteinberg@pricemeese.com
- **Richard A. Stieglitz**     RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
- **Sabrina L. Streusand**     streusand@slollp.com, prentice@slollp.com
- **Philip E. Strok**     pstrok@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com
- **Enid Nagler Stuart**     enid.stuart@ag.ny.gov, ted.berkowitz@ag.ny.gov
- **Joshua Sturm**     joshua.sturm@ropesgray.com
- **Matthew G. Summers**     summersm@ballardspahr.com
- **Vivek Suri**     info@viveksuri.com, lawyer@surilawoffice.com
- **Casey Cantrell Swartz**     cswartz@taftlaw.com
- **Daniel R. Swetnam**     Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com

- **Douglas T. Tabachnik**   dtabachnik@dttlaw.com, rdalba@dttlaw.com
- **Stanley B. Tarr**   tarr@blankrome.com
- **David R Taxin**   davidtaxin@dahannowick.com
- **Andrew Tenzer**   andrewtenzer@paulhastings.com
- **Brett S. Theisen**   btheisen@gibbonslaw.com
- **David L. Tillem**   tillemd@wemed.com
- **My Chi To**   mcto@debevoise.com, amcdermott@debevoise.com
- **Gordon J. Toering**   gtoering@wnj.com
- **Kevin Tompsett**   ktompsett@harrisbeach.com, frichenberg@harrisbeach.com
- **Michael Tsang**   mtsang@tsanglawfirm.com
- **Ronald M. Tucker**   rtucker@simon.com, bankruptcy@simon.com
- **Curtis Lee Tuggle**   curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
- **Andrew P. Tureaud**   atureaud@kblaw.com, atureaud@kblaw.com
- **Bethany Turke**   brt@wexlerwallace.com, ecf@wexlerwallace.com
- **Marshall C. Turner**   marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
- **United States Trustee**   USTPRegion02.NYECF@USDOJ.GOV
- **Veronique Urban**   vurban@farrellfritz.com
- **Seth Van Aalten**   svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com
- **James Christopher Vandermark**   vandermarkj@whiteandwilliams.com
- **James J. Vincequerra**   James.Vincequerra@alston.com
- **Kaitlin R. Walsh**   KRWalsh@mintz.com, docketing@mintz.com
- **David H. Wander**   dhw@dhclegal.com
- **Eric Waxman**   eric.waxman@cwt.com, nyecfnotice@cwt.com
- **Andrew W. Weaver**   aweaver@cgsh.com, maofiling@cgsh.com
- **Adam J. Webb**   awebb@fbtlaw.com
- **William P. Weintraub**   wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
- **Erica Weisgerber**   eweisgerber@debevoise.com, eweisgerber@debevoise.com
- **Elizabeth Weller**   dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- **Eric R. Wilson**   KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Garth D. Wilson**   wilson.garth@pbgc.gov, efile@pbgc.gov
- **Norman C Witte**   ncwitte@wittelaw.com, mmallswede@wittelaw.com
- **Melissa S. Woods**   mwoods@cwsny.com, ecf@cwsny.com
- **Derek L. Wright**   dlwright@foley.com
- **Thomas Yanega**   ty@devacklaw.com
- **Rafael X. Zahralddin**   rxza@elliottgreenleaf.com
- **Marc A. Zelina**   marc.zelina@lw.com
- **Matthew C. Ziegler**   matthew.ziegler@morganlewis.com
- **Tom Zimmerman**   tom@attorneyzim.com, firm@attorneyzim.com
- **Greg M. Zipes**   greg.zipes@usdoj.gov
- **Scott A. Zuber**   szuber@csglaw.com, ecf@csglaw.com
- **Evan J. Zucker**   ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
- **Richard L. Zucker**   rzucker@lasserhochman.com
- **Paul H. Zumbro**   pzumbro@cravath.com, mao@cravath.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Adam M. Adler**
Prime Clerk LLC
830 Third Avenue
9th Floor
New York, NY 10022

**Alston & Bird LLP**
,

**Sedric E. Banks**
Sedric E. Banks LBN 2730
1038 North Ninth Street
Monroe, LA 71201

**Jody A. Bedenbaugh**
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
P.O. Box 11070 (29211)
Columbia, SC 29201

**Teresa M. Bennett**
Barclay Doman LLP
125 East Jefferson Street
Syracuse, NY 13202

**Body Flex Sports, Inc.**
Attn: Frank Chang, General Manager
21717 Ferrero Parkway
Walnut, CA 91789

**Bradford Capital Management, LLC**
,

**Michael Brockman**
,

**Bruce Buechler**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
bbuechler@lowenstein.com

**Alex Carey**
,

**Cherokee Debt Acquisition, LLC**
1325 Avenue of the Americas
28th Floor
New York, NY 10019

**Eastview Mall, LLC**
,

**Fort Pierce Utilities Authority**
206 South 6th Street (34950)
PO Box 3191
Fort Pierce, FL 34948

**Joseph Frank**
FrankGecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60654

**Frejka PLLC**
,

**E. Philip Groben**
Gensburg Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, NY 60606

**Kristopher M. Hansen**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
loehmanns@stroock.com;mmagzamen@stroock.com;gsasson@stroock.com;dmohamed@stroock.com;olee@stroock.com;mgarofalo@stroock.com;sbhattacharyya@st

**Susheel Kirpalani**
Quinn Emanuel Urquhart
& Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com, benjaminfinestone@quinnemanuel.com;susheel-kirpalani-9317@ecf.pacerpro.com

**Kelly E. Kleist**
Conley Rosenberg & Mendez LLP
5080 Spectrum Drive
Suite 850E
Addison, TX 75001

**Thomas R. Kreller**
Milbank, Tweed, Hadley & McClay LLD
601 S. Figueroa St. Fl. 30
Los Angeles, CA 90017
tkreller@milbank.com, hmaghakian@milbank.com;gbray@milbank.com;jbrewster@milbank.com;malston@milbank.com

**Tara LeDay**
McCreary, Veselka, Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680-1269

**Peter W. Lianides**
Winthrop Couchot Golubow Hollander
1301 Dove Street
Suite 500
Newport Beach, CA 92660

**MIII Advisory Partners, LP**
,

**Jarrod B. Martin**

McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002

**Andrea McSorley**
5409 79th Ave E
Palmetto, FL 34221

**Wm. Spencer McSorley**
5409 79th Ave E
Palmetto, FL 34221

**Richard C. Morrissey**
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014
richard.morrissey@usdoj.gov

**Janusz Muszak**
P.O. Box 516535
Rockledge, FL 32956

**Brian Coke Ng**
,

**Paul L. Orshan**
Orshan, P.A.
701 Brickell Avenue
Suite 2000
Miami, FL 33131

**Harris A. Phillips**
Niemeyer, Alexander & Phillips
300 North Walker
Oklahoma City, OK 73101

**Linda Pritchard**
2104 92nd Avenue
Oakland, CA 94603

**Red Bull North America, Inc.**
,

**Relator Carl Ireland, Administrator of the Estate of James Garbe**
,

**SVP Sewing Brands LLC**
,

**Gloria Saddler**
,

**Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank Nati**
c/o Frenkel Lambert, et al
53 Gibson Street
Bay Shore,

**Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through C**
c/o Frenkel Lambert et al.
53 Gibson Street
Bay Shore, NY 11706

**Jennifer Shafer**
,

**Shaw Industries, Inc.**
,

**Stan D. Smith**
Mitchell, Williams, Selig, Gates & Woody
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

**The Chamberlain Group, Inc.**
,

**The NW Properties Landlords**

**Eli J. Vonnegut**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
,

**Paul M. Weiser**
,

**Wicked Fashions, Inc.**
c/o David Jeong, Chief Financial Officer
,

**Brent R. Wilson**
Hawley Troxell Ennis & Hawley LLP
877 Main Strett, Suite 1000
Boise, ID 83702

**Megan N. Young**
McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.