**KENNEY SHELTON LIPTAK & NOWAK, LLP**
*Attorneys for Voortman Cookies Limited*
The Calumet Building, 233 Franklin Street
Buffalo, New York 14202

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

In re:

SEARS HOLDINGS CORPORATION,

    Debtor.

Chapter 7

Case No.: 18-23538-RDD

---

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel Voortman Cookies Limited a creditor and party in interest in this bankruptcy case, and pursuant to, inter alia, Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9001 and 9010, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that this request is a request not only for the notices and papers referred to in the Bankruptcy Rules specified above, but includes, without limitation, all orders and all notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Voortman Cookies Limited does not intend this Notice of Appearance and Demand for Service of Papers, nor any subsequent appearance, pleadings, claim or suit to waive any rights to which they are entitled including, but not limited to,

(i) their right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) their right to a trial by jury in any proceedings related to this case, (iii) their right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any right, claims, actions, defenses, setoffs, or recoupments to which they may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Voortman Cookies Limited expressly reserves.

Dated: January 17, 2019
    Buffalo, New York

KENNEY SHELTON LIPTAK & NOWAK, LLP
*Attorneys for Voortman Cookies Limited*

By: /S/Jeffery A. Carlino
Jeffery A. Carlino, Esq.
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
(716) 853-3801