**EXHIBIT A**

## TENANT NOTICE LETTER

(Date) November 9, 2018

| Sears Holdings Management Corporation |  |
| --- | --- |
| 3333 Beverly Road, BC-109B |  |
| Hoffman Estates, IL 60179 |  |
| Attn: Real Estate Department |  |

Re: Sale of 2258 Addison Avenue East, Twin Falls, ID 83303 (Kmart #7006) ("Real Property") and Amended and Restated Lease dated September 1, 1989 originally by and between Addison Realty Limited Partnership, a Tennessee limited partnership, as "Landlord", and K Mart Corporation, a Michigan corporation, as "Tenant", as assigned and amended ("Lease")

Ladies and Gentlemen:

Please be advised that on November 9, 2018, Gershman Properties, LLC, a California limited liability company ("Landlord") transferred ownership of the Real Property to Greenhorn Ventures LLC, an Idaho limited liability company (the "New Owner"). In connection with such sale, Landlord has assigned and transferred its rights and interest, as "Landlord", under the Lease to New Owner, and New Owner has assumed and agreed to perform all of the landlord's obligations under the Lease from and after the date set forth in the preceding sentence.

Please note the following relevant information regarding the above-referenced transfer:

1. Hereinafter, please send all payments required under the Lease to New Owner at the following address: Greenhorn Ventures LLC, c/o 3303 E. Linden, Caldwell, ID 83605.

2. Under the terms of the Lease you are required to maintain certain levels of insurance and to provide evidence of same to New Owner, as landlord. Please provide New Owner with the required certificates of insurance at the address set forth above.

3. This shall acknowledge that New Owner is not holding a security deposit under your Lease.

4. All future notices, demands, requests, consents, approvals, offers, statements and other instructions or communications to be given under the Lease shall be sent to the New Owner at the address set forth above.

Very truly yours,

GERSHMAN PROPERTIES, LLC,
a California limited liability company

By _____
Ronald Gershman, CEO/Manager

**EXHIBIT B**

Greenhorn Ventures LLC
3303 E. Linden Street
Caldwell, ID 83605

December 31, 2018

*Via Certified Mail*

Sears Holdings Management Corporation
3333 Beverly Road, BC-109B
Hoffman Estates, IL 60179
Attn: Real Estate Department

RE: 2258 Addison Avenue East, Twin Falls, ID 83303 (Kmart #7006) and Amended and Restated Lease dated September 1, 1989 originally by and between Addison Realty Limited Partnership, a Tennessee limited partnership, as "Landlord", and K Mart Corporation, a Michigan corporation, as "Tenant," as assigned and amended

Ladies and Gentlemen:

Enclosed herewith is the Tenant Notice Letter previously sent to you by Gershman Properties, LLC regarding the change in ownership on November 9, 2018 with respect to the real property located at 2258 Addison Avenue East, Twin Falls, ID 83303 [Kmart #7006] and the above referenced lease. The owner of said property and "Landlord" as of November 9, 2018 is Greenhorn Ventures LLC, an Idaho limited liability company.

We understand that the December 2018 monthly rent for said premises was inadvertently sent to the prior owner of the property, Gershman Properties LLC and returned to you. Please remit all rent, send all insurance certificates and direct all future correspondence to the above address of Greenhorn Ventures LLC.

Sincerely,

Greenhorn Ventures LLC

Mark R. Schmitt, Manager

Enclosure