HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Stephen B. Selbst
Sean E. O'Donnell
Steven B. Smith

*Proposed Special Conflicts Counsel to the Official*
*Committee of Unsecured Creditors of Sears Holdings*
*Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| **In re** : | Chapter 11 |
| : | |
| **SEARS HOLDINGS CORPORATION,** *et al.,* : | Case No. 18-23538 (RDD) |
| : | |
| **Debtors.**[1] : | (Jointly Administered) |
| : | |

---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

I, Larisa Poretsky, being duly sworn, depose and say:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc.(4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

HF 12581300v.2

1.      I am over the age of 18, and am not a party to this action. I am employed by Herrick Feinstein LLP, Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors.

2.      On January 15, 2019, I caused to be served via First Class Mail upon the parties on the annexed Service List, true and correct copies of the following:

a.      *Ex-Parte Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 1103 and Bankruptcy Rules 2004 and 9016, Authorizing the Examination of the CDS Participants (Docket No. 1557); and*

b.      *Notice of Hearing on Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Sections 105 And 1103 and Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing the Examination of the CDS Participants (Docket No.1570).*


Date:   New York, New York
        January 17, 2019


                                        /s/ *Larisa Poretsky*_____
                                          Larisa Poretsky


Sworn to before me this
17th day of January 2019
*/s/ Robin L. Richards*_____
Robin L. Richards
Notary Public, State of New York, No: 01RI6256982
Commission Expires: 03/05/2020

HF 12581300v.2

## SERVICE LIST

Eric R. Reimer
Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Counsel for Cyrus Capital Partners, L.P.

Daniel M. Eggermann
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Counsel to Barclays Capital

Susheel Kirpalani
Jonathan E. Pickhardt
Andrew S. Corkhill
Matthew Scheck
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Counsel to Omega Advisors Inc.

Kristopher M. Hansen
Kenneth Pasquale
Jonathan D. Canfield
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd.

Office of the U.S. Trustee
Attn: Richard C. Morrissey
       Greg M. Zipes
 201 Varick Street, Room 1006
New York, NY 10014

HF 12581300v.2