UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re: : Chapter 11
:
Sears Holding Corporation, et al., : Case No. 18-23538-rdd
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Peter Loh to be admitted, *pro hac vice*, to represent the Victor Reagan Family Trust (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the of the bar in the State of Texas, the U.S. District Courts for the Eastern, Northern, Southern, and Western Districts of Texas and the U.S. Court of Appeals for the Fifth Circuit.

**ORDERED**, that Peter Loh, Esq., is admitted to practice, *pro hac vice*, in the above referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 17, 2019
White Plains, New York

/s/Robert D. Drain
Robert D. Drain
United States Bankruptcy Judge

4839-4075-3285.1