UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                          :

In re:                                               :          Chapter 11

Sears Holding Corporation, et al.,                 :          Case No. 18-23538-rdd

                  Debtors.                    :          (Jointly Administered)

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas Scannell to be admitted, *pro hac vice*, to represent the Victor Reagan Family Trust (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the of the bar in the State of Texas, the U.S. District Courts and the U.S. Bankruptcy Courts for the Eastern, Northern, Southern, and Western Districts of Texas.

**ORDERED**, that Thomas Scannell, Esq., is admitted to practice, *pro hac vice*, in the above referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 17, 2019
       White Plains, New York

                                          /s/Robert D. Drain
                                          Robert D. Drain
                                          United States Bankruptcy Judge