UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                    Chapter 11

SEARS HOLDINGS CORPORATION, et al.,
    Debtors.                                          Case No. 18-23538 (RDD)

                                                (Jointly Administered)

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lacy M. Lawrence, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Official Committee of Unsecured Creditors of Sears Holdings Corporation et al., as Creditor in the above-referenced jointly administered case.

I certify that I am a member in good standing of the bar in the State of Texas (State Bar No. 24055913).

I have submitted the filing fee of two hundred dollars and zero cents ($200.00) with this motion for *pro hac vice* admission.

Dated: January 17, 2019

                                                      Respectfully submitted,

                                                       AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Lacy M. Lawrence
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Email: Llawrence@akingump.com
Telephone Number: (214) 969-2894

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 14, 2019

Re: Ms. Lacy Martin Lawrence, State Bar Number 24055913

To Whom It May Concern:

This is to certify that Ms. Lacy Martin Lawrence was licensed to practice law in Texas on November 03, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                                    Chapter 11

SEARS HOLDINGS CORPORATION, et al.,

   Debtors.                                                         Case No. 18-23538 (RDD)

                                                                       (Jointly Administered)

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Lacy M. Lawrence, to be admitted, *pro hac vice*, to represent the Official Committee of Unsecured Creditors of Sears Holdings Corporation et al., (the Client) a Creditor in the above-referenced jointly administered case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby:

ORDERED, that Lacy M. Lawrence is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

                                                _____
                                                HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE