WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11
**SEARS HOLDINGS CORPORATION**, *et al*.,                      :
                                                               :    Case No. 18-23538 (RDD)
                                                               :
                        Debtors.[1]                            :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 18, 2019 AT 10:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

## I. STATUS CONFERENCE:

1. Debtors' Motion for Approval of Global Bidding Procedures **[ECF No. 429]**

    Related Documents:

    A. Order Approving Global Bidding Procedures and Granting Related Relief **[ECF No. 816]**

    B. Notice of Filing of Global Bidding Procedures Process Letter **[ECF No. 862]**

    Status: This matter is going forward solely as a status conference.

## II. CONTESTED MATTERS:

2. Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code **[ECF No. 1395]**

    Response Deadline:   February 4, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Document:

    A. Joinder of Jackson EMC **[ECF No. 1533]**

    Status: This matter is going forward solely as a status conference.

3. Application of Debtors for Entry of Order Approving Amendment to Terms and Conditions of the Debtors' Employment and Retention of Lazard Freres & Co. LLC as Investment Banker **[ECF No. 1435]**

    Response Deadline:   January 11, 2019 at 4:00 p.m.

    Response Filed:

    A. Objection/Motion to Amend by the United States Trustee **[ECF No. 1454]**

Related Documents:

    B.    Debtors' Reply **[ECF No. 1579]**

    C.    Declaration of Mohsin Meghji in Support of the Application **[ECF No. 1580]**

Status:  This matter is going forward on a contested basis.

4. Notice of Intent to Conduct Store Closing Sales **[ECF No. 1444]**

Response Deadline:    January 7, 2019 at 4:00 p.m.

Responses Filed:

    A.    Limited Objection of Libby Dial Enterprises, LLC **[ECF No. 1503]**

    B.    Limited Objection of 1 Imeson Park Blvd, LLC to Notice of Intent to Conduct Store Closing Sales and Request for Adequate Protection **[ECF No. 1502]**

Related Documents:

    C.    Debtors' Reply **[ECF No. 1582]**

    D.    Final Order Approving (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 876]**

Status:  This matter is going forward on a contested basis solely with respect with the Limited Objection of Libby Dial Enterprises, LLC [ECF No. 1503].  The Limited Objection of 1 Imeson Park Blvd, LLC [ECF No. 1502] has been adjourned to February 14, 2019 at 10:00 a.m.

### III. AUTOMATIC STAY RELATED MATTERS:

5. Motion of Greenhorn Ventures LLC for Order (I) Compelling the Debtor to Reject a Non-residential Real Property Lease Pursuant to 11 U.S.C. §365(d)(2); or in the Alternative (II) Establishing a Deadline by Which the Debtor Must Assume and Cure all Defaults or Reject the Lease; and (III) Modifying the Automatic Stay to Permit Greenhorn Venture to Pursue its Rights, Including those Related to the Debtors Continuing Defaults under the Lease Pursuant to 11 U.S.C. §362(d)(1) together exhibits **[ECF No. 969]**

Response Deadline:    January 11, 2019 at 4:00 p.m.

3

Response Filed:

    A.    Debtors' Objection **[ECF No. 1549]**

Related Documents:

    B.    Supplement to Motion of Greenhorn Ventures LLC and in Opposition to Debtors' Request for an Adjournment of the Motion **[ECF No. 1220]**

    C.    Supplement to Motion of Greenhorn Ventures LLC **[ECF No. 1595]**

Status:  This matter is going forward on a contested basis.

6. Motion for Relief from Stay to Allow Civil Litigation in Action (1) and for Action, (2) To Proceed, and for the Parties to Proceed with Alternative Dispute Resolution (ADR) and Settlement Negotiations to which had Begun Since July 27, 2018, with Certificate of Service **[ECF No. 1006]**

   Response Deadline:  January 11, 2019 at 4:00 p.m.

   Response Filed:

    A.    Debtors' Objection **[ECF No. 1547]**

   Related Document:

    B.    Notice of Honorable Judges Orders of Brian Coke Ng **[ECF No. 1387]**

   Status:  This matter is going forward on a contested basis.

7. Motion for Relief from Stay of Karen Smith **[ECF No. 1126]**

   Response Deadline:  January 11, 2019 at 4:00 p.m.

   Response Filed:

    A.    Debtors' Objection **[ECF No. 1547]**

   Related Documents:  None.

   Status:  This matter is going forward on a contested basis.

8. Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 924]**

   Response Deadline:  December 13, 2018 at 4:00 p.m.

   Responses Filed:

   A. Objections of Karen Smith **[ECF Nos. 1298, 1335 and 1559]**

   B. Response of Sante Marcoccia **[ECF No. 1194]**

   C. Objection of Robert A. Catalfamo and Lavarita D. Meriwether **[ECF No. 1197]**

   D. Objection of Qazim B. Krasniqi **[ECF No. 1187]**

   Related Documents:

   E. Debtors' Reply **[ECF No. 1296]**

   F. Debtors' Reply to Smith Objection **[ECF No. 1550]**

   G. Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

   Status:  This matter is going forward on a contested basis solely with respect to the Objections of Karen Smith [ECF Nos. 1298, 1335, and 1559]. The objection of Qazim B. Krasniqi [ECF No. 1187] has been adjourned to March 21, 2019. The remainder of objections have been adjourned to February 14, 2019 at 10:00 a.m.

**IV.   ADJOURNED MATTERS:**

9. Notice of Motion and Motion of Community Unit School District 300 for Relief From the Automatic Stay or, in the Alternative, for Abstention **[ECF No. 652]**

   Response Deadline:  December 13, 2018 at 4:00 p.m.

   Response Filed:

   A. Debtors' Objection **[ECF No. 1280]**

   Related Document:

   B. Affidavit of Susan Harkin (in Support of Motion) **[ECF No. 1321]**

   Status:  This matter has been adjourned to a date to be determined.

5

10.     Motion of David and Judith Deeds for Relief from the Automatic Stay **[ECF No. 697]**

       Response Deadline:   February 7, 2019 at 4:00 p.m.

       Responses Filed:   None.

       Related Documents:   None.

       Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

11.     Motion of Michael & Margaret Reheis for Relief from the Automatic Stay **[ECF No. 849]**

       Response Deadline:   To be determined.

       Responses Filed:   None.

       Related Documents:   None.

       Status:  This matter has been adjourned to a date to be determined.

12.     Motion to Confirm Termination or Absence of Stay Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease **[ECF No. 932]**

       Response Deadline:   February 4, 2019 at 4:00 p.m.

       Responses Filed:   None.

       Related Documents:   None.

       Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

13.     Motion of Mario Aliano for Relief from the Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 987]**

       Response Deadline:   February 7, 2019 at 4:00 p.m.

       Responses Filed:   None.

       Related Documents:   None.

       Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

14. Motion of Felicia Browell, as Parent and Natural Guardian of Rhianna L. Browell, a Minor, Robert Malone, Administrator of the Estate of Rhoda Malone, Robert Malone, as Parent and Natural Guardian of Robert Logan Malone, and Thomas K. Dowler and Renne I. Dowler, Administrators of the Estate of Faith Renne Dowler for an Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code **[ECF No. 1049]**

   Response Deadlines:   January 11, 2019 at 4:00 p.m. for all non-debtor parties
   January 31, 2019 at 4:00 p.m. for the Debtors

   Responses Filed:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

15. Motion for Relief from Stay to Proceed with Personal Injury Action in State Court **[ECF No. 1105]**

   Response Deadline:   February 7, 2019 at 4:00 p.m.

   Responses Filed:   None.

   Related Document:

   A.   Debtors' Reply **[ECF No. 1296]**

   Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

16. Motion for Relief from Stay for Proceeding with State Court Personal Injury Action for Anthony Scullari **[ECF No. 1112]**

   Response Deadline:   February 7, 2019 at 4:00 p.m.

   Responses Filed:   None.

   Related Document:

   A.   Affirmation of Anthony Scullari **[ECF No. 1114]**

   Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

17. Motion of Charles Pugh for Relief from Stay **[ECF No. 1148]**

   Response Deadline:   February 7, 2019 at 4:00 p.m.

   Responses Filed:   None.

7

        Related Documents:   None.

        Status:  This matter has been adjourned to the February 14, 2019 at 10:00 a.m.

18.   Motion of Dell Financial Services L.L.C. for Relief from Stay **[ECF No. 1221]**

        Response Deadline:   February 7, 2019 at 4:00 p.m.

        Responses Filed:   None.

        Related Documents:   None.

        Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

19.   Motion for Relief from Stay Regarding Property Located at 1580 Brentwood Road, Bay Shore, New York 11706 **[ECF No. 1230]**

        Response Deadline:   February 7, 2019 at 4:00 p.m.

        Responses Filed:   None.

        Related Documents:   None.

        Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

20.   Motion for Relief from Stay Regarding Property Located at 9 Franklin Avenue, 9-1A, Brooklyn, New York 11211 **[ECF No. 1251]**

        Response Deadline:   February 7, 2019 at 4:00 p.m.

        Responses Filed:   None.

        Related Documents:   None.

        Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

21.   Motion for Relief from Stay Regarding Property Located at 723 Bem Street, Riverside, New Jersey 08075 **[ECF No. 1257]**

        Response Deadline:   February 7, 2019 at 4:00 p.m.

        Responses Filed:   None.

        Related Documents:   None.

        Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

22. Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 1348]**

    Response Filed:

    A. Objection to Notice of Rejection of Certain Unexpired Leases, Etc. **[ECF No. 1457]**

    Related Document:

    B. Notice of Extended Objection Deadline with Respect to the December 19, 2018 Rejection Notice **[ECF No. 1507]**

    Status: This matter has been adjourned to February 14, 2019 at 10:00 a.m.

23. Motion to Compel Immediate Payment of Postpetition Arrearages; Granting an Administrative Claim; and Compelling Debtors to Assume or Reject Agreement **[ECF No. 1349]**

    Response Deadline:   February 7, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

    Status: This matter has been adjourned to February 14, 2019 at 10:00 a.m.

24. Motion of Briggs & Stratton Corporation for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 USC § 503(b)(9) **[ECF No. 1374]**

    Response Deadline:   March 7, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

    Status: This matter has been adjourned to March 21, 2019 at 10:00 a.m.

25. Motion of Cupid Foundations, Inc. for Allowance of Section 503(b)(9) Administrative Claim **[ECF No. 1385]**

    Response Deadline:   February 7, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

      Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

26. Motion of Winners Industry Co., Ltd. for Allowance and Payment of Administrative Expense Claims **[ECF No. 1386]**

      Response Deadline:  February 7, 2019 at 4:00 p.m.

      Responses Filed:  None.

      Related Documents:  None.

      Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

27. Motion for Relief from Stay regarding Property Located at 126-17 Jamaica Avenue, Richmond Hill, NY 11418 **[ECF No. 1416]**

      Response Deadline:  February 7, 2019 at 4:00 p.m.

      Responses Filed:  None.

      Related Documents:  None.

      Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

28. Motion for Relief from Stay regarding property located at 25 Conifer Way, Sicklerville, New Jersey 08081 **[ECF No. 1432]**

      Response Deadline:  February 7, 2019 at 4:00 p.m.

      Responses Filed:  None.

      Related Documents:  None.

      Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

29. Motion of United States Trustee for Order Authorizing Appointment of Independent Fee Examiner **[ECF No. 1470]**

      Response Deadline:  February 7, 2019 at 4:00 p.m.

      Responses Filed:  None.

      Related Documents:  None.

      Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

WEIL:\96867378\11\73217.0004

30. Motion of Milton Manufacturing, LLC to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §503(b) for Craftsman Branded Goods Delivered to the Debtor Postpetition **[ECF No. 1477]**

    Response Deadline:   February 7, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

    Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

31. Motion of Apex Tool Group, LLC to Allow and Compel Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(a) and 11 U.S.C. 503(b)(9) **[ECF No. 1491]**

    Response Deadline:   February 1, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

    Status:  This matter has been adjourned to February 14, 2019 at 10:00 a.m.

Dated:  January 17, 2019
    New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and
Debtors in Possession*