WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

--------------------------------------------------------------x

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## SEARS HOLDINGS CORPORATION
## CASE NO. 18-23538 (RDD)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

------------------------------------------------------------------x

### GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Sears Holdings Corporation ("**Sears Holdings**") and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" or "**SOFA**" and, collectively, the "**Statements**" or "**SOFAs**" in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statements of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes are in addition to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

specific notes set forth below with respect to particular Schedules and Statements (the "**Specific Notes**" and, together with the Global Notes, the "**Notes**").  These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals and have necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, the Debtors' management has not (and could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors.

The Schedules and Statements are unaudited and subject to potential adjustment.  In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules or Statements and inadvertent errors, omissions, or inaccuracies may exist.  Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of debtor or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. **Description of the Cases.** The Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code on October 15, 2018 (such Debtors, the "**Initial Debtors**"), and on October 18, 2018, October 22, 2018, and

2

January 7, 2018 (such Debtors, the "**Additional Debtors**"),[2] each such date, the "**Commencement Date**" for the relevant Debtors. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 16, 2018, the Bankruptcy Court entered an order authorizing the joint administration of the cases of the Initial Debtors pursuant to Bankruptcy Rule 1015(b). On November 1, 2018, November 2, 2018, and January 10, 2019, the Bankruptcy Court applied such order to the cases of the Additional Debtors. On October 24, 2018, the United States Trustee for the Southern District of New York Region 2 (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

2.     **Basis of Presentation.** For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for Sears Holdings and its subsidiaries, including both Debtors and certain non-debtor affiliates. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements, neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than by individual legal entity, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Commencement Date or at any time before or after the Commencement Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent at the Commencement Date or any time prior to or after the Commencement Date.

3.     **Reporting Date.** Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of the close of business on the

---

[2] The Additional Debtors, along with the last four digits of each Additional Debtor's federal tax identification number are, as follows: (i) SHC Licensed Business LLC (3718) filed on October 18, 2018; (ii) SHC Promotions LLC (9626) filed on October 22, 2018; and (iii) SRe Holding Corporation (4816) filed on January 7, 2019.

Commencement Date, adjusted for authorized payments under the First Day Orders (as defined below).[3]

4.   **Current Values.**  The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.   **Confidentiality.** There may be instances where certain information was not included or redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual. The omissions and redactions are limited to only what is necessary to protect the Debtor or a third party and will provide interested parties with sufficient information to discern the nature of the listing.

6.   **Consolidated Entity Accounts Payable and Disbursement Systems.** As described in the Cash Management Motion,[4] the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.

In the ordinary course of business, the Debtors maintain business relationships among each other and with certain non-debtor affiliates, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**").   As set forth more fully in the Cash Management Motion, the primary Intercompany Transactions giving rise to Intercompany Claims are cash receipts activities, disbursement activities, inventory purchases, and expense allocations. Historically, Intercompany Claims are not settled by actual transfers of cash among the Debtors.  Instead, the Debtors track all Intercompany Transactions in

---

[3] While the Additional Debtors (i) SHC Licensed Business LLC (3718) and (ii) SHC Promotions LLC (9626) filed subsequent to the Initial Debtors' Commencement Date, unless otherwise indicated the information presented in the Schedules and Statements is as of the Initial Debtors' Reporting Date of October 15, 2018.  The Debtor SRe Holding Corporation (4816) filed on January 7, 2019 and the information presented in the Schedules and Statements is as of January 5, 2019, which coincides with the timing of this Debtor's fiscal accounting period that is closest to January 7, 2019.

[4] *Motion of Debtors for Authority to (i) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (ii) Implement Ordinary Course Changes to Cash Management System, (iii) Continue Intercompany Transactions, and (iv) Provide Administrative Expense Priority for Postpetition Intercompany Claims and Related Relief* (ECF No. 5) (the "**Cash Management Motion**").

their accounting system, which concurrently are recorded on the applicable Debtors' balance sheets.

In addition, as defined and discussed in the Cash Management Motion, the Debtors are party to certain Foreign Affiliate Intercompany Transactions, Warranty Payments and Intellectual Property Intercompany Transactions. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors and their non-debtor affiliates as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.  **Accuracy.**  Although the Debtors have made reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary or appropriate. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

8.  **Net Book Value of Assets.**  In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values as of the Commencement Date are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. As applicable, fixed assets and leasehold improvement assets that fully have been depreciated, amortized or impaired, or were expensed for GAAP accounting purposes, have no net book value, and, therefore, are not included in the Schedules and Statements.

9.  **Currency.**  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

10.  **Payment of Prepetition Claims Pursuant to First Day Orders.**  Shortly after October 15, 2018, the Bankruptcy Court entered orders (collectively, the "**First-Day Orders**"), authorizing, but not directing, the Initial Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks and debit and credit card companies; (ii) claims of warehousemen and miscellaneous lien claimants; (iii) certain insurance obligations; (iv) obligations to "critical vendors;" (v) customer programs obligations; (vi)

employee wages, salaries, and related items, including, but not limited to, employee benefit programs and independent contractor obligations; (vii) taxes and assessments; and (viii) amounts held in trust or on a consignment basis where the company has collected on behalf of a third party.[5] Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Commencement Date. To the extent any adjustments are necessary for any payments made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First-Day Orders, such adjustments have been included in the Schedules and Statements unless otherwise noted on the applicable Schedule or Statement. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to the First-Day Orders.

11.    **Other Paid Claims.**  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

12.    **Setoffs.** The Debtors routinely incur certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, customer programs, returns, promotional funding, warranties, refunds, and other disputes between the Debtors and their customers and/or suppliers. These routine setoffs are consistent with the ordinary course of business in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and, as such, are excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

13.    **Accounts Receivable.** The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and are calculated net of any amounts that, as of the Commencement Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day operating policies.

---

[5] The First Day Orders were later applied to the Additional Debtors by the Bankruptcy Court.

14.     **Inventory.** Inventories are valued at the lower of cost or market determined primarily using the retail inventory method.   For certain of the Debtors that operate as Kmart, their merchandise inventories are valued under the retail inventory method using primarily a first-in, first-out cost flow assumption. For certain of the Debtors that operate as Sears, their merchandise inventories are valued under the retail inventory method using primarily a last-in, first-out cost flow assumption.

15.     **Property and Equipment.** Property and equipment (including leasehold improvements) are carried at cost, less accumulated depreciation.  Additions and substantial improvements are capitalized and include expenditures that materially extend the useful lives of existing facilities and equipment.  Maintenance and repairs that do not materially improve or extend the lives of the respective assets are expensed as incurred.  Depreciation expense, which includes depreciation on assets under capital leases, is recorded over the estimated useful lives of the respective assets using the straight-line method for financial statement purposes. The range of lives are generally 20 to 50 years for buildings, 3 to 10 years for furniture, fixtures and equipment, and 3 to 5 years for computer systems and computer equipment. Leasehold improvements are depreciated over the shorter of the associated lease term or the estimated useful life of the asset.

The inventories, property and equipment listed in the Schedules are presented without consideration of any mechanics' or other liens.

16.     **Mechanics' & UCC Liens.**  Known, filed mechanics' and UCC liens are listed on Schedule D.  The inventories, property, plant and equipment listed in these Schedules are presented without consideration of any mechanics' or other liens. To the extent the corresponding Debtor is identified within the filed documents, the liens are identified on that Debtor's Schedule D.  Those documents that do not identify a specific debtor are listed on Schedule D for Sears Holdings.

17.     **Excluded Assets and Liabilities.** Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported. Therefore, they do not represent specific claims as of the Commencement Date and are not otherwise set forth in the Schedules. Additionally, certain deferred assets, charges, accounts or reserves recorded for GAAP reporting purposes only and certain assets with a net book value of zero are not included in the Schedules. Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, closed store and warehouse reserves, accrued occupancy related costs for open stores, deferred real estate income, favorable lease rights and unfavorable lease liabilities.   Other immaterial assets and liabilities may have been excluded.

In the ordinary course of business, the Debtors maintain a customer loyalty reward program that entitles customers to receive certain benefits based on the amount they spend with the Debtors and certain partners (the "**Shop Your Way Program**").  As of the Commencement Date, there were approximately 144 million customers enrolled in the Shop Your Way Program.  The Debtors received approval under the *Order Authorizing Debtors to (i) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices, and (ii) Pay and Honor Related Prepetition Obligations* (ECF No. 135) (the "**Customer Programs Order**") to continue to honor Shop Your Way program benefits and obligations. Due to the Debtors' concern for their customers' privacy, and because it would be unduly burdensome and costly, the Debtors have not provided this customer list in their response to Schedule A/B Part 10.  The Debtors' customer list associated with the Shop Your Way Program is not representative of the customer lists generally identified in the Schedules.

The Debtors also support a number of other customer programs such as the ability for customers to purchase gift cards from the Debtors' stores to be redeemed later for merchandise, offers to customers for markdowns, deals, blue light specials and other offers, and may honor both their own and third-party coupons for discounts on merchandise.  The Debtors have received approval under the Customer Programs Order to continue to honor these program benefits.

The Debtors offer their customers an opportunity to purchase protection agreements ("**PAs**") or extended warranties under a number of different in-house programs that cover the repair or replacement cost of a product, including, but not limited to, home appliances, tools, jewelry, tires, electronics, lawn mowers and certain heating, ventilation, and air-conditioning products.  The Debtors offer service plans for these various products (retail and aftermarket) at different protection levels known as "Master Protection Agreements."  There are millions of customers enrolled in these various PAs.  The Debtors received approval under the Customer Programs Order to continue to honor these agreements.

18.   **Debtors' Reservation of Rights.** Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, the following:

a.   Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on its Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.   The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

c.  The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as either "priority," or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.  Listing a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

d.  In the ordinary course of their business, the Debtors may lease equipment from certain third-party lessors for use in the daily operation of its business. Any such leases are set forth in Schedule G and any current amount due under such leases that were outstanding as of the Commencement Date is listed on Schedule E/F. The property subject to any of such leases is not reflected in Schedule A/B as either owned property or assets of the Debtor nor is such property reflected in the Debtor's Statement of Financial Affairs as property or assets of third parties within the control of the Debtor. Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, but not limited to, the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including, but not limited to the right to assert claims objections and/or setoffs with respect to the same.

f.  The Debtors' businesses are part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

9

g. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h. The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  However, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they are included in the relevant Schedules and Statements.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements inadvertently may have been omitted. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that additional Guarantees are identified.  In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.  The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H.  Guarantees with respect to the Debtors' executory contracts and unexpired leases are not included on Schedule H and the Debtors believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments and similar agreements may exist and, to the extent they do, will be identified upon further review.

i. Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

j. To timely close the books and records of the Debtors as of the Commencement Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Commencement Date. The Debtors reserve all rights to amend the reported amounts of assets, liabilities, reported revenue and expenses to reflect changes in those estimates and assumptions.

19. **Global Notes Control**. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities

1. **Schedule-Specific Disclosures.** Each of Schedules A/B, D, E/F, G and H contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference. The asset totals listed on the Schedules represent all known amounts included in the Debtors' books and records as of the Commencement Date. To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

2. **Schedules A/B**

   a. **Part 1.** Details with respect to the Debtors' cash management system are provided in the Cash Management Motion.

   The Debtors are in possession of certain monies related to tenant or subtenant deposits where the Debtors are the lessor. These monies are not segregated in separate accounts and have been reported in the Debtors' cash balances. The Debtors believe that these amounts aggregate to less than $600,000.

   The restricted cash balance ($281.9 million) at Debtor Sears Holdings Corporation represents amounts in an escrow account held for the benefit of PBGC. This restricted cash was disbursed to the PBGC in November 2018.

   **Part 2.** The amounts listed in Part 2 for each Debtor are listed in accordance with the Debtors' books and records. These amounts do not necessarily reflect assets the Debtors will be able to collect or realize.

   The Debtors have numerous deposits with utility companies serving certain geographies with multiple facilities. It has been the Debtors' practice to largely account for these deposits on an operational, rather than on a store location and corresponding legal entity basis, which has resulted in utility deposits being primarily recorded on the balance sheets of debtors Kmart Corporation and Sears, Roebuck and Co. The carrying value of the deposits, as reflected in each Debtors' records, are listed in Part 2.

   The Debtors also maintain deposits to satisfy certain statutory requirements related to PAs, and sales tax requirements for the franchise business. These deposits are included in the Schedules for the appropriate legal entity as either collateral or miscellaneous deposits.

   Prepaid expenses primarily consist of cash in advance amounts paid to numerous vendors and suppliers for the purchase of inventory items. These advances were generally made on an operational basis for a vendor in the total amount for the Debtors, rather than by invoice or individual legal entity. The excess advances

11

above payables have been reclassified as prepaid inventory or prepaid miscellaneous expenses and are subject to reconciliation.  The remaining prepaid expenses primarily relate to prepaid advertising, insurance, rent and data processing expenses.  It has been the Debtors' practice to largely account for these advances on an operational, rather than a corresponding legal entity basis, which has resulted in the advances being primarily recorded on the balance sheets of Debtors: Sears, Roebuck and Co.; Sears Holdings Management Corporation; Kmart Operations LLC; Sears Operations LLC; and Sears Holdings Corporation.

b.  **Part 3.** The Debtors performed an analysis to estimate their accounts receivable aging on a legal entity basis.  This analysis was performed using accounts receivable data as of October 6, 2018, which coincides with the timing of the Debtors' fiscal accounting period that is closest to the Commencement Date.  The October 6, 2018 information was utilized to estimate the aging as the level of detail required to perform this estimation was not available as of the Commencement Date.

c.  **Part 4.** Any of the Debtors' ownership interests in subsidiaries, partnerships, and joint ventures are listed in Schedule A/B, Part 4, as undetermined amounts, because the fair market value of such interests is dependent on numerous variables and factors and may differ significantly from the net book value.

Membership or equity interests held by each of the Debtors in the other Debtor entities are contained in the Debtors' corporate ownership interest statements, which were filed in the Debtors' chapter 11 cases (collectively,[6] and as may be amended and supplemented, the "**Corporate Ownership Statements**"), and are hereby incorporated into Schedule A/B, Part 4, by reference.  Consequently, such interests are not listed again in these Schedules.

d.  **Part 5.** Amounts presented in the Schedules exclude any amounts of inventory on consignment. Amounts presented as inventory receipts within twenty days of filing have not been reduced to reflect inventory received under cash in advance payment or payments made post-petition under certain First-Day Orders. The amounts listed in this Part 5 should not be interpreted as an estimate of outstanding 11 U.S.C. § 503(b)(9) balances.

e.  **Part 8.** Actual realizable values of the identified leased or owned vehicles, machinery, fixtures and equipment may vary significantly relative to net book values as of the Commencement Date.

---

[6] The Initial Debtors' Consolidated Corporate Ownership Statement can be found at ECF No. 2. Debtors SHC Licensed Business LLC, SHC Promotions LLC, and SRe Holding Corporation commenced voluntary cases under chapter 11 of the Bankruptcy Code October 18, 2018, October 22, 2018, and January 7, 2019 respectively, and are jointly administered with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules.  For ownership information pertaining to these three subsidiary legal entities, please refer to ECF No. 2 under Case No. 18-23616, ECF No. 2 under Case No. 18-23630, and ECF No. 2 under Case No. 19-22031 for SHC Licensed Business LLC, SHC Promotions LLC, and SRe Holding Corporation, respectively.

f.  **Part 9.** The values listed for the real property owned and leased by the Debtors are the net book values of the various asset components (land, buildings, leasehold improvements, capital lease assets, etc.) as recorded on the fixed asset register for each applicable Debtor.  A listing of each real property (primarily store locations) owned by each of the Debtors is contained in a Rider to Schedule A/B for each applicable Debtor.  The Debtors have not included the net book value of each Debtor's interest in each owned or leased property as its fixed asset records are maintained on an operational rather than on a store location and corresponding legal entity basis.

Due to the complexity of certain of the Debtors' leasing and real estate transactions, the Debtors may have inadvertently listed certain properties as real property assets in Part 9 when such properties are in fact properties that are subject of certain of the executory contracts and unexpired leases reported on Schedule G.  The Debtors reserve all rights to re-characterize their interests in real property at a later date.  Further, due to the volume of the Debtors' real and personal property holdings, the Debtors may have listed certain assets as real property assets when such holdings are in fact in the nature of personal property holdings.  Debtors may also have listed certain assets as personal property assets when such holdings are in fact real property holdings.  The Debtors are continuing to review all relevant documents and expressly reserve their right to amend, re-categorize and/or re-characterize such asset holdings at a later time to the extent the Debtors determine such holdings were improperly listed.

g.  **Part 10.**  Part 10 identifies the Debtors' patents, copyrights, trademarks and trade secrets. The values presented in Part 10 reflect the net book value, to the extent that such value is reflected in the Debtors' books and records. A number of the trademarks are registered in multiple countries, including the United States.

Part 10 also includes a best effort listing of the Debtors' registered internet domains and websites. The act of not listing any specific domain or website is not a relinquishing of ownership.  The values presented in this Schedule reflect the net book value, to the extent that such value is reflected in the Debtors' books and records.

h.  **Part 11.**  In Part 11, dollar amounts are presented net of impairments and other adjustments.

   i.  ***Tax refunds and unused net operating losses (NOLs).***  The Debtors have significant net operating loss carryforwards and tax credits. The timing and use of such credits cannot be determined at this time.  As a result, the current value is stated as "Undetermined" in Part 11. The use of the word "Undetermined" does not reflect the potential materiality of deferred value.  See also response to SOFA 31, "Consolidated Tax Group" for additional information with respect to Limited Liability Companies.

    ii.   ***Interests in Insurance Policies or Annuities.***  The Debtors maintain a portfolio of insurance policies against unforeseen incidents and losses. There has been no assessment of the cash surrender value, if any, of such policies, to date.  Accordingly, the values ascribed to such policies are reported as Undetermined.

    iii.   ***Other contingent and unliquidated claims or causes of action of every nature.*** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, refunds with their customers and suppliers, and potential warranty claims against their suppliers, among other claims. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as plaintiffs, or counter-claims and/or cross-claims as defendants.

    Despite their reasonable efforts to identify all such assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

    iv.   ***Other property of any kind not already listed.***  As discussed in the Cash Management Motion, in the ordinary course of business, the Debtors maintain business relationships with each other and with their non-Debtor affiliates. Such intercompany transactions among entities result in intercompany receivables and payables (the "**Intercompany Claims**"). The Debtors have reported for each Debtor, the aggregate net intercompany balances among the Debtors and their non-debtor affiliates as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

    The intercompany receivable values reported in Schedule A/B reflect the net intercompany receivables for a particular Debtor entity from all other Debtor and non-Debtor affiliates. Similarly, the intercompany payable values reported in Schedule E/F reflect the net intercompany payable balances from a particular Debtor to all other Debtor and non-Debtor affiliates.

3. **Schedule D.** To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred, before the Commencement Date.

Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and/or their estates

reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. The Debtors scheduled claims of certain creditors as secured claims for informational purposes only, and no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. The Debtors have included on Schedule D the results of UCC searches performed prior to the Commencement Date. However, the listing of such results shall not be deemed an admission as to the validity or existence of any lien. The Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

The Debtors scheduled guarantee obligations under loan documents in Schedules D and E/F, as applicable, as contingent and unliquidated obligations, in undetermined amounts.

Any changes to the status of any liens or security rights since the Commencement Date may not be adequately reflected in Schedule D. Therefore, the Debtors may have listed claims with secured status that have changed, or failed to list certain parties whose claims may be secured through rights of setoff, deposits or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights on Schedule D.

Certain claims listed on Schedule D may be subject to setoff rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

To the extent the agreements governing certain security relationships have been listed elsewhere in the Schedules for the applicable Debtors, they have not been listed on Schedule D. The descriptions provided in Schedule D are intended only to be a summary, and the amounts due reflect principal amounts due as of the Commencement Date. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Detailed descriptions of the Debtors' pre-petition debt structure, guarantees and descriptions of collateral relating to each debt contained on Schedule D are contained in the *Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York* (ECF No. 3) (the "**CFO Declaration**"). In addition, the naming conventions used to describe the debt in Schedule D and, as applicable, Schedule E/F is consistent with the defined terms in the CFO Declaration.

4. **Schedule E/F**.

   a. **Part 1**.   The Debtors have not listed any tax, wage or wage-related obligations that the Debtors were granted authority to pay pursuant to First-Day Orders on Schedule E/F. The Debtors believe that all such claims for wages, salaries, expenses, benefits and other compensation as described in the First-Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. Unpaid amounts for severed employees have not been analyzed to determine

whether such amounts should be viewed as priority claims. In addition, for severed employees, there has been no analysis of whether any unpaid amounts exceed the priority claim limit or whether there should be a bifurcation of amounts owed between priority and nonpriority unsecured amounts. Accordingly, such claims are listed in Part 1 of Schedule E/F, and these Schedules identify the amount that may be subject to priority and the amount that may be nonpriority as Undetermined in both parts. The Debtors reserve their right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Claims owing to various taxing and regulatory authorities to which the Debtors may potentially be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to on-going audits and/or the Debtors are otherwise unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as undetermined, pending final resolution of on-going audits or other outstanding issues.

b. **Part 2.** The Debtors have attempted to relate all liabilities to each applicable Debtor. As a result of the Debtors' large and complex operations, however, Schedule E/F for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, may have valid setoff and recoupment rights with respect to such amounts. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown. Therefore, the Debtors did not indicate such potential set off rights. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted. Additionally, certain creditors may assert mechanics', materialsmen's, or other similar liens against the Debtors for amounts listed on Schedule E/F, with respect to which the Debtors reserve all rights. For certain vendors for which the claim amount may not be subject to offset, the Schedule reflect amounts which have been separately reclassified to either prepaid inventory or prepaid expense, as appropriate. Such prepaid amounts are reflected in Schedule A/B.

The Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, the Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F. The Debtors have made reasonable efforts to include all trade creditors on Schedule E/F. However, the Debtors believe there are instances where vendors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and therefore have not been included on Schedule E/F.

The Debtors' accounting system tracks vendors by vendor number. Because many vendors conduct business at several of the Debtors' locations and with multiple Debtors, and the Debtors may do business at multiple vendor locations, there are instances where the same vendor has multiple vendor numbers. For purposes of Schedule E/F, the Debtors have attempted to aggregate all claims of such vendors with multiple vendor numbers, by Debtor. However, instances may exist where not all such claims have been identified and the Debtors may have separately listed potentially duplicative claims of such vendors under multiple vendor numbers.

Unless otherwise noted, the claims listed on Schedule E/F are based on the Debtors' books and records as of the Commencement Date. Payments may have been made to certain vendors under applicable First Day Orders. To the extent that any such payments have been made, the amounts paid have been applied to reduce the amount of the claim. If the application of payments made by the Debtors (i) pursuant to a First Day Order, (ii) a cash in advance payment made prior to the Commencement Date, or (iii) relate to other payments to vendors and result in an over-advance, such payments have been listed as a prepaid expenses and included in Schedule A/B Part 2.

Schedule E/F also contains information regarding pending litigation involving the Debtors. In certain instances, the identity of each Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in Schedule E/F for that Debtor. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated and disputed in this Schedule. The Debtors have excluded workers' compensation claims from the Statements because the Debtors continue to honor their workers' compensation obligations in the ordinary course in accordance with the *Final Order Authorizing Debtors to (i) Continue, Maintain, and Renew Their Insurance Policies and Workers' Compensation Programs: (ii) Honor All Obligations with Respect Thereto: and (iii) Modify the Automatic Stay With Respect to the Worker's Compensation Programs* (ECF No. 792), entered on November 16, 2018.

The Debtors sell gift cards to customers in the normal course of business. The gift cards can be applied by customers toward purchases of groceries in the Debtors' stores. Due to the volume and frequency of gift card sales, the Debtors are not able to identify (i) all of the individual gift card holders, and (ii) the unredeemed value remaining on the individual gift cards. Accordingly, unredeemed gift card claims have not been included in Schedule E/F.

Schedule E/F includes the aggregate net intercompany payable amounts that may or may not result in allowed or enforceable claims by or against a given Debtor. Listing these payables is not an admission on the part of the Debtors that the intercompany claims are enforceable or collectible. The intercompany payables may be subject to set off, recoupment, netting or other adjustments made pursuant to intercompany policies and arrangements not reflected in the Schedules.

17

5. **Schedule G.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively the "**Agreements**"), review is ongoing and inadvertent errors, omissions or over-inclusion may have occurred. The Debtors may have entered into certain types of Agreements in the ordinary course of their businesses, such as indemnity agreements, non-executory supplemental agreements, amendments/letter agreements, and confidentiality agreements, which may not be set forth in Schedule G. In addition, as described herein, certain confidential information has been omitted from Schedule G.

The Debtors have entered into numerous Universal Terms and Conditions ("**UTC**") arrangements with vendors. For vendors with whom there was at least one open purchase order at the Commencement Date, the Debtors have included such purchase order in Schedule G. The Debtors have not listed all such short-term purchase and sales orders because of their large number and transitory nature. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Commencement Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been renewed, modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements, which may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G.

Any and all of the Debtors' rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, including, but not limited to, the Debtors' rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (iii) to amend or supplement Schedule G as necessary.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Each Agreement is included on Schedule G of every named Debtor party. In certain circumstances, the specific Debtor obligor(s) to certain of the Agreements could not be specifically identified. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the agreement. .

6. **Schedule H**. The Debtors are party to various debt agreements which were executed by multiple Debtors. The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor. In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against the other parties. To the extent such claims are listed elsewhere in the

Schedules of the applicable Debtors, they have not been set forth on Schedule H. Further, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to the extent that such agreements are listed elsewhere in the Schedules of the applicable Debtors.  In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim, and such claim is marked "contingent" and "unliquidated." No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors.  To the extent there are guarantees connected with any joint ventures to which the Debtor may be a party, such agreements are not identified in the Debtors' Schedules.

**Specific Notes with Respect to the Debtors' Statements of Financial Affairs**

1.  **SOFA 1 and SOFA 2.**  The presentation of amounts in the Debtors' responses to SOFA 1 and 2 are consistent with the classification of such amounts in the statements of operations, as disclosed in compliance with GAAP.

    The Debtors operate on a 4-4-5 retail calendar, dividing the year into four (4) quarters. Each quarter has 13 weeks, which are grouped into two (2) four-week "months" and one (1) five-week "month."  The Debtors' fiscal year ends on the Saturday closest to January 31 and consists of 52 weeks or, as is the case with fiscal year 2017, 53 weeks.

    - FY 2016: Comprised of 52 weeks ending January 28, 2017.
    - FY 2017: Comprised of 53 weeks ending February 3, 2018.
    - FY 2018: Comprised of 52 weeks ending February 2, 2019.

2.  **SOFA 3.** As described and defined in the Cash Management Motion, the Debtors utilize an integrated, centralized Cash Management System, in the ordinary course of business, to collect, concentrate and disburse funds generated by their operations.   The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The obligations of the Debtors are primarily paid by and through Sears, Roebuck and Co. or Kmart Corporation, notwithstanding that certain obligations may be obligations of one or more of the Debtors consistent with the Cash Management Motion.

    Payment data was extracted from multiple financial systems across the Debtors' organization. In instances where the payment system did not discern which Debtor the payment pertained to, such transactions were assigned to Sears, Roebuck and Co. The payments disclosed in SOFA 3 are based on payments made by the Debtors with payment dates from July 17, 2018 to October 15, 2018.

Amounts still owed to creditors will appear on the Schedules of Assets and Liabilities for each of the Debtors, as applicable.

The Debtor entities utilizes Automatic Data Processing, Inc. ("**ADP**") to process employee compensation and the related jurisdiction taxes associated with compensation payouts. The Debtors make bulk payments which include employee compensation, associated jurisdiction taxes, as well as the service fee ADP would charge for its related services. The various payments systems aren't able to bifurcate the portion related to employee compensation, therefore, amounts listed in response to SOFA 3 represent the total batch payments.

3.    **SOFA 4.** For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, (i) have a controlling interest in, or exercise sufficient control over the respective Debtor so as to unqualifiably dictate corporate policy and the disposition of assets, and/or (ii) are or were listed as participants in the Debtors' key employee incentive plan as approved by the KEIP Order.[7]

Individuals listed in the Statements as insiders have been included for informational purposes only. The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, please see SOFA 28 and SOFA 29.

Payments to insiders that have a specific related party interest include M-III Partners LLC ("**M-III**"). M-III pays insider Chief Restructuring Officer Moshin Meghji, and therefore payments to M-III may indirectly benefit Mr. Meghji. Such payments have been listed in the response to SOFA 11.

The payroll-related amounts shown in response to this question for any salary, bonus or additional compensation, and/or severance payments are net amounts that include reductions for amounts including employee tax and benefit withholdings.

4.    **SOFA 5.** The operating Debtors occasionally return damaged, unsatisfactory, or out-of-specification goods to vendors in the ordinary course of business. Other

---

[7] *Order (I) Approving Debtors' Incentive and Retention Programs for Certain Key Employees and (II) Granting Related Relief* (ECF No. 1437) (the "**KEIP Order**").

than ordinary course items, the Debtors are not aware of any property that has been returned to the seller.

5.   **SOFA 6.**   The Debtors accept payment in their various locations and on their website in the form of credit cards.  As a result of the relationship with the credit card processing companies, the Debtors are involved in setoff transactions on a continuous basis.  Specifically, other than the setoffs noted in SOFA 6, the Debtors maintain reserves with both First Data Corporation ("**First Data**") and American Express Co. ("**American Express**"). First Data and American Express are not owed any amounts because all amounts that are due and payable are offset against amounts that First Data and American Express owe the Debtors in the normal course of settlement.  While this is similar in effect to a set-off, it does not meet the legal criteria for set-off because the amounts never became unpaid.  Additionally, First Data and American Express have a contractual right to withhold from the settlements amounts due to them.  If the net amount due to the Debtors is greater than zero, there is no need for either American Express or First Data to exercise a set-off against the reserve, so the reserve will continue to be in place.  If First Data continues to process gift-card transactions and the Debtors continue to accept American Express credit cards for payment, the Company expects that net amounts due to the Debtors to exceed zero.  Further, the Debtors' relationships with their vendors require setoffs on regular cycles.  Documentation of these setoff transactions for the 90 days prior to the Commencement Date would be onerous and unwieldy.  Consequently, the Debtors have not listed these ordinary course setoffs in SOFA 6.

In the ordinary course of business, the Debtors receive benefits from their trade vendors including, but not limited to, rebates, promotional allowances, dividends, and contractual sharing of profits and discounts. These Debtor receivables are typically settled with the Debtors setting off the receivables against payments to the vendors. In some instances, the amounts are settled in cash. Given the frequency of these transactions, and the burden created in attempting to isolate them from normal course payments, the Debtors have not listed these ordinary course setoffs in SOFA 6.

The operating Debtors engage in certain customer programs, including return and refund programs pursuant to which customers may receive credits. Such transactions were not considered setoffs for the purpose of responding to SOFA 6, although the Debtors reserve all rights with respect thereto and make no admission of waiver thereby.

6.   **SOFA 7.**   The actions described in response to SOFA 7 are the responsive proceedings or pending proceedings of which the Debtors are aware. The actions described in SOFA 7 include, but are not limited to, commercial litigation, personal injury lawsuits, customer credit cases, workers' compensation claims, environmental-related proceedings, potential violations under the Equal Employment Opportunity Commission, potential violations under the

Occupational Safety & Health Administration, as well as investigations under state and federal law.

The Debtors have devoted substantial resources to identify and provide as much information for as many proceedings as possible in response to SOFA 7 using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, information the Debtors were unable to locate for proceedings that were listed was left blank.

The Debtors reserve all of their rights and defenses with respect to all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.  Further, the Debtors own property in numerous jurisdictions and in the ordinary course of business have disputed property valuations/tax assessments.  The Debtors have not listed such disputes on SOFA 7.

7.    **SOFA 9.**   The donations and/or charitable contributions listed in response to SOFA 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records. The Debtors may occasionally have excess prepaid materials related to customized projects at the end of a projects life cycle that they may give away to local charitable organization, rather than holding potential obsolete inventory.  These materials are given away without being recorded as such within the Debtor's book of record, however, the purchase price of material is allocated to its respective project cost.

In addition to the charitable contributions and gifts listed, the Debtors assist local communities by participating in a number of different programs, which include disaster relief, discounted merchandise for the disadvantaged, sporting equipment for local youth athletic teams, and gift cards to support local programs.  These contributions are often made at the discretion of store managers who have authority to make such donations, which are non-cash in nature.  The Debtors track some of these contributions, but given the ad-hoc frequency and nature of these transactions, often do not track certain information such as the recipient counterparties.  Tracking down such information would be burdensome given that these contributions are made at the store level and therefore are not included in the list of charitable contributions and gifts identified.  The Debtors are also affiliated with the Sears-Roebuck Foundation, a 501(c)(3) non-profit organization founded in 1959.  The Sears-Roebuck Foundation is a not a Debtor and therefore, its charitable contributions are also excluded from the list.

Further, as described in the *Motion of Debtors for Authority to (I) Maintain Certain Trust Fund Programs, (II) Release Certain Funds Held in Trust, and (III)*

*Continue to Perform and Honor Related Obligations* (ECF No. 15) (the "**Trust Funds Motion**"), in the ordinary course of business, the Debtors collect charitable contributions from customers through cash and credit card contributions at store checkout points. These customer contributions are not property of the Debtors' estates and are passed through to the applicable charitable organizations. The transfer of funds associated with these charitable programs have not been disclosed in SOFA 9 as they do not reflect donations or charitable contributions of property of the Debtors' estate.

8.     **SOFA 10.** The Debtor did not incur any losses within the year prior to the Commencement Date with respect to fire, theft, or other casualty that exceeded its insurance deductibles. The losses listed may exclude those incurred in the ordinary course of business. Amounts listed may include the value of property or estimated claim amounts for, among other things, shrinkage and damage.

Given the scale of the Debtors' store footprint, certain losses cannot be tracked by the Debtors with complete accuracy and, accordingly, such losses are listed on the Debtors' Statements based on general ledger accounts that capture items such as theft, inventory shrink, and property damage. Additionally, the Debtors only account for general recoveries of such losses, with this general amount being the recovery listed in the Statements for the one year immediately prior to the Petition Date.

9.     **SOFA 11.** All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Commencement Date were made by Sears Holdings and are, therefore, listed on that Debtor's response to SOFA 11. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their post-petition lenders or other parties on account of any applicable fee arrangements.

10.    **SOFA 13.** The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in SOFA 13.

To the extent that the Debtors vacated store locations during the three years immediately preceding the Commencement Date, information on these former store locations is contained in the Debtors' response to SOFA 14. As part of the store closure process, the Debtors may sell equipment, hardware and other assets with value to interested parties such as the landlord and/or third party liquidators. The Debtors may also abandon assets in place at the locations for which they have

23

no future use or have been unable to sell to a third party. Certain *de minimis* transfers of assets resulting from such actions may not have been captured in the Debtors' response to SOFA 13.

11.   **SOFA 14.**    The Debtors operate locations both domestically and internationally. The Debtors have included a listing of all current and previous addresses owned or leased by the Debtor. In select instances, the dates of occupancy for certain retail addresses was not readily available. For these instances, the applicable dates are listed as "Unknown."

12.   **SOFA 16.**   In the ordinary course of business, the Debtors collect certain personally identifiable information ("**PII**"), including, but not limited to, their customers' names, home address, and email addresses. A list of categories of collected PII is included in the response to SOFA 16. The Debtors also maintain prescription-related information on their pharmacy customers. All pharmacy records are kept and maintained in accordance with the privacy and confidentiality requirements mandated by Federal and state law. The Debtors' privacy policy for pharmacy records is available at all of their pharmacy locations.

13.   **SOFA 20.**    The Debtors utilize Iron Mountain Storage Facilities ("**Iron Mountain**") to retain records. Iron Mountain has various store locations across the United States. The Debtors do not maintain specific Iron Mountain addresses and thus have not listed them in SOFA 20. The Debtors own and operate their distribution centers. Accordingly, the distribution centers do not constitute off-premise storage for purposes of this response.

In addition, the Debtors have not disclosed in response to SOFA 20 (i) inventory for sale being held in the mini-storage units that the Debtors rent from time to time to store excess inventory in the ordinary course of business or (ii) any owned in-transit inventory. The Debtors have determined that the collection of this specific information would be time-consuming and an inefficient use of estate resources. Further, such inventory is accounted for on the Debtors' Schedules. As such this inventory is not included in SOFA 20.

14.   **SOFA 21.**   In the ordinary course of business, the Debtors' retail locations contain various inventory goods owned by third parties. In addition to regular consignment inventory arrangements, the Debtors may have Scan Based Trading ("**SBT**") agreements with third parties. Goods that fall under SBT agreements are owned by the supplier up until the point of sale. The Debtors do not track the value of the SBT inventory for each supplier and such SBT inventory is held at various retail locations. Additionally, the Debtors may utilize leased property in their ordinary course of business. Therefore, the Debtors may hold property subject to leases listed on the Debtors' Schedule G.

15.     **SOFA 22–24.**   The Debtors have devoted substantial resources to identify and provide the required information for as many responsive sites and proceedings as possible in response to SOFA 22–24 using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, it is possible that certain of the matters listed on SOFA 22–24 for a particular Debtor may also relate to another Debtor and may have been inadvertently left off such other Debtor's response to this question. The Debtors have endeavored to disclose all applicable information in response to SOFA 22–24. For ownership of subsidiary legal entities, please refer to the Debtors' Corporate Ownership Statements, which are incorporated into the Statements by reference herein.

With regard to SOFA 23, the Debtors have listed existing store locations for which environmental remediation actions were in process as of the Commencement Date.   The Debtors were in compliance with all remediation requirements as of the Commencement Date.

16.   **SOFA 25.**   The Debtors have used their reasonable efforts to identify the beginning and ending dates of all businesses in which the Debtors were a partner or owned five percent or more of the voting or equity securities within the six years immediately preceding the Commencement Date. In certain instances, however, the dissolution dates of certain entities that are no longer in existence were not readily available and, therefore, are not included in SOFA 25.  All such entities were either merged with other entities owned by the Debtors or were dissolved prior to the Commencement Date.  The Debtors have listed non-debtor subsidiaries on the Statement of the Debtor entity (the "**Proximate Parent Debtor**") that most directly held or otherwise had control over the interests in such non-debtor entities, but not on the Statements of the parent entities of the Proximate Parent Debtor. For the inter-Debtor ownership information, please refer to the Corporate Ownership Statements.

17.     **SOFA 26.**  Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Debtors have filed with the U.S. Securities and Exchange Commission (the "**SEC**") reports on Form 8-K, Form 10-Q, and Form 10-K. These SEC filings contain consolidated financial information relating to the Debtors.   Additionally, consolidated financial information for the Debtors is posted on the Debtors' website at www.sears.com.  Because the SEC filings and the website are of public record, the Debtors do not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or the Debtors.

In addition, the Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors with financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists to track such disclosures and, therefore, have not listed these recipients in SOFA 26.

18.    **SOFA 27.**  The Debtors inventory product at their various store locations on a
continual basis. In an effort to reduce the amount of disclosures that would be
otherwise applicable—disclosures that could name in excess of 1,000 store-level
managers—the Debtors have provided the regional leads in response to SOFA 27.

In addition, the Debtors perform periodic cycle inventory counts throughout each
year and at least one full physical inventory count per year at each individual
location.  The total values of each count related to "Sears" and "Kmart" retail and
distribution center locations are assigned to their parent entities, Sears, Roebuck
and Co. and Kmart Holding Corp., respectively.

Additionally, the Debtors inventory product at their various retail and distribution
centers on a regular basis.  The Debtors have only provided the regional leads in
response to SOFA 27.

19.    **SOFA 28.**  The Debtors have excluded from SOFA 28 shareholders who hold less
than five percent (5%) of each Debtor's voting or equity securities, as is
consistent with reporting requirements under SEC Filing 13D.  For inter-Debtor
ownership information, please refer to the Corporate Ownership Statements. For
each entity, the Debtors have included individuals as of the Commencement Date,
identified as directors, officers, members, or managers, as applicable, of such
entity in the Debtors' recordkeeping systems or, if no individuals were identified,
an entity member, as applicable.

20.    **SOFA 29.**  The disclosures relate specifically to terminated job titles or positions
and are not indicative of the individuals' current employment status with the
Debtors. For each entity, the Debtors have included the individuals who, during
the applicable period, were identified as directors and officers of such entity in the
Debtors' recordkeeping systems.

21.    **SOFA 30.**   Any and all known disbursements to Insiders of the Debtors, as
defined above, have been listed in the response to SOFA 4.

22.    **SOFA 31.**  Various Debtor limited liability companies ("**LLCs**") are disregarded
for tax purposes.  Income generated by an LLC is consolidated at a higher
reporting unit level with entities including Sears, Roebuck, and Co., Kmart
Corporation, Sears Holdings and others. Only corporations can be "members" of a
consolidated group for tax purposes. Because the Debtor LLCs are not
corporations for tax purposes, they are identified as not being members of the tax
consolidated group in the response to SOFA 31.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SEARS HOLDINGS CORPORATION |
| United States Bankruptcy Court for the: | Southern |
| District of: | New York |
| | {State} |
| Case number (If known): | 18-23538 |

☐ Check if this is an amended filing

# Official Form 206 A/B

**12/15**

## Schedule A/B: Assets - Real and Personal Property

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: List Creditors Who Have Secured Claims

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Disbursements | 4 2 6 6 | $ 0.00 |
| 3.2. | Bank of America | Depository/Disbursements | 6 7 1 9 | $ 0.00 |

4. **Other Cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Restricted Cash | $ 280,996,465.00 |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 280,996,465.00

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☒ Yes. Fill in the information below.

Debtor        SEARS HOLDINGS CORPORATION
              _____        Case number *(if known)*    18-23538 _____
              Name

|  | | Current Value of debtor's interest |
|---|---|---|

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | Collateral Deposits | $ 1,934,192.00 |
|---|---|---|
| 7.2. | Miscellaneous Deposits | $ 250,000.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of deposit

| 8.1. | Prepaid Expenses | $ 162,726,167.00 |
|---|---|---|

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$ 164,910,359.00

| Part 3: | Accounts Receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | | Current Value of debtor's interest |
|---|---|---|

**11.** **Accounts Receivable**

| 11a. 90 days old or less: | $ 3,480,698.00 <br> Face amount | − | $ 0.00 <br> Doubtful or uncollectible amount | =...... → | $ 3,480,698.00 |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | $ 0.00 <br> Face amount | − | $ 0.00 <br> Doubtful or uncollectible amount | =...... → | $ 0.00 |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 3,480,698.00

| Part 4: | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. | None | | $ 0.00 |
|---|---|---|---|

Debtor    SEARS HOLDINGS CORPORATION
          _____
          Name

Case number *(if known)*    18-23538
          _____

**15.    Non-publicly traded stocks and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

| 15.1. | Sears Authorized Independent Auto Centers LLC | 100% % | Net Book Value | $ | UNDETERMINED |
| 15.2. | See Global Notes | % | | $ | UNDETERMINED |

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. | None | | $ | 0.00 |

**17.    Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ | 0.00

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 5:** **Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw Materials** | | | | |
| | MM/DD/YYYY | $ | | $ |
| **20.** **Work in progress** | | | | |
| | MM/DD/YYYY | $ | | $ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| | MM/DD/YYYY | $ | | $ |
| **22.** **Other inventory or supplies** | | | | |
| | MM/DD/YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book value  $ _____    Valuation Method [_____]    Current Value  $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

---

**Schedule A/B: Assets - Real and Personal Property**

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|
| **28. Crops - either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

**33. Total of Part 6**
Add lines 26 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No.

   ☐ Yes.

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____  Valuation Method _____  Current Value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37. Has any of the property in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture , fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

Debtor     SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | $ | | $ |
| **40.** Office fixtures | $ | | $ |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | $ | | $ |
| **42.** Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections, memorabilia, or collectibles. | | | |
| 42.0 | $ | | $ |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$ _____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

❑ No.

❑ Yes.

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❑ No.

❑ Yes.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

❑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | $ | | $ |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | $ | | $ |
| **49.** Aircraft and accessories | $ | | $ |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $_____  _____  $_____

**51.  Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52.  Is a depreciation schedule available for any property listed in Part 8?**

☐ No.

☐ Yes.

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 9:**    **Real property**

**54.  Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|---|
| _____ | _____ | $_____ | _____ | $_____ |

**56.  Total of Part 9**

Add lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 10:**    **Intangibles and intellectual property**

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

Debtor    SEARS HOLDINGS CORPORATION
_____    Case number *(if known)*    18-23538_____
Name

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|

**60.**   **Patents, copyrights, trademarks, and trade secrets.**

_____    $ _____        _____    $ _____

**61.**   **Internet domain names and websites**

_____    $ _____        _____    $ _____

**62.**   **Licenses, franchises, and royalties**

_____    $ _____        _____    $ _____

**63.**   **Customer lists, mailing lists, or other compilations**

_____    $ _____        _____    $ _____

**64.**   **Other intangibles, or intellectual property**

_____    $ _____        _____    $ _____

**65.**   **Goodwill**

_____    $ _____        _____    $ _____

**66.**   **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                      $ _____

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐   No.

☐   Yes.

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐   No.

☐   Yes.

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐   No.

☐   Yes.

**Part 11:**   **All other assets**

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**

☐   No. Go to Part 12.

☒   Yes. Fill in the information below.

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**71.  Notes receivable**

Description (including name of obligor)

| | | | | **Current Value of debtor's interest** |

None

$ _____ 0.00    − $ _____ 0.00    = ➜    $ _____ 0.00
Total Face amount        Doubtful or uncollectible amount

**72.  Tax refunds and unused net operating losses (NOLS)**

Description (for example, federal, state, local)

Foreign Tax Credits after FY2017 Return (10 year carryforward)          Tax Year    2018    $ _____ UNDETERMINED

Total NOL after FY2017 Return          Tax Year    2018    $ _____ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**73.**    **Interests in insurance policies or annuities**

ACE American Insurance Company
Auto Liability - NH $500,000 (8/1/2018 - 1/1/2019)
Policy Number: ISA H25159883
$      UNDETERMINED

ACE American Insurance Company
Auto Liability - Non-PPT $5,000,000 (8/1/2018 - 1/1/2019)
Policy Number: ISA H25159871
$      UNDETERMINED

ACE American Insurance Company
Auto Liability - PPT $5,000,000 (8/1/2018 - 1/1/2019)
Policy Number: ISA H25159895
$      UNDETERMINED

ACE American Insurance Company
Excess Workers' CompensationStatutory WC $2MM/$2MM/$2MM
(8/1/2018 - 1/1/2019)
Policy Number: WCU C65226273
$      UNDETERMINED

ACE American Insurance Company
Foreign Package $5,000,000 (8/1/2018 - 8/1/2019)
Policy Number: PHF D42183659 002
$      UNDETERMINED

ACE American Insurance Company
General Liability $5,000,000 (8/1/2018 - 1/1/2019)
Policy Number: HDO G71097614
$      UNDETERMINED

ACE American Insurance Company
General Liability - GGP $3,000,000 (8/1/2018 - 1/1/2019)
Policy Number: HDO G71097730
$      UNDETERMINED

ACE American Insurance Company
General Liability - Macerich $3,000,000 (8/1/2018 - 1/1/2019)
Policy Number: HDO G71097699
$      UNDETERMINED

ACE American Insurance Company
General Liability - Mahopac $3,000,000 (8/1/2018 - 1/1/2019)
Policy Number: CGO G71097778
$      UNDETERMINED

ACE American Insurance Company
General Liability - Simon $3,000,000 (8/1/2018 - 1/1/2019)
Policy Number: HDO G71097651
$      UNDETERMINED

ACE American Insurance Company
Primary $40MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)
Policy Number: RLOD3739824A011
$      UNDETERMINED

ACE American Insurance Company
Workers' Compensation - AOSStatutory WC $2MM/$2MM/$2MM
(8/1/2018 - 1/1/2019)
Policy Number: WLR C65226236
$      UNDETERMINED

ACE Fire Underwriters Insurance Company
Workers' Compensation - WIStatutory WC$2MM/$2MM/$2MM
(8/1/2018 - 1/1/2019)
Policy Number: SCF C65226315
$      UNDETERMINED

ACE Property and Casualty Insurance Company
$25M Lead Umbrella (8/1/2018 - 8/1/2019)
Policy Number: XOO G28144799 003
$      UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| AIG Europe Limited<br>Primary $440MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PTNAM1802875 | $   UNDETERMINED |
| Allianz Global Risks US Insurance Company<br>2nd Excess Directors & Officers Liability $10M xs $15M (5/15/2018 -<br>5/15/2019)<br>Policy Number: USF00087418 | $   UNDETERMINED |
| Allied World Assurance Co. Ltd.<br>$25M part of $50M xs $100M Excess Liability (8/1/2018 - 8/1/2019)<br>Policy Number: C005782/013 | $   UNDETERMINED |
| Allied World Assurance Co. Ltd.<br>$25M xs $25M Excess Liability (8/1/2018 - 8/1/2019)<br>Policy Number: C018491/006 | $   UNDETERMINED |
| Allied World Assurance Company<br>Deductible Buy Down (Location Specific): 3/13/18 - 3/13/19 - Property<br>Policy Number: P043866/001 | $   UNDETERMINED |
| Allied World Assurance Company<br>Pollution Legal Liability - Eden Prairie $1,000,000 (4/1/2017 -<br>4/1/2020)<br>Policy Number: 0310-5748 | $   UNDETERMINED |
| Allied World Assurance Company<br>Primary $65MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: P003839/015 | $   UNDETERMINED |
| Argo Re Ltd.<br>9th Excess Directors & Officers Liability $10M xs $95M (5/15/2018 -<br>5/15/2019)<br>Policy Number: ARGO-ASIDE-17-001041.1 | $   UNDETERMINED |
| Aspen Specialty Insurance Company<br>Primary $90MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PXAA52818 | $   UNDETERMINED |
| AXA Insurance Company<br>Fine Arts Floater - The Universe $13,000,000 (1/15/2018 - 5/15/2019)<br>Policy Number: 01-334-12-17-00034 | $   UNDETERMINED |
| AXIS Insurance Company<br>8th Excess Directors & Officers Liability $10M xs $85M (5/15/2018 -<br>5/15/2019)<br>Policy Number: MCN738227/01/2017 | $   UNDETERMINED |
| AXIS Insurance Company<br>Comprehensive Crime - Primary $10,000,000 (3/31/2018 - 3/31/2019)<br>Policy Number: MCN793165012018 | $   UNDETERMINED |
| Berkshire Hathaway Specialty Insurance Company<br>$25M part of $50M xs $50M Excess Liability (8/1/2018 - 8/1/2019)<br>Policy Number: 47-XSF-302809-03 | $   UNDETERMINED |
| Bunker Hill International Insurance Bermuda<br>$25M part of $50M xs $50M Punitive Damages (8/1/2018 - 8/1/2019)<br>Policy Number: 748901 | $   UNDETERMINED |
| Chubb Bermuda Insurance Ltd.<br>$50M xs $150M Excess Liability (8/1/2018 - 8/1/2019)<br>Policy Number: SHLD-0221/BSF03 | $   UNDETERMINED |

Debtor     SEARS HOLDINGS CORPORATION
           _____
           Name

Case number (if known)   18-23538
                         _____

| | | |
|---|---|---|
| Chubb Bermuda Insurance Ltd.<br>Lead $25M Punitive Damages (8/1/2018 - 8/1/2019)<br>Policy Number: SHLD-PD/18 | $ | UNDETERMINED |
| Continental Casualty Company<br>5th Excess Directors & Officers Liability $10M xs $50M (5/15/2018 -<br>5/15/2019)<br>Policy Number: 596686796 | $ | UNDETERMINED |
| Crum & Forster<br>$25MM (X $75MM/$115MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PPP-910258 | $ | UNDETERMINED |
| Endurance Worldwide Insurance Ltd.<br>Primary $440MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PTNAM1802912 | $ | UNDETERMINED |
| Everest National Insurance Company<br>$25M part of $50M xs $50M Excess Liability (8/1/2018 - 8/1/2019)<br>Policy Number: XC5EX00224-181 | $ | UNDETERMINED |
| Federal Insurance Company<br>Comprehensive Crime - Excess $10M x $10M (3/31/2018 - 3/31/2019)<br>Policy Number: 82472277 | $ | UNDETERMINED |
| Federal Insurance Company (Chubb)<br>Boiler & Machinery Policy (Inspections) Inspections only(2/1/2018 -<br>2/1/2019)<br>Policy Number: 76401454 | $ | UNDETERMINED |
| Global Aerospace, Inc.<br>Non-Owned Aircraft Liability $100,000,000 (2/26/2018 - 2/26/2019)<br>Policy Number: 13000678 | $ | UNDETERMINED |
| Great Lakes Insurance SE<br>$350MM (X $100MM/$140MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PTNAM1802903 | $ | UNDETERMINED |
| Hamilton Re, Ltd.<br>Primary $65MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PX18-4217-01 | $ | UNDETERMINED |
| HDI Global Insurance Company<br>$375MM (X $75MM/$115MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: XPD1488701 | $ | UNDETERMINED |
| Hiscox $2M / ACT $3M<br>4th Excess Directors & Officers Liability $15M xs $35M (5/15/2018 -<br>5/15/2019)<br>Policy Number: FSUSC1802479 | $ | UNDETERMINED |
| Hiscox Insurance Company Inc.<br>Kidnap and Ransom $30,000,000 (9/1/2018 - 9/1/2019)<br>Policy Number: UKA3001668.16 | $ | UNDETERMINED |
| Hudson Specialty Insurance Company<br>$350MM (X $100MM/$140MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: HCS102360 | $ | UNDETERMINED |

Debtor    SEARS HOLDINGS CORPORATION
           Name

Case number *(if known)*   18-23538

| | | |
|---|---|---|
| Illinois National Insurance Company (AIG)<br>14th Excess Directors & Officers Liability $10M xs $140M (5/15/2018 - 5/15/2019)<br>Policy Number: 01-423-04-29 | $ | UNDETERMINED |
| Illinois National Insurance Company (AIG)<br>4th Excess Directors & Officers Liability $15M xs $35M<br>Policy Number: 01-423-10-78 | $ | UNDETERMINED |
| Illinois Union Insurance Company (ACE)<br>Pollution Legal Liability $5,000,000 (11/1/2009 - 11/1/2019)<br>Policy Number: PPLG24882688 001 | $ | UNDETERMINED |
| Iron-Starr Excess Agency Ltd.<br>$25M part of $50M xs $100M Excess Liability (8/1/2018 - 8/1/2019)<br>Policy Number: IS0004392 | $ | UNDETERMINED |
| Ironshore Specialty Insurance Company<br>Primary $440MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: 000423109 | $ | UNDETERMINED |
| Liberty Mutual Fire Insurance Company<br>Primary $440MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: MJ2L9L426774038 | $ | UNDETERMINED |
| Lloyd's Syndicate No. 1183 (TAL, BRT)<br>Primary $90MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PTNAM1802913 | $ | UNDETERMINED |
| Lloyd's Syndicate No. 1414 (ASC)<br>Primary $65MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PTNAM1802914 | $ | UNDETERMINED |
| Lloyd's Syndicate No. 1955 (Barbican)<br>$350MM (X $100MM/$140MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: 042768061808 | $ | UNDETERMINED |
| Lloyd's Syndicate No. 1955 (Barbican)<br>Primary $65MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: 042768061812 | $ | UNDETERMINED |
| Lloyd's Syndicate No. 2468 (Neon)<br>Primary $65MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: BNPD18AA158Z | $ | UNDETERMINED |
| Lloyd's Syndicate No. 318 (MSP)<br>Primary $90MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PTNAM1801122 | $ | UNDETERMINED |
| Lloyd's of London (AIG 80% / ACT 20%)<br>11th Excess Directors & Officers Liability $5M xs $125M (5/15/2018 - 5/15/2019)<br>Policy Number: FSUSC1801090 | $ | UNDETERMINED |
| Lloyd's of London (Beazley 37.5% / Aspen 15% / ACT 20% / StartPoint 12.5% / AIG 15% (UK))<br>10th Excess Directors & Officers Liability $20M xs $105M (5/15/2018 - 5/15/2019)<br>Policy Number: FSUSC1801088 | $ | UNDETERMINED |

Debtor   <u>SEARS HOLDINGS CORPORATION</u>          Case number *(if known)*   <u>18-23538</u>
          Name

| | | |
|---|---|---|
| Lloyd's of London (Beazley)<br>1st Excess Directors & Officers Liability $7.5M xs $7.5M (5/15/2018 - 5/15/2019)<br>Policy Number: FSUSC1800413 | $ | UNDETERMINED |
| Lloyd's of London (Hiscox 50% / AIG 30% / ACT 20% (UK))<br>7th Excess Directors & Officers Liability $10M xs $75M (5/15/2018 - 5/15/2019)<br>Policy Number: FSUSC1800971 | $ | UNDETERMINED |
| Lloyd's of London (StartPoint 50% / Aspen 30% / ACT 20% (UK))<br>6th Excess Directors & Officers Liability $15M xs $60M (5/15/2018 - 5/15/2019)<br>Policy Number: FSUSC1800410 | $ | UNDETERMINED |
| Lloyd's Syndicates 623/2623<br>Pollution Legal Liability - GGP $10,000,000 (5/29/2015 - 5/29/2025)<br>Policy Number: W18A4D150101 | $ | UNDETERMINED |
| Lloyd's Syndicates 623/2623<br>Pollution Legal Liability - Macerich $10,000,000 (6/30/2015 - 6/30/2025)<br>Policy Number: W18DCF150101 | $ | UNDETERMINED |
| Lloyd's Syndicates 623/2623<br>Pollution Legal Liability - Simon $10,000,000 (6/12/2015 - 6/12/2025)<br>Policy Number: W18BF6150101 | $ | UNDETERMINED |
| Magna Carta Insurance Limited<br>$25M part of $50M xs $50M Punitive Damages (8/1/2018 - 8/1/2019)<br>Policy Number: MCEV204734 | $ | UNDETERMINED |
| Markel Bermuda Ltd.<br>$50MM (X $50MM/$100MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: 1374862-9606-PRMAN-2018 | $ | UNDETERMINED |
| National Casualty Company<br>Sponsorship Liability - Excess $5M x $1M (8/1/2018 - 8/1/2019)<br>Policy Number: XKO0007542300 | $ | UNDETERMINED |
| National Casualty Company<br>Sponsorship Liability - Primary $1,000,000 (8/1/2018 - 8/1/2019)<br>Policy Number: KEO0007542100 | $ | UNDETERMINED |
| National Union Fire Ins Co of Pittsburgh, PA<br>Business Travel Accident $500,000 (1/31/2018 - 1/31/2019)<br>Policy Number: GTP9129594 | $ | UNDETERMINED |
| Navigators Specialty Insurance Company<br>Environmental - Sears Auto Service Centers $1,000,000 (9/1/2017 - 9/1/2020)<br>Policy Number: CH17ESP0BHJV2NC | $ | UNDETERMINED |
| North American Elite Insurance Company<br>Mahopac, NY Property $9,100,000 (4/15/2018 - 4/15/2019)<br>Policy Number: NAP200246800 | $ | UNDETERMINED |
| North American Specialty Insurance Company<br>3rd Excess Directors & Officers Liability $10M xs $25M (5/15/2018 - 5/15/2019)<br>Policy Number: DAX 2000102 00 | $ | UNDETERMINED |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Old Republic Insurance Company<br>13th Excess Directors & Officers Liability $5M xs $135M (5/15/2018 - 5/15/2019)<br>Policy Number: ORPRO 39488 | $ | UNDETERMINED |
| PartnerRe Ireland Insurance da<br>$350MM (X $100MM/$140MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: PTNAM1802911 | $ | UNDETERMINED |
| Scottsdale Insurance Company<br>General Liability (buffer) - Costa Mesa $1M xs $1MM (8/14/2018 - 8/14/2019)<br>Policy Number: XLS0107980 | $ | UNDETERMINED |
| Scottsdale Insurance Company<br>General Liability - Costa Mesa $1,000,000 (8/14/2018 - 8/14/2+019)<br>Policy Number: BCS0037278 | $ | UNDETERMINED |
| Starr Indemnity & Liability Company<br>Stock Throughput (6/1/18 - 6/1/19)<br>Policy Number: MASICNY0264US18 | $ | UNDETERMINED |
| Starr Surplus Lines Insurance Company<br>Primary $90MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: SLSTPTY11075718 | $ | UNDETERMINED |
| Stratford Insurance Company (Validus)<br>12th Excess Directors & Officers Liability $5M xs $130M (5/15/2018 - 5/15/2019)<br>Policy Number: PDX0000018 | $ | UNDETERMINED |
| Tokio Marine America Insurance Company<br>Primary $440MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: LCP648016707 | $ | UNDETERMINED |
| Westport Insurance Corporation<br>Primary $90MM (X $10MM/$50MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: NAP045210506 | $ | UNDETERMINED |
| XL Bermuda Ltd.<br>$350MM (X $100MM/$140MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: XL PRP 714637 18 | $ | UNDETERMINED |
| XL Catlin (Lloyds Syndicate 2003)<br>Sabotage & Terrorism (Location Specific): 3/9/18 - 3/9/19 - Property<br>Policy Number: CMCTR1802826 | $ | UNDETERMINED |
| XL Specialty Insurance Company<br>Lead Directors & Officers Liability Primary $7.5M (5/15/2018 - 5/15/2019)<br>Policy Number: ELU149912-17 | $ | UNDETERMINED |
| Zurich American Insurance Company<br>Primary $65MM (X $10MM/$50MM) & $25MM (X $75MM/$115MM) - Property (6/1/18 - 6/1/19)<br>Policy Number: XPP926068011 | $ | UNDETERMINED |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number (if known)   18-23538

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.  The Interchange Litigation claims merchants paid excessive fees to accept Visa and MasterCard cards (Filed on 10/31/2014)

$     UNDETERMINED

**Nature of claim**   Antitrust - Unilateral Pricing Policy

**Amount Requested**   $     412,000,000.00

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Earned but unpaid rebates and/or incentives relating to media purchases and potential breach of contract

$     UNDETERMINED

**Nature of claim**   Potential Claims - Commercial Contracts

**Amount requested**   $     UNDETERMINED

Lawsuit Filed On 06 Oct 2014 for discharge of the distribution agreement and damages against Plaza Lama.

$     UNDETERMINED

Counterclaim Filed on 23 Apr 2015, Plaza Lama launched a counterclaim in execution of contract and damages.

**Nature of claim**   Commercial Transactions and Agreements - Commercial Contracts

**Amount requested**   $     UNDETERMINED

To process miscellaneous claims against bankrupt Sears vendors and contractors that pay out from time to time

$     UNDETERMINED

**Nature of claim**   Lawsuit - Judgment Lien Recovery

**Amount requested**   $     UNDETERMINED

**76. Trusts, equitable or future interests in property**

$     0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | | |
|---|---|---|
| Intercompany Instrument Investment Amount | $ | 193,470,497.00 |
| Intercompany Instrument Investment Amount SRAC Medium Term Notes | $ | 288,446,000.00 |
| Intercompany Investment Amount | $ | 16,923,700,310.00 |

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

$     17,405,616,807.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 12:** **Summary**

In part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 280,996,465.00 | |
| 81. **Deposits and Prepayments.** *Copy line 9, Part 2.* | $ 164,910,359.00 | |
| 82. **Accounts Receivable.** *Copy line 12, Part 3.* | $ 3,480,698.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ - | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ - | |
| 86. **Office Furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ - | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ - | |
| 88. **Real Property.** *Copy line 56, Part 9.*..............................➜ | | $ - |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ - | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 17,405,616,807.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.......................... 91. | $ 17,855,004,329.00 | + $ 0.00 |

92. **Total of all property on Schedule A/B.** *Lines 91a + 91b = 92.*................................................................................    $ 17,855,004,329.00

**Fill in this information to identify the case:**

Debtor name    SEARS HOLDINGS CORPORATION

United States Bankruptcy Court for the:    Southern     District of:    New York

Case number (If known):    18-23538      {State}

☐ Check if this is an amended filing

## Official Form 206 D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**Part 1:**    **List Creditors Who Have Secured Claims**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**   **Creditor's Name**

JPP LLC

**Creditor's Mailing Address**

1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154

USA

**Creditor's email address, if known**

**Date debt was incurred**    9/1/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor, and its relative priority

   1. Bank of America; 2. JPP/JPP II, LLC

**Describe debtor's property that is subject to a lien**

Inventory, receivables and other related assets of the Company and its subsidiaries which are obligated on the Second Lien Term Loan and the New Senior Secured Notes.

**Describe the lien**

Second Lien Term Loan  UCC Lien 20173946156

**Is the creditor an insider or related party?**

☐ No

☒ Yes

**Is anyone else liable on the claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent

☒ Unliquidated

☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's Name**
WILMINGTON TRUST AS TRUSTEE

**Creditor's Mailing Address**
7530 LUCERNE DR 305,

CLEVELAND, OH 44130
USA

**Creditor's email address, if known**

**Date debt was incurred**   10/12/2010

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables.

**Describe the lien**

> Second Lien Notes UCC Lien 20103552621

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89,002,000.00    $ UNDETERMINED

**2.3**

**Creditor's Name**
CITIBANK NA AS ADMINISTRATIVE AGENT

**Creditor's Mailing Address**
390 GREENWICH STREET 1ST FLOOR,

NEW YORK, NY 10013
USA

**Creditor's email address, if known**

**Date debt was incurred**   12/28/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America and JPP/JPP II, LLC

**Describe debtor's property that is subject to a lien**

> A Stand-Alone L/C Facility secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables. Cash collateral on deposit with the Issuing Bank equal to 102% of the commitments under the

**Describe the lien**

> Stand-Alone L/C Facility  UCC Lien 201701040003368

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ UNDETERMINED    $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
| | Name | | |

| **Part 1** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.4** Creditor's Name

JPP LLC

**Describe debtor's property that is subject to a lien**

$    UNDETERMINED    $    UNDETERMINED

**Creditor's Mailing Address**

1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

Secured by substantially all of the unencumbered intellectual property (IP) of the Company and its subsidiaries (excluding IP relating to the Kenmore and DieHard brands), and by certain real property interests.

**Describe the lien**

IP/Ground Lease Term Loan  UCC Lien 20180125050

**Creditor's email address, if known**

**Date debt was incurred**    1/4/2018

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. JPP, LLC 1. JPP II, LLC c/o ESL Investments, Inc.Attention: Edward S. Lampert, CEO1170 Kane Concourse, Suite 200Bay Harbor Islands FL 33154

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**2.5** Creditor's Name

BANK OF AMERICA

**Describe debtor's property that is subject to a lien**

$    UNDETERMINED    $    UNDETERMINED

**Creditor's Mailing Address**

2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904
USA

An asset-based revolving credit facility with current commitments of $1.5 billion secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

Revolving Credit Facility (First Lien Credit Facility)  UCC Lien 20100665467

**Creditor's email address, if known**

**Date debt was incurred**    7/21/2015

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6** **Creditor's Name**
BANK OF AMERICA

**Creditor's Mailing Address**
2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904
USA

**Creditor's email address, if known**

**Date debt was incurred**    7/21/2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> A letter of credit sublimit of up to $1 billion secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

> First Lien Letters of Credit (First Lien Credit Facility) UCC Lien 20100665467

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

**2.7** **Creditor's Name**
BANK OF AMERICA

**Creditor's Mailing Address**
2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904
USA

**Creditor's email address, if known**

**Date debt was incurred**    7/21/2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> Secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

> First Lien Term Loan B (First Lien Credit Facility)  UCC 20100665467

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.8**

**Creditor's Name**

BANK OF AMERICA

**Creditor's Mailing Address**

2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904

USA

**Creditor's email address, if known**

**Date debt was incurred**    7/21/2015

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> Secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

> FILO Term Loan (First Lien Credit Facility) UCC Lien 20100665467

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ UNDETERMINED    $ UNDETERMINED

**2.9**

**Creditor's Name**

WILMINGTON TRUST AS TRUSTEE

**Creditor's Mailing Address**

7530 LUCERNE DR 120,

CLEVELAND, OH 44130

USA

**Creditor's email address, if known**

**Date debt was incurred**    2/1/2018

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP, LLC and JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables

**Describe the lien**

> Second Lien PIK Notes UCC 20103552621

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175,449,420.00    $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

---

**2.10**

**Creditor's Name**
JPP LLC

**Creditor's Mailing Address**
1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

**Creditor's email address, if known**

| Date debt was incurred | 9/1/2016 |
|---|---|

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/JPP II, LLC

**Describe debtor's property that is subject to a lien**

> Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables

**Describe the lien**

> Second Lien Line of Credit and Alternative Tranche Line of Credit Loans UCC 20173946156

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

---

**2.11**

**Creditor's Name**
UBS AG STAMFORD BRANCH

**Creditor's Mailing Address**
600 WASHINGTON BOULEVARD,

STAMFORD, CT 06901
USA

**Creditor's email address, if known**
Agency-UBSAmericas@ubs.com

| Date debt was incurred | 3/14/2018 |
|---|---|

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

**Describe debtor's property that is subject to a lien**

> Secured by the Sparrow Borrowers' interests in 138 real properties subject to Amended and Restated Master Lease Agreement dated 3/14/2018. Sears Holdings and Sears, Roebuck and Co. provide a limited guaranty.

**Describe the lien**

> Sparrow Term Loan (Guarantor)

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

---

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number (if known)    18-23538
_____

| Part 1 | Additional Page |

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.12**

**Creditor's Name**
JPP LLC

**Describe debtor's property that is subject to a lien**

Secured by a pledge of equity interests in SRC O.P. LLC, which is the parent company of the other Sparrow Borrowers. Sears Holdings and Sears, Roebuck and Co. provide a limited guaranty of the Sparrow Mezzanine Borrower's

$    UNDETERMINED    $    UNDETERMINED

**Creditor's Mailing Address**
1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

**Describe the lien**

Sparrow Mezzanine Term Loan (Guarantor)

**Creditor's email address, if known**

**Date debt was incurred**    3/14/2018

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. JPP, LLC; 1. JPP II, LLC, c/o ESL Investments, Inc., 1170 Kane Concourse, Suite 200 Bay Harbor Islands FL 33154

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**2.13**

**Creditor's Name**
JPP LLC

**Describe debtor's property that is subject to a lien**

Secured by a first priority lien on certain leased/owned real properties in respect of which Lender is expressly granted a Lien under the Loan Documents. Sears Holding Corporation is a guarantor.

$    UNDETERMINED    $    UNDETERMINED

**Creditor's Mailing Address**
1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

**Describe the lien**

Consolidated Secured Loan Facility (Includes Note A and Note B). Guaranteed by SHC. UCC Lien 20173946156

**Creditor's email address, if known**

**Date debt was incurred**    4/6/2016

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $    264,451,420.00

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 2 | List Others to be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity? |
|---|---|---|
| | | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name     SEARS HOLDINGS CORPORATION

United States Bankruptcy Court for the:     Southern          District of:     New York
                                                                                {State}

Case number (If known):     18-23538

☐ Check if this is an
amended filing

## Official Form 206 E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1.     **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐     No. Go to Part 2.

☒     Yes. Go to line 2.

2.     **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total Claim | Priority |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |

**2.1**   **Priority creditor's name and mailing address**

AASD TAX OFFICE

200R E CRAWFORD AVE

ALTOONA, PA 16602

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $     UNDETERMINED

Priority: $     UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

**Part 1** **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

| **2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | | |
|---|---|---|---|---|---|

ABINGTON TOWNSHIP TREASURER
1176 OLD YORK ROAD

ABINGTON, PA 19001

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | | |
|---|---|---|---|---|---|

ACADIA PARISH SCHOOL BOARD
PO DRAWER 309

CROWLEY, LA 70527-0309

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.4** Priority creditor's name and mailing address

ADAMS COUNTY HEALTHDEPT
330 VERMONT STREET

QUINCY, IL 62301

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.5** Priority creditor's name and mailing address

AGRICULTURAL COMMISSIONER'S OFFICE - WEIGHTS AND MEASURES
133 AVIATION BLVD SUITE 110

ROSA, CA 95403-1077

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.6** Priority creditor's name and mailing address

ALABAMA DEPARTMENT OF REVENUE
PO BOX 327431

MONTGOMERY, AL 6132-7431

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
FRANCHISE TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.7** Priority creditor's name and mailing address

ALABAMA DEPARTMENT OF REVENUE
PO BOX 327431

MONTGOMERY, AL 6132-7431

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim | Priority |
| --- | --- | --- | --- |
| ALABAMA DEPARTMENT OF REVENUE | | $ UNDETERMINED | $ UNDETERMINED |
| PO BOX 327431 | Check all that apply. | | |
| | ☒ Contingent | | |
| MONTGOMERY, AL 6132-7431 | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim | Priority |
| --- | --- | --- | --- |
| ALABAMA DEPARTMENT OF REVENUE | | $ UNDETERMINED | $ UNDETERMINED |
| PO BOX 327431 | Check all that apply. | | |
| | ☒ Contingent | | |
| MONTGOMERY, AL 6132-7431 | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.10** **Priority creditor's name and mailing address**

ALACHUA COUNTY
12 SOUTH EAST 1ST STREET

GAINESVILLE, FL 32601

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.11** **Priority creditor's name and mailing address**

ALACHUA COUNTY TAX COLLECTOR
PO BOX 142340

GAINSVILLE, FL 32614

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.12**  **Priority creditor's name and mailing address**

ALAMEDA COUNTY
THE HONORABLE NANCY O'MALLEY 1225
FALLON STREET ROOM 900

OAKLAND, CA 94612

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number** __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.13**  **Priority creditor's name and mailing address**

ALASKA DEPARTMENT OF REVENUE
PO BOX 110420

JUNEAU, AK 9811-0420

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number** __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          _____
          Name

Case number *(if known)*    18-23538
                            _____

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.14**    Priority creditor's name and mailing address

ALASKA DEPT COMMERCE
PO BOX 110807

JUNEAU, AK 99811-0806

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.15**    Priority creditor's name and mailing address

ALCOHOL & TOBACCO TAX AND TRADE BUREAU
550 MAIN STREET SUITE 8002

CINNCINNATI, OH 45202-5215

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.16**    **Priority creditor's name and mailing address**

ALLEGANY COUNTY CLERK
30 WASHINGTON STREET
_____

CUMBERLAND, MD 21502
_____

**Date or dates debt was incurred**
Various
_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.17**    **Priority creditor's name and mailing address**

ALLEGHENY COUNTY HEALTH DEPT
542 4TH AVENUE
_____

PITTSBURGH, PA 15219
_____

**Date or dates debt was incurred**
Various
_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:

ALLEN PARISH SCHOOL BOARD
PO DRAWER190

OBERLIN, LA 70655

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____8____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:

ALTOONA AREA SCHOOL DIST TAX OFFICE
200R E CRAWFORD AVE

ALTOONA, PA 16602-5248

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|------------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.20**   **Priority creditor's name and mailing address**

ANNE ARUNDEL CO HEALTH DEPT

THREE HARRY S TRUMAN PKWY

ANNAPOLIS, MD 21401

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.21**   **Priority creditor's name and mailing address**

ANNE ARUNDEL CO PUBLIC WORKS

2662 RIVA ROAD WWD MS 7408

ANNAPOLIS, MD 21401

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name                                                    Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.22**   **Priority creditor's name and mailing address**

ANNE ARUNDEL COUNTY
OFFICE OF FINANCE

ANNAPOLIS                    , MD 21404-0427

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**        $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.23**   **Priority creditor's name and mailing address**

ARIZONA DEPARTMENT OF LIQUOR LICENSE & CONTROL
800 W WASHINGTON 5TH FL

PHOENIX, AZ 85007

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**        $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.24**    **Priority creditor's name and mailing address**

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29010

PHOENIX, AZ 85038-9079

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

---

| | Total Claim | Priority |
|---|---|---|

**2.25**    **Priority creditor's name and mailing address**

ARIZONA DEPT OF AGRICULTURE
1688 W ADAMS

PHOENIX, AZ 85007

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.26**  **Priority creditor's name and mailing address**

ARIZONA GAME & FISH DEPARTMENT
5000 WEST CAREFREE HWY

PHOENIX, AZ 85086

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.27**  **Priority creditor's name and mailing address**

ARIZONA STATE BOARD OF PHARMACY
P O BOX 18520

PHOENIX, AZ 85005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.28** Priority creditor's name and mailing address

ARLINGTON COUNTY
PO BOX 1757

MERRIFIELD, VA 22116-1757

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.29** Priority creditor's name and mailing address

ASCENSION PARISH
PO BOX 1718

GONZALES, LA 70707

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.30**    **Priority creditor's name and mailing address**

ASSUMPTION PARISH
PO DRAWER 920

NAPOLEONVILLE, LA 70390

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.31**    **Priority creditor's name and mailing address**

ATHENS-CLARKE COUNTY
P O BOX 1748

ATHENS, GA 30603

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.32**    **Priority creditor's name and mailing address**

AUBURN BOARD OF HEALTH

104 CENTRAL STREET

AUBURN, MA 01501

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.33**    **Priority creditor's name and mailing address**

AUGUSTA LICENSE AND INSPECTION

P O BOX 9270

AUGUSTA, GA 30916-9270

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.34**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

AVOYELLES PARISH SALES TAX FUND
221 TUNICA DRIVE WEST

$    UNDETERMINED    $    UNDETERMINED

MARKSVILLE, LA 71351

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.35**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

BALDWIN COUNTY
PO BOX 189

$    UNDETERMINED    $    UNDETERMINED

ROBERTSDALE, AL 36567

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.36**   **Priority creditor's name and mailing address**

BALTIMORE COUNTY
400 WASHINGON AVE RM 150

TOWSON, MD 21204-4665

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.37**   **Priority creditor's name and mailing address**

BALTIMORE COUNTY - CLERK
PO BOX 6754

TOWSON, MD 21285-6754

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.38**    Priority creditor's name and mailing address

BALTIMORE COUNTY CIRCUIT COURT
401 BOSLEY AVENUE

TOWSON, MD 21204-6754

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.39**    Priority creditor's name and mailing address

BALTIMORE COUNTY MARYLAND
9100 FRANKLIN SQUARE DRIVE SUITE 230

BALTIMORE, MD 21237

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.40**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

BARNSTABLE PUBLIC HEALTH

200 MAIN ST

$    UNDETERMINED   $    UNDETERMINED

HYANNIS, MA 02601

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.41**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

BATTLE CREEK CITY TREASURER

PO BOX 239

$    UNDETERMINED   $    UNDETERMINED

BATTLE CREEK          , MI 49016

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.42** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

BEAR
4244 S MARKET CT SUITE D

$     UNDETERMINED    $     UNDETERMINED

SACRAMENTO, CA 95834-1243

Check all that apply.

**Date or dates debt was incurred**
Various

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.43** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

BEAUREGARD PARISH
PO BOX 639

$     UNDETERMINED    $     UNDETERMINED

DERIDDER, LA 70634

Check all that apply.

**Date or dates debt was incurred**
Various

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**
SALES TAX

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.44**    Priority creditor's name and mailing address

BETH MAHN COLLECTOR
P O BOX 100

HILLSBORO, MO 63050

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.45**    Priority creditor's name and mailing address

BIENVILLE PARISH SCHOOL BOARD
PO BOX 746

ARCADIA, LA 71001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | | | Total Claim | Priority |
|---|---|---|---|---|

**2.46** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |

BISMARCK-BURLEIGH PUBLIC HEALTH

500 E FRONT AVE

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

BISMARCK, ND 58504

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

☐ No
☐ Yes

---

|  | | | Total Claim | Priority |
|---|---|---|---|---|

**2.47** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |

BOARD OF EDUCATION OF FAYETTE COUNTY

PO BOX 55570

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

LEXINGTON, KY 40555-5570

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____    Case number *(if known)*    18-23538
Name

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.48**    **Priority creditor's name and mailing address**

BOARD OF EQUALIZATION
PO BOX 942879

SACRAMENTO, CA 94279

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.49**    **Priority creditor's name and mailing address**

BOONE COUNTY FISCAL COURT
PO BOX 960

BURLINGTON, KY 41005-0960

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*   18-23538
_____

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.50** **Priority creditor's name and mailing address**

BOROUGH OF WESTWOOD
101 WASHINGTON AVE

WESTWOOD, NJ 07675

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.51** **Priority creditor's name and mailing address**

BOROUGH OF WILSON
2040 HAY TERRACE

EASTON, PA 18042

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.52** | **Priority creditor's name and mailing address**

BOSSIER CITY-PARISH
PO BOX 71313

BOSSIER CITY, LA 71171-1313

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.53** | **Priority creditor's name and mailing address**

BREVARD COUNTY
400 SOUTH ST 6TH FLR

TITUSVILLE, FL 32780-7698

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.54**  **Priority creditor's name and mailing address**

BROCKTON BOARD OF HEALTH
45 SCHOOL STREET

BROCKTON, MA 02301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.55**  **Priority creditor's name and mailing address**

BROWARD COUNTY
115 ANDREWS AVE RM A-100

FORT LAUDERDALE, FL 33301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.56**   **Priority creditor's name and mailing address**

BROWARD COUNTY AR

BOX 302

PLANTATION, FL 33324

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.57**   **Priority creditor's name and mailing address**

BUCHANAN COUNTY

411 JULES ST STE 123

JOSEPH, MO 64501-1788

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor     SEARS HOLDINGS CORPORATION
           Name

Case number *(if known)*    18-23538

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.58**   **Priority creditor's name and mailing address**

BUCKS COUNTY DEPT OF HEALTH
1282 ALMSHOUSE

DOYLESTOWN, PA 18901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**     __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.59**   **Priority creditor's name and mailing address**

BUNCOMBE COUNTY
94 COXE AVENUE ASHEVILLE

ASHEVILLE, NC 28801-3014

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**     __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          _____
          Name

Case number *(if known)*    18-23538
                           _____

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.60**   Priority creditor's name and mailing address

BUREAU HOME FURNISH&THERMAL INSULA
PO BOX 980580

SACRAMENTO, CA 95798-0580

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$    UNDETERMINED    $    UNDETERMINED

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.61**   Priority creditor's name and mailing address

BURKE COUNTY TAX COLLECTOR
P O BOX 219

MORGANTON, NC 28680

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.62**  **Priority creditor's name and mailing address**

BUTTE COUNTY DEPT OF PUBLIC HEALTH

202 MIRA LOMA DRIVE

OROVILLE, CA 95965

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.63**  **Priority creditor's name and mailing address**

BUTTE COUNTY WEIGHTS & MEASURES

316 NELSON AVENUE

OROVILLE, CA 95965

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|-----------------------------|--------------------------|----------|
|        | Name                        |                          |          |

| **Part 1** | **Additional Page** |
|------------|----------------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.64** Priority creditor's name and mailing address

CA DEPT OF ALC BEV CONTROL
3927 LENNANE DRIVE SUITE 100

SACRAMENTO, CA 95834

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.65** Priority creditor's name and mailing address

CA DEPT OF PUBLIC HEALTH
P O BOX 997435

SACRAMENTO, CA 95899-7435

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.66**    **Priority creditor's name and mailing address**

CADDO-SHREVEPORT SU TAX COMMISSION
PO BOX 104

SHREVEPORT, LA 71161

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.67**    **Priority creditor's name and mailing address**

CALCASIEU PARISH SCHOOL BOARD
PO BOX 2050

LAKE CHARLES, LA 70602

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.68**   **Priority creditor's name and mailing address**

CALRECYCLE
PO BOX 2711

SACRAMENTO, CA 95812-2711

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.69**   **Priority creditor's name and mailing address**

CALVERT COUNTY CIRCUIT COURT
175 MAIN STREET

FREDERICK, MD 20678

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.70**   **Priority creditor's name and mailing address**

CALVERT COUNTY HEALTH DEPT
P O BOX 980

FREDERICK, MD 20678

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.71**   **Priority creditor's name and mailing address**

CAPE GIRARDEAU COUNTY
1 BARTON SQUARE STE 303

JACKSON, MO 63755

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.72**  **Priority creditor's name and mailing address**

CARROLL COUNTY CIRCUIT COURT
55 NORTH COURT STREET

WESTMINSTER, MD 21157-5155

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED      $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.73**  **Priority creditor's name and mailing address**

CARSON CITY
108 E PROCTOR ST

CITY, NV 89701

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED      $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.74** Priority creditor's name and mailing address

CARTERET COUNTY
302 COURTHOUSE SQUARE

BEAUFORT, NC 28516

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$          UNDETERMINED   $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.75** Priority creditor's name and mailing address

CATAHOULA PARISH SCHOOL BOARD
PO BOX 250

VIDALIA, LA 71373

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

As of the petition filing date, the claim is:

$          UNDETERMINED   $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.76**  Priority creditor's name and mailing address

CCA -DIVISION OF TAXATION
PO BOX 94723

CLEVELAND, OH 44101-4810

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.77**  Priority creditor's name and mailing address

CDFA - 90054
1220 N STREET

SACRAMENTO, CA 95814

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.78** **Priority creditor's name and mailing address**

CDPHE
PO BOX 460579

DENVER, CO 80246

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.79** **Priority creditor's name and mailing address**

CENTRAL RACINE COUNTY HEALTH DEPT
10005 NORTHWESTERN AVENUE STE A

FRANKSVILLE, WI 53126

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.80**    Priority creditor's name and mailing address

CHARLES COUNTY - CLERK OF CC
PO BOX 970 200 CHARLES ST

PLATA, MD 20646

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.81**    Priority creditor's name and mailing address

CHARLESTON COUNTY REVENUE COLLECTION DEPT
4045 BRIDGE VIEW DRIVE

CHARLESTON, SC 29405-7464

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.82** | Priority creditor's name and mailing address

CHESAPEAKE CITY
P O BOX 15285

CHESAPEAKE, VA 23328

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.83** | Priority creditor's name and mailing address

CHESTERFIELD CO
P O BOX 124

CHESTERFIELD, VA 23832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.84** Priority creditor's name and mailing address

CHICAGO DEPT OF REVENUE
PO BOX 71528

CHICAGO, IL 60694-1528

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.85** Priority creditor's name and mailing address

CHICAGO DEPT OF REVENUE
LOCKBOX 93180

CHICAGO, IL 60673

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

| **2.86** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
| --- | --- | --- | --- | --- |
| | CHICAGO SOFT DRINK TAX ADMINISTRATION | | $         UNDETERMINED | $         UNDETERMINED |
| | 22149 NETWORK PLACEB | | | |
| | | Check all that apply. | | |
| | CHICAGO, IL 60673 | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | **Date or dates debt was incurred** | ☒ Disputed | | |
| | Various | | | |
| | | **Basis for the claim:** | | |
| | **Last 4 digits of account number** __ __ __ __ | TAXING AUTHORITY | | |
| | **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | | ☐ Yes | | |

|  | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

| **2.87** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
| --- | --- | --- | --- | --- |
| | CHURCHILL COUNTY | | $         UNDETERMINED | $         UNDETERMINED |
| | 155 N TAYLOR SUITE 194 | | | |
| | | Check all that apply. | | |
| | FALLON, NV 89406 | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | **Date or dates debt was incurred** | ☒ Disputed | | |
| | Various | | | |
| | | **Basis for the claim:** | | |
| | **Last 4 digits of account number** __ __ __ __ | TAXING AUTHORITY | | |
| | **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | | ☐ Yes | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.88**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY & COUNTY OF BROOMFIELD
PO BOX 407

$    UNDETERMINED    $    UNDETERMINED

BROOMFIELD, CO 80038-0407

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.89**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY CLERK & TREASURER
PO BOX 100188

$    UNDETERMINED    $    UNDETERMINED

IRONDALE, AL 35210

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.90** | **Priority creditor's name and mailing address**

CITY OF ABERDEEN
200 E MARKET ST

ABERDEEN, WA 98520-5207

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$            UNDETERMINED    $            UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.91** | **Priority creditor's name and mailing address**

CITY OF ADAMSVILLE
PO BOX 309

ADAMSVILLE, AL 35005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$            UNDETERMINED    $            UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.92** Priority creditor's name and mailing address

CITY OF AKRON OHIO INCOME TAX DIVISION
1 CASCADE PLAZA - 11TH FLOOR

AKRON, OH 44308

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.93** Priority creditor's name and mailing address

CITY OF ALABASTER
PO BOX 11407

BIRMINGHAM, AL 35246

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.94**  Priority creditor's name and mailing address

CITY OF ALABASTER
PO BOX 11407

BIRMINGHAM, AL 35246

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.95**  Priority creditor's name and mailing address

CITY OF ALAMEDA
2263 SANTA CLARA AVE

ALAMEDA, CA 94501-4456

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | | Priority |
|---|---|---|---|---|

**2.96**  **Priority creditor's name and mailing address**

CITY OF ALAMOSA
PO BOX 419

ALAMOSA, GA 81101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

$        UNDETERMINED   $      UNDETERMINED

| | | Total Claim | | Priority |
|---|---|---|---|---|

**2.97**  **Priority creditor's name and mailing address**

CITY OF ALBUQUERQUE
PLAZA DEL SOL 600 2ND ST NW

ALBUQUERQUE          , NM 87102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

$        UNDETERMINED   $      UNDETERMINED

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | | Priority |
|---|---|---|---|

**2.98**    Priority creditor's name and mailing address

CITY OF ALEXANDER CITY
PO BOX 552

CITY, AL 35011

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | | Priority |
|---|---|---|---|

**2.99**    Priority creditor's name and mailing address

CITY OF ALEXANDRIA
PO BOX 34850

ALEXANDRIA, VA 22334-0850

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.100**  **Priority creditor's name and mailing address**

CITY OF ALLENTOWN
435 HAMILTON ST

ALLENTOWN, PA

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**  __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.101**  **Priority creditor's name and mailing address**

CITY OF ANDALUSIA
P O BOX 429

ANDALUSIA, AL 36420

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**  __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.102** | Priority creditor's name and mailing address

CITY OF ANNISTON
PO BOX 935145

ATLANTA, GA 31193-5145

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.103** | Priority creditor's name and mailing address

CITY OF ANTIOCH
P O BOX 5008 FINANCE

ANTIOCH, CA 94531

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.104** | Priority creditor's name and mailing address

CITY OF ARGO
100 BLACKJACK ROAD

ARGO, AL 35173

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Total Claim: $    UNDETERMINED

Priority: $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.105** | Priority creditor's name and mailing address

CITY OF ARVADA
8101 RALSTONROAD

ARVADA, CO 80002

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Total Claim: $    UNDETERMINED

Priority: $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.106** | Priority creditor's name and mailing address

CITY OF ASHEVILLE
P O BOX 7148

ASHEVILLE, NC 28802

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$     UNDETERMINED   $     UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.107** | Priority creditor's name and mailing address

CITY OF ASHLAND
PO BOX 849

ASHLAND, AL 36251-0849

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$     UNDETERMINED   $     UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.108** | Priority creditor's name and mailing address

CITY OF ASPEN
PO BOX 91251

DENVER, CO 80291

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.109** | Priority creditor's name and mailing address

CITY OF ATASCADERO
6500 PALMA AVE

ATASCADERO, CA 93422

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.110**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF ATHENS
PO BOX 1089

$           UNDETERMINED    $           UNDETERMINED

Check all that apply.

ATHENS, AL 35612

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.111**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF ATMORE
P O DRAWER 1297

$           UNDETERMINED    $           UNDETERMINED

Check all that apply.

ATMORE, AL 36504

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.112** **Priority creditor's name and mailing address**

CITY OF AUBURN
144 TICHENOR AVE STE 6

AUBURN, AL 36830

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**    $ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.113** **Priority creditor's name and mailing address**

CITY OF AUBURN
144 TICHENOR AVE STE 6

AUBURN, AL 36830

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.114**   Priority creditor's name and mailing address

CITY OF AUGUSTA
P O BOX 9270

AUGUSTA, GA 30916-9270

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.115**   Priority creditor's name and mailing address

CITY OF AURORA
PO BOX 33001

AURORA, CO 80041-3001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.116**  **Priority creditor's name and mailing address**

CITY OF AVALON
PO BOX 707

AVALON, CA 90704

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED      $          UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.117**  **Priority creditor's name and mailing address**

CITY OF AZUSA
213 E FOOTHILL BLVD

AZUSA, CA 91702-1395

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED      $          UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.118**  **Priority creditor's name and mailing address**

CITY OF BAKERSFIELD
P O BOX 2057

BAKERSFIELD, CA 93303

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.119**  **Priority creditor's name and mailing address**

CITY OF BALDWIN PARK
14403 PACIFIC AVE

BALDWIN PARK, CA 91706

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.120** Priority creditor's name and mailing address

CITY OF BARBOURSVILLE
PO BOX 266

BARBOURSVILLE, WV 25504-0266

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.121** Priority creditor's name and mailing address

CITY OF BATON ROUGE
P O BOX 2590

ROUGE, LA 70821-2590

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.122**  **Priority creditor's name and mailing address**

CITY OF BAY MINETTE
301 D'OLIVE ST

MINETTE, AL 36507

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.123**  **Priority creditor's name and mailing address**

CITY OF BEAUFORT
PO BOX 25962

TAMPA, FL 33622-5962

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.124** | Priority creditor's name and mailing address

CITY OF BEAVERTON
PO BOX 4755

BEAVERTON, OR 97076-4755

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.125** | Priority creditor's name and mailing address

CITY OF BEAVERTON
PO BOX 4755

BEAVERTON, OR 97076-4755

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.126**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| CITY OF BELLEVUEWA | | $ UNDETERMINED | $ UNDETERMINED |
| PO BOX 34372 | | | |
| | Check all that apply. | | |
| SEATTLE, WA 98124-1372 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| | | Total Claim | Priority |
|---|---|---|---|

**2.127**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| CITY OF BELLINGHAM | | $ UNDETERMINED | $ UNDETERMINED |
| 210 LOTTIE STREET | | | |
| | Check all that apply. | | |
| BELLINGHAM, WA 98225 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.128**   Priority creditor's name and mailing address

CITY OF BELMONT
8839 N CEDAR AVE 212

FRESNO, CA 93720-1832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:     $   UNDETERMINED   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.129**   Priority creditor's name and mailing address

CITY OF BENWOOD
430 MAIN STREET

BENWOOD, WV 26031

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:     $   UNDETERMINED   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.130**   **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY OF BESSEMER
1700 3RD AVE

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

BESSEMER, AL 35020

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.131**   **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY OF BEVERLY HILLS
P O BOX 844731

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

HILLS, CA 90084

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.132**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF BIG BEAR LAKE
PO BOX 10000

LAKE, CA 92315

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

$     UNDETERMINED   $     UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.133**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF BILOXI
PO BOX 508

BILOXI, MS 39533

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

$     UNDETERMINED   $     UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.134** Priority creditor's name and mailing address

CITY OF BIRMINGHAM
P O BOX 830638

BIRMINGHAM          , AL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.135** Priority creditor's name and mailing address

CITY OF BIRMINGHAM
P O BOX 830638

BIRMINGHAM          , AL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.136**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
| --- | --- | --- | --- |

CITY OF BISHOP
P O BOX 1236

BISHOP, CA 93515

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.137**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
| --- | --- | --- | --- |

CITY OF BISHOPVILLE
PO BOX 388

BISHOPVILLE, SC 29010

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.138** Priority creditor's name and mailing address

CITY OF BLUFFTON

BOX 386

BLUFFTON, SC 29910

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.139** Priority creditor's name and mailing address

CITY OF BOAZ

P O BOX 537

BOAZ, AL 35957

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.140**  **Priority creditor's name and mailing address**

CITY OF BOCA RATON LICENSING
201 WEST PALMETTO PARK ROAD

RATON, FL 33432

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED        $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.141**  **Priority creditor's name and mailing address**

CITY OF BOTHELL
18305 101ST AVE

BOTHELL, WA 98011-3499

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED        $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.142**    **Priority creditor's name and mailing address**

CITY OF BOULDER
DEPT 1128

DENVER, CO 80263-1128

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

$    UNDETERMINED    $    UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.143**    **Priority creditor's name and mailing address**

CITY OF BOWLING GREEN KENTUCKY
PO BOX 1410

BOWLING GREEN, KY 42102-1410

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|---------|---------|---------|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.144** Priority creditor's name and mailing address

CITY OF BOYNTON BEACH
100 E BOYNTON BLVD

BEACH, FL 33425

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.145** Priority creditor's name and mailing address

CITY OF BREA
1 CIVIC CENTER CIRCLE

BREA, CA 92821

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.146** Priority creditor's name and mailing address

CITY OF BREMERTON
345 SIXTH ST STE 600

BREMERTON, WA 98337-1873

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:        $        UNDETERMINED    $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.147** Priority creditor's name and mailing address

CITY OF BRIDGEPORT
PO BOX 1310

BRIDGEPORT, WV 26330-6310

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:        $        UNDETERMINED    $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.148**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $    UNDETERMINED | $    UNDETERMINED |
|---|---|---|---|

CITY OF BRIGHTON
500 SO 4TH AVENUE

BRIGHTON, CO 80601

**Check all that apply.**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Basis for the claim:**
SALES TAX

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.149**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $    UNDETERMINED | $    UNDETERMINED |
|---|---|---|---|

CITY OF BROCKTON
45 SCHOOL STREET

BROCKTON, MA 02301

**Check all that apply.**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.150**  **Priority creditor's name and mailing address**

CITY OF BROCKTON
45 SCHOOL STREET

BROCKTON, MA 02301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.151**  **Priority creditor's name and mailing address**

CITY OF BROCKTON
45 SCHOOL STREET

BROCKTON, MA 02301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.152**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|
| CITY OF BRUNSWICK | | $ UNDETERMINED | $ UNDETERMINED |
| PO BOX 816 | | | |
| | Check all that apply. | | |
| BRUNSWIC, OH 44212 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** __ __ __ __ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ ) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| | | Total Claim | Priority |
|---|---|---|---|

**2.153**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|
| CITY OF BUENA PARK | | $ UNDETERMINED | $ UNDETERMINED |
| 6650 BEACH BLVD | | | |
| | Check all that apply. | | |
| PARK, CA 90622-5009 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** __ __ __ __ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ ) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.154** Priority creditor's name and mailing address

CITY OF BUFFALO
65 NIAGARA SQ ROOM 313

BUFFALO, NY 14202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.155** Priority creditor's name and mailing address

CITY OF BURBANK
P O BOX 6459

BURBANK, CA 61510-6459

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.156**  Priority creditor's name and mailing address

CITY OF BURIEN
400 SW 152ND ST SUITE 300

BURIEN, WA 98166

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**      $    UNDETERMINED      $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.157**  Priority creditor's name and mailing address

CITY OF BURLINGAME
501 PRIMROSE RD

BURLINGAME, CA 94011-0191

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**      $    UNDETERMINED      $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

---

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | | Total Claim | Priority |
|---|---|---|---|

**2.158**  **Priority creditor's name and mailing address**

CITY OF BURLINGTON
833 S SPRUCE ST

BURLINGTON, WA 98233

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

|  | | Total Claim | Priority |
|---|---|---|---|

**2.159**  **Priority creditor's name and mailing address**

CITY OF CALERA
10947 HIGHWAY 25

CALERA, AL 35040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.160**  Priority creditor's name and mailing address

CITY OF CALLAWAY
6601 EAST HWY 22

CALLAWAY, FL 32404

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.161**  Priority creditor's name and mailing address

CITY OF CAMARILLO
601 CARMEN DRIVE

CAMARILLO, CA 93010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.162** **Priority creditor's name and mailing address**

CITY OF CAMBRIDGE
250 FRESH POND PARKWAY

CAMBRIDGE, MA 2138

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.163** **Priority creditor's name and mailing address**

CITY OF CAMDEN
PO BOX 7002

CAMDEN, SC 29021

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.164**  **Priority creditor's name and mailing address**

CITY OF CANON CITY
PO BOX 17946

DENVER, CO 80217-0946

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.165**  **Priority creditor's name and mailing address**

CITY OF CANTON
151 ELIZABETH STREET

CANTON, GA 30114

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.166** Priority creditor's name and mailing address

CITY OF CAPE GIRARDEAU
PO BOX 617

CAPE GIRARDEAU, MO 63702-0617

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.167** Priority creditor's name and mailing address

CITY OF CARLSBAD
1635 FARADAY AVE

CARLSBAD, CA 92008-7314

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
_____
          Name

Case number *(if known)*    18-23538
_____

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.168** Priority creditor's name and mailing address

CITY OF CARPINTERIA
5775 CARPINTERIA AVE

CARPINTERIA, CA 93013

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.169** Priority creditor's name and mailing address

CITY OF CARROLTON
P O BOX 1949

CARROLLTON, GA 30112

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.170** Priority creditor's name and mailing address

CITY OF CENTENNIAL
PO BOX 17383

DENVER, CO 80217-0383

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.171** Priority creditor's name and mailing address

CITY OF CENTER POINT
P O BOX 9847

POINT, AL 35220

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.172** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF CENTRAL
PO BOX 249

$      UNDETERMINED    $      UNDETERMINED

CENTRAL CITY, CO 80427

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
SALES TAX

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (   8   )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.173** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF CENTRALIA - 609
PO BOX 609

$      UNDETERMINED    $      UNDETERMINED

CENTRALIA, WA 98531

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.174**  Priority creditor's name and mailing address

CITY OF CENTRE
401 EAST MAIN STREET

CENTRE, AL 35960

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.175**  Priority creditor's name and mailing address

CITY OF CERES CO MUNISERVICES
BOX 367

FRESNO, CA 93710

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|----------------------------|------------------------|----------|
|        | Name                       |                        |          |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.176**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY OF CERRITOS
PO BOX 3130

         $    UNDETERMINED    $    UNDETERMINED

CERRITOS, CA 90703-3130

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.177**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY OF CHARLESTON
915 QUARRIERS ST STE 4

         $    UNDETERMINED    $    UNDETERMINED

CHARLESTON, WV 25301

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          _____
          Name

Case number *(if known)*    18-23538
                            _____

| Part 1 | Additional Page |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

| **2.178** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ UNDETERMINED | $ UNDETERMINED |
| --- | --- | --- | --- | --- |

CITY OF CHARLESTON
915 QUARRIERS ST STE 4

_____

CHARLESTON, WV 25301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

| **2.179** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ UNDETERMINED | $ UNDETERMINED |
| --- | --- | --- | --- | --- |

CITY OF CHERRY HILLS VILLAGE
2450 EAST QUINCY AVENUE

_____

CHERRY HILLS VILLAGE, CO 80113

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | | Priority |
|---|---|---|---|

**2.180** Priority creditor's name and mailing address

CITY OF CHICAGO
POBOX 71429

CHICAGO                    , IL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$         UNDETERMINED    $         UNDETERMINED

| | Total Claim | | Priority |
|---|---|---|---|

**2.181** Priority creditor's name and mailing address

CITY OF CHICO
P O BOX 3420

CHICO, CA 95927

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$         UNDETERMINED    $         UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.182** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF CHILDERSBURG
P O BOX 369

CHILDERSBURG, AL 35044-0369

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.183** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF CHILLICOTHE OHIO INCOME TAX DEPT
PO BOX 45

CHILLICOTHE, OH 45601

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**    __ __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.184**  **Priority creditor's name and mailing address**

CITY OF CHULA VISTA
276 FOURTH AVE

VISTA, CA 91910

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __  __  __  __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.185**  **Priority creditor's name and mailing address**

CITY OF CINCINNATI INCOME TAX DIVISION
PO BOX 637876

CINCINNATI, OH 45263-7876

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __  __  __  __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.186** | Priority creditor's name and mailing address

CITY OF CITRUS HEIGHTS
6360 FOUNTAIN SQUARE DR

HEIGHTS, CA 95621

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$    UNDETERMINED    $    UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.187** | Priority creditor's name and mailing address

CITY OF CLANTON
P O BOX 580

CLANTON, AL 35045

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.188** | Priority creditor's name and mailing address

CITY OF CLAREMONT
PO BOX 880 207 HARVARD AVE

CLAREMONT, CA 91711

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.189** | Priority creditor's name and mailing address

CITY OF CLEARWATER
PO BOX 4748

CLEARWATER, FL 33758

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
| --- | --- | --- |

**2.190** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF CLOVIS
1033 5TH STREET

CLOVIS, CA 93612

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
| --- | --- | --- |

**2.191** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF COACHELLA
1515 SIXTH STREET

COACHELLA, CA 92236

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
     Name

Case number *(if known)*   18-23538

---

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.192** **Priority creditor's name and mailing address**

CITY OF COAL RUN VILLAGE
105 CHURCH STREET

PIKEVILLE, KY 41501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.193** **Priority creditor's name and mailing address**

CITY OF COLLEGE PARK
PO BOX 87137

PARK, GA 30337

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.194**  **Priority creditor's name and mailing address**

CITY OF COLORADO SPRINGS
DEPT 2408

DENVER, CO 80256-0001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.195**  **Priority creditor's name and mailing address**

CITY OF COLORADO SPRINGS - MC225
PO BOX 1575

COLORADO SPRINGS, CO 80901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.196**  **Priority creditor's name and mailing address**

CITY OF COLQUITT
154 WEST STREET

COLQUITT, GA 39837

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.197**  **Priority creditor's name and mailing address**

CITY OF COLUMBIANA
107 MILDRED STREET

COLUMBIANA, AL 35051

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.198** Priority creditor's name and mailing address

CITY OF COMMERCE CITY
7887 EAST 60TH AVE

COMMERCE CITY, CO 80022

Date or dates debt was incurred
Various

Last 4 digits of
account number     ___ ___ ___ ___

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
SALES TAX

Is the claim subject to offset?

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.199** Priority creditor's name and mailing address

CITY OF CONCORD
1950 PARKSIDE DR

CONCORD, CA 94519

Date or dates debt was incurred
Various

Last 4 digits of
account number     ___ ___ ___ ___

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.200** Priority creditor's name and mailing address

CITY OF CONWAY
P O BOX 1075

CONWAY, SC 29528-1075

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.201** Priority creditor's name and mailing address

CITY OF CORAL SPRINGS
9551 W SAMPLE RD

SPRINGS, FL 33065

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.202**   Priority creditor's name and mailing address

CITY OF CORBIN
P O BOX 1343 CORBIN KY 40702

CORBIN, KY 40702

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$   UNDETERMINED      $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.203**   Priority creditor's name and mailing address

CITY OF CORONA
8839 N CEDAR AVE 212

FRESNO, CA 93720-1832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$   UNDETERMINED      $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1** **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.204** Priority creditor's name and mailing address

CITY OF CORTEZ
210 EAST MAIN STREET

CORTEZ, CO 81321

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.205** Priority creditor's name and mailing address

CITY OF COSTA MESA
P O BOX 1200

MESA, CA 92628-1200

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.206** | Priority creditor's name and mailing address

CITY OF COUNCIL BLUFFS
209 PEARL STREET

BLUFFS, IA 51503-4270

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

---

| | | Total Claim | Priority |
|---|---|---|---|

**2.207** | Priority creditor's name and mailing address

CITY OF COVINGTON
PO BOX 1527 PLANNING & ZONING DEPT

COVINGTON, GA 30015

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.208** Priority creditor's name and mailing address

CITY OF CRYSTAL CITY
130 MISSISSIPPI AVENUE

CITY, MO 63019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.209** Priority creditor's name and mailing address

CITY OF CUDAHY
5050 S LAKE DRIVE

CUDAHY, WI 53110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.210** Priority creditor's name and mailing address

CITY OF CULLMAN
P O BOX 278

CULLMAN, AL 35056-0278

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ UNDETERMINED   $ UNDETERMINED

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.211** Priority creditor's name and mailing address

CITY OF CULVER CITY
9770 CULVER BLVD

CITY, CA 90232

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ UNDETERMINED   $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.212**

**Priority creditor's name and mailing address**

CITY OF CUPERTINO
10300 TORRE AVE

CUPERTINO, CA 95014

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.213**

**Priority creditor's name and mailing address**

CITY OF DADEVILLE
265 N BROADNAX ST

DADEVILLE, AL 36853

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.214**  **Priority creditor's name and mailing address**

CITY OF DALLAS
1551 BAYLOR ST SUITE 400

DALLAS                    , TX

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.215**  **Priority creditor's name and mailing address**

CITY OF DALY CITY
333 90TH ST

CITY, CA 94015-1808

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.216** Priority creditor's name and mailing address

CITY OF DANVILLE
17 W MAIN

DANVILLE, IL 61832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.217** Priority creditor's name and mailing address

CITY OF DAPHNE
PO DRAWER 1047

DAPHNE, AL 36526

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number (if known)   18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|
| **2.218** | Priority creditor's name and mailing address | | |

As of the petition filing date, the claim is:

CITY OF DAPHNE
PO DRAWER 1047

$    UNDETERMINED    $    UNDETERMINED

DAPHNE, AL 36526

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|
| **2.219** | Priority creditor's name and mailing address | | |

As of the petition filing date, the claim is:

CITY OF DAYTON
PO BOX 7999

$    UNDETERMINED    $    UNDETERMINED

AKRON, OH 44308-0999

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

---

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.220**  **Priority creditor's name and mailing address**

CITY OF DAYTONA BEACH
PO BOX 311

BEACH, FL 32115-0311

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim:  $    UNDETERMINED
Priority:  $    UNDETERMINED

---

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.221**  **Priority creditor's name and mailing address**

CITY OF DECATUR
PO BOX 830525

BIRMINGHAM, AL 35283-0525

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim:  $    UNDETERMINED
Priority:  $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.222** Priority creditor's name and mailing address

CITY OF DECATUR-BUSINESS LICENSE
PO BOX 830525

BIRMINGHAM, AL 35283-0525

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**     __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$         UNDETERMINED    $         UNDETERMINED

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.223** Priority creditor's name and mailing address

CITY OF DELANO
P O BOX 3010

DELANO, CA 93216

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**     __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$         UNDETERMINED    $         UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
| --- | --- | --- |

**2.224**  **Priority creditor's name and mailing address**

CITY OF DELTA
P O BOX 19

DELTA, CO 81416

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

---

| | Total Claim | Priority |
| --- | --- | --- |

**2.225**  **Priority creditor's name and mailing address**

CITY OF DES MOINES
P O BOX 314

SEAHURST, WA 98062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.226**  **Priority creditor's name and mailing address**

CITY OF DES PLAINES
1420 MINER STREET

PLAINES, IL 60016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.227**  **Priority creditor's name and mailing address**

CITY OF DESERT HOT SPRINGS
65950 PIERSON BLVD

SPRINGS, CA 92240

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.228** Priority creditor's name and mailing address

CITY OF DESPLAINES
1420 MINER STREET 301

PLAINES, IL 60016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.229** Priority creditor's name and mailing address

CITY OF DORA
1485 SHARON BLVD

DORA, AL 35062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.230** Priority creditor's name and mailing address

CITY OF DORAL
8300 NW 53RD ST  200

DORAL, FL 33166

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$      UNDETERMINED    $      UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.231** Priority creditor's name and mailing address

CITY OF DOTHAN
P O BOX 2128

DOTHAN, AL 36302

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$      UNDETERMINED    $      UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
_____    Case number *(if known)*    18-23538_____
Name

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.232**    **Priority creditor's name and mailing address**    As of the petition filing date, the claim is:

CITY OF DOUGLASVILLE POBOX 219

PO BOX 219                                                    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

DOUGLASVILLE, GA 30133                    ☒ Contingent
                                         ☒ Unliquidated
**Date or dates debt was incurred**          ☒ Disputed

Various

                                         **Basis for the claim:**
**Last 4 digits of**                       TAXING AUTHORITY
**account number**      __ __ __ __

**Specify Code subscription of PRIORITY**    **Is the claim subject to offset?**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)
                                         ☐ No
                                         ☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.233**    **Priority creditor's name and mailing address**    As of the petition filing date, the claim is:

CITY OF DOVER

15 E LOOCKERMAN ST                                            $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

DOVER, DE 19901                          ☒ Contingent
                                         ☒ Unliquidated
**Date or dates debt was incurred**          ☒ Disputed

Various

                                         **Basis for the claim:**
**Last 4 digits of**                       TAXING AUTHORITY
**account number**      __ __ __ __

**Specify Code subscription of PRIORITY**    **Is the claim subject to offset?**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)
                                         ☐ No
                                         ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.234** Priority creditor's name and mailing address

CITY OF DOWNEY
P O BOX 7016

DOWNEY, CA 90241-7016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.235** Priority creditor's name and mailing address

CITY OF DUARTE
1600 HUNTINGTON DR

DUARTE, CA 91010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.236** | Priority creditor's name and mailing address

CITY OF DUPONT
1700 CIVIC DRIVE

PONT, WA 98327

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED        $         UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.237** | Priority creditor's name and mailing address

CITY OF DURANGO
949 2ND AVENUE

DURANGO, CO 81301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$         UNDETERMINED        $         UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | | Total Claim | Priority |
|---|---|---|---|---|---|

**2.238**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

CITY OF EAST BREWTON

P O BOX 2010

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

BREWTON, AL 36427

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | | | Total Claim | Priority |
|---|---|---|---|---|---|

**2.239**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

CITY OF EASTVALE

12363 LIMONITE AVENUE SUITE 910

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

EASTVALE, CA 91752

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.240**

**Priority creditor's name and mailing address**

CITY OF EDGEWATER
2401 SHERIDAN BLVD

EDGEWATER, CO 80214

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.241**

**Priority creditor's name and mailing address**

CITY OF EDGEWOOD
385 DUDLEY ROAD

EDGEWOOD, KY 41017-2695

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.242**

**Priority creditor's name and mailing address**

CITY OF EL CAJON
200 CIVIC CENTER WAY

CAJON, CA 92020-3916

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.243**

**Priority creditor's name and mailing address**

CITY OF EL CENTRO
P O BOX 2069

CENTRO, CA 92244-2328

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.244**    **Priority creditor's name and mailing address**

CITY OF EL MONTE
11333 VALLEY BLVD

MONTE, CA 91731

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.245**    **Priority creditor's name and mailing address**

CITY OF ELBA
200 BUFORD ST

ELBA, AL 36323

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.246** Priority creditor's name and mailing address

CITY OF ELIZABETH CITY
PO BOX 347

CITY, NC 27907-0347

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.247** Priority creditor's name and mailing address

CITY OF ELIZABETHTOWN
PO BOX 550

ELIZABETHTOWN, KY 42702

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.248**  Priority creditor's name and mailing address

CITY OF ELKO
1751 COLLEGE AVENUE

ELKO, NV 89801

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$        UNDETERMINED     $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.249**  Priority creditor's name and mailing address

CITY OF ENGLEWOOD
PO BOX 2900

ENGLEWOOD, CO 80150

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (  8  )

As of the petition filing date, the claim is:

$        UNDETERMINED     $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____    Case number *(if known)*    18-23538 _____
Name

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.250**   **Priority creditor's name and mailing address**

CITY OF ENTERPRISE
PO BOX 311000 REVENUE DEPT

ENTERPRISE, AL 36331-1000

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.251**   **Priority creditor's name and mailing address**

CITY OF ESCONDIDO
201 N BROADWAY

ESCONDIDO, CA 92025-2798

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

| **Part 1** | **Additional Page** |
|------------|---------------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|--|--|-----------------|--------------|

**2.252** Priority creditor's name and mailing address

CITY OF EUFAULA
PO BOX 219

EUFAULA, AL 36072-0219

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
|--|--|-----------------|--------------|

**2.253** Priority creditor's name and mailing address

CITY OF EUNICE
P O BOX 1106

EUNICE, LA 70535

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.254**

**Priority creditor's name and mailing address**

CITY OF EUTAW
PO BOX 431

EUTAW, AL 35462

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.255**

**Priority creditor's name and mailing address**

CITY OF EVANS
PO BOX 912324

DENVER, CO 80291-2324

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.256**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF EVERETT
PO BOX 94430

SEATTLE, WA 98124-6730

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

Basis for the claim:
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.257**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF FAIRBANKS
800 CUSHMAN STREET

FAIRBANKS, AK 99701

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

Basis for the claim:
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.258** Priority creditor's name and mailing address

CITY OF FAIRFAX
10455 ARMSTRONG STREET

FAIRFAX, VA 22030

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.259** Priority creditor's name and mailing address

CITY OF FAIRHOPE
PO BOX 429

FAIRHOPE, AL 36533

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.260** | **Priority creditor's name and mailing address**

CITY OF FAIRMONT
P O BOX 1428

FAIRMONT, WV 26555-1428

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$       UNDETERMINED   $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.261** | **Priority creditor's name and mailing address**

CITY OF FAIRVIEW HEIGHTS
10025 BUNKUM ROAD

HEIGHTS, IL 62208

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$       UNDETERMINED   $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.262**

**Priority creditor's name and mailing address**

CITY OF FALLON
55 W WILLIAMS AVE

FALLON, NV 89406

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$     UNDETERMINED    $     UNDETERMINED

|  | Total Claim | Priority |
|--|-------------|----------|

**2.263**

**Priority creditor's name and mailing address**

CITY OF FARMINGTON
800 MUNICIPAL DRIVE

FARMINGTON, NM 87401

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$     UNDETERMINED    $     UNDETERMINED

Debtor  SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.264** | **Priority creditor's name and mailing address**

CITY OF FEDERAL HEIGHTS
2380 W 90TH AVENUE

FEDERAL HEIGHTS, CO 80260

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.265** | **Priority creditor's name and mailing address**

CITY OF FLINT INCOME TAX DIVISION
PO BOX 529

EATON RAPIDS, MI 48827-0529

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.266**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

CITY OF FLORENCE
P O BOX 1327

$    UNDETERMINED    $    UNDETERMINED

FLORENCE, KY 41022-1327

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.267**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

CITY OF FLORENCE
P O BOX 1327

$    UNDETERMINED    $    UNDETERMINED

FLORENCE, KY 41022-1327

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.268**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

CITY OF FLORENCE
P O BOX 1327

FLORENCE, KY 41022-1327

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.269**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

CITY OF FLORISSANT
955 RUE ST

FLORISSANT, MO 63031

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.270**

**Priority creditor's name and mailing address**

CITY OF FOLEY
P O DRAWER 1750

FOLEY, AL 36536

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.271**

**Priority creditor's name and mailing address**

CITY OF FONTANA
8353 SIERRA AVENUE

FONTANA, CA 92335-3528

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.272**  **Priority creditor's name and mailing address**

CITY OF FORT COLLINS
PO BOX 440

FORT COLLINS, CO 80522-0440

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.273**  **Priority creditor's name and mailing address**

CITY OF FORT MYERS
PODRAWER 2465

FORT MYERS, FL 33902

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.274**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

CITY OF FORT PAYNE
100 ALABAMA AVENUE NW

$    UNDETERMINED    $    UNDETERMINED

PAYNE, AL 35967

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.275**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

CITY OF FORT PIERCE
P O BOX 1480

$    UNDETERMINED    $    UNDETERMINED

PIERCE, FL 34954-1480

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.276**    **Priority creditor's name and mailing address**

CITY OF FOUNTAIN VALLEY
10200 SLATER AVENUE

VALLEY, CA 92708

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.277**    **Priority creditor's name and mailing address**

CITY OF FRANKFORT KY
PO BOX 697

FRANKFORT, KY 40602

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.278**   Priority creditor's name and mailing address

CITY OF FRANKLIN VIRGINIA
P O BOX 389

FRANKLIN, VA 23851

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.279**   Priority creditor's name and mailing address

CITY OF FT LAUDERDALE
100 N ANDREWS AVENUE

LAUDERDALE, FL 33302

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor     SEARS HOLDINGS CORPORATION
           Name

Case number *(if known)*     18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.280** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF FT MYERS
1825 HENDRY ST STE 101

MYERS, FL 33901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.281** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF FULLERTON
303 W COMMONWEALTH AVE

FULLERTON, CA 92832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
       Name

Case number *(if known)*    18-23538

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.282**

**Priority creditor's name and mailing address**

CITY OF FULTONDALE
P O BOX 699

FULTONDALE, AL 35068

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$      UNDETERMINED    $      UNDETERMINED

| | **Total Claim** | **Priority** |
|---|---|---|

**2.283**

**Priority creditor's name and mailing address**

CITY OF GADSDEN
P O BOX 267

GADSDEN, AL 35902-0267

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$      UNDETERMINED    $      UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.284**   Priority creditor's name and mailing address

CITY OF GAINESVILLE
BOX 2496

GAINESVILLE, GA 30503

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.285**   Priority creditor's name and mailing address

CITY OF GARDENA
1700 WEST 162ND STREET

GARDENA, CA 90247

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.286** | **Priority creditor's name and mailing address**

CITY OF GARDENDALE
P O BOX 889

GARDENDALE, AL 35071

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.287** | **Priority creditor's name and mailing address**

CITY OF GENEVA
P O BOX 37

GENEVA, AL 36340

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1** **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.288** | Priority creditor's name and mailing address

CITY OF GEORGETOWN
PO DRAWER 939

GEORGETOWN, SC 29442

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.289** | Priority creditor's name and mailing address

CITY OF GEORGIANA
P O BOX 310

GEORGIANA, AL 36033

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|----------------------------|------------------------|----------|
|        | Name                       |                        |          |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.290** Priority creditor's name and mailing address

CITY OF GLASGOW
PO BOX 278

GLASGOW, KY 42142-0278

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.291** Priority creditor's name and mailing address

CITY OF GLENDALE
633 E BROADWAY RM 101

GLENDALE            , CA 91206

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.292**    **Priority creditor's name and mailing address**

CITY OF GLENWOOD SPRINGS
101 W 8TH STREET

GLENWOOD SPRINGS, CO 81601-

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.293**    **Priority creditor's name and mailing address**

CITY OF GOLDEN
PO BOX 5885

DENVER, CO 80217

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.294**  **Priority creditor's name and mailing address**

CITY OF GOLDSBORO
P O DRAWER A

GOLDSBORO, NC 27533

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.295**  **Priority creditor's name and mailing address**

CITY OF GRAND FORKS
P O BOX 5200

FORKS, ND 58206-5200

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.296**    **Priority creditor's name and mailing address**

CITY OF GRAND JUNCTION
PO BOX 1809

GRAND JUNCTION, CO 81502-1809

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.297**    **Priority creditor's name and mailing address**

CITY OF GRASS VALLEY
8839 N CEDAR AVE 212

FRESNO, CA 93720-1832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.298**  Priority creditor's name and mailing address

CITY OF GRAYSON
302 E MAIN ST

GRAYSON, KY 41143

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.299**  Priority creditor's name and mailing address

CITY OF GRAYSVILLE
P O BOX 130

GRAYSVILLE, AL 35073

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.300**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF GREELEY
PO BOX 1648

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.

GREELEY, CO 80632

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

Basis for the claim:
SALES TAX

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.301**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF GREENFIELD
599 EL CAMINO REAL

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.

GREENFIELD, CA 93927

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

Basis for the claim:
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

Is the claim subject to offset?

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.302**   **Priority creditor's name and mailing address**

CITY OF GREENSBORO
PODRAWER 77

GREENSBORO, AL 36744

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.303**   **Priority creditor's name and mailing address**

CITY OF GREENVILLE
PO BOX 2207

GREENVILLE, SC 29602

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.304** Priority creditor's name and mailing address

CITY OF GREENWOOD
P O BOX 40

GREENWOOD, SC 29648

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.305** Priority creditor's name and mailing address

CITY OF GREENWOOD VILLAGE
PO BOX 910841

DENVER, CO 80274

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.306** Priority creditor's name and mailing address

CITY OF GULF SHORES
PO BOX 4089

GULF SHORES, AL 36547

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.307** Priority creditor's name and mailing address

CITY OF GULFPORT
1410 24TH AVENUE

GULFPORT, MS 39501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.308** Priority creditor's name and mailing address

CITY OF GUNTERSVILLE
341 GUNTER AVE

GUNTERSVILLE, AL 35976

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.309** Priority creditor's name and mailing address

CITY OF HACKENSACK DEPT OF HEALTH
215 STATE STREET

HACKENSACK, NJ 07601

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.310** | **Priority creditor's name and mailing address**

CITY OF HAMILTON
223 S 2ND STREET

HAMILTON, MT 59840

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.311** | **Priority creditor's name and mailing address**

CITY OF HANAHAN
1255 YEAMANS HALL ROAD

HANAHAN, SC 29410

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.312** | **Priority creditor's name and mailing address**

CITY OF HANCEVILLE
112 MAIN STREET SE

HANCEVILLE, AL 35077

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Total Claim: $    UNDETERMINED     Priority: $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.313** | **Priority creditor's name and mailing address**

CITY OF HANFORD
315 N DOUTY

HANFORD, CA 93230

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Total Claim: $    UNDETERMINED     Priority: $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.314**  **Priority creditor's name and mailing address**

CITY OF HARTSELLE
PO BOX 2028

DECATUR, AL 35602

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (____8____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.315**  **Priority creditor's name and mailing address**

CITY OF HARTSELLE
PO BOX 2028

DECATUR, AL 35602

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.316**    **Priority creditor's name and mailing address**

CITY OF HAWTHORNE
4455 W 126TH STREET

HAWTHORNE, CA 90250

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.317**    **Priority creditor's name and mailing address**

CITY OF HAYWARD
777 B STREET

HAYWARD, CA 94541

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.318**  **Priority creditor's name and mailing address**

CITY OF HEALDSBURG
401 GROVE STREET

HEALDSBURG, CA 95448-4723

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.319**  **Priority creditor's name and mailing address**

CITY OF HEATH INCOME TAX DEPT
1287 HEBRON ROAD

HEATH, OH 43056

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.320** Priority creditor's name and mailing address

CITY OF HEFLIN
P O BOX 128

HEFLIN, AL 36264

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.321** Priority creditor's name and mailing address

CITY OF HELENA
P O BOX 613

HELENA, AL 35080

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.322**  **Priority creditor's name and mailing address**

CITY OF HELENA
P O BOX 613

HELENA, AL 35080

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED      $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.323**  **Priority creditor's name and mailing address**

CITY OF HEMET
445 EAST FLORIDA AVE

HEMET, CA 92543

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED      $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.324**  **Priority creditor's name and mailing address**

CITY OF HENAGAR
P O BOX 39

HENAGAR, AL 35978

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.325**  **Priority creditor's name and mailing address**

CITY OF HENDERSON
240 S WATER STREET

HENDERSON, NV 89015

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.326** Priority creditor's name and mailing address

CITY OF HENDERSON
240 S WATER STREET

HENDERSON, NV 89015

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | **Total Claim** | **Priority** |
|---|---|---|

**2.327** Priority creditor's name and mailing address

CITY OF HIALEAH
PO BOX 918661

ORLANDO, FL 32891-8661

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.328** Priority creditor's name and mailing address

CITY OF HILLSBORO
3980 RHODES AVENUE

NEW BOSTO, OH 45662

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.329** Priority creditor's name and mailing address

CITY OF HOLLISTER
375 FIFTH STREET

HOLLISTER, CA 95023-3876

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.330** Priority creditor's name and mailing address

CITY OF HOLLYWOOD
2600 HOLLYWOOD BLVD ROOM 103

HOLLYWOOD, FL 33020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.331** Priority creditor's name and mailing address

CITY OF HOLTVILLE
121 W 5TH STREET

HOLTVILLE, CA 92250

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

---

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.332** | **Priority creditor's name and mailing address**

CITY OF HOLYOKE
20 KOREAN VETERANS PLAZA

HOLYOKE, MA 01040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.333** | **Priority creditor's name and mailing address**

CITY OF HOMEWOOD
PO BOX 59666

HOMEWOOD, AL 35259

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.334**  **Priority creditor's name and mailing address**

CITY OF HOOVER
P O BOX 11407

BIRMINGHAM, AL 35246-0144

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.335**  **Priority creditor's name and mailing address**

CITY OF HOOVER
P O BOX 11407

BIRMINGHAM, AL 35246-0144

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.336**  **Priority creditor's name and mailing address**

CITY OF HOPKINSVILLE
PO BOX 707

HOPKINSVILLE, KY 42241

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.337**  **Priority creditor's name and mailing address**

CITY OF HOQUIAM
609 8TH STREET

HOQUIAM, WA 98550

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.338** Priority creditor's name and mailing address

CITY OF HOT SPRINGS
P O BOX 6300

SPRINGS, AR 71902

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.339** Priority creditor's name and mailing address

CITY OF HOUSTON
PO BOX 2688

HOUSTON, TX 77252

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | | Priority |
|---|---|---|---|

**2.340**  Priority creditor's name and mailing address

CITY OF HUEYTOWN
PO BOX 3650

HUEYTOWN, AL 35023-0078

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED   $    UNDETERMINED

| | Total Claim | | Priority |
|---|---|---|---|

**2.341**  Priority creditor's name and mailing address

CITY OF HUEYTOWN
PO BOX 3650

HUEYTOWN, AL 35023-0078

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED   $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.342** Priority creditor's name and mailing address

CITY OF HUNTINGTON
P O BOX 1659

HUNTINGTON, WV 25717-1659

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.343** Priority creditor's name and mailing address

CITY OF IMPERIAL
420 S IMPERIAL BLVD

IMPERIAL, CA 92251

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.344**    Priority creditor's name and mailing address

CITY OF INDEPENDENCE MO
111 E MAPLE

INDEPENDENCE, MO 64051-0519

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| | **Total Claim** | **Priority** |
|---|---|---|

**2.345**    Priority creditor's name and mailing address

CITY OF INMAN
20 S MAIN STREET

INMAN, SC 29349

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.346**   **Priority creditor's name and mailing address**

CITY OF INVERNESS
212 W MAIN ST

INVERNESS, FL 34450

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.347**   **Priority creditor's name and mailing address**

CITY OF ISLE OF PALMS
PO DRAWER 508

PALMS, SC 29451

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.348**

**Priority creditor's name and mailing address**

CITY OF ISSAQUAH
PO BOX 1307

ISSAQUAH, WA 98027

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.349**

**Priority creditor's name and mailing address**

CITY OF JACKSON
PO BOX 1096

JACKSON, AL 36545

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
          Name

Case number *(if known)*    18-23538
_____

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.350**  Priority creditor's name and mailing address

CITY OF JACKSON INCOME TAX DIVISION
161 W MICHIGAN AVE

JACKSON, MI 49201

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**        __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$       UNDETERMINED    $       UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.351**  Priority creditor's name and mailing address

CITY OF JACKSONVILLE
320 CHURCH AVE SE

JACKSONVILLE, AL 36265-2651

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**        __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$       UNDETERMINED    $       UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.352**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF JASPER
PO BOX 2131                                          $        UNDETERMINED    $        UNDETERMINED

Check all that apply.

JASPER, AL 35502-2131

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____8____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.353**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF JEMISON
P O BOX 609                                          $        UNDETERMINED    $        UNDETERMINED

Check all that apply.

JEMISON, AL 35085-0609

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.354**  **Priority creditor's name and mailing address**

CITY OF JERSEY CITY
382 MARTIN LUTHER KING DRIVE

CITY, NJ 07305

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.355**  **Priority creditor's name and mailing address**

CITY OF JESUP
P O BOX 427 CITY TREASURER

JESUP, GA 31598

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.356** Priority creditor's name and mailing address

CITY OF JOLIET
150 WEST JEFFERSON STREET

JOLIET, IL 60432

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.357** Priority creditor's name and mailing address

CITY OF JOPLIN
602 S MAIN ST

JOPLIN, MO 64801

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.358** | Priority creditor's name and mailing address

CITY OF KANSAS CITY
PO BOX 843956

CITY, MO 64184-3956

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.359** | Priority creditor's name and mailing address

CITY OF KANSAS CITY MISSOURI REVENUE DIVISION
PO BOX 843322

KANSAS CITY, MO 64184-3322

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.360** Priority creditor's name and mailing address

CITY OF KENT
220 4TH AVENUE SOUTH

KENT, WA 98032-5895

Date or dates debt was incurred
Various

Last 4 digits of
account number     __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.361** Priority creditor's name and mailing address

CITY OF KENT B&O TAX
PO BOX 84665

KENT, WA 98124-5965

Date or dates debt was incurred
Various

Last 4 digits of
account number     __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

**Part 1** **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.362**  **Priority creditor's name and mailing address**

CITY OF KENTON
PO BOX 490

XENIA OH, OH 45385-0490

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.363**  **Priority creditor's name and mailing address**

CITY OF KEY WEST
P O BOX 1409

WEST, FL 33040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.364**  **Priority creditor's name and mailing address**

CITY OF KEYSER
111 N DAVIS ST

KEYSER, WV 26726

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.365**  **Priority creditor's name and mailing address**

CITY OF KINGSPORT
225 W CENTER STREET

KINGSPORT, TN 37660-4237

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.366**

**Priority creditor's name and mailing address**

CITY OF LA FALSE ALARMS
P O BOX 30879

ANGELES, CA 90030-0879

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.367**

**Priority creditor's name and mailing address**

CITY OF LA JUNTA
PO BOX 489

LAJUNTA, CO 81050

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.368**  **Priority creditor's name and mailing address**

CITY OF LA MIRADA
P0 BOX 828

MIRADA, CA 90637-0828

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.369**  **Priority creditor's name and mailing address**

CITY OF LA VERNE
3660 "D" STREET

VERNE, CA 91750

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.370** Priority creditor's name and mailing address

CITY OF LACEY
420 COLLEGE ST SE

LACEY, WA 98503-1238

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim $   UNDETERMINED    Priority $   UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.371** Priority creditor's name and mailing address

CITY OF LAFAYETTE
1290 S PUBLICROAD

LAFAYETTE, CO 80026

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim $   UNDETERMINED    Priority $   UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.372** Priority creditor's name and mailing address

CITY OF LAFAYETTE
1290 S PUBLICROAD

LAFAYETTE, CO 80026

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.373** Priority creditor's name and mailing address

CITY OF LAGRANGE
307 W JEFFERSON ST

GRANGE, KY 40031

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.374**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF LAKE CITY
PO BOX 1329

$    UNDETERMINED    $    UNDETERMINED

CITY, SC 29560

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.375**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF LAKELAND
228 SOUTH MASSACHUSETTS AVENUE

$    UNDETERMINED    $    UNDETERMINED

LAKELAND, FL 33801-5012

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.376**  **Priority creditor's name and mailing address**

CITY OF LAKEPORT
225 PARK STREET

LAKEPORT, CA 95453

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.377**  **Priority creditor's name and mailing address**

CITY OF LAKEWOOD
PO BOX 220

LAKEWOOD, CA 90714-0220

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.378** | Priority creditor's name and mailing address

CITY OF LAKEWOOD
PO BOX 220

LAKEWOOD, CA 90714-0220

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.379** | Priority creditor's name and mailing address

CITY OF LAMAR
102 E PARMENTER

LAMAR, CO 81052

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.380**   Priority creditor's name and mailing address

CITY OF LANCASTER OHIO INCOME TAX DEPT
PO BAX 128

LANCASTER, OH 43130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.381**   Priority creditor's name and mailing address

CITY OF LANETT
PO BOX 290

LANETT, AL 36863

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.382**  Priority creditor's name and mailing address

CITY OF LANSING INCOME TAX DEPARTMENT
124 W MICHIGAN AVE RM G-29

LANSING, MI 48933-1697

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**     __  __  __  __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$        UNDETERMINED   $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.383**  Priority creditor's name and mailing address

CITY OF LARGO
PO BOX 296

LARGO, FL 33779

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**     __  __  __  __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$        UNDETERMINED   $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|--------|---------------------------|--|--------------------------|----------|
| | Name | | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|--|--|--|-------------|----------|

**2.384**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim | Priority |
|----------------------------------------------|-----------------------------------------------|-------------|----------|
| CITY OF LAS VEGAS | | $    UNDETERMINED | $    UNDETERMINED |
| PO BOX 748018 | | | |
| | Check all that apply. | | |
| ANGELES, CA 90074-8018 | [X] Contingent | | |
| | [X] Unliquidated | | |
| | [X] Disputed | | |
| **Date or dates debt was incurred** | | | |
| Various | **Basis for the claim:** | | |
| | TAXING AUTHORITY | | |
| **Last 4 digits of account number** __ __ __ __ | | | |
| | **Is the claim subject to offset?** | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ ) | [ ] No | | |
| | [ ] Yes | | |

**2.385**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim | Priority |
|----------------------------------------------|-----------------------------------------------|-------------|----------|
| CITY OF LEBANON | | $    UNDETERMINED | $    UNDETERMINED |
| 200 CASTLE HEIGHTS AVENUE NORTH | | | |
| | Check all that apply. | | |
| LEBANON, TN 37087 | [X] Contingent | | |
| | [X] Unliquidated | | |
| | [X] Disputed | | |
| **Date or dates debt was incurred** | | | |
| Various | **Basis for the claim:** | | |
| | TAXING AUTHORITY | | |
| **Last 4 digits of account number** __ __ __ __ | | | |
| | **Is the claim subject to offset?** | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ ) | [ ] No | | |
| | [ ] Yes | | |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.386**  **Priority creditor's name and mailing address**

CITY OF LEEDS
1040 PARK DRIVE

LEEDS, AL 35094

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

---

| | Total Claim | Priority |
|---|---|---|

**2.387**  **Priority creditor's name and mailing address**

CITY OF LEESBURG
PO BOX 490630

LEESBURG, FL 34749-0630

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| Part 1 | Additional Page |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
| --- | --- | --- |

**2.388**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | | | |
| --- | --- | --- | --- | --- | --- |
| CITY OF LEMON GROVE | | $ | UNDETERMINED | $ | UNDETERMINED |
| 3232 MAIN STREET | | | | | |
| | Check all that apply. | | | | |
| GROVE, CA 91945 | ☒ Contingent | | | | |
| | ☒ Unliquidated | | | | |
| **Date or dates debt was incurred** | ☒ Disputed | | | | |
| Various | | | | | |
| | **Basis for the claim:** | | | | |
| **Last 4 digits of** | TAXING AUTHORITY | | | | |
| **account number** ___ ___ ___ ___ | | | | | |
| **Specify Code subscription of PRIORITY** | **Is the claim subject to offset?** | | | | |
| **unsecured claim:** 11 U.S.C. § 507(a) (_____) | ☐ No | | | | |
| | ☐ Yes | | | | |

| | Total Claim | Priority |
| --- | --- | --- |

**2.389**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | | | |
| --- | --- | --- | --- | --- | --- |
| CITY OF LEMOORE | | $ | UNDETERMINED | $ | UNDETERMINED |
| 119 FOX STREET | | | | | |
| | Check all that apply. | | | | |
| LEMOORE, CA 93245 | ☒ Contingent | | | | |
| | ☒ Unliquidated | | | | |
| **Date or dates debt was incurred** | ☒ Disputed | | | | |
| Various | | | | | |
| | **Basis for the claim:** | | | | |
| **Last 4 digits of** | TAXING AUTHORITY | | | | |
| **account number** ___ ___ ___ ___ | | | | | |
| **Specify Code subscription of PRIORITY** | **Is the claim subject to offset?** | | | | |
| **unsecured claim:** 11 U.S.C. § 507(a) (_____) | ☐ No | | | | |
| | ☐ Yes | | | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.390** Priority creditor's name and mailing address

CITY OF LEWISTON
215 "D" ST BUSINESS LICENSING

LEWISTON, ID 83501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**     __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$          UNDETERMINED        $          UNDETERMINED

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.391** Priority creditor's name and mailing address

CITY OF LIBERTY
PO BOX 716

LIBERTY, SC 29657-0716

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**     __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$          UNDETERMINED        $          UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**　　**Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.392** | **Priority creditor's name and mailing address**

CITY OF LINCOLN CITY
PO BOX 50

CITY, OR 97367-0050

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$　　UNDETERMINED　　$　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.393** | **Priority creditor's name and mailing address**

CITY OF LINDEN
211 N MAIN STREET

LINDEN, AL 36748

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$　　UNDETERMINED　　$　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.394** Priority creditor's name and mailing address

CITY OF LINEVILLE
P O BOX 247

LINEVILLE, AL 36266-0247

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.395** Priority creditor's name and mailing address

CITY OF LITTLE ROCK
500 WEST MARKHAN ST SUITE 100

ROCK, AR 72201-1497

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*  18-23538
_____

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.396** Priority creditor's name and mailing address

CITY OF LITTLETON
PO BOX 1305

ENGLEWOOD, CO 80150-1305

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.397** Priority creditor's name and mailing address

CITY OF LIVINGSTON
PODRAWER W

LIVINGSTON, AL 35470

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

As of the petition filing date, the claim is:

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.398** Priority creditor's name and mailing address

CITY OF LONE TREE
PO BOX 17987

DENVER, CO 80217

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.399** Priority creditor's name and mailing address

CITY OF LONG BEACH
333 W OCEAN BLVD

LONG BEACH, CA 90802

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.400**  **Priority creditor's name and mailing address**

CITY OF LONGMONT
CIVIC CENTERCOMPLEX

LONGMONT, CO 80501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.401**  **Priority creditor's name and mailing address**

CITY OF LONGVIEW FINANCE DEPT
PO BOX 128

LONGVIEW, WA 98632

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.402** Priority creditor's name and mailing address

CITY OF LORAIN
605 WEST 4TH STREET

LORAIN, OH 44052

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.403** Priority creditor's name and mailing address

CITY OF LORIS
PO BOX 548

LORIS, SC 29569-0548

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.404**  Priority creditor's name and mailing address

CITY OF LOS ANGELES
200 N SPRING ST RM 967 CTY HAL

LOS ANGELES, CA 90012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

---

| | Total Claim | Priority |
|---|---|---|

**2.405**  Priority creditor's name and mailing address

CITY OF LOVELAND
PO BOX 845

LOVELAND, CO 80539

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

---

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.406** Priority creditor's name and mailing address

CITY OF LYNNWOOD
19100 44TH AVE W

SEAHURST, WA 98062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.407** Priority creditor's name and mailing address

CITY OF MADISON
P O BOX 99

MADISON, AL 35758

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.408** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF MADISON
P O BOX 99

MADISON, AL 35758

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.409** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF MADISON INSPECTION UNIT
PO BOX 2984

MADISON, WI 53701

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.410**   **Priority creditor's name and mailing address**

CITY OF MANASSAS PARK
ONE PARK CENTER COURT

PARK, VA 20111-2395

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**      __ __   __ __   __ __   __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED      $      UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.411**   **Priority creditor's name and mailing address**

CITY OF MANHATTAN BEACH
1400 HIGHLAND AVENUE

BEACH, CA 90266

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**      __ __   __ __   __ __   __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED      $      UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.412**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY OF MANSFIELD OHIO INCOME TAX DEPT
PO BOX 577

$    UNDETERMINED    $    UNDETERMINED

MANSFIELD, OH 44901

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.413**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY OF MARICOPA
PO BOX 550

$    UNDETERMINED    $    UNDETERMINED

MARICOPA, CA 93252

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.414** | **Priority creditor's name and mailing address**

CITY OF MARIETTA
301 PUTNAM STREET

MARIETTA, OH 45750

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.415** | **Priority creditor's name and mailing address**

CITY OF MARION AL
P O DRAWER 959

MARION, AL 36756

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.416** **Priority creditor's name and mailing address**

CITY OF MARKSVILLE
427 N WASHINGTON ST CITY HALL

MARKSVILLE, LA 71351

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.417** **Priority creditor's name and mailing address**

CITY OF MARTINEZ
8839 N CEDAR AVE 212

FRESNO, CA 93720-1832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206 E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 209 of 847

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.418**   **Priority creditor's name and mailing address**

CITY OF MARY ESTHER
195 CHRISTOBAL ROAD N

ESTHER, FL 32569

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.419**   **Priority creditor's name and mailing address**

CITY OF MASSILLON
PO BOX 490

XENIA, OH 45385-0490

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.420** Priority creditor's name and mailing address

CITY OF MAULDIN
P O BOX 249

MAULDIN, SC 29662

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.421** Priority creditor's name and mailing address

CITY OF MAYWOOD
4319 EAST SLAUSON

MAYWOOD, CA 90270

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.422** Priority creditor's name and mailing address

CITY OF MCALLEN
P O BOX 220

MCALLEN, TX 78501-0220

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.423** Priority creditor's name and mailing address

CITY OF MCMECHEN
325 LOGAN STREET

MECHEN, WV 26040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1** **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.424** **Priority creditor's name and mailing address**

CITY OF MELBOURNE
900 E STRAWBRIDGE AVE

MELBOURNE, FL 32901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.425** **Priority creditor's name and mailing address**

CITY OF MERCED
678 W 18TH STREET

MERCED, CA 95340

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**
$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.426** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF MERIDIAN
P O BOX 1430

$    UNDETERMINED    $    UNDETERMINED

MERIDIAN, MS 39302

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.427** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF MIAMI
P O BOX 105206

$    UNDETERMINED    $    UNDETERMINED

ATLANTA, GA 30348-5206

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.428** | Priority creditor's name and mailing address

CITY OF MIAMI - CUSTOMER SERVICES
444 SW 2ND AVE

MIAMI, FL 33130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.429** | Priority creditor's name and mailing address

CITY OF MIDDLETON OHIO INCOME TAX DEPT
PO BOX 428739

MIDDLETON, OH 45042

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
          Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.430**  **Priority creditor's name and mailing address**

CITY OF MILLBRAE
621 MAGNOLIA AVE

MILLBRAE, CA 94030

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.431**  **Priority creditor's name and mailing address**

CITY OF MOBILE
PO BOX 11407

BIRMINGHAM, AL 35246-1530

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.432** Priority creditor's name and mailing address

CITY OF MODESTO
P O BOX 3442

MODESTO, CA 95353-3442

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.433** Priority creditor's name and mailing address

CITY OF MOLINE
619 16TH STREET

MOLINE, IL 61265

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.434**   **Priority creditor's name and mailing address**

CITY OF MONROE INCOME TAX DEPARTMENT
PO BOX 629

MONROE, OH 45050

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED     $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.435**   **Priority creditor's name and mailing address**

CITY OF MONROEVILLE
P O BOX 147

MONROEVILLE, AL 36461

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED     $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____    Case number *(if known)*    18-23538 _____
Name

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.436**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF MONROVIA
415 S IVY AVE                                         $        UNDETERMINED   $        UNDETERMINED

MONROVIA, CA 91016                     Check all that apply.

**Date or dates debt was incurred**     ☒ Contingent
Various                                  ☒ Unliquidated
                                         ☒ Disputed
**Last 4 digits of**
**account number**  ___ ___ ___ ___     **Basis for the claim:**
                                         TAXING AUTHORITY
**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )     **Is the claim subject to offset?**

                                         ☐ No
                                         ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.437**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF MONTCLAIR
PO BOX 2308                                          $        UNDETERMINED   $        UNDETERMINED

MONTCLAIR, CA 91763                    Check all that apply.

**Date or dates debt was incurred**     ☒ Contingent
Various                                  ☒ Unliquidated
                                         ☒ Disputed
**Last 4 digits of**
**account number**  ___ ___ ___ ___     **Basis for the claim:**
                                         TAXING AUTHORITY
**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )     **Is the claim subject to offset?**

                                         ☐ No
                                         ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.438** Priority creditor's name and mailing address

CITY OF MONTEBELLO
1600 W BEVERLY BLVD

MONTEBELLO, CA 90640

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.439** Priority creditor's name and mailing address

CITY OF MONTEREY
735 PACIFIC ST STE A

MONTEREY, CA 93940

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.440**

**Priority creditor's name and mailing address**

CITY OF MONTEREY PARK
320 WEST NEWMARK AVE

PARK, CA 91754

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.441**

**Priority creditor's name and mailing address**

CITY OF MONTEVALLO
541 MAIN STREET

MONTEVALLO, AL 35115

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor      SEARS HOLDINGS CORPORATION
            Name                                                              Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.442**  **Priority creditor's name and mailing address**

CITY OF MONTGOMERY
PO BOX 830469

BIRMINGHAM, AL 35283

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**   __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.443**  **Priority creditor's name and mailing address**

CITY OF MONTGOMERY
PO BOX 830469

BIRMINGHAM, AL 35283

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**   __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|------------------------------|------------------------|----------|
|        | Name                         |                        |          |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.444**  Priority creditor's name and mailing address

CITY OF MONTROSE
PO BOX 790

MONTROSE, CO 81402-0790

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____8_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.445**  Priority creditor's name and mailing address

CITY OF MOODY
670 PARK AVENUE

MOODY, AL 35004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.446**   **Priority creditor's name and mailing address**

CITY OF MOORPARK
799 MOORPARK AVE

MOORPARK, CA 93021

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.447**   **Priority creditor's name and mailing address**

CITY OF MORENO VALLEY
P O BOX 88005

VALLEY, CA 92552

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.448** | **Priority creditor's name and mailing address**

CITY OF MORGANTOWN
389 SPRUCE ST

MORGANTOWN, WV 26505

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.449** | **Priority creditor's name and mailing address**

CITY OF MORROW
1500 MORROW RD

MORROW, GA 30260

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.450**   **Priority creditor's name and mailing address**

CITY OF MOUNT VERNON

3 NORTH GAY STREET SUITE A

MOUNT VERNON, OH 43050-3213

**As of the petition filing date, the claim is:**

Total Claim: $ UNDETERMINED   Priority: $ UNDETERMINED

**Check all that apply.**
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.451**   **Priority creditor's name and mailing address**

CITY OF MOUNTAIN BROOK

56 CHURCH STREET

BROOK, AL 35213

**As of the petition filing date, the claim is:**

Total Claim: $ UNDETERMINED   Priority: $ UNDETERMINED

**Check all that apply.**
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __ __

**Basis for the claim:**
SALES TAX

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.452**  Priority creditor's name and mailing address

CITY OF MOUNTAIN BROOK
56 CHURCH STREET

BROOK, AL 35213

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.453**  Priority creditor's name and mailing address

CITY OF MOUNTAIN VIEW
P O BOX 7540

VIEW, CA 94039-7540

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.454**

**Priority creditor's name and mailing address**

CITY OF MYRTLE BEACH
PO BOX 2468

BEACH, SC 29578

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED      $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.455**

**Priority creditor's name and mailing address**

CITY OF NAPLES FINANCE DEPARTMENT
735 8TH STREET SOUTH

NAPLES, FL 34102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED      $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.456**  **Priority creditor's name and mailing address**

CITY OF NEEDLES
817 3RD STREET

NEEDLES, CA 92363

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.457**  **Priority creditor's name and mailing address**

CITY OF NEVADA CITY
317 BROAD ST

CITY, CA 95959

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.458**   **Priority creditor's name and mailing address**

CITY OF NEW BOSTON
3980 RHODES AVENUE

NEW BOSTO, OH 45662

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $    UNDETERMINED    Priority: $    UNDETERMINED

---

|  | | Total Claim | Priority |
|---|---|---|---|

**2.459**   **Priority creditor's name and mailing address**

CITY OF NEW ELLENTON
P O BOX 459

ELLENTON, SC 29809

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $    UNDETERMINED    Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.460**  **Priority creditor's name and mailing address**

CITY OF NEW HOPE
P O BOX 419

HOPE, AL 35760

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.461**  **Priority creditor's name and mailing address**

CITY OF NEW ORLEANS
PO BOX 61840

NEW ORLEANS, LA 70161

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.462**  **Priority creditor's name and mailing address**

CITY OF NEWARK

37101 NEWARK BLVD

NEWARK, CA 94560-3796

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED   $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.463**  **Priority creditor's name and mailing address**

CITY OF NILES

34 W STATE ST

NILES, OH 44446

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED   $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.464** | **Priority creditor's name and mailing address**

CITY OF NITRO
20TH STREET & 2ND AVE

NITRO, WV 25143

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.465** | **Priority creditor's name and mailing address**

CITY OF NORMANDY PARK
801 SW 174TH STREET

POULSBO, WA 98166-3679

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.466**  **Priority creditor's name and mailing address**

CITY OF NORTH AUGUSTA
P O BOX 6400

AUGUSTA, SC 29861-6400

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.467**  **Priority creditor's name and mailing address**

CITY OF NORTH CANTON
PO BOX 490

XENI, OH 45385-0490

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.468**

**Priority creditor's name and mailing address**

CITY OF NORTH LITTLE ROCK
PO BOX 5757

NORTH LITTLE ROCK, AR

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$            UNDETERMINED    $            UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.469**

**Priority creditor's name and mailing address**

CITY OF NORTH MYRTLE BEACH
1018 SECOND AVENUE SOUTH

BEACH, SC 29582

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$            UNDETERMINED    $            UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.470** Priority creditor's name and mailing address

CITY OF NORTHGLENN
PO BOX 5305

DENVER, CO 80217

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim:  $    UNDETERMINED
Priority:  $    UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.471** Priority creditor's name and mailing address

CITY OF NORTHPORT
P O BOX 569

NORTHPORT, AL 35476

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim:  $    UNDETERMINED
Priority:  $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.472** Priority creditor's name and mailing address

CITY OF NORTHPORT - TAX DIVISION
PO DRAWER 569

NORTHPORT, AL 35476

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.473** Priority creditor's name and mailing address

CITY OF OAK HARBOR
865 SE BARRINGTON DRIVE

HARBOR, WA 98277-4092

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.474**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

CITY OF OAKDALE

280 N THIRD AVENUE

OAKDALE, CA 95361

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.475**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

CITY OF OAKLAND

250 FRANK H OGAWA PLAZA 1320

OAKLAND, CA 94612

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.476** **Priority creditor's name and mailing address**

CITY OF OCALA
PO BOX 1270

OCALA, FL 34478

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$ UNDETERMINED    $ UNDETERMINED

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.477** **Priority creditor's name and mailing address**

CITY OF OCEANSIDE
300 N COAST HIGHWAY

OCEANSIDE, CA 92054

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$ UNDETERMINED    $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.478**    **Priority creditor's name and mailing address**

CITY OF OCONOMOWOC
P O BOX 27

OCONOMOWOC, WI 53066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.479**    **Priority creditor's name and mailing address**

CITY OF ONEONTA
202 3RD AVE E

ONEONTA, AL 35121

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.480** | **Priority creditor's name and mailing address**

CITY OF ONTARIO
302 EAST "B" STREET

ONTARIO, CA 91762-8790

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.481** | **Priority creditor's name and mailing address**

CITY OF OPELIKA-REVENUE
PO BOX 390

OPELIKA, AL 36803-0390

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.482** Priority creditor's name and mailing address

CITY OF OPELOUSAS
PO BOX 1879

OPELOUSAS, LA 70571-1879

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.483** Priority creditor's name and mailing address

CITY OF OPP
P O BOX 610

OPP, AL 36467

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total Claim | Priority |
|---|---|---|---|---|

**2.484**

**Priority creditor's name and mailing address**

CITY OF ORANGE

BUSINESS LICENSE DIVISION 300 E CHAPMAN AVENUE

ORANGE, CA 92866

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | | Total Claim | Priority |
|---|---|---|---|---|

**2.485**

**Priority creditor's name and mailing address**

CITY OF ORANGE BEACH

P O BOX 1159

BEACH, AL 36561

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|-----------------------------|--------------------------|----------|
|        | Name                        |                          |          |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.486** Priority creditor's name and mailing address

CITY OF ORANGE BEACH
P O BOX 1159

BEACH, AL 36561

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.487** Priority creditor's name and mailing address

CITY OF ORANGE CITY
205 E GRAVES AVE

ORANGE CITY, FL 32763

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.488**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF OREGON
PO BOX 490

$   UNDETERMINED   $   UNDETERMINED

XENI, OH 45385-0490

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.489**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF ORLANDO
400 S ORANGE AVE

$   UNDETERMINED   $   UNDETERMINED

ORLANDO, FL 32801

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.490**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF OVIEDO
400 ALEXANDRIA BLVD

$　　　UNDETERMINED   $　　　UNDETERMINED

OVIEDO, FL 32765

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.491**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF OWENSBORO
PO BOX 10008

$　　　UNDETERMINED   $　　　UNDETERMINED

OWENSBOR, OH 42302

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.492**  Priority creditor's name and mailing address

CITY OF OZARK
P O BOX 1987

OZARK, AL 36361

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim  $  UNDETERMINED
Priority  $  UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.493**  Priority creditor's name and mailing address

CITY OF PADUCAH
PO BOX 2697

PADUCAH, KY 42002-2697

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim  $  UNDETERMINED
Priority  $  UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.494**  Priority creditor's name and mailing address

CITY OF PALM BEACH GARDENS
10500 N MILITARY TRAIL

GARDENS, FL 33410

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ UNDETERMINED    $ UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.495**  Priority creditor's name and mailing address

CITY OF PALM DESERT
73-510 FRED WARING DRIVE

DESERT, CA 92260-2578

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ UNDETERMINED    $ UNDETERMINED

Debtor  SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*  18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.496** **Priority creditor's name and mailing address**

CITY OF PALMDALE
38250 SIERRA HWY

PALMDALE, CA 93550

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.497** **Priority creditor's name and mailing address**

CITY OF PANAMA CITY
PO BOX 1880

PANAMA CITY, FL 32402

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.498**    **Priority creditor's name and mailing address**

CITY OF PARKERSBURG
P O BOX 1627

PARKERSBURG, WV 26102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.499**    **Priority creditor's name and mailing address**

CITY OF PASADENA
100 N GARFIELD AVE RM N123

PASADENA, CA 91109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor     SEARS HOLDINGS CORPORATION
           _____
           Name

Case number *(if known)*    18-23538
           _____

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.500** Priority creditor's name and mailing address

CITY OF PASADENA FIRE DEPT PREVENTION
215 N MARENGO AVE SUITE 195

PASADENA, CA 91101-1530

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.501** Priority creditor's name and mailing address

CITY OF PELHAM
P O BOX 1238

PELHAM, AL 35124

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.502** | **Priority creditor's name and mailing address**

CITY OF PELHAM
P O BOX 1238

PELHAM, AL 35124

**As of the petition filing date, the claim is:**

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.503** | **Priority creditor's name and mailing address**

CITY OF PELL CITY
1905 FIRST AVE N

CITY, AL 35125

**As of the petition filing date, the claim is:**

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name                          Case number (if known)    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.504**  Priority creditor's name and mailing address

CITY OF PELL CITY
1905 FIRST AVE N

CITY, AL 35125

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.505**  Priority creditor's name and mailing address

CITY OF PEMBROKE PINES
601 CITY CENTER WAY 4TH FLOOR

PINES, FL 33025

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.506** | **Priority creditor's name and mailing address**

CITY OF PETALUMA
P O BOX 61

PETALUMA, CA 94953-6011

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.507** | **Priority creditor's name and mailing address**

CITY OF PETERSBURG
PO BOX 669

PETERSBURG, WV 26847

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
| --- | --- | --- |

**2.508**  **Priority creditor's name and mailing address**

CITY OF PHENIX CITY
601 12TH STREET

CITY, AL 36867

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
| --- | --- | --- |

**2.509**  **Priority creditor's name and mailing address**

CITY OF PHILADELPHIA
POBOX 1942

PHILADELPHIA            , PA

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.510**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF PHILADELPHIA
POBOX 1942

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

PHILADELPHIA            , PA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.511**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF PIEDMONT
PO BOX 112

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

PIEDMONT, AL 36272

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number**  __ __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.512** **Priority creditor's name and mailing address**

CITY OF PIEDMONT
PO BOX 112

PIEDMONT, AL 36272

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.513** **Priority creditor's name and mailing address**

CITY OF PINOLE
2131 PEAR STREET

PINOLE, CA 94564

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.514** Priority creditor's name and mailing address

CITY OF PIQUA OHIO INCOME TAX DEPT
201 WEST WATER ST

PIQUA, OH 45356

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.515** Priority creditor's name and mailing address

CITY OF PLEASANT GROVE
501 PARK ROAD

GROVE, AL 35127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.516** **Priority creditor's name and mailing address**

CITY OF PLEASANT HILL
100 GREGORY LANE

HILL, CA 94523-3323

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.517** **Priority creditor's name and mailing address**

CITY OF PLEASANTON
P O BOX 520

PLEASANTON, CA 94566-0802

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.518**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| CITY OF POMONA | | $  UNDETERMINED | $  UNDETERMINED |
| PO BOX 660 | | | |
| | Check all that apply. | | |
| POMONA, CA 91769 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| | | Total Claim | Priority |
|---|---|---|---|

**2.519**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| CITY OF PORT TOWNSEND | | $  UNDETERMINED | $  UNDETERMINED |
| 250 MADISON STREET | | | |
| | Check all that apply. | | |
| TOWNSEND, WA 98368 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.520**   **Priority creditor's name and mailing address**

CITY OF PRATTVILLE
PO BOX 680190

PRATTVILLE, AL 36068

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.521**   **Priority creditor's name and mailing address**

CITY OF PUEBLO
200 S MAIN

PUEBLO, CO 81003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.522**   **Priority creditor's name and mailing address**

CITY OF PUEBLO
200 S MAIN

PUEBLO, CO 81003

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.523**   **Priority creditor's name and mailing address**

CITY OF PUYALLUP
P O BOX 314

SEAHURST, WA 98062

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.524** | Priority creditor's name and mailing address

CITY OF QUINCY
730 MAINE ST

QUINCY, IL 62301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

$   UNDETERMINED   $   UNDETERMINED

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.525** | Priority creditor's name and mailing address

CITY OF RADFORD TREASURER
619 SECOND ST RM 161

RADFORD, VA 24141

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

$   UNDETERMINED   $   UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          _____
          Name

Case number *(if known)*    18-23538
                            _____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.526** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:

CITY OF RAINSVILLE
P O BOX 309

RAINSVILLE, AL 35986

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.527** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:

CITY OF RALEIGH
PO BOX 590

RALEIGH, NC 27602-0590

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
       Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.528** | **Priority creditor's name and mailing address**

CITY OF RANCHO CUCAMONGA
10500 CIVIC CENTER DR

CUCAMONGA, CA 91730

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.529** | **Priority creditor's name and mailing address**

CITY OF RAYMOND
230 SECOND ST

RAYMOND, WA 98577

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.530** | Priority creditor's name and mailing address

CITY OF RED BAY

P O BOX 2002

BAY, AL 35582

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.531** | Priority creditor's name and mailing address

CITY OF REDLANDS

P O BOX 3005

REDLANDS, CA 92373

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.532** Priority creditor's name and mailing address

CITY OF REDWOOD CITY
P O BOX 3629

REDWOOD CITY, CA 94064

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$   UNDETERMINED    $   UNDETERMINED

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.533** Priority creditor's name and mailing address

CITY OF RIALTO
150 S PALM AVENUE

RIALTO, CA 92376

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$   UNDETERMINED    $   UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.534** | **Priority creditor's name and mailing address**

CITY OF RICHMOND FINANCE DEPT
PO BOX 4046

RICHMOND, CA 94804

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.535** | **Priority creditor's name and mailing address**

CITY OF RIPON
259 N WILMA AVE

RIPON, CA 95366

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.536**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|

CITY OF RIPON

259 N WILMA AVE

$      UNDETERMINED    $      UNDETERMINED

RIPON, CA 95366

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.537**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|

CITY OF RIVERSIDE

3900 MAIN STREET

$      UNDETERMINED    $      UNDETERMINED

RIVERSIDE, CA 92522

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.538** Priority creditor's name and mailing address

CITY OF ROANOKE
PO BOX 1270

ROANOKE, AL 36274

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.539** Priority creditor's name and mailing address

CITY OF ROBERTSDALE
PO BOX 429

ROBERTSDALE, AL 36567

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.540**  **Priority creditor's name and mailing address**

CITY OF ROCK HILL
PO BOX 11706

ROCK HILL, SC 29731

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.541**  **Priority creditor's name and mailing address**

CITY OF ROCK HILL
PO BOX 11706

ROCK HILL, SC 29731

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.542**  **Priority creditor's name and mailing address**

CITY OF ROMNEY
340 E MAIN ST

ROMNEY, WV 26757

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.543**  **Priority creditor's name and mailing address**

CITY OF ROSEVILLE
8839 N CEDAR AVE 212

ROSEVILLE, CA 93720-1832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.544**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ UNDETERMINED | $ UNDETERMINED |
|---|---|---|---|

CITY OF RUSSELL SPRINGS
P O BOX 247

SPRINGS, KY 42642

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.545**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ UNDETERMINED | $ UNDETERMINED |
|---|---|---|---|

CITY OF RUSSELLVILLE
203 SOUTH COMMERCE

RUSSELLVILLE, AR 72801

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.546** | Priority creditor's name and mailing address

CITY OF RUSSELLVILLE
203 SOUTH COMMERCE

RUSSELLVILLE, AR 72801

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED   $         UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.547** | Priority creditor's name and mailing address

CITY OF SACRAMENTO
9151 STREET ROOM 1214

SACRAMENTO                , CA 95614

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED   $         UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.548**   **Priority creditor's name and mailing address**

CITY OF SAINT GEORGE
175 EAST 200 NORTH ST

GEORGE, UT 84770

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED   $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.549**   **Priority creditor's name and mailing address**

CITY OF SAINT JOSEPH
1100 FREDERICK AVE

JOSEPH, MO 64501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED   $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.550** Priority creditor's name and mailing address

CITY OF SAINT PAUL
375 JACKSON STREET SUITE 220

PAUL, MN 55101-1806

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.551** Priority creditor's name and mailing address

CITY OF SALINAS
P O BOX 1996

SALINAS, CA 93902

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.552** Priority creditor's name and mailing address

CITY OF SAN ANTONIO
315 S SANTA ROSA

SAN ANTONIO                , TX 78207

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.553** Priority creditor's name and mailing address

CITY OF SAN BRUNO
567 EL CAMINO

BRUNO, CA 94066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.554** Priority creditor's name and mailing address

CITY OF SAN CARLOS
600 ELM STREET

CARLOS, CA 94070

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.555** Priority creditor's name and mailing address

CITY OF SAN CLEMENTE
910 CALLE NEGOCIO STE 100

CLEMENTE, CA 92673-6268

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.556**

**Priority creditor's name and mailing address**

CITY OF SAN FRANCISCO
PO BOX 7425

FRANCISCO, CA 94120-7425

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.557**

**Priority creditor's name and mailing address**

CITY OF SAN JOAQUIN
21900 W COLORADO AVENUE

JOAQUIN, CA 93660

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.558**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

CITY OF SAN JOSE
PO BOX 39000 DEPT 34370

$     UNDETERMINED    $     UNDETERMINED

FRANCISCO, CA 94139-0001

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.559**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

CITY OF SAN JUAN CAPISTRANO
32400 PASEO ADELANTO

$     UNDETERMINED    $     UNDETERMINED

CAPISTRANO, CA 92675

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
           Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.560** | **Priority creditor's name and mailing address**

CITY OF SAN MARINO
2200 HUNTINGTON DR

MARINO, CA 91108-2639

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.561** | **Priority creditor's name and mailing address**

CITY OF SANTA ANA
P O BOX 1964

ANA, CA 92702-1964

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.562**   **Priority creditor's name and mailing address**

CITY OF SANTA BARBARA
PO BOX 539

SANTA BARBARA            , CA 93102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.563**   **Priority creditor's name and mailing address**

CITY OF SANTA FE
P O BOX 909

FE, NM 87504-0909

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.564** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF SANTA MARIA
110 E COOK ST RM 5

MARIA, CA 93454

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

Basis for the claim:
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.565** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF SANTA PAULA
P O BOX 569

PAULA, CA 93061

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

Basis for the claim:
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.566** | Priority creditor's name and mailing address

CITY OF SANTA ROSA
965 SONOMA AVENUE

SANTA ROSA                    , CA 95404

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$            UNDETERMINED    $            UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.567** | Priority creditor's name and mailing address

CITY OF SAVANNAH
P O BOX 1228

SAVANNAH, GA 31419

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$            UNDETERMINED    $            UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.568**  **Priority creditor's name and mailing address**

CITY OF SCOTTS VALLEY
ONE CIVIC CENTER DRIVE

VALLEY, CA 95066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.569**  **Priority creditor's name and mailing address**

CITY OF SEATTLE
PO BOX 34907

SEATTLE, WA 98124

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.570**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| CITY OF SEDALIA | | $    UNDETERMINED | $    UNDETERMINED |
| 200 SOUTH OSAGE AVENUE | | | |
| | Check all that apply. | | |
| SEDALIA, MO 65301 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.571**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| CITY OF SELMA AL | | $    UNDETERMINED | $    UNDETERMINED |
| PO BOX 450 | | | |
| | Check all that apply. | | |
| SELMA, AL 36702 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | TAXING AUTHORITY | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.572**  Priority creditor's name and mailing address

CITY OF SEMINOLE
9199 113TH ST N

SEMINOLE, FL 33772

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED    $   UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.573**  Priority creditor's name and mailing address

CITY OF SEVIERVILLE
P O BOX 5500

SEVIERVILLE, TN 37862

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED    $   UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.574** | Priority creditor's name and mailing address

CITY OF SHEFFIELD
P O BOX 380

SHEFFIELD, AL 35660

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.575** | Priority creditor's name and mailing address

CITY OF SHELBYVILLE
PO BOX 1289

SHELBYVILLE, KY 40066

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.576**   **Priority creditor's name and mailing address**

CITY OF SHERIDAN
4101 SO FEDERAL BLVD

SHERIDAN, CO 80110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

---

|  | | Total Claim | Priority |
|---|---|---|---|

**2.577**   **Priority creditor's name and mailing address**

CITY OF SHREVEPORT
PERMITS AND INSPECTIONS DIVISION 505 TRAVIS STREET SUITE 130

SHREVEPORT, LA 71101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

---

Debtor   SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*   18-23538
_____

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.578**

**Priority creditor's name and mailing address**

CITY OF SIERRA MADRE

232 W SIERRA MADRE BLVD

MADRE, CA 91024

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.579**

**Priority creditor's name and mailing address**

CITY OF SIMI VALLEY

2929 TAP O CANYON ROAD

VALLEY, CA 93062-1680

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.580** Priority creditor's name and mailing address

CITY OF SMITHS STATION
PO BOX 250

STATION, AL 36877

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.581** Priority creditor's name and mailing address

CITY OF SOLCOMB
PO BOX 1147

SLOCOMB, AL 36375

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.582** **Priority creditor's name and mailing address**

CITY OF SOMERS POINT
SOMERS POINT TAX COLLECTOR

SOMERS POINT            , NJ 8244

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$            UNDETERMINED    $            UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.583** **Priority creditor's name and mailing address**

CITY OF SOMERSET
PO BOX 989

SOMERSET, KY 42502

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$            UNDETERMINED    $            UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.584** Priority creditor's name and mailing address

CITY OF SOMERVILLE
ONE FRANEY ROAD

SOMERVILLE, MA 02145

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.585** Priority creditor's name and mailing address

CITY OF SOUTH BEND
PODRAWER 9

BEND, WA 98586-0009

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| Part 1 | Additional Page |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
| --- | --- | --- |

**2.586** **Priority creditor's name and mailing address**

CITY OF SOUTH LAKE TAHOE
1901 AIRPORT ROAD

TAHOE, CA 96150

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
| --- | --- | --- |

**2.587** **Priority creditor's name and mailing address**

CITY OF SOUTH MILWAUKEE
2424 15TH AVENUE

MILWAUKEE, WI 53172

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.588** | Priority creditor's name and mailing address

CITY OF SOUTHAVEN
8710 NORTHWEST DR

SOUTHAVEN, MS 38671

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.589** | Priority creditor's name and mailing address

CITY OF SOUTHSIDE
2255 HIGHWAY

SOUTHSIDE, AL 35907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.590**  **Priority creditor's name and mailing address**

CITY OF SPANISH FORT
7361 SPANISH FORT BLVD

FORT, AL 36527

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.591**  **Priority creditor's name and mailing address**

CITY OF SPARKS
P O BOX 857

SPARKS, NV 89432-0857

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.592**  **Priority creditor's name and mailing address**

CITY OF SPARTANBURG
P O BOX 1749

SPARTANBURG, SC 29304

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.593**  **Priority creditor's name and mailing address**

CITY OF SPRINGBORO
320 W CENTRAL AVE

SPRINGBOR, OH 45066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 297 of 847

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.594** | Priority creditor's name and mailing address

CITY OF SPRINGDALE OHIO INCOME TAX DEPT
11700 SPRINGFIELD PIKE

SPRINGDALE, OH 45246

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ ___ UNDETERMINED    $ ___ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.595** | Priority creditor's name and mailing address

CITY OF SPRINGFIELD
300 S SEVENTH ST ROOM 106

SPRINGFIELD, IL 62701-1688

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ ___ UNDETERMINED    $ ___ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.596** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY OF SPRINGFIELD
300 S SEVENTH ST ROOM 106

$                UNDETERMINED        $        UNDETERMINED

Check all that apply.

SPRINGFIELD, IL 62701-1688

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.597** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

CITY OF ST JOSEPH
1100 FEDERICK AVE ROOM 106

$                UNDETERMINED        $        UNDETERMINED

Check all that apply.

JOSEPH, MO 64501

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.598**    **Priority creditor's name and mailing address**

CITY OF ST MARY'S
106 EAST SPRING STREET

ST MARYS, OH 45885

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Total Claim $ UNDETERMINED    Priority $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.599**    **Priority creditor's name and mailing address**

CITY OF STANTON
7800 KATELLA AVENUE

STANTON, CA 90680

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Total Claim $ UNDETERMINED    Priority $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.600** Priority creditor's name and mailing address

CITY OF STATESVILLE
PO BOX 1111

STATESVILLE, NC 28687

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$ UNDETERMINED   $ UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.601** Priority creditor's name and mailing address

CITY OF STEAMBOAT SPRINGS
PO BOX 772869

STEAMBOAT SPRINGS, CO 80477

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

$ UNDETERMINED   $ UNDETERMINED

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.602** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |

CITY OF STERLING

PO BOX 4000

STERLING, CO 80751

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (   8   )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.603** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |

CITY OF STOCKTON

BUSINESS LICENSE DIVISION PO BOX 1570

STOCKTON, CA 95201-1570

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.604**

**Priority creditor's name and mailing address**

CITY OF SUISUN CITY
701 CIVIC CENTER BLVD

CITY, CA 94585-2600

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.605**

**Priority creditor's name and mailing address**

CITY OF SUMTER
PO BOX 1449

SUMTER, SC 29151

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor　　SEARS HOLDINGS CORPORATION
　　　　　Name

Case number *(if known)*　18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.606** | Priority creditor's name and mailing address

CITY OF SUNNYVALE
650 WEST OLIVE AVE

SUNNYVALE, CA 94088-3707

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$　UNDETERMINED　$　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.607** | Priority creditor's name and mailing address

CITY OF SUNRISE
1607 NW 136 AVE BLDG B SAWGRASS
TECHNOLOGY PARK

SUNRISE, FL 33323

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$　UNDETERMINED　$　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.608**

**Priority creditor's name and mailing address**

CITY OF SYLACAUGA
PO BOX 390

SYLACAUGA, AL 35150

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.609**

**Priority creditor's name and mailing address**

CITY OF TACOMA
PO BOX 11640

TACOMA, WA 98411-6640

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| Part 1 | Additional Page |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.610**

**Priority creditor's name and mailing address**

CITY OF TALLADEGA
PO BOX 498

TALLADEGA, AL 35160

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.611**

**Priority creditor's name and mailing address**

CITY OF TALLADEGA
PO BOX 498

TALLADEGA, AL 35160

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.612**  **Priority creditor's name and mailing address**

CITY OF TALLAHASSEE
300 SOUTH ADAMS STREET A-4

TALLAHASSEE, FL 32301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.613**  **Priority creditor's name and mailing address**

CITY OF TALLASSEE
3 FREEMAN AVENUE

TALLASSEE, AL 36078

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.614**    Priority creditor's name and mailing address

CITY OF TAMPA
315 E KENNEDY BLVD

TAMPA, FL 33602

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.615**    Priority creditor's name and mailing address

CITY OF TEGA CAY
7725 TEGA CAY DRIVE

CAY, SC 29708

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.616**  Priority creditor's name and mailing address

CITY OF TEHACHAPI
115 SOUTH ROBINSON ST

TEHACHAPI, CA 93561

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| $    UNDETERMINED | $    UNDETERMINED |
|---|---|

| | Total Claim | Priority |
|---|---|---|

**2.617**  Priority creditor's name and mailing address

CITY OF TEMECULA
41000 MAIN STREET

TEMECULA, CA 92590

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| $    UNDETERMINED | $    UNDETERMINED |
|---|---|

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

| | | Total Claim | Priority |
|---|---|---|---|

**2.618** Priority creditor's name and mailing address

CITY OF TEMPLE CITY
9701 LAS TUNAS DRIVE

CITY, CA 91780

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$    UNDETERMINED    $    UNDETERMINED

---

| | | Total Claim | Priority |
|---|---|---|---|

**2.619** Priority creditor's name and mailing address

CITY OF THE DALLES
313 COURT STREET

DALLES, OR 97058

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$    UNDETERMINED    $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.620**  **Priority creditor's name and mailing address**

CITY OF THOMASVILLE
PO BOX 127

THOMASVILLE, AL 36784

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.621**  **Priority creditor's name and mailing address**

CITY OF THORNTON
PO BOX 910222

DENVER, CO 80291

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.622** Priority creditor's name and mailing address

CITY OF TOLEDO OHIO DIVISION OF TAXATION
ONE GOVERNMENT CENTER 2070

TOLEDO, OH 43604-2280

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.623** Priority creditor's name and mailing address

CITY OF TORRANCE
3031 TORRANCE BLVD

TORRANCE, CA 90503

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.624**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

CITY OF TRACY

8839 N CEDAR AVE 212

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

FRESNO, CA 93720-1832

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.625**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

CITY OF TRAVELERS REST

6711 STATE PARK RD

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

REST, SC 29690

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.626**    **Priority creditor's name and mailing address**

CITY OF TRUSSVILLE
PO BOX 159

TRUSSVILLE, AL 35173

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.627**    **Priority creditor's name and mailing address**

CITY OF TUCKER
4119 ADRIAN STREET

TUCKER, GA 30084

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.628**  Priority creditor's name and mailing address

CITY OF TUCSON
255 W ALAMEDA

TUCSON, AZ 85701

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

---

| | | Total Claim | Priority |
|---|---|---|---|

**2.629**  Priority creditor's name and mailing address

CITY OF TUKWILA
6101 CAPITOL BLVD STE C BOX1397

OLYMPIA, WA 98507

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

---

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.630** Priority creditor's name and mailing address

CITY OF TUPELO
PO BOX 1485

TUPELO, MS 38802-1485

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.631** Priority creditor's name and mailing address

CITY OF TUSCALOOSA
PO BOX 2089

TUSCALOOSA, AL 35403

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|
| **2.632** | **Priority creditor's name and mailing address** | | |

**Priority creditor's name and mailing address**

CITY OF TUSCUMBIA
P O BOX 29

TUSCUMBIA, AL 35674

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

|  | | Total Claim | Priority |
|---|---|---|---|
| **2.633** | **Priority creditor's name and mailing address** | | |

**Priority creditor's name and mailing address**

CITY OF TUSKEGEE
101 FONVILLE ST

TUSKEGEE, AL 36083

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.634** Priority creditor's name and mailing address

CITY OF UNION
P O BOX 987

UNION, SC 29379

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.635** Priority creditor's name and mailing address

CITY OF VALLEJO
555 SANTA CLARA ST

VALLEJO, CA 94590-5934

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.636**  Priority creditor's name and mailing address

CITY OF VALLEY
PO BOX 186

VALLEY, AL 36854

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.637**  Priority creditor's name and mailing address

CITY OF VENTURA
501 POLI ST ROOM 107

VENTURA, CA 93001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.638** | Priority creditor's name and mailing address

CITY OF VERO BEACH
1053 20TH PL

BEACH, FL 32961-1389

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$       UNDETERMINED   $       UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.639** | Priority creditor's name and mailing address

CITY OF VERSAILLES
PO BOX 625

VERSAILLE, OH 40383-0625

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$       UNDETERMINED   $       UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.640** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF VICTORVILLE
PO BOX 5001

VICTORVILLE, CA 92393-5001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.641** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

CITY OF VIENNA
PO BOX 5097

VIENNA, WV 26105-5097

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.642**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF VILLA PARK
17855 SANTIAGO BOULEVARD

$     UNDETERMINED     $     UNDETERMINED

PARK, CA 92861

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.643**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CITY OF VISALIA
P O BOX 4002

$     UNDETERMINED     $     UNDETERMINED

VISALIA, CA 93278

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.644** Priority creditor's name and mailing address

CITY OF WALNUT
8839 N CEDAR AVE 212

FRESNO, CA 93720-1832

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.645** Priority creditor's name and mailing address

CITY OF WALNUT CREEK
1666 NORTH MAIN STREET

CREEK, CA 94596

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name                                                          Case number (if known)    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.646**   **Priority creditor's name and mailing address**

CITY OF WALTERBORO
248 HAMPTON STREET

WALTERBORO, SC 29488

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.647**   **Priority creditor's name and mailing address**

CITY OF WARREN
ONE CITY SQUARE STE 425

WARREN, MI 48093

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.648** Priority creditor's name and mailing address

CITY OF WASILLA
290 EAST HERNING AVENUE

WASILLA, AK 99654-7091

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.649** Priority creditor's name and mailing address

CITY OF WATSONVILLE
250 MAIN STREET

WATSONVILLE, CA 95076

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.650**  **Priority creditor's name and mailing address**

CITY OF WAUPACA
111 SOUTH MAIN STREET

WAUPACA, WI 54981

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.651**  **Priority creditor's name and mailing address**

CITY OF WAYNESBORO
503 WEST MAIN STREET RM 107

WAYNESBORO, VA 22980

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.652**

**Priority creditor's name and mailing address**

CITY OF WEAVER
PO BOX 934668

ATLANTA, AL 31193

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.653**

**Priority creditor's name and mailing address**

CITY OF WEAVER
PO BOX 934668

ATLANTA, AL 31193

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name                                                                Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.654** Priority creditor's name and mailing address

CITY OF WEST COLUMBIA
P O BOX 4044

COLUMBIA, SC 29171

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.655** Priority creditor's name and mailing address

CITY OF WEST COLUMBIA
P O BOX 4044

COLUMBIA, SC 29171

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.656**  Priority creditor's name and mailing address

CITY OF WEST COVINA
8839 N CEDAR AVE 212

FRESNO, CA 93720-1832

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.657**  Priority creditor's name and mailing address

CITY OF WEST COVINA
8839 N CEDAR AVE 212

FRESNO, CA 93720-1832

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |

**2.658**  Priority creditor's name and mailing address

CITY OF WEST MONROE
2305 N 7TH STREET

MONROE, LA 71291

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |

**2.659**  Priority creditor's name and mailing address

CITY OF WESTMINSTER
PO BOX 17107

DENVER, CO 80217-7102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.660**  Priority creditor's name and mailing address

CITY OF WESTOVER

500 DUPONT ROAD CITY CLERK

WESTOVER, WV 26501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.661**  Priority creditor's name and mailing address

CITY OF WETUMPKA

P O BOX 1180

WETUMPKA, AL 36092

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.662**  **Priority creditor's name and mailing address**

CITY OF WHEAT RIDGE
PO BOX 912758

DENVER, CO 80291-2758

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.663**  **Priority creditor's name and mailing address**

CITY OF WHITTIER
13230 PENN STREET

WHITTIER, CA 90602-1772

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** ___ **)**

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
　　　　　Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.664**  **Priority creditor's name and mailing address**

CITY OF WILKESON
PO BOX 89

WILKESON, WA 98396

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.665**  **Priority creditor's name and mailing address**

CITY OF WINFIELD
PODRAWER 1438

WINFIELD, AL 35594

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
| | Name | | |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.666** **Priority creditor's name and mailing address**

CITY OF WOODLAND PARK
PO BOX 9045

WOODLAND PARK, CO 80866

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.667** **Priority creditor's name and mailing address**

CITY OF WOOSTER
PO BOX 1088

WOOSTER, OH 44691-7081

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.668** Priority creditor's name and mailing address

CITY OF YORBA LINDA
PO BOX 87014

LINDA, CA 92885-8714

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.669** Priority creditor's name and mailing address

CITY OF YUBA CITY
1201 CIVIC CENTER BLVD

CITY, CA 95993

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.670** Priority creditor's name and mailing address

CITY OF ZANESVILLE
401 MARKET STREET

ZANESVILLE, OH 43701-3520

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.671** Priority creditor's name and mailing address

CITY TREASURER
30 MONTGOMERY STREETRM 412

JERSEY CITY            , NJ 7302

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.672** Priority creditor's name and mailing address

CLARK CO BUSINESS LIC
PO BOX 551810

VEGAS, NV 89155-1810

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.673** Priority creditor's name and mailing address

CLARK COUNTY BUSINESS LICENSE
PO BOX 749508

ANGELES, CA 90074-9508

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name                                    Case number (if known)    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.674** Priority creditor's name and mailing address

CLARK COUNTY DEPT OF BUSINESS LICENSE
P O BOX 98627

VEGAS, NV 89193-8627

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim  $    UNDETERMINED
Priority  $    UNDETERMINED

---

|  | Total Claim | Priority |
|---|---|---|

**2.675** Priority creditor's name and mailing address

CLERK OF THE CIRCUIT COURT
14735 MAIN STREET

MARLBORO, MD 20772-9987

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim  $    UNDETERMINED
Priority  $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1     Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.676** Priority creditor's name and mailing address

CO DEPARTMENT OF AGRICULTURE
305 INTERLOCKIN PKWY

BROOMFIELD, CO 80021

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.677** Priority creditor's name and mailing address

COBB COUNTY
PO BOX 649

MARIETTA, GA 30061-0649

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

---

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | Total Claim | Priority |
|--|-------------|----------|

**2.678** **Priority creditor's name and mailing address**

COLLECTION SERVICE CENTER INC

832 FIFTH AVE

KENSINGTON, PA 15068

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

|  | Total Claim | Priority |
|--|-------------|----------|

**2.679** **Priority creditor's name and mailing address**

COLLECTOR SALES TAX DEPARTMENT

PO BOX 600

HOMER, LA 71040

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.680**

**Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET

DENVER, CO 80261

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.681**

**Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET

DENVER, CO 80261

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**        **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.682** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

COLORADO DEPARTMENT OF REVENUE          $    UNDETERMINED    $    UNDETERMINED
1375 SHERMAN STREET

Check all that apply.

DENVER, CO 80261

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.683** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

COLORADO DEPT OF AGRICULTURE          $    UNDETERMINED    $    UNDETERMINED
2331 WEST 31ST AVENUE

Check all that apply.

DENVER, CO 80211

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 342 of 847

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.684**    **Priority creditor's name and mailing address**

COLUMBIANA COUNTY GENERAL

P O BOX 309

LISBON, OH 44432

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.685**    **Priority creditor's name and mailing address**

COLUMBUS CITY TREASURER-FIRE

90 W BROAD ST

COLUMBUS, OH 43215

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*   18-23538
_____

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.686**   **Priority creditor's name and mailing address**

COLUMBUS INCOME TAX DIVISION
PO BOX 182437

COLUMBUS, OH 43218-2437

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.687**   **Priority creditor's name and mailing address**

COMMERCE & CONSUMER AFFAIRS
335 MERCHANT ST ROOM 301

HONOLULU, HI 96813

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.688** | **Priority creditor's name and mailing address**

COMMISSIONER OF FINANCE AND
ADMINISTRATION
PO BOX 896

LITTLE ROCK, AR 72203

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**    __ __  __ __  __ __  __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.689** | **Priority creditor's name and mailing address**

COMMISSIONER OF MOTOR VEHICLES
EMPIRE STATE PLAZA RM 220

ALBANY, NY 12228-0001

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**    __ __  __ __  __ __  __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.690**    **Priority creditor's name and mailing address**

COMMISSIONER OF REVENUE
MAIL STATION 1110

ST PAUL, MN 55146-1110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.691**    **Priority creditor's name and mailing address**

COMMISSIONER OF TAXATION AND FINANCE
PO BOX 4100

BINGHAMTON, NY 13902

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.692** **Priority creditor's name and mailing address**

COMMONWEALTH OF MASSACHUSETTS
ONE ASHBURTON PL RM 1115

BOSTON , MA 2108

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.693** **Priority creditor's name and mailing address**

COMMONWEALTH OF MASSACHUSETTS
ONE ASHBURTON PL RM 1115

BOSTON , MA 2108

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.694**    **Priority creditor's name and mailing address**

COMMONWEALTH OF PA

2800 WHITEFORD ROAD

YORK, PA 17402

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.695**    **Priority creditor's name and mailing address**

COMMONWEALTH OF VIRGINIASTATE CORPORATION COMMISSION

PO BOX 1197

RICHMOND, VA 23218

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.696** Priority creditor's name and mailing address

COMPTROLLER OF MARYLAND
110 CARROLL STREET

ANANAPOLIS, MD 2411-0001

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.697** Priority creditor's name and mailing address

COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 12010

AUSTIN, TX 78711-2010

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
          _____
          Name

Case number *(if known)*    18-23538
                            _____

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.698**   Priority creditor's name and mailing address

COMPTROLLER OF THE TREASURY
110 CARROLL ST

ANNAPOLIS, MD 21411-0001

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**     __  __  __  __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:   $    UNDETERMINED   $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.699**   Priority creditor's name and mailing address

CONCORDIA PARISH SALES TAX FUND
PO BOX 160

VIDALIA, LA 71373

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**     __  __  __  __  __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:   $    UNDETERMINED   $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.700** **Priority creditor's name and mailing address**

CONTRA COSTA COUNTY
THE HONORABLE DIANA BECTON 900 WARD STREET

MARTINEZ, CA 94553

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.701** **Priority creditor's name and mailing address**

CONTRA COSTA HEALTH SERVICES
50 DOUGLAS DR STE 320C

MARTINEZ, CA 94553

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.702** Priority creditor's name and mailing address

COOMONWEALTH OF MASSACHUSETTS
1 ASHBURTON PLACE ROOM 1115

BOSTON, MA 02108

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.703** Priority creditor's name and mailing address

COUNTY OF ALBEMARLE
401 MCINTIRE RD ROOM 130

CHARLOTTESVILLE, VA 22902-4596

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.704** | **Priority creditor's name and mailing address**

COUNTY OF BUCKS
1260 ALMSHOUSE RD 4TH FL

DOYLESTOWN, PA 18901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.705** | **Priority creditor's name and mailing address**

COUNTY OF CHARLESTON
SUITE B110

CHARLESTON, SC 29405

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.706** **Priority creditor's name and mailing address**

COUNTY OF CUMBERLAND

310 ALLEN ROAD SUITE 701

CARLISLE, PA 17013

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.707** **Priority creditor's name and mailing address**

COUNTY OF DELAWARE

201 WEST FRONT ST

MEDIA, PA 19063

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.708**  **Priority creditor's name and mailing address**

COUNTY OF FAIRFAX
10700 PAGE AVENUE

FAIRFAX                  , VI 22030

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.709**  **Priority creditor's name and mailing address**

COUNTY OF HENRICO
PO BOX 90790

HENRICO, VA 23228-0790

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.710** | Priority creditor's name and mailing address

COUNTY OF HUMBOLDT
825 5TH STREET SUITE 125

EUREKA, CA 95501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.711** | Priority creditor's name and mailing address

COUNTY OF LAKE
922 BEVINS

LAKEPORT, CA 95453

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.712**    **Priority creditor's name and mailing address**

COUNTY OF MCCRACKEN
PO BOX 2658

PADUCAH, KY 42002

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.713**    **Priority creditor's name and mailing address**

COUNTY OF NORTH HAMPTON
669 WASHINGTON STREET

EASTON, PA 18042-7471

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.714**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|

COUNTY OF PLACER
2976 RICHARDSON DRIVE

$    UNDETERMINED    $    UNDETERMINED

AUBURN, CA 95603

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.715**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|

COUNTY OF RIVERSIDE
P O BOX 1089

$    UNDETERMINED    $    UNDETERMINED

RIVERSIDE, CA 92502-1089

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.716** Priority creditor's name and mailing address

COUNTY OF SAN BERNARDINO
385 N ARROWHEAD AVE 2ND FLOOR

BERNARDINO, CA 92415-0160

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.717** Priority creditor's name and mailing address

COUNTY OF SAN DIEGO
P O BOX 129261

DIEGO, CA 92112-9261

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.718** | **Priority creditor's name and mailing address**

COUNTY OF SAN LUIS OBISPO
2156 SIERRA WAY

OBISPO, CA 93406

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.719** | **Priority creditor's name and mailing address**

COUNTY OF SANTA BARBARA
263 CAMINO DEL REMEDIO

BARBARA, CA 93110-5600

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.720** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

COUNTY OF SANTA BARBARA ENVIRONMENTAL HEALTH SERV
2125 S CENTERPOINTE PKWY 333

MARIA, CA 93455

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.721** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

COUNTY OF SANTA CLARA
1553 BERGER DRIVE BUILDING 1

JOSE, CA 95112

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|---------------------------|--------------------------|----------|
|        | Name                      |                          |          |

| **Part 1** | **Additional Page** |
|------------|---------------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.722**

**Priority creditor's name and mailing address**

COUNTY OF SANTA CRUZ
701 OCEAN STREET ROOM 312

CRUZ, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

---

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.723**

**Priority creditor's name and mailing address**

COUNTY OF SANTA CRUZ
701 OCEAN STREET ROOM 312

CRUZ, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.724**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|----------------------------------------------|-----------------------------------------------|--|--|

COUNTY OF SONOMA - WEIGHTS AND MEASURES
133 AVIATION BOULEVARD SUITE 110

$     UNDETERMINED     $     UNDETERMINED

ROSA, CA 95403-1077

Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.725**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|----------------------------------------------|-----------------------------------------------|--|--|

COUNTY OF VENTURA
800 SOUTH VICTORIA L 1750

$     UNDETERMINED     $     UNDETERMINED

VENTURA, CA 93009

Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.726**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

COUNTY OF WARREN
429 E 10TH ST SUITE 200

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

BOWLING GR, KY 42101

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.727**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

COUNY OF INYO
P O BOX 427

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

INDEPENDENCE, CA 93526

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.728** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:

CT DEPARTMENT OF AGRICULTURE
PO BOX 150404

HARTFORD, CT 06115-0404

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.729** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:

CT DEPT OF CONSUMER PROTECTION
165 CAPITOL AVE

HARTFORD, CT 06106

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.730** **Priority creditor's name and mailing address**

CT DEPT OF MOTOR VEHICLES
60 STATE ST

WETHERSFIELD, CT 06161-2011

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.731** **Priority creditor's name and mailing address**

CULLMAN COUNTY SALES TAX
PO BOX 1206

CULLMAN, AL 35056

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538    _____

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.732**    **Priority creditor's name and mailing address**

CULLMAN COUNTY SALES TAX
PO BOX 1206

CULLMAN, AL 35056

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.733**    **Priority creditor's name and mailing address**

CUYAHOGA COUNTY BOARD OF HEALTH
5550 VENTURE DRIVE

PARMA, OH 44130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.734**    **Priority creditor's name and mailing address**

CUYAHOGA COUNTY TREASURER
2079 EAST NINTH ST

CLEVELAND, OH 44115

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.735**    **Priority creditor's name and mailing address**

DANBURY HEALTH & HUMAN SERVICES DEPT
155 DEER HILL AVENUE

DANBURY, CT 06810

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.736** Priority creditor's name and mailing address

DC GOVERNMENT
PO BOX 96384

WASHINGTON, DC 20090

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.737** Priority creditor's name and mailing address

DCA LICENSING CENTER
42 BROADWAY 9TH FLOOR RENEWAL UNIT

YORK, NY 10004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.738** Priority creditor's name and mailing address

DEKALB CO
PO BOX 100020

DECATUR, GA 30031-7020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:    $ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.739** Priority creditor's name and mailing address

DEKALB COUNTY REVENUE DEPT
111 GRAND AVE SW SUITE 112

FT PAYNE, AL 35967

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (   8   )

As of the petition filing date, the claim is:    $ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.740** | **Priority creditor's name and mailing address**

DELAWARE DIVISION OF REVENUE

PO BOX 2044

WILMINGTON, DE 19899

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.741** | **Priority creditor's name and mailing address**

DEPARTMENT OF FINANCE AND ADMINISTRATION

PO BOX 919

LITTLE ROCK, AR 72203-0919

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.742**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| DEPARTMENT OF REVENUE & TAXATION | | $    UNDETERMINED | $    UNDETERMINED |
| 122 WEST 25TH STREET | | | |
| | Check all that apply. | | |
| CHEYENNE, WY 82002-0110 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of** | SALES TAX | | |
| **account number** ___ ___ ___ ___ | | | |
| **Specify Code subscription of PRIORITY** | **Is the claim subject to offset?** | | |
| **unsecured claim:** 11 U.S.C. § 507(a) ( __8__ ) | ☐ No | | |
| | ☐ Yes | | |

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.743**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| DEPARTMENT OF REVENUE AND TAXATION | | $    UNDETERMINED | $    UNDETERMINED |
| PO BOX 23607 | | | |
| | Check all that apply. | | |
| GUAM MAIN FACILITY, GU 96921 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| Various | | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of** | TAXING AUTHORITY | | |
| **account number** ___ ___ ___ ___ | | | |
| **Specify Code subscription of PRIORITY** | **Is the claim subject to offset?** | | |
| **unsecured claim:** 11 U.S.C. § 507(a) ( ___ ) | ☐ No | | |
| | ☐ Yes | | |

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.744**    **Priority creditor's name and mailing address**

DEPARTMENT OF TAXATION
PO BOX 1425
_____
HONOLULU, HI 96806-1425

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.745**    **Priority creditor's name and mailing address**

DEPARTMENT OF THE TREASURY
PO BOX 9024140
_____
SAN JUAN, PR 00902

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (  8  )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.746** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

DEPT OF ALCOHOLIC BEVERAGE CONTROL
P O BOX 27491

$    UNDETERMINED    $    UNDETERMINED

RICHMOND, VA 23261-7491

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.747** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

DEPT OF FINANCE AND ADMINISTRATION
PO BOX 3861

$    UNDETERMINED    $    UNDETERMINED

LITTLE ROCK, AR 72203-3861

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number**    __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.748**  **Priority creditor's name and mailing address**

DEPT OF HEALTH AND HOSPITALS
PO BOX 4489 BIN 10

ROUGE, LA 70821

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.749**  **Priority creditor's name and mailing address**

DEPT OF JUSTICE
PO BOX 903387

SACRAMENTO, CA 94203-3870

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.750** **Priority creditor's name and mailing address**

DESOTO PARISH SU TAX COMMISSION
PO BOX 927

MANSFIELD, LA 71052

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.751** **Priority creditor's name and mailing address**

DIVISION OF REVENUE LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT
PO BOX 14058

LEXINGTON, KY 40512

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

---

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.752**  **Priority creditor's name and mailing address**

DIVISION OF TAXATION DEPT 304
PO BOX 9707

PROVIDENCE, RI 02940

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.753**  **Priority creditor's name and mailing address**

DNR
402 W WASHINGTON ST RM W-160

INDIANAPOLIS, IN 46204-2742

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name                                                            Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.754** Priority creditor's name and mailing address

DORCHESTER COUNTY
PO BOX 63058

CHARLOTTE, NC 28263-3058

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.755** Priority creditor's name and mailing address

DSHS AVC PERMIT PROGRAM ZZ109-125
PO BOX 149347

AUSTIN, TX 78714-9347

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          _____
          Name

Case number (if known)    18-23538
                          _____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.756**

**Priority creditor's name and mailing address**

DUVAL COUNTY TAX COLLECTOR
PO BOX 44009

JACKSONVILLE, FL 32231-4009

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.757**

**Priority creditor's name and mailing address**

EBATON ROUGE PARISH & CITY TREASURER
PO BOX 2590

BATON ROUGE, LA 70821

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____8___)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.758**

**Priority creditor's name and mailing address**

E-COLLECT PLUS
804 FAYETTE ST

CONSHOHOCKEN, PA 19428

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

|  | Total Claim | Priority |
|---|---|---|

**2.759**

**Priority creditor's name and mailing address**

EHD
1868 E HAZELTON AVENUE

STOCKTON, CA 95205

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.760** **Priority creditor's name and mailing address**

EL DORADO COUNTY
360 FAIR LANE

PLACERVILLE, CA 95667-4197

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.761** **Priority creditor's name and mailing address**

ESCAMBIA COUNTY
P O BOX 1312

PENSACOLA, FL 32591

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.762**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

EVANGELINE PARISH
PO BOX 367

VILLE PLATTE, LA 70586

Total Claim: $ UNDETERMINED   Priority: $ UNDETERMINED

**Date or dates debt was incurred**
Various

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.763**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

FDACS
PO BOX 6720

TALLAHASSEE, FL 32314-6720

Total Claim: $ UNDETERMINED   Priority: $ UNDETERMINED

**Date or dates debt was incurred**
Various

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.764** | Priority creditor's name and mailing address

FINANCIAL MANAGER-CITY OF WEST BUECHEL
3705 BASHFORD AVENUE

WEST BUECHEL, KY 40218

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.765** | Priority creditor's name and mailing address

FL DEPT AGRICULTURE  CONS SVCS
P O BOX 6720

TALLAHASSEE, FL 32314-6700

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.766**  Priority creditor's name and mailing address

FL DEPT OF PROFESSIONAL REGULATION
1940 N MONROE STREET

TALLAHASSEE, FL 32399

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.767**  Priority creditor's name and mailing address

FLATHEAD COUNTY TREASURER
935 1ST AVE W STE T

KALISPELL, MT 59901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.768** Priority creditor's name and mailing address

FLORIDA DBPR
P O BOX 6300

TALLAHASSEE, FL 32314-6300

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.769** Priority creditor's name and mailing address

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE STREET

TALLAHASSEE, FL 32399-0135

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.770**  **Priority creditor's name and mailing address**

FLORIDA DEPT OF AGRICULTURE
P O BOX 6710

TALLAHASSEE, FL 32314-6710

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED      $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.771**  **Priority creditor's name and mailing address**

FOND DU LAC COUNTY TREASURER
160 SOUTH MACY STREET

LAC, WI 54935

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED      $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.772**  Priority creditor's name and mailing address

FOOD & CONSUMER SAFETY BUREAU
LUCAS BLDG - 321 E 12TH STREET FL 3

MOINES, IA 50319-0083

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.773**  Priority creditor's name and mailing address

FOOTHILLS METROPOLITAN DISTRICT
8390 E CRESCENT PKWY SUITE 500

GREENWOOD VILLAGE, CO 80111-2814

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.774**  Priority creditor's name and mailing address

FRANCHISE TAX BOARD
PO BOX 942857

SACRAMENTO, CA 942857

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.775**  Priority creditor's name and mailing address

FRANKLIN COUNTY AUDITOR
373 S HIGH STREET 21ST FL

COLUMBUS, OH 43215-6317

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.776**   **Priority creditor's name and mailing address**

FRANKLIN COUNTY BOARD OF HEALTH

280 E BROAD STREET ROOM 200

COLUMBUS, OH 43215-4562

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.777**   **Priority creditor's name and mailing address**

FRANKLIN PARISH SCHOOL BOARD

PO DRAWER 710

WINNSBORO, LA 71295

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.778**  **Priority creditor's name and mailing address**

FREDERICK COUNTY CIRCUIT COURT
100 WEST PATRICK STREET

FREDERICK                    , MD 21701

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.779**  **Priority creditor's name and mailing address**

FREDERICK COUNTY HEALTH DEPT
350 MONTEVUE LANE

FREDERICK, MD 21702-8245

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.780** | **Priority creditor's name and mailing address**

FREEHOLD TOWNSHIP BOARD OF HEALTH
ONE MUNICIPAL PLAZA

FREEHOLD, NJ 07728

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.781** | **Priority creditor's name and mailing address**

FRESNO
P O BOX 45017

FRESNO, CA 93718-5017

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.782** Priority creditor's name and mailing address

FRESNO CO DEPT OF PUBLIC HEALTH
P O BOX 11800

FRESNO, CA 93775-1800

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.783** Priority creditor's name and mailing address

GA DEPARTMENT OF REVENUE-EFT
PO BOX 740398

ATLANTA, GA 30348-5408

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.784**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

GA DEPARTMENT OF REVENUE-EFT
PO BOX 740398

$            UNDETERMINED  $            UNDETERMINED

ATLANTA, GA 30348-5408

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

Basis for the claim:
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.785**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

GA DEPT OF AGRICULTURE
19 MARTIN LUTHER KING JR DR

$            UNDETERMINED  $            UNDETERMINED

ATLANTA, GA 30334

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

Basis for the claim:
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.786**  Priority creditor's name and mailing address

GA DEPT OF NATURAL RESOURCES
PO BOX 101902

ATLANTA, GA 30392

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.787**  Priority creditor's name and mailing address

GA DEPT OF REVENUE
PO BOX 105458

ATLANTA, GA 30348-5458

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.788** | **Priority creditor's name and mailing address**

GALLIPOLIS TAX DEPARTMENT

PO BOX 339 333 THIRD AVENUE

GALLIPOLI, OH 45631

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.789** | **Priority creditor's name and mailing address**

GEORGETOWNSCOTT COUNTY

PO BOX 800

GEORGETOWN, KY 40324

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.790** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

GEORGIA DEPARTMENT OF AGRICULTURE

$    UNDETERMINED    $    UNDETERMINED

19 MARTIN LUTHER KING JR DR RM 306

Check all that apply.

ATLANTA, GA 30334

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____8____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.791** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

GEORGIA DEPARTMENT OF REVENUE

$    UNDETERMINED    $    UNDETERMINED

PO BOX 740398

Check all that apply.

ATLANTA, GA 30348-5408

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.792** **Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
PO BOX 740398

ATLANTA, GA 30348-5408

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.793** **Priority creditor's name and mailing address**

GEORGIA DEPT OF AGRICULTURE
19 MARTIN LUTHER KING JR DR RM 536

ATLANTA, GA 30334

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
       Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|--|--|-------------|----------|
| **2.794** | **Priority creditor's name and mailing address** | | |
| | GOBIERNO MUNICIPAL AUTONOMO | $ UNDETERMINED | $ UNDETERMINED |
| | PO BOX 1869 | | |

As of the petition filing date, the claim is:

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

TRUJILLO ALTO, PR 00977

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | | Total Claim | Priority |
|--|--|-------------|----------|
| **2.795** | **Priority creditor's name and mailing address** | | |
| | GOBIERNO MUNICIPAL AUTONOMO DE PONCE | $ UNDETERMINED | $ UNDETERMINED |
| | APARTADO 331709 | | |

As of the petition filing date, the claim is:

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

PONCE, PR 00733

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.796** Priority creditor's name and mailing address

GOBIERNO MUNICIPAL DE HATILLO
PO BOX 8

HATILLO, PR 00659

As of the petition filing date, the claim is:

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.797** Priority creditor's name and mailing address

GOVERNMENT OF US VIRGIN ISLANDS
6115 ESTATE SMITH BAY SUITE 225

THOMAS, VI 00802

As of the petition filing date, the claim is:

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.798** | **Priority creditor's name and mailing address**

GRAND RAPIDS INCOME TAX DEPARTMENT
PO BOX 109

GRAND RAPIDS, MI 49501-0109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.799** | **Priority creditor's name and mailing address**

GRANT PARISH SALES TAX OFFICE
PO BOX 187

COLFAX, LA 71417

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.800** Priority creditor's name and mailing address

GREGORY FX DALY COLLECTOR OF REVENUE
410 CITY HALL

ST LOUIS, MO 63103-2841

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.801** Priority creditor's name and mailing address

HAB-BPT
PO BOX 21810

VALLEY, PA 18002-1810

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.802** | Priority creditor's name and mailing address

HAMPTON CITY TREASURER
P O BOX 636

HAMPTON, VA 23669

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.803** | Priority creditor's name and mailing address

HARFORD COUNTY
PO BOX 64069

BALTIMORE          , MD 21264-4069

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.804** **Priority creditor's name and mailing address**

HAWAII DEPARTMENT OF TAXATION

PO BOX 1530

HONOLULU, HI 96806-1530

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED      $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.805** **Priority creditor's name and mailing address**

HAWAII DEPT OF HEALTH

2827 WAIMANO HOME ROAD 100

HONOLULU, HI 96782

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED      $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.806**  Priority creditor's name and mailing address

HAWAII STATE TAX COLLECTOR
PO BOX 259 LICENSING SECTION

HONOLULU, HI 96809-0259

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.807**  Priority creditor's name and mailing address

HCPH
250 WILLIAM HOWARD TAFT RD 2ND FL

CINCINNATI, OH 45219

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.808** Priority creditor's name and mailing address

HENRICO COUNTY
P O BOX 90790 LOCKBOX 4732

RICHMOND, VA 23228-0790

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ _____ UNDETERMINED    $ _____ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.809** Priority creditor's name and mailing address

HIDALGO COUNTY TAX ASSESSOR COLLECTOR
2804 SOUTH US HWY 281

EDINBURG, TX 78539

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ _____ UNDETERMINED    $ _____ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.810**

**Priority creditor's name and mailing address**

HILLSBOROUGH COUNTY
601 E KENNEDY BLVD 14TH FLOOR

TAMPA, FL 33602-4931

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.811**

**Priority creditor's name and mailing address**

HORRY COUNTY BUSINESS LICENSE DEPT
PO BOX 1275

CONWAY, SC 29528

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
　　　　　Name

Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total Claim | Priority |
|---|---|---|---|---|

**2.812** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

HOUSTON POLICE DEPARTMENT
PO BOX 3408

HOUSTON, TX 77253-3408

$　　　UNDETERMINED    $　　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | | Total Claim | Priority |
|---|---|---|---|---|

**2.813** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

HOWARD COUNTY HEALTH DEPT
120 E MULBERRY ST STE 210 KOKOMO IN 46901

KOKOMO, IN 46901

$　　　UNDETERMINED    $　　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.814**   **Priority creditor's name and mailing address**

HOWARD COUNTY MD
9250 BENDIX RD CLERK OF THE CIRCUIT COURT
COLUMBIA MD 21045

COLUMBIA, MD 21045

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.815**   **Priority creditor's name and mailing address**

HUMBOLDT COUNTY HEALTH DEPT
100 H ST SUITE 100 EUREKA CA 95501

EUREKA, CA 95501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.816** Priority creditor's name and mailing address

HUNTSVILLE CITY
PO BOX 11407

BIRMINGHAM, AL 35246-2108

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**
$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.817** Priority creditor's name and mailing address

IA ALCOHOLIC BEVERAGE DIVISION
1918 E HULSIZER ROAD ANKENY IA 50021

ANKENY, IA 50021

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**As of the petition filing date, the claim is:**
$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.818**  Priority creditor's name and mailing address

IA DEPT OF AGRICULTURE&LAND
STEWARDSHIP
2230 S ANKENY BLVD IOWA LABORATORY
FACILITY ANKENY IA 50023

ANKENY, IA 50023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.819**  Priority creditor's name and mailing address

IBERIA PARISH SCHOOL BOARD
1500 JANE ST PO BOX 9770

NEW IBERIA, LA 70562-9770

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.820**

**Priority creditor's name and mailing address**

IBERVILLE PARISH
PO BOX 355

PLAQUEMINE, LA 70765-0355

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.821**

**Priority creditor's name and mailing address**

ID NORTH CENTRAL DISTRICT
215 10TH STREET PUBLIC HEALTH

LEWISTON, ID 83501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.822**  **Priority creditor's name and mailing address**

IDAHO DEPT OF AGRICULTURE
P O BOX 790 BUREAU OF FEEDS & PLANT
SERVICES BOISE ID 83701

BOISE, ID 83701

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.823**  **Priority creditor's name and mailing address**

IDAHO STATE DEPT OF AGRICULTURE
2240 KELLOGG LANE

BOISE, ID 83712

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.824**   **Priority creditor's name and mailing address**

IDAHO STATE TAX COMMISSION
PO BOX 56

BOISE, ID 83756-0056

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**   __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.825**   **Priority creditor's name and mailing address**

IL DEPT OF AGRICULTURE
PO BOX 19281

SPRINGFIELD, IL 62794-9281

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**   __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.826** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

IL DEPT OF REVENUE
PO BOX 19476

$    UNDETERMINED    $    UNDETERMINED

SPRINGFIELD, IL 62794

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.827** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

IL SECRETARY OF STATE
501 S SECOND ST RM 350

$    UNDETERMINED    $    UNDETERMINED

SPRINGFIELD, IL 62756

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
FRANCHISE TAX

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 414 of 847

Debtor    SEARS HOLDINGS CORPORATION
          Name                                                    Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.828**

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19038

SPRINGFIELD, IL 62776

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**     $ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.829**

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19038

SPRINGFIELD, IL 62776

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**As of the petition filing date, the claim is:**     $ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.830**    **Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19038

SPRINGFIELD, IL 62776

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.831**    **Priority creditor's name and mailing address**

ILLINOIS LIQUOR CONTROL COMMISSION
100 W RANDOLPH STREET SUITE 7-801

CHICAGO, IL 60601

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.832** | **Priority creditor's name and mailing address**

IMPERIAL COUNTY DEPT OF WEIGHTS & MEASURES
PO BOX 806

CENTRO, CA 92244

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

|  | | Total Claim | Priority |
|---|---|---|---|

**2.833** | **Priority creditor's name and mailing address**

IN ALCOHOL & TOBACCO COMMISSION
302 W WASHINGTON ST ROOM E114

INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.834**

**Priority creditor's name and mailing address**

INCOME TAX DEPARTMENT
PO BOX 9951

CANTON, OH 44711-9951

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.835**

**Priority creditor's name and mailing address**

INDIAN RIVER TAX COLLECTOR
PO BOX 1509

BEACH, FL 32961-1389

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.836** | **Priority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
PO BOX 7218

INDIANAPOLIS, IN 46207

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.837** | **Priority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
PO BOX 7218

INDIANAPOLIS, IN 46207

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.838** | Priority creditor's name and mailing address

INDIANA DEPARTMENT OF REVENUE
PO BOX 7218

INDIANAPOLIS, IN 46207

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.839** | Priority creditor's name and mailing address

INDIANA STATE DEPT OF HEALTH
2525 NORTH SHADELAND AVE STE D3

INDIANAPOLIS, IN 46219

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.840**  Priority creditor's name and mailing address

INDIANA STATE EGG BOARD
PURDUE UNIVERSITY POULTRY BLDG 270 S RUSSELL ST

LAFAYETTE, IN 47907-2041

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.841**  Priority creditor's name and mailing address

IOWA DEPARTMENT OF REVENUE
PO BOX 10468

DES MOINES, IA 50306-0468

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.842**  Priority creditor's name and mailing address

IOWA DEPARTMENT OF REVENUE & FINANCE
PO BOX 10462

DES MOINES, IA 50306-0462

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

$          UNDETERMINED   $          UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.843**  Priority creditor's name and mailing address

IOWA DEPARTMENT OF REVENUE & FINANCE
PO BOX 10462

DES MOINES, IA 50306-0462

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$          UNDETERMINED   $          UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.844**

**Priority creditor's name and mailing address**

IOWA DEPT OF AGRI & LAND
502 EAST 9TH ST

MOINES, IA 50319-0051

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.845**

**Priority creditor's name and mailing address**

IREDELL TAX COLLECTOR
PO BOX 1027

STATESVILLE, NC 28687-1027

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.846** Priority creditor's name and mailing address

JACKSON COUNTY
67 ATHENS ST

JEFFERSON, GA 30549

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.847** Priority creditor's name and mailing address

JACKSON PARISH
319 JIMMIE DAVIS PARKWAY

JONESBORO, LA 71251

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.848**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

JAMES POHLMANN SHERIFF AND TAX COLLECTOR
PO BOX 168

CHALMETTE, LA 70044

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.849**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

JASPER CO 1149
PO BOX 1149

RIDGELAND, SC 29936

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.850**   Priority creditor's name and mailing address

JEFFERSON COUNTY
716 RICHARD ARRINGTON JR BLVD N

BIRMINGHAM, AL 35203

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.851**   Priority creditor's name and mailing address

JEFFERSON COUNTY DEPT OF REV
PO BOX 12207

BIRMINGHAM, AL 35202-2207

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.852** Priority creditor's name and mailing address

JEFFERSON COUNTY DIRECTOR OF REVENUE
PO BOX 830710

BIRMINGHAM, AL 35283-0710

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.853** Priority creditor's name and mailing address

JEFFERSON COUNTY DIRECTOR OF REVENUE
PO BOX 830710

BIRMINGHAM, AL 35283-0710

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.854** Priority creditor's name and mailing address

JEFFERSON COUNTY DIRECTOR OF REVENUE
PO BOX 830710

BIRMINGHAM, AL 35283-0710

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.855** Priority creditor's name and mailing address

JEFFERSON COUNTY HEALTH DEPT
P O BOX 437

HILLSBORO, MO 63050

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.856** Priority creditor's name and mailing address

JEFFERSON DAVIS PARISH SCHOOL BOARD
PO BOX 1161

JENNINGS, LA 70546

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.857** Priority creditor's name and mailing address

JEFFERSON PARISH
PO BOX 248

GRETNA, LA 70054

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.858** | **Priority creditor's name and mailing address**

JEFFERSON PARISH SHERIFFS OFFICE
P O BOX 248

GRETNA, LA 70054

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.859** | **Priority creditor's name and mailing address**

JOHN SHARP
PO BOX 12010

AUSTIN, TX 78711

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.860**  **Priority creditor's name and mailing address**

JOHN SHARP
PO BOX 12010

AUSTIN, TX 78711

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.861**  **Priority creditor's name and mailing address**

JORDAN TAX SERVICE INC
102 RAHWAY ROAD

MCMURRAY, PA 15317

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.862**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

JUPITER INLET COLONY
1 COLONY ROAD

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

INLET, FL 33469-3507

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.863**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

JURUPA VALLEY CITY
8930 LIMONITE AVE STE M

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

VALLEY, CA 92509

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.864** Priority creditor's name and mailing address

KANAWHA-CHARLESTON HEALTH DEPT
P O BOX 927

CHARLESTON, WV 25323

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.865** Priority creditor's name and mailing address

KANSAS CITY MO HEALTH DEPT
2400 TROOST AVE SUITE 3200

CITY, MO 64108

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.866**

Priority creditor's name and mailing address

KANSAS CITY TREASURER
PO BOX 840101

CITY, MO 64184-0101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.867**

Priority creditor's name and mailing address

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET

TOPEKA, KS 66612-1588

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.868**

**Priority creditor's name and mailing address**

KANSAS DEPT OF AGRICULTURE
1320 RESEARCH PARK DRIVE

MANHATTAN, KS 66502

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$           UNDETERMINED   $           UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.869**

**Priority creditor's name and mailing address**

KEARNY HEALTH DEPARTMENT
645 KEARNY AVENUE

KEARNY, NJ 07032

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$           UNDETERMINED   $           UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.870** Priority creditor's name and mailing address

KENNETH CITY
6000 54TH AVENUE NORTH

CITY, FL 33709

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.871** Priority creditor's name and mailing address

KENOSHA CITY CLERK-TREASURER
625-52ND STREET

KENOSHA, WI 53140

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.872** Priority creditor's name and mailing address

KENOSHA COUNTY DIVISION OF HEALTH
8600 SHERIDAN ROAD STE 600

KENOSHA, WI 53143-6515

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**  __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$  UNDETERMINED  $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.873** Priority creditor's name and mailing address

KENTON COUNTY FISCAL COURT
PO BOX 792

COVINGTON, KY 41012

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**  __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$  UNDETERMINED  $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.874**

**Priority creditor's name and mailing address**

KENTON COUNTY FISCAL COURT
PO BOX 792

COVINGTON, KY 41012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.875**

**Priority creditor's name and mailing address**

KENTUCKY DEPARTMENT OF REVENUE
PO BOX 856905

LOUISVILLE, KY 40285-6905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.876**  **Priority creditor's name and mailing address**

KENTUCKY STATE TREASURER

101 SEA HERO ROAD SUITE 100

FRANKFORT          , KY

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.877**  **Priority creditor's name and mailing address**

KENTUCKY STATE TREASURER

101 SEA HERO ROAD SUITE 100

FRANKFORT          , KY

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.878**  **Priority creditor's name and mailing address**

KERN COUNTY
THE HONORABLE LISA GREEN 1215 TRUXTUN AVENUE

BAKERSFIELD, CA 93301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.879**  **Priority creditor's name and mailing address**

KEYSTONE MUN COLL 546 WENDEL
546 WENDEL ROAD

IRWIN, PA 15642

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.880**

**Priority creditor's name and mailing address**

KING CITY CA
212 S VANDERHURST AVE

CITY, CA 93930

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.881**

**Priority creditor's name and mailing address**

KINGS COUNTY ENVIRONMENTAL HEALTH
SERVICES
330 CAMPUS DRIVE

HANFORD, CA 93230

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.882** | **Priority creditor's name and mailing address**

KNOX COUNTY FISCAL COURT
PO BOX 177

BARBOURVILLE, KY 40906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.883** | **Priority creditor's name and mailing address**

KOSCIUSKO CO HEALTH DEPT
100 W CENTER STREET

WARSAW, IN 46580

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.884**  Priority creditor's name and mailing address

KS DEPT OF AGRICULTURE
1320 RESEARCH PARK DRIVE 2ND FL

MANHATTAN, KS 66502

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.885**  Priority creditor's name and mailing address

KS STATE BOARD OF PHARMACY
800 SW JACKSON SUITE 1414

TOPEKA, KS 66612-1231

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.886**  **Priority creditor's name and mailing address**

KY AG EXP STATION
S-225 AG SCI CENTER -N

LEXINGTON, KY 40546-0091

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.887**  **Priority creditor's name and mailing address**

KY DEPT OF AGRICULTURE
107 CORPORATE DRIVE

FRANKFORT, KY 40601

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.888** Priority creditor's name and mailing address

KY DEPT OF HOUSING
101 SEA HERO ROAD SUITE 100

FRANKFORT, KY 40601-5405

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Basis for the claim:
TAXING AUTHORITY

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.889** Priority creditor's name and mailing address

LA COUNTY AGR COMMWTS & MEAS
P O BOX 512399

ANGELES, CA 90051-0399

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
Various

Last 4 digits of
account number    __ __ __ __

Basis for the claim:
TAXING AUTHORITY

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.890** Priority creditor's name and mailing address

LA COUNTY AGRICULTURAL COMMISSIONER
PO BOX 512399

ANGELES, CA 90051-0399

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.891** Priority creditor's name and mailing address

LA COUNTY TREASURER TAX COLLECTOR
P O BOX 54978

ANGELES, CA 90054-0978

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.892** Priority creditor's name and mailing address

LA DEPARTMENT OF AGRICULTURE & FORESTRY
5825 FLORIDA BLVD SUITE 1003

ROUGE, LA 70806

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __  __ __  __ __  __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED   $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.893** Priority creditor's name and mailing address

LA DEPT OF REVENUE
PO BOX 4018

BATON ROUGE, LA 70821-4018

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __  __ __  __ __  __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED   $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.894**  **Priority creditor's name and mailing address**

LAFAYETTE PARISH SALES TAX DIVISION
PO BOX 52706

LAFAYETTE, LA 70505-2706

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.895**  **Priority creditor's name and mailing address**

LAFOURCHE PARISH SCHOOL BOARD
PO BOX 54585

NEW ORLEANS, LA 70154

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.896**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

LAKE COUNTY HEALTH DEPT
2900 W 93RD AVENUE

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

POINT, IN 46307

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.897**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

LAKE COUNTY TAX COLLECTOR
P O BOX 327

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

TAVARES, FL 32778-0327

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.898** | Priority creditor's name and mailing address

LAKE CUMBERLAND DISTRICT HD
45 ROBERTS STREET

SOMERSET, KY 42501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.899** | Priority creditor's name and mailing address

LARIMER CO ENVIRONMENTAL HEALTH
1525 BLUE SPRUCE

COLLINS, CO 80524

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.900**  Priority creditor's name and mailing address

LASALLE PARISH SALES TAX FUND

PO BOX 190

VIDALIA, LA 71373

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | **Total Claim** | **Priority** |
|---|---|---|

**2.901**  Priority creditor's name and mailing address

LAURA KEISLING COLLECTOR

550 WASHINGTON RD TRINITY SD

WASHINGTON, PA 15301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.902** | Priority creditor's name and mailing address

LAUREL COUNTY
203 S BROAD ST

LONDON, KY 40741

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.903** | Priority creditor's name and mailing address

LAWRENCE COUNTY CLERK
200 WEST GAINES SUITE 103

LAWRENCEBURG, TN 38464

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*   18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.904**

**Priority creditor's name and mailing address**

LEE COUNTY

P O BOX 1549 TAX COLLECTOR

MYERS, FL 33902-1549

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.905**

**Priority creditor's name and mailing address**

LEOMINSTER BOARD OF HEALTH

25 WEST ST ROOM 5

LEOMINSTER, MA 01453

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.906** Priority creditor's name and mailing address

LEXINGTON-FAYETTE
PO BOX 14058

LEXINGTON, KY 40512

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.907** Priority creditor's name and mailing address

LINCOLN CITY CLERK
P O BOX 172

LINCOLN, AL 35096

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.908** Priority creditor's name and mailing address

LINCOLN PARISH SU TAX COMMISSION
PO BOX 863

RUSTON, LA 71273

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.909** Priority creditor's name and mailing address

LIVINGSTON PARISH SCHOOL BOARD
PO BOX 1030

LIVINGSTON, LA 70754

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.910** Priority creditor's name and mailing address

LOS GATOS
PO BOX 697

GATOS, CA 95031

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.911** Priority creditor's name and mailing address

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 91011

ROUGE, LA 70821-9011

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.912**

**Priority creditor's name and mailing address**

LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
PO BOX 4311

BATON ROUGE, LA 70821

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.913**

**Priority creditor's name and mailing address**

LOUISIANA DEPT OF REVENUE AND TAXATION
PO BOX 4018

BATON ROUGE, LA 70821-4018

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

---

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.914** **Priority creditor's name and mailing address**

LOUISVILLE METRO REVENUE COMMSSION
PO BOX 35410

LOUISVILLE, KY 40232-5410

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED     $      UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.915** **Priority creditor's name and mailing address**

LOWNDES COUNTY AC
P O BOX 1077

COLUMBUS, MS 39703

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED     $      UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.916**  **Priority creditor's name and mailing address**

M J COOK
PO BOX 123

MONROE, LA 71210

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.917**  **Priority creditor's name and mailing address**

MADISON CO HEALTH DEPT
206 EAST NINTH STREET STE 200

ANDERSON, IN 46016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.918** Priority creditor's name and mailing address

MADISON COUNTY SALES TAX DEPT
100 NORTH SIDESQUARE

HUNTSVILLE, AL 35801

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.919** Priority creditor's name and mailing address

MADISON PARISH SCHOOL BOARD
PO BOX 1830

TALLULAH, LA 71284-1830

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.920** Priority creditor's name and mailing address

MAINE DEPT OF AGRICULTURE

28 STATE HOUSE STATION

AUGUSTA, ME 04333-0028

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.921** Priority creditor's name and mailing address

MAINE REVENUE SERVICES

PO BOX 1065

AUGUSTA, ME 04332

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.922** Priority creditor's name and mailing address

MAINE REVENUE SERVICES
PO BOX 1065

AUGUSTA, ME 04332

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.923** Priority creditor's name and mailing address

MANAGER OF REVENUE
PO BOX 17430

DENVER, CO 80217

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.924** Priority creditor's name and mailing address

MANAGER SALES TAX DEPARTMENT
PO BOX 357

MINDEN, LA 71058-0357

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.925** Priority creditor's name and mailing address

MARIETTA CITY HEALTH DEPT
304 PUTNAM ST

MARIETTA, OH 45750

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.926** Priority creditor's name and mailing address

MARION COUNTY HEALH DEPT
3840 N SHERMAN DRIVE

INDIANAPOLIS, IN 46226

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.927** Priority creditor's name and mailing address

MARYLAND DEPARTMENT OF AGRICULTURE
PO BOX 17304

BALTIMORE, MD 21297-1304

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.928** Priority creditor's name and mailing address

MASSACHUSETTS DEPARTMENT OF REVENUE
PO BOX 7005

BOSTON, MA 02204

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ UNDETERMINED    $ UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.929** Priority creditor's name and mailing address

MASSACHUSETTS DEPT OF REVENUE
PO BOX 7035

BOSTON, MA 02204

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ UNDETERMINED    $ UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.930** **Priority creditor's name and mailing address**

MATANUSKA-SUSITNA BOROUGH
350 EAST DAHLIA AVE

PALMER, AK 99645-6488

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.931** **Priority creditor's name and mailing address**

MATTRESS RECYCLING COUNCIL
PO BOX 223594

CHANTILLY, RI 20153

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.932**    **Priority creditor's name and mailing address**

MAVIS T THOMPSON ESQ
PO BOX 78158

ST LOUIS, MO 63178

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.933**    **Priority creditor's name and mailing address**

MCCRACKEN COUNTY TAX ADMINISTRATOR
PO BOX 2658

PADUCA, OH 42002-2658

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|------------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.934**  Priority creditor's name and mailing address

MEDINA COUNTY HEALTH DEPARTMENT
4800 LEDGEWOOD DRIVE

MEDINA, OH 44256

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.935**  Priority creditor's name and mailing address

MEDINA COUNTY TREASURER
144 N BROADWAY ST

MEDINA, OH 44256-1902

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   SEARS HOLDINGS CORPORATION
　　　　　Name

Case number *(if known)*　18-23538

---

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.936** | **Priority creditor's name and mailing address**

MERCER ISLAND
9611 SE 36TH ST

ISLAND, WA 98040-3732

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$　　UNDETERMINED | $　　UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.937** | **Priority creditor's name and mailing address**

MIAMI DADE DERM
P O BOX 863532

ORLANDO, FL 32886-3532

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$　　UNDETERMINED | $　　UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.938** | Priority creditor's name and mailing address

MIAMI DADE FIRE RESCUE DEPT
9300 NW 41ST STREET

DORAL, FL 33178-2424

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$      UNDETERMINED    $      UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.939** | Priority creditor's name and mailing address

MIAMI DADE POLICE DEPT FALSE ALARM
7617 S W 117 AVE

MIAMI, FL 33183

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$      UNDETERMINED    $      UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.940**   **Priority creditor's name and mailing address**

MIAMI DADE SOLID WASTE MGMT
2525 NW 62ND STREET 5TH FLOOR

MIAMI, FL 33147

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.941**   **Priority creditor's name and mailing address**

MIAMI-DADE COUNTY
200 NW 2ND AVENUE

MIAMI, FL 33128

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.942** Priority creditor's name and mailing address

MIAMI-DADE COUNTY TAX COLLECTOR
PO BOX 13701

MIAMI, FL 33101-3701

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.943** Priority creditor's name and mailing address

MIAMI-DADE TAX COLLECTOR
140 W FLAGLER ST STE 1407

MIAMI, FL 33130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.944**

**Priority creditor's name and mailing address**

MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30781

LANSING, MI 48909-8281

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$     UNDETERMINED    $     UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.945**

**Priority creditor's name and mailing address**

MINNEAPOLIS - LICENSES & CONSUMER SERVICES
350 S 5TH STREET ROOM 1

MINNEAPOLIS, MN 55415

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$     UNDETERMINED    $     UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.946**   **Priority creditor's name and mailing address**

MINNEAPOLIS FINANCE DEPT
350 SOUTH 5TH ST ROOM 1

MINNEAPOLIS, MN 55415-1391

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.947**   **Priority creditor's name and mailing address**

MINNESOTA DEPT OF AGRICULTURE
625 ROBERT ST N

PAUL, MN 55155-2538

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.948**    **Priority creditor's name and mailing address**

MINNESOTA REVENUE
MAIL STATION 1250

ST PAUL, MN 55145-1250

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.949**    **Priority creditor's name and mailing address**

MISSISSIPPI STATE TAX COMMISSION
PO BOX 960

JACKSON, MS 39205-0960

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.950**  Priority creditor's name and mailing address

MISSISSIPPI STATE TAX COMMISSION

PO BOX 960

JACKSON, MS 39205-0960

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __  __  __  __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.951**  Priority creditor's name and mailing address

MISSOURI DEPARTMENT OF REVENUE

PO BOX 700

CITY, MO 65105-0700

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __  __  __  __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.952**

**Priority creditor's name and mailing address**

MISSOURI DEPT OF AGRICULTURE

P O BOX 630

CITY, MO 65102

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | Total Claim | Priority |
|--|-------------|----------|

**2.953**

**Priority creditor's name and mailing address**

MISSOURI DEPT OF REVENUE

PO BOX 840

JEFFERSON CITY, MO 65105-0840

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  ___ ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.954**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

MISSOURI DEPT OF REVENUE      $    UNDETERMINED   $    UNDETERMINED

PO BOX 840

Check all that apply.

JEFFERSON CITY, MO 65105-0840

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

|  | **Total Claim** | **Priority** |
| --- | --- | --- |

**2.955**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

MO DIRECTOR OF REVENUE      $    UNDETERMINED   $    UNDETERMINED

1738 E ELM ST LOWER LEVEL EAST

Check all that apply.

CITY, MO 65101

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.956**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:

MOBILE CITY - TAX DIVISION
PO BOX 11407

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

BIRMINGHAM, AL 35246

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
SALES TAX

Last 4 digits of
account number

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.957**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:

MOBILE COUNTY
PODRAWER 161009

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

MOBILE, AL 36616

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
SALES TAX

Last 4 digits of
account number

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.958** Priority creditor's name and mailing address

MOHAVE COUNTY
313 E OAK STREET

KINGMAN, AZ 86402

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.959** Priority creditor's name and mailing address

MONROE COUNTY
100 EAST KIRKWOOD AVENUE

BLOOMINGTON, IN 47404-5143

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.960**

**Priority creditor's name and mailing address**

MONTANA DEPARTMENT OF AGRICULTURE
P O BOX 200201 303 N ROBERTS HELENA MT
59620-0201

HELENA, MT 59620-0201

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.961**

**Priority creditor's name and mailing address**

MONTANA DEPARTMENT OF REVENUE
PO BOX 8021

HELENA, MT 59604-8021

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.962**  **Priority creditor's name and mailing address**

MONTEREY COUNTY
THE HONORABLE DEAN FLIPPO PO BOX 1131

SALINAS, CA 93902

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**As of the petition filing date, the claim is:**

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.963**  **Priority creditor's name and mailing address**

MONTGOMERY COUNTY
755 ROANOKE ST STE 1B

CHRISTIANSBURG, VA 24073-3171

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

---

**Part 1    Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.964**  Priority creditor's name and mailing address

MONTGOMERY COUNTY
755 ROANOKE ST STE 1B

CHRISTIANSBURG, VA 24073-3171

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.965**  Priority creditor's name and mailing address

MONTGOMERY COUNTY CLERK OF CC
50 MARYLAND AVE ROOM 1300 MONTGOMERY
COUNTY ROCKVILLE MD 20850

ROCKVILLE, MD 20850

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538 _____

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.966** | Priority creditor's name and mailing address

MONTGOMERY COUNTY MD
100 MARYLAND AVE ROOM 330 OFC OF
CONSUMER PROTECT ROCKVILLE MD 20850

ROCKVILLE, MD 20850

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.967** | Priority creditor's name and mailing address

MOREHOUSE PARISH SU TAX COMMISSION
PO BOX 672

BASTROP, LA 71221-0672

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.968** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

MORGAN COUNTY
PO BOX 1848

$      UNDETERMINED    $      UNDETERMINED

DECATUR, AL 35602

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (  8  )

**Is the claim subject to offset?**

☐ No
☐ Yes

---

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.969** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

MORGAN COUNTY SALES TAX OFFICE
PO BOX 1848

$      UNDETERMINED    $      UNDETERMINED

DECATUR, AL 35602

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (  8  )

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.970** Priority creditor's name and mailing address

MS DEPARTMENT OF REVENUE
PO BOX 23192

JACKSON, MS 39225-3192

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
FRANCHISE TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.971** Priority creditor's name and mailing address

MS DEPT OF AGRICULTURE & COMMERCE
P O BOX 1609 CONSUMER PROTECTION DIV
JACKSON MS 39215-1609

JACKSON, MS 39215-1609

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.972**  Priority creditor's name and mailing address

MS DEPT OF AGRICULTURE & COMMERCE
P O BOX 1609 CONSUMER PROTECTION DIV
JACKSON MS 39215-1609

JACKSON, MS 39215-1609

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.973**  Priority creditor's name and mailing address

MUNCIPIO AUTONOMO DE ARECIBO
PO BOX 1086

ARECIBO, PR 00613

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
_____    Case number *(if known)*    18-23538
Name

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.974** Priority creditor's name and mailing address

MUNCIPIO AUTONOMO DE CAGUAS
PO BOX 907

CAGUAS, PR 00726

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:    $     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.975** Priority creditor's name and mailing address

MUNCIPIO AUTONOMO DE MAYAGUEZ
PO BOX 1852

MAYAGUEZ, PR 00681

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:    $     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.976** Priority creditor's name and mailing address

MUNCIPIO AUTONOMO DE SAN GERMAN
PO BOX 85

SAN GERMAN, PR 00683

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.977** Priority creditor's name and mailing address

MUNCIPIO DE CAROLINA
PO BOX 11877

SAN JUAN, PR 00910

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.978** Priority creditor's name and mailing address

MUNCIPIO DE CAYEY
PO BOX 371330

CAYEY, PR 00737

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:  $  UNDETERMINED   $  UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.979** Priority creditor's name and mailing address

MUNCIPIO DE HORMIGUEROS
PO BOX 97

HORMIGUEROS, PR 00660

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:  $  UNDETERMINED   $  UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____    Case number *(if known)*    18-23538
Name

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.980**  Priority creditor's name and mailing address

MUNCIPIO DE JUANA DIAZ
PO BOX 1409

JUANA DIAZ, PR 00795

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.981**  Priority creditor's name and mailing address

MUNCIPIO DE VEGA ALTA
PO BOX 1390

VEGA ALTA, PR 00692

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.982** | **Priority creditor's name and mailing address**

MUNICIPAL & SCHOOL INCOME TAXCAPITAL TAX
COLLECTION BUREAU
2301 NORTH THIRD ST
_____
WILLIAMSPORT, PA 17701-9710

**Date or dates debt was incurred**
Various
_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.983** | **Priority creditor's name and mailing address**

MUNICIPALITY OF SAN JUAN
PO BOX 70179
_____
SAN JUAN, PR 00936

**Date or dates debt was incurred**
Various
_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
          Name

Case number *(if known)*    18-23538    _____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.984**  Priority creditor's name and mailing address

MUNICIPIO DE FAJARDO
APARTADO 865

FAJARDO, PR 00738

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.985**  Priority creditor's name and mailing address

MUNICIPIO DE GUAYAMA
PO BOX 360

GUAYAMA, PR 00785

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.986**   **Priority creditor's name and mailing address**

MUNISERVICES LLC
438 EAST SHAW AVENUE 367 FRESNO CA 93710

FRESNO, CA 93710

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.987**   **Priority creditor's name and mailing address**

NATCHITOCHES TAX COMMISSION
PO BOX 639

NATCHITOCHES, LA 71458-0639

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.988**  **Priority creditor's name and mailing address**

NATCHITOCHES TAX COMMISSION
PO BOX 639

NATCHITOCHES, LA 71458-0639

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.989**  **Priority creditor's name and mailing address**

NATICK BOARD OF HEALTH
13 E CENTRAL ST NATICK MA 01760

NATICK, MA 01760

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.990** **Priority creditor's name and mailing address**

NC ABC COMMISSION
4307 MAIL SERVICE CENTER RALEIGH NC
27699-4307

RALEIGH, NC 27699-4307

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.991** **Priority creditor's name and mailing address**

NCDA PLANT INDUSTRY SEED
1060 MAIL SERVICE CENTER RALEIGH NC
27699-1060

RALEIGH, NC 27699-1060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.992**   **Priority creditor's name and mailing address**

ND DEPT OF AGRICULTURE

600 E BOULEVARD AVE- DEPT 602 BISMARCK ND 58505-0020

BISMARCK, ND 58505-0020

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$   UNDETERMINED    $   UNDETERMINED

---

| | Total Claim | Priority |
|---|---|---|

**2.993**   **Priority creditor's name and mailing address**

NEBRASKA DEPARTMENT OF REVENUE

PO BOX 94818

LINCOLN, NE 68509

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   ___ ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

$   UNDETERMINED    $   UNDETERMINED

---

Debtor     SEARS HOLDINGS CORPORATION
           Name

Case number *(if known)*    18-23538

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.994**  **Priority creditor's name and mailing address**

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 94818

LINCOLN, NE 68509

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.995**  **Priority creditor's name and mailing address**

NEBRASKA DEPT OF AGRICULTURE
P O BOX 94668

LINCOLN, NE 68509-4668

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.996** | **Priority creditor's name and mailing address**

NEBRASKA DEPT OF AGRICULTURE
P O BOX 94668

LINCOLN, NE 68509-4668

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.997** | **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF TAXATION
PO BOX 52609

PHOENIX, NV 85072-2609

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.998** Priority creditor's name and mailing address

NEVADA DEPARTMENT OF TAXATION
PO BOX 52609

PHOENIX, NV 85072-2609

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.999** Priority creditor's name and mailing address

NEVADA DEPARTMENT OF TAXATION
PO BOX 52609

PHOENIX, NV 85072-2609

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,000** | Priority creditor's name and mailing address

NEW HAMPSHIRE DEPT OF REVENUE
ADMINISTRATION
PO BOX 637

CONCORD, NH 03302-0637

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,001** | Priority creditor's name and mailing address

NEW JERSEY LITTER CONTROL TAX
PO BOX 274

TRENTON, NJ 08646

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**　　**Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,002**　**Priority creditor's name and mailing address**

NEW MEXICO TAXATION AND REVENUE
DEPARTMENT
PO BOX 25127

SANTA FE, NM 87504-5127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**　__ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,003**　**Priority creditor's name and mailing address**

NEW YORK STATE SALES TAX
NYS SALES TAX PROCESSING JAF BUILDING PO
BOX 1208

NEW YORK, NY 101161208

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**　__ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.1,004**  **Priority creditor's name and mailing address**

NEZ PERCE COUNTY AUDITOR'S OFFICE
1230 MAIN ST PO BOX 896

LEWISTON, ID 83501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.1,005**  **Priority creditor's name and mailing address**

NH DEPT OF AGRICULTURE
29 HAZEN DRIVE LAB D

CONCORD, NH 03301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,006** **Priority creditor's name and mailing address**

NH STATE LIQUOR COMMISSION
P O BOX 1795 10 COMMERCIAL STREET

CONCORD, NH 03302-1795

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,007** **Priority creditor's name and mailing address**

NILES CITY INCOME TAX DEPARTMENT
34 W STATE ST

NILES, OH 44446

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,008** | **Priority creditor's name and mailing address**

NJ DEPT OF AGRICULTURE
P O BOX 332

TRENTON, NJ 08625-0332

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,009** | **Priority creditor's name and mailing address**

NJ DEPT OF AGRICULTURE
P O BOX 332

TRENTON, NJ 08625-0332

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| Part 1 | Additional Page |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
| --- | --- | --- |

**2.1,010** | **Priority creditor's name and mailing address**

NM DEPT OF AGRICULTURE
P O BOX 30005

CRUCES, NM 88003-8005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
| --- | --- | --- |

**2.1,011** | **Priority creditor's name and mailing address**

NORTH CAROLINA DEPT OF REVENUE
PO BOX 25000

RALEIGH, NC 27640-0100

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
FRANCHISE TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | |
|---|---|
| Debtor | SEARS HOLDINGS CORPORATION |
| | Name |

Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,012**   **Priority creditor's name and mailing address**

NORTH CAROLINA DEPT OF REVENUE

PO BOX 25000

RALEIGH, NC 27640-0100

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,013**   **Priority creditor's name and mailing address**

NORTH CAROLINA DEPT OF REVENUE

PO BOX 25000

RALEIGH, NC 27640-0100

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,014**   Priority creditor's name and mailing address

NORTH CAROLINA DEPT OF REVENUE

PO BOX 25000

RALEIGH, NC 27640-0100

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,015**   Priority creditor's name and mailing address

NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER

600 E BOULEVARD AVE DEPT 127

BISMARK, ND 58505-0599

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,016**   Priority creditor's name and mailing address

NORTH DAKOTA TAX COMMISSIONER
PO BOX 5623

BISMARCK, ND 58506-5623

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,017**   Priority creditor's name and mailing address

NORTH DAKOTA TAX COMMISSIONER
PO BOX 5623

BISMARCK, ND 58506-5623

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,018** | **Priority creditor's name and mailing address**

NORTH FRANKLIN TOWNSHIP

620 FRANKLIN FARMS ROAD

WASHINGTON, PA 15301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,019** | **Priority creditor's name and mailing address**

NORTHERN KENTUCKY DISTRICT

610 MEDICAL VILLAGE DR

EDGEWOOD, KY 41017

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
　　　　　Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,020**  **Priority creditor's name and mailing address**

NV DEPARTMENT OF MOTOR VEHICLES
555 WRIGHT WAY

CITY, NV 89711

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$　　UNDETERMINED    $　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,021**  **Priority creditor's name and mailing address**

NV DEPT OF AGRICULTURE
405 SOUTH 21ST STREET

SPARKS, NV 89431

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$　　UNDETERMINED    $　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,022**  **Priority creditor's name and mailing address**

NV STATE FIRE MARSHAL DIVISION
107 JACOBSEN WAY

CITY, NV 89711

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,023**  **Priority creditor's name and mailing address**

NY COMMISSIONER OF MOTOR VEHICLES
6 EMPIRE STATE PLAZA ROOM 220

ALBANY, NY 12228-0001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.1,024**  **Priority creditor's name and mailing address**

NY DEPT OF AGRICULTURE & MARKETS

10B AIRLINE DRIVE

ALBANY, NY 12235

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.1,025**  **Priority creditor's name and mailing address**

NY STATE DEPT OF HEALTH

28 HILL ST STE 201

ONEONTA, NY 13820

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,026**   **Priority creditor's name and mailing address**

NYC DEPARTMENT OF FINANCE
PO BOX 3644

YORK, NY 10008-3644

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED   $         UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
FRANCHISE TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,027**   **Priority creditor's name and mailing address**

NYC DEPARTMENT OF FINANCE
PO BOX 3644

YORK, NY 10008-3644

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$         UNDETERMINED   $         UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,028** Priority creditor's name and mailing address

NYC FIRE DEPT
PO BOX 412014

BOSTON, MA 02241-2014

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$        UNDETERMINED   $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,029** Priority creditor's name and mailing address

NYS CORPORATION TAX
PO BOX 15181

ALBANY, NY 12212-5181

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

$        UNDETERMINED   $        UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
FRANCHISE TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,030**   Priority creditor's name and mailing address

NYS SALES TAX PROCESSING
PO BOX 15172

ALBANY, NY 12212

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,031**   Priority creditor's name and mailing address

OCCUPATIONAL TAX ADMINISTRATOR
PO BOX 10008

OWENSBORO, KY 42302-9008

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,032**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

OFFICE OF COUNTY CLERK
411 JULES ST ROOM 121

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

JOSEPH, MO 64501

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of**
**account number**  __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,033**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

OFFICE OF TAX AND REVENUE
PO BOX 96148

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

WASHINGTON, DC 20090-6148

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of**
**account number**  __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name |  |  |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,034**  Priority creditor's name and mailing address

OFFICE OF THE ATTORNEY GENERAL
590 SOUTH MARINE CORPS DR  70GUAM ST
DISBURSMENT UNIT

TAMUNING, GU 96913

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,035**  Priority creditor's name and mailing address

OFICINA DE RECAUDACIONES
APARTADO 7890

GUAYNABO, PR 00970

As of the petition filing date, the claim is:

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,036**   **Priority creditor's name and mailing address**

OH DEPT OF AGRICULTURE
8995 E MAIN ST

REYNOLDSBURG, OH 43068

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,037**   **Priority creditor's name and mailing address**

OH DIVISION OF LIQUOR CONTROL
P O BOX 4005 6606 TUSSING RD

REYNOLDSBURG, OH 43068-9005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,038** | **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD

COLUMBUS, OH 43229

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED   $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,039** | **Priority creditor's name and mailing address**

OHIO DEPT OF TAXATION
30 E BROAD ST 20TH FLOOR

COLUMBUS, OH 43215

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED   $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,040**  **Priority creditor's name and mailing address**

OHIO DEPT OF TAXATION
30 E BROAD ST - 20TH FLOOR

COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Basis for the claim:**
SALES TAX

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,041**  **Priority creditor's name and mailing address**

OHIO DEPT OF TAXATION
30 E BROAD ST - 20TH FLOOR

COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,042** **Priority creditor's name and mailing address**

OK DEPT OF AGRICULTURE

2800 NORTH LINCOLN BLVD

CITY, OK 73105

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,043** **Priority creditor's name and mailing address**

OKALOOSA COUNTY

151-C N EGLIN PARKWAY

FT WALTON BEACH, FL 32548

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,044** | **Priority creditor's name and mailing address**

OKLAHOMA DEPT OF AGRICULTURE
PO BOX 528804

CITY, OK 73152-8804

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,045** | **Priority creditor's name and mailing address**

OKLAHOMA STATE DEPT OF HEALTH
P O BOX 268815

CITY, OK 73126-8815

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Part 1 | Additional Page |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.1,046** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |

OKLAHOMA TAX COMMISSION
PO BOX 26850

$      UNDETERMINED    $      UNDETERMINED

OKLAHOMA CITY, OK 73126

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
FRANCHISE TAX

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.1,047** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |

OKLAHOMA TAX COMMISSION
PO BOX 26850

$      UNDETERMINED    $      UNDETERMINED

OKLAHOMA CITY, OK 73126

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,048**    **Priority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
PO BOX 26850

OKLAHOMA CITY, OK 73126

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$     UNDETERMINED    $     UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,049**    **Priority creditor's name and mailing address**

ONE-STOP LICENSING
P O BOX 8003

HELENA, MT 59604-8003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$     UNDETERMINED    $     UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
_____    Case number *(if known)*    18-23538_____
Name

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,050** **Priority creditor's name and mailing address**

ORANGE COUNTY

THE HONORABLE TONY RACKAUCKAS 401 CIVIC CENTER DRIVE WEST

SANTA ANA, CA 92701

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,051** **Priority creditor's name and mailing address**

ORANGE COUNTY BD OF CTY COMM

PO BOX 4958

ORLANDO, FL 32802

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,052**  **Priority creditor's name and mailing address**

ORANGE COUNTY HEALTH CARE AGENCY
1241 E DYER ROAD STE 120

ANA, CA 92705-5611

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**        $  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,053**  **Priority creditor's name and mailing address**

ORANGE COUNTY TREASURER
PO BOX 4005

ANA, CA 92702-4005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**        $  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,054** **Priority creditor's name and mailing address**

OREGON BOARD OF PHARMACY
800 NE OREGON ST SUITE 150

PORTLAND, OR 97232

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,055** **Priority creditor's name and mailing address**

OREGON DEPARTMENT OF REVENUE
PO BOX 14790

SALEM, OR 97309-0470

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,056** Priority creditor's name and mailing address

OREGON DEPTARTMENT OF AGRICULTURE
P O BOX 4395 UNIT 17

PORTLAND, OR 97208-4395

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,057** Priority creditor's name and mailing address

OREGON LIQUOR CONTROL COMMISSION
P O BOX 22297

MILWAUKIE, OR 97269

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,058** Priority creditor's name and mailing address

OSCEOLA CTY BD OF CTY COMM
17 S VERNON AVE

KISSIMMEE, FL 34741

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,059** Priority creditor's name and mailing address

PA DEPARTMENT OF REVENUE
PO BOX 280708

HARRISBURG, PA 17128-0708

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**　　**Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,060**　**Priority creditor's name and mailing address**

PA DEPT OF HEALTH

132 KLINE PLAZA SUITE A

HARRISBURG, PA 17104

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$　　UNDETERMINED　　$　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,061**　**Priority creditor's name and mailing address**

PA DEPT OF REVENUE

DEPARTMENT 280434

HARRISBURG, PA 17128

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$　　UNDETERMINED　　$　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.1,062** | **Priority creditor's name and mailing address**

PA MUNICIPAL CODE ALLIANCE
380 WAYNE AVENUE

CHAMBERSBURG, PA 17201

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.1,063** | **Priority creditor's name and mailing address**

PAINTCARE
PO BOX 5247

PORTLAND, OR 97208

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,064**  **Priority creditor's name and mailing address**

PALM BEACH COUNTY
PO BOX 3353

BEACH, FL 33402-3353

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,065**  **Priority creditor's name and mailing address**

PARISH OF CALDWELL
PO BOX 280

VIDALIA, LA 71373

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (  8  )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,066**   Priority creditor's name and mailing address

PARISH OF EAST CARROLL
PO BOX 130

VIDALIA, LA 71373

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:            $       UNDETERMINED  $       UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,067**   Priority creditor's name and mailing address

PARISH OF ST MARY
PO BOX 1279

MORGAN CITY, LA 70381

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:            $       UNDETERMINED  $       UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,068**  **Priority creditor's name and mailing address**

PARISH SALES TAX FUND
PO BOX 670

HOUMA, LA 70361

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

**As of the petition filing date, the claim is:**

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,069**  **Priority creditor's name and mailing address**

PASCO COUNTY
P O BOX 276

DADE CITY, FL 33526

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** ___ **)**

**As of the petition filing date, the claim is:**

$  UNDETERMINED   $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | |
|---|---|
| Debtor | SEARS HOLDINGS CORPORATION |
| | Name |

Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

| | Total Claim | Priority |
|---|---|---|

**2.1,070**  **Priority creditor's name and mailing address**

PEACHTREE CITY
151 WILLOWBEND ROAD

CITY, GA 30269

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.1,071**  **Priority creditor's name and mailing address**

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280417

HARRISBURG, PA 17128-0417

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**    $ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,072**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:

PIMA COUNTY HEALTH DEPT                                    $    UNDETERMINED    $    UNDETERMINED
3950 S COUNTRY CLUB ROAD STE 100

Check all that apply.

TUCSON, AZ 85714

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of**
**account number**    __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,073**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:

PLACER CO ENVIRONMENTAL HEALTH                            $    UNDETERMINED    $    UNDETERMINED
3091 COUNTY CENTER DR STE 180

Check all that apply.

AUBURN, CA 95603

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of**
**account number**    __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,074**  **Priority creditor's name and mailing address**

PLAQUEMINES PARISH

8056 HIGHWAY 23 SUITE 201 C

BELLE CHASE, LA 70037

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,075**  **Priority creditor's name and mailing address**

PLEASANT HILLS MERCANTILE TAX COLLECT

PO BOX 10931

PITTSBURGH, PA 15236

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor     SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,076**   **Priority creditor's name and mailing address**

POINTE COUPEE PARISH
PO BOX 290

NEW ROADS, LA 70760

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,077**   **Priority creditor's name and mailing address**

POLK COUNTY
P O BOX 2016

BARTOW, FL 33831

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,078**  **Priority creditor's name and mailing address**

POLK COUNTY BOARD OF COMM
PO BOX 988

BARTOW, FL 33831

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,079**  **Priority creditor's name and mailing address**

PORTER CO HEALTH DEPT
155 INDIANA AVE SUITE 104

VALPARAISO, IN 46383-5548

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,080**    **Priority creditor's name and mailing address**

PORTLANDMULTNOMAH COUNTY
111 SW COLUMBIA ST SUITE 600

PORTLAND, OR 97201-5840

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __  __  __  __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,081**    **Priority creditor's name and mailing address**

PRINCE GEORGE'S COUNTY HEALTH DEPT
9400 PEPPERCORN PLACE

LARGO, MD 20774

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __  __  __  __  __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|----------------------------|------------------------|----------|
| | Name | | |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,082** | **Priority creditor's name and mailing address**

PRINCE WILLIAM COUNTY
PO BOX 2467

WOODBRIDGE , VA 22195-2467

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,083** | **Priority creditor's name and mailing address**

PUEBLO CITY-CO HEALTH DEPT
101 W 9TH STREET

PUEBLO, CO 81003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,084**   **Priority creditor's name and mailing address**

PUERTO RICO TREASURY
PO BOX 9022501

SAN JUAN, PR 00902-2501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,085**   **Priority creditor's name and mailing address**

PULASKI COUNTY GOVERNMENT
PO BOX 658

SOMERSE, OH 42502-0658

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,086** Priority creditor's name and mailing address

QUEEN ANNE'S COUNTY
100 COURT HOUSE SQUARE

CENTREVILLE, MD 21617

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,087** Priority creditor's name and mailing address

QUEEN ANNE'S COUNTY DEPT OF HEALTH
206 N COMMERCE ST

CENTREVILLE, MD 21617

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,088** **Priority creditor's name and mailing address**

RAPIDES PARISH
PO BOX 60090

NEW ORLEANS, LA 70160-0090

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,089** **Priority creditor's name and mailing address**

RDS-LA OCCUPATIONAL LICENSE TAX
9618 JEFFERSON HWY SUITE D 334

ROUGE, LA 70809

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,090**   **Priority creditor's name and mailing address**

RED RIVER TAX AGENCY
PO BOX 570

COUSHATTA, LA 71019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$            UNDETERMINED   $            UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,091**   **Priority creditor's name and mailing address**

REGIONAL INCOME TAX AGENCY
PO BOX 89475

CLEAVELAND, OH 44101-6475

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$            UNDETERMINED   $            UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,092** Priority creditor's name and mailing address

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL

PROVIDENCE, RI 02908-5811

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,093** Priority creditor's name and mailing address

RICHLAND COUNTY
P O BOX 192

COLUMBIA, SC 29202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,094**    Priority creditor's name and mailing address

RICHLAND PARISH TAX COMMISSION
PO BOX 688

RAYVILLE, LA 71269

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,095**    Priority creditor's name and mailing address

RIDLEY TOWNSHIP
PO BOX 38

BRIDGEPORT, PA 19405

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.1,096**  **Priority creditor's name and mailing address**

ROCKAWAY TOWNSHIP HEALTH DEPARTMENT

65 MOUNT HOPE ROAD

ROCKAWAY, NJ 07866

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.1,097**  **Priority creditor's name and mailing address**

RUSSELL COUNTY GOVERNMENT

PO BOX 7

JAMESTOW, OH 42629

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,098**  **Priority creditor's name and mailing address**

SABINE PARISH
PO BOX 249

MANY, LA 71449

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,099**  **Priority creditor's name and mailing address**

SAGINAW CHARTER TWP CLERK
4980 SHATTUCK ROAD

SAGINAW, MI 48603

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,100** | **Priority creditor's name and mailing address**

SAINT CHARLES COUNTY
201 N SECOND ST

CHARLES, MO 63301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED   $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,101** | **Priority creditor's name and mailing address**

SAINT PETERS CITY
ONE ST PETERS CENTRE BLVD

PETERS, MO 63376

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED   $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | Total Claim | Priority |
|---|---|---|

**2.1,102** **Priority creditor's name and mailing address**

SALES AND EXCISE TAX
915 SW HARRISON ST

TOPEKA, KS 66625-5000

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$       UNDETERMINED   $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

|  | Total Claim | Priority |
|---|---|---|

**2.1,103** **Priority creditor's name and mailing address**

SALES AND EXCISE TAX
915 SW HARRISON ST

TOPEKA, KS 66625-5000

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __ )

**As of the petition filing date, the claim is:**

$       UNDETERMINED   $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.1,104** **Priority creditor's name and mailing address**

SALES TAX AUDITING & COLLECTION
PO BOX 3989

MUSCLE SHOALS, AL 35662

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.1,105** **Priority creditor's name and mailing address**

SALES TAX DIVISION
PO BOX 830725

BIRMINGHAM, AL 35283

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,106**   **Priority creditor's name and mailing address**

SAN BENITO COUNTY
THE HONORABLE CANDICE HOOPER-MANCINO
419 4TH STREET

HOLLISTER, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,107**   **Priority creditor's name and mailing address**

SAN BENITO COUNTY
THE HONORABLE CANDICE HOOPER-MANCINO
419 4TH STREET

HOLLISTER, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,108**  **Priority creditor's name and mailing address**

SAN BERNARDINO CITY CLERK
P O BOX 1318

BERNARDINO, CA 92402

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,109**  **Priority creditor's name and mailing address**

SAN FRANCISCO TAX COLLECTOR
P O BOX 7425

FRANCISCO, CA 94120-7425

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,110**    **Priority creditor's name and mailing address**

SAN MATEO CO WEIGHTS & MEASURES
P O BOX 999

CITY, CA 94064

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,111**    **Priority creditor's name and mailing address**

SANGAMON COUNTY DEPT OF HEALTH
2833 SOUTH GRAND AVE EAST

SPRINGFIELD, IL 62703

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,112**  **Priority creditor's name and mailing address**

SANTA CLARA COUNTY WEIGHTS & MEASURES
1553 BERGER DRIVE BUILDING 1

JOSE, CA 95112

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,113**  **Priority creditor's name and mailing address**

SC DEPARTMENT OF AGRICULTURE
123 BALLARD COURT

COLUMBIA, SC 29172

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,114** **Priority creditor's name and mailing address**

SC DEPT OF REVENUE

P O BOX 125 ABL SECTION

COLUMBIA, SC 29214-0907

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,115** **Priority creditor's name and mailing address**

SD DEPT OF AGRICULTURE

523 E CAPITOL AVENUE

PIERRE, SD 57501-3182

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,116**  **Priority creditor's name and mailing address**

SECRETARIA DE FINANZIAS
PO BOX 1

YAUCO, PR 00698

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,117**  **Priority creditor's name and mailing address**

SECRETARY OF THE
COMMONWEALTHCORPORATIONS DIVISION
ONE ASHBURTON PLACE 17TH FLOOR

BOSTON, MA 02108-1512

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,118**  **Priority creditor's name and mailing address**

SEMINOLE COUNTY

P O BOX 630

SANFORD, FL 32772-0630

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,119**  **Priority creditor's name and mailing address**

SENECA COUNTY GENERAL HEALTH DISTRICT

71 S WASHINGTON STREET SUITE 1102

TIFFIN, OH 44883

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,120**  Priority creditor's name and mailing address

SHELBY COUNTY BUSINESS REVENUE OFFICE
PO BOX 800

COLUMBIANA, AL 35051

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,121**  Priority creditor's name and mailing address

SIOUXLAND DISTRICT HEALTH DEPT
1014 NEBRASKA ST

CITY, IA 51105

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.1,122**

**Priority creditor's name and mailing address**

SKAGIT COUNTY HEALTH DEPT
1800 CONTINENTAL PLACE

VERNON, WA 98273

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.1,123**

**Priority creditor's name and mailing address**

SOMERVILLE CITY
93 HIGHLAND AVE

GREENFIELD, MA 02143

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,124** Priority creditor's name and mailing address

SONOMA COUNTY
THE HONORABLE JILL RAVITCH 600
ADMINISTRATION DRIVE ROOM 212J

SANTA ROSA, CA 95403

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,125** Priority creditor's name and mailing address

SOUTH CAROLINA TAX COMMISSION
PO BOX 125

COLUMBIA, SC 29214

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.1,126**   **Priority creditor's name and mailing address**

SOUTH DAKOTA DEPARTMENT OF REVENUE
POST OFFICE BOX 5055

SIOUX FALLS, SD 57117-5055

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.1,127**   **Priority creditor's name and mailing address**

SOUTH DAKOTA DEPARTMENT OF REVENUE
POST OFFICE BOX 5055

SIOUX FALLS, SD 57117-5055

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,128**   **Priority creditor's name and mailing address**

SOUTH DAKOTA DEPARTMENT OF REVENUE
POST OFFICE BOX 5055

SIOUX FALLS, SD 57117-5055

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$  UNDETERMINED   $  UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.1,129**   **Priority creditor's name and mailing address**

SOUTH DAKOTA DEPT OF AGRICULTURE
523 EAST CAPITAL AVE FOSS BLDG

PIERRE, SD 57501-3481

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$  UNDETERMINED   $  UNDETERMINED

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,130** **Priority creditor's name and mailing address**

SOUTHERN NEVADA HEALTH DISTRICT
PO BOX 3902

VEGAS, NV 89107

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,131** **Priority creditor's name and mailing address**

SOUTHERN NEVADA HEALTH DISTRICT
PO BOX 3902

VEGAS, NV 89107

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,132**   **Priority creditor's name and mailing address**

SPOKANE REGIONAL HEALTH DISTRICT
1101 W COLLEGE AVE STE 402

SPOKANE, WA 99201-2095

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,133**   **Priority creditor's name and mailing address**

SPOTSYLVANIA CO
P O BOX 175

SPOTSYLVANIA, VA 22553

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,134** Priority creditor's name and mailing address

ST CHARLES PARISH SCHOOL BOARD
13855 RIVER ROAD

LULING, LA 70070

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ UNDETERMINED   $ UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,135** Priority creditor's name and mailing address

ST CHARLES PARISH SHERRIFF
PO BOX 440

HAHNVILLE, LA 70057

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ UNDETERMINED   $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,136**  **Priority creditor's name and mailing address**

ST CLAIR COUNTY SALES TAX
165 5TH AVENUE SUITE 102

ASHVILLE, AL 35953

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,137**  **Priority creditor's name and mailing address**

ST HELENA PARISH
PO 1205

GREENSBURG, LA 70441

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,138**  **Priority creditor's name and mailing address**

ST JAMES PARISH SCHOOL BOARD
PO BOX 368

LUTCHER, LA 70071

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,139**  **Priority creditor's name and mailing address**

ST LANDRY PARISH SCHOOL BOARD
PO BOX 1210

OPELOUSAS, LA 70571

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,140**  **Priority creditor's name and mailing address**

ST MARTIN PARISH SCHOOL BOARD
PO BOX 1000

BREAUX BRIDGE, LA 70517

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

Total Claim: $      UNDETERMINED
Priority: $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,141**  **Priority creditor's name and mailing address**

STARK COUNTY HEALTH DEPARTMENT
3951 CONVENIENCE CIRCLE NW

CANTON, OH 44718

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Total Claim: $      UNDETERMINED
Priority: $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,142**  **Priority creditor's name and mailing address**

STARK COUNTY TREASURER
110 CENTRAL PLAZA SOUTH SUITE 210

CANTON, OH 44702

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __  __  __  __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.1,143**  **Priority creditor's name and mailing address**

STATE BOARD OF EQUALIZATION
PO BOX 942879

SACRAMENTO, CA 94279

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __  __  __  __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,144**  **Priority creditor's name and mailing address**

STATE BOARD OF EQUALIZATION
PO BOX 942879

SACRAMENTO, CA 94279

**As of the petition filing date, the claim is:**

$        UNDETERMINED        $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,145**  **Priority creditor's name and mailing address**

STATE BOARD OF EQUALIZATION
PO BOX 942879

SACRAMENTO, CA 94279

**As of the petition filing date, the claim is:**

$        UNDETERMINED        $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,146** | **Priority creditor's name and mailing address**

STATE DEPARTMENT OF REVENUE
PO BOX 327790

MONTGOMERY, AL 36132

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,147** | **Priority creditor's name and mailing address**

STATE OF ALASKA
PO BOX 110420

JUNEAU, AK 99811-0420

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,148**  **Priority creditor's name and mailing address**

STATE OF CALIFORNIA
PO BOX 989001

SACRAMENTO, CA 95798-9001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,149**  **Priority creditor's name and mailing address**

STATE OF CONNECTICUT
79 ELM STREET

HARTFORD, CT 06106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,150** **Priority creditor's name and mailing address**

STATE OF CONNECTICUT
79 ELM STREET

HARTFORD, CT 06106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,151** **Priority creditor's name and mailing address**

STATE OF CONNECTICUT
79 ELM STREET

HARTFORD, CT 06106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,152**    **Priority creditor's name and mailing address**

STATE OF DELAWARE
PO BOX 2340

WILMINGTON, DE 19899

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,153**    **Priority creditor's name and mailing address**

STATE OF DELAWARE
PO BOX 2340

WILMINGTON, DE 19899

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*  18-23538

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,154**  **Priority creditor's name and mailing address**

STATE OF IDAHO
700 S STRATFORD DR STE 115

MERIDIAN, ID 83642

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,155**  **Priority creditor's name and mailing address**

STATE OF IOWA
PO BOX 10455

DES MOINES, IA 50306

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | | **Priority** |
|---|---|---|---|

**2.1,156**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

STATE OF MICHIGAN
P O BOX 30255

$    UNDETERMINED      $    UNDETERMINED

LANSING, MI 48909

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

☐ No
☐ Yes

| | **Total Claim** | | **Priority** |
|---|---|---|---|

**2.1,157**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

STATE OF MICHIGAN
P O BOX 30255

$    UNDETERMINED      $    UNDETERMINED

LANSING, MI 48909

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,158**  **Priority creditor's name and mailing address**

STATE OF MICHIGAN
P O BOX 30255

LANSING, MI 48909

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,159**  **Priority creditor's name and mailing address**

STATE OF MICHIGAN-DEPT OF TREASURY
PO BOX 77003

DETROIT, MI 48277

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,160**  **Priority creditor's name and mailing address**

STATE OF MISSOURI

PO BOX 630

CITY, MO 65102

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,161**  **Priority creditor's name and mailing address**

STATE OF NEW HAMPSHIRE

PO BOX 2035

CONCORD, NH 03302

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,162**  Priority creditor's name and mailing address

STATE OF NEW JERSEY
DCA BFCE DORIS PO BOX 663

TRENTON, NJ 08646

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:

$       UNDETERMINED   $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,163**  Priority creditor's name and mailing address

STATE OF NEW JERSEY
DCA BFCE DORIS PO BOX 663

TRENTON, NJ 08646

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$       UNDETERMINED   $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,164**  **Priority creditor's name and mailing address**

STATE OF NEW JERSEY - DIVISION OF TAXATION
PO BOX 999

TRENTON, NJ 08646

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __  __ __  __ __  __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,165**  **Priority creditor's name and mailing address**

STATE OF NEW JERSEY - DIVISION OF TAXATION
PO BOX 999

TRENTON, NJ 08646

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __  __ __  __ __  __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | |
|---|---|
| Debtor | SEARS HOLDINGS CORPORATION |
| | Name |

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

| | Total Claim | Priority |
|---|---|---|

**2.1,166**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

STATE OF NEW JERSEY - DIVISION OF TAXATION
PO BOX 999

$   UNDETERMINED   $   UNDETERMINED

TRENTON, NJ 08646

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

Basis for the claim:
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.1,167**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

STATE OF NEW JERSEY DEPARTMENT OF THE TREASURY
50 BARRACK STREET

$   UNDETERMINED   $   UNDETERMINED

TRENTON, NJ 08695

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

Basis for the claim:
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,168**   **Priority creditor's name and mailing address**

STATE OF NEW MEXICO
PO BOX 630

SANTA FE, NM 87509-

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,169**   **Priority creditor's name and mailing address**

STATE OF NH FOOD PROTECTION
29 HAZEN DRIVE

CONCORD, NH 03301-6504

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1** | **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,170** Priority creditor's name and mailing address

STATE OF RHODE ISLAND
ONE CAPITOL HILL

PROVIDENCE, RI 02908

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,171** Priority creditor's name and mailing address

STATE OF SOUTH CAROLINA
PO BOX 125

COLUMBIA, SC 29214

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
FRANCHISE TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,172** **Priority creditor's name and mailing address**

STATE OF SOUTH CAROLINA
PO BOX 125

COLUMBIA, SC 29214

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

---

|  | Total Claim | Priority |
|---|---|---|

**2.1,173** **Priority creditor's name and mailing address**

STATE OF SOUTH CAROLINA
PO BOX 125

COLUMBIA, SC 29214

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|---------------------------|--------------------------|----------|
|        | Name |  |  |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,174**  **Priority creditor's name and mailing address**

STATE OF WASHINGTON
PO BOX  34456

SEATTLE, WA 98124-1456

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED        $     UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,175**  **Priority creditor's name and mailing address**

STATE OF WASHINGTON
PO BOX  34456

SEATTLE, WA 98124-1456

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED        $     UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,176**   **Priority creditor's name and mailing address**

STATE OF WISCONSIN
517 E WISCONSIN AVE

MILWAUKEE, WI 53202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,177**   **Priority creditor's name and mailing address**

SU TAX OFFICE
PO BOX 2066

LAPLACE, LA 70069

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,178**   **Priority creditor's name and mailing address**

SUFFOLK COUNTY CONSUMER AFFAIRS

725 VETERANS MEMORIAL HIGHWAY

HAUPPAUGE, NY 11788

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,179**   **Priority creditor's name and mailing address**

SUMMIT COUNTY HEALTH DISTRICT

1867 WEST MARKET ST

AKRON, OH 44313

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,180** | **Priority creditor's name and mailing address**

SUMMIT COUNTY TREASURER
1030 E TALLMADGE AVE

AKRON, OH 44310

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,181** | **Priority creditor's name and mailing address**

SWATARA TOWNSHIP
599 EISENHOWER BLVD

HARRISBURG, PA 17111

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,182** | **Priority creditor's name and mailing address**

TANGIPAHOA PARISH SCHOOL SYSTEM
PO BOX 159

AMITE, LA 70422-0159

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____8____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,183** | **Priority creditor's name and mailing address**

TAX COLLECTOR
PO BOX 61041

SLIDELL, LA 70161-1041

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____8____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,184**  **Priority creditor's name and mailing address**

TAX TRUST ACCOUNT-RDS
PO BOX 830900

BIRMINGHAM, AL 35283-0900

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.1,185**  **Priority creditor's name and mailing address**

TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK ST

NASHVILLE, TN 37242

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
FRANCHISE TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,186**   **Priority creditor's name and mailing address**

TENNESSEE DEPT OF REVENUE
500 DEADERICK STREET

NASHVILLE, TN 37242

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,187**   **Priority creditor's name and mailing address**

TENNESSEE DEPT OF REVENUE
500 DEADERICK STREET

NASHVILLE, TN 37242

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,188**  Priority creditor's name and mailing address

TENNESSEE DEPT OF REVENUE
500 DEADERICK STREET

NASHVILLE, TN 37242

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,189**  Priority creditor's name and mailing address

TENNESSEE DEPT OF REVENUE
500 DEADERICK STREET

NASHVILLE, TN 37242

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,190**  Priority creditor's name and mailing address

TENSAS PARISH SALES TAX FUND
PO BOX 430

VIDALIA, LA 71373

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,191**  Priority creditor's name and mailing address

THE BOROUGH OF WEST VIEW
441 PERRY HWY

PITTSBURGH, PA 15229

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,192**    **Priority creditor's name and mailing address**

THE TOWN OF KIAWAH ISLAND
21 BEACHWALKER DR

ISLAND, SC 29455

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,193**    **Priority creditor's name and mailing address**

TN DEPARTMENT OF AGRICULTURE
PO BOX 111359

NASHVILLE, TN 37222-1359

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.1,194**   **Priority creditor's name and mailing address**

TN DEPT OF AGRICULTURE
PO BOX 111359

NASHVILLE, TN 37222-1359

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED   $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.1,195**   **Priority creditor's name and mailing address**

TOWN OF ACTON
472 MAIN STREET

ACTON, MA 01720-0000

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**   __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED   $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,196**  **Priority creditor's name and mailing address**

TOWN OF ADDISON

PO BOX 98

ADDISON, AL 35540

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED     $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,197**  **Priority creditor's name and mailing address**

TOWN OF APPLE VALLEY

14955 DALE EVANS PARKWAY

VALLEY, CA 92307

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED     $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,198** | **Priority creditor's name and mailing address**

TOWN OF AUBURN
104 CENTRAL STREET

AUBURN, MA 01501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,199** | **Priority creditor's name and mailing address**

TOWN OF AVON
PO BOX 151590

LAKEWOOD, CO 80215

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,200**   **Priority creditor's name and mailing address**

TOWN OF BARNSTABLE
200 MAIN STREET

HYANNIS, MA 02601-0000

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,201**   **Priority creditor's name and mailing address**

TOWN OF BEATRICE
PO BOX 56

BEATRICE, AL 36425

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,202**  **Priority creditor's name and mailing address**

TOWN OF BERLIN
23 LINDEN STREET

BERLIN, MA 01503

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ ___ UNDETERMINED    $ ___ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,203**  **Priority creditor's name and mailing address**

TOWN OF BERRY
30 SCHOOL AVENUE

BERRY, AL 35546

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ ___ UNDETERMINED    $ ___ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,204** | **Priority creditor's name and mailing address**

TOWN OF BLACK
PO BOX 301

BLACK, AL 36314

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,205** | **Priority creditor's name and mailing address**

TOWN OF BLOUNTSVILLE
PO BOX 186

BLOUNTSVILLE, AL 35031

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,206** | **Priority creditor's name and mailing address**

TOWN OF BRAINTREE
90 POND STREET

BRAINTREE, MA 02184

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,207** | **Priority creditor's name and mailing address**

TOWN OF BRANTLEY
PO BOX 44

BRANTLEY, AL 36009

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,208** Priority creditor's name and mailing address

TOWN OF BRECKINRIDGE
PO BOX 1237

BRECKINRIDGE, CO 80424

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,209** Priority creditor's name and mailing address

TOWN OF BROOKWOOD
16048 HWY 216

BROOKWOOD, AL 35444

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,210   Priority creditor's name and mailing address**

TOWN OF CARBONDALE
511 COLORADO AVENUE

CARBONDALE, CO 81623

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,211   Priority creditor's name and mailing address**

TOWN OF CARROLLTON
P O BOX 169

CARROLLTON, AL 33447

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,212** Priority creditor's name and mailing address

TOWN OF CASTLE ROCK
PO BOX 17906

DENVER, CO 80217-0383

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,213** Priority creditor's name and mailing address

TOWN OF CEDAR BLUFF
PO BOX 38

BLUFF, AL 35959

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,214**   **Priority creditor's name and mailing address**

TOWN OF CEDAR GROVE
302 ALEXANDER ST

GROVE, WV 25039

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,215**   **Priority creditor's name and mailing address**

TOWN OF CHRISTIANSBURG
100 E MAIN ST

CHRISTIANSBURG, VA 24073-3029

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,216** | **Priority creditor's name and mailing address**

TOWN OF CINCO BAYOU
10 YACHT CLUB DRIVE

BAYOU, FL 32548-4436

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,217** | **Priority creditor's name and mailing address**

TOWN OF CLAYTON
PO BOX 385

CLAYTON, AL 36016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,218** **Priority creditor's name and mailing address**

TOWN OF COFFEE SPRINGS
P O BOX 8

SPRINGS, AL 36318

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.1,219** **Priority creditor's name and mailing address**

TOWN OF COKER
P O BOX 278

COKER, AL 35452

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,220**  **Priority creditor's name and mailing address**

TOWN OF COLLIERVILLE
500 POPLAR AVE W

COLLIERVILLE, TN 38017

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,221**  **Priority creditor's name and mailing address**

TOWN OF COLLINSVILLE
PO BOX 390

COLLINSVILLE, AL 35961

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,222**  **Priority creditor's name and mailing address**

TOWN OF COOSADA

P O BOX 96

COOSADA, AL 36020-0096

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.1,223**  **Priority creditor's name and mailing address**

TOWN OF CRESTED BUTTE

PO BOX 39

CRESTED BUTTE, CO 81224

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,224**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

TOWN OF CUTLER BAY

10720 CARIBBEAN BLVD SUITE 105

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

BAY, FL 33189

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.1,225**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

TOWN OF DARTMOUTH

400 SLOCUM ROAD

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

DARTMOUTH, MA 02747-0985

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Basis for the claim:**

TAXING AUTHORITY

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,226**  **Priority creditor's name and mailing address**

TOWN OF DAUPHIN ISLAND
1011 BIENVILLE BLVD

ISLAND, AL 36528

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,227**  **Priority creditor's name and mailing address**

TOWN OF DUTTON
P O BOX 6

DUTTON, AL 35744

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
| | Name | | |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.1,228** | **Priority creditor's name and mailing address**

TOWN OF ECLECTIC
PO BOX 240430

ECLECTIC, AL 36024

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|--|-----------------|--------------|

**2.1,229** | **Priority creditor's name and mailing address**

TOWN OF EDGEFIELD
400 MAIN STREET

EDGEFIELD, SC 29824-1302

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.1,230**  Priority creditor's name and mailing address

TOWN OF EVA
PO BOX 456

DECATUR, AL 35602

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED   Priority: $ UNDETERMINED

---

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.1,231**  Priority creditor's name and mailing address

TOWN OF EXCEL
P O BOX 369

EXCEL, AL 36439

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED   Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,232**  **Priority creditor's name and mailing address**

TOWN OF FALKVILLE
P O BOX 407

FALKVILLE, AL 35622

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,233**  **Priority creditor's name and mailing address**

TOWN OF FRISCO
1ST AND MAIN ST

FRISCO, CO 80443

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED     Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,234**   **Priority creditor's name and mailing address**

TOWN OF GEORGETOWN
PO BOX 589

GEORGETOWN, DE 19947

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

$      UNDETERMINED    $      UNDETERMINED

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,235**   **Priority creditor's name and mailing address**

TOWN OF GREAT FALLS
PO BOX 177

FALLS, SC 29055

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

$      UNDETERMINED    $      UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
| --- | --- | --- |

**2.1,236**  **Priority creditor's name and mailing address**

TOWN OF GRIFFITH
111 N BROAD STREET

GRIFFITH, IN 46319-2294

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total Claim | | Priority | |
| --- | --- | --- | --- |
| $ | UNDETERMINED | $ | UNDETERMINED |

|  | Total Claim | Priority |
| --- | --- | --- |

**2.1,237**  **Priority creditor's name and mailing address**

TOWN OF GUNNISON
PO BOX 239

GUNNISON, CO 81230

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total Claim | | Priority | |
| --- | --- | --- | --- |
| $ | UNDETERMINED | $ | UNDETERMINED |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,238** | **Priority creditor's name and mailing address**

TOWN OF HAMMONDVILLE
37669 US HWY 11

HAMMONDSVILLE, AL 35989

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,239** | **Priority creditor's name and mailing address**

TOWN OF HANOVER
550 HANOVER STREET SUITE 17

HANOVER, MA 02339

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,240** | **Priority creditor's name and mailing address**

TOWN OF HILTON HEAD ISLAND
1 TOWN CENTER CT

ISLAND, SC 29928

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,241** | **Priority creditor's name and mailing address**

TOWN OF HOMER
400 EAST MAIN

HOMER, LA 71040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | | **Priority** |
|---|---|---|---|---|

**2.1,242** Priority creditor's name and mailing address

TOWN OF IRMO
P O BOX 406

IRMO, SC 29063

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | | **Total Claim** | | **Priority** |
|---|---|---|---|---|

**2.1,243** Priority creditor's name and mailing address

TOWN OF JOHNSTON
500 MIMS AVENUE

JOHNSTON, SC 29832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,244**  **Priority creditor's name and mailing address**

TOWN OF KILL DEVIL HILLS
P O BOX 1719

HILLS, NC 27948

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,245**  **Priority creditor's name and mailing address**

TOWN OF KILMARNOCK
P O BOX 1357

KILMARNOCK, VA 22482-1357

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,246**   **Priority creditor's name and mailing address**

TOWN OF KIMBERLY

P O BOX 206

KIMBERLY, AL 35091

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED   $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,247**   **Priority creditor's name and mailing address**

TOWN OF KINSTON

856 MAIN STREET

KINSTON, AL 36453

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED   $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,248**    **Priority creditor's name and mailing address**

TOWN OF LANGSTON

9277 CO RD 67

LANGSTON, AL 35755

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$            UNDETERMINED    $            UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,249**    **Priority creditor's name and mailing address**

TOWN OF LANTANA

318 SOUTH DIXIE HWY

LANTANA, FL 33462

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$            UNDETERMINED    $            UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,250**  **Priority creditor's name and mailing address**

TOWN OF LARKSPUR
PO BOX 310

LARKSPUR, CO 80118

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,251**  **Priority creditor's name and mailing address**

TOWN OF LEIGHTON
PO DRAWER 308

LEIGHTON, AL 35646

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.1,252** Priority creditor's name and mailing address

TOWN OF LEXINGTON
PO BOX 397

LEXINGTON, SC 29071

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.1,253** Priority creditor's name and mailing address

TOWN OF LITTLEVILLE
1810 GEORGE WALLACE HWY

RUSSELLVILLE, AL 35654

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*   18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,254** | **Priority creditor's name and mailing address**

TOWN OF LOCUST FORK
P O BOX 67

FORK, AL 35097

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

|  | Total Claim | Priority |
|---|---|---|

**2.1,255** | **Priority creditor's name and mailing address**

TOWN OF LOUISVILLE
749 MAIN STREET

LOUISVILLE, CO 80027

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
SALES TAX

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,256**   **Priority creditor's name and mailing address**

TOWN OF MAGNOLIA SPRINGS
P O BOX 890

SPRINGS, AL 36555

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,257**   **Priority creditor's name and mailing address**

TOWN OF MANY
PO BOX 1330

MANY, LA 71449

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,258**  **Priority creditor's name and mailing address**

TOWN OF MCKENZIE
P O BOX 151

KENZIE, AL 36456

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,259**  **Priority creditor's name and mailing address**

TOWN OF MIDDLETOWN
19 WEST GREEN ST

MIDDLETOWN, DE 19709

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number (if known)   18-23538

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,260** | **Priority creditor's name and mailing address**

TOWN OF MONCKS CORNER
P O BOX 700

CORNER, SC 29461

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,261** | **Priority creditor's name and mailing address**

TOWN OF MOSSES
P O BOX 296

HAYNEVILLE, AL 36040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total Claim | Priority |
|--|--|--|-------------|----------|

**2.1,262** | **Priority creditor's name and mailing address**

TOWN OF MOUNDVILLE

P O BOX 98

MOUNDVILLE, AL 35474

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | | Total Claim | Priority |
|--|--|--|-------------|----------|

**2.1,263** | **Priority creditor's name and mailing address**

TOWN OF MOUNT PLEASANT

100 ANN EDWARDS LN

PLEASANT, SC 29464

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,264** Priority creditor's name and mailing address

TOWN OF MT CRESTED BUTTE
PO BOX 5800

MT CRESTED BUTTE, CO 81225

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,265** Priority creditor's name and mailing address

TOWN OF NEW SITE
12791 HWY 22 EAST

SITE, AL 36256

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

As of the petition filing date, the claim is:

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,266**  **Priority creditor's name and mailing address**

TOWN OF NORTH ATTLEBORO
49 WHITING ST

NORTH ATTLEBORO                , MA 2760

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,267**  **Priority creditor's name and mailing address**

TOWN OF NORTH COURTLAND
P O BOX 93

COURTLAND, AL 35618

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,268**  **Priority creditor's name and mailing address**

TOWN OF NOTASULGA

P O BOX 207

NOTASULGA, AL 36866

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,269**  **Priority creditor's name and mailing address**

TOWN OF ODENVILLE

183 ALABAMA STREET

ODENVILLE, AL 35120

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*   18-23538
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,270** **Priority creditor's name and mailing address**

TOWN OF OHATCHEE

PO BOX 645

OHATCHEE, AL 36271

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,271** **Priority creditor's name and mailing address**

TOWN OF PACOLET

PO BOX 700

PACOLET, SC 29372

**Date or dates debt was incurred**

Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,272**   **Priority creditor's name and mailing address**

TOWN OF PAGELAND SC
126 N PEARL STREET

PAGELAND, SC 29728

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$            UNDETERMINED   $            UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,273**   **Priority creditor's name and mailing address**

TOWN OF PALMER
4417 MAIN STREET

PALMER, MA 01069

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$            UNDETERMINED   $            UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,274** | **Priority creditor's name and mailing address**

TOWN OF PARKER
PO BOX 5602

DENVER, CO 80217-5602

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$  UNDETERMINED     $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,275** | **Priority creditor's name and mailing address**

TOWN OF PIKE ROAD
P O BOX 640339

ROAD, AL 36064

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$  UNDETERMINED     $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,276** **Priority creditor's name and mailing address**

TOWN OF PINE RIDGE
2757 FISH HATCHERY ROAD

COLUMBIA, SC 29172

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,277** **Priority creditor's name and mailing address**

TOWN OF PISGAH
P O BOX 2

PISGAH, AL 35765

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,278**   **Priority creditor's name and mailing address**

TOWN OF PORT ROYAL
700 PARIS AVE


ROYAL, SC 29935-0009

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,279**   **Priority creditor's name and mailing address**

TOWN OF PROSPERITY
P O BOX 36


PROSPERITY, SC 29127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,280**  **Priority creditor's name and mailing address**

TOWN OF REHOBETH

221 MELVERN ROAD

REHOBETH, AL 36301

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,281**  **Priority creditor's name and mailing address**

TOWN OF REPTON

P O BOX 35

REPTON, AL 36475

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,282** **Priority creditor's name and mailing address**

TOWN OF RIDGEWAY
PO BOX 10

RIDGEWAY, CO 81432

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,283** **Priority creditor's name and mailing address**

TOWN OF ROCKFORD
PO BOX 128

ROCKFORD, AL 35136

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$  UNDETERMINED    $  UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,284**    **Priority creditor's name and mailing address**

TOWN OF RUTLEDGE

PO BOX 85

RUTLEDGE, AL 36071

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,285**    **Priority creditor's name and mailing address**

TOWN OF SALEM NH

33 GEREMONTY DRIVE

SALEM, NH 03079-3390

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

| **2.1,286** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | |
|---|---|---|---|
| | TOWN OF SAUGUS | | $    UNDETERMINED    $    UNDETERMINED |
| | 298 CENTRAL STREET | | |
| | | Check all that apply. | |
| | SAUGUS, MA 01906-0000 | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | Various | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** TAXING AUTHORITY | |
| | **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** ☐ No ☐ Yes | |

|  | **Total Claim** | **Priority** |
|---|---|---|

| **2.1,287** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | |
|---|---|---|---|
| | TOWN OF SEABROOK ISLAND | | $    UNDETERMINED    $    UNDETERMINED |
| | 2001 SEABROOK ISLAND ROAD | | |
| | | Check all that apply. | |
| | SEABROOK, SC 29455 | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | Various | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** TAXING AUTHORITY | |
| | **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.1,288**    **Priority creditor's name and mailing address**

TOWN OF SECTION
PO BOX 310

SECTION, AL 35771

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.1,289**    **Priority creditor's name and mailing address**

TOWN OF SECTION
PO BOX 310

SECTION, AL 35771

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,290** Priority creditor's name and mailing address

TOWN OF SIPSEY
PO BOX 156

SIPSEY, AL 35584

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,291** Priority creditor's name and mailing address

TOWN OF SNOWMASS VILLAGE
PO BOX 5010

SNOWMASS VILLAGE, CO 81615

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

| **2.1,292** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|

TOWN OF SOUTH HILL
211 SOUTH MECKLENBURG AVE

$ UNDETERMINED   $ UNDETERMINED

HILL, VA 23970

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

| **2.1,293** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|

TOWN OF SOUTH PALM BEACH
3577 SOUTH OCEAN BLVD

$ UNDETERMINED   $ UNDETERMINED

BEACH, FL 33480

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,294** Priority creditor's name and mailing address

TOWN OF SPRINGDALE
2915 PLATT SPRINGS RD

SPRINGDALE, SC 29170

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,295** Priority creditor's name and mailing address

TOWN OF SULLIVAN'S ISLAND
PO BOX 427

ISLAND, SC 29482

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,296**  **Priority creditor's name and mailing address**

TOWN OF SUMMERDALE
502 W LEE AVENUE

SUMMERDALE, AL 36580

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,297**  **Priority creditor's name and mailing address**

TOWN OF SURFSIDE BEACH
115 U S HIGHWAY 17

BEACH, SC 29575

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.1,298** | Priority creditor's name and mailing address

TOWN OF SYLVANIA
P O BOX 150

SYLVANIA, AL 35988

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ UNDETERMINED    $ UNDETERMINED

| | | **Total Claim** | **Priority** |
| --- | --- | --- | --- |

**2.1,299** | Priority creditor's name and mailing address

TOWN OF TAYLOR
1469 SOUTH COUNTY ROAD

TAYLOR, AL 36301

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

$ UNDETERMINED    $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,300** **Priority creditor's name and mailing address**

TOWN OF TELLURIDE
PO BOX 1704

TELLURIDE, CO 81435

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

Total Claim: $    UNDETERMINED    Priority: $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,301** **Priority creditor's name and mailing address**

TOWN OF TRINITY
35 PRESTON DRIVE

TRINITY, AL 35673

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

Total Claim: $    UNDETERMINED    Priority: $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,302**  **Priority creditor's name and mailing address**

TOWN OF TRINITY
35 PRESTON DRIVE

TRINITY, AL 35673

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,303**  **Priority creditor's name and mailing address**

TOWN OF VAIL
75 SO FRONTAGE ROAD

VAIL, CO 81657

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (  8  )

**As of the petition filing date, the claim is:**

$         UNDETERMINED    $         UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,304**   Priority creditor's name and mailing address

TOWN OF VALLEY HEAD

PO BOX 126

HEAD, AL 35989

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,305**   Priority creditor's name and mailing address

TOWN OF WATERLOO

PO BOX 38

WATERLOO, AL 35677-0038

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**    $   UNDETERMINED    $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,306** | Priority creditor's name and mailing address

TOWN OF WILLIAMSTON
PO BOX 70

WILLIAMSTON, SC 29697

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ UNDETERMINED    $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,307** | Priority creditor's name and mailing address

TOWN OF WILSONVILLE
PO BOX 70

WILSONVILLE, AL 35186

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$ UNDETERMINED    $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,308** **Priority creditor's name and mailing address**

TOWN OF WINDSOR
301 WALNUT STREET

WINDSOR            , CO 80550

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,309** **Priority creditor's name and mailing address**

TOWN OF WINNSBORO
P O BOX 209

WINNSBORO, SC 29180

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,310**  **Priority creditor's name and mailing address**

TOWN OF WINTER PARK
PO BOX 3327

WINTER PARK, CO 80482

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,311**  **Priority creditor's name and mailing address**

TOWN OF WOODVILLE
P O BOX 94

WOODVILLE, AL 35776

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|-----|-----|-----|
| | Name | | |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,312** **Priority creditor's name and mailing address**

TOWNSHIP OF BELLEVILLE
152 WASHINGTON AVE

BELLEVILLE, NJ 07109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,313** **Priority creditor's name and mailing address**

TOWNSHIP OF CUMRU
1775 WELSH RD

MOHNTON, PA 19540

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.1,314** | **Priority creditor's name and mailing address**

TOWNSHIP OF DEPTFORD
1011 COOPER STREET

DEPTFORD, NJ 08096

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$　　　UNDETERMINED    $　　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.1,315** | **Priority creditor's name and mailing address**

TOWNSHIP OF HAMILTON
P O BOX 00150

HAMILTON, NJ 08650-0150

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$　　　UNDETERMINED    $　　　UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,316**  **Priority creditor's name and mailing address**

TOWNSHIP OF LIVINGSTON
204 HILLSIDE AVENUE

LIVINGSTON, NJ 07039

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,317**  **Priority creditor's name and mailing address**

TOWNSHIP OF MIDDLETOWN
1 KINGS HIGHWAY

MIDDLETOWN, NJ 07748-0000

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED    $          UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | | Priority |
|---|---|---|---|

**2.1,318** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

TREASURER CITY OF ROANOKE
P O BOX 1451

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

ROANOKE, VA 24007

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | | Priority |
|---|---|---|---|

**2.1,319** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

TREASURER LOUDOUN CO
PO BOX 347

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

LEESBURG, VA 20178-0347

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,320**    **Priority creditor's name and mailing address**

TREASURER OF ALLEGHENY COUNTY

542 4TH AVENUE

PITTSBURGH, PA 15219-2111

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,321**    **Priority creditor's name and mailing address**

TREASURER OF CHESTER COUNTY

601 WESTTOWN ROAD SUITE 288

CHESTER, PA 19380

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,322**   **Priority creditor's name and mailing address**

TREASURER OF SPOTSYLVANIA COUNTY
PO BOX 65

SPOTSYLVANIA, VA 22553

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,323**   **Priority creditor's name and mailing address**

TREASURER OF STATE MAINE
17 STATE HOUSE STATION

AUGUSTA, ME 04333-0017

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,324** | **Priority creditor's name and mailing address**

TREASURER OF VIRGINIA

P O BOX 526

RICHMOND, VA 23218-0526

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,325** | **Priority creditor's name and mailing address**

TREASURER STATE OF CT

165 CAPITOL AVENUE

HARTFORD, CT 06106-0000

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,326**  **Priority creditor's name and mailing address**

TREASURER STATE OF IOWA
P O BOX 10455

MOINES, IA 50306-0455

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,327**  **Priority creditor's name and mailing address**

TREASURER STATE OF MAINE
34 STATE HOUSE STATION

AUGUSTA, ME

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|--------|-------------|----------|

**2.1,328**  **Priority creditor's name and mailing address**

TREASURER STATE OF MAINE

28 STATE HOUSE STATION

AUGUSTA, ME 04333

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|--------|-------------|----------|

**2.1,329**  **Priority creditor's name and mailing address**

TREASURER STATE OF MAINE

28 STATE HOUSE STATION

AUGUSTA, ME 04333

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,330**  **Priority creditor's name and mailing address**

TREASURER STATE OF NH

129 PLEASANT STREET

CONCORD, NH 03301-0000

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,331**  **Priority creditor's name and mailing address**

TREASURER STATE OF OHIO

P O BOX 4009

REYNOLDSBURG, OH 43068-9009

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,332**  **Priority creditor's name and mailing address**

TUSCALOOSA COUNTY SPECIAL TAX BOARD
PO BOX 20738

TUSCALOOSA, AL 35402

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,333**  **Priority creditor's name and mailing address**

TUSCALOOSA COUNTY SPECIAL TAX BOARD
PO BOX 20738

TUSCALOOSA, AL 35402

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,334**

**Priority creditor's name and mailing address**

UNIFIED GOVERNMENT
4953 STATE AVE

CITY, KS 66102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,335**

**Priority creditor's name and mailing address**

UNIFIED PUBLIC HEALTH DEPT
619 ANN AVENUE

CITY, KS 66101

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,336** Priority creditor's name and mailing address

UNION PARISH SALES & USE TAX COMMISSION
PO BOX 903

RUSTON, LA 71273-0903

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,337** Priority creditor's name and mailing address

US DEPARTMENT OF AGRICULTURE
1400 INDEPENDENCE AVE SW ROOM 1510

WASHINGTON, DC 20250-0242

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

---

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,338**  **Priority creditor's name and mailing address**

US FOOD & DRUG ADMINISTRATION
5001 CAMPUS DRIVE

PARK, MD 20740

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,339**  **Priority creditor's name and mailing address**

US FOOD AND DRUG ADMINISTRATION
5001 CAMPUS DRIVE COLLEGE PARK MD 20740

PARK, MD 20740

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,340**  **Priority creditor's name and mailing address**

UT DEPT OF AGRICULTURE & FOOD
PO BOX 146500

CITY, UT 84114

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

**Check all that apply.**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,341**  **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST

SALT LAKE CITY, UT 84134-0130

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

**Check all that apply.**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**   __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (  8  )

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,342** | **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST

SALT LAKE CITY, UT 84134-0130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Total Claim $ UNDETERMINED    Priority $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,343** | **Priority creditor's name and mailing address**

VDACS
P O BOX 430

RICHMOND, VA 23218

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

Total Claim $ UNDETERMINED    Priority $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,344**   **Priority creditor's name and mailing address**

VERMILLION PARISH SCHOOL BOARD
PO DRAWER 520

ABBEVILLE, LA 70511

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED   $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,345**   **Priority creditor's name and mailing address**

VERMONT AGENCY OF AGRICULTURE
116 STATE STREET

MONTPELIER, VT 05620-2901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$          UNDETERMINED   $          UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,346**  **Priority creditor's name and mailing address**

VERMONT BUSINESS TAX DIVISION
PO BOX 547

MONTPELIER, VT 05601

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,347**  **Priority creditor's name and mailing address**

VERMONT DEPARTMENT OF TAXES
133 STATE STREET

MONTPELIER, VT 05633-1401

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,348**  Priority creditor's name and mailing address

VERNON PARISH SALES TAX DEPT
117 BELVIEW RD

LEESVILLE, LA 71446

Date or dates debt was incurred
Various

Last 4 digits of
account number    ___  ___  ___  ___

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
SALES TAX

Is the claim subject to offset?

☐ No
☐ Yes

$        UNDETERMINED    $        UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,349**  Priority creditor's name and mailing address

VILLAGE OF BLOOMINGDALE
201 BLOOMINGDALE ROAD

BLOOMINGDALE, IL 60108-1487

Date or dates debt was incurred
Various

Last 4 digits of
account number    ___  ___  ___  ___

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TAXING AUTHORITY

Is the claim subject to offset?

☐ No
☐ Yes

$        UNDETERMINED    $        UNDETERMINED

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,350**    Priority creditor's name and mailing address

VILLAGE OF BRIDGEVIEW
7500 S OKETO AVE

BRIDGEVIEW, IL 60455

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,351**    Priority creditor's name and mailing address

VILLAGE OF CALEDONIA
6922 NICHOLSON ROAD

CALEDONIA, WI 53108

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,352** **Priority creditor's name and mailing address**

VILLAGE OF CHICAGO RIDGE
10455 S RIDGELAND

RIDGE, IL 60415

**As of the petition filing date, the claim is:**

$              UNDETERMINED        $              UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,353** **Priority creditor's name and mailing address**

VILLAGE OF HOFFMAN ESTATES
1900 HASSELL RD

HOFFMAN ESTATES, IL 60169

**As of the petition filing date, the claim is:**

$              UNDETERMINED        $              UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name |  |  |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,354** | **Priority creditor's name and mailing address**

VILLAGE OF MATTESON
4900 VILLAGE COMMONS

MATTESON, IL 60443

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.1,355** | **Priority creditor's name and mailing address**

VILLAGE OF NORRIDGE
4000 N OLCOTT AVE

NORRIDGE, IL 60706

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name                                              Case number *(if known)*    18-23538

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,356** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:

VILLAGE OF NORTH RIVERSIDE
2401 S DESPLAINES AVENUE

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

RIVERSIDE, IL 60546

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,357** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:

VILLAGE OF SCHAUMBURG
101 SCHAUMBURG CT

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

SCHAUMBURG, IL 60193

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | | Priority |
| --- | --- | --- | --- |

**2.1,358**  **Priority creditor's name and mailing address**

VILLAGE OF WEST DUNDEE
100 CARRINGTON DRIVE

DUNDEE, IL 60118

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | | Priority |
| --- | --- | --- | --- |

**2.1,359**  **Priority creditor's name and mailing address**

VIRGINIA BEACH CITY
2401 COURTHOUSE DR CITY HALL BLDG 1

BEACH, VA 23456

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor     SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,360**   **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1500

RICHMOND, VA 23218-1500

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (   8   )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,361**   **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1500

RICHMOND, VA 23218-1500

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,362** | **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION

PO BOX 1500

RICHMOND, VA 23218-1500

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | **Total Claim** | **Priority** |
|---|---|---|

**2.1,363** | **Priority creditor's name and mailing address**

VIRGINIA DEPT OF HEALTH

P O BOX 2448 RM 521

RICHMOND, VA 23218

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED     $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,364**    **Priority creditor's name and mailing address**

VIRGINIA DEPT OF TAXATION
PO BOX 26627

RICHMOND, VA 23261

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,365**    **Priority creditor's name and mailing address**

VOLUSIA COUNTY
123 W INDIANA AVE ROOM 103

DELAND, FL 32720

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,366**   **Priority creditor's name and mailing address**

WA DEPT OF REVENUE
PO BOX 34456

SEATTLE, WA 98124-1456

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**   __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,367**   **Priority creditor's name and mailing address**

WAKE COUNTY REVENUE DEPT
P O BOX 2719 300 S SALISBURY ST

RALEIGH, NC 27602-2719

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number**   __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,368**  Priority creditor's name and mailing address

WALL TOWNSHIP
2700 ALLAIRE ROAD BOARD OF HEALTH

WALL, NJ 07719

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,369**  Priority creditor's name and mailing address

WALLA WALLA COUNTY HEALTH DEPT
314 W MAIN STREET

WALLA, WA 99362

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:    $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,370**  **Priority creditor's name and mailing address**

WASHINGTON CO HEALTH DEPT
1302 PENNSYLVANIA AVE

HAGERSTOWN, MD 21742

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,371**  **Priority creditor's name and mailing address**

WASHINGTON COUNTY
161 NW ADAMS AVE

HILLSBORO, OR 97124

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
　　　　　Name

Case number *(if known)*    18-23538

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,372**  Priority creditor's name and mailing address

WASHINGTON PARISH SHERIFF'S OFFICE
PO DRAWER 508

FRANKLINTON, LA 70438

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,373**  Priority creditor's name and mailing address

WASHINGTON STATE TREASURER
P O BOX 9034

OLYMPIA, WA 98506

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,374** | Priority creditor's name and mailing address

WAUKESHA COUNTY
515 W MORELAND BLVD ROOM AC 260

WAUKESHA, WI 53188-3868

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.1,375** | Priority creditor's name and mailing address

WAUPACA COUNTY DEPT OF HEALTH & HUMAN SERVICE
811 HARDING STREET

WAUPACA, WI 54981

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,376**    **Priority creditor's name and mailing address**

WAYNE CO HEALTH DEPT
201 EAST MAIN STREET

RICHMOND, IN 47374

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,377**    **Priority creditor's name and mailing address**

WAYNE HEALTH DEPT
475 VALLEY ROAD

WAYNE, NJ 07470

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538 _____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,378**  **Priority creditor's name and mailing address**

WEST BATON ROUGE PARISH

PO BOX 86

PORT ALLEN, LA 70767-0086

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,379**  **Priority creditor's name and mailing address**

WEST CARROLL PARISH SCHOOL BOARD

314 EAST MAIN ST

OAK GROVE, LA 71263

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,380**  **Priority creditor's name and mailing address**

WEST FELICIANA PARISH SCHOOL PARISH

PO BOX 1910

ST FRANCISVILLE, LA 70775

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____8____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED        $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,381**  **Priority creditor's name and mailing address**

WEST VIRGINIA STATE TAX DEPARTMENT

PO BOX 1202

CHARLESTON, WV 25325-1202

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____8____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED        $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

FRANCHISE TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,382**   **Priority creditor's name and mailing address**

WEST VIRGINIA STATE TAX DEPARTMENT
PO BOX 1202

CHARLESTON, WV 25325-1202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,383**   **Priority creditor's name and mailing address**

WESTMORELAND COUNTY TREASURER
2 N MAIN STREET

GREENSBURG, PA 15601

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED     $    UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|-----------------------------|--------------------------|----------|
|        | Name                        |                          |          |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,384** **Priority creditor's name and mailing address**

WHATCOM COUNTY HEALTH DEPARTMENT
590 GIRARD STREET

BELLINGHAM, WA 98225

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

|  | Total Claim | Priority |
|--|-------------|----------|

**2.1,385** **Priority creditor's name and mailing address**

WHITEHALL TWP TREASURERS OFFICE
3221 MACARTHUR ROAD

WHITEHALL, PA 18052-2994

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,386**    **Priority creditor's name and mailing address**

WICOMICO COUNTY CLERK

P O BOX 198

SALISBURY, MD 21803-0198

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,387**    **Priority creditor's name and mailing address**

WILKES-BARRE TOWNSHIP

804 FAYETTE ST

CONSHOHOCKEN, PA 19428

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,388**   Priority creditor's name and mailing address

WILL CO HEALTH DEPT
501 ELLA AVE

JOLIET, IL 60433

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,389**   Priority creditor's name and mailing address

WILSON SCHOOL DISTRICT
2601 GRANDVIEW BLVD

LAWN, PA 19609-1324

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.1,390**  **Priority creditor's name and mailing address**

WINCHESTER CITY
15 N CAMERON ST

WINCHESTER, VA 22601

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.1,391**  **Priority creditor's name and mailing address**

WINN PARISH SCHOOL BOARD
PO BOX 430

WINNFIELD, LA 71483

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,392**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 93389

MILWAUKEE, WI 53293

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**
SALES TAX

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.1,393**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 93389

MILWAUKEE, WI 53293

$   UNDETERMINED   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**
TAXING AUTHORITY

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,394**   **Priority creditor's name and mailing address**

WOOD COUNTY HEALTH DEPT
111 W JACKSON STREET

RAPIDS, WI 54495

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,395**   **Priority creditor's name and mailing address**

WOODBRIDGE HEALTH DEPT
2 G FREDERICK PLZ

WOODBRIDGE, NJ 07095

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,396** Priority creditor's name and mailing address

WOODFORD COUNTY
103 SOUTH MAIN ST ROOM 201

VERSAILLE, OH 40383-0625

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,397** Priority creditor's name and mailing address

WV ABC ADMINISTRATION
322 70TH STREET

CHARLESTON, WV 25304

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.1,398**  **Priority creditor's name and mailing address**

WV DEPARTMENT OF AGRICULTURE
1900 KANAWHA BLVD EAST

CHARLESTON, WV 25305

**As of the petition filing date, the claim is:**     $  UNDETERMINED     $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.1,399**  **Priority creditor's name and mailing address**

WV DEPT OF TAX AND REVENUE
PO BOX 11895

CHARLESTON, WV 25339

**As of the petition filing date, the claim is:**     $  UNDETERMINED     $  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.1,400**    **Priority creditor's name and mailing address**

WV STATE TAX DEPARTMENT
PO BOX 2991

CHARLESTON, WV 25330

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.1,401**    **Priority creditor's name and mailing address**

WYOMING DEPT OF AGRICULTURE
6607 CAMPSTOOL ROAD

CHEYENNE, WY 82002

**Date or dates debt was incurred**
Various

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|---------------------------|----------|
|        | Name                       |                           |          |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority |
|--|--|-------------|----------|

**2.1,402** | **Priority creditor's name and mailing address**

WYOMING DEPT OF AGRICULTURE
6607 CAMPSTOOL ROAD

CHEYENNE, WY 82002

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

|  |  | Total Claim | Priority |
|--|--|-------------|----------|

**2.1,403** | **Priority creditor's name and mailing address**

YORK COUNTY
P O BOX 189

YORKTOWN, VA 23690

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)    18-23538

| Part 2 | List all Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 2.

---

| 3.1 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

AFFILIATED ENTITIES LONG TERM DEBT

As of the petition filing date, the claim is:     $    926,522,913.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        INTERCO PAYABLES

Basis for the claim:

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

AFFILIATED ENTITIES NOTE PAYABLE

As of the petition filing date, the claim is:     $    8,201,799,914.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        INTERCO PAYABLES

Basis for the claim:

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

AVERS-PERRY VIRGINIA INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF
LANCE PERRY AND VIRGINIA AVERS-PERRY SURVIVING
SPOUSE OF LANCE PERRY AND TO THE USE OF NOLAN
PERRY SURVIVING SON OF LANCE PERRY

100 N CALVERT ST

BALTIMORE, MD 21202

As of the petition filing date, the claim is:     $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                        PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.4**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

BRISKER PAUL D AND MICHELLE BRISKER HW

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.5**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

BROWN TROY

700 ADAMS ST

TOLEDO, OH 43604

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.6**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

DORIS PARKER ET AL

6500 CHERRYWOOD LN

GREENBELT, MD 20770

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*  18-23538

**Part 2** | **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.7 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

GIDLEY BOBBY

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

HACKWORTH BOBBY LEE

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

HALL MELANIE LARGIN INDIVIDUALLY AND AS EXEC OF THE ESTATE OF PALINE LARGIN DECEASED AND MELANIE LARGIN HALL STERLING LARGIN AND CLARA L LARGIN AIONO INDIV AND AS SURV CHILDREN OF PAULINE LARGIN DECEASED

500 N KING ST

WILMINGTON, DE 19801

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.10** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

HALL WALTER B

700 ADAMS ST

TOLEDO, OH 43604

As of the petition filing date, the claim is:     $ _____ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

KANE JOSEPH P AND DONNA M KANE HW

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:     $ _____ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

LAWLOR JOHN EXECUTOR OF THE ESTATE OF
JACQUELINE M LONG DECEASED

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:     $ _____ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.13 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MORGAN FLOYD

700 ADAMS ST

TOLEDO, OH 43604

**As of the petition filing date, the claim is:** $            UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**      PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

NESS DENNIS L AND TEENA NESS HW

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:** $            UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**      PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PARKER JAMES

700 ADAMS ST

TOLEDO, OH 43604

**As of the petition filing date, the claim is:** $            UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**      PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.16 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

PENNY GERALD

700 ADAMS ST

TOLEDO, OH 43604

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

PEROUTKA DIANE AND LARRY PEROUTKA

155 NORTH MAIN STREET

EDWARDSVILLE, IL 62025

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SALAS DANIEL G AND FELICITAS C SALAS

1945 S HILL ST

LOS ANGELES, CA 90007

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.19** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

UNDETERMINED

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

WHITT JOY AS EXECUTOR OF THE ESTATE OF HAROLD WALTS

401 MONTGOMERY ST

SYRACUSE, NY 13202

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

WILLIAM CHUPELA ET AL

200 N RIVER ST

WILKES-BARRE, PA 18711

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.22** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

IN RE: CLICKA HOLDINGS INC; ACTIVEON LLC; AND ACTIEON INC FKA ONCORP US

401 4TH AVE N

KENT, WA 98032

As of the petition filing date, the claim is: $                UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

ROBERT A CATALFAMO AND LAVARITA D MERIWETHER

327 S CHURCH ST

ROCKFORD, IL 61101

As of the petition filing date, the claim is: $                UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

SCOTT ROBERT JACOB

50 W WASHINGTON ST 1303

CHICAGO, IL 60602

As of the petition filing date, the claim is: $                UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.25** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

TOUS RODRIGUEZ JOSE M

AVENDIA CARLOS E CHARDÓN

SAN JUAN, PR 00918

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.26** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

ARMSTRONG PEGGY

1100 UNION ST

SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.27** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

KALLENBERG BARRY W

851 GRAND CONCOURSE

BRONX, NY 10451

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.28 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

KIM MOONEY COMPLAINANT

100 N SENATE AVE  N300

INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:  $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MISHIEV NATHAN TONY

212 WASHINGTON ST

NEWARK, NJ 07102

As of the petition filing date, the claim is:  $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WEISFELNER MICHAEL

1675 YORK HWY 1D

YORK, SC 29745

As of the petition filing date, the claim is:  $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.31** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

WEISFELNER MICHAEL

1675 YORK HWY 1D

YORK, SC 29745

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

| **3.32** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

DUE TO AFFILIATED ENTITIES

As of the petition filing date, the claim is:
*Check all that apply.*

$      2,975,789,728.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    INTERCO PAYABLES

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

| **3.33** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

CHARLENE DAILEY

3 S PENN SQUARE

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|----------------------------|------------------------|----------|
|        | Name                       |                        |          |

**Part 2** **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.34 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------------------------------------------------|-----------------|

JEFFREY RHINEHARDT

3 S PENN SQUARE

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------------------------------------------------|-----------------|

AIDA MARTINEZ YAZMIN JESUSA BONILLA ORTIZ
ASTRID MILAGROS ORTIZ HERNANDEZ SAUL SANTIAGO
FIGUEROA ELINOR PEREZ RUIZ

AV 65 DE INFATERIA

CAROLINA, PR 987

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------------------------------------------------|-----------------|

ALLEN KYLA

315 PASEO DE ONATE

ESPAÑOLA, NM  87532

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.37 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

ALLEN KYLA

315 PASEO DE ONATE

ESPAÑOLA, NM  87532

**As of the petition filing date, the claim is:**    $                    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CASTANEDA BERNARDO

7575 METROPOLITAN DR 210

SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:**    $                    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

DIAZ ARLENE PEREZ

AVENIDA MUÑOZ RIVERA ESQUINA COLL Y TOSTE
PARADA 37 AV LUIS MUÑOZ RIVERA
SAN JUAN, PR 00925

**As of the petition filing date, the claim is:**    $                    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)    18-23538

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.40 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

FRANKIE DE LEON MEDINA

AVENDIA CARLOS E CHARDÓN

SAN JUAN, PR 00918

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED

---

| 3.41 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JENNIFER VEGA

RES BELLA VISTA EDIF 5 APRT35

SALINAS          , PR 751

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED

---

| 3.42 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JIMENEZ ANGEL I

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2** | **Additional Page** |
| --- | --- |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.43 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
| --- | --- | --- | --- |

JUIRIS

555 W HARRISON ST

CHICAGO, IL 60607

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
| --- | --- | --- | --- |

LIZ MANZANO

EDIFICIO PRUDENCIO RIVERA MARTINEZ 505 AV LUIS MUNOZ RIVERA

SAN JUAN, PR 917

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
| --- | --- | --- | --- |

MATANZO KARLO A

10 PUBLIC SQ

BELLEVILLE, IL 62220

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.46 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PORTELA ORTIZ HIRAM

301 S GRAND ST 104

MONROE, LA  71201

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PORTELA ORTIZ HIRAM

301 S GRAND ST 104

MONROE, LA  71201

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SALAHUDDIN SHAIFAH

328 STATE ST

SCHENECTADY, NY 12305

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.49** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

SNYDER ROBERT

300 OCEANGATE

LONG BEACH, CA 90802

**As of the petition filing date, the claim is:** $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

TATIANA RIVERA FUENTES

EDIFICIO PRUDENCIO RIVERA MARTINEZ 505 AV

LUIS MUÑOZ RIVERA SAN JUAN, PR 917

**As of the petition filing date, the claim is:** $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

VASQUEZ SONNY CORONA

7575 METROPOLITAN DR  STE 210

SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:** $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor　　SEARS HOLDINGS CORPORATION
　　　　　Name

Case number (if known)　　18-23538

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.52** Nonpriority creditor's name and mailing address

WALSH AMANDA-NJ WAGE CLAIM

1 JOHN FITCH PLZ

TRENTON, NJ 8611

**Date or dates debt was incurred**

**Last 4 digits of account number**　　— — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$　　　　　UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**　　PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

CONSUMER ADVOCACY GROUP INC IN THE PUBLIC INTEREST

1225 FALLON ST

OAKLAND, CA 94612

**Date or dates debt was incurred**

**Last 4 digits of account number**　　— — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$　　　　　UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**　　PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

GREENE NINA AND GERALD

327 S CHURCH ST

ROCKFORD, IL 61101

**Date or dates debt was incurred**

**Last 4 digits of account number**　　— — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$　　　　　UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**　　PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.55 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JOHNSON ESSIE

401 W EVANS ST

FLORENCE, SC 29501

As of the petition filing date, the claim is:
*Check all that apply.*                     $        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:        PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SHEFA LMV INC

1225 FALLON ST

OAKLAND, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*                     $        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:        PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

STAUDT SANDRA

928 LIVINGSTON AVE

NORTH BRUNSWICK TOWNSHIP, NJ 08902

As of the petition filing date, the claim is:
*Check all that apply.*                     $        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:        PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.58 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

US EPA

204 S MAIN ST

SOUTH BEND, IN 46601

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

US EPA REGION 1 MA; MASSDEP

11 TECHNOLOGY DR

NORTH CHELMSFORD, MA 1863

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

VINOCUR LAURENCE

1225 FALLON ST

OAKLAND, CA 94612

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.61** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

VINOCUR LAURENCE

1225 FALLON ST

OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

PENDING LITIGATION

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.62** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ADA ACCESS CENTER FOR INDEPENDENT LIVING ET AL

22 E 5TH ST

DAYTON, OH 45402

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

PENDING LITIGATION

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.63** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ANTOINE WEDY

601 MARKET ST 2609

PHILADELPHIA, PA 19106

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

PENDING LITIGATION

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.64** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

APS EXPRESS

219 SOUTH DEARBORN ST

CHICAGO, IL 60604

**As of the petition filing date, the claim is:**
*Check all that apply.*

$          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

BRITISH PETROLEUM

500 POYDRAS ST

NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

$          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

BUI JON D

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*

$          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.67** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CATALFAMO ROBERT A ET AL

219 SOUTH DEARBORN ST

CHICAGO, IL 60604

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | **Amount of Claim**

DICENT MARIA JACQUELINE AKA JACKIE DISEN AKA MARIA JACQUELINE DISEN

228 WALNUT ST

HARRISBURG, PA 17101

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | **Amount of Claim**

DZIELAK CHARLENE ET AL

COOPER ST

CAMDEN, NJ 8101

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.70 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

EPPS CLEMENTINE B

844 N KING ST

WILMINGTON, DE 19801

As of the petition filing date, the claim is:
*Check all that apply.*

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

FASHION EXCHANGE THE

500 PEARL ST

NEW YORK, NY 10038

As of the petition filing date, the claim is:
*Check all that apply.*

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

GRECIA WILLIAM

327 S CHURCH ST

ROCKFORD, IL 61101

As of the petition filing date, the claim is:
*Check all that apply.*

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.73 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

KLOPPEL MIKE ET AL

UNITED STATES DISTRICT COURT 100 STATE STREET

NY

As of the petition filing date, the claim is: *Check all that apply.*    $            UNDETERMINED

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[ ] No
[ ] Yes

| 3.74 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

LOGGERHEAD TOOLS LLC

219 SOUTH DEARBORN ST

CHICAGO, IL 60604

As of the petition filing date, the claim is: *Check all that apply.*    $            UNDETERMINED

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[ ] No
[ ] Yes

| 3.75 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

MAHMOUD ASMAA

228 WALNUT ST

HARRISBURG, PA 17101

As of the petition filing date, the claim is: *Check all that apply.*    $            UNDETERMINED

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.76**   **Nonpriority creditor's name and mailing address**

REYES VICTOR ET AL

225 CADMAN PLAZA E

BROOKLYN, NY 11201

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.77**   **Nonpriority creditor's name and mailing address**

RUBENSTEIN AARON

500 PEARL ST

NEW YORK, NY 10038

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.78**   **Nonpriority creditor's name and mailing address**

RYSEWYK REBECCA ET AL

327 S CHURCH ST

ROCKFORD, IL 61101

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

| **3.79** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

SEEGOT HOLDINGS ET AL

500 STATE AVE

KANSAS CITY, KS 66101

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.80** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

SMITH MICHAEL AND LISA ALBERTON

327 S CHURCH ST

ROCKFORD, IL 61101

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.81** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

SZUCH TERRI

2213 BROWNSVILLE RD

PITTSBURGH, PA 15210

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2** | **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.82** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

TCPA DEFRANZA JOHN

327 S CHURCH ST

ROCKFORD, IL 61101

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

TCPA RAMIREZ ERENDIRA

401 WASHINGTON ST 10

PHOENIX, AZ 85003

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

TINNUS ENTERPRISES LLC

100 E HOUSTON ST

MARSHALL, TX 75670

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.85** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

UNDETERMINED

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

UNDETERMINED

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

UNIVERSAL DYEING & PRINTING INC

300 E GREEN ST

PASADENA, CA 91101

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.88 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

UNOWEB VIRTUAL LLC

100 E HOUSTON ST

MARSHALL, TX 75670

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

US EPA

204 S MAIN ST

SOUTH BEND, IN 46601

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

USDC CENTRAL DISTRICT OF CA

300 E GREEN ST

PASADENA, CA 91101

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor     SEARS HOLDINGS CORPORATION
           _____
           Name

Case number (if known)    18-23538
                          _____

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.91 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------------------------------------------------|------------------|

USDC DISTRICT OF RHODE ISLAND

1 EXCHANGE TERRACE

PROVIDENCE, RI 23903

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------------------------------------------------|------------------|

USOR SITE PRP GROUP

515 RUSK ST

HOUSTON, TX 77002

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------------------------------------------------|------------------|

VINELAND CONSTRUCTION

COOPER ST

CAMDEN, NJ 8101

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)    18-23538

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.94** Nonpriority creditor's name and mailing address

**Amount of Claim**

VINELAND CONSTRUCTION

COOPER ST

CAMDEN, NJ 8101

As of the petition filing date, the claim is:
Check all that apply.

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.95** Nonpriority creditor's name and mailing address

**Amount of Claim**

ACOCELLA ANN

2 BROAD ST

ELIZABETH, NJ 07201

As of the petition filing date, the claim is:
Check all that apply.

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.96** Nonpriority creditor's name and mailing address

**Amount of Claim**

ALLEN BELINDA

100 PUBLIC SQUARE

BENTON, IL 62812

As of the petition filing date, the claim is:
Check all that apply.

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.97**    Nonpriority creditor's name and mailing address

ALLEN RUTH ANN

200 N RIVER ST

WILKES-BARRE, PA 18711

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.98**    Nonpriority creditor's name and mailing address

ALONSO CARLOS A

175 NW 1ST AVE

MIAMI, FL 33128

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.99**    Nonpriority creditor's name and mailing address

ALVAREDO CECELIA

1 COURT ST RIVERHEAD

NY, NY 11901

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.100** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ANDERSON CORESTINE AND NATHANIEL

71 MONUMENT ST

FREEHOLD, NJ 07728

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is: $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:          PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.101** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ANDERSON FRANK J

111 CENTRE ST

NEW YORK, NY 10013

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is: $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:          PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.102** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ANDREWS RHONDA

601 MULBERRY ST

MACON, GA 31201

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is: $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:          PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.103** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ARRINGTON GEORGE

40 W 6TH ST

ERIE, PA 16501

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

AUSTIN TAVESIA

20 W COURTLAND ST

BEL AIR, MD 21014

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

AUTO - PRODS-RODOLFO RAMIREZ ENEDINO

851 GRAND CONCOURSE 111

BRONX, NY 10451

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2** | **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.106 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

AUTO-WALTERS KARLA

210 W TEMPLE ST

LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

AVILA WASHINGTON

111 CENTRE ST

NEW YORK, NY 10013

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BARDINA LIBERTAD

851 GRAND CONCOURSE 111

BRONX, NY 10451

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.109** Nonpriority creditor's name and mailing address

BARNEYS SHAARON AND KENNETH

130 ALBANY ST

NEW BRUNSWICK, NJ 08901

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:     PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

BARNHILL CLARENCE

345 S HIGH ST

COLUMBUS, OH 43215

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:     PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

BARTELS JULE AND DIANNNA ASO STATE FARM FIRE AND CASUALTY COMPANY

300 MAIN ST

HILLSBORO, MO 63050

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:     PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.112** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

BEAN SHIRLEY I

253 E WOOD ST

DECATUR, IL 62523

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

$    UNDETERMINED

---

**3.113** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

BEANER LYNDA J & THOMAS L

326 W CHOCTAW AVE 117 N 4TH STREET

CHICKASHA, OK 73018

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

$    UNDETERMINED

---

**3.114** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

BENISON GARY

DESOTO COUNTY ADMINISTRATION BUILDING 365 LOSHER STREET

HERNANDO, MS 38632

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

$    UNDETERMINED

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)    18-23538

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.115 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BOESELAGER PATRICIA

324 S FT HARRISON AVE

CLEARWATER, FL 33756

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**    PENDING LITIGATION

Last 4 digits of account number

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BOHLAND CHARLES

225 COURT ST

ELYRIA, OH 44035

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**    PENDING LITIGATION

Last 4 digits of account number

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BONIFAZI ANDREW AND EMILY INDIVIDUALS; AND AS THE PARENTS AND NATURAL GUARDIANS OF ADELYN BONIFAZI A MINOR

825 PHILADELPHIA ST

INDIANA, PA 15701

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**    PENDING LITIGATION

Last 4 digits of account number

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.118** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

BRINKMAN LOIS

50 W WASHINGTON ST 801

CHICAGO, IL 60602

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

BROADDUS JR ORRIDE THOMAS

4301 E PARHAM RD

RICHMOND, VA 23228

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

BROSS RICHARD ASO CSAA AFFINITY INSURANCE CO

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.121** | Nonpriority creditor's name and mailing address | **Amount of Claim**

BROWN SHOURNETT

851 GRAND CONCOURSE 111

BRONX, NY 10451

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.122** | Nonpriority creditor's name and mailing address | **Amount of Claim**

BUCHANAN WILLIAM AND EVA

1010 N BOONVILLE AVE

SPRINGFIELD, MO 65802

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.123** | Nonpriority creditor's name and mailing address | **Amount of Claim**

BUCKNER TANISHA

600 UNION AVE

FAIRFIELD, CA 94533

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.124 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BURKHART NANCY

775 3RD ST NIAGARA FALLS

NY, NY 14301

As of the petition filing date, the claim is: $              UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CALIXTE ANDERSON

400 CARLETON AVE CENTRAL ISLIP

NY, NY 11722

As of the petition filing date, the claim is: $              UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CAMMARATA THERESA

401 BOSLEY AVE

TOWSON, MD 21204

As of the petition filing date, the claim is: $              UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.127** Nonpriority creditor's name and mailing address

**Amount of Claim**

CANZONERI JOSEPH A AND BARBARA A ASO AMICA
MUTUAL INSURANCE COMPANY

99 EXCHANGE BLVD 545

ROCHESTER, NY 14614

As of the petition filing date, the claim is:  $          UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.128** Nonpriority creditor's name and mailing address

**Amount of Claim**

CASEY CHRISTOPHER

1001 LAKESHORE DR  300

LAKE CHARLES, LA 70601

As of the petition filing date, the claim is:  $          UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.129** Nonpriority creditor's name and mailing address

**Amount of Claim**

CASTILLO SANDRA

600 59TH STREET SUITE 3305

GALVESTON, TX 77551

As of the petition filing date, the claim is:  $          UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.130** | **Nonpriority creditor's name and mailing address** | **Amount of Claim** |
|---|---|---|

CHESNER JACK

212 WASHINGTON ST

NEWARK, NJ 07102

As of the petition filing date, the claim is: $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.131** | **Nonpriority creditor's name and mailing address** | **Amount of Claim** |
|---|---|---|

CIMMINO ROBERT

927 CASTLETON AVE

STATEN ISLAND, NY 10310

As of the petition filing date, the claim is: $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.132** | **Nonpriority creditor's name and mailing address** | **Amount of Claim** |
|---|---|---|

CLARK KEITH L

As of the petition filing date, the claim is: $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.133**  **Nonpriority creditor's name and mailing address**

CLARK WAYNE

61 E MAIN ST  3G

UNIONTOWN, PA 15401

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is: $ _____ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.134**  **Nonpriority creditor's name and mailing address**

CLAUDE GERALDINE A

200 DERBIGNY ST

GRETNA, LA 70053

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is: $ _____ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.135**  **Nonpriority creditor's name and mailing address**

COJOE THOMAS ON BEHALF F KADESHA TYNDALL

421 LOYOLA AVE 201

NEW ORLEANS, LA 70112

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is: $ _____ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.136** Nonpriority creditor's name and mailing address

COKE-NG BRIAN

400 CARLETON AVE CENTRAL ISLIP

NY, NY 11722

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.137** Nonpriority creditor's name and mailing address

CONNER DAWN

750 5TH AVE  114

HUNTINGTON, WV 25701

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address

COUNTERMAN FELIX

200 LEWIS AVENUE

LAS VEGAS, NV 89155

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name                                                    Case number (if known)    18-23538

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.139** Nonpriority creditor's name and mailing address

**Amount of Claim**

CRUZ AVANY

1 COURT ST RIVERHEAD

NY, NY 11901

As of the petition filing date, the claim is:    $                UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address

**Amount of Claim**

DANGELO VINCENZO

112 BROAD ST

NEW LONDON, CT 06320

As of the petition filing date, the claim is:    $                UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.141** Nonpriority creditor's name and mailing address

**Amount of Claim**

DAVILA BETTY J

200 N RIVER ST

WILKES-BARRE, PA 18711

As of the petition filing date, the claim is:    $                UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.142** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

DAVIS MILES

88-11 SUTPHIN BLVD

JAMAICA, NY 11435

As of the petition filing date, the claim is: *Check all that apply.* $      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:     PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

DE LOURDES ACOSTA MARIA

500 E SAN ANTONIO AVE  905

EL PASO, TX 79901

As of the petition filing date, the claim is: *Check all that apply.* $      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:     PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

DEFRANCO ANGELA

26 CENTRAL AVE

STATEN ISLAND, NY 10301

As of the petition filing date, the claim is: *Check all that apply.* $      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:     PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.145**  Nonpriority creditor's name and mailing address

DICKEY SETH

600 COMMERCE ST 692

DALLAS, TX 75202

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.146**  Nonpriority creditor's name and mailing address

DOMBROVSCHI EDUARD AND KAREN

3105 VETERANS MEMORIAL HWY

RONKONKOMA, NY 11779

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.147**  Nonpriority creditor's name and mailing address

DRAGO SYLVIA

1 COURT ST RIVERHEAD

NY, NY 11901

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.148**    **Nonpriority creditor's name and mailing address**

DUFFY PATRICIA

296 PHILADELPHIA PEDESTRIAN TRANSIT

PHILADELPHIA, PA 19107

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNDETERMINED

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.149**    **Nonpriority creditor's name and mailing address**

ECHEVARRIA MARIA

435 N ORANGE AVE  400

ORLANDO, FL 32801

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNDETERMINED

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.150**    **Nonpriority creditor's name and mailing address**

EGBUNA CLARA; CHIAZOR NDIWE; WINNIFRED NDIWE AND JOSEPHINE ONYIA

201 CAROLINE ST

HOUSTON, TX 77002

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNDETERMINED

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|----------------------------|------------------------|----------|
|        | Name                       |                        |          |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.151**    Nonpriority creditor's name and mailing address

ELDER JOE

**Amount of Claim**

As of the petition filing date, the claim is:      $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.152**    Nonpriority creditor's name and mailing address

ELLIS ROBERT

200 N WASHINGTON AVE

SCRANTON, PA 18503

**Amount of Claim**

As of the petition filing date, the claim is:      $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.153**    Nonpriority creditor's name and mailing address

ENRIQUEZ CARMEN

851 GRAND CONCOURSE 111

BRONX, NY 10451

**Amount of Claim**

As of the petition filing date, the claim is:      $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.154** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ESCOBEDO MARIA

600 59TH ST 2304

GALVESTON, TX 77551

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim: PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.155** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ESTATE OF STEPHANIE AND JOSEPH BURNS

213 WASHINGTON ST

TOMS RIVER, NJ 08753

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim: PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.156** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

FABIAN CHARLES M

402 EAST STATE STREET CLERK'S OFFICE ROOM 2020

TRENTON, NJ 08608

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim: PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.157** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

FASSETT DANIEL AND LESLIE; INDIVIDUALLY AND AS
PARENTS AND NATURAL OF JF A MINOR

228 WALNUT ST

HARRISBURG, PA 17101

As of the petition filing date, the claim is:      $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:      PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

FATALITY-GUEVARA ANTHONY; A MINOR BY AND
THROUGH HIS GUARDIAN AD LITEM; ANAYELI ANGEL DE
GUEVARA; ANAYELI ANGEL DE GUEVARA INDIVIDUALLY

1945 S HILL ST

LOS ANGELES, CA 90007

As of the petition filing date, the claim is:      $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:      PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

FIGLIACCONI JOHN

400 CARLETON AVE CENTRAL ISLIP

NY, NY 11722

As of the petition filing date, the claim is:      $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:      PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

| 3.160 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

--FIRE--DIMIZAS EUGENIA AND GEORGE; UTICA
NATIONAL INSURANCE OF TEXAS

400 CARLETON AVE CENTRAL ISLIP

NY, NY 11722

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*      $     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

FRANK DAVID ASO AIG PROPERTY CASUALTY
COMPANY

1945 S HILL ST

LOS ANGELES, CA 90007

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*      $     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

FRANKLIN JOYCE

700 ADAMS ST

TOLEDO, OH 43604

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*      $     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.163** | **Nonpriority creditor's name and mailing address**

FRASER JOHN

100 N MAIN ST

DOYLESTOWN, PA 18901

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.164** | **Nonpriority creditor's name and mailing address**

FREEMAN OLIVIA

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.165** | **Nonpriority creditor's name and mailing address**

FREES JESSIE

50 W MARKET ST

NEWARK, NJ 07102

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.166 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GHARIBIAN KEVORK

88-11 SUTPHIN BLVD

JAMAICA, NY 11435

**As of the petition filing date, the claim is:**
*Check all that apply.*                             $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                     PENDING LITIGATION

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GIBA JULIA U; PARENT GILLIAN E GIBA AND PARENT
JACK W GIBA; PAUL R GIBA; PARENT GILLIAN E GIBA;
AND PARENT JACK W GIBA; AND ALEXIS R KELLY

414 GRANT ST

PITTSBURGH, PA 15219

**As of the petition filing date, the claim is:**
*Check all that apply.*                             $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                     PENDING LITIGATION

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GIROLAMO ROSE

88-11 SUTPHIN BLVD

JAMAICA, NY 11435

**As of the petition filing date, the claim is:**
*Check all that apply.*                             $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                     PENDING LITIGATION

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.169 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

GOINS JACQUELINE

401 MAIN ST  D

ZANESVILLE, OH 43701

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

GOLDENBAUM WILLIAM

212 WASHINGTON ST

NEWARK, NJ 07102

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

GOLDMAN ADAM AJ ASO STATE FARM GENERAL INSURANCE COMPANY

191 N 1ST ST

SAN JOSE, CA 95113

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.172** | Nonpriority creditor's name and mailing address | Amount of Claim

GOLOMB DONALEE V ASO USAA GENERAL INDEMNITY COMPANY

250 BENEFIT ST

PROVIDENCE, RI 02903

As of the petition filing date, the claim is: $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.173** | Nonpriority creditor's name and mailing address | Amount of Claim

GOMEZ DE PERALTA SALUSTINA

56 PATERSON ST

NEW BRUNSWICK, NJ 08903

As of the petition filing date, the claim is: $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.174** | Nonpriority creditor's name and mailing address | Amount of Claim

GONZALEZ MARIA

50 N DUKE ST

LANCASTER, PA 17608

As of the petition filing date, the claim is: $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.175 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GREGGAIN THOMAS AND MARY

74 WOOLWICH ST

GUELPH, ON N1H 3T9

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GRIER NORMAN AND VIRGINIA

296 PHILADELPHIA PEDESTRIAN TRANSIT

PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GRITTNER BRIAN K

215 S HAMILTON ST  2000

MADISON, WI 53703

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.178** Nonpriority creditor's name and mailing address

GROMILOVITZ MICHELLE

| Amount of Claim |
| --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number    — — — —

Is the claim subject to offset?

☐ No
☐ Yes

**3.179** Nonpriority creditor's name and mailing address

GROS ZORA AND MIRKO

2293 N MAIN ST

CROWN POINT, IN 46307

| Amount of Claim |
| --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number    — — — —

Is the claim subject to offset?

☐ No
☐ Yes

**3.180** Nonpriority creditor's name and mailing address

GROVE DARIUS AND GLORIA INDIVIDUALLY AND AS HUSBAND AND WIFE

2535 HWY 51 S 200

HERNANDO, MS 38632

| Amount of Claim |
| --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number    — — — —

Is the claim subject to offset?

☐ No
☐ Yes

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 762 of 847

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2** — **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.181** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

HALEY PERLENE

140 ADAMS AVE 324

MEMPHIS, TN 38103

As of the petition filing date, the claim is: $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

HALL BEATRICE

421 MADISON ST

DETROIT, MI 48226

As of the petition filing date, the claim is: $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

HAMILTON DIANE

1945 S HILL ST

LOS ANGELES, CA 90007

As of the petition filing date, the claim is: $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.184** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

HAMILTON LENIS

As of the petition filing date, the claim is: $   UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.185** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

HARRINGTON DEBBIE

601 MULBERRY ST  216

MACON, GA 31201

As of the petition filing date, the claim is: $   UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.186** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

HEAVEN MAUSEA

14735 MAIN ST

UPPER MARLBORO, MD 20772

As of the petition filing date, the claim is: $   UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.187** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

HERMAN ANNETTE

400 W STATE ST

ROCKFORD, IL 61101

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

HERMAN SHARON L

700 ADAMS ST

TOLEDO, OH 43604

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

HERNANDEZ BLANCA

402 EAST STATE STREET CLERK'S OFFICE ROOM 2020

TRENTON, NJ 08608

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.190 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

HRDLICKA LINDA

700 E CARSON ST

PITTSBURGH, PA 15203

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

HUGHEY CAROL

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

IBARRA TRINIDAD

1945 S HILL ST

LOS ANGELES, CA 90007

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.193**    Nonpriority creditor's name and mailing address

ISAAC MAXINE

89-11 SUTPHIN BLVD

JAMAICA, NY 11435

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.194**    Nonpriority creditor's name and mailing address

JOHNS BRENDA D PARKER

110 W CONGRESS ST

TUCSON, AZ 85701

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.195**    Nonpriority creditor's name and mailing address

JOHNSON DORIS AND WILLIAM

70 HUNTER ST

WOODBURY, NJ 08096

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.196** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JOHNSON ROSA MARIA

247 W 3RD ST

SAN BERNARDINO, CA 92415

As of the petition filing date, the claim is:  $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JONES AZIZA

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:  $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JONES EVA

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:  $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.199**

**Nonpriority creditor's name and mailing address**

JULIANN HAMMON AND TANYA LAREE STUBBS

401 E SPRING ST

KINGMAN, AZ 86402

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.200**

**Nonpriority creditor's name and mailing address**

KARIM RUQAYYAH

2 E AIRY ST

NORRISTOWN, PA 19401

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.201**

**Nonpriority creditor's name and mailing address**

KILKER MILES AND PATRICIA

100 N MAIN ST

DOYLESTOWN, PA 18901

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2    Additional Page

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

### 3.202  Nonpriority creditor's name and mailing address

KIP PATRICIA

1 COURT ST RIVERHEAD

NY, NY 11901

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

### 3.203  Nonpriority creditor's name and mailing address

KIRKLAND RONALD

311 E RAMSEY ST

BANNING, CA 92220

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

### 3.204  Nonpriority creditor's name and mailing address

KISH CHRISTINA

125 W WASHINGTON ST

PHOENIX, AZ 85003

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.205**     Nonpriority creditor's name and mailing address

**Amount of Claim**

KRASNIQI QAZIM B

60 CENTRE ST

NEW YORK, NY 10007

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:          PENDING LITIGATION

Last 4 digits of account number        —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.206**     Nonpriority creditor's name and mailing address

**Amount of Claim**

LAPOINT LARRY

1100 UNION ST

SAN DIEGO, CA 92101

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:          PENDING LITIGATION

Last 4 digits of account number        —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.207**     Nonpriority creditor's name and mailing address

**Amount of Claim**

LAPOINTE GUY

56 FEDERAL ST

SALEM, MA 01970

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:          PENDING LITIGATION

Last 4 digits of account number        —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.208** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

LEON BLANCA

1100 COMMERCE ST  1452

DALLAS, TX 75242

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

LESOKEN PATRICIA AND CHARLES

601 MARKET ST 2609

PHILADELPHIA, PA 19106

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

LIBO DAVID AND MIRIAM

1945 S HILL ST

LOS ANGELES, CA 90007

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.211** Nonpriority creditor's name and mailing address

**Amount of Claim**

LLOYD ANNETTE

296 PHILADELPHIA PEDESTRIAN TRANSIT

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.212** Nonpriority creditor's name and mailing address

**Amount of Claim**

LOPEZ LOZADA JUAN; BENEDICTA DIAZ TORRES; ET AL

AVENIDA MUÑOZ RIVERA ESQUINA COLL Y TOSTE PARADA 37

AV LUIS MUÑOZ RIVERA, PR 00925

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.213** Nonpriority creditor's name and mailing address

**Amount of Claim**

LOTT AMY M

630 MAIN ST

HATTIESBURG, MS 39401

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.214**  Nonpriority creditor's name and mailing address

**Amount of Claim**

LOVETT SARAH L

302 BROAD ST

NEW BERN, NC 28560

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number**  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.215**  Nonpriority creditor's name and mailing address

**Amount of Claim**

LYONS JR JAMES

361-421 MIDDLESEX ST

LOWELL, MA 01852

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number**  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.216**  Nonpriority creditor's name and mailing address

**Amount of Claim**

MALDONADO YESENIA AN INDIVIDUAL

200 LEWIS AVENUE

LAS VEGAS, NV 89155

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number**  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.217 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

MALONE ROBERT ADMINISTRATOR OF THE ESTATE OF
RHODA MALONE; AND ROBERT MALONE INDIVIDUALLY

301 W MAIN ST

CLARKSBURG, WV 26301

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

MANLEY LORRAINE

95 WASHINGTON ST

HARTFORD, CT 06106

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

MCCLOUD SEAN AND MICHELLE

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.220** Nonpriority creditor's name and mailing address

**Amount of Claim**

MCFARLAND MAYA ASO ALLSTATE INSURANCE COMPANY

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:
Check all that apply.

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.221** Nonpriority creditor's name and mailing address

**Amount of Claim**

MCLEAN BARBARA AND ALSMITH

50 W MARKET ST

NEWARK, NJ 07102

As of the petition filing date, the claim is:
Check all that apply.

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.222** Nonpriority creditor's name and mailing address

**Amount of Claim**

MCMILLION COREY AND KATIE

50 N DUKE ST

LANCASTER, PA 17602

As of the petition filing date, the claim is:
Check all that apply.

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.223** **Nonpriority creditor's name and mailing address**

MELGAR ROSA

2 BROAD ST

ELIZABETH, NJ 07201

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.224** **Nonpriority creditor's name and mailing address**

MENDEZ ADRIANA

615 E SCHUSTER AVE BLDG 1

EL PASO, TX 79902

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.225** **Nonpriority creditor's name and mailing address**

MICHEL-LEVEQUE MARIE

60 CENTRE ST

NEW YORK, NY 10007

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.226** Nonpriority creditor's name and mailing address

MINNIS PAULINE

217 W KING ST  101

MARTINSBURG, WV 25401

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.227** Nonpriority creditor's name and mailing address

MIRANDO VIRGINIA

1 COURT ST

RIVERHEAD, NY 11901

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.228** Nonpriority creditor's name and mailing address

MISSION NATALIE

296 PHILADELPHIA PEDESTRIAN TRANSIT

PHILADELPHIA, PA 19107

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2      Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.229**  Nonpriority creditor's name and mailing address

MORRIS GEORGE

111 DRMARTIN LUTHER KING JR BLVD

WHITE PLAINS, NY 10601

Date or dates debt was incurred

Last 4 digits of account number    —  —  —  —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.230**  Nonpriority creditor's name and mailing address

MOZAYENI MANDANA

1200 ONTARIO ST

CLEVELAND, OH 44113

Date or dates debt was incurred

Last 4 digits of account number    —  —  —  —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.231**  Nonpriority creditor's name and mailing address

NAWFEL ROBERT AND SUSAN ASO ENCOMPASS PROPERTY AND CASUALTY INSURANCE COMPANY

101 W JEFFERSON ST

PHOENIX, AZ 85003

Date or dates debt was incurred

Last 4 digits of account number    —  —  —  —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.232**    **Nonpriority creditor's name and mailing address**     **Amount of Claim**

NESTOR ROBERT AND MELINDA NESTOR ASO STATE FARM LLOYDS

201 CAROLINE ST

HOUSTON, TX 77002

**As of the petition filing date, the claim is:**    $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.233**    **Nonpriority creditor's name and mailing address**     **Amount of Claim**

NOBLES PATRICIA

1149 PEARL ST

BEAUMONT, TX 77701

**As of the petition filing date, the claim is:**    $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.234**    **Nonpriority creditor's name and mailing address**     **Amount of Claim**

NOEL VERONA

400 CARLETON AVE CENTRAL ISLIP

NY, NY 11722

**As of the petition filing date, the claim is:**    $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| Debtor | SEARS HOLDINGS CORPORATION |
| | Name |

Case number (if known)  18-23538

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.235** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

NOEL VERONA

400 CARLETON AVE CENTRAL ISLIP

NY, NY 11722

As of the petition filing date, the claim is:   $   UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

NORTON JULIA LACKEY

325 DR MARTIN LUTHER KING WAY 1004

GASTONIA, NC 28052

As of the petition filing date, the claim is:   $   UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

NPD-LEMAIRE FARON

1000 GUADALUPE ST  112

AUSTIN, TX 78701

As of the petition filing date, the claim is:   $   UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.238** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

NPD-RIDGEWAY LAFARRAH

140 W 6TH ST

ERIE, PA 16501

**As of the petition filing date, the claim is:**  $  UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

OQUENDO DANIEL

330 E BAY ST 220

JACKSONVILLE, FL 32202

**As of the petition filing date, the claim is:**  $  UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

PARISI JOANNE

14 WEST JEFFERSON STREET

JOLIET, IL 60432

**As of the petition filing date, the claim is:**  $  UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.241** Nonpriority creditor's name and mailing address

PARKER ELAINE

321 TUOLUMNE ST

VALEEJO, CA 94590

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

$ UNDETERMINED

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.242** Nonpriority creditor's name and mailing address

PARKER NATALIE AND EDWARD PARKER HUSBAND AND WIFE

70 HUNTER ST

WOODBURY, NJ 08096

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

$ UNDETERMINED

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.243** Nonpriority creditor's name and mailing address

PATTERSON SANDRA AND PATTERSON FREDDIE HER HUSBAND

7380 FL-100 STE 10

KEYSTONE HEIGHTS, FL 32656

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

$ UNDETERMINED

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.244** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

PERRY BABEGENE J

212 WASHINGTON ST

NEWARK, NJ 07102

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

PHILLIPS CAROL AND RICHARD

33 S 3RD ST

TERRE HAUTE, IN 47807

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

PROMOLLO GUSTAVE AND DONNA

50 W MARKET ST

NEWARK, NJ 07102

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.247 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PROSCIA PATRIZIA M AND FRANK

1 S MAIN ST

NEW CITY, NY 10956

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PUHAC ANGELA

700 E CARSON ST

PITTSBURGH, PA 15203

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

RAHIMI FRESHTA

5151 GLEASON DR

DUBLIN, CA 94568

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

---

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.250**   Nonpriority creditor's name and mailing address

REHEIS MARGARET AND MATTHEW

50 W MARKET ST

NEWARK, NJ 07102

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.251**   Nonpriority creditor's name and mailing address

RENNER JACK F INDIVIDUALLY; AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF PATRICIA J
RENNER

3315 TAMIAMI TRAIL E

NAPLES, FL 34112

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.252**   Nonpriority creditor's name and mailing address

RIVERA LINDA BERNARD AND JASON

851 GRAND CONCOURSE 111

BRONX, NY 10451

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.253**  **Nonpriority creditor's name and mailing address**                    **Amount of Claim**

RIVERA VILA CARMEN M

As of the petition filing date, the claim is:        $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                         PENDING LITIGATION
                                              **Basis for the claim:**

Last 4 digits of account number                **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.254**  **Nonpriority creditor's name and mailing address**                    **Amount of Claim**

RODRIGUEZ VELAZQUEZ JUDITH

As of the petition filing date, the claim is:        $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                         PENDING LITIGATION
                                              **Basis for the claim:**

Last 4 digits of account number                **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.255**  **Nonpriority creditor's name and mailing address**                    **Amount of Claim**

ROLLER MISTY

501 14TH ST PHENIX CITY

As of the petition filing date, the claim is:        $    UNDETERMINED
*Check all that apply.*

PHENIX CITY, AL 36867

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                         PENDING LITIGATION
                                              **Basis for the claim:**

Last 4 digits of account number                **Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.256** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ROMANOWSKI VIVIAN

1 COURT ST RIVERHEAD

NY, NY 11901

As of the petition filing date, the claim is: *Check all that apply.*     $    UNDETERMINED

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ROUTHENI MANDISA C FKA MANDISA C BRADLEY AND AHDOHNY S ROUTHENI

4110 CHAIN BRIDGE RD

FAIRFAX, VA 22030

As of the petition filing date, the claim is: *Check all that apply.*     $    UNDETERMINED

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

SAC - DOHR SEAN

10 N 1ST ST

MIAMISBURG, OH 45342

As of the petition filing date, the claim is: *Check all that apply.*     $    UNDETERMINED

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.259** — Nonpriority creditor's name and mailing address

**Amount of Claim**

SAC-BAKER TRISTA

175 MAIN ST

BURLINGTON, VT 05401

As of the petition filing date, the claim is:         $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:        PENDING LITIGATION

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.260** — Nonpriority creditor's name and mailing address

**Amount of Claim**

SAC-CLARY WILLIAM A ASO ALLSTATE NORTHBROOK
INDEMNITY COMPANY

109 N UNION ST

LIMA, OH 45801

As of the petition filing date, the claim is:         $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:        PENDING LITIGATION

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.261** — Nonpriority creditor's name and mailing address

**Amount of Claim**

SAC-FATALITY-MORAN ESTHER; INDIVIDUALLY AND
NEXT OF KIN TO TONY MORAN; DECEASED AND AS
ADMINISTRATOR OF THE ESTATE OF TONY MORAN

3677 US-2

NORTH HERO, VT 05474

As of the petition filing date, the claim is:         $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:        PENDING LITIGATION

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.262** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

SAC-MABRY BRITTANY

4 SUMMIT AVE

HAGERSTOWN, MD 21740

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.263** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

SAC-PETERSON STEVEN

3131 W DURANGO ST

PHOENIX, AZ 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.264** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

SAC-SRIVASTAVA MANISH

8585 JOHN WESLEY DR 130

FRISCO, TX 75034

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.265 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SAC-ZOUFAN REZA

2303 N 7TH ST

WEST MONROE, LA 71291

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SALVA PEDRO S III

701 N COLUMBIA ST

COVINGTON, LA 70433

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SANTA MARIA JUANITA

100 N CLOSNER BLVD

EDINBURG, TX 78557

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.268 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SARABIA JACQUELINE

105 E VERMIJO AVE

COLORADO SPRINGS, CO 80903

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SARINANA LUIS AND SANDRA

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SCHELMETY JAIME

1 COURT ST RIVERHEAD

NY, NY 11901

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.271** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

SEPULVEDA LUIS

1 COURT ST

RIVERHEAD, NY 11901

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

SHADANLOO KOJASTEH ASO SENTINEL INSURANCE COMPANY LTD

945 S HILL ST

LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

SHAHED TERESA; ROUFAIL RAMZY AYAD; LOSEH SOLIMAN; RANEEM RAMZY A MINOR; BISHOY RAMZY A MINOR; NATALIE RAMZY A MINOR; LILLIA RAMZY A MINOR; ALL BY THEIR GUARDIAN AD LITEM TERESA SHAHED

700 W CIVIC CENTER DR

SANTA ANA, CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.274**  **Nonpriority creditor's name and mailing address**  ·  **Amount of Claim**

SHAPIRO JODY ASO HIGH POINT PREFERRED INS COMPANY

50 W MARKET ST

NEWARK, NJ 07102

**As of the petition filing date, the claim is:**  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.275**  **Nonpriority creditor's name and mailing address**  ·  **Amount of Claim**

SHIRLEY BRYANNA

1945 S HILL ST

LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:**  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.276**  **Nonpriority creditor's name and mailing address**  ·  **Amount of Claim**

SHO-DIAZ FELICITA

**As of the petition filing date, the claim is:**  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.277** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SHO-GB - FELIS GARY

201 E SECTION AVE

FOLEY, AL 36535

**As of the petition filing date, the claim is:**
*Check all that apply.*

$        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SHO-GB - JEFFRIES PAULA AND RICHARD

3970 KAANA ST

LIHUE, HI 96766

**As of the petition filing date, the claim is:**
*Check all that apply.*

$        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SHO-GB-AUTO-FATALITY-NUNEZ ALMA; INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF APOLINAR NUNEZ

**As of the petition filing date, the claim is:**
*Check all that apply.*

$        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.280**    **Nonpriority creditor's name and mailing address**    **Amount of Claim**

SHO-GB-BARTELS JULE AND DIANNNA ASO STATE
FARM FIRE AND CASUALTY COMPANY

300 MAIN ST

HILLSBORO, MO 63050

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.281**    **Nonpriority creditor's name and mailing address**    **Amount of Claim**

SHO-GB-BLANCO CHRISTINE ASO ACCESS HOME
INSURANCE COMPANY

300 SOUTH IBERIA STREET

NEW IBERIA, LA 70560

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.282**    **Nonpriority creditor's name and mailing address**    **Amount of Claim**

SHO-GB-BROUCHET MYRA

1001 LAKESHORE DR  300

LAKE CHARLES, LA 70601

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.283** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SHO-GB-CLARK RALPH

235 CHURCH ST

NEW HAVEN, CT 06510

As of the petition filing date, the claim is: $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SHO-GB-CRAIG JENICE

716 RICHARD ARRINGTON JR BLVD N

BIRMINGHAM, AL 35203

As of the petition filing date, the claim is: $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SHO-GB-FASSETT DANIEL AND LESLIE; INDIVIDUALLY AND AS PARENTS AND NATURAL OF JF A MINOR

235 N WASHINGTON AVE

SCRANTON, PA 18503

As of the petition filing date, the claim is: $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.286 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SHO-GB-FATALITY-MURRAY SOMMER; INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ANDREW MURRAY; TAYLER SIMMONS; AS NEXT FRIEND OF TM A MINOR; DAVID MURRAY; AND CINDY MURRAY BARNETT

As of the petition filing date, the claim is:    $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                     Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.287 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SHO-GB-FRASER JOHN

100 N MAIN ST

DOYLESTOWN, PA 18901

As of the petition filing date, the claim is:    $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                     Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.288 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SHO-GB-KAVIANI JAVAD

243 S WATER ST

HENDERSON, NV 89015

As of the petition filing date, the claim is:    $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                     Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.289** Nonpriority creditor's name and mailing address

SHO-GB-MCKENZIE LEONARD

100 SUPREME CT DR MINEOLA

MINEOLA, NY 11501

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ _____ UNDETERMINED
Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

[ ] No
[ ] Yes

**3.290** Nonpriority creditor's name and mailing address

SHO-GB-MICHEL-LEVEQUE MARIE

60 CENTRE ST

NEW YORK, NY 10007

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ _____ UNDETERMINED
Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

[ ] No
[ ] Yes

**3.291** Nonpriority creditor's name and mailing address

SHO-GB-MOUNTAIN VALLEY FLOOR MATS LLC

159 E MAIN ST

REXBURG, ID 83440

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ _____ UNDETERMINED
Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

[ ] No
[ ] Yes

Debtor      SEARS HOLDINGS CORPORATION
            _____          Case number *(if known)*      18-23538
            Name                                                                            _____

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.292** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SHO-GB-RIVAS ALEJANDRINA

200 DERBIGNY ST

GRETNA, LA 70053

As of the petition filing date, the claim is:          $                UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                        PENDING LITIGATION
                                              Basis for the claim:

Last 4 digits of account                      Is the claim subject to offset?
number

☐ No
☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SHO-GB-SOSNA STUART

101 N ALABAMA AVE

DELAND, FL 32724

As of the petition filing date, the claim is:          $                UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                        PENDING LITIGATION
                                              Basis for the claim:

Last 4 digits of account                      Is the claim subject to offset?
number

☐ No
☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SHO-GB-SOUTHARD VERA

400 GRAND ST

WATERBURY, CT 06702

As of the petition filing date, the claim is:          $                UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                        PENDING LITIGATION
                                              Basis for the claim:

Last 4 digits of account                      Is the claim subject to offset?
number

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.295** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

SHO-GB-STALLSWORTH JACK

51 W MAIN ST

DANVILLE, IN 46122

As of the petition filing date, the claim is:  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.296** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

SHO-GB-TASSEY MICHAEL EUGENE

As of the petition filing date, the claim is:  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.297** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

SHO-GB-THUNELL WARREN S AND JOY

2 BROAD ST

ELIZABETH, NJ 07201

As of the petition filing date, the claim is:  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.298** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SHO-GB-WILLIAMS MARY ERRANA

800 S BUCHANAN ST

LAFAYETTE, LA 70502

As of the petition filing date, the claim is: $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.299** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SHO-GB-WITTMEYER JOSEPH C

1 S MAIN ST 3

ALBION, NY 14411

As of the petition filing date, the claim is: $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.300** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SHO-WASIK DONALD

75 LANGLEY DR

LAWRENCEVILLE, GA 30046

As of the petition filing date, the claim is: $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.301**    Nonpriority creditor's name and mailing address

SINGLETON APRIL

425 N ORANGE AVENUE

ORLANDO, FL 32801

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.302**    Nonpriority creditor's name and mailing address

SMITH DESHAUN

111 E LOCUST ST  500

ANGLETON, TX 77515

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.303**    Nonpriority creditor's name and mailing address

STANDRIDGE CLIFFORD

110 CALLE DE ALEGRA

LAS CRUCES, NM 88005

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)    18-23538

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | |
|---|---|
| **3.304** Nonpriority creditor's name and mailing address | **Amount of Claim** |

STEVANOVIC MIROSLAV

50 W WASHINGTON ST 801

CHICAGO, IL 60602

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| | |
|---|---|
| **3.305** Nonpriority creditor's name and mailing address | **Amount of Claim** |

STRZELECKI PATRICIA AND PAUL

35 W MAIN ST

BLOOMSBURG, PA 17815

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| | |
|---|---|
| **3.306** Nonpriority creditor's name and mailing address | **Amount of Claim** |

SZUCH TERRI

2213 BROWNSVILLE RD

PITTSBURGH, PA 15210

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.307 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TASSEY MICHAEL EUGENE

1945 S HILL ST

LOS ANGELES, CA 90007

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** —— —— —— ——

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TELLO MAYHUA

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** —— —— —— ——

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

THOMAS ANGELA

3560 WILLOWCREEK RD

PORTAGE, IN 46368

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** —— —— —— ——

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.310** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

TOLEN TYRONE

88-11 SUTPHIN BLVD

JAMAICA, NY 11435

As of the petition filing date, the claim is: $                    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

TSEDAL NOEL

210 W TEMPLE ST

LOS ANGELES, CA 90012

As of the petition filing date, the claim is: $                    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

TUITT EUNICE

851 GRAND CONCOURSE 111

BRONX, NY 10451

As of the petition filing date, the claim is: $                    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.313**    **Nonpriority creditor's name and mailing address**        **Amount of Claim**

TUTTLE STEPHEN

402 EVERGREEN ST  C1

DURANT, OK 74701

As of the petition filing date, the claim is:     $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.314**    **Nonpriority creditor's name and mailing address**        **Amount of Claim**

TYSON LEONARD

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is:     $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.315**    **Nonpriority creditor's name and mailing address**        **Amount of Claim**

UZOARU MATTHIAS E

As of the petition filing date, the claim is:     $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|----------------------------|------------------------|----------|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.316 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|-------|-------------------------------------------------|--|-----------------|

VALEDON GIMENEZ YOLANDA

As of the petition filing date, the claim is:  $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:  PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.317 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|-------|-------------------------------------------------|--|-----------------|

VANN RAYMOND

60 CENTRE ST

As of the petition filing date, the claim is:  $      UNDETERMINED
*Check all that apply.*

NEW YORK, NY 10007

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:  PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|-------|-------------------------------------------------|--|-----------------|

VASQUEZ NORA

601 MARKET ST 2609

As of the petition filing date, the claim is:  $      UNDETERMINED
*Check all that apply.*

PHILADELPHIA, PA 19106

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:  PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.319**   Nonpriority creditor's name and mailing address

VINES ANNA

345 S HIGH ST

COLUMBUS, OH 43215

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$  UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

**3.320**   Nonpriority creditor's name and mailing address

VOELCKER CARLOS T

88-11 SUTPHIN BLVD

JAMAICA, NY 11435

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$  UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

**3.321**   Nonpriority creditor's name and mailing address

VUONG ANTHONY

201 CAROLINE ST

HOUSTON, TX 77002

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$  UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.322 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WAKULIK TRICIA

1 THE CIRCLE 2

GEORGETOWN, DE 19947

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WESTFIELD INSURANCE COMPANY

301 W MAIN ST

CLARKSBURG, WV 26301

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WICKS TERRI

PHILADELPHIA CITY HALL CHESTNUT ST

PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2** **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.325 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WIDMEIER ROBERT AND APRIL WIDMEIER

50 W WASHINGTON ST 801

CHICAGO, IL 60602

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WILLIAMS KIMBERLY

49 RANCOCAS ROAD

MT HOLLY, NJ 08060

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WILLIAMS LATOYA

75 LANGLEY DR

LAWRENCEVILLE, GA 30046

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.328**   Nonpriority creditor's name and mailing address

WILLIAMS PAMELA D

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.329**   Nonpriority creditor's name and mailing address

WILLIAMSON DEBRA

1945 S HILL ST

LOS ANGELES, CA 90007

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.330**   Nonpriority creditor's name and mailing address

WLR AUTOMOTIVE GROUP INC ASO SELECTIVE INSURANCE COMPANY

8914 KELSO DR

ESSEX, MD 21221

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.331** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

IOWA DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL CONSUMER PROTECTION DIVISION

NOEL JUDICIAL COMPLEX 222 QUAKER LN

WARWICK, RI 02886

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

OFFICE OF THE FLORIDA ATTORNEY GENERAL MULTI-STATE AND PRIVACY BUREAU

110 SE 6TH STREET

FT LAUDERDALE, FL 33301

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

STATE OF KANSAS OFFICE OF THE ATTORNEY GENERAL CONSUMER PROTECTION AND ANTITRUST DIVISION

MEMORIAL HALL 120 SW 10TH AVE 2ND FLOOR

TOPEKA, KS 66612-1597

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

| 3.334 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

RILEY ROGER AND CYTHIA

FRED BONCHER 601 THREE MILE ROAD NW

GRAND RAPIDS, MI 49544

As of the petition filing date, the claim is: $ 1,250.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    8/1/2018

Basis for the claim:     LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA

42011 4TH ST W

LANCASTER, CA 93534

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA

42011 4TH ST W

LANCASTER, CA 93534

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**      **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.337 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF WHATCOM

311 GRAND AVENUE SUITE 301

BELLINGHAM, WA 98225

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**        ENVIRONMENTAL CLAIMS

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.338 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CO COMPUTERSHARE TRUST COMPANY NA

250 ROYAL STREET

CANTON, MA 02021

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $        228,198,164.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    3/15/2018

**Basis for the claim:**        HOLDINGS UNSECURED PIK NOTES

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.339 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CO COMPUTERSHARE TRUST COMPANY NA

250 ROYAL STREET

CANTON, MA 02021

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $        421,331,968.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    11/21/2014

**Basis for the claim:**        HOLDINGS UNSECURED NOTES

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.340** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

OSHA - CA

As of the petition filing date, the claim is: $ _____ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.341** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

OSHA - PUERTO RICO

PRUDENCIO RIVERA MARTINEZ BUILDING 505 MUÑOZ RIVERA AVENUE

HATO REY, PR 00918

As of the petition filing date, the claim is: $ _____ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.342** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

OSHA - PUERTO RICO

PRUDENCIO RIVERA MARTINEZ BUILDING 505 MUÑOZ RIVERA AVENUE

HATO REY, PR 00918

As of the petition filing date, the claim is: $ _____ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.343** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

OSHA - PUERTO RICO

PRUDENCIO RIVERA MARTINEZ BUILDING 505 MUÑOZ RIVERA AVENUE

HATO REY, PR 00918

**As of the petition filing date, the claim is:**
*Check all that apply.*

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

OSHA - PUERTO RICO

PRUDENCIO RIVERA MARTINEZ BUILDING 505 MUÑOZ RIVERA AVENUE

HATO REY, PR 00918

**As of the petition filing date, the claim is:**
*Check all that apply.*

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

OSHA - PUERTO RICO

PRUDENCIO RIVERA MARTINEZ BUILDING 505 MUÑOZ RIVERA AVENUE

HATO REY, PR 00918

**As of the petition filing date, the claim is:**
*Check all that apply.*

$     UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.346 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

OSHA - FEDERAL

200 CONSTITUTION AVE NW

WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

$ UNDETERMINED

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

OSHA - PUERTO RICO

PRUDENCIO RIVERA MARTINEZ BUILDING 505 MUÑOZ RIVERA AVENUE

HATO REY, PR 00918

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

$ UNDETERMINED

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

OSHA - FEDERAL

200 CONSTITUTION AVE NW

WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

$ UNDETERMINED

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.349** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

OSHA - FEDERAL

200 CONSTITUTION AVE NW

WASHINGTON, DC 20210

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

OSHA - FEDERAL

200 CONSTITUTION AVE NW

WASHINGTON, DC 20210

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

OSHA - FEDERAL

200 CONSTITUTION AVE NW

WASHINGTON, DC 20210

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.352    Nonpriority creditor's name and mailing address**

UNDETERMINED

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $                UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.353    Nonpriority creditor's name and mailing address**

UNDETERMINED

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $                UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.354    Nonpriority creditor's name and mailing address**

PENSION BENEFIT GUARANTY CORPORATION

1200 K STREET NW SUITE 300

WASHINGTON, DC 20005

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $                UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENSION PLAN TERMINATION LIABILITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.355 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CENTER FOR ADVANCED PUBLIC AWARENESS INC
CAPA

CO KAWAHITO LAW GROUP APC 222 N SEPULVEDA
BLVD STE 2222

EL SEGUNDO, CA 90245

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**  _____

Basis for the claim:    ENVIRONMENTAL CLAIMS

**Last 4 digits of account number**  __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CENTER OF ENVIRNMENTAL HEALTH CEH

CO LEXINGTON LAW GROUP 503 DIVISADERO ST

SAN FRANCISCO, CA 94117

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**  _____

Basis for the claim:    ENVIRONMENTAL CLAIMS

**Last 4 digits of account number**  __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CONSUMER ADVOCACY GROUP INC CAG

CO REUBEN YEROUSHALMI ESQ 9100 WILSHIRE BLVD
STE 240W

BEVERLY HILLS, CA 90212

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**  _____

Basis for the claim:    ENVIRONMENTAL CLAIMS

**Last 4 digits of account number**  __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.358** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

EMA BELL

9595 WILSHIRE BLVD SUITE 900

BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*

$        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**   ENVIRONMENTAL CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.359** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

GABRIEL ESPINOSA

CO BRODSKY & SMITH LLC 9595 WILSHIRE BLVD SUITE 900

BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*

$        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**   ENVIRONMENTAL CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.360** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

MICHAEL DIPIRRO

CO BUSH & HENRY LAW 6761 SEBASTOPOL AVE STE 111

SEBASTOPOL, CA 95472

**As of the petition filing date, the claim is:**
*Check all that apply.*

$        UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**   ENVIRONMENTAL CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.361**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

PRECILA BALABBO

9595 WILSHIRE BLVD SUITE 900

BEVERLY HILLS, CA 90212

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:    $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    ENVIRONMENTAL CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.362**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

SUSAN DAVIA

CO GREGORY SHEFFER SHEFFER LAW FIRM 81 THROCKMORTON AVE STE 202

MILL VALLEY, CA 94941

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:    $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    ENVIRONMENTAL CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.363**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

ANTHONY FERREIRO

9595 WILSHIRE BLVD SUITE 900

BEVERLY HILLS, CA 90212

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:    $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING AND POSSIBLE LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.364 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

KAREN CALACIN

9595 WILSHIRE BLVD SUITE 900

BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Basis for the claim:**    ENVIRONMENTAL CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.365 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

LAURENCE VINOCUR

CO JOSH VOORHEES THE CHANLER GROUP 2560 NINTH ST STE 214

BERKELEY, CA 94710

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Basis for the claim:**    ENVIRONMENTAL CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.366 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SHEFA LMV INC

7120 HAYVENHURST AVE STE 320

VAN NUYS, CA 91406

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Basis for the claim:**    ENVIRONMENTAL CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.367** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CABRERA GABRIELA

1301 CLAY ST 400S

OAKLAND, CA 94612

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number   —   —   —   —

Is the claim subject to offset?

☐ No
☐ Yes

**3.368** | Nonpriority creditor's name and mailing address | **Amount of Claim**

DEPARTMENT OF TRANSPORTATION

77 UNION ST S

CONCORD, NC 28025

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number   —   —   —   —

Is the claim subject to offset?

☐ No
☐ Yes

**3.369** | Nonpriority creditor's name and mailing address | **Amount of Claim**

FLATBUSH CENTER PARKING LLC

NEW YORK NY 10018

NEW YORK, NY 10018

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number   —   —   —   —

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.370** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

FLATBUSH CENTER PARKING LLC

16077 MICHIGAN AVE

DEARBORN, MI 48126

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

PENDING LITIGATION

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.371** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

UNDETERMINED

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

PENDING LITIGATION

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.372** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

BELL EMMA

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

PENDING LITIGATION

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.373 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CONSUMER ADVOCACY GROUP INC IN THE PUBLIC INTEREST

1225 FALLON ST

OAKLAND, CA 94612

**As of the petition filing date, the claim is:**   $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CYNTHIA CHALMERS

42 BROADWAY

NEW YORK, NY 10004

**As of the petition filing date, the claim is:**   $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

FERREIRO ANTHONY

350 MCALLISTER ST

SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**   $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.376 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JOE HARRINGTON

3054 W GRAND BLVD

DETROIT, MI 48202

As of the petition filing date, the claim is: $         UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim: PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.377 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

1291079 ONTARIO LIMITED

74 WOOLWICH ST

GUELPH, ON N1H 3T9

As of the petition filing date, the claim is: $         UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim: PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.378 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BAILIS SR JAMES R

2 JAMES DUNCAN PLAZA

MASSILLON, OH 44646

As of the petition filing date, the claim is: $         UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim: PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.379** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CAI HONG NIU

200 W FRONT ST

BOISE, ID 83702

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CHANDRABHUSHAN ANAND

99 MAIN ST

HEMPSTEAD, NY 11550

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CRUZ DAVID

118 WASHINGTON ST

TOMS RIVER, NJ 08754

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.382 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DAVIS BERNARD L

W REGENT ST

INGLEWOOD, CA  90301

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.383 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DEANGELIS PAUL

101 S 5TH ST

CAMDEN, NJ 08103

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.384 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DESILVA DIANA

9 N MAIN ST

CAPE MAY COURT HOUSE, NJ 08210

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.385**  **Nonpriority creditor's name and mailing address**

**Amount of Claim**

DEVAUX ROSLYN

375 S HIGH ST

COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**  PENDING LITIGATION

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.386**  **Nonpriority creditor's name and mailing address**

**Amount of Claim**

FARIS BARBARA

175 MAIN ST

PIKEVILLE, KY 41501

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**  PENDING LITIGATION

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.387**  **Nonpriority creditor's name and mailing address**

**Amount of Claim**

FLYNN NETTIE

1339 CHESTNUT ST 10TH FLOOR

PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**  PENDING LITIGATION

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.388** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

FORTUNE BRUCE S AND SCHENETTA D

111 ENNIS ST

BOWLING GREEN, VA 22427

**As of the petition filing date, the claim is:**   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Basis for the claim:**   PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

GUTTMAN ASAF

9 N MAIN ST

CAPE MAY COURT HOUSE, NJ 08210

**As of the petition filing date, the claim is:**   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Basis for the claim:**   PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

HALL JEFFREY

1036 SE DOUGLAS AVE  201

ROSEBURG, OR 97470

**As of the petition filing date, the claim is:**   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Basis for the claim:**   PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.391 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

HARRISON CARL AND ELLA

100 S BROADWAY

YONKERS, NY 10701

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

HEADLEY PETER

89-17 SUTPHIN BLVD

JAMAICA, NY 11435

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.393 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

HELAI EWAIS

150 N MICHIGAN AVE 3050

CHICAGO, IL 60601

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number  — — — —

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.394 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

HUGO R JR SCHULZ -

770 MT ORAB PIKE

GEORGETOWN, AL 45121

**As of the petition filing date, the claim is:** $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

IDA BOLDEN

201 CAROLINE ST

HOUSTON, TX 77002

**As of the petition filing date, the claim is:** $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

INGRISANI CHRIS

141 LIVINGSTON ST

BROOKLYN CENTER, NY 11201

**As of the petition filing date, the claim is:** $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**      **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.397** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

JONNA JAMAL

1100 UNION ST

As of the petition filing date, the claim is:
*Check all that apply.*                                        $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.398** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

JP BESTEDER

227 W MICHIGAN AVE

KALAMAZOO, MI 49007

As of the petition filing date, the claim is:
*Check all that apply.*                                        $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.399** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

KAYE DENNIS

300 E WALNUT ST  102

PASADENA, CA 91101

As of the petition filing date, the claim is:
*Check all that apply.*                                        $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.400 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

LE CONTE JOHN N

927 CASTLETON AVE

STATEN ISLAND, NY 10310

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.401 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

MYLES RONNIE

25 W 11TH ST 260

ANNISTON, AL 36201

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.402 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

MYLONAS ALEX

CITY HALL  MARKET ST

PHILADELPHIA, PA 19107

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.403 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PEDERSEN MATTHEW

227 W MICHIGAN AVE

KALAMAZOO, MI 49007

As of the petition filing date, the claim is: $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:        PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.404 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

Q FOOD LLC ET AL

402 EAST STATE STREET

TRENTON, NJ 8608

As of the petition filing date, the claim is: $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:        PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

RADDING JONATHAN BERNHARD

8 CHURCH CIR

ANNAPOLIS, MD 21401

As of the petition filing date, the claim is: $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:        PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.406** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SARKUS KEN

146 WHITE ST

DANBURY, CT 06810

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

**3.407** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SEAN L KRAEMER

111 CENTRE ST

NEW YORK, NY 10013

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

**3.408** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SMITH RONDA

50 W MARKET ST

NEWARK, NJ 07102

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.409** Nonpriority creditor's name and mailing address                                                  **Amount of Claim**

THELMA BENJAMIN

314 AMULET ST

NATCHITOCHES, LA 71457

As of the petition filing date, the claim is:    $                    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                                 PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.410** Nonpriority creditor's name and mailing address                                                  **Amount of Claim**

THOMPSON RONALD

10 PUBLIC SQ

BELLEVILLE, IL 62220

As of the petition filing date, the claim is:    $                    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                                 PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.411** Nonpriority creditor's name and mailing address                                                  **Amount of Claim**

VASCONCELLOS JOHN AND JOAN

1045 PRATT BLVD

LABELLE, FL 33935

As of the petition filing date, the claim is:    $                    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                                 PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.412**  Nonpriority creditor's name and mailing address | **Amount of Claim**

WILLIAMS ELAINE THOMAS

112 BROAD ST

NEW LONDON, CT 6320

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

**3.413**  Nonpriority creditor's name and mailing address | **Amount of Claim**

WILLIAMS KIER AND ANNE L

251 S LAWRENCE ST

MONTGOMERY, AL 36104

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

**3.414**  Nonpriority creditor's name and mailing address | **Amount of Claim**

ZINTER SCOTT A

35 W HIGH ST  2

BALLSTON SPA, NY 12020

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:   PENDING LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.415** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

HANNAH FLAMENBAUM

28 LIBERTY STREET 20TH FLOOR

NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

US DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

FEDERAL BUILDING AND COURTHOUSE

PROVIDENCE, RI 02903

**As of the petition filing date, the claim is:**
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    ENVIRONMENTAL CLAIMS

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL

163 W 125TH ST 1324

NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.418** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

3 CUSTOMERS

700 CAPITAL AVE 209

FRANKFORT, KY 40601

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JAMES AND WANDA VANEST

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JULIE EOLEY

700 CAPITAL AVE 209

FRANKFORT, KY 40601

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.421 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ANDERSON BRENT

800  SMITHE ST

VANCOUVER, BC V6Z2E1

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

MILLER TRENT AND DAVID VARNEY

60 CENTRE ST

NEW YORK, NY 10007

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

COMMUNITY UNIT SCHOOL DISTRICT 300 AN ILLINOIS SCHOOL DISTRICT

50 W WASHINGTON ST  80

CHICAGO, IL 60602

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.424 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CUMELLA ANNETTE

927 CASTLETON AVE

STATEN ISLAND, NY 10310

**As of the petition filing date, the claim is:** $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

HAYES KATHERINE

7575 METROPOLITAN DR 210

SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:** $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

OSTROFF NANCY J

321 PARK AVE

OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:** $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.427 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

PAUL WOZNIAK

2233 SHORE LINE DR

ALAMEDA, CA 94501

**As of the petition filing date, the claim is:**
*Check all that apply.*

$         UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

WESTERN DISTRICT OF PENNSYLVANIA

700 GRANT ST 3110

PITTSBURGH, PA 15219

**As of the petition filing date, the claim is:**
*Check all that apply.*

$         UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

MOSS MAXINE

225 CADMAN PLAZA E

BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*

$         UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS CORPORATION
       Name

Case number *(if known)*   18-23538

| Part 3 | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listen in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the data listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and Mailing Address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line _____ | |
| | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| | _____ | |

Debtor    SEARS HOLDINGS CORPORATION
_____
          Name

Case number *(if known)*    18-23538
_____

| Part 4 | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|

**5a.**   Total claims from Part 1

5a.    $                      0.00

**5b.**   Total claims from Part 2

5b.  **+**    $        12,753,643,937.00

**5c.**   Total of parts 1 and 2
          Lines 5a + 5b = 5c.

5c.    $        12,753,643,937.00

**Fill in this information to identify the case:**

Debtor name: SEARS HOLDINGS CORPORATION

United States Bankruptcy Court for the: Southern    District of: New York
{State}

Case number (If known): 18-23538

☐ Check if this is an amended filing

# Official Form 206 G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.**    List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired license

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 3 F'S INC |
| | | | 310 COLORADO AVE |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | LA JUNTA, CO 81050 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 3 KINGS AUTOMOTIVE LLC |
| | | | 1501 E FRY BLVD |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | SIERRA VISTA, AZ 85635 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 4 ACES INC |
| | | | 2092 E MAIN ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | ROBINSON, IL 62454 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 405 MACHINE WORKS |
| | | | 408 S KINNICK ROAD |
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | STILLWATER, OK 74074 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 439 FIX-IT<br>9255 FM 439 |
|---|---|---|---|
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | BELTON, TX 76513 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 54 LAWN AND GARDEN<br>5030 HWY 54 |
|---|---|---|---|
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | PARIS, TN 38242 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | A & P SMALL ENGINE REPAIR<br>711 ROSSTON ROAD |
|---|---|---|---|
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | HOPE, AR 71801 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | A&L LAWN EQUIPMENT<br>2424 ROCK ISLAND ROAD |
|---|---|---|---|
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | IRVING, TX 75060 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | A-1 FIXIT SHOP<br>8545 FM 78 |
|---|---|---|---|
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | CONVERSE, TX 78109 |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | A-1 GRINDING<br>8031 PASEO |
|---|---|---|---|
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | KANSAS CITY, MO 64131 |

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | A-1 MOWER SALES & SERVICE |
| | State the term remaining | 34 month(s) | 755 SOUTHFIELD RD |
| | List the contract number of any government contract | | LINCOLN PARK, MI 48146 |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AAM'S SMALL ENGINE REPAIR |
| | State the term remaining | 35 month(s) | 674 LAUREL ST |
| | List the contract number of any government contract | | ELGIN, IL 60120 |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AAM'S SMALL ENGINE REPAIR |
| | State the term remaining | 40 month(s) | 674C LAUREL ST |
| | List the contract number of any government contract | | ELGIN, IL 60120 |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AB&C  SMALL ENGINE |
| | State the term remaining | 5 month(s) | 3430 LEE BLVD |
| | List the contract number of any government contract | | EL PASO, TX 79936 |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ABLE SAW LLC |
| | State the term remaining | 27 month(s) | 625 MILLER VALLEY RD |
| | List the contract number of any government contract | | PRESCOTT, AZ 86301 |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ABLE SAW LLC |
| | State the term remaining | 28 month(s) | 625 MILLER VALLEY RD |
| | List the contract number of any government contract | | PRESCOTT, AZ 86301 |

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br><br>Buyer | ABS GRAPHICS INC-1000459750 |
|---|---|---|---|
| | | | P O BOX 95019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | PALATINE, IL 60095 |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement<br><br>Buyer | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | | 525 W MONROE SUITE 7000 |
| | **State the term remaining** | 10 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*   18-23538

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | Buyer | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Listed the multiple entities in contract. | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | Buyer | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | Buyer | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | Buyer | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | Buyer | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement | ACE AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | | Buyer | 525 W MONROE ST |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*   18-23538

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ACE AMERICAN INSURANCE COMPANY<br><br>525 W MONROE ST SUITE 700 |
|---|---|---|---|
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ACE FIRE UNDERWRITERS INSURANCE COMPANY<br><br>525 W MONROE ST |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | ACE HARDWARE OF DUNNELLON<br><br>11582 W WILLIAMS ST 401 |
|---|---|---|---|
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | DUNNELLON, FL 34432 |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | ACE HARDWARE OF DUNNELLON<br><br>1158 N WILLIAMS ST |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 401 |
| | List the contract number of any government contract | | DUNNELLON, FL 34432 |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | ACE HARDWARE STORES, INC<br><br>1120 S KOLB RD |
|---|---|---|---|
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | TUSCON, AZ 85710 |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | ACE LAWNMOWER & TRACTOR<br><br>28 PEARL ST |
|---|---|---|---|
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | PORT CHESTER, NY 10573 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | ACE PROPERTY AND CASUALTY INSURANCE COMPANY |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 525 W MONROE |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | ACL SERVICES LTD-639039 |
|---|---|---|---|
| | State the term remaining | | LOCKBOX 200286 |
| | List the contract number of any government contract | | PITTSBURGH, PA 15251 |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACME SAW & SUPPLY INC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 1204 W MAIN ST |
| | List the contract number of any government contract | | STOCKTON, CA 95205 |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTION MOWER |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1245 MAIN ST |
| | List the contract number of any government contract | | SPRINGFIELD, OR, 97477 |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTION SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 1904 SOUTH FIRST ST |
| | List the contract number of any government contract | | LUFKIN, TX 75901 |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADIRONDACK EQUIPMENT REPAIR |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 87 OLD SCHUYLERVILLE ROAD |
| | List the contract number of any government contract | | SARATOGA SPRINGS, NY 12866 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADRIAN & SON ENGINE & REPAIR |
|---|---|---|---|
| | | | 7686 RTE 53 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | KANONA, NY 14856 |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADVANCED MOWER |
|---|---|---|---|
| | | | 2212 MORGAN RD |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | BESSEMER, AL 35022 |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADVANCED RETAIL SOLUTIONS |
|---|---|---|---|
| | | | 19 LITCHFIIELD PLAZA |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | LITCHFIELD, IL 62056 |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | AERCOR WIRELESS INC-517987 |
|---|---|---|---|
| | | | 3459 WASHINGTON DRIVE STE 205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | EAGAN, MN 55122 |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AGENCY VACUUM SHOP |
|---|---|---|---|
| | | | 1802 S HAVANA |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | AURORA, CO 80012 |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | AIG EUROPE LIMITED |
|---|---|---|---|
| | | | THE AIG BUILDING 58 FENCHURCH STREET |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | LONDON, ENGLAND EC3M 4AB |

| Debtor | SEARS HOLDINGS CORPORATION | | Case number (if known) | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order <br> Buyer | AIRWATCH-696562 |
|---|---|---|---|
| | State the term remaining | | 1155 PERIMETER CNTR W STE100 |
| | List the contract number of any government contract | | ATLANTA, GA 30338 |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | ALAN'S LAWNMOWER & GARDEN CENTER |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 12194 FIRESTONE BLVD |
| | List the contract number of any government contract | | NORWALK, CA 90650 |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | ALDRIDGE BROTHERS REPAIR |
|---|---|---|---|
| | State the term remaining | 37 month(s) | 7598 SOUTH 175 WEST |
| | List the contract number of any government contract | | MILROY, IN 46156 |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order <br> Buyer | ALFRESCO SOFTWARE LIMITED-522578 |
|---|---|---|---|
| | State the term remaining | | PARK HOUSE  PARK STREET |
| | List the contract number of any government contract | | MAIDENHEAD, BERKSHIRE SL6 1SD |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | ALL IN ONE RENTAL |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1120 S PACIFIC HWY |
| | List the contract number of any government contract | | TALENT, OR 97540 |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | ALL IN ONE RENTALS |
|---|---|---|---|
| | State the term remaining | 23 month(s) | 2095 E JERICHO TURNPIKE |
| | List the contract number of any government contract | | EAST NORTHPORT, NY 11731 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ALL PURPOSE RENTAL & SALES |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 2406 W 10TH ST |
| | List the contract number of any government contract | | GREELEY, CO 80634 |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ALLEN'S SEED |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 693 SO COUNTY TRAIL |
| | List the contract number of any government contract | | EXETER, RI 02822 |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | ALLIANZ GLOBAL RISKS US INSURANCE COMPANY |
|---|---|---|---|
| | State the term remaining | 7 month(s) | 225 W WASHINGTON STREET 21ST FLOOR |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ALLIED NATIONAL SERVICES |
|---|---|---|---|
| | State the term remaining | 27 month(s) | 6066 SHINGLE CREEK PARKWAY<br>SUITE 1105 |
| | List the contract number of any government contract | | MINNEAPOLIS, MN 55430 |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | ALLIED WORLD ASSURANCE CO. LTD. |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 27 RICHMOND ROAD |
| | List the contract number of any government contract | | PEMBROKE HM 08 |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | ALLIED WORLD ASSURANCE CO. LTD. |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 27 RICHMOND ROAD |
| | List the contract number of any government contract | | PEMBROKE HM 08 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ALLIED WORLD ASSURANCE COMPANY<br><br>27 RICHMOND ROAD |
| --- | --- | --- | --- |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | PEMBROKE HM08 |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ALLIED WORLD ASSURANCE COMPANY<br><br>27 RICHMOND ROAD |
| --- | --- | --- | --- |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | PEMBROKE HM08 |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br><br>Buyer | ALLIED WORLD ASSURANCE COMPANY<br><br>311 S WACKER DR SUITE 1100 |
| --- | --- | --- | --- |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | ALL-PRO LAWNMOWER SALES & SERVICES<br><br>555 SANTA FE DRIVE |
| --- | --- | --- | --- |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | DENVER, CO 80204 |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | ALPINE POWER EQUIPMENT<br><br>P O BOX 18 |
| --- | --- | --- | --- |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | TAHOE CITY, CA 98145 |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | AL'S CYCLE CENTER<br><br>256 BRIADWAY RTE 110 |
| --- | --- | --- | --- |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | AMITYVILLE, NY 11701 |

Debtor    SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ALS MOBILE SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 2414 BLANCO ROAD |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78212 |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AL'S MOWER REPAIR |
|---|---|---|---|
| | | | 2414 BLANCO RD |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78212 |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Legal Services<br>Buyer | ALSTON & BIRD LLP |
|---|---|---|---|
| | | | 950 F STREET NW |
| | State the term remaining | | |
| | List the contract number of any government contract | | WASHINGTON DC, 20004 |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Legal Services<br>Buyer | ALSTON & BIRD LLP |
|---|---|---|---|
| | | | 950 F STREET NW |
| | State the term remaining | | |
| | List the contract number of any government contract | | WASHINGTON DC, 20004 |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AMARILLO OUTDOOR POWER EQUIPMENT |
|---|---|---|---|
| | | | 7160 CANYON DR |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | AMARILLO, TX 79109 |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AMH REPAIR LLC |
|---|---|---|---|
| | | | 2217 S YOST AVE |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | BLOOMIGNTON, IN 47403 |

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AMPAC MACHINERY LLC |
|------|--------|--------|--------|
| | | | 319 US-70 |
| | State the term remaining | 27 month(s) | PO BOX 21077 |
| | List the contract number of any government contract | | DURHAM, NC 27703 |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | AMPAC SECURITY PRODUCTS-519249 |
|------|--------|--------|--------|
| | | | PO BOX 905349 |
| | State the term remaining | | |
| | List the contract number of any government contract | | CHARLOTTE, NC 28290 |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | AMREP INC-1051010429 |
|------|--------|--------|--------|
| | | | P O BOX 945896 |
| | State the term remaining | | |
| | List the contract number of any government contract | | ATLANTA, GA 30394 |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ANDYS LAWN MOWER REPAIR |
|------|--------|--------|--------|
| | | | 3000 8TH STREET |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | WOODWARD, OK 73801 |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ANDY'S SMALL ENGINE REPAIRS |
|------|--------|--------|--------|
| | | | 119 MULLINS DR |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | DUFFIELD, VA 24244 |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ANGEL'S POWER EQUIPMENT LLC |
|------|--------|--------|--------|
| | | | 11 CITATION DR |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | WAPPINGERS FALLS, NY 12590 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | ANIXTER INC-47583851 |
|---|---|---|---|
| | | | P O BOX 847428 |
| | State the term remaining | | |
| | List the contract number of any government contract | | DALLAS, TX 75284 |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ANTIOCH SMALL ENGINE REPAIR INC |
|---|---|---|---|
| | | | 40930 N ILLINOIS RT 173 |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | ANTIOCH, IL 60002 |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AON CONSULTING INC. |
|---|---|---|---|
| | | | 4 OVERLOOK POINT |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069-4302 |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AON CONSULTING-1000709386 |
|---|---|---|---|
| | | | 4 OVERLOOK PINT |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AON CONSULTING-1000709386 |
|---|---|---|---|
| | | | 4 OVERLOOK PINT |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AON CORPORATION |
|---|---|---|---|
| | | | 200 E RANDOLPH 13TH FLOOR |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AON CORPORATION |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 200 E RANDOLPH 13TH FLOOR |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | COI<br>Buyer | AON RISK SERVICES CENTRAL INC |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 200 EAST RANDOLPH |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ARAIZA'S SMALL ENGINE SERVICE |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 1778 AUSTIN HWY |
| | List the contract number of any government contract | | SAN ANTONIO, TX 98218 |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | ARGO RE LTD.<br>ARGO HOUSE 110 PITTS BAY ROAD |
|---|---|---|---|
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | PEMBROKE, BERMUDA HM 08 |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ARIBA TEST SUPPLIER |
|---|---|---|---|
| | State the term remaining | 47 month(s) | 501 E DEPOT ST |
| | List the contract number of any government contract | | FREMONT, ID 46737 |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | ARMSTRONG FLOORING INC-795844<br>P O BOX 3025 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | LANCASTER, PA 17603 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ARROW LAWNMOWER & POWER EQUIPMENT |
|---|---|---|---|
| | | | 948 E ARROW HWY |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | COVINA, CA 91724 |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ASLESONS TRUE VALUE HARDWARE |
|---|---|---|---|
| | | | 1415 US HIGHWAY 51 |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | STOUGHTON, WI 53589 |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | ASPEN SPECIALTY INSURANCE COMPANY |
|---|---|---|---|
| | | | 305 MADISON AVENUE |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | MORRISTOWN, NJ 07960 |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ATVS AND MORE |
|---|---|---|---|
| | | | 1307 W MAIN ST |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | SALEM, IL 62881 |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AUSTIN'S PARTS & HARDWARE |
|---|---|---|---|
| | | | 105 W CUMBERLAND |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | SAINT , IL 62458 |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AUSTIN'S PARTS & HARDWARE |
|---|---|---|---|
| | | | 105 W CUMBERLAND TD |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | ST ELMO, IL 62458 |

| | |
|---|---|
| Debtor | SEARS HOLDINGS CORPORATION |
| | Name |

Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | AUTO ELECTRIC INC |
|---|---|---|---|
| | | | 600 EAST 19TH STREET |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | CHEYENNE, WY 82007 |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | AUTO SERVICE PLUS LLC |
|---|---|---|---|
| | | | 16 WEST 1ST STREET |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | CHENEY, WA 99004 |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | AVOYELLES OUTDOORS INC |
|---|---|---|---|
| | | | 822 TUNICA DRIVE WEST |
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | MARKSVILLE, LA 71351 |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br><br>Buyer | AXA INSURANCE COMPANY |
|---|---|---|---|
| | | | 125 BROAD STREET 5TH FLOOR |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10004 |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | AXIS INSURANCE COMPANY |
|---|---|---|---|
| | | | 111 S WACKER DRIVE SUITE 3500 |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | AXIS INSURANCE COMPANY |
|---|---|---|---|
| | | | 111 S WACKER DRIVE SUITE 3500 |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | A-Z LAWN MOWER PARTS LLC |
|---|---|---|---|
| | | | 1779 W MAIN STREET |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | LEXINGTON, SC 29072 |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | B & B OUTDOOR POWER |
|---|---|---|---|
| | | | 5871 HWY 70 EAST |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | NEWPORT, NC 28570 |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | B & G POWER EQUIPMENT |
|---|---|---|---|
| | | | 1034 EAST ST |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | WALPOLE, MA 02801 |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | B & M SERVICE CENTRE |
|---|---|---|---|
| | | | 8000 47TH STREET |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | LYONS, IL 60534 |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | B & W APPLIANCE & LAWNMOWER REPAIR |
|---|---|---|---|
| | | | 727 S 11TH ST |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | POPLAR BLUFF, MO 63901 |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | B E RICHARDS LLC |
|---|---|---|---|
| | | | 360 E BROAD ST |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | PATASKALA, OH 43062 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | BALLYMORE CO INC-421362 |
|---|---|---|---|
| | | | 3135 LOWER VALLEY ROAD |
| | State the term remaining | | |
| | List the contract number of any government contract | | PARKERSBURG, PA 19365 |

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BAMSS MOW & SNOW SHOP LLC |
|---|---|---|---|
| | | | 4938 MOGADARE ROAD |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | KENT, OH 44240 |

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | B2B LICENSE AGREEMENT<br>LICENSOR | BANK OF HAWAII |
|---|---|---|---|
| | | | POST OFFICE BOX 2900 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | HONOLULU, HI 96846-6000 |

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BARTLETT SMALL ENGINES |
|---|---|---|---|
| | | | 6080 SUMMER AVE |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | MEMPHIS, TN 38134 |

| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BARTZ MOWER SERVICE |
|---|---|---|---|
| | | | 1118 DIVISION ST |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | WAIDE PARK, MN 56387 |

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BAYTOWN C & M EQUIPMENT COMPANY, INC |
|---|---|---|---|
| | | | 508 CEDAR BAYOU ROAD |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | BAYTOWN, TX 77520 |

Debtor     SEARS HOLDINGS CORPORATION
           Name

Case number *(if known)*    18-23538

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BCHRISTLIKE LLC |
|---|---|---|---|
| | | | 1665 E DIXON BLVD |
| | **State the term remaining** | 32 month(s) | STE 7 |
| | **List the contract number of any government contract** | | SHELBY, NC 28152 |

| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BEACH MOWER INC |
|---|---|---|---|
| | | | 604 GARDENIA ST |
| | **State the term remaining** | 34 month(s) | |
| | **List the contract number of any government contract** | | PANAMA CITY BEACH, FL 32407 |

| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BEACH MOWER INC |
|---|---|---|---|
| | | | 604 GARDENIA ST |
| | **State the term remaining** | 34 month(s) | |
| | **List the contract number of any government contract** | | PANAMA CITY BEACH, FL 32407 |

| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BEAVER MOWER & EQUIPMENT REPAIR |
|---|---|---|---|
| | | | 5604 DOUGLAS AVE |
| | **State the term remaining** | 5 month(s) | |
| | **List the contract number of any government contract** | | DES MOINES, IA 50310 |

| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BELL'S SMALL ENGINE |
|---|---|---|---|
| | | | 1313 N NC 58 |
| | **State the term remaining** | 25 month(s) | |
| | **List the contract number of any government contract** | | NASHVILLE, NC 27856 |

| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BELTS AND BLADES |
|---|---|---|---|
| | | | 410 E NAPOLEON ST |
| | **State the term remaining** | 38 month(s) | |
| | **List the contract number of any government contract** | | SULPHUR, LA 70663 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BENEDICT LAWN AND GARDEN CENTER |
| | | | 480 PURDY HILL ROAD |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | MONROE, CT 06468 |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BERGMAN POWER EQUIPMENT LLC |
| | | | 4023 REMEMBRANCE ROAD NW |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | GRAND RAPIDS, MI 49534 |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY |
| | | | 85 BROAD ST 7TH FLOOR |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10004 |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BETHEL POWER EQUIPMENT LLC |
| | | | 6 FRANCIS J CLARKE CIRCLE |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | BETHEL, CT 06801 |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BIC 12X LLC |
| | | | 1815 LINCOLN WAY |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | CLENTON, IA 52732 |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BIG AL'S AUTO & SMALL ENGINE REPAIR |
| | | | 79 2ND AVE |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | WEST LOGAN, WV 25601 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BIG BEND LAWN ENFORCEMENT |
|---|---|---|---|
| | State the term remaining | 29 month(s) | 2764 W TENNESSEE STREET |
| | List the contract number of any government contract | | TALLAHASSEE, FL 32304 |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BIG BLUE OUTDOOR |
|---|---|---|---|
| | State the term remaining | 17 month(s) | 2505 HWY II BYPASS |
| | List the contract number of any government contract | | FLEMINGSBURG, KY 41041 |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BIG MIKES TOOL & EQUIPMENT REPAIR LLC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 184 N MAIN ST |
| | List the contract number of any government contract | | BRANFORD, CT 06405 |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BIG VALLEY MOWER |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 3940 CHESTER AVENUE |
| | List the contract number of any government contract | | BAKERSFIELD, CA 93301 |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BISETT BUILDING CENTER TRUE VALUE |
|---|---|---|---|
| | State the term remaining | 40 month(s) | 142 DAVIS ST |
| | List the contract number of any government contract | | PO BOX 196 |
| | | | BRADFORD, PA 16701 |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BKG INC |
|---|---|---|---|
| | State the term remaining | 31 month(s) | 529 E MAIN ST |
| | List the contract number of any government contract | | PO BOX 835 |
| | | | CONWAY, NH 03860 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.131** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer |
| | State the term remaining | |
| | List the contract number of any government contract | |

BLACK BOX NETWORK SERVICES-442611

P O BOX 440311

NASHVILLE, TN 37244

| | | |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 19 month(s) |
| | List the contract number of any government contract | |

BLADE RUNNER TURF EQUIPMENT, LLC

7235 S 900 E

MIDVALE, UT 04047

| | | |
|---|---|---|
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 35 month(s) |
| | List the contract number of any government contract | |

BLAIR'S RENTAL SERVICE INC

1782 HOOPER AVE

TOMS RIVER, NJ 08753

| | | |
|---|---|---|
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 16 month(s) |
| | List the contract number of any government contract | |

BLR FARMS LLC

104 S SUNSET

BUTTER, MO 64730

| | | |
|---|---|---|
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 26 month(s) |
| | List the contract number of any government contract | |

BLUE CROSS BLUE SHIELD

300 E RANDOLPH

35TH FLOOR

CHICAGO, IL 60601

| | | |
|---|---|---|
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 39 month(s) |
| | List the contract number of any government contract | |

BNM REPAIR INC

2748 GRAND AVE

UNIT C

WAUKEGAN, IL 60085

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOBS LAWNMOWER SALES & SERVICE INC<br>15270 W DIXIE HWY |
|---|---|---|---|
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | NORTH MIAMI BEACH, FL 33162 |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOB'S REPAIR<br>1204 HANSEN AVE |
|---|---|---|---|
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | BOGALUSA, LA 70427 |

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOBS SMALL ENGINE<br>10289 DYER ST |
|---|---|---|---|
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | EL PASO, TX 79924 |

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOISE SMALL ENGINE LLC<br>10950 SUMIT RIDGE CT |
|---|---|---|---|
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | REDMOND, OR 97756 |

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | BOX INC-4168010<br>DEPT 34666 P O BOX 39000 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94139 |

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BPL LLC<br>1729 N VAN BUREN |
|---|---|---|---|
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | ENID, OK 73703 |

Debtor  SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*  18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BRAGG CORP |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1155 N MAIN ST  10 |
| | List the contract number of any government contract | | MARION, NC 28752 |

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BRAZOS TRACTOR & EQUIPMENT LLC |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 1304 N BROOKS ST |
| | List the contract number of any government contract | | BRAZORIA, TX 77422 |

| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BRIDGE CITY POWER EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 1509 BRIDGE CITY AVE |
| | List the contract number of any government contract | | BRIDGE CITY, WA 20094 |

| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | BUNKER HILL INTERNATIONAL INSURANCE BERMUDA |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 25 CHURCH STREET |
| | List the contract number of any government contract | | HAMILTON, BERMUDA HM LX |

| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BUREAU VERITAS NORTH AMERICA |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 11860 WEST STATE ROAD 84 SUITE 1 |
| | List the contract number of any government contract | | FORT LAUDERDALE, FL 33325 |

| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BURKS HOLDINGS INC |
|---|---|---|---|
| | State the term remaining | 16 month(s) | 60 SEARS WAY |
| | List the contract number of any government contract | | BLAIRSVILLE, GA 30512 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BURTS SAW & MOWER INC |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 3073 N OAK HARBOR RD STE A |
| | List the contract number of any government contract | | OAK HARBOR, WA 98277 |

| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BUSENBARK LAWN EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 28 month(s) | 1630 SOUTH GREEN ST<br>STE B |
| | List the contract number of any government contract | | BROWNSBURG, IN 46112 |

| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BUSHELERS SAW & MOWER |
|---|---|---|---|
| | State the term remaining | 17 month(s) | 4395 MAIN ST |
| | List the contract number of any government contract | | SPRINGFIELD, OR 97478 |

| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BUTCH'S REPAIR |
|---|---|---|---|
| | State the term remaining | 18 month(s) | W24516 STATE ROAD 5493 |
| | List the contract number of any government contract | | GALESVILLE, WI 54630 |

| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BUTLER EQUIPMENT LLC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 631 NEW PARK AVE |
| | List the contract number of any government contract | | WEST HARTFORD, CT 06110 |

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | C & E LAWN EQUIPMENT LLC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 2606 SW LEE BLVD |
| | List the contract number of any government contract | | LAWTON, OK 73505 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)   18-23538

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br><br> Buyer |
| | **State the term remaining** | 32 month(s) |
| | **List the contract number of any government contract** | |

C & J EQUIPMENT INC

188 MAIN ST

WILMINGTON, MA 01887

| | | |
|---|---|---|
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br><br> Buyer |
| | **State the term remaining** | 50 month(s) |
| | **List the contract number of any government contract** | |

C & K SMALL ENGINE REPAIR

5920 S PENNSYLVANIA AVE

LANSING, MI 48911

| | | |
|---|---|---|
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br><br> Buyer |
| | **State the term remaining** | 19 month(s) |
| | **List the contract number of any government contract** | |

C & N TRACTORS

496 SALINAS ROAD

WATSONVILLE, CA 95076

| | | |
|---|---|---|
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br><br> Buyer |
| | **State the term remaining** | 12 month(s) |
| | **List the contract number of any government contract** | |

C D JONES RETAIL SALES LLC

236 SOUTH ROANE STEER

HARRIMAN, TN 37748

| | | |
|---|---|---|
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order <br><br> Buyer |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

C N A PROPERTY SERVICES LLC-559393

15 GILLAND COURT

NOTTINGHAM, MD 21236

| | | |
|---|---|---|
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br><br> Buyer |
| | **State the term remaining** | 34 month(s) |
| | **List the contract number of any government contract** | |

C N N LAWN MOWER REPAIR

5432 HOWARD ST

SKOKIE, IL 60077

---

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | C&G REPAIR |
|---|---|---|---|
| | | | 809 OLIVE AVE |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | DALLAHRT, TX 79022 |

| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CABITTOS SMALL ENGINE |
|---|---|---|---|
| | | | 407 BERRY ST B |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | MT SHASTA, CA 96067 |

| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CAL FARM SERVICE |
|---|---|---|---|
| | | | PO BOX 252 |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | WINTON, CA 95388 |

| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | CAM CONNECTIONS INC-147594175 |
|---|---|---|---|
| | | | 3970 S PIPKIN ROAD |
| | State the term remaining | | |
| | List the contract number of any government contract | | LAKELAND, FL 33811 |

| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CARDINALCOMMERCE CORPORATION |
|---|---|---|---|
| | | | 8100 TYLER BLVD |
| | State the term remaining | | SUITE 100 |
| | List the contract number of any government contract | | MENTOR, OH 44060 |

| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CARPENTER'S SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 2621 7TH AVE E |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | NORTH STPAUL, MN 55109 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CARTER EQUIPMENT REPAIR |
|---|---|---|---|
| | | | 10588 KEITH RD |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | BLAUMART, TX 77713 |

| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | CARTTRONICS LLC-808712 |
|---|---|---|---|
| | | | 8 STUDEBAKER |
| | State the term remaining | | |
| | List the contract number of any government contract | | IRVINE, CA 92618 |

| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CASONS EQUIPMENT |
|---|---|---|---|
| | | | 133 CONGRESS ST |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | LOWELL, MA 01552 |

| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CASONS EQUIPMENT |
|---|---|---|---|
| | | | 133 CONGRESS ST |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | LOWELL, MA 01852 |

| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CASSADY & CASSADY INC |
|---|---|---|---|
| | | | 2702 A N MAIN |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | AITUS, OH 73421 |

| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CASSADY & CASSADY INC |
|---|---|---|---|
| | | | 2702 A N MAIN |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | AITUS, OH 73421 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CASSADY & CASSADY INC |
|---|---|---|---|
| | State the term remaining | 29 month(s) | 320 N COMMERCE |
| | List the contract number of any government contract | | ARDMORE, OK 73401 |

| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CATHAY PACIFIC AIRWAYS LIMITED |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 8700 WEST BRYN MAWR AVENUE |
| | | | STE 420N |
| | List the contract number of any government contract | | CHICAGO, IL 60631 |

| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CBS INTERACTIVE INC- |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 235 2ND ST |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94105 |

| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | CDW DIRECT LLC-330878 |
|---|---|---|---|
| | State the term remaining | | P O BOX 75723 |
| | List the contract number of any government contract | | CHICAGO, IL 60675 |

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | CDW MERCHANTS INC-539361 |
|---|---|---|---|
| | State the term remaining | | 6955 N HAMLIN AVE |
| | List the contract number of any government contract | | LINCOLNWOOD, IL 60712 |

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CEMKO |
|---|---|---|---|
| | State the term remaining | 16 month(s) | P O BOX 941 |
| | List the contract number of any government contract | | FREMONT, IN 46737 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CENCAL MECHANICAL |
|---|---|---|---|
| | | | 1254 LONE PALM AVE |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | MODESTO, CA 95356 |

| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CENTRICITY |
|---|---|---|---|
| | | | P O BOX 33017 |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | STPETERSBURG, FL 33733 |

| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CENTRICITY |
|---|---|---|---|
| | | | 11101 ROOSEVELT BOULEVARD N |
| | State the term remaining | 26 month(s) | NONE |
| | List the contract number of any government contract | | ST PETERSBURG, FL 33716 |

| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CERTIFIED SMALL ENGINE |
|---|---|---|---|
| | | | 7910 TEREL RD |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78250 |

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CHAMBERS LAWN & POWER PRODUCT INC |
|---|---|---|---|
| | | | 25W017 LAKE ST |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | ROSELLE, IL 60172 |

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CHAPPYS REPAIR |
|---|---|---|---|
| | | | 1004 10 TH ST SW |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | CEDAR RAPIDS, IA 52404 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CHASE TOYS INC |
|---|---|---|---|
| | | | 417 THORNDIKE ROAD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | UNITY, ME 04988 |

| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | CHICAGO DISPLAY MARKETING CORP-161737 |
|---|---|---|---|
| | | | P O BOX 792 |
| | State the term remaining | | |
| | List the contract number of any government contract | | CHANNAHON, IL 60410 |

| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | CHICAGO TAG & LABEL INC-711752 |
|---|---|---|---|
| | | | 2501 COMMERCE DR |
| | State the term remaining | | |
| | List the contract number of any government contract | | LIBERTYVILLE, IL 60048 |

| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CHIEF'S MOWERS INC |
|---|---|---|---|
| | | | 7702 POST RD |
| | State the term remaining | 21 month(s) | |
| | List the contract number of any government contract | | NORTH KINGSTOWN, RI 02852 |

| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | CHUBB BERMUDA INSURANCE LTD. |
|---|---|---|---|
| | | | 18 WOODBOURNE AVENUE |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | HAMILTON, BERMUDA HM 08 |

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | CHUBB BERMUDA INSURANCE LTD. |
|---|---|---|---|
| | | | 17 WOODBOURNE AVENUE |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | HAMILTON, BERMUDA HM 08 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | CISION US INC. |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 12051 INDIAN CREEK COURT |
| | List the contract number of any government contract | | BELTSVILLE, MD 20705 |

| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CITIBANK GLOBAL MARKETS INC |
|---|---|---|---|
| | State the term remaining | 26 month(s) | 787 SEVENTH AVENUE |
| | List the contract number of any government contract | | NEW YORK, NY 10019 |

| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CITIBANK USA, N.A |
|---|---|---|---|
| | State the term remaining | 85 month(s) | 50 NORTHWEST POINT BLVD |
| | List the contract number of any government contract | | ELK GROVE VILLAGE, IL 60007 |

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CJ SMALL ENGINE |
|---|---|---|---|
| | State the term remaining | 17 month(s) | 2319 HWY 16 |
| | List the contract number of any government contract | | SPACEY, AZ 72413 |

| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement<br>Buyer | CLEVA NORTH AMERICA, INC. |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 601 REGENT PARK CT |
| | List the contract number of any government contract | | GREENVILLE, SC 29607 |

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CLOUTIER'S POWER & SPORTS |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 1144 ALFRED ROAD |
| | List the contract number of any government contract | | ARUNDEL, ME 04046 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement INDIVIDUAL STORE SERVICES AGREEMENT Buyer | CMC POWERWASHING |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 1310A BROADWAY ST |
| | List the contract number of any government contract | | MT VERNON, IL 62864 |

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Buyer | COAST TO COAST COMPUTER PRODUCTS-703215 |
|---|---|---|---|
| | State the term remaining | | 4277 VALLEY FAIR STREET |
| | List the contract number of any government contract | | SIMI VALLEY, CA 93063 |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | COLEMAN LAWN EQUIPMENT INC |
|---|---|---|---|
| | State the term remaining | 37 month(s) | 5511 STATE RT 150 |
| | List the contract number of any government contract | | STEELEVILLE, IL 62288 |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | COLLINS TRACTOR AND EQUIPMENT INC |
|---|---|---|---|
| | State the term remaining | 38 month(s) | 650 E LOOP 304 |
| | List the contract number of any government contract | | CROCKETT, TX 75835 |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Buyer | COLONY INC-1103181087 |
|---|---|---|---|
| | State the term remaining | | P O BOX 95169 |
| | List the contract number of any government contract | | PALATINE, IL 60095 |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | COMPUTERSHARE INC |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 250 ROYALL STREET |
| | List the contract number of any government contract | | CANTON, MA 02021 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | CONCORD TRAIL LLC<br><br>3275 E MAIN RD |
| | **State the term remaining** | 26 month(s) | |
| | **List the contract number of any government contract** | | DUNKIRK, NY 14048 |

| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AS A SERVICE AGREEMENT<br><br>Buyer | CONFIRMIT, INC.<br><br>330 SEVENT AVE |
| | **State the term remaining** | 18 month(s) | 3RD FLOOR |
| | **List the contract number of any government contract** | | NY, NY 10001 |

| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br><br>Buyer | CONNOR SPORT COURT INTERNATIONAL-89937247<br><br>5445 W HAROLD GATTY DRIVE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | SALT LAKE CITY, UT 84116 |

| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | CONTINENTAL CASUALTY COMPANY<br><br>151 NORTH FRANKLIN STREET FLOOR 17 |
| | **State the term remaining** | 7 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | CONTRERAS SMALL ENGINE<br><br>320 W 4TH ST |
| | **State the term remaining** | 17 month(s) | |
| | **List the contract number of any government contract** | | HANFORD, CA 93230 |

| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br><br>Buyer | COOPER ELECTRIC SUPPLY CO-2569168<br><br>P O BOX 415925 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | BOSTON, MA 02241 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | COUNTY LINE HARDWARE |
|---|---|---|---|
| | | | 707 BENNETS MILL RD |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | JACKSON, NJ 08527 |

| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract SUBCONTRACT AGRMT CONTRACTOR | COUNTY OF FAIRFAX VA |
|---|---|---|---|
| | | | 12000 GOVERNMENT CENTER PKWY |
| | State the term remaining | 1 month(s) | STE 427 |
| | List the contract number of any government contract | | FAIRFAX, VA 22035-0013 |

| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | CRAIGS POWER EQUIPMENT LLC |
|---|---|---|---|
| | | | 301  WAHSATCH AVE |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | COLORADO SPRINGS, CO 80903 |

| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | CRESCENT ACE HARDWARE |
|---|---|---|---|
| | | | 135 LAPP ROAD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | CLIFTON PARK, NY 12065 |

| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Agreement Buyer | CRITEO SA |
|---|---|---|---|
| | | | 32 RUE BLANCHE |
| | State the term remaining | | |
| | List the contract number of any government contract | | PARIS, 75009 |

| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Buyer | CROSSMARK GRAPHICS-187261847 |
|---|---|---|---|
| | | | 16100 WEST OVERLAND DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | NEW BERLIN, WI 53151 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | CRUM & FORSTER |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 305 MADISON AVENUE |
| | List the contract number of any government contract | | MORRISTOWN, NJ 07960 |

| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CUTLER'S INC |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 271 NORTH STATE |
| | List the contract number of any government contract | | OREM, UT 84057 |

| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CUTTER POWER SALES |
|---|---|---|---|
| | State the term remaining | 39 month(s) | 3710 PROGRESS ST NE |
| | List the contract number of any government contract | | CANTON, OH 44705 |

| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | D & D MOWER SHOP |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 2201 HWY 17 |
| | List the contract number of any government contract | | RICHMOND HILL, GA 21324 |

| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | D & D SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 17 month(s) | 46500 278TH ST |
| | List the contract number of any government contract | | LENNOX, SD 57039 |

| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | D&R INDUSTRIAL SAW |
|---|---|---|---|
| | State the term remaining | 37 month(s) | 148 ROME ST |
| | List the contract number of any government contract | | NEWARK, NJ 07105 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | D&S SMALL ENGINE & EQUIPMENT REPAIR LLC |
| | | 992 OLEAN RD |
| | **State the term remaining** | 32 month(s) |
| | **List the contract number of any government contract** | EAST AURORA, NY |

| | | |
|---|---|---|
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | DAMON WHITT SR / WHITT & SONS, LLC |
| | | 1640 2ND ST |
| | **State the term remaining** | 19 month(s) |
| | **List the contract number of any government contract** | HENDERSON, KY 42420 |

| | | |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer |
| | | DANE TECHNOLOGIES INC-26070 |
| | | 7105 NORTHLAND TERRACE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | BROOKLYN PARK, MN 55428 |

| | | |
|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | DANNYS SMALL ENGINE REPAIR |
| | | 17046 HWY 22 |
| | **State the term remaining** | 28 month(s) |
| | **List the contract number of any government contract** | DARDANELLE, AR 72834 |

| | | |
|---|---|---|
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | DANNYS SMALL ENGINE REPAIR |
| | | 17046 HWY 22 |
| | **State the term remaining** | 28 month(s) |
| | **List the contract number of any government contract** | DARDANELLE, AR 72834 |

| | | |
|---|---|---|
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | DANSVILLE TOWN & COUNTRY AGWAY |
| | | 5 MAPLE ST |
| | **State the term remaining** | 39 month(s) |
| | **List the contract number of any government contract** | DANSVILLE, NY 14437 |

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | DATASPAN HOLDINGS INC-47867668 |
|---|---|---|---|
| | | | PO BOX 845507 |
| | State the term remaining | | |
| | List the contract number of any government contract | | DALLAS, TX 75284 |

| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DAVES SMALL ENGINE REPAIR LLC |
|---|---|---|---|
| | | | 10215 E STATE ROAD 8 |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | KNOX, IN 46534 |

| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DAVIDS SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 213 S MAIN ST |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | TONKAWA, OK 74653 |

| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DAVIS SERVICES |
|---|---|---|---|
| | | | 10858 LEM TURNER RD |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32218 |

| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DEARY SAW LAWN & HARDWARE |
|---|---|---|---|
| | | | P O BOX 66 |
| | State the term remaining | 13 month(s) | |
| | List the contract number of any government contract | | DEARY, ID 83823 |

| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DECORATING WORLD LLC |
|---|---|---|---|
| | | | 7225- 123RD AVE NE |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | LAKE STEVENS, WA 98258 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | DELL RECEIVABLES L P-922898 |
|---|---|---|---|
| | | | P O BOX 643561 |
| | State the term remaining | | |
| | List the contract number of any government contract | | PITTSBURGH, PA 15264 |

| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DH LAWN & GARDEN EQUIPMENT |
|---|---|---|---|
| | | | 1408 N KANSAS AVENUE |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | TOPEKA, KS 66608 |

| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DIAMOND OUTDOOR PRODUCTS INC |
|---|---|---|---|
| | | | 535 BUNCE ROAD |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | FAYETTEVILLE, NC 28314 |

| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DINERO COMPRESSORS & EQUIPMENT |
|---|---|---|---|
| | | | 623 N FRON ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | MATHIS, TX 78368 |

| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DISCOUNT TOOLS PLUS LLC |
|---|---|---|---|
| | | | 84 E UNIVERISITY DRIVE |
| | State the term remaining | 21 month(s) | |
| | List the contract number of any government contract | | MESA, AZ 85201 |

| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | DISPLAY SPECIALISTS-373639 |
|---|---|---|---|
| | | | 4101 N ROCKWELL ST |
| | State the term remaining | | |
| | List the contract number of any government contract | | CHICAGO, IL 60618 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DIY HARDWARE AND RENTALS |
|---|---|---|---|
| | | | 2110 WABASH AVE |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | TERRE HANTE, IN 97807 |

| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DJB FARM MACHINARY REPAIR INC |
|---|---|---|---|
| | | | 665 GOODRICH HILL ROAD |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | LOCKE, NY 13092 |

| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DKC SERVICE LLC |
|---|---|---|---|
| | | | PO BOX 1960 |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | HARRISON, AR 72601 |

| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DLD RETAILS SERVICES  LLC |
|---|---|---|---|
| | | | 69 N 28TH BAY 400 |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | SUPERIOR, WI 54880 |

| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DONALYN INC |
|---|---|---|---|
| | | | 1690 EAST 23RD AVENUE NORTH |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | FREMONT, 68025 |

| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DONALYN INC |
|---|---|---|---|
| | | | 1690 E 23RD |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | FREMONT, NE 68025 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | DONE RIGHT LAWNMOWER REPAIR |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 5520 BOSTON HARBOR RD NE |
| | List the contract number of any government contract | | OLYMPIA, WA 98506 |

| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | DOUBLE B RETAILERS INC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 367 WASHINGTON STREET SIUTE 8 |
| | List the contract number of any government contract | | CLAREMONT, NH 03743 |

| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | DOWNEY SAWHOUSE LLC |
|---|---|---|---|
| | State the term remaining | 37 month(s) | U009 FM 2494 |
| | List the contract number of any government contract | | ATHENS, TX 75751 |

| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | DR LOU'S / L.F.G SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 40 month(s) | 2345 STATE RTE 7 |
| | List the contract number of any government contract | | COBLESKILL, NY 12043 |

| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | DRIVELINE RETAIL MERCHANDISING INC-403790 |
|---|---|---|---|
| | State the term remaining | 1 month(s) | PLYMOUTH WOODS OFFICE CENTER 3300 FERNBROOK LANE NORTH SUITE 200 |
| | List the contract number of any government contract | | PLYMOUTH, MN 25447 |

| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | DUFFYS SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 5 month(s) | PO BOX 487 |
| | List the contract number of any government contract | | GRAND JUNCTION, CO 815020487 |

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E & M CHAINSAW SALES & SERVICES INC<br>5 EAST 4TH AVE |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | EVERETT, PA 15537 |

| | | |
|---|---|---|
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E O F ENTERPRISES INC<br>1717 S BROADWAY |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | GROVE, DK 74344 |

| | | |
|---|---|---|
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E.T.'S LAWN MOWER<br>2815 MERAMEC |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | STLOUIS, MO 63118 |

| | | |
|---|---|---|
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EAGLE NURSERIES INC<br>225 JERICHO TPKE |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | NEW HYDE PARK, NY 11040 |

| | | |
|---|---|---|
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EAST COAST LUMBER & BUILDING SUPPLY COMPANY<br>4 COLONIAL DRIVE |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | EAST HAMPSTEAD, NH 03821 |

| | | |
|---|---|---|
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EAST END CYCLE SALES INC<br>2402 3RD AVE |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | HUNTINGTON, WV 25504 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EASTSIDE SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 4019 CLIFTON GLENDALE ROAD |
| | List the contract number of any government contract | | SPARTANBURG, SC 29307 |

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ECONOMY RENTAL |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 8610 HWY 178 |
| | List the contract number of any government contract | | OLIVE BRANCH, MS 38654 |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EGY'S MOWER SERVICE |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 545 HALL RD |
| | List the contract number of any government contract | | ELYRIA, OH 44035 |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | | ELCO LABORATORIES DIV CHGO AEROSOL |
|---|---|---|---|
| | State the term remaining | | 2450 HORNER AVE |
| | List the contract number of any government contract | | UNIVERSITY PARK, IL 60484 |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ELDRED EQUIPMENT SERVICE & SUPPLY |
|---|---|---|---|
| | State the term remaining | 38 month(s) | 550 STATE ROAD 55 |
| | List the contract number of any government contract | | ELDRED, NY 12732 |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | EMBARCADERO TECHNOLOGIES INC-713498 |
|---|---|---|---|
| | State the term remaining | | P O BOX 45162 |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94145 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EMERGENCY MOWER TECHNICIANS LLC |
|---|---|---|---|
| | | | 9347 RAVENNA RD |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | TWINSBURG, OH 44087 |

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EMMETT SAWS, MOWERS & RENTALS |
|---|---|---|---|
| | | | 306 N WASHINGTON AVE |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | EMMETT, ID 83617 |

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EMMETT SAWS, MOWERS & RENTALS |
|---|---|---|---|
| | | | 306 N WASHINGTON AVE |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | EMMETT, ID 83617 |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EMPIRE SAW & LAWN MOWER |
|---|---|---|---|
| | | | 32 SANTA FE PO BOX 113 |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | EMPIRE, CA 95319 |

| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EMPIRE TOOLS |
|---|---|---|---|
| | | | 6327 W 34TH ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | HOUSTON, TX 77092 |

| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | ENDURANCE WORLDWIDE INSURANCE LTD. |
|---|---|---|---|
| | | | 1ST FLOOR 2 MINSTER COURT MINCING LANE |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | LONDON, ENGLAND EC3R 7BB |

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ENGINE HOUSE INC<br>145 A ALLEN BLVD |
|---|---|---|---|
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | FARMINGDALE, NY 11735 |

| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | ENTERPRISE WAREHOUSING SOLUTIONS-713955<br>P O BOX 70 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | HINSDALE, IL 60522 |

| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | EPOSSIBILITIES USA LIMITED-218505974<br>THE BLADE ABBEY SQUARE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | READING, BERKSHIRE RG1 3BE |

| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ERIC D GAUVIN SMALL ENGINE REPAIR<br>45 OLD GILBERTVILLE ROAD |
|---|---|---|---|
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | WARE, MA 01082 |

| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EVANS MOTORSPORTS & REPAIR LLC<br>300 E WILLIAMS AVE |
|---|---|---|---|
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | FALLON, NV 89406 |

| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EVANS MOTORSPORTS & REPAIR LLC<br>300 E WILLIAMS AVE |
|---|---|---|---|
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | FALLON, NV |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | EVEREST NATIONAL INSURANCE COMPANY |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 477 MARTINSVILLE ROAD |
| | List the contract number of any government contract | | LIBERTY CORNER, NJ 07938 |

| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EXTON MOWER SERVICE |
|---|---|---|---|
| | State the term remaining | 29 month(s) | 5244 GREENSBURG ROAD |
| | List the contract number of any government contract | | APOLLO, PA 15613 |

| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FALCONER REPAIR SERVICES |
|---|---|---|---|
| | State the term remaining | 28 month(s) | 3731 FALCONER-KIMBALL STAND ROAD |
| | List the contract number of any government contract | | FALCONER, NY 14733 |

| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FALL CREEK AUTO & TRUCK REPAIR |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 2128 W HILLCREST PKY |
| | List the contract number of any government contract | | ALTOONA, WI 54720 |

| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FALL CREEK INC |
|---|---|---|---|
| | State the term remaining | 40 month(s) | 1029 HWY 62 E<br>STE 100 |
| | List the contract number of any government contract | | MOUNTAIN HOME, AR 72653 |

| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FARMERS EXCHANGE |
|---|---|---|---|
| | State the term remaining | 5 month(s) | PO BOX 6043 |
| | List the contract number of any government contract | | KENNEWICK, WA 99336 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FARMHAND SUPPLY LLC |
|---|---|---|---|
| | | | 522 S WALNUT ST |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | BERNIE, MO 63822 |

| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FAYETTE POWER EQUIPMENT |
|---|---|---|---|
| | | | 1442 MEADOW DR |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | WAHSINGTON CH, OH 43160 |

| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | FEDERAL INSURANCE COMPANY |
|---|---|---|---|
| | | | 525 W MONROE ST |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | FEDERAL INSURANCE COMPANY (CHUBB) |
|---|---|---|---|
| | | | ONE AMERICAN SQ SUITE 2600 |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | INDIANAPOLIS, IN 46282 |

| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FELDMANN POWER INC |
|---|---|---|---|
| | | | 508 S MAPLE ST |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | BRIGHTON, IL 62012 |

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | FFR INC-159921 |
|---|---|---|---|
| | | | P O BOX 635696 |
| | State the term remaining | | |
| | List the contract number of any government contract | | CINCINNATI, OH 45263 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br><br>Buyer | FIDELITONE INC-1000457288 |
|---|---|---|---|
| | State the term remaining | | P O BOX 248 |
| | List the contract number of any government contract | | WAUCONDA, IL 60084 |

| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br><br>Buyer | FIREFLY STORE SOLUTIONS-636530 |
|---|---|---|---|
| | State the term remaining | | 4500 S HOLDEN RD |
| | List the contract number of any government contract | | GREENSBORO, NC 27406 |

| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Subscription<br><br>Subscriber | FISHER UNITECH |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 2983 SOLUTIONS CENTER |
| | List the contract number of any government contract | | CHICAGO, IL 60677-2009 |

| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br><br>Buyer | FLEXXPERTS-588673 |
|---|---|---|---|
| | State the term remaining | | 167 WORCESTER ST STE 203 |
| | List the contract number of any government contract | | WELLESLEY, MA 02481 |

| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | FLINT MOTORSPORTS |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 3918 EAST ORANGE RD |
| | List the contract number of any government contract | | WEST TOPSHAM, VT 05086 |

| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | FMI EQUIPMENT SALES & RENTAL, LLC / FIBER MARKETING INTERNATION |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 11111 E TRENT AVE |
| | List the contract number of any government contract | | SPOKANE VALLEY, WA 99206 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | FORD MOTOR COMPANY |
|---|---|---|---|
| | State the term remaining | 7 month(s) | 3025 HIGHLAND PARKWAY SUITE 500 |
| | List the contract number of any government contract | | DOWNERS GROVE, IL 60515 |

| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | FOUR K REPAIRS |
|---|---|---|---|
| | State the term remaining | 23 month(s) | 33061 HWY 43 |
| | List the contract number of any government contract | | THOMASVILLE, AL 36784 |

| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | FOUR SEASON'S SALES & SERVICE |
|---|---|---|---|
| | State the term remaining | 20 month(s) | 1610 NORTH WALNUT |
| | List the contract number of any government contract | | HARTFORD CITY, IN 47348 |

| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | FRANK'S MOWER REPAIR |
|---|---|---|---|
| | State the term remaining | 38 month(s) | 225 MCCLURG ROAD |
| | List the contract number of any government contract | | YOUNGSTOWN, OH 44512 |

| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | FRAZIER SMALL ENGINE SUPPLY |
|---|---|---|---|
| | State the term remaining | 16 month(s) | 1150 S MAIN ST |
| | List the contract number of any government contract | | DYERSBURG, TN 38124 |

| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | FRED'S SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 109 BUSINESS PARKWAY |
| | List the contract number of any government contract | | ATWATER, CA 95301 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br><br>Buyer | FUSION SPECIALTIES INC-496062 |
|---|---|---|---|
| | | | 2400 INDUSTRIAL LANA STE 500 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | BROOMFIELD, CO 80020 |

| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | GARDEN EQUIPPED |
|---|---|---|---|
| | | | 8693 AIRPORT ROAD STE G |
| | **State the term remaining** | 5 month(s) | |
| | **List the contract number of any government contract** | | REDDING, CA 96002 |

| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | GARDEN HUT |
|---|---|---|---|
| | | | 3471 UNIVERSITY DR S |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | FARGO, ND 58104 |

| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | GARDEN HUT |
|---|---|---|---|
| | | | 3471 UNIVERSITY DR S |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | FARGO, ND 58104 |

| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | GARNER EQUIPMENT LTD |
|---|---|---|---|
| | | | 280 N STATE ST |
| | **State the term remaining** | 17 month(s) | |
| | **List the contract number of any government contract** | | GARNER, IA 56438 |

| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | GARRISON CITY EQUIPMENT MAINTENANCE & REPAIR LLC |
|---|---|---|---|
| | | | 30 COUNTY FARM CROSS ROAD |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | DOVER, NH 03820 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GARY'S MOWER SHOP |
|---|---|---|---|
| | | | 9357 GREENBACK LN 10 |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | ORANGEVALE, CA 95662 |

| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GARYS POWER EQUIPMENT |
|---|---|---|---|
| | | | 9 WARWICK RD |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | WINCHESTER, NH 03470 |

| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GENERAL CHAIN SAW SUPPLY |
|---|---|---|---|
| | | | 2100 JAMES ST |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | BELLINGHAM, WA 98225 |

| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GEORGETOWN FARM SUPPLY |
|---|---|---|---|
| | | | 1800 W UNIVERSITY AVE |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | GEORGETOWN, TX 78628 |

| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GEORGIA MOWER & EQUIPMENT |
|---|---|---|---|
| | | | 2936 HERITAGE PLACE |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | MILLEDEEVILLE, CA 31061 |

| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GERARD'S SMALL ENGINE SERVICES |
|---|---|---|---|
| | | | 275 JUNCTION ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | WINONA, MN 85987 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|----------------------------|------------------------|----------|
|        | Name                        |                        |          |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GERLACH'S GARDEN & POWER EQUIPMENT INC |
|-------|---------------------------------------------------------------------------------|-----------------------------|----------------------------------------|
|       | State the term remaining | 35 month(s) | 3161 W 32ND ST |
|       | List the contract number of any government contract | | ERIE, PA 16506 |

| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GERMANTOWN HARDWARE |
|-------|---------------------------------------------------------------------------------|-----------------------------|---------------------|
|       | State the term remaining | 5 month(s) | 2083 S GERMANTOWN RD |
|       | List the contract number of any government contract | | GERMANTOWN, TN 38138 |

| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GESSERT RETAIL ENTERPRISES LLC |
|-------|---------------------------------------------------------------------------------|-----------------------------|--------------------------------|
|       | State the term remaining | 5 month(s) | P O BOX 404 |
|       | List the contract number of any government contract | | MARYVILLE, MO 64468 |

| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GFB INC |
|-------|---------------------------------------------------------------------------------|-----------------------------|---------|
|       | State the term remaining | 4 month(s) | 1211 JULIAN ALLSBROOK HWY |
|       | List the contract number of any government contract | | ROANCKE RAPIDS, NC 27870 |

| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GIACO'S MOWER SHOP |
|-------|---------------------------------------------------------------------------------|-----------------------------|--------------------|
|       | State the term remaining | 36 month(s) | 20690 LORAIN AVE |
|       | List the contract number of any government contract | | FAIRVIEW PARK, OH 44126 |

| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GILLIS POWER EQUIPMENT INC |
|-------|---------------------------------------------------------------------------------|-----------------------------|----------------------------|
|       | State the term remaining | 31 month(s) | 1272 MAIN ST |
|       | List the contract number of any government contract | | HANSON, MA 02341 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GILLIS SMALL ENGINE |
| | | | 845 FLORENCE RD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | SAVANNAH, TN 38372 |

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | GLOBAL AEROSPACE, INC. |
| | | | 311 S WACKER DRIVE SUITE 2360 |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | GLOBAL KNOWLEDGE-696571 |
| | | | 13279 COLLECTIONS CENTER DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GLOBANT LLC-700189 |
| | | | 875 HOWARD ST 3RD FL OF 320 |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | BUENOS AIRES, |

| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GOLD COUNTRY EQUIPMENT CENTER INC |
| | | | 4151 SOUTH SHINGLE RD STE 5 |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | SHINGLE SPRINGS, CA 95682 |

| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GOLDEN RAY LLC |
| | | | 1138 HEARN |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | BLYTHEVILLE, AR 72315 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | GOLDEN RAY LLC <br> 1138 HEARN |
| | **State the term remaining** | 12 month(s) | |
| | **List the contract number of any government contract** | | BLYTHESVILLE, AR 72315 |

| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | GOLDEN RULE SMALL ENGINE <br> 796 ANTELOPE BLVD |
| | **State the term remaining** | 5 month(s) | |
| | **List the contract number of any government contract** | | RED BLUFF          , CA 96080 |

| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | GOODSELL POWER EQUIPMENT INC <br> 11414 120TH AVE NE |
| | **State the term remaining** | 19 month(s) | |
| | **List the contract number of any government contract** | | KIRKLAND, WA 98033 |

| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | GRATIOT OUTDOOR EQUIPMENT <br> 501 E SAGINAW ST |
| | **State the term remaining** | 35 month(s) | |
| | **List the contract number of any government contract** | | BRECKENRIDGE, MI 48615 |

| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Trading and Consignment Agreement <br> Buyer | GREAT AMERICAN DUCK RACES, INC. |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates <br> Buyer | GREAT LAKES INSURANCE SE <br> BEAUFORT UNDERWRITING AGENCY LIMITED THIRD FLOOR ONE MINSTEL |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | LONDON, ENGLAND EC3R 7AA |

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | | GREAT PLAINS SMALL ENGINE |
| | State the term remaining | 18 month(s) |
| | | 619 TERRY RABCH RD |
| | List the contract number of any government contract | |
| | | CHEYENNE, WY 82007 |

| | | |
|---|---|---|
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | | GREEN ACRES MOWER SHOP SALES |
| | State the term remaining | 18 month(s) |
| | | 6140 TIGER RD |
| | List the contract number of any government contract | |
| | | DERBY, KS 67037 |

| | | |
|---|---|---|
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | | GREEN TECH SERVICES LLC |
| | | 1088 SE 9TH STREET |
| | State the term remaining | 34 month(s) |
| | List the contract number of any government contract | |
| | | BEND, OH 97702 |

| | | |
|---|---|---|
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | | GREEN TECH SERVICES LLC |
| | | 1088 SE 9TH ST |
| | State the term remaining | 34 month(s) |
| | | STE 100 |
| | List the contract number of any government contract | |
| | | BEND, OR 97702 |

| | | |
|---|---|---|
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | | GREG ROSE'S MOWER SHOP & CHIMNEY CLEANING |
| | | 3415 ACTON SCHOOL RD |
| | State the term remaining | 38 month(s) |
| | List the contract number of any government contract | |
| | | GRANDBURY, TX 76049 |

| | | |
|---|---|---|
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | | GREVER MOWER MARINE SALES SERVICE INC |
| | | 2030 BROADVIEW RD |
| | State the term remaining | 36 month(s) |
| | List the contract number of any government contract | |
| | | CLEVELAND, OH 44109 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GT RACING & REPAIR |
|---|---|---|---|
| | | | 1201 W TOWNLINE RD |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | LAKE GENEVA, WI 53147 |

| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | GUARDIAN SERVICE INDUSTRIES INC |
|---|---|---|---|
| | | | 161 AVENUE OF THE AMERICAS |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10013 |

| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GUIDRY INDUSTRIAL SUPPLY & SERVICE INC |
|---|---|---|---|
| | | | 223 INDUSTRIAL PARKWAY |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | LAFAYETTE, LA 70508 |

| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | H&H GOLF CARTS & OUTDOOR POWER |
|---|---|---|---|
| | | | 115 W HARRISON |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | HARLINGEN, TX 78550 |

| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | HAMILTON RE, LTD. |
|---|---|---|---|
| | | | WELLESLEY HOUSE NORTH 1ST FLOOR 90 PITTS BAY ROAD |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | PEMBROKE, BERMUDA HM08 |

| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HANKS MOWER REPAIR |
|---|---|---|---|
| | | | 4961 CLEVELAND ST |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | VIRGINIA BEACH, VA 23462 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
|        | Name                       |                          |          |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HANRAHAN'S SMALL ENGINE LLC |
|-------|---|---|---|
| | State the term remaining | 35 month(s) | 2920 N BROOKFIELD RD |
| | List the contract number of any government contract | | BROOKFIELD, WI 53045 |

| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HARBOR SPORTS & CYCLE |
|-------|---|---|---|
| | State the term remaining | 37 month(s) | 2188 S M-159 |
| | List the contract number of any government contract | | BENTON HARBOR, MI 49022 |

| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HARDWARE HANK |
|-------|---|---|---|
| | State the term remaining | 33 month(s) | 1017 CENTRAL AVE NW |
| | List the contract number of any government contract | | EAST GRAND FORKS, MN 56721 |

| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HARDWARE HANK |
|-------|---|---|---|
| | State the term remaining | 33 month(s) | 1017 CENTRAL AVE NW |
| | List the contract number of any government contract | | EAST GRAND FORKS, MN 56721 |

| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HARDY MOVING AND STORGE |
|-------|---|---|---|
| | State the term remaining | 1 month(s) | 102 ELTON ST |
| | List the contract number of any government contract | | HARBINGER, NC 27941 |

| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HARGETTS ATV REPAIR |
|-------|---|---|---|
| | State the term remaining | 39 month(s) | 3000 W GRAND |
| | List the contract number of any government contract | | MARSHALL, TX 75670 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HARRINGTONS LAWN & POWER |
|---|---|---|---|
| | | | 10895 VERMONTVILLE HWY |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | DIMONDALE, MI 48821 |

| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HARRISON POWER EQUIPMENT |
|---|---|---|---|
| | | | 2054 N TWIN OAKSVALLEY RD |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | SAN MARCOS, CA 92069 |

| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HAVOC AUDIO LLC |
|---|---|---|---|
| | | | 1013 OLD HIGHWAY 52 3202 |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | MONCKS CORNER, SC 29461 |

| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | HDI GLOBAL INSURANCE COMPANY |
|---|---|---|---|
| | | | 161 N CLARK ST 48TH FLOOR |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HDR SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 951 AVENUE B |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | TRAVERSE CITY, MI 49686 |

| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | HEALTH CARE POLICY ROUNDTABLE LLC |
|---|---|---|---|
| | | | 1015 15TH STREET NW |
| | State the term remaining | 14 month(s) | SUITE 1200 |
| | List the contract number of any government contract | | WASHINGTON, DC 20005 |

| | |
|---|---|
| Debtor | SEARS HOLDINGS CORPORATION |
| | Name |

Case number (if known)  18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | HEARTLAND WOODCRAFT INC-1121664606 |
|---|---|---|---|
| | | | 529 NORTH RIVER ROAD |
| | State the term remaining | | |
| | List the contract number of any government contract | | WEST BEND, WI 53090 |

| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEMINGWAY POWER EQUIPMENT |
|---|---|---|---|
| | | | 102 N MAIN STREET |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | HEMMINGWAY, SC 29554 |

| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HENDERSON RENTAL LLC |
|---|---|---|---|
| | | | 423 RAGLAND RD |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | BECKLEY, WVA 25801 |

| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HENDRIX CHAINSAW & GARDEN EQUIPMENT |
|---|---|---|---|
| | | | 5338 SEBASTOPOL RD |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | SANTA ROSA, CA 95407 |

| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HENDRIX SERVICE CORP |
|---|---|---|---|
| | | | 5900 HWY 29 N |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | MOLINO, FL 32577 |

| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | HENRICKSEN & CO INC-434951 |
|---|---|---|---|
| | | | 1070 W ARDMORE AVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HESPERIA OUTDOOR POWER EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 17494 MAIN ST |
| | List the contract number of any government contract | | HESPERIA, CA 92345 |

| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HETTINGER'S BACKYARD & POWER STORE |
|---|---|---|---|
| | State the term remaining | 36 month(s) | 95 E MICHIGAN AV E |
| | List the contract number of any government contract | | GALESBURG, MI 49053 |

| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEUSER ENTERPRISES INCORPORATED |
|---|---|---|---|
| | State the term remaining | 40 month(s) | 29 INNOVATION DRIVE |
| | List the contract number of any government contract | | BLUFFTON, SC 29910 |

| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HI WAY SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 5 month(s) | PO BOX 1416 |
| | List the contract number of any government contract | | AZTEC, NM 87410 |

| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HIGHLAND POWER EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 251 BROOKS ST |
| | List the contract number of any government contract | | WORCESTER, MA 01606 |

| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HILLSIDE OUTDOOR |
|---|---|---|---|
| | State the term remaining | 19 month(s) | P O BOX 490 |
| | List the contract number of any government contract | | GATESVILLE, TX 76528 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HINSON CHAIN SAW |
|---|---|---|---|
| | | | 404 SNOWDEN DR |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | ANDALUSIA, AL 36420 |

| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | HISCOX $2M / ACT $3M |
|---|---|---|---|
| | | | 1 GREAT ST HELEN'S |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | LONDON, ENGLAND EC3A 6HX |

| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | HISCOX INSURANCE COMPANY INC. |
|---|---|---|---|
| | | | 104 SOUTH MICHIGAN AVE SUITE 600 |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60603 |

| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HOMESTEAD ACRES SAW & MOWER |
|---|---|---|---|
| | | | 1351 HOYT ST SE |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | SALEM, OR 97302 |

| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HOMETOWN AUTO & HARDWARE |
|---|---|---|---|
| | | | 1305 EDISON ST |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | BRUSH, CO 80723 |

| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HOMETOWN AUTO & HARDWARE |
|---|---|---|---|
| | | | 1305 EDISON ST |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | BRUSH, CO 80723 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HOMETOWN HARDWARE LLC |
|---|---|---|---|
| | State the term remaining | 36 month(s) | 1085 HWY 49<br>POBOX 157 |
| | List the contract number of any government contract | | FLORA, MS 39071 |

| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HOMETOWN MOWER LLC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 2318 TP WHITE DR |
| | List the contract number of any government contract | | CAHOTI, AR 72023 |

| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HONEST ENGINES |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 643 SOUTH ST |
| | List the contract number of any government contract | | LINCOLN, NE 68521 |

| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | HONEYWELL SCANNING AND MOBILITY-828686456 |
|---|---|---|---|
| | State the term remaining | | 62408 COLLECTIONS CENTER DRIVE |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HORN MOWER SHOP LLC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 121 W 1ST ST |
| | List the contract number of any government contract | | CLAYCLIFF, IN 47841 |

| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HOUSTON BROS LAWN CARE & SPRINKLERS LLC |
|---|---|---|---|
| | State the term remaining | 31 month(s) | 1480 W 400 S |
| | List the contract number of any government contract | | OREM , UT 84058 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HOWARDS OUTDOOR POWER |
|---|---|---|---|
| | | | 3970 9 MILE RD |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | WARREN, MI 48093 |

| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HOWELLS SERVICE CENTER |
|---|---|---|---|
| | | | 1801 7TH ST S |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | CLANTON, AL 35045 |

| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HTK ENTERPRISES OF MATTOON INC |
|---|---|---|---|
| | | | 1601 BROADWAY AVE |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | MATTOON, IL 61938 |

| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | HUBBELL LIGHTING INC-713086 |
|---|---|---|---|
| | | | 701 MILLENNIUM BLVD |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | GREENVILLE, SC 29607 |

| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | HUDSON SPECIALTY INSURANCE COMPANY |
|---|---|---|---|
| | | | FOUR BENTALL CENTRE 1055 DUNSMUIR STREET SUITE 1784 PO BOX 491 |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | VANCOUVER, BRITISH COLUMBIA V7X 1K8 |

| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HULLER LAWN EQUIPMENT INC |
|---|---|---|---|
| | | | 615 S LINCOLN AVE |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | O FALLON, IL 62269 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HULLER LAWN EQUIPMENT INC |
|---|---|---|---|
| | | | 615 SOUT LINCOLN |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | OFALLON, IL 62269 |

| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HUNT STREET AUTO LLC |
|---|---|---|---|
| | | | 3621 HUNT ST NW |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | GIG HARBOR, WA 98335 |

| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HWY 304 MOTORS |
|---|---|---|---|
| | | | 1753 HIGHWAY 304 |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | SMITHVILLE, TX 78957 |

| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HWY 304 MOTORS |
|---|---|---|---|
| | | | 1753 HWY 304 |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | SMITHVILLE, TN 78957 |

| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | ILLINOIS NATIONAL INSURANCE COMPANY (AIG) |
|---|---|---|---|
| | | | 500 WEST MADISON 30TH FLOOR |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | ILLINOIS NATIONAL INSURANCE COMPANY (AIG) |
|---|---|---|---|
| | | | 500 WEST MADISON 30TH FLOOR |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ILLINOIS UNION INSURANCE COMPANY (ACE)<br><br>436 WALNUT STREET - WA 07A |
|---|---|---|---|
| | **State the term remaining** | 13 month(s) | |
| | **List the contract number of any government contract** | | PHILADELPHIA, PA 19106 |

| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | ILLINOIS VALLEY LAWN & GARDEN SERVICE CENTER<br><br>5205 E ROME RD |
|---|---|---|---|
| | **State the term remaining** | 35 month(s) | |
| | **List the contract number of any government contract** | | CHILLICOTHE, IL 61523 |

| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | Job Site Web Services<br><br>Buyer | INDEED, INC.<br><br>6433 CHAMPION GRANDVIEW WAY BUILDING 1 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | AUSTIN, TX 78750 |

| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | INDEED, INC.<br><br>6433 CHAMPION GRANDVIEW WAY BUILDING 1 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | AUSTIN, TX 78750 |

| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | Job Site Web Services<br><br>Buyer | INDEED, INC.<br><br>6433 CHAMPION GRANDVIEW WAY BUILDING 1 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | AUSTIN, TX 78750 |

| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | INDEED, INC.<br><br>6433 CHAMPION GRANDVIEW WAY BUILDING 1 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | AUSTIN, TX 78750 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Job Site Web Services<br><br>Buyer | INDEED, INC. |
|---|---|---|---|
| | State the term remaining | | 6433 CHAMPION GRANDVIEW WAY BUILDING 1 |
| | List the contract number of any government contract | | AUSTIN, TX 78750 |

| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | INLAND POWER EQUIPMENT CO |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 81405 HWY 111 |
| | List the contract number of any government contract | | INDIO, CA 92201 |

| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | INSIGHT DIRECT USA (INITIAL) |
|---|---|---|---|
| | State the term remaining | 3 month(s) | P O BOX 731071 |
| | | | NONE |
| | List the contract number of any government contract | | DALLAS, TX 75373 |

| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Membership<br><br>Subscriber | INTERNATIONAL SAFE TRANSIT ASSOCIATION |
|---|---|---|---|
| | | | 1401 ABBOT ROAD |
| | State the term remaining | 3 month(s) | SUITE 161 |
| | List the contract number of any government contract | | EAST LANSING, MI 48823-1900 |

| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br><br>Buyer | INVUE SECURITY PRODUCTS INC-61734067 |
|---|---|---|---|
| | State the term remaining | | 5553 WHIPPLE AVENUE  STE 5 |
| | List the contract number of any government contract | | NORTH CANTON, OH 44720 |

| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br><br>Buyer | IPROSPECT.COM INC-600932 |
|---|---|---|---|
| | | | 200 CLARENDON ST 23RD FLOOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | BOSTON, MA 02116 |

Debtor      SEARS HOLDINGS CORPORATION
            Name

Case number *(if known)*   18-23538

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 22 month(s) |
| | **List the contract number of any government contract** | |

IRM ENTERPRISES LLC

199 STETZER RD

BUCYRAS, OH 44820

| | | |
|---|---|---|
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer |
| | **State the term remaining** | 8 month(s) |
| | **List the contract number of any government contract** | |

IRONSHORE SPECIALTY INSURANCE COMPANY

300 SOUTH WACKER DRIVE 7TH FLOOR

CHICAGO, IL 60606

| | | |
|---|---|---|
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement<br>Buyer |
| | **State the term remaining** | 10 month(s) |
| | **List the contract number of any government contract** | |

IRON-STARR EXCESS AGENCY LTD.

141 FRONT STREET

HAMILTON, BERMUDA HM 19

| | | |
|---|---|---|
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 35 month(s) |
| | **List the contract number of any government contract** | |

ITAMCO

6100 MICHIGAN ROAD

PLYMOUTH, IN 46563

| | | |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

IWC INC-631416

500 N CENTRAL EXPY STE 105

PLANO, TX 75074

| | | |
|---|---|---|
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 31 month(s) |
| | **List the contract number of any government contract** | |

J & C'S MOWER SERVICE & SMALL ENGINE LLC

16 WEST 1ST

CHENEY, WA 99004

---

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | J & M SMALL ENGINE REPAIR LLC |
|---|---|---|---|
| | State the term remaining | 31 month(s) | 1270 W PRESIDIO DRIVE |
| | List the contract number of any government contract | | PUEBLO, CO 81007 |

| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | J AND D LAWN & TRACTOR SALES |
|---|---|---|---|
| | State the term remaining | 39 month(s) | 11020 PERRY HWY |
| | List the contract number of any government contract | | WEXFORD, PA 15090 |

| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | J CENTRAL OHIO MOWER REPAIR |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 2659 ELDER RD NE |
| | List the contract number of any government contract | | LANCASTER, OH 43130 |

| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | J O D A L C |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1048 WASHINGTON SQUARE |
| | List the contract number of any government contract | | WASHINGTON, MO 63090 |

| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | J&F REPAIR SERVICES,INC |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 1814 COMMERCE STREET |
| | List the contract number of any government contract | | GRALAND, TX 75040 |

| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | J&M LAWNMOWER SERVICE LLC |
|---|---|---|---|
| | State the term remaining | 38 month(s) | 127 LAWN DR |
| | List the contract number of any government contract | | FREEDOM, PA 16637 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | J.R. SMALL ENGINES |
|---|---|---|---|
| | State the term remaining | 22 month(s) | 9450 E BANKHEAD HWY |
| | List the contract number of any government contract | | ALEDO, TX 76008 |

| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JACKSON TRUE VALUE |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 126 HWY 15 N |
| | List the contract number of any government contract | | JACKSON, KY 41339 |

| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JAMES LAWNMOWER SALES & SERVICE |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 5034 RIGSBY AVE |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78222 |

| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JAYS SMALL ENGINE & APPLIANCE |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 70 HOLLAND ST |
| | List the contract number of any government contract | | LEWISTON, ME 04240 |

| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JD SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 17 month(s) | 624 N MARKET ST |
| | List the contract number of any government contract | | WATERLOO, IL 62220 |

| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | JEFF SMITH BLDG & DEVELOPMENT INC-1869154757 |
|---|---|---|---|
| | State the term remaining | | 9191 SANTIAGO DRIVE |
| | List the contract number of any government contract | | HUNTINGTON BEACH, CA 92646 |

Debtor  SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*  18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JEFF'S SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 190 BOWLING RD |
| | State the term remaining | 25 month(s) | |
| | List the contract number of any government contract | | MIDDLESBORO, KY 40965 |

| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JEFF'S SMALL ENGINES |
|---|---|---|---|
| | | | 11948 SW4S HWY 59 |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | ST JOSEPH, MO 64504 |

| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JK POWER EQUIPMENT |
|---|---|---|---|
| | | | 765 SGT PALMATEER WAY |
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | WAPPINGERS FALLS, NY 12590 |

| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | JMC GLOBAL TECHNOLOGIES I LP-113803089 |
|---|---|---|---|
| | | | 945 KELLER SMITHFIELD ROAD S |
| | State the term remaining | | |
| | List the contract number of any government contract | | KELLER, TX 76248 |

| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOB-RITE |
|---|---|---|---|
| | | | 5982 STATE ROAD |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | PARMA, OH 44134 |

| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOE BLAIR GARDEN SUPPLY |
|---|---|---|---|
| | | | 320 NE 79 ST |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | MIAMI, FL 33138 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOE'S POWER CENTER |
|---|---|---|---|
| | | | 534 S WASHINGTON STREET |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | KIMBERLY, WI 54136 |

| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOE'S POWER CENTER |
|---|---|---|---|
| | | | 534 S WASHINGTON |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | KIMBERLY, WI 54136 |

| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOG INVESTMENTS LLC |
|---|---|---|---|
| | | | 1605 S BROADWAY ST |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | NEW ULM, MN 56073 |

| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOG INVESTMENTS LLC |
|---|---|---|---|
| | | | 1605 S BROADWAY |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | NEW ULM, MN 56073 |

| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOHNNY'S REPAIR SERVICE |
|---|---|---|---|
| | | | 751 S STATE ST |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | LYONS, GA 30436 |

| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOHNSON SERVICE CENTER |
|---|---|---|---|
| | | | 518 BONHAM ST |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | GRAND PRAIRIE, TX 75050 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOHNSON'S TURF & IRRIGATION |
|---|---|---|---|
| | | | 933 AIRLINE RD |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | CORPUS CHRISTI, TX 78412 |

| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JP'S SERVICE |
|---|---|---|---|
| | | | 739 STARKS ROAD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | NEW SHARON, NE 04955 |

| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JR'S SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 2302 PITT ST |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | ANDERSON, IN 46016 |

| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | JS PRODUCTS INC-1000748970 |
|---|---|---|---|
| | | | 6445 MONTESSOURI STREET |
| | State the term remaining | | |
| | List the contract number of any government contract | | LAS VEGAS, NV 89113 |

| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | J-TEL LAWN & SNOW EQUIPMENT |
|---|---|---|---|
| | | | 11322 SO HARLEM AVE |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | WORTH, SC 60482 |

| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JTR REPAIR INC |
|---|---|---|---|
| | | | 1731 N 725 E |
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | DARLINGTON, IN 47940 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JWH ENTERPRISE |
|---|---|---|---|
| | State the term remaining | 5 month(s) | RR1 BOX 58 |
| | List the contract number of any government contract | | LEWLSBURG, WV 24901 |

| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | K & H CONSTRUCTION LLC |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 25 ROODE RD |
| | List the contract number of any government contract | | PLAINFIELD, CT 06374 |

| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | K & M SMALL ENGINE REPAIR/LAWN CARE |
|---|---|---|---|
| | State the term remaining | 20 month(s) | 605 N O SAGE AVE |
| | List the contract number of any government contract | | DEWEY, OK 74029 |

| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | K C LAWN MOWER REPAIR |
|---|---|---|---|
| | State the term remaining | 17 month(s) | 1725 SW BLVD |
| | List the contract number of any government contract | | KC, KS 66103 |

| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | K&M LAWN AND GARDEN REPAIR |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 452 N 1100 W |
| | List the contract number of any government contract | | CENTERVILLE, UT 84014 |

| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | K&M LAWN AND GARDEN REPAIR |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 452 N 1100 W |
| | List the contract number of any government contract | | CENTERVILLE, UT 84014 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | K1W1 LAWNMOWER & CHAINSAW REPAIR |
|---|---|---|---|
| | | | 1103 W TECYUOLOLS AVE |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | CENTRALIA, WA 98531 |

| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KBCM LLC |
|---|---|---|---|
| | | | 1503 WEST EHRINGHAUS STREET |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | ELIZABETH CITY, NC 27909 |

| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KEITH'S AUTO REPAIR & TOWING |
|---|---|---|---|
| | | | 365 ISRAEL ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | WHITEHALL, IL 62012 |

| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KEN & DEE ENTERPRISE |
|---|---|---|---|
| | | | 2302 VI 25105 |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | DERBY, VT 05829 |

| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KINGS SERVICE CENTER |
|---|---|---|---|
| | | | 2215 GROTH ST |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | SPRINGFIELD, IL 62703 |

| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KINGSTON LAWN & POWER EQUIPMENT INC |
|---|---|---|---|
| | | | 9 SOUTH STERLING ST |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | KINGSTON, NY 12401 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KIPP'S LAWNMOWER SALES & SERVICE INC |
|---|---|---|---|
| | | | 2419 OGDEN AV |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | LISLE, IL 60532 |

| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KIRK'S LLC |
|---|---|---|---|
| | | | 3995 FAIRGROVE RD |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | FAIRGROVE, MI 48733 |

| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KITSAP TOOL REPAIR |
|---|---|---|---|
| | | | 5734 NE MINDER RD |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | POULSBA, WA 98370 |

| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KIWI LAWNMOWER & CHAINSAW REPAIR |
|---|---|---|---|
| | | | 1103 W REYNOLDS AVE |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | CENTRALIA, WA 98531 |

| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KLAUS HOLDINGS INC |
|---|---|---|---|
| | | | 800 N WEATHERLY ST |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | BORGER, TX 79007 |

| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KOOTENAI LAWN & GARDEN INC |
|---|---|---|---|
| | | | 1401 BEST AVE |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | COEUR D ALENE, ID 83814 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer | KORPACK INC-83621262 |
|---|---|---|---|
| | | | 290 MADSEN DR STE 101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | BLOOMINGDALE, IL 60108 |

| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Licensee | KURT P HERRERA |
|---|---|---|---|
| | | | 1505 BALEIN CT |
| | **State the term remaining** | 5 month(s) | |
| | **List the contract number of any government contract** | | HAYWARD, CA 94544 |

| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | KURT'S LAWN & GARDEN |
|---|---|---|---|
| | | | 340 SNOVER ROAD |
| | **State the term remaining** | 30 month(s) | |
| | **List the contract number of any government contract** | | SANDUSKY, MI 48471 |

| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | L & D SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 17480 70TH ST SE |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | WAHPETON, ND 58075 |

| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LABONVILLE INC |
|---|---|---|---|
| | | | 504 MAIN STREET |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | GORHAM, NH 03581 |

| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LAKEWAY OUTDOOR POWER EQUIPMENT, LLC |
|---|---|---|---|
| | | | 15307 STORM DRIVE |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | AUSTIN, TX 78734 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|-----------------------------|-------------------------|----------|
|        | Name                        |                         |          |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | Tax Agreement<br><br>Buyer | LANDS' END, INC. |
|-------|----------------------------------------------------------------------------------|----------------------------|-------------------|
|       |                                                                                  |                            | 1 LANDS' END LANE |
|       | State the term remaining                                                         |                            |                   |
|       | List the contract number of any government contract                              |                            | DODGEVILLE, WI 53595 |

| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | Tax Agreement<br><br>Buyer | LANDS' END, INC. |
|-------|----------------------------------------------------------------------------------|----------------------------|-------------------|
|       |                                                                                  |                            | 1 LANDS' END LANE |
|       | State the term remaining                                                         |                            |                   |
|       | List the contract number of any government contract                              |                            | DODGEVILLE, WI 53595 |

| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br><br>Buyer | LANDS' END, INC. |
|-------|----------------------------------------------------------------------------------|--------------------------------|-------------------|
|       |                                                                                  |                                | 5 LANDS' END LANE |
|       | State the term remaining                                                         | 20 month(s)                    |                   |
|       | List the contract number of any government contract                              |                                | DODGEVILLE, WI 53595 |

| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | LARRY'S SMALL ENGINE REPAIR |
|-------|----------------------------------------------------------------------------------|----------------------------------|------------------------------|
|       |                                                                                  |                                  | 9146 N BROADWAY ST           |
|       | State the term remaining                                                         | 19 month(s)                      |                              |
|       | List the contract number of any government contract                              |                                  | SANTA MARIA, CA 93434        |

| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | LASTER OUTDOOR POWER EQUIPMENT |
|-------|----------------------------------------------------------------------------------|----------------------------------|---------------------------------|
|       |                                                                                  |                                  | 814 N W STALLINGS               |
|       | State the term remaining                                                         | 38 month(s)                      |                                 |
|       | List the contract number of any government contract                              |                                  | NACOGDOCHES, TX 75964           |

| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | LAWN & MOWER DOC LLC |
|-------|----------------------------------------------------------------------------------|----------------------------------|-----------------------|
|       |                                                                                  |                                  | 680 WEISS ROAD        |
|       | State the term remaining                                                         | 16 month(s)                      |                       |
|       | List the contract number of any government contract                              |                                  | ST PETER'S, MO 63376  |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LAWN & MOWER DOC LLC |
|---|---|---|---|
| | | | 4456 HWY 701 N |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | CONWAY, SC 29526 |

| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LAWN EQUIPMENT INC |
|---|---|---|---|
| | | | 405 MAIN STREET |
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | HILLIARD, OH 43026 |

| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LAWN MOWER SHOP INC |
|---|---|---|---|
| | | | 237 W UNION AVE |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | BOUND BROOK, NJ 08805 |

| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | LBA REALTY LLC |
|---|---|---|---|
| | | | 3347 MICHELSON DRIVE |
| | State the term remaining | 115 month(s) | SUITE 200 |
| | List the contract number of any government contract | | IRVINE, CA 92612 |

| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | LBA REALTY LLC |
|---|---|---|---|
| | | | 3347 MICHELSON DRIVE |
| | State the term remaining | 115 month(s) | SUITE 200 |
| | List the contract number of any government contract | | IRVINE, CA 92612 |

| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | LBA REALTY LLC |
|---|---|---|---|
| | | | 3347 MICHELSON DRIVE |
| | State the term remaining | 115 month(s) | SUITE 200 |
| | List the contract number of any government contract | | IRVINE, CA 92612 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | LBA REALTY, LLC |
|---|---|---|---|
| | State the term remaining | 115 month(s) | 3347 MICHELSON DRIVE<br>SUITE 200 |
| | List the contract number of any government contract | | IRVINE, CA 92612 |

| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEAR UNLIMITED LLC |
|---|---|---|---|
| | State the term remaining | 30 month(s) | 2204 NORTH WOLFE STREET |
| | List the contract number of any government contract | | MUNCIE, IN 47303 |

| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEDVANCE LLC |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 100 ENDICOTT STREET |
| | List the contract number of any government contract | | DANVERS, MA 01923 |

| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEE HOFFPAUIR INC |
|---|---|---|---|
| | State the term remaining | 28 month(s) | 2105 S WATER ST |
| | List the contract number of any government contract | | BURNET, TX 78611 |

| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEE LAWNMOWER |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 2426 S MAIN ST |
| | List the contract number of any government contract | | SANTA ANA, CA 92707 |

| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEES LAWN CARE & EQUIPMENT LLC |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 411 E UNBOUDALE DR |
| | List the contract number of any government contract | | MOBENLY, MO 65270 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEMONS FARM EQUIPMENT |
| --- | --- | --- | --- |
| | | | 42 LEMON LANE |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | PARKERSBURG, WV 26101 |

| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEN'S SMALL ENGINE REPAIR |
| --- | --- | --- | --- |
| | | | 311 2ND AVE |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | CARBON CLIFF, IL 61239 |

| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEONARD'S DIESEL REPAIR |
| --- | --- | --- | --- |
| | | | P O BOX 32 |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | ONTARIO, CA 91762 |

| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | LEXISNEXIS RISK SOLUTIONS |
| --- | --- | --- | --- |
| | | | 28330 NETWORK PLACE |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60673 |

| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | LEXMARK INTERNATIONAL INC-623331717 |
| --- | --- | --- | --- |
| | | | P O BOX 96612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| --- | --- | --- | --- |
| | | | 27201 BELLA VISTA PARKWAY SUITE 210 |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | WARRENVILLE, IL 60555 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LIBERTY SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 1451 OGLETHORPE HWY |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | HINESVILLE, GA 31313 |

| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LIBERTY TIRE RECYCLING |
|---|---|---|---|
| | | | 1251 WATERFRONT PLACE 4TH FLOOR |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | PITTSBURGH, PA 15222 |

| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LIFFCO POWER EQUIPMENT INC |
|---|---|---|---|
| | | | 99 JERICHO TPKE |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | MINNEOLA, NY 11501 |

| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LINK SMALL ENGINE REPAIR LLC |
|---|---|---|---|
| | | | 23 COLD WINTER ROAD |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | BLOOMFIELD, CT 06002 |

| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | LLOYDS OF LONDON (AIG 80% / ACT 20%) |
|---|---|---|---|
| | | | 58 FENCHURCH STREET |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | LONDON, ENGLAND EC3M 4AB |

| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | LLOYDS OF LONDON (BEAZLEY 37.5% / ASPEN 15% / ACT 20% / STARTPOI |
|---|---|---|---|
| | | | PLANTATION PLACE SOUTH 60 GREAT TOWER |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | LONDON, ENGLAND EC3R 5AD |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates | LLOYDS OF LONDON (BEAZLEY) |
|---|---|---|---|
| | | Buyer | PLANTATION PLACE SOUTH 60 GREAT TOWER STREET |
| | **State the term remaining** | 7 month(s) | |
| | **List the contract number of any government contract** | | LONDON, ENGLAND EC3R 5AD |

| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates | LLOYDS OF LONDON (HISCOX 50% / AIG 30% / ACT 20% (UK)) |
|---|---|---|---|
| | | Buyer | 1 GREAT ST HELEN'S |
| | **State the term remaining** | 7 month(s) | |
| | **List the contract number of any government contract** | | LONDON, ENGLAND EC3A 6HX |

| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates | LLOYDS OF LONDON (STARTPOINT 50% / ASPEN 30% / ACT 20% (UK)) |
|---|---|---|---|
| | | Buyer | 1ST FLOOR 62 CORNHILL |
| | **State the term remaining** | 7 month(s) | |
| | **List the contract number of any government contract** | | LONDON, ENGLAND EC3V 3NH |

| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates | LLOYD'S SYNDICATE NO. 1183 (TAL, BRT) |
|---|---|---|---|
| | | Buyer | THE LEADENHALL BUILDING 122 LEADENHALL ST |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | LONDON, ENGLAND EC3V 4AN |

| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates | LLOYD'S SYNDICATE NO. 1414 (ASC) |
|---|---|---|---|
| | | Buyer | ASCOT UNDERWRITING LIMITED 20 FENCHURCH STREET |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | LONDON, ENGLAND EC3M 3BY |

| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates | LLOYD'S SYNDICATE NO. 1955 (BARBICAN) |
|---|---|---|---|
| | | Buyer | WINDWARD PLACE 24 CROW LANE |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | HAMILTON HM 19 |

Debtor   SEARS HOLDINGS CORPORATION

Name

Case number *(if known)*   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | LLOYD'S SYNDICATE NO. 1955 (BARBICAN) |
| | | | BARBICAN INSURANCE GROUP WINDWARD PLACE 24 CROW LANE |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | HAMILTON HM 19 |

| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | LLOYD'S SYNDICATE NO. 2468 (NEON) |
| | | | PURVIS HOUSE 1ST FLOOR 29 VICTORIA STREET |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | HAMILTON HM 10 |

| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | LLOYD'S SYNDICATE NO. 318 (MSP) |
| | | | BEAUFORT UNDERWRITING AGENCY LIMITED THIRD FLOOR ONE MINSTER |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | LONDON, ENGLAND EC3R 7AA |

| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br><br>Buyer | LLOYDS SYNDICATES 623/2623 |
| | | | 333 WEST WACKER DRIVE SUITE 1400 |
| | State the term remaining | 79 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br><br>Buyer | LLOYDS SYNDICATES 623/2623 |
| | | | 333 WEST WACKER DRIVE SUITE 1400 |
| | State the term remaining | 79 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br><br>Buyer | LLOYDS SYNDICATES 623/2623 |
| | | | 333 WEST WACKER DRIVE SUITE 1400 |
| | State the term remaining | 79 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LOKO PARTNERS INC |
|---|---|---|---|
| | | | 1598 US ROUTE 302 |
| | **State the term remaining** | 5 month(s) | |
| | **List the contract number of any government contract** | | BARRE, VI 005641 |

| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LONG'S AUTO & SMALL ENGINE |
|---|---|---|---|
| | | | 2253 JOE BROWN HWY S |
| | **State the term remaining** | 40 month(s) | |
| | **List the contract number of any government contract** | | CHADBOURN, NC 28431 |

| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LONG'S OUTDOORS POWER EQUIPMENT |
|---|---|---|---|
| | | | 1601 E 5TH ST |
| | **State the term remaining** | 40 month(s) | |
| | **List the contract number of any government contract** | | TABOR CITY, NC 28463 |

| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LORENZ ENTERPRISES LLC |
|---|---|---|---|
| | **State the term remaining** | 20 month(s) | |
| | **List the contract number of any government contract** | | |

| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LOWELLS SMALL ENGINE |
|---|---|---|---|
| | | | 926 N BLOOMINGTON ST HWY 71 NORTH |
| | **State the term remaining** | 5 month(s) | |
| | **List the contract number of any government contract** | | LOWELL, AR 72745 |

| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer | LOZIER CORPORATION-981308 |
|---|---|---|---|
| | | | PO BOX 3577 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | OMAHA, NE 68103 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | LOZIER STORE FIXTURES LLC-6422224 |
|---|---|---|---|
| | | | P O BOX 30055 |
| | State the term remaining | | |
| | List the contract number of any government contract | | OMAHA, NE 68103 |

| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LTM TRUCK & RV REPAIR INC |
|---|---|---|---|
| | | | 62684 SHINDEHAUSER RD |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | COCIS BAY, OR 97420 |

| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LUBBOCK POWER & LAWN |
|---|---|---|---|
| | | | 12101 GENEVA AVE |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | LUBBOCK, TX 79423 |

| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | LUCIDWORKS INC-656132 |
|---|---|---|---|
| | | | 340 BRANNAN STREET SUITE 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94107 |

| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LUMBER RIVER TRADING CO |
|---|---|---|---|
| | | | 1675 N ROBERTS AVE |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | LUMBERTON, NC 28358 |

| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | M & D FOUR SEASONS |
|---|---|---|---|
| | | | 1642 EAST PARK AVE |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | ENTERPRISE, AL 36330 |

Debtor  SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*  18-23538
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | M&D MOWER AND APPLIANCE |
| | | | 25405 BROADWAY AVE |
| | State the term remaining | 36 month(s) | 4 |
| | List the contract number of any government contract | | OAKWOOD VILLAGE, OH 44146 |

| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MACFARLANE SMALL ENGINE SERVICE |
| | | | 130 WEST FRONT ST |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | SHREVEPORT, LA 71107 |

| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MACGYVER |
| | | | 14 FRANKLIN RD |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | OCEAN SPRINGS, MS 39564 |

| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | MADIX INC-981373 |
| | | | PO BOX 204040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | DALLAS, TX 75320 |

| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | MAGNA CARTA INSURANCE LIMITED |
| | | | 22 QUEEN STREET |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | HAMILTON HM HX |

| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MAGNOLIA RENTAL & SALES BATES |
| | | | 171 HWY 51 S |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | BATESVILLE, MS 38606 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br><br>Buyer | MANNINGTON MILLS INC-685321 |
|---|---|---|---|
| | **State the term remaining** | | PO BOX 96261 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60693 |

| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | MANTHE EQUIPMENT |
|---|---|---|---|
| | **State the term remaining** | 36 month(s) | 1039 CALIFORNIA WAY |
| | **List the contract number of any government contract** | | LONGVIEW, WA 98632 |

| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | MARKEL BERMUDA LTD. |
|---|---|---|---|
| | | | MARKEL BERMUDA LTD  MARKEL HOUSE 2 FRONT STREET |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | HAMILTON |

| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | MAROON & WHITE LLC |
|---|---|---|---|
| | **State the term remaining** | 25 month(s) | 1410 MONTAGUE AVE EXT |
| | **List the contract number of any government contract** | | GREENWOOD, SC 29649 |

| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | MAURER'S LAWN MOWER |
|---|---|---|---|
| | **State the term remaining** | 19 month(s) | 5575 CONCORD RD |
| | **List the contract number of any government contract** | | BEAUMONT, TX 77708 |

| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | MAVERICK SOLUTIONS GROUP LLC |
|---|---|---|---|
| | **State the term remaining** | 5 month(s) | 4551 S WHITE MTN RD3 |
| | **List the contract number of any government contract** | | SHOWLOW, AZ 85901 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer | MBS IDENTIFICATION INC-1000483354 |
|---|---|---|---|
| | | | P O BOX 642 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | PARK RIDGE, IL 60068 |

| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MCCOY EQUIPMENT SALES INC |
|---|---|---|---|
| | | | 2847 US 322 |
| | **State the term remaining** | 36 month(s) | |
| | **List the contract number of any government contract** | | FRANKLIN, PA 16323 |

| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MCGEE EQUIPMENT RENTAL & SALES INC |
|---|---|---|---|
| | | | 1458 HWY 190 |
| | **State the term remaining** | 35 month(s) | |
| | **List the contract number of any government contract** | | EUNICE, CA 70535 |

| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MCLEANS PROMART HOMECENTER II INC |
|---|---|---|---|
| | | | 209 S JAMES ST |
| | **State the term remaining** | 29 month(s) | |
| | **List the contract number of any government contract** | | GRAYLING, MI 49738 |

| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MCLEANS PROMART HOMECENTER II INC |
|---|---|---|---|
| | | | 209 S JAMES ST |
| | **State the term remaining** | 29 month(s) | |
| | **List the contract number of any government contract** | | GRAYLING, MI 49738 |

| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MEADOW FARM MARKET |
|---|---|---|---|
| | | | PO BOX 51 |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | SOUTH LEE, MA 02160 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MEADOWBROOK HARDWARE<br>4217 SO ALAMED N<br>CORPUS CHRISTI, TX 78412 |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MECHANICAL SHOP OF LAREDO INC<br>110 RANCH ROAD 6086 C<br>LAREDO, TX 78043 |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | MEG DIVISION OF HIRSH IND-741061<br>39803 TREASURY CENTER<br>CHICAGO, IL 60694 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | MENDIX INC-712751<br>268 SUMMER STREET<br>BOSTON, MA 02210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | MERLON SOFTWARE CORPORATION-721329<br>2420 MEADOWPINE BLVD STE 100<br>MISSISSAUGA, ON L5N 1W1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MESA RENTAL CENTER<br>3716 E MAIN ST 1<br>MESA, AZ 85205 |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | METROPOLITAN LIFE INSURANCE COMPANY |
|---|---|---|---|
| | | | 1900 E GOLF ROAD |
| | State the term remaining | 38 month(s) | SUITE 500 |
| | List the contract number of any government contract | | SCHAUMBURG, IL 60173 |

| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | METROWEST SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 20 SPRING ST |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | NATICK, MA 01760 |

| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MEZA'S SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 204 W MAIN ST |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | EL CANTRO, CA 92243 |

| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MG MANAGEMENT CO LLC |
|---|---|---|---|
| | | | 3151 S SPRINGFIELD AVENUE |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | BOLIVAR, MO 65613 |

| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MICHAELS SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 246 JEFFERSON ST |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | GREENFIELD, OH 45123 |

| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MICHAELS SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 246 JEFFERSON ST |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | GREENFIELD, OH 45123 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MICHIANA LAWN EQUIPMENT INC |
|---|---|---|---|
| | | | 430 S MAYFLOWER |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | SOUTH BEND, IN 46619 |

| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | MICRO FOCUS (US) INC-40760006 |
|---|---|---|---|
| | | | DEPT CH 19224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | PALATINE, IL 60055 |

| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MIDWEST CENTRAL OUTDOOR LLC |
|---|---|---|---|
| | | | 17567 US HWY 71 |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | ST JOSEPH, MO 64505 |

| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MIDWEST EQUIPMENT |
|---|---|---|---|
| | | | 3150 W COLLEGE AVE |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | NORMAL, IL 61761 |

| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MIDWEST POWER EQUIPMENT |
|---|---|---|---|
| | | | 2446 JOLLY ROAD |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | OKEMOS, MI 48864 |

| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MIDWEST SMALL ENGINE SALES & REPAIRS LLC |
|---|---|---|---|
| | | | 4145 NW 25TH ST |
| | State the term remaining | 32 month(s) | BLDG C |
| | List the contract number of any government contract | | TOPEKA, KS 66618 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | MIKE MEDIA GROUP INC-695096 |
| | State the term remaining | | 642 N NOBLE ST 4 |
| | List the contract number of any government contract | | CHICAGO, IL 60642 |

| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MILLENNIUM POWER EQUIPMENT |
| | State the term remaining | 35 month(s) | 602 IDOL ST |
| | List the contract number of any government contract | | HIGH POINT, NC 27262 |

| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | MILLER LANDSCAPE INC-125492 |
| | State the term remaining | | 815 BROWN ROAD |
| | List the contract number of any government contract | | ORION, MI 48359 |

| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MILLIMAN, INC |
| | State the term remaining | 3 month(s) | 1301 5TH AVE SUITE 3800 |
| | List the contract number of any government contract | | SEATTLE, WA 98101 |

| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MITCHELLS SMALL ENGINE SUPPLY,INC |
| | State the term remaining | 16 month(s) | 821 WASHINGTON AVE |
| | List the contract number of any government contract | | GREENSVILLE, MS 38701 |

| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | UTC (Includes Affiliates)<br>Buyer | MJ HOLDING COMPANY, LLC |
| | State the term remaining | | 7001 S HARLEM AVE |
| | List the contract number of any government contract | | BEDFORD PARK, IL 60638 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MJAJ LLC |
|---|---|---|---|
| | | Buyer | 8055 E HWY 24 |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | MANHATTAN, KS 66502 |

| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | M-M REPAIR SERVICE LLC |
|---|---|---|---|
| | | Buyer | P O BOX 356 |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | PINELAND, TX 75968 |

| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MOATES SMALL ENGINE REPAIR LLC |
|---|---|---|---|
| | | Buyer | 5019A HWY 22 |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | PANAMA CITY, FL 32404 |

| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MOBILE LAWN & GARDEN REPAIR |
|---|---|---|---|
| | | Buyer | 1027 PITTSBURGH ROAD |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | UNIONTOWN, PA 15401 |

| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | MONGODB, INC. |
|---|---|---|---|
| | | Subscriber | 229 WEST 43RD ST |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10036 |

| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MONTEBELLO SALES, SERVICE & REPAIR INC |
|---|---|---|---|
| | | Buyer | 5606 US HIGHWAY 61  67 |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | IMPERIAL, MO 63052 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|--------|----------------------------|------------------------|----------|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOORSET ENTERPRISES LLC |
|-------|--------------------------------------------------------------------------------|-----------------------------|--------------------------|
| | | | 510 E I H 10 |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | SEQVIN, TX 78155 |

| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOR POWER EQUIPMENT INC |
|-------|--------------------------------------------------------------------------------|-----------------------------|--------------------------|
| | | | PO BOX 149 |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | TAPPAN, NY 10983 |

| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MORGAN STANLEY SMITH BARNEY |
|-------|--------------------------------------------------------------------------------|-----------------------------|-----------------------------|
| | | | 787 SEVENTH AVE |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10019 |

| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MORRIS LEVIN & SON |
|-------|--------------------------------------------------------------------------------|-----------------------------|--------------------------|
| | | | 1816 SOUTH K ST |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | TULARE, CA 93274 |

| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOWER MAINTENANCE SERVICE |
|-------|--------------------------------------------------------------------------------|-----------------------------|----------------------------|
| | | | 10150 OXFORD DR |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | PICKERINGTON, OH 43147 |

| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOWER MEDIC |
|-------|--------------------------------------------------------------------------------|-----------------------------|-------------|
| | | | 537 HWY 62412 |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | ASH FLAT, AR 72513 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOWER PRO LLC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 1210 JOHN SNALL AVENUE |
| | List the contract number of any government contract | | WASHINGTON, NC 27889 |

| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOWERS AND MORE |
|---|---|---|---|
| | State the term remaining | 38 month(s) | 224 ULSTER AVE |
| | List the contract number of any government contract | | STE A |
| | | | SAUGERTIES, NY 12477 |

| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MR MOWER |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 4500 YELLOWSTONE |
| | List the contract number of any government contract | | POCATELLO, ID 83202 |

| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MSK ASSOCIATES INC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 15910 EDGEWOOD DRIVE |
| | List the contract number of any government contract | | BAXTER, MN 56425 |

| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MY 3 SONS POWER EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 6321 WAGNER AVE |
| | List the contract number of any government contract | | GRAND BLANC, MI 48439 |

| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | NATIONAL CASUALTY COMPANY |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 1712 MAGNAVOX WAY |
| | List the contract number of any government contract | | FORT WAYNE, IN 46804 |

Debtor    SEARS HOLDINGS CORPORATION         Case number *(if known)*   18-23538
Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | NATIONAL CASUALTY COMPANY |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 1712 MAGNAVOX WAY |
| | List the contract number of any government contract | | FORT WAYNE, IN 46804 |

| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | | NATIONAL ENTERTAINMENT |
|---|---|---|---|
| | | | ATD-COAM |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30348 |

| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | NATIONAL ENTERTAINMENT |
|---|---|---|---|
| | | | ATD-COAM |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30348 |

| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | | NATIONAL ENTERTAINMENT |
|---|---|---|---|
| | | | ATD-COAM |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30348 |

| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | NATIONAL ENTERTAINMENT |
|---|---|---|---|
| | | | ATD-COAM |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30348 |

| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | | NATIONAL ENTERTAINMENT |
|---|---|---|---|
| | | | ATD-COAM |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30348 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | NATIONAL ENTERTAINMENT<br><br>ATD-COAM |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30348 |

| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA<br><br>99 HIGH STREET |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | BOSTON, MA 02110 |

| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | NATIONS SMALL ENGINE<br><br>3107 ALBERT PIKE |
|---|---|---|---|
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOT SPRINGS, AZ 71913 |

| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br><br>Buyer | NAVIGATORS SPECIALTY INSURANCE COMPANY<br><br>230 W MONROE ST SUITE 1575 |
|---|---|---|---|
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br><br>Service Provider | NAVY EXCHANGE SERVICE COMMAND (N<br><br>3280 VIRGINIA BEACH BOULEVARD |
|---|---|---|---|
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | VIRGINIA BEACH, VA 23452 |

| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | NEIGHBORHOOD LAWNMOWER REPAIR<br><br>6105 MADISON ROAD |
|---|---|---|---|
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | CINNCINNATI, OH 45727 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | NEPTUNO MEDIA INC-23626703 |
|---|---|---|---|
| | | | PO BOX 191995 |
| | State the term remaining | | |
| | List the contract number of any government contract | | SAN JUAN, PR 00919 |

| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | NETAPP BV-655175 |
|---|---|---|---|
| | | | BOEING AVE 300 1119 PZ |
| | State the term remaining | | |
| | List the contract number of any government contract | | SCHIPHOL RIJK, NETHERLANDS |

| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | | NEUSTAR INFORMATION SERVICES, INC. |
|---|---|---|---|
| | | | Â 21575 RIDGETOP CIRCLE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | STERLING, VA 20166 |

| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NEW ENGLAND POWER EQUIPMENT |
|---|---|---|---|
| | | | 400 BOSTON POST RD |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | OLD SAYBROOK, CT 06475 |

| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | Private Label Supply Agreement (Includes affiliates)<br>Buyer | NIAGRA BOTTLING, LLC |
|---|---|---|---|
| | | | 2560 E PHILADELPHIA ST |
| | State the term remaining | | |
| | List the contract number of any government contract | | ONTARIO, CA 91761 |

| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NICK'S LITTLE ENGINE SHOP |
|---|---|---|---|
| | | | 504 SANDHILLE ROAD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | GREENFIELD CENTER, NY 12833 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NIXA SMALL ENGINE |
|---|---|---|---|
| | | | 722 W KATHRYN ST |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | NIVA, MO 65714 |

| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | NOHODO LLC-702361 |
|---|---|---|---|
| | | | 8 E WASHINGTON ST STE 200 |
| | State the term remaining | | |
| | List the contract number of any government contract | | CHAGRIN FALLS, OH 44022 |

| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | NORTH AMERICAN ELITE INSURANCE COMPANY |
|---|---|---|---|
| | | | 222 WEST ADAMS STREET SUITE 2300 |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | NORTH AMERICAN SPECIALTY INSURANCE COMPANY |
|---|---|---|---|
| | | | 222 WEST ADAMS STREET SUITE 2300 |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NORTHEAST MS SMALL ENGINE |
|---|---|---|---|
| | | | 401 NORTH 4TH ST |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | BALDWIN, MS 38824 |

| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NORTHPORT POWER EQUIPMENT INC |
|---|---|---|---|
| | | | 29 BRIGHTSIDE AVE |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | EAST NORTHPORT, NY 11731 |

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number (if known)    18-23538
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NORTHSHORE ACE HARDWARE |
| | | | 1037 ROBERT BLVD |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | SLIDELL, LA 70458 |

| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | NORTHWEST PALLET SUPPLY COMPANY-547141 |
| | | | 3648 MORREIM DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | BELVIDERE, IL 61008 |

| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NORTHWOODS HARDWARE HANK |
| | | | 321 N RIVER ST |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | SPOONER, WI 54801 |

| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NORWIN RENTAL SALES & SERVICE LLC |
| | | | 28 FAIRWOOD DRIVE |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | IRWIN, PA 15642 |

| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OAKES ATV AND SMALL ENGINE |
| | | | 401 S 3RD ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | PARAGOULD, AR 72450 |

| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | OLD REPUBLIC INSURANCE COMPANY |
| | | | 191 NORTH WACKER DRIVE SUITE 1000 |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OLEO ENTERPRISES |
| | | | 600 N HWY 77 STE E |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | WAXAHACHIE, TN 75165 |

| | | |
|---|---|---|
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OLIVER SMALL ENGINE SERVICE & STORAGE LLC |
| | | | 304 STATE ST |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | HOLMEN, WI 54636 |

| | | |
|---|---|---|
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | OLYMPIC FOREST PRODUCTS COMPANY-711220 |
| | | | 2200 CARNEGIE AVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | CLEVELAND, OH 44115 |

| | | |
|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ONCRAWL |
| | | | 2 RUE DU DOYEN GEORGES BRUS |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | PESSAC, 33600 |

| | | |
|---|---|---|
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | ONE WORLD TECHNOLOGIES, INC |
| | | | 1428 PEARMAN DAIRY ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | ANDERSON, SC 29625 |

| | | |
|---|---|---|
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | ONE WORLD TECHNOLOGIES, INC |
| | | | 1428 PEARMAN DAIRY ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | ANDERSON, SC 29625 |

Debtor   SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*   18-23538
_____

| | | | | |
|---|---|---|---|---|
| ▮▮▮ | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | O'NEILLS POWER EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 31 month(s) | 9 MAIN RD |
| | List the contract number of any government contract | | HOLDEN, ME 04429 |

| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OPE SERVICE CENTER LLC |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 2727 MYSTLE ST |
| | List the contract number of any government contract | | SIOUX CITY, IA 51103 |

| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | OPEN TEXT CORP-56614 |
|---|---|---|---|
| | State the term remaining | | 24685 NETWORK PLACE |
| | List the contract number of any government contract | | CHICAGO, IL 60673 |

| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | OPENNMS GROUP INC-647305 |
|---|---|---|---|
| | State the term remaining | | POST OFFICE 208 |
| | List the contract number of any government contract | | PITTSBORO, NC 27312 |

| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OPTUMRX |
|---|---|---|---|
| | State the term remaining | 26 month(s) | 1600 MCCONNOR PARKWAY |
| | List the contract number of any government contract | | SCHAUMBURG, IL 60173-6801 |

| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | ORIGINAL SMITH PRINTING-696240 |
|---|---|---|---|
| | State the term remaining | | 2 HARDMAN DR |
| | List the contract number of any government contract | | BLOOMINGTON, IL 61701 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OUTDOOR POWER |
|---|---|---|---|
| | | | 5280 CAUGHDENOY ROAD CLAY |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | CENTRAL SQUARE, NY 13041 |

| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OUTDOOR POWER EQUIPMENT STATION |
|---|---|---|---|
| | | | 5944 S ST RD 25 |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | ROCHESTER, IN 45975 |

| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OUTDOOR POWER LLC |
|---|---|---|---|
| | | | 839 STATE ST |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | WATERTOWN, MN 13001 |

| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OUTDOOR POWER OF NORTHERN NY INC |
|---|---|---|---|
| | | | 839 STATE ST |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | WATERTOWN, MN 13001 |

| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | P FAM LLC |
|---|---|---|---|
| | | | 1505 S PARADISE DR |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | COTTONWOOD, AZ 86326 |

| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | P&K MIDWEST INC |
|---|---|---|---|
| | | | 2415 SERGEANT ROAD |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | WATERLOO, IA 50701 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PACIFIC NAIL & STAPLE, INC. |
|---|---|---|---|
| | State the term remaining | 20 month(s) | 11332 120TH AVE NE |
| | List the contract number of any government contract | | KIRKLAND, WA 98033 |

| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PACIFIC NAIL & STAPLE, INC. |
|---|---|---|---|
| | State the term remaining | 20 month(s) | 11332 120TH AVE NE |
| | List the contract number of any government contract | | KIRKLAND, WA 98033 |

| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | PACKSIZE LLC-78282437 |
|---|---|---|---|
| | State the term remaining | | 6440 S WASATCH BLVD |
| | List the contract number of any government contract | | SALT LAKE CITY, UT 84121 |

| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | PALMER PROMOTIONAL PRODUCTS-691465 |
|---|---|---|---|
| | State the term remaining | | 23001 WEST INDUSTRIAL DRIVE |
| | List the contract number of any government contract | | ST CLAIR SHORES, MI 48080 |

| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | PANEL PROCESSING INC-370056 |
|---|---|---|---|
| | State the term remaining | | 1418 RELIABLE PKWY |
| | List the contract number of any government contract | | CHICAGO, IL 60686 |

| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PARKLAND LAWN EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 17 month(s) | 980 WOODLAND DR |
| | List the contract number of any government contract | | FARMINGTON, MO 63640 |

| Debtor | SEARS HOLDINGS CORPORATION | | | Case number *(if known)* | 18-23538 |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>N<br>Buyer | PARSONS SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 804 HWY 7159 SOUTH |
| | **State the term remaining** | 30 month(s) | |
| | **List the contract number of any government contract** | | MENA, AR 71953 |

| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | PARTNERRE IRELAND INSURANCE DA |
|---|---|---|---|
| | | | ZURICH BRANCH BELLERIVESTRASSE 36 |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | ZURICH CH-8034 |

| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | PARTS R US |
|---|---|---|---|
| | | | 642 MAIN ST |
| | **State the term remaining** | 50 month(s) | |
| | **List the contract number of any government contract** | | LIMESTONE, NY 14753 |

| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | PAULDING ACE HARDWARE LLC |
|---|---|---|---|
| | | | 1251 N WILLIAM |
| | **State the term remaining** | 36 month(s) | |
| | **List the contract number of any government contract** | | PAULDING, OH 45878 |

| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | PAYNES INC |
|---|---|---|---|
| | | | 160 E BOSWELL ST |
| | **State the term remaining** | 15 month(s) | |
| | **List the contract number of any government contract** | | BATESVILLE, AR 72501 |

| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer | PEAK RYZEX INC-622472 |
|---|---|---|---|
| | | | 8458 SOLUTIONS CENTER |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60677 |

Debtor      SEARS HOLDINGS CORPORATION
            Name                                                    Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | PEGGS CO-41690850 |
|---|---|---|---|
| | | | P O BOX 907 |
| | State the term remaining | | |
| | List the contract number of any government contract | | MIRA LOMA, CA 91752 |

| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PEORIA MIDWEST EQUIPMENT INC |
|---|---|---|---|
| | | | 4826 FARMVIEW RD |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | PEORIA, IL 61604 |

| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PERRYS SMALL ENGINE |
|---|---|---|---|
| | | | 1110 KINMUNDY RD |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | LOUISVILLE, IL 62858 |

| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>N<br>Buyer | PHILLIPS HEAT & HARDWARE INC |
|---|---|---|---|
| | | | 1680 KY-40 |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | STAFFORDSVILLE, KY 41256 |

| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PICKREL INC |
|---|---|---|---|
| | | | 326 S BICKETT BLVD |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | LOUISBURG, NC 27549 |

| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | PLATFORA INC-706591 |
|---|---|---|---|
| | | | 1300 S EL CAMINO REAL 600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | SAN MATEO, CA 94402 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | PM TECHNOLOGIES LLC-269907 |
|---|---|---|---|
| | | | 29395 WALL STREET |
| | State the term remaining | | |
| | List the contract number of any government contract | | WIXOM, MI 48393 |

| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | POCONO TRACTOR & EQUIPMENT INC |
|---|---|---|---|
| | | | 34 N CRYSTAL STREET |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | EAST STROUDSBURG, PA 18301 |

| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | POPP'S OUTDOOR EQUIPMENT |
|---|---|---|---|
| | | | 722 DIX RD |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | JEFFERSON CITY, MO 65109 |

| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | POWER MOWER SALES |
|---|---|---|---|
| | | | 11340 SW 208TH DRIVE |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | MIAMI, FL 33189 |

| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | POWERED OUTDOOR EQUIPMENT |
|---|---|---|---|
| | | | 3160 INDUSTRAIL DR |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | YUSA CITY, CA 95793 |

| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRATTS LAWN & GARDEN EQUIPMENT |
|---|---|---|---|
| | | | 1805 HISTORIC 66 W |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | WAYRESVILLE, MO 65583 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRECISION MECHANICS AND WOODWORK |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 134 JUBBS RD |
| | List the contract number of any government contract | | BATESVILLE, MS 38606 |

| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRECISION MECHANICS AND WOODWORK |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 134 TUBBS RD |
| | List the contract number of any government contract | | BATESVILLE, MS 38606 |

| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRECISION TOOL REPAIR & SHARPENING |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 4211 SUNSET LN 103 |
| | List the contract number of any government contract | | SHINGLE SPRINGS, CA 95682 |

| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRECISION TOOL REPAIR & SHARPENING |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 4211 SUNSET LN 103 |
| | List the contract number of any government contract | | SHINGLE SPRINGS, CA 95682 |

| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PREFERRED SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 39 month(s) | 14982 FM2329 |
| | List the contract number of any government contract | | EUSTACE, TX 75124 |

| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PREMIER POWERSPORTS & TRACTOR |
|---|---|---|---|
| | State the term remaining | 37 month(s) | 11991 RTE 422<br>HWY E |
| | List the contract number of any government contract | | PENN RUN, PA 15765 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRESSURE SPRAY INC |
|---|---|---|---|
| | | | 4796 INTERSTATE DR |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | CINNCINATI, OH 45246 |

| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRIDE HARDWARE LLC |
|---|---|---|---|
| | | | 33 E SOUTH ST |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | GENESEO, NY 14454 |

| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRO POWER |
|---|---|---|---|
| | | | 555 S UTAH AVE |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | IDAHO FALLS, ID 83402 |

| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRO TURF LAWN & GARDEN CENTER |
|---|---|---|---|
| | | | 2682 HWY 70 WEST |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | GOLDSBORO, NC 27530 |

| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRO-FIX POWER EQUIPMENT |
|---|---|---|---|
| | | | 136 NARROWS RD |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | LARKSVILLE, PA 18651 |

| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PURPOSEFUL SOFTWARE LLC |
|---|---|---|---|
| | | | 8150 HANSEN ROAD NE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | BAINBRIDGE ISLAND, WA 98110 |

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | Sales Orders SALES AGREMEENT SELLER | QA PARTNERS LLC |
| | | | PO BOX 15780 |
| | State the term remaining | | 420 QUEEN ANN AVE |
| | List the contract number of any government contract | | SEATTLE, WA 98116 |

| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | QUALITY 122 LLC |
| | | | 2520 ANDERSONVILLE HWY |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | CLINTON, TN 37716 |

| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | QUALITY GARDEN & EQUIPMENT SALES |
| | | | 753 NORTH COLONY ROAD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | MERIDIEN, CT 06450 |

| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | QUALITY RENTAL CENTERS INC |
| | | | 390 WOLCOTT STREET |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | PAWTUCKET, RI 02860 |

| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | QUALITY TRUCK & EQUIPMENT CO |
| | | | 1201 E BELL ST |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | BLOOMINTON, IL 61704 |

| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | QUINCY SMALL ENGINE REPAIR INC |
| | | | 255 COPELAND ST |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | QUINCY, MA 02169 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | R & D MOWER & SNOWBLOWER SALES & SERVICE |
|---|---|---|---|
| | | | 507 W COMMERCIAL ST SUITE 6 |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | EAST ROCHESTER, NY 14445 |

| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | R & M SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 3132 E MAIN ST |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | ENDWELL, NY 13760 |

| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | R & P WEBB ENTERPRISES INC |
|---|---|---|---|
| | | | 1411 WEST MAIN STREET |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | FAIRFIELD, IL 62837 |

| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | R&J SMALL ENGINES |
|---|---|---|---|
| | | | 1722 EAST CHESTER ST |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | JACKSON, TN 38301 |

| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | R.A. GROOMS & SON, LLC |
|---|---|---|---|
| | | | 260 WARD ST |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | HIGHTSTOWN, NJ 08520 |

| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | RAMER SMALL ENGINE & POWERSPORTS |
|---|---|---|---|
| | | | 13088 SW PENINSULA RD |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | HAYWARD, WI 54893 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RANDLEMAN ROAD ACE HARDWARE |
|---|---|---|---|
| | | | 3002 RANDLEMAN ROAD |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | GREENSBORO, NC 27406 |

| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RAYS ENGINE MACHINE |
|---|---|---|---|
| | | | 2360 TOGO ST |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | EUREKA, CA 95501 |

| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RAY'S LANDING STORAGE |
|---|---|---|---|
| | | | 2345 S GREEN RD |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | LAKE CITY, MI 49651 |

| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RAYTHEON PROFESSIONAL SERVICES LLC |
|---|---|---|---|
| | | | 1200 S JUPITER ROAD |
| | State the term remaining | 8 month(s) | MS LB-CONTRACTOR |
| | List the contract number of any government contract | | GARLAND, TX 75042 |

| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RC ENGINES |
|---|---|---|---|
| | | | 635 E 4TH ST |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | PERO, NV 89512 |

| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RCK MOWER REPAIR |
|---|---|---|---|
| | | | 313 MING ST |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | WARRENSBURGH, MO 64093 |

Debtor     SEARS HOLDINGS CORPORATION
           Name

Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RED DESERT SALES INC |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 62 W MESQUITE BLVD |
| | List the contract number of any government contract | | MESQUITE, NV 89097 |

| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RED RIDERS LLC |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 465 SPRING ST<br>STE B |
| | List the contract number of any government contract | | WINDSOR LOCKS, CT 06096 |

| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | REDING REPAIR LLC |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 2000 OLD COUNTY RD 34 PL |
| | List the contract number of any government contract | | BURNSVILLE, MO 55337 |

| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | REDNECK OUTDOORS LLC |
|---|---|---|---|
| | State the term remaining | 28 month(s) | 2125 NEW NATCHITOCHES ROAD |
| | List the contract number of any government contract | | WEST MONROE, LA 71292 |

| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | REEDS OUTDOOR EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 8623 COL GLENN RD |
| | List the contract number of any government contract | | LITTLE ROCK, AR 72204 |

| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RELIABLE APPLIANCE REPAIR INC |
|---|---|---|---|
| | State the term remaining | 30 month(s) | 220 BADEN STRASSE |
| | List the contract number of any government contract | | JASPER, IN 47546 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|--------|----------------------------|--------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | RELIABLE SMALL ENGINE REPAIR |
|-------|---|---|---|
| | **State the term remaining** | 28 month(s) | 2434 JUNCTION HWY |
| | **List the contract number of any government contract** | | UNIT B |
| | | | KERRVILLE, TX 78028 |

| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | RELIABLE SMALL ENGINE REPAIR |
|-------|---|---|---|
| | **State the term remaining** | 28 month(s) | 2434 JUNCTION HYW UNIT B |
| | **List the contract number of any government contract** | | |
| | | | KERRVILLE, TX 78028 |

| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | REYNOLDS LAWN & LEISURE INC |
|-------|---|---|---|
| | **State the term remaining** | 34 month(s) | 12902 SHWANEE MISSION PARKWAY |
| | **List the contract number of any government contract** | | |
| | | | SHAWNEE, KS 66216 |

| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | RG POWER EQUIPMENT INC |
|-------|---|---|---|
| | **State the term remaining** | 19 month(s) | 13237 NE 20TH ST |
| | **List the contract number of any government contract** | | |
| | | | BELLEVUE, WA 98005 |

| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | RICHARD LLC |
|-------|---|---|---|
| | **State the term remaining** | 5 month(s) | 4319 RANCHO REDONDO 3826 |
| | **List the contract number of any government contract** | | |
| | | | ALBUQUERQUE, NM 87120 |

| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | RICK'S TOOL REPAIR |
|-------|---|---|---|
| | **State the term remaining** | 5 month(s) | 5959 STERLING DRIVE |
| | **List the contract number of any government contract** | | |
| | | | HOWELL, MI 48843 |

Debtor  SEARS HOLDINGS CORPORATION
      Name

Case number *(if known)*  18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | RICOH PRODUCTION PRINT SOLUTIONS-494138 |
|---|---|---|---|
| | | | P O BOX 644225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | PITTSBURGH, PA 15264 |

| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RINGGOLD POWER SPORTS |
|---|---|---|---|
| | | | 831 LAFAYETTE STREET |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | RINGGOLD, GA 307366 |

| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RINNELS RECREATIONAL REPAIR |
|---|---|---|---|
| | | | 7897 180TH AVE SE |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | WAHPETON, ND 58075 |

| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RIPLEY MARINE & SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 503 N SWIFT AVE |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | GLENFIELD, MN 55355 |

| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RJ'S OUTDOOR POWER INC |
|---|---|---|---|
| | | | 6 W STATE STREET |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | GRANBY, MA 01033 |

| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ROBERTS SMALL ENGINE SHOP |
|---|---|---|---|
| | | | 22765 DENTON VALLEY RD |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | ROBINSON, VA 24211 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ROBINETTS SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 3010 BERNICE AVE |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | RUSSELLVILLE, AR 72802 |

| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ROBINSONS HARDWARE |
|---|---|---|---|
| | | | 1 NICHOLAS RD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | FRAMINGHAM, MA 01701 |

| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ROBINSONS HARDWARE |
|---|---|---|---|
| | | | 1 NICHOLAS RD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | FRAMINGHAM, MA 01701 |

| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ROBINSONS HARDWARE |
|---|---|---|---|
| | | | 31 WASHINGTON ST |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | HUDSON, MA 01749 |

| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ROBINSONS HARDWARE |
|---|---|---|---|
| | | | 1 NICHOLAS ROAD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | FRAMINGHAM, MA 01701 |

| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | Participation Agreement<br>Participant | ROCKET TRAVEL |
|---|---|---|---|
| | | | 641 W LAKE ST 102 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

Debtor    SEARS HOLDINGS CORPORATION
          Name                                                        Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ROMMEL EQUIPMENT SERVICES LLC |
|---|---|---|---|
| | | Buyer | 5990 S HWY 92 BLDG B |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | HEREFORD, AZ 85615 |

| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | RON'S SMALL ENGINE SHOP |
|---|---|---|---|
| | | Buyer | PO BOX 4468 |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | MIDLAND CITY, AL 36350 |

| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ROOTS SMALL ENGINE REPAIR |
|---|---|---|---|
| | | Buyer | 820 N 13TH |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | SALINA, KS 67401 |

| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ROUND FARM LLC |
|---|---|---|---|
| | | Buyer | 1602 S HWY 77 |
| | State the term remaining | 29 month(s) | STE E |
| | List the contract number of any government contract | | KINGSVILLE, TX 78363 |

| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ROUND FARM LLC |
|---|---|---|---|
| | | Buyer | 1601 S HWY 77 STE E |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | KINGSVILLE, TX 78363 |

| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | ROUTE 22 SMALL ENGINE INC |
|---|---|---|---|
| | | Buyer | 3391 VENARD ROAD |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | DOWNERS GROVE, IL 60515 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RPH ENTERPRISES LLC |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 6100 ST LAWRENCE CENTER<br>SR 37 |
| | List the contract number of any government contract | | MASSENA, NY 13662 |

| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RPH ENTERPRISES LLC |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 6100 ST LAWRENCE CENTER<br>SR 37 |
| | List the contract number of any government contract | | MASSENA, NY 13662 |

| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RSD MOTORSPORTS LLC |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 7918 NY-12 1 |
| | List the contract number of any government contract | | SHERBURNE, NY 13460 |

| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | RTC INDUSTRIES INC-5090741 |
|---|---|---|---|
| | State the term remaining | | 135 SOUTH LASALLE DEPT 1045 |
| | List the contract number of any government contract | | CHICAGO, IL 60674 |

| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RTL FORESTRY PRODUCTS, INC |
|---|---|---|---|
| | State the term remaining | 37 month(s) | 102 BUCKWALTER RD |
| | List the contract number of any government contract | | NEW WILMINGTON, PA 16142 |

| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RUDY LLC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | PO BOX 3185 |
| | List the contract number of any government contract | | LASVEGAS, NM 87701 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RUDY'S APPLIANCES |
|---|---|---|---|
| | | | 2121 N MAIN ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | TAYLOR , TX 76574 |

| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RUSTY NUT ENTERPRISES LLC |
|---|---|---|---|
| | | | 300 JOHN STARK HWY |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | NEWPORT, NH 03773 |

| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | S & D SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 617 N MERIDIAN SUITE A |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | NEWTON, KS 67114 |

| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | S & D SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 617 N MERIDIAN SUITE A |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | NEWTON, KS 67114 |

| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | S&P CUSTOMS LLC |
|---|---|---|---|
| | | | 550 WHITE DRIVE |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | BATESVILLE, AR 72501 |

| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SAM DURBIN REPAIR |
|---|---|---|---|
| | | | 2077 PENNINGTON ROAD |
| | State the term remaining | 40 month(s) | |
| | List the contract number of any government contract | | WARRIOR, PA 16877 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 18 month(s) |
| | List the contract number of any government contract | |

SAN MATEO LAWN MOWER SHOP
760 S AMPHLETT BLVD

SAN MATEO, CA 94402

| | | |
|---|---|---|
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 18 month(s) |
| | List the contract number of any government contract | |

SAN MATEO LAWN MOWER SHOP
760 S AMPHLETT BLVD

SAN MATEO, CA 94402

| | | |
|---|---|---|
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer |
| | State the term remaining | |
| | List the contract number of any government contract | |

SAP INDUSTRIES INC-41000973
P O BOX 822986

PHILADELPHIA, PA 19182

| | | |
|---|---|---|
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 33 month(s) |
| | List the contract number of any government contract | |

SAVE-ON TOOLS
1410 LOVEJOY ST
3
SLOAN, NY 14212

| | | |
|---|---|---|
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 40 month(s) |
| | List the contract number of any government contract | |

SAY'S AUTO AND LAWN CARE CENTER INC
755 N LIBERTY ROAD

GROVE CITY, PA 16127

| | | |
|---|---|---|
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer |
| | State the term remaining | 37 month(s) |
| | List the contract number of any government contract | |

SCHMIDT INC
PO BOX 78

TROY GROVE, IL 61372

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer |
| | | SCHWARZ PAPER CO-1000628321 |
| | **State the term remaining** | 32062 COLLECTION CENTER DRIVE |
| | **List the contract number of any government contract** | CHICAGO, IL 60693 |

| | | |
|---|---|---|
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | SCOOTER BROTHERS |
| | **State the term remaining** 38 month(s) | 219 RACETRACK RD NW |
| | **List the contract number of any government contract** | FORT WALTON BEACH, FL 32547 |

| | | |
|---|---|---|
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | SCOTT ENTERPRISE |
| | **State the term remaining** 36 month(s) | 301 N PICKETT ST |
| | **List the contract number of any government contract** | AUTAGAVILLE, AL 36003 |

| | | |
|---|---|---|
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | SCOTT EQUIPMENT COMPANY, LLC |
| | **State the term remaining** 20 month(s) | RR1 BOX 81 |
| | **List the contract number of any government contract** | BIGGSVILLE, IL 61418 |

| | | |
|---|---|---|
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement<br>Buyer |
| | | SCOTTSDALE INSURANCE COMPANY |
| | **State the term remaining** 10 month(s) | 500 W MONROE 30TH FLOOR |
| | **List the contract number of any government contract** | CHICAGO, IL 60661 |

| | | |
|---|---|---|
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement<br>Buyer |
| | | SCOTTSDALE INSURANCE COMPANY |
| | **State the term remaining** 10 month(s) | 501 W MONROE 30TH FLOOR |
| | **List the contract number of any government contract** | CHICAGO, IL 60661 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SD ENTERPRISES LLC<br>505 N POPLAR ST |
|---|---|---|---|
| | **State the term remaining** | 29 month(s) | |
| | **List the contract number of any government contract** | | NEWTON, KS 67114 |

| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SD ENTERPRISES LLC<br>505 N POPLAR ST |
|---|---|---|---|
| | **State the term remaining** | 29 month(s) | |
| | **List the contract number of any government contract** | | NEWTOWN, KS 67114 |

| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | Merchandising Agreement<br>Seller | SEARS AUTHORIZED HOMETOWN STORES, LLC.<br>3333 BEVERLY RD |
|---|---|---|---|
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest** | Tax Agreement<br>Buyer | SEARS HOMETOWN & OUTLET STORES, INC.<br>3333 BEVERLY ROAD |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest** | Tax Agreement<br>Buyer | SEARS HOMETOWN & OUTLET STORES, INC.<br>3333 BEVERLY ROAD |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | Authorization Agreement<br>Service Provider | SEARS HOMETOWN AND OUTLET STORES, INC.<br>5500 TRILLIUM BLVD |
|---|---|---|---|
| | **State the term remaining** | 110 month(s) | SUITE 501 |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60192 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | Merchandising Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | **State the term remaining** | 16 month(s) | 3333 BEVERLY RD |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | Separation Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | **State the term remaining** | | 3333 BEVERLY RD |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | Separation Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | **State the term remaining** | | 3333 BEVERLY RD |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplemental Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | **State the term remaining** | | 3333 BEVERLY RD |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Supplemental Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | **State the term remaining** | | 3333 BEVERLY RD |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | Merchandising Agreement<br>Seller | SEARS OUTLET STORES, LLC. |
|---|---|---|---|
| | **State the term remaining** | 16 month(s) | 3333 BEVERLY RD |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement<br>Seller | SEARS OUTLET STORES, LLC.<br>3333 BEVERLY RD |
|---|---|---|---|
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement<br>Seller | SEARS OUTLET STORES, LLC.<br>3333 BEVERLY RD |
|---|---|---|---|
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement<br>Seller | SEARS OUTLET STORES, LLC.<br>3333 BEVERLY RD |
|---|---|---|---|
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement<br>Seller | SEARS OUTLET STORES, LLC.<br>3333 BEVERLY RD |
|---|---|---|---|
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement<br>Seller | SEARS OUTLET STORES, LLC.<br>3333 BEVERLY RD |
|---|---|---|---|
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement<br>Seller | SEARS OUTLET STORES, LLC.<br>3333 BEVERLY RD |
|---|---|---|---|
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement Seller | SEARS OUTLET STORES, LLC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement Seller | SEARS OUTLET STORES, LLC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement Seller | SEARS OUTLET STORES, LLC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement Seller | SEARS OUTLET STORES, LLC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement Seller | SEARS OUTLET STORES, LLC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | Merchandising Agreement Seller | SEARS OUTLET STORES, LLC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SEARS SUPPLIER 1 |
|---|---|---|---|
| | **State the term remaining** | 18 month(s) | 22410 ALESSANDRO BLVD |
| | **List the contract number of any government contract** | | MORENO VALLEY, CA 92553 |

| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SEARS SUPPLIER 2 |
|---|---|---|---|
| | **State the term remaining** | 18 month(s) | W559 US HWY 10 |
| | **List the contract number of any government contract** | | MONDOVI, WI 54755 |

| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SELECT SOURCE |
|---|---|---|---|
| | **State the term remaining** | 18 month(s) | 26334 KIMBERLY RD |
| | **List the contract number of any government contract** | | KIMBERLY, ID 83341 |

| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SELECT SOURCE |
|---|---|---|---|
| | **State the term remaining** | 18 month(s) | 26334 KIMBERLY RD |
| | **List the contract number of any government contract** | | KIMBERLY, ID 83341 |

| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer | SENSORMATIC ELECTRONICS CORP-695226 |
|---|---|---|---|
| | **State the term remaining** | | P O BOX 281021 |
| | **List the contract number of any government contract** | | ATLANTA, GA 30384 |

| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SENTRY HOME MART INC |
|---|---|---|---|
| | **State the term remaining** | 38 month(s) | 5105 WEST MARKET ST |
| | **List the contract number of any government contract** | | GREENSBORO, NC 27409 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SERVICE RENT ALL<br>2706 W US HWY 80 |
|---|---|---|---|
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | MINEOLA, TX 75773 |

| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | SERVICENOW INC-606219744<br>P O BOX 731647 |
|---|---|---|---|
| | State the term remaining | 27 month(s) | NONE |
| | List the contract number of any government contract | | DALLAS, TX 75373 |

| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>DRAFT AMENDMENT<br>Buyer | SGT'S SMALL ENGINE SERVICE<br>14309 TOEPPERWEIN ROAD |
|---|---|---|---|
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | SAN ANTONIO, TX |

| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SHAKERTOWN SMALL ENGINE<br>95 ELOY ST |
|---|---|---|---|
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | PERRYVILLE, MO 63775 |

| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SHARBONO REPAIR LLP<br>4762 76TH AVE NE |
|---|---|---|---|
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | DEVILS LAKE, ND 58301 |

| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SHARPENING MECHANICS<br>2940 S BASCOM AVE |
|---|---|---|---|
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | SAN JOSE, CA 95124 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SHARPENING MECHANICS |
|---|---|---|---|
| | | | 2940 S BASCOM AVE |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SHARPS SMALL ENGINES |
|---|---|---|---|
| | | | 8335 HWY 49 |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | BROOKLAND, AR 72417 |

| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | SHUTTERSTOCK, INC. |
|---|---|---|---|
| | | | 350 FIFTH AVE 21ST FLOOR |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | NEW YORK, NY 10018 |

| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SIERRA SAW POWER EQUIPMENT CENTER |
|---|---|---|---|
| | | | 170 BORLAND AVE |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | AUBURN, CA 98603 |

| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | SILTRON EMERGENCY SYSTEMS-790850515 |
|---|---|---|---|
| | | | P O BOX 518 |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | CRYSTAL LAKE, IL 60039 |

| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Licensee | SILVER BAY TECHNOLOGIES |
|---|---|---|---|
| | | | 100 ADAMS STREET |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | DUNSTABLE, MA 01827 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order <br> Buyer | SIMON ROOFING & SHEET METAL CORP-340687 |
|---|---|---|---|
| | | | PO BOX 951109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | CLEVELAND, OH 44193 |

| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | SIMONS POWER EQUIPMENT, INC. |
|---|---|---|---|
| | | | 12119 VANOWEN ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | NORTH HOLLYWOOD, CA 91605 |

| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | SINGLE CYLINDER REPAIR - SAN CARLOS |
|---|---|---|---|
| | | | 870 BRANSTEN RD |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | SAN CARLOS, CA 94070 |

| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | order form <br> Buyer | SIZMEK TECHNOLOGIES, INC. |
|---|---|---|---|
| | | | |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | SLOANS SALES AND SERVICE |
|---|---|---|---|
| | | | 1005 NORTH BRIDGE ST |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | LINDEN, MI 484510 |

| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | SMALL ENGINE RECYCLING AND REPAIR LLC |
|---|---|---|---|
| | | | 14717 INDUSTRIAL RD |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | OMAHA, NC 68144 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SMALL ENGINE SERVICES<br>2530 N STATE STREET<br>UNIT 1<br>BUNNELL, FL 32110 |
|---|---|---|---|
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | |

| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SMALL ENGINE SOLUTIONS<br>319 ISLAND CREEK RD<br>PIKEVILLE, KY 41501 |
|---|---|---|---|
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | |

| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SMALL ENGINE SPECIALIST OF TEXARKANA<br>1223 SPRUCE ST<br>TEXARKANA, TX 70551 |
|---|---|---|---|
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | |

| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SMALL LOADS PLUS<br>17750 CHAROLAIS ROAD<br>FOLEY, AL 36535 |
|---|---|---|---|
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | |

| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SMITH SMALL ENGINE & WELDING<br>2431 HWY 589<br>HATTIESBURG, MS 34407 |
|---|---|---|---|
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | |

| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SMITHERMAN'S HARDWARE & EQUIPMENT INC<br>1305 LEWISVILLE CLEMMONS RD<br>LEWISVILLE, NC 27023 |
|---|---|---|---|
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SOFTWARE ONE INC-121593552 |
|---|---|---|---|
| | | | 20875 CROSSROADS CIRCLE STE 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | WAUKESHA, WI 53186 |

| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SOUTH PARK HARDWARE LLC |
|---|---|---|---|
| | | | 16074 SOUTH PARK AVE |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | SOUTH HOLLAND, IL 60473 |

| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SOUTH PARK YARD EQUIPMENT |
|---|---|---|---|
| | | | 3600 SOUTH PARK AVE |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | BLASDELL, NY 14219 |

| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SOUTHCOAST POWER EQUIPMENT |
|---|---|---|---|
| | | | 5938 AMERICAN LEGION HWY |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | WESTPORT, MA 02790 |

| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SOUTHERN STATES CARROLL COUNTY COOPERATIVE INC |
|---|---|---|---|
| | | | 505 E STUART DR |
| | State the term remaining | 37 month(s) | PO BOX 98 |
| | List the contract number of any government contract | | HILLSVILLE, VA 24343 |

| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SOVOS COMPLIANCE LLC-56505900 |
|---|---|---|---|
| | | | P O BOX 347977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | PITTSBURGH, PA 15251 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SPECTRAFLOW INC-137427428 |
|---|---|---|---|
| | State the term remaining | | 46 DIGITAL DRIVE SUITE 5 |
| | List the contract number of any government contract | | NOVATO, CA 94949 |

| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SPITZER INDUSTRIAL PRODUCTS COMPANY INC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 6601 N WASHINGTON ST |
| | List the contract number of any government contract | | DENVER, CO |

| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SPS COMMERCE INC-1000779017 |
|---|---|---|---|
| | State the term remaining | | P O BOX 205782 |
| | List the contract number of any government contract | | DALLAS, TX 75320 |

| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ST GABRIEL HARDWARE |
|---|---|---|---|
| | State the term remaining | 37 month(s) | 2045 HIGHWAY 20 |
| | List the contract number of any government contract | | ST GABRIEL, LA 70776 |

| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STAHL SALES & SERVICE |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 697 SNELLS BUSH RD |
| | List the contract number of any government contract | | LITTLE FALLS, NY 13365 |

| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement for Craftsman<br>Seller | STANLEY BLACK & DECKER, INC. |
|---|---|---|---|
| | State the term remaining | 17 month(s) | 1000 STANLEY DRIVE |
| | List the contract number of any government contract | | NEW BRITAIN, CT 06053 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br><br>Licensee | STANLEY BLACK & DECKER, INC. |
|---|---|---|---|
| | **State the term remaining** | | 1000 STANLEY DRIVE |
| | **List the contract number of any government contract** | | NEW BRITAIN, CT 06053 |

| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | STARR INDEMNITY & LIABILITY COMPANY |
|---|---|---|---|
| | **State the term remaining** | 8 month(s) | 399 PARK AVENUE 24TH FLOOR |
| | **List the contract number of any government contract** | | NEW YORK, NY 10022 |

| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | STARR SURPLUS LINES INSURANCE COMPANY |
|---|---|---|---|
| | **State the term remaining** | 8 month(s) | 500 WEST MONROE STREET SUITE 3100 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | STAUFFER'S LAWN EQUIPMENT |
|---|---|---|---|
| | **State the term remaining** | 19 month(s) | |
| | **List the contract number of any government contract** | | |

| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | STEEL CITY MOWER AND PLOW INC |
|---|---|---|---|
| | **State the term remaining** | 40 month(s) | 4162 LIBRARY ROAD |
| | **List the contract number of any government contract** | | PITTSBURGH, PA 15234 |

| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | STEPHENS AUTOMOTIVE & DIESEL REPAIR |
|---|---|---|---|
| | **State the term remaining** | 38 month(s) | 608 N MAIN STREET |
| | **List the contract number of any government contract** | | PARIS, TX 75460 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number (if known)   18-23538

### Additional Page If Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br><br>Buyer | STERLING MOBILE SERVICES INC-409631 |
| | | | 3618 E SOUTHERN AVE STE 1 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | PHOENIX, AZ 85040 |

| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | STEVES OUTDOOR SPORTS INC |
| | | | 606 W MAIN ST |
| | **State the term remaining** | 29 month(s) | |
| | **List the contract number of any government contract** | | MAGNOLIA, AR 71753 |

| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | STOLLER LAWN & GARDEN INC |
| | | | 10355 BACK ORRVILLE RD |
| | **State the term remaining** | 38 month(s) | |
| | **List the contract number of any government contract** | | ORRVILLE, OH 44667 |

| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | STONER'S SMALL ENGINE SHOP |
| | | | 780 W COLLEGE AVE |
| | **State the term remaining** | 38 month(s) | |
| | **List the contract number of any government contract** | | BELLEFONTE, PA 16823 |

| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract<br><br>Buyer | STRATASYS INC |
| | | | 7665 COMMERCE WAY |
| | **State the term remaining** | 5 month(s) | |
| | **List the contract number of any government contract** | | EDEN PRAIRIE, MN 55344 |

| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | STRATFORD INSURANCE COMPANY (VALIDUS) |
| | | | 4 WORLD TRADE CENTER 150 GREENWICH 47 FLOOR |
| | **State the term remaining** | 7 month(s) | |
| | **List the contract number of any government contract** | | NEW YORK, NY 10007 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STRIPE, INC.<br>185 BERRY ST<br>STE 550<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SUGARCRM INC-168338536<br>DEPT LA 23968<br><br>PASADENA, CA 91185 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SUMMIT GROUP LLC-964004233<br>DIVISION 40 8252 SOLUTIONS CTR<br><br>CHICAGO, IL 60677 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUN GARDEN SUPPLIES<br>8611 LANKERSHIN BLVD<br><br>SUN VALLEY, CA 91352 |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | |

| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUN RENTAL CENTER<br>400 EAST FRONT STREET<br><br>BUTTE, MT 59701 |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | |

| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUN RENTAL CENTER<br>400 EAST FRONT STREET<br><br>BUTTE, MT 59701 |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.815 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUNCREST RENTAL CENTER<br>13305 W MEADOWVIEW LN<br>NINE MILE FALLS, WA 99026 |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | |

| 2.816 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUNDOWN EQUIPMENT<br>1814 LAKETA ST<br>UNION GAP, WA 98903 |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | |

| 2.817 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SUNNY DIRECT LLC-1137626508<br>3540 SEVEN BRIDGES DR STE 160<br>WOODRIDGE, IL 60615 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.818 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SUNSET LEARNING INSTITUTE-809460553<br>12120 SUNSET HILLS RD STE 100<br>RESTON, VA 20190 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.819 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUPERIOR LAWN MOWER CENTER<br>17968 SAN BERNARDINO<br>FONTANA, CA 92335 |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | |

| 2.820 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUZ CO<br>901 W MORTON<br>JACKSONVILLE, FL 67650 |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.821 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SW RIEDER LLC |
|---|---|---|---|
| | | | 150 HOCKING MALL |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | LOGAN, OH 43138 |

| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SWAN LAKE HARDWARE |
|---|---|---|---|
| | | | 4605 SHED ROAD |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | BOSSIER CITY, LA 71111 |

| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | SWISSTRAX CORPORATION-714665 |
|---|---|---|---|
| | | | 82579 FLEMING WAY SUITE A |
| | State the term remaining | | |
| | List the contract number of any government contract | | INDIO, CA 92201 |

| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SYLACAUGA SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 702 W FORT WILLIAMS ST |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | SYLACAUGA, AL 35150 |

| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | T & M OLSON INC |
|---|---|---|---|
| | | | 5W 3RD ST |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | IVIL FALLS, MN 56649 |

| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | T C HOWELL LLC |
|---|---|---|---|
| | | | 7208 S WW WHITE ROAD |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78222 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | T C HOWELL LLC |
|---|---|---|---|
| | State the term remaining | 28 month(s) | 1214 ROUND ISLAND DRIVE |
| | List the contract number of any government contract | | KENDALVILLE, IN 46755 |

| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | T&D REPAIR LLC |
|---|---|---|---|
| | State the term remaining | 36 month(s) | 350 LULA B WOODS |
| | List the contract number of any government contract | | OSYKA, MS 39657 |

| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | T.K. MAJOR LLC |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 11010 EAST SCENIC RIVERS BLVD |
| | List the contract number of any government contract | | SALEM, MO 65560 |

| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TANNER'S SMALL ENGINE REPAIR LLC |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 548 N POPLAR ST |
| | List the contract number of any government contract | | CENTRALIA, IL 65801 |

| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TAYLOR LLC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 144 CRYSTAL COVE |
| | List the contract number of any government contract | | ACKADELPHIA, AR 71923 |

| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TAYLOR RENTAL SALES & SERVICE |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 1448 ROUTE 7 SOUTH |
| | List the contract number of any government contract | | MIDDLEBURY, VT 05753 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.833**

State what the contract or lease is for and the nature of the debtor's interest
Purchase Order
Buyer

TAYLOR VISUAL GROUP LLC-703143

770 NORTH CHURCH ROAD UNIT C

State the term remaining

List the contract number of any government contract

ELMHURST, IL 60126

---

**2.834**

State what the contract or lease is for and the nature of the debtor's interest
Purchase Order
Buyer

TECH INTERNATIONAL-1004293569

PO BOX 636470

State the term remaining

List the contract number of any government contract

CINCINNATI, OH 45263

---

**2.835**

State what the contract or lease is for and the nature of the debtor's interest
Services Agreement
Buyer

TELECHECK SERVICES, INC.

5565 GLENRIDGE CONNECTOR NE

State the term remaining
9 month(s)

List the contract number of any government contract

ATLANTA, GA 30342

---

**2.836**

State what the contract or lease is for and the nature of the debtor's interest
Purchase Order
Buyer

TELESOURCE-175199264

156 BEELINE DRIVE

State the term remaining

List the contract number of any government contract

BENSENVILLE, IL 60106

---

**2.837**

State what the contract or lease is for and the nature of the debtor's interest
Purchase Order
Buyer

TELLERMATE INC-1956160915

3600 MANSELL RD STE 500

State the term remaining

List the contract number of any government contract

ALPHARETTA, GA 30022

---

**2.838**

State what the contract or lease is for and the nature of the debtor's interest
Consumer Lease Program Agreement
Buyer

TEMPOE, LLC, D/B/A WHY NOT LEASE IT ("TEMPOE")

7755 MONTGOMERY RD SUITE 250

State the term remaining
45 month(s)

List the contract number of any government contract

CINCINNATI, OH 45236

---

Debtor   SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*   18-23538
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.839 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br><br>Buyer | TENSATOR INC-1002034379 |
|---|---|---|---|
| | | | BAY SHORE 260 SPUR DR S |
| | State the term remaining | | |
| | List the contract number of any government contract | | BAY SHORE, NY 11706 |

| 2.840 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | TERRY'S SERVICE CENTER LLC |
|---|---|---|---|
| | | | 2200 GOVERNMENT ST |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | OCEAN SPRINGS, MD 39564 |

| 2.841 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | TERRY'S SMALL ENGINE SERVICE |
|---|---|---|---|
| | | | 4529 SOUTH 90TH ST |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | OMAHA, NC 68127 |

| 2.842 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | TEST NEW SUPPLIER |
|---|---|---|---|
| | | | 3139 ENTERPRISE DRIVE |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | SAGINAW, MI 48603 |

| 2.843 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | TEST NEW SUPPLIER |
|---|---|---|---|
| | | | 211 S RAILROAD |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | MCNABB, IL 61335 |

| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | TEST NEW SUPPLIER |
|---|---|---|---|
| | | | 130 BLAIR LN |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | MENA, AR 71953 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TEST NEW SUPPLIER |
|---|---|---|---|
| | State the term remaining | 40 month(s) | 2019 W RT 17 |
| | List the contract number of any government contract | | KANKAKEE, IL 60901 |

| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE BRICKMAN GROUP LTD |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 230 NORTH WESTERN AVE |
| | List the contract number of any government contract | | CHICAGO, IL 60612 |

| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE MOWER SHOP |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1825 EAST ARMY POST RD |
| | List the contract number of any government contract | | DES MAINES, IA 50320 |

| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE MOWERS EDGE INC |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 2980 N SUNNYSIDE 101 |
| | List the contract number of any government contract | | FRESNO, CA 93727 |

| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE POWER CENTER |
|---|---|---|---|
| | State the term remaining | 30 month(s) | 534 S WASHINGTON STREET |
| | List the contract number of any government contract | | KIMBERLY, WI 54136 |

| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | THIESSEN COMMUNICATIONS-1130459873 |
|---|---|---|---|
| | State the term remaining | | P O BOX 7251 |
| | List the contract number of any government contract | | PROSPECT HEIGHTS, IL 60070 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THOMSON'S GARDEN CENTER |
|---|---|---|---|
| | | | 61 JEFFERSON AVE |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | SALEM, MA 01970 |

| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TIGER ISLAND HARDWARE LLC |
|---|---|---|---|
| | | | 7393 HWY 182E |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | MORGAN CITY, LA 70380 |

| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TILMANN HARDWARE |
|---|---|---|---|
| | | | 1963 N WINN RD |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | MOUNT PLEASANT, MI 48858 |

| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | TJ&H CHILLUNS, LTD. |
|---|---|---|---|
| | | | 4900 NORTH WEIR DRIVE |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | MUNCIE, IN 47304 |

| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TK SNYDER LLC |
|---|---|---|---|
| | | | 3533 MAIN ST 3 |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | KEOKUK, IA 52632 |

| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TK SNYDER LLC |
|---|---|---|---|
| | | | 3522 MAIN ST |
| | State the term remaining | 34 month(s) | 3 |
| | List the contract number of any government contract | | KEOKUK, IA 52632 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | T-N-D SALES SERVICE & DESIGN |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 429 N HWY 81 BYPASS |
| | List the contract number of any government contract | | MACPHERRON, KS 67460 |

| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | TOKIO MARINE AMERICA INSURANCE COMPANY |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 800 E COLORADO BLVD |
| | List the contract number of any government contract | | PASADENA, CA 91101 |

| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOMS SMALL ENGINE REPAIR |
|---|---|---|---|
| | State the term remaining | 28 month(s) | 16562 HWY 90 W |
| | List the contract number of any government contract | | RAVENDEN SPAR, AR 72460 |

| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOOL YARD LLC |
|---|---|---|---|
| | State the term remaining | 41 month(s) | 3923 ABBOTT DRIVE |
| | List the contract number of any government contract | | WILLMAR, MN 56201 |

| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOP DOG LAWN CARE INC |
|---|---|---|---|
| | State the term remaining | 28 month(s) | 701 12 SW 1 ST |
| | List the contract number of any government contract | | WASHINGTON, IN 47501 |

| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOP DOG LAWN CARE INC |
|---|---|---|---|
| | State the term remaining | 28 month(s) | 701 12 SW 1ST ST |
| | List the contract number of any government contract | | WASHINGTON, TN 47501 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TOWERS WATSON |
|---|---|---|---|
| | **State the term remaining** | 15 month(s) | 901 N GLEBE ROAD |
| | **List the contract number of any government contract** | | ARLINGTON, VA 22203 |

| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TOWERS WATSON |
|---|---|---|---|
| | **State the term remaining** | 15 month(s) | 901 N GLEBE ROAD |
| | **List the contract number of any government contract** | | ARLINGTON, VA 22203 |

| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TOWERS WATSON DELAWARE INC |
|---|---|---|---|
| | **State the term remaining** | 15 month(s) | 901 N GLOBE ROAD |
| | **List the contract number of any government contract** | | ARLINGTON, VA 22203 |

| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TOWERS WATSON INVESTMENT SERVICES INC |
|---|---|---|---|
| | **State the term remaining** | 26 month(s) | 233 S WACKER DRIVE |
| | **List the contract number of any government contract** | | CHICAGO          , IL 60606 |

| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TOWERS WATSON INVESTMENT SERVICES INC |
|---|---|---|---|
| | **State the term remaining** | 26 month(s) | 233 S WACKER DRIVE |
| | **List the contract number of any government contract** | | CHICAGO          , IL 60606 |

| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TOWN & COUNTRY |
|---|---|---|---|
| | **State the term remaining** | 19 month(s) | 610 S MARKET ST |
| | **List the contract number of any government contract** | | WATERLOO, IL 62298 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOWN AND COUNTRY INC |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 610 S MARKET ST |
| | List the contract number of any government contract | | WATERLOO, IL 62298 |

| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOWNLINE POWER EQUIPMENT COMPANY INC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 870 S MAIN ST |
| | List the contract number of any government contract | | BELLINGHAM, MA 02019 |

| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TRACTOR JOE'S SERVICE & REPAIR |
|---|---|---|---|
| | State the term remaining | 50 month(s) | 2349 PENNINGTON ROAD |
| | List the contract number of any government contract | | PENNINGTON, NJ 08534 |

| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TRACTORS 2 TRIMMERS LLC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 1072 RT 171 |
| | List the contract number of any government contract | | WOODSTOCK, CT 06281 |

| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TREASURE EXCHANGE |
|---|---|---|---|
| | State the term remaining | 30 month(s) | 614 RIVERSIDE DR SW |
| | List the contract number of any government contract | | ALBUQUERQUE, NM 87105 |

| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TRESTLE TOOL |
|---|---|---|---|
| | State the term remaining | 20 month(s) | P O BOX 337 |
| | | | 72399 US HWY 40 |
| | List the contract number of any government contract | | TABERNASH, CO 80478 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TRIAD LAWN MOWER SALES & SERVICE INC |
|---|---|---|---|
| | | | 4200 N CHERRY ST |
| | State the term remaining | 39 month(s) | |
| | List the contract number of any government contract | | WINSTON-SALEM, NC 27105 |

| 2.876 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TRIMALAWN EQUIPMENT INC |
|---|---|---|---|
| | | | 2081 VICTORY BLVD |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | STATEN ISLAND, NY 10314 |

| 2.877 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TRIMALAWN EQUIPMENT INC |
|---|---|---|---|
| | | | 2081 VICTORY BLVD |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | STATEN ISLAND, NY 10314 |

| 2.878 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TROPICAL LAWNMOWERS |
|---|---|---|---|
| | | | 10798 SW 24TH ST |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | MIAMI, FL 33165 |

| 2.879 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | TRUE FOOD SERV EQUIP INC-377481 |
|---|---|---|---|
| | | | P O BOX 790100 DEPT 456139 |
| | State the term remaining | | |
| | List the contract number of any government contract | | ST LOUIS, MO 63179 |

| 2.880 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TRUE VALUE HARDWARE OF GREENVILLE |
|---|---|---|---|
| | | | 700 S GREENVILLE WEST DR STE 7 |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | GREENVILLE, MI 48838 |

| | |
|---|---|
| Debtor | **SEARS HOLDINGS CORPORATION** |
| | Name |

Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.881 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TURF & GARDEN INC<br>P O BOX 1326 |
|---|---|---|---|
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | CHESAPEAKE, VA 23327 |

| 2.882 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TURF PROS LAWN EQUIPMENT, INC.<br>111 EXECUTIVE DR |
|---|---|---|---|
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | SALTILLO, MS 38866 |

| 2.883 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | TWILIO INC-9370111<br>645 HARRISON STREET 3RD FLOOR |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94107 |

| 2.884 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TWIN LAKE MOWER REPAIR SERVICE<br>P O BOX 46 |
|---|---|---|---|
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | TWIN LAKE, MI 49457 |

| 2.885 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TYLER FARMS LLC<br>36 SOUTH VALLEY AVE<br>PO BOX 648 |
|---|---|---|---|
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | COLLINSVILLE, AL 35961 |

| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | UHLS FEED & SMALL ENGINE LLC<br>360 VALLEY RD |
|---|---|---|---|
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | CORYDON, IN 47112 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | ULINE LAWN EQUIPMENT |
|---|---|---|---|
| | | | 290 W SAUK TRAIL |
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | SO CHICAGO, IL 60411 |

| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | UNCLASSIFIED |
|---|---|---|---|
| | | | 7 MELANIE LN |
| | State the term remaining | 36 month(s) | UNIT 4 |
| | List the contract number of any government contract | | EAST HANOVER, NJ 07936 |

| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | Software Support Agreement - Notice of Expiration<br><br>Buyer | UNIMAX |
|---|---|---|---|
| | | | 121 SOUTH 8TH STREET |
| | State the term remaining | 3 month(s) | SUITE 1000 |
| | List the contract number of any government contract | | MINNEAPOLIS, MN 55402 |

| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | UNIQUE LAWN CARE LLC |
|---|---|---|---|
| | | | 308 JACOB ST |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | KITTANING, PA 16201 |

| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | UNIVERSAL POWER EQUIPMENT INC |
|---|---|---|---|
| | | | 3812 COLESIUM BLVD |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | ALEXANDRIA, LA 71303 |

| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Agreement<br><br>Buyer | UPS FREIGHT |
|---|---|---|---|
| | | | PO BOX 1216 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | RICHMOND, VA 23218 |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | UPS PROFESSIONAL SERVICES INC. |
|---|---|---|---|
| | | | 12380 MORRIS ROAD |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | ALPHARETTA, GA 30005 |

| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | USGAARD SMITH SALES & SERVICE |
|---|---|---|---|
| | | | 302 COLLEGE DRIVE |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | DECORAH, IA 52101 |

| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | V&M RENTAL CENTER |
|---|---|---|---|
| | | | 520 FORT HILL RD |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | GORHAM, ME 04038 |

| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | VAC-WAY LAWN & GARDEN LLC |
|---|---|---|---|
| | | | 595 MARKET ST |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | KINGSTON, PA 18704 |

| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | VALID USA INC-1000459149 |
|---|---|---|---|
| | | | 220 FENCL LANE |
| | State the term remaining | | |
| | List the contract number of any government contract | | HILLSIDE, IL 60162 |

| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | VALLEY OUTDOOR POWER EQUIPMENT |
|---|---|---|---|
| | | | 1012 E 495 FERGUSON |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | PLANO, TX 78577 |

Debtor   SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*   18-23538
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | VALLEY SCOOTERS OF TEXAS |
|---|---|---|---|
| | | | 1748 CENTRAL BLVD |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | BROWNSVILLE, TX 78520 |

| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | VALLEY SCOOTERS OF TEXAS |
|---|---|---|---|
| | | | 1748 CENRAL BLVD |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | BROWNSVILLE, TX 78520 |

| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order <br> Buyer | VALVOLINE LLC-1000580829 |
|---|---|---|---|
| | | | PO BOX 117131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | ATLANTA, GA 30368 |

| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order <br> Buyer | VESTCOM RETAIL SOLUTIONS-528893 |
|---|---|---|---|
| | | | P O BOX 416225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | BOSTON, MA 02241 |

| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | VITAL PAK COURIER & LOGISTICS CO-77615648 |
|---|---|---|---|
| | | | 2021 MIDWEST ROAD SUITE 200 |
| | **State the term remaining** | 23 month(s) | |
| | **List the contract number of any government contract** | | OAK BROOK, IL 60523 |

| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | VITOS LAWN MOWER LLC |
|---|---|---|---|
| | | | 16020 N 32ND ST |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | PHOENIX, AZ 85032 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.905**

State what the contract or lease is for and the nature of the debtor's interest

Purchase Order
Buyer

VOLK CORPORATION-613885

23936 INDUSTRIAL PARK DRIVE

State the term remaining

List the contract number of any government contract

FARMINGTON HILLS, MI 48335

---

**2.906**

State what the contract or lease is for and the nature of the debtor's interest

Services Agreement
Buyer

VONDERAHE'S SELECT EQUIPMENT REPAIR, LLC

815 BLUE RIDGE RD

State the term remaining    19 month(s)

List the contract number of any government contract

COLUMBIA, MO 65202

---

**2.907**

State what the contract or lease is for and the nature of the debtor's interest

Services Agreement
Buyer

W.D. BRYANT & SON INC

1405 S MAIN

State the term remaining    18 month(s)

List the contract number of any government contract

STCORBIN, KY 40701

---

**2.908**

State what the contract or lease is for and the nature of the debtor's interest

Services Agreement
Buyer

WADE INC

2690 SUNSET DRIVE

State the term remaining    28 month(s)

List the contract number of any government contract

GRENADA, MS 38901

---

**2.909**

State what the contract or lease is for and the nature of the debtor's interest

Purchase Order
Buyer

WALKER PRINTERY INC-203158

13351 CLOVERDALE

State the term remaining

List the contract number of any government contract

OAK PARK, MI 48237

---

**2.910**

State what the contract or lease is for and the nature of the debtor's interest

Services Agreement
Buyer

WALT'S POWER EQUIPMENT REPAIR

125 WEST ST

State the term remaining    32 month(s)

List the contract number of any government contract

COLUMBIA, CT 06237

---

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WAMPEE EQUIPMENT |
|---|---|---|---|
| | State the term remaining | 29 month(s) | 9317 HIGHWAY 90 |
| | List the contract number of any government contract | | LONGSHORRY, SC 29568 |

| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WARES DEALER STORES DBA SEARS OF ELKINS |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 1611 HARRISON AVE |
| | List the contract number of any government contract | | ELKINS, WV 26241 |

| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WAYLAND OUTDOOR POWER |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 200 COMMERCE |
| | List the contract number of any government contract | | WAYLAND, MI 49348 |

| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WEB'S SMALL ENGINE LAWN MOWER REPAIR |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 5608 B SW TOPEKA BLVD |
| | List the contract number of any government contract | | TOPEKA, KS 66609 |

| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WELDEN HARDWARE |
|---|---|---|---|
| | State the term remaining | 43 month(s) | 10 STATION DR |
| | List the contract number of any government contract | | SIMSBURY, CT 06070 |

| 2.916 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WELLSPRING ENTERPRISES LLC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 6623 RICHMOND RD |
| | List the contract number of any government contract | | WILLIAMSBURG, VA 23188 |

Debtor   SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*   18-23538
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.917 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WEST MESA FORESTRY & GARDEN LLC |
|---|---|---|---|
| | | | 300 FRONTAGE RD |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | RIO RANCHO, NM 87124 |

| 2.918 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WEST SIDE SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 1605 CARR ST |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | LAKEWOOD, CO 80214 |

| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WESTERN AUTO JACKSON |
|---|---|---|---|
| | | | 259 CHILLICOTHE ST |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | JACKSON, OH 45640 |

| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | WESTPORT INSURANCE CORPORATION |
|---|---|---|---|
| | | | 222 WEST ADAMS STREET SUITE 2300 |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | WEWORK COMPANIES, INC. |
|---|---|---|---|
| | | | 115 WEST 18TH STREET |
| | State the term remaining | 3 month(s) | 5TH FLOOR |
| | List the contract number of any government contract | | NEW YORK, NY 10011 |

| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WF SMITHERS CO INC |
|---|---|---|---|
| | | | 30773 DROUILLARD RD |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | WALBRIDGE, OH 43465 |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
| | Name | | |

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | WGSN INC |
| | | | 229 WEST 43RS ST 7TH FLOOR |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10036 |

| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WHISPERING PINE LANDSCAPE SUPPLY |
| | | | 1 WINDSOR RD |
| | State the term remaining | 36 month(s) | |
| | List the contract number of any government contract | | YORKTOWN HEIGHTS, NY 10598 |

| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WHITES SMALL ENGINE REPAIR |
| | | | 957-A DRIFTWOOD DRIVE |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | MANTEO, NC 27954 |

| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | Sales Confirmation Letter<br>Buyer | WHY NOT LEASE, IT (TEMPOE) |
| | | | 1200 ELM STREET |
| | State the term remaining | 46 month(s) | SUITE 1200 |
| | List the contract number of any government contract | | MANCHESTER, NH 03104 |

| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WHY NOT LEASING LLC |
| | | | 7755 MONTGOMERY RD SUITE 250 |
| | State the term remaining | 45 month(s) | |
| | List the contract number of any government contract | | CINCINNATI, OH 45236 |

| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WILKES APPLIANCE CENTER LLC |
| | | | 703 EDGEWOOD RD |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | WILKESHORE, NC 28697 |

Debtor    SEARS HOLDINGS CORPORATION
          Name                                                    Case number (if known)   18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | WILKIE & WILKIE LLC |
| | **State the term remaining** | 22 month(s) |
| | | 222 VIOLET LANE |
| | **List the contract number of any government contract** | |
| | | COATS, NC 27521 |

| | | |
|---|---|---|
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | WILLIES SMALL ENGINE |
| | **State the term remaining** | 18 month(s) |
| | | 308 W PERRINE ST |
| | **List the contract number of any government contract** | |
| | | JOHNSON CITY, IL 62951 |

| | | |
|---|---|---|
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | WILLIES SMALL ENGINE |
| | **State the term remaining** | 18 month(s) |
| | | 308 W PERRINE ST |
| | **List the contract number of any government contract** | |
| | | JOHNSON CITY, IL 62951 |

| | | |
|---|---|---|
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | WILSON LAWN & GARDEN LLC |
| | **State the term remaining** | 17 month(s) |
| | | 3720 FRANKLIN TURNPIKE |
| | **List the contract number of any government contract** | |
| | | DANVILLE, VA 24540 |

| | | |
|---|---|---|
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | WILSON SMALL ENGINE |
| | **State the term remaining** | 19 month(s) |
| | | 2423 E SPRAQUE AVE |
| | **List the contract number of any government contract** | |
| | | SPOKANE VALLEY, WA 99202 |

| | | |
|---|---|---|
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | WOOD CHOPPER'S SUPPLY |
| | **State the term remaining** | 31 month(s) |
| | | 40451 HWY 41 |
| | **List the contract number of any government contract** | |
| | | OAKHURST, CA 93644 |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number (if known)   18-23538

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WOOD CHOPPER'S SUPPLY |
|---|---|---|---|
| | | | 40451 CALIFORNIA HWY 41 |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | OAKHURST, CA 93644 |

| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WOOD CHOPPER'S SUPPLY |
|---|---|---|---|
| | | | 40451 HWY 41 |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | OAKHURST, CA 93644 |

| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WOOD SMALL ENGINE REPAIR LLC |
|---|---|---|---|
| | | | 138 LONG HWY |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | LITTLE COMPTON, RI 02837 |

| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WOODS EQUIPMENT INC |
|---|---|---|---|
| | | | 3746 1-55 SOUTH |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | JACKSON, MS 39212 |

| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WORKMAN SMALL ENGINE REPAIR |
|---|---|---|---|
| | | | 21471 S JUBB RD |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | ESTACADA, OR 97023 |

| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order<br>Buyer | WORLDLINK INTEGRATION GROUP INC-1096256016 |
|---|---|---|---|
| | | | 21076 BAKE PARKWAY STE 106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | LAKE FOREST, CA 92630 |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WRIGHT TRACTORS LLC |
| | State the term remaining | 23 month(s) | 8725 NE 23RD ST |
| | List the contract number of any government contract | | OKLAHOMA CITY, OK 73141 |

| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WRIGHTS TOOL SALES, RENTAL & SERVICE LLC |
| | State the term remaining | 32 month(s) | 40 MAPLE ST |
| | List the contract number of any government contract | | MASSENA, NY 13662 |

| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WRR NORTHWEST ENTERPRISES CO INC |
| | State the term remaining | 19 month(s) | 5100 RYDER RD |
| | List the contract number of any government contract | | EAU CLAIRE, WI 54701 |

| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WUEBBELS REPAIR LLC |
| | State the term remaining | 18 month(s) | RR3 BOX 184 |
| | List the contract number of any government contract | | MCLEANSBORO, IL 62859 |

| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | XL BERMUDA LTD. |
| | State the term remaining | 8 month(s) | AXA XL INSURANCE BERMUDA LTD O€™HARA HOUSE ONE BERMUDIANA |
| | List the contract number of any government contract | | HAMILTON HM08 |

| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | Property Policy Agreement. Applies to the Debtor's Affiliates<br>Buyer | XL CATLIN (LLOYDS SYNDICATE 2003) |
| | | | COMPLAINTS MANAGER XL CATLIN SYNDICATE 2003 20 GRACECHURCH S |
| | State the term remaining | 5 month(s) | THE FINANCIAL OMBUDSMAN SERVICEEXCHANGE TOWER LONDON E14 9 |
| | List the contract number of any government contract | | LONDON, ENGLAND EC3V OBG |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | XL SPECIALTY INSURANCE COMPANY |
|---|---|---|---|
| | **State the term remaining** | 7 month(s) | 190 S LASALLE ST |
| | **List the contract number of any government contract** | | CHICAGO, IL 60603 |

| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br><br>Buyer | ZELLER MARKETING & DESIGN-841679434 |
|---|---|---|---|
| | **State the term remaining** | | 322 NORTH RIVER STREET |
| | **List the contract number of any government contract** | | EAST DUNDEE, IL 60118 |

| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Policy Agreement. Applies to the Debtor's Affiliates<br><br>Buyer | ZURICH AMERICAN INSURANCE COMPANY |
|---|---|---|---|
| | **State the term remaining** | 8 month(s) | 300 SOUTH RIVERSIDE PLAZA SUITE 2100 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SEARS HOLDINGS CORPORATION |
| United States Bankruptcy Court for the: | Southern    District of:    New York |
| | {State} |
| Case number (If known): | 18-23538 |

☐ Check if this is an
amended filing

# Official Form 206 H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.
Attach the additional page to this page.

1.    Does the debtor have any codebtors?

☐    No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒    Yes.

2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
*Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is
listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| **2.1** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.2** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.3** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.4** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.5 | A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.6 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.7 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.11** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | BANK OF AMERICA | ☒ D ☐ E/F ☐ G |
| **2.12** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| **2.13** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |
| **2.14** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D ☐ E/F ☐ G |
| **2.15** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.16** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | BANK OF AMERICA | ☒ D ☐ E/F ☐ G |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.17 | A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.18 | A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.19 | A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.20 | A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.21 | BIG BEAVER OF FLORIDA DEVELOPMENT LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.22 | BIG BEAVER OF FLORIDA DEVELOPMENT LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.23 | BLUELIGHTCOM INC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| 2.24 | CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | BANK OF AMERICA | ☒ D ☐ E/F ☐ G |
| 2.25 | CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.26 | CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |
| 2.27 | CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D ☐ E/F ☐ G |
| 2.28 | CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number (if known)    18-23538 _____

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.29 FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.30 FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.31 FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.32 FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.33 FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.34 FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.35 | FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.36 | FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.37 | FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.38 | FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.39 | INNOVEL SOLUTIONS INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.40 | INNOVEL SOLUTIONS INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.41 | KBL HOLDING INC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.42 | KLC INC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.43 | KLC INC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.44 | KLC INC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.45 | KLC INC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.46 | KLC INC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| **2.47** KMART CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.48** KMART CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.49** KMART CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.50** KMART CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.51** KMART CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.52** KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*    18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.53 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.54 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.55 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.56 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.57 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.58 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

Debtor   SEARS HOLDINGS CORPORATION
　　　　　Name

Case number *(if known)*   18-23538

---

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.59 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.60 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.61 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.62 | KMART OF WASHINGTON LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.63 | KMART OF WASHINGTON LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.64 | KMART OPERATIONS LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.65 KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.66 KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.67 KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.68 KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.69 KMART STORES OF ILLINOIS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.70 KMART STORES OF ILLINOIS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.71 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.72 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.73 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.74 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.75 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.76 | KMARTCOM LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
          _____
          Name

Case number (if known)    18-23538
                          _____

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.77 | KMARTCOM LLC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D / ☐ E/F / ☐ G |
| 2.78 | KMARTCOM LLC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | JPP LLC | ☒ D / ☐ E/F / ☐ G |
| 2.79 | KMARTCOM LLC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D / ☐ E/F / ☐ G |
| 2.80 | KMARTCOM LLC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D / ☒ E/F / ☐ G |
| 2.81 | MAXSERV INC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | JPP LLC | ☒ D / ☐ E/F / ☐ G |
| 2.82 | MAXSERV INC | 3333 BEVERLY ROAD — Street / HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D / ☒ E/F / ☐ G |

Debtor   SEARS HOLDINGS CORPORATION
         Name

Case number *(if known)*   18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.83 | MYGOFER LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.84 | MYGOFER LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.85 | MYGOFER LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.86 | MYGOFER LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.87 | MYGOFER LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.88 | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| **2.89** | PRIVATE BRANDS LTD<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.90** | PRIVATE BRANDS LTD<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.91** | PRIVATE BRANDS LTD<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.92** | PRIVATE BRANDS LTD<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.93** | SEARS BRANDS BUSINESS UNIT CORPORATION<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.94** | SEARS BRANDS BUSINESS UNIT CORPORATION<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| **2.95** | SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.96** | SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.97** | SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.98** | SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.99** | SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.100** | SEARS BRANDS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor   SEARS HOLDINGS CORPORATION
Name

Case number *(if known)*   18-23538

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | Check all schedules that apply: |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | |
| **2.101** | SEARS BRANDS LLC | 3333 BEVERLY ROAD *(Street)* / HOFFMAN ESTATES, IL 60179 *(City, State, Zip Code)* | PENSION BENEFIT GUARANTY CORPORATION | ☐ D / ☒ E/F / ☐ G |
| **2.102** | SEARS BUYING SERVICES INC | 3333 BEVERLY ROAD *(Street)* / HOFFMAN ESTATES, IL 60179 *(City, State, Zip Code)* | PENSION BENEFIT GUARANTY CORPORATION | ☐ D / ☒ E/F / ☐ G |
| **2.103** | SEARS DEVELOPMENT CO | 3333 BEVERLY ROAD *(Street)* / HOFFMAN ESTATES, IL 60179 *(City, State, Zip Code)* | JPP LLC | ☒ D / ☐ E/F / ☐ G |
| **2.104** | SEARS DEVELOPMENT CO | 3333 BEVERLY ROAD *(Street)* / HOFFMAN ESTATES, IL 60179 *(City, State, Zip Code)* | PENSION BENEFIT GUARANTY CORPORATION | ☐ D / ☒ E/F / ☐ G |
| **2.105** | SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD *(Street)* / HOFFMAN ESTATES, IL 60179 *(City, State, Zip Code)* | BANK OF AMERICA | ☒ D / ☐ E/F / ☐ G |
| **2.106** | SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD *(Street)* / HOFFMAN ESTATES, IL 60179 *(City, State, Zip Code)* | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D / ☐ E/F / ☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | | Case number (if known) | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.107 | SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.108 | SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.109 | SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.110 | SEARS HOLDINGS PUBLISHING COMPANY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.111 | SEARS HOME & BUSINESS FRANCHISES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.112 | SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| **2.113** SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.114** SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.115** SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.116** SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.117** SEARS INSURANCE SERVICES LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.118** SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | | Case number (if known) | 18-23538 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| **2.119** | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.120** | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.121** | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.122** | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.123** | SEARS PROCUREMENT SERVICES INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.124** | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.125** | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.126** | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.127** | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.128** | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.129** | SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.130** | SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.131** SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.132** SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.133** SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.134** SEARS PROTECTION COMPANY PR INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.135** SEARS ROEBUCK ACCEPTANCE CORP | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.136** SEARS ROEBUCK ACCEPTANCE CORP | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.137 | SEARS ROEBUCK ACCEPTANCE CORP | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.138 | SEARS ROEBUCK ACCEPTANCE CORP | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.139 | SEARS ROEBUCK ACCEPTANCE CORP | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.140 | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.141 | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.142 | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | Case number (if known) | 18-23538 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.143 | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | UBS AG STAMFORD BRANCH | ☒ D<br>☐ E/F<br>☐ G |
| 2.144 | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.145 | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.146 | SEARS ROEBUCK DE PUERTO RICO INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.147 | SEARS ROEBUCK DE PUERTO RICO INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.148 | SEARS ROEBUCK DE PUERTO RICO INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor ___SEARS HOLDINGS CORPORATION_____  Case number (if known) ___18-23538_____
Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.149 | SEARS ROEBUCK DE PUERTO RICO INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.150 | SEARS ROEBUCK DE PUERTO RICO INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.151 | SERVICELIVE INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.152 | SHC DESERT SPRINGS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.153 | SHC DESERT SPRINGS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.154 | SHC LICENSED BUSINESS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
_____
Name

Case number *(if known)*    18-23538
_____

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| **2.155** | SHC PROMOTIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.156** | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.157** | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.158** | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.159** | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.160** | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS CORPORATION | Case number *(if known)* | 18-23538 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.161** SRE HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.162** STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.163** STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.164** STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.165** STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.166** STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS CORPORATION
          Name

Case number (if known)    18-23538

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.167 | STI MERCHANDISING INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.168 | STI MERCHANDISING INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.169 | SYW RELAY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.170 | TROY COOLIDGE NO 13 LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.171 | TROY COOLIDGE NO 13 LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.172 | WALLY LABS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name          SEARS HOLDINGS CORPORATION

United States Bankruptcy Court for the:          Southern          District of:          New York

{State}

Case number (If known):          18-23538

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**     Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from Schedule
   A/B.........................................................................................................

   $                    0.00

   **1b. Total personal property:**
   Copy line 91A from Schedule
   A/B.........................................................................................................

   $          17,855,004,329.00

   **1c. Total of all property:**
   Copy line 92 from Schedule
   A/B.........................................................................................................

   $          17,855,004,329.00

**Part 2:**     Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................

   $          264,451,420.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206 E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule
   E/F*....................................................................................

   $                    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule
   E/F*.........................................................*

   $          12,753,643,937.00

4.  **Total liabilities**..........................................................................................................
   Lines 2+ 3a + 3b

   $          13,018,095,357.00

Case number (If known):

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SEARS HOLDINGS CORPORATION |
| United States Bankruptcy Court for the: | Southern    District of: New York _(State)_ |
| Case number (If known): | 18-23538 |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B Assets - Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

| Executed on | 01/17/2019 | ✗ | /s/ Robert A. Riecker |
|---|---|---|---|
| | MM/DD/YYYY | | Signature of individual signing on behalf of debtor |
| | | | Robert A. Riecker |
| | | | Printed name |
| | | | Office of the CEO, Chief Financial Officer |
| | | | Position or relationship to debtor |