WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| Debtors.[1] : | **(Jointly Administered)** |

---------------------------------------------------------------x

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**SEARS HOLDINGS MANAGEMENT CORPORATION**
**CASE NO. 18-23553 (RDD)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                              :
                                                   :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*          :
                                                   :        **Case No. 18-23538 (RDD)**
                                                   :
                        **Debtors.**[1]            :        **(Jointly Administered)**

----------------------------------------------------------------x

### GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Sears Holdings Corporation ("**Sears Holdings**") and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" or "**SOFA**" and, collectively, the "**Statements**" or "**SOFAs**" in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statements of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes are in addition to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

specific notes set forth below with respect to particular Schedules and Statements (the "**Specific Notes**" and, together with the Global Notes, the "**Notes**").  These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals and have necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, the Debtors' management has not (and could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors.

The Schedules and Statements are unaudited and subject to potential adjustment.  In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules or Statements and inadvertent errors, omissions, or inaccuracies may exist.  Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of debtor or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. <u>**Description of the Cases.**</u> The Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code on October 15, 2018 (such Debtors, the "**Initial Debtors**"), and on October 18, 2018, October 22, 2018, and

January 7, 2018 (such Debtors, the "**Additional Debtors**"),[2] each such date, the "**Commencement Date**" for the relevant Debtors. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 16, 2018, the Bankruptcy Court entered an order authorizing the joint administration of the cases of the Initial Debtors pursuant to Bankruptcy Rule 1015(b). On November 1, 2018, November 2, 2018, and January 10, 2019, the Bankruptcy Court applied such order to the cases of the Additional Debtors. On October 24, 2018, the United States Trustee for the Southern District of New York Region 2 (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

2.  **Basis of Presentation.**  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for Sears Holdings and its subsidiaries, including both Debtors and certain non-debtor affiliates. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements, neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

    The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than by individual legal entity, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

    Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Commencement Date or at any time before or after the Commencement Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent at the Commencement Date or any time prior to or after the Commencement Date.

3.  **Reporting Date.**  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of the close of business on the

---

[2] The Additional Debtors, along with the last four digits of each Additional Debtor's federal tax identification number are, as follows: (i) SHC Licensed Business LLC (3718) filed on October 18, 2018; (ii) SHC Promotions LLC (9626) filed on October 22, 2018; and (iii) SRe Holding Corporation (4816) filed on January 7, 2019.

Commencement Date, adjusted for authorized payments under the First Day Orders (as defined below).[3]

4.  **Current Values.**  The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.  **Confidentiality.**  There may be instances where certain information was not included or redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual. The omissions and redactions are limited to only what is necessary to protect the Debtor or a third party and will provide interested parties with sufficient information to discern the nature of the listing.

6.  **Consolidated Entity Accounts Payable and Disbursement Systems.**  As described in the Cash Management Motion,[4] the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.

In the ordinary course of business, the Debtors maintain business relationships among each other and with certain non-debtor affiliates, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**").  As set forth more fully in the Cash Management Motion, the primary Intercompany Transactions giving rise to Intercompany Claims are cash receipts activities, disbursement activities, inventory purchases, and expense allocations. Historically, Intercompany Claims are not settled by actual transfers of cash among the Debtors.  Instead, the Debtors track all Intercompany Transactions in

---

[3] While the Additional Debtors (i) SHC Licensed Business LLC (3718) and (ii) SHC Promotions LLC (9626) filed subsequent to the Initial Debtors' Commencement Date, unless otherwise indicated the information presented in the Schedules and Statements is as of the Initial Debtors' Reporting Date of October 15, 2018.  The Debtor SRe Holding Corporation (4816) filed on January 7, 2019 and the information presented in the Schedules and Statements is as of January 5, 2019, which coincides with the timing of this Debtor's fiscal accounting period that is closest to January 7, 2019.

[4] *Motion of Debtors for Authority to (i) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (ii) Implement Ordinary Course Changes to Cash Management System, (iii) Continue Intercompany Transactions, and (iv) Provide Administrative Expense Priority for Postpetition Intercompany Claims and Related Relief* (ECF No. 5) (the "**Cash Management Motion**").

their accounting system, which concurrently are recorded on the applicable Debtors' balance sheets.

In addition, as defined and discussed in the Cash Management Motion, the Debtors are party to certain Foreign Affiliate Intercompany Transactions, Warranty Payments and Intellectual Property Intercompany Transactions. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors and their non-debtor affiliates as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.  **Accuracy.**  Although the Debtors have made reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary or appropriate.  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  Persons and entities trading in or otherwise purchasing, selling or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

8.  **Net Book Value of Assets.**  In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values as of the Commencement Date are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. As applicable, fixed assets and leasehold improvement assets that fully have been depreciated, amortized or impaired, or were expensed for GAAP accounting purposes, have no net book value, and, therefore, are not included in the Schedules and Statements.

9.  **Currency.**  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

10.  **Payment of Prepetition Claims Pursuant to First Day Orders.**  Shortly after October 15, 2018, the Bankruptcy Court entered orders (collectively, the "**First-Day Orders**"), authorizing, but not directing, the Initial Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks and debit and credit card companies; (ii) claims of warehousemen and miscellaneous lien claimants; (iii) certain insurance obligations; (iv) obligations to "critical vendors;" (v) customer programs obligations; (vi)

employee wages, salaries, and related items, including, but not limited to, employee benefit programs and independent contractor obligations; (vii) taxes and assessments; and (viii) amounts held in trust or on a consignment basis where the company has collected on behalf of a third party.[5] Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Commencement Date. To the extent any adjustments are necessary for any payments made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First-Day Orders, such adjustments have been included in the Schedules and Statements unless otherwise noted on the applicable Schedule or Statement. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to the First-Day Orders.

11. **Other Paid Claims.**  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

12. **Setoffs.** The Debtors routinely incur certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, customer programs, returns, promotional funding, warranties, refunds, and other disputes between the Debtors and their customers and/or suppliers. These routine setoffs are consistent with the ordinary course of business in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and, as such, are excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

13. **Accounts Receivable.** The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and are calculated net of any amounts that, as of the Commencement Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day operating policies.

---

[5] The First Day Orders were later applied to the Additional Debtors by the Bankruptcy Court.

14. **Inventory.** Inventories are valued at the lower of cost or market determined primarily using the retail inventory method.   For certain of the Debtors that operate as Kmart, their merchandise inventories are valued under the retail inventory method using primarily a first-in, first-out cost flow assumption. For certain of the Debtors that operate as Sears, their merchandise inventories are valued under the retail inventory method using primarily a last-in, first-out cost flow assumption.

15. **Property and Equipment.** Property and equipment (including leasehold improvements) are carried at cost, less accumulated depreciation.  Additions and substantial improvements are capitalized and include expenditures that materially extend the useful lives of existing facilities and equipment.  Maintenance and repairs that do not materially improve or extend the lives of the respective assets are expensed as incurred.  Depreciation expense, which includes depreciation on assets under capital leases, is recorded over the estimated useful lives of the respective assets using the straight-line method for financial statement purposes. The range of lives are generally 20 to 50 years for buildings, 3 to 10 years for furniture, fixtures and equipment, and 3 to 5 years for computer systems and computer equipment. Leasehold improvements are depreciated over the shorter of the associated lease term or the estimated useful life of the asset.

    The inventories, property and equipment listed in the Schedules are presented without consideration of any mechanics' or other liens.

16. **Mechanics' & UCC Liens.**  Known, filed mechanics' and UCC liens are listed on Schedule D.  The inventories, property, plant and equipment listed in these Schedules are presented without consideration of any mechanics' or other liens. To the extent the corresponding Debtor is identified within the filed documents, the liens are identified on that Debtor's Schedule D.  Those documents that do not identify a specific debtor are listed on Schedule D for Sears Holdings.

17. **Excluded Assets and Liabilities.** Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported. Therefore, they do not represent specific claims as of the Commencement Date and are not otherwise set forth in the Schedules. Additionally, certain deferred assets, charges, accounts or reserves recorded for GAAP reporting purposes only and certain assets with a net book value of zero are not included in the Schedules. Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, closed store and warehouse reserves, accrued occupancy related costs for open stores, deferred real estate income, favorable lease rights and unfavorable lease liabilities.   Other immaterial assets and liabilities may have been excluded.

In the ordinary course of business, the Debtors maintain a customer loyalty reward program that entitles customers to receive certain benefits based on the amount they spend with the Debtors and certain partners (the "**Shop Your Way Program**").  As of the Commencement Date, there were approximately 144 million customers enrolled in the Shop Your Way Program.  The Debtors received approval under the *Order Authorizing Debtors to (i) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices, and (ii) Pay and Honor Related Prepetition Obligations* (ECF No. 135) (the "**Customer Programs Order**") to continue to honor Shop Your Way program benefits and obligations. Due to the Debtors' concern for their customers' privacy, and because it would be unduly burdensome and costly, the Debtors have not provided this customer list in their response to Schedule A/B Part 10.  The Debtors' customer list associated with the Shop Your Way Program is not representative of the customer lists generally identified in the Schedules.

The Debtors also support a number of other customer programs such as the ability for customers to purchase gift cards from the Debtors' stores to be redeemed later for merchandise, offers to customers for markdowns, deals, blue light specials and other offers, and may honor both their own and third-party coupons for discounts on merchandise.  The Debtors have received approval under the Customer Programs Order to continue to honor these program benefits.

The Debtors offer their customers an opportunity to purchase protection agreements ("**PAs**") or extended warranties under a number of different in-house programs that cover the repair or replacement cost of a product, including, but not limited to, home appliances, tools, jewelry, tires, electronics, lawn mowers and certain heating, ventilation, and air-conditioning products.  The Debtors offer service plans for these various products (retail and aftermarket) at different protection levels known as "Master Protection Agreements."  There are millions of customers enrolled in these various PAs.  The Debtors received approval under the Customer Programs Order to continue to honor these agreements.

18.   **Debtors' Reservation of Rights.** Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, the following:

a.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on its Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

8

c.   The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as either "priority," or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.  Listing a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

d.   In the ordinary course of their business, the Debtors may lease equipment from certain third-party lessors for use in the daily operation of its business. Any such leases are set forth in Schedule G and any current amount due under such leases that were outstanding as of the Commencement Date is listed on Schedule E/F. The property subject to any of such leases is not reflected in Schedule A/B as either owned property or assets of the Debtor nor is such property reflected in the Debtor's Statement of Financial Affairs as property or assets of third parties within the control of the Debtor. Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, but not limited to, the recharacterization thereof.

e.   The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including, but not limited to the right to assert claims objections and/or setoffs with respect to the same.

f.   The Debtors' businesses are part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

9

g.  The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.  The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  However, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they are included in the relevant Schedules and Statements.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements inadvertently may have been omitted. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that additional Guarantees are identified.  In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.  The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H.  Guarantees with respect to the Debtors' executory contracts and unexpired leases are not included on Schedule H and the Debtors believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments and similar agreements may exist and, to the extent they do, will be identified upon further review.

i.  Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

j.  To timely close the books and records of the Debtors as of the Commencement Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Commencement Date. The Debtors reserve all rights to amend the reported amounts of assets, liabilities, reported revenue and expenses to reflect changes in those estimates and assumptions.

19.    **Global Notes Control**. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities**

1.  **Schedule-Specific Disclosures.** Each of Schedules A/B, D, E/F, G and H contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference.  The asset totals listed on the Schedules represent all known amounts included in the Debtors' books and records as of the Commencement Date.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

2.  **Schedules A/B**

    a.  **Part 1.** Details with respect to the Debtors' cash management system are provided in the Cash Management Motion.

    The Debtors are in possession of certain monies related to tenant or subtenant deposits where the Debtors are the lessor. These monies are not segregated in separate accounts and have been reported in the Debtors' cash balances. The Debtors believe that these amounts aggregate to less than $600,000.

    The restricted cash balance ($281.9 million) at Debtor Sears Holdings Corporation represents amounts in an escrow account held for the benefit of PBGC. This restricted cash was disbursed to the PBGC in November 2018.

    **Part 2.**  The amounts listed in Part 2 for each Debtor are listed in accordance with the Debtors' books and records.  These amounts do not necessarily reflect assets the Debtors will be able to collect or realize.

    The Debtors have numerous deposits with utility companies serving certain geographies with multiple facilities.  It has been the Debtors' practice to largely account for these deposits on an operational, rather than on a store location and corresponding legal entity basis, which has resulted in utility deposits being primarily recorded on the balance sheets of debtors Kmart Corporation and Sears, Roebuck and Co. The carrying value of the deposits, as reflected in each Debtors' records, are listed in Part 2.

    The Debtors also maintain deposits to satisfy certain statutory requirements related to PAs, and sales tax requirements for the franchise business. These deposits are included in the Schedules for the appropriate legal entity as either collateral or miscellaneous deposits.

    Prepaid expenses primarily consist of cash in advance amounts paid to numerous vendors and suppliers for the purchase of inventory items. These advances were generally made on an operational basis for a vendor in the total amount for the Debtors, rather than by invoice or individual legal entity. The excess advances

above payables have been reclassified as prepaid inventory or prepaid miscellaneous expenses and are subject to reconciliation. The remaining prepaid expenses primarily relate to prepaid advertising, insurance, rent and data processing expenses. It has been the Debtors' practice to largely account for these advances on an operational, rather than a corresponding legal entity basis, which has resulted in the advances being primarily recorded on the balance sheets of Debtors: Sears, Roebuck and Co.; Sears Holdings Management Corporation; Kmart Operations LLC; Sears Operations LLC; and Sears Holdings Corporation.

b. **Part 3.** The Debtors performed an analysis to estimate their accounts receivable aging on a legal entity basis. This analysis was performed using accounts receivable data as of October 6, 2018, which coincides with the timing of the Debtors' fiscal accounting period that is closest to the Commencement Date. The October 6, 2018 information was utilized to estimate the aging as the level of detail required to perform this estimation was not available as of the Commencement Date.

c. **Part 4.** Any of the Debtors' ownership interests in subsidiaries, partnerships, and joint ventures are listed in Schedule A/B, Part 4, as undetermined amounts, because the fair market value of such interests is dependent on numerous variables and factors and may differ significantly from the net book value.

Membership or equity interests held by each of the Debtors in the other Debtor entities are contained in the Debtors' corporate ownership interest statements, which were filed in the Debtors' chapter 11 cases (collectively,[6] and as may be amended and supplemented, the "**Corporate Ownership Statements**"), and are hereby incorporated into Schedule A/B, Part 4, by reference. Consequently, such interests are not listed again in these Schedules.

d. **Part 5.** Amounts presented in the Schedules exclude any amounts of inventory on consignment. Amounts presented as inventory receipts within twenty days of filing have not been reduced to reflect inventory received under cash in advance payment or payments made post-petition under certain First-Day Orders. The amounts listed in this Part 5 should not be interpreted as an estimate of outstanding 11 U.S.C. § 503(b)(9) balances.

e. **Part 8.** Actual realizable values of the identified leased or owned vehicles, machinery, fixtures and equipment may vary significantly relative to net book values as of the Commencement Date.

---

[6] The Initial Debtors' Consolidated Corporate Ownership Statement can be found at ECF No. 2. Debtors SHC Licensed Business LLC, SHC Promotions LLC, and SRe Holding Corporation commenced voluntary cases under chapter 11 of the Bankruptcy Code October 18, 2018, October 22, 2018, and January 7, 2019 respectively, and are jointly administered with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules. For ownership information pertaining to these three subsidiary legal entities, please refer to ECF No. 2 under Case No. 18-23616, ECF No. 2 under Case No. 18-23630, and ECF No. 2 under Case No. 19-22031 for SHC Licensed Business LLC, SHC Promotions LLC, and SRe Holding Corporation, respectively.

f.  **Part 9.** The values listed for the real property owned and leased by the Debtors are the net book values of the various asset components (land, buildings, leasehold improvements, capital lease assets, etc.) as recorded on the fixed asset register for each applicable Debtor. A listing of each real property (primarily store locations) owned by each of the Debtors is contained in a Rider to Schedule A/B for each applicable Debtor. The Debtors have not included the net book value of each Debtor's interest in each owned or leased property as its fixed asset records are maintained on an operational rather than on a store location and corresponding legal entity basis.

Due to the complexity of certain of the Debtors' leasing and real estate transactions, the Debtors may have inadvertently listed certain properties as real property assets in Part 9 when such properties are in fact properties that are subject of certain of the executory contracts and unexpired leases reported on Schedule G. The Debtors reserve all rights to re-characterize their interests in real property at a later date. Further, due to the volume of the Debtors' real and personal property holdings, the Debtors may have listed certain assets as real property assets when such holdings are in fact in the nature of personal property holdings. Debtors may also have listed certain assets as personal property assets when such holdings are in fact real property holdings. The Debtors are continuing to review all relevant documents and expressly reserve their right to amend, re-categorize and/or re-characterize such asset holdings at a later time to the extent the Debtors determine such holdings were improperly listed.

g.  **Part 10.** Part 10 identifies the Debtors' patents, copyrights, trademarks and trade secrets. The values presented in Part 10 reflect the net book value, to the extent that such value is reflected in the Debtors' books and records. A number of the trademarks are registered in multiple countries, including the United States.

Part 10 also includes a best effort listing of the Debtors' registered internet domains and websites. The act of not listing any specific domain or website is not a relinquishing of ownership. The values presented in this Schedule reflect the net book value, to the extent that such value is reflected in the Debtors' books and records.

h.  **Part 11.** In Part 11, dollar amounts are presented net of impairments and other adjustments.

i.  ***Tax refunds and unused net operating losses (NOLs).*** The Debtors have significant net operating loss carryforwards and tax credits. The timing and use of such credits cannot be determined at this time. As a result, the current value is stated as "Undetermined" in Part 11. The use of the word "Undetermined" does not reflect the potential materiality of deferred value. See also response to SOFA 31, "Consolidated Tax Group" for additional information with respect to Limited Liability Companies.

ii.  *Interests in Insurance Policies or Annuities.*  The Debtors maintain a portfolio of insurance policies against unforeseen incidents and losses. There has been no assessment of the cash surrender value, if any, of such policies, to date.  Accordingly, the values ascribed to such policies are reported as Undetermined.

iii.  *Other contingent and unliquidated claims or causes of action of every nature.* In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, refunds with their customers and suppliers, and potential warranty claims against their suppliers, among other claims. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as plaintiffs, or counter-claims and/or cross-claims as defendants.

Despite their reasonable efforts to identify all such assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

iv.  *Other property of any kind not already listed.*  As discussed in the Cash Management Motion, in the ordinary course of business, the Debtors maintain business relationships with each other and with their non-Debtor affiliates. Such intercompany transactions among entities result in intercompany receivables and payables (the "**Intercompany Claims**"). The Debtors have reported for each Debtor, the aggregate net intercompany balances among the Debtors and their non-debtor affiliates as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

The intercompany receivable values reported in Schedule A/B reflect the net intercompany receivables for a particular Debtor entity from all other Debtor and non-Debtor affiliates. Similarly, the intercompany payable values reported in Schedule E/F reflect the net intercompany payable balances from a particular Debtor to all other Debtor and non-Debtor affiliates.

3.  **Schedule D.** To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred, before the Commencement Date.

Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and/or their estates

reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. The Debtors scheduled claims of certain creditors as secured claims for informational purposes only, and no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. The Debtors have included on Schedule D the results of UCC searches performed prior to the Commencement Date. However, the listing of such results shall not be deemed an admission as to the validity or existence of any lien. The Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

The Debtors scheduled guarantee obligations under loan documents in Schedules D and E/F, as applicable, as contingent and unliquidated obligations, in undetermined amounts.

Any changes to the status of any liens or security rights since the Commencement Date may not be adequately reflected in Schedule D. Therefore, the Debtors may have listed claims with secured status that have changed, or failed to list certain parties whose claims may be secured through rights of setoff, deposits or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights on Schedule D.

Certain claims listed on Schedule D may be subject to setoff rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

To the extent the agreements governing certain security relationships have been listed elsewhere in the Schedules for the applicable Debtors, they have not been listed on Schedule D. The descriptions provided in Schedule D are intended only to be a summary, and the amounts due reflect principal amounts due as of the Commencement Date. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Detailed descriptions of the Debtors' pre-petition debt structure, guarantees and descriptions of collateral relating to each debt contained on Schedule D are contained in the *Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York* (ECF No. 3) (the "**CFO Declaration**"). In addition, the naming conventions used to describe the debt in Schedule D and, as applicable, Schedule E/F is consistent with the defined terms in the CFO Declaration.

4. **Schedule E/F**.

   a. **Part 1**.   The Debtors have not listed any tax, wage or wage-related obligations that the Debtors were granted authority to pay pursuant to First-Day Orders on Schedule E/F.   The Debtors believe that all such claims for wages, salaries, expenses, benefits and other compensation as described in the First-Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. Unpaid amounts for severed employees have not been analyzed to determine

whether such amounts should be viewed as priority claims. In addition, for severed employees, there has been no analysis of whether any unpaid amounts exceed the priority claim limit or whether there should be a bifurcation of amounts owed between priority and nonpriority unsecured amounts. Accordingly, such claims are listed in Part 1 of Schedule E/F, and these Schedules identify the amount that may be subject to priority and the amount that may be nonpriority as Undetermined in both parts. The Debtors reserve their right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Claims owing to various taxing and regulatory authorities to which the Debtors may potentially be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to on-going audits and/or the Debtors are otherwise unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as undetermined, pending final resolution of on-going audits or other outstanding issues.

b. **Part 2.** The Debtors have attempted to relate all liabilities to each applicable Debtor. As a result of the Debtors' large and complex operations, however, Schedule E/F for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, may have valid setoff and recoupment rights with respect to such amounts. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown. Therefore, the Debtors did not indicate such potential set off rights. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted. Additionally, certain creditors may assert mechanics', materialsmen's, or other similar liens against the Debtors for amounts listed on Schedule E/F, with respect to which the Debtors reserve all rights. For certain vendors for which the claim amount may not be subject to offset, the Schedule reflect amounts which have been separately reclassified to either prepaid inventory or prepaid expense, as appropriate. Such prepaid amounts are reflected in Schedule A/B.

The Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, the Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F. The Debtors have made reasonable efforts to include all trade creditors on Schedule E/F. However, the Debtors believe there are instances where vendors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and therefore have not been included on Schedule E/F.

The Debtors' accounting system tracks vendors by vendor number. Because many vendors conduct business at several of the Debtors' locations and with multiple Debtors, and the Debtors may do business at multiple vendor locations, there are instances where the same vendor has multiple vendor numbers. For purposes of Schedule E/F, the Debtors have attempted to aggregate all claims of such vendors with multiple vendor numbers, by Debtor. However, instances may exist where not all such claims have been identified and the Debtors may have separately listed potentially duplicative claims of such vendors under multiple vendor numbers.

Unless otherwise noted, the claims listed on Schedule E/F are based on the Debtors' books and records as of the Commencement Date. Payments may have been made to certain vendors under applicable First Day Orders. To the extent that any such payments have been made, the amounts paid have been applied to reduce the amount of the claim. If the application of payments made by the Debtors (i) pursuant to a First Day Order, (ii) a cash in advance payment made prior to the Commencement Date, or (iii) relate to other payments to vendors and result in an over-advance, such payments have been listed as a prepaid expenses and included in Schedule A/B Part 2.

Schedule E/F also contains information regarding pending litigation involving the Debtors. In certain instances, the identity of each Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in Schedule E/F for that Debtor. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated and disputed in this Schedule. The Debtors have excluded workers' compensation claims from the Statements because the Debtors continue to honor their workers' compensation obligations in the ordinary course in accordance with the *Final Order Authorizing Debtors to (i) Continue, Maintain, and Renew Their Insurance Policies and Workers' Compensation Programs: (ii) Honor All Obligations with Respect Thereto: and (iii) Modify the Automatic Stay With Respect to the Worker's Compensation Programs* (ECF No. 792), entered on November 16, 2018.

The Debtors sell gift cards to customers in the normal course of business. The gift cards can be applied by customers toward purchases of groceries in the Debtors' stores. Due to the volume and frequency of gift card sales, the Debtors are not able to identify (i) all of the individual gift card holders, and (ii) the unredeemed value remaining on the individual gift cards. Accordingly, unredeemed gift card claims have not been included in Schedule E/F.

Schedule E/F includes the aggregate net intercompany payable amounts that may or may not result in allowed or enforceable claims by or against a given Debtor. Listing these payables is not an admission on the part of the Debtors that the intercompany claims are enforceable or collectible. The intercompany payables may be subject to set off, recoupment, netting or other adjustments made pursuant to intercompany policies and arrangements not reflected in the Schedules.

5. **Schedule G.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively the "**Agreements**"), review is ongoing and inadvertent errors, omissions or over-inclusion may have occurred. The Debtors may have entered into certain types of Agreements in the ordinary course of their businesses, such as indemnity agreements, non-executory supplemental agreements, amendments/letter agreements, and confidentiality agreements, which may not be set forth in Schedule G. In addition, as described herein, certain confidential information has been omitted from Schedule G.

The Debtors have entered into numerous Universal Terms and Conditions ("**UTC**") arrangements with vendors. For vendors with whom there was at least one open purchase order at the Commencement Date, the Debtors have included such purchase order in Schedule G. The Debtors have not listed all such short-term purchase and sales orders because of their large number and transitory nature.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted Agreements.  Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Commencement Date or is valid or enforceable.  The Agreements listed on Schedule G may have expired or may have been renewed, modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements, which may not be listed on Schedule G. Executory agreements that are oral in nature  have not been included in Schedule G.

Any and all of the Debtors' rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, including, but not limited to, the Debtors' rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (iii) to amend or supplement Schedule G as necessary.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Each Agreement is included on Schedule G of every named Debtor party. In certain circumstances, the specific Debtor obligor(s) to certain of the Agreements could not be specifically identified. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the agreement.  .

6. **Schedule H**.  The Debtors are party to various debt agreements which were executed by multiple Debtors.  The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor.    In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against the other parties.  To the extent such claims are listed elsewhere in the

Schedules of the applicable Debtors, they have not been set forth on Schedule H. Further, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to the extent that such agreements are listed elsewhere in the Schedules of the applicable Debtors.  In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim, and such claim is marked "contingent" and "unliquidated." No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors.  To the extent there are guarantees connected with any joint ventures to which the Debtor may be a party, such agreements are not identified in the Debtors' Schedules.

## Specific Notes with Respect to the Debtors' Statements of Financial Affairs

1.  **SOFA 1 and SOFA 2.**  The presentation of amounts in the Debtors' responses to SOFA 1 and 2 are consistent with the classification of such amounts in the statements of operations, as disclosed in compliance with GAAP.

    The Debtors operate on a 4-4-5 retail calendar, dividing the year into four (4) quarters. Each quarter has 13 weeks, which are grouped into two (2) four-week "months" and one (1) five-week "month."  The Debtors' fiscal year ends on the Saturday closest to January 31 and consists of 52 weeks or, as is the case with fiscal year 2017, 53 weeks.

    - FY 2016: Comprised of 52 weeks ending January 28, 2017.
    - FY 2017: Comprised of 53 weeks ending February 3, 2018.
    - FY 2018: Comprised of 52 weeks ending February 2, 2019.

2.  **SOFA 3.** As described and defined in the Cash Management Motion, the Debtors utilize an integrated, centralized Cash Management System, in the ordinary course of business, to collect, concentrate and disburse funds generated by their operations.   The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The obligations of the Debtors are primarily paid by and through Sears, Roebuck and Co. or Kmart Corporation, notwithstanding that certain obligations may be obligations of one or more of the Debtors consistent with the Cash Management Motion.

    Payment data was extracted from multiple financial systems across the Debtors' organization. In instances where the payment system did not discern which Debtor the payment pertained to, such transactions were assigned to Sears, Roebuck and Co. The payments disclosed in SOFA 3 are based on payments made by the Debtors with payment dates from July 17, 2018 to October 15, 2018.

Amounts still owed to creditors will appear on the Schedules of Assets and Liabilities for each of the Debtors, as applicable.

The Debtor entities utilizes Automatic Data Processing, Inc. ("**ADP**") to process employee compensation and the related jurisdiction taxes associated with compensation payouts. The Debtors make bulk payments which include employee compensation, associated jurisdiction taxes, as well as the service fee ADP would charge for its related services. The various payments systems aren't able to bifurcate the portion related to employee compensation, therefore, amounts listed in response to SOFA 3 represent the total batch payments.

3.   **SOFA 4.** For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, (i) have a controlling interest in, or exercise sufficient control over the respective Debtor so as to unqualifiably dictate corporate policy and the disposition of assets, and/or (ii) are or were listed as participants in the Debtors' key employee incentive plan as approved by the KEIP Order.[7]

Individuals listed in the Statements as insiders have been included for informational purposes only. The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, please see SOFA 28 and SOFA 29.

Payments to insiders that have a specific related party interest include M-III Partners LLC ("**M-III**"). M-III pays insider Chief Restructuring Officer Moshin Meghji, and therefore payments to M-III may indirectly benefit Mr. Meghji. Such payments have been listed in the response to SOFA 11.

The payroll-related amounts shown in response to this question for any salary, bonus or additional compensation, and/or severance payments are net amounts that include reductions for amounts including employee tax and benefit withholdings.

4.   **SOFA 5.** The operating Debtors occasionally return damaged, unsatisfactory, or out-of-specification goods to vendors in the ordinary course of business. Other

---

[7] *Order (I) Approving Debtors' Incentive and Retention Programs for Certain Key Employees and (II) Granting Related Relief* (ECF No. 1437) (the "**KEIP Order**").

than ordinary course items, the Debtors are not aware of any property that has been returned to the seller.

5.   **SOFA 6.**   The Debtors accept payment in their various locations and on their website in the form of credit cards.  As a result of the relationship with the credit card processing companies, the Debtors are involved in setoff transactions on a continuous basis.   Specifically, other than the setoffs noted in SOFA 6, the Debtors maintain reserves with both First Data Corporation ("**First Data**") and American Express Co. ("**American Express**"). First Data and American Express are not owed any amounts because all amounts that are due and payable are offset against amounts that First Data and American Express owe the Debtors in the normal course of settlement.  While this is similar in effect to a set-off, it does not meet the legal criteria for set-off because the amounts never became unpaid. Additionally, First Data and American Express have a contractual right to withhold from the settlements amounts due to them.  If the net amount due to the Debtors is greater than zero, there is no need for either American Express or First Data to exercise a set-off against the reserve, so the reserve will continue to be in place.  If First Data continues to process gift-card transactions and the Debtors continue to accept American Express credit cards for payment, the Company expects that net amounts due to the Debtors to exceed zero.  Further, the Debtors' relationships with their vendors require setoffs on regular cycles.  Documentation of these setoff transactions for the 90 days prior to the Commencement Date would be onerous and unwieldy.  Consequently, the Debtors have not listed these ordinary course setoffs in SOFA 6.

In the ordinary course of business, the Debtors receive benefits from their trade vendors including, but not limited to, rebates, promotional allowances, dividends, and contractual sharing of profits and discounts. These Debtor receivables are typically settled with the Debtors setting off the receivables against payments to the vendors. In some instances, the amounts are settled in cash. Given the frequency of these transactions, and the burden created in attempting to isolate them from normal course payments, the Debtors have not listed these ordinary course setoffs in SOFA 6.

The operating Debtors engage in certain customer programs, including return and refund programs pursuant to which customers may receive credits. Such transactions were not considered setoffs for the purpose of responding to SOFA 6, although the Debtors reserve all rights with respect thereto and make no admission of waiver thereby.

6.   **SOFA 7.**   The actions described in response to SOFA 7 are the responsive proceedings or pending proceedings of which the Debtors are aware. The actions described in SOFA 7 include, but are not limited to, commercial litigation, personal injury lawsuits, customer credit cases, workers' compensation claims, environmental-related proceedings, potential violations under the Equal Employment Opportunity Commission, potential violations under the

21

Occupational Safety & Health Administration, as well as investigations under state and federal law.

The Debtors have devoted substantial resources to identify and provide as much information for as many proceedings as possible in response to SOFA 7 using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, information the Debtors were unable to locate for proceedings that were listed was left blank.

The Debtors reserve all of their rights and defenses with respect to all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.  Further, the Debtors own property in numerous jurisdictions and in the ordinary course of business have disputed property valuations/tax assessments.  The Debtors have not listed such disputes on SOFA 7.

7.     **SOFA 9.**   The donations and/or charitable contributions listed in response to SOFA 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records. The Debtors may occasionally have excess prepaid materials related to customized projects at the end of a projects life cycle that they may give away to local charitable organization, rather than holding potential obsolete inventory.  These materials are given away without being recorded as such within the Debtor's book of record, however, the purchase price of material is allocated to its respective project cost.

In addition to the charitable contributions and gifts listed, the Debtors assist local communities by participating in a number of different programs, which include disaster relief, discounted merchandise for the disadvantaged, sporting equipment for local youth athletic teams, and gift cards to support local programs.  These contributions are often made at the discretion of store managers who have authority to make such donations, which are non-cash in nature. The Debtors track some of these contributions, but given the ad-hoc frequency and nature of these transactions, often do not track certain information such as the recipient counterparties.  Tracking down such information would be burdensome given that these contributions are made at the store level and therefore are not included in the list of charitable contributions and gifts identified.  The Debtors are also affiliated with the Sears-Roebuck Foundation, a 501(c)(3) non-profit organization founded in 1959.  The Sears-Roebuck Foundation is a not a Debtor and therefore, its charitable contributions are also excluded from the list.

Further, as described in the *Motion of Debtors for Authority to (I) Maintain Certain Trust Fund Programs, (II) Release Certain Funds Held in Trust, and (III)*

*Continue to Perform and Honor Related Obligations* (ECF No. 15) (the "**Trust Funds Motion**"), in the ordinary course of business, the Debtors collect charitable contributions from customers through cash and credit card contributions at store checkout points. These customer contributions are not property of the Debtors' estates and are passed through to the applicable charitable organizations. The transfer of funds associated with these charitable programs have not been disclosed in SOFA 9 as they do not reflect donations or charitable contributions of property of the Debtors' estate.

8.    **SOFA 10.**  The Debtor did not incur any losses within the year prior to the Commencement Date with respect to fire, theft, or other casualty that exceeded its insurance deductibles. The losses listed may exclude those incurred in the ordinary course of business. Amounts listed may include the value of property or estimated claim amounts for, among other things, shrinkage and damage.

Given the scale of the Debtors' store footprint, certain losses cannot be tracked by the Debtors with complete accuracy and, accordingly, such losses are listed on the Debtors' Statements based on general ledger accounts that capture items such as theft, inventory shrink, and property damage. Additionally, the Debtors only account for general recoveries of such losses, with this general amount being the recovery listed in the Statements for the one year immediately prior to the Petition Date.

9.    **SOFA 11.**  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Commencement Date were made by Sears Holdings and are, therefore, listed on that Debtor's response to SOFA 11. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their post-petition lenders or other parties on account of any applicable fee arrangements.

10.    **SOFA 13.**  The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in SOFA 13.

To the extent that the Debtors vacated store locations during the three years immediately preceding the Commencement Date, information on these former store locations is contained in the Debtors' response to SOFA 14. As part of the store closure process, the Debtors may sell equipment, hardware and other assets with value to interested parties such as the landlord and/or third party liquidators. The Debtors may also abandon assets in place at the locations for which they have

no future use or have been unable to sell to a third party. Certain *de minimis* transfers of assets resulting from such actions may not have been captured in the Debtors' response to SOFA 13.

11.    **SOFA 14.**    The Debtors operate locations both domestically and internationally. The Debtors have included a listing of all current and previous addresses owned or leased by the Debtor. In select instances, the dates of occupancy for certain retail addresses was not readily available. For these instances, the applicable dates are listed as "Unknown."

12.    **SOFA 16.**    In the ordinary course of business, the Debtors collect certain personally identifiable information ("**PII**"), including, but not limited to, their customers' names, home address, and email addresses. A list of categories of collected PII is included in the response to SOFA 16. The Debtors also maintain prescription-related information on their pharmacy customers. All pharmacy records are kept and maintained in accordance with the privacy and confidentiality requirements mandated by Federal and state law. The Debtors' privacy policy for pharmacy records is available at all of their pharmacy locations.

13.    **SOFA 20.**    The Debtors utilize Iron Mountain Storage Facilities ("**Iron Mountain**") to retain records. Iron Mountain has various store locations across the United States. The Debtors do not maintain specific Iron Mountain addresses and thus have not listed them in SOFA 20. The Debtors own and operate their distribution centers. Accordingly, the distribution centers do not constitute off-premise storage for purposes of this response.

In addition, the Debtors have not disclosed in response to SOFA 20 (i) inventory for sale being held in the mini-storage units that the Debtors rent from time to time to store excess inventory in the ordinary course of business or (ii) any owned in-transit inventory. The Debtors have determined that the collection of this specific information would be time-consuming and an inefficient use of estate resources. Further, such inventory is accounted for on the Debtors' Schedules. As such this inventory is not included in SOFA 20.

14.    **SOFA 21.**    In the ordinary course of business, the Debtors' retail locations contain various inventory goods owned by third parties. In addition to regular consignment inventory arrangements, the Debtors may have Scan Based Trading ("**SBT**") agreements with third parties. Goods that fall under SBT agreements are owned by the supplier up until the point of sale. The Debtors do not track the value of the SBT inventory for each supplier and such SBT inventory is held at various retail locations. Additionally, the Debtors may utilize leased property in their ordinary course of business. Therefore, the Debtors may hold property subject to leases listed on the Debtors' Schedule G.

15.    **SOFA 22–24.**  The Debtors have devoted substantial resources to identify and provide the required information for as many responsive sites and proceedings as possible in response to SOFA 22–24 using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, it is possible that certain of the matters listed on SOFA 22–24 for a particular Debtor may also relate to another Debtor and may have been inadvertently left off such other Debtor's response to this question. The Debtors have endeavored to disclose all applicable information in response to SOFA 22–24. For ownership of subsidiary legal entities, please refer to the Debtors' Corporate Ownership Statements, which are incorporated into the Statements by reference herein.

With regard to SOFA 23, the Debtors have listed existing store locations for which environmental remediation actions were in process as of the Commencement Date.   The Debtors were in compliance with all remediation requirements as of the Commencement Date.

16.    **SOFA 25.**   The Debtors have used their reasonable efforts to identify the beginning and ending dates of all businesses in which the Debtors were a partner or owned five percent or more of the voting or equity securities within the six years immediately preceding the Commencement Date. In certain instances, however, the dissolution dates of certain entities that are no longer in existence were not readily available and, therefore, are not included in SOFA 25.  All such entities were either merged with other entities owned by the Debtors or were dissolved prior to the Commencement Date.  The Debtors have listed non-debtor subsidiaries on the Statement of the Debtor entity (the "**Proximate Parent Debtor**") that most directly held or otherwise had control over the interests in such non-debtor entities, but not on the Statements of the parent entities of the Proximate Parent Debtor. For the inter-Debtor ownership information, please refer to the Corporate Ownership Statements.

17.    **SOFA 26.**  Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Debtors have filed with the U.S. Securities and Exchange Commission (the "**SEC**") reports on Form 8-K, Form 10-Q, and Form 10-K. These SEC filings contain consolidated financial information relating to the Debtors.   Additionally, consolidated financial information for the Debtors is posted on the Debtors' website at www.sears.com.  Because the SEC filings and the website are of public record, the Debtors do not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or the Debtors.

In addition, the Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors with financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists to track such disclosures and, therefore, have not listed these recipients in SOFA 26.

18.    **SOFA 27.**  The Debtors inventory product at their various store locations on a continual basis. In an effort to reduce the amount of disclosures that would be otherwise applicable—disclosures that could name in excess of 1,000 store-level managers—the Debtors have provided the regional leads in response to SOFA 27.

In addition, the Debtors perform periodic cycle inventory counts throughout each year and at least one full physical inventory count per year at each individual location.  The total values of each count related to "Sears" and "Kmart" retail and distribution center locations are assigned to their parent entities, Sears, Roebuck and Co. and Kmart Holding Corp., respectively.

Additionally, the Debtors inventory product at their various retail and distribution centers on a regular basis.  The Debtors have only provided the regional leads in response to SOFA 27.

19.    **SOFA 28.**  The Debtors have excluded from SOFA 28 shareholders who hold less than five percent (5%) of each Debtor's voting or equity securities, as is consistent with reporting requirements under SEC Filing 13D.  For inter-Debtor ownership information, please refer to the Corporate Ownership Statements. For each entity, the Debtors have included individuals as of the Commencement Date, identified as directors, officers, members, or managers, as applicable, of such entity in the Debtors' recordkeeping systems or, if no individuals were identified, an entity member, as applicable.

20.    **SOFA 29.**  The disclosures relate specifically to terminated job titles or positions and are not indicative of the individuals' current employment status with the Debtors. For each entity, the Debtors have included the individuals who, during the applicable period, were identified as directors and officers of such entity in the Debtors' recordkeeping systems.

21.    **SOFA 30.**  Any and all known disbursements to Insiders of the Debtors, as defined above, have been listed in the response to SOFA 4.

22.    **SOFA 31.**  Various Debtor limited liability companies ("**LLCs**") are disregarded for tax purposes.  Income generated by an LLC is consolidated at a higher reporting unit level with entities including Sears, Roebuck, and Co., Kmart Corporation, Sears Holdings and others. Only corporations can be "members" of a consolidated group for tax purposes. Because the Debtor LLCs are not corporations for tax purposes, they are identified as not being members of the tax consolidated group in the response to SOFA 31.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SEARS HOLDINGS MANAGEMENT CORPORATION |
| United States Bankruptcy Court for the: | Southern |
| District of: | New York {State} |
| Case number (If known): | 18-23553 |

☐ Check if this is an amended filing

# Official Form 206 A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**1.** Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.

☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.** Cash on hand | | | $ 0.00

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Disbursements | 5 4 2 6 | $ 0.00 |
| 3.2. | Bank of America | Depository | 6 3 3 8 | $ 0.00 |
| 3.3. | Bank of America | Depository | 6 7 2 2 | $ 0.00 |
| 3.4. | Key Bank | Concentration | 1 0 5 6 | $ 11,442.75 |
| 3.5. | US Bank | Depository/Disbursements | 8 9 4 2 | $ 230.75 |

**4.** Other Cash equivalents *(Identify all)*

| 4.1. | None | | $ 0.00 |
|---|---|---|---|

**5.** Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $ 11,673.50 |
|---|

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.**     **Does the debtor have any deposits or prepayments?**

☐     No. Go to Part 3.

☒     Yes. Fill in the information below.

|  |  | **Current Value of debtor's interest** |
|---|---|---|

**7.**     **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | None | $ | 0.00 |
|---|---|---|---|

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of deposit

| 8.1. | Prepaid Expenses | $ | 178,468,289.00 |
|---|---|---|---|

**9.**     **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $ | 178,468,289.00 |
|---|---|

| **Part 3:** | **Accounts Receivable** |
|---|---|

**10.**     **Does the debtor have any accounts receivable?**

☐     No. Go to Part 4.

☒     Yes. Fill in the information below.

|  | **Current Value of debtor's interest** |
|---|---|

**11.**     **Accounts Receivable**

| 11a. 90 days old or less: | $ | $15,783,186.00 | − | $ | $0.00 | =...... ➜ | $ | $15,783,186.00 |
|---|---|---|---|---|---|---|---|---|
|  |  | Face amount |  |  | Doubtful or uncollectible amount |  |  |  |
| 11b. Over 90 days old: | $ | $0.00 | − | $ | $0.00 | =...... ➜ | $ | $0.00 |
|  |  | Face amount |  |  | Doubtful or uncollectible amount |  |  |  |

**12.**     **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $ | 15,783,186.00 |
|---|---|

| **Part 4:** | **Investments** |
|---|---|

**13.**     **Does the debtor own any investments?**

☐     No. Go to Part 5.

☒     Yes. Fill in the information below.

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. | None | | $ | 0.00 |
|---|---|---|---|---|

**15.** **Non-publicly traded stocks and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                              % of ownership:

| 15.1. | Manage My Home, Inc. | 100% % | Net Book Value | $ | UNDETERMINED |
|---|---|---|---|---|---|
| 15.2. | MetaScale LLC | 100% % | Net Book Value | $ | UNDETERMINED |
| 15.3. | Sears Global Technologies India Private Limited | 5% % | Net Book Value | $ | UNDETERMINED |
| 15.4. | Sears Global Technology Services LLC | 100% % | Net Book Value | $ | UNDETERMINED |
| 15.5. | Sears Holdings Mauritis Holding Company | 0.01% % | Net Book Value | $ | UNDETERMINED |
| 15.6. | Sears IT & Management Services India Private Limited | 5.0294% % | Net Book Value | $ | UNDETERMINED |
| 15.7. | See Global Notes | % | | $ | UNDETERMINED |
| 15.8. | SHC Financial, LLC | 100% % | Net Book Value | $ | UNDETERMINED |
| 15.9. | SHC Israel Ltd. | 100% % | Net Book Value | $ | UNDETERMINED |
| 15.10. | SHMC Beverly Group LLC | 100% % | Net Book Value | $ | UNDETERMINED |
| 15.11. | State Interactive LLC | 100% % | Net Book Value | $ | UNDETERMINED |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. | Rich Relevance, Inc. Series G Preferred Stock (35,068 shares) | Net Book Value | $ | UNDETERMINED |
|---|---|---|---|---|

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $ | 0.00 |
|---|---|---|

Debtor       SEARS HOLDINGS MANAGEMENT CORPORATION
             Name                                                    Case number *(if known)*    18-23553

| **Part 5:** | **Inventory, excluding agricultural assets** |
|---|---|

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☒   No. Go to Part 6.

☐   Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|---|

**19.    Raw Materials**

|  | MM/DD/YYYY | $ | | $ |

**20.    Work in progress**

|  | MM/DD/YYYY | $ | | $ |

**21.    Finished goods, including goods held for resale**

|  | MM/DD/YYYY | $ | | $ |

**22.    Other inventory or supplies**

|  | MM/DD/YYYY | $ | | $ |

**23.    Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

**24.    Is any of the property listed in Part 5 perishable?**

☐   No.

☐   Yes.

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐   No.

☐   Yes.    Book value  $ _____    Valuation Method _____    Current Value  $ _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐   No.

☐   Yes.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.    Does the debtor own or lease any farming and fishing related assets (other than titled motor vehicles and land)?**

☒   No. Go to Part 7.

☐   Yes. Fill in the information below.

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number *(if known)*      18-23553

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|
| **28.** **Crops - either planted or harvested** | $ | | $ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32.** **Other farming and fishing-related property not already listed in part 6** | $ | | $ |

**33.** **Total of Part 6**

Add lines 26 through 32. Copy the total to line 85.

$ _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

　☐ No.

　☐ Yes.

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____   Valuation Method _____   Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37.** **Has any of the property in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture , fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION    Case number *(if known)*    18-23553
Name

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Construction work-in-progress | $ 1,537,800.00 | Net Book Value | $ 1,537,800.00 |
| Furniture & Fixtures | $ 1,687,500.00 | Net Book Value | $ 1,687,500.00 |
| **40. Office fixtures** | | | |
| None | $ 0.00 | | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Hardware/Software | $ 59,784,317.00 | Net Book Value | $ 59,784,317.00 |
| Electronic Data Processing Equipment | $ 22,113,923.00 | Net Book Value | $ 22,113,923.00 |
| Point of Sale Equipment | $ 1,679.00 | Net Book Value | $ 1,679.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections, memorabilia, or collectibles. | | | |
| 42.1    None | $ 0.00 | | $ 0.00 |

**43. Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

| | Current Value of debtor's interest |
|---|---|
| | $ 85,125,219.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☒ Yes.

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| Automobiles & Industrial Wholesale Trucks | $ 50,720.00 | Net Book Value | $ 50,720.00 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

_____    $              0.00         _____    $              0.00

**49.** **Aircraft and accessories**

_____    $              0.00         _____    $              0.00

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

None _____    $              0.00         _____    $              0.00

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                $         50,720.00

**52.** **Is a depreciation schedule available for any property listed in Part 8?**

☐ No.

☒ Yes.

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|---|
| Net Book Value of Real Properties (See Rider) | 100% | $         141,244,919.00 | Net Book Value | $         141,244,919.00 |

**56.** **Total of Part 9**

Add lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                $         141,244,919.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☒ Yes.

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☒ Yes.

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets.**

| None | $ | | $    0.00 |

61. **Internet domain names and websites**

| None | $ | | $    0 |

62. **Licenses, franchises, and royalties**

| None | $ | | $    0 |

63. **Customer lists, mailing lists, or other compilations**

| Shop Your Way Members | $    UNDETERMINED | N/A | $    UNDETERMINED |

64. **Other intangibles, or intellectual property**

| None | $    $0.00 | | $    0.00 |

65. **Goodwill**

| None | $    $0.00 | | $    0.00 |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

| $    0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No.

☒ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No.

☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

---

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
        Name

Case number *(if known)*   18-23553

| **Part 11:** | **All other assets** |
| --- | --- |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐   No. Go to Part 12.

☒   Yes. Fill in the information below.

|  |  | Current Value of debtor's interest |
| --- | --- | --- |

**71.** Notes receivable
Description (including name of obligor)

None      $   0.00   − $   0.00   = ➜   $   0.00
       Total Face amount      Doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLS)**
Description (for example, federal, state, local)

| | | | |
| --- | --- | --- | --- |
| Foreign Tax Credits after FY2017 Return (10 year carryforward) | Tax Year | 2018 | $   UNDETERMINED |
| Total NOL after FY2017 Return | Tax Year | 2018 | $   UNDETERMINED |
| Work Opportunity Tax Credit after FY2017 Return (20 year carryforward) | Tax Year | 2018 | $   UNDETERMINED |

**73.** **Interests in insurance policies or annuities**

Underwriters at Lloyds
TX Employer's Liability Coverage $3,000,000 (8/1/2018 - 8/1/2019)
Policy Number: PEM10062-02       $   UNDETERMINED

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

None       $   0.00

**Nature of claim**

**Amount Requested**   $

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
None       $   0.00

**Nature of claim**

**Amount requested**   $

**76.** **Trusts, equitable or future interests in property**

      $   0.00

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | | |
| --- | --- | --- |
| Intercompany Investment Amount | $ | 22,047,425.00 |
| Intercompany Note Receivable | $ | 12,859,477,794.00 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          _____
          Name

Case number *(if known)*    18-23553
                            _____

**78.**   **Total of Part 11**

          Add lines 71 through 77. Copy the total to line 90.

          $                    12,881,525,219.00

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

          ☒   No.

          ☐   Yes.

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            _____
            Name

Case number (if known)    18-23553
                          _____

**Part 12:     Summary**

In part 12 copy all of the totals from the earlier parts of the form.

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* — $ 11,673.50

81. **Deposits and Prepayments.** *Copy line 9, Part 2.* — $ 178,468,289.00

82. **Accounts Receivable.** *Copy line 12, Part 3.* — $ 15,783,186.00

83. **Investments.** *Copy line 17, Part 4.* — $ 0.00

84. **Inventory.** *Copy line 23, Part 5.* — $ -

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* — $ -

86. **Office Furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* — $ 85,125,219.00

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* — $ 50,720.00

88. **Real Property.** *Copy line 56, Part 9.* ..................................................➔ — $ 141,244,919.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* — $ 0.00

90. **All other assets.** *Copy line 78, Part 11.* + $ 12,881,525,219.00

91. **Total.** Add lines 80 through 90 for each column.......................... 91. — $ 13,160,964,306.50   + $ 141,244,919.00

92. **Total of all property on Schedule A/B.** *Lines 91a + 91b = 92.* ............................................................................................... — $ 13,302,209,225.50

**Debtor Name: SEARS HOLDINGS MANAGEMENT CORP.**         **Case Number: 18-23553**

**Real Property Detail by Debtor**
**Part 9, Question 55: Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Ref # | Description and location of property (include street address or Assessor Parcel Number and type of property i.e. acreage, factory warehouse apartment or office building if available) | Nature and extent of debtor's interest in property |
|---|---|---|
| 1 | 6490 Day Care Center<br>5334 Sears Parkway, HOFFMAN ESTATES IL 60192 | 100% |
| 2 | 457 Embedded Distribution Center<br>3333 Beverly Road, HOFFMAN ESTATES IL 60192 | 100% |
| 3 | 2162 Embedded Sears Auto Center<br>3333 Beverly Rd, Hoffman Estates IL 60179 | 100% |
| 4 | 38480 Office<br>2240 Cunningham Dr, Troy MI 48084 | 100% |
| 5 | 490 Land<br>3333 Beverly Road, HOFFMAN ESTATES IL 60192 | 100% |
| 6 | 490 Office Building<br>3333 Beverly Road, HOFFMAN ESTATES IL 60192 | 100% |

**Fill in this information to identify the case:**

Debtor name   SEARS HOLDINGS MANAGEMENT CORPORATION

United States Bankruptcy Court for the:   Southern          District of:   New York
                                                                          {State}

Case number (If known):   18-23553

☐ Check if this is an amended filing

## Official Form 206 D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|-----------------------------------------|

1.  **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|--|--|--|

**2.1**  **Creditor's Name**
JPP LLC

**Creditor's Mailing Address**
1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

**Creditor's email address, if known**

**Date debt was incurred**      9/1/2016

**Last 4 digits of**            __  __  __  __
**account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

| 1. Bank of America; 2. JPP/JPP II, LLC |

**Describe debtor's property that is subject to a lien**

| Inventory, receivables and other related assets of the Company and its subsidiaries which are obligated on the Second Lien Term Loan and the New Senior Secured Notes. |

**Describe the lien**

| Second Lien Term Loan  UCC Lien 20170494788 |

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$   UNDETERMINED   $   UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.2**

**Creditor's Name**
WILMINGTON TRUST AS TRUSTEE

**Describe debtor's property that is subject to a lien**

$    UNDETERMINED    $    UNDETERMINED

**Creditor's Mailing Address**
7530 LUCERNE DR 305,

Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables.

CLEVELAND, OH 44130
USA

**Describe the lien**

**Creditor's email address, if known**

Second Lien Notes UCC Lien 20142601631

**Date debt was incurred**    10/12/2010

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

1. Bank of America; 2. JPP/JPP II, LLC and Wilmington Trust

**2.3**

**Creditor's Name**
CITIBANK NA AS ADMINISTRATIVE AGENT

**Describe debtor's property that is subject to a lien**

$    UNDETERMINED    $    UNDETERMINED

**Creditor's Mailing Address**
390 GREENWICH STREET 1ST FLOOR,

A Stand-Alone L/C Facility secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables. Cash collateral on deposit with the Issuing Bank equal to 102% of the commitments under the

NEW YORK, NY 10013
USA

**Describe the lien**

**Creditor's email address, if known**

Stand-Alone L/C Facility  UCC Lien 20174104706

**Date debt was incurred**    12/28/2016

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

1. Bank of America and JPP/JPP II, LLC

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

**Part 1**    **Additional Page**

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.4**

**Creditor's Name**
JPP LLC

**Creditor's Mailing Address**
1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

**Creditor's email address, if known**

**Date debt was incurred**    1/4/2018

**Last 4 digits of**
**account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. JPP, LLC 1. JPP II, LLC c/o ESL Investments, Inc.Attention: Edward S. Lampert, CEO1170 Kane Concourse, Suite 200Bay Harbor Islands FL 33154

**Describe debtor's property that is subject to a lien**

Secured by substantially all of the unencumbered intellectual property (IP) of the Company and its subsidiaries (excluding IP relating to the Kenmore and DieHard brands), and by certain real property interests.

**Describe the lien**

IP/Ground Lease Term Loan  UCC Lien 20180123667

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

**2.5**

**Creditor's Name**
JPP LLC

**Creditor's Mailing Address**
1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

**Creditor's email address, if known**

**Date debt was incurred**    4/6/2016

**Last 4 digits of**
**account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority

**Describe debtor's property that is subject to a lien**

Secured by a first priority lien on certain leased/owned real properties in respect of which Lender is expressly granted a Lien under the Loan Documents. Sears Holding Corporation is a guarantor.

**Describe the lien**

Consolidated Secured Loan Facility (Includes Note A and Note B). Guaranteed by SHC. UCC Lien 201604110167135

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$    831,428,725.00    $    UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name
                                                    Case number (if known)    18-23553

| Part 1 | Additional Page |

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |

**2.6** **Creditor's Name**
BANK OF AMERICA

**Creditor's Mailing Address**
2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904
USA

**Creditor's email address, if known**

**Date debt was incurred**    7/21/2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> An asset-based revolving credit facility with current commitments of $1.5 billion secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

> Revolving Credit Facility (First Lien Credit Facility)  UCC Lien 20144580361

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

**2.7** **Creditor's Name**
BANK OF AMERICA

**Creditor's Mailing Address**
2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904
USA

**Creditor's email address, if known**

**Date debt was incurred**    7/21/2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> A letter of credit sublimit of up to $1 billion secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

> First Lien Letters of Credit (First Lien Credit Facility) UCC Lien 20144580361

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.8**

**Creditor's Name**
BANK OF AMERICA

**Creditor's Mailing Address**
2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904
USA

**Creditor's email address, if known**

**Date debt was incurred**      7/21/2015

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> Secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

> First Lien Term Loan B (First Lien Credit Facility)  UCC 20144580361

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$      UNDETERMINED      $      UNDETERMINED

**2.9**

**Creditor's Name**
BANK OF AMERICA

**Creditor's Mailing Address**
2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904
USA

**Creditor's email address, if known**

**Date debt was incurred**      7/21/2015

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> Secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

> FILO Term Loan (First Lien Credit Facility) UCC Lien 20144580361

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$      UNDETERMINED      $      UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

---

**2.10** **Creditor's Name**

WILMINGTON TRUST AS TRUSTEE

**Creditor's Mailing Address**

7530 LUCERNE DR 305,

CLEVELAND, OH 44130
USA

**Creditor's email address, if known**

**Date debt was incurred**    2/1/2018

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP, LLC and JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

> Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables

**Describe the lien**

> Second Lien PIK Notes UCC 20142601631

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

---

**2.11** **Creditor's Name**

JPP LLC

**Creditor's Mailing Address**

1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

**Creditor's email address, if known**

**Date debt was incurred**    9/1/2016

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

> 1. Bank of America; 2. JPP/JPP II, LLC

**Describe debtor's property that is subject to a lien**

> Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables

**Describe the lien**

> Second Lien Line of Credit and Alternative Tranche Line of Credit Loans UCC 20170494788

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

---

Official Form 206 D    **Schedule D: Creditors Who Have Claims Secured by Property**    Page 6 of 8

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Part 1**    **Additional Page**

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $    831,428,725.00

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| Part 2 | List Others to be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity? |
|---|---|---|
|  |  |  |
|  |  |  |

**Fill in this information to identify the case:**

Debtor name          SEARS HOLDINGS MANAGEMENT CORPORATION

United States Bankruptcy Court for the:        Southern          District of:        New York
{State}

Case number (If known):        18-23553

☐ Check if this is an amended filing

## Official Form 206 E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total Claim | Priority |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
| ABNEY KELLY R | | $         UNDETERMINED | $         UNDETERMINED |
| 3333 BEVERLY BLVD | Check all that apply. | | |
| | ☒ Contingent | | |
| HOFFMAN ESTATES, IL 60179 | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| | **Basis for the claim:** | | |
| | WAGES, SALARIES AND COMMISSIONS | | |
| **Last 4 digits of account number**  ___  ___  ___  ___ | | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ ) | **Is the claim subject to offset?** | | |
| | ☐ No | | |
| | ☐ Yes | | |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.2** Priority creditor's name and mailing address

ACQUAVIVA DAVID L
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

AINSWORTH JULIE A
905 PINE TREE LANE

WINNETKA, IL 60093

**Date or dates debt was incurred**

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 335,151.52
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.4**  **Priority creditor's name and mailing address**

ALBERTSON J D
107 W THOMPSON ST

HARVARD, IL 60033

**Date or dates debt was incurred**

_____

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 1,561.19    Priority: $ UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.5**  **Priority creditor's name and mailing address**

ALVARADO JOSEPH E
9310 S WINCHESTER

CHICAGO, IL 60643

**Date or dates debt was incurred**

_____

**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 95,000.00    Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.6** | Priority creditor's name and mailing address

ANDERSON LISA B
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.7** | Priority creditor's name and mailing address

ASHUEV YURI
322 PARTRIDGE LN

WHEELING, IL 60090

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 4,527.97
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.8**  Priority creditor's name and mailing address

AUGUSTYN TIMOTHY E
2336 WOODLAND

ROYAL OAK, MI 48073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$ 8,115.99     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.9**  Priority creditor's name and mailing address

BAGNOLE MICHAEL
1N681 WENTWORTH CT

WINFIELD, IL 60190

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$ 1,901.74     $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.10**   Priority creditor's name and mailing address

BALLOU STACEY
3880 TWIN OAKS DR

WONDER LAKE, IL 60097

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Total Claim: $        2,505.48
Priority: $        UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.11**   Priority creditor's name and mailing address

BARNES JASON R
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Total Claim: $        UNDETERMINED
Priority: $        UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.12** | Priority creditor's name and mailing address

BASANTANI DHEERAJ K
1310 VALLEY LAKE DRIVE

SCHAUMBURG, IL 60195

**Date or dates debt was incurred**

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $ 4,075.18
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.13** | Priority creditor's name and mailing address

BASSETT BRETT
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.14**   **Priority creditor's name and mailing address**

BENEY BRADLEY D
34112 DORAIS

LIVONIA, MI 48154

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ 6,729.03
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.15**   **Priority creditor's name and mailing address**

BENNETT TOREY
38542 ARROWHEAD DR

GONZALES, LA 70737

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ 3,259.62
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
          Name

Case number *(if known)*    18-23553
_____

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | | Priority |
|--|--|-------------|--|----------|

**2.16**    Priority creditor's name and mailing address

BERNARD JUDY A
1861 STOLDT AVE

IMLAY CITY, MI 48444

**Date or dates debt was incurred**
_____

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (____4____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

$    9,774.52    $    UNDETERMINED

|  | | Total Claim | | Priority |
|--|--|-------------|--|----------|

**2.17**    Priority creditor's name and mailing address

BERRY JENNIFER
917 BLUE ASTER PARKWAY

GILBERTS, IL 60136

**Date or dates debt was incurred**
_____

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (____4____)

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

$    1,690.44    $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.18**    Priority creditor's name and mailing address

BERTA CINDY L
3529 ALIDA AVE

ROCHESTER HILLS, MI 48309

**Date or dates debt was incurred**

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 3,866.72    $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.19**    Priority creditor's name and mailing address

BOEHM JESSICA L
1422 KING EDWARD CR

PALATINE, IL 60067

**Date or dates debt was incurred**

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 2,535.67    $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.20**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ UNDETERMINED | $ UNDETERMINED |
|---|---|---|---|

BORDEN JANE
3333 BEVERLY ROAD

Check all that apply.

HOFFMAN ESTATES, ILLINOIS 60179

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.21**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,653.85 | $ UNDETERMINED |
|---|---|---|---|

BOS DANA E
6502 22ND AVE NW

Check all that apply.

SEATTLE, WA 98117

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.22** Priority creditor's name and mailing address

BOUTROS PETER
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

Date or dates debt was incurred

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

[ ] No
[ ] Yes

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.23** Priority creditor's name and mailing address

BOWLING J MITCHELL
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

Date or dates debt was incurred

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | | Case number *(if known)* | 18-23553 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.24** Priority creditor's name and mailing address

BUDROVIC MISTEE C
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.25** Priority creditor's name and mailing address

BUECHELE STEPHEN M
718 FOX GLEN DRIVE

ST CHARLES, IL 60174

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Total Claim: $ 6,424.25
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.26**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:

BURKE VEDA C
746 KATELAND WAY

$    31,493.04    $    UNDETERMINED

Check all that apply.

SOUTH ELGIN, IL 60177

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.27**    Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CAMPBELL KAREN
2410 MARISSA WAY

$    6,346.53    $    UNDETERMINED

Check all that apply.

SHELBY TOWNSHIP, MI 48316

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
          Name

Case number *(if known)*    18-23553
_____

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.28** Priority creditor's name and mailing address

CARBAJAL ANTONIO R
2700 N HAMPDEN COURT

CHICAGO, IL 60614

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___ )**

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$    18,339.51    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.29** Priority creditor's name and mailing address

CARNEY MARGARET M M
6015 BRYNTHROP

SHELBY TWP, MI 48316

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___ )**

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$    4,146.13    $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.30**    **Priority creditor's name and mailing address**

CARPENTIER-ALTING CATHERINE H
1335 NEWCASTLE LANE

HOFFMAN ESTATES, IL 60169

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 27,865.29
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.31**    **Priority creditor's name and mailing address**

CERKA STEVEN E
792 N MICHIGAN ST

ELMHURST, IL 60126

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 1,615.36
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.32** **Priority creditor's name and mailing address**

CHALLAGULLA NANAJI
717 BLUE RIDGE DR

STREAMWOOD, IL 60107

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  4,678.90
Priority: $  UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.33** **Priority creditor's name and mailing address**

CHAPMAN BRADLEY G
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | | Case number *(if known)* | 18-23553 |
|---|---|---|---|---|
| | Name | | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.34**   **Priority creditor's name and mailing address**

CHASE CHRISTOPHER J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.35**   **Priority creditor's name and mailing address**

CHERUBINI SABRINA
390 WINCHESTER CT

FOSTER CITY, CA 94404-3545

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $   4,987.50
Priority: $   UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                    Case number *(if known)*    18-23553

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.36**    **Priority creditor's name and mailing address**

CHUNG EUI
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.37**    **Priority creditor's name and mailing address**

COONCE CARY A
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED    Priority: $ UNDETERMINED

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.38**   **Priority creditor's name and mailing address**

CUMBERLAND MICHAEL J
4538 N SACRAMENTO

CHICAGO, IL 60625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 31,175.28
Priority: $ UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.39**   **Priority creditor's name and mailing address**

CUMMINGS SUZZANN
676 BENT RIDGE LANE

ELGIN, IL 60120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 1,811.19
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.40** **Priority creditor's name and mailing address**

CUNDICK GRAHAM M
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.41** **Priority creditor's name and mailing address**

DATTILO ANTHONY F
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.42**

**Priority creditor's name and mailing address**

DEAR DENISE D
1002 OWANA AVE

ROYAL OAK, MI 48067

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 16,240.08
Priority: $ UNDETERMINED

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.43**

**Priority creditor's name and mailing address**

DEL ANGEL JUSTINA
2024 S WABASH AVE UNIT 405

CHICAGO, IL 60616

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 2,777.16
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.44** Priority creditor's name and mailing address

DEMERT RICHARD C
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$   UNDETERMINED   $   UNDETERMINED

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.45** Priority creditor's name and mailing address

DEVINO MARK G
379 RIVER BLUFF RD

ELGIN, IL 60120

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$   3,252.48   $   UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.46** | Priority creditor's name and mailing address

DI CICCO THOMAS
1628 STRATTON POND LN

SCHAUMBURG, IL 60194

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 28,392.40    Priority: $ UNDETERMINED

---

| | | Total Claim | Priority |
|---|---|---|---|

**2.47** | Priority creditor's name and mailing address

DIETZ DORA M
551 GOLDEN VALLEY LANE

ALGONQUIN, IL 60102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 5,701.22    Priority: $ UNDETERMINED

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.48**

**Priority creditor's name and mailing address**

DRIESELMAN DANIEL M
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$     UNDETERMINED    $     UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.49**

**Priority creditor's name and mailing address**

DYBOWSKI MICHAEL
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$     UNDETERMINED    $     UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name                                                                    Case number *(if known)*    18-23553

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.50** **Priority creditor's name and mailing address**

EILERTSON SUSAN M
5040 WOODBERRY

SHELBY TWP, MI 48316

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    6,488.16    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.51** **Priority creditor's name and mailing address**

ELDER SARA E
1900 S WASHINGTON AVE

PARK RIDGE, IL 60068

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    85,833.33    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.52** Priority creditor's name and mailing address

ELLERBY MICHAEL R
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.53** Priority creditor's name and mailing address

FELLER CHRISTOPHER
291 SOUTH ANNANDALE DR

LAKE IN THE HILLS, IL 60156

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $   31,856.42
Priority: $   UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.54**   **Priority creditor's name and mailing address**

FENN CLINT
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**   $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.55**   **Priority creditor's name and mailing address**

FERGUSON BRIAN D
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**   $    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.56** Priority creditor's name and mailing address

FERRELL PATRICK J
1440 BELLEVUE AVE

BURLINGAME, CA 94010

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$    95,625.00    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.57** Priority creditor's name and mailing address

FLESHOOD LESLEY R
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.58** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

FOSTER TAMMY
712 S OLTENDORF RD

$                1,211.55    $        UNDETERMINED

Check all that apply.

STREAMWOOD, IL 60107

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.59** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

FRANCESCHI KAREN M
3333 BEVERLY BLVD

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

HOFFMAN ESTATES, IL 60179

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

☐ No
☐ Yes

---

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.60**   Priority creditor's name and mailing address

FRANCIS PAUL J
2110 LANCASTER

GROSSE POINTE WOODS, MI 48236

**Date or dates debt was incurred**
_____

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (___4___ )

**As of the petition filing date, the claim is:**

$             8,394.89    $        UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

| | Total Claim | Priority |
|---|---|---|

**2.61**   Priority creditor's name and mailing address

FRANKOWSKI EDWIN W
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**
_____

**Last 4 digits of
account number**    __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (___4___ )

**As of the petition filing date, the claim is:**

$        UNDETERMINED    $        UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.62** | Priority creditor's name and mailing address

FUELLING TERRY
10117 BENNINGTON DRIVE

HUNTLEY, IL 60142

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 23,619.55
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.63** | Priority creditor's name and mailing address

FULLER SUSAN K
652 N HIDDEN PRAIRIE CT

PALATINE, IL 60067

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 3,861.77
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.64**   **Priority creditor's name and mailing address**

GARRETT DEBRA A
2410 MILLBROOK DRIVE APT 108

ALGONQUIN, IL 60102

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 29,368.74
Priority: $ UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.65**   **Priority creditor's name and mailing address**

GERLACH II ROBERT J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.66** **Priority creditor's name and mailing address**

GLADDEN THOMAS
13880 NORTHRIDGE DR

HOLLY, MI 48442

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

**As of the petition filing date, the claim is:**
$ 8,269.88    $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.67** **Priority creditor's name and mailing address**

GLOWACKI MATTHEW L
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

**As of the petition filing date, the claim is:**
$ UNDETERMINED    $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.68** | Priority creditor's name and mailing address

GOLDWATER SUSAN J
2316 PENNSBURY CT

SCHAUMBURG, IL 60194

**Date or dates debt was incurred**

**Last 4 digits of**
**account number**        __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 2,982.43

Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.69** | Priority creditor's name and mailing address

GONZALEZ JESSE
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of**
**account number**        __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.70** Priority creditor's name and mailing address

GOODRICH CHRISTOPHER J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

Date or dates debt was incurred

Last 4 digits of
account number       __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.71** Priority creditor's name and mailing address

GOURLIN FRANCK
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

Date or dates debt was incurred

Last 4 digits of
account number       __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                   Case number (if known)    18-23553

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |

**2.72** Priority creditor's name and mailing address

GRAY SUSAN M
7N011 JACKSON AVE

SAINT CHARLES, IL 60174

Date or dates debt was incurred

Last 4 digits of
account number  __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

☐ No
☐ Yes

Total Claim: $ 2,188.52
Priority: $ UNDETERMINED

| | **Total Claim** | **Priority** |

**2.73** Priority creditor's name and mailing address

GREEN KATHERINE L
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

Date or dates debt was incurred

Last 4 digits of
account number  __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.74** | **Priority creditor's name and mailing address**

HANDJAJA JOHANNES
117 CRESCENT LANE

SCHAUMBURG, IL 60193

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

$ 27,859.23    $ UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

---

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.75** | **Priority creditor's name and mailing address**

HASSELBERGER LYNN A
100 QUEENS COVE

BARRINGTON, IL 60010

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

$ 2,113.06    $ UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not
fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.76** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:

HAYWARD PAUL G
246 SHERIDAN ROAD

$ 86,363.64    $ UNDETERMINED

WINNETKA, IL 60093

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of
account number**  __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.77** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:

HEISNER CRAIG J
3333 BEVERLY BLVD

$ UNDETERMINED    $ UNDETERMINED

HOFFMAN ESTATES, IL 60179

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of
account number**  __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.78**   **Priority creditor's name and mailing address**

HERMAN STEPHANIE K
10057 S OAKLEY

CHICAGO, IL 60643

**Date or dates debt was incurred**

_____

**Last 4 digits of
account number**   __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    1,211.55    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.79**   **Priority creditor's name and mailing address**

HOBBS II WILLIAM
2863 W 95TH ST

NAPERVILLE, IL 60564

**Date or dates debt was incurred**

_____

**Last 4 digits of
account number**   __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    1,660.26    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.80** | **Priority creditor's name and mailing address**

HOBSON KEITH L
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.81** | **Priority creditor's name and mailing address**

HODGES RYAN
1621 SOUTH 4TH ST

ROCKFORD, IL 61104

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $    1,235.95
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.82**  Priority creditor's name and mailing address

HOGG CATHY A
2140 IVY RIDGE DR

HOFFMAN ESTATES, IL 60192

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?
[ ] No
[ ] Yes

$  12,562.47    $  UNDETERMINED

---

| | Total Claim | Priority |
|---|---|---|

**2.83**  Priority creditor's name and mailing address

HOLBROOK JEREMY R
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?
[ ] No
[ ] Yes

$  UNDETERMINED    $  UNDETERMINED

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.84** Priority creditor's name and mailing address

HOLDER TONI L
2865 STERKEL ROAD

NORTH AURORA, IL 60542

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total Claim | Priority |
|---|---|
| $ 3,471.44 | $ UNDETERMINED |

| | | Total Claim | Priority |
|---|---|---|---|

**2.85** Priority creditor's name and mailing address

HOPP DANIEL L
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total Claim | Priority |
|---|---|
| $ UNDETERMINED | $ UNDETERMINED |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.86**

Priority creditor's name and mailing address

HULKA JAMES L
5401 HEATHER LANE

JOHNSBURG, IL 60050

**Date or dates debt was incurred**

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Total Claim: $ 23,426.22

Priority: $ UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.87**

Priority creditor's name and mailing address

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19038

SPRINGFIELD, IL 62776

**Date or dates debt was incurred**
Various

**Last 4 digits of
account number** __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )

As of the petition filing date, the claim is:

Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
FRANCHISE TAX

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.88**  Priority creditor's name and mailing address

INSOLIA SPENCER
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.89**  Priority creditor's name and mailing address

JANCIK JESSICA ANN
725 SOUTH 2ND STREET

SAINT CHARLES, IL 60174

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    1,822.51
Priority: $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|--------|---------------------------------------|------------------------|----------|
|        | Name                                  |                        |          |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.90** | Priority creditor's name and mailing address

JANGAM MANSI R
4920 NORTH MARINE DRIVE

CHICAGO, IL 60640

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 2,565.85
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.91** | Priority creditor's name and mailing address

JENCHEL LAURENCE M
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
      Name

Case number *(if known)*    18-23553

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.92**    **Priority creditor's name and mailing address**

JENKINS CURTISTINE
421 FREDERICK

BELLWOOD, IL 60104

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    9,525.84    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.93**    **Priority creditor's name and mailing address**

JONES DAVID R
1242 SOUTH WAYSIDE DRIVE

VILLA PARK, IL 60181

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    22,234.07    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
           Name                                                    Case number (if known)    18-23553

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.94** Priority creditor's name and mailing address

JONES JOSEPH ANTHONY
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.95** Priority creditor's name and mailing address

JONES MICHAEL
235 N SMITH ST

PALATINE, IL 60067

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$    1,300.99    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|--------|----------------------------------------|------------------------|----------|
| | Name | | |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority |
|--|--|-------------|----------|

**2.96**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|-----------------------------------------------|-----------------------------------------------|

KALWASINSKI DONNA E
1557 TUPPENY CT

$ 3,955.78    $    UNDETERMINED

Check all that apply.

ROSELLE, IL 60172

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  |  | Total Claim | Priority |
|--|--|-------------|----------|

**2.97**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|-----------------------------------------------|-----------------------------------------------|

KANDALA SRINIVASA A
3333 BEVERLY BLVD

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

HOFFMAN ESTATES, IL 60179

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name                                                            Case number *(if known)*    18-23553

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.98** | **Priority creditor's name and mailing address**

KAPITY JOEL
105 N WHISPERING HILLS DR

NAPERVILLE, IL 60540

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$ 2,354.55    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.99** | **Priority creditor's name and mailing address**

KEENAN LAURA A
1240 BASSWOOD COURT

ELGIN, IL 60120

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$ 1,691.29    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.100** | Priority creditor's name and mailing address

KELLMAN MARK E
184 FISHER CT

CLAWSON, MI 48017

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

☐ No
☐ Yes

$    24,065.28    $    UNDETERMINED

---

| | **Total Claim** | **Priority** |
|---|---|---|

**2.101** | Priority creditor's name and mailing address

KENJAR MAJA
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.102**

**Priority creditor's name and mailing address**

KHATER ZEID
7557 WEST 91ST STREET

BRIDGEVIEW, IL 60455

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )**

**As of the petition filing date, the claim is:**

$    1,811.19    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.103**

**Priority creditor's name and mailing address**

KIJEK CYNTHIA
1000A N DEE ROAD

PARK RIDGE, IL 60068

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )**

**As of the petition filing date, the claim is:**

$    4,075.18    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor ___SEARS HOLDINGS MANAGEMENT CORPORATION_____    Case number *(if known)* ___18-23553_____
    Name

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.104** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |

KILGORE MICHAEL W
614 RICHARD BROWN BOULEVARD

VOLO, IL 60073

$      2,113.06    $      UNDETERMINED

**Date or dates debt was incurred**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

☐ No
☐ Yes

---

|  | | Total Claim | | Priority |
|---|---|---|---|---|

**2.105** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |

KLIMCAK DAVID
261 MILLINGTON LANE

AURORA, IL 60504

$      2,113.06    $      UNDETERMINED

**Date or dates debt was incurred**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|--------|----------------------------------------|--------------------------|----------|
|        | Name                                   |                          |          |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.106**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

KLINKERT JONATHAN J
3333 BEVERLY BLVD

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

HOFFMAN ESTATES, IL 60179

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|--|--|-------------|----------|

**2.107**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:

KOREIS THOMAS
3333 BEVERLY BLVD

$      UNDETERMINED    $      UNDETERMINED

Check all that apply.

HOFFMAN ESTATES, IL 60179

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**　　**Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.108**　**Priority creditor's name and mailing address**

KROHN CHRISTOPHER E
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$      UNDETERMINED    $      UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.109**　**Priority creditor's name and mailing address**

KRUSZEWSKI FRANK M
0S361 ELLITHORP LANE

GENEVA, IL 60134

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$      51,211.13    $      UNDETERMINED

| | |
|---|---|
| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION |
| | Name |

Case number *(if known)*   18-23553

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.110** | **Priority creditor's name and mailing address**

KURT JUSTIN S
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.111** | **Priority creditor's name and mailing address**

KUTURU SAMPATH K
1918 KEYSTONE PL

SCHAUMBURG, IL 60193

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    3,622.37    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.112**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

LADLEY GREGORY
3333 BEVERLY BLVD

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

HOFFMAN ESTATES, IL 60179

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.113**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

LAI PETER
3333 BEVERLY ROAD

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

HOFFMAN ESTATES, ILLINOIS 60179

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.114** **Priority creditor's name and mailing address**

LARSEN DEBORAH A
125 S SEVENTH STREET

DEKALB, IL 60115

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 17,270.84
Priority: $ UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.115** **Priority creditor's name and mailing address**

LARSON STEPHEN J
7 HITHERGREEN CT

ALGONQUIN, IL 60102

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 30,054.80
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.116**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

LARUE MICHAEL J
1905 W WAVELAND AVE

$ 4,377.05    $    UNDETERMINED

Check all that apply.

CHICAGO, IL 60613

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.117**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:

LATEANO DANIEL J
215 W LAKE ST

$ 2,565.85    $    UNDETERMINED

Check all that apply.

CHICAGO, IL 60606

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
      Name

Case number *(if known)*    18-23553

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.118**  **Priority creditor's name and mailing address**

LEE ANDREW D
400 W WILLOW RD

PROSPECT HEIGHTS, IL 60070

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  2,341.78
Priority: $  UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.119**  **Priority creditor's name and mailing address**

LEWIS MICHAEL
1282 NEWPORT CIRCLE

PINGREE GROVE, IL 60140

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  1,735.72
Priority: $  UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.120**  Priority creditor's name and mailing address

LIFSON DALE P
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.121**  Priority creditor's name and mailing address

LINNANE WILLIAM
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.122** Priority creditor's name and mailing address

LUMMAS DAVID M
211 W SCOTT ST

CHICAGO, IL 60610

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$ 76,022.73   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.123** Priority creditor's name and mailing address

LUONGO SALVATORE J
630 SURREY RIDGE DRIVE

CARY, IL 60013

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$ 4,377.05   $   UNDETERMINED

Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.124**  **Priority creditor's name and mailing address**

MACRO JOSEPH G
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.125**  **Priority creditor's name and mailing address**

MALEK BARBARA J
16903 PEACEFUL VALLEY DR

WIMAUMA, FL 33598

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 8,109.62
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.126**   **Priority creditor's name and mailing address**

MANCILLA MARCO
2320 N NEWLAND

CHICAGO, IL 60707

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 1,064.00
Priority: $ UNDETERMINED

---

| | Total Claim | Priority |
|---|---|---|

**2.127**   **Priority creditor's name and mailing address**

MANEVARTHE PRASANNA KUMAR DURGASHANKAR
1420 W LEXINGTON ST

CHICAGO, IL 60607

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 2,656.42
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION     Case number *(if known)* __18-23553__
Name

| Part 1 | Additional Page |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
| --- | --- | --- |

**2.128**   Priority creditor's name and mailing address

MARQUEZ RAMON
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $   UNDETERMINED   Priority: $   UNDETERMINED

|  | Total Claim | Priority |
| --- | --- | --- |

**2.129**   Priority creditor's name and mailing address

MATYUKHA ANDRIY
1110 E ALGONQUIN ROAD

SCHAUMBURG, IL 60173

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $   2,656.42   Priority: $   UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
          Name

Case number *(if known)*    __18-23553_____

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.130**  **Priority creditor's name and mailing address**

MAZOUZI ZINE EL ABIDINE
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | Total Claim | Priority |
|---|---|---|

**2.131**  **Priority creditor's name and mailing address**

MCCAFFERY DARLENE
26637 EAST RIVER

GROSSE ILE, MI 48138-1871

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    9,694.09
Priority: $    UNDETERMINED

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name                                                        Case number *(if known)*   18-23553

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.132** | Priority creditor's name and mailing address

MCCARTHY MICHAEL P
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:        $ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.133** | Priority creditor's name and mailing address

MCCLEARN MARISA L
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:        $ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.134**  **Priority creditor's name and mailing address**

MCCONNELL JASON A
2980 NORWALK COURT

AURORA, IL 60502

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$ 4,527.97    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.135**  **Priority creditor's name and mailing address**

MCGLAWN EMILY
2854 N NATOMA AVE

CHICAGO, IL 60634

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$ 2,113.06    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.136**   **Priority creditor's name and mailing address**

MEERSCHAERT LAWRENCE J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of
account number**  __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.137**   **Priority creditor's name and mailing address**

MELLAS CHARLES E
319 WHITE OAK ST

HAMPSHIRE, IL 60140

**Date or dates debt was incurred**

**Last 4 digits of
account number**  __ __ __ __

**Specify Code subscription of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$    32,168.22    $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.138** | Priority creditor's name and mailing address

MICHALSKI MARY C
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

$       UNDETERMINED    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.139** | Priority creditor's name and mailing address

MIZNER VALERIE A
26450 CROCKER

HARRISON TWP, MI 48045

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

$       4,569.25    $       UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority** |
|---|---|---|---|

**2.140**    Priority creditor's name and mailing address

MOORE BRENDA D
67 MARNE AVE

SAN FRANCISCO, CA 94127-1647

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $   8,784.24
Priority: $   UNDETERMINED

|  |  | **Total Claim** | **Priority** |
|---|---|---|---|

**2.141**    Priority creditor's name and mailing address

MORRIE MICHAEL V
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.142**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| MOSINSKI RICHARD B | | $ 1,775.85 | $ UNDETERMINED |
| 21 KRISTIN DRIVE | | | |
| | Check all that apply. | | |
| SCHAUMBURG, IL 60195 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☐ Disputed | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of** | WAGES, SALARIES AND COMMISSIONS | | |
| **account number** __ __ __ __ | | | |
| **Specify Code subscription of PRIORITY** | **Is the claim subject to offset?** | | |
| unsecured claim: 11 U.S.C. § 507(a) ( 4 ) | ☐ No | | |
| | ☐ Yes | | |

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.143**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| MOY KENNETH C | | $ UNDETERMINED | $ UNDETERMINED |
| 3333 BEVERLY BLVD | | | |
| | Check all that apply. | | |
| HOFFMAN ESTATES, IL 60179 | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☒ Disputed | | |
| | **Basis for the claim:** | | |
| **Last 4 digits of** | WAGES, SALARIES AND COMMISSIONS | | |
| **account number** __ __ __ __ | | | |
| **Specify Code subscription of PRIORITY** | **Is the claim subject to offset?** | | |
| unsecured claim: 11 U.S.C. § 507(a) ( 4 ) | ☐ No | | |
| | ☐ Yes | | |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|--------|----------------------------------------|------------------------|----------|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.144** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

MUEHLING WILLIAM D
108 HICKORY RD

$ 18,557.84    $    UNDETERMINED

Check all that apply.

LAKE IN THE HILLS, IL 60156

☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Last 4 digits of
account number ___ ___ ___ ___

Is the claim subject to offset?

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (___4___)

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.145** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

MUELLER KATHLEEN P
237 INDIAN TRAIL

$ 21,423.02    $    UNDETERMINED

Check all that apply.

LAKE IN THE HILLS, IL 60156

☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Last 4 digits of
account number ___ ___ ___ ___

Is the claim subject to offset?

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (___4___)

☐ No
☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.146**  **Priority creditor's name and mailing address**

MULTER SCOTT H
827 SOUTH CLAREMONT

CHICAGO, IL 60612

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (  4  )

**As of the petition filing date, the claim is:**

$    110,426.13    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.147**  **Priority creditor's name and mailing address**

MUNJAL LEENA
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (  4  )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION    Case number *(if known)*    18-23553
_____
Name

| **Part 1** | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.148** **Priority creditor's name and mailing address**

MURTAGH ROBERT D
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.149** **Priority creditor's name and mailing address**

MUSSELMAN DEBORAH A
5703 CHADBOURNE DR

STERLING HTS, MI 48310

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    9,169.98
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.150**  **Priority creditor's name and mailing address**

NAATZ NANCY J
1115 CHAMPIONSHIP DRIVE

ELGIN, IL 60124

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 10,745.23
Priority: $ UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.151**  **Priority creditor's name and mailing address**

NAEDELE ROBERT J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.152** **Priority creditor's name and mailing address**

NAPLES DANIEL M
516 SILVER ASPEN CIRCLE

CYRSTAL LAKE, IL 60014

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$ 34,589.05    $ UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.153** **Priority creditor's name and mailing address**

NAUGHTON BRIAN
4225 N PAULINA

CHICAGO, IL 60613

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$ 1,076.92    $ UNDETERMINED

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | | Priority |
|---|---|---|---|---|

**2.154**  Priority creditor's name and mailing address

NELSON PAUL E
4095 EAST CEDAR LAKE DRIVE

GREENBUSH, MI 48738

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  26,327.71
Priority: $  UNDETERMINED

| | | Total Claim | | Priority |
|---|---|---|---|---|

**2.155**  Priority creditor's name and mailing address

O'CONNOR J MICHAEL
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__4__)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.156**

**Priority creditor's name and mailing address**

O'HARA KATHLEEN N
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
| --- | --- | --- | --- |

**2.157**

**Priority creditor's name and mailing address**

OPPENKOWSKI MISTY N
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.158** Priority creditor's name and mailing address

PASSARELLA ANTHONY
2600 CESARIO DR

HAMPSHIRE, IL 60140

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$ 1,750.00   $ UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.159** Priority creditor's name and mailing address

PAZ ZANABRIA PATRICIA
21595 W FIELD COURT

DEER PARK, IL 60010

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$ 11,325.75   $ UNDETERMINED

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.160** | **Priority creditor's name and mailing address**

PAZAK MICHAEL
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total Claim | Priority |
|---|---|
| $ UNDETERMINED | $ UNDETERMINED |

|  |  | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.161** | **Priority creditor's name and mailing address**

PERLIK CHERI L
5073 ACKLEY

PORT CHARLOTTE, FL 33981

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total Claim | Priority |
|---|---|
| $ 4,344.68 | $ UNDETERMINED |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|--------|----------------------------------------|--------------------------|----------|
| | Name | | |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total Claim | Priority |
|--|--|--|-------------|----------|

**2.162** Priority creditor's name and mailing address

PHELAN ROBERT J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ UNDETERMINED   $ UNDETERMINED

|  | | | Total Claim | Priority |
|--|--|--|-------------|----------|

**2.163** Priority creditor's name and mailing address

PIOTROWSKI MARK T
1765 SAINT ANN DR

HANOVER PARK, IL 60133

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 1,938.45   $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | | Case number *(if known)* | 18-23553 |
|---|---|---|---|---|
| | Name | | | |

**Part 1** | **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.164** | Priority creditor's name and mailing address

PONIATOWSKI DONNA E
1707 PONDVIEW DRIVE

HOFFMAN ESTATES, IL 60192

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 3,953.38

Priority: $ UNDETERMINED

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.165** | Priority creditor's name and mailing address

POTDAR HRISHIKESH
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED

Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.166** | Priority creditor's name and mailing address

PUERTO ROGER ANDREW
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim  $    UNDETERMINED
Priority  $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.167** | Priority creditor's name and mailing address

PUSATERI SANDI M
1126 HUNTING COURT

PALATINE, IL 60067

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim  $    3,661.13
Priority  $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.168**  Priority creditor's name and mailing address

QASIM MOHAMMED
3392 WILKES DRIVE

NAPERVILLE, IL 60564

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 3,924.25     Priority: $ UNDETERMINED

| | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.169**  Priority creditor's name and mailing address

RAMOS LOUIS
737 W 48TH PL

CHICAGO, IL 60609

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 2,471.88     Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.170** Priority creditor's name and mailing address

RICCHIO CAROL R
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

---

|  | | **Total Claim** | **Priority** |
|---|---|---|---|

**2.171** Priority creditor's name and mailing address

RICO BEVERLY
934 SOUTH DUNTON

ARLINGTON HEIGHTS, IL 60005

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    2,055.57
Priority: $    UNDETERMINED

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.172**  Priority creditor's name and mailing address

RIDLE JAMES K
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.173**  Priority creditor's name and mailing address

RIECKER ROBERT A
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    UNDETERMINED    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**      **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.174** Priority creditor's name and mailing address

ROLECEK TERRENCE E
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED      Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.175** Priority creditor's name and mailing address

ROMANCHUK CHERYL
1868 KEYSTONE PL

SCHAUMBURG, IL 60193

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 19,152.98      Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
| | Name | | |

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total Claim | Priority |
|---|---|---|---|---|

**2.176** Priority creditor's name and mailing address

ROMAS CHRIS G
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

Date or dates debt was incurred

Last 4 digits of
account number        __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (___4___)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

☐ No
☐ Yes

| Total Claim | Priority |
|---|---|
| $         UNDETERMINED | $         UNDETERMINED |

---

|  | | | Total Claim | Priority |
|---|---|---|---|---|

**2.177** Priority creditor's name and mailing address

ROSE CHARLES T
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

Date or dates debt was incurred

Last 4 digits of
account number        __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (___4___)

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

☐ No
☐ Yes

| Total Claim | Priority |
|---|---|
| $         UNDETERMINED | $         UNDETERMINED |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.178** Priority creditor's name and mailing address

ROSS DAVID A
26335 STILLWATER CIRCLE

PUNTA GORDA, FL 33955

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

$   6,215.36   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.179** Priority creditor's name and mailing address

ROUSSET RUBEN
5148 N LOTUS

CHICAGO, IL 60630

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

$   27,471.63   $   UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|--------|---------------------------------------|------------------------|----------|
|        | Name                                  |                        |          |

| **Part 1** | **Additional Page** |
|------------|---------------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | | **Total Claim** | **Priority** |
|--|--|--|------------|----------|

**2.180** | Priority creditor's name and mailing address

RUSSELL GREGORY
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

---

|  |  | | **Total Claim** | **Priority** |
|--|--|--|------------|----------|

**2.181** | Priority creditor's name and mailing address

RUTKOWSKI STEVEN C
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.182**  Priority creditor's name and mailing address

SARRAULT LORI A
10630 GOLDEN GATE AVENUE

HUNTLEY, IL 60142

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$ 3,167.54     $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.183**  Priority creditor's name and mailing address

SAUER ROLAND R
39W139 CRESCENT LANE

CAMPTON HILLS, IL 60175

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$ 32,704.33     $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.184**   Priority creditor's name and mailing address

SAYRE JUSTIN G
922 LOCUST DR

SLEEPY HOLLOW, IL 60118

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $ 1,615.36      Priority: $ UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.185**   Priority creditor's name and mailing address

SCHATTLER PATRICIA L
1006 WHISPERING KNOLL

ROCHESTER HILLS, MI 48306

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $ 7,851.43      Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.186** Priority creditor's name and mailing address

SCHOENWOLF KIMBERLEY K
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.187** Priority creditor's name and mailing address

SCHULTZ DAVID W
39344 LADRONE AVE

STERLING HEIGHTS, MI 48313

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 10,860.58
Priority: $ UNDETERMINED

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number (if known)    18-23553

| Part 1 | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.188** Priority creditor's name and mailing address

SCHWARTZ PERRY D
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

Date or dates debt was incurred

Last 4 digits of
account number

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:

Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

- [ ] No
- [ ] Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.189** Priority creditor's name and mailing address

SCHWER ANDREA L
720 HADDAM WAY

HANOVER PARK, IL 60133-2708

Date or dates debt was incurred

Last 4 digits of
account number

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:

Check all that apply.

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?

- [ ] No
- [ ] Yes

Total Claim: $    2,565.85
Priority: $    UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority** |
|---|---|---|

**2.190**  **Priority creditor's name and mailing address**

SHAH SHRIPAL H
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  UNDETERMINED
Priority: $  UNDETERMINED

| | **Total Claim** | **Priority** |
|---|---|---|

**2.191**  **Priority creditor's name and mailing address**

SHAW ALAN FREDERICK
746 APPLETREE LANE

GLENCOE, IL 60022

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $  131,944.44
Priority: $  UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.192**

**Priority creditor's name and mailing address**

SHELLENBERGER DAVID A
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$      UNDETERMINED    $      UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.193**

**Priority creditor's name and mailing address**

SHRIVATSA SHWETHA
1559 NORTH SAINT MARKS PL

PALATINE, IL 60067

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$      3,984.62    $      UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.194**  **Priority creditor's name and mailing address**

SHUNNARAH ANITA J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total Claim | Priority |
|---|---|
| $   UNDETERMINED | $   UNDETERMINED |

---

| | Total Claim | Priority |
|---|---|---|

**2.195**  **Priority creditor's name and mailing address**

SINGHAL ANUJ
807 S TRADITION ST

MOUNTAIN HOUSE, CA 95391

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total Claim | Priority |
|---|---|
| $   48,958.31 | $   UNDETERMINED |

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.196** **Priority creditor's name and mailing address**

SINHA NARENDRA N
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$     UNDETERMINED    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | | Total Claim | | Priority |
|---|---|---|---|---|---|

**2.197** **Priority creditor's name and mailing address**

SIRAKOV ROSEN
5155 MADISON ST APT 505

SKOKIE, IL 60077

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$     2,565.85    $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.198**  **Priority creditor's name and mailing address**

SITLEY STEPHEN L
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | | Total Claim | Priority |
|---|---|---|---|---|

**2.199**  **Priority creditor's name and mailing address**

SMITH STEPHANIE M
400 NORTH NORMANDIE AVE

LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 2,263.62
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.200** | **Priority creditor's name and mailing address**

SOLANO HAY REBECCA
3313 PANTHER CREEK DRIVE

SPRINGFIELD, IL 62711

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

$ 1,431.09    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.201** | **Priority creditor's name and mailing address**

SPARACINO PETER C
4525 N MEADE

CHICAGO, IL 60630

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

$ 6,885.00    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.202** | **Priority creditor's name and mailing address**

STAELENS KURT C
1170 OAKLEY AVENUE

WINNETKA, IL 60093

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

$ 628,219.69    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.203** | **Priority creditor's name and mailing address**

STECKBECK TODD
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

$ UNDETERMINED    $ UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.204** | **Priority creditor's name and mailing address**

STOUT HARRY L
427 SOUTH 14TH STREET

ST CHARLES, IL 60174

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Total Claim     $          30,645.18
Priority         $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | | Total Claim | Priority |
|---|---|---|---|

**2.205** | **Priority creditor's name and mailing address**

STRAND DONALD T
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Total Claim     $     UNDETERMINED
Priority         $     UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.206** **Priority creditor's name and mailing address**

SWAGER KENNETH J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $   UNDETERMINED
Priority: $   UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.207** **Priority creditor's name and mailing address**

SWOBODA JOHN A
1464 BLUE HERON DR

CRYSTAL LAKE, IL 60014

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim: $   38,054.51
Priority: $   UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.208**  **Priority creditor's name and mailing address**

TABOR CANDACE
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.209**  **Priority creditor's name and mailing address**

THOMAS WILLIAM A
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.210** Priority creditor's name and mailing address

THOMPSON NANCY L
149 SE 6TH ST

CAPE CORAL, FL 33990

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $ 9,729.08    Priority: $ UNDETERMINED

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.211** Priority creditor's name and mailing address

TOMILLO ANTHONY
1314 BRANDEN LANE

BARTLETT, IL 60103

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Total Claim: $ 3,018.65    Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

| **Part 1** | Additional Page |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.212**   Priority creditor's name and mailing address

TRAUBENBERG SETH
736 STONEGATE RD

LIBERTYVILLE, IL 60048

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$     3,773.31      $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| | Total Claim | Priority |
|---|---|---|

**2.213**   Priority creditor's name and mailing address

TRONGO DIANITA R
13898 SPENCER ROAD

MILFORD, MI 48380

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

$     11,471.96      $      UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 1** | **Additional Page** |
|---|---|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.214** Priority creditor's name and mailing address

TROY CITY SUMMER
500 W BIG BEAVER RD

TROY, MI 48084

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.215** Priority creditor's name and mailing address

TROY CITY WINTER
500 W BIG BEAVER RD

TROY, MI 48084

**Date or dates debt was incurred**
Various

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___8___)

As of the petition filing date, the claim is:

$ UNDETERMINED   $ UNDETERMINED

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
|---|---|---|

**2.216**  **Priority creditor's name and mailing address**

TSAI CHANTHANA
1 E SCOTT ST 1104

CHICAGO, IL 60610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$            3,148.40    $    UNDETERMINED

| | Total Claim | Priority |
|---|---|---|

**2.217**  **Priority creditor's name and mailing address**

UNDERWOOD MARK
1228 W 191ST ST

HOMEWOOD, IL 60430

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

$            36,712.41    $    UNDETERMINED

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority** |
|---|---|---|---|

**2.218**  Priority creditor's name and mailing address

VALENTINO LUKE
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

Date or dates debt was incurred
_____

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

|  |  | **Total Claim** | **Priority** |
|---|---|---|---|

**2.219**  Priority creditor's name and mailing address

VAS RUBY B
1181 W TAMARACK DR

HOFFMAN ESTATES, IL 60010

Date or dates debt was incurred
_____

Last 4 digits of
account number    __ __ __ __

Specify Code subscription of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:
WAGES, SALARIES AND COMMISSIONS

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Total Claim: $ 2,565.85
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.220**  Priority creditor's name and mailing address

VELAZQUEZ MARTHA
19201 78TH ST E

BONNEY LAKE, WA 98391

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim  $ 6,461.54
Priority  $ UNDETERMINED

| | | Total Claim | | Priority | |
|---|---|---|---|---|---|

**2.221**  Priority creditor's name and mailing address

VILLANUEVA DIMITRI F
995 OAKLAND LANE

AURORA, IL 60504

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

As of the petition filing date, the claim is:

Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

[ ] No
[ ] Yes

Total Claim  $ 1,076.92
Priority  $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

---

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.222**   Priority creditor's name and mailing address

VISSERING LYNN
884 CLOVER LANE

PIN GREE GROVE, IL 60140

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 14,949.11
Priority: $ UNDETERMINED

---

|  | | | **Total Claim** | **Priority** |
|---|---|---|---|---|

**2.223**   Priority creditor's name and mailing address

WALKER JUSTIN J
605 COBBLESTONE CT

ELGIN, IL 60120

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 3,018.65
Priority: $ UNDETERMINED

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**    **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.224** Priority creditor's name and mailing address

WALSH ROBERT B
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ UNDETERMINED
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.225** Priority creditor's name and mailing address

WARCHOL JOHN
9219 S 77TH AVE

BRIDGEVIEW, IL 60455

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

Total Claim: $ 11,501.25
Priority: $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

| **Part 1** | **Additional Page** |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.226** Priority creditor's name and mailing address

WARD JASON A
4629 SOUTH INDIANA AVENUE

CHICAGO, IL 60653

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    17,055.95    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | **Total Claim** | **Priority** |
|---|---|---|

**2.227** Priority creditor's name and mailing address

WASIUR RAHMAN FNU
550 MESA DRIVE

HOFFMAN ESTATES, IL 60169

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

$    1,235.32    $    UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority |
|---|---|---|---|

**2.228**  Priority creditor's name and mailing address

WEBER ROBERT
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim  $   UNDETERMINED
Priority  $   UNDETERMINED

---

**2.229**  Priority creditor's name and mailing address

WEST RICHARD J
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim  $   UNDETERMINED
Priority  $   UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**   **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.230**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

WHITE JENNIFER R
3333 BEVERLY BLVD

$  UNDETERMINED   $  UNDETERMINED

HOFFMAN ESTATES, IL 60179

**Check all that apply.**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total Claim | Priority |
|---|---|---|---|

**2.231**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|

WILEY ALAN S
3406 35TH AVE S

$  5,048.08   $  UNDETERMINED

SEATTLE, WA 98144

**Check all that apply.**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**     **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.232** | Priority creditor's name and mailing address

WILLIAMS MARJORIE
301 STRATFORD PLACE

BLOOMINGDALE, IL 60108

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 952.00
Priority: $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.233** | Priority creditor's name and mailing address

WINSTANLEY ALLAN
3333 BEVERLY ROAD

HOFFMAN ESTATES, ILLINOIS 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 336,496.38
Priority: $ UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 1**  **Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.234**

**Priority creditor's name and mailing address**

WITRENS DEREK M
2 MCKENZIE COURT

LAKE IN THE HILLS, IL 60156

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim $ 26,553.62   Priority $ UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.235**

**Priority creditor's name and mailing address**

WOJTECKI PAULETTE
521 S LOMBARD AVENUE

LOMBARD, IL 60148

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim $ 1,811.19   Priority $ UNDETERMINED

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority |
|---|---|---|---|

**2.236** | **Priority creditor's name and mailing address**

WOODS EVANS VICTORIA
5G FERNWOOD DRIVE

BOLINGBROOK, IL 60440

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

|  | | Total Claim | Priority |
|---|---|---|---|

**2.237** | **Priority creditor's name and mailing address**

WOZNIAK RICHARD K
1173 HYDE PARK LANE

NAPERVILLE, IL 60565

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    2,414.92
Priority: $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|--------|----------------------------------------|--------------------------|----------|
|        | Name                                   |                          |          |

| Part 1 | Additional Page |
|--------|-----------------|

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total Claim | Priority |
|--|--|--|-------------|----------|

**2.238** **Priority creditor's name and mailing address**

ZACHRISEN ESPEN
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ UNDETERMINED   Priority: $ UNDETERMINED

---

|  | | | Total Claim | Priority |
|--|--|--|-------------|----------|

**2.239** **Priority creditor's name and mailing address**

ZHANG JIYU J
21344 W WINDSOR DR

KILDEER, IL 60047

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $ 3,743.12   Priority: $ UNDETERMINED

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
　　　　　Name

Case number *(if known)*    18-23553

| Part 1 | Additional Page |
| --- | --- |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority |
| --- | --- | --- |

**2.240**  **Priority creditor's name and mailing address**

ZIELECKI THOMAS E
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**
☐ No
☐ Yes

$    UNDETERMINED    $    UNDETERMINED

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
| --- | --- | --- | --- |
| | Name | | |

| Part 2 | List all Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.  **List in alphabetical order all creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1**

| Nonpriority creditor's name and mailing address | | Amount of Claim |
| --- | --- | --- |
| JAY PAT MORGAN | | |
| 73 W FLAGLER ST | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ UNDETERMINED |
| MIAMI, FL 33130 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| Date or dates debt was incurred | PENDING LITIGATION<br>Basis for the claim: | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | | Amount of Claim |
| --- | --- | --- |
| OFFICE OF THE INDIANA ATTORNEY GENERAL CONSUMER PROTECTION DIVISION | | |
| 302 WEST WASHINGTON STREET IGC SOUTH FIFTH FLOOR | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ UNDETERMINED |
| INDIANAPOLIS, IN 46204 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| Date or dates debt was incurred | PENDING LITIGATION<br>Basis for the claim: | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | | Amount of Claim |
| --- | --- | --- |
| ATLANTA NETWORK TECHNOLOGIES INC DBA ANTONLINE | | |
| 6230 SYLMAR AVE | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ UNDETERMINED |
| VAN NUYS, CA 91410 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| Date or dates debt was incurred | PENDING LITIGATION<br>Basis for the claim: | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|--------|-----------------------------------------|------------------------|----------|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.4** **Nonpriority creditor's name and mailing address**

ALEXANDER CATHERINE M

111 S MICHIGAN AVE

SAGINAW, MI 48602

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

DORAN PHILLIP AND LINDA

2000 LAKERIDGE DRIVE SOUTHWEST BLDG 3

OLYMPIA WA 98502-6001, WA 98502

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

DUE TO AFFILIATED ENTITIES

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$          17,163,909,120.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    INTERCO PAYABLES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.7** Nonpriority creditor's name and mailing address

EBTEHAL BENSHABAN

55 N ROBINSON AVE

OKLAHOMA CITY, OK 73102

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

ANDERSON DERRICK

SAN FRANCISCO

SAN FRANCISCO, CA 94142

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

COPLAN PATRICK

6150 VAN NUYS BLVD  105

VAN NUYS, CA 91401

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)   18-23553

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or continue this page.

| **3.10** | **Nonpriority creditor's name and mailing address** | **Amount of Claim** |

DEAN JOSHUA

160 N LASALLE BLVD

CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.11** | **Nonpriority creditor's name and mailing address** | **Amount of Claim** |

JENNIFER LUCERO AND RAFAEL SOLORZANO
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

333 WEST BROADWAY 420

SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.12** | **Nonpriority creditor's name and mailing address** | **Amount of Claim** |

LUCERO JENNIFER; SOLORZANO RAFAEL INDIVIDUALS
ON BEHALF THEMSELVES AND ON BEHALF ALL
PERSONS

401 B ST 2100

SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.13 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MANKO CHRISTOPHER DAVID

819 US-2

SANDPOINT, ID 83864

**As of the petition filing date, the claim is:** $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MASSOUD AFZAL INDIVIDUALLY ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

1945 S HILL ST

LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:** $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SALAHUDDIN SHAIFAH

328 STATE ST

SCHENECTADY, NY 12305

**As of the petition filing date, the claim is:** $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number (if known)    18-23553

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.16 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------|--------|

GRAHAM SHAWN

500 PEARL ST

NEW YORK, NY 10038

**As of the petition filing date, the claim is:**
Check all that apply.

$       UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------|--------|

HOWE JOHN AND CHARLES D MCCALLON ET AL

100 N PALAFOX ST

PENSACOLA, FL 32502

**As of the petition filing date, the claim is:**
Check all that apply.

$       UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | Amount of Claim |
|------|--------|--------|

AGUILAR RAMSEY

100 DOLOROSA 306

SAN ANTONIO, TX 78205

**As of the petition filing date, the claim is:**
Check all that apply.

$       UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.19**    Nonpriority creditor's name and mailing address        **Amount of Claim**

ALVAREZ MARIA

1945 S HILL ST

LOS ANGELES, CA 90007

As of the petition filing date, the claim is:     $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.20**    Nonpriority creditor's name and mailing address        **Amount of Claim**

BEENCHELL JEAN

1 COURT ST RIVERHEAD

NY, NY 11901

As of the petition filing date, the claim is:     $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.21**    Nonpriority creditor's name and mailing address        **Amount of Claim**

BOYENS LASONDA

265 N BROADWAY

BLYTHE, CA 92225

As of the petition filing date, the claim is:     $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.22** Nonpriority creditor's name and mailing address

**Amount of Claim**

CICIRELLO SUSAN I AND JAMES A

7 N COURT ST

BELMONT, NY 14813

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

**Amount of Claim**

ECKHART ESTHER

3055 CLEVELAND AVE

SANTA ROSA, CA 95403

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

**Amount of Claim**

ELLIOTT NOREEN

100 E 10TH ST

COLUMBUS, GA 31901

As of the petition filing date, the claim is: $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.25 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

FRIAS KELITA

851 GRAND CONCOURSE 111

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

BRONX, NY 10451

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

HARLEY ARTHUR

133 MONTGOMERY ST 501

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

SAVANNAH, GA 31401

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

HILL BETTY

320 W MAIN ST 100

As of the petition filing date, the claim is:
*Check all that apply.*

$                    UNDETERMINED

MURFREESBORO, TN 37130

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.28**    Nonpriority creditor's name and mailing address

IBARRA INOCENCIO AND IMELDA GUTIERREZ

247 W 3RD ST

SAN BERNARDINO, CA 92415

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.29**    Nonpriority creditor's name and mailing address

JERACI JULIA

111 DRMARTIN LUTHER KING JR BLVD

WHITE PLAINS, NY 10601

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.30**    Nonpriority creditor's name and mailing address

JONES FLORINE

247 W 3RD ST

SAN BERNARDINO, CA 92415

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.31** Nonpriority creditor's name and mailing address

KEGL MARY SUAN

505 N COUNTY FARM RD

WHEATON, IL 60187

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

KENWISHER CORRINA B

100 DOLOROSA 210

SAN ANTANIO, TX 78205

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

KIRKLAND RONALD

311 E RAMSEY ST

BANNING, CA 92220

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number (if known)   18-23553

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.34 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

KOCH CYNTHIA L

100 UNION ST

SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**   PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LEIGHTON SARAH

851 GRAND CONCOURSE 111

BRONX, NY 10451

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**   PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MACHICEK BOBBY

45 BROADWAY

NEW YORK, NY 10006

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**   PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.37** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

MANNINO FRANCESCA

360 ADAMS ST 4

BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

MARCOCCIA SANTE

505 N COUNTY FARM ROAD ROOM 2015

WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

MATTHEWS SHIRLEY AND DWIGHT LANGHUM

134 S COLLEGE ST  101

LEBANON, TN 37087

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.40** Nonpriority creditor's name and mailing address

MELKONYAN VADIM

1945 S HILL ST

LOS ANGELES, CA 90007

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                        $                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:      PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

**3.41** Nonpriority creditor's name and mailing address

MILLER JAY ASO ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

700 W CIVIC CENTER DR

SANTA ANA, CA 92701

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                        $                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:      PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

**3.42** Nonpriority creditor's name and mailing address

MORENO RITA J

1 COURT ST RIVERHEAD

NY, NY 11901

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                        $                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:      PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.43** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

MYRIE IRIS GREY

851 GRAND CONCOURSE 111

BRONX, NY 10451

As of the petition filing date, the claim is:    $           UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

NAVARRO MARYLOU AND RIGOBERTO

1640 KINGS COUNTY DR

HANFORD, CA 93230

As of the petition filing date, the claim is:    $           UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

NPD-ANDERSON SU-TIA

111 DRMARTIN LUTHER KING JR BLVD

WHITE PLAINS, NY 10601

As of the petition filing date, the claim is:    $           UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.46** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

OCEGUERA VIRGINIA ASO STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

1500 MAYBROOK DR

MAYWOOD, IL 60153

As of the petition filing date, the claim is:        $          UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                    PENDING LITIGATION

Basis for the claim:

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

O'DWYER JOHN M

1 COURT ST RIVERHEAD

NY, NY 11901

As of the petition filing date, the claim is:        $          UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                    PENDING LITIGATION

Basis for the claim:

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

OLSEN SHARDA

1 COURT ST RIVERHEAD

NY, NY 11901

As of the petition filing date, the claim is:        $          UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**                    PENDING LITIGATION

Basis for the claim:

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number (if known)   18-23553
_____

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.49** | Nonpriority creditor's name and mailing address | **Amount of Claim**

PRESTON JOSEPH AND KAREN

101 W JEFFERSON ST

PHOENIX, AZ 85003

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | **Amount of Claim**

RAMIREZ REBECCA; INDIVIDUALLY AND ANF XXXX MINOR CHILD

111 S 9TH ST

EDINBURGH, TX 78539

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SAC-TAYLOR KAMRIN; BY AND THROUGH HIS GUARDIAN AD LITEM DANIELLE BELTON TAYLOR; KAIDIN T; BY AND THROUGH HIS GUARDIAN AD LITEM DANIELLE BELTON TAYLOR; DANIELLE BELTON TAYLOR; AND DENNIS TAYLOR

2233 SHORE LINE DR

ALAMEDA, CA 94501

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.52** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SHO-GB-KEGL MARY SUAN

505 N COUNTY FARM ROAD

WHEATON, IL 60187

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is: $ ___ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SIMPSON PATRICIA

1 COURT ST RIVERHEAD

NY, NY 11901

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is: $ ___ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SMITH DONNA ASO UNIVERSAL PROPERTY &
CASUALTY INSURANCE COMPANY

175 NW 1ST AVE

MIAMI, FL 33128

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is: $ ___ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.55 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SPERANSKE LAWRENCE

50 W WASHINGTON ST 801

CHICAGO, IL 60602

**As of the petition filing date, the claim is:**    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

STERN ERIC ASO ALLSTATE INSURANCE COMPANY

100 SUPREME CT DR

MINEOLA, NY 11501

**As of the petition filing date, the claim is:**    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

TAPIA JUANA

247 W 3RD ST

SAN BERNARDINO, CA 92415

**As of the petition filing date, the claim is:**    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)   18-23553

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.58** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

TORSIELLO TOREY

205 N DIXIE HWY

WEST PALM BEACH, FL 33401

**As of the petition filing date, the claim is:**
*Check all that apply.*   $   UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

TX NON-SUBSCRIBER-DAVIS MICHAEL

501 WASHINGTON AVENUE SUITE 307

WACO, TX 76701

**As of the petition filing date, the claim is:**
*Check all that apply.*   $   UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

TX NON-SUBSCRIBER-SANCHEZ PATRICIA

11131 WAYNE RD

ROMULUS, MI 48174

**As of the petition filing date, the claim is:**
*Check all that apply.*   $   UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**   PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.61** Nonpriority creditor's name and mailing address

**Amount of Claim**

UMFLEET BELINDA

400 W STATE ST

ROCKFORD, IL 61101

As of the petition filing date, the claim is:
*Check all that apply.*

$          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.62** Nonpriority creditor's name and mailing address

**Amount of Claim**

VEGA RUBIO MARIA A

1000 GUADALUPE ST

AUSTIN, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*

$          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.63** Nonpriority creditor's name and mailing address

**Amount of Claim**

WILKERSON BRIAN

235 CHURCH ST

NEW HAVEN, CT 06510

As of the petition filing date, the claim is:
*Check all that apply.*

$          UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.64**    **Nonpriority creditor's name and mailing address** | **Amount of Claim**

YATES MICHELLE

285 MAIN ST

GOSHEN, NY 10924

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.65**    **Nonpriority creditor's name and mailing address** | **Amount of Claim**

YOUNG GABRIEL

401 W MARKHAM ST 100

LITTLE ROCK, AR 72201

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.66**    **Nonpriority creditor's name and mailing address** | **Amount of Claim**

NA

As of the petition filing date, the claim is:    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.67 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LA GEM & JEWELRY DESIGN INC

10517 WEST PICO BOULEVARD

LOS ANGELES, CA 90064

As of the petition filing date, the claim is:
Check all that apply.

$ 42,500.00

☒ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred    9/26/2018

Basis for the claim:    LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION

1200 K STREET NW SUITE 300

WASHINGTON, DC 20005

As of the petition filing date, the claim is:
Check all that apply.

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENSION PLAN TERMINATION LIABILITY

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

FARM BUREAU MUTUAL INSURANCE COMPANY
ASSIGNEE OF THE MICHIGAN AUTOMOBILE INSURANCE
PLACEMENT FACILITY AND FARM BUREAU MUTUAL
INSURANCE COMPANY

1441 ST ANTOINE ST

DETROIT, MI 48226

As of the petition filing date, the claim is:
Check all that apply.

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.70** Nonpriority creditor's name and mailing address

Amount of Claim

GORDON SIU ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

333 WEST BROADWAY 420

SAN DIEGO, CA 92101

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.71** Nonpriority creditor's name and mailing address

Amount of Claim

MCCALLON CHARLES D

300 BROADWAY

NEWBURGH, NY 12550

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.72** Nonpriority creditor's name and mailing address

Amount of Claim

AFP FIFTY CORP

1441 ST ANTOINE ST  102

DETROIT, MI 48226

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.73** Nonpriority creditor's name and mailing address

CERBONE OF NAPLES INC AKA CERBONE OF NAPLES
PIZZA SUCCESSOR RO JEM PURVEYORS LLC HENRY J
CERBONE AND BONNIE H CERBONE

111 DRMARTIN LUTHER KING JR BLVD

WHITE PLAINS, NY 10601

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

**3.74** Nonpriority creditor's name and mailing address

SAYVILLE MENLO LLC

111 DRMARTIN LUTHER KING JR BLVD

WHITE PLAINS, NY 10601

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

**3.75** Nonpriority creditor's name and mailing address

BELL EMMA

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.76** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

FERREIRO ANTHONY

350 MCALLISTER ST

SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**  $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

PENDING LITIGATION
**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.77** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

AL CAREY

10820 JUSTICE CENTER DR

ROSEVILLE, CA 95678

**As of the petition filing date, the claim is:**  $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

PENDING LITIGATION
**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.78** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

CAREY AL

10820 JUSTICE CENTER DR

ROSEVILLE, CA 95678

**As of the petition filing date, the claim is:**  $       UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

PENDING LITIGATION
**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.79 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CHING HENRY

600 SOUTH COMMONWEALTH AVENUE 800

LOS ANGELES, CA 90005

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ETHEL SCOTT

1614 TX-230 LOOP

SMITHVILLE, TX  78957

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

FARAHMAND AKRAM

191 N 1ST ST

SAN JOSE, CA 95113

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.82** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

RUSSELL VIVIAN

1200 ONTARIO ST

CLEVELAND, OH 44113

As of the petition filing date, the claim is:    $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SERGIO BECERRA PLTF

1100 UNION ST

SAN DIEGO, CA 92101

As of the petition filing date, the claim is:    $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

WILMINGTON SAVINGS FUND SOCIETY FSB

'500 DELAWARE AVENUE 11TH FLOOR

WILMINGTON, DE 19801

As of the petition filing date, the claim is:    $ UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred    5/15/1995

Basis for the claim:    SRAC UNSECURED PIK NOTES

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.85** Nonpriority creditor's name and mailing address

3 CUSTOMERS

700 CAPITAL AVE 209

FRANKFORT, KY 40601

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

**3.86** Nonpriority creditor's name and mailing address

ALAN YORK

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

**3.87** Nonpriority creditor's name and mailing address

BETTY CURTSINGER

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.88**    Nonpriority creditor's name and mailing address                                    **Amount of Claim**

BLANGO

As of the petition filing date, the claim is:    $           UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred                                    PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?

☐ No
☐ Yes

---

**3.89**    Nonpriority creditor's name and mailing address                                    **Amount of Claim**

DAVID REYNOLDS

142 HUNTINGTON PLACE                                    As of the petition filing date, the claim is:    $           UNDETERMINED
*Check all that apply.*

WATERVILLE          , NY 13480                          ☒ Contingent
                                                        ☒ Unliquidated
                                                        ☒ Disputed

Date or dates debt was incurred                                    PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?

☐ No
☐ Yes

---

**3.90**    Nonpriority creditor's name and mailing address                                    **Amount of Claim**

EARL JACKSON

1988 S PARFET DR                                       As of the petition filing date, the claim is:    $           UNDETERMINED
                                                       *Check all that apply.*

DENVER          , CO 80227                             ☒ Contingent
                                                       ☒ Unliquidated
                                                       ☒ Disputed

Date or dates debt was incurred                        Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number          Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.91** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

JENNIFER CLEVELAND

As of the petition filing date, the claim is:  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| **3.92** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

RAYMOND SPALDING

700 CAPITAL AVE 209

FRANKFORT, KY 40601

As of the petition filing date, the claim is:  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| **3.93** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

JEFFREY TAYLOR

350 ORONDO AVE SUITE 501

WENATCHEE, WA 98801

As of the petition filing date, the claim is:  $        UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.94**

**Nonpriority creditor's name and mailing address**

THE PEOPLE OF THE STATE OF CALIFORNIA

42011 4TH ST W

LANCASTER, CA 93534

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**   PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.95**

**Nonpriority creditor's name and mailing address**

JERRY HOLT

PO BOX 1748

AUSTIN, TX 78767

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**   PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.96**

**Nonpriority creditor's name and mailing address**

SCHUTT DONALD L II

7530 LITTLE RD

NEW PORT RICHEY, FL 34654

**Date or dates debt was incurred**

**Last 4 digits of account number**      __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**   PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

| Part 3 | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listen in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the data listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and Mailing Address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| _____ | _____ | |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

| | Part 4 | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|

**5a.** **Total claims from Part 1**        5a.    $                3,269,562.46

**5b.** **Total claims from Part 2**        5b.  **+**  $          17,163,951,620.00

**5c.** **Total of parts 1 and 2**
      Lines 5a + 5b = 5c.                5c.    $          17,167,221,182.46

**Fill in this information to identify the case:**

Debtor name: SEARS HOLDINGS MANAGEMENT CORPORATION

United States Bankruptcy Court for the: Southern    District of: New York

Case number (If known): 18-23553

☐ Check if this is an amended filing

## Official Form 206 G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2. **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired license**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br><br>Lessor | CINDY Q. THAN, O.D<br><br>13831 EUCLID STREET |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | GARDEN GROVE, CA 92843 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement<br><br>Licensee | LUXOTTICA RETAIL NORTH AMERICA INC<br><br>4000 LUXOTTICA PLACE |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | MASON, OH 45040 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | 1800 REMODEL<br><br>5850 W 3RD STREET |
| | State the term remaining | 30 month(s) | 160 |
| | List the contract number of any government contract | | LOS ANGELES, CA 90036 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | 1800 REMODEL<br><br>5850 W 3RD STREET |
| | State the term remaining | 30 month(s) | 160 |
| | List the contract number of any government contract | | LOS ANGELES, CA 90036 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*  18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 1-800 REMODEL, INC.<br>5850 WEST 3RD STREET160 |
|---|---|---|---|
| | State the term remaining | 13 month(s) | |
| | List the contract number of any government contract | | LOS ANGELES, CA 90036 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | TRADING PARTNER AGREEMENT<br>Buyer | 1SYNC<br>CLEMENT D ERHARDT III SECRETARY |
|---|---|---|---|
| | State the term remaining | 20 month(s) | PRINCETON PIKE CORP CENTER |
| | List the contract number of any government contract | | LAWRENCEVILLE, NJ 08648 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 2333 DESIGNS AND MANUFACTURING LLC<br>32411 134TH NE |
|---|---|---|---|
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | DUVALL, WA 98019 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 24/7 CUSTOMER INC-1000645887<br>2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
|---|---|---|---|
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | SAN JOSE, CA 95124 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 24/7 CUSTOMER INC-1000645887<br>2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | SAN JOSE, CA 95124 |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | 24/7 CUSTOMER INC-1000645887<br>2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | SAN JOSE, CA 95124 |

Debtor    <u>SEARS HOLDINGS MANAGEMENT CORPORATION</u>
Name

Case number *(if known)*    <u>18-23553</u>

| ▮ | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|------|------|------|------|
| | | | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **State the term remaining** | 39 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|------|------|------|------|
| | | | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|------|------|------|------|
| | | | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **State the term remaining** | 27 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|------|------|------|------|
| | | | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|------|------|------|------|
| | | | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|------|------|------|------|
| | | | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

| | | |
|---|---|---|
| **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|---|---|---|---|
| | **State the term remaining** | 3 month(s) | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|---|---|---|---|
| | **State the term remaining** | 3 month(s) | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | 24/7 CUSTOMER INC-1000645887 |
|---|---|---|---|
| | **State the term remaining** | 27 month(s) | 2001 ALL PROGRAMMABLE DRIVE SUITE 200 |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95124 |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | 24/7 REAL MEDIA US INC |
|---|---|---|---|
| | **State the term remaining** | 1120 month(s) | 132 W 31ST STREET |
| | | | 9TH FLOOR |
| | **List the contract number of any government contract** | | NEW YORK, NY 10001 |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AAA LAWN SERVICE,LLS |
|---|---|---|---|
| | **State the term remaining** | 12 month(s) | PO BOX 943 |
| | **List the contract number of any government contract** | | ANKENY, IA 50021 |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AAA LAWN SERVICES, LLC |
|---|---|---|---|
| | **State the term remaining** | 12 month(s) | PO BOX 943 |
| | **List the contract number of any government contract** | | ANKENY, IA 50021 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCERTIFY INC |
|---|---|---|---|
| | | | 1075 HAWTHORN DR |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCERTIFY INC |
|---|---|---|---|
| | | | 1075 HAWTHORN DR |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCERTIFY INC |
|---|---|---|---|
| | | | 1075 HAWTHORN DR |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCERTIFY INC |
|---|---|---|---|
| | | | 1075 HAWTHORN DR |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCERTIFY INC-702255 |
|---|---|---|---|
| | | | 1075 HAWTHORN DRIVE |
| | State the term remaining | 4 month(s) | NONE |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to SOW<br>Buyer | ACCERTIFY, INC |
|---|---|---|---|
| | | | 1075 HAWTHORN DRIVE |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCERTIFY, INC.<br><br>2 PIERCE PLACE |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCULLINK, INC., DBA ACCULYNK<br><br>ACCULYNK INC |
| | State the term remaining | | 2812 SPRING ROAD SE |
| | List the contract number of any government contract | | ATLANTA, GA 30339 |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCULLINK, INC., DBA ACCULYNK<br><br>ACCULYNK INC |
| | State the term remaining | | 2812 SPRING ROAD SE |
| | List the contract number of any government contract | | ATLANTA, GA 30339 |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACCULLINK, INC., DBA ACCULYNK<br><br>ACCULYNK INC |
| | State the term remaining | | 2812 SPRING ROAD SE |
| | List the contract number of any government contract | | ATLANTA, GA 30339 |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | ACCUVANT, INC.<br><br>1125 17TH STREET |
| | State the term remaining | 10 month(s) | SUITE 1700 |
| | List the contract number of any government contract | | DENVER, CO 80202 |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACME AUTO PARTS<br><br>2016 E 1000N ROAD |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | KANKAKEE, IL 60901 |

---

Official Form 206 G                Schedule G: Executory Contracts and Unexpired Leases                Page 6 of 221

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
     Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACME AUTO PARTS |
|---|---|---|---|
| | State the term remaining | 23 month(s) | 2016 E 1000N ROAD |
| | List the contract number of any government contract | | KANKAKEE, IL 60901 |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTION SERVICE CORPORATION |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1700 STATE ROAD<br>8838 BARRIO MONACILLOS |
| | List the contract number of any government contract | | SAN JUAN, PR 00926-2471 |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | ACTION TIME, INC., |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 20283 SR 7 STE 300 |
| | List the contract number of any government contract | | BOCA RATON, FL 33498 |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTIVANT SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | | 60334 TALL PINE AVENUE |
| | List the contract number of any government contract | | BEND, OR 97702 |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTIVANT SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | | 60334 TALL PINE AVENUE |
| | List the contract number of any government contract | | BEND, OR 97702 |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTIVANT SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | | 60334 TALL PINE AVENUE |
| | List the contract number of any government contract | | BEND, OR 97702 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTIVANT SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | | 60334 TALL PINE AVENUE |
| | List the contract number of any government contract | | BEND, OR 97702 |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTIVANT SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | | 60334 TALL PINE AVENUE |
| | List the contract number of any government contract | | BEND, OR 97702 |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTIVANT SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | | 60334 TALL PINE AVENUE |
| | List the contract number of any government contract | | BEND, OR 97702 |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTIVANT SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | | 60334 TALL PINE AVENUE |
| | List the contract number of any government contract | | BEND, OR 97702 |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACTIVANT SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | | 60334 TALL PINE AVENUE |
| | List the contract number of any government contract | | BEND, OR 97702 |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | ACTIVEHOURS INC |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 405 WAVERLEY STREET |
| | List the contract number of any government contract | | PALO ALTO, CA 94301 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement<br>Buyer | ACTVCONTENT CORPORATION |
| | | | 155 SEAPORT BOULEVARD |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | BOSTON, MA 02210 |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACUMEN SOLUTIONS |
| | | | 8280 GREENSBORO DRIVE SUITE 400 |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | MCLEAN, VA 22102 |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ACXIOM CORPORATION |
| | | | 301 INUDSTRIAL BOULEVARD |
| | State the term remaining | 3 month(s) | PO BOX 2000 |
| | List the contract number of any government contract | | CONWAY, AR 72032 |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADECCO ENGINEERING AND TECHNOLOGY |
| | | | 10151 DEERWOOD PARK BLVD |
| | State the term remaining | 6 month(s) | BUILDING 200 SUITE 400 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32256 |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | TERMS & CONDITIONS ADVERTISING<br>Buyer | ADMARKETPLACE INC |
| | | | 1250 BROADWAY |
| | State the term remaining | 55 month(s) | 31ST FLOOR |
| | List the contract number of any government contract | | NY, NY 10001 |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | MNDA | ADMARKETPLACE, INC |
| | | | 1250 BROADWAY 31ST FLOOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | NEW YORK, NY 10001 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Buyer | ADOBE SYSTEMS INCORPORATED |
|---|---|---|---|
| | State the term remaining | 21 month(s) | 3900 ADOBE WAY |
| | List the contract number of any government contract | | LEHI, UT 84043 |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br>Buyer | ADOBE SYSTEMS INCORPORATED |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 3900 ADOBE WAY |
| | List the contract number of any government contract | | LEHI, UT 84043 |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Buyer | ADOBE SYSTEMS INCORPORATED |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 3900 ADOBE WAY |
| | List the contract number of any government contract | | LEHI, UT 84043 |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br>Buyer | ADOBE SYSTEMS INCORPORATED |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 3900 ADOBE WAY |
| | List the contract number of any government contract | | LEHI, UT 84043 |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADOBE SYSTEMS INCORPORATED |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 75 REMITTANCE DR STE 1025 |
| | List the contract number of any government contract | | CHICAGO, IL 60675 |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADOBE SYSTEMS INCORPORATED |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 75 REMITTANCE DR STE 1025 |
| | List the contract number of any government contract | | CHICAGO, IL 60675 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADP RPO LLC |
|---|---|---|---|
| | | | 3401 TECHNOLOGY DRIVE |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | FINDLAY, OH 45840 |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | ADP, INC. |
|---|---|---|---|
| | | | 400 COVINA BLVD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | SAN DIMAS, CA 91773 |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADP, LLC |
|---|---|---|---|
| | | | 400 W COVINA BOULEVARD |
| | State the term remaining | 13 month(s) | |
| | List the contract number of any government contract | | SAN DIMAS, CA 91773 |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | ADP, LLC |
|---|---|---|---|
| | | | 400 W COVINA BOULEVARD |
| | State the term remaining | 13 month(s) | |
| | List the contract number of any government contract | | SAN DIMAS, CA 91773 |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADRIAN STEEL COMPANY |
|---|---|---|---|
| | | | 906 JAMES STREET |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | ADRIAN, MI 49221 |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADVANCED SERVICE SOLLUTIONS LLC |
|---|---|---|---|
| | | | PO BOX 573 |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | HAMMONTON, NJ 08037 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION                Case number *(if known)*    18-23553
          Name

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ADVANCED TECHNOLOGY SERVICES |
|---|---|---|---|
| | State the term remaining | 37 month(s) | 8201 NORTH UNIVERSITY |
| | List the contract number of any government contract | | PEORIA, IL 61615 |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AETNA BEHAVIORAL HEALTH LLC |
|---|---|---|---|
| | State the term remaining | 26 month(s) | 151 FARMINGTON AVE<br>MAIL CODE RSSA |
| | List the contract number of any government contract | | HARTFORD, CT 06156 |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AETNA LIFE INSURANCE COMPANY |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 151 FARMINGTON AVE |
| | List the contract number of any government contract | | HARTFORD, CT 06156 |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AETNA LIFE INSURANCE COMPANY |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 151 FARMINGTON AVE |
| | List the contract number of any government contract | | HARTFORD, CT 06156 |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AETNA RESOURCES FOR LIVING |
|---|---|---|---|
| | State the term remaining | 26 month(s) | 10260 MEANLEY DRIVE |
| | List the contract number of any government contract | | SAN DIEGO, CA 92131 |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AFFORDABLE SPRINKLER |
|---|---|---|---|
| | State the term remaining | 11 month(s) | 35191 MELTON |
| | List the contract number of any government contract | | WESTLAND, MI 48185 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION                          Case number *(if known)*    18-23553
          Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AFFORDABLE SPRINKLER |
|---|---|---|---|
| | | | 35191 MELTON |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | WESTLAND, MI 48185 |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AGENCY WITHIN LLC |
|---|---|---|---|
| | | | 36-12 48TH AVE |
| | State the term remaining | 31 month(s) | 3F |
| | List the contract number of any government contract | | LONG ISLAND CITY, NY 11101 |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AGILENCE INC |
|---|---|---|---|
| | | | 1020 BRIGGS ROAD |
| | State the term remaining | 5 month(s) | NONE |
| | List the contract number of any government contract | | MT LAUREL, NJ 08054 |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | ACC<br>Buyer | AHS PHARMSTAT LLC |
|---|---|---|---|
| | | | 3501 WILLOWOOD RD |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | EDMOND, OK 73034 |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AIRES |
|---|---|---|---|
| | | | 6 PENN CENTER WEST |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | PITTSBURGH, PA 15276 |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AIRES |
|---|---|---|---|
| | | | 6 PENN CENTER WEST |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | PITTSBURGH, PA 15276 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AIRSTRON, INC. |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 1551 SW 21 AVENUE |
| | List the contract number of any government contract | | FT LAUDERDALE, FL 33312 |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AJB SOFTWARE DESIGN INC |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 185 THE WEST MALL<br>STE 1100 |
| | List the contract number of any government contract | | TORONTO, ON M9C 5L6 |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AJ'S LANDSCAPING INC |
|---|---|---|---|
| | State the term remaining | 15 month(s) | PO BOX 3267 |
| | List the contract number of any government contract | | LANLENA, FL 33465 |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AKAMAI TECHNOLOGIES INC |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 8 CAMBRIDGE CENTER |
| | List the contract number of any government contract | | CAMBRIDGE, MA 02142 |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AKAMAI TECHNOLOGIES INC-580217 |
|---|---|---|---|
| | State the term remaining | 6 month(s) | P O BOX 26590<br>NONE |
| | List the contract number of any government contract | | NEW YORK, NY 10087 |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ALASKA NORTH STAR BUILDERS |
|---|---|---|---|
| | State the term remaining | 35 month(s) | PO BOX 81481 |
| | List the contract number of any government contract | | FAIRBANKS, AK 99708 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ALGI<br>8201 PETERS ROAD SUITE 1000 |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | PLANTATION, FL 33324 |

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ALIGHT SOLUTIONS LLC<br>100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | ALIGHT SOLUTIONS LLC-853044<br>100 HALF DAY ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | ALIGHT SOLUTIONS LLC-853044<br>100 HALF DAY ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | ALIGHT SOLUTIONS LLC-853044<br>100 HALF DAY ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | ALIGHT SOLUTIONS LLC-853044<br>100 HALF DAY ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | ALLEN SYSTEMS GROUP-852061 |
| | | | P O BOX 2197 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | CAROL STREAM, IL 60132 |

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ALLEN SYSTEMS GROUP-852061 |
| | | | P O BOX 2197 |
| | **State the term remaining** | 8 month(s) | NONE |
| | **List the contract number of any government contract** | | CAROL STREAM, IL 60132 |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Procurement Agreement<br>Buyer | ALLIANCE MATERIAL HANDLING CORP |
| | | | 34000 WEST NINE MILE RD |
| | **State the term remaining** | 6 month(s) | |
| | **List the contract number of any government contract** | | FARMINGTON, MI 48335 |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ALVARADO MFG CO INC-150661346 |
| | | | 12660 COLONY ST |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | CHINO, CA 91708 |

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment - Supply Agreement (Includes Affiliates)<br>Buyer | AMARR COMPANY |
| | | | P O BOX 75092 |
| | **State the term remaining** | 19 month(s) | |
| | **List the contract number of any government contract** | | CHARLOTTE, NC 28275 |

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement. Along with Affiliates<br>Buyer | AMARR COMPANY |
| | | | 165 CARRIAGE COURT |
| | **State the term remaining** | 19 month(s) | |
| | **List the contract number of any government contract** | | WINSTON-SALEM, NC 27195 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | AMAZON WEB SERVICES, INC. |
|---|---|---|---|
| | State the term remaining | | 410 TERRY AVENUE NORTH |
| | List the contract number of any government contract | | SEATTLE, WA 98109-5210 |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AMBIUS INC-197863 |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 2050 CLEARWATER DRIVE |
| | List the contract number of any government contract | | DES PLAINES, IL 60018 |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AMEC FOSTER WHEELER ENVIRONMENT & INFRASTRUCTURE INC |
|---|---|---|---|
| | State the term remaining | 25 month(s) | 8745 W HIGGINS ROAD SUITE 300 |
| | List the contract number of any government contract | | CHICAGO, IL 60631 |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AMERICAN AIRLINES |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 425 AMON CARTER BLVD |
| | List the contract number of any government contract | | FT WORTH, TX 76155 |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AMERICAN CASTING & MANUFACTURING CO-424072 |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 51 COMMERCIAL STREET |
| | List the contract number of any government contract | | PLAINVIEW, NY 11803 |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AMERICAN DIGITAL CORP |
|---|---|---|---|
| | State the term remaining | 16 month(s) | 25 NORTHWEST POINT BLVD |
| | List the contract number of any government contract | | SUITE 200 |
| | | | ELK GROVE VILLAGE, IL 60007 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name                                                                    Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMERICAN EXPRESS BUSINESS TRAVEL |
| | | | PO BOX 299051 |
| | **State the term remaining** | 8 month(s) | DEPARTMENT 17 |
| | **List the contract number of any government contract** | | FT LAUDERDALE, FL 33329 |

| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMERICAN EXPRESS BUSINESS TRAVEL |
| | | | 5000 ATRIUM WAY |
| | **State the term remaining** | 36 month(s) | |
| | **List the contract number of any government contract** | | MOUNT LAUREL, NJ 08054 |

| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. |
| | | | 3 WORLD FINANCIAL CENTER |
| | **State the term remaining** | 32 month(s) | 200 VESEY ST |
| | **List the contract number of any government contract** | | NEW YORK, NY 10285 |

| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. |
| | | | PO BOX 299051 |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | FT LAUDERDALE, FL 33329 |

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMERICAN GASKET TECHNOLOGIES INC-700694 |
| | | | 10 LAURA DRIVE |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | ADDISON, IL 60101 |

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Seller | AMERICAN HOME SHIELD CORPORATION |
| | | | 150 PEABODY PLACE |
| | **State the term remaining** | 13 month(s) | |
| | **List the contract number of any government contract** | | MEMPHIS, TN 38103 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMERICAN IT RESOURCE GROUP INC |
|---|---|---|---|
| | **State the term remaining** | 18 month(s) | 2500 WEST HIGGINS ROAD |
| | | | STE 1273 |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60169 |

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMERICAN WELL |
|---|---|---|---|
| | **State the term remaining** | 6 month(s) | 75 STATE STREET |
| | **List the contract number of any government contract** | | BOSTON, MA 02109 |

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Sears Marketplace Agreement<br>Buyer | AMF INDUSTRIAL |
|---|---|---|---|
| | **State the term remaining** | 11 month(s) | 10303 NW 62ND ST |
| | **List the contract number of any government contract** | | DORAL, FL 33178 |

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMIGO MOBILITY INTERNATIONAL INC |
|---|---|---|---|
| | **State the term remaining** | 32 month(s) | P O BOX 633728 |
| | **List the contract number of any government contract** | | CINCINNATI, OH 45263 |

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | AMPAC |
|---|---|---|---|
| | **State the term remaining** | 14 month(s) | 12025 TRICON ROAD |
| | **List the contract number of any government contract** | | CINCINNATI, OH 45246 |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | ANDERSON PEST CONTROL |
|---|---|---|---|
| | **State the term remaining** | 24 month(s) | 65 CENTURY DRIVE |
| | **List the contract number of any government contract** | | WHEELING, IL 60090 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*   18-23553
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | ANDERSON PEST CONTROL |
|---|---|---|---|
| | | | 65 CENTURY DRIVE |
| | State the term remaining | 24 month(s) | |
| | List the contract number of any government contract | | WHEELING, IL 60090 |

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ANEW ELECTRONICS LLC |
|---|---|---|---|
| | | | 800 INDUSTRIAL BLVD |
| | State the term remaining | 33 month(s) | SUITE 100 |
| | List the contract number of any government contract | | GRAPEVINE, TX 76051 |

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessor | ANGELA FU, O.D. |
|---|---|---|---|
| | | | POST OFFICE BOX 70028 |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | RIVERSIDE, CA 92513 |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | ANTEA USA, INC. |
|---|---|---|---|
| | | | 5910 RICE CREEK PARKWAY SUITE 100 |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | SHOREVIEW, MN 55126 |

| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AON CONSULTING-1000709386 |
|---|---|---|---|
| | | | 100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AON CONSULTING-1000709386 |
|---|---|---|---|
| | | | 100 HALF DAY ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|--------|----------------------------------------|--------------------------|----------|
|        | Name                                   |                          |          |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AON CONSULTING-1000709386 |
|-------|---------------------------------------------------------------------------------|-------|---------------------------|
|       |                                                                                 |       | 100 HALF DAY ROAD |
|       | State the term remaining | 2 month(s) | |
|       | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AON CONSULTING-1000709386 |
|-------|---------------------------------------------------------------------------------|-------|---------------------------|
|       |                                                                                 |       | 100 HALF DAY ROAD |
|       | State the term remaining | 2 month(s) | |
|       | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AON CONSULTING-1000709386 |
|-------|---------------------------------------------------------------------------------|-------|---------------------------|
|       |                                                                                 |       | 100 HALF DAY ROAD |
|       | State the term remaining | 26 month(s) | |
|       | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AON CONSULTING-1000709386 |
|-------|---------------------------------------------------------------------------------|-------|---------------------------|
|       |                                                                                 |       | 4 OVERLOOK PINT |
|       | State the term remaining | 17 month(s) | |
|       | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AON CONSULTING-1000709386 |
|-------|---------------------------------------------------------------------------------|-------|---------------------------|
|       |                                                                                 |       | 4 OVERLOOK PINT |
|       | State the term remaining | 6 month(s) | |
|       | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AON HEWITT |
|-------|---------------------------------------------------------------------------------|-------|---------------------------|
|       |                                                                                 |       | 100 HALF DAY ROAD |
|       | State the term remaining | 26 month(s) | |
|       | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | Additional Page If Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AON HEWITT |
|---|---|---|---|
| | State the term remaining | 26 month(s) | 100 HALF DAY ROAD |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | AON HEWITT |
|---|---|---|---|
| | State the term remaining | 11 month(s) | 4 OVERLOOK POINT |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60609 |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | APEX SYSTEMS INC |
|---|---|---|---|
| | State the term remaining | 13 month(s) | 4400 COX RD |
| | | | STE 200 |
| | List the contract number of any government contract | | GLEN ALLEN, VA 23060 |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Buyer | APL CO. PTE LTD |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 16220 NORTH SCOTTSDALE ROAD SUITE 300 |
| | List the contract number of any government contract | | SCOTTSDALE, AZ 85254 |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Sears Marketplace Agreement Buyer | APMEX INC. |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 226 DEAN A MCGEE AVE |
| | List the contract number of any government contract | | OKLAHOMA CITY, OK 73102 |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | letter agreement to extend term Buyer | APP NEXUS RESOURCES, INC |
|---|---|---|---|
| | State the term remaining | 8 month(s) | PO BOX 392329 |
| | List the contract number of any government contract | | PITTSHURGH, PA 15251 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to MSA<br>Buyer | APPLAUSE APP QUALITY, INC. |
|---|---|---|---|
| | State the term remaining | 35 month(s) | PO BOX 347435 |
| | List the contract number of any government contract | | PITTSBURGH, PA 15251 |

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | APPLAUSE APPQUALITY INC. |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 100 PENSYLVANIA AVE |
| | List the contract number of any government contract | | FRAMINGHAM, MA 01701 |

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | APPLAUSE APPQUALITY INC. |
|---|---|---|---|
| | State the term remaining | 11 month(s) | 100 PENSYLVANIA AVE |
| | List the contract number of any government contract | | FRAMINGHAM, MA 01701 |

| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | APPLIED PREDICTIVE TECHNOLOGIES |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 230 CALIFORNIA ST<br>STE 601 |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94111 |

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | APPLIED PREDICTIVE TECHNOLOGIES |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 230 CALIFORNIA ST<br>STE 601 |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94111 |

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | APRIMO INC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 900 E 96TH ST |
| | List the contract number of any government contract | | INDIANAPOLIS, IN 46240 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | APRIMO INC |
|---|---|---|---|
| | | | 900 E 96TH ST |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | INDIANAPOLIS, IN 46240 |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | ARAMARK |
|---|---|---|---|
| | | | 1101 MARKET STREET |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | PHILADELPHIA, PA 19107 |

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ARAMARK |
|---|---|---|---|
| | | | 1101 MARKET ST |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | PHILADELPHIA, PA 19107 |

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ARAMARK |
|---|---|---|---|
| | | | 1101 MARKET ST |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | PHILADELPHIA, PA 19107 |

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Buyer | ARAMARK SERVICE MASTER FACILITY SERVICES |
|---|---|---|---|
| | | | 1101 MARKET STREET |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | PHILADELPHIA, PA 19107 |

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | ARIBA INC |
|---|---|---|---|
| | | | 3420 HILLVIEW AVE |
| | State the term remaining | 3 month(s) | BLDG 3 |
| | List the contract number of any government contract | | PALO ALTO, CA 94304 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
     Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br>Buyer |
| | | ARIBA INC |
| | **State the term remaining** | 3 month(s) |
| | | PO BOX 642962 |
| | **List the contract number of any government contract** | |
| | | PITTSBURGH, PA 15264 |

| | | |
|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ARIBA INC-545962 |
| | **State the term remaining** | 3 month(s) |
| | | 3420 HILLVIEW AVE BLDG 3 |
| | **List the contract number of any government contract** | |
| | | PALO ALTO, CA 94304 |

| | | |
|---|---|---|
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ARISE VIRTUAL SOLUTIONS INC-1967003948 |
| | **State the term remaining** | 19 month(s) |
| | | 3450 LAKESIDE DRIVE |
| | **List the contract number of any government contract** | |
| | | MIRAMAR, FL 33027 |

| | | |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ARISE VIRTUAL SOLUTIONS INC-1967003948 |
| | **State the term remaining** | 19 month(s) |
| | | 3450 LAKESIDE DRIVE |
| | **List the contract number of any government contract** | |
| | | MIRAMAR, FL 33027 |

| | | |
|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ARKOWL LLC |
| | **State the term remaining** | 3 month(s) |
| | | 6585 COUNTY RD 50 |
| | | NONE |
| | **List the contract number of any government contract** | |
| | | CARVER, MN 55315 |

| | | |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ARS ECOMMERCE LLC-405043 |
| | **State the term remaining** | 3 month(s) |
| | | 1001 REEDS LAKE RD |
| | **List the contract number of any government contract** | |
| | | CHATANOOGA, TN 37415 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.149** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ASIAINSPECTION LTD |
| | **State the term remaining** | 9 month(s) |
| | | 255-257 GLOUCESTER ROAD SINO PLAZA 8F |
| | **List the contract number of any government contract** | |
| | | CAUSEWAY BAY, HONG KONG |

| | | |
|---|---|---|
| **2.150** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement. Applies to Debtors affiliates<br>Buyer |
| | | ASIAINSPECTIONLIMITED |
| | **State the term remaining** | 9 month(s) |
| | | 5F DAH SING LIFE BUILDING 99-105 DES VOEUX ROAD CENTRAL HONG |
| | **List the contract number of any government contract** | |
| | | HONG KONG, HONG KONG |

| | | |
|---|---|---|
| **2.151** | **State what the contract or lease is for and the nature of the debtor's interest** | WORKFORCE SYSTEM PROCUREMENT AGREEMENT<br>Buyer |
| | | ASPECT SOFTWARE INC |
| | **State the term remaining** | 15 month(s) |
| | | 1310 RIDDER PK DR |
| | **List the contract number of any government contract** | |
| | | SAN JOSE, CA 95131 |

| | | |
|---|---|---|
| **2.152** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer |
| | | ASPEN REFRIGERANTS, INC. |
| | **State the term remaining** | 36 month(s) |
| | | 38-18 33RD STREET |
| | **List the contract number of any government contract** | |
| | | LONG ISLAND CITY, NY 11101 |

| | | |
|---|---|---|
| **2.153** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS/RAYMOND TRUCK |
| | **State the term remaining** | 29 month(s) |
| | | 133 N SWIFT RD |
| | **List the contract number of any government contract** | |
| | | ADDISON, IL 60101 |

| | | |
|---|---|---|
| **2.154** | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement.<br>Buyer |
| | | ASSOCIATED MATERIALS, LLC, |
| | **State the term remaining** | 2 month(s) |
| | | 3773 STATE ROAD |
| | **List the contract number of any government contract** | |
| | | CUYAHOGA FALLS, OH 44223 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
     Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AT & T-406371 |
|---|---|---|---|
| | | | PO BOX 9009 |
| | State the term remaining | 16 month(s) | NONE |
| | List the contract number of any government contract | | CAROL STREAM, IL 60197 |

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AT & T-406371 |
|---|---|---|---|
| | | | PO BOX 9009 |
| | State the term remaining | 5 month(s) | NONE |
| | List the contract number of any government contract | | CAROL STREAM, IL 60197 |

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AT & T-406371 |
|---|---|---|---|
| | | | ONE AT&T WAY |
| | State the term remaining | 35 month(s) | ONE AT&T WAY |
| | List the contract number of any government contract | | BEDMINSTER, NJ 07921-0752 |

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AT & T-406371 |
|---|---|---|---|
| | | | 2000 W AT&T CENTER DR - Z1 |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60192 |

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AT & T-406371 |
|---|---|---|---|
| | | | ONE AT&T WAY |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | BEDMINSTER, NJ 07921-0752 |

| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AT & T-406371 |
|---|---|---|---|
| | | | 225 W RANDOLPH ST-Z1 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AT & T-406371 |
|---|---|---|---|
| | | | 225 W RANDOLPH ST-Z1 |
| | State the term remaining | 48 month(s) | NONE |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AT & T-406371 |
|---|---|---|---|
| | | | 225 W RANDOLPH ST-Z1 |
| | State the term remaining | 35 month(s) | NONE |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AT&T CORP. |
|---|---|---|---|
| | | | ONE AT&T WAY |
| | State the term remaining | 48 month(s) | |
| | List the contract number of any government contract | | BEDMINSTER, NJ 07921-0752 |

| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Service agreement<br>Buyer | AT&T CORP. |
|---|---|---|---|
| | | | ONE AT&T WAY |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | BEDMINSTER, NJ 07921-0752 |

| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ATC GROUP SERVICES INC |
|---|---|---|---|
| | | | 1815 SOUTH MEYERS ROAD SUITE 670 |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | OAKBROOK TERRACE, IL 60181 |

| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AUDITEC SOLUTIONS |
|---|---|---|---|
| | | | 1548 N TECH BLVD |
| | State the term remaining | 21 month(s) | |
| | List the contract number of any government contract | | GILBERT, AZ 89233 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

<table>
<tr><td></td><td colspan="2"><strong>Additional Page If Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AUDITEC SOLUTIONS |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 1548 N TECH BLVD |
| | List the contract number of any government contract | | GILBERT, AZ 89233 |

| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AUDITEC SOLUTIONS |
|---|---|---|---|
| | State the term remaining | 21 month(s) | 1548 N TECH BLVD |
| | List the contract number of any government contract | | GILBERT, AZ 89233 |

| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Automotive Rental Agreement<br>Buyer | AUTOMOTIVE RENTALS INC |
|---|---|---|---|
| | State the term remaining | 38 month(s) | 9000 MIDLANTIC DRIVE |
| | List the contract number of any government contract | | MOUNT LAUREL, NJ 08054 |

| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Tax software<br>Buyer | AVALARA |
|---|---|---|---|
| | State the term remaining | | DEPT CH 16781 |
| | List the contract number of any government contract | | PALATINE, IL 60055 |

| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | AVAYA INC. |
|---|---|---|---|
| | State the term remaining | 7 month(s) | 211 MT AIRY ROAD |
| | List the contract number of any government contract | | BASKING RIDGE, NJ 07920 |

| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | AVEDIS OVAYAN |
|---|---|---|---|
| | State the term remaining | 22 month(s) | 9978 WHEATLAND AVE |
| | List the contract number of any government contract | | SHADOW HILLS, CA 91040 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | AVEKSA, INC. |
|---|---|---|---|
| | | | 303 WYMAN STREET |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | WALTHAM, MA 02451 |

| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AVERY DENNISON-4241238 |
|---|---|---|---|
| | | | WEST PARK DR |
| | State the term remaining | 5 month(s) | SUITE 400 |
| | List the contract number of any government contract | | WESTBOROUGH, MA 01581 |

| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AVERY DENNISON-4241238 |
|---|---|---|---|
| | | | WEST PARK DR |
| | State the term remaining | 29 month(s) | SUITE 400 |
| | List the contract number of any government contract | | WESTBOROUGH, MA 01581 |

| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AVIONOS, LLC |
|---|---|---|---|
| | | | 101 N WACKER DRIVE |
| | State the term remaining | 25 month(s) | SUITE 2013 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AVIS BUDGET GROUP INC |
|---|---|---|---|
| | | | 6 SLYVAN WAY |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | PARSIPPANY, NJ 07054 |

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AXIOS SYSTEMS INC |
|---|---|---|---|
| | | | 2214 ROCK HILL RD |
| | State the term remaining | 21 month(s) | STE 501 |
| | List the contract number of any government contract | | HERNDON, VA 20170 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AXIOS SYSTEMS INC |
|---|---|---|---|
| | | | 2214 ROCK HILL RD |
| | State the term remaining | 21 month(s) | STE 501 |
| | List the contract number of any government contract | | HERNDON, VA 20170 |

| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AZAR LLC-714880 |
|---|---|---|---|
| | | | 4733 TORRANCE BLVD |
| | State the term remaining | 58 month(s) | |
| | List the contract number of any government contract | | TORRANCE            , CA 90503 |

| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | AZAR LLC-714880 |
|---|---|---|---|
| | | | 4733 TORRANCE BLVD |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | TORRANCE            , CA 90503 |

| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | B AND G INTERNATIONAL INC |
|---|---|---|---|
| | | | 1085 MORRIS AVE SUITE 5D |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | UNION, NJ 07083 |

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BALANCE INNOVATIONS |
|---|---|---|---|
| | | | 11011 EICHER DRIVE |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | LENEXA, KS 66219 |

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BALANCE INNOVATIONS |
|---|---|---|---|
| | | | 11011 EICHER DRIVE |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | LENEXA, KS 66219 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BANDWIDTH.COM, INC. |
|---|---|---|---|
| | | | 900 MAIN CAMPUS DRIVE |
| | State the term remaining | 9 month(s) | SUITE  500 |
| | List the contract number of any government contract | | RALIEGH, NC 27606 |

| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BATTEN & COMPANY |
|---|---|---|---|
| | | | 3708 DEWSBURY RD |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | WINSTON SALEM, NC 27104 |

| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BAW PLASTICS INC-811406 |
|---|---|---|---|
| | | | 2148 CENTURY DRIVE |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | JEFFERSON HILLS, PA 15025 |

| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BAZAARVOICE INC-542852 |
|---|---|---|---|
| | | | 8911 NORTH CAPITAL OF TEXAS HIGHWAY |
| | State the term remaining | 3 month(s) | SUITE 3100 |
| | List the contract number of any government contract | | AUSTIN, TX 78759 |

| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BAZAARVOICE INC-542852 |
|---|---|---|---|
| | | | 8911 NORTH CAPITAL OF TEXAS HIGHWAY |
| | State the term remaining | 1 month(s) | SUITE 3100 |
| | List the contract number of any government contract | | AUSTIN, TX 78759 |

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BAZAARVOICE INC-542852 |
|---|---|---|---|
| | | | 8911 NORTH CAPITAL OF TEXAS HIGHWAY |
| | State the term remaining | 1 month(s) | SUITE 3100 |
| | List the contract number of any government contract | | AUSTIN, TX 78759 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION     Case number *(if known)*   18-23553
Name

| | Additional Page If Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BAZAARVOICE INC-542852 |
|---|---|---|---|
| | | | 8911 NORTH CAPITAL OF TEXAS HIGHWAY |
| | **State the term remaining** | 3 month(s) | SUITE 3100 |
| | **List the contract number of any government contract** | | AUSTIN, TX 78759 |

| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BAZAARVOICE INC-542852 |
|---|---|---|---|
| | | | 8911 NORTH CAPITAL OF TEXAS HIGHWAY |
| | **State the term remaining** | 9 month(s) | SUITE 3100 |
| | **List the contract number of any government contract** | | AUSTIN, TX 78759 |

| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BAZAARVOICE INC-542852 |
|---|---|---|---|
| | | | 8911 NORTH CAPITAL OF TEXAS HIGHWAY |
| | **State the term remaining** | 9 month(s) | SUITE 3100 |
| | **List the contract number of any government contract** | | AUSTIN, TX 78759 |

| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement. Along with Affiliates<br>Buyer | BCI ACRYLIC BATH SYSTEMS, INC |
|---|---|---|---|
| | | | 524 S HICKS RD |
| | **State the term remaining** | 27 month(s) | |
| | **List the contract number of any government contract** | | PALATINE, IL 60067 |

| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement.<br>Buyer | BCI ACRYLIC BATH SYSTEMS, INC |
|---|---|---|---|
| | | | 1800 INDUSTRIAL DRIVE |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | LIBERTYVILLE, IL 60048 |

| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | DCTC (Includes Affiliates)<br>Buyer | BECKETT CORPORATION |
|---|---|---|---|
| | | | 3321 PRINCESS ANNE RD |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | NORFOLK, VA 23502 |

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
           Name                                                    Case number (if known)   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BEELINE.COM, INC |
|---|---|---|---|
| | | | 12724 GRAN BAY PKWY W |
| | State the term remaining | 3 month(s) | STE 200 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32258 |

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BELCAN SERVICES GROUP, LTD. PARTNERSHI |
|---|---|---|---|
| | | | 7820 REDSKY DR |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | CINCINNATI, OH 45242 |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BELFOR USA GROUP INC |
|---|---|---|---|
| | | | 185 OAKLAND AVE SUITE 150 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | BIRMINGHAM, MI 48009 |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BENEPLACE, INC |
|---|---|---|---|
| | | | 9020 N CAPITAL OF TEXAS HWY |
| | State the term remaining | 14 month(s) | BUILDING II |
| | List the contract number of any government contract | | AUSTIN, TX 78759 |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BENEPLACE, INC |
|---|---|---|---|
| | | | 9020 N CAPITAL OF TEXAS HWY |
| | State the term remaining | 14 month(s) | BUILDING II |
| | List the contract number of any government contract | | AUSTIN, TX 78759 |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Enterprise License Subscription<br>Buyer | BENTLEY |
|---|---|---|---|
| | | | PO BOX 828836 |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | PHILADELPHIA, PA 19182 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement.<br>Buyer | BERTCH CABINET MFG.,INC |
|---|---|---|---|
| | | | PO BOX 2280 |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | WATERLOO, IA 50704 |

| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BESTMARK INC |
|---|---|---|---|
| | | | 5500 FELTL ROAD |
| | **State the term remaining** | 13 month(s) | |
| | **List the contract number of any government contract** | | MINNETONKA, MN 55343 |

| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BESTMARK INC |
|---|---|---|---|
| | | | 5500 FELTL ROAD |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | MINNETONKA, MN 55343 |

| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | BEYONDTRUST SOFTWARE, INC. |
|---|---|---|---|
| | | | 2173 SALK AVENUE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | CARLSBAD, CA 92008 |

| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | Sears Marketplace Fulfilled By Merchant Seller Agreement<br>Buyer | BHFO |
|---|---|---|---|
| | | | 4520 20TH AVE SW |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | CEDAR RAPIDS, IA 52404 |

| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | BIRCHWOOD |
|---|---|---|---|
| | | | N143 W 6049 PIONEER RD |
| | **State the term remaining** | 11 month(s) | |
| | **List the contract number of any government contract** | | CEDARBURG, WI 53012 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BIRCHWOOD SNOW & LANDSCAPING CONTRACTORS |
|---|---|---|---|
| | | | N143 W6049 PIONEER RD |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | CEDARBURG, WI 53012 |

| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | BIT9. INC. |
|---|---|---|---|
| | | | 266 SECOND AVENUE |
| | State the term remaining | 3 month(s) | 2ND FLOOR |
| | List the contract number of any government contract | | WALTHAM, MA 02451 |

| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BLUE MOON DIGITAL, INC |
|---|---|---|---|
| | | | 1512 LARIMER ST |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | DENVER, CO 80202 |

| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement. Applies to Debtor's Affiliates<br>Buyer | BLUE TRIANGLE TECHNOLOGIES, INC |
|---|---|---|---|
| | | | 9097 ATLEE STATION ROAD |
| | State the term remaining | 4 month(s) | SUITE 304 |
| | List the contract number of any government contract | | MECHANICSVILLE, VA 23116 |

| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABLE TRADE AGREEMENT<br>Buyer | BLUETARP FINANCIAL, INC |
|---|---|---|---|
| | | | ONE MONUMENT SQ |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | PORTLAND, ME 04101 |

| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABLE TRADE AGREEMENT<br>Buyer | BLUETARP FINANCIAL, INC |
|---|---|---|---|
| | | | 7300 CARMEL EXECUTIVE PARK |
| | State the term remaining | 5 month(s) | STE 210 |
| | List the contract number of any government contract | | CHARLOTTE, NC 28226 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | BMC SOFTWARE, INC. |
|---|---|---|---|
| | State the term remaining | | 2103 CITYWEST BLVD |
| | List the contract number of any government contract | | HOUSTON, TX 77042 |

| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br><br>Lessee | BOARD OF REGENTS OF THE UNIVERSITY OF WASHINGTON |
|---|---|---|---|
| | State the term remaining | 2 month(s) | CAMPUS BOX 359446 |
| | List the contract number of any government contract | | SEATTLE, WA 98195-9446 |

| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Lease-490<br><br>Lessor | BOARD OF TRUSTEES OF NORTHERN ILLINOIS UNIVERSITY |
|---|---|---|---|
| | State the term remaining | 20 month(s) | 1425 W LINCOLN HIGHWAY |
| | List the contract number of any government contract | | DEKALB, IL 60115 |

| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | B2B LICENSE AGREEMENT<br><br>LICENSOR | BON JON LLC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 91-226 KAUHI ST |
| | List the contract number of any government contract | | KAPOLEI, HI 96707 |

| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | BOTIFY CORPORATION |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 185 ALEWIFE BROOK PKWY |
| | | | STE 210 |
| | List the contract number of any government contract | | CAMBRIDGE, MA 02138 |

| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br><br>Buyer | BOTIFY CORPORATION |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 185 ALEWIFE BROOK PKWY |
| | | | STE 210 |
| | List the contract number of any government contract | | CAMBRIDGE, MA 02138 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOUNCE EXCHANGE<br>535 FIFTH AVE 30TH FLOOR |
|---|---|---|---|
| | State the term remaining | 4 month(s) | NONE |
| | List the contract number of any government contract | | NEW YORK, NY 10017 |

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOUNCE EXCHANGE<br>535 FIFTH AVE 30TH FLOOR |
|---|---|---|---|
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10017 |

| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOUNCE EXCHANGE<br>535 FIFTH AVE 30TH FLOOR |
|---|---|---|---|
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10017 |

| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | BOUNCE EXCHANGE<br>535 FIFTH AVE 30TH FLOOR |
|---|---|---|---|
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10017 |

| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | BOUNCE EXCHANGE<br>535 FIFTH AVE 30TH FLOOR |
|---|---|---|---|
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10017 |

| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOUNCE EXCHANGE<br>535 FIFTH AVE 30TH FLOOR |
|---|---|---|---|
| | State the term remaining | 2 month(s) | NONE |
| | List the contract number of any government contract | | NEW YORK, NY 10017 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|--------|----------------------------------------|------------------------|----------|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BOUNCE EXCHANGE, INC |
|-------|------|------|------|
| | | | 620 8TH AVE |
| | State the term remaining | 4 month(s) | FLLOR 21 |
| | List the contract number of any government contract | | NY, NY 10018 |

| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | BRADBURNE BRILLER & JOHNSON LLC |
|-------|------|------|------|
| | | | 500 NORTH DEARBORN ST SUITE 712 |
| | State the term remaining | 25 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60654 |

| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BRAND CONTENT |
|-------|------|------|------|
| | | | 580 HARRISON AVENUE |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | BOSTON, MA 02118 |

| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | BREEZE TECHONOLOGIES LLC |
|-------|------|------|------|
| | | | 2451 CUMBERLAND PKWY SUITE 3551 |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30339 |

| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BRIDGELINE DIGITAL, INC. |
|-------|------|------|------|
| | | | 80 BLANCHARD ROAD |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | BURLINGTON, MA 01803 |

| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BRIDGELINE DIGITAL, INC. |
|-------|------|------|------|
| | | | 81 BLANCHARD ROAD |
| | State the term remaining | 46 month(s) | |
| | List the contract number of any government contract | | BURLINGTON, MA 01803 |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Software and Services Agreement (Includes Affiliates)<br><br>Buyer | BRIDGELINE DIGITAL, INC.<br><br>80 BLANCHARD RD |
|---|---|---|---|
| | **State the term remaining** | 46 month(s) | |
| | **List the contract number of any government contract** | | BURLINGTON, MA 01803 |

| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease-490<br><br>Lessor | BRIGHT HORIZON'S<br><br>200 TALCON AVENUE SOUTH- ATTN: GENERAL COUNSEL-REAL ESTATE |
|---|---|---|---|
| | **State the term remaining** | 46 month(s) | |
| | **List the contract number of any government contract** | | WATERTOWER, MA 02472 |

| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AS SERVICE<br><br>Buyer | BRIGHTEDGE TECHNOLOGIES INC<br><br>1820 GATEWAY BLVD |
|---|---|---|---|
| | **State the term remaining** | 29 month(s) | STE 100 |
| | **List the contract number of any government contract** | | SAN MATEO, CA 94404 |

| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM<br><br>Buyer | BRIGHTEDGE TECHNOLOGIES INC<br><br>989 E HILLSDALE BLVD |
|---|---|---|---|
| | **State the term remaining** | 2 month(s) | STE 300 |
| | **List the contract number of any government contract** | | FOSTER CITY, CA 94404 |

| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | BRINQA, LLC<br><br>4505 SPICEWOOD SPRINGS RD |
|---|---|---|---|
| | **State the term remaining** | 11 month(s) | SUITE 304 |
| | **List the contract number of any government contract** | | AUSTIN, TX 78759 |

| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | BROADRIDGE<br><br>51 MERCEDES WAY |
|---|---|---|---|
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | EDGEWOOD, NY 11717 |

---

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number (if known)   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | BROADRIDGE INVESTOR COMMUNICATIONS SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | 16 month(s) | 51 MERCEDES WAY |
| | List the contract number of any government contract | | EDGEWOOD, NY 11717 |

| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Buyer | BROADSIDE MEDIA GROUP |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 103 B Â€" 9000 BILL FOX WAY |
| | List the contract number of any government contract | | BURNABY, BC V5J 5J3 |

| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | BROADSIDE MEDIA GROUP |
|---|---|---|---|
| | State the term remaining | 54 month(s) | B103 - 9000 BILL FOX WAY |
| | List the contract number of any government contract | | BURNABY, BC V5J 5J3 |

| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | BROOKFIELD EQUINOX LLC-701289 |
|---|---|---|---|
| | | | 9045 E PIMA CENTER PARKWAY |
| | State the term remaining | 8 month(s) | SUITE 3 |
| | List the contract number of any government contract | | SCOTTSDALE, AZ 85258 |

| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | B2B LICENSE AGREEMENT LICENSOR | BROOKYN WATCH SHOP LLC |
|---|---|---|---|
| | | | 1824 W MINTON ST |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | PHOENIX, AZ 85041 |

| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | BROWN MANAGEMENT GROUP, INC., DBA BMG MODEL AND TALENT |
|---|---|---|---|
| | | | 456 N MAY ST |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60642 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.245** | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement<br><br>Licensor | BUDGET TRUCK RENTAL LLC |
| | State the term remaining | 39 month(s) | 16449 COLLECTIONS CENTER DRIVE |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

| | | |
|---|---|---|
| **2.246** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | BURWOOD GROUP |
| | State the term remaining | 34 month(s) | 125 S WACKER DR |
| | | | STE 2950 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| | | |
|---|---|---|
| **2.247** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement.<br><br>Buyer | BUYERLINK INC. |
| | | | 12667 ALCOSTA BOULEVARD |
| | State the term remaining | 3 month(s) | 2ND FLOOR |
| | List the contract number of any government contract | | SAN RAMON, CA 94583 |

| | | |
|---|---|---|
| **2.248** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | C&K PAVING CONTRACTORS INC |
| | | | 373 RESOURCE PARKWAY |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | WINDER, GA 30680 |

| | | |
|---|---|---|
| **2.249** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>LICENSEE | CA INC |
| | | | ONE COMPUTER ASSOC PLAZA |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | NY, NY 11749 |

| | | |
|---|---|---|
| **2.250** | State what the contract or lease is for and the nature of the debtor's interest | Buyer | CA INC-1000871137 |
| | | | BOX 3591 P O BOX 8500 |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | PHILADELPHIA, PA 19178 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | CA INC-1000871137 |
|---|---|---|---|
| | | | BOX 3591 P O BOX 8500 |
| | **State the term remaining** | 4 month(s) | NONE |
| | **List the contract number of any government contract** | | PHILADELPHIA, PA 19178 |

| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement. Applies to Debtors affiliates<br>Buyer | CALABRIO INC |
|---|---|---|---|
| | | | 400 1ST AVENUE N SUITE 300 |
| | **State the term remaining** | 33 month(s) | |
| | **List the contract number of any government contract** | | MINNEAPOLIS, MN 55401 |

| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | CALAMP WIRELESS NETWORKS CORP |
|---|---|---|---|
| | | | 13655 DULLES TECHNOLOGY DR |
| | **State the term remaining** | 2 month(s) | STE 200 |
| | **List the contract number of any government contract** | | HERNDON, VA 20171 |

| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | CALIDAD AUTO TECH INC-1000158154 |
|---|---|---|---|
| | | | 103 GYPSUM ROAD |
| | **State the term remaining** | 19 month(s) | |
| | **List the contract number of any government contract** | | STROUDSBURG, PA 18360 |

| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | CALIFORNIA COMMERCIAL ROOFING SYSTEMS |
|---|---|---|---|
| | | | 2747 SHERWIN AVE 8 |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | VENTURA, CA 96003 |

| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Buyer | CAP INDEX INC. |
|---|---|---|---|
| | | | 150 JOHN ROBERT THOMAS DRIVE |
| | **State the term remaining** | 1 month(s) | |
| | **List the contract number of any government contract** | | EXTON, PA 19341 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION      Case number *(if known)*    18-23553
      Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CAPELLA UNIVERSITY |
| | | | 225 SOUTH 6TH STREET |
| | State the term remaining | 36 month(s) | 9TH FLOOR |
| | List the contract number of any government contract | | MINNEAPOLIS, MN 55402 |

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | CAPITAL IQ INC |
| | | | 55 WATER STREET |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10041 |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | CARBONITE INC-194946757 |
| | | | AVENUE DE LAFAYETTE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | BOSTON, MA 02111 |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement<br>Buyer | CARDINAL HEALTH |
| | | | 700 CARDINAL PLACE |
| | State the term remaining | | |
| | List the contract number of any government contract | | DUBLIN, OH 43017 |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CAREERBUILDER |
| | | | 200 N LASALLE STREET |
| | State the term remaining | 13 month(s) | SUITE 1100 |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CAREERBUILDER |
| | | | 200 N LASALLE STREET |
| | State the term remaining | 1 month(s) | SUITE 1100 |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name                                                    Case number *(if known)*   18-23553

| | | |
|---|---|---|
| ![black box] | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CARFAX INC |
|---|---|---|---|
| | | | 5860 TRINITY PKWY |
| | State the term remaining | 143 month(s) | |
| | List the contract number of any government contract | | CENTREVILLE, VA 20120 |

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT<br>LICENSOR | CARIBBEAN RESTUARANTS LLC, DBA BURGER KING |
|---|---|---|---|
| | | | PO BOX 366999 |
| | State the term remaining | 59 month(s) | |
| | List the contract number of any government contract | | SAN JUAN, PR 00936-6999 |

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | CARNOW CONIBEAR & ASSOC LTD |
|---|---|---|---|
| | | | FLOOR |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60607 |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | CARRIER CORPORATION |
|---|---|---|---|
| | | | 7501 S QUINCY STREET SUITE 110 |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | WILLBROOK, IL 60527 |

| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | CARRIER CORPORATION |
|---|---|---|---|
| | | | P O BOX 93844 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60673 |

| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CASTANEA LABS INC |
|---|---|---|---|
| | | | 445 OLIVE ST |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | MENLO PARK, CA 94025 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                      Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | NETWORK DISTRIBUTION AGREEMENT<br><br>Buyer | CATALINA MARKETING CORPORATION<br><br>200 CARILLON PKWY |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | ST PETERSBURG, FL 33716 |

| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br><br>Buyer | CATALYST TAGS, INC.<br><br>11334 BOGGY CREEK ROAD |
|---|---|---|---|
| | State the term remaining | 19 month(s) | SUITE 107 |
| | List the contract number of any government contract | | ORLANDO, FL 32824 |

| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | <br>Buyer | CB & I INC.<br><br>4171 ESSEN LANE |
|---|---|---|---|
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | BATON ROUGE, LA 70809 |

| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CCH INC<br><br>2700 LAKE COOK ROAD |
|---|---|---|---|
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | RIVERWOODS, IL 60015 |

| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | <br>Buyer | CCLEARLY INC.<br><br>552 OLDWOODS RD |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | WYCOFF, NJ 07481 |

| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br><br>Buyer | CENTRA MARKETING & COMMUNICATIONS LLC<br><br>1400 OLD COUNTRY RD |
|---|---|---|---|
| | State the term remaining | 3 month(s) | STE 420 |
| | List the contract number of any government contract | | WESTBURY, NY 11590 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | CENTRA MARKETING & COMMUNICATIONS LLC |
|---|---|---|---|
| | | | 1400 OLD COUNTRY ROAD |
| | State the term remaining | 3 month(s) | SUITE 420 |
| | List the contract number of any government contract | | WESTBURY, NY 11590 |

| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CENTRO INC-698402 |
|---|---|---|---|
| | | | 11 E MADISON ST |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60602 |

| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT<br>LICENSOR | CENTRO TECHNICO DE REPARACION DE RELOJES, INC. |
|---|---|---|---|
| | | | AVENUE ROBERTO CLEMENTE C-16 |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | CAROLINA, PR 00985 |

| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CENTURYLINK COMMUNICATIONS |
|---|---|---|---|
| | | | 1 SAVIIS PARKWAY |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | TOWN& COUNTRY |

| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CENTURYLINK COMMUNICATIONS LLC |
|---|---|---|---|
| | | | 100 CENTURYLINK DR |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | MONROE, LA 71203 |

| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CENVEO-1148315658 |
|---|---|---|---|
| | | | P O BOX 91301 |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number (if known)   18-23553

| | Additional Page If Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CERTEGY CHECK SERVICES, INC. |
| | | | 100 SECOND AVENUE SOUTH |
| | State the term remaining | | 1100S |
| | List the contract number of any government contract | | ST PETERSBURG, FL 33701 |

| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CERTEGY CHECK SERVICES, INC. |
| | | | 100 SECOND AVENUE SOUTH |
| | State the term remaining | 31 month(s) | 1100S |
| | List the contract number of any government contract | | ST PETERSBURG, FL 33701 |

| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CERTEGY CHECK SERVICES, INC. |
| | | | 100 SECOND AVENUE SOUTH |
| | State the term remaining | 31 month(s) | 1100S |
| | List the contract number of any government contract | | ST PETERSBURG, FL 33701 |

| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AS A SERVICE<br>Buyer | CERTONA CORPORATION |
| | | | 9530 TOWNE CENTRE DRIVE |
| | State the term remaining | 20 month(s) | SUITE 200 |
| | List the contract number of any government contract | | SAN DIEGO, CA 92121 |

| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Lessor | CHANCHAI KAROUNA, O.D |
| | | | 1538 VIA RONDA |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | SAN MARCOS, CA 92069 |

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Integration Agreement<br>Buyer | CHANNELADVISOR CORPORATION |
| | | | PO BOX 7777 |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | PHILADELPHIA, PA 19175 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
        Name

Case number *(if known)*  18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br><br>Buyer | CHAR-BROIL LLC |
|---|---|---|---|
| | | | PO BOX 96436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CHATMETER |
|---|---|---|---|
| | | | 1133 COLUMBIA ST |
| | State the term remaining | 8 month(s) | 206 |
| | List the contract number of any government contract | | SAN DIEGO, CA 92101 |

| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CHECK FREE PAY CORPORATION |
|---|---|---|---|
| | | | 15 STERLING DRIVE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | WALLINGFORD, CT 06492 |

| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CHECK FREE PAY CORPORATION OF CALIFORNIA |
|---|---|---|---|
| | | | 15 STERLING DRIVE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | WALLINGFORD, CT 06492 |

| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CHECK FREE PAY CORPORATION OF NEW YORK |
|---|---|---|---|
| | | | 15 STERLING DRIVE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | WALLINGFORD, CT 06492 |

| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CHECKFREEPAY CORPORATION |
|---|---|---|---|
| | | | 15 STERLING DRIVE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | WALLINGFORD, CT 06492 |

| | |
|---|---|
| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION |
| | Name |

Case number (if known) __18-23553__

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | CHECKPOINT SYSTEMS INC-61844015 |
|---|---|---|---|
| | | Buyer | 101 WOLF DRIVE |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | THOROFARE, NJ 08086 |

| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Payment Agreement | CHERVON (HK) LTD. |
|---|---|---|---|
| | | Buyer | 33 W HIGGINS ROAD SUITE 810 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | S BARRINGTON, IL 60010 |

| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | CHRISTINA VIGIL, O.D. |
|---|---|---|---|
| | | Lessor | 826 F ANTOINETTE LANE |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | SOUTH SAN FANCISCO, CA 94080 |

| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CIGNA LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|---|---|
| | | Buyer | 525 W MONROE |
| | State the term remaining | 14 month(s) | SUITE 200 |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Procurement Agreement | CISCO SYSTEMS INC-1153804570 |
|---|---|---|---|
| | | Buyer | 170 W TASMA DR |
| | State the term remaining | 44 month(s) | |
| | List the contract number of any government contract | | SAN JOSE, CA 95134 |

| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | CISCO SYSTEMS INC-1153804570 |
|---|---|---|---|
| | | Buyer | 170 WEST TASMAN DRIVE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | SAN JOSE, CA 95134 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                    Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Procurement Agreement<br>Buyer | CISCO SYSTEMS INC-1153804570 |
|---|---|---|---|
| | | | 170 W TASMA DR |
| | **State the term remaining** | 44 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95134 |

| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | CITIBANK USA |
|---|---|---|---|
| | | | 5555 NORTH LANE SUITE 5040 |
| | **State the term remaining** | 20 month(s) | |
| | **List the contract number of any government contract** | | CONSHOHOCKEN, PA 19428 |

| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | CITIBANK USA |
|---|---|---|---|
| | | | 5555 NORTH LANE SUITE 5040 |
| | **State the term remaining** | 20 month(s) | |
| | **List the contract number of any government contract** | | CONSHOHOCKEN, PA 19428 |

| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>LICENSOR | CITY OF BUENA PARK |
|---|---|---|---|
| | | | 6650 BEACH BLVD |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | BUENA PARK, CA 90621 |

| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | CLARABRIDGE INC-695085 |
|---|---|---|---|
| | | | 11400 COMMERCE PARK DR |
| | **State the term remaining** | 5 month(s) | SUITE 500 |
| | **List the contract number of any government contract** | | RESTON, VA 20191 |

| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | CLARABRIDGE INC-695085 |
|---|---|---|---|
| | | | 11400 COMMERCE PARK DR |
| | **State the term remaining** | 5 month(s) | SUITE 500 |
| | **List the contract number of any government contract** | | RESTON, VA 20191 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CLARABRIDGE INC-695085 |
|---|---|---|---|
| | | | 11400 COMMERCE PARK DR |
| | State the term remaining | 10 month(s) | SUITE 500 |
| | List the contract number of any government contract | | RESTON, VA 20191 |

| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | CLARABRIDGE INC-695085 |
|---|---|---|---|
| | | | 11400 COMMERCE PARK DR |
| | State the term remaining | 10 month(s) | SUITE 500 |
| | List the contract number of any government contract | | RESTON, VA 20191 |

| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Payment Agreement<br>Buyer | CLEVA NORTH AMERICA, INC. |
|---|---|---|---|
| | | | 601 REGENT PARK CT |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | GREENVILLE, SC 29607 |

| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CLICKSOFTWARE INC. |
|---|---|---|---|
| | | | 35 CORPORATE DR |
| | State the term remaining | 35 month(s) | STE 400 |
| | List the contract number of any government contract | | BURLINGTON, MA 01803 |

| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CLICKSOFTWARE INC. |
|---|---|---|---|
| | | | DEPT 3657 P O BOX 123657 |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | DALLAS, TX 75312 |

| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | amendment to master to extend term<br>Buyer | CLICKTALE INC |
|---|---|---|---|
| | | | 2500PLZ 25TH FL HARBORSIDE CTR |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | JERSEY CITY, NJ 07311 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name                                                              Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Amendment (Includes affiliates)<br><br>Licensee | CLINICAL DRUG INFORMATION, LLC / WOLTERS KLUWER HEALTH, INC. |
|---|---|---|---|
| | State the term remaining | 13 month(s) | 8425 WOODFIELD CROSSING BLVD |
| | | | SUITE 490 |
| | List the contract number of any government contract | | INDIANAPOLIS, IN 46240 |

| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CMC POWER WASHING |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 1310A BROADWAY ST |
| | List the contract number of any government contract | | MT VERMONT, IL 62864 |

| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CMC POWERWASTING |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 1310A BROADWAY ST |
| | List the contract number of any government contract | | MT VERMONT, IL 62864 |

| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT LT PARKING<br><br>LICENSOR | CND SONS INFRASTRUCTURE, INC |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 8000 MARLBORO PIKE |
| | | | STE B |
| | List the contract number of any government contract | | FORESTVILLE, MD 20747 |

| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | COALFIRE SYSTEMS, INC. |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 361 CENTENTIAL PKWY |
| | | | STE 150 |
| | List the contract number of any government contract | | LOUISVILLE, CO 80027 |

| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | COALFIRE SYSTEMS, INC. |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 361 CENTENTIAL PKWY |
| | | | STE 150 |
| | List the contract number of any government contract | | LOUISVILLE, CO 80027 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                              Case number (if known)    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | COAST SIGN, INC <br> 1500 WEST EMBASSY STREET |
|---|---|---|---|
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | ANAHEIM, CA 92802 |

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | CODA RESOURCES, LTD. <br> 960 ALABAMA AVE |
|---|---|---|---|
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | BROOKLYN, NY 11207 |

| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | CODE RED <br> 29170 NETWORK PLACE |
|---|---|---|---|
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60673 |

| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | CODE ZERO LLC <br> 1040 W MARIETTA ST NW |
|---|---|---|---|
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30318 |

| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT <br> LICENSOR | COFFEE & TEA BY LEA, INC <br> 2730 W 43RD ST |
|---|---|---|---|
| | State the term remaining | 13 month(s) | |
| | List the contract number of any government contract | | MINNEAPOLIS, MN 55410 |

| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Non-Standard Software and Services Agreement <br> subscriber | COMMERCE TECHNOLOGIES INC <br> 21 CORP DR |
|---|---|---|---|
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | CLIFTON PK, NY 12065 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
　　　　　Name

Case number *(if known)*    18-23553

| | | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Subscriber Agreement<br>Buyer | COMMERCE TECHNOLOGIES, INC. |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 25736 NETWORK PLACE |
| | List the contract number of any government contract | | CHICAGO, IL 60673 |

| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COMMISSION JUNCTION LLC |
|---|---|---|---|
| | State the term remaining | | 4140 SOLUTIONS CENTER 774140 |
| | List the contract number of any government contract | | CHICAGO, IL 60677 |

| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COMMISSION JUNCTION-624841 |
|---|---|---|---|
| | State the term remaining | 7 month(s) | 4140 SOLUTIONS CENTER 774140 |
| | List the contract number of any government contract | | CHICAGO, IL 60677 |

| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | COMMUNICATION DIRECT |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 735 HUNTER DRIVE UNIT F |
| | List the contract number of any government contract | | |

| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE & SERVICES<br>Buyer | COMOSOFT INC |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 2601 NETWORK BLVD |
| | List the contract number of any government contract | | STE 430<br>FRISCO, TX 75034 |

| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COMPUCOM SYSTEMS-443465 |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 7171 FOREST LANE |
| | List the contract number of any government contract | | DALLAS, TX 75230 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COMPUCOM SYSTEMS-443465 |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 7171 FOREST LANE |
| | List the contract number of any government contract | | DALLAS, TX 75230 |

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | COMPULAN CENTER INC-627828346 |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 12000 FORD RD 110 |
| | List the contract number of any government contract | | DALLAS, TX 75234 |

| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COMPUTER ENGINEERING ASSOCIATES INC-217653 |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 130 GARDENERS CIRCLE 175<br>NONE |
| | List the contract number of any government contract | | JOHNS ISLAND, SC 29455-5467 |

| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONCUR TECHNOLOGIES INC-867262263 |
|---|---|---|---|
| | State the term remaining | 80 month(s) | 18400 UNION HILL ROAD |
| | List the contract number of any government contract | | REDMOND, WA 98052 |

| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | CONCUR TECHNOLOGIES INC-867262263 |
|---|---|---|---|
| | State the term remaining | 80 month(s) | 18400 UNION HILL ROAD |
| | List the contract number of any government contract | | REDMOND, WA 98052 |

| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONCUR TECHNOLOGIES INC-867262263 |
|---|---|---|---|
| | State the term remaining | 24 month(s) | 18400 UNION HILL ROAD |
| | List the contract number of any government contract | | REDMOND, WA 98052 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONDUENT COMMERCIAL SOLUTIONS, LLC |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 100 CAMPUS DRIVE SUITE 200 |
| | List the contract number of any government contract | | FLORHAM PARK, NJ 07932 |

| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONNEXITY, INC. |
|---|---|---|---|
| | State the term remaining | | P O BOX 740539 |
| | List the contract number of any government contract | | LOS ANGELES, CA 90074 |

| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | PREFERRED SUPPLIER AGREEMENT<br>Buyer | CONSUMER LINK, INC DBA THE LINK GROUP |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 7000 PEACHTREE DUNWOODY RD<br>BLDG 10 |
| | List the contract number of any government contract | | ATLANTA, GA 30325 |

| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONTACT US TELESERVICES, INC |
|---|---|---|---|
| | State the term remaining | 27 month(s) | 5959 NORTHWEST PARKWAY |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78249 |

| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONTACT US TELESERVICES, INC |
|---|---|---|---|
| | State the term remaining | 39 month(s) | 5959 NORTHWEST PARKWAY |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78249 |

| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONTACT US TELESERVICES, INC |
|---|---|---|---|
| | State the term remaining | 48 month(s) | 331 S MOSAII- ALAD |
| | List the contract number of any government contract | | |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONTAINER SYSTEMS INC-421347 |
|---|---|---|---|
| | | | DEPT 20 5020 P O BOX 5988 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | CAROL STREAM, IL 60197 |

| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CONTINENTAL MAINTENANCE, INC. |
|---|---|---|---|
| | | | 14625 CARMENITA RD |
| | State the term remaining | 21 month(s) | STE 222 |
| | List the contract number of any government contract | | NORWALK, CT 90650 |

| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CORECENTRIC SOLUTIONS INC |
|---|---|---|---|
| | | | 175 WALL STREET |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | GLENDALE HIEGHTS, IL 60139 |

| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CORPORATE RESOURCES, INC. |
|---|---|---|---|
| | | | 330 STANYAN PLACE |
| | State the term remaining | | |
| | List the contract number of any government contract | | ALPHARETTA, GA 30022 |

| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CORPORATE RESOURCES, INC. |
|---|---|---|---|
| | | | 330 STANYAN PLACE |
| | State the term remaining | | |
| | List the contract number of any government contract | | ALPHARETTA, GA 30022 |

| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COUNTRYSIDE PROPERTY MAINTENANCE LLC |
|---|---|---|---|
| | | | 1159 E OVERDRIVE CIRCLE |
| | State the term remaining | | |
| | List the contract number of any government contract | | HERNANDO, FL 34442 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COVANSYS/CSC<br>3170 FAIRVIEW PK DR |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | FALLS CHURCH, VA 22042 |

| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COVANSYS/CSC<br>3170 FAIRVIEW PK DR |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | FALLS CHURCH, VA 22042 |

| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COVENTRY HEALTH CARE INC<br>4141 N SCOTTSDALE ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | SCOTTSDALE, AZ 85251 |

| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | COVENTRY HEALTH CARE INC<br>4141 N SCOTTSDALE ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | SCOTTSDALE, AZ 85251 |

| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Seller Agreement NEW MERCHANDISE<br>Buyer | CPO COMMERCE, INC.<br>120 W BELLEVUE DR SUITE 100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | PASADENA , CA  91105 |

| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CREATIVE CASTER INC-131653474<br>65 KELLY STREET |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | ELK GROVE VILLAGE, IL 60007 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | CROSS COUNTRY HOME SERVICES(HMW) |
| | **State the term remaining** | 3 month(s) | 1625 NW 136TH AVE SUITE 200 |
| | **List the contract number of any government contract** | | FT LAUDERDALE, FL 33323 |

| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | | CROSS COUNTRY HOME SERVICES, INC., HOMESURE OF AMERICA, INC., I |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | | CROSS COUNTRY HOME SERVICES, INC., HOMESURE OF AMERICA, INC., I |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | CROSSCOM NATIONAL LLC-878442 |
| | **State the term remaining** | 2 month(s) | 1001 ASBURY DRIVE |
| | **List the contract number of any government contract** | | BUFFALO GROVE, IL 60089 |

| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | CROSSCOM NATIONAL LLC-878442 |
| | **State the term remaining** | 2 month(s) | 1001 ASBURY DRIVE |
| | **List the contract number of any government contract** | | BUFFALO GROVE, IL 60089 |

| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | CROSSCOM NATIONAL LLC-878442 |
| | **State the term remaining** | 2 month(s) | 900 DEERFIELD PARKWAY |
| | **List the contract number of any government contract** | | BUFFALO GROVE, IL 60089 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number (if known)   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CROSSFIRE GROUP |
|---|---|---|---|
| | | | 691 N SQUIRREL RD |
| | State the term remaining | 20 month(s) | STE 118 |
| | List the contract number of any government contract | | AUBURN HILLS, MI 48326 |

| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Tax Consulting Agreement<br>Buyer | CROWE HORWATH |
|---|---|---|---|
| | | | ONE MID AMERICA PLAZA SUIRE 700 |
| | State the term remaining | | |
| | List the contract number of any government contract | | OAK BROOK, IL 60522 |

| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Tax Consulting Agreement<br>Buyer | CROWE HORWATH |
|---|---|---|---|
| | | | ONE MID AMERICA PLAZA SUIRE 700 |
| | State the term remaining | | |
| | List the contract number of any government contract | | OAK BROOK, IL 60522 |

| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CROWN EQUIPMENT CORPORATION-151273083 |
|---|---|---|---|
| | | | P O BOX 641173 |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | CINCINNATI, OH 45264 |

| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CROWN METAL MFG CO-5140827 |
|---|---|---|---|
| | | | 765 SOUTH ROUTE 83 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | ELMURST, IL 60126 |

| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CS PACKAGING INC-703683 |
|---|---|---|---|
| | | | 155 INTERNATIONALE BLVD |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | GLENDALE HEIGHTS, IL 60139 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
        Name

Case number (if known)  18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | CUSTOMER MINDED ASSOCIATES INC-202833 |
| | State the term remaining | 32 month(s) | P O BOX 1289 |
| | List the contract number of any government contract | | LUTZ, FL 33548 |

| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Buyer | CYBER-ARK SOFTWARE, INC. |
| | State the term remaining | 7 month(s) | 60 WELLS AVENUE |
| | List the contract number of any government contract | | NEWTON, MA 02459 |

| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessee | DALPLANO, INC. |
| | State the term remaining | 46 month(s) | 1777 NE LOOP 410 |
| | | | SUITE 928 |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78217 |

| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Buyer | DAMPFSCHIFFFAHRTS-GESELLSCHAFT APS & CO KG |
| | State the term remaining | 6 month(s) | 1300 EAST WOODFIELD ROAD |
| | | | SUITE 200 |
| | List the contract number of any government contract | | SCHAUMBURG, IL 60173 |

| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | DANIEL PAUL CHAIRS LLC-471029 |
| | State the term remaining | 32 month(s) | 2052 S ECONOMY ROAD |
| | List the contract number of any government contract | | MORRISTOWN, TN 37813 |

| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | DASH HUDSON INC. |
| | State the term remaining | 10 month(s) | 1668 BARRINGTON STREET |
| | List the contract number of any government contract | | HALIFAX, NOVA SCOTIA B3J 2A2 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.371** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer |
| | | DATA PARTNERS INC-63271668 |
| | **State the term remaining** | 32 month(s) |
| | | 222 2 FRANKLIN ROAD |
| | | NONE |
| | **List the contract number of any government contract** | BLOOMFIELD HILLS, MI 48302 |

| | | |
|---|---|---|
| **2.372** | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement<br><br>Buyer |
| | | DATA SOFT INC |
| | **State the term remaining** | 3 month(s) |
| | | 41875 W 11 MILE RD |
| | | SUITE 204 |
| | **List the contract number of any government contract** | NOVI, MI 48375 |

| | | |
|---|---|---|
| **2.373** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer |
| | | DATAMEER INC-696524 |
| | **State the term remaining** | 35 month(s) |
| | | 2040 PIONEER CT |
| | | NONE |
| | **List the contract number of any government contract** | SAN MATEO, CA 94403 |

| | | |
|---|---|---|
| **2.374** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br><br>LICENSOR |
| | | DAVE MANCIA |
| | **State the term remaining** | 5 month(s) |
| | | 11938 SIERRA SKY DR |
| | **List the contract number of any government contract** | WHITTIER, CA 90601 |

| | | |
|---|---|---|
| **2.375** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement<br><br>Lessor |
| | | DAVID D. CARLTON O.D. OPTOMETRIC CORPORATION |
| | **State the term remaining** | 32 month(s) |
| | | 410 S GLENDORA AVE |
| | | SUITE 110 |
| | **List the contract number of any government contract** | GLENDORA, CA 91741 |

| | | |
|---|---|---|
| **2.376** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease-490<br><br>Lessor |
| | | DAVID L. TEMPLER INSURANCE AGENCY, LLC |
| | **State the term remaining** | 23 month(s) |
| | | 9715 WOODS DRIVE UNIT 308 |
| | **List the contract number of any government contract** | SKOKIE, IL 60077 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION                     Case number *(if known)*   18-23553
          Name

| ■ | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | DAVID M LEWIS |
|---|---|---|---|
| | | | 21800 OXNARD ST |
| | **State the term remaining** | 7 month(s) | SUITE 980 |
| | **List the contract number of any government contract** | | WOODLAND HILLS, CA 91367 |

| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>LICENSOR | DAY APOLLO SUBARU |
|---|---|---|---|
| | | | 5450 UNIVERSITY BLVD |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | MOOR TWP, PA 15108 |

| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | DDP ROOFING SERVICES INC |
|---|---|---|---|
| | | | 20 CONCHESTER ROAD |
| | **State the term remaining** | 1 month(s) | |
| | **List the contract number of any government contract** | | GLEN MILLS, PA 19342 |

| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT<br>Buyer | DECENTXPOSURE LLC D/B/A DXAGENCY |
|---|---|---|---|
| | | | 75 GEORGE RD |
| | **State the term remaining** | 5 month(s) | |
| | **List the contract number of any government contract** | | EDGEWATER, NJ 07020 |

| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT<br>Buyer | DECENTXPOSURE LLC D/B/A DXAGENCY |
|---|---|---|---|
| | | | 75 GEORGE RD |
| | **State the term remaining** | 4 month(s) | |
| | **List the contract number of any government contract** | | EDGEWATER, NJ 07020 |

| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT<br>Buyer | DECENTXPOSURE LLC D/B/A DXAGENCY |
|---|---|---|---|
| | | | 1330 AVE OF THE AMERICAS |
| | **State the term remaining** | 4 month(s) | STE 1800 |
| | **List the contract number of any government contract** | | NY, NY 10019 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AGREEMENT<br>Buyer | DECENTXPOSURE LLC D/B/A DXAGENCY |
| | State the term remaining | 5 month(s) | 1330 AVE OF THE AMERICAS |
| | List the contract number of any government contract | | STE 1800 |
| | | | NY, NY 10019 |

| | | | |
|---|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT<br>LICENSOR | DELI PLUS, INC |
| | State the term remaining | 14 month(s) | 373 ESCOCIA STREET |
| | List the contract number of any government contract | | CAPARRA HEIGHTS, PR 00920 |

| | | | |
|---|---|---|---|
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | U.S. Marketplace Agreement<br>Buyer | DELL MARKETING LP |
| | State the term remaining | 3 month(s) | ONE DELL WAY |
| | List the contract number of any government contract | | ROUND ROCK, TX 78682 |

| | | | |
|---|---|---|---|
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br>Buyer | DELOITTE & TOUCHE LLP |
| | State the term remaining | 8 month(s) | 111 S WACKER DRIVE |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| | | | |
|---|---|---|---|
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Tax Consulting Agreement<br>Buyer | DELOITTE, HASKINS & SELLS LLP |
| | State the term remaining | | 706 'B' WING 7TH FLOOR ICC TRADE TOWER SENAPATI BAPAT RD |
| | List the contract number of any government contract | | PUNE, MAHARASHTRA 411 016 |

| | | | |
|---|---|---|---|
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Tax Consulting Agreement<br>Buyer | DELOITTE, HASKINS & SELLS LLP |
| | State the term remaining | | 706 'B' WING 7TH FLOOR ICC TRADE TOWER SENAPATI BAPAT RD |
| | List the contract number of any government contract | | PUNE, MAHARASHTRA 411 016 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.389** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 11 month(s) |
| | **List the contract number of any government contract** | |

DELTA AIRLINES INC

1030 DELTA BLVD

ATLANTA, GA 30320

| | | |
|---|---|---|
| **2.390** | **State what the contract or lease is for and the nature of the debtor's interest** | software and services<br>Buyer |
| | **State the term remaining** | 10 month(s) |
| | **List the contract number of any government contract** | |

DESCARTES SYSTEMS USA LLC

120 RANDALL DR

WATERLOO, ON N2V 1C6

| | | |
|---|---|---|
| **2.391** | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer |
| | **State the term remaining** | 35 month(s) |
| | **List the contract number of any government contract** | |

DEVRY UNIVERSITY INC.

3005 HIGHLAND PARKWAY

SUITE 100

DOWNERS GROVE, IL 60515

| | | |
|---|---|---|
| **2.392** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 32 month(s) |
| | **List the contract number of any government contract** | |

DGS RETAIL

1201 KIRK ST

ELK GROVE VILLAGE, IL 60007

| | | |
|---|---|---|
| **2.393** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

DIALOGTECH INC

300 WEST ADAMS

STE 900

CHICAGO, IL 60606

| | | |
|---|---|---|
| **2.394** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 20 month(s) |
| | **List the contract number of any government contract** | |

DIALOGTECH INC

300 WEST ADAMS

SUITE 900

CHICAGO, IL 60606

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                              Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DIALOGTECH INC |
|---|---|---|---|
| | | | 300 WEST ADAMS |
| | State the term remaining | 20 month(s) | SUITE 900 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Sears Marketplace Fulfilled By Merchant Seller Agreement<br>Buyer | DIDDLY DEALS, LLC |
|---|---|---|---|
| | | | PO BOX 14738 |
| | State the term remaining | | |
| | List the contract number of any government contract | | OKLAHOMA CITY, OK 73113 |

| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement.<br>Buyer | DILIGENT CORPORATION |
|---|---|---|---|
| | | | 1385 BROADWAY |
| | State the term remaining | 13 month(s) | 19TH FLOOR |
| | List the contract number of any government contract | | NEW YORK, NY 10018 |

| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DINOVA, LLC |
|---|---|---|---|
| | | | 6455 EAST JOHNS CROSSING |
| | State the term remaining | 4 month(s) | STE 220 |
| | List the contract number of any government contract | | JOHNS CREEK, GA 30097 |

| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DIRECT SUPPLY INC |
|---|---|---|---|
| | | | PO BOX 8249 |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | BARTLETT, IL 60103 |

| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | DIRECT TV LLC |
|---|---|---|---|
| | | | PO BOX 105249 |
| | State the term remaining | | |
| | List the contract number of any government contract | | ATLANTA, GA 30348 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | DISPLAYDATA INC-702215 |
|---|---|---|---|
| | **State the term remaining** | 10 month(s) | 9690 DEERECO ROAD |
| | **List the contract number of any government contract** | | SUITE 500 |
| | | | TIMONIUM, MD 21093 |

| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | DIVERSIFIED MAINTENANCE SYSTEMS, LLC |
|---|---|---|---|
| | **State the term remaining** | 21 month(s) | 5110 SUNFOREST DR |
| | **List the contract number of any government contract** | | STE 250 |
| | | | TAMPA, FL 33634 |

| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | DIVERSIFIED MAINTENANCE SYSTEMS, LLC |
|---|---|---|---|
| | **State the term remaining** | 5 month(s) | 5110 SUNFOREST DR SUITE 250Â |
| | **List the contract number of any government contract** | | TAMPA, FL 33634 |

| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | DIVERSIFIED MEDIA GROUP LLC-128595506 |
|---|---|---|---|
| | **State the term remaining** | 12 month(s) | 385 MARKET STREET |
| | **List the contract number of any government contract** | | KENILWORTH, NJ 07033 |

| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | DIVISION 1 GROUND MAINTENANCE |
|---|---|---|---|
| | **State the term remaining** | 12 month(s) | 8031 LEXINGTON WAY |
| | **List the contract number of any government contract** | | NORTH RIDGEVILLE, OH 44039-3657 |

| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | DO IT CORPORATION-72339518 |
|---|---|---|---|
| | **State the term remaining** | 14 month(s) | PO BOX 592 |
| | **List the contract number of any government contract** | | SOUTH HAVEN, MI 49090 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DOCTOR ON DEMAND INC |
|---|---|---|---|
| | | | 121 SPEARS STREET |
| | State the term remaining | 12 month(s) | SUITE 420 |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94105 |

| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DOCUSIGN INC |
|---|---|---|---|
| | | | 1301 2ND AVENUE SUITE 2000 |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | SEATTLE, WA 98101 |

| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | DOMO, INC. |
|---|---|---|---|
| | | | 772 E UTAH VALLEY DR |
| | State the term remaining | 5 month(s) | NONE |
| | List the contract number of any government contract | | AMERICAN FORK, UT 84003 |

| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DOMO, INC. |
|---|---|---|---|
| | | | 772 E UTAH VALLEY DR |
| | State the term remaining | 7 month(s) | NONE |
| | List the contract number of any government contract | | AMERICAN FORK, UT 84003 |

| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DOMO, INC. |
|---|---|---|---|
| | | | 772 E UTAH VALLEY DR |
| | State the term remaining | 8 month(s) | NONE |
| | List the contract number of any government contract | | AMERICAN FORK, UT 84003 |

| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DOMO, INC. |
|---|---|---|---|
| | | | 772 E UTAH VALLEY PARKWAY |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | AMERICAN FORK, UT 84003 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | SOW - Service Agreement / Buyer | DOMO, INC. |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 772 E UTAH VALLEY DR |
| | List the contract number of any government contract | | AMERICAN FORK, UT 84003 |

| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement / Buyer | DOW JONES COMPANY - FACTIVA |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 4300 RTE 1 N |
| | List the contract number of any government contract | | MONMOUTH JUNCTION, NJ 08852 |

| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement / Buyer | DOW JONES COMPANY - FACTIVA |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 4300 RTE 1 N |
| | List the contract number of any government contract | | MONMOUTH JUNCTION, NJ 08852 |

| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement / Buyer | DOW JONES COMPANY - FACTIVA |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 4300 RTE 1 N |
| | List the contract number of any government contract | | MONMOUTH JUNCTION, NJ 08852 |

| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement / Buyer | DRIVERS ALERT |
|---|---|---|---|
| | State the term remaining | 27 month(s) | 1350 E NEWPORT CENTER DRIVE / SUITE 201 |
| | List the contract number of any government contract | | DEERFIELD BEACH, FL 33442 |

| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement / Buyer | DULLES RESEARCH LLC |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 1900 CAMPUS COMMONS DRIVE / NONE |
| | List the contract number of any government contract | | RESTON, VA 20191 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Licensee | DUN & BRADSTREET |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 103 JFK PARKWAY |
| | List the contract number of any government contract | | SHORT HILLS, NJ 00778 |

| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DUNBAR SECURITY PRODUCTS INC-1000807230 |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 8525 KELSO DRIVE SUITE L |
| | List the contract number of any government contract | | BALTIMORE, MD 21221 |

| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br>Buyer | DURO BAG MFG CO |
|---|---|---|---|
| | State the term remaining | 9 month(s) | P O BOX 49252 |
| | List the contract number of any government contract | | SAN JOSE, CA 95161 |

| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | DYNAMIC MEDIA |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 38283 MOUND RD |
| | List the contract number of any government contract | | STERLING HTS, MI 48310 |

| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 1353 AVE LUIS VIGOREAUX |
| | | | PMB 372 |
| | List the contract number of any government contract | | GUAYNABO, PR 00966 |

| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 1353 AVE LUIS VIGOREAUX |
| | | | PMB 372 |
| | List the contract number of any government contract | | GUAYNABO, PR 00966 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | | | 1353 AVE LUIS VIGOREAUX |
| | State the term remaining | 2 month(s) | PMB 372 |
| | List the contract number of any government contract | | GUAYNABO, PR 00966 |

| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | | | 1353 AVE LUIS VIGOREAUX |
| | State the term remaining | 2 month(s) | PMB 372 |
| | List the contract number of any government contract | | GUAYNABO, PR 00966 |

| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | | | 1353 AVE LUIS VIGOREAUX |
| | State the term remaining | 2 month(s) | PMB 372 |
| | List the contract number of any government contract | | GUAYNABO, PR 00966 |

| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | | | 1353 AVE LUIS VIGOREAUX |
| | State the term remaining | 2 month(s) | PMB 372 |
| | List the contract number of any government contract | | GUAYNABO, PR 00966 |

| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | | | 1353 AVE LUIS VIGOREAUX |
| | State the term remaining | 2 month(s) | PMB 372 |
| | List the contract number of any government contract | | GUAYNABO, PR 00966 |

| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | | | 1353 AVE LUIS VIGOREAUX |
| | State the term remaining | 2 month(s) | PMB 372 |
| | List the contract number of any government contract | | GUAYNABO, PR 00966 |

Debtor        SEARS HOLDINGS MANAGEMENT CORPORATION
              Name

Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | | | 1353 AVE LUIS VIGOREAUX |
| | **State the term remaining** | 2 month(s) | PMB 372 |
| | **List the contract number of any government contract** | | GUAYNABO, PR 00966 |

| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | E V MECHANICAL CONTRACTORS INC |
|---|---|---|---|
| | | | 1353 AVE LUIS VIGOREAUX |
| | **State the term remaining** | 2 month(s) | PMB 372 |
| | **List the contract number of any government contract** | | GUAYNABO, PR 00966 |

| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | diehard brand supply, sales agent and servicing agreement for batteries<br>Licensor/buyer | EAST PENN MANUFACTURING CO. INC. |
|---|---|---|---|
| | | | DEKA RD |
| | **State the term remaining** | 10 month(s) | |
| | **List the contract number of any government contract** | | LYON STATION, PA 19536 |

| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement<br>Lessor | EASTRIDGE OPTOMETRY, INC |
|---|---|---|---|
| | | | 2180 TULLY ROAD |
| | **State the term remaining** | 29 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95122 |

| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Licensor | EASY METHOD, INC |
|---|---|---|---|
| | | | 2435 DOLEMAN DRIVE |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | WEST BLOOMFIELD, MI 48327 |

| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | EATON CORPORATION-830991832 |
|---|---|---|---|
| | | | 8609 SIX FORKS ROAD |
| | **State the term remaining** | 1 month(s) | |
| | **List the contract number of any government contract** | | RALEIGH, NC 27615 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order<br>Buyer |
| | | EATON CORPORATION-830991832 |
| | **State the term remaining** | 1 month(s) |
| | | 8609 SIX FORKS ROAD |
| | **List the contract number of any government contract** | |
| | | RALEIGH, NC 27615 |

| | | |
|---|---|---|
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | DEPOSIT AGREEMENT<br>Buyer |
| | | EBATES PERFORMANCE MARKETING INC- |
| | **State the term remaining** | 62 month(s) |
| | | 160 SPEAR ST |
| | | STE 1900 |
| | **List the contract number of any government contract** | |
| | | SAN FRANCISCO, CA 94108 |

| | | |
|---|---|---|
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | EBIQUITY INC |
| | | 444 N MICHIGAN AVE |
| | **State the term remaining** | 2 month(s) |
| | | STE 1400 |
| | **List the contract number of any government contract** | |
| | | CHICAGO, IL 60611 |

| | | |
|---|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ECONOCO CORPORATION-641332 |
| | | C S 29 |
| | **State the term remaining** | 32 month(s) |
| | **List the contract number of any government contract** | |
| | | HICKSVILLE, NY 11802 |

| | | |
|---|---|---|
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ECOVA INC |
| | | 1313 N ATLANTIC |
| | **State the term remaining** | 3 month(s) |
| | | SUITE 5000 |
| | **List the contract number of any government contract** | |
| | | SPOKANE, WA 99201 |

| | | |
|---|---|---|
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | ECOVA INC |
| | | 1313 N ATLANTIC |
| | **State the term remaining** | 3 month(s) |
| | | SUITE 5000 |
| | **List the contract number of any government contract** | |
| | | SPOKANE, WA 99201 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ECOVA INC |
|---|---|---|---|
| | | | 1313 N ATLANTIC |
| | State the term remaining | 3 month(s) | SUITE 5000 |
| | List the contract number of any government contract | | SPOKANE, WA 99201 |

| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. Along with Affiliates<br>Buyer | ECR INTERNATIONAL INC. |
|---|---|---|---|
| | | | 2201 DWYER AVENUE |
| | State the term remaining | 7 month(s) | PO BOX 4729 |
| | List the contract number of any government contract | | UTICA, NY 13504 |

| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | ECS GLOBAL INC |
|---|---|---|---|
| | | | 200 S WACKER DR STE 3100 |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ECS GLOBAL INC |
|---|---|---|---|
| | | | SUITE 3100 200 SOUTH WACKER DRIVE |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ECS GLOBAL INC |
|---|---|---|---|
| | | | SUITE 3100 200 SOUTH WACKER DRIVE |
| | State the term remaining | 24 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ECS GLOBAL INC |
|---|---|---|---|
| | | | SUITE 3100 200 SOUTH WACKER DRIVE |
| | State the term remaining | 54 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ECS GLOBAL INC |
|---|---|---|---|
| | **State the term remaining** | 6 month(s) | SUITE 3100 200 SOUTH WACKER DRIVE |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Licensor | EDDY T. LIM DDS DENTAL CORPORATION |
|---|---|---|---|
| | **State the term remaining** | 30 month(s) | 212 SUTTER STREET |
| | **List the contract number of any government contract** | | FLOOR 5<br>SAN FRANCISCO, CA 94108 |

| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | EKSEN |
|---|---|---|---|
| | **State the term remaining** | 7 month(s) | |
| | **List the contract number of any government contract** | | |

| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Licensor | EL PARAISO DE LOS JUGOS, INC |
|---|---|---|---|
| | **State the term remaining** | 30 month(s) | 3825 NW 7TH STREET |
| | **List the contract number of any government contract** | | MIAMI, FL 33126 |

| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ELECTRICAL SOLUTIONS |
|---|---|---|---|
| | **State the term remaining** | 1 month(s) | PO BOX 10948 |
| | **List the contract number of any government contract** | | MIDWEST CITY, OK 73140 |

| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ELEVATE HONG KONG HOLDINGS LIMITED |
|---|---|---|---|
| | **State the term remaining** | 15 month(s) | UNIT 1901<br>ARION COMMERCIAL BUILDING |
| | **List the contract number of any government contract** | | |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ELEVATE LIMITED |
|---|---|---|---|
| | State the term remaining | 9 month(s) | UNIT 1901 ARION COMMERCIAL CENTRE |
| | List the contract number of any government contract | | HONG KONG |

| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. Along with Affiliates<br>Buyer | ELKAY MANUFACTURING COMPANY |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 2222 CAMDEN COURT |
| | List the contract number of any government contract | | OAK BROOK, IL 60523 |

| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EMDEON |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 3055 LEBANON PIKE |
| | List the contract number of any government contract | | NASHVILLE, TN 37214 |

| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT LABOR SERVICES AGREEMENT<br>Buyer | EMPLOYMENT SOLUTIONS |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 10444 MAGNOLIA AVE |
| | List the contract number of any government contract | | RIVERSIDE, CA 92505 |

| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | ENCYCLE TECHNOLOGIES INC-700669 |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 850 DIAMOND STREET |
| | List the contract number of any government contract | | SUITE 105 |
| | | | SAN MARCOS, CA 92078 |

| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ENCYCLE TECHNOLOGIES INC-700669 |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 850 DIAMOND STREET |
| | List the contract number of any government contract | | SUITE 105 |
| | | | SAN MARCOS, CA 92078 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*  18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ENERNOC INC<br>ONE MARINA PARK DRIVE<br>SUITE 400<br>BOSTON, MA 02210 |
|---|---|---|---|
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | |

| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | ENERNOC INC<br>ONE MARINA PARK DRIVE<br>SUITE 400<br>BOSTON, MA 02210 |
|---|---|---|---|
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | |

| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | ENGLEWOOD MARKETING GROUP INC |
|---|---|---|---|
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | |

| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | buyer | ENHANCED RECOVERY COMPANY LLC |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | ENHANCED RECOVERY COMPANY LLC F/K/A TELESIGHT, LLC<br>8014 BAYBERRY ROAD<br>JACKSONVILLE, FL 32256 |
|---|---|---|---|
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | ENHANCED RECOVERY COMPANY LLC F/K/A TELESIGHT, LLC<br>8014 BAYBERRY ROAD<br>JACKSONVILLE, FL 32256 |
|---|---|---|---|
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | ENVIRONMENTAL PRODUCTS & SERVICES OF VERMONT, INC. |
| | | | 532 STATE FAIR BLVD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | SYRACUSE, NY 13204 |

| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | EPISYS LIMITED-1000985606 |
| | | | SUITE 3100 200 SOUTH WACKER DRIVE |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br><br>Buyer | EPISYS LIMITED-1000985606 |
| | | | SUITE 3100 200 SOUTH WACKER DRIVE |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AS A SERVICE AGREEMENT<br><br>Buyer | EPOSSIBILITIES USA LTD, DBA BRAND VIEW |
| | | | THE BLADE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | READING, BERKSHIRE RG1 3BE |

| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AS A SERVICE AGREEMENT<br><br>Buyer | EPSILON DATA MANAGEMENT LLC-548628 |
| | | | 4401 REGENT BLVD |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | IRVING, TX 75063 |

| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | EPSILON DATA MANAGEMENT LLC-548628 |
| | | | 4401 REGENT BOULEVARD |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | IRVING, TX 75063 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EPSILON DATA MANAGEMENT LLC-548628 |
| | | | 1100 WOODFIELD RD |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | SCHAUMBURG, IL 60173 |

| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AS A SERVICE AGREEMENT<br>Buyer | EPSILON DATA MANAGEMENT LLC-548628 |
| | | | 1100 WOODFIELD RD |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | SCHAUMBURG, IL 60173 |

| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | EPSILON DATA MANAGEMENT, LLC, |
| | | | 1100 WOODFIELD RD SCHAUMBURG |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | CHICAO, IL 60173 |

| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EQUIPARTS |
| | | | 120 PENNSYLVANIA AVE |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | OAKMONT, PA 15139 |

| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ERNST & YOUNG |
| | | | 155 NORTH WACKER DRIVE |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ERNST & YOUNG |
| | | | 233 SOUTH WACKER DRIVE |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ESCREEN, INC. |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 8140 WARD PARKWAY SUITE 300 |
| | List the contract number of any government contract | | KANSAS CITY, MO 64114 |

| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | Sears Marketplace Agreement<br>Buyer | ETAILZ, INC. |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 850 E SPOKANE FALLS BLVD<br>SUITE 110 |
| | List the contract number of any government contract | | SPOKANE, WA 99202 |

| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EUCLIDES TECHNOLOGIES INC |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 222 THIRD ST<br>STE 1110 |
| | List the contract number of any government contract | | CAMBRIDGE, MA 02142 |

| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | EVERGREEN MARINE CORP. (TAIWAN) LTD. |
|---|---|---|---|
| | State the term remaining | 6 month(s) | ONE EVERTRUST PLAZA |
| | List the contract number of any government contract | | NEW JERSEY CITY, NJ 07306 |

| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EVERY GREEN CARE INC |
|---|---|---|---|
| | State the term remaining | 3 month(s) | PO BOX 620031 |
| | List the contract number of any government contract | | ORLANDO, FL 32862 |

| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EVOKE PRODUCTIONS |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 2428 BATH RD |
| | List the contract number of any government contract | | ELGIN, IL 60124 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT SERVICES AGREEMENT <br> Buyer | EVOKE PRODUCTIONS FOR MC2 MODEL MGMT LLC <br> 2428 BATH RD |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | ELGIN, IL 60124 |

| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | EXCEL BUILDING SERVICES LLC <br> 1061 SERPENTINE LANE SUITE H |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | PLEASANTON, CA 94566 |

| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement <br> Licensee | EXPERIAN INFORMATION SOLUTIONS, INC. <br> 955 AMERICAN LANE <br> 4TH FLOOR EAST |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | SCHAUMBURG, IL 60173 |

| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement <br> Licensee | EXPERIAN INFORMATION SOLUTIONS, INC. <br> 955 AMERICAN LANE <br> 4TH FLOOR EAST |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | SCHAUMBURG, IL 60173 |

| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement <br> Buyer | EXPLAINIFY LLC <br> 19 E CENTER ST |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | FAYETTEVILLE, AR 72701 |

| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | SOW <br> Buyer | EXPLAINIFY LLC <br> 19 E CENTER ST |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | FAYETTEVILLE, AR 72701 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EXTREME NETWORKS INC |
|---|---|---|---|
| | | | 1125 SANCTUARY PARKWAY |
| | State the term remaining | 13 month(s) | SECOND FLOOR SUITE 250 |
| | List the contract number of any government contract | | ALPHARETTA, GA 30009 |

| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EXTREME NETWORKS INC |
|---|---|---|---|
| | | | 1125 SANCTUARY PARKWAY |
| | State the term remaining | 34 month(s) | SECOND FLOOR SUITE 250 |
| | List the contract number of any government contract | | ALPHARETTA, GA 30009 |

| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EXTREME REACH |
|---|---|---|---|
| | | | 75 SECOND AVE |
| | State the term remaining | 7 month(s) | STE 360 |
| | List the contract number of any government contract | | NEEDHAM, MA 02494 |

| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EYEMED VISION CARE |
|---|---|---|---|
| | | | 4000 LUXOTICCA PLACE |
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | MASON, OH 45040 |

| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EYEMED VISION CARE LLC |
|---|---|---|---|
| | | | 4000 LUXOTTICA PLACE |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | MASON, OH 45040 |

| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | EYEMED VISION CARE LLC |
|---|---|---|---|
| | | | 4000 LUXOTTICA PLACE |
| | State the term remaining | 38 month(s) | |
| | List the contract number of any government contract | | MASON, OH 45040 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | Subscription (Applies to Affiliates)<br><br>Subscriber | FACTIVA, INC.<br><br>4300 ROUTE 1 NORTH |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | MONMOUTH JUNCTION, NJ 08852 |

| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | FACTORIAL DIGITAL INC-714757<br><br>117 COOKMAN AVE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | OCEAN GROVE, NJ 07756 |

| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | FAR EAST WATCHCASES (U.S.A.) LTD<br><br>120 NEWKIRK ROAD UNIT 6 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | RICHMOND HILL, ON L4C 9S7 |

| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | FASTENAL COMPANY<br><br>2001 THEURER BLVD |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | WINONA, MN 55987 |

| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensor | FCH ENTERPRISES , INC<br><br>1765 S KING STREET |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | HONOLULU, HI 96826 |

| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | | FEDERAL WARRANTY SERVICE CORPORATION, UNITED SERVICE PROTEC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name                                                    Case number (if known)    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FEEDVISOR<br>45 HOWARD STREET |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10013 |

| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | FELICIA DURAN DDS PA<br>1375 NW 94TH WAY |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | CORAL SPRINGS, FL 33701 |

| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease Agreement<br>Buyer | FELL REAL ESTATE SERVICES, LLC  DBA FELL LEASE ADMINISTRATION<br>1415 W 22ND  STREET<br>NONE |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | OAK BROOK, IL 60523 |

| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br>Buyer | FERRELLGAS DBA BLUE RHINO<br>7500 COLLEGE BLVD |
| | State the term remaining | 50 month(s) | |
| | List the contract number of any government contract | | OVERLAND PARK, KS 66210 |

| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FIA CARD SERVICES NA<br>PO BOX 28 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | NORFOLK, VA 23510 |

| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FIA CARD SERVICES NA<br>PO BOX 28 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | NORFOLK, VA 23510 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                    Case number *(if known)*    18-23553

| | | |
|---|---|---|
| **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FIELD MANUFACTURING CORP-372326 |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 1751 TORRANCE BLVD STE N |
| | List the contract number of any government contract | | TORRANCE, CA 90501 |

| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | Lease-490<br>Lessor | FIFTH THIRD BANK |
|---|---|---|---|
| | State the term remaining | 26 month(s) | 3333 BEVERLY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT SERVICES AGREEMENT<br>Buyer | FINSBURY-963764329 |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 3 COLUMBUS CR |
| | | | 9TH FLOOR |
| | List the contract number of any government contract | | NY, NY 10019 |

| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | FINSBURY-963764329 |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 3 COLUMBUS CR |
| | | | 9TH FLOOR |
| | List the contract number of any government contract | | NY, NY 10019 |

| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | FINSBURY-963764329 |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 3 COLUMBUS CR |
| | | | 9TH FLOOR |
| | List the contract number of any government contract | | NY, NY 10019 |

| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | FINSBURY-963764329 |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 3 COLUMBUS CR |
| | | | 9TH FLOOR |
| | List the contract number of any government contract | | NY, NY 10019 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number (if known)    18-23553
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | FINSBURY-963764329 |
| | | | 3 COLUMBUS CR |
| | State the term remaining | 6 month(s) | 9TH FLOOR |
| | List the contract number of any government contract | | NY, NY 10019 |

| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT SERVICES AGREEMENT<br>Buyer | FINSBURY-963764329 |
| | | | 3 COLUMBUS CR |
| | State the term remaining | 18 month(s) | 9TH FLOOR |
| | List the contract number of any government contract | | NY, NY 10019 |

| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FIRST DATA CORPORATION-1000623488 \ TELECHECK SERVICES INC |
| | | | 5251 WESTHEIMER |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | HOUSTON, TX 77056 |

| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FIRST DATA MERCHANT SERVICES LLC |
| | | | 5565 GLENRIDGE CONNECTOR NE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30342 |

| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FISERV SOLUTIONS, INC. ("FISERV"), OWNER AND OPERATOR OF ACCEL/E |
| | | | 255 FISERV DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | BROOKFIELD, WI 53045 |

| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FISERV SOLUTIONS, INC. ("FISERV"), OWNER AND OPERATOR OF ACCEL/E |
| | | | 255 FISERV DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | BROOKFIELD, WI 53045 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number (if known)   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | Subscription / Subscriber | FISHERUNITECH |
|---|---|---|---|
| | | | 404 EAST TEN MILE RD |
| | State the term remaining | 8 month(s) | SUITE 150 |
| | List the contract number of any government contract | | PLEASANT RIDGE, MI 48069 |

| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement / Buyer | FITNOW INC DBA LOSE IT! |
|---|---|---|---|
| | | | 250 NORTHERN AVENUE |
| | State the term remaining | 11 month(s) | SUITE 410 |
| | List the contract number of any government contract | | BOSTON, MA 02210 |

| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement / Buyer | FIXTURE HARDWARE CO. |
|---|---|---|---|
| | | | 2800 W LAKE ST |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | MELROSE PARK, IL 60160 |

| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement / Lessor | FLIPPO CONSTRUCTION COMPANY INC |
|---|---|---|---|
| | | | 3820 PENN BELT PLACE |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | FORESTVILLE, MD 20747 |

| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order / Buyer | FLUKE ELECTRONICS CORPORATION |
|---|---|---|---|
| | | | 7272 COLLECTION CENTER DR |
| | State the term remaining | 8 month(s) | CHICAGO IL 60693 |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement / Buyer | FORD MODELS INC |
|---|---|---|---|
| | | | 57 WEST 57TH ST |
| | State the term remaining | 15 month(s) | PENTHOUSE |
| | List the contract number of any government contract | | NY, NY 10019 |

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | FORESEE RESULTS INC-1074931820 |
|---|---|---|---|
| | | | 2500 GREEN RD |
| | State the term remaining | 2 month(s) | SUITE 400 |
| | List the contract number of any government contract | | ANN ARBOR, MI 48105 |

| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FORSYTHE SOLUTIONS GROUP |
|---|---|---|---|
| | | | 7770 FRONTAGE ROAD |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | SKOKIE, IL 60077 |

| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | FOX ONEILL & SHANNON SC |
|---|---|---|---|
| | | | 622 N WATER ST |
| | State the term remaining | 3 month(s) | STE 500 |
| | List the contract number of any government contract | | MILWAUKEE, WI 53202 |

| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | Marketing  Agreement<br>Buyer | FUBO TV INC |
|---|---|---|---|
| | | | 1330 AVENUE OF THE AMERICAS |
| | State the term remaining | 16 month(s) | 7TH FLOOR |
| | List the contract number of any government contract | | NY, NY 10019 |

| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | Joint Marketing Agreement (Includes Affiliates)<br>Partner | FUBOTV, INC. |
|---|---|---|---|
| | | | 1330 AVENUE OF THE AMERICAS |
| | State the term remaining | 16 month(s) | 7TH FLOOR |
| | List the contract number of any government contract | | NEW YORK, NY 10019 |

| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | G & W DISPLAY FIXTURES INC-368811 |
|---|---|---|---|
| | | | P O BOX 6 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | BRONSON, MI 49028 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | PRINT AGREEMENT<br>Buyer | GANNET CO, INC |
|---|---|---|---|
| | | | 7950 JONES BRANCH DR |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | MCLEAN, VA 22107 |

| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | Joint Marketing and Promotional Agreement (Includes Affiliates)<br>Partner | GASBUDDY, LLC. |
|---|---|---|---|
| | | | 77 NORTH WASHINGTON STREET |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | BOSTON, MA 02114 |

| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GENESYS TELECOMMUNICATIONS LABORATORIES, INC. |
|---|---|---|---|
| | | | 6133 N RIVER ROAD |
| | State the term remaining | 47 month(s) | |
| | List the contract number of any government contract | | DES PLAINES, IL 60018 |

| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | GENESYS TELECOMMUNICATIONS LABORATORIES, INC. |
|---|---|---|---|
| | | | 2001 JUNIPERO SERRA BLVD |
| | State the term remaining | 47 month(s) | |
| | List the contract number of any government contract | | DALY CITY, CA 94014 |

| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | software and services<br>Buyer | GITLAB INC |
|---|---|---|---|
| | | | 1233 HOWARD STREET |
| | State the term remaining | 35 month(s) | SUITE 2F |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94103 |

| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GLASS AMERICA |
|---|---|---|---|
| | | | 21 INDUSTRIAL DRIVE |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | SMITHFIELD, RI 02917 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | GLE ASSOCIATES INC |
|---|---|---|---|
| | State the term remaining | 25 month(s) | 5405 CYPRESS CENTER DR SUITE 110 |
| | List the contract number of any government contract | | TAMPA, FL 33609 |

| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GLOBAL SEARCH MARKETING |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 2-6 COLMORE ROW |
| | List the contract number of any government contract | | BIRMINGHAM , BIRMINGHAM B3 2QD |

| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br>Buyer | GLOVES INC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 100 FOXBOROUGH BLVD |
| | List the contract number of any government contract | | FOXBORO, MA 02035 |

| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT & SERVICES AGREEMENT<br>Buyer | GN HELLO DIRECT, INC |
|---|---|---|---|
| | State the term remaining | 23 month(s) | 77 NORTHEASTERN BLVD |
| | List the contract number of any government contract | | NASHUA, NH 03062 |

| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | license & service agreement<br>Licensee | GO2PAPER INC-687087 |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 6114 LASALLE AVE 283 |
| | List the contract number of any government contract | | OAKLAND, CA 94611 |

| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GOOGLE INC |
|---|---|---|---|
| | State the term remaining | 19 month(s) | DEPT 33654  P O BOX 39000 |
| | List the contract number of any government contract | | SAN , |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GOOGLE INC<br>DEPT 33654  P O BOX 39000 |
|---|---|---|---|
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | SAN , |

| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GOOGLE INC<br>DEPT 33654  P O BOX 39000 |
|---|---|---|---|
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | SAN , |

| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | GORSKI-OSTERHOLDT INC.<br>4418 ROOSEVELT RD |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | HILLSIDE, IL 60162 |

| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | GRACE NOTES MUSIC CENTER, LLC<br>3100 SW COLLEGE ROAD |
|---|---|---|---|
| | State the term remaining | 3 month(s) | SUITE 300 |
| | List the contract number of any government contract | | OCALA, FL 34474 |

| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | GRANITE TELECOMMUNICATIONS, LLC<br>100 NEWPORT AVENUE EXTENSION |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | QUINCY, MA 02171 |

| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | State Tax Consulting Agreement<br>Buyer | GRANT THORNTON<br>175 W JACKDON BLVD 20TH FLOOR |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | CHICAGO, IL 60604 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | State Tax Consulting Agreement<br><br>Buyer | GRANT THORNTON |
|---|---|---|---|
| | State the term remaining | | 175 W JACKDON BLVD 20TH FLOOR |
| | List the contract number of any government contract | | CHICAGO, IL 60604 |

| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | GREEN DOT BANK |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 605 E HUNTINGTON DRIVE<br>STE 205 |
| | List the contract number of any government contract | | MONROVIA, CA 91016 |

| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | GREEN DOT BANK |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 3465 E FOOTHILL BLVD |
| | List the contract number of any government contract | | PASADENA, CA 91107 |

| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | GREEN DOT CORPORATION |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 605 E HUNTINGTON DRIVE<br>STE 205 |
| | List the contract number of any government contract | | MONROVIA, CA 91016 |

| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | GREEN DOT CORPORATION |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 3465 E FOOTHILL BLVD |
| | List the contract number of any government contract | | PASADENA, CA 91107 |

| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | SALES & DISTRIBUTION AGREEMENT<br><br>Buyer | GREEN DOT CORPORATION SBT |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 605 E HUNTINGTON DR<br>STE 205 |
| | List the contract number of any government contract | | MONROVIA, CA 91016 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name                                                    Case number *(if known)*   18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensor | GREEN MOUNTAIN ENERGY COMPANY AND RELIANT ENERGY NORTHEAS |
|---|---|---|---|
| | | | 300 W 6TH STREET |
| | State the term remaining | 37 month(s) | |
| | List the contract number of any government contract | | AUSTIN, TX 78701 |

| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | GREER & KIRBY CO INC |
|---|---|---|---|
| | | | 14714 INDUSTRY CIRCLE |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | LA MIRADA, CA 90638 |

| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br><br>Buyer | GREG HOFFMAN CONSULTING LLC |
|---|---|---|---|
| | | | 10055 FAIRWAY VILLAGE DRIVE |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | ROSWELL, GA 30076 |

| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | GROUP O, INC |
|---|---|---|---|
| | | | 4905 77TH AVENUE |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | MILAN, IL 61264 |

| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | GROUP O, INC |
|---|---|---|---|
| | | | 4905 77TH AVENUE |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | MILAN, IL 61264 |

| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | GROUP O, INC |
|---|---|---|---|
| | | | 4905 77TH AVENUE |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | MILAN, IL 61264 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GROUP O, INC<br>4905 77TH AVENUE |
|---|---|---|---|
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | MILAN, IL 61264 |

| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GROUPBY USA INC.<br>136 MADISON AVE |
|---|---|---|---|
| | State the term remaining | 26 month(s) | 6TH FLOOR |
| | List the contract number of any government contract | | NY, NY 10016 |

| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GROUPBY USA INC.<br>P O BOX 19803 |
|---|---|---|---|
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | PALATINE, IL 60055 |

| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | merchant agreement<br>Buyer | GROUPON, INC.<br>600 W CHICAGO AVE |
|---|---|---|---|
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60654 |

| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | GSF USA<br>1351 ABBOTT COURT |
|---|---|---|---|
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | BUFFALO GROVE, IL 60089 |

| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | GUARD STREET PARTNERS LLC<br>120 E LIBERTY DR |
|---|---|---|---|
| | State the term remaining | 23 month(s) | STE 220 |
| | List the contract number of any government contract | | WHEATON, IL 60187 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | GXS INC-693469 <br> 11720 AMBERPARK DR STE 200 |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | ALPHARETTA, GA 30009 |

| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | GXS INC-693469 <br> 11720 AMBERPARK DR STE 200 |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | ALPHARETTA, GA 30009 |

| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | GXS INC-693469 <br> 11720 AMBERPARK DR STE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | ALPHARETTA, GA 30009 |

| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement <br> Licensee | H & R BLOCK EASTERN ENTERPRISES, INC., <br> 4693 UNIVERSITY DRIVE |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | DAVIE, FL 33328 |

| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | HACKERONE <br> 300 MONTGOMERY STREET |
| | **State the term remaining** | 6 month(s) | |
| | **List the contract number of any government contract** | | SAN FRANCISCO, CA 94104 |

| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | HANDYMAN  AL <br> 314 SOUTH BERRY PINE ROAD |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | RAPID  CITY, SD 57702 |

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
           Name                                               Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT<br>Buyer | HANKOOK TIRE AMERICA CORP |
|---|---|---|---|
| | | | 1450 VALLEY RD |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | WAYNE, NJ 07470 |

| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | HAPPIEST MINDS TECHNOLOGIES PRIVATE LIMITED |
|---|---|---|---|
| | | | 116 VILLAGE BOULEVARD SUITE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | PRINCETON, NJ 08540 |

| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | HAPPIEST MINDS TECHNOLOGIES PRIVATE LIMITED |
|---|---|---|---|
| | | | 116 VILLAGE BOULEVARD SUITE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | PRINCETON, NJ 08540 |

| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | HAPPIEST MINDS TECHNOLOGIES PRIVATE LIMITED |
|---|---|---|---|
| | | | 116 VILLAGE BOULEVARD SUITE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | PRINCETON, NJ 08540 |

| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | HAPPIEST MINDS TECHNOLOGIES PRIVATE LIMITED |
|---|---|---|---|
| | | | 116 VILLAGE BOULEVARD SUITE 200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | PRINCETON, NJ 08540 |

| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | Sears Marketplace Agreement<br>Buyer | HASBRO, INC. |
|---|---|---|---|
| | | | 1027 NEWPORT AVE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | PAWTUCKET, RI 02861 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Sears Marketplace Agreement<br>Buyer | HASBRO, INC.<br>1027 NEWPORT AVE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | PAWTUCKET, RI 02861 |

| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | HAVAS FORMULA LLC<br>36 E GRAND AVE |
|---|---|---|---|
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60611 |

| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | HAVAS FORMULA LLC<br>36 E GRAND AVE |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60611 |

| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | HAVAS FORMULA LLC<br>36 E GRAND AVE |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60611 |

| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HAVAS WORLDWIDE CHICAGO INC-706197<br>36 EAST GRAND AVE |
|---|---|---|---|
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60611 |

| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HAVAS WORLDWIDE CHICAGO INC-706197<br>200 HUDSON STREET |
|---|---|---|---|
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10013 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HD LANDSCAPE LLC<br>PO BOX 211428 |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | DENVER, CO 80221 |

| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEALTHCARE POLICY ROUNDTABLE LLC<br>1015 15TH STREET NW |
| | State the term remaining | 14 month(s) | SUITE 1200 |
| | List the contract number of any government contract | | WASHINGTON, DC 20005 |

| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEFFNER MANAGEMENT INC<br>80 VINE ST |
| | State the term remaining | 20 month(s) | STE 203 |
| | List the contract number of any government contract | | SEATTLE, WA 98121 |

| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HENDEE ENTERPRISES INC-882167<br>POST OFFICE BOX 4346 DEPT 139 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | HOUSTON, TX 77210 |

| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEWITT ASSOCIATES LLC<br>100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEWITT ASSOCIATES LLC<br>100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEWITT ASSOCIATES LLC |
|---|---|---|---|
| | | | 100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEWITT ASSOCIATES LLC |
|---|---|---|---|
| | | | 100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | HEWITT ASSOCIATES LLC |
|---|---|---|---|
| | | | 100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | HEWITT ASSOCIATES LLC |
|---|---|---|---|
| | | | 100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | HEWITT ASSOCIATES LLC |
|---|---|---|---|
| | | | 100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | HEWITT ASSOCIATES LLC |
|---|---|---|---|
| | | | 100 HALF DAY ROAD |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | LINCOLNSHIRE, IL 60069 |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | HEWITT ASSOCIATES LLC |
| | | | 100 HALF DAY ROAD |
| | **State the term remaining** | 26 month(s) | |
| | **List the contract number of any government contract** | | LINCOLNSHIRE, IL 60069 |

| | | |
|---|---|---|
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | HEWITT ASSOCIATES LLC |
| | | | 100 HALF DAY ROAD |
| | **State the term remaining** | 26 month(s) | |
| | **List the contract number of any government contract** | | LINCOLNSHIRE, IL 60069 |

| | | |
|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement<br>Buyer | HEWLETT PACKARD FINANCIAL SERVICES-90754292 |
| | | | P O BOX 402582 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | ATLANTA, GA 30384 |

| | | |
|---|---|---|
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | HIGHJUMP SOFTWARE INC |
| | | | 5600 W83RD STREET |
| | **State the term remaining** | 2 month(s) | SUITE 600-8200 TOWER |
| | **List the contract number of any government contract** | | MINNEAPOLIS, MN 55437 |

| | | |
|---|---|---|
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT<br>Buyer | HILEX |
| | | | 101  E CAROLINA AVE |
| | **State the term remaining** | 9 month(s) | |
| | **List the contract number of any government contract** | | HARTSVILLE, SC 29550 |

| | | |
|---|---|---|
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | HIRERIGHT |
| | | | 3349 MICHELSON DRIVE SUITE 150 |
| | **State the term remaining** | 35 month(s) | |
| | **List the contract number of any government contract** | | IRVINE, CA 92612 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement. Along with Affiliates<br><br>Buyer | HIRERIGHT SOLUTIONS, INC.,<br><br>4500 SOUTH |
|---|---|---|---|
| | **State the term remaining** | 14 month(s) | 129TH EAST AVENUE |
| | **List the contract number of any government contract** | | TULSA, OK 74134 |

| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease-490<br><br>Lessor | HOFFMAN ESTATES LATUS, LLC<br><br>1566 WEST ALGONQUIN ROAD SUITE 225 |
|---|---|---|---|
| | **State the term remaining** | 37 month(s) | |
| | **List the contract number of any government contract** | | ALGONQUIN, IL 60192 |

| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | HOME IMPROVEMENT LEADS, INC<br><br>350 FRANK OGAWA PLAZA |
|---|---|---|---|
| | **State the term remaining** | 30 month(s) | SUITE 100 |
| | **List the contract number of any government contract** | | OAKLAND, CA 94612 |

| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | HOME IMPROVEMENT LEADS, INC<br><br>350 FRANK OGAWA PLAZA SUITE 100 |
|---|---|---|---|
| | **State the term remaining** | 30 month(s) | |
| | **List the contract number of any government contract** | | OAKLAND, CA 94612 |

| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement.<br><br>Buyer | HOMEADVISOR, INC.<br><br>14023 DENVER W PKY STE 200 |
|---|---|---|---|
| | **State the term remaining** | 1 month(s) | |
| | **List the contract number of any government contract** | | GOLDEN, CO 80401 |

| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br><br>Buyer | HOMEADVISOR, INC.<br><br>DENVER WEST PARKWAY |
|---|---|---|---|
| | **State the term remaining** | 26 month(s) | SUITE 200 |
| | **List the contract number of any government contract** | | GOLDEN, CO 80401 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement (lead generation services), Debtor's and its affiliates. Buyer | HOMEADVISOR, INC. |
| | State the term remaining | 14 month(s) | DENVER WEST PARKWAY SUITE 200 |
| | List the contract number of any government contract | | GOLDEN COLORADO 80401 |
| | | | GOLDEN, CO 80401 |

| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. Along with Affiliates Buyer | HONEYWELL INTERNATIONAL |
| | State the term remaining | 5 month(s) | 1985 DOUGLAS DRIVE |
| | List the contract number of any government contract | | GOLDEN VALLEY, MN 55405 |

| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | HORCHER CONSTRUCTION INC |
| | State the term remaining | 35 month(s) | 113 WEDGEWOOD DR |
| | List the contract number of any government contract | | BARRINGTON, IL 60010 |

| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | HORIZON BEHAVIORAL SERVICES, LLC |
| | State the term remaining | 26 month(s) | 2941 SOUTH LAKE VISTA DRIVE |
| | List the contract number of any government contract | | LEWISVILLE, TX 75067 |

| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Sears Marketplace Agreement Buyer | HORIZON WORLDWIDE |
| | State the term remaining | 10 month(s) | 1765 STEBBINS DR |
| | List the contract number of any government contract | | HOUSTON, TX 77043 |

| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Sales Tax Consulting Agreement Buyer | HORWOOD, MARCUS & BERK CHARTERED |
| | State the term remaining | | 500 W MADISON STREET SUITE 3700 |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number *(if known)*   18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Tax Consulting Agreement<br><br>Buyer | HORWOOD, MARCUS & BERK CHARTERED |
|---|---|---|---|
| | **State the term remaining** | | 500 W MADISON STREET SUITE 3700 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUPMENT, SOFTWARE & SERVICES AGREEMENT<br><br>Buyer | HUAWEI TECHNOLOGIES USA INC |
|---|---|---|---|
| | **State the term remaining** | 57 month(s) | 20400 STEVENS CREEK BLVD |
| | | | SUITE 200 |
| | **List the contract number of any government contract** | | CUPERTINO, CA 95014 |

| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br><br>Lessee | HUDSON PACIFIC PROPERTIES |
|---|---|---|---|
| | | | 11601 WILSHIRE BLVD |
| | **State the term remaining** | 10 month(s) | 6TH FLOOR |
| | **List the contract number of any government contract** | | LOS ANGELES, CA 90025 |

| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | ICROSSING INC-114442648 |
|---|---|---|---|
| | | | 1902 CAMPUS COMMONS DRIVE |
| | **State the term remaining** | 14 month(s) | 6TH FLOOR |
| | **List the contract number of any government contract** | | RESTON, VA 20191 |

| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | ICROSSING INC-114442648 |
|---|---|---|---|
| | | | 1902 CAMPUS COMMONS DRIVE |
| | **State the term remaining** | 2 month(s) | 6TH FLOOR |
| | **List the contract number of any government contract** | | RESTON, VA 20191 |

| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Licensee | IDENTIFIX INC-181073107 |
|---|---|---|---|
| | | | 2714 PATTON ROAD |
| | **State the term remaining** | 4 month(s) | |
| | **List the contract number of any government contract** | | ST PAUL, MN 55113 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br>Buyer | IDMWORKS, INC. |
|---|---|---|---|
| | | | PO BOX 140040 |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | CORAL GABLES, FL 33114 |

| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | IH SERVICES INC |
|---|---|---|---|
| | | | PO BOX 5033 |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | GREENVILLE, SC 29606 |

| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | IHEARTMEDIA + ENTERTAINMENT, INC |
|---|---|---|---|
| | | | 1801 ROCKVILLE PIKE |
| | State the term remaining | 17 month(s) | 5TH FLOOR |
| | List the contract number of any government contract | | ROCKVILLE, MD 20852 |

| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | IKON OFFICE SOLUTIONS INC |
|---|---|---|---|
| | | | 101 WACKER DR |
| | State the term remaining | 15 month(s) | SUITE 1850 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | TAX CREDIT AGRMT<br>Buyer | ILLINOIS DEPARTMENT OF COMMERCE AND ECONOMIC OPPORTUNITY |
|---|---|---|---|
| | | | 100 W RANDOLPH |
| | State the term remaining | 48 month(s) | INTERNAL INVESTIGATIONS DIV |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | TAX CREDIT AGRMT<br>Buyer | ILLINOIS DEPARTMENT OF COMMERCE AND ECONOMIC OPPORTUNITY |
|---|---|---|---|
| | | | 500 E MONROE ST |
| | State the term remaining | 48 month(s) | |
| | List the contract number of any government contract | | SPRINGFIELD, IL 62701 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | IMAGINATION PUBLISHING LLC |
|---|---|---|---|
| | | | 600 W FULTON ST |
| | **State the term remaining** | 3 month(s) | SUITE 600 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement. Applies to Debtor's Affiliates.<br>Buyer | IMAGINATION PUBLISHING, LLC |
|---|---|---|---|
| | | | 600 W |
| | **State the term remaining** | 3 month(s) | FULTON STREET |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | INFINITE PERIPHERALS INC-665018 |
|---|---|---|---|
| | | | 3104 N ARLINGTON HEIGHT RD |
| | **State the term remaining** | 15 month(s) | |
| | **List the contract number of any government contract** | | ARLINGTON HEIGHTS, IL 60004 |

| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Confirmation Letter<br>Buyer | INFINITE PERIPHERALS INC-665018 |
|---|---|---|---|
| | | | 2312 TOUHY AVE |
| | **State the term remaining** | 40 month(s) | |
| | **List the contract number of any government contract** | | ELK GROVE VILLAGE, IL 60007 |

| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | INFOBLOX, INC |
|---|---|---|---|
| | | | 4750 PATRICK HENRY DR |
| | **State the term remaining** | 26 month(s) | |
| | **List the contract number of any government contract** | | SANTA CLARA, CA 95054 |

| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT<br>Buyer | INFOR (US), INC |
|---|---|---|---|
| | | | NW 7418 PO BOX 1450 |
| | **State the term remaining** | 6 month(s) | NONE |
| | **List the contract number of any government contract** | | MINNEAPOLIS, MN 55485 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.635**

State what the contract or lease is for and the nature of the debtor's interest
CHANGE ORDER AMENDEMENT
Buyer

State the term remaining: 5 month(s)

List the contract number of any government contract

INFOSYS TECHNOLOGIES LIMITED
6607 KAISER DR
FREMONT, CA 94555

---

**2.636**

State what the contract or lease is for and the nature of the debtor's interest
Services Agreement
Buyer

State the term remaining: 6 month(s)

List the contract number of any government contract

INFOSYS TECHNOLOGIES LIMITED
3998 COLLECTIONS CTR DRIVE
NONE
CHICAGO, IL 60693

---

**2.637**

State what the contract or lease is for and the nature of the debtor's interest
SOFTWARE AS A SERVICE
Buyer

State the term remaining: 2 month(s)

List the contract number of any government contract

INFOTEK SOLUTIONS INC / SECURITY COMPASS INC
JEFFERSON SQUARE BUILDING
621 SHREWSBURY AVE
SHREWSBURY, NJ 07702

---

**2.638**

State what the contract or lease is for and the nature of the debtor's interest
Procurement Agreement
Buyer

State the term remaining: 8 month(s)

List the contract number of any government contract

INGENICO INC
6195 SHILOH ROAD SUITE D
ALPHARETTA, GA 30005

---

**2.639**

State what the contract or lease is for and the nature of the debtor's interest
Procurement Agreement
Buyer

State the term remaining: 8 month(s)

List the contract number of any government contract

INGENICO-88971
6195 SHILOH ROAD SUITE D
ALPHARETTA, GA 30005

---

**2.640**

State what the contract or lease is for and the nature of the debtor's interest
SOW
Buyer

State the term remaining: 7 month(s)

List the contract number of any government contract

INMAR
635 VINE STREET
WINSTON-SALEM, NC 27101

---

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
           Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | INMAR<br>636 VINE STREET<br><br>WINSTON-SALEM, NC 27101 |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | |

| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | INSIGHT DIRECT USA-1876383589<br>6820 SOUTH HARL AVENUE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | INSIGHT DIRECT USA-1876383589<br>6820 SOUTH HARL AVENUE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT LABOR SERVICES AGREEMENT<br>Buyer | INSIGHT GLOBAL, INC.<br>4170 ASHFORD DUNWOODY RD<br>SUITE 250<br>ATLANTA, GA 30319 |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | |

| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement<br>Buyer | INSPHERE INSURANCE SOLUTIONS, INC D/B/A/ HEALTHMARKETS INSURAI<br>9151 BOULEVARD 26<br><br>NORTH RICHLAND HILLS, TX 76180 |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | |

| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | INSTAR<br>13835 LAKE AVENUE<br><br>LAKEWOOD, OH 44107 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
    Name

Case number *(if known)*    18-23553

<table>
<tr><td></td><td colspan="2"><strong>Additional Page If Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
<tr><td colspan="3">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr>
<td>2.647</td>
<td><strong>State what the contract or lease is for and the nature of the debtor's interest</strong><br><br>SOFTWARE AS SERVICE<br>Buyer</td>
<td>INTELEX TECHNOLOGIES INC<br><br>70 UNIVERSITY AVE<br><br>TORONTO, ON M5J 2M4</td>
</tr>
<tr>
<td></td>
<td><strong>State the term remaining</strong>  2 month(s)<br><br><strong>List the contract number of any government contract</strong></td>
<td></td>
</tr>
<tr>
<td>2.648</td>
<td><strong>State what the contract or lease is for and the nature of the debtor's interest</strong><br><br>SOFTWARE AS A SERVICE AGREEMENT<br>Buyer</td>
<td>INTELLIGENT CLEARING NETWORK INC<br><br>110 WASHINGTON AVE<br><br>N HAVEN, CT 06473</td>
</tr>
<tr>
<td></td>
<td><strong>State the term remaining</strong>  3 month(s)<br><br><strong>List the contract number of any government contract</strong></td>
<td></td>
</tr>
<tr>
<td>2.649</td>
<td><strong>State what the contract or lease is for and the nature of the debtor's interest</strong><br><br>Services Agreement<br>Buyer</td>
<td>INTELLIGRATED SYSTEMS INC<br><br>7901 INNOVATION WAY<br><br>MASON, OH 45040</td>
</tr>
<tr>
<td></td>
<td><strong>State the term remaining</strong>  15 month(s)<br><br><strong>List the contract number of any government contract</strong></td>
<td></td>
</tr>
<tr>
<td>2.650</td>
<td><strong>State what the contract or lease is for and the nature of the debtor's interest</strong><br><br>Professional Services Agreement<br>Buyer</td>
<td>INTERACTIONS<br><br>DEPT 3443  P O BOX 123443<br><br>NONE<br><br>DALLAS, TX 75312</td>
</tr>
<tr>
<td></td>
<td><strong>State the term remaining</strong>  12 month(s)<br><br><strong>List the contract number of any government contract</strong></td>
<td></td>
</tr>
<tr>
<td>2.651</td>
<td><strong>State what the contract or lease is for and the nature of the debtor's interest</strong><br><br>Services Agreement<br>Buyer</td>
<td>INTERACTIONS CORPORATION<br><br>DEPT 3443  P O BOX 123443<br><br>DALLAS, TX 75312</td>
</tr>
<tr>
<td></td>
<td><strong>State the term remaining</strong>  26 month(s)<br><br><strong>List the contract number of any government contract</strong></td>
<td></td>
</tr>
<tr>
<td>2.652</td>
<td><strong>State what the contract or lease is for and the nature of the debtor's interest</strong><br><br>SOW<br>Buyer</td>
<td>INTERACTIONS CORPORATION<br><br>DEPT 3443  P O BOX 123443<br><br>DALLAS, TX 75312</td>
</tr>
<tr>
<td></td>
<td><strong>State the term remaining</strong>  2 month(s)<br><br><strong>List the contract number of any government contract</strong></td>
<td></td>
</tr>
</table>

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name
Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | INTERACTIONS CORPORATION |
|---|---|---|---|
| | | | DEPT 3443  P O BOX 123443 |
| | **State the term remaining** | 26 month(s) | |
| | **List the contract number of any government contract** | | DALLAS, TX 75312 |

| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | JOINT INITIATIVE AGREEMENT<br>JOINT | INTERNATIONAL BUSINESS MACHINES |
|---|---|---|---|
| | | | 2 JERICHO PLAZA |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | JERICHO, NY 11753 |

| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA SERVICES AGREEMENT<br>Buyer | INTERNATIONAL BUSINESS MACHINES |
|---|---|---|---|
| | | | 2 JERICHO PLAZA |
| | **State the term remaining** | 9 month(s) | |
| | **List the contract number of any government contract** | | JERICHO, NY 11753 |

| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease-490<br>Lessor | INTERNATIONAL BUSINESS MACHINES CORPORATION |
|---|---|---|---|
| | | | RESO 71 S WACKER DRIVE 20TH FLOOR |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | INTERNATIONAL BUSINESS MACHINES-824755 |
|---|---|---|---|
| | | | 10 N MARTINGALE RD |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | SCHAUMBURG, IL 60173 |

| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | INTERNATIONAL BUSINESS MACHINES-824755 |
|---|---|---|---|
| | | | 10 N MARTINGALE RD |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | SCHAUMBURG, IL 60173 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | INTERNATIONAL BUSINESS MACHINES-824755 |
|---|---|---|---|
| | **State the term remaining** | 8 month(s) | 10 N MARTINGALE RD |
| | **List the contract number of any government contract** | | SCHAUMBURG, IL 60173 |

| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | INTERNATIONAL BUSINESS MACHINES-824755 |
|---|---|---|---|
| | **State the term remaining** | 10 month(s) | 10 N MARTINGALE RD |
| | **List the contract number of any government contract** | | SCHAUMBURG, IL 60173 |

| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | INTERNATIONAL BUSINESS MACHINES-824755 |
|---|---|---|---|
| | **State the term remaining** | 25 month(s) | P O BOX 643600<br><br>NONE |
| | **List the contract number of any government contract** | | PITTSBURGH, PA 15264 |

| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW<br><br>Buyer | INTERNATIONAL BUSINESS MACHINES-824755 |
|---|---|---|---|
| | **State the term remaining** | 2 month(s) | P O BOX 643600 |
| | **List the contract number of any government contract** | | PITTSBURGH, PA 15264 |

| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | INTERNATIONAL PAPER COMPANY |
|---|---|---|---|
| | **State the term remaining** | 22 month(s) | 6400 POPLAR AVENUE |
| | **List the contract number of any government contract** | | MEMPHIS, TN 38197 |

| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | ION INTERACTIVE INC |
|---|---|---|---|
| | **State the term remaining** | 9 month(s) | 200 EAST PALMETTO PARK ROAD<br><br>SUITE 107 |
| | **List the contract number of any government contract** | | BOCA RATON, FL 33432 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ION INTERACTIVE INC |
|---|---|---|---|
| | | | 200 EAST PALMETTO PARK ROAD |
| | State the term remaining | 10 month(s) | SUITE 107 |
| | List the contract number of any government contract | | BOCA RATON, FL 33432 |

| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | PREFERRED SUPPLIER AGREEMENT<br>Buyer | IPSOS AMERICA INC |
|---|---|---|---|
| | | | 1700 BROADWAY |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | NY, NY 10019 |

| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | PREFERRED SUPPLIER AGREEMENT<br>Buyer | IPSOS ASI INC |
|---|---|---|---|
| | | | 111  N CANAL ST |
| | State the term remaining | 5 month(s) | STE 405 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | IRON MOUNTAIN INFORMATION MANAGEMENT INC. |
|---|---|---|---|
| | | | 120 TURNPIKE ROAD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | SOUTHBOROUGH, MA 01772 |

| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | IRON MOUNTAIN INFORMATION MANAGEMENT LLC-771261 |
|---|---|---|---|
| | | | 331 SWIFT ROAD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | ADDISON, IL 60101 |

| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | IRON MOUNTAIN INFORMATION MANAGEMENT LLC-771261 |
|---|---|---|---|
| | | | 331 SWIFT ROAD |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | ADDISON, IL 60101 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                      Case number (if known)    18-23553

| | | |
|---|---|---|
| **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | IRWPR (INTERNATIONAL ROOFING & WATERPROOFING |
| | | | 35 CALLE JUAN C BORBON |
| | State the term remaining | 2 month(s) | SUITE 67-307 |
| | List the contract number of any government contract | | GUAYNABO, PR 00969 |

| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | J A WILSON DISPLAY LTD-445213 |
| | | | 1645 ALMCO BLVD |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | MISSISSAUGA, ON L4W 1H8 |

| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JAK PROPERTY SERVICES |
| | | | W7088 POND ROAD |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | FORT ATKINSON, WI 53538 |

| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JERRI PIKE DELIVERIES |
| | | | 1248 91ST AVENUE WEST |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | DULUTH, MN 55807 |

| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | JOHNSON CONTROLS INC |
| | | | 3007 MALMO DRIVE |
| | State the term remaining | 25 month(s) | |
| | List the contract number of any government contract | | ARLINGTON HEIGHTS, IL 60005 |

| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | JOHNSON CONTROLS OF PUERTO RICO, INC |
| | | | PO BOX 3419 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | CAROLINA, PR 00984 |

| | | |
|---|---|---|
| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)*  18-23553 |
| | Name | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | JOHNSON CONTROLS OF PUERTO RICO, INC |
|---|---|---|---|
| | | | PO BOX 3419 |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | CAROLINA, PR 00984 |

| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | JOHNSON CONTROLS OF PUERTO RICO, INC |
|---|---|---|---|
| | | | PO BOX 3419 |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | CAROLINA, PR 00984 |

| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | JONES SIGN CO INC |
|---|---|---|---|
| | | | 1711 SCHEURING ROAD |
| | **State the term remaining** | 17 month(s) | |
| | **List the contract number of any government contract** | | DE PERE, WI 54115 |

| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Licensee | JUST ENERGY U.S. CORP (JEUS) |
|---|---|---|---|
| | | | 5251 WESTHEIMER ROAD |
| | **State the term remaining** | 16 month(s) | SUITE 1000 |
| | **List the contract number of any government contract** | | HOUSTON, TX 77056 |

| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | K3DES LLC |
|---|---|---|---|
| | | | 9037 LARSTON STREET |
| | **State the term remaining** | 15 month(s) | |
| | **List the contract number of any government contract** | | HOUSTON, TX 77055 |

| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement<br>Buyer | KAIROS PARTNERS LLC |
|---|---|---|---|
| | | | 6997 REDANSA DRIVE |
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | ROCKFORD, IL 61108 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | KANTAR RETAIL LLC-672675<br><br>PO BOX 7247-7421<br><br>PHILADELPHIA, PA 19170 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>INDIVIDUAL STORE SERVICE AGREEMENT<br>Buyer | KATSAM LLC<br><br>9300 NATURAL BRIDGE RD<br><br>ST LOUIS, MO 63134 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | KATSAM LLC<br><br>9300 NATURAL BRIDGE RD<br><br>ST LOUIS, MO 63134 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | KCD IP, LLC<br><br>3333 BEVERLY ROAD<br><br>HOFFMAN ESTATES, IL 60179 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | KELE, INC.<br><br>3300 BROTHER BLVD<br><br>BARTLETT, TN 38133 |
|---|---|---|---|
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | |

| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | KEVA WORKS, LLC<br><br>1420 NW GILMAN BLVD<br><br>SUITE 2722<br><br>ISSAQUAH, WA 98027 |
|---|---|---|---|
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KEYMETRIC, INC. |
|---|---|---|---|
| | | | 5940 S RAINBOW BLVD |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | LAS VEGAS, NV 89118 |

| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KEYMETRIC, INC. |
|---|---|---|---|
| | | | 5940 S RAINBOW BLVD |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | LAS VEGAS, NV 89118 |

| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KICKFACTORY, INC. |
|---|---|---|---|
| | | | 21660 WEST FIELD PARKWAY |
| | State the term remaining | 4 month(s) | SUITE 121 |
| | List the contract number of any government contract | | DEER PARK, IL 60010 |

| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KICKFACTORY, INC. |
|---|---|---|---|
| | | | 21660 WEST FIELD PARKWAY |
| | State the term remaining | 3 month(s) | SUITE 121 |
| | List the contract number of any government contract | | DEER PARK, IL 60010 |

| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KICKFACTORY, INC. |
|---|---|---|---|
| | | | 21660 WEST FIELD PARKWAY |
| | State the term remaining | 4 month(s) | SUITE 121 |
| | List the contract number of any government contract | | DEER PARK, IL 60010 |

| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KICKFACTORY, INC. |
|---|---|---|---|
| | | | 21660 WEST FIELD PARKWAY |
| | State the term remaining | 3 month(s) | SUITE 121 |
| | List the contract number of any government contract | | DEER PARK, IL 60010 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KINGSVIEW ENTERPRISES INC |
|---|---|---|---|
| | | | 7 WEST FIRST ST |
| | State the term remaining | 10 month(s) | PO BOX 2 |
| | List the contract number of any government contract | | LAKEWOOD, NY 14750 |

| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | KOCH FILTER CORPORATION-396762 |
|---|---|---|---|
| | | | 625 W HILL STREET |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | LOUISVILLE, KY 40208 |

| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | KONE INC |
|---|---|---|---|
| | | | ONE KONE COURT |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | MOLINE, IL 61265 |

| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KRAUSE LANDSCAPE CONTRACTORS, INC |
|---|---|---|---|
| | | | PO BOX 10241 |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | AMARILLO, TX 79116 |

| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | KRAUSE WATCH CO., INC |
|---|---|---|---|
| | | | 3103 PGA BLVD |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | PALM BEACH GARDENS, FL 33410 |

| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | KREBER |
|---|---|---|---|
| | | | 2580 WESTBELT DR |
| | State the term remaining | 24 month(s) | |
| | List the contract number of any government contract | | COLUMBUS, OH 43228 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | KREBER |
|---|---|---|---|
| | | | 221 SWATHMORE AVE |
| | **State the term remaining** | 24 month(s) | |
| | **List the contract number of any government contract** | | HIGH PT, NC 27263 |

| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease-490<br><br>Lessor | KUM CHA TRUSCOTT |
|---|---|---|---|
| | | | 3333 BEVERLY ROAD |
| | **State the term remaining** | 1 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | LA MODELS |
|---|---|---|---|
| | | | 7700 SUNSET BLVD |
| | **State the term remaining** | 20 month(s) | |
| | **List the contract number of any government contract** | | LOS ANGELES, CA 90046 |

| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | LA MODELS |
|---|---|---|---|
| | | | 7700 SUNSET BLVD |
| | **State the term remaining** | 20 month(s) | |
| | **List the contract number of any government contract** | | LOS ANGELES, CA 90046 |

| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | Seller Agreement<br><br>Buyer | LA REDOUTE |
|---|---|---|---|
| | | | 111 WALL STREET |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | NEW YORK, NY 10043 |

| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement<br><br>Buyer | LAB 651, LLC |
|---|---|---|---|
| | | | 550 VANDALIA STREET |
| | **State the term remaining** | | SUITE 224 |
| | **List the contract number of any government contract** | | SAINT PAUL, MN 55114 |

Debtor  **SEARS HOLDINGS MANAGEMENT CORPORATION**
Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LABOR READY MIDWEST INC |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 1015 A ST |
| | List the contract number of any government contract | | TACOMA, WA 98402 |

| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LAGNAM INFOTECH SOLUTIONS P LTD |
|---|---|---|---|
| | | | A-22 NEW FRIENDS COLONY |
| | State the term remaining | 6 month(s) | 2ND FLOOR |
| | List the contract number of any government contract | | NEW DELHI, |

| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LAKESHORE DISPLAY CO INC |
|---|---|---|---|
| | | | P O BOX 983 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | SHEBOYGAN, WI 53082 |

| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LAMINET COVER COMPANY-1005200837 |
|---|---|---|---|
| | | | 4900 W BLOOMINGDALE |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60639 |

| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | Governs allocation of tax liabilities between SHC and LE after spin-off<br>Buyer | LANDS' END |
|---|---|---|---|
| | | | 1 LANDS END LANE |
| | State the term remaining | | |
| | List the contract number of any government contract | | DODGEVILLE, WI 53595-0001 |

| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LANDS' END INC. |
|---|---|---|---|
| | | | 5 LAND'S END LANE |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | DODGEVILLE, WI 53595 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
      Name

Case number *(if known)*    18-23553

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | Financial Services Agreement<br>Seller | LANDS' END, INC.<br>5 LANDS' END LANE<br><br>DODGEVILLE, WI 53595 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement<br>Buyer | LANDS' END, INC.<br>5 LANDS' END LANE<br><br>DODGEVILLE, WI 53595 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | Amendment - Service Agreement<br>Buyer | LANDS' END, INC.<br>5 LANDS' END LANE<br><br>DODGEVILLE, WI 53595 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LANGUAGE SCIENTIFIC<br>101 STATION LANDING SUITE 500<br><br>MEDFORD, MA 02155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LANTERN PARTNERS<br>190 S LASALLE STREET SUITE 3800<br><br>CHICAGO, IL 60603 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LANTERN PARTNERS<br>190 S LASALLE STREET SUITE 3800<br><br>CHICAGO, IL 60603 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LAREDO LAWN INC |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 1904 E ANNA AVE |
| | List the contract number of any government contract | | LAREDO, TX 78040 |

| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | LATENTVIEW ANALYTICS CORP |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 103 CARNIGIE CTR<br>STE 300 |
| | List the contract number of any government contract | | PRINCETON, NJ 08540 |

| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br>Buyer | LATENTVIEW ANALYTICS CORPORATION-698494 |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 103 CARNIGIE CTR<br>STE 300 |
| | List the contract number of any government contract | | PRINCETON, NJ 08540 |

| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LATENTVIEW ANALYTICS CORPORATION-698494 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 103 CARNIGIE CTR<br>STE 300 |
| | List the contract number of any government contract | | PRINCETON, NJ 08540 |

| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LATENTVIEW ANALYTICS CORPORATION-698494 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 103 CARNIGIE CTR<br>STE 300 |
| | List the contract number of any government contract | | PRINCETON, NJ 08540 |

| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LATENTVIEW ANALYTICS CORPORATION-698494 |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 103 CARNIGIE CTR<br>STE 300 |
| | List the contract number of any government contract | | PRINCETON, NJ 08540 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

| | | |
|---|---|---|
| ■ | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LATENTVIEW ANALYTICS CORPORATION-698494 |
|---|---|---|---|
| | | | 103 CARNIGIE CTR |
| | **State the term remaining** | 4 month(s) | STE 300 |
| | **List the contract number of any government contract** | | PRINCETON, NJ 08540 |

| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LAUGHLIN CONSTABLE |
|---|---|---|---|
| | | | 200 S MICHIGAN |
| | **State the term remaining** | 3 month(s) | STE 1700 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60604 |

| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LAUGHLIN CONSTALE, INC. |
|---|---|---|---|
| | | | 200 S MICHIGAN |
| | **State the term remaining** | 10 month(s) | SUITE 1700 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60604 |

| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LAUGHLIN CONSTALE, INC. |
|---|---|---|---|
| | | | 200 S MICHIGAN |
| | **State the term remaining** | 3 month(s) | SUITE 1700 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60604 |

| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LAVANTE |
|---|---|---|---|
| | | | 6800 SANTA TERESA BLVD SUITE 200 |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95119-1205 |

| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LAVANTE |
|---|---|---|---|
| | | | 6800 SANTA TERESA BLVD SUITE 200 |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95119-1205 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
      Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br>Buyer | LEGACY MARKETING PARTNERS LLC |
|---|---|---|---|
| | | | 640 N LASALLE |
| | State the term remaining | 3 month(s) | STE 295 |
| | List the contract number of any government contract | | CHICAGO, IL 60654 |

| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEVEL 3 COMMUNICATIONS, LLC |
|---|---|---|---|
| | | | DEPT 182 |
| | State the term remaining | 10 month(s) | NONE |
| | List the contract number of any government contract | | DENVER, CO 80291 |

| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEVELWING MEDIA, LLC |
|---|---|---|---|
| | | | 913 BOWMAN ROAD |
| | State the term remaining | 10 month(s) | SUITE 103 |
| | List the contract number of any government contract | | MOUNT PLEASANT, SC 29464 |

| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEVELWING MEDIA, LLC |
|---|---|---|---|
| | | | 913 BOWMAN ROAD |
| | State the term remaining | 10 month(s) | SUITE 103 |
| | List the contract number of any government contract | | MOUNT PLEASANT, SC 29464 |

| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LEVELWING MEDIA, LLC |
|---|---|---|---|
| | | | 913 BOWMAN ROAD |
| | State the term remaining | 10 month(s) | SUITE 103 |
| | List the contract number of any government contract | | MOUNT PLEASANT, SC 29464 |

| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LIAISON TECHNOLOGIES |
|---|---|---|---|
| | | | 3157 ROYAL DRIVE |
| | State the term remaining | 13 month(s) | SUITE 200 |
| | List the contract number of any government contract | | ALPHARETTO, GA 30022 |

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW<br>Buyer | LIAISON TECHNOLOGIES |
|---|---|---|---|
| | | | DEPT AT 952956 |
| | **State the term remaining** | 19 month(s) | |
| | **List the contract number of any government contract** | | ATLANTA, GA 31192 |

| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LIAISON TECHNOLOGIES |
|---|---|---|---|
| | | | DEPT AT 952956 |
| | **State the term remaining** | 13 month(s) | |
| | **List the contract number of any government contract** | | ATLANTA, GA 31192 |

| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Seller | LIBMAN COMPANY |
|---|---|---|---|
| | | | 5167 EAGLE WAY |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60678 |

| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LIFE INSURANCE C OMPANY OF NORTH AMERICA |
|---|---|---|---|
| | | | 525 W MONROE |
| | **State the term remaining** | 14 month(s) | SUITE 200 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LIFE INSURANCE C OMPANY OF NORTH AMERICA |
|---|---|---|---|
| | | | 525 W MONROE |
| | **State the term remaining** | 14 month(s) | SUITE 200 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | LIFE INSURANCE C OMPANY OF NORTH AMERICA |
|---|---|---|---|
| | | | 525 W MONROE |
| | **State the term remaining** | 14 month(s) | SUITE 200 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60661 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LIGHTMAKER USA INC. |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 6881 KINGSPOINTE PKWY |
| | List the contract number of any government contract | | STE 1200 |
| | | | ORLANDO, FL 32819 |

| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LINGRAPH PACKAGING SERVICES CO-372276 |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 15 N BRANDON |
| | List the contract number of any government contract | | |
| | | | GLENDALE HEIGHTS, IL 60139 |

| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | LINKEDIN |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 2029 STIERLIN COURT |
| | List the contract number of any government contract | | |
| | | | MOUNTAIN VIEW, CA 94043 |

| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LIVECLICKER INC |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 560 S WINCHESTER BLVD STE 500 |
| | List the contract number of any government contract | | |
| | | | SAN JOSE, CA 95128 |

| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LIVECLICKER INC |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 560 S WINCHESTER BLVD |
| | List the contract number of any government contract | | SUITE 500 |
| | | | SAN JOSE, CA 95128 |

| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | Sears Marketplace Agreement<br>Buyer | LKQ CORPORATION (KEYSTONE) |
|---|---|---|---|
| | State the term remaining | | 655 GRASSMERE PARK DRIVE |
| | List the contract number of any government contract | | |
| | | | NASHVILLE, TN 37211 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

▇▇▇▇    **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | SOW for services<br>Buyer | LOGICBROKER, INC |
| | State the term remaining | 21 month(s) | 1 ENTERPRISE DR STE 425 |
| | List the contract number of any government contract | | SHELTON, CT 06484 |

| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LOGICBROKER, INC. |
| | State the term remaining | 33 month(s) | 1000 BRIDGEPOINT AVENUE<br>NONE |
| | List the contract number of any government contract | | SHELTON, CT 06484 |

| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | LOGICBROKER, INC. |
| | State the term remaining | 27 month(s) | 1 ENTERPRISE DR STE 425<br>NONE |
| | List the contract number of any government contract | | SHELTON, CT 06484 |

| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LOOKER DATA SCIENCES |
| | State the term remaining | 14 month(s) | 101 CHURCH STREET<br>4TH FLOOR |
| | List the contract number of any government contract | | SANTA CRUZ, CA 95060 |

| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PRODUCT PURCHASE<br>Buyer | LSC COMMUNICATIONS US LLC-80211920 |
| | State the term remaining | 27 month(s) | 191 N WACKER DR<br>STE 1400 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Buyer | LUCERNEX INC |
| | State the term remaining | 5 month(s) | 11500 ALTERRA PARKWAY<br>SUITE 110 |
| | List the contract number of any government contract | | AUSTIN, TX 78758 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.755** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | LUXOTTICA RETAIL NORTH AMERICA INC<br>4000 LUXOTTICA PLACE<br><br>MASON, OH 45040 |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.756** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | LUXOTTICA RETAIL NORTH AMERICA INC<br>4000 LUXOTTICA PLACE<br><br>MASON, OH 45040 |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.757** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LVI SERVICES INC<br>80 BROAD STREET<br>THIRD FLOOR<br>NEW YORK, NY 10004 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.758** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | M & G JEWELERS INC<br>10823 EDISON COURT<br><br>RANCHO CUCAMONGA, CA 91730 |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.759** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | M&S LANDSCAPE & CONTRACTING<br>420  BROADWAY<br><br>DOBBS FERRY, NY 10522 |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.760** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MAC STRATEGIES GROUP INC.<br>53 W<br>JACKSON BLVD 1115<br>CHICAGO, IL 60622 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br><br>Licensee | MAGGARDS TIME SERVICE INC<br><br>2266 UNIVERSITY SQUARE MALL |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | TAMPA, FL 33612 |

| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br><br>Buyer | MAINETTI USA INC-16808<br><br>DEPT AT 40190 |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 31192 |

| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | MARATHON RESOURCE MANAGEMENT GROUP<br><br>10469 ATLEE STATION ROAD |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | ASHLAND, VA 23005 |

| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | MARATHON RESOURCE MANAGEMENT GROUP<br><br>10469 ATLEE STATION ROAD |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | ASHLAND, VA 23005 |

| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | Charity Agreement<br><br>Participant | MARCH OF DIMES FOUNDATION<br><br>1275 MAMARONECK AVENUE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | WHITE PLAINS, NY 10605 |

| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | MARINE TOYS FOR TOTS FOUNDATION<br><br>18251 QUANTICO GATEWAY DRIVE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | TRIANGLE, VA 22172 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MARKET FORCE INFORMATION |
|---|---|---|---|
| | | | 371 CENTENNIAL PARKWAY SUITE 210 |
| | **State the term remaining** | 11 month(s) | |
| | **List the contract number of any government contract** | | LOUISVILLE, CO 80027 |

| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MARKET FORCE INFORMATION |
|---|---|---|---|
| | | | 371 CENTENNIAL PARKWAY SUITE 210 |
| | **State the term remaining** | 11 month(s) | |
| | **List the contract number of any government contract** | | LOUISVILLE, CO 80027 |

| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement<br>Buyer | MARKET PARTNER SR, INC. |
|---|---|---|---|
| | | | 799 W COLISEUM WAY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | MIDVALE, UT 84047 |

| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement<br>Buyer | MARKET PARTNER SR, INC. |
|---|---|---|---|
| | | | 6350 S 3000 EAST |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | SALT LAKE CITY, UT 84121 |

| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MARU GROUP LLC |
|---|---|---|---|
| | | | 7TH FL |
| | **State the term remaining** | 10 month(s) | 858 BEATTY ST |
| | **List the contract number of any government contract** | | VANCOUVER, BC V6B IC1 |

| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MASTERACK |
|---|---|---|---|
| | | | 2400 MELLON CT |
| | **State the term remaining** | 33 month(s) | |
| | **List the contract number of any government contract** | | DECATUR, GA 30035 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MASTERCARD INTERNATIONAL, INCORPORATED<br>2000 PURCHASE ST<br><br>PURCHASE, NY 10577 |
|---|---|---|---|
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | Sales Confirmation Letter<br>Buyer | MASTERCARD WORLDWIDE<br>2000 PURCHASE STREET<br><br>PURCHASE, NY 10577 |
|---|---|---|---|
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MASTERCARD WORLDWIDE<br>2000 PURCHASE ST<br><br>PURCHASE, NY 10577 |
|---|---|---|---|
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MASTERCARD WORLDWIDE<br>2000 PURCHASE ST<br><br>PURCHASE, NY 10577 |
|---|---|---|---|
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | |

| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MATARAZZI CONTRACTING LLC<br>301 SOUTH 5TH ST<br><br>LEBANON, PA 17042 |
|---|---|---|---|
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | |

| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | MATSON NAVIGATION COMPANY, INC.<br>555 12TH STREET<br><br>OAKLAND, CA 94611 |
|---|---|---|---|
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MAXIMUS, INC. |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 11419 SUNSET HILL RD |
| | List the contract number of any government contract | | RESTON, VA 20190 |

| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT SERVICES AGREEMENT<br>Buyer | MC2 MODEL MANAGEMENT LLC |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 1674 ALTON RD |
| | List the contract number of any government contract | | STE 400 OR 500 |
| | | | MIAMI BEACH, FL 33139 |

| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MCAFEE, INC |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 5000 HEADQUARTERS DR |
| | List the contract number of any government contract | | PLANO, TX 75024 |

| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MCAFEE, INC |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 5000 HEADQUARTERS DR |
| | List the contract number of any government contract | | PLANO, TX 75024 |

| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MCS PRO |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 4707 140TH AVENUE N |
| | List the contract number of any government contract | | SUITE 114 |
| | | | CLEARWATER, FL 33762 |

| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement<br>Buyer | MDX MEDICAL, INC. D/B/A/ VITALS |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 210 CLAY AVENUE |
| | List the contract number of any government contract | | LYNDHURST, NJ 07071 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | MERCHANTS LEASING |
|---|---|---|---|
| | State the term remaining | 59 month(s) | 1278 HOOKSETT ROAD |
| | List the contract number of any government contract | | HOOKSETT, NH 03106 |

| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement MASTER AGREEMENT Buyer | MERGE CHICAGO HYC HEALTH INC |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 200 E RANDOLPH ST |
| | | | STE 3450 |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | SOW Buyer | MERGE CHICAGO HYC HEALTH INC |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 200 E RANDOLPH ST |
| | | | STE 3450 |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | SOW Buyer | MERGE CHICAGO HYC HEALTH INC |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 200 E RANDOLPH ST |
| | | | STE 3450 |
| | List the contract number of any government contract | | CHICAGO, IL 60601 |

| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | Service agreement Buyer | MERKLE INC. |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 7001 COLUMBIA GATEWAY DRIVE |
| | List the contract number of any government contract | | COLUMBIA, MD 21046 |

| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | METROPOLITAN LIFE INSURANCE COMPANY |
|---|---|---|---|
| | State the term remaining | 38 month(s) | 1900 E GOLF ROAD |
| | | | SUITE 500 |
| | List the contract number of any government contract | | SCHAUMBURG, IL 60173 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MICROSOFT CORPORATION |
|---|---|---|---|
| | | Buyer | ONE MICROSOFT WAY |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | REDMOND, WA 98052-6399 |

| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MICROSOFT ENTERPRISE SERVICES-569749 |
|---|---|---|---|
| | | Buyer | ONE MICROSOFT WAY |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | REDMOND, WA 98052 |

| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MICROSOFT ENTERPRISE SERVICES-569749 |
|---|---|---|---|
| | | Buyer | ONE MICROSOFT WAY |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | REDMOND, WA 98052 |

| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | MICROSOFT ENTERPRISE SERVICES-569749 |
|---|---|---|---|
| | | Buyer | ONE MICROSOFT WAY |
| | State the term remaining | 20 month(s) | |
| | List the contract number of any government contract | | REDMOND, WA 98052 |

| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MICROSTRATEGY INC |
|---|---|---|---|
| | | Buyer | 1861 INTERNATIONAL DRI |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | MCLEAN, VA 22102 |

| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | MICROSTRATEGY INC-540898 |
|---|---|---|---|
| | | Buyer | P O BOX 409671 |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30384 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name
                                                              Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | MID AMERICA TILE INC-1000530311 |
|---|---|---|---|
| | **State the term remaining** | 9 month(s) | 1650 HOWARD STREET |
| | **List the contract number of any government contract** | | ELK GROVE VILLAGE, IL 60007 |

| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | MIDWEST SNOW |
|---|---|---|---|
| | | | 2000 BLOOMINGDALE RD |
| | **State the term remaining** | 13 month(s) | SUITE 115 |
| | **List the contract number of any government contract** | | GLENDALE HEIGHTS, IL 60139 |

| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | | MIMEDIA, INC. |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Buyer | MIND TOOLS LIMITED |
|---|---|---|---|
| | | | 145-157 ST JOHN STREET |
| | **State the term remaining** | 4 month(s) | 2ND FLOOR |
| | **List the contract number of any government contract** | | LONDON, |

| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Licensee | MINTEL INTERNATIONAL GROUP LTD |
|---|---|---|---|
| | | | 333 W WACKER DR |
| | **State the term remaining** | 3 month(s) | STE 1100 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM SUBSCRIPTION AGREEMENT?<br><br>Buyer | MINTEL INTERNATIONAL GROUP LTD-1018488736 |
|---|---|---|---|
| | | | 333 W WACKER DR |
| | **State the term remaining** | 3 month(s) | STE 1100 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Licensee | MIXPANEL,INC |
|---|---|---|---|
| | | | 405 HOWARD ST 2ND FLOOR |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94103 |

| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MIXPANEL,INC |
|---|---|---|---|
| | | | 405 HOWARD ST |
| | State the term remaining | 8 month(s) | 2ND FLOOR |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94103 |

| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MIZE INC |
|---|---|---|---|
| | | | 8610 HIDDEN RIVER PKWY |
| | State the term remaining | 1 month(s) | STE 200 |
| | List the contract number of any government contract | | TAMPA, FL 33637 |

| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MLC LANDSCAPING CO, INC |
|---|---|---|---|
| | | | 14618 JONES MALTSBERGER |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78247 |

| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>INDIVIDUAL STORE SERVICE AGREEMENT<br>Buyer | MLC LANDSCAPING CO., INC |
|---|---|---|---|
| | | | 14618 JONES MALTSBERGER |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78247 |

| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | Software Service Agreement<br>Buyer | MOBEGIC, INC. (DBA UNBOUND COMMERCE) |
|---|---|---|---|
| | | | 20 SPEEN ST |
| | State the term remaining | | SUITE 201 |
| | List the contract number of any government contract | | FRAMINGHAM, MA 01701 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.809** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MODELOGIC MIDWEST LLC |
| | | | 312 N MAY ST |
| | State the term remaining | 16 month(s) | STE 2-F |
| | List the contract number of any government contract | | CHICAGO, IL 60607 |

| | | |
|---|---|---|
| **2.810** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MONOGRAM CREATIVE GROUP |
| | | | 1723 WILDBERRY DRIVE UNIT C |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | GLENVIEW, IL 60025 |

| | | |
|---|---|---|
| **2.811** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOOD MEDIA-1000504217 |
| | | | 3318 LAKEMONT BLVD |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | FT MILL, SC 29708 |

| | | |
|---|---|---|
| **2.812** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MORGAN STANLEY SMITH BARNEY |
| | | | 787 SEVENTH AVE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10019 |

| | | |
|---|---|---|
| **2.813** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MORRISTOWN STAR STRUCK LLC-44350460 |
| | | | 8 FJ CLARKE CIRCLE |
| | State the term remaining | 14 month(s) | |
| | List the contract number of any government contract | | BETHEL, CT 06801 |

| | | |
|---|---|---|
| **2.814** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOSAIC DATA SCIENCE |
| | | | 540 FORT EVANS RD NEÂ |
| | State the term remaining | 23 month(s) | STE 300 |
| | List the contract number of any government contract | | LEESBURG, VA 20176 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.815 | State what the contract or lease is for and the nature of the debtor's interest | SOW for services<br>Buyer | MOTIONPOINT CORPORATION<br><br>PO BOX 534618<br><br>ATLANTA, GA 30353 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.816 | State what the contract or lease is for and the nature of the debtor's interest | master agreement for services<br>Buyer | MOTIONPOINT CORPORATION<br><br>4661 JOHNSONROAD<br><br>SUITE 14<br><br>COCONUT CREEK, FL 33070 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.817 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOTIVATION EXCELLENCE INC<br><br>1834 WALDEN OFFICE SQUARE<br><br>STE 400<br><br>SCHAUMBURG, IL 60173 |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | |

| 2.818 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MOTOROLA SOLUTIONS<br><br>1125 SANCTUARY PARKWAY<br><br>SECOND FLOOR SUITE 250<br><br>ALPHARETTA, GA 30009 |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | |

| 2.819 | State what the contract or lease is for and the nature of the debtor's interest | | MOVPLICITY, INC. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.820 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MP FACTOR, LLC<br><br>400 N MICHIGAN AVE<br><br>STE 700<br><br>CHICAGO, IL 60611 |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
　　　　　Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.821 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MP HOLDINGS N AMER, INC |
|---|---|---|---|
| | | | 1001 BRICKELL BAY DR |
| | State the term remaining | 15 month(s) | STE 2306 |
| | List the contract number of any government contract | | MIAMI, FL 33131 |

| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MQGEM SOFTWARE LIMITED |
|---|---|---|---|
| | | | 17 MONTGOMERY WAY |
| | State the term remaining | 19 month(s) | CHANDLERS FORD |
| | List the contract number of any government contract | | EASTLEIGH, ENGLAND SO53 3PX |

| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | B2B LICENSE AGREEMENT<br>LICENSOR | MR. ANDY K. MELWANI |
|---|---|---|---|
| | | | 11255 NEW HAMPSHIRE AVENUE |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | SILVER SPRING, MD 20904 |

| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>4 INDIVIDUAL STORE AGREEMENTS<br>Buyer | MS LANDSCAPING AND CONTRACTING |
|---|---|---|---|
| | | | 420 BROADWAY |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | DOBBS FERRY, NY 10522 |

| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MULTI WALL PACKAGING-519145 |
|---|---|---|---|
| | | | 50 TAYLOR DRIVE |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | EAST PROVIDENCE, RI 02916 |

| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MUNIE |
|---|---|---|---|
| | | | 1000 MILBURN SCHOOL RD |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | CASEYVILLE, IL 62232 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

| | | |
|---|---|---|
| ▉ | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MUSIC TECHNOLOGIES INC D/B/A MUSIC TECHNOLOGIES INTERNATIONAL |
|---|---|---|---|
| | | | 24901 NORTHWESTERN HWY |
| | State the term remaining | 11 month(s) | STE 212 |
| | List the contract number of any government contract | | SOUTHFIELD, MI 48075 |

| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MYERS MEDIA GROUP |
|---|---|---|---|
| | | | 10525 VISTA SORRENTO PARKWAY |
| | State the term remaining | 17 month(s) | SUITE 220 |
| | List the contract number of any government contract | | SAN DIEGO, CA 92121 |

| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MYERS MEDIA GROUP |
|---|---|---|---|
| | | | 10525 VISTA SORRENTO PARKWAY |
| | State the term remaining | 17 month(s) | SUITE 220 |
| | List the contract number of any government contract | | SAN DIEGO, CA 92121 |

| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | MYTHOS PROFESSIONAL SERVICES DBA MOBILE VAC |
|---|---|---|---|
| | | | 2715 AUDREY LANE |
| | State the term remaining | | |
| | List the contract number of any government contract | | BISHOP, CA 93514 |

| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | NAILPORT, INC. |
|---|---|---|---|
| | | | 40 BATTERY STREET SUITE 6 |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | BOSTON, IL 01209 |

| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NANAVATI CONSULTING |
|---|---|---|---|
| | | | 109 LONGFELLOW DRIVE |
| | State the term remaining | 26 month(s) | NONE |
| | List the contract number of any government contract | | MILLERSVILLE, MD 21108 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.833 | State what the contract or lease is for and the nature of the debtor's interest | Sears Marketplace Agreement<br>Buyer | NASHVILLE SHOE WAREHOUSE |
|---|---|---|---|
| | | | 1415 MURFREESBORO PIKE |
| | State the term remaining | | SUITE 388 |
| | List the contract number of any government contract | | NASHVILLE, TN 37217 |

| 2.834 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NATIONAL HEALTH INFORM NETWORK INC/ABSOLUTE AR |
|---|---|---|---|
| | | | 101 JIM WRIGHT FREEWAY SOUTH |
| | State the term remaining | 25 month(s) | SUITE 200 |
| | List the contract number of any government contract | | FORT WORTH, TX 76108 |

| 2.835 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NATIONAL INTERNATIONAL ROOFING CORP |
|---|---|---|---|
| | | | 11317 SMITH DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | HUNTLEY, IL 60142 |

| 2.836 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NATIONAL INTERNATIONAL ROOFING CORP |
|---|---|---|---|
| | | | 11317 SMITH DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | HUNTLEY, IL 60142 |

| 2.837 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NATIONAL INTERNATIONAL ROOFING CORP |
|---|---|---|---|
| | | | 11317 SMITH DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | HUNTLEY, IL 60142 |

| 2.838 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NATIONAL INTERNATIONAL ROOFING CORP |
|---|---|---|---|
| | | | 11317 SMITH DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | HUNTLEY, IL 60142 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                    Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | NATIONAL INTERNATIONAL ROOFING CORP |
|---|---|---|---|
| | **State the term remaining** | | 11317 SMITH DRIVE |
| | **List the contract number of any government contract** | | HUNTLEY, IL 60142 |

| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | NATIONAL INTERNATIONAL ROOFING CORP |
|---|---|---|---|
| | **State the term remaining** | | 11317 SMITH DRIVE |
| | **List the contract number of any government contract** | | HUNTLEY, IL 60142 |

| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | NATURAL RESOURCE TECHNOLOGY INC |
|---|---|---|---|
| | **State the term remaining** | 26 month(s) | 234 WEST FLORIDA STREET 5TH |
| | **List the contract number of any government contract** | | MILWAUKEE, WI 53204 |

| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | NAVEX GLOBAL, INC. |
|---|---|---|---|
| | **State the term remaining** | 8 month(s) | 6000 MEADOWS STREET SUITE 200 |
| | **List the contract number of any government contract** | | LAKE OSWEGO, OR 97223 |

| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Buyer | NAVEX GLOBAL, INC. |
|---|---|---|---|
| | **State the term remaining** | 8 month(s) | 6000 MEADOWS STREET SUITE 200 |
| | **List the contract number of any government contract** | | LAKE OSWEGO, OR 97223 |

| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Seller | NAVY EXCHANGE SERVICE COMMAND (NEXCOM) |
|---|---|---|---|
| | **State the term remaining** | 24 month(s) | 3280 VIRGINIA BEACH BLVD |
| | **List the contract number of any government contract** | | VIRGINIA BEACH, VA 23452 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NAYLOR, LLC - GAINESVILLE |
|---|---|---|---|
| | | | 5950 NW 1ST PLACE |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | GAINSVILLE, FL 32607 |

| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NCH MARKETING SERVICES INC |
|---|---|---|---|
| | | | 155 N PFINGSTEN ROAD SUITE 200 |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | DEERFIELD, IL 60015 |

| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NCR CORPORATION-1316090 |
|---|---|---|---|
| | | | 405 S WASHINGTON BLVD |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | MUNDELEIN, IL 60060 |

| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | NCR CORPORATION-1316090 |
|---|---|---|---|
| | | | 14181 COLLECTIONS CENTER DRIVE |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | master for services<br>Buyer | NEW ENGEN, INC |
|---|---|---|---|
| | | | 801 3RD AVE |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | SEATTLE, WA 98104 |

| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NEW ENGINE, INC |
|---|---|---|---|
| | | | 801 3RD AVE |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | SEATTLE, WA 98104 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | NEW ENGINE, INC |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 801 3RD AVE |
| | List the contract number of any government contract | | SEATTLE, WA 98104 |

| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NEW IMAGE BUILDING SERVICES |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1405 COMBERMERE DR |
| | List the contract number of any government contract | | TROY, MI 48083 |

| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>subscriber | NEW RELIC INC |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 188 SPEAR ST<br>STE 1200 |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94105 |

| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | Use & Dissemination Agreement<br>Buyer | NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 1111 FRANKLIN AVE |
| | List the contract number of any government contract | | GARDEN CITY, NY 11540 |

| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | NEWS AMERICA MARKETING IN-STORE SERVICES, LLC |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 1185 AVENUE OF AMERICAS 27TH FLOOR |
| | List the contract number of any government contract | | NEW YORK, NY 10036 |

| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | NEXCOM |
|---|---|---|---|
| | State the term remaining | 48 month(s) | 3280 VIRGINIA BEACH BLVD<br>VIRGINIA BEACH VA |
| | List the contract number of any government contract | | VIRGINIA BEACH, VA 23452 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION    Case number *(if known)*    18-23553
Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NHS GLOBAL EVENTS |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 5215 OLD ORCHARD ROAD |
| | | | STE 620 |
| | List the contract number of any government contract | | SKOKIE, IL 60007 |

| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | Private Label Supply Agreement<br>Buyer | NIAGRA BOTTLING, LLC |
|---|---|---|---|
| | State the term remaining | | 2560 E PHILADELPHIA ST |
| | List the contract number of any government contract | | ONTARIO, CA 91761 |

| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | NIGHTINGALE MANAGEMENT SERVICES, LLC |
|---|---|---|---|
| | State the term remaining | 16 month(s) | 448 GRIFFING AVE |
| | List the contract number of any government contract | | RIVERHEAD, NY 11901 |

| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | NOBLELIFT NORTH AMERICA CORP. |
|---|---|---|---|
| | State the term remaining | 27 month(s) | 2461 S WOLF RD |
| | List the contract number of any government contract | | DES PLAINES, IL 60018 |

| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | Retailer Agreement<br>Buyer | NPD GROUP INC-1000798264 |
|---|---|---|---|
| | State the term remaining | 27 month(s) | 900 WEST SHORE ROAD |
| | List the contract number of any government contract | | PORT WASHINGTON, NY 11050 |

| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | NUANCE COMMUNICATIONS INC-530212 |
|---|---|---|---|
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | NYCE PAYMENTS NETWORK, LLC |
|---|---|---|---|
| | | | 400 PLAZA DRIVE |
| | State the term remaining | | 2ND FLOOR |
| | List the contract number of any government contract | | SECAUCUS, NJ 07094 |

| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | PRINT AGREEMENT  Buyer | OAHU PUBLICATIONS INC |
|---|---|---|---|
| | | | 605 KAPIOLANI BLVD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | HONOLULU, HI 96813 |

| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | | OBDEDGE, LLC D/B/A CELLCONTROL |
|---|---|---|---|
| | | | Â 7117 FLORIDA BLVD |
| | State the term remaining | 31 month(s) | Â SUITE 306 |
| | List the contract number of any government contract | | BATON ROUGE, CA 70806 |

| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | OBVIOUSLY SOCIAL LLC |
|---|---|---|---|
| | | | 241 CENTRE AVE |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | NY, NY 10013 |

| 2.867 | State what the contract or lease is for and the nature of the debtor's interest | Sears Marketplace Agreement  Buyer | OFFICE DEPOT, INC. |
|---|---|---|---|
| | | | 6600 N MILITARY TRAIL |
| | State the term remaining | | |
| | List the contract number of any government contract | | BOCA RATON, FL 33496 |

| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement  Licensee | OHIO VALLEY DENTAL ASSOCIATES |
|---|---|---|---|
| | | | 67800 MALL RING RD UNIT 100 |
| | State the term remaining | 52 month(s) | |
| | List the contract number of any government contract | | ST CLAIRESVILLE, OH 43950 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>LICENSOR | OHIO VALLEY DENTAL ASSOCIATES |
|---|---|---|---|
| | State the term remaining | 52 month(s) | 67800 MALL RING RD UNIT 100 |
| | List the contract number of any government contract | | ST CLAIRESVILLE, OH 43950 |

| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OHLSSON MANAGEMENT |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 900 S 5TH ST |
| | | | STE 401 |
| | List the contract number of any government contract | | MILWAUKEE, WI 53204 |

| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ONE MANAGEMENT |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 2428 BATH RD |
| | List the contract number of any government contract | | ELGIN, IL 60124 |

| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ONE MANAGEMENT |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 42 BOND ST |
| | List the contract number of any government contract | | NY, NY 10012 |

| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ONE SOURCE PROPERTY MAINTENANCE |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1192 WEST |
| | | | 10125 SOUTH |
| | List the contract number of any government contract | | SOUTH JORDAN, UT 84095 |

| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ONE SOURCE PROPERTY MAINTENANCE |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 1192 W 10125 S |
| | List the contract number of any government contract | | SOUTH JORDAN, UT 84095 |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | Trademark Use Authorization<br>Licensee | ONE WORLD TECHNOLTY INC TOGETHER WITH ITS FACTORY TECHTROI |
|---|---|---|---|
| | | | 1429 PEARMAN DAIRY ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | ANDERSON, SC 29626 |

| 2.876 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OPENWORKS |
|---|---|---|---|
| | | | 4742 NORTH 24TH STREET SUITE 450 |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | PHOENIX, AZ 85016 |

| 2.877 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OPTIV SECURITY INC-638333 |
|---|---|---|---|
| | | | 1125 17TH STREET |
| | State the term remaining | 10 month(s) | SUITE 1700 |
| | List the contract number of any government contract | | DENVER, CO 80202 |

| 2.878 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ORACLE AMERICA INC |
|---|---|---|---|
| | | | 500 ORACLE PKWY |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | REDWOOD SHORES, CA 94065 |

| 2.879 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ORACLE AMERICA INC |
|---|---|---|---|
| | | | 500 ORACLE PKWY |
| | State the term remaining | 31 month(s) | |
| | List the contract number of any government contract | | REDWOOD SHORES, CA 94065 |

| 2.880 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ORACLE AMERICA INC-402651 |
|---|---|---|---|
| | | | 500 ORACLE PARKWAY |
| | State the term remaining | 21 month(s) | |
| | List the contract number of any government contract | | REDWOOD SHORES, CA 94065 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br>Buyer |
| | **State the term remaining** | 11 month(s) |
| | **List the contract number of any government contract** | |

ORACLE AMERICA INC-402651

500 ORACLE PARKWAY

REDWOOD SHORES, CA 94065

| | | |
|---|---|---|
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Buyer |
| | **State the term remaining** | 29 month(s) |
| | **List the contract number of any government contract** | |

ORACLE AMERICA INC-402651

500 ORACLE PKWY

REDWOOD SHORES, CA 94065

| | | |
|---|---|---|
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 19 month(s) |
| | **List the contract number of any government contract** | |

ORACLE AMERICA INC-402651

500 ORACLE PKWY

REDWOOD SHORES, CA 94065

| | | |
|---|---|---|
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 19 month(s) |
| | **List the contract number of any government contract** | |

ORACLE AMERICA INC-402651

500 ORACLE PKWY

REDWOOD SHORES, CA 94065

| | | |
|---|---|---|
| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 19 month(s) |
| | **List the contract number of any government contract** | |

ORACLE AMERICA INC-402651

500 ORACLE PKWY

REDWOOD SHORES, CA 94065

| | | |
|---|---|---|
| 2.886 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | **State the term remaining** | 40 month(s) |
| | **List the contract number of any government contract** | |

ORACLE ELEVATOR

620 CRESTSIDE DR

DUNCANVILLE, TX 75137

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br>Buyer | ORR SAFETY CORP |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 1266 RELIABLE PARKWAY |
| | List the contract number of any government contract | | CHICAGO, IL 60686 |

| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OUTDOOR FX |
|---|---|---|---|
| | State the term remaining | 11 month(s) | PO BOX 66 |
| | List the contract number of any government contract | | PLAIN CITY, OH 43064 |

| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | OUTSIDE KEYSHOP, LLC |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 7418 ELBRIDGE LANE |
| | List the contract number of any government contract | | DEER PARK, TX 77536 |

| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | OUTSIGHTS KNOWLEDGELOOP |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 2145 SANFORD CT |
| | List the contract number of any government contract | | VERO BEACH, FL 32963 |

| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PACIFIC TECHNOLOGY SOLUTIONS |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 15530 B4 ROCKFIELD BLVD |
| | List the contract number of any government contract | | IRVINE, CA 92618 |

| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | PAGE ONE #2, INC. |
|---|---|---|---|
| | State the term remaining | 18 month(s) | 9 E JOHN STREET |
| | List the contract number of any government contract | | SPRINGFIELD, OH 45506 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | Lease-490<br><br>Lessor | PANDA EXPRESS, INC.<br><br>1683 WALNUT GROVE AVENUE |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | ROSEMEAD, CA 91770 |

| | | | |
|---|---|---|---|
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | PARKS ENVIRONMENTAL CONSULTING INC<br><br>4805 ELLIOT AVENUE |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | MINNEAPOLIS, MN 55417 |

| | | | |
|---|---|---|---|
| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PARLANCE CORPORATION<br><br>400 W CUMMINGS PARK |
| | State the term remaining | 15 month(s) | SUITE 2000 |
| | List the contract number of any government contract | | WOBURN, MA 01801 |

| | | | |
|---|---|---|---|
| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PARLANCE CORPORATION<br><br>400 W CUMMINGS PARK |
| | State the term remaining | 15 month(s) | SUITE 2000 |
| | List the contract number of any government contract | | WOBURN, MA 01801 |

| | | | |
|---|---|---|---|
| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PARTITION SYSTEMS INC OF S CAROLINA-648154<br><br>PO BOX 532133 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30353 |

| | | | |
|---|---|---|---|
| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PARTNERS IN LEADERSHIP INC<br><br>27555 YNEZ ROAD SUITE 300 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | TEMECULA, CA 9259I |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
      Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.899 | | | |
|---|---|---|---|
| | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | PARTNERS IN LEADERSHIP INC |
| | | | 27555 YNEZ ROAD SUITE 300 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | TEMECULA, CA 9259I |

| 2.900 | | | |
|---|---|---|---|
| | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | PAYPAL, INC. |
| | | | EBAY PARK NORTH |
| | **State the term remaining** | | 2211 NORTH FIRST ST |
| | **List the contract number of any government contract** | | SAN JOSE, CA 95131 |

| 2.901 | | | |
|---|---|---|---|
| | **State what the contract or lease is for and the nature of the debtor's interest** | HIPPA Agreement<br><br>Buyer | PDX INC-361857 |
| | | | 101 JIM WRIGHT FREEWAY S |
| | **State the term remaining** | 46 month(s) | SUITE 200 |
| | **List the contract number of any government contract** | | FORTSWORTH, TX 76108 |

| 2.902 | | | |
|---|---|---|---|
| | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement<br><br>Buyer | PENSKE TRUCK LEASING-362702664 |
| | | | 2675 MORGANTOWN ROAD |
| | **State the term remaining** | 61 month(s) | |
| | **List the contract number of any government contract** | | READING, PA 19607 |

| 2.903 | | | |
|---|---|---|---|
| | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Buyer | PENTAHO |
| | | | 5950 HAZELTINE NATIONAL DRIVE |
| | **State the term remaining** | 16 month(s) | SUITE 460 |
| | **List the contract number of any government contract** | | ORLANDO, FL 32822 |

| 2.904 | | | |
|---|---|---|---|
| | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT LABOR SERVICES AGREEMENT<br><br>Buyer | PEOPLESHARE |
| | | | 1566 MEDICAL DR |
| | **State the term remaining** | 9 month(s) | STE 300 |
| | **List the contract number of any government contract** | | POTTSTOWN, PA 19464 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.905 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PERFICIENT, INC.<br>555 MARYVILLE UNIVERSITY DRIVE<br>SUITE 600<br>ST LOUIS, MO 63141 |
| | State the term remaining | 33 month(s) | |
| | List the contract number of any government contract | | |

| 2.906 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PERMISSION DATA, LLC<br>451 PARK AVE S<br><br>NY, NY 10016 |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | |

| 2.907 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PERSADO, INC<br>50 W 17TH ST<br>11TH FLOOR<br>NY, NY 10011 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

| 2.908 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Buyer | PET360 INC<br>2250 BUTLER PIKE<br><br>PLYMOUTH MEETING, PA |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | |

| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PETERSON TECHNOLOGY PARTNERS, INC<br>1600 E GOLF RD<br>STE 1200<br>ROLLING MEADOWS, IL 60008 |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | |

| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PETERSON TECHNOLOGY PARTNERS, INC<br>1600 E GOLF RD<br>STE 1200<br>ROLLING MEADOWS, IL 60008 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PETERSON TECHNOLOGY PARTNERS, INC |
|---|---|---|---|
| | | | 1600 E GOLF RD |
| | State the term remaining | 1 month(s) | STE 1200 |
| | List the contract number of any government contract | | ROLLING MEADOWS, IL 60008 |

| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PETOSKEY PLASTICS |
|---|---|---|---|
| | | | DRAWER 67-651 |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | DETROIT, MI 48267 |

| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | PHAIDON INTERNATIONAL |
|---|---|---|---|
| | | | 622 3RD AVE |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | NEW YORK, NY 10017 |

| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PHOENIX ENERGY TECHNOLOGIES INC |
|---|---|---|---|
| | | | 165 TECHNOLOGY |
| | State the term remaining | 22 month(s) | SUITE 150 |
| | List the contract number of any government contract | | IRVINE, CA 92618 |

| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PIKATO INC-702490 |
|---|---|---|---|
| | | | 2202 N WEST SHORE BLVD |
| | State the term remaining | 16 month(s) | STE 200 |
| | List the contract number of any government contract | | TAMPA, FL 33607 |

| 2.916 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PIPP MOBILE STORAGE SYSTEMS INC-418178 |
|---|---|---|---|
| | | | 1546 MOMENTUM PLACE |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60689 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.917 | State what the contract or lease is for and the nature of the debtor's interest | software and services<br>Buyer | PIVOTAL SOFTWARE, INC. |
|---|---|---|---|
| | State the term remaining | 11 month(s) | 176 SOUTH STREET |
| | List the contract number of any government contract | | HOPKINTON, MA 01748 |

| 2.918 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PLUS LOCATION SYSTEMS USA LLC |
|---|---|---|---|
| | State the term remaining | 7 month(s) | 6767 OLD MADISON PIKE |
| | | | SUITE 310 |
| | List the contract number of any government contract | | HUNTSVILLE, AL 35806 |

| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PLUSONE SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 11301 CORPORATE BLVD SUITE 215 |
| | List the contract number of any government contract | | ORLANDO, FL 32817 |

| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PLUSONE SOLUTIONS, INC. |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 11301 CORPORATE BLVD SUITE 215 |
| | List the contract number of any government contract | | ORLANDO, FL 32817 |

| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | SOW for services<br>Buyer | POWERREVIEWS INC. |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 180 MONTFOMERY ST SUITE 1800 |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94104 |

| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | Direct Program Administration Agreement (Includes affiliates)<br>Buyer | PPS DATA, LLC (PROVIDERPAY) |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 3949 S 700 EAST |
| | | | SUITE 320 |
| | List the contract number of any government contract | | SALT LAKE CITY, UT 84107 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | PRATT INDUSTRIES USA |
|---|---|---|---|
| | State the term remaining | 22 month(s) | 1800-C SARASOTA PARKWAY |
| | List the contract number of any government contract | | CONYERS, GA 30013 |

| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement  Buyer | PRECISION CONTROL SYSTEMS-1129043175 |
|---|---|---|---|
| | State the term remaining | 20 month(s) | 1980 UNIVERSITY LANE |
| | List the contract number of any government contract | | LISLE, IL 60532 |

| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | PREFERRED DISPLAY |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 310 BRIGHTON RD |
| | List the contract number of any government contract | | CLIFTON, NJ 07012 |

| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | PRGX USA, INC. |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 600 GALLERIA PARKWAY SUITE 100 |
| | List the contract number of any government contract | | ATLANTA, GA 30339 |

| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Buyer | PRGX USA, INC. |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 600 GALLERIA PARKWAY SUITE 100 |
| | List the contract number of any government contract | | ATLANTA, GA 30339 |

| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT LABOR SERVICES AGREEMENT  Buyer | PRIORITY STAFFING INC |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 712 N CARBON STREET |
| | List the contract number of any government contract | | MARION, IL 62959 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRO JANITORIAL & CONSTRUCTION LLC |
|---|---|---|---|
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | |

| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRODIGY LAND MANAGEMENT LLC |
|---|---|---|---|
| | | | 5470 E BUSCH BLVD 207 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | TEMPLE TERRACE, FL 33617 |

| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PRODIGY LAND MANAGEMENT LLC |
|---|---|---|---|
| | | | 9508 SIX MILD CREED RD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | TAMPA, FL 33610 |

| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PROGRESSIVE FLOORING SERVICES |
|---|---|---|---|
| | | | 100 HERITAGE DRIVE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | ETNA, OH 43602 |

| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PROJECT LEADERSHIP ASSOCIATES |
|---|---|---|---|
| | | | 120 S LASALLE STREET |
| | State the term remaining | 38 month(s) | SUITE 1200 |
| | List the contract number of any government contract | | CHICAGO, IL 60603 |

| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | PROOFPOINT INC-700622 |
|---|---|---|---|
| | | | 892 ROSS DRIVE |
| | State the term remaining | 7 month(s) | NONE |
| | List the contract number of any government contract | | SUNNYVALE, CA 94089 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | PROTECTIVE COUNTERMEASURES INC |
|---|---|---|---|
| | **State the term remaining** | 3 month(s) | 308 MAIN STREET |
| | **List the contract number of any government contract** | | NEW ROCHELLE, NY 10801 |

| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | PROVIDER PAY - 340B DIRECT |
|---|---|---|---|
| | **State the term remaining** | 8 month(s) | 5241 S STATE ST UNIT 2 |
| | **List the contract number of any government contract** | | MURRAY, UT 84107 |

| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | PTC-695103 |
|---|---|---|---|
| | | | 140 KENDRICK STREET |
| | **State the term remaining** | 8 month(s) | NONE |
| | **List the contract number of any government contract** | | NEEDHAM, MA 02494 |

| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | PTC-695103 |
|---|---|---|---|
| | | | P O BOX 945722 |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | ATLANTA, GA 30394 |

| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest** | software and services<br>Buyer | PTI MARKETING TECHNOLOGIES |
|---|---|---|---|
| | | | 201 LOMAS SANTA FE DR |
| | **State the term remaining** | 9 month(s) | STE 300 |
| | **List the contract number of any government contract** | | SOLANA BEACH, CA 92075 |

| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | PULSE NETWORK LLC, A DISCOVER COMPANY |
|---|---|---|---|
| | | | 1301 MCKINNEY |
| | **State the term remaining** | | STE 600 |
| | **List the contract number of any government contract** | | HOUSTON, TX 77010 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | PULSELEARNING LTD |
| --- | --- | --- | --- |
| | | | KERRY TECHNOLOGY PARK |
| | State the term remaining | 8 month(s) | TRALEE CO |
| | List the contract number of any government contract | | KERRY |

| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement<br>Buyer | PURE HEALTH SOLUTIONS INC |
| --- | --- | --- | --- |
| | | | 950 CORPORATE WOODS PARKWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | VERNON HILLS, IL 60061 |

| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | master SaaS agreement<br>Buyer | QUAD ANALYTIX, INC. |
| --- | --- | --- | --- |
| | | | 1730 S EL CAMINO REAL |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | SAN MATEO, CA 94402 |

| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | SOW for services<br>Buyer | QUAD ANALYTIX, INC. |
| --- | --- | --- | --- |
| | | | 1730 S EL CAMINO REAL STE 500 |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | SAN MATEO, CA 94402 |

| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to SOW<br>Buyer | QUAD ANALYTIX, INC. (NOW "WISER SOLUTIONS INC") |
| --- | --- | --- | --- |
| | | | 1730 S EL CAMINO REAL STE 500 |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | SAN MATEO, CA 94402 |

| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | QUALYS, INC. |
| --- | --- | --- | --- |
| | | | 1600 BRIDGE PARKWAY |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | REDWOOD SHORES, CA 94065 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement. Applies to Debtor's Affiliates.<br><br>Buyer | QUINSTREET, INC |
|---|---|---|---|
| | | | 950 TOWER LANE |
| | **State the term remaining** | 30 month(s) | 6TH FLOOR |
| | **List the contract number of any government contract** | | FOSTER CITY, CA 94404 |

| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW<br><br>Buyer | QVS SOFTWARE INC |
|---|---|---|---|
| | | | 5711 SIX FORKS RD |
| | **State the term remaining** | 4 month(s) | STE 300 |
| | **List the contract number of any government contract** | | RALEIGH, NC 27609 |

| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #3 To Master Software and Services Agreement<br><br>Buyer | QVS SOFTWARE, INC. |
|---|---|---|---|
| | | | 5950-A SIX FORKS ROAD |
| | **State the term remaining** | 8 month(s) | SUITE 300 |
| | **List the contract number of any government contract** | | RALEIGH, NC 27609 |

| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | R W ROGERS COMPANY INC-1000390476 |
|---|---|---|---|
| | | | 610 S KIRK RD |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | ST CHARLES, IL 60174 |

| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | R&B ROOFING |
|---|---|---|---|
| | | | 2601 WOOD DRIVE |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | GARLAND, TX 75041 |

| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br><br>Licensee | RAMBLIN EXPRESS |
|---|---|---|---|
| | | | 5401 E 48TH AVE |
| | **State the term remaining** | 10 month(s) | |
| | **List the contract number of any government contract** | | DENVER, CO 80216 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)  18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.953 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RANDSTAD |
|---|---|---|---|
| | | | 150 PRESIDENTIAL WAY |
| | State the term remaining | 2 month(s) | 5 TH FLOOR |
| | List the contract number of any government contract | | WOBURN, MA 01801 |

| 2.954 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RAYTHEON PROFESSIONAL SERVICES LLC |
|---|---|---|---|
| | | | 1200 S JUPITER ROAD |
| | State the term remaining | 8 month(s) | MS LB-CONTRACTOR |
| | List the contract number of any government contract | | GARLAND, TX 75042 |

| 2.955 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RDIALOGUE LLC-714907 |
|---|---|---|---|
| | | | 115 PERIMETER CENTER PL |
| | State the term remaining | 11 month(s) | STE 945 |
| | List the contract number of any government contract | | ATLANTA, GA 30346 |

| 2.956 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Licensee | REBUILDING TOGETHER INC |
|---|---|---|---|
| | | | 999 NORTH CAPITAL ST NE |
| | State the term remaining | 5 month(s) | SUITE 701 |
| | List the contract number of any government contract | | WASHINGTON, DC 20002 |

| 2.957 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | RED HAT INC-481841 |
|---|---|---|---|
| | | | 1801 VARSITY DRIVE |
| | State the term remaining | 5 month(s) | NONE |
| | List the contract number of any government contract | | RALEIGH, NC 27606 |

| 2.958 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | REDAPTIVE INC |
|---|---|---|---|
| | | | 180 MONTGOMERY ST  STE 2180 |
| | State the term remaining | 10 month(s) | |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94104 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | | Case number *(if known)* | 18-23553 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.959 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | REED GROUP MANAGEMENT LLC |
|---|---|---|---|
| | State the term remaining | 60 month(s) | 10355 WESTMOOR DRIVE |
| | List the contract number of any government contract | | SUITE 200 |
| | | | WESTMINSTER, CO 80021 |

| 2.960 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | REED GROUP MANAGEMENT LLC |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 10355 WESTMOOR DRIVE |
| | List the contract number of any government contract | | SUITE 200 |
| | | | WESTMINSTER, CO 80021 |

| 2.961 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br><br>Buyer | RELATIONAL SECURITY CORPORATION |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 1 HARMON PLAZA |
| | List the contract number of any government contract | | SUITE 700 |
| | | | SECAUCUS, NJ 07094 |

| 2.962 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | RELATIONEDGE LLC |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 10120 PACIFIC HTS BLVD |
| | List the contract number of any government contract | | STE 110 |
| | | | SAN DIEGO, CA 92121-4210 |

| 2.963 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | RELATIONEDGE LLC |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 10120 PACIFIC HTS BLVD |
| | List the contract number of any government contract | | STE 110 |
| | | | SAN DIEGO, CA 92121-4210 |

| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | RE-SOURCE PARTNERS ASSET MANAGEMENT INC |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 1101 ALLEN DR |
| | List the contract number of any government contract | | |
| | | | TROY, MI 48083 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.965 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RETAIL CONTRACTORS OF PUERTO RICO |
| | State the term remaining | 3 month(s) | 1064 AVE PONCE DE LEON |
| | List the contract number of any government contract | | SUITE 600<br>SAN JUAN, PR 00908 |

| 2.966 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | RETAIL MANAGEMENT PARTNERS, INC |
| | State the term remaining | 8 month(s) | 4550 POST OAK PLACE SUITE 210 |
| | List the contract number of any government contract | | HOUSTON, TX 77027 |

| 2.967 | State what the contract or lease is for and the nature of the debtor's interest | SOW<br>Buyer | RETAILNEXT, INC. |
| | State the term remaining | 15 month(s) | 2202 N WEST SHORE BLVD<br>STE 200 |
| | List the contract number of any government contract | | TAMPA, FL 33607 |

| 2.968 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | REVFLUENCE, INC |
| | State the term remaining | 3 month(s) | 530 HOWARD ST<br>STE 100 |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94105 |

| 2.969 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | REVIEWTRACKERS |
| | State the term remaining | 9 month(s) | 320 W OHIO 2W |
| | List the contract number of any government contract | | CHICAGO, IL 60654 |

| 2.970 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | REVIEWTRACKERS |
| | State the term remaining | 9 month(s) | 320 W OHIO 2W |
| | List the contract number of any government contract | | CHICAGO, IL 60654 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | | | |
|---|---|---|---|
| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.971 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | REVIEWTRACKERS |
|---|---|---|---|
| | | | 320 W OHIO 2W |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60654 |

| 2.972 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement
Buyer | REVIEWTRACKERS |
|---|---|---|---|
| | | | 320 W OHIO 2W |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60654 |

| 2.973 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement
Party | REWARDS NETWORK ESTABLISHMENT SERVICES INC. |
|---|---|---|---|
| | | | 2 N RIVERSIDE PL |
| | State the term remaining | 28 month(s) | SUITE 200 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.974 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement
Buyer | RGIS, |
|---|---|---|---|
| | | | 2000 E TAYLOR STREET |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | AUBURN HILLS, MI 48326 |

| 2.975 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement
Buyer | RGIS, |
|---|---|---|---|
| | | | 2000 E TAYLOR STREET |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | AUBURN HILLS, MI 48326 |

| 2.976 | State what the contract or lease is for and the nature of the debtor's interest | Lease-490
Lessor | RH TAX & FINANCIAL SERVICES, INC. |
|---|---|---|---|
| | | | 1784 LAKE STREET |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | HANOVER PARK, IL 60133 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.977 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RIGHT MANAGEMENT INC-1000545079 |
| | | | 525 W MONROE |
| | State the term remaining | 29 month(s) | SUITE 1500 |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RIGHT MANAGEMENT INC-1000545079 |
| | | | 525 W MONROE |
| | State the term remaining | 29 month(s) | SUITE 1500 |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.979 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | RIGHT MANAGEMENT INC-1000545079 |
| | | | 525 W MONROE |
| | State the term remaining | 5 month(s) | SUITE 1500 |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.980 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RIOTECH INTERNATIONAL LTD-616925 |
| | | | P O BOX 23128 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | CINCINNATI, OH 45223 |

| 2.981 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | RISKONNECT, INC |
| | | | DEPT 3563  P O BOX 123563 |
| | State the term remaining | 60 month(s) | |
| | List the contract number of any government contract | | DALLAS, TX 75312 |

| 2.982 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RITEMADE |
| | | | 2600 BI STATE DRIVE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | KANSAS CITY, KS 66103 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.983 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RKON INC-643515 |
| --- | --- | --- | --- |
| | | | 820 W JACKSON BLVD STE 550 |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60607 |

| 2.984 | State what the contract or lease is for and the nature of the debtor's interest | Partnership (Includes Affiliates)<br>Partner | ROCKET TRAVEL INC |
| --- | --- | --- | --- |
| | | | 641 W LAKE ST |
| | State the term remaining | 32 month(s) | 102 |
| | List the contract number of any government contract | | CHICAGO, IL 60661 |

| 2.985 | State what the contract or lease is for and the nature of the debtor's interest | Sears Marketplace Agreement<br>Buyer | ROYAL APPLIANCE MFG. CO. D/B/A TTI FLOOR CARE NORTH AMERICA |
| --- | --- | --- | --- |
| | | | 8405 IBM DRIVE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | CHARLOTTE, NC 28262 |

| 2.986 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RSA SECURITY, INC.NOW LEXISNEXIS RISK SOLUTION FL INC |
| --- | --- | --- | --- |
| | | | 1550 SAWERASS CORPORATE PARKWAY |
| | State the term remaining | | SUITE 120 |
| | List the contract number of any government contract | | FORT LAUDERDALE, FL 33323 |

| 2.987 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RSP ARCHITECTS LTD |
| --- | --- | --- | --- |
| | | | 951 WEST 7TH ST |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | FORT WORTH, TX 76102 |

| 2.988 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RTW, INC |
| --- | --- | --- | --- |
| | | | 518 EAST BROAD STREET |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | COLUMBUS, OH 43215 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| 2.989 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RUSTON PAVING COMPANY INC-704873 |
| | | | 6228 COLLETT ROAD |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | FARMINGTON, NY 14425 |

| | | | |
|---|---|---|---|
| 2.990 | State what the contract or lease is for and the nature of the debtor's interest | Tax Consulting Agreement<br>Buyer | RYAN LLC |
| | | | 13155 NOEL RD SUITE 100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | DALLAS, TX 75240 |

| | | | |
|---|---|---|---|
| 2.991 | State what the contract or lease is for and the nature of the debtor's interest | Tax Consulting Agreement<br>Buyer | RYAN LLC |
| | | | 13155 NOEL RD SUITE 100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | DALLAS, TX 75240 |

| | | | |
|---|---|---|---|
| 2.992 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | RYAN, LLC |
| | | | THREE GALLERIA TOWER |
| | State the term remaining | | 13155 NOEL RD |
| | List the contract number of any government contract | | DALLAS, TX 75240 |

| | | | |
|---|---|---|---|
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | SABRE INC |
| | | | 3150 SABRE DRIVE |
| | State the term remaining | 28 month(s) | |
| | List the contract number of any government contract | | SOUTHLAKE, TX 76092 |

| | | | |
|---|---|---|---|
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | SAFELITE FULFILLMENT, INC. D/B/A SAFELITE AUTOGLASS |
| | | | 7400 SAFELITE WAY |
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | COLUMBUS, OH 43235 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| **2.995** | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Licensee | SALESFORCE.COM |
| | | | THE LANDMARK ONE MARKET SUITE 300 |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | SAN FRANCISCO, CA 94105 |

| | | | |
|---|---|---|---|
| **2.996** | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Licensee | SALESFORCE.COM |
| | | | THE LANDMARK ONE MARKET SUITE 300 |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | SAN FRANCISCO, CA 94105 |

| | | | |
|---|---|---|---|
| **2.997** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice<br><br>Buyer | SALESFORCE.COM, INC. |
| | | | P O BOX 203141 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | DALLAS, TX 75320 |

| | | | |
|---|---|---|---|
| **2.998** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SAM PIEVAC COMPANY. |
| | | | 14044 FREEWAY DRIVE |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | SANTA FE SPRINGS, CA 90670 |

| | | | |
|---|---|---|---|
| **2.999** | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement. Along with Affiliates<br><br>Buyer | SAMSUNG CHEMICAL (USA), INC. |
| | | | 6 CENTERPOINTE |
| | **State the term remaining** | 6 month(s) | DR SUITE 100 |
| | **List the contract number of any government contract** | | LA PALMA, CA 90623 |

| | | | |
|---|---|---|---|
| **2.1,000** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SANDY INC. |
| | | | 1130 SALINE |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | NORTH KANSAS CITY, MO 64116 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
        Name

Case number (if known)  18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,001 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | SAS INSTITUTE INC |
| | State the term remaining | 10 month(s) | SAS CAMPUS DR |
| | List the contract number of any government contract | | CARY, NC 27513 |

| 2.1,002 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SAVINGSTAR, INC |
| | State the term remaining | 5 month(s) | 400 TOTTEN POND RD<br>STE 300 |
| | List the contract number of any government contract | | WALTHAM, MA 02451 |

| 2.1,003 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SAVINGSTAR, INC |
| | State the term remaining | 5 month(s) | 400 TOTTEN POND RD<br>STE 300 |
| | List the contract number of any government contract | | WALTHAM, MA 02451 |

| 2.1,004 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | SCALEBASE, INC. |
| | State the term remaining | 5 month(s) | 2901 TASMAN DRIVE<br>SUITE 205 |
| | List the contract number of any government contract | | SANTA CLARA, CA 95054 |

| 2.1,005 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
| | State the term remaining | 3 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,006 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
| | State the term remaining | 3 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,007 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,008 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,009 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,010 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,011 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,012 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | | | |
|---|---|---|---|
| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.1,013**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| **State the term remaining** | 3 month(s) |
| **List the contract number of any government contract** | |

SCHINDLER ELEVATOR CORPORATION-904524

3333 BEVERLEY ROAD

HOFFMAN ESTATES, IL 60179

**2.1,014**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| **State the term remaining** | 3 month(s) |
| **List the contract number of any government contract** | |

SCHINDLER ELEVATOR CORPORATION-904524

3333 BEVERLEY ROAD

HOFFMAN ESTATES, IL 60179

**2.1,015**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| **State the term remaining** | 3 month(s) |
| **List the contract number of any government contract** | |

SCHINDLER ELEVATOR CORPORATION-904524

3333 BEVERLEY ROAD

HOFFMAN ESTATES, IL 60179

**2.1,016**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| **State the term remaining** | 3 month(s) |
| **List the contract number of any government contract** | |

SCHINDLER ELEVATOR CORPORATION-904524

3333 BEVERLEY ROAD

HOFFMAN ESTATES, IL 60179

**2.1,017**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| **State the term remaining** | 3 month(s) |
| **List the contract number of any government contract** | |

SCHINDLER ELEVATOR CORPORATION-904524

3333 BEVERLEY ROAD

HOFFMAN ESTATES, IL 60179

**2.1,018**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| **State the term remaining** | 5 month(s) |
| **List the contract number of any government contract** | |

SCHINDLER ELEVATOR CORPORATION-904524

3333 BEVERLEY ROAD

HOFFMAN ESTATES, IL 60179

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | | Case number *(if known)* | 18-23553 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,019 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,020 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,021 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,022 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCHINDLER ELEVATOR CORPORATION-904524 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 3333 BEVERLEY ROAD |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

| 2.1,023 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SCS FLOORING SYSTEMS, INC |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 5 PETERS CANYON ROAD STE 130 |
| | List the contract number of any government contract | | IRVINE, CA 92673 |

| 2.1,024 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SE KURE CONTROLS INC-54325741 |
|---|---|---|---|
| | State the term remaining | 24 month(s) | 3714 RUNGE ST |
| | List the contract number of any government contract | | FRANKLIN PARK, IL 60131 |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.1,025** | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Transition and Administrative Services Agreement<br><br>Service Provider | SEARS AUTHORIZED HOMETOWN STORES, LLC. |
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | | B4-150A & B6-260A |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| | | |
|---|---|---|
| **2.1,026** | **State what the contract or lease is for and the nature of the debtor's interest** | Sublicense Agreement<br><br>Licensee | SEARS BRANDS BUSINESS UNIT CORPORATION |
| | | | 3333 BEVERLY ROAD |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATE, IL 60179 |

| | | |
|---|---|---|
| **2.1,027** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease-490<br><br>Lessor | SEARS HOMETOWN & OUTLET STORES, INC. |
| | | | 5500 TRILLIUM BLVD  SUITE 501 |
| | **State the term remaining** | 48 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60192 |

| | | |
|---|---|---|
| **2.1,028** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SEARS HOMETOWN AND OUTLET STORES, INC |
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| | | |
|---|---|---|
| **2.1,029** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br><br>Service Provider | SEARS HOMETOWN AND OUTLET STORES, INC. |
| | | | 5500 TRILLIUM BLVD SUITE 501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60192 |

| | | |
|---|---|---|
| **2.1,030** | **State what the contract or lease is for and the nature of the debtor's interest** | Transition Plan<br><br>Service Provider | SEARS HOMETOWN AND OUTLET STORES, INC. |
| | | | 5500 TRILLIUM BLVD |
| | **State the term remaining** | 24 month(s) | SUITE 501 |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60192 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION                    Case number *(if known)*   18-23553
         Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,031 | **State what the contract or lease is for and the nature of the debtor's interest** | Access Agreement <br><br> Service Provider | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 5500 TRILLIUM BLVD |
| | **State the term remaining** | | SUITE 501 |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60192 |

| 2.1,032 | **State what the contract or lease is for and the nature of the debtor's interest** | Rewards Retail Establishment Agreement <br><br> Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 46 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.1,033 | **State what the contract or lease is for and the nature of the debtor's interest** | Program <br><br> Co-promotional | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY ROAD |
| | **State the term remaining** | 47 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.1,034 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Transition and Administrative Services Agreement <br><br> Service Provider | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | | B4-150A & B6-260A |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.1,035 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement Amendment <br><br> Service Provider | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 3 month(s) | B4-150A |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60192 |

| 2.1,036 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Level Agreement <br><br> Service Provider | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 5500 TRILLIUM BLVD |
| | **State the term remaining** | | SUITE 501 |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60192 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,037 | **State what the contract or lease is for and the nature of the debtor's interest** | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.1,038 | **State what the contract or lease is for and the nature of the debtor's interest** | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.1,039 | **State what the contract or lease is for and the nature of the debtor's interest** | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.1,040 | **State what the contract or lease is for and the nature of the debtor's interest** | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.1,041 | **State what the contract or lease is for and the nature of the debtor's interest** | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

| 2.1,042 | **State what the contract or lease is for and the nature of the debtor's interest** | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC. |
|---|---|---|---|
| | | | 3333 BEVERLY RD |
| | **State the term remaining** | 16 month(s) | |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60179 |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,043 | State what the contract or lease is for and the nature of the debtor's interest | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC.<br><br>3333 BEVERLY RD<br><br>HOFFMAN ESTATES, IL 60179 |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | |

| 2.1,044 | State what the contract or lease is for and the nature of the debtor's interest | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC.<br><br>3333 BEVERLY RD<br><br>HOFFMAN ESTATES, IL 60179 |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | |

| 2.1,045 | State what the contract or lease is for and the nature of the debtor's interest | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC.<br><br>3333 BEVERLY RD<br><br>HOFFMAN ESTATES, IL 60179 |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | |

| 2.1,046 | State what the contract or lease is for and the nature of the debtor's interest | Transition Services Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC.<br><br>3333 BEVERLY RD<br><br>HOFFMAN ESTATES, IL 60179 |
| | State the term remaining | 16 month(s) | |
| | List the contract number of any government contract | | |

| 2.1,047 | State what the contract or lease is for and the nature of the debtor's interest | Shop Your Way Retail Establishment Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC.<br><br>3333 BEVERLY RD<br><br>HOFFMAN ESTATES, IL 60179 |
| | State the term remaining | 46 month(s) | |
| | List the contract number of any government contract | | |

| 2.1,048 | State what the contract or lease is for and the nature of the debtor's interest | Shop Your Way Retail Establishment Agreement<br>Seller | SEARS HOMETOWN AND OUTLET STORES, INC.<br><br>3333 BEVERLY RD<br><br>HOFFMAN ESTATES, IL 60179 |
| | State the term remaining | 46 month(s) | |
| | List the contract number of any government contract | | |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.1,049 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Transition and Administrative Services Agreement<br><br>Service Provider |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

SEARS OUTLET STORES, LLC.

3333 BEVERLY RD

B4-150A & B6-260A

HOFFMAN ESTATES, IL 60179

| | | |
|---|---|---|
| 2.1,050 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br><br>Assignee |
| | **State the term remaining** | 16 month(s) |
| | **List the contract number of any government contract** | |

SEARS, ROEBUCK AND CO.

3333 BEVERLY

HOFFMAN ESTATES, IL 60179

| | | |
|---|---|---|
| 2.1,051 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer |
| | **State the term remaining** | 26 month(s) |
| | **List the contract number of any government contract** | |

SECURIAN FINANCIAL GROUP, INC

400 ROBERT STREET NORTH

MAIL STATION:  B3-3824

ST PAUL, MN 55101

| | | |
|---|---|---|
| 2.1,052 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer |
| | **State the term remaining** | 26 month(s) |
| | **List the contract number of any government contract** | |

SECURIAN FINANCIAL GROUP, INC

400 ROBERT STREET NORTH

MAIL STATION:  B3-3824

ST PAUL, MN 55101

| | | |
|---|---|---|
| 2.1,053 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer |
| | **State the term remaining** | 26 month(s) |
| | **List the contract number of any government contract** | |

SECURIAN LIFE INSURANCE

400 ROBERT STREET NORTH

MAIL STATION: B33824

ST PAUL, MN 55101

| | | |
|---|---|---|
| 2.1,054 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease-490<br><br>Lessor |
| | **State the term remaining** | 33 month(s) |
| | **List the contract number of any government contract** | |

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

5500 TRILLIUM

HOFFMAN ESTATES, IL 60192

---

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,055 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SEDGWICK CMS |
|---|---|---|---|
| | State the term remaining | 33 month(s) | 1100 RIDGEWAY LOOP ROAD |
| | List the contract number of any government contract | | MEMPHIS, TN 38120 |

| 2.1,056 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SEKO WORLDWIDE, LLC |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 1100 N ARLINGTON HEIGHTS ROAD SUITE 600 |
| | List the contract number of any government contract | | ITASCA, IL 60143 |

| 2.1,057 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SELECT INTERNATIONAL LLC-693257 |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 5700 CORPORATE DRIVE |
| | List the contract number of any government contract | | SUITE 250 |
| | | | PITTSBURGH, PA 15237 |

| 2.1,058 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SELECT INTERNATIONAL LLC-693257 |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 5700 CORPORATE DRIVE |
| | List the contract number of any government contract | | SUITE 250 |
| | | | PITTSBURGH, PA 15237 |

| 2.1,059 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SELECT INTERNATIONAL LLC-693257 |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 5700 CORPORATE DRIVE |
| | List the contract number of any government contract | | SUITE 250 |
| | | | PITTSBURGH, PA 15237 |

| 2.1,060 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SENNCO SOLUTIONS INC-1000662023 |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 14407 COIL PLUS DR  UNIT A |
| | List the contract number of any government contract | | PLAINFIELD, IL 60544 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,061 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SERVICE EXPRESS, INC. |
| | State the term remaining | 79 month(s) | 3854 BROADMOOR AVE SE |
| | List the contract number of any government contract | | GRAND RAPIDS, MI 49512 |

| 2.1,062 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SERVICE EXPRESS, INC. |
| | State the term remaining | 11 month(s) | 3854 BROADMOOR AVE SE |
| | List the contract number of any government contract | | GRAND RAPIDS, MI 49512 |

| 2.1,063 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SERVPRO COMMERCIAL LLC |
| | State the term remaining | 56 month(s) | 801 INDUSTRIAL BLVD |
| | List the contract number of any government contract | | GALLATIN, TN 37066 |

| 2.1,064 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br>Buyer | SEWING COLLECTIONS, INC. |
| | State the term remaining | 18 month(s) | 3113 EAST 26TH ST |
| | List the contract number of any government contract | | VERNON, CA 90023 |

| 2.1,065 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>INDIVIDUAL STORE SERVICES AGREEMENT<br>Buyer | SHAMBURGER LAWNS LLC |
| | State the term remaining | 3 month(s) | 4115 MEADOW LN |
| | List the contract number of any government contract | | BOSSLER CITY, LA 71111 |

| 2.1,066 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. Along with Affiliates<br>Buyer | SHAW INDUSTRIES INC. |
| | State the term remaining | 19 month(s) | 616 EAST WALNUT AVENUE |
| | List the contract number of any government contract | | DALTON, GA 30721 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|--------|----------------------------------------|------------------------|----------|
|        | Name                                   |                        |          |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,067 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SHAWN FITZGERALD |
|---------|---------|---------|---------|
| | State the term remaining | 2 month(s) | 969 RTE 4 SOUTH |
| | List the contract number of any government contract | | SCHUYLERVILLE, NY 12871 |

| 2.1,068 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SHELDAN CONSTRUCTION PRODUCTS & SERVICES, INC., D/B/A/ CHICAGO |
|---------|---------|---------|---------|
| | State the term remaining | 22 month(s) | 2692 LONGVIEW DRIVE |
| | List the contract number of any government contract | | LISLE, IL 60532 |

| 2.1,069 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | SHENZHEN TOPBAND CO LTD |
|---------|---------|---------|---------|
| | State the term remaining | 8 month(s) | |
| | List the contract number of any government contract | | |

| 2.1,070 | State what the contract or lease is for and the nature of the debtor's interest | Procurement Agreement<br>Buyer | SHI INTERNATIONAL CORP-583554 |
|---------|---------|---------|---------|
| | State the term remaining | 10 month(s) | 33 KNIGHTSBRIDGE ROAD |
| | List the contract number of any government contract | | PISCATAWAY, NJ 08854 |

| 2.1,071 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SHI-INDIA.WIPRO TECHNOLOGIES |
|---------|---------|---------|---------|
| | State the term remaining | 38 month(s) | SARJAPUR ROAD DODDAKANNELI |
| | List the contract number of any government contract | | BANGALORE, |

| 2.1,072 | State what the contract or lease is for and the nature of the debtor's interest | Governs allocation of tax liabilities between SHC and SHO after separation<br>Buyer | SHO |
|---------|---------|---------|---------|
| | State the term remaining | | 5500 TRILLIUM BLVD |
| | List the contract number of any government contract | | SUITE 501 |
| | | | HOFFMAN ESTATES, IL 60179 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*  18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,073 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SHORT CIRCUIT ELECTRONICS |
|---|---|---|---|
| | | | P O BOX 803867 |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | KANSAS CITY, MO 64180 |

| 2.1,074 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | SIEMENS AKTIENGESELLSCHAFT |
|---|---|---|---|
| | | | WITTELSBACHERPLATZ 2 |
| | State the term remaining | | |
| | List the contract number of any government contract | | MUNICH, 80333 |

| 2.1,075 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | SIERRA PIEDMONT INC |
|---|---|---|---|
| | | | 12045 HWY 92 |
| | State the term remaining | 25 month(s) | |
| | List the contract number of any government contract | | WORDSTOCK, GA 30188 |

| 2.1,076 | State what the contract or lease is for and the nature of the debtor's interest | | SIGNATURE GRAPHICS, INC. |
|---|---|---|---|
| | | | 2270 STILLWELL AVENUE |
| | State the term remaining | | |
| | List the contract number of any government contract | | BROOKLYN, NY 11223 |

| 2.1,077 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SILVIS GROUP |
|---|---|---|---|
| | | | 250 SHULTZ RD |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | MT PLEASANT, PA 15666 |

| 2.1,078 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SIMPLEXGRINNELL LP |
|---|---|---|---|
| | | | 4700 EXCHANGE COURT SUITE 300 |
| | State the term remaining | 25 month(s) | |
| | List the contract number of any government contract | | BOCA RATON, FL 33431 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,079 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | SITEL OPERATING CORPORATION-1170756618 |
| | | | 600 BRICKELL AVENUE |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,080 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | SITEL OPERATING CORPORATION-1170756618 |
| | | | 600 BRICKELL AVENUE |
| | **State the term remaining** | 39 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,081 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | SITEL OPERATING CORPORATION-1170756618 |
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,082 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | SITEL OPERATING CORPORATION-1170756618 |
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,083 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | SITEL OPERATING CORPORATION-1170756618 |
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,084 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | SITEL OPERATING CORPORATION-1170756618 |
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,085 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,086 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,087 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,088 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 39 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,089 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 15 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,090 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | | | 600 BRICKELL AVENUE SUITE 3200 |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | | | |
|---|---|---|---|

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,091 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | **State the term remaining** | 3 month(s) | 600 BRICKELL AVENUE SUITE 3200 |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,092 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | **State the term remaining** | 3 month(s) | 600 BRICKELL AVENUE SUITE 3200 |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,093 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | **State the term remaining** | 3 month(s) | 600 BRICKELL AVENUE SUITE 3200 |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,094 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SITEL OPERATING CORPORATION-1170756618 |
|---|---|---|---|
| | **State the term remaining** | 3 month(s) | 600 BRICKELL AVENUE SUITE 3200 |
| | **List the contract number of any government contract** | | MIAMI, FL 33131 |

| 2.1,095 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SIZMEK TECHNOLOGIES, INC |
|---|---|---|---|
| | **State the term remaining** | 9 month(s) | |
| | **List the contract number of any government contract** | | |

| 2.1,096 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | SKYEWOLFE DESIGNS & PHOTOGRAPHY |
|---|---|---|---|
| | **State the term remaining** | 15 month(s) | PO BOX 2076 |
| | **List the contract number of any government contract** | | MCKINNEY, TX 75070 |

Debtor __SEARS HOLDINGS MANAGEMENT CORPORATION__    Case number *(if known)* __18-23553__
Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,097 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | SLALOM, LLC |
|---|---|---|---|
| | | | P O BOX 101416 |
| | **State the term remaining** | 1 month(s) | |
| | **List the contract number of any government contract** | | PASADENA, CA 91189 |

| 2.1,098 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SMK WORKFORCE SOLUTIONS LLC |
|---|---|---|---|
| | | | 718 COLEMAN PL |
| | **State the term remaining** | 22 month(s) | |
| | **List the contract number of any government contract** | | WESTFIELD, NJ 07090 |

| 2.1,099 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SMS, SYSTEMS MAINTENANCE SERVICES, INC. |
|---|---|---|---|
| | | | 10420 HARRIS OAKS BLVD |
| | **State the term remaining** | 65 month(s) | SUITE C |
| | **List the contract number of any government contract** | | CHARLOTTE, NC 28269 |

| 2.1,100 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Agreement<br>Buyer | SNAP FITNESS, INC |
|---|---|---|---|
| | | | 2411 GALPIN COURT |
| | **State the term remaining** | 7 month(s) | SUITE 110 |
| | **List the contract number of any government contract** | | CHANHASSEN, MN 55317 |

| 2.1,101 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SNAP INC |
|---|---|---|---|
| | | | PO BOX 845502 |
| | **State the term remaining** | 36 month(s) | |
| | **List the contract number of any government contract** | | LOS ANGELES, CA 90084 |

| 2.1,102 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SNAP LOCK INDUSTRIES-1797024478 |
|---|---|---|---|
| | | | 2330 W CALIFORNIA AVE |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | SALT LAKE CITY, UT 84104 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION    Case number *(if known)*    18-23553
Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,103 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT LABOR SERVICES AGREEMENT<br>Buyer | SNELLING STAFFING SERVICES |
|---|---|---|---|
| | State the term remaining | 7 month(s) | 4055 VALLEY VIEW LANE |
| | List the contract number of any government contract | | SUITE 700 |
| | | | DALLAS, TX 75244 |

| 2.1,104 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AS SERVICE<br>Buyer | SNOWFLAKE COMPUTING, INC. |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 101 S ELLSWORTH AVE |
| | List the contract number of any government contract | | 350 |
| | | | SAN MATEO, CA 94401 |

| 2.1,105 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SOFTEON INC-525639 |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 8133 LEESBURG PIKE |
| | List the contract number of any government contract | | SUITE 570 |
| | | | VIENNA, VA 22182 |

| 2.1,106 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SOLUM AMERICA INC |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 65 CHALLENGER ROAD SUITE 220 |
| | List the contract number of any government contract | | RIDGEFIELD PARK, NJ 07660 |

| 2.1,107 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SOLUM AMERICA INC-713490 |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 65 CHALLENGER RD STE 220 |
| | List the contract number of any government contract | | RIDGEFIELD PARK, NJ 07660 |

| 2.1,108 | State what the contract or lease is for and the nature of the debtor's interest | ADOPTION AGREEMENT<br>Buyer | SOLUTION NET SYSTEMS INC |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 472 CALIFORNIA ROAD |
| | List the contract number of any government contract | | QUAKERTOWN, PA 18951 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,109 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | SOUNDBITE COMMUNICATIONS INC |
|---|---|---|---|
| | **State the term remaining** | 47 month(s) | 22 CROSBY DRIVE |
| | **List the contract number of any government contract** | | BEDFORD, MA 01730 |

| 2.1,110 | **State what the contract or lease is for and the nature of the debtor's interest** | Procurement Agreement<br>Buyer | SOURCE SUPPORT SERVICES INC |
|---|---|---|---|
| | **State the term remaining** | 36 month(s) | GEN MGR NORTH AMER |
| | **List the contract number of any government contract** | | 20400 STEVENS CREEK BLVD |
| | | | CUPERTINO, CA |

| 2.1,111 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SOUTH WATER SIGNS LLC |
|---|---|---|---|
| | **State the term remaining** | 17 month(s) | 934 N CHURCH ROAD |
| | **List the contract number of any government contract** | | ELMHURST, IL 60126 |

| 2.1,112 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SOUTHWEST SIGNS GROUP |
|---|---|---|---|
| | **State the term remaining** | 17 month(s) | 7208 S WW WHITE ROAD |
| | **List the contract number of any government contract** | | SAN ANTONIO, TX 78222 |

| 2.1,113 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SPECIALTY STORE SERVICES-707779 |
|---|---|---|---|
| | **State the term remaining** | 32 month(s) | 454 JARVIS |
| | **List the contract number of any government contract** | | DES PLAINES, IL 60018 |

| 2.1,114 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | SPENCER TECHNOLOGIES INC-47080150 |
|---|---|---|---|
| | **State the term remaining** | 8 month(s) | 102 OTIS ST |
| | **List the contract number of any government contract** | | NORTHBOROUGH, MA 01532-2415 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,115 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SPHERE CONSULTING INC |
|---|---|---|---|
| | | | 200 S WACKER DRIVE |
| | State the term remaining | 6 month(s) | 15TH FLOOR |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,116 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SPHERE CONSULTING INC |
|---|---|---|---|
| | | | 20 N WACKER DRIVEÂ |
| | State the term remaining | 5 month(s) | SUITE 2100 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,117 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SPHERE CONSULTING INC |
|---|---|---|---|
| | | | 20 N WACKER DRIVEÂ |
| | State the term remaining | 1 month(s) | SUITE 2100 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,118 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br>Buyer | SPILL MAGIC, INC. |
|---|---|---|---|
| | | | 630 YOUNG STREET |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | SANTA ANA, CA 92705 |

| 2.1,119 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SPIRIT INTERNATIONAL INC-557181 |
|---|---|---|---|
| | | | 1200 VALWOOD PKWY |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | CARROLLTON, TX 75006 |

| 2.1,120 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE & SERVICES<br>Buyer | SPLUNK INC |
|---|---|---|---|
| | | | 250 BRANNAN ST |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94107 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,121 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SPREDFAST |
|---|---|---|---|
| | | | 200 W CESAR CHAVEZ |
| | State the term remaining | 5 month(s) | STE 600 |
| | List the contract number of any government contract | | AUSTIN, TX 78701 |

| 2.1,122 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SPRINT SOLUTIONS INC |
|---|---|---|---|
| | | | KSOPHT0101-Z2525 |
| | State the term remaining | 5 month(s) | 6391 SPRINT PKWY |
| | List the contract number of any government contract | | OVERLAND PARK, KS 66251-2525 |

| 2.1,123 | State what the contract or lease is for and the nature of the debtor's interest | Lease-490<br>Lessor | SPRINTCOM INC |
|---|---|---|---|
| | | | 6391 SPRINT PARKWAY MAILSTOP KSOPHT0101-Z2650 |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | OVERLAND PARK, KS 66251 |

| 2.1,124 | State what the contract or lease is for and the nature of the debtor's interest | Lease-490<br>Lessor | SQUADHELP, INC. |
|---|---|---|---|
| | | | 4341 BUNKER HILL DR |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | ALGONQUIN, IL 60102 |

| 2.1,125 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensee | ST. JUDE CHILDREN'S RESEARCH HOSPITAL |
|---|---|---|---|
| | | | 501 ST JUDE PL |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | MEMPHIS, TN 38105 |

| 2.1,126 | State what the contract or lease is for and the nature of the debtor's interest | | STAFFORD HOLDINGS GROUP, LTD, LLC |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,127 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STAMAR PACKAGING INC |
|---|---|---|---|
| | | | P O BOX 1157 |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | BEDFORD PARK, IL 60499 |

| 2.1,128 | State what the contract or lease is for and the nature of the debtor's interest | Transition Services Agreement<br>Service Provider | STANLEY BLACK & DECKER, INC. |
|---|---|---|---|
| | | | 1000 STANLEY DRIVE |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | NEW BRITAIN, CT 06053 |

| 2.1,129 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STANTEC |
|---|---|---|---|
| | | | 350 NORTH ORLEANS ST SUITE 1301 |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60654 |

| 2.1,130 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT<br>BUYER | STAR NETWORK |
|---|---|---|---|
| | | | 5565 GLENRIDGE CONNECTOR NE |
| | State the term remaining | | |
| | List the contract number of any government contract | | ATLANTA, GA 30342 |

| 2.1,131 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STARS NETWORK, INC. |
|---|---|---|---|
| | | | 5565 GLENRIDGE CONNECTOR NE |
| | State the term remaining | | |
| | List the contract number of any government contract | | ATLANTA, GA 30342 |

| 2.1,132 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STEVENSON CO |
|---|---|---|---|
| | | | 10002 SHELBYVILLE RD |
| | State the term remaining | 15 month(s) | STE 201 |
| | List the contract number of any government contract | | LOUISVILLE, KY 40223 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| 2.1,133 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STEVENSON COMPANY-1000830430 |
| | | | 10002 SHELBYVILLE RD |
| | State the term remaining | 3 month(s) | STE 201 |
| | List the contract number of any government contract | | LOUISVILLE, KY 40223 |

| | | | |
|---|---|---|---|
| 2.1,134 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STEVENSON COMPANY-1000830430 |
| | | | 10002 SHELBYVILLE RD |
| | State the term remaining | 3 month(s) | STE 201 |
| | List the contract number of any government contract | | LOUISVILLE, KY 40223 |

| | | | |
|---|---|---|---|
| 2.1,135 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STEVENSON COMPANY-1000830430 |
| | | | 10002 SHELBYVILLE RD |
| | State the term remaining | 7 month(s) | STE 201 |
| | List the contract number of any government contract | | LOUISVILLE, KY 40223 |

| | | | |
|---|---|---|---|
| 2.1,136 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT SERVICES AGREEMENT<br>Buyer | STEWART TALENT MANAGEMENT, INC |
| | | | 131 S DEARBORN ST STE 3500 |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | CHICAGO, IL 60603 |

| | | | |
|---|---|---|---|
| 2.1,137 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT SERVICES AGREEMENT<br>Buyer | STEWART TALENT MANAGEMENT, INC |
| | | | 400 N MICHIGAN AVE |
| | State the term remaining | 15 month(s) | 700 |
| | List the contract number of any government contract | | CHICAGO, IL 60611 |

| | | | |
|---|---|---|---|
| 2.1,138 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STITCHERADS |
| | | | 209 EAST 6TH ST |
| | State the term remaining | 8 month(s) | STE 200 |
| | List the contract number of any government contract | | AUSTIN, TX 78701 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,139 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STOCK & OPTION SOLUTIONS, INC. |
|---|---|---|---|
| | | | 910 CAMPISI WAY |
| | State the term remaining | 33 month(s) | 2E |
| | List the contract number of any government contract | | CAMPBELL, CA 95008 |

| 2.1,140 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | STOCK & OPTION SOLUTIONS, INC. |
|---|---|---|---|
| | | | 910 CAMPISI WAY |
| | State the term remaining | 2 month(s) | 2E |
| | List the contract number of any government contract | | CAMPBELL, CA 95008 |

| 2.1,141 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | STUART DEAN CO., INC. |
|---|---|---|---|
| | | | 870 W DIVISION STREET |
| | State the term remaining | 19 month(s) | SUITE F |
| | List the contract number of any government contract | | CHICAGO, IL 60622 |

| 2.1,142 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUPERIOR STUDIOS SPECIALTIES DC&JIT |
|---|---|---|---|
| | | | 2239 SOUTH YATES AVE |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | CITY OF COMMERCE, CA 90040 |

| 2.1,143 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br>Buyer | SUPPLIES DISTRIBUTORS-696316 |
|---|---|---|---|
| | | | 505 MILLENNIUM DR |
| | State the term remaining | 29 month(s) | |
| | List the contract number of any government contract | | ALLEN, TX 75013 |

| 2.1,144 | State what the contract or lease is for and the nature of the debtor's interest | | SUPPORT.COM, INC. |
|---|---|---|---|
| | | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,145 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUTHERLAND GLOBAL SERVICES |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 1160 PITTSFORD VICTOR ROAD |
| | List the contract number of any government contract | | PITTSFORD, NY 14534 |

| 2.1,146 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUTHERLAND GLOBAL SERVICES |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 1160 PITTSFORD VICTOR ROAD |
| | List the contract number of any government contract | | PITTSFORD, NY 14534 |

| 2.1,147 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUTHERLAND GLOBAL SERVICES |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 1160 PITTSFORD VICTOR ROAD |
| | List the contract number of any government contract | | PITTSFORD, NY 14534 |

| 2.1,148 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUTHERLAND GLOBAL SERVICES INDIA PVT LTD. |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 1160 PITTSFORD VICTOR ROAD |
| | List the contract number of any government contract | | PITTSFORD, NY 14534 |

| 2.1,149 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUTHERLAND GLOBAL SERVICES INDIA PVT LTD. |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 1160 PITTSFORD VICTOR ROAD |
| | List the contract number of any government contract | | PITTSFORD, NY 14534 |

| 2.1,150 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SUTHERLAND GLOBAL SERVICES PHILIPPINES, INC. |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 1160 PITTSFORD VICTOR ROAD |
| | List the contract number of any government contract | | PITTSFORD, NY 14534 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,151 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br><br>Buyer | SYNAPSE |
|---|---|---|---|
| | | | 225 HIGH RIDGE RD |
| | **State the term remaining** | 21 month(s) | |
| | **List the contract number of any government contract** | | STAMFORD, CT 06905 |

| 2.1,152 | **State what the contract or lease is for and the nature of the debtor's interest** | Additional Service Order<br><br>Partner | SYNAPSE CONNECT, INC |
|---|---|---|---|
| | | | 225 HIGH RIDGE ROAD |
| | **State the term remaining** | 11 month(s) | EAST BUILDING |
| | **List the contract number of any government contract** | | STAMFORD, CT 06905 |

| 2.1,153 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Marketing Agreement (Includes Affiliates)<br><br>Partner | SYNAPSE RETAIL VENTURES, INC. |
|---|---|---|---|
| | | | 225 HIGH RIDGE ROAD |
| | **State the term remaining** | 21 month(s) | EAST BUILDING |
| | **List the contract number of any government contract** | | STAMFORD, CT 06905 |

| 2.1,154 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TALX CORPORATION |
|---|---|---|---|
| | | | 11432 LACKLAND ROAD |
| | **State the term remaining** | 34 month(s) | |
| | **List the contract number of any government contract** | | ST LOUIS, MO 63146 |

| 2.1,155 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TALX CORPORATION |
|---|---|---|---|
| | | | 11432 LACKLAND ROAD |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | ST LOUIS, MO 63146 |

| 2.1,156 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TALX CORPORATION |
|---|---|---|---|
| | | | 11432 LACKLAND ROAD |
| | **State the term remaining** | 34 month(s) | |
| | **List the contract number of any government contract** | | ST LOUIS, MO 63146 |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION
            Name

Case number (if known)    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,157 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TAPTICA INC-714165 |
| | | | 115 SANSOME ST |
| | **State the term remaining** | 36 month(s) | 800 |
| | **List the contract number of any government contract** | | SAN FRANCISCO, CA 94104 |

| 2.1,158 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW<br><br>Buyer | TAPTICA INC-714165 |
| | | | 115 SANSOME ST |
| | **State the term remaining** | 2 month(s) | 800 |
| | **List the contract number of any government contract** | | SAN FRANCISCO, CA 94104 |

| 2.1,159 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TARGET PLUS RESPONSE INC-704822 |
| | | | 420 N WABASH AVE |
| | **State the term remaining** | 10 month(s) | SUITE 201 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60611 |

| 2.1,160 | **State what the contract or lease is for and the nature of the debtor's interest** | OURSOURCED SERVICES AGREEMENT<br><br>Buyer | TATA AMERICA INTERNATIONAL CORPORATION |
| | | | 101 PARK AVE |
| | **State the term remaining** | 55 month(s) | 26TH FLOOR |
| | **List the contract number of any government contract** | | NY, NY 10178 |

| 2.1,161 | **State what the contract or lease is for and the nature of the debtor's interest** | OURSOURCED SERVICES AGREEMENT<br><br>Buyer | TATA AMERICA INTERNATIONAL CORPORATION |
| | | | 101 PARK AVE |
| | **State the term remaining** | 34 month(s) | 26TH FLOOR |
| | **List the contract number of any government contract** | | NY, NY 10178 |

| 2.1,162 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br><br>LICENSEE | TATA AMERICA INTERNATIONAL CORPORATION |
| | | | 101 PARK AVE |
| | **State the term remaining** | 34 month(s) | 26TH FLOOR |
| | **List the contract number of any government contract** | | NY, NY 10178 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,163 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br><br>Licensee | TAX COMPLIANCE INC. |
| | | | 10089 WILLOW CREEK ROAD |
| | **State the term remaining** | 14 month(s) | SUITE 300 |
| | **List the contract number of any government contract** | | SAN DIEGO, CA 92131 |

| 2.1,164 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to License Agreement<br><br>Licensee | TAXWARE, LLC. |
| | | | 27 CONGRESS STREET |
| | **State the term remaining** | 10 month(s) | |
| | **List the contract number of any government contract** | | SALEM, MA 01970 |

| 2.1,165 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement<br><br>Buyer | TCI LEASING |
| | | | 4950 TRIGGS STREET |
| | **State the term remaining** | 48 month(s) | |
| | **List the contract number of any government contract** | | COMMERCE, CA 90022 |

| 2.1,166 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement. Applies to Debtor's Affiliates<br><br>Buyer | TCSL |
| | | | 101 PARK AVENUE 26TH FLOOR |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | NEW YORK, NY 10178 |

| 2.1,167 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TEALIUM |
| | | | 11085 TORREYANA ROAD |
| | **State the term remaining** | 20 month(s) | |
| | **List the contract number of any government contract** | | SAN DIEGO, CA 92121 |

| 2.1,168 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TECHNOLOGY ADVISORS, INC. |
| | | | 1111 TOUHY |
| | **State the term remaining** | 6 month(s) | STE 550 |
| | **List the contract number of any government contract** | | DES PLAINES, IL 60018 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION                    Case number (if known)    18-23553
          Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,169 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | TECHNOLOGY CONSULTING INC |
| | State the term remaining | 26 month(s) | PO BOX 22529 140 WHITTINGTON PARKWAY |
| | List the contract number of any government contract | | LOUISVILLE, KY 40252 |

| 2.1,170 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | TECHNOLOGY CONSULTING INC |
| | State the term remaining | 26 month(s) | PO BOX 22529 140 WHITTINGTON PARKWAY |
| | List the contract number of any government contract | | LOUISVILLE, KY 40252 |

| 2.1,171 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | TECHNOSOFT CORPORATION/TECHNOSOFT GLOBAL SERVICES PVT. LTD |
| | | | 28411 NORTHWESTERN HWY |
| | State the term remaining | 19 month(s) | SUITE 640 |
| | List the contract number of any government contract | | SOUTHFIELD, MI 48034 |

| 2.1,172 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | TEK SYSTEMS |
| | | | 7437 RACE ROAD |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | HANOVER, MD 21076 |

| 2.1,173 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | TELECHECK SERVICES, INC. |
| | | | 5565 GLENRIDGE CONNECTOR NE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30342 |

| 2.1,174 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Buyer | TELECHECK SERVICES, INC. |
| | | | 5565 GLENRIDGE CONNECTOR NE |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30342 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,175 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELECHECK SERVICES, INC. |
|---|---|---|---|
| | **State the term remaining** | 9 month(s) | 5565 GLENRIDGE CONNECTOR NE |
| | **List the contract number of any government contract** | | ATLANTA, GA 30342 |

| 2.1,176 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELECHECK SERVICES, INC. |
|---|---|---|---|
| | **State the term remaining** | 9 month(s) | 5565 GLENRIDGE CONNECTOR NE |
| | **List the contract number of any government contract** | | ATLANTA, GA 30342 |

| 2.1,177 | **State what the contract or lease is for and the nature of the debtor's interest** | Partnership (Includes Affiliates)<br>Partner | TELEFLORA LLC |
|---|---|---|---|
| | **State the term remaining** | 2 month(s) | 11444 WEST OLYMPIC BOULEVARD<br>4TH FLOOR |
| | **List the contract number of any government contract** | | LOS ANGELES, CA 90064 |

| 2.1,178 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELEPHARM |
|---|---|---|---|
| | **State the term remaining** | 37 month(s) | 105 IOWA AVE<br>SUITE 231 |
| | **List the contract number of any government contract** | | IOWA CITY, IA 52240 |

| 2.1,179 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | TELESIGHT, LLC |
|---|---|---|---|
| | **State the term remaining** | | 820 N FRANKLIN ST<br>SUITE 200 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60610 |

| 2.1,180 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW<br>Buyer | TELESOFT CORP. |
|---|---|---|---|
| | **State the term remaining** | 1 month(s) | 5343 N 16TH STREET STE 300 |
| | **List the contract number of any government contract** | | PHOENIX, AZ 85016 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)   18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,181 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELESOFT CORP. |
|---|---|---|---|
| | | | 1611 E CAMELBACK RD |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | PHOENIX, AZ 85016 |

| 2.1,182 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELESOFT CORP. |
|---|---|---|---|
| | | | 1611 E CAMELBACK RD |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | PHOENIX, AZ 85016 |

| 2.1,183 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELETECH |
|---|---|---|---|
| | | | 9197 SOUTH PEORIA STREET |
| | **State the term remaining** | 28 month(s) | |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |

| 2.1,184 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELETECH |
|---|---|---|---|
| | | | 9197 SOUTH PEORIA STREET |
| | **State the term remaining** | 33 month(s) | |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |

| 2.1,185 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELETECH |
|---|---|---|---|
| | | | 9197 SOUTH PEORIA STREET |
| | **State the term remaining** | 9 month(s) | |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |

| 2.1,186 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TELETECH |
|---|---|---|---|
| | | | 9197 SOUTH PEORIA STREET |
| | **State the term remaining** | 9 month(s) | |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION                    Case number *(if known)*    18-23553
          Name

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,187 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TELETECH |
|---|---|---|---|
| | | | 9197 SOUTH PEORIA STREET |
| | **State the term remaining** | 27 month(s) | |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |

| 2.1,188 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TELETECH |
|---|---|---|---|
| | | | 9197 SOUTH PEORIA STREET |
| | **State the term remaining** | 27 month(s) | |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |

| 2.1,189 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TELUS INTERNATIONAL U.S CORPORATION |
|---|---|---|---|
| | | | 2251 SOUTH DECATUR BOULEVARD |
| | **State the term remaining** | 27 month(s) | |
| | **List the contract number of any government contract** | | LAS VEGAS, NV 89102 |

| 2.1,190 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer | TELUS INTERNATIONAL U.S CORPORATION |
|---|---|---|---|
| | | | 2251 SOUTH DECATUR BOULEVARD |
| | **State the term remaining** | 15 month(s) | |
| | **List the contract number of any government contract** | | LAS VEGAS, NV 89102 |

| 2.1,191 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Buyer | TEMPUS TECHNOLOGIES |
|---|---|---|---|
| | | | 635 W 11TH ST |
| | **State the term remaining** | 24 month(s) | |
| | **List the contract number of any government contract** | | AUBURN, IN 46706 |

| 2.1,192 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Buyer | TERADATA CORPORATION |
|---|---|---|---|
| | | | 10000 INNOVATION DR |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | DAYTON, OH 45342 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    18-23553
_____

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| 2.1,193 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Buyer |
| | **State the term remaining** | 3 month(s) |
| | **List the contract number of any government contract** | |

TERADATA CORPORATION

10000 INNOVATION DR

DAYTON, OH 45342

| | | |
|---|---|---|
| 2.1,194 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br><br>Buyer |
| | **State the term remaining** | 3 month(s) |
| | **List the contract number of any government contract** | |

TERADATA CORPORATION

10000 INNOVATION DR

DAYTON, OH 45342

| | | |
|---|---|---|
| 2.1,195 | **State what the contract or lease is for and the nature of the debtor's interest** | DISPLAY & ADVERTISING AGREEMENT<br><br>Buyer |
| | **State the term remaining** | 4 month(s) |
| | **List the contract number of any government contract** | |

TERRABOOST MEDIA LLC

3109 GRAND AVE

300

MIAMI, FL 33133

| | | |
|---|---|---|
| 2.1,196 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br><br>Buyer |
| | **State the term remaining** | 32 month(s) |
| | **List the contract number of any government contract** | |

TESTRITE VISUAL

216 SOUTH NEWMAN STREET

HACKENSACK, NJ 07601

| | | |
|---|---|---|
| 2.1,197 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br><br>Buyer |
| | **State the term remaining** | 24 month(s) |
| | **List the contract number of any government contract** | |

THE BRICKMAN GROUP LTD

3490 LONG GROVE ROAD

LONG GROVE, IL 60047

| | | |
|---|---|---|
| 2.1,198 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer |
| | **State the term remaining** | 7 month(s) |
| | **List the contract number of any government contract** | |

THE GAP US LLC

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name                                                                      Case number *(if known)*    18-23553

▮▮▮▮ **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,199 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE NIELSEN COMPANY/CLARITAS |
|---|---|---|---|
| | | | 770 BRADWAY |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | NY, NY 10003 |

| 2.1,200 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE NIELSEN COMPANY/CLARITAS |
|---|---|---|---|
| | | | 770 BRADWAY |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | NY, NY 10003 |

| 2.1,201 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE NIELSEN COMPANY/CLARITAS |
|---|---|---|---|
| | | | 770 BRADWAY |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | NY, NY 10003 |

| 2.1,202 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE NIELSEN COMPANY/CLARITAS |
|---|---|---|---|
| | | | 770 BRADWAY |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | NY, NY 10003 |

| 2.1,203 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE NIELSEN COMPANY/CLARITAS |
|---|---|---|---|
| | | | 770 BRADWAY |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | NY, NY 10003 |

| 2.1,204 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | THE NIELSEN COMPANY/CLARITAS |
|---|---|---|---|
| | | | 770 BRADWAY |
| | State the term remaining | 5 month(s) | |
| | List the contract number of any government contract | | NY, NY 10003 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION

Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| **2.1,205** | State what the contract or lease is for and the nature of the debtor's interest | Co-Promotion Agreement<br><br>Co-promoter | THE PROCTOR & GAMBLE DISTRIBUTING LLC<br><br>GO C7- 411 |
| | State the term remaining | 3 month(s) | ONE PROCTOR & GAMBLE PLAZA |
| | List the contract number of any government contract | | CINCINNATI, OH 45202 |
| **2.1,206** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement. Applies to Debtor's Affiliates<br><br>Buyer | THE RECEIVABLE MANAGEMENT SERVICES CORPORATION<br><br>PO BOX 932131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | CLEVELAND, OH 44193 |
| **2.1,207** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | THOMAS & COMPANY<br><br>ONE VANTAGE WAY |
| | State the term remaining | 8 month(s) | SUITE A 105 |
| | List the contract number of any government contract | | NASHVILLE, TN 37228 |
| **2.1,208** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | THOMAS & COMPANY<br><br>ONE VANTAGE WAY |
| | State the term remaining | 8 month(s) | SUITE A 105 |
| | List the contract number of any government contract | | NASHVILLE, TN 37228 |
| **2.1,209** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | THOMAS & THORNGREN<br><br>ONE VANTAGE WAY |
| | State the term remaining | 8 month(s) | SUITE A 105 |
| | List the contract number of any government contract | | NASHVILLE, TN 37228 |
| **2.1,210** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | THOMSON REUTERS (TAX & ACCOUNTING) INC<br><br>2395 MIDWAY RD |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | CARROLLTON, TX 75006 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,211 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE & SERVICES<br>Buyer | THOUGHTWORKS INC |
|---|---|---|---|
| | | | 200 E RANDOLPH |
| | State the term remaining | 20 month(s) | 25TH FLOOR |
| | List the contract number of any government contract | | CHICAGO, IL 60601-6501 |

| 2.1,212 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement<br>Buyer | TMAXSOFT |
|---|---|---|---|
| | | | 230 WEST MONROE STREET |
| | State the term remaining | 24 month(s) | SUITE 1950 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,213 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOMRA / RSI LLC |
|---|---|---|---|
| | | | 150 MT VERNON AVE |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | AUGUSTA, ME 04330 |

| 2.1,214 | State what the contract or lease is for and the nature of the debtor's interest | SOW #1<br>Buyer | TOUCHSTORM, LLC |
|---|---|---|---|
| | | | 355 LEXINGTON AVENUE |
| | State the term remaining | 8 month(s) | 12TH FL |
| | List the contract number of any government contract | | NEW YORK, NY 10017 |

| 2.1,215 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOWERS WATSON DELAWARE INC |
|---|---|---|---|
| | | | 71 S WACKER DRIVE |
| | State the term remaining | 38 month(s) | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,216 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOWERS WATSON DELAWARE INC |
|---|---|---|---|
| | | | 71 S WACKER DRIVE |
| | State the term remaining | 8 month(s) | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,217 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | TOWERS WATSON DELAWARE INC |
| | | | 71 S WACKER DRIVE |
| | State the term remaining | 2 month(s) | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,218 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOWERS WATSON DELAWARE INC |
| | | | 71 S WACKER DRIVE |
| | State the term remaining | 2 month(s) | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,219 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | TOWERS WATSON DELAWARE INC |
| | | | 71 S WACKER DRIVE |
| | State the term remaining | 2 month(s) | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,220 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOWERS WATSON DELAWARE INC |
| | | | 71 S WACKER DRIVE |
| | State the term remaining | 2 month(s) | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,221 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | TOWERS WATSON DELAWARE INC |
| | | | 71 S WACKER DRIVE |
| | State the term remaining | 2 month(s) | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,222 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | TOWERS WATSON DELAWARE INC |
| | | | 71 S WACKER DRIVE |
| | State the term remaining | 2 month(s) | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*  18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,223 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | TOWERS WATSON DELAWARE INC |
|---|---|---|---|
| | | | 71 S WACKER DRIVE |
| | **State the term remaining** | 1 month(s) | SUITE 2600 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.1,224 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TOWERS WATSON DELAWARE INC |
|---|---|---|---|
| | | | 71 S WACKER DRIVE |
| | **State the term remaining** | 38 month(s) | SUITE 2600 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.1,225 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TOWERS WATSON DELAWARE INC |
|---|---|---|---|
| | | | 71 S WACKER DRIVE |
| | **State the term remaining** | 8 month(s) | SUITE 2600 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.1,226 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TRAVELERS MARKETING LLC |
|---|---|---|---|
| | | | 47 CHURST ST |
| | **State the term remaining** | 9 month(s) | STE 301 |
| | **List the contract number of any government contract** | | WELLESLEY, MA 02482 |

| 2.1,227 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TRAVELERS MARKETING LLC |
|---|---|---|---|
| | | | 47 CHURST ST |
| | **State the term remaining** | 1 month(s) | STE 301 |
| | **List the contract number of any government contract** | | WELLESLEY, MA 02482 |

| 2.1,228 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TRAVELERS MARKETING LLC |
|---|---|---|---|
| | | | 47 CHURST ST |
| | **State the term remaining** | 2 month(s) | STE 301 |
| | **List the contract number of any government contract** | | WELLESLEY, MA 02482 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                              Case number *(if known)*    18-23553

| | | | |
|---|---|---|---|
| **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,229 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | TRC ENVIRONMENTAL CORPORATION |
|---|---|---|---|
| | **State the term remaining** | 27 month(s) | 9685 RESEARCH DRIVE |
| | **List the contract number of any government contract** | | IRVINE, CA 92618 |

| 2.1,230 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TRIAD RETAIL MEDIA |
|---|---|---|---|
| | **State the term remaining** | 39 month(s) | 30100 TELEGRAPH RD STE 360 |
| | **List the contract number of any government contract** | | BINGHAM FARMS, MI 48025 |

| 2.1,231 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TRIAD RETAIL MEDIA |
|---|---|---|---|
| | **State the term remaining** | 39 month(s) | 1410 N WESTSHORE BLVD<br>STE 200 |
| | **List the contract number of any government contract** | | TAMPA, FL 33607 |

| 2.1,232 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TRIBUNE DIRECT-697335 |
|---|---|---|---|
| | **State the term remaining** | 2 month(s) | 505 NORTHWEST HIGHWAY |
| | **List the contract number of any government contract** | | NORTHLAKE, IL 60164 |

| 2.1,233 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TRISTAR FULFILLMENT SERVICES INC |
|---|---|---|---|
| | **State the term remaining** | 2 month(s) | 520 PEDRICKTOWN RD |
| | **List the contract number of any government contract** | | BRIDGEPORT, NJ 08014 |

| 2.1,234 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>Buyer | TRUXX, INC. |
|---|---|---|---|
| | **State the term remaining** | 18 month(s) | 229 VESTAL PARKWAY EAST |
| | **List the contract number of any government contract** | | VESTAL, NY 13850 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.1,235** | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Marketing Agreement (Includes Affiliates)<br>Partner | TRUXX, INC. |
| | **State the term remaining** | 18 month(s) | 229 VESTAL PARKWAY EAST |
| | **List the contract number of any government contract** | | VESTAL, NY 13850 |
| **2.1,236** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TTEC HOLDINGS INC-703079 |
| | **State the term remaining** | 4 month(s) | 150 FIELD DRIVE<br>SUITE 250 |
| | **List the contract number of any government contract** | | LAKE FOREST, IL 60045 |
| **2.1,237** | **State what the contract or lease is for and the nature of the debtor's interest** | SOW<br>Buyer | TTEC HOLDINGS INC-703079 |
| | **State the term remaining** | 2 month(s) | 9197 S PEORIA ST |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |
| **2.1,238** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | TTEC HOLDINGS INC-703079 |
| | **State the term remaining** | 18 month(s) | 9197 S PEORIA ST |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |
| **2.1,239** | **State what the contract or lease is for and the nature of the debtor's interest** | SOW - Service Agreement<br>Buyer | TTEC TECHNOLOGY, LLC |
| | **State the term remaining** | | 9197 S PEORIA ST |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |
| **2.1,240** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement.<br>Buyer | TYMETRIX INC. |
| | **State the term remaining** | 26 month(s) | ONE CORPORATE CENTER 11TH FLOOR HATFORD CT 06103-3220 |
| | **List the contract number of any government contract** | | HATFORD, CT 06103 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,241 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | U.S. PAVEMENT SERVICES |
|---|---|---|---|
| | State the term remaining | 1 month(s) | 39 INDUSTRIAL PARKWAY |
| | List the contract number of any government contract | | WOBURN, MA 01801 |

| 2.1,242 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Licensor | U.S. VISION INC. |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 1 HARMON DRIVE |
| | List the contract number of any government contract | | GLENDORA, NJ 08029 |

| 2.1,243 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT<br>Buyer | UBER TECHNOLOGIES INC |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 1455 MARKET ST<br>STE 400 |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94103 |

| 2.1,244 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement<br>Buyer | UBER TECHNOLOGIES INC |
|---|---|---|---|
| | State the term remaining | 16 month(s) | 1455 MARKET STREET |
| | List the contract number of any government contract | | SAN FRANCISCO, CA 94103 |

| 2.1,245 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Agreement<br>Buyer | UNDERWRITERS AT LLOYDS |
|---|---|---|---|
| | State the term remaining | 10 month(s) | 3817 NORTHWEST EXPRESSWAY |
| | List the contract number of any government contract | | OKLAHOMA CITY, OK 73112 |

| 2.1,246 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | UNIFY INC-1000130209 |
|---|---|---|---|
| | State the term remaining | 8 month(s) | P O BOX 99076 |
| | List the contract number of any government contract | | CHICAGO, IL 60693 |

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
           Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,247 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT<br>Buyer | UNIPLAST |
|---|---|---|---|
| | | | 1-5 PLANT ROAD |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | HASBROUCK HEIGHTS, NJ 07604 |

| 2.1,248 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | UNITED AIR LINES INC. |
|---|---|---|---|
| | | | 233 S WACKER DRIVE |
| | State the term remaining | 2 month(s) | 16TH FLOOR |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.1,249 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | UNITED STATES POSTAL SERVICE |
|---|---|---|---|
| | | | P O BOX 0566 |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | CAROL STREAM, IL 60132 |

| 2.1,250 | State what the contract or lease is for and the nature of the debtor's interest | | UNIVERSAL ADMINISTRATORS SERVICE, LLC |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1,251 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | URS CORPORATION |
|---|---|---|---|
| | | | PO BOX 9024263 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | SAN JUAN, PR 00902 |

| 2.1,252 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | US METRO GROUP INC |
|---|---|---|---|
| | | | 605 S WILTON PLACE |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | LOS ANGELES, CA 90005 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,253 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | UTOPIA INTERNATIONAL, INC |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 601 W 26TH ST |
| | | | 1223 |
| | List the contract number of any government contract | | NYC, NY 10001 |

| 2.1,254 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | UTOPIA INTERNATIONAL, INC |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 601 W 26TH ST |
| | | | 1223 |
| | List the contract number of any government contract | | NYC, NY 10001 |

| 2.1,255 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | V3 COMPANIES OF ILLINOIS LTD |
|---|---|---|---|
| | State the term remaining | 37 month(s) | 7325 JANES AVENUE |
| | List the contract number of any government contract | | WOODRIDGE, IL 60517 |

| 2.1,256 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | VANGUARD CLEANING SYSTEMS |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 6950 PORTWEST DR SUITE 110 |
| | List the contract number of any government contract | | HOUSTON, TX 77024 |

| 2.1,257 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | VANGUARD INTEGRITY PROFESSIONALS-138107 |
|---|---|---|---|
| | State the term remaining | 12 month(s) | 6625 S EASTERN AVENUE  STE 100 |
| | | | NONE |
| | List the contract number of any government contract | | LAS VEGAS, NV 89119 |

| 2.1,258 | State what the contract or lease is for and the nature of the debtor's interest | Procurement Agreement<br>Buyer | VARMOUR NETWORKS INC-949221027 |
|---|---|---|---|
| | State the term remaining | 13 month(s) | 800 W EL CAMINO REAL |
| | | | SUITE 300 |
| | List the contract number of any government contract | | MOUNTAIN VIEW, CA 94040 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                                                Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,259 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment (Includes affiliates) <br> Buyer | VAXSERVE, INC. |
|---|---|---|---|
| | **State the term remaining** | 3 month(s) | 12566 COLLECTIONS CENTER DRIVE |
| | **List the contract number of any government contract** | | CHICAGO, IL 60693 |

| 2.1,260 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement <br> Buyer | VEGATEK CORPORATION |
|---|---|---|---|
| | **State the term remaining** | 26 month(s) | 747 CONSTITUTION DRIVE <br> SUITE 100 |
| | **List the contract number of any government contract** | | EXTON, PA 19341-0673 |

| 2.1,261 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement <br> Buyer | VEGATEK CORPORATION |
|---|---|---|---|
| | **State the term remaining** | 26 month(s) | 3801 SPRINTHURST BLVD <br> SUITE 207 |
| | **List the contract number of any government contract** | | LOUISVILLE, KY 40241 |

| 2.1,262 | **State what the contract or lease is for and the nature of the debtor's interest** | Policy Agreements <br> Buyer | VENTIV TECHNOLOGY, INC. |
|---|---|---|---|
| | **State the term remaining** | 58 month(s) | 3350 RIVERWOOD PARKWAY <br> 20TH FLOOR |
| | **List the contract number of any government contract** | | ATLANTA, GA 30339 |

| 2.1,263 | **State what the contract or lease is for and the nature of the debtor's interest** | Policy Agreements <br> Buyer | VENTIV TECHNOLOGY, INC. |
|---|---|---|---|
| | **State the term remaining** | 58 month(s) | 3350 RIVERWOOD PARKWAY <br> 20TH FLOOR |
| | **List the contract number of any government contract** | | ATLANTA, GA 30339 |

| 2.1,264 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement <br> Buyer | VERHOEF TRAINING, INC. |
|---|---|---|---|
| | **State the term remaining** | 15 month(s) | 103 HILLSIDE AVE |
| | **List the contract number of any government contract** | | W CALDWELL, NJ 07006 |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,265 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | VERIFONE INC |
| | | | LB 774060 |
| | **State the term remaining** | 12 month(s) | 4060 SOLUTIONS CNTR |
| | **List the contract number of any government contract** | | CHICAGO, IL 60677 |

| 2.1,266 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | VERIFONE SYSTEMS INC |
| | | | 5 TWOSOME DRIVE |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | MOORESTOWN, NJ 08057 |

| 2.1,267 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br>Licensee | VERINT SYSTEMS |
| | | | 800 NORTH POINT PKWY |
| | **State the term remaining** | 6 month(s) | |
| | **List the contract number of any government contract** | | ALPHARETTA, GA 30005 |

| 2.1,268 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement<br>Licensee | VERINT SYSTEMS |
| | | | 800 NORTH POINT PKWY |
| | **State the term remaining** | 6 month(s) | |
| | **List the contract number of any government contract** | | ALPHARETTA, GA 30005 |

| 2.1,269 | **State what the contract or lease is for and the nature of the debtor's interest** | software and services<br>Buyer | VERINT SYSTEMS/ KANA SOFTWARE INC |
| | | | 181 CONSTITUTION DR |
| | **State the term remaining** | 31 month(s) | |
| | **List the contract number of any government contract** | | MENLO PK, CA 94025 |

| 2.1,270 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | VERTEX |
| | | | 400 LIBBEY PARKWAY |
| | **State the term remaining** | 25 month(s) | |
| | **List the contract number of any government contract** | | WEYMOUTH, MA 02189 |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | | Case number *(if known)* | 18-23553 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,271 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | VIBES MEDIA LLC |
|---|---|---|---|
| | | | 300 W ADAMS |
| | **State the term remaining** | 5 month(s) | 7TH FLOOR |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.1,272 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement<br>LICENSEE | VIBES MEDIA LLC |
|---|---|---|---|
| | | | 300 W ADAMS |
| | **State the term remaining** | 4 month(s) | 7TH FLOOR |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.1,273 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement<br>Buyer | VIEWPOINTS NETWORK LLC-539551/POWER REVIEWS INC |
|---|---|---|---|
| | | | 444 N WELLS ST |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | CHICAGO, IL 60610 |

| 2.1,274 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Order<br>Licensee | VISA U.S.A. INC. |
|---|---|---|---|
| | | | 900 METRO CENTER BOULEVARD |
| | **State the term remaining** | 26 month(s) | |
| | **List the contract number of any government contract** | | FOSTER CITY, CA 94404 |

| 2.1,275 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | VISA, U.S.A. INC. |
|---|---|---|---|
| | | | PO BOX 8999 |
| | **State the term remaining** | 8 month(s) | |
| | **List the contract number of any government contract** | | SAN FRANCISCO, CA 94128-8999 |

| 2.1,276 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | VISUAL CREATIONS, INC. |
|---|---|---|---|
| | | | 60 KING ST |
| | **State the term remaining** | 32 month(s) | |
| | **List the contract number of any government contract** | | PROVIDENCE, RI 02909 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name                                              Case number (if known)    18-23553

▮▮▮▮  **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| 2.1,277 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | WATTERSON ENVIRONMENTAL GROUP |
| | | | 650 EAST ALGONQUIN ROAD |
| | **State the term remaining** | 25 month(s) | |
| | **List the contract number of any government contract** | | SCHAUMBURG, IL 60173 |
| 2.1,278 | **State what the contract or lease is for and the nature of the debtor's interest** | Hosted Services  Buyer | WEBFILINGS, LLC |
| | | | 2625 N LOOP DRIVE SUITE 2105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | AMES, IA 50010 |
| 2.1,279 | **State what the contract or lease is for and the nature of the debtor's interest** | Hosted Services  Buyer | WEBFILINGS, LLC |
| | | | 2625 N LOOP DRIVE SUITE 2105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | AMES, IA 50010 |
| 2.1,280 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement  Buyer | WELLS FARGO BANK |
| | | | 1200 MONTEGO WAY |
| | **State the term remaining** | 9 month(s) | |
| | **List the contract number of any government contract** | | WALNUT CREEK, CA 94598 |
| 2.1,281 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement  Buyer | WELLS FARGO BANK, N.A. |
| | | | 1200 MONTEGO WAY |
| | **State the term remaining** | 9 month(s) | |
| | **List the contract number of any government contract** | | WALNUT CREEK, CA 94598 |
| 2.1,282 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement  Licensor | WESTERN UNION FINANCIAL SERVICES, INC |
| | | | 12500 EAST BELFORD AVENUE |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | ENGLEWOOD, CO 80112 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | |
|---|---|---|---|
| 2.1,283 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE & SERVICES<br>Buyer | WH GROUP LLC, DRAFTHORSE SOLUTIONS, LLC |
| | State the term remaining | 22 month(s) | PO BOX 505 |
| | List the contract number of any government contract | | RICHMOND, VT 06588 |
| 2.1,284 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WHITE GRAPHICS INC-668137 |
| | State the term remaining | 15 month(s) | 1411 CENTRE CIRCLE DRIVE |
| | List the contract number of any government contract | | DOWNERS GROVE, IL 60515 |
| 2.1,285 | State what the contract or lease is for and the nature of the debtor's interest | Sales Confirmation Letter<br>Buyer | WHY NOT LEASE, IT (TEMPOE) |
| | State the term remaining | 46 month(s) | 1200 ELM STREET |
| | | | SUITE 1200 |
| | List the contract number of any government contract | | MANCHESTER, NH 03104 |
| 2.1,286 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WILHELMINA INTERNATIONAL, LTD |
| | State the term remaining | 3 month(s) | 300 PARK AVENUE SOUTH |
| | List the contract number of any government contract | | NY, NY 10010 |
| 2.1,287 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WILHELMINA INTERNATIONAL, LTD |
| | State the term remaining | 3 month(s) | 300 PARK AVENUE SOUTH |
| | List the contract number of any government contract | | NY, NY 10010 |
| 2.1,288 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WILLIS TOWERS WATSON |
| | State the term remaining | 38 month(s) | 71 S WACKER DRIVE |
| | | | SUITE 2600 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,289 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement

Buyer | WILLIS TOWERS WATSON |
| | | | 71 S WACKER DRIVE |
| | **State the term remaining** | 2 month(s) | SUITE 2600 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60606 |

| 2.1,290 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement. Along with Affiliates

Buyer | WILSONART LLC |
| | | | 2400 WILSON PLACE |
| | **State the term remaining** | 6 month(s) | |
| | **List the contract number of any government contract** | | TEMPLE, TX 76503 |

| 2.1,291 | **State what the contract or lease is for and the nature of the debtor's interest** | Sears Marketplace Fulfilled By Merchant Seller Agreement

Buyer | WILSONS LEATHER |
| | | | 7401 BOONE AVE N |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | BROOKLYN PARK , MN  55014 |

| 2.1,292 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement. Along with Affiliates

Buyer | WINCORE WINDOW COMPANY, LLC, |
| | | | 250 STAUNTON TURNPIKE |
| | **State the term remaining** | 34 month(s) | |
| | **List the contract number of any government contract** | | PARKERSBURG, WV 26104 |

| 2.1,293 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement

Buyer | WINDSTREAM, A PINNACLE COMPANY |
| | | | 1720 GALLERIA BLVD |
| | **State the term remaining** | 9 month(s) | |
| | **List the contract number of any government contract** | | CHARLOTTE, NC 28270 |

| 2.1,294 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement

Buyer | WINNSCAPES INC |
| | | | 6079 TAYLOR ROAD |
| | **State the term remaining** | 23 month(s) | |
| | **List the contract number of any government contract** | | GAHANNA, OH 43230 |

---

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION                  Case number *(if known)*   18-23553
        Name

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,295 | State what the contract or lease is for and the nature of the debtor's interest | OUTSOURCING AGREEMENT SOW<br>Buyer | WIPRO LIMITED |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 15455 N DALLAS PKWY  STE 1450 |
| | List the contract number of any government contract | | BANGALORE, |

| 2.1,296 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WIPRO LIMITED |
|---|---|---|---|
| | State the term remaining | 50 month(s) | SARJAPUR ROAD DODDAKANNELI |
| | List the contract number of any government contract | | BANGALORE, |

| 2.1,297 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement<br>Buyer | WIPRO LIMITED |
|---|---|---|---|
| | State the term remaining | 38 month(s) | SARJAPUR ROAD DODDAKANNELI |
| | List the contract number of any government contract | | BANGALORE, |

| 2.1,298 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WIPRO LIMITED |
|---|---|---|---|
| | State the term remaining | 38 month(s) | SARJAPUR ROAD DODDAKANNELI |
| | List the contract number of any government contract | | BANGALORE, |

| 2.1,299 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WIPRO LIMITED |
|---|---|---|---|
| | State the term remaining | 38 month(s) | SARJAPUR ROAD DODDAKANNELI |
| | List the contract number of any government contract | | BANGALORE, |

| 2.1,300 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WIS INTERNATIONAL-66166018 |
|---|---|---|---|
| | State the term remaining | 3 month(s) | 9265 SKY PARK COURT SUITE 100 |
| | List the contract number of any government contract | | SAN DIEGO, CA 92123 |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,301 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | WIS INTERNATIONAL-66166018 |
|---|---|---|---|
| | | Buyer | 9265 SKY PARK COURT SUITE 100 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | SAN DIEGO, CA 92123 |

| 2.1,302 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement | WISER SOLUTIONS INC / QUAD ANALYTIX, INC |
|---|---|---|---|
| | | Buyer | 1730 S EL CAMINO REAL |
| | State the term remaining | 6 month(s) | |
| | List the contract number of any government contract | | SAN MATEO, CA 94402 |

| 2.1,303 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | WISER SOLUTIONS INC / QUAD ANALYTIX, INC |
|---|---|---|---|
| | | Buyer | 1730 S EL CAMINO REAL |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | SAN MATEO, CA 94402 |

| 2.1,304 | State what the contract or lease is for and the nature of the debtor's interest | EVENT SPONSORSHIP AGREEMENT | WORLD OF OUTLAWS |
|---|---|---|---|
| | | Buyer | 7575 W WINDS BLVD |
| | State the term remaining | 2 month(s) | STE D |
| | List the contract number of any government contract | | CONCORD, NC 28027 |

| 2.1,305 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | WSILC, LLC D/B/A WELCH ATM |
|---|---|---|---|
| | | Licensor | 7206 N TERRA VISTA DR |
| | State the term remaining | 27 month(s) | |
| | List the contract number of any government contract | | PEORIA, IL 61614 |

| 2.1,306 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | XEROX BUSINESS SERVICES |
|---|---|---|---|
| | | Buyer | 100 CAMPUS DRIVE SUITE 200 |
| | State the term remaining | 32 month(s) | |
| | List the contract number of any government contract | | FLORHAM PARK, NJ 07932 |

---

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | | Case number *(if known)* | 18-23553 |
|--------|---|---|---|---|
| | Name | | | |

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,307 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | XEROX BUSINESS SERVICES |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 100 CAMPUS DRIVE SUITE 200 |
| | List the contract number of any government contract | | FLORHAM PARK, NJ 07932 |

| 2.1,308 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | XEROX BUSINESS SERVICES |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 100 CAMPUS DRIVE SUITE 200 |
| | List the contract number of any government contract | | FLORHAM PARK, NJ 07932 |

| 2.1,309 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | XEROX BUSINESS SERVICES |
|---|---|---|---|
| | State the term remaining | 32 month(s) | 100 CAMPUS DRIVE SUITE 200 |
| | List the contract number of any government contract | | FLORHAM PARK, NJ 07932 |

| 2.1,310 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | YANG MING (AMERICA) CORPORATION |
|---|---|---|---|
| | State the term remaining | 6 month(s) | 3010 HIGHLAND PARKWAY SUITE 330 |
| | List the contract number of any government contract | | DOWNERS GROVE, IL 60515 |

| 2.1,311 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | YELLOWDEVIL LLC |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 255 KENTUCKY AVE SE |
| | List the contract number of any government contract | | WASHINGTON, DC 20003 |

| 2.1,312 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | YEXT, INC. |
|---|---|---|---|
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.1,313** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | YEXT, INC. |
| | **State the term remaining** | 3 month(s) | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.1,314** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ZEBRA TECHNOLOGIES CORP<br>3 OVERLOOK PT |
| | **State the term remaining** | 34 month(s) | |
| | **List the contract number of any government contract** | | LINCOLNSHIRE, IL 60069 |

| | | |
|---|---|---|
| **2.1,315** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ZEBRA TECHNOLOGIES CORP-40088999<br>2353 HASSELL ROAD |
| | **State the term remaining** | 31 month(s) | SUITE 102 |
| | **List the contract number of any government contract** | | HOFFMAN ESTATES, IL 60195 |

| | | |
|---|---|---|
| **2.1,316** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ZEMOGA INC<br>120 OLD RIDGEFIELD RD |
| | **State the term remaining** | 7 month(s) | |
| | **List the contract number of any government contract** | | WILTON, CT 06897 |

| | | |
|---|---|---|
| **2.1,317** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ZENO GROUP INC-505347<br>200 EAST RANDOLPH ST |
| | **State the term remaining** | 6 month(s) | SUITE 5230 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60601 |

| | | |
|---|---|---|
| **2.1,318** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ZENO GROUP INC-505347<br>200 EAST RANDOLPH ST |
| | **State the term remaining** | 3 month(s) | SUITE 5230 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60601 |

---

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.1,319 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement <br><br> Buyer | ZIM INTEGRATED SHIPPING SERVICES, LTD. <br><br> 9 ANDREI SAKHAROV ST |
| | **State the term remaining** | 6 month(s) | |
| | **List the contract number of any government contract** | | MATAM, HAIFA 31016 |

| 2.1,320 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW <br><br> Buyer | ZONES, INC. <br><br> 1102 15TH STREET SW |
| | **State the term remaining** | 21 month(s) | SUITE 102 |
| | **List the contract number of any government contract** | | AUBURN, WA 98001-6509 |

| 2.1,321 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Procurement Agreement - Equipment, Software, and Services <br><br> Buyer | ZONES, INC. <br><br> 1102 15TH STREET SW |
| | **State the term remaining** | 45 month(s) | SUITE 102 |
| | **List the contract number of any government contract** | | AUBURN, WA 98001-6509 |

| 2.1,322 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | ZONES, INC. <br><br> 1102 15TH STREET SW |
| | **State the term remaining** | 45 month(s) | SUITE 102 |
| | **List the contract number of any government contract** | | AUBURN, WA 98001-6509 |

**Fill in this information to identify the case:**

Debtor name    SEARS HOLDINGS MANAGEMENT CORPORATION

United States Bankruptcy Court for the:    Southern    District of:    New York
{State}

Case number (If known):    18-23553

☐ Check if this is an amended filing

# Official Form 206 H

## Schedule H: Codebtors                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively. Attach the additional page to this page.

1.    Does the debtor have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes.

2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.3 A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.4 A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.5 | A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.6 | A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| 2.7 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.11 A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.12 A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| 2.13 A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.14 A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.15 A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.16 A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

| | **Additional Page If Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.17** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.18** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.19** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.20** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.21** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.22** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number (if known)    18-23553

| | **Additional Page If Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| **2.23** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.24** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.25** BIG BEAVER OF FLORIDA DEVELOPMENT LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.26** BIG BEAVER OF FLORIDA DEVELOPMENT LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.27** BLUELIGHTCOM INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.28** CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| ▇ | **Additional Page If Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.29** CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.30** CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.31** CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.32** CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.33** CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.34** FBA HOLDINGS INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
     Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.35** FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.36** FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.37** FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.38** FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.39** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.40** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*  18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| **2.41** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.42** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.43** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.44** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.45** INNOVEL SOLUTIONS INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.46** INNOVEL SOLUTIONS INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
           Name

Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.47** KBL HOLDING INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.48** KLC INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.49** KLC INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.50** KLC INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.51** KLC INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.52** KLC INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION |  | Case number *(if known)* | 18-23553 |
|---|---|---|---|---|
|  | Name |  |  |  |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| **2.53** | KLC INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.54** | KMART CORPORATION<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.55** | KMART CORPORATION<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.56** | KMART CORPORATION<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.57** | KMART CORPORATION<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.58** | KMART CORPORATION<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.59** KMART CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.60** KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.61** KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.62** KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.63** KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.64** KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number (if known) | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.65 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| 2.66 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.67 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.68 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.69 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.70 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.71** KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.72** KMART OF WASHINGTON LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.73** KMART OF WASHINGTON LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.74** KMART OF WASHINGTON LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.75** KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.76** KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
     Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.77** | KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.78** | KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.79** | KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.80** | KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.81** | KMART STORES OF ILLINOIS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.82** | KMART STORES OF ILLINOIS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
_____
Name

Case number *(if known)*    __18-23553_____

---

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.83** KMART STORES OF ILLINOIS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.84** KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.85** KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.86** KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.87** KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.88** KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          _____
          Name

Case number *(if known)*    18-23553
          _____

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| **2.89** KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.90** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.91** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.92** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.93** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.94** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | | Case number (if known) | 18-23553 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.95 | KMARTCOM LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D  ☒ E/F  ☐ G |
| 2.96 | MAXSERV INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D  ☐ E/F  ☐ G |
| 2.97 | MAXSERV INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.98 | MYGOFER LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D  ☐ E/F  ☐ G |
| 2.99 | MYGOFER LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D  ☐ E/F  ☐ G |
| 2.100 | MYGOFER LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D  ☐ E/F  ☐ G |

Debtor **SEARS HOLDINGS MANAGEMENT CORPORATION**
Name

Case number *(if known)* __18-23553__

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.101** | MYGOFER LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.102** | MYGOFER LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.103** | MYGOFER LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.104** | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.105** | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.106** | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.107** PRIVATE BRANDS LTD | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.108** PRIVATE BRANDS LTD | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.109** PRIVATE BRANDS LTD | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.110** SEARS BRANDS BUSINESS UNIT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.111** SEARS BRANDS BUSINESS UNIT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.112** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor  SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*  18-23553

▮ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.113** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| **2.114** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |
| **2.115** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D ☐ E/F ☐ G |
| **2.116** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.117** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D ☒ E/F ☐ G |
| **2.118** SEARS BRANDS LLC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.119 | SEARS BRANDS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.120 | SEARS BUYING SERVICES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.121 | SEARS DEVELOPMENT CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.122 | SEARS DEVELOPMENT CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.123 | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.124 | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

| | **Additional Page If Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| **2.125** | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |
| **2.126** | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D ☐ E/F ☐ G |
| **2.127** | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.128** | SEARS HOLDINGS PUBLISHING COMPANY LLC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.129** | SEARS HOME & BUSINESS FRANCHISES INC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.130** | SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD — Street — HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | BANK OF AMERICA | ☒ D ☐ E/F ☐ G |

Debtor      SEARS HOLDINGS MANAGEMENT CORPORATION                                    Case number *(if known)*    18-23553
            Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.131** | SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.132** | SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.133** | SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.134** | SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.135** | SEARS HOME IMPROVEMENT PRODUCTS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.136** | SEARS INSURANCE SERVICES LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number (if known)   18-23553

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.137 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.138 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.139 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.140 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.141 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.142 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.143 | SEARS PROCUREMENT SERVICES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.144 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.145 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.146 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.147 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.148 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.149** SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.150** SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.151** SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.152** SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.153** SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.154** SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
           Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| **2.155** SEARS PROTECTION COMPANY FLORIDA LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.156** SEARS PROTECTION COMPANY PR INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.157** SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.158** SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.159** SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.160** SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor     SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.161** SEARS ROEBUCK ACCEPTANCE CORP | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.162** SEARS ROEBUCK ACCEPTANCE CORP | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.163** SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.164** SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.165** SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.166** SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
          Name

Case number (if known)    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| **2.167** SEARS ROEBUCK AND CO<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.168** SEARS ROEBUCK AND CO<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.169** SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.170** SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.171** SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.172** SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number (if known)   18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.173 | SEARS ROEBUCK DE PUERTO RICO INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.174 | SEARS ROEBUCK DE PUERTO RICO INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D  ☒ E/F  ☐ G |
| 2.175 | SERVICELIVE INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.176 | SHC DESERT SPRINGS LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D  ☐ E/F  ☐ G |
| 2.177 | SHC DESERT SPRINGS LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.178 | SHC LICENSED BUSINESS LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.179 | SHC PROMOTIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.180 | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.181 | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.182 | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.183 | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.184 | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | SEARS HOLDINGS MANAGEMENT CORPORATION | Case number *(if known)* | 18-23553 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| **2.185** | SOE INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.186** | SRE HOLDING CORPORATION<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.187** | STARWEST LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.188** | STARWEST LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.189** | STARWEST LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.190** | STARWEST LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor   SEARS HOLDINGS MANAGEMENT CORPORATION
         Name

Case number *(if known)*   18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| **2.191** | STARWEST LLC | 3333 BEVERLY ROAD / Street / HOFFMAN ESTATES, IL 60179 / City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.192** | STARWEST LLC | 3333 BEVERLY ROAD / Street / HOFFMAN ESTATES, IL 60179 / City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D ☒ E/F ☐ G |
| **2.193** | STI MERCHANDISING INC | 3333 BEVERLY ROAD / Street / HOFFMAN ESTATES, IL 60179 / City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |
| **2.194** | STI MERCHANDISING INC | 3333 BEVERLY ROAD / Street / HOFFMAN ESTATES, IL 60179 / City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.195** | SYW RELAY LLC | 3333 BEVERLY ROAD / Street / HOFFMAN ESTATES, IL 60179 / City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.196** | TROY COOLIDGE NO 13 LLC | 3333 BEVERLY ROAD / Street / HOFFMAN ESTATES, IL 60179 / City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |

Debtor    SEARS HOLDINGS MANAGEMENT CORPORATION
Name

Case number *(if known)*    18-23553

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.197** | TROY COOLIDGE NO 13 LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.198** | WALLY LABS LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    SEARS HOLDINGS MANAGEMENT CORPORATION

United States Bankruptcy Court for the:    Southern        District of:    New York
{State}

Case number (If known):    18-23553

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from Schedule A/B.......................................................................................................
   $                141,244,919.00

   **1b. Total personal property:**
   Copy line 91A from Schedule A/B.......................................................................................................
   $             13,160,964,306.50

   **1c. Total of all property:**
   Copy line 92 from Schedule A/B.......................................................................................................
   $             13,302,209,225.50

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................
   $                831,428,725.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206 E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................
   $                  3,269,562.46

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................................
   $             17,163,951,620.00

4. **Total liabilities**.........................................................................................................
   Lines 2+ 3a + 3b
   $             17,998,649,907.46

Case number (If known):

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SEARS HOLDINGS MANAGEMENT CORPORATION |
| United States Bankruptcy Court for the: | Southern    District of: New York _(State)_ |
| Case number (If known): | 18-23553 |

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B Assets - Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

| Executed on | 01/17/2019 | ✗ | /s/ Robert A. Riecker |
|---|---|---|---|
| | MM/DD/YYYY | | Signature of individual signing on behalf of debtor |
| | | | Robert A. Riecker |
| | | | Printed name |
| | | | Office of the CEO, Chief Financial Officer |
| | | | Position or relationship to debtor |