WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## SEARS HOME IMPROVEMENT PRODUCTS, INC.
## CASE NO. 18-23555 (RDD)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                                        :

                                                             :        **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,                    :

                                                             :        **Case No. 18-23538 (RDD)**

                                                             :

                   Debtors.[1]                               :        **(Jointly Administered)**

------------------------------------------------------------------x


## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Sears Holdings Corporation ("**Sears Holdings**") and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" or "**SOFA**" and, collectively, the "**Statements**" or "**SOFAs**" in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statements of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes are in addition to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

specific notes set forth below with respect to particular Schedules and Statements (the "**Specific Notes**" and, together with the Global Notes, the "**Notes**"). These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals and have necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, the Debtors' management has not (and could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules or Statements and inadvertent errors, omissions, or inaccuracies may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of debtor or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. **Description of the Cases.** The Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code on October 15, 2018 (such Debtors, the "**Initial Debtors**"), and on October 18, 2018, October 22, 2018, and

January 7, 2018 (such Debtors, the "**Additional Debtors**"),[2] each such date, the "**Commencement Date**" for the relevant Debtors. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 16, 2018, the Bankruptcy Court entered an order authorizing the joint administration of the cases of the Initial Debtors pursuant to Bankruptcy Rule 1015(b). On November 1, 2018, November 2, 2018, and January 10, 2019, the Bankruptcy Court applied such order to the cases of the Additional Debtors. On October 24, 2018, the United States Trustee for the Southern District of New York Region 2 (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

2.    **Basis of Presentation.**   For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for Sears Holdings and its subsidiaries, including both Debtors and certain non-debtor affiliates. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements, neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than by individual legal entity, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Commencement Date or at any time before or after the Commencement Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent at the Commencement Date or any time prior to or after the Commencement Date.

3.    **Reporting Date.**   Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of the close of business on the

---

[2] The Additional Debtors, along with the last four digits of each Additional Debtor's federal tax identification number are, as follows: (i) SHC Licensed Business LLC (3718) filed on October 18, 2018; (ii) SHC Promotions LLC (9626) filed on October 22, 2018; and (iii) SRe Holding Corporation (4816) filed on January 7, 2019.

Commencement Date, adjusted for authorized payments under the First Day Orders (as defined below).[3]

4. **Current Values.** The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5. **Confidentiality.** There may be instances where certain information was not included or redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual. The omissions and redactions are limited to only what is necessary to protect the Debtor or a third party and will provide interested parties with sufficient information to discern the nature of the listing.

6. **Consolidated Entity Accounts Payable and Disbursement Systems.** As described in the Cash Management Motion,[4] the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.

In the ordinary course of business, the Debtors maintain business relationships among each other and with certain non-debtor affiliates, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**"). As set forth more fully in the Cash Management Motion, the primary Intercompany Transactions giving rise to Intercompany Claims are cash receipts activities, disbursement activities, inventory purchases, and expense allocations. Historically, Intercompany Claims are not settled by actual transfers of cash among the Debtors. Instead, the Debtors track all Intercompany Transactions in

---

[3] While the Additional Debtors (i) SHC Licensed Business LLC (3718) and (ii) SHC Promotions LLC (9626) filed subsequent to the Initial Debtors' Commencement Date, unless otherwise indicated the information presented in the Schedules and Statements is as of the Initial Debtors' Reporting Date of October 15, 2018. The Debtor SRe Holding Corporation (4816) filed on January 7, 2019 and the information presented in the Schedules and Statements is as of January 5, 2019, which coincides with the timing of this Debtor's fiscal accounting period that is closest to January 7, 2019.

[4] *Motion of Debtors for Authority to (i) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (ii) Implement Ordinary Course Changes to Cash Management System, (iii) Continue Intercompany Transactions, and (iv) Provide Administrative Expense Priority for Postpetition Intercompany Claims and Related Relief* (ECF No. 5) (the "**Cash Management Motion**").

their accounting system, which concurrently are recorded on the applicable Debtors' balance sheets.

In addition, as defined and discussed in the Cash Management Motion, the Debtors are party to certain Foreign Affiliate Intercompany Transactions, Warranty Payments and Intellectual Property Intercompany Transactions. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors and their non-debtor affiliates as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.    **Accuracy.**  Although the Debtors have made reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary or appropriate.  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  Persons and entities trading in or otherwise purchasing, selling or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

8.    **Net Book Value of Assets.**  In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values as of the Commencement Date are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. As applicable, fixed assets and leasehold improvement assets that fully have been depreciated, amortized or impaired, or were expensed for GAAP accounting purposes, have no net book value, and, therefore, are not included in the Schedules and Statements.

9.    **Currency.**  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

10.   **Payment of Prepetition Claims Pursuant to First Day Orders.**  Shortly after October 15, 2018, the Bankruptcy Court entered orders (collectively, the "**First-Day Orders**"), authorizing, but not directing, the Initial Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks and debit and credit card companies; (ii) claims of warehousemen and miscellaneous lien claimants; (iii) certain insurance obligations; (iv) obligations to "critical vendors;" (v) customer programs obligations; (vi)

employee wages, salaries, and related items, including, but not limited to, employee benefit programs and independent contractor obligations; (vii) taxes and assessments; and (viii) amounts held in trust or on a consignment basis where the company has collected on behalf of a third party.[5] Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Commencement Date. To the extent any adjustments are necessary for any payments made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First-Day Orders, such adjustments have been included in the Schedules and Statements unless otherwise noted on the applicable Schedule or Statement. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to the First-Day Orders.

11.    **Other Paid Claims.**  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

12.    **Setoffs.** The Debtors routinely incur certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, customer programs, returns, promotional funding, warranties, refunds, and other disputes between the Debtors and their customers and/or suppliers. These routine setoffs are consistent with the ordinary course of business in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and, as such, are excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

13.    **Accounts Receivable.** The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and are calculated net of any amounts that, as of the Commencement Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day operating policies.

---

[5] The First Day Orders were later applied to the Additional Debtors by the Bankruptcy Court.

14. **Inventory.** Inventories are valued at the lower of cost or market determined primarily using the retail inventory method.  For certain of the Debtors that operate as Kmart, their merchandise inventories are valued under the retail inventory method using primarily a first-in, first-out cost flow assumption. For certain of the Debtors that operate as Sears, their merchandise inventories are valued under the retail inventory method using primarily a last-in, first-out cost flow assumption.

15. **Property and Equipment.** Property and equipment (including leasehold improvements) are carried at cost, less accumulated depreciation.  Additions and substantial improvements are capitalized and include expenditures that materially extend the useful lives of existing facilities and equipment.  Maintenance and repairs that do not materially improve or extend the lives of the respective assets are expensed as incurred.  Depreciation expense, which includes depreciation on assets under capital leases, is recorded over the estimated useful lives of the respective assets using the straight-line method for financial statement purposes. The range of lives are generally 20 to 50 years for buildings, 3 to 10 years for furniture, fixtures and equipment, and 3 to 5 years for computer systems and computer equipment. Leasehold improvements are depreciated over the shorter of the associated lease term or the estimated useful life of the asset.

 The inventories, property and equipment listed in the Schedules are presented without consideration of any mechanics' or other liens.

16. **Mechanics' & UCC Liens.**  Known, filed mechanics' and UCC liens are listed on Schedule D.  The inventories, property, plant and equipment listed in these Schedules are presented without consideration of any mechanics' or other liens. To the extent the corresponding Debtor is identified within the filed documents, the liens are identified on that Debtor's Schedule D.  Those documents that do not identify a specific debtor are listed on Schedule D for Sears Holdings.

17. **Excluded Assets and Liabilities.** Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported. Therefore, they do not represent specific claims as of the Commencement Date and are not otherwise set forth in the Schedules. Additionally, certain deferred assets, charges, accounts or reserves recorded for GAAP reporting purposes only and certain assets with a net book value of zero are not included in the Schedules. Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, closed store and warehouse reserves, accrued occupancy related costs for open stores, deferred real estate income, favorable lease rights and unfavorable lease liabilities.   Other immaterial assets and liabilities may have been excluded.

In the ordinary course of business, the Debtors maintain a customer loyalty reward program that entitles customers to receive certain benefits based on the amount they spend with the Debtors and certain partners (the "**Shop Your Way Program**").   As of the Commencement Date, there were approximately 144 million customers enrolled in the Shop Your Way Program.   The Debtors received approval under the *Order Authorizing Debtors to (i) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices, and (ii) Pay and Honor Related Prepetition Obligations* (ECF No. 135) (the "**Customer Programs Order**") to continue to honor Shop Your Way program benefits and obligations.   Due to the Debtors' concern for their customers' privacy, and because it would be unduly burdensome and costly, the Debtors have not provided this customer list in their response to Schedule A/B Part 10.   The Debtors' customer list associated with the Shop Your Way Program is not representative of the customer lists generally identified in the Schedules.

The Debtors also support a number of other customer programs such as the ability for customers to purchase gift cards from the Debtors' stores to be redeemed later for merchandise, offers to customers for markdowns, deals, blue light specials and other offers, and may honor both their own and third-party coupons for discounts on merchandise.   The Debtors have received approval under the Customer Programs Order to continue to honor these program benefits.

The Debtors offer their customers an opportunity to purchase protection agreements ("**PAs**") or extended warranties under a number of different in-house programs that cover the repair or replacement cost of a product, including, but not limited to, home appliances, tools, jewelry, tires, electronics, lawn mowers and certain heating, ventilation, and air-conditioning products.   The Debtors offer service plans for these various products (retail and aftermarket) at different protection levels known as "Master Protection Agreements."   There are millions of customers enrolled in these various PAs.   The Debtors received approval under the Customer Programs Order to continue to honor these agreements.

18.   **Debtors' Reservation of Rights.**   Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, the following:

a.   Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on its Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.   The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

8

c.  The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as either "priority," or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.  Listing a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

d.  In the ordinary course of their business, the Debtors may lease equipment from certain third-party lessors for use in the daily operation of its business. Any such leases are set forth in Schedule G and any current amount due under such leases that were outstanding as of the Commencement Date is listed on Schedule E/F. The property subject to any of such leases is not reflected in Schedule A/B as either owned property or assets of the Debtor nor is such property reflected in the Debtor's Statement of Financial Affairs as property or assets of third parties within the control of the Debtor. Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, but not limited to, the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including, but not limited to the right to assert claims objections and/or setoffs with respect to the same.

f.  The Debtors' businesses are part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.   The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.   The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  However, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they are included in the relevant Schedules and Statements.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements inadvertently may have been omitted. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that additional Guarantees are identified.  In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.  The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H.  Guarantees with respect to the Debtors' executory contracts and unexpired leases are not included on Schedule H and the Debtors believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments and similar agreements may exist and, to the extent they do, will be identified upon further review.

i.   Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

j.   To timely close the books and records of the Debtors as of the Commencement Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Commencement Date. The Debtors reserve all rights to amend the reported amounts of assets, liabilities, reported revenue and expenses to reflect changes in those estimates and assumptions.

19.    **Global Notes Control**. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities

1.  **Schedule-Specific Disclosures.** Each of Schedules A/B, D, E/F, G and H contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference. The asset totals listed on the Schedules represent all known amounts included in the Debtors' books and records as of the Commencement Date. To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

2.  **Schedules A/B**

    a.  **Part 1.** Details with respect to the Debtors' cash management system are provided in the Cash Management Motion.

    The Debtors are in possession of certain monies related to tenant or subtenant deposits where the Debtors are the lessor. These monies are not segregated in separate accounts and have been reported in the Debtors' cash balances. The Debtors believe that these amounts aggregate to less than $600,000.

    The restricted cash balance ($281.9 million) at Debtor Sears Holdings Corporation represents amounts in an escrow account held for the benefit of PBGC. This restricted cash was disbursed to the PBGC in November 2018.

    **Part 2.** The amounts listed in Part 2 for each Debtor are listed in accordance with the Debtors' books and records. These amounts do not necessarily reflect assets the Debtors will be able to collect or realize.

    The Debtors have numerous deposits with utility companies serving certain geographies with multiple facilities. It has been the Debtors' practice to largely account for these deposits on an operational, rather than on a store location and corresponding legal entity basis, which has resulted in utility deposits being primarily recorded on the balance sheets of debtors Kmart Corporation and Sears, Roebuck and Co. The carrying value of the deposits, as reflected in each Debtors' records, are listed in Part 2.

    The Debtors also maintain deposits to satisfy certain statutory requirements related to PAs, and sales tax requirements for the franchise business. These deposits are included in the Schedules for the appropriate legal entity as either collateral or miscellaneous deposits.

    Prepaid expenses primarily consist of cash in advance amounts paid to numerous vendors and suppliers for the purchase of inventory items. These advances were generally made on an operational basis for a vendor in the total amount for the Debtors, rather than by invoice or individual legal entity. The excess advances

above payables have been reclassified as prepaid inventory or prepaid miscellaneous expenses and are subject to reconciliation. The remaining prepaid expenses primarily relate to prepaid advertising, insurance, rent and data processing expenses. It has been the Debtors' practice to largely account for these advances on an operational, rather than a corresponding legal entity basis, which has resulted in the advances being primarily recorded on the balance sheets of Debtors: Sears, Roebuck and Co.; Sears Holdings Management Corporation; Kmart Operations LLC; Sears Operations LLC; and Sears Holdings Corporation.

b. **Part 3.** The Debtors performed an analysis to estimate their accounts receivable aging on a legal entity basis. This analysis was performed using accounts receivable data as of October 6, 2018, which coincides with the timing of the Debtors' fiscal accounting period that is closest to the Commencement Date. The October 6, 2018 information was utilized to estimate the aging as the level of detail required to perform this estimation was not available as of the Commencement Date.

c. **Part 4.** Any of the Debtors' ownership interests in subsidiaries, partnerships, and joint ventures are listed in Schedule A/B, Part 4, as undetermined amounts, because the fair market value of such interests is dependent on numerous variables and factors and may differ significantly from the net book value.

Membership or equity interests held by each of the Debtors in the other Debtor entities are contained in the Debtors' corporate ownership interest statements, which were filed in the Debtors' chapter 11 cases (collectively,[6] and as may be amended and supplemented, the "**Corporate Ownership Statements**"), and are hereby incorporated into Schedule A/B, Part 4, by reference. Consequently, such interests are not listed again in these Schedules.

d. **Part 5.** Amounts presented in the Schedules exclude any amounts of inventory on consignment. Amounts presented as inventory receipts within twenty days of filing have not been reduced to reflect inventory received under cash in advance payment or payments made post-petition under certain First-Day Orders. The amounts listed in this Part 5 should not be interpreted as an estimate of outstanding 11 U.S.C. § 503(b)(9) balances.

e. **Part 8.** Actual realizable values of the identified leased or owned vehicles, machinery, fixtures and equipment may vary significantly relative to net book values as of the Commencement Date.

---

[6] The Initial Debtors' Consolidated Corporate Ownership Statement can be found at ECF No. 2. Debtors SHC Licensed Business LLC, SHC Promotions LLC, and SRe Holding Corporation commenced voluntary cases under chapter 11 of the Bankruptcy Code October 18, 2018, October 22, 2018, and January 7, 2019 respectively, and are jointly administered with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules. For ownership information pertaining to these three subsidiary legal entities, please refer to ECF No. 2 under Case No. 18-23616, ECF No. 2 under Case No. 18-23630, and ECF No. 2 under Case No. 19-22031 for SHC Licensed Business LLC, SHC Promotions LLC, and SRe Holding Corporation, respectively.

f.  **Part 9.** The values listed for the real property owned and leased by the Debtors are the net book values of the various asset components (land, buildings, leasehold improvements, capital lease assets, etc.) as recorded on the fixed asset register for each applicable Debtor.  A listing of each real property (primarily store locations) owned by each of the Debtors is contained in a Rider to Schedule A/B for each applicable Debtor.  The Debtors have not included the net book value of each Debtor's interest in each owned or leased property as its fixed asset records are maintained on an operational rather than on a store location and corresponding legal entity basis.

Due to the complexity of certain of the Debtors' leasing and real estate transactions, the Debtors may have inadvertently listed certain properties as real property assets in Part 9 when such properties are in fact properties that are subject of certain of the executory contracts and unexpired leases reported on Schedule G. The Debtors reserve all rights to re-characterize their interests in real property at a later date.  Further, due to the volume of the Debtors' real and personal property holdings, the Debtors may have listed certain assets as real property assets when such holdings are in fact in the nature of personal property holdings.  Debtors may also have listed certain assets as personal property assets when such holdings are in fact real property holdings.  The Debtors are continuing to review all relevant documents and expressly reserve their right to amend, re-categorize and/or re-characterize such asset holdings at a later time to the extent the Debtors determine such holdings were improperly listed.

g.  **Part 10.**  Part 10 identifies the Debtors' patents, copyrights, trademarks and trade secrets. The values presented in Part 10 reflect the net book value, to the extent that such value is reflected in the Debtors' books and records. A number of the trademarks are registered in multiple countries, including the United States.

Part 10 also includes a best effort listing of the Debtors' registered internet domains and websites. The act of not listing any specific domain or website is not a relinquishing of ownership.  The values presented in this Schedule reflect the net book value, to the extent that such value is reflected in the Debtors' books and records.

h.  **Part 11.**  In Part 11, dollar amounts are presented net of impairments and other adjustments.

   i.  ***Tax refunds and unused net operating losses (NOLs).***  The Debtors have significant net operating loss carryforwards and tax credits. The timing and use of such credits cannot be determined at this time.  As a result, the current value is stated as "Undetermined" in Part 11. The use of the word "Undetermined" does not reflect the potential materiality of deferred value.  See also response to SOFA 31, "Consolidated Tax Group" for additional information with respect to Limited Liability Companies.

13

ii.  *Interests in Insurance Policies or Annuities.*  The Debtors maintain a portfolio of insurance policies against unforeseen incidents and losses. There has been no assessment of the cash surrender value, if any, of such policies, to date.  Accordingly, the values ascribed to such policies are reported as Undetermined.

iii.  *Other contingent and unliquidated claims or causes of action of every nature.* In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, refunds with their customers and suppliers, and potential warranty claims against their suppliers, among other claims. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as plaintiffs, or counter-claims and/or cross-claims as defendants.

Despite their reasonable efforts to identify all such assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

iv.  *Other property of any kind not already listed.*  As discussed in the Cash Management Motion, in the ordinary course of business, the Debtors maintain business relationships with each other and with their non-Debtor affiliates. Such intercompany transactions among entities result in intercompany receivables and payables (the "**Intercompany Claims**"). The Debtors have reported for each Debtor, the aggregate net intercompany balances among the Debtors and their non-debtor affiliates as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

The intercompany receivable values reported in Schedule A/B reflect the net intercompany receivables for a particular Debtor entity from all other Debtor and non-Debtor affiliates. Similarly, the intercompany payable values reported in Schedule E/F reflect the net intercompany payable balances from a particular Debtor to all other Debtor and non-Debtor affiliates.

3.  **Schedule D.** To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred, before the Commencement Date.

Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and/or their estates

14

reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. The Debtors scheduled claims of certain creditors as secured claims for informational purposes only, and no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. The Debtors have included on Schedule D the results of UCC searches performed prior to the Commencement Date. However, the listing of such results shall not be deemed an admission as to the validity or existence of any lien. The Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

The Debtors scheduled guarantee obligations under loan documents in Schedules D and E/F, as applicable, as contingent and unliquidated obligations, in undetermined amounts.

Any changes to the status of any liens or security rights since the Commencement Date may not be adequately reflected in Schedule D. Therefore, the Debtors may have listed claims with secured status that have changed, or failed to list certain parties whose claims may be secured through rights of setoff, deposits or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights on Schedule D.

Certain claims listed on Schedule D may be subject to setoff rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

To the extent the agreements governing certain security relationships have been listed elsewhere in the Schedules for the applicable Debtors, they have not been listed on Schedule D. The descriptions provided in Schedule D are intended only to be a summary, and the amounts due reflect principal amounts due as of the Commencement Date. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Detailed descriptions of the Debtors' pre-petition debt structure, guarantees and descriptions of collateral relating to each debt contained on Schedule D are contained in the *Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York* (ECF No. 3) (the "**CFO Declaration**"). In addition, the naming conventions used to describe the debt in Schedule D and, as applicable, Schedule E/F is consistent with the defined terms in the CFO Declaration.

4. **Schedule E/F.**

    a. **Part 1**. The Debtors have not listed any tax, wage or wage-related obligations that the Debtors were granted authority to pay pursuant to First-Day Orders on Schedule E/F. The Debtors believe that all such claims for wages, salaries, expenses, benefits and other compensation as described in the First-Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. Unpaid amounts for severed employees have not been analyzed to determine

whether such amounts should be viewed as priority claims. In addition, for severed employees, there has been no analysis of whether any unpaid amounts exceed the priority claim limit or whether there should be a bifurcation of amounts owed between priority and nonpriority unsecured amounts. Accordingly, such claims are listed in Part 1 of Schedule E/F, and these Schedules identify the amount that may be subject to priority and the amount that may be nonpriority as Undetermined in both parts.  The Debtors reserve their right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Claims owing to various taxing and regulatory authorities to which the Debtors may potentially be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to on-going audits and/or the Debtors are otherwise unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as undetermined, pending final resolution of on-going audits or other outstanding issues.

b. **Part 2.** The Debtors have attempted to relate all liabilities to each applicable Debtor.  As a result of the Debtors' large and complex operations, however, Schedule E/F for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors.  Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, may have valid setoff and recoupment rights with respect to such amounts.  The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.  Therefore, the Debtors did not indicate such potential set off rights. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.  Additionally, certain creditors may assert mechanics', materialsmen's, or other similar liens against the Debtors for amounts listed on Schedule E/F, with respect to which the Debtors reserve all rights.  For certain vendors for which the claim amount may not be subject to offset, the Schedule reflect amounts which have been separately reclassified to either prepaid inventory or prepaid expense, as appropriate.  Such prepaid amounts are reflected in Schedule A/B.

The Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.  In addition, the Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F.  The Debtors have made reasonable efforts to include all trade creditors on Schedule E/F.  However, the Debtors believe there are instances where vendors have yet to provide proper invoices for prepetition goods or services.  While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and therefore have not been included on Schedule E/F.

16

The Debtors' accounting system tracks vendors by vendor number. Because many vendors conduct business at several of the Debtors' locations and with multiple Debtors, and the Debtors may do business at multiple vendor locations, there are instances where the same vendor has multiple vendor numbers. For purposes of Schedule E/F, the Debtors have attempted to aggregate all claims of such vendors with multiple vendor numbers, by Debtor. However, instances may exist where not all such claims have been identified and the Debtors may have separately listed potentially duplicative claims of such vendors under multiple vendor numbers.

Unless otherwise noted, the claims listed on Schedule E/F are based on the Debtors' books and records as of the Commencement Date. Payments may have been made to certain vendors under applicable First Day Orders. To the extent that any such payments have been made, the amounts paid have been applied to reduce the amount of the claim. If the application of payments made by the Debtors (i) pursuant to a First Day Order, (ii) a cash in advance payment made prior to the Commencement Date, or (iii) relate to other payments to vendors and result in an over-advance, such payments have been listed as a prepaid expenses and included in Schedule A/B Part 2.

Schedule E/F also contains information regarding pending litigation involving the Debtors. In certain instances, the identity of each Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in Schedule E/F for that Debtor. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated and disputed in this Schedule. The Debtors have excluded workers' compensation claims from the Statements because the Debtors continue to honor their workers' compensation obligations in the ordinary course in accordance with the *Final Order Authorizing Debtors to (i) Continue, Maintain, and Renew Their Insurance Policies and Workers' Compensation Programs: (ii) Honor All Obligations with Respect Thereto: and (iii) Modify the Automatic Stay With Respect to the Worker's Compensation Programs* (ECF No. 792), entered on November 16, 2018.

The Debtors sell gift cards to customers in the normal course of business. The gift cards can be applied by customers toward purchases of groceries in the Debtors' stores. Due to the volume and frequency of gift card sales, the Debtors are not able to identify (i) all of the individual gift card holders, and (ii) the unredeemed value remaining on the individual gift cards. Accordingly, unredeemed gift card claims have not been included in Schedule E/F.

Schedule E/F includes the aggregate net intercompany payable amounts that may or may not result in allowed or enforceable claims by or against a given Debtor. Listing these payables is not an admission on the part of the Debtors that the intercompany claims are enforceable or collectible. The intercompany payables may be subject to set off, recoupment, netting or other adjustments made pursuant to intercompany policies and arrangements not reflected in the Schedules.

5. **Schedule G.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively the "**Agreements**"), review is ongoing and inadvertent errors, omissions or over-inclusion may have occurred. The Debtors may have entered into certain types of Agreements in the ordinary course of their businesses, such as indemnity agreements, non-executory supplemental agreements, amendments/letter agreements, and confidentiality agreements, which may not be set forth in Schedule G. In addition, as described herein, certain confidential information has been omitted from Schedule G.

The Debtors have entered into numerous Universal Terms and Conditions ("**UTC**") arrangements with vendors. For vendors with whom there was at least one open purchase order at the Commencement Date, the Debtors have included such purchase order in Schedule G. The Debtors have not listed all such short-term purchase and sales orders because of their large number and transitory nature.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted Agreements.  Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Commencement Date or is valid or enforceable.  The Agreements listed on Schedule G may have expired or may have been renewed, modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements, which may not be listed on Schedule G. Executory agreements that are oral in nature  have not been included in Schedule G.

Any and all of the Debtors' rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, including, but not limited to, the Debtors' rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (iii) to amend or supplement Schedule G as necessary.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Each Agreement is included on Schedule G of every named Debtor party. In certain circumstances, the specific Debtor obligor(s) to certain of the Agreements could not be specifically identified. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the agreement.  .

6. **Schedule H**.  The Debtors are party to various debt agreements which were executed by multiple Debtors.  The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor.   In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against the other parties.  To the extent such claims are listed elsewhere in the

Schedules of the applicable Debtors, they have not been set forth on Schedule H. Further, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to the extent that such agreements are listed elsewhere in the Schedules of the applicable Debtors.  In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim, and such claim is marked "contingent" and "unliquidated." No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors.  To the extent there are guarantees connected with any joint ventures to which the Debtor may be a party, such agreements are not identified in the Debtors' Schedules.

## Specific Notes with Respect to the Debtors' Statements of Financial Affairs

1.  **SOFA 1 and SOFA 2.**  The presentation of amounts in the Debtors' responses to SOFA 1 and 2 are consistent with the classification of such amounts in the statements of operations, as disclosed in compliance with GAAP.

    The Debtors operate on a 4-4-5 retail calendar, dividing the year into four (4) quarters. Each quarter has 13 weeks, which are grouped into two (2) four-week "months" and one (1) five-week "month."  The Debtors' fiscal year ends on the Saturday closest to January 31 and consists of 52 weeks or, as is the case with fiscal year 2017, 53 weeks.

    - FY 2016: Comprised of 52 weeks ending January 28, 2017.
    - FY 2017: Comprised of 53 weeks ending February 3, 2018.
    - FY 2018: Comprised of 52 weeks ending February 2, 2019.

2.  **SOFA 3.** As described and defined in the Cash Management Motion, the Debtors utilize an integrated, centralized Cash Management System, in the ordinary course of business, to collect, concentrate and disburse funds generated by their operations.   The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The obligations of the Debtors are primarily paid by and through Sears, Roebuck and Co. or Kmart Corporation, notwithstanding that certain obligations may be obligations of one or more of the Debtors consistent with the Cash Management Motion.

    Payment data was extracted from multiple financial systems across the Debtors' organization. In instances where the payment system did not discern which Debtor the payment pertained to, such transactions were assigned to Sears, Roebuck and Co. The payments disclosed in SOFA 3 are based on payments made by the Debtors with payment dates from July 17, 2018 to October 15, 2018.

Amounts still owed to creditors will appear on the Schedules of Assets and Liabilities for each of the Debtors, as applicable.

The Debtor entities utilizes Automatic Data Processing, Inc. ("**ADP**") to process employee compensation and the related jurisdiction taxes associated with compensation payouts.    The Debtors make bulk payments which include employee compensation, associated jurisdiction taxes, as well as the service fee ADP would charge for its related services.  The various payments systems aren't able to bifurcate the portion related to employee compensation, therefore, amounts listed in response to SOFA 3 represent the total batch payments.

3.      **SOFA 4.**  For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, (i) have a controlling interest in, or exercise sufficient control over the respective Debtor so as to unqualifiably dictate corporate policy and the disposition of assets, and/or (ii) are or were listed as participants in the Debtors' key employee incentive plan as approved by the KEIP Order.[7]

Individuals listed in the Statements as insiders have been included for informational purposes only.  The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.  For more information regarding each Debtor's officers and directors, please see SOFA 28 and SOFA 29.

Payments to insiders that have a specific related party interest include M-III Partners LLC ("**M-III**"). M-III pays insider Chief Restructuring Officer Moshin Meghji, and therefore payments to M-III may indirectly benefit Mr. Meghji. Such payments have been listed in the response to SOFA 11.

The payroll-related amounts shown in response to this question for any salary, bonus or additional compensation, and/or severance payments are net amounts that include reductions for amounts including employee tax and benefit withholdings.

4.      **SOFA 5.**  The operating Debtors occasionally return damaged, unsatisfactory, or out-of-specification goods to vendors in the ordinary course of business. Other

---

[7] *Order (I) Approving Debtors' Incentive and Retention Programs for Certain Key Employees and (II) Granting Related Relief* (ECF No. 1437) (the "**KEIP Order**").

than ordinary course items, the Debtors are not aware of any property that has been returned to the seller.

5.      **SOFA 6.**   The Debtors accept payment in their various locations and on their website in the form of credit cards.  As a result of the relationship with the credit card processing companies, the Debtors are involved in setoff transactions on a continuous basis.   Specifically, other than the setoffs noted in SOFA 6, the Debtors maintain reserves with both First Data Corporation ("**First Data**") and American Express Co. ("**American Express**"). First Data and American Express are not owed any amounts because all amounts that are due and payable are offset against amounts that First Data and American Express owe the Debtors in the normal course of settlement.  While this is similar in effect to a set-off, it does not meet the legal criteria for set-off because the amounts never became unpaid. Additionally, First Data and American Express have a contractual right to withhold from the settlements amounts due to them.  If the net amount due to the Debtors is greater than zero, there is no need for either American Express or First Data to exercise a set-off against the reserve, so the reserve will continue to be in place.  If First Data continues to process gift-card transactions and the Debtors continue to accept American Express credit cards for payment, the Company expects that net amounts due to the Debtors to exceed zero.  Further, the Debtors' relationships with their vendors require setoffs on regular cycles.  Documentation of these setoff transactions for the 90 days prior to the Commencement Date would be onerous and unwieldy.  Consequently, the Debtors have not listed these ordinary course setoffs in SOFA 6.

In the ordinary course of business, the Debtors receive benefits from their trade vendors including, but not limited to, rebates, promotional allowances, dividends, and contractual sharing of profits and discounts. These Debtor receivables are typically settled with the Debtors setting off the receivables against payments to the vendors. In some instances, the amounts are settled in cash. Given the frequency of these transactions, and the burden created in attempting to isolate them from normal course payments, the Debtors have not listed these ordinary course setoffs in SOFA 6.

The operating Debtors engage in certain customer programs, including return and refund programs pursuant to which customers may receive credits. Such transactions were not considered setoffs for the purpose of responding to SOFA 6, although the Debtors reserve all rights with respect thereto and make no admission of waiver thereby.

6.      **SOFA 7.**   The actions described in response to SOFA 7 are the responsive proceedings or pending proceedings of which the Debtors are aware. The actions described in SOFA 7 include, but are not limited to, commercial litigation, personal injury lawsuits, customer credit cases, workers' compensation claims, environmental-related proceedings, potential violations under the Equal Employment Opportunity Commission, potential violations under the

21

Occupational Safety & Health Administration, as well as investigations under state and federal law.

The Debtors have devoted substantial resources to identify and provide as much information for as many proceedings as possible in response to SOFA 7 using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, information the Debtors were unable to locate for proceedings that were listed was left blank.

The Debtors reserve all of their rights and defenses with respect to all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.  Further, the Debtors own property in numerous jurisdictions and in the ordinary course of business have disputed property valuations/tax assessments.  The Debtors have not listed such disputes on SOFA 7.

7.  **SOFA 9.**  The donations and/or charitable contributions listed in response to SOFA 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records. The Debtors may occasionally have excess prepaid materials related to customized projects at the end of a projects life cycle that they may give away to local charitable organization, rather than holding potential obsolete inventory.  These materials are given away without being recorded as such within the Debtor's book of record, however, the purchase price of material is allocated to its respective project cost.

In addition to the charitable contributions and gifts listed, the Debtors assist local communities by participating in a number of different programs, which include disaster relief, discounted merchandise for the disadvantaged, sporting equipment for local youth athletic teams, and gift cards to support local programs.  These contributions are often made at the discretion of store managers who have authority to make such donations, which are non-cash in nature.  The Debtors track some of these contributions, but given the ad-hoc frequency and nature of these transactions, often do not track certain information such as the recipient counterparties.  Tracking down such information would be burdensome given that these contributions are made at the store level and therefore are not included in the list of charitable contributions and gifts identified.  The Debtors are also affiliated with the Sears-Roebuck Foundation, a 501(c)(3) non-profit organization founded in 1959.  The Sears-Roebuck Foundation is a not a Debtor and therefore, its charitable contributions are also excluded from the list.

Further, as described in the *Motion of Debtors for Authority to (I) Maintain Certain Trust Fund Programs, (II) Release Certain Funds Held in Trust, and (III)*

*Continue to Perform and Honor Related Obligations* (ECF No. 15) (the "**Trust Funds Motion**"), in the ordinary course of business, the Debtors collect charitable contributions from customers through cash and credit card contributions at store checkout points.  These customer contributions are not property of the Debtors' estates and are passed through to the applicable charitable organizations.  The transfer of funds associated with these charitable programs have not been disclosed in SOFA 9 as they do not reflect donations or charitable contributions of property of the Debtors' estate.

8. **SOFA 10.**  The Debtor did not incur any losses within the year prior to the Commencement Date with respect to fire, theft, or other casualty that exceeded its insurance deductibles. The losses listed may exclude those incurred in the ordinary course of business. Amounts listed may include the value of property or estimated claim amounts for, among other things, shrinkage and damage.

   Given the scale of the Debtors' store footprint, certain losses cannot be tracked by the Debtors with complete accuracy and, accordingly, such losses are listed on the Debtors' Statements based on general ledger accounts that capture items such as theft, inventory shrink, and property damage. Additionally, the Debtors only account for general recoveries of such losses, with this general amount being the recovery listed in the Statements for the one year immediately prior to the Petition Date.

9. **SOFA 11.**  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Commencement Date were made by Sears Holdings and are, therefore, listed on that Debtor's response to SOFA 11. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

   In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their post-petition lenders or other parties on account of any applicable fee arrangements.

10. **SOFA 13.**  The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties.  These types of ordinary course transfers have not been disclosed in SOFA 13.

   To the extent that the Debtors vacated store locations during the three years immediately preceding the Commencement Date, information on these former store locations is contained in the Debtors' response to SOFA 14.  As part of the store closure process, the Debtors may sell equipment, hardware and other assets with value to interested parties such as the landlord and/or third party liquidators. The Debtors may also abandon assets in place at the locations for which they have

23

no future use or have been unable to sell to a third party. Certain *de minimis* transfers of assets resulting from such actions may not have been captured in the Debtors' response to SOFA 13.

11.   **SOFA 14.**   The Debtors operate locations both domestically and internationally. The Debtors have included a listing of all current and previous addresses owned or leased by the Debtor. In select instances, the dates of occupancy for certain retail addresses was not readily available. For these instances, the applicable dates are listed as "Unknown."

12.   **SOFA 16.**   In the ordinary course of business, the Debtors collect certain personally identifiable information ("**PII**"), including, but not limited to, their customers' names, home address, and email addresses. A list of categories of collected PII is included in the response to SOFA 16. The Debtors also maintain prescription-related information on their pharmacy customers. All pharmacy records are kept and maintained in accordance with the privacy and confidentiality requirements mandated by Federal and state law. The Debtors' privacy policy for pharmacy records is available at all of their pharmacy locations.

13.   **SOFA 20.**   The Debtors utilize Iron Mountain Storage Facilities ("**Iron Mountain**") to retain records. Iron Mountain has various store locations across the United States. The Debtors do not maintain specific Iron Mountain addresses and thus have not listed them in SOFA 20. The Debtors own and operate their distribution centers. Accordingly, the distribution centers do not constitute off-premise storage for purposes of this response.

In addition, the Debtors have not disclosed in response to SOFA 20 (i) inventory for sale being held in the mini-storage units that the Debtors rent from time to time to store excess inventory in the ordinary course of business or (ii) any owned in-transit inventory. The Debtors have determined that the collection of this specific information would be time-consuming and an inefficient use of estate resources. Further, such inventory is accounted for on the Debtors' Schedules. As such this inventory is not included in SOFA 20.

14.   **SOFA 21.**   In the ordinary course of business, the Debtors' retail locations contain various inventory goods owned by third parties. In addition to regular consignment inventory arrangements, the Debtors may have Scan Based Trading ("**SBT**") agreements with third parties. Goods that fall under SBT agreements are owned by the supplier up until the point of sale. The Debtors do not track the value of the SBT inventory for each supplier and such SBT inventory is held at various retail locations. Additionally, the Debtors may utilize leased property in their ordinary course of business. Therefore, the Debtors may hold property subject to leases listed on the Debtors' Schedule G.

15. **SOFA 22–24.**  The Debtors have devoted substantial resources to identify and provide the required information for as many responsive sites and proceedings as possible in response to SOFA 22–24 using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, it is possible that certain of the matters listed on SOFA 22–24 for a particular Debtor may also relate to another Debtor and may have been inadvertently left off such other Debtor's response to this question. The Debtors have endeavored to disclose all applicable information in response to SOFA 22–24. For ownership of subsidiary legal entities, please refer to the Debtors' Corporate Ownership Statements, which are incorporated into the Statements by reference herein.

With regard to SOFA 23, the Debtors have listed existing store locations for which environmental remediation actions were in process as of the Commencement Date.   The Debtors were in compliance with all remediation requirements as of the Commencement Date.

16. **SOFA 25.**   The Debtors have used their reasonable efforts to identify the beginning and ending dates of all businesses in which the Debtors were a partner or owned five percent or more of the voting or equity securities within the six years immediately preceding the Commencement Date. In certain instances, however, the dissolution dates of certain entities that are no longer in existence were not readily available and, therefore, are not included in SOFA 25.  All such entities were either merged with other entities owned by the Debtors or were dissolved prior to the Commencement Date.  The Debtors have listed non-debtor subsidiaries on the Statement of the Debtor entity (the "**Proximate Parent Debtor**") that most directly held or otherwise had control over the interests in such non-debtor entities, but not on the Statements of the parent entities of the Proximate Parent Debtor. For the inter-Debtor ownership information, please refer to the Corporate Ownership Statements.

17. **SOFA 26.**  Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Debtors have filed with the U.S. Securities and Exchange Commission (the "**SEC**") reports on Form 8-K, Form 10-Q, and Form 10-K. These SEC filings contain consolidated financial information relating to the Debtors.   Additionally, consolidated financial information for the Debtors is posted on the Debtors' website at www.sears.com.  Because the SEC filings and the website are of public record, the Debtors do not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or the Debtors.

In addition, the Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors with financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists to track such disclosures and, therefore, have not listed these recipients in SOFA 26.

18.    **SOFA 27.**  The Debtors inventory product at their various store locations on a continual basis. In an effort to reduce the amount of disclosures that would be otherwise applicable—disclosures that could name in excess of 1,000 store-level managers—the Debtors have provided the regional leads in response to SOFA 27.

In addition, the Debtors perform periodic cycle inventory counts throughout each year and at least one full physical inventory count per year at each individual location.  The total values of each count related to "Sears" and "Kmart" retail and distribution center locations are assigned to their parent entities, Sears, Roebuck and Co. and Kmart Holding Corp., respectively.

Additionally, the Debtors inventory product at their various retail and distribution centers on a regular basis.  The Debtors have only provided the regional leads in response to SOFA 27.

19.    **SOFA 28.**  The Debtors have excluded from SOFA 28 shareholders who hold less than five percent (5%) of each Debtor's voting or equity securities, as is consistent with reporting requirements under SEC Filing 13D.  For inter-Debtor ownership information, please refer to the Corporate Ownership Statements. For each entity, the Debtors have included individuals as of the Commencement Date, identified as directors, officers, members, or managers, as applicable, of such entity in the Debtors' recordkeeping systems or, if no individuals were identified, an entity member, as applicable.

20.    **SOFA 29.**  The disclosures relate specifically to terminated job titles or positions and are not indicative of the individuals' current employment status with the Debtors. For each entity, the Debtors have included the individuals who, during the applicable period, were identified as directors and officers of such entity in the Debtors' recordkeeping systems.

21.    **SOFA 30.**   Any and all known disbursements to Insiders of the Debtors, as defined above, have been listed in the response to SOFA 4.

22.    **SOFA 31.**  Various Debtor limited liability companies ("**LLCs**") are disregarded for tax purposes.  Income generated by an LLC is consolidated at a higher reporting unit level with entities including Sears, Roebuck, and Co., Kmart Corporation, Sears Holdings and others. Only corporations can be "members" of a consolidated group for tax purposes. Because the Debtor LLCs are not corporations for tax purposes, they are identified as not being members of the tax consolidated group in the response to SOFA 31.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SEARS HOME IMPROVEMENT PRODUCTS, INC. |
| United States Bankruptcy Court for the: | Southern |
| Case number (If known): | 18-23555 |

District of: New York
{State}

☐ Check if this is an amended filing

## Official Form 206 A/B

### Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:    List Creditors Who Have Secured Claims**

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | |
| Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number | |
| 3.0. | $ |
| 4. **Other Cash equivalents** *(Identify all)* | |
| 4.0. | $ |
| 5. **Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ |

---

**Part 2:    Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☒ Yes. Fill in the information below.

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.      Case number *(if known)*   18-23555
Name

|  | Current Value of debtor's interest |
|---|---|
| **7.**   **Deposits, including security deposits and utility deposits** | |
|     Description, including name of holder of deposit | |
|     7.1.   Utility Deposits | $   25,459.00 |
| **8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|     Description, including name of holder of deposit | |
|     8.1.   Prepaid Expenses | $   3,828,406.95 |
| **9.**   **Total of Part 2** | |
|     Add lines 7 through 8. Copy the total to line 81. | $   3,853,865.95 |

**Part 3:**    **Accounts Receivable**

**10.**   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | | | | Current Value of debtor's interest |
|---|---|---|---|---|
| **11.**   **Accounts Receivable** | | | | |
| 11a. 90 days old or less: | $   $9,967,580.00 <br> Face amount | − | $   ($2,884,942.00) <br> Doubtful or uncollectible amount | =...... ➜   $   $7,082,638.00 |
| 11b. Over 90 days old: | $   $0.00 <br> Face amount | − | $   $0.00 <br> Doubtful or uncollectible amount | =...... ➜   $   $0.00 |

**12.**   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $   7,082,638.00

**Part 4:**    **Investments**

**13.**   **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|
| **14.**   **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
|     14.1.   None | | $   0.00 |
| **15.**   **Non-publicly traded stocks and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:      % of ownership: | | |
|     15.1.   See Global Notes     % | | $   UNDETERMINED |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
            Name

Case number *(if known)*    18-23555

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1.  None                                   $     0.00

**17.** **Total of Part 4**

$     0.00

Add lines 14 through 16. Copy the total to line 83.

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 5:** | **Inventory, excluding agricultural assets** |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw Materials** | | | | |
| _____ | _____<br>MM/DD/YYYY | $ 0.00 | _____ | $ 0.00 |
| **20.** **Work in progress** | | | | |
| None | _____<br>MM/DD/YYYY | $ 0.00 | _____ | $ 0.00 |
| **21.** **Finished goods, including goods held for resale** | | | | |
| Merchandise greater than 20 days | Various<br>MM/DD/YYYY | $ 2,627,270.00 | Net Book Value | $ 2,627,270.00 |
| Merchandise less than 20 days | Various<br>MM/DD/YYYY | $ UNDETERMINED | Net Book Value | $ UNDETERMINED |
| **22.** **Other inventory or supplies** | | | | |
| _____ | _____<br>MM/DD/YYYY | $ 0.00 | _____ | $ 0.00 |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 2,627,270.00

**24.** **Is any of the property listed in Part 5 perishable?**

☒ No.

☐ Yes.

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☒ Yes.   Book value  $ UNDETERMINED   Valuation Method  Net Book Value   Current Value  $ UNDETERMINED

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.                              Case number *(if known)*    18-23555
            Name

**27.    Does the debtor own or lease any farming and fishing related assets (other than titled motor vehicles and land)?**

☒    No. Go to Part 7.

☐    Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|

**28.    Crops - either planted or harvested**

| | $ | | $ |
|---|---|---|---|

**29.    Farm animals** *Examples:* Livestock, poultry, farm-raised fish

| | $ | | $ |
|---|---|---|---|

**30.    Farm machinery and equipment** (Other than titled motor vehicles)

| | $ | | $ |
|---|---|---|---|

**31.    Farm and fishing supplies, chemicals, and feed**

| | $ | | $ |
|---|---|---|---|

**32.    Other farming and fishing-related property not already listed in part 6**

| | $ | | $ |
|---|---|---|---|

**33.    Total of Part 6**
Add lines 26 through 32. Copy the total to line 85.

| $ |
|---|

**34.    Is the debtor a member of an agricultural cooperative?**

☐    No.

☐    Yes. Is any of the debtor's property stored at the cooperative?

   ☐    No.

   ☐    Yes.

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐    No.

☐    Yes.    Book value _____    Valuation Method _____    Current Value _____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐    No.

☐    Yes.

**37.    Has any of the property in Part 6 been appraised by a professional within the last year?**

☐    No.

☐    Yes.

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.                           Case number *(if known)*    18-23555
            Name

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38.    Does the debtor own or lease any office furniture , fixtures, equipment, or collectibles?**

☒   No. Go to Part 8.

☐   Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|

**39.    Office furniture**

| | $ | | $ |
|---|---|---|---|

**40.    Office fixtures**

| | $ | | $ |
|---|---|---|---|

**41.    Office equipment, including all computer equipment and communication systems equipment and software**

| | $ | | $ |
|---|---|---|---|

**42.    Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections, memorabilia, or collectibles.

| 42.0 | $ | | $ |
|---|---|---|---|

**43.    Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $ |
|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

☐   No.

☐   Yes.

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐   No.

☐   Yes.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.    Does the debtor own or lease any machinery, equipment, or vehicles?**

☐   No. Go to Part 9.

☒   Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|

**47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Automobiles & Industrial Wholesale Trucks | $  569,264.00 | Net Book Value | $  569,264.00 |
|---|---|---|---|

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.        Case number *(if known)*   18-23555

Name

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    $    0.00     $    0.00

49. **Aircraft and accessories**

    $    0.00     $    0.00

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

None     $    0.00     $    0.00

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.     $    569,264.00

52. **Is a depreciation schedule available for any property listed in Part 8?**

☐ No.

☒ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|---|
| Net Book Value of Real Properties (See Rider) | 100% | $   5,681,144.00 | Net Book Value | $   5,681,144.00 |

56. **Total of Part 9**

Add lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $    5,681,144.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☒ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 10:     Intangibles and Intellectual property**

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current Value of debtor's interest |
|---|---|---|---|

**60.**   **Patents, copyrights, trademarks, and trade secrets.**

| None | $ | | $          0.00 |
|---|---|---|---|

**61.**   **Internet domain names and websites**

| Domain name: acandcoolingrepairbysears.com | $   UNDETERMINED | N/A | $ |
|---|---|---|---|
| Domain name: acandcoolingservicebysears.com | $   UNDETERMINED | N/A | $ |
| Domain name: customcabinetrefacingbysears.com | $   UNDETERMINED | N/A | $ |
| Domain name: customkitchenremodelingbysears.com | $   UNDETERMINED | N/A | $ |
| Domain name: roofingsystemsbysears.com | $   UNDETERMINED | N/A | $ |
| Domain name: searsacandheating.com | $   UNDETERMINED | N/A | $ |
| Domain name: searsheatingandcoolingrepair.com | $   UNDETERMINED | N/A | $ |
| Domain name: searshomeservicesbathremodeling.com | $   UNDETERMINED | N/A | $ |
| Domain name: searshomeservicescabinetrefacing.com | $   UNDETERMINED | N/A | $ |
| Domain name: searshomeserviceskitchenremodeling.com | $   UNDETERMINED | N/A | $ |
| Domain name: searshomeservicesroofing.com | $   UNDETERMINED | N/A | $ |
| Domain name: searshomeservicessiding.com | $   UNDETERMINED | N/A | $ |
| Domain name: searshomeservicesvinylsiding.com | $   UNDETERMINED | N/A | $ |
| Domain name: searsrefrigeratorparts.com | $   UNDETERMINED | N/A | $ |

**62.**   **Licenses, franchises, and royalties**

| None | $ | | $          0 |
|---|---|---|---|

**63.**   **Customer lists, mailing lists, or other compilations**

| Home Services Protection Agreements | $   UNDETERMINED | N/A | $   UNDETERMINED |
|---|---|---|---|

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.                   Case number *(if known)*   18-23555
             Name

**64.** **Other intangibles, or intellectual property**

| None | $ | $0.00 | | $ | 0.00 |

**65.** **Goodwill**

| None | $ | $0.00 | | $ | 0.00 |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $ | 0.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No.

☒ Yes.

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No.

☐ Yes.

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No.

☐ Yes.

| **Part 11:** | **All other assets** |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

**71.** **Notes receivable**

Description (including name of obligor)

|  |  | **Current Value of debtor's interest** |

| None | $ | 0.00 | − $ | 0.00 | = ➔ | $ | 0.00 |
| | Total Face amount | | Doubtful or uncollectible amount | | |

**72.** **Tax refunds and unused net operating losses (NOLS)**

Description (for example, federal, state, local)

| General Business Credits (Indian/New Markets/Low Income Housing/New Hire/Disaster Relief) after FY2017 Return (20 year carryforward) | Tax Year | 2018 | $ | UNDETERMINED |
| Work Opportunity Tax Credit after FY2017 Return (20 year carryforward) | Tax Year | 2018 | $ | UNDETERMINED |

**73.** **Interests in insurance policies or annuities**

| None | $ | 0.00 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.      Case number *(if known)*    18-23555
               Name

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Sears sued defendant alleging breach of contract when it failed to perform certain 3rd quarter preventative maintenance inspection causing servers, telephones and computer systems to hard shut down resulting in a system outage. (Filed on 09/18/2018)      $      UNDETERMINED

**Nature of claim**      Commercial Contracts - Services

**Amount Requested**      $      UNDETERMINED

SHIP Consumer Debt Collection - lawsuit has been filed      $      UNDETERMINED

**Nature of claim**      Debt Collection

**Amount Requested**      $      9,966.33

SHIP Consumer Debt Collection - lawsuit has been filed      $      UNDETERMINED

**Nature of claim**      Debt Collection

**Amount Requested**      $      5,790.53

SHIP Consumer Debt Collection - lawsuit has been filed      $      UNDETERMINED

**Nature of claim**      Debt Collection

**Amount Requested**      $      1,072.26

SHIP Consumer Debt Collection - lawsuit has been filed      $      UNDETERMINED

**Nature of claim**      Debt Collection

**Amount Requested**      $      18,766.93

SHIP Consumer Debt Collection - lawsuit has been filed      $      UNDETERMINED

**Nature of claim**      Debt Collection

**Amount Requested**      $      6,000.00

SHIP Consumer Debt Collection - lawsuit has been filed      $      UNDETERMINED

**Nature of claim**      Debt Collection

**Amount Requested**      $      3,065.68

SHIP Consumer Debt Collection - lawsuit has been filed      $      UNDETERMINED

**Nature of claim**      Debt Collection

**Amount Requested**      $      3,756.20

SHIP Consumer Debt Collection - lawsuit has been filed      $      UNDETERMINED

**Nature of claim**      Debt Collection

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number *(if known)*    18-23555

| Amount Requested | $ | 9,205.01 | |
|---|---|---|---|

SHIP Consumer Debt Collection - lawsuit has been filed

$    UNDETERMINED

| Nature of claim | Debt Collection |
|---|---|

| Amount Requested | $ | 2,242.14 | |
|---|---|---|---|

SHIP Consumer Debt Collection - lawsuit has been filed

$    UNDETERMINED

| Nature of claim | Debt Collection |
|---|---|

| Amount Requested | $ | 18,036.82 | |
|---|---|---|---|

SHIP Consumer Debt Collection - lawsuit has been filed

$    UNDETERMINED

| Nature of claim | Debt Collection |
|---|---|

| Amount Requested | $ | 5,079.07 | |
|---|---|---|---|

SHIP Consumer Debt Collection - lawsuit has been filed

$    UNDETERMINED

| Nature of claim | Debt Collection |
|---|---|

| Amount Requested | $ | 1,252.76 | |
|---|---|---|---|

SHIP Consumer Debt Collection - lawsuit has been filed

$    UNDETERMINED

| Nature of claim | Debt Collection |
|---|---|

| Amount Requested | $ | 5,014.59 | |
|---|---|---|---|

SHIP Consumer Debt Collection - lawsuit has been filed

$    UNDETERMINED

| Nature of claim | Debt Collection |
|---|---|

| Amount Requested | $ | 11,044.63 | |
|---|---|---|---|

SHIP Consumer Debt Collection - lawsuit has not been filed

$    UNDETERMINED

| Nature of claim | Debt Collection |
|---|---|

| Amount Requested | $ | 3,183.00 | |
|---|---|---|---|

SHIP Consumer Debt Collection - lawsuit has not been filed

$    UNDETERMINED

| Nature of claim | Debt Collection |
|---|---|

| Amount Requested | $ | 3,107.61 | |
|---|---|---|---|

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                 Case number (if known)    18-23555
          Name

**75.** **Other contingent and unliquidated claims or causes of action of**
     **every nature, including counterclaims of the debtor and rights**
     **to set off claims**

     General Collections delinquent accounts                                   $          UNDETERMINED

     **Nature of claim**     Commercial Transactions and Agreements - Consumer Collections

     **Amount requested**    $                    UNDETERMINED

**76.** **Trusts, equitable or future interests in property**

                                                                              $                0.00

**77.** **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

     Intercompany Accounts Receivable                                         $        307,666,802.00

     Intercompany Note Receivable                                             $         52,462,111.00

**78.** **Total of Part 11**                                                  $        360,128,913.00

        Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☒   No.

     ☐   Yes.

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.      Case number *(if known)*   18-23555
Name

**Part 12:**    **Summary**

**In part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $   - | |
| 81. **Deposits and Prepayments.** *Copy line 9, Part 2.* | $   3,853,865.95 | |
| 82. **Accounts Receivable.** *Copy line 12, Part 3.* | $   7,082,638.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $   0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $   2,627,270.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $   - | |
| 86. **Office Furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $   - | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $   569,264.00 | |
| 88. **Real Property.** *Copy line 56, Part 9.*........................................................ ➔ | | $   5,681,144.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $   0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $   360,128,913.00 | |
| 91.**Total**. Add lines 80 through 90 for each column.......................... 91. | $   374,261,950.95 | **+** $   5,681,144.00 |
| 92. **Total of all property on Schedule A/B.** *Lines 91a + 91b = 92.*............................................................................................................... | | $   379,943,094.95 |

**Debtor Name: SEARS HOME IMPROVEMENT PRODUCTS, INC.**         **Case Number: 18-23555**

**Real Property Detail by Debtor**
**Part 9, Question 55: Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Ref # | Description and location of property (include street address or Assessor Parcel Number and type of property i.e. acreage, factory warehouse apartment or office building if available) | Nature and extent of debtor's interest in property |
|---|---|---|
| 1 | 24025 Sears Home Improvement Pro<br>1024 FLORIDA CENTRAL PKWY, LONGWOOD FL 32750 | 100% |

**Fill in this information to identify the case:**

Debtor name   SEARS HOME IMPROVEMENT PRODUCTS, INC.

United States Bankruptcy Court for the:   Southern      District of:   New York
{State}

Case number (If known):   18-23555

☐ Check if this is an amended filing

## Official Form 206 D

### Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

---

**Part 1:**   **List Creditors Who Have Secured Claims**

1.   **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Creditor's Name**
JPP LLC

**Describe debtor's property that is subject to a lien**

$   UNDETERMINED      $   UNDETERMINED

**Creditor's Mailing Address**
1170 KANE CONCOURSE SUITE 200,

Inventory, receivables and other related assets of the Company and its subsidiaries which are obligated on the Second Lien Term Loan and the New Senior Secured Notes.

BAY HARBOR ISLANDS, FL 33154
USA

**Describe the lien**

Second Lien Term Loan  UCC Lien 20173946156

**Creditor's email address, if known**

**Date debt was incurred**      9/1/2016

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. Bank of America; 2. JPP/JPP II, LLC

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                          Case number (if known)    18-23555
          Name

| **Part 1** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

---

**2.2**  **Creditor's Name**

WILMINGTON TRUST AS TRUSTEE

**Describe debtor's property that is subject to a lien**

$    UNDETERMINED    $    UNDETERMINED

**Creditor's Mailing Address**

7530 LUCERNE DR 305,

Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables.

CLEVELAND, OH 44130

USA

**Describe the lien**

Second Lien Notes UCC Lien 2014070802889

**Creditor's email address, if known**

**Date debt was incurred**    10/12/2010

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. Bank of America; 2. JPP/JPP II, LLC and Wilmington Trust

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.3**  **Creditor's Name**

CITIBANK NA AS ADMINISTRATIVE AGENT

**Describe debtor's property that is subject to a lien**

$    UNDETERMINED    $    UNDETERMINED

**Creditor's Mailing Address**

390 GREENWICH STREET 1ST FLOOR,

A Stand-Alone L/C Facility secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables. Cash collateral on deposit with the Issuing Bank equal to 102% of the commitments under the

NEW YORK, NY 10013

USA

**Describe the lien**

Stand-Alone L/C Facility  UCC Lien 201701040003368

**Creditor's email address, if known**

**Date debt was incurred**    12/28/2016

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. Bank of America and JPP/JPP II, LLC

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number *(if known)*    18-23555
          Name

**Part 1**    **Additional Page**

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.4** Creditor's Name

JPP LLC

Describe debtor's property that is subject to a lien    $    UNDETERMINED    $    UNDETERMINED

Creditor's Mailing Address

1170 KANE CONCOURSE SUITE 200,

Secured by substantially all of the unencumbered intellectual property (IP) of the Company and its subsidiaries (excluding IP relating to the Kenmore and DieHard brands), and by certain real property interests.

BAY HARBOR ISLANDS, FL 33154

USA    Describe the lien

Creditor's email address, if known

IP/Ground Lease Term Loan UCC Lien 2018010900090

Date debt was incurred    1/4/2018    Is the creditor an insider or related party?

☐ No

Last 4 digits of    ☒ Yes
account number    ___ ___ ___ ___

Is anyone else liable on the claim?

Do multiple creditors have an interest in    ☐ No
the same property?
                                              ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ No    As of the petition filing date, the claim is:
☒ Yes. Specify each creditor, including this creditor,    Check all that apply.
    and its relative priority
                                              ☒ Contingent
1. JPP, LLC 1. JPP II, LLC c/o ESL    ☒ Unliquidated
Investments, Inc.Attention: Edward S.
Lampert, CEO1170 Kane Concourse,    ☐ Disputed
Suite 200Bay Harbor Islands FL 33154

**2.5** Creditor's Name

BANK OF AMERICA    Describe debtor's property that is subject to a lien    $    UNDETERMINED    $    UNDETERMINED

Creditor's Mailing Address

2417 REGENCY BLVD SUITE 6,

An asset-based revolving credit facility with current commitments of $1.5 billion secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

AUGUSTA, GA 30904

USA    Describe the lien

Creditor's email address, if known

Revolving Credit Facility (First Lien Credit Facility)  UCC Lien 2010030105102

Date debt was incurred    7/21/2015    Is the creditor an insider or related party?

☒ No

Last 4 digits of    ☐ Yes
account number    ___ ___ ___ ___

Is anyone else liable on the claim?

Do multiple creditors have an interest in    ☐ No
the same property?
                                              ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ No    As of the petition filing date, the claim is:
☒ Yes. Specify each creditor, including this creditor,    Check all that apply.
    and its relative priority
                                              ☒ Contingent
1. Bank of America; 2. JPP/ JPP II, LLC    ☒ Unliquidated
and Wilmington Trust
                                              ☐ Disputed

Debtor _____SEARS HOME IMPROVEMENT PRODUCTS, INC._____  Case number *(if known)*  ___18-23555_____
     Name

| **Part 1** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.6** **Creditor's Name**

BANK OF AMERICA

**Creditor's Mailing Address**

2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904

USA

**Creditor's email address, if known**

**Date debt was incurred**  7/21/2015

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

A letter of credit sublimit of up to $1 billion secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

First Lien Letters of Credit (First Lien Credit Facility) UCC Lien 2010030105102

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on the claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☐ Disputed

$      UNDETERMINED    $      UNDETERMINED

**2.7** **Creditor's Name**

BANK OF AMERICA

**Creditor's Mailing Address**

2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904

USA

**Creditor's email address, if known**

**Date debt was incurred**  7/21/2015

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

Secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**

First Lien Term Loan B (First Lien Credit Facility)  UCC 2010030105102

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on the claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☐ Disputed

$      UNDETERMINED    $      UNDETERMINED

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number *(if known)*    18-23555
_____Name_____

| Part 1 | Additional Page |

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.8** **Creditor's Name**
BANK OF AMERICA

**Creditor's Mailing Address**
2417 REGENCY BLVD SUITE 6,

AUGUSTA, GA 30904
USA

**Creditor's email address, if known**

**Date debt was incurred**    7/21/2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. Bank of America; 2. JPP/ JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

Secured by a first lien on substantially all domestic inventory and credit card and pharmacy receivables.

**Describe the lien**
FILO Term Loan (First Lien Credit Facility) UCC Lien 2010030105102

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

**2.9** **Creditor's Name**
WILMINGTON TRUST AS TRUSTEE

**Creditor's Mailing Address**
7530 LUCERNE DR 305,

CLEVELAND, OH 44130
USA

**Creditor's email address, if known**

**Date debt was incurred**    2/1/2018

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

1. Bank of America; 2. JPP, LLC and JPP II, LLC and Wilmington Trust

**Describe debtor's property that is subject to a lien**

Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables

**Describe the lien**
Second Lien PIK Notes  UCC 2014070802889

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on the claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$    UNDETERMINED    $    UNDETERMINED

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.         Case number *(if known)*  18-23555
Name

| **Part 1** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering lines sequentially from the previous page.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.10**

**Creditor's Name**

JPP LLC

**Describe debtor's property that is subject to a lien**

$    UNDETERMINED   $    UNDETERMINED

**Creditor's Mailing Address**

1170 KANE CONCOURSE SUITE 200,

BAY HARBOR ISLANDS, FL 33154
USA

Secured by a security interest in certain assets consisting primarily of domestic inventory and receivables

**Describe the lien**

Second Lien Line of Credit and Alternative Tranche Line of Credit Loans UCC 20173946156

**Creditor's email address, if known**

**Date debt was incurred**    9/1/2016

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on the claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

1. Bank of America; 2. JPP/JPP II, LLC

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $     0.00 |
|---|---|---|

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number *(if known)*    18-23555

| Part 2 | List Others to be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity? |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name          SEARS HOME IMPROVEMENT PRODUCTS, INC.

United States Bankruptcy Court for the:          Southern          District of:          New York
                                                                                        {State}

Case number (If known):          18-23555

☐ Check if this is an amended filing

## Official Form 206 E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**          **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total Claim | Priority |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
| BANKS LISA T | | $              2,740.39 | $          UNDETERMINED |
| 5508 ECKERSON ROAD | Check all that apply. | | |
| | ☒ Contingent | | |
| GREENSBORO, NC 27405 | ☒ Unliquidated | | |
| **Date or dates debt was incurred** | ☐ Disputed | | |
| | **Basis for the claim:** | | |
| | WAGES, SALARIES AND COMMISSIONS | | |
| **Last 4 digits of account number**  __ __ __ __ | **Is the claim subject to offset?** | | |
| **Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ ) | ☐ No | | |
| | ☐ Yes | | |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name                                                    Case number *(if known)*    18-23555

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority |
|---|---|---|

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

CLARK LAURA J                                         $    UNDETERMINED    $    UNDETERMINED
3333 BEVERLY BLVD

Check all that apply.

HOFFMAN ESTATES, IL 60179                             ☒ Contingent
                                                      ☒ Unliquidated
**Date or dates debt was incurred**                   ☒ Disputed

_____

**Last 4 digits of**                                  Basis for the claim:
**account number**    __ __ __ __               WAGES, SALARIES AND COMMISSIONS

**Specify Code subscription of PRIORITY**             Is the claim subject to offset?
**unsecured claim:** 11 U.S.C. § 507(a) ( ___4___ )
                                                      ☐ No
                                                      ☐ Yes

|  | Total Claim | Priority |
|---|---|---|

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

COMPTROLLER OF PUBLIC ACCOUNTS                        $    UNDETERMINED    $    UNDETERMINED
PO BOX 12010

Check all that apply.

AUSTIN, TX 78711-2010                                 ☒ Contingent
                                                      ☒ Unliquidated
**Date or dates debt was incurred**                   ☒ Disputed
Various

**Last 4 digits of**                                  Basis for the claim:
**account number**    __ __ __ __ __            TAXING AUTHORITY

**Specify Code subscription of PRIORITY**             Is the claim subject to offset?
**unsecured claim:** 11 U.S.C. § 507(a) ( ___8___ )
                                                      ☐ No
                                                      ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 2 of 246

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 1    Additional Page**

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |
|---|---|---|---|

**2.4**

**Priority creditor's name and mailing address**

GEMORA DARYL
2104 N 6TH STREET

CONCORD, CA 94519

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    3,173.08
Priority: $    UNDETERMINED

| | | Total Claim | Priority |
|---|---|---|---|

**2.5**

**Priority creditor's name and mailing address**

KAJCIENSKI SEAN P
3333 BEVERLY BLVD

HOFFMAN ESTATES, IL 60179

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subscription of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

Total Claim: $    UNDETERMINED
Priority: $    UNDETERMINED

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
          Name

| Part 1 | Additional Page |

Copy this page is more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority |

**2.6** Priority creditor's name and mailing address

RUCKSTEIN PETER W
900 N RURAL RD


CHANDLER, AZ 85226

**Date or dates debt was incurred**


**Last 4 digits of**
**account number**    __ __ __ __

**Specify Code subscription of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

As of the petition filing date, the claim is:                              $                  913.47    $                  UNDETERMINED

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES, SALARIES AND COMMISSIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **List all Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 2.

| **3.1** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

BRADLEY PLUMBING LLC

2081 PARK ROW

NORTH ST PAUL, MN 55109

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

CARTER'S CARPET SERVICES INC

725 COURT ST

MARTINEZ, CA 94553

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ENGLISH MICHAEL AND KASUKO

100 DOLOROSA 306

SAN ANTONIO, TX 78205

As of the petition filing date, the claim is: $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.4 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

ALBERT SCHLUECK

7627 264TH ST

GLEN OAKS, NY 11004

As of the petition filing date, the claim is: *Check all that apply.*    $ 11,096.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

ALFORD MILLER

19 ESSEX ST

WEST BABYLON, NY 11704

As of the petition filing date, the claim is: *Check all that apply.*    $ 389.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

ALFREDA KENNEDY

264 HERBERT AVE

HILLSIDE, NJ 07205

As of the petition filing date, the claim is: *Check all that apply.*    $ 17,457.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.7 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

ANTHONY DAVIS

408 LONE OAK CIR

EULESS, TX 76039

**As of the petition filing date, the claim is:** $ 500.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

BASIL EUGENE POTTER

8866 TULARE DR

HUNTINGTON BEACH, CA 92646

**As of the petition filing date, the claim is:** $ 5,644.65
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

BRENDA WHITFIELD

3526 EASTLAKE DR

SHREVEPORT, LA 71105

**As of the petition filing date, the claim is:** $ 3,316.17
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.10 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BRIAN GREGORY

925 PAYNE ST

BOWLING GREEN                , KY 42101

As of the petition filing date, the claim is:
*Check all that apply.*

$                              225.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BROOKE BAIDY

111 MADELYN DR

RICHLANDS, NC 28574

As of the petition filing date, the claim is:
*Check all that apply.*

$                              10.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CASEY PLOUFFE

509 RUNNYMEDE CT

FAYETTEVILLE, NC 28314

As of the petition filing date, the claim is:
*Check all that apply.*

$                              5,375.57

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.13**   Nonpriority creditor's name and mailing address

CECELIA WALLER

405 WINDSOR RD

ENGLEWOOD, NJ 07631

Date or dates debt was incurred

Last 4 digits of account number   —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$   550.00

---

**3.14**   Nonpriority creditor's name and mailing address

CECILIA RIVERA

2114 BURROWS TRL

GRAND PRAIRIE, TX 75052

Date or dates debt was incurred

Last 4 digits of account number   —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$   160.85

---

**3.15**   Nonpriority creditor's name and mailing address

CHARLES L MAROSE

6641 41ST ST

BERWYN, IL 60402

Date or dates debt was incurred

Last 4 digits of account number   —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$   2,580.00

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.16 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CHRIS MARGISON

PO BOX 608

GRAHAM, WA 98338

As of the petition filing date, the claim is: *Check all that apply.*    $ 1,894.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CHRISTOPHER BEAGLE

46 RAYDON ROAD EXT

YORK, ME 03909

As of the petition filing date, the claim is: *Check all that apply.*    $ 1,381.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

DELIA RODRIGUEZ

642 GILLETTE BLVD APT 205

SAN ANTONIO          , TX 78221

As of the petition filing date, the claim is: *Check all that apply.*    $ 14.29

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number (if known)    18-23555
          Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.19** Nonpriority creditor's name and mailing address

DONNA EDMOND

361 NAVIGATION ST

BEAVER, PA 15009

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:    $    11.92
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

DORAN PHILLIP AND LINDA

2000 LAKERIDGE DRIVE SOUTHWEST BLDG 3

OLYMPIA WA 98502-6001, WA 98502

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

EJF REAL ESTATE

2519 UNIVERSITY PL NW APT A

WASHINGTON, DC 20009

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:    $    300.31
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.22 | Nonpriority creditor's name and mailing address | | Amount of Claim |

ELLEN WHITE

3835 W 7TH ST

GREELEY, CO 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | | Amount of Claim |

FLORA BETUEL

30 MARK DR

MANOR, DE 19720

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 374.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | | Amount of Claim |

FOWLER LA TRYCEE

9483 KINGS HWY 3

KING GEORGE, VA 22485

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number *(if known)*    18-23555
Name

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.25** | Nonpriority creditor's name and mailing address | | Amount of Claim

FRANCIS BICKERT

51 CRESTMONT DR

MANTUA, NJ 08051

As of the petition filing date, the claim is: *Check all that apply.*    $ 94.75

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.26** | Nonpriority creditor's name and mailing address | | Amount of Claim

FRANCO FELLUGA

1131 S SUMMIT AVE

VILLA PARK, IL 60181

As of the petition filing date, the claim is: *Check all that apply.*    $ 69.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.27** | Nonpriority creditor's name and mailing address | | Amount of Claim

GROOMS EUGENE

437 GRANT ST

PITTSBURGH, PA 15219

As of the petition filing date, the claim is: *Check all that apply.*    $ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

### 3.28

**Nonpriority creditor's name and mailing address**

HELEN ARMSTRONG

25529 BLACKWOOD RD

MURRIETA, CA 92563

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 2,500.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

### 3.29

**Nonpriority creditor's name and mailing address**

JANEILL ILOABANAFOR

18 BERKSHIRE LN

WILLINGBORO, NJ 08046

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 458.07
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

### 3.30

**Nonpriority creditor's name and mailing address**

JEANNE HANLEY

141 FLORAL AVE

MOUNT CLEMENS, MI 48043

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 250.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.31** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JOAN LARSON

113 FROST ST W

SOUTH SAINT PAUL, MN 55075

As of the petition filing date, the claim is: $ 1,811.86
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JOHN HARBEINTNER

82479 HILLVIEW DR

CRESWELL, OR 97426

As of the petition filing date, the claim is: $ 4,260.58
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JULIA W YELVERTON

2514 MARSHALL AVE

NEWPORT NEWS, VA 23607

As of the petition filing date, the claim is: $ 2,262.06
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.34 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JULIO SEPULVEDA FRANCO

URB MANCIONES DE PONCE CALLE SOFIA M 8

PONCE, PR 00780

**As of the petition filing date, the claim is:** $ 20.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JUNE WOLFORD

4500 CIRCLE DR

HILLIARD, OH 43026

**As of the petition filing date, the claim is:** $ 250.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

KENIETH FIELDS

10431 200TH ST

JAMAICA, NY 11412

**As of the petition filing date, the claim is:** $ 10.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                                Case number *(if known)*    18-23555
          Name

| Part 2 | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.37** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

LAWRENCE BENDOSKI

4247 DAVID ST

CASTRO VALLEY, CA 94546

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 600.97

---

**3.38** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

LINDA ROBERTS

834 ELGIN CT

PICKERINGTON, OH 43147

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 100.00

---

**3.39** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

LYNNE CRANDALL

2212 CLEVEN PARK RD

CAMANO ISLAND, WA 98282

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 27.00

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.40 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MARTHA H PALMER

10056 MARSH LN STE 132

DALLAS, TX 75229

As of the petition filing date, the claim is:  $         UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:  PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MARTHA HICKS

96 REEDER BRANCH DR

CLAYTON, NC 27520

As of the petition filing date, the claim is:  $         4,724.95
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:  TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MARY LOTITO

605 MOUNTAINSIDE DR

SOUTHFIELDS, NY 10975

As of the petition filing date, the claim is:  $         100.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:  TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.43** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MARY ZANNITTO

368 ALTAMONT AVE

SCHENECTADY, NY 12303

As of the petition filing date, the claim is: *Check all that apply.*    $ 2,980.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.44** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MAUREEN HETZEL

255 E BRADLEY AVE SPC 4

EL CAJON, CA 92021

As of the petition filing date, the claim is: *Check all that apply.*    $ 1,760.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.45** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MERRILL ADKINS

1343 AIRPORT DR

TALLAHASSEE, FL 32304

As of the petition filing date, the claim is: *Check all that apply.*    $ 120.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.46** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

MICHAEL VOLOSHIN PLTF

1725 MAIN ST 102

SANTA MONICA, CA 90401

As of the petition filing date, the claim is:
*Check all that apply.*                                    $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

MIDLAND FUNDING LLC

GLOUCESTER GENERAL DIST CRT PO BOX 873 7400 JUSTICE DR RM

GLOUCESTER, VA 23601

As of the petition filing date, the claim is:
*Check all that apply.*                                    $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

MORRIS CLIFFORD AND LINDA; DARRICK R BAILEY; VIRGIL D SORINA SR; AND SCOTT SEARCY

300 NORTH BLVD

BATON ROUGE, LA 70802

As of the petition filing date, the claim is:
*Check all that apply.*                                    $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.49** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

MYRTLE FREDSON

6811 128TH ST E

PUYALLUP, WA 98373

As of the petition filing date, the claim is:
*Check all that apply.*

$      2,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:  TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.50** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

OSCAR LOZA

630 HEATHER CT

PACIFICA, CA 94044

As of the petition filing date, the claim is:
*Check all that apply.*

$      27.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:  TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.51** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

PHILLIP DORAN AND LINDA DORAN HUSBAND AND WIFE
AND THE MARITAL COMMUNITY COMPRISED THEREOF

2000 LAKERIDGE DRIVE SOUTHWEST BLDG 3

OLYMPIA WA 98502-6001, WA 98502

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:  PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          _____    Case number (if known)    18-23555
          Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.52 | Nonpriority creditor's name and mailing address | Amount of Claim |

REBECCA B LEE

72 BYRD RD

TYLERTOWN, MS 39667

**As of the petition filing date, the claim is:**
*Check all that apply.*                                $                    36.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**    TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | Amount of Claim |

REBECCA GONZALEZ

11137 BARTLETT  AVE

ADELANTO              , CA 92301

**As of the petition filing date, the claim is:**
*Check all that apply.*                                $                     6.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**    TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | Amount of Claim |

ROBERT HART

562 NEEB RD

CINCINNATI, OH 45233

**As of the petition filing date, the claim is:**
*Check all that apply.*                                $                 1,205.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**    TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.55 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SAMUEL GUERRERO

3967 MERCED RIVER RD

ONTARIO, CA 91761

**As of the petition filing date, the claim is:**    $    51.37
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SERVICE FINANCE

ATTN FUNDING DEPT REF NO 1370223 555 S FEDERAL HIGHWAY STE 200

BOCA RATON, FL 33432

**As of the petition filing date, the claim is:**    $    5.37
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SPARKLES BOOKHART SYLVIA

75 LANGLEY DR

75 LANGLEY DR , GA  30046

**As of the petition filing date, the claim is:**    $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.58** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

STACI FENTON

13360 KIBBINGS RD

SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.59** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

STEPHANIE BENSALEM

1326 N 53RD ST

PHILADELPHIA, PA 19131

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.60** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

SUSANNE SPERBER

2111 PRINCETON AVE

PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 1,592.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.61** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

TAWANA CRAIG

403 65TH AVE

PHILADELPHIA, PA 19126

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,471.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

THELMA WILDER

3816 GRAND SPRING AVE

BALTIMORE, MD 21211

As of the petition filing date, the claim is:
*Check all that apply.*

$ 100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

WILLIAM MOORE

NONE

NEWARK                , DE 19701

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.64 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WILLIAM YOUNGBLOOD

4423 FRIENDSHIP PATTERSON MILL RD

BURLINGTON, NC 27215

As of the petition filing date, the claim is:
*Check all that apply.*    $ 986.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ANDRE NKOKWO

3701 KOPPERS ST

BALTIMORE, MD 21227

As of the petition filing date, the claim is:
*Check all that apply.*    $ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CHRIS BROWN

3962 124TH LANE NW

COON RAPIDS            , MN 55433

As of the petition filing date, the claim is:
*Check all that apply.*    $ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name                           Case number (if known)    18-23555

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.67**    **Nonpriority creditor's name and mailing address**    **Amount of Claim**

FLORA GRACE

2675 PROSPERITY AVENUE

FL

As of the petition filing date, the claim is:    $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.68**    **Nonpriority creditor's name and mailing address**    **Amount of Claim**

PAUL CONNERS

3701 KOPPERS ST

BALTIMORE, MD 21227

As of the petition filing date, the claim is:    $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.69**    **Nonpriority creditor's name and mailing address**    **Amount of Claim**

RAYMOND ALVAREZ

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS

TX

As of the petition filing date, the claim is:    $      UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.70 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

RICHARD POMPA

2218 KAUSEN DR 100

ELK GROVE, CA 95758

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ROGER WIEBUSCH

207 S HOUSTON ST  3

DALLAS, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SILVA VICTOR

212 WASHINGTON ST

NEWARK, NJ 07102

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

**Basis for the claim:**    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.73** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

JOHNSON ESSIE

401 W EVANS ST

FLORENCE, SC 29501

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

STAUDT SANDRA

928 LIVINGSTON AVE

NORTH BRUNSWICK TOWNSHIP, NJ 08902

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

UNITED STATES OF AMERICA

999 18TH STREET SOUTH TERRACE SUITE 370

DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*

$    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor　　SEARS HOME IMPROVEMENT PRODUCTS, INC.　　　　　　Case number *(if known)*　　18-23555
　　　　　Name

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.76** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

ARUJO JULIA

1945 S HILL ST

LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**　_____

**Last 4 digits of account** ___ ___ ___ ___
**number**

PENDING LITIGATION
**Basis for the claim:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

BASS CODY

701 MURRAY ST

ALEXANDRIA, LA 71301

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**　_____

**Last 4 digits of account** ___ ___ ___ ___
**number**

PENDING LITIGATION
**Basis for the claim:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

BEST JOHN AND MICHELLE

148 EAST ST N

TALLADEGA, AL 35160

**As of the petition filing date, the claim is:** $ UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**　_____

**Last 4 digits of account** ___ ___ ___ ___
**number**

PENDING LITIGATION
**Basis for the claim:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.79 | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

BROWN RONALD ASO PROPERTY AND CASUALTY
INSURANCE COMPANY OF HARTFORD

516 3RD AVE

SEATTLE, WA 98104

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

CHIN PAULINE M

89-11 SUTPHIN BLVD

JAMAICA, NY 11435

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

DARKO BRIDGES B

851 GRAND CONCOURSE

BRONX, NY 10451

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number (if known)    18-23555
          Name

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.82** **Nonpriority creditor's name and mailing address**

DOWNS KIMBERLY

201 MARKET ST

SUNBURY, PA 17801

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

GERENA ANGEL AND ANNA COLON-GERENA

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

GORLEY JOHN RICKY AND GWENDOLYN

118 S COURT ST 37

OPELOUSAS, LA 70570

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:   $   UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
         Name

Case number *(if known)*   18-23555

---

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.85** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

HALEY PERLENE

140 ADAMS AVE 324

MEMPHIS, TN 38103

As of the petition filing date, the claim is:
*Check all that apply.*                               $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

HAMLET ROBERT

255 S STATE ST

ROOSEVELT, UT 84066

As of the petition filing date, the claim is:
*Check all that apply.*                               $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

HENDERSON BETTY

411 CEMETERY RD

VARNVILLE, SC 29944

As of the petition filing date, the claim is:
*Check all that apply.*                               $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.88**  Nonpriority creditor's name and mailing address

**Amount of Claim**

HERMAN MORTON AND JACQUALINE AKA JACKIE HERMAN

400 COUNTY CENTER

REDWOOD CITY, CA 94063

As of the petition filing date, the claim is:  $              UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:  PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.89**  Nonpriority creditor's name and mailing address

**Amount of Claim**

HERNANDEZ CASTILLO CARLOS AND RUTH SERPAS

100 SUPREME CT DR

MINEOLA, NY 11501

As of the petition filing date, the claim is:  $              UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:  PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.90**  Nonpriority creditor's name and mailing address

**Amount of Claim**

HURT KATHERINE AND JACK STALLSWORTH

302 LEE STREET NORTHEAST 4TH FLOOR

DEACATUR, AL 35601

As of the petition filing date, the claim is:  $              UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:  PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|--------|------|------|------|
| | Name | | |

| Part 2 | Additional Page |
|--------|-----------------|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.91** Nonpriority creditor's name and mailing address

JONES GLENN KENNETH

421 LOYOLA AVE 402

NEW ORLEANS, LA 70112

**Amount of Claim**

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

**3.92** Nonpriority creditor's name and mailing address

LANGHAM WINIFRED

600 59TH ST 3302

GALVESTON, TX 77551

**Amount of Claim**

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

**3.93** Nonpriority creditor's name and mailing address

MACAULAY TERRY AND KEVIN

215 S HAMILTON ST  2000

MADISON, WI 53703

**Amount of Claim**

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim: PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

- ☐ No
- ☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.94** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

MARQUEZ ALEXANDER

2 NELSON AVE

PEEKSKILL, NY 10566

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

MASON STEPHEN AND CYNTHIA MASON

00 S FRANKLIN ST  144

FORT BRAGG, CA 95437

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

MCALISTER ANGELA D

14735 MAIN ST

UPPER MARLBORO, MD 20772

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.97** | Nonpriority creditor's name and mailing address

**Amount of Claim**

MCALISTER ANGELA D

14735 MAIN ST

UPPER MARLBORO, MD 20772

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.98** | Nonpriority creditor's name and mailing address

**Amount of Claim**

MCALISTER ANGELA D

14735 MAIN ST

UPPER MARLBORO, MD 20772

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

**3.99** | Nonpriority creditor's name and mailing address

**Amount of Claim**

MCMANUS MARY AND RHONDA

700 W JEFFERSON ST 309

LOUISVILLE, KY 40202

As of the petition filing date, the claim is:
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

PENDING LITIGATION

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*   18-23555

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.100** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

MOCANU LARENTIU AND APRIL

600 ADMINISTRATION DR

SANTA ROSA, CA 95403

As of the petition filing date, the claim is:    $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.101** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

MONDESIR ALLISON

141 LIVINGSTON ST

BRROKLYN, NY 11201

As of the petition filing date, the claim is:    $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.102** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

NESTOR ROBERT AND MELINDA NESTOR ASO STATE FARM LLOYDS

201 CAROLINE ST

HOUSTON, TX 77002

As of the petition filing date, the claim is:    $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.103** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

NICKELSON TRAVIS M AND BRIDGET M

ENTER ON 2100 3RD AVE MAIL TO 325 E MAIN ST

ANOKA, MN 55303

**Date or dates debt was incurred**

**Last 4 digits of account number**    —— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

PRICE RAMONA

101 W NUEVA ST

SAN ANTONIO, TX 78205

**Date or dates debt was incurred**

**Last 4 digits of account number**    —— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

RILEY-LUSTER MARY

50 W WASHINGTON ST 801

CHICAGO, IL 60602

**Date or dates debt was incurred**

**Last 4 digits of account number**    —— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*    $    UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.106**  Nonpriority creditor's name and mailing address

ROBSON CHRISTOPHER AND MICHELLE LAMBARIA-ROBSON

900 SAGINAW ST

FLINT, MI 48502

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                          $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.107**  Nonpriority creditor's name and mailing address

ROGERS OLIVIA

MC BLANCHARD JUDICIAL BUILDING 190 W GOVERNMENT ST 4

PENSACOLA, FL 32502

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                          $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.108**  Nonpriority creditor's name and mailing address

SALAMA DANIEL

5555 POWERS BLVD

CLEVELAND, OH 44129

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                          $              UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.109** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

SANCHIRICO ROBERT

60 CENTRE ST

NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

SHIP-DAWKINS NORMAN AND DEBRA ASO NATIONWIDE GENERAL INSURANCE COMPANY

700 E CARSON ST

PITTSBURGH, PA 15203

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

SHIP-GHORY MOHAMMAD R

120 BROADWAY

CHELSEA, MA 02150

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** PENDING LITIGATION

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.112 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

SHO-GB-STEVENSON JOHN

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

STAUDT SANDRA AND JOHN

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

STEWART TAMMY M

421 LOYOLA AVE 402

NEW ORLEANS, LA 70112

As of the petition filing date, the claim is: $     UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
_____
Name

Case number *(if known)*   18-23555
_____

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.115** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

WATERLAND SARAH ASO NATIONWIDE GENERAL
INSURANCE COMPANY
_____

_____

_____

As of the petition filing date, the claim is:   $                UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred   _____

Basis for the claim:   PENDING LITIGATION

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

ALLEN COUNTY BUILDING DEPT IN
_____

1 WEST SUPERIOR STREET
_____

FORT WAYNE, IN 46802
_____

As of the petition filing date, the claim is:   $                85.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim:   TRADE PAYABLE

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

ARIZONA DEPT OF REVENUE
_____

PO BOX 29010
_____

PHOENIX, AZ 850389010
_____

As of the petition filing date, the claim is:   $                906.76
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim:   TRADE PAYABLE

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.118** | Nonpriority creditor's name and mailing address | **Amount of Claim**

BALTIMORE COUNTY MD

PO BOX 64076

BALTIMORE, MD 212644076

As of the petition filing date, the claim is:    $                170.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | **Amount of Claim**

BROOKHAVEN BOROUGH

C O MRRS LLC PO BOX 1391

MEDIA, PA 19063

As of the petition filing date, the claim is:    $                 25.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | **Amount of Claim**

BWC OHIO STATE INSURANCE FUND

ATTN LOCKBOX 89492 5575 VENTURE DR STE A

PARMA, OH 44130

As of the petition filing date, the claim is:    $              5,140.94
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.121** Nonpriority creditor's name and mailing address

**Amount of Claim**

CALIFORNIA CONTRACTORS STATE LICENSE

BOARD 9821 BUISNESS PARK DR

As of the petition filing date, the claim is:
*Check all that apply.*

$ 25.00

SACRAMENTO, CA 95826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address

**Amount of Claim**

CHAMPAIGN COUNTY OH

1512 S US HWY 68 BAY 13

As of the petition filing date, the claim is:
*Check all that apply.*

$ 60.00

URBANA, OH 43078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

**Amount of Claim**

CITY OF ANNISTON AL

LICENSE DEPT PO BOX 2168

As of the petition filing date, the claim is:
*Check all that apply.*

$ 204.00

ANNISTON, AL 36202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.124** Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF ARANSAS PASS TX

600 W CLEVELAND BLVD PO BOX 2000

ARANSAS PASS, TX 78335

As of the petition filing date, the claim is: $ 100.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.125** Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF ARCADIA CA

240 WEST HUNTINGTON DRIVE

ARCADIA, CA 91066

As of the petition filing date, the claim is: $ 252.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.126** Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF ARNOLD

CITY CLERK'S OFFICE 2101 JEFFCO BLVD

ARNOLD, MO 63010

As of the petition filing date, the claim is: $ 100.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.127** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF ATHENS OH

INCOME TAX DEPT 8 EAST WASHINGTON ST

As of the petition filing date, the claim is:
*Check all that apply.*                                          $              150.00

ATHENS, OH 457012496

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

TRADE PAYABLE

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF ATTALLA AL

CO ALATAX PO BOX 830725

As of the petition filing date, the claim is:
*Check all that apply.*                                          $              37.00

BIRMINGHAM, AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

TRADE PAYABLE

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF AUSTIN TX

505 BARTON SPRINGS ROAD

As of the petition filing date, the claim is:
*Check all that apply.*                                          $              954.40

AUSTIN, TX 78767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

TRADE PAYABLE

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.130** Nonpriority creditor's name and mailing address

CITY OF AVENTURA

19200 W COUNTRRY CLUB DR COMMUNITY DEVELOPMENT DEPT

AVENTURA, FL 33180

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 140.00

---

**3.131** Nonpriority creditor's name and mailing address

CITY OF BIRMINGHAM AL

REVENUE DIVISION PO BOX 830638

BIRMINGHAM, AL 352830638

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 75.00

---

**3.132** Nonpriority creditor's name and mailing address

CITY OF CALUMET CITY

OFFICE OF THE CLERK PO BOX 1519

CALUMET CITY, IL 60409

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 150.00

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|--------|------|------|------|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.133**  **Nonpriority creditor's name and mailing address**                                    **Amount of Claim**

CITY OF CANTON OH

BLDG DEPT 424 MARKET AVE NORTH                     **As of the petition filing date, the claim is:**        $            624.70
                                                   *Check all that apply.*

CANTON, OH 447021544                               ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Date or dates debt was incurred** _____        TRADE PAYABLE
                                                   **Basis for the claim:**
**Last 4 digits of account**    __ __ __ __
**number**                                         **Is the claim subject to offset?**

                                                   ☐ No
                                                   ☐ Yes

---

**3.134**  **Nonpriority creditor's name and mailing address**                                    **Amount of Claim**

CITY OF CERRITOS CA

18125 BLOOMFIELD AVE P O BOX 3130                  **As of the petition filing date, the claim is:**        $            562.00
                                                   *Check all that apply.*

CERRITOS, CA 90703                                 ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Date or dates debt was incurred** _____        TRADE PAYABLE
                                                   **Basis for the claim:**
**Last 4 digits of account**    __ __ __ __
**number**                                         **Is the claim subject to offset?**

                                                   ☐ No
                                                   ☐ Yes

---

**3.135**  **Nonpriority creditor's name and mailing address**                                    **Amount of Claim**

CITY OF CHESTER PA

ONE FOURTH ST                                      **As of the petition filing date, the claim is:**        $            254.50
                                                   *Check all that apply.*

CHESTER, PA 19013                                  ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

**Date or dates debt was incurred** _____        TRADE PAYABLE
                                                   **Basis for the claim:**
**Last 4 digits of account**    __ __ __ __
**number**                                         **Is the claim subject to offset?**

                                                   ☐ No
                                                   ☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.136 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF CHEYANNE WY BLDG DEPT

2101 O NEIL AVE ROOM 202

CHEYENNE, WY 82001

**As of the petition filing date, the claim is:** $ 25.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF CLEVELAND OH

DIVISION OF BUILDING & HOUSING 601 LAKESIDE AVE RM 510

CLEVELAND, OH 44114

**As of the petition filing date, the claim is:** $ 1,869.15
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF CLINTON

105 EAST OHIO STREET

CLINTON, MO 64735

**As of the petition filing date, the claim is:** $ 20.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.139** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF COLUMBIA MO

DEPT OF FINANCE BUSINESS LICENSE DIVISIO PO BOX 6015

COLUMBIA, MO 65205

As of the petition filing date, the claim is:
*Check all that apply.*

$ 15.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF CORPUS CHRISTI  TX

1201 LEOPARD STREET

CORPUS CHRISTI, TX 78401

As of the petition filing date, the claim is:
*Check all that apply.*

$ 465.29

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF COUNCIL BLUFFS IA

CITY CLERK 209 PEARL ST

COUNCIL BLUFFS, IA 51503

As of the petition filing date, the claim is:
*Check all that apply.*

$ 100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number (if known)    18-23555
          Name

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.142 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF DADEVILLE AL

BUSINESS LICENSE 216 S BROADNAX STREET

DADEVILLE, AL 36853

As of the petition filing date, the claim is:    $    24.84
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF DURHAM NC

GROUND FLOOR 101 CITY HALL PLAZA

DURHAM, NC 27701

As of the petition filing date, the claim is:    $    260.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF EAST CLEVELAND OH

DEPT OF BUILDING & ENGINEERING 14340 EUCLID AVENUE

EAST CLEVELAND, OH 44112

As of the petition filing date, the claim is:    $    151.50
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.145** Nonpriority creditor's name and mailing address

CITY OF EASTLAKE OH

35150 LAKE SHORE BLVD

EASTLAKE, OH 44095

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:  $    280.80
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.146** Nonpriority creditor's name and mailing address

CITY OF EUCLID OH

585 EAST 222ND STREET

EUCLID, OH 44123

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:  $    111.10
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.147** Nonpriority creditor's name and mailing address

CITY OF EVERETT WA

PO BOX 94430

SEATTLE, WA 98124

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:  $    32.42
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.148 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF FAYETTEVILLE NC

INSPECTION DEPARTMENT P O BOX 1846

FAYETTEVILLE, NC 28302

**As of the petition filing date, the claim is:**  $ 185.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF FLORENCE SC

CITY COUNTY COMPLEX KK 180 N IRBY STREET

FLORENCE, SC 29501

**As of the petition filing date, the claim is:**  $ 425.90
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF FRANKLIN KY

PO BOX 2805

FRANKLIN, KY 421352805

**As of the petition filing date, the claim is:**  $ 20.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|--------|----------------------------------------|------------------------|----------|
|        | Name                                   |                        |          |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.151** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF GARFIELD HEIGHTS   OH

5407 TURNER ROAD

GARFIELD HEIGHTS, OH 44125

As of the petition filing date, the claim is:     $                    30.30
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF GREAT BEND

CO GREAT BEND FIRE DEPT 1205 WILLIAMS

GREAT BEND, KS 67530

As of the petition filing date, the claim is:     $                    15.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF GUIN AL

CO ALATAX P O BOX 830725

BIRMINGHAM, AL 35283

As of the petition filing date, the claim is:     $                    92.50
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.154** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF HARTFORD

DEPT OF LICENSES AND INSPECTIONS 260
CONSTITUTION PLAZA

HARTFORD, CT 06103

As of the petition filing date, the claim is:    $                151.30
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF HAVELOCK NC

1 GOVERNMENTAL AVENUE

HAVELOCK, NC 28532

As of the petition filing date, the claim is:    $                75.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF HOUSTON-MECHANICAL DIVISION

PO BOX 2688

HOUSTON, TX 77252

As of the petition filing date, the claim is:    $                313.49
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.157** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

CITY OF INDEPENDENCE OH

6335 SELIG DRIVE

INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:** $                 32.32
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___  ___  ___  ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.158** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

CITY OF KILLEEN TX

P O BOX 1329

KILLEEN, TX 76540

**As of the petition filing date, the claim is:** $                 114.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___  ___  ___  ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.159** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

CITY OF KINGSVILLE TX

200 E KLEBERG

KINGSVILLE, TX 78364

**As of the petition filing date, the claim is:** $                 105.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___  ___  ___  ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.160** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

CITY OF KIRKWOOD

139 S KIRKWOOD

KIRKWOOD , MO 63122

As of the petition filing date, the claim is: $ 50.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

CITY OF LA QUINTA CA

PO BOX 1504 78-495 CALLE TAMPICO

LA QUINTA, CA 92253

As of the petition filing date, the claim is: $ 104.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

CITY OF LANCASTER CA

FINANCE DEPARTMENT 44933 N FERN AVENUE

LANCASTER, CA 93534

As of the petition filing date, the claim is: $ 125.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number       ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.163** Nonpriority creditor's name and mailing address

CITY OF LEBANON

200 CASTLE HEIGHTS AVENUE NORTH

LEBANON, TN 37087

Date or dates debt was incurred

Last 4 digits of account number      ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:        $        25.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:        TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.164** Nonpriority creditor's name and mailing address

CITY OF LONGWOOD FL

175 WEST WARREN AVE

LONGWOOD, FL 327504197

Date or dates debt was incurred

Last 4 digits of account number      ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:        $        931.25
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:        TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.165** Nonpriority creditor's name and mailing address

CITY OF LORAIN OH

DIVISION OF BUILDINGS 200 WEST ERIE AVENUE

LORAIN, OH 44052

Date or dates debt was incurred

Last 4 digits of account number      ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:        $        431.27
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:        TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2** **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.166 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF MASSILLON OH

BUILDING DEPARTMENT 151 LINCOLN WAY EAST

MASSILLON, OH 44646

As of the petition filing date, the claim is:
Check all that apply.

$ 140.90

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF MENTOR OH

DEPT OF ENGINEERING & BUILDING 8500 CIVIC CENTER BLVD

MENTOR, OH 44060

As of the petition filing date, the claim is:
Check all that apply.

$ 291.40

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF MERIDEN

142 EAST MAIN ST

MERIDEN, CT 06450

As of the petition filing date, the claim is:
Check all that apply.

$ 89.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.169** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF MIDDLETOWN

TAX DIVISION PO BOX 428739

MIDDLETOWN, OH 450428739

As of the petition filing date, the claim is:   $ 8.68
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF MIDDLETOWN NY

BUILDING DEPARTMENT 16 JAMES STREET

MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:   $ 218.78
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF MILFORD

70 WRIVER ST

MILFORD, CT 06460

As of the petition filing date, the claim is:   $ 288.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

### 3.172 | Nonpriority creditor's name and mailing address | | Amount of Claim |

CITY OF MOORPARK CA

799 MOORPARK AVENUE

As of the petition filing date, the claim is:
*Check all that apply.*

$ 44.00

MOORPARK, CA 93021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

### 3.173 | Nonpriority creditor's name and mailing address | | Amount of Claim |

CITY OF MORGANTOWN WV

FINANCE DEPARTMENT 389 SPRUCE STREET

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,442.18

MORGANTOWN, WV 26505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

### 3.174 | Nonpriority creditor's name and mailing address | | Amount of Claim |

CITY OF MOSS POINT

4412 DENNY STREET

As of the petition filing date, the claim is:
*Check all that apply.*

$ 100.00

MOSS POINT, MS 39563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.175** | Nonpriority creditor's name and mailing address | | Amount of Claim

CITY OF MOUNT VERNON NY

CITY HALL 1 ROOSEVELT SQUARE

MOUNT VERNON, NY 10550

As of the petition filing date, the claim is:
Check all that apply.          $          1,044.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.176** | Nonpriority creditor's name and mailing address | | Amount of Claim

CITY OF MT VERNON DEPT OF BUILDINGS

1 ROOSEVELT SQ ROOM 210

MOUNT VERNON, NY 10550

As of the petition filing date, the claim is:
Check all that apply.          $          304.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.177** | Nonpriority creditor's name and mailing address | | Amount of Claim

CITY OF NEW ROCHELLE NY

515 NORTH AVENUE

NEW ROCHELLE, NY 10801

As of the petition filing date, the claim is:
Check all that apply.          $          1,374.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.178** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF NILES OH

34 W STATE STREET

NILES, OH 44446

As of the petition filing date, the claim is: $ 30.30
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF NORTH AUGUSTA

P O BOX 6400

AUGUSTA, SC 29861-6400

As of the petition filing date, the claim is: $ 91.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

CITY OF NORTH OLMSTED OH

5200 DOVER CENTER ROAD

NORTH OLMSTED, OH 44070

As of the petition filing date, the claim is: $ 60.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.181** Nonpriority creditor's name and mailing address

**Amount of Claim**

CITY OF NORTHWEST NC

4889 VERNON RD

As of the petition filing date, the claim is: $ 30.00
Check all that apply.

LELAND, NC 28451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.182** Nonpriority creditor's name and mailing address

**Amount of Claim**

CITY OF ORANGE

BUSINESS LICENSE DIVISION 300 E CHAPMAN AVENUE

As of the petition filing date, the claim is: $ 124.00
Check all that apply.

ORANGE, CA 92866

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.183** Nonpriority creditor's name and mailing address

**Amount of Claim**

CITY OF PACIFICA

107 SANTA MARIA AVENUE

As of the petition filing date, the claim is: $ 108.73
Check all that apply.

PACIFICA, CA 94044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          _____
          Name

Case number (if known)    18-23555

---

**Part 2** | **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.184** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF PARMA OH

As of the petition filing date, the claim is:    $    429.25
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF PHARR TX

118 S CAGE BLVD 4TH FLOOR

As of the petition filing date, the claim is:    $    50.00
Check all that apply.

PHARR, TX 78577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | **Amount of Claim**

CITY OF PORT ISABEL TX

305 E MAXAN

As of the petition filing date, the claim is:    $    100.00
Check all that apply.

PORT ISABEL, TX 78578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.187 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CITY OF PORT TOWNSEND WA

250 MADISON STREET SUITE 1

PORT TOWNSEND, WA 98368

**As of the petition filing date, the claim is:** $ 28.53
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CITY OF RICHMOND HEIGHTS OH

26789 HIGHLAND ROAD BUILDING DEPARTMENT

RICHMOND HEIGHTS, OH 44143

**As of the petition filing date, the claim is:** $ 50.50
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

CITY OF SAN ANTONIO   TX

**As of the petition filing date, the claim is:** $ 106.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.190** Nonpriority creditor's name and mailing address

CITY OF SANDUSKY OH

DEPARTMENT OF ENGINEERING SERVICES BUILDING
DIVISION 222 MEIGS STREET

SANDUSKY, OH 44870

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:          $                151.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          TRADE PAYABLE

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.191** Nonpriority creditor's name and mailing address

CITY OF SARATOGA CA

13777 FRUITVALE AVE

SARATOGA, CA 95070

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:          $                 64.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          TRADE PAYABLE

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.192** Nonpriority creditor's name and mailing address

CITY OF SEBASTIAN

1225 MAIN ST

SEBASTIAN, FL 32958

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:          $                129.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          TRADE PAYABLE

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.193** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

CITY OF SHAWNEE KS

11110 JOHNSON DRIVE

SHAWNEE, KS 66203

As of the petition filing date, the claim is: $    125.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| **3.194** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

CITY OF SHEBOYGAN WI

828 CENTER AVE 1ST FLOOR

SHEBOYGAN, WI 53081

As of the petition filing date, the claim is: $    220.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| **3.195** | Nonpriority creditor's name and mailing address | **Amount of Claim** |
|---|---|---|

CITY OF SHREVEPORT

PERMITS AND INSPECTIONS DIVISION 505 TRAVIS STREET SUITE 130

SHREVEPORT, LA 71101

As of the petition filing date, the claim is: $    82.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.196**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

CITY OF SOUTH EUCLID OH

1349 SOUTH GREEN ROAD

SOUTH EUCLID, OH 44121

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is: $    245.45
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.197**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

CITY OF SPRINGDALE OH TAX COMMISSION

11700 SPRINGFIELD PIKE

SPRINGDALE, OH 45246

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is: $    1.68
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.198**    **Nonpriority creditor's name and mailing address**      **Amount of Claim**

CITY OF STAMFORD

STAMFORD GOVERNMENT CENTER 888 WASHINGTON BLVD 7TH FLOOR

STAMFORD, CT 06901

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is: $    85.78
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.199** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

CITY OF TOLEDO OH

DIVISION OF TAXATION ONE GOVT CENTER 2070

TOLEDO, OH 43604

**As of the petition filing date, the claim is:**     $ 101.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

CITY OF TWINSBURG OH

DIVISION OF TAXATION 10075 RAVENNA ROAD

TWINSBURG, OH 44087

**As of the petition filing date, the claim is:**     $ 35.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

CITY OF VERMILION OH

BUILDING DEPARTMENT 5511 LIBERTY AVENUE

VERMILION, OH 44089

**As of the petition filing date, the claim is:**     $ 35.35
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.202** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

CITY OF WARREN OH

540 LAIRD AVENUE S E ENGINEERING PLANNING AND BLDG

WARREN, OH 44484

As of the petition filing date, the claim is: $ 90.90
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

CITY OF WASHINGTON NC

BUILDING DEPARTMENT 102 EAST SECOND STREET

WASHINGTON, NC 27889

As of the petition filing date, the claim is: $ 60.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

CITY OF WATERBURY

26 KENDRICK AVENUE

WATERBURY, CT 06702

As of the petition filing date, the claim is: $ 151.30
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.205** Nonpriority creditor's name and mailing address

CITY OF WEST HAVEN

355 MAIN STREET

WEST HAVEN, CT 06516

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 280.00

**3.206** Nonpriority creditor's name and mailing address

CITY OF WESTON FL

BUILDING CODE SERVICES 17250 ROYAL PALM BOULEVARD

WESTON, FL 33326

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 83.55

**3.207** Nonpriority creditor's name and mailing address

CITY OF WHEAT RIDGE CO

7500 W 29TH AVENUE

WHEAT RIDGE, CO 80033

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 100.00

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.208**  Nonpriority creditor's name and mailing address

**Amount of Claim**

CITY OF WICHITA

271 W THIRD ST N

As of the petition filing date, the claim is:
*Check all that apply.*

$ 450.00

WICHITA, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.209**  Nonpriority creditor's name and mailing address

**Amount of Claim**

CITY OF WICKLIFFE

28730 RIDGE ROAD

As of the petition filing date, the claim is:
*Check all that apply.*

$ 40.40

WICKLIFFE, OH 44092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.210**  Nonpriority creditor's name and mailing address

**Amount of Claim**

CITY OF WILLARD OH

490 LAKE SHORE DRIVE

As of the petition filing date, the claim is:
*Check all that apply.*

$ 20.00

WILLARD, OH 11890

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.211 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF WILLIAMSON

CITY CLERKS OFFICE PO BOX 1517

WILLIAMSON, WV 25661

**As of the petition filing date, the claim is:** $ 50.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF WINSTON SALEM NC

PO BOX 2756

WINSTON-SALEM, NC 27102

**As of the petition filing date, the claim is:** $ 135.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CITY OF WOODLAND PARK CO

REVENUE DEPARTMENT 220 W SOUTH AVENUE PO BOX 9045

WOODLAND PARK, CO 808669045

**As of the petition filing date, the claim is:** $ 758.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor　　SEARS HOME IMPROVEMENT PRODUCTS, INC.
　　　　　Name

Case number (if known)　18-23555

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.214** Nonpriority creditor's name and mailing address

CLARKE COUNTY

CLARKE COUNTY PO BOX 369

GROVE HILL, AL 36451

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$                17.00

---

**3.215** Nonpriority creditor's name and mailing address

CLERK OF COURT - MARION COUNTY

110 NW 1ST AVE

ORLANDO, FL 34475

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$                26.00

---

**3.216** Nonpriority creditor's name and mailing address

COLLETON COUNTY

31 KLEIN STREET

WALTERBORO, SC 29488

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$               100.00

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.217 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

COLLIER COUNTY

2800 HORSESHOE DRIVE

NAPLES, FL 34104

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 45.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CONSOLIDATED CITY OF INDIANAPOLIS

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 247.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DC TREASURER

DEPT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS LICENSE CENTER

WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 1,232.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.220** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

DIVISION OF LABOR IA

1000 EAST GRAND AVENUE

DES MOINES, IA 50319

As of the petition filing date, the claim is: $ 50.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

FLORIDA DEPT OF BUSINESS AND

PROFESSIONAL REGULATION ATTN REVENUE DEPT

TALLAHASSEE, FL 32314

As of the petition filing date, the claim is: $ 298.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

HAMILTON INCOME TAX BUREAU

345 HIGH STREET STE 310

HAMILTON, OH 45011

As of the petition filing date, the claim is: $ 110.12
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number (if known)    18-23555

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

### 3.223    Nonpriority creditor's name and mailing address

HENDRY COUNTY FL

88 SOUTH MAIN STREET

LABELLE, FL 33975

**Amount of Claim**

As of the petition filing date, the claim is: $    90.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

### 3.224    Nonpriority creditor's name and mailing address

HERTFORD COUNTY BLDG INSPECTION

PO BOX 424

WINTON, NC 27986

**Amount of Claim**

As of the petition filing date, the claim is: $    160.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

### 3.225    Nonpriority creditor's name and mailing address

INCORPORATED VILLAGE OF MASSAPEQUA PARK

VILLAGE HALL 151 FRONT STREET

MASSAPEQUA PARK, NY 11762

**Amount of Claim**

As of the petition filing date, the claim is: $    500.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor        SEARS HOME IMPROVEMENT PRODUCTS, INC.                              Case number *(if known)*    18-23555
              Name

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.226** | Nonpriority creditor's name and mailing address | **Amount of Claim**

LIVERMORE LIVESCAN

4047 1ST STREET NO 208

As of the petition filing date, the claim is:          $                    380.00
*Check all that apply.*

LIVERMORE, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    TRADE PAYABLE
Basis for the claim:

Last 4 digits of account          Is the claim subject to offset?
number

☐ No
☐ Yes

**3.227** | Nonpriority creditor's name and mailing address | **Amount of Claim**

LOS ALAMOS COUNTY

COMMUNITY AND ECONOMIC DEVELOPMENT PO BOX 1532

As of the petition filing date, the claim is:          $                     50.00
*Check all that apply.*

LOS ALAMOS, NM 87544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    TRADE PAYABLE
Basis for the claim:

Last 4 digits of account          Is the claim subject to offset?
number

☐ No
☐ Yes

**3.228** | Nonpriority creditor's name and mailing address | **Amount of Claim**

LOUISIANA DEPT OF REVENUE

PO BOX 3138

As of the petition filing date, the claim is:          $                    128.00
*Check all that apply.*

BATON ROUGE, LA 708213138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    TRADE PAYABLE
Basis for the claim:

Last 4 digits of account          Is the claim subject to offset?
number

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.229**   Nonpriority creditor's name and mailing address

MAHONING COUNTY

BUILDING INSPECTION DEPARTMENT ROOM 201 50 WESTCHESTER DRIVE

YOUNGSTOWN, OH 44515

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:    $                75.75
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.230**   Nonpriority creditor's name and mailing address

MARION COUNTY BOCC

2710 E SILVER SPRINGS BLVD

OCALA, FL 34470

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:    $               261.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.231**   Nonpriority creditor's name and mailing address

MARYLAND HOME IMPRO COMM

PO BOX 17409

BALTIMORE, MD 21297

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:    $                 1.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.232 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

NORTH CAROLINA LICENSING BOARD

FOR GENERAL CONTRACTORS P O BOX 17187

RALEIGH, NC 27619

As of the petition filing date, the claim is:
*Check all that apply.*

$ 180.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

NYC DEPT OF CONSUMER AFFAIRS

42 BROADWAY

NEW YORK, NY 10004

As of the petition filing date, the claim is:
*Check all that apply.*

$ 100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

OKALOOSA COUNTY FL

DEPT OF GROWTH DEVELOPMENT 1804 LEWIS TURNER BLVD STE 200

FORT WALTON BEACH, FL 32547

As of the petition filing date, the claim is:
*Check all that apply.*

$ 35.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.235 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ONSLOW COUNTY CODE ENFORCEMENT

604 COLLEGE STREET

JACKSONVILLE, NC 28540

**As of the petition filing date, the claim is:**
Check all that apply.

$ 65.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PALM BEACH COUNTY

PO BOX 3353

BEACH, FL 33402-3353

**As of the petition filing date, the claim is:**
Check all that apply.

$ 27.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PSI

2820 BROADBENT PKWY NE SUITE E AND F

ALBUQUERQUE, NM 87107

**As of the petition filing date, the claim is:**
Check all that apply.

$ 75.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.238** Nonpriority creditor's name and mailing address

PUTNAM COUNTY

236 COURTHOUSE DR STE 8

WINFIELD, WV 25213

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*   $ 100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.239** Nonpriority creditor's name and mailing address

REGISTRAR OF CONTRACTORS

P O BOX 26000

SACRAMENTO, CA 95826

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*   $ 67.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.240** Nonpriority creditor's name and mailing address

REGISTRAR OF CONTRACTORS AZ

1700 WEST WASHINGTON STREET STE 500

PHOENIX, AZ 85007

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*   $ 590.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.241 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SECRETARY OF STATE CALIFORNIA

PO BOX 944230

SACRAMENTO, CA 94244

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 25.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SOUTH CAROLINA CONTRACTORS LICENSING

BOARD DEPT OF LABOR LICENSING AND REGULATION

COLUMBIA, SC 29211

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

STATE OF NEW JERSEY

DCA BFCE DORIS PO BOX 663

TRENTON, NJ 08646

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
            Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.244** Nonpriority creditor's name and mailing address                           **Amount of Claim**

STATE OF WASHINGTON DEPT OF REVENUE

PO BOX 34051                                    As of the petition filing date, the claim is:        $              50.00
                                                *Check all that apply.*

SEATTLE, WA 981241051                           ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Date or dates debt was incurred                                        TRADE PAYABLE
                                                Basis for the claim:
Last 4 digits of account
number                                          Is the claim subject to offset?

                                                ☐ No
                                                ☐ Yes

---

**3.245** Nonpriority creditor's name and mailing address                           **Amount of Claim**

SUMMIT COUNTY DEPARTMENT OF

BUILDING STANDARDS 1030 E TALLMADGE AVE         As of the petition filing date, the claim is:        $             232.30
                                                *Check all that apply.*

AKRON, OH 44310                                 ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Date or dates debt was incurred                                        TRADE PAYABLE
                                                Basis for the claim:
Last 4 digits of account
number                                          Is the claim subject to offset?

                                                ☐ No
                                                ☐ Yes

---

**3.246** Nonpriority creditor's name and mailing address                           **Amount of Claim**

TENNESSEE REGULATORY AUTHORITY

502 DEADERICK ST 4TH FLOOR                      As of the petition filing date, the claim is:        $           1,000.00
                                                *Check all that apply.*

NASHVILLE, TN 37243                             ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Date or dates debt was incurred                                        TRADE PAYABLE
                                                Basis for the claim:
Last 4 digits of account
number                                          Is the claim subject to offset?

                                                ☐ No
                                                ☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
_____
Name

Case number *(if known)*    18-23555
_____

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.247** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

TOWN OF ASHFORD CT

25 POMPEY HOLLOW ROAD

ASHFORD, CT 06278

As of the petition filing date, the claim is:
*Check all that apply.*

$                           49.04

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.248** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

TOWN OF BETHEL CT

BUILDING DEPARTMENT 1 SCHOOL STREET

BETHEL, CT 06801

As of the petition filing date, the claim is:
*Check all that apply.*

$                          140.90

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.249** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

TOWN OF BROOKFIELD

100 POCONO RD

BROOKFIELD, CT 06804

As of the petition filing date, the claim is:
*Check all that apply.*

$                          234.94

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.250 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF CORTLANDT

DEPT OF TECHNICAL SERVICES CODE ENFORCEMENT DIVISION

CORTLANDT MANOR, NY 10567

As of the petition filing date, the claim is: $            247.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF EAST HARTFORD

As of the petition filing date, the claim is: $            135.82
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF EAST HAVEN

250 MAIN ST

EAST HAVEN, CT 06512

As of the petition filing date, the claim is: $            203.12
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.253** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

TOWN OF FARMINGTON CT

DEPT OF PUBLIC WORKS DEV SERVICES 1 MONTEITH DRIVE

FARMINGTON, CT 06032

As of the petition filing date, the claim is:
*Check all that apply.*

$ 60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.254** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

TOWN OF GREENWICH CT

101FIELD POINT RD

GREENWICH, CT 06836

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,027.64

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.255** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

TOWN OF GROTON

134 GROTON LONG POINT ROAD

GROTON, CT 06340

As of the petition filing date, the claim is:
*Check all that apply.*

$ 110.78

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
            Name

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.256 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF HAMDEN

As of the petition filing date, the claim is:    $                61.78
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.257 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF HAVERSTRAW NY

ONE ROSMAN ROAD

GARNERVILLE, NY 10923

As of the petition filing date, the claim is:    $               350.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.258 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF LAGUNA VISTA

LAGUNA VISTA TOWN HALL 122 FERNANDEZ STREET

LAGUNA VISTA, TX 78578

As of the petition filing date, the claim is:    $                50.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

Debtor  SEARS HOME IMPROVEMENT PRODUCTS, INC.
    Name

Case number (if known)   18-23555

---

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.259 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

TOWN OF MAMARONECK NY

TOWN CENTER 740 WEST BOSTON POST RD ROOM 208

MAMARONECK, NY 10543

As of the petition filing date, the claim is:  $                80.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:      TRADE PAYABLE

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.260 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

TOWN OF MONTVILLE CT

310 NORWICH NEW LONDON TURNPIKE

UNCASVILLE, CT 06382

As of the petition filing date, the claim is:  $               122.46
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:      TRADE PAYABLE

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

TOWN OF MOUNT PLEASANT SC

P O BOX 1552

MOUNT PLEASANT, SC 29465

As of the petition filing date, the claim is:  $               434.66
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:      TRADE PAYABLE

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
_____
Name

Case number *(if known)*    18-23555
_____

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.262** | Nonpriority creditor's name and mailing address

| | Amount of Claim |
|---|---|

TOWN OF NEWINGTON CT
_____

131 CEDAR STREET
_____

NEWINGTON, CT 06111
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    165.00
_____

Date or dates debt was incurred    _____

Basis for the claim:    TRADE PAYABLE
_____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address

| | Amount of Claim |
|---|---|

TOWN OF NORTH KINGSTOWN
_____

80 BOSTON NECK ROAD BUILDING DEPT
_____

NORTH KINGSTOWN, RI 02852
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    91.00
_____

Date or dates debt was incurred    _____

Basis for the claim:    TRADE PAYABLE
_____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address

| | Amount of Claim |
|---|---|

TOWN OF ORANGETOWN NY
_____

26 ORANGEBURG ROAD
_____

ORANGEBURG, NY 10962
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    349.00
_____

Date or dates debt was incurred    _____

Basis for the claim:    TRADE PAYABLE
_____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2    Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.265 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF PLAINVILLE CT

ATTN BUILDING DEPART MUNICIPAL CENTER 1 CENTRAL SQUARE

PLAINVILLE, CT 06062

As of the petition filing date, the claim is:
*Check all that apply.*    $    225.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF SOUTH WINDSOR CT

1540 SULLIVAN AVENUE

SOUTH WINDSOR, CT 06074

As of the petition filing date, the claim is:
*Check all that apply.*    $    115.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF STRATFORD

2725 MAIN ST

STRATFORD, CT 06615

As of the petition filing date, the claim is:
*Check all that apply.*    $    113.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.268** | Nonpriority creditor's name and mailing address | | Amount of Claim
---|---|---|---

TOWN OF TORRINGTON

140 MAIN ST

TORRINGTON, CT 06790

As of the petition filing date, the claim is:
Check all that apply.

$ 260.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.269** | Nonpriority creditor's name and mailing address | | Amount of Claim
---|---|---|---

TOWN OF TRUMBULL

As of the petition filing date, the claim is:
Check all that apply.

$ 552.02

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.270** | Nonpriority creditor's name and mailing address | | Amount of Claim
---|---|---|---

TOWN OF VERNON

55 WEST MAIN STREET

VERNON, CT 06006

As of the petition filing date, the claim is:
Check all that apply.

$ 25.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.271 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF WALLINGFORD

45 SOUTH MAIN ST

WALLINGFORD, CT 06492

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238.94

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.272 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF WALLKILL NY

99 TOWER DRIVE BUILDING A

MIDDLETOWN, NY 10941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.00

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.273 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF WARWICK RI

WARWICK CITY HALL BLDG DEPT 3275 POST ROAD

WARWICK, RI 02886

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 147.00

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.274 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF WATERTOWN CT

51 DEPOT STREET

WATERTOWN, CT 06795

As of the petition filing date, the claim is: *Check all that apply.*    $ 50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.275 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF WILLISTON SC

P O BOX 414

WILLISTON, SC 29853

As of the petition filing date, the claim is: *Check all that apply.*    $ 43.10

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.276 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOWN OF WINDSOR CA

9291 OLD REDWOOD HIGHWAY BLDG 300A PO BOX 100

WINDSOR, CA 95492

As of the petition filing date, the claim is: *Check all that apply.*    $ 26.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.277** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

TOWN OF YUCCA VALLEY

57090 TWENTYNINE PALMS HWY

YUCCA VALLEY, CA 92284

As of the petition filing date, the claim is: $ 44.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

TOWN VILLAGE OF HARRISON

DEPARTMENT OF BUILDING ONE HEINEMAN PLACE

HARRISON, NY 10528

As of the petition filing date, the claim is: $ 250.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

TREASURER OF STATE-OHIO

OHIO DEPARTMENT OF TAXATION PO BOX 16561

COLUMBUS, OH 432166561

As of the petition filing date, the claim is: $ 25.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.280** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

TREASURER STATE OF CONNECTICUT

CONSUMER PROTECTION LICENSE SERVICES 165 CAPITOL AVE

HARTFORD, CT 06106

As of the petition filing date, the claim is:
*Check all that apply.*

$ 160.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.281** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

UTAH DEPT OF FINANCIAL INSTITUTIONS

324 S STATE STREET STE 201 PO BOX 146800

SALT LAKE CITY, UT 841146800

As of the petition filing date, the claim is:
*Check all that apply.*

$ 100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.282** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

VILLAGE OF BOLINGROOK IL

375 W BRIARCLIFF ROAD

BOLINGBROOK, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*

$ 260.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.283 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

VILLAGE OF LANSING

3141 RIDGE ROAD

As of the petition filing date, the claim is: $ 125.00
*Check all that apply.*

LANSING, IL 60738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number     ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

VILLAGE OF PELHAM MANOR

BUILDING DEPARTMENT FOUR PENFIELD PLACE

As of the petition filing date, the claim is: $ 50.00
*Check all that apply.*

PELHAM MANOR, NY 10803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number     ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

VILLAGE OF PORT CHESTER NY

222 GRACE CHURCH

As of the petition filing date, the claim is: $ 173.00
*Check all that apply.*

PORT CHESTER, NY 10573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number     ___  ___  ___  ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.286** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

VILLAGE OF SCARSDALE NY

1001 POST ROAD

SCARSDALE, NY 10583

As of the petition filing date, the claim is:
Check all that apply.

$ 510.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

| **3.287** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

VILLAGE OF SOUTH RUSSELL OH

5205 CHILLICOTHE RD

SOUTH RUSSELL, OH 44022

As of the petition filing date, the claim is:
Check all that apply.

$ 100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

| **3.288** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

VILLAGE OF TUCKAHOE NY

65 MAIN STREET

TUCKAHOE, NY 10707

As of the petition filing date, the claim is:
Check all that apply.

$ 225.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    —  —  —  —

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.289**    Nonpriority creditor's name and mailing address | **Amount of Claim**

WESTCHESTER COUNTY

DEPT OF CONSUMER PROTECTION 148 MARTINE AVENUE RM 407

WHITE PLAINS, NY 10601

As of the petition filing date, the claim is: $    300.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.290**    Nonpriority creditor's name and mailing address | **Amount of Claim**

WHITEMARSH TOWNSHIP

ECOLLECT 804 FAYETTE ST

CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is: $    14.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.291**    Nonpriority creditor's name and mailing address | **Amount of Claim**

ABCO REFRIGERATION SUPPLY CORP

49-70 31ST STREET

LONG ISLAND CITY, NY 11101

As of the petition filing date, the claim is: $    9,240.72
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.292** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ACME REFRIGERATION INC

PO BOX 975662

DALLAS, TX 75397

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 24,101.15

| **3.293** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

AIRECO SUPPLY INC

PO BOX 414

SAVAGE, MD 207630414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 8,431.80

| **3.294** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

AIREFCO INC

PO BOX 1349

TUALATIN, OR 970621349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 11,854.16

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.295** Nonpriority creditor's name and mailing address

APR SUPPLY CO

749 GUILFORD ST

LEBANON, PA 17046

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Amount of Claim

As of the petition filing date, the claim is:
Check all that apply.

$ 13,425.74

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.296** Nonpriority creditor's name and mailing address

BRAUER SUPPLY CO INC

8000 FORSYTH BLVD

SAINT LOUIS, MO 63105

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Amount of Claim

As of the petition filing date, the claim is:
Check all that apply.

$ 2,382.44

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.297** Nonpriority creditor's name and mailing address

CARR SUPPLY INC

7900 BEECH DALY RD

TAYLOR, MI 48180

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Amount of Claim

As of the petition filing date, the claim is:
Check all that apply.

$ 32,096.54

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.298 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CARRIER GREAT LAKES

8873 RELIABLE PKWY

CHICAGO, IL 60686

As of the petition filing date, the claim is:
*Check all that apply.*
$ 9,584.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

| 3.299 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CARRIER SOUTH CENTRAL

PO BOX 730307

DALLAS, TX 753730307

As of the petition filing date, the claim is:
*Check all that apply.*
$ 876.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

| 3.300 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CFM

1644 MAIN AVE SUITE 1

SACRAMENTO, CA 95838

As of the petition filing date, the claim is:
*Check all that apply.*
$ 17,407.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.301** Nonpriority creditor's name and mailing address

CHARLES D JONES CO

PO BOX 2074

SHAWNEE MISSION, KS 66201

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$    12,611.42

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.302** Nonpriority creditor's name and mailing address

CONNOR CO

PO BOX 5007

PEORIA, IL 616015007

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$    20,299.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.303** Nonpriority creditor's name and mailing address

CORKEN STEEL PRODUCTS

7920 KENTUCKY DR

FLORENCE, KY 41042

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$    19,828.55

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2** | **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.304 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CRESCENT PARTS & EQUIPMENT CO INC

5121 MANCHESTER AVE

SAINT LOUIS, MO 63110

As of the petition filing date, the claim is:  $ 19,948.94
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| 3.305 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CUMBERLAND TRADING COMPANY

117 N RACEPATH STREET

FAYETTEVILLE, NC 28301

As of the petition filing date, the claim is:  $ 5,738.14
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| 3.306 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DURHAM SUPPLY

PO BOX 206897

DALLAS, TX 75320

As of the petition filing date, the claim is:  $ 2,028.12
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.
_____
Name

Case number *(if known)*     18-23555
_____

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.307** | Nonpriority creditor's name and mailing address | **Amount of Claim**

EDS SUPPLY CO INC

PO BOX 91528

CHATTANOOGA, TN 37421

As of the petition filing date, the claim is:     $                2,445.92
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     _____

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.308** | Nonpriority creditor's name and mailing address | **Amount of Claim**

EPTING DISTRIBUTORS INC

300 INDUSTRIAL DRIVE

LEXINGTON, SC 29072

As of the petition filing date, the claim is:     $               36,504.62
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     _____

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.309** | Nonpriority creditor's name and mailing address | **Amount of Claim**

FIRST SUPPLY

PO BOX 8124

MADISON, WI 53708

As of the petition filing date, the claim is:     $                1,820.61
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     _____

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.310** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GATEWAY SUPPLY CO INC

PO BOX 2826

COLUMBIA, SC 29202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    2,028.58

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.311** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GENSCO INC

PO BOX 2905

TACOMA, WA 98401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    17,764.58

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.312** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

HVAC SALES & SUPPLY

2015 THOMAS RD

MEMPHIS, TN 38134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    22,454.46

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.313 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JOHNSON SUPPLY & EQUIPMENT CORPORATION

10151 STELLA LINK ROAD

HOUSTON, TX 77025

As of the petition filing date, the claim is:
*Check all that apply.*                                                $                     5,238.40

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:        TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.314 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JOHNSTONE SUPPLY-BIRMINGHAM

3801 1ST AVE N

BIRMINGHAM, AL 35222

As of the petition filing date, the claim is:
*Check all that apply.*                                                $                       880.65

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:        TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.315 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JOHNSTONE SUPPLY-COLUMBUS

700 PARKWOOD AVE PO BOX 730

COLUMBUS, OH 43216

As of the petition filing date, the claim is:
*Check all that apply.*                                                $                    13,170.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:        TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.316** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JOHNSTONE SUPPLY-DENVER

PO BOX 40605 2701 WEST 7TH AVENUE

DENVER, CO 80204

As of the petition filing date, the claim is: $    1,215.37
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JOHNSTONE SUPPLY-MUSKEGON

1840 INDUSTRIAL BLVD

MUSKEGON, MI 49442

As of the petition filing date, the claim is: $    5,970.44
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JOHNSTONE SUPPLY-OMAHA

PO BOX 45220

OMAHA, NE 681450220

As of the petition filing date, the claim is: $    300.30
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|--------|----------------------------------------|--------------------------|----------|
|        | Name                                   |                          |          |

| Part 2 | Additional Page |
|--------|-----------------|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.319** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

JOHNSTONE SUPPLY-TUALATIN

PO BOX 1668

TUALATIN, OR 97062

As of the petition filing date, the claim is: $ 1,147.10
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.320** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

KAISER SUPPLY

PO BOX 975662

DALLAS, TX 75397

As of the petition filing date, the claim is: $ 23,085.19
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.321** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

KOCH AIR

PO BOX 636092

CINCINNATI, OH 45263

As of the petition filing date, the claim is: $ 1,322.55
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.322 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LAFAYETTE WINAIR

125 SCOTT ST

LAFAYETTE, LA 70506

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,432.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LOHMILLER & COMPANY

PO BOX 847889

DALLAS, TX 75284

As of the petition filing date, the claim is:
*Check all that apply.*

$ 4,444.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LUCE SCHWAB & KASE INC

9 GLORIA LANE PO BOX 779

FAIRFIELD, NJ 070070779

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,323.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.325** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

M & A SUPPLY COMPANY INC

PO BOX 1000 DEPT 969

MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,710.93

Date or dates debt was incurred

Last 4 digits of account number

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

MEIER SUPPLY CO INC

275 BROOME CORPORATE PKWY

CONKLIN, NY 13748

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,799.24

Date or dates debt was incurred

Last 4 digits of account number

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |

MINGLEDORFFS INC

6675 JONES MILL CT

NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,172.55

Date or dates debt was incurred

Last 4 digits of account number

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number *(if known)*    18-23555
Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.328** Nonpriority creditor's name and mailing address

MOORE SUPPLY CO

4332 W FERDINAND ST

CHICAGO, IL 606241017

Date or dates debt was incurred

Last 4 digits of account
number

**Amount of Claim**

As of the petition filing date, the claim is:    $                88,051.61
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.329** Nonpriority creditor's name and mailing address

MORRISON SUPPLY

PO BOX 70

FORT WORTH, TX 76101

Date or dates debt was incurred

Last 4 digits of account
number

**Amount of Claim**

As of the petition filing date, the claim is:    $                156,848.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.330** Nonpriority creditor's name and mailing address

MUNCHS SUPPLY CO INC

1901 FERRO DRIVE

NEW LENOX, IL 60451

Date or dates debt was incurred

Last 4 digits of account
number

**Amount of Claim**

As of the petition filing date, the claim is:    $                6,895.27
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.331** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

NATIONAL EXCELSIOR COMPANY

4503 SULUTIONS CTR

CHICAGO, IL 606774005

As of the petition filing date, the claim is: *Check all that apply.*

$ 41,082.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim: TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| **3.332** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

NORTH DENVER WINAIR

490 E 76TH AVE UNIT 6B

DENVER, CO 80229

As of the petition filing date, the claim is: *Check all that apply.*

$ 39,163.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim: TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| **3.333** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PEIRCE PHELPS INC

516 TOWNSHIP LINE RD

BLUE BELL, PA 19422

As of the petition filing date, the claim is: *Check all that apply.*

$ 5,545.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim: TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.334** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

RE MICHEL CO INC

1R E MICHEAL DRIVE

GLEN BURNIE, MD 21060

As of the petition filing date, the claim is:
*Check all that apply.*

$ 63,271.45

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.335** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

REFRIGERATION SALES CORPORATION

PO BOX 951391

CLEVELAND, OH 44193

As of the petition filing date, the claim is:
*Check all that apply.*

$ 9,828.27

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.336** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ROBERT MADDEN INDUSTRIES LTD

PO BOX 64360

LUBBOCK, TX 794644360

As of the petition filing date, the claim is:
*Check all that apply.*

$ 2,566.57

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.337** | Nonpriority creditor's name and mailing address | **Amount of Claim**

ROBERTSON SUPPLY

2155 W MAIN ST PO BOX 2448

ALLIANCE, OH 44601

As of the petition filing date, the claim is:    $ 6,551.49
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SANDERS SUPPLY

PO BOX 1545

HOT SPRINGS NATL PK, AR 71902

As of the petition filing date, the claim is:    $ 12,604.42
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | **Amount of Claim**

SID HARVEY INDUSTRIES INC

605 LOCUST ST

GARDEN CITY, NY 11530

As of the petition filing date, the claim is:    $ 304,268.73
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2** **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.340 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SOUTH CENTRAL GWB COMPANY INC

PO BOX 367

COLUMBUS, IN 47202

As of the petition filing date, the claim is: $ 1,283.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.341 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SOUTHERN REFRIGERATION CORP

PO BOX 2708

ROANOKE, VA 240012708

As of the petition filing date, the claim is: $ 74,715.24
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.342 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

STANDARD AIR & LITE

1034 CORPORATE LANE

EXPORT, PA 15632

As of the petition filing date, the claim is: $ 2,945.45
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.343** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

TEMPERATURE EQUIPMENT CORP

4503 SOLUTIONS CENTER

CHICAGO, IL 606774005

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,007.79

**Date or dates debt was incurred**

Basis for the claim:  TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

THE HABEGGER CORP

PO BOX 23128

CINCINNATI, OH 45223

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,857.85

**Date or dates debt was incurred**

Basis for the claim:  TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

US AIR CONDITIONING

PO BOX 1111

LA PUENTE, CA 917491111

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 889.58

**Date or dates debt was incurred**

Basis for the claim:  TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.346**  **Nonpriority creditor's name and mailing address**

WEATHERTECH DISTRIBUTION CO INC

501 28TH ST SOUTH PO BOX 100609

IRONDALE, AL 35210

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**Amount of Claim**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 8,713.00

---

**3.347**  **Nonpriority creditor's name and mailing address**

WEINSTEINS SUPPLY

ATTN LOCKBOX OPERATION NO 536414 307 23RD STREET EXT STE 950

PITTSBURGH, PA 15215

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**Amount of Claim**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 32,383.09

---

**3.348**  **Nonpriority creditor's name and mailing address**

WHOLESALE HEATING SUPPLY

PO DRAWER 64399

DETROIT, MI 48264

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**Amount of Claim**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 2,347.63

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number (if known)    18-23555
_____
Name

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.349** Nonpriority creditor's name and mailing address

WM E KINGSWELL INC

5320 SUNNYSIDE AVE

BELTSVILLE, MD 20705

**Amount of Claim**

As of the petition filing date, the claim is:    $    1,208.40
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.350** Nonpriority creditor's name and mailing address

72 DEGREES OF HICKORY

1000 CAPE HICKORY RD

HICKORY, NC 28601

**Amount of Claim**

As of the petition filing date, the claim is:    $    1,093.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.351** Nonpriority creditor's name and mailing address

A TO Z HEATING AND AIR INC

2435 ALBATROSS WAY SUITE 106

SACRAMENTO, CA 95815

**Amount of Claim**

As of the petition filing date, the claim is:    $    500.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.352** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ABSOLUTE COMFORT HEATING AND AIR

7110 LYLE RD

RICHBURG, SC 29729

**As of the petition filing date, the claim is:** $ 9,097.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| **3.353** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ADAMS HEATING AND AIR CONDITIONING

2511 CARVER ST

DURHAM, NC 27705

**As of the petition filing date, the claim is:** $ 10,842.95
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| **3.354** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ADVANTAGE HVAC R SERVICE LLC

2363 HAMMOCK DR

HIGH POINT, NC 27265

**As of the petition filing date, the claim is:** $ 4,671.96
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.355** Nonpriority creditor's name and mailing address

AIR PROS HVAC CONTRACTING LLC

501 S FALKENBURG RD STE E12

TAMPA, FL 33619

Date or dates debt was incurred

Last 4 digits of account number        — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $                157.50
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.356** Nonpriority creditor's name and mailing address

ALL WEATHER MECHANICAL INC

405 WOODLAND DR

JACKSONVILLE, NC 28540

Date or dates debt was incurred

Last 4 digits of account number        — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $              1,332.01
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.357** Nonpriority creditor's name and mailing address

ARCHON ENERGY SOLUTIONS

607 ELMIRA RD NO 293

VACAVILLE, CA 95687

Date or dates debt was incurred

Last 4 digits of account number        — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $                969.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.358** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

B&B HVAC LLC

PO BOX 3082

INDIAN TRAIL, NC 28079

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,723.00

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

BARWICK HEATING & COOLING

2484 ELDORADO DR

SPRINGVILLE, UT 84663

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 619.50

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

BYRNE AND SONS INC

246-14 FRANCIS LEWIS BLVD

JAMAICA, NY 11422

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,731.21

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.361** Nonpriority creditor's name and mailing address

CARLTON HEATING AND AIR CONDITIONING INC

5211 FALLS OF NEUSE RD

RALEIGH, NC 27609

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 42.75

**3.362** Nonpriority creditor's name and mailing address

CARRINGTON ELECTRIC LLC

2330 NEW BERN AVE

RALEIGH, NC 27610

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 2,843.12

**3.363** Nonpriority creditor's name and mailing address

COOL BREEZE HVAC INC

PO BOX 42370

CHARLOTTE, NC 28215

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$ 3,601.13

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.364** Nonpriority creditor's name and mailing address

DEEL AND CARTER HEAT AND AIR LLC

106 DILLARD CT

EDEN, NC 27288

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*      $                 6,047.20

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.365** Nonpriority creditor's name and mailing address

DESIGN HEATING AND AIR

1193 SIERRA VISTA DR

WOFFORD HEIGHTS, CA 93285

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*      $                 2,943.72

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.366** Nonpriority creditor's name and mailing address

EXPERT MECHANICAL SERVICES INC

P O BOX 1256

RONKONKOMA, NY 11779

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*      $                 3,758.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.367** Nonpriority creditor's name and mailing address

FLORIDA ATLANTIC AIR CONDITIONING AND

REPAIR CORP 11740 SW 110TH LN

MIAMI, FL 33186

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                    $ 150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.368** Nonpriority creditor's name and mailing address

FRIENDS HEATING AND AIR CONDITIONING INC

209 PINE RD

MOUNT HOLLY, NC 28120

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                    $ 790.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.369** Nonpriority creditor's name and mailing address

GERALD STENGEL

PO BOX 360146

DALLAS, TX 75336

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                    $ 1,396.06

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number (if known)    18-23555
          Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.370 | Nonpriority creditor's name and mailing address | Amount of Claim |

HEMINGWAY COMFORT SOLUTIONS LLC

3531 BALSAM TREE DR

CHARLOTTE, NC 28269

As of the petition filing date, the claim is:
Check all that apply.                                   $                    1,464.49

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| 3.371 | Nonpriority creditor's name and mailing address | Amount of Claim |

HIGH POINT REFRIGERATION & AC

1519 BAKER RD

HIGH POINT, NC 27263

As of the petition filing date, the claim is:
Check all that apply.                                   $                   25,128.21

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| 3.372 | Nonpriority creditor's name and mailing address | Amount of Claim |

ISIDRO RAMIREZ

3802 KEY WEST WAY

CONVERSE, TX 78109

As of the petition filing date, the claim is:
Check all that apply.                                   $                    1,345.26

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.373 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JACKSON HEATING & AIR

2828 US HIGHWAY 221 S

As of the petition filing date, the claim is:
*Check all that apply.*
$ 8,258.07

FOREST CITY, NC 28043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| 3.374 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JAIME MELENDEZ

7454 BROOKDALE CT

As of the petition filing date, the claim is:
*Check all that apply.*
$ 5,223.47

DUBLIN, CA 94568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| 3.375 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JAMES L BALL INC

209 W RUFFIN ST

As of the petition filing date, the claim is:
*Check all that apply.*
$ 3,653.81

MEBANE, NC 27302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number (if known)    18-23555
          Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.376** Nonpriority creditor's name and mailing address

JASON STROUP

2353 S POST RD

SHELBY, NC 33227

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                              $                336.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.377** Nonpriority creditor's name and mailing address

JAVIER DELA GARZA

6823 KELLER ST

HOUSTON, TX 77087

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                              $               4,521.06

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.378** Nonpriority creditor's name and mailing address

LEONARD J VARIO SR

735 SYLVAN AVE

BAYPORT, NY 11705

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                              $                300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.379 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LIBERTY PLUMBING AND HEATING

87 14A 92ND STREET

JAMAICA, NY 11421

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    2,210.30

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.380 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LITILL FOSS INCORPORATED

810 TYVOLA RD STE 132

CHARLOTTE, NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    2,451.30

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.381 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LONNIE MATTHEWS

6 WILDWOOD LANE

FOXFIRE VILLAGE, NC 27281

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$    7,552.30

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.382 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MAMAKATING HEATING & COOLING

267 MAMAKATING RD

BLOOMINGBURG, NY 12721

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 2,552.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.383 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

OLDACH ASSOCIATES LLC

PO BOX 364603

SAN JUAN, PR 00936

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 38,606.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.384 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PAULS AC HEATING

52 BEYERS ROAD

MIDDLETOWN, NY 10941

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 247.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.385** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

PHILLIP C JONES

40 RICHMOND PL

YOUNGSVILLE, NC 27596

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,142.14

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

POSITIVELY ELECTRIC

5400 GRAY CT

ARVADA, CO 80002

As of the petition filing date, the claim is:
*Check all that apply.*

$ 710.49

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

PREMIER COMFORT HEATING

928 SEMINOLE DR

ELGIN, IL 60120

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,444.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.388** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

PRICE HEATING AND AIR

1251 RURITAN ROAD

ROARING RIVER, NC 28669

As of the petition filing date, the claim is:
*Check all that apply.*

$ 935.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

QUALITY PLUS SERVICES INC

751 S HALIFAX RD

ROCKY MOUNT, NC 27803

As of the petition filing date, the claim is:
*Check all that apply.*

$ 2,397.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

RC TEMERATURE CONTROL

15 HARRISON PL

SPARKS, NV 89441

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,335.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.391**    Nonpriority creditor's name and mailing address

RD STONE ELECTRICAL CONTRACTORS INC

5016 GROOMETOWN RD

GREENSBORO, NC 27407

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

| Amount of Claim | |
|---|---|
| | |

As of the petition filing date, the claim is:    $    477.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.392**    Nonpriority creditor's name and mailing address

RELIABLE MECHANICAL SERVICES

4004 SARDIS DR

INDIAN TRAIL, NC 28079

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

| Amount of Claim | |
|---|---|
| | |

As of the petition filing date, the claim is:    $    1,957.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.393**    Nonpriority creditor's name and mailing address

RICHARD ZUNIGA

306 W 2ND ST

HOMER, IL 61849

Date or dates debt was incurred

Last 4 digits of account number    —— —— —— ——

| Amount of Claim | |
|---|---|
| | |

As of the petition filing date, the claim is:    $    599.63
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.394 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

RLG MAINTENANACE SERVICE

4002 HERVEST GROVE LN SE

CONYERS, CA 30013

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,004.74

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ROSSER HEATING AND AIR

PO BOX 1225

COVINGTON, GA 30015

As of the petition filing date, the claim is:
*Check all that apply.*

$ 795.17

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SEIGLER SERVICES

1001 BANCROFT CT

INDIAN LAND, SC 29707

As of the petition filing date, the claim is:
*Check all that apply.*

$ 892.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.397** Nonpriority creditor's name and mailing address

SHERMAN SQUARE

4308 GENYTH AVE

MEMPHIS, TN 38128

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $                    175.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:        TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.398** Nonpriority creditor's name and mailing address

SOUTH POLE HEATING & COOLING

10601 SHERRILL ST

ANAHEIM, CA 92804

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $                    2,341.29

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:        TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.399** Nonpriority creditor's name and mailing address

THE ENERGUY CA LLC

1215 K STREET 17TH FLOOR

SACRAMENTO, CA 95814

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*    $                    1,851.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:        TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.400 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOMAS MEMBRILA

2153 BURRELL AVE

SIMI VALLEY, CA 93063

As of the petition filing date, the claim is:
Check all that apply.

$ 2,176.42

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOMMIE L TALMADGE

4316 LAKE HARBOR ROAD

MUSKEGON, MI 49441

As of the petition filing date, the claim is:
Check all that apply.

$ 932.44

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TOTAL COMFORT HVAC LLC

PO BOX 4473

UNION CITY, NJ 07087

As of the petition filing date, the claim is:
Check all that apply.

$ 3,528.93

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor  SEARS HOME IMPROVEMENT PRODUCTS, INC.                        Case number *(if known)*   18-23555
        _____
        Name

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.403** Nonpriority creditor's name and mailing address

TRIPLE T ELECTRIC INC

3332 NOSTRAND AVE

BROOKLYN, NY 11229

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $                337.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.404** Nonpriority creditor's name and mailing address

TYCOON FLOW CONTROL CORP

2500 WEST 78TH ST BAY 9

HIALEAH, FL 33016

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $                160.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.405** Nonpriority creditor's name and mailing address

US AIR HEATING AND COOLING

121 TREXLER LN

ROCK HILL, SC 29732

Date or dates debt was incurred

Last 4 digits of account number  — — — —

**Amount of Claim**

As of the petition filing date, the claim is:    $                901.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.406** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

VICTORY BROS

1509 HEMPSTEAD TPKE

ELMONT, NY 11003

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,431.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.407** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

XTREME PLUMBING & HEATING LLC

25 WILSON TER

WEST CALDWELL, NJ 07006

As of the petition filing date, the claim is:
*Check all that apply.*

$ 832.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.408** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

YINGLING HEAT AND AIR

104 DONNIE HOLT RD

MCRAE, AR 72102

As of the petition filing date, the claim is:
*Check all that apply.*

$ 275.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** — — — —

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.409 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ALL AMERICAN BLDG PRODUCTS OF TULSA

11915 EAST 51ST STREET UNIT 25

TULSA, OK 74146

As of the petition filing date, the claim is:
*Check all that apply.*

$ 15,164.11

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    —— —— —— ——

Is the claim subject to offset?

☐ No
☐ Yes

| 3.410 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ALUMI-COVER AWNING CO

604 W MCKELLIPS

MESA, AZ 85201

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,613.65

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    —— —— —— ——

Is the claim subject to offset?

☐ No
☐ Yes

| 3.411 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

AMERICAN WALLZONE SUPPLY LLC

2520 PELHAM PARKWAY

PELHAM, AL 35124

As of the petition filing date, the claim is:
*Check all that apply.*

$ 598.91

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    —— —— —— ——

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.412** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

BILL WAHL SUPPLY INC

106 SICKLERVILLE RD

BLACKWOOD, NJ 08012

As of the petition filing date, the claim is:    $ 23,007.12
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.413** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

DANKEN BLDG MATERIALS DIST INC

69451 HWY 59

ABITA SPRINGS, LA 70420

As of the petition filing date, the claim is:    $ 23,612.32
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.414** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ENNIS ALSIDE

PO BOX 92260

CLEVELAND, OH 44193

As of the petition filing date, the claim is:    $ 489,744.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|--------|----------------------------------------|--------------------------|----------|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.415**   Nonpriority creditor's name and mailing address

GULF COAST BUILDING PRODUCTS INC

3350 MCLEMORE DR

PENSACOLA, FL 32514

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*   $   17,856.89

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.416**   Nonpriority creditor's name and mailing address

BCI ACRYLIC BATH SYSTEMS

524 S HICKS RD

PALATINE, IL 60067

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*   $   150,345.67

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.417**   Nonpriority creditor's name and mailing address

CHOICE BRANDS ADHESIVES LTD

666 REDNA TER

CINCINNATI, OH 45215

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*   $   2,583.24

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                                    Case number (if known)    18-23555
          Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.418** Nonpriority creditor's name and mailing address

COSENTINO NORTH AMERICA INC

13124 TRINITY DRIVE

STAFFORD, TX 77477

Date or dates debt was incurred

Last 4 digits of account
number                    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:    $                44,127.13
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.419** Nonpriority creditor's name and mailing address

DAL TILE DISTRIBUTION INC

PO BOX 209058

DALLAS, TX 75320

Date or dates debt was incurred

Last 4 digits of account
number                    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:    $                33,426.40
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.420** Nonpriority creditor's name and mailing address

DELDEN MANUFACTURING COMPANY INC

3530 NE KIMBALL DRIVE

KANSAS CITY, MO 64161

Date or dates debt was incurred

Last 4 digits of account
number                    __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:    $                61.36
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number *(if known)*    18-23555

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.421 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

FERRETERIA GOMEZ RENTAS

PO BOX 911

GUAYNABO, PR 00970

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,253.81

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

IBERTILE CERAMIC

AVE DE DIEGO 256 PUERTO NUEVO

SAN JUAN, PR 00920

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,926.96

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SHAW INDUSTRIES INC

3540 MOMENTUM PLACE

CHICAGO, IL 60689

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 374,528.68

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.424 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

THE PLUMBING WAREHOUSE

PO BOX 951949

DALLAS, TX 75395

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 32,439.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

VISION CABINET SOURCE

1401 ROBERTS RD

CAMPBELLSVILLE, KY 42718

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 1,754.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

AFFORDABLE GRANITE CONCEPTS

1025 MILLER DR

ALTAMONTE SPRINGS, FL 32701

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 2,068.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.427** Nonpriority creditor's name and mailing address

APEX MARBLE & GRANITE INC

PO BOX 1338 CHAPEL HILL RD

MORRISVILLE, NC 27560

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 1,969.21

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.428** Nonpriority creditor's name and mailing address

BAY CUSTOM COUNTERTOPS INC

37330 CEDAR BLVD STE D

NEWARK, CA 94560

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 1,254.09

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.429** Nonpriority creditor's name and mailing address

BEDROCK QUARTZ SURFACES LLC

5996 W DANNON WAY

WEST JORDAN, UT 84081

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 4,529.33

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|--------|--------------------------------------|------------------------|----------|
| | Name | | |

| **Part 2** | **Additional Page** |
|------------|---------------------|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.430 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|-------|------------------------------------------------|---|-----------------|

BIENES CONSTRUCTION LLC

2111 W RIO VISTA AVE

TAMPA, FL 33612

**As of the petition filing date, the claim is:** $     302.59
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.431 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|-------|------------------------------------------------|---|-----------------|

C&C SAGA INC

3626 BINZ ENGLEMAN RD

SAN ANTONIO, TX 78219

**As of the petition filing date, the claim is:** $     2,561.34
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.432 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|-------|------------------------------------------------|---|-----------------|

CHAD VALKER

17395 EGRET LN

RENO, NV 89508

**As of the petition filing date, the claim is:** $     301.07
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.433** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

COMFY CONSTRUCTION LLC

14810 HATFIELD SQ

CENTREVILLE, VA 20120

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 56.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**       TRADE PAYABLE

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.434** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

CROWNE KITCHEN AND BATH

9317 S EASTERN AVE

MOORE, OK 73160

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 2,405.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**       TRADE PAYABLE

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.435** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

D&H DESIGNS INC

1815 FLORIDA ST

MEMPHIS, TN 38109

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 5,419.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**       TRADE PAYABLE

**Last 4 digits of account number**  — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.436 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

EDWIN J MARTINEZ DE JESUS

URB FOREST PLANTATION 19 ALMACIGO

CANOVANAS, PR 00729

As of the petition filing date, the claim is:
Check all that apply.

$ 3,990.94

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.437 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

EST HARDWARE

LAUREL AVE 219 MINILLAS IND PK

BAYAMEN, PR 00960

As of the petition filing date, the claim is:
Check all that apply.

$ 8,745.66

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

EVERLASTING SURFACES INC

4378 CONTRACTORS CMN STE A

LIVERMORE, CA 94551

As of the petition filing date, the claim is:
Check all that apply.

$ 17,734.34

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.439 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

FORTRESS INDUSTRIES LLC

3453 N OLD STATE ROAD

DELAWARE, OH 43015

As of the petition filing date, the claim is: $ 2,585.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.440 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

FRONT RANGE ELECTRIC INC

1360 RANGELY DR

COLORADO SPRINGS, CO 80921

As of the petition filing date, the claim is: $ 734.12
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.441 | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

GRANITE & MARBLE SPECIALTIES

18640 68TH AVE S

KENT, WA 98032

As of the petition filing date, the claim is: $ 2,878.46
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.442** Nonpriority creditor's name and mailing address

GRANITE MR LLC

7511 PULASKI HWY

ROSEDALE, MD 21237

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.                                    $                1,892.62

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.443** Nonpriority creditor's name and mailing address

GRANITE SOURCE ACQUISITION LLC

14554 LEE RD

CHANTILLY, VA 20151

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.                                    $                2,897.70

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.444** Nonpriority creditor's name and mailing address

JV & S CUSTOM LAMINATE COMPANY INC

528 NEW PARK AVE

WEST HARTFORD, CT 06110

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.                                    $                1,382.56

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.          Case number (if known)    18-23555
          Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.445 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

KING TOP SALES CO INC

41 DREXEL DR

BAY SHORE, NY 11706

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                3,868.14

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.446 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

KITCHENS & MORE INC

PMB 102 3071 ALEJANDRINO AVE

GUAYNABO, PR 00969

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                4,440.31

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.447 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

LKN ELECTRIC LLC

7139 EAST BROOK LN

SHERRILLS FORD, NC 28673

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                  222.00

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
          Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.448** Nonpriority creditor's name and mailing address

MARVIC CORPORATION

2450 IORIO STREET

UNION, NJ 07083

**Amount of Claim**

As of the petition filing date, the claim is:    $    1,530.08
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.449** Nonpriority creditor's name and mailing address

MICHAEL LAROCQUE

22G LESPURANCE LANE

MALONE, NY 12953

**Amount of Claim**

As of the petition filing date, the claim is:    $    2,560.81
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.450** Nonpriority creditor's name and mailing address

PIERSON TOPS

10720 BETHEL BURLEY RD SE

PORT ORCHARD, WA 98367

**Amount of Claim**

As of the petition filing date, the claim is:    $    6,767.59
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.451** | Nonpriority creditor's name and mailing address | **Amount of Claim**

POPS ELECTRIC LLC

1205 W BESSEMER AVE STE 110

GREENSBORO, NC 27408

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 533.01

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.452** | Nonpriority creditor's name and mailing address | **Amount of Claim**

PRECISION CONSTRUCTION CORP

7500 JAMES ST

FRANKFORT, IL 60423

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8.16

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.453** | Nonpriority creditor's name and mailing address | **Amount of Claim**

STABELLA INC

2889 GRAY FOX RD

MONROE, NC 28110

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,353.21

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.454**

**Nonpriority creditor's name and mailing address**

STONE EDGE COUNTERTOPS OF NORTH TEXAS

LLC 2271 N MASCH BRANCH RD STE 1

DENTON, TX 76207

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                           $                4,898.02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.455**

**Nonpriority creditor's name and mailing address**

STONE SOLUTIONS LLC

8969 YELLOW BRICK RD

ROSEDALE, MD 21237

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                           $                1,277.81

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.456**

**Nonpriority creditor's name and mailing address**

TIMOTHY BEAM

410 COUNTRY CLUB CIR

SHELBY, NC 28150

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                           $                 310.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*    18-23555

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.457**    Nonpriority creditor's name and mailing address

UNIQUE DESIGN INC

2030 GRANT AVE

PHILADELPHIA, PA 19115

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 3,792.65

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.458**    Nonpriority creditor's name and mailing address

VALENCIA CONSTRUCTION LLC

164 PLUMOSUS DR

ALTAMONTE SPRINGS, FL 32701

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 299.56

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.459**    Nonpriority creditor's name and mailing address

VALLEY FABRICATORS LLC

130 COUNTY LINE RD SW UNIT 104

PACIFIC, WA 98047

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 6,828.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.460 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

VIRGINIA TOPS INC

4407 SARELLEN ROAD

RICHMOND, VA 23231

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 3,606.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.461 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DANNY BARNERD

3550 W 750S

ROSSVILLE, IN 46065

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 125.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    9/28/2018

**Basis for the claim:**    LITIGATION

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.462 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BRADLEY PLUMBING LLC

2081 PARK ROW

NORTH ST PAUL, MN 55109

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 2,280.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    9/26/2018

**Basis for the claim:**    LITIGATION

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor __SEARS HOME IMPROVEMENT PRODUCTS, INC._____    Case number (if known) __18-23555_____
Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.463** Nonpriority creditor's name and mailing address | **Amount of Claim**

W ALVA DE FREITAS

967 CLEVELAND ST

As of the petition filing date, the claim is: $ 2,980.14
Check all that apply.

BROOKLYN, NY 11208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    9/25/2018

LITIGATION
Basis for the claim:

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.464** Nonpriority creditor's name and mailing address | **Amount of Claim**

NERO JOSEPH

25 DELAWARE AVE

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

BUFFALO, NY 14202

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

PENDING LITIGATION
Basis for the claim:

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.465** Nonpriority creditor's name and mailing address | **Amount of Claim**

PENSION BENEFIT GUARANTY CORPORATION

1200 K STREET NW SUITE 300

As of the petition filing date, the claim is: $ UNDETERMINED
Check all that apply.

WASHINGTON, DC 20005

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

PENSION PLAN TERMINATION LIABILITY
Basis for the claim:

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.466** Nonpriority creditor's name and mailing address

ABC SUPPLY COMPANY INC

ONE ABC PARKWAY CO DEPT 919

BELOIT, WI 53511

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.     $   254,400.05

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.467** Nonpriority creditor's name and mailing address

ALLIED BUILDING PRODUCTS CORPORATION

3888 COLLECTION CENTER DRIVE

CHICAGO, IL 60693

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.     $   90,903.04

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.468** Nonpriority creditor's name and mailing address

BEACON SALES ACQUISITION INC

PO BOX 415896

BOSTON, MA 02241

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.     $   13,342.19

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|--------|------------|----|----|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.469** Nonpriority creditor's name and mailing address

ENCO MANUFACTURING CORP

BALDORIOTY NO 43

CIDRA, PR 00739

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 1,724.73
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.470** Nonpriority creditor's name and mailing address

HEELY BROWN COMPANY INC

1280 CHATTAHOOCHEE AVE NW

ATLANTA, GA 30318

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 7,959.64
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.471** Nonpriority creditor's name and mailing address

ROOFING SUPPLY GROUP - BOISE

PO BOX 75368

CHARLOTTE, NC 28275

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 38,741.01
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.472 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

SRS ACQUISITION CORPORATION

1515 HERITAGE DRIVE SUITE 103

MCKINNEY, TX 75069

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 167.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.473 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

THE SHERWIN-WILLIAMS CO

CLEVELAND OH 44101

CLEVELAND,  OH  44101

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 947.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

TRAVIS ROOFING SUPPLY OF AUSTIN LLC

5010 BURLESON RD

AUSTIN, TX 78744

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 2,538.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.475** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

WEST END LUMBER COMPANY

PO BOX 840567

DALLAS, TX 75284

As of the petition filing date, the claim is: $    21,628.37
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

WIMSATT BUILDING MATERIALS CORPORATION

36340 VAN BORN RD

WAYNE, MI 48184

As of the petition filing date, the claim is: $    28,445.21
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

BENN JENNIFER LYNN

1036 SE DOUGLAS AVE  201

ROSEBURG, OR 97470

As of the petition filing date, the claim is: $    UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number (if known)    18-23555

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.478 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

BRIAN TOLBERT SR

851 GRAND CONCOURSE 111

BRONX, NY 10451

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.479 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

DE FREITAS W ALVA

141 LIVINGSTON ST

BROOKLYN CENTER, NY 11201

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.480 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

JONNA JAMAL

1100 UNION ST

As of the petition filing date, the claim is:    $    UNDETERMINED
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:    PENDING LITIGATION

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2     Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.481 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

NORBERT YOUNG PLTF

5800 WABASH AVE

BALTIMORE, MD 21215

As of the petition filing date, the claim is: $         UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.482 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

WOOD MELISSA

100 S BROADWAY

YONKERS, NY 10701

As of the petition filing date, the claim is: $         UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:     PENDING LITIGATION

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

WILMINGTON SAVINGS FUND SOCIETY FSB

'500 DELAWARE AVENUE 11TH FLOOR

WILMINGTON, DE 19801

As of the petition filing date, the claim is: $         UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred    5/15/1995

Basis for the claim:     SRAC UNSECURED PIK NOTES

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.          Case number (if known)    18-23555
          Name

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.484 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

AA ROOFING CONTRACTOR CORP

POBOX 1273

CATANO, PR 00963

As of the petition filing date, the claim is:    $    2,524.95
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

AARON S FLOOR COVERING INC

1589 SKEET CLUB RD STE 102-13

HIGH POINT, NC 27265

As of the petition filing date, the claim is:    $    150.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

AKLYM INC

21 VERNASA DR

LANGHORNE, PA 19053

As of the petition filing date, the claim is:    $    1,281.23
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number (if known)    18-23555
          Name

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.487** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

ALLEN JOHNSON

1507 PINE DR APT H14

COLLEGE PARK, GA 30349

**As of the petition filing date, the claim is:**
*Check all that apply.*                                     $                807.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

                                          TRADE PAYABLE
**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

ALLSTATE FLOORING CONCEPTS

20 ANDREWS DR

WOODLAND PARK, NJ 07424

**As of the petition filing date, the claim is:**
*Check all that apply.*                                     $                580.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

                                          TRADE PAYABLE
**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

ARIZONA SHOWER DOOR INC

2801 W INDIAN SCHOOL RD

PHOENIX, AZ 85017

**As of the petition filing date, the claim is:**
*Check all that apply.*                                     $              1,151.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

                                          TRADE PAYABLE
**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.490 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

ARMOND MARKARIAN

10945 PENDLETON STREET

SUN VALLEY, CA 91352

As of the petition filing date, the claim is: $ 506.13
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.491 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

ARTHUR WOLFORD LLC

841 POINSETTIA ST

CASSELBERRY, FL 32707

As of the petition filing date, the claim is: $ 310.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.492 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

ASHLAND HOME IMPROVEMENT CORP

2446 CAMP AVE

NORTH BELLMORE, NY 11710

As of the petition filing date, the claim is: $ 2,842.26
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.493 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BANDON DESIGNS LLC

91547 HIGHWAY 42 S

COQUILLE, OR 97423

**As of the petition filing date, the claim is:** $ 21.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.494 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BARRY KOPKE

3914 GROSVENOR RD

SOUTH EUCLID, OH 44118

**As of the petition filing date, the claim is:** $ 1,532.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.495 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BAYMEN HOME IMPROVEMENTS

2140 POND RD

RONKONKOMA, NY 11779

**As of the petition filing date, the claim is:** $ 364.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.496** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

BELIEVE PLUMBING

3406 BRADDOCK ST

TAMPA, FL 33607

As of the petition filing date, the claim is:  $                          459.39
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number          — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| **3.497** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

BELLA WINDOW AND DOOR LLC

4560 E BROADWAY BLVD STE 219

TUCSON, AZ 85711

As of the petition filing date, the claim is:  $                            85.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number          — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| **3.498** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

BLM FLOORING INC

3065 KINGSTREE DR

DELAND, FL 32724

As of the petition filing date, the claim is:  $                            87.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number          — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.499** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

BOOMER FLOORING INC

11 ST NICHOLAS AVE

LAKE GROVE, NY 11755

As of the petition filing date, the claim is: $ 1,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.500** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

BRAD FORD GILLEY

8457 E ARAPAHOE RD PO BOX 386

GREENWOOD VILLAGE, CO 80112

As of the petition filing date, the claim is: $ 129.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.501** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

C&C CERAMIC LLC

5085 MILLER PAUL RD

WESTERVILLE, OH 43082

As of the petition filing date, the claim is: $ 2,433.76
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.
           Name

Case number (if known)   18-23555

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.502 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CAPITAL CITY CONSTRUCTION INC

364 SHANAHAN RD

LEWIS CENTER, OH 43035

As of the petition filing date, the claim is:
*Check all that apply.*

$ 365.24

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.503 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CARPET CRUSADERS LLC

3354 HOMECROFT DR

COLUMBUS, OH 43224

As of the petition filing date, the claim is:
*Check all that apply.*

$ 128.85

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.504 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CHRIS THOMPSON

86 KELSO SMITHLAND RD

KELSO, TN 37348

As of the petition filing date, the claim is:
*Check all that apply.*

$ 338.07

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
           Name

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.505 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

COVERALL CONSTRUCTION

11258 E CUSTER PL

AURORA, CO 80012

As of the petition filing date, the claim is: $    1,876.39
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number**     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.506 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DANOSA CARIBBEAN INC

PO BOX 13757

SAN JUAN, PR 009083757

As of the petition filing date, the claim is: $    27,735.34
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number**     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.507 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DONALD R HIMES

277 W CITRUS ST

ALTAMONTE SPRINGS, FL 32714

As of the petition filing date, the claim is: $    258.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number**     ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.508** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

EASTERN CONTRACTOR SERVICES LLC

121 BARTLEY FLANDERS RD

FLANDERS, NJ 7836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 919.00

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.509** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

EDITH SIMS

187 PLOUGHMAN CIRCLE

HARPERSVILLE, AL 35078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,692.25

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.510** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

EDUARDO ORTIZ

111 QUEENS RD 73

PASADENA, TX 77502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 382.50

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.511** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

EDWARD A MARTINEZ JR

283 E AIRWAY BLVD

LIVERMORE, CA 94551

As of the petition filing date, the claim is:    $                    502.41
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.512** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

EMAC CONSTRUCTION LLC

5607 MONROE ST

HYATTSVILLE, MD 20784

As of the petition filing date, the claim is:    $                    415.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.513** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ENTERPRISE CONTRACTING & CONSTRUCTION

9845 SAINT CHARLES ROCK RD STE 105

SAINT ANN, MO 63074

As of the petition filing date, the claim is:    $                    40.50
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.514** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ERIK GIBSON

1695 BEAVER CREEK RD

BRIGHTON, TN 38011

As of the petition filing date, the claim is:
*Check all that apply.*

$ 75.55

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| **3.515** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

EVERDEAN HOLDINGS LLC

2004 KIRKLAND LAKE DR

AUBURNDALE, FL 33823

As of the petition filing date, the claim is:
*Check all that apply.*

$ 4,240.44

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| **3.516** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

FELIX RIVERA

112 12 E POPLAR WAY

MONTEBELLO          , CA 90640

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,789.32

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.517 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

FREDDY ROSALES MEZA

1834 SE 149TH AVE

PORTLAND, OR 97233

**As of the petition filing date, the claim is:** $ 11,332.77
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.518 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GRANITE AMERICA OHIO LLC

111 TERRACE DR

CINCINNATI, OH 45215

**As of the petition filing date, the claim is:** $ 8,129.95
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.519 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GREG LINDWAY

551 OAKMOOR RD

CLEVELAND, OH 44140

**As of the petition filing date, the claim is:** $ 384.58
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
_____
Name

Case number *(if known)*    18-23555
_____

**Part 2** | **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.520** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

HANDYMANDRYK AND SON LLC

9254 S 2700 W

WEST JORDAN, UT 84088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    119.00

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

HERMANO SERVICES LLC

7342 WOODLAND WAY

SAINT LOUIS, MO 63121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    1,014.38

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim**

HIXON BROTHERS CONTRACTING

709 S CHURCH ST

OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    389.61

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.523**   Nonpriority creditor's name and mailing address | **Amount of Claim**

HOME IMPROVEMENTS ENTERPRISES LLC

5217 RED VINE ST

LAS VEGAS, NV 89031

As of the petition filing date, the claim is:   $                85.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.524**   Nonpriority creditor's name and mailing address | **Amount of Claim**

IMPERIAL CABINETS & MILLWORK LLC

PO BOX 92105

LAKELAND, FL 33804

As of the petition filing date, the claim is:   $                63.22
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.525**   Nonpriority creditor's name and mailing address | **Amount of Claim**

IMPERIAL ROOFING & REPAIR CORP

CUMBREO DE MIADERO 533

MAYAJUEZ, PR 00682

As of the petition filing date, the claim is:   $             4,046.57
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.526** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

INSTALLATIONS AP LLC

2541 RIO PINAR LAKES BLVD

ORLANDO, FL 32822

As of the petition filing date, the claim is:
*Check all that apply.*

$    231.04

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.527** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

JASON MCCAFFITY

PO BOX 210221

BEDFORD, TX 76095

As of the petition filing date, the claim is:
*Check all that apply.*

$    388.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.528** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

JEFFREY GODWIN

6108 PAM AVE

PENSACOLA, FL 32526

As of the petition filing date, the claim is:
*Check all that apply.*

$    156.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.529** Nonpriority creditor's name and mailing address

JEFFREY L JOHNSON

740 LEAFY BEND CT

LEXINGTON, SC 29073

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 438.69
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.530** Nonpriority creditor's name and mailing address

JM HOME DESIGN LLC

12 LENOX AVE

DUMONT, NJ 07628

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 150.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.531** Nonpriority creditor's name and mailing address

JOHN CHURCH CONST

5343 TANAGER AVE NE

CANTON, OH 44705

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $ 3,685.96
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|--------|---------------------------------------|------------------------|----------|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.532** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

JOSE ALEX BARRERA

6718 CYPRESS LAKE DR

SAN ANTONIO, TX 78244

As of the petition filing date, the claim is: $ 300.22
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

JUAN MANUEL ESTRADA

109 SALLY LN

BROWNSVILLE, TX 78521

As of the petition filing date, the claim is: $ 442.76
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

JUAN OLIVAS

11868 KEOUGH DR

NORTHGLENN, CO 80233

As of the petition filing date, the claim is: $ 1,810.20
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor        SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
              Name

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.535 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

KENDALL Q CARTER CONTRACTING LLC

528 ROCKETS ST

GALLOWAY, OH 43119

As of the petition filing date, the claim is:            $            425.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____            TRADE PAYABLE
                                                    **Basis for the claim:**

**Last 4 digits of account**            ___  ___  ___  ___        **Is the claim subject to offset?**
**number**

☐ No
☐ Yes

| 3.536 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

KENNETH A COFFMAN

14805 W 91ST TER

SHAWNEE MISSION, KS 66215

As of the petition filing date, the claim is:            $            292.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____            TRADE PAYABLE
                                                    **Basis for the claim:**

**Last 4 digits of account**            ___  ___  ___  ___        **Is the claim subject to offset?**
**number**

☐ No
☐ Yes

| 3.537 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

KINGS CONSTRUCTION

240 N 7TH ST

HARRISBURG, OR 97446

As of the petition filing date, the claim is:            $            823.80
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____            TRADE PAYABLE
                                                    **Basis for the claim:**

**Last 4 digits of account**            ___  ___  ___  ___        **Is the claim subject to offset?**
**number**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.538 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LAKE SIDE CONSTRUCTION REMODELING LLC

505 HAM RD

AMBOY, WA 98601

As of the petition filing date, the claim is: *Check all that apply.*
$ 162.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.539 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LANCE M COLLINS

101 DAVID DR

LEXINGTON, SC 29073

As of the petition filing date, the claim is: *Check all that apply.*
$ 108.63

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.540 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

LK OK CARPET INSTALLATIONS

4045 SE 115TH AVE

PORTLAND, OR 97266

As of the petition filing date, the claim is: *Check all that apply.*
$ 814.08

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.541** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

MAJAC ENTERPRISES

1319 TALLGRASS DR

EUDORA, KS 66025

As of the petition filing date, the claim is:  $                5,946.99
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:        TRADE PAYABLE

Last 4 digits of account
number            ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.542** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

MARDAN SERVICES GROUP CORP

10542 W 63RD PL APT 1

ARVADA, CO 80004

As of the petition filing date, the claim is:  $                  825.24
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:        TRADE PAYABLE

Last 4 digits of account
number            ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| **3.543** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

MARIANO RIVAS

1143 N 36TH ST

KANSAS CITY, KS 66102

As of the petition filing date, the claim is:  $                1,033.90
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:        TRADE PAYABLE

Last 4 digits of account
number            ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.544 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

MARIUSZ MALICKI

6123 KNOLLWOOD DR

FALLS CHURCH, VA 22041

As of the petition filing date, the claim is:
*Check all that apply.*

$ 376.37

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| 3.545 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

MARTIN MEYEROWITZ

13 BRENDAN AVE

MASSAPEQUA, NY 11758

As of the petition filing date, the claim is:
*Check all that apply.*

$ 329.40

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

| 3.546 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

MASTER SERVICE PLUMBING INC

325 SUNSHINE LN

RENO, NV 89502

As of the petition filing date, the claim is:
*Check all that apply.*

$ 2,205.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  — — — —

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*    18-23555

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.547**   Nonpriority creditor's name and mailing address

MATTHEW L SIMPSON

5837 SW 116TH PLACE RD

OCALA, FL 34476

Date or dates debt was incurred

Last 4 digits of account number    ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$                307.50

---

**3.548**   Nonpriority creditor's name and mailing address

MCLEOD CUSTOM INTERIORS

2440 E NINE MILE RD

PENSACOLA, FL 32514

Date or dates debt was incurred

Last 4 digits of account number    ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$                140.00

---

**3.549**   Nonpriority creditor's name and mailing address

MICHAEL UPDEGRAFF

11101 106TH AVENUE CT SW

LAKEWOOD, WA 98498

Date or dates debt was incurred

Last 4 digits of account number    ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

$              1,615.00

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.550** | Nonpriority creditor's name and mailing address | **Amount of Claim**

MIKE HUNGER

38 WESTERLY DR

SICKLERVILLE, NJ 08081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

$                585.00

---

**3.551** | Nonpriority creditor's name and mailing address | **Amount of Claim**

NEW IMAGE INVESTMENTS LLC

125 RIGGS RD

HOUSTON, TX 77022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

$                800.00

---

**3.552** | Nonpriority creditor's name and mailing address | **Amount of Claim**

PAYLESS CONSTRUCTION

12213 GRAYSTONE AVE

NORWALK, CA 90650

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

$                351.25

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.        Case number *(if known)*   18-23555
      Name

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.553 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

PCM RENOVATIONS LLC

6140 EDGEWATER DR

ORLANDO, FL 32810

As of the petition filing date, the claim is: $      855.45
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

PLEASANTS ELECTRIC LLC

819 BROOKSIDE DR

RALEIGH, NC 27604

As of the petition filing date, the claim is: $      157.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

RICHARD CROSS

7995 HIGHWAY 138

TOONE, TN 38381

As of the petition filing date, the claim is: $      116.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.556 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ROME PAINT AND RESTORATION LLC

605 DOWLESS RD

FAYETTEVILLE, NC 28311

As of the petition filing date, the claim is:
*Check all that apply.*

$ 210.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.557 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ROSA M CHAVEZ

600 BROTHERS RD

CANUTILLO, TX 79835

As of the petition filing date, the claim is:
*Check all that apply.*

$ 800.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.558 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ROY H MANDRY JR

31528 HIGH RIDGE DR

BULVERDE, TX 78163

As of the petition filing date, the claim is:
*Check all that apply.*

$ 446.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:     TRADE PAYABLE

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.559 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SERGEY PETROVICH PICHINEVSKIY

7428 S FIFE ST

TACOMA, WA 98409

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.41

**Date or dates debt was incurred**

**Basis for the claim:**   TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.560 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SILVERPOINT CONSTRUCTION INC

129-19 7 AVE

COLLEGE POINT, NY 11356

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 848.01

**Date or dates debt was incurred**

**Basis for the claim:**   TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.561 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SIXTO DE PENA

9838 57TH AVE APT 1J

FLUSHING, NY 11368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 473.30

**Date or dates debt was incurred**

**Basis for the claim:**   TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.562** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

STEVEN B MATHERN CONSTRUCTION

PO BOX 357

INDIAN HILLS, CO 80454

As of the petition filing date, the claim is: *Check all that apply.*    $    275.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.563** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SUMSKIE BRO CONSTRUCTION CORP

PO BOX 697

GRESHAM, OR 97030

As of the petition filing date, the claim is: *Check all that apply.*    $    711.77

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SUNCOAST RENOVATIONS AND REMODELING LLC

2470 MERRMAN DR

MELBOURNE, FL 32940

As of the petition filing date, the claim is: *Check all that apply.*    $    1,278.48

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
_____
Name

Case number *(if known)*   18-23555
_____

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.565** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SUPERIOR ROOFING & REPAIR INC

URB VALLE HERMOSO CALLE LOTO SY 22

HORMIGUEROS, PR 00660

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$  2,052.40

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.566** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SWON CONSTRUCTON

10456 TINTINHULL DR

INDIAN LAND, SC 29707

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$  1,100.00

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.567** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

TEJEGONLI CORPORATION

500 PULASKI RD

GREENLAWN, NY 11740

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$  200.00

**Date or dates debt was incurred** _____

Basis for the claim:   TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.568** | Nonpriority creditor's name and mailing address | **Amount of Claim**

TERRA VIRTUS LLC

35 LANTERN ST

HUNTINGTON, NY 11743

As of the petition filing date, the claim is:
*Check all that apply.*

$ 321.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.569** | Nonpriority creditor's name and mailing address | **Amount of Claim**

TRACE C GILMOUR

161 CONNER DR

CLAYTON, NC 27520

As of the petition filing date, the claim is:
*Check all that apply.*

$ 206.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

**3.570** | Nonpriority creditor's name and mailing address | **Amount of Claim**

UNIVERSAL SOLUTION WINDOW AND MORE

3934 BLUSHING HEARTS RD

LAS VEGAS, NV 89115

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**  ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.571** Nonpriority creditor's name and mailing address

WIMEC FLOORS MILL WORK AND COVERING INC

116 PINE ARBOR DR

ORLANDO, FL 32825

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,948.74

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.572** Nonpriority creditor's name and mailing address

YORK ELECTRICAL & MAINTENANCE SERVICES

4100 HUBBARD RD

WINSTON-SALEM, NC 27101

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,412.55

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.573** Nonpriority creditor's name and mailing address

BLANGO

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number (if known)    18-23555
            Name

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.574** **Nonpriority creditor's name and mailing address**

IRMA MARIE MILLER

517 E WISCONSIN AVE

MILWAUKEE, WI 53202

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                    $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.575** **Nonpriority creditor's name and mailing address**

JULIE EOLEY

700 CAPITAL AVE 209

FRANKFORT, KY 40601

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                    $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.576** **Nonpriority creditor's name and mailing address**

GLORIA PETERSON ALFRED JENKINS MEKEYAH
DAURHAM GUADALUPE SWEENEY PAUL DAMERON
JOEY M & DONALD J HEIGLE  ERNEST DARRINGTON
RONALD W SESSION BEVERLY LALONDE REAGNOLD
RICHARD IMOGENE HALL WILLIAM & JANET BURTON
AND LEROY & CYNTHIA FOSTER

421 LOYOLA AVE 402

NEW ORLEANS, LA 70112

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                    $            UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:    PENDING LITIGATION

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**      **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.577 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

1-800 REMODEL INC

5850 W 3RD STREET STE 160

LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 35,921.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**      TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.578 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

4IMPRINT INC

25303 NETWORK PL

CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 6,810.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**      TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.579 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

A&G MARKETING GROUP INC

142 W LAKEVIEW AVE STE 1030

LAKE MARY, FL 32746

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 4,716.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**      TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.580** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ADI AZAR

57 W 57TH ST FOURTH FLOOR

NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 106,827.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

| **3.581** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ALL STATES RENTALS INC

PO BOX 94258

LAS VEGAS, NV 89193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 307.43

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

| **3.582** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ALSCO INC

3101 CHARLOTTE AVENUE

NASHVILLE, TN 37209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 85.31

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.583** | Nonpriority creditor's name and mailing address | **Amount of Claim**

AMERICAN JANITORIAL SERVICES CORP

6066 SHINGLE CREEK PKWY STE 1105

MINNEAPOLIS, MN 55430

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,116.08

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.584** | Nonpriority creditor's name and mailing address | **Amount of Claim**

AMERICAN REGISTRY FOR INTERNET NUMBERS

LTD 3635 CONCORDE PKWY STE 200

CHANTILLY, VA 20151

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550.00

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.585** | Nonpriority creditor's name and mailing address | **Amount of Claim**

ANTONIO GOODWIN

108 GRAFTON LN

LEXINGTON          , SC 29072

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 930.17

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.586** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

APPLEONE EMPLOYMENT SERVICES

PO BOX 29048

GLENDALE, CA 912099048

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 82,154.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

ARMY AND AIR FORCE EXCHANGE SERVICE

3911 S WALTON WALKER BLVD

DALLAS, TX 75236

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 3,430.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |

AT&T

PO BOX 5025

CAROL STREAM, IL 60197-5025

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 18,363.87

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
_____
          Name

Case number (if known)    18-23555
_____

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.589**    Nonpriority creditor's name and mailing address

AT&T ONLINE PAYMENT

P0 BOX 105414

ATLANTA, GA 30348

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                          $                117,910.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.590**    Nonpriority creditor's name and mailing address

AUTOMOTIVE RENTALS INC

P O BOX 8500 4375

PHILADELPHIA, PA 19178

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                          $                 44,634.20

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.591**    Nonpriority creditor's name and mailing address

BATTERIES PLUS BULBS

459 W STATE ROAD 436

ALTAMONTE SPRINGS, FL 32714

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*                          $                  2,407.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.592 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BAZAARVOICE INC

11921 N EXPRESSWAY STE 420

AUSTIN, TX 78759

**As of the petition filing date, the claim is:** $ 3,650.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.593 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BERG PRODUCTIONS INC

PO BOX 1093

EUGENE, OR 97440

**As of the petition filing date, the claim is:** $ 425.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.594 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

BOUNCE EXCHANGE INC

620 8TH AVE FL 21

NEW YORK, NY 10018

**As of the petition filing date, the claim is:** $ 2,370.26
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**      **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.595** Nonpriority creditor's name and mailing address

BRIGHTCLAIM LLC

PO BOX 502048

ATLANTA, GA 30350

**Amount of Claim**

As of the petition filing date, the claim is: $ 46,375.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.596** Nonpriority creditor's name and mailing address

BROADSIDE MEDIA GROUP

B103-9000 BILL FOX WAY

BURNABY, BC V5J5J3

**Amount of Claim**

As of the petition filing date, the claim is: $ 117,240.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.597** Nonpriority creditor's name and mailing address

BRUMBAUGH & QUANDAHL PC LLO

4885 SOUTH 118TH STREET STE 100

OMAHA, NE 68137

**Amount of Claim**

As of the petition filing date, the claim is: $ 2,273.97
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number (if known)    18-23555
       Name

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.598** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

BUSINESS INTERIOR GROUP INC

93 ROSEHILL CRESENT COURT

DE BARY, FL 32713

As of the petition filing date, the claim is:    $    4,993.92
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| **3.599** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

CARRIER CORPORATION

PO BOX 905533

CHARLOTTE, NC 282905593

As of the petition filing date, the claim is:    $    3,637.50
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| **3.600** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

CATALYST CAREER GROUP LLC

801 PRAIRIE RIDGE DR

WOODSTOCK, IL 60098

As of the petition filing date, the claim is:    $    1,470.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2** | **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.601 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CENTURYLINK

PO BOX 91155

SEATTLE, WA 98111-9255

As of the petition filing date, the claim is: *Check all that apply.*    $ 6,230.66

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| 3.602 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CFP FIRE PROTECTION INC

17461 DERIAN AVE STE 114

IRVINE, CA 92614

As of the petition filing date, the claim is: *Check all that apply.*    $ 1,409.28

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| 3.603 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CINTAS CORPORATION

P O BOX 631025

CINCINNATI, OH 45263

As of the petition filing date, the claim is: *Check all that apply.*    $ 549.79

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name
                                                    Case number (if known)    18-23555

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.604**    **Nonpriority creditor's name and mailing address**                              **Amount of Claim**

CINTAS CORPORATION 2

PO BOX 633842                              **As of the petition filing date, the claim is:**    $    75.95
                                          Check all that apply.

CINCINNATI, OH 45263
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Date or dates debt was incurred**                      TRADE PAYABLE
                                          **Basis for the claim:**
**Last 4 digits of account**
**number**    ___  ___  ___  ___          **Is the claim subject to offset?**

                                          ☐ No
                                          ☐ Yes

---

**3.605**    **Nonpriority creditor's name and mailing address**                              **Amount of Claim**

CINTAS FIRE PROTECTION

1705 CORPORATE DRIVE STE 440              **As of the petition filing date, the claim is:**    $    209.02
                                          Check all that apply.

NORCROSS, GA 30093
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Date or dates debt was incurred**                      TRADE PAYABLE
                                          **Basis for the claim:**
**Last 4 digits of account**
**number**    ___  ___  ___  ___          **Is the claim subject to offset?**

                                          ☐ No
                                          ☐ Yes

---

**3.606**    **Nonpriority creditor's name and mailing address**                              **Amount of Claim**

CIY OF CHICAGO

DEPARTMENT OF REVENUE 333 S STATE ST STE 300    **As of the petition filing date, the claim is:**    $    789.97
                                          Check all that apply.

CHICAGO, IL 606043977
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

**Date or dates debt was incurred**                      TRADE PAYABLE
                                          **Basis for the claim:**
**Last 4 digits of account**
**number**    ___  ___  ___  ___          **Is the claim subject to offset?**

                                          ☐ No
                                          ☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.607 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CRISP MARKETING LLC

110 E BROWARD BLVD STE 1600

FORT LAUDERDALE, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 12,880.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

TRADE PAYABLE

**Basis for the claim:**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CRITEO CORP

387 PARK AVE S

NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 81,481.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

TRADE PAYABLE

**Basis for the claim:**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CRYSTAL ROCK

PO BOX 403628

ATLANTA, GA 303843628

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 13,690.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

TRADE PAYABLE

**Basis for the claim:**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.610 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CURTIS 1000

1001 SAND POND RD

LAKE MARY, FL 32746

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,727.30

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

D&A BUILDING SERVICES INC

321 GEORGIA AVE

LONGWOOD, FL 32750

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,331.88

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DAVID KEHLE ARCHITECT

1916 BONAIR DR SW

SEATTLE, WA 98116

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,162.26

Date or dates debt was incurred

Basis for the claim:     TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.613** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

DIALOGTECH INC

75 REMITTANCE DR DEPT 6234

CHICAGO, IL 60675

As of the petition filing date, the claim is: $ 2,110.70
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| **3.614** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

DUST CATCHERS INC

8801 S SOUTH CHICAGO AVE

CHICAGO, IL 606172445

As of the petition filing date, the claim is: $ 258.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| **3.615** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

EAGLE VIEW TECHNOLOGIES INC

DEPT CH 16524

PALATINE, IL 60055

As of the petition filing date, the claim is: $ 32,648.30
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**  **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.616 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

EASTGATE VILLAGE DEVELOPMENT CORP

12900 FENWICK CENTER DR STE A

LOUISVILLE, KY 40223

As of the petition filing date, the claim is: $ 1,796.07
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.617 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ECHO MEDIA

900 CIRCLE 75 PKWY SUITE 1600

ATLANTA, GA 30339

As of the petition filing date, the claim is: $ 34,800.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.618 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

ENTERPRISE REALTY AND INVESTMENTS INC

C O RANDOLPH BUSINESS PARK P O BOX 161300

HONOLULU, HI 968160927

As of the petition filing date, the claim is: $ 412.92
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.619** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE

380 NEW YORK STREET

REDLANDS, CA 923738100

As of the petition filing date, the claim is:    $ 74,372.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.620** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

EPSILON DATA MANAGEMENT LLC

PO BOX 84001

CHICAGO, IL 60689

As of the petition filing date, the claim is:    $ 9,375.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.621** | **Nonpriority creditor's name and mailing address** | | **Amount of Claim** |
|---|---|---|---|

EQUIFAX INFORMATION SVCS LLC

PO BOX 71221

CHARLOTTE, NC 28272

As of the petition filing date, the claim is:    $ 4,316.80
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.622** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ESCREEN INC

DEPT 2481 P O BOX 122481

DALLAS, TX 75312

**As of the petition filing date, the claim is:** $ 2,735.75
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.623** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ESSENTRA PACKAGING US INC

2 WESTBROOK CORPORATE CTR STE 200

WESTCHESTER, IL 60154

**As of the petition filing date, the claim is:** $ 4,214.55
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.624** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ESTHER AMANDA ARENAS SALAZAR

3924 168TH PL

COUNTRY CLUB HILLS, IL 60478

**As of the petition filing date, the claim is:** $ 760.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.625 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

EXPRESS EMPLOYMENT PROFESSIONALS

PO BOX 535434

ATLANTA, GA 30353

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,267.98

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.626 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

FELIX CALLS LLC

232 W 44TH ST STE 600

NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,326.00

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.627 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

FRONTIER ADJUSTERS INC

PO BOX 7610 ACCOUNTING DEPT

PHOENIX, AZ 85011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,344.62

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**    TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.628 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

FRONTIER COMMUNICATIONS CORPORATION

401 MERRITT 7

NORWALK, CT 06851

**As of the petition filing date, the claim is:** $ 2,301.13
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.629 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GBT US LLC

P O BOX 53618

PHOENIX, AZ 85072

**As of the petition filing date, the claim is:** $ 1,128.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.630 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

GRANITE TELECOMMUNICATIONS LLC

P O BOX 983119

BOSTON, MA 02298

**As of the petition filing date, the claim is:** $ 14,947.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number (if known)    18-23555
_____
Name

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.631**  Nonpriority creditor's name and mailing address

HANSEN BROS TRANSFER & STORAGE CO INC

10750 AURORA AVE N

SEATTLE, WA 98133

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    12,063.18

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.632**  Nonpriority creditor's name and mailing address

HIRELIVE INC

27651 LA PAZ ROAD SUITE 100

LAGUNA NIGUEL, CA 92677

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    799.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.633**  Nonpriority creditor's name and mailing address

HIRERIGHT LLC

P O BOX 847891

DALLAS, TX 75284

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$    6,618.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.634** Nonpriority creditor's name and mailing address

ICROSSING INC

P O BOX 25885

LEHIGH VALLEY, PA 18002

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 973,357.57

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.635** Nonpriority creditor's name and mailing address

IMAGINATION PUBLISHING LLC

600 W FULTON STREET STE 600

CHICAGO, IL 60661

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 99,601.01

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.636** Nonpriority creditor's name and mailing address

IMPRENTA LLORENS INC

PO BOX 885

JUANA DIAZ, PR 00795

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 546.35

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.637** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

INDEED INC

PO BOX 122652

DALLAS, TX 75312

As of the petition filing date, the claim is: *Check all that apply.*    $ 33,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.638** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

INSIGHT

P O BOX 731069

DALLAS, TX 75373

As of the petition filing date, the claim is: *Check all that apply.*    $ 1,809.34

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| **3.639** | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

IRON MOUNTAIN RECORDS MANAGEMENT

PO BOX 27129

NEW YORK, NY 10087

As of the petition filing date, the claim is: *Check all that apply.*    $ 1,931.11

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.640** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

JEFFERSON COUNTY

716 RICHARD ARRINGTON JR BLVD N

BIRMINGHAM, AL 35203

**As of the petition filing date, the claim is:**  $  301.07
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

KONICA MINOLTA BUSINESS SOLUTIONS USA

PO BOX 105710

ATLANTA, GA 30348

**As of the petition filing date, the claim is:**  $  1,879.55
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

LM CLEANING SERVICES LLP

3300 COUNTY ROAD 10

BROOKLYN CENTER, MN 55429

**As of the petition filing date, the claim is:**  $  348.64
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.643** Nonpriority creditor's name and mailing address

MANPOWER INC-CHICAGO

21271 NETWORK PLACE

CHICAGO, IL 60673

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $                53,440.36
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.644** Nonpriority creditor's name and mailing address

MICAELA S ELIZORRARAS

5214 MARINER DR

SAN DIEGO, CA 92154

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $                   500.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.645** Nonpriority creditor's name and mailing address

MID ATLANTIC BUILDING ASOCIATES INC

650 SENTRY PKWY STE 208

BLUE BELL, PA 19422

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is: $                   848.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.646 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MID OHIO HOME SHOW

1600 LEXINGTON AVE

MANSFIELD, OH 44907

**As of the petition filing date, the claim is:** $                 355.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.647 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MONEY MAILER

9340 CARMEL MOUNTAIN RD STE A

SAN DIEGO, CA 92129

**As of the petition filing date, the claim is:** $              20,016.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.648 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

MRC SMART TECHNOLOGY SOLUTIONS

PO BOX 843760

LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:** $                 545.51
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**    TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.649** Nonpriority creditor's name and mailing address | **Amount of Claim**

NATIONAL PROGRAMMING SERVICE LLC

7320 E 86TH ST STE 200

INDIANAPOLIS, IN 46256

As of the petition filing date, the claim is: $ 2,290.63
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.650** Nonpriority creditor's name and mailing address | **Amount of Claim**

NAVY EXCHANGE SERVICE COMMAND

3280 VIRGINIA BEACH BLVD

VIRGINIA BEACH, VA 23452

As of the petition filing date, the claim is: $ 658.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.651** Nonpriority creditor's name and mailing address | **Amount of Claim**

NETMINING LLC

PO BOX 742838

ATLANTA, GA 30374

As of the petition filing date, the claim is: $ 4,567.24
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.652** | Nonpriority creditor's name and mailing address | **Amount of Claim**

NORA I AVILES HENRI QUEZ

9056 BURMA RD

PICO RIVERA, CA 90660

As of the petition filing date, the claim is:  $ 540.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.653** | Nonpriority creditor's name and mailing address | **Amount of Claim**

OFFICE DEPOT

PO BOX 633211

CINCINNATI, OH 452633211

As of the petition filing date, the claim is:  $ 8,558.76
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.654** | Nonpriority creditor's name and mailing address | **Amount of Claim**

ONE PLANET OPS INC

1820 BONANZA ST

WALNUT CREEK, CA 94596

As of the petition filing date, the claim is:  $ 18,259.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.655 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

OPENWORKS

4742 N 24TH ST STE 450

PHOENIX, AZ 85016

As of the petition filing date, the claim is:
*Check all that apply.*

$ 2,585.40

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.656 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

OWNERIQ INC

27 43 WORMWOOD ST SUITE 600

BOSTON, MA 02210

As of the petition filing date, the claim is:
*Check all that apply.*

$ 33,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| 3.657 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES L

PO BOX 371887

PITTSBURGH, PA 152507887

As of the petition filing date, the claim is:
*Check all that apply.*

$ 2,025.08

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.658** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

PLUSONE SOLUTIONS INC

3501 QUADRANGLE BLVD SUITE 120

ORLANDO, FL 32817

As of the petition filing date, the claim is:
*Check all that apply.*

$ 30,943.20

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.659** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

PORCH COM INC

2200 1ST AVE S STE 300

SEATTLE, WA 98134

As of the petition filing date, the claim is:
*Check all that apply.*

$ 17,354.67

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.660** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

POSTAGE BY PHONE RESERVE ACCOUNT

PO BOX 223648

PITTSBURGH, PA 15250

As of the petition filing date, the claim is:
*Check all that apply.*

$ 5,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**   **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.661 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

QUALITY AIR CONDITIONING SERVICES INC

815 EYRIE DRIVE SUITE 1C

OVIEDO, FL 32765

As of the petition filing date, the claim is:
*Check all that apply.*                    $              2,637.69

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account
number          __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.662 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

QUALITY SCAFFFOLDING INC

2955 FARRAR AVE

MODESTO, CA 95354

As of the petition filing date, the claim is:
*Check all that apply.*                    $              400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account
number          __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.663 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

QUANTCAST CORPORATION

PO BOX 204215

DALLAS, TX 75320

As of the petition filing date, the claim is:
*Check all that apply.*                    $              33,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:          TRADE PAYABLE

Last 4 digits of account
number          __  __  __  __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.664 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

QUINSTREET INC

PO BOX 8398

PASADENA, CA 91109

As of the petition filing date, the claim is: *Check all that apply.*

$                93,406.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.665 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

RAINBOW ENGRAVING INC

201 E ROBERTSON STREET

BRANDON, FL 33511

As of the petition filing date, the claim is: *Check all that apply.*

$                738.79

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.666 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

RAM AIR ENGINEERING INC

25172 ARCTIC OCEAN DR STE 108

LAKE FOREST, CA 92630

As of the petition filing date, the claim is: *Check all that apply.*

$                210.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.667** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

RAMOS QUALITY CLEANING SERVICE INC

15 E DEER PARK DR

GAITHERSBURG, MD 20877

As of the petition filing date, the claim is: *Check all that apply.*    $ 250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| **3.668** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

RANDSTAD US LP

PO BOX 2084

CAROL STREAM, IL 60132

As of the petition filing date, the claim is: *Check all that apply.*    $ 1,969.63

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| **3.669** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

REFRIGERATION SERVICES INC

PO BOX 2533

GREER, SC 29652

As of the petition filing date, the claim is: *Check all that apply.*    $ 168.75

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

---

**Part 2**      **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.670 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

REGENT O HARE LLC

C O NAL HIFFMAN ASSET MANAGEMENT LLC PO BOX 88602

CHICAGO, IL 60680

**As of the petition filing date, the claim is:** $1,325.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

REVIMEDIA INC

44 WALL ST STE 505

NEW YORK, NY 10005

**As of the petition filing date, the claim is:** $11,914.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

RUSSELL D THEOBALD

101 WHIPPOORWILL DRIVE

ALTAMONTE SPRINGS, FL 32701

**As of the petition filing date, the claim is:** $600.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.673** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

RYP ROJAS LLC

5675 WOODROW BEAN STE 11

EL PASO, TX 79924

**As of the petition filing date, the claim is:** $ 87.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.674** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

SAIA MOTOR FREIGHT LINE INC

PO BOX 730532

DALLAS, TX 753730532

**As of the petition filing date, the claim is:** $ 1,552.62
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

| **3.675** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

SAMPLE ENGINEERING INC

PO BOX 357

FULTON, TX 78358

**As of the petition filing date, the claim is:** $ 1,550.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.          Case number (if known)    18-23555
_____
Name

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.676 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SCHWARZ SUPPLY SOURCE

PO BOX 75886

CHICAGO, IL 606755886

**As of the petition filing date, the claim is:**
Check all that apply.

$ 383.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SCOPE TECHNOLOGIES INC

1630 STOUT ST

DENVER, CO 80202

**As of the petition filing date, the claim is:**
Check all that apply.

$ 25,041.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SEARS GARGAGE SOLUTIONS

1819 CENTRAL AVE S STE 8

KENT, WA 98032

**As of the petition filing date, the claim is:**
Check all that apply.

$ 958.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

### 3.679

**Nonpriority creditor's name and mailing address**

SERTIFI

350 N LA SALLE DR STE 1020

CHICAGO, IL 60654

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 2,082.40

### 3.680

**Nonpriority creditor's name and mailing address**

SERVICE COM

30840 NORTHWESTERN HWY STE 250

FARMINGTON HILLS, MI 48334

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 900.00

### 3.681

**Nonpriority creditor's name and mailing address**

SERVICE MASTER CLEAN

PO BOX 1000 DEPT 175

MEMPHIS, TN 38148

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Amount of Claim**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

$ 16,280.00

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| Part 2 | Additional Page |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.682** Nonpriority creditor's name and mailing address

SHOW TECHNOLOGY PRODUCTIONS

15303 HUEBNER RD BLDG 3

SAN ANTONIO, TX 78248

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,955.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.683** Nonpriority creditor's name and mailing address

SHRED IT USA LLC

P O BOX 101007

PASADENA, CA 91189

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 2,330.32

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.684** Nonpriority creditor's name and mailing address

SHRED WITH US

121 SHUMPERT RD

WEST COLUMBIA, SC 29172

Date or dates debt was incurred

Last 4 digits of account number

**Amount of Claim**

As of the petition filing date, the claim is:
*Check all that apply.*

$ 70.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**     **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.685 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SNELLING EMPLOYMENT INC

PO BOX 650765

DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 9,628.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.686 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SOUTHEASTERN FREIGHT LINES

PO BOX 100104

COLUMBIA, SC 29202

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 196.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.687 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SPRING CLEANING

7 GAZEBO CT

O FALLON, MO 63368

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ 208.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**     TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.688** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

SUMMITMEDIA LLC

DEPT 2409 PO BOX 11407

BIRMINGHAM, AL 35246

As of the petition filing date, the claim is: $ 3,855.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.689** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

TDINDUSTRIES INC

PO BOX 300008

DALLAS, TX 75303

As of the petition filing date, the claim is: $ 129.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | | **Amount of Claim**

TECH SERVICE TODAY LLC

1901 S CONGRESS AVE STE 400

BOYNTON BEACH, FL 33426

As of the petition filing date, the claim is: $ 1,685.89
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: TRADE PAYABLE

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.691** | Nonpriority creditor's name and mailing address

TEMPLE AREA BUILDERS ASSOCIATION

PO BOX 2002

TEMPLE, TX 76503

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.692** | Nonpriority creditor's name and mailing address

THE CORE ORGANIZATION INC

321 WEST LAKE ST SUITE F

ELMHURST, IL 60126

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 165,388.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.693** | Nonpriority creditor's name and mailing address

THE MATHEWS COMPANY LLC

523 3RD AVE S

NASHVILLE, TN 37210

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 373.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  SEARS HOME IMPROVEMENT PRODUCTS, INC.
        Name

Case number (if known)  18-23555

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.694** Nonpriority creditor's name and mailing address

THE ZENO GROUP

22048 NETWORK PLACE

CHICAGO, IL 60673

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 21,572.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.695** Nonpriority creditor's name and mailing address

TIAA COMMERCIAL FINANCE INC

P O BOX 911608

DENVER, CO 80291

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 4,307.93

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

**3.696** Nonpriority creditor's name and mailing address

TOYOTA INDUSTRIES COMMERCIAL FINANCE INC

PO BOX 660926

DALLAS, TX 75266

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Amount of Claim**

As of the petition filing date, the claim is:
Check all that apply.

$ 605.30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.697 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TW PROPERTIES LENEXA LLC

4350 MCKINLEY ST

OMAHA, NE 68112

As of the petition filing date, the claim is:
*Check all that apply.*

$ 5,442.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.698 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WASTE MANAGEMENT

PO BOX 930580

ATLANTA, GA 31193

As of the petition filing date, the claim is:
*Check all that apply.*

$ 58,607.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| 3.699 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WATTERSON ENVIRONMENTAL & FACILITIES

ATTN TINA WEBB 5580 MONROE ST STE 103

SYLVANIA, OH 43560

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,798.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
| | Name | | |

| **Part 2** | **Additional Page** |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.700 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WELLS FARGO FINANCIAL LEASING

KONICA MINOLTA PREMIER FINANCE PO BOX 105710

ATLANTA, GA 303485710

As of the petition filing date, the claim is:
*Check all that apply.*

$ 5,127.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.701 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WESTERN DISPOSAL INC

925 S BENDING RIVER ROAD

SALT LAKE CITY, UT 84104

As of the petition filing date, the claim is:
*Check all that apply.*

$ 452.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| 3.702 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

WINDSTREAM

P O BOX 9001908

LOUISVILLE, KY 40290

As of the petition filing date, the claim is:
*Check all that apply.*

$ 1,363.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.
           Name

Case number (if known)    18-23555

| **Part 2** | **Additional Page** |
|---|---|

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.703** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

YPM INC

18400 VON KARMAN AVE STE 200

IRVINE, CA 92612

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

$ 116,825.29

Basis for the claim:     TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

ZABATT INC

4612 HIGHWAY AVE

JACKSONVILLE, FL 32254

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

$ 2,331.28

Basis for the claim:     TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **Amount of Claim**

ZIPRECRUITER INC

401 WILSHIRE BLVD FL 11

SANTA MONICA, CA 90401

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,997.25

Basis for the claim:     TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor        SEARS HOME IMPROVEMENT PRODUCTS, INC.                                    Case number (if known)    18-23555
              Name

**Part 2**      **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.706 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

EDDIE LUCAS AND AMELIA LUCAS

3000 ROCKEFELLER AVE

EVERETT, WA 98201

**As of the petition filing date, the claim is:**            $            UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**            PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.707 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

GILBERTO AND DORIS VIA

89-17 SUTPHIN BLVD

JAMAICA, NY 11435

**As of the petition filing date, the claim is:**            $            UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**            PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.708 | Nonpriority creditor's name and mailing address | Amount of Claim |
|---|---|---|

IRMA MARIE MILLER

517 E WISCONSIN AVE

MILWAUKEE, WI 53202

**As of the petition filing date, the claim is:**            $            UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**            PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.709 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

JONES-PHILLIPS SHERYL

1000 MAIN ST 315

CINCINNATI, OH 45202

As of the petition filing date, the claim is:    $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

SAID ROUCHDY FATIMA YAMOUN KHALIL ROUCHDY
AIMAN ROUCHDY FATIMA ROUCHDY

851 GRAND CONCOURSE 111

BRONX, NY 10451

As of the petition filing date, the claim is:    $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

DARRINGTON ERNEST

233 ST LOUIS ST 208

BATON ROUGE, LA 70802

As of the petition filing date, the claim is:    $      UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:    PENDING LITIGATION

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2**    **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.712 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

TIMOTHY R & CAROL S COTHERMAN

421 MAIN ST

CLARION, PA 16214

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**    PENDING LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

AIR MASTER AWNING LLC

PO BOX 2097

BARCELONETA, PR 00617

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      2,253.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**    TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | | Amount of Claim |
|---|---|---|---|

CLASSIC MILLWORK DESIGNS INC

189 GLOSTER ROAD

LAWRENCEVILLE, GA 30044

**As of the petition filing date, the claim is:**
*Check all that apply.*

$      188.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:**    TRADE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Part 2** | **Additional Page**

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **3.715** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

ENTREMATIC

165 CARRIAGE CT

WINSTON-SALEM, NC 27105

As of the petition filing date, the claim is:
*Check all that apply.*

$ 16,782.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.716** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

LARSON MANUFACTURING COMPANY INC

2333 EASTBROOK DRIVE

BROOKINGS, SD 57006

As of the petition filing date, the claim is:
*Check all that apply.*

$ 11,449.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

| **3.717** | Nonpriority creditor's name and mailing address | | **Amount of Claim** |
|---|---|---|---|

PREMIUM WINDOW COMPANY

3773 STATE RD

CUYAHOGA FALLS, OH 44223

As of the petition filing date, the claim is:
*Check all that apply.*

$ 369,045.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.

Name

Case number *(if known)*    18-23555

| Part 2 | Additional Page |

Copy this page only if more spaces is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.718** | Nonpriority creditor's name and mailing address | | Amount of Claim

STRYBUC INDUSTRIES

2006 ELMWOOD AVENUE UNIT 102C

SHARON HILL, PA 19079

As of the petition filing date, the claim is:    $ 250.51
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.719** | Nonpriority creditor's name and mailing address | | Amount of Claim

TITAN SECURITY DOORS

973 N COLORADO ST

GILBERT, AZ 85233

As of the petition filing date, the claim is:    $ 23,757.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

**3.720** | Nonpriority creditor's name and mailing address | | Amount of Claim

WINCORE WINDOWS

250 STAUNTON TURNPIKE

PARKERSBURG, WV 26104

As of the petition filing date, the claim is:    $ 563,671.66
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☐ Yes

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC. _____    Case number (if known) __18-23555_____
Name

| Part 3 | List Others to Be Notified About Unsecured Claims |

4.   **List in alphabetical order any others who must be notified for claims listen in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the data listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and Mailing Address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| _____<br>_____<br>_____ | Line _____<br><br>☐ Not listed. Explain _____<br>_____ | __ __ __ __ |

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
———————————————————————
Name

Case number *(if known)*   18-23555
———————————————————

| Part 4 | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|

**5a.**   Total claims from Part 1

5a.   $   6,826.94

**5b.**   Total claims from Part 2

5b.   **+**   $   7,387,874.59

**5c.**   Total of parts 1 and 2
Lines 5a + 5b = 5c.

5c.   $   7,394,701.53

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SEARS HOME IMPROVEMENT PRODUCTS, INC. |
| United States Bankruptcy Court for the: | Southern    District of: New York |
| Case number (If known): | 18-23555 |

☐ Check if this is an
amended filing

## Official Form 206 G

### Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2.    List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired license

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ACC INTERNATIONAL LLC |
|---|---|---|---|
| | **State the term remaining** | 5 month(s) | 200 N FURNACE ST BUILDING I |
| | **List the contract number of any government contract** | | BIRDSBORO, PA 19508 |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | ACD JANITORIAL SERVICES |
|---|---|---|---|
| | **State the term remaining** | 5 month(s) | 108 WILLOWBAR RIDGE ST |
| | **List the contract number of any government contract** | | SANFORD, FL 32771 |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | ACTION SERVICE CORPORATION |
|---|---|---|---|
| | **State the term remaining** | 5 month(s) | NONE |
| | **List the contract number of any government contract** | | NONE, |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | AIR-CONDITIONING, HEATING AND REFRIGERATION INSTITUTE |
|---|---|---|---|
| | **State the term remaining** | | 2111 WILSON BLVD SUITE 500 |
| | **List the contract number of any government contract** | | ARLINGTON, VA 22201 |

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.

Case number *(if known)*    18-23555

Name

---

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement PUBLISHED Buyer | AIR-TEMP MECHANICAL, INC. |
|-----|-----|-----|-----|
| | State the term remaining | 15 month(s) | 3013 PAYNE AVE |
| | List the contract number of any government contract | | CLEVELAND, OH 44114 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Buyer | ALLIANCE COMFORT SYSTEMS INC ("ACS") |
|-----|-----|-----|-----|
| | State the term remaining | 15 month(s) | 3336 W THOMAS RD |
| | List the contract number of any government contract | | PHOENIX, AZ 85017 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. Buyer | AMERICAN BUILDERS & CONTRACTORS SUPPLY CO.INC. |
|-----|-----|-----|-----|
| | State the term remaining | 32 month(s) | ONE ABC PARKWAY |
| | List the contract number of any government contract | | BELOIT, WI 53511 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessee | AMERICAN INDUSTRIAL CENTER |
|-----|-----|-----|-----|
| | State the term remaining | 19 month(s) | 830 S CR 427 162 |
| | List the contract number of any government contract | | LONGWOOD, FL 32750 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | AMERIGAS |
|-----|-----|-----|-----|
| | State the term remaining | 25 month(s) | PO BOX 965 |
| | List the contract number of any government contract | | VALLEY FORGE, PA 19482 |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. Buyer | AMERISPEC L.L.C |
|-----|-----|-----|-----|
| | State the term remaining | 11 month(s) | 860 RIDGE LAKE BLVD |
| | List the contract number of any government contract | | MEMPHIS, TN 38120 |

---

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.
            Name

Case number (if known)    18-23555

| | | |
|---|---|---|
| ⬛ | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | ANTHONY L TERHARZ |
|------|---|---|---|
| | | | TONY TERHAAR |
| | State the term remaining | 2 month(s) | 1401 E BELMONT STREET |
| | List the contract number of any government contract | | PENSACOLA, FL 32501 |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Lessee | ARAMARK UNIFORM CORP |
|------|---|---|---|
| | | | 115 NORTH FIRST STREET |
| | State the term remaining | 42 month(s) | |
| | List the contract number of any government contract | | BURBANK, CA 91502 |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | AVISTONE, LLC |
|------|---|---|---|
| | | | 28202 CABOT ROAD |
| | State the term remaining | 36 month(s) | SUITE 210 |
| | List the contract number of any government contract | | LAGUNA NIGUEL, CA 92677 |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | BAKER DISTRIBUTING COMPANY, LLC |
|------|---|---|---|
| | | | 14610 BREAKERS DR |
| | State the term remaining | | |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32258 |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | BASS SECURITY SERVICES INC - 207977 |
|------|---|---|---|
| | | | 26701 RICHMOND ROAD |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | BEDFORD HEIGHTS, OH 44146 |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | BASS SECURITY SERVICES INC - 207977 |
|------|---|---|---|
| | | | 26701 RICHMOND ROAD |
| | State the term remaining | 4 month(s) | |
| | List the contract number of any government contract | | BEDFORD HEIGHTS, OH 44146 |

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*   18-23555

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>KEVIN HANRATTY<br>Buyer | BASS SECURITY SERVICES INC - 207977 |
| | State the term remaining | 2 month(s) | 26701 RICHMOND ROAD |
| | List the contract number of any government contract | | BEDFORD HEIGHTS, OH 44146 |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | BELTWAY 290 PARK LP |
| | State the term remaining | 31 month(s) | 15120 NORTHWEST FREEWAY<br>SUITE 190 |
| | List the contract number of any government contract | | HOUSTON, TX 77040 |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | BICO ASSOCIATES, GP |
| | State the term remaining | 6 month(s) | 100 PEABODY PLACE<br>SUITE 1400 |
| | List the contract number of any government contract | | MEMPHIS, TN 38103 |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | BRE DELTA INDUSTRIAL PARENT LLC |
| | State the term remaining | 38 month(s) | ATTN: MANAGING COUNSEL & LEASE ADMINISTRATION<br>222 S RIVERSIDE PLAZA SUITE 2000 |
| | List the contract number of any government contract | | CHICAGO, IL 60606 |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | BRENNAN INVESTMENT GROUP |
| | State the term remaining | 34 month(s) | ATTN:  MICHAEL W BRENNAN<br>9450 W BRYN MAWR SUITE 750 |
| | List the contract number of any government contract | | ROSEMONT, IL 60018 |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | BRIGHTCLAIM, LLC |
| | State the term remaining | 11 month(s) | 8010 ROSWELL ROAD<br>SUITE 200 |
| | List the contract number of any government contract | | ATLANTA, GA 30350 |

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number (if known)   18-23555

| | Additional Page If Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | CALABRIO INC |
| | State the term remaining | 1 month(s) | 400 1ST AVENUE N SUITE 300 |
| | List the contract number of any government contract | | MINNEAPOLIS, MN 55401 |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CARLSON BUILDING MAINTENANCE |
| | State the term remaining | 29 month(s) | 1857 BUERKLE ROAD |
| | List the contract number of any government contract | | WHITE BEAR LAKE, MN 55110 |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | CASCADE WATER SERVICES |
| | State the term remaining | 16 month(s) | 113 BLOOMINGDALE ROAD |
| | List the contract number of any government contract | | HICKSVILLE, NY 11801 |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | CENTURY LINK |
| | State the term remaining | 32 month(s) | P O BOX 1319 |
| | List the contract number of any government contract | | CHARLOTTE, NC 28201 |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | CHRYSLER GROUP, LLC |
| | State the term remaining | 7 month(s) | 901 WARRENVILLE ROAD SUITE 550 |
| | List the contract number of any government contract | | LISLE, IL 60532 |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | COMPUTER POWER SYSTEMS INC. |
| | State the term remaining | 5 month(s) | 3421 STATE ROAD 419 |
| | List the contract number of any government contract | | WINTER SPRINGS, FL 32708 |

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.          Case number *(if known)*   18-23555
         Name

| | | |
|---|---|---|
| **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br><br>Buyer | COMPUTER POWER SYSTEMS INC. |
|---|---|---|---|
| | State the term remaining | 5 month(s) | 3421 STATE ROAD 419 |
| | List the contract number of any government contract | | WINTER SPRINGS, FL 32708 |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br><br>Buyer | CONSOLIDATED FIRE PROTECTION |
|---|---|---|---|
| | State the term remaining | 27 month(s) | 153 TECHNOLOGY DR 200 |
| | List the contract number of any government contract | | IRVINE, CA 92618 |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-CA<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 2461 ROLAC ROAD |
| | List the contract number of any government contract | | PO BOX 5489<br>JACKSONVILLE, FL 32207 |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-MN<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 2462 ROLAC ROAD |
| | List the contract number of any government contract | | PO BOX 5490<br>JACKSONVILLE, FL 32207 |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-IL<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 2463 ROLAC ROAD |
| | List the contract number of any government contract | | PO BOX 5491<br>JACKSONVILLE, FL 32207 |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-KY<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 2464 ROLAC ROAD |
| | List the contract number of any government contract | | PO BOX 5492<br>JACKSONVILLE, FL 32207 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number *(if known)*    18-23555
Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-OH<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | | | 2465 ROLAC ROAD |
| | State the term remaining | 2 month(s) | PO BOX 5493 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32207 |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-NC<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | | | 2466 ROLAC ROAD |
| | State the term remaining | 2 month(s) | PO BOX 5494 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32207 |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-SC<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | | | 2467 ROLAC ROAD |
| | State the term remaining | 2 month(s) | PO BOX 5495 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32207 |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-PA<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | | | 2468 ROLAC ROAD |
| | State the term remaining | 2 month(s) | PO BOX 5496 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32207 |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-FL (Tampa)<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | | | 2469 ROLAC ROAD |
| | State the term remaining | 2 month(s) | PO BOX 5497 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32207 |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE-FL (Pensacola)<br><br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | | | 2470 ROLAC ROAD |
| | State the term remaining | 2 month(s) | PO BOX 5498 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32207 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*   18-23555
          Name

| | | | |
|---|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE- TN<br>Lessee | COPYTRONICS INFORMATION SYSTEMS |
|---|---|---|---|
| | | | 2471 ROLAC ROAD |
| | State the term remaining | 2 month(s) | PO BOX 5499 |
| | List the contract number of any government contract | | JACKSONVILLE, FL 32207 |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | CS GROUP INC |
|---|---|---|---|
| | | | 2889 SOUTH SHOSHONE ST |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | ENGLEWOOD, CO 80110 |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | DAVOL SQUARE JEWELRY MART LLC |
|---|---|---|---|
| | | | CO CHILDRESS KLEIN |
| | State the term remaining | 11 month(s) | 301 S COLLEGE STREET SUITE 2800 |
| | List the contract number of any government contract | | CHARLOTTE, NC 28202 |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | DECORE-ATIVE SPECIALTIES |
|---|---|---|---|
| | | | 2772 S PECK RD |
| | State the term remaining | 1 month(s) | |
| | List the contract number of any government contract | | MONROVIA, CA 91016 |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | DUKE REALTY LIMITED PARTNERSHIP |
|---|---|---|---|
| | | | ATTN: SOUTH FLORIDA MARKET VP ASSET MANAGEMENT & CUSTOMER S |
| | State the term remaining | 25 month(s) | 2400 N COMMERCE PARKWAY SUITE 405 |
| | List the contract number of any government contract | | WESTON, FL 33326 |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | EASTGATE VILLAGE DEVELOPMENT CORP. |
|---|---|---|---|
| | | | 12900 FENWICK CENTER DRIVE |
| | State the term remaining | 55 month(s) | SUITE A |
| | List the contract number of any government contract | | LOUISVILLE, KY 40223 |

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.
           Name

Case number *(if known)*    18-23555

| | | |
|---|---|---|
| ■■■■■■■ | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | ECOLAB INC |
|---|---|---|---|
| | | | 370 WABASHA STREET NORTH |
| | State the term remaining | 12 month(s) | |
| | List the contract number of any government contract | | ST PAUL, MN 55102 |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | ELKAY SALES, INC |
|---|---|---|---|
| | | | ONE ELKAY WAY |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | WACONIA, MN 55387 |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | ELKAY SALES, INC |
|---|---|---|---|
| | | | 2222 CAMDEN COURT |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | OAK BROOK, IL 60523 |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement.<br>Buyer | ELKAY SALES, INC |
|---|---|---|---|
| | | | 2222 CAMDEN COURT |
| | State the term remaining | 9 month(s) | |
| | List the contract number of any government contract | | OAK BROOK, IL 60523 |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | ERIC RICHARD I B COMPANY LLC |
|---|---|---|---|
| | | | 100 PASSAIC AVENUE; SUITE 240 |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | FAIRFIELD, NJ 07004 |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | FENTON MIRAMAR PORTFOLIO, LLC |
|---|---|---|---|
| | | | 7577 MISSION VALLEY ROAD SUITE 200 |
| | State the term remaining | 3 month(s) | |
| | List the contract number of any government contract | | SAN DIEGO, CA 92108 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*  18-23555

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Seller |
| | State the term remaining | 30 month(s) |
| | List the contract number of any government contract | |

FIRST AMERICAN HOME BUYERS PROTECTION CORPORATION (FA)

1244 APOLLO WAY

SANTA ROSA, CA 95407

| | | |
|---|---|---|
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee |
| | State the term remaining | 34 month(s) |
| | List the contract number of any government contract | |

FIRST INDUSTRIAL LP

ATTN: ASSET MANAGEMENT

ONE BEACON STREET 17TH FLOOR

BOSTON, MA 02108

| | | |
|---|---|---|
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | Buyer |
| | State the term remaining | 8 month(s) |
| | List the contract number of any government contract | |

FORD MOTOR COMPANY

3025 HIGHLAND PARKWAY SUITE 500

DOWNERS GROVE, IL 60515

| | | |
|---|---|---|
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee |
| | State the term remaining | 2 month(s) |
| | List the contract number of any government contract | |

G & G PARTNERS LLC

2200 LUCIEN WAY

SUITE 350

MAITLAND, FL 32751

| | | |
|---|---|---|
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | Buyer |
| | State the term remaining | 8 month(s) |
| | List the contract number of any government contract | |

GENERAL MOTORS CORP

2135 CITY GATE LANE

NAPERVILLE, IL 60563

| | | |
|---|---|---|
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee |
| | State the term remaining | 35 month(s) |
| | List the contract number of any government contract | |

HEFCO PROPERITES LLC

33533 W TWELVE MILE ROAD SUITE 190

FARMINGTON HILLS, MI 48331

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name                                                              Case number *(if known)*   18-23555

█████    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | |
|---|---|---|
| **2.59** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessee |
| | | HENDERSON COYLE JOINT VENTURE |
| | **State the term remaining** | 34 month(s) |
| | | 112 CHESLEY DRIVE |
| | | SUITE 200 |
| | **List the contract number of any government contract** | MEDIA, PA 19063 |

| | | |
|---|---|---|
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer |
| | | HI TECH AIR CONDITIONING SERVICE, INC. |
| | **State the term remaining** | 20 month(s) |
| | | 60 OTIS STREET |
| | **List the contract number of any government contract** | WEST BABYLON, NY 11704 |

| | | |
|---|---|---|
| **2.61** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessee |
| | | ICON OWNER POOL 1 SF BUS PARKS LLC (GLP US) |
| | **State the term remaining** | 1 month(s) |
| | | ATTN:  LEASE ADMINISTRATION |
| | | TWO NORTH RIVERSIDE PLAZA SUITE 2350 |
| | **List the contract number of any government contract** | CHICAGO, IL 60606 |

| | | |
|---|---|---|
| **2.62** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer |
| | | IIMECOM GROUP INC. |
| | **State the term remaining** | 8 month(s) |
| | | 8 GOVERNOR WENTWORTH HIGHWAY |
| | **List the contract number of any government contract** | WOLFEBORO, NH 03894 |

| | | |
|---|---|---|
| **2.63** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessee |
| | | INDUSTRIAL DEVELOPERS OF OK 4, LLC |
| | **State the term remaining** | 6 month(s) |
| | | 1401 S BOULDER AVENUE |
| | | SUITE 200 |
| | **List the contract number of any government contract** | TULSA, OK 74119-3649 |

| | | |
|---|---|---|
| **2.64** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer |
| | | I-ON INTERACTIVE INC |
| | **State the term remaining** | 9 month(s) |
| | | 1095 BROKEN SOUND PARKWAY NW |
| | | SUITE 200 |
| | **List the contract number of any government contract** | BOCA RATON, FL 33487 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                              Case number (if known)   18-23555
          Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | ION INTERACTIVE, INC |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 1095 BROKEN SOUND |
| | | | SOUND PARKWAY |
| | List the contract number of any government contract | | NEW MEXICO, FL 33487 |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | KAILYN REALTY I LLC |
|---|---|---|---|
| | State the term remaining | 19 month(s) | 35 MELVILLE PARK ROAD SUITE 100 |
| | List the contract number of any government contract | | MELVILLE, NY 11747 |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Buyer | KONICA MINOLTA ALBIN-570077 |
|---|---|---|---|
| | State the term remaining | 4 month(s) | 46921 ENTERPRISE COURT |
| | List the contract number of any government contract | | WIXOM, MI 46921 |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Buyer | KONICA MINOLTA ALBIN-570077 |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 46921 ENTERPRISE COURT |
| | List the contract number of any government contract | | WIXOM, MI 46921 |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Buyer | KONICA MINOLTA ALBIN-570077 |
|---|---|---|---|
| | State the term remaining | 14 month(s) | 46921 ENTERPRISE COURT |
| | List the contract number of any government contract | | WIXOM, MI 46921 |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Buyer | KONICA MINOLTA ALBIN-570077 |
|---|---|---|---|
| | State the term remaining | 35 month(s) | 46921 ENTERPRISE COURT |
| | List the contract number of any government contract | | WIXOM, MI 46921 |

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*   18-23555

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | LENNOX NATIONAL ACCOUNT SERVICES |
| | State the term remaining | 15 month(s) | 2140 LAKE PARK BLVD |
| | List the contract number of any government contract | | RICHARDSON, TX 75080 |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LERCH BATES INC |
| | State the term remaining | 38 month(s) | 8089 S LINCOLN ST |
| | | | SUITE 300 |
| | List the contract number of any government contract | | LITTLETON, CO 80122 |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | LIBERTY PROPERTY LP |
| | | | 4100 MENDENHALL OAKS PARKWAY |
| | State the term remaining | 27 month(s) | SUITE 300 |
| | List the contract number of any government contract | | HIGHPOINT, NC 27265 |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | LIGHT MEMBER SEALY PORTFOLIO |
| | | | 1985 CEDARBRIDGE AVENUE |
| | State the term remaining | 55 month(s) | |
| | List the contract number of any government contract | | LAKEWOOD, NJ 08701 |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | LINBAR BUSINESS CENTER ASSOCIATES |
| | | | PO BOX 22149 |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | NASHVILLE, TN 37202 |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | LVI SERVICES INC |
| | | | 200-B PARKER DRIVE |
| | State the term remaining | 3 month(s) | SUITE 580 |
| | List the contract number of any government contract | | AUSTIN, TX 78728 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number (if known)    18-23555

| | | |
|---|---|---|
| ■ | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Seller | MARATHON MANAGEMENT, LLC |
|---|---|---|---|
| | State the term remaining | 7 month(s) | GERMANTOWN BEND COVE<br>SUITE 101 |
| | List the contract number of any government contract | | NEW YORK, TN 38018 |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | MDH PARTNERS, LLC |
|---|---|---|---|
| | State the term remaining | 41 month(s) | ATTN:  PRESIDENT<br>3715 NORTHSIDE PARKWAY NW 4-240 |
| | List the contract number of any government contract | | ATLANTA, GA 30327 |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | MERCEDES BENZ |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 303 PERIMETER CENTER NORTH<br>6TH FLOOR |
| | List the contract number of any government contract | | ATLANTA, GA 30346 |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | MICROSOFT CORPORATION |
|---|---|---|---|
| | State the term remaining | 27 month(s) | P O BOX 849008 |
| | List the contract number of any government contract | | DALLAS, TX 75284 |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | MICROSOFT CORPORATION |
|---|---|---|---|
| | State the term remaining | 27 month(s) | P O BOX 849008 |
| | List the contract number of any government contract | | DALLAS, TX 75284 |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - PO<br>Buyer | MICROSOFT CORPORATION |
|---|---|---|---|
| | State the term remaining | 30 month(s) | DEPT 551 VOLUME LICENSING 6100 NEIL ROAD<br>SUITE 210 RENO |
| | List the contract number of any government contract | | RENO, NV 89511-1137 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number *(if known)*    18-23555
Name

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | MICROSOFT CORPORATION |
|---|---|---|---|
| | | | DEPT 551 VOLUME LICENSING |
| | **State the term remaining** | 27 month(s) | 6100 NEIL ROAD SUIT 210 |
| | **List the contract number of any government contract** | | RENO, NV 89511 |

| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessee | MILTON BRAZEL |
|---|---|---|---|
| | | | 220 LORAINE COURT |
| | **State the term remaining** | 1 month(s) | |
| | **List the contract number of any government contract** | | WEST COLUMBIA, SC 29169 |

| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement<br>Buyer | MODERNIZE, INC. |
|---|---|---|---|
| | | | 804 CONGRESS AVENUE |
| | **State the term remaining** | 14 month(s) | |
| | **List the contract number of any government contract** | | AUSTIN, TX 78701 |

| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement.<br>Buyer | NEST LABS INC |
|---|---|---|---|
| | | | 3400 HILLVIEW AVENUE |
| | **State the term remaining** | 2 month(s) | |
| | **List the contract number of any government contract** | | PALO ALTO, CA 94304 |

| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement<br>Buyer | NEST LABS, INC. |
|---|---|---|---|
| | | | 3400 HILLVIEW AVENUE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | PALO ALTO, CA 94304 |

| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement<br>Buyer | NEXCOM |
|---|---|---|---|
| | | | 3280 VIRGINIA BEACH BLVD |
| | **State the term remaining** | 48 month(s) | VIRGINIA BEACH VA |
| | **List the contract number of any government contract** | | VIRGINIA BEACH, VA 23452 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number (if known)    18-23555

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Lease | NICK KARAKAS |
|------|---|---|---|
| | | Lessee | ATTN NICK KARAKAS PARTNER |
| | State the term remaining | 14 month(s) | 4807 N LINDBERGH BLVD |
| | List the contract number of any government contract | | BRIDGETON, MO 63044 |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Lease | NORMAN ADLER |
|------|---|---|---|
| | | Lessee | CO  N AND A MANAGEMENT COMPANY LLC |
| | State the term remaining | 21 month(s) | 24700 CHAGRIN BLVD SUITE 303 |
| | List the contract number of any government contract | | BEACHWOOD, OH 44122 |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | ORKIN LLC |
|------|---|---|---|
| | | Buyer | 2170 PIEDMONT ROAD NE |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | ATLANTA, GA 30324 |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. | OWENS CORNING ROOFING AND ASPHALT |
|------|---|---|---|
| | | Buyer | ONE OWENS CORNING PARKWAY |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | TOLEDO, OH 43659 |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. | OWENS CORNING SALES, LLC |
|------|---|---|---|
| | | Buyer | ONE OWENS CORNING PARKWAY |
| | State the term remaining | 26 month(s) | |
| | List the contract number of any government contract | | TOLEDO, OH 43659 |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Lease | PEORIA INDUSTRIAL, INC. |
|------|---|---|---|
| | | Lessee | ATTN: SENIOR ASSET MANAGER |
| | State the term remaining | 57 month(s) | 2001 ROSS AVENUE SUITE 3400 |
| | List the contract number of any government contract | | DALLAS, TX 75201 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name                                                    Case number (if known)    18-23555

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement. Seller | PERSONAL ENERGY FINANCE INC. |
|---|---|---|---|
| | State the term remaining | | 15073 AVENUE OF SCIENCE |
| | List the contract number of any government contract | | SAN DIEGO, CA 92128 |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Buyer | POWER TECHNOLOGY |
|---|---|---|---|
| | State the term remaining | 15 month(s) | PO BOX 782 |
| | List the contract number of any government contract | | WILKES-BARRE, PA 18702 |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessee | PPF INDUSTRIAL 12016 TELEGRAPH ROAD, LP |
|---|---|---|---|
| | State the term remaining | 11 month(s) | 1900 AVENUE OF THE STARS |
| | | | SUITE 320 |
| | List the contract number of any government contract | | LOS ANGELES, CA 90067 |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Buyer | PRO-TECH MECHANICAL SERVICES OF MICHIGAN |
|---|---|---|---|
| | State the term remaining | 15 month(s) | 2556 ALAMO DRIVE 50B |
| | List the contract number of any government contract | | LANSING, MI 48911 |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Buyer | PROTECTION 1 SECURITY SOLUTIONS |
|---|---|---|---|
| | State the term remaining | 2 month(s) | 4221 W CARPENTER FRWY |
| | List the contract number of any government contract | | IRVING, TX 75063 |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Lease Lessee | RANDOLPH BUSINESS PARK I LP |
|---|---|---|---|
| | State the term remaining | 34 month(s) | 801 N ST MARY'S |
| | List the contract number of any government contract | | SAN ANTONIO, TX 78205 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number (if known)    18-23555

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | REFRIGERATION SERVICES INC |
|---|---|---|---|
| | | | POBOX 2533 |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | GREER, SC 29652 |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | REGENT O'HARE, LLC |
|---|---|---|---|
| | | | CO NAI HIFFMAN ASSET MANAGEMENT LLC |
| | State the term remaining | 51 month(s) | 921 BUSSE ROAD |
| | List the contract number of any government contract | | ELK GROVE, IL 60007 |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement. Along with Affiliates<br>Seller | RENOVATE AMERICA INC. |
|---|---|---|---|
| | | | 16409 WEST BERNARDO DRIVE |
| | State the term remaining | | |
| | List the contract number of any government contract | | SAN DIEGO, CA 92127 |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | RIDILLA DELMONT II |
|---|---|---|---|
| | | | 757 LLOYD AVENUE |
| | State the term remaining | 11 month(s) | |
| | List the contract number of any government contract | | LATROBE, PA 15650 |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | RIF III - AVENUE STANFORD LLC |
|---|---|---|---|
| | | | 11620 WILSHIRE BLVD SUITE 1000 |
| | State the term remaining | 23 month(s) | |
| | List the contract number of any government contract | | LOS ANGELES, CA 90025 |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | RIVERCHASE CAPITAL LLC & STOW RIVERCHASE LLC |
|---|---|---|---|
| | | | CO ARCIS REALTY LLC |
| | State the term remaining | 21 month(s) | 2908 BAY TO BAY BLVD |
| | List the contract number of any government contract | | TAMPA, FL 33629 |

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
         Name

Case number (if known)   18-23555

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | RREEF CORE PLUS INDUSTRIAL REIT LLC |
| | | | CO CBRE INC - ASSET SERVICES TUKWILA COMMERCE PARK |
| | State the term remaining | 35 month(s) | 20415 - 72ND AVENUE SOUTH SUITE 210 |
| | List the contract number of any government contract | | KENT, WA 98032 |

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | RTH MECHANICAL SERVICES INC |
| | | | 99 PINE ROAD |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | BRENTWOOD, NH 03833 |

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | RYP ROJAS, LLC (PATRICK C. POON) |
| | | | 5675 WOODROW BEAN SUITE 11 |
| | State the term remaining | 21 month(s) | |
| | List the contract number of any government contract | | EL PASO, TX 79924 |

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SALES FOCUS INC. |
| | | | 2500 WALLINGTON WAY |
| | State the term remaining | 8 month(s) | SUITE 105 |
| | List the contract number of any government contract | | MARRIOTTSVILLE, MD 21104 |

| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Sublicense Agreement<br>Licensee | SEARS, ROEBUCK AND CO. |
| | | | 3333 BEVERLY ROAD |
| | State the term remaining | | |
| | List the contract number of any government contract | | HOFFMAN ESTATE, IL 60179 |

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Sublicense Agreement<br>Sublicensee | SEARS, ROEBUCK AND CO. |
| | | | 3333 BEVERLY ROAD |
| | State the term remaining | | |
| | List the contract number of any government contract | | HOFFMAN ESTATES, IL 60179 |

Debtor  SEARS HOME IMPROVEMENT PRODUCTS, INC.
        Name

Case number (if known)   18-23555

| | **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | SEDONA GROUP, LLC |
|---|---|---|---|
| | | | ATTN: ALAN WEBBER CHIEF FINANCIAL OFFICER |
| | State the term remaining | 14 month(s) | 10 WALL STREET |
| | List the contract number of any government contract | | NORWALK, CT 06850 |

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SELECT SYSTEMS TECHNOLOGY |
|---|---|---|---|
| | | | 390 AMAPOLA AVE UNIT 5 |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | TORRANCE, CA 90501 |

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement.<br>Buyer | SERVICE FINANCE COMPANY LLC |
|---|---|---|---|
| | | | 555 S FEDERAL HWY |
| | State the term remaining | | SUITE 200 |
| | List the contract number of any government contract | | BOCA RATON, FL 33432 |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SERVICE PERFORMANCE GROUP, INC. |
|---|---|---|---|
| | | | 307 SOUTH SALEM ST |
| | State the term remaining | | SUITE 201 |
| | List the contract number of any government contract | | APEX, NC 27502 |

| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | SERVICE.COM |
|---|---|---|---|
| | | | 30840 NORTHWESTERN HWY |
| | State the term remaining | 2 month(s) | |
| | List the contract number of any government contract | | FARMINGTON HILLS, MI 48334 |

| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | SOCIALBAKERS |
|---|---|---|---|
| | | | POD VSEMI SVATYMI 42717 |
| | State the term remaining | 1 month(s) | SEVERNI PREDMESTI |
| | List the contract number of any government contract | | PLZEN, 30100 |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number *(if known)*   18-23555
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Buyer | STAPLES NATIONAL ADVANTAGE-1000104111 |
|---|---|---|---|
| | | | 500 STAPLES DRIVE |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | FRAMINGHAM, MA 01702 |

| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease / Lessee | SVN EQUITIES LLC (SPERRY VAN NESS) |
|---|---|---|---|
| | | | 18881 VON KARMAN SUITE 800 |
| | **State the term remaining** | 18 month(s) | |
| | **List the contract number of any government contract** | | IRVINE, CA 92612 |

| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease / Lessee | TA REALTY, LLC |
|---|---|---|---|
| | | | ATTN: ASSET MANAGER |
| | **State the term remaining** | 24 month(s) | 28 STATE STREET 10TH FLOOR |
| | **List the contract number of any government contract** | | BOSTON, MA 98101 |

| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement / Buyer | TARGET PLUS RESPONSE INC-704822 |
|---|---|---|---|
| | | | 420 N WABASH AVE |
| | **State the term remaining** | 10 month(s) | SUITE 201 |
| | **List the contract number of any government contract** | | CHICAGO, IL 60611 |

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement / Buyer | THERMODYNAMICS INC-1000110977 |
|---|---|---|---|
| | | | 3 WELLS ROAD |
| | **State the term remaining** | 15 month(s) | |
| | **List the contract number of any government contract** | | BROAD BROOK, CT 06016 |

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease / Lessee | THIRTY SEVEN PLAIN AVENUE CORP |
|---|---|---|---|
| | | | 253 N GRAND AVENUE |
| | **State the term remaining** | 31 month(s) | |
| | **List the contract number of any government contract** | | POUGHKEEPSIE, NY 12603 |

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*   18-23555
           Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | TOWNE REALTY, INC.<br>ATTN: CHAD NAVIS DIRECTOR<br>710 PLANKINTON AVENUE SUITE 1100<br>MILWAUKEE, WI 53203 |
| | State the term remaining | 51 month(s) | |
| | List the contract number of any government contract | | |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | TW PROPERTIES LENEXA LLC<br>4350 MCKINLEY STREET<br>OMAHA, NE 68112 |
| | State the term remaining | 35 month(s) | |
| | List the contract number of any government contract | | |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | TWO J'S-PSF, LLC<br>PO BOX 370<br>GRESHAM, OR 97030 |
| | State the term remaining | 22 month(s) | |
| | List the contract number of any government contract | | |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | US SECURITY ASSOCIATES INC-874466<br>PO BOX 51018<br>LOS ANGELES, CA 90074 |
| | State the term remaining | 7 month(s) | |
| | List the contract number of any government contract | | |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | VAN HOOK SERVICE CO INC<br>76 SENECA AV<br>ROCHESTER, NY 14612 |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | VAN METER INC-5435466<br>850 32ND<br>CEDAR RAPIDS, IA 52402 |
| | State the term remaining | 30 month(s) | |
| | List the contract number of any government contract | | |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number *(if known)*   18-23555

| | |
|---|---|
| **Additional Page If Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.131**

State what the contract or lease is for and the nature of the debtor's interest
Service Agreement
Buyer

State the term remaining   9 month(s)

List the contract number of any government contract

VEYTEC INC

2418 SILVER STAR RD

ORLANDO, FL 32804

---

**2.132**

State what the contract or lease is for and the nature of the debtor's interest
Supply Agreement.
Buyer

State the term remaining

List the contract number of any government contract

VISION CABINET SOURCE

1403 ROBERTS RD

CAMPBELLSVILLE, KY 42718

---

**2.133**

State what the contract or lease is for and the nature of the debtor's interest
Service Agreement
Buyer

State the term remaining   15 month(s)

List the contract number of any government contract

WALDINGER CORPORATION

1800 LEVEE ROAD

NORTH KANSAS CITY, MO 64116

---

**2.134**

State what the contract or lease is for and the nature of the debtor's interest
Lease
Lessee

State the term remaining   18 month(s)

List the contract number of any government contract

WANGARD PARTNERS, INC.

ATTN: EASTGATE BUSINESS CENTER PROPERTY MGMT

1200 N MAYFAIR ROAD SUITE 220

MILWAUKEE, WI 53226

---

**2.135**

State what the contract or lease is for and the nature of the debtor's interest
Services Agreement
Buyer

State the term remaining   19 month(s)

List the contract number of any government contract

WASTE MANAGEMENT (WMX)

415 DAY HILL ROAD

WINDSOR, CT 06095

---

**2.136**

State what the contract or lease is for and the nature of the debtor's interest
Buyer

State the term remaining   18 month(s)

List the contract number of any government contract

WASTE MANAGEMENT (WMX)

415 DAY HILL ROAD

WINDSOR, CT 06095

---

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
          Name

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WASTE MANAGEMENT (WMX) |
|---|---|---|---|
| | | | 415 DAY HILL ROAD |
| | State the term remaining | 19 month(s) | |
| | List the contract number of any government contract | | WINDSOR, CT 06095 |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Buyer | WASTE MANAGEMENT (WMX) |
|---|---|---|---|
| | | | 415 DAY HILL ROAD |
| | State the term remaining | 18 month(s) | |
| | List the contract number of any government contract | | WINDSOR, CT 06095 |

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | WATTERSON ENVIRONMENTAL GROUP |
|---|---|---|---|
| | | | 1827  WALDEN OFFICE SQUARE SUITE 100 |
| | State the term remaining | 17 month(s) | |
| | List the contract number of any government contract | | SCHAUMBERG, IL 60173 |

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | WEATHERITE CORPORATION |
|---|---|---|---|
| | | | 21211 COMMERCE POINTE DR |
| | State the term remaining | 15 month(s) | |
| | List the contract number of any government contract | | WALNUT, CA 91789 |

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | WILLIS BOYD |
|---|---|---|---|
| | | | ATTN WILLIS B BOYD |
| | State the term remaining | 39 month(s) | 1946 E EDINGER AVE |
| | List the contract number of any government contract | | SANTA ANA, CA 92705 |

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement. Along with Affiliates<br>Buyer | WINCORE WINDOW COMPANY, LLC, |
|---|---|---|---|
| | | | 250 STAUNTON TURNPIKE |
| | State the term remaining | 34 month(s) | |
| | List the contract number of any government contract | | PARKERSBURG, WV 26104 |

Official Form 206 G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 24 of 25

Debtor     SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*   18-23555

**Additional Page If Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | WINDSTREAM PROFESSIONAL SERVICES |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 258 SOUTHHALL LN |
| | List the contract number of any government contract | | MAITLAND, FL 32751 |

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WINDSTREAM, A PINNACLE COMPANY |
|---|---|---|---|
| | State the term remaining | 9 month(s) | 301 N MAIN ST |
| | List the contract number of any government contract | | GREENVILLE, SC 29601 |

| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | WW GRAINGER INC |
|---|---|---|---|
| | State the term remaining | 8 month(s) | 100 GRAINGER PARKWAY |
| | List the contract number of any government contract | | LAKE FOREST, IL 60045 |

| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement<br>Buyer | YPM, INC |
|---|---|---|---|
| | | | 18400 VON KARMAN AVE |
| | State the term remaining | 3 month(s) | 2ND FLOOR |
| | List the contract number of any government contract | | IRVINE, CA 92612 |

| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | YPM, INC |
|---|---|---|---|
| | | | 18400 VON KARMAN AVE |
| | State the term remaining | 4 month(s) | 2ND FLOOR |
| | List the contract number of any government contract | | IRVINE, CA 92612 |

| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Buyer | YPM, INC |
|---|---|---|---|
| | | | 18400 VON KARMAN AVE |
| | State the term remaining | 4 month(s) | 2ND FLOOR |
| | List the contract number of any government contract | | IRVINE, CA 92612 |

**Fill in this information to identify the case:**

Debtor name    SEARS HOME IMPROVEMENT PRODUCTS, INC.

United States Bankruptcy Court for the:    Southern    District of:    New York
{State}

Case number (If known):    18-23555

☐ Check if this is an amended filing

## Official Form 206 H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively. Attach the additional page to this page.

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes.

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
*Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| **2.1** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.2** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.3** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.4** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.            Case number *(if known)*    18-23555
Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| **2.5** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.6** A&E FACTORY SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.7** A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.8** A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.9** A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.10** A&E HOME DELIVERY LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.                         Case number *(if known)*    18-23555
            Name

| | **Additional Page If Debtor Has More Codebtors** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | **Name** / **Mailing Address** | **Name** | **Check all schedules that apply:** |
|---|---|---|---|
| **2.11** | A&E HOME DELIVERY LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.12** | A&E HOME DELIVERY LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.13** | A&E LAWN & GARDEN LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.14** | A&E LAWN & GARDEN LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.15** | A&E LAWN & GARDEN LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.16** | A&E LAWN & GARDEN LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*  18-23555
Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| **2.17** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.18** A&E LAWN & GARDEN LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.19** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.20** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.21** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.22** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor  SEARS HOME IMPROVEMENT PRODUCTS, INC.
        Name

Case number (if known)  18-23555

| ▉ | **Additional Page If Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| **2.23** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.24** A&E SIGNATURE SERVICE LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.25** BIG BEAVER OF FLORIDA DEVELOPMENT LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.26** BLUELIGHTCOM INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.27** CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.28** CALIFORNIA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.        Case number *(if known)*   18-23555
Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| **2.29** | CALIFORNIA BUILDER APPLIANCES INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.30** | CALIFORNIA BUILDER APPLIANCES INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.31** | CALIFORNIA BUILDER APPLIANCES INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.32** | CALIFORNIA BUILDER APPLIANCES INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.33** | FBA HOLDINGS INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.34** | FBA HOLDINGS INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

Debtor   SEARS HOME IMPROVEMENT PRODUCTS, INC.
         Name

Case number *(if known)*   18-23555

| | **Additional Page If Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.35** FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.36** FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.37** FBA HOLDINGS INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.38** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.39** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.40** FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number (if known)    18-23555

---

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.41 | FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.42 | FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.43 | FLORIDA BUILDER APPLIANCES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| 2.44 | INNOVEL SOLUTIONS INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.45 | KBL HOLDING INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.46 | KLC INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number *(if known)*    18-23555

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.47 | KLC INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.48 | KLC INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.49 | KLC INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.50 | KLC INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.51 | KLC INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.52 | KMART CORPORATION | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | |
| **2.53** | KMART CORPORATION | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.54** | KMART CORPORATION | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.55** | KMART CORPORATION | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.56** | KMART CORPORATION | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.57** | KMART CORPORATION | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.58** | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.59 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.60 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |
| 2.61 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D ☐ E/F ☐ G |
| 2.62 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| 2.63 | KMART HOLDING CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D ☒ E/F ☐ G |
| 2.64 | KMART OF MICHIGAN INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D ☐ E/F ☐ G |

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.                                      Case number *(if known)*    18-23555
            Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| **2.65** | KMART OF MICHIGAN INC<br>3333 BEVERLY ROAD<br>*Street*<br>HOFFMAN ESTATES, IL 60179<br>*City, State, Zip Code* | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.66** | KMART OF MICHIGAN INC<br>3333 BEVERLY ROAD<br>*Street*<br>HOFFMAN ESTATES, IL 60179<br>*City, State, Zip Code* | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.67** | KMART OF MICHIGAN INC<br>3333 BEVERLY ROAD<br>*Street*<br>HOFFMAN ESTATES, IL 60179<br>*City, State, Zip Code* | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.68** | KMART OF MICHIGAN INC<br>3333 BEVERLY ROAD<br>*Street*<br>HOFFMAN ESTATES, IL 60179<br>*City, State, Zip Code* | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.69** | KMART OF MICHIGAN INC<br>3333 BEVERLY ROAD<br>*Street*<br>HOFFMAN ESTATES, IL 60179<br>*City, State, Zip Code* | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.70** | KMART OF WASHINGTON LLC<br>3333 BEVERLY ROAD<br>*Street*<br>HOFFMAN ESTATES, IL 60179<br>*City, State, Zip Code* | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.    Case number (if known)    18-23555
Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.71 KMART OF WASHINGTON LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.72 KMART OF WASHINGTON LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.73 KMART OPERATIONS LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.74 KMART OPERATIONS LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.75 KMART OPERATIONS LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.76 KMART OPERATIONS LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor      SEARS HOME IMPROVEMENT PRODUCTS, INC.                    Case number *(if known)*    18-23555
            Name

| ■ | **Additional Page If Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.77** | KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br><br>Street<br><br>HOFFMAN ESTATES, IL 60179<br><br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.78** | KMART OPERATIONS LLC | 3333 BEVERLY ROAD<br><br>Street<br><br>HOFFMAN ESTATES, IL 60179<br><br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.79** | KMART STORES OF ILLINOIS LLC | 3333 BEVERLY ROAD<br><br>Street<br><br>HOFFMAN ESTATES, IL 60179<br><br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.80** | KMART STORES OF ILLINOIS LLC | 3333 BEVERLY ROAD<br><br>Street<br><br>HOFFMAN ESTATES, IL 60179<br><br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.81** | KMART STORES OF ILLINOIS LLC | 3333 BEVERLY ROAD<br><br>Street<br><br>HOFFMAN ESTATES, IL 60179<br><br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.82** | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br><br>Street<br><br>HOFFMAN ESTATES, IL 60179<br><br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor　　SEARS HOME IMPROVEMENT PRODUCTS, INC.
　　　　　Name

Case number (if known)　18-23555

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.83 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.84 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.85 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.86 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.87 | KMART STORES OF TEXAS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| 2.88 | KMARTCOM LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number (if known)    18-23555

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.89** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| **2.90** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |
| **2.91** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D ☐ E/F ☐ G |
| **2.92** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.93** KMARTCOM LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D ☒ E/F ☐ G |
| **2.94** MAXSERV INC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.          Case number *(if known)*    18-23555
          Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| **2.95** | MYGOFER LLC / 3333 BEVERLY ROAD (Street) / HOFFMAN ESTATES, IL 60179 (City, State, Zip Code) | | BANK OF AMERICA | ☒ D / ☐ E/F / ☐ G |
| **2.96** | MYGOFER LLC / 3333 BEVERLY ROAD (Street) / HOFFMAN ESTATES, IL 60179 (City, State, Zip Code) | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D / ☐ E/F / ☐ G |
| **2.97** | MYGOFER LLC / 3333 BEVERLY ROAD (Street) / HOFFMAN ESTATES, IL 60179 (City, State, Zip Code) | | JPP LLC | ☒ D / ☐ E/F / ☐ G |
| **2.98** | MYGOFER LLC / 3333 BEVERLY ROAD (Street) / HOFFMAN ESTATES, IL 60179 (City, State, Zip Code) | | WILMINGTON TRUST AS TRUSTEE | ☒ D / ☐ E/F / ☐ G |
| **2.99** | MYGOFER LLC / 3333 BEVERLY ROAD (Street) / HOFFMAN ESTATES, IL 60179 (City, State, Zip Code) | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D / ☒ E/F / ☐ G |
| **2.100** | MYGOFER LLC / 3333 BEVERLY ROAD (Street) / HOFFMAN ESTATES, IL 60179 (City, State, Zip Code) | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D / ☒ E/F / ☐ G |

Debtor          SEARS HOME IMPROVEMENT PRODUCTS, INC.                                    Case number (if known)    18-23555
                Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.101 | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.102 | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.103 | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.104 | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.105 | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.106 | PRIVATE BRANDS LTD | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*    18-23555

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| **2.107** SEARS BRANDS BUSINESS UNIT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.108** SEARS BRANDS BUSINESS UNIT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.109** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.110** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.111** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.112** SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number (if known)    18-23555

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.113** | SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.114** | SEARS BRANDS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D ☒ E/F ☐ G |
| **2.115** | SEARS BRANDS LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |
| **2.116** | SEARS BRANDS LLC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.117** | SEARS BUYING SERVICES INC | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.118** | SEARS DEVELOPMENT CO | 3333 BEVERLY ROAD <br> Street <br><br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D ☐ E/F ☐ G |

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.119** | SEARS DEVELOPMENT CO | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.120** | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.121** | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.122** | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.123** | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.124** | SEARS HOLDINGS CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
          Name

Case number *(if known)*    18-23555

| | **Additional Page If Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| **2.125** SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.126** SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.127** SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.128** SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.129** SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.130** SEARS HOLDINGS MANAGEMENT CORPORATION | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
_____
Name

Case number *(if known)*    18-23555
_____

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.131 | SEARS HOLDINGS PUBLISHING COMPANY LLC | 3333 BEVERLY ROAD — Street<br>HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.132 | SEARS HOME & BUSINESS FRANCHISES INC | 3333 BEVERLY ROAD — Street<br>HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.133 | SEARS INSURANCE SERVICES LLC | 3333 BEVERLY ROAD — Street<br>HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.134 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD — Street<br>HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.135 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD — Street<br>HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.136 | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD — Street<br>HOFFMAN ESTATES, IL 60179 — City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.          Case number (if known)    18-23555
Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| **2.137** | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.138** | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.139** | SEARS OPERATIONS LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.140** | SEARS PROCUREMENT SERVICES INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.141** | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.142** | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.143 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | JPP LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.144 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.145 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.146 | SEARS PROTECTION COMPANY | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.147 | SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | BANK OF AMERICA | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.148 | SEARS PROTECTION COMPANY FLORIDA LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D <br> ☐ E/F <br> ☐ G |

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| **2.149** | SEARS PROTECTION COMPANY FLORIDA LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.150** | SEARS PROTECTION COMPANY FLORIDA LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.151** | SEARS PROTECTION COMPANY FLORIDA LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.152** | SEARS PROTECTION COMPANY FLORIDA LLC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.153** | SEARS PROTECTION COMPANY PR INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.154** | SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.155 | SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.156 | SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.157 | SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.158 | SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.159 | SEARS ROEBUCK ACCEPTANCE CORP<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| 2.160 | SEARS ROEBUCK AND CO<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.             Case number *(if known)*   18-23555
Name

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.161** | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| **2.162** | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.163** | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.164** | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.165** | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.166** | SEARS ROEBUCK AND CO | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | Regent O'Hare, LLC | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number *(if known)* | 18-23555 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.167 | SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| 2.168 | SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.169 | SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.170 | SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.171 | SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.172 | SEARS ROEBUCK DE PUERTO RICO INC<br>3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | SEARS HOME IMPROVEMENT PRODUCTS, INC. | Case number (if known) | 18-23555 |
|---|---|---|---|
| | Name | | |

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| **2.173** | SERVICELIVE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.174** | SHC DESERT SPRINGS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.175** | SHC LICENSED BUSINESS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.176** | SHC PROMOTIONS LLC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.177** | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |
| **2.178** | SOE INC | 3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number *(if known)*    18-23555

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| **2.179** SOE INC<br>3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.180** SOE INC<br>3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| **2.181** SOE INC<br>3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.182** SOE INC<br>3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| **2.183** SRE HOLDING CORPORATION<br>3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| **2.184** STARWEST LLC<br>3333 BEVERLY ROAD<br>Street<br><br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | | BANK OF AMERICA | ☒ D<br>☐ E/F<br>☐ G |

Debtor    SEARS HOME IMPROVEMENT PRODUCTS, INC.
Name

Case number (if known)    18-23555

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.185 | STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | CITIBANK NA AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.186 | STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.187 | STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON TRUST AS TRUSTEE | ☒ D<br>☐ E/F<br>☐ G |
| 2.188 | STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.189 | STARWEST LLC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | WILMINGTON SAVINGS FUND SOCIETY FSB | ☐ D<br>☒ E/F<br>☐ G |
| 2.190 | STI MERCHANDISING INC | 3333 BEVERLY ROAD<br>Street<br>HOFFMAN ESTATES, IL 60179<br>City, State, Zip Code | JPP LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor __SEARS HOME IMPROVEMENT PRODUCTS, INC._____
Name

Case number *(if known)* __18-23555_____

**Additional Page If Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.191** | STI MERCHANDISING INC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.192** | SYW RELAY LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.193** | TROY COOLIDGE NO 13 LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| **2.194** | WALLY LABS LLC | 3333 BEVERLY ROAD <br> Street <br> HOFFMAN ESTATES, IL 60179 <br> City, State, Zip Code | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name     SEARS HOME IMPROVEMENT PRODUCTS, INC.

United States Bankruptcy Court for the:    Southern      District of:    New York
                                                                    {State}

Case number (If known):    18-23555

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**     **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from Schedule A/B................................................................................................

   $      5,681,144.00

   **1b. Total personal property:**
   Copy line 91A from Schedule A/B................................................................................................

   $      374,261,950.95

   **1c. Total of all property:**
   Copy line 92 from Schedule A/B................................................................................................

   $      379,943,094.95

**Part 2:**     **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................

   $      0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206 E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   $      6,826.94

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

   $      7,387,874.59

4. **Total liabilities**................................................................................................................
   Lines 2+ 3a + 3b

   $      7,394,701.53

Case number (If known):

**Fill in this information to identify the case:**

Debtor name      SEARS HOME IMPROVEMENT PRODUCTS, INC.

United States Bankruptcy Court for the:    Southern      District of:    New York
                                                    {State}

Case number (If known):     18-23555

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B Assets - Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule _____*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on    01/17/2019        ✗   */s/ Robert A. Riecker*
           MM/DD/YYYY              Signature of individual signing on behalf of debtor

                                          Robert A. Riecker
                                          Printed name

                                          Office of the CEO,
                                          Chief Financial Officer

                                          Position or relationship to debtor