IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
: 
: Chapter 11
In re: :
: Case No. 18-23538 (RDD)
SEARS HOLDING CORPORATION, *et al.*, :
: (Jointly Administered)
Debtors. :
:
:
------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kelly Kleist, to be admitted, **pro hac vice**, to represent Health Care Service Corporation, a mutual legal reserve and its division Blue Cross Blue Shield of Illinois (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State Of Texas and the bar of the U.S. District Court for the Northern District of Texas, Eastern District of Texas, Southern District of Texas and Western District of Texas, it is hereby

ORDERED, that Kelly E. Kleist, Esq., is admitted to practice, **pro hac vice**, in the above referenced cases to represent Health Care Service Corporation, a mutual legal reserve and its division Blue Cross Blue Shield of Illinois, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 18, 2019
    White Plains, New York

/s/ Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE