Objection Deadline: January 28, 2019 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re**                                                 :        Chapter 11
:
**SEARS HOLDINGS CORPORATION,** *et al.*,    :        Case No. 18-23538 (RDD)
:
Debtors.[1]                                          :        (Jointly Administered)
:
-----------------------------------------------------------------x

## NOTICE OF INTENT TO CONDUCT STORE CLOSING SALES

PLEASE TAKE NOTICE THAT:

1. On October 15, 2018 and continuing thereafter, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code.

2. On October 26, 2018, the Bankruptcy Court entered an order (ECF No. 337) (the "**Store Closing Order**")[2] approving certain procedures (the "**Store Closing Procedures**") that may be used by the Debtors to close any of their stores, distribution centers, and other non-retail locations (the "**Closing Stores**") and sell the inventory, furniture, fixtures, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Store Closing Order.

equipment at the Closing Stores (such sales, the "**Store Closing Sales**").  An electronic copy of the Store Closing Order can be found at: https://restructuring.primeclerk.com/sears/.

3. Pursuant to the Store Closing Order, the Debtors may designate a location as a Closing Store and conduct Store Closing Sales pursuant to the Store Closing Procedures without further order of the Bankruptcy Court by filing and serving by email or overnight mail on the Notice Parties with this notice of intent (the "**Notice of Intent**") and a copy of the Store Closing Order.  The Notice Parties and affected parties have ten (10) calendar days' notice (the "**Objection Deadline**") from the filing and serving of this Notice of Intent to object to the terms of the Store Closing Procedures and request a hearing on the objection.  The Objection Deadline is **January 28, 2019 at 4:00 p.m. (Eastern Time)**.  If no objection is filed, the Debtors may close the location and conduct Store Closing Sales at such locations in accordance with the terms of the Store Closing Order.

4. The Debtors hereby provide notice that they are closing and may be commencing Store Closing Sales at the locations listed on **Exhibit A** attached hereto on or after the Objection Deadline.[3]  If such sales occur, they will be conducted in accordance with the Store Closing Order and the Store Closing Procedures.

Dated: January 18, 2019
      New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh
Jacqueline Marcus
Garrett Fail
Jessica Liou

*Attorneys for Debtors
and Debtors in Possession*

---

[3] The locations identified on Exhibit A are three distribution centers.

**Exhibit A**

**Closing Stores**

WEIL:\96870592\5\73217.0004

| | STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 1. | 440 | Mantkin LLC c/o Kin Properties, Inc. 185 NW Spanish River Blvd. Suite 100 Boca Raton, FL 33431 | N/A | Innovel Solutions, Inc., f/k/a Sears Logistics Services, Inc. | 1600 N Boudreau Rd MANTENO, IL 60950 |
| 2. | 443 | 1055 Hanover LLC c/o LBA Realty LLC 3347 Michelson Drive Suite 200 Irvine, CA 92612 | N/A | Sears Holdings Corporation | Hanover Industrial Pk WILKES BARRE, PA 13656 |
| 3. | 447 | Garlly Associates Limited Partnership c/o Greyhawke Capital Advisors LLC 777 West Putnam Avenue Greenwich, CT 06830 | N/A | SRC Real Estate (TX), LLC | 2775 W Miller Rd GARLAND, TX 75042 |