**FedEx Express** — Package US Airbill

Sender's FedEx Tracking Number: 8139 2579 4518

**1 From** *Please print and press hard.*
Date: 1-10-18
Sender's Name: Frances Gettleri, Esq.  Phone: (215) 789-4842
Company: FOWLER HIRTZEL MCNULTY SPAULDI
Address: 2000 MARKET ST FL 550
City: PHILADELPHIA  State: PA  ZIP: 19103-3202

**2 Your Internal Billing Reference:** 119.905

**3 To**
Recipient's Name: Clerk of Court  Phone: (   )
Company: US Bankruptcy Court
Address: One Bowling Green
City: New York  State: NY  ZIP: 10004-1408

delivered 9:30am  0131910353

**4 Express Package Service**
Form ID No. 0215
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**
- [X] Saturday Delivery NOT available
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes Shipper's Declaration not required
- [ ] Yes As per attached Shipper's Declaration
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages  Total Weight  Total Declared Value

611

1/18/2019 18-23538-shl Doc 1723-1 Filed 01/11/19 Entered 01/18/19 12:42:53 FedEx receipt showing Response of Westfield Insurance Company recd by USB Pg 2 of 2

Track your package or shipment with FedEx Tracking



813925794518

# Delivered
## Friday 1/11/2019 at 9:30 am

**DELIVERED**
Signed for by: T.LEWIS

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| PHILADELPHIA, PA US | NY US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | DELIVERED TO |
|---|---|---|
| 813925794518 | FedEx Standard Overnight | Shipping/Receiving |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Shipper | 119 905 | FedEx Envelope |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday | 1/11/2019 by 3:00 pm | Thu 1/10/2019 |

**ACTUAL DELIVERY**
Fri 1/11/2019 9:30 am

## Travel History

Local Scan Time

**Friday, 1/11/2019**

| Time | Location | Status |
|---|---|---|
| 9:30 am | NY | Delivered |
| 8:37 am | NEW YORK, NY | On FedEx vehicle for delivery |
| 8:25 am | NEW YORK, NY | At local FedEx facility |
| 4:13 am | NEWARK, NJ | Departed FedEx location |
| 12:24 am | NEWARK, NJ | Arrived at FedEx location |

**Thursday, 1/10/2019**