UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
In re                                                       :
                                                            :     Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                         :
                                                            :     Case No. 18-23538 (RDD)
                                                            :
                    Debtors.[1]                             :     (Jointly Administered)
------------------------------------------------------------x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on B&B HVAC LLC (MMLID #4845327), 1022 Terrapin Street, Indian Trail, NC, 28079.

- Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business [Docket No. 901]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On January 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Cherryvale Mall LLC (MMLID #4798103), 7200 Harrison Ave., Suite 5, Rockford, IL, 61112-1042.

- Notice of Hearing on Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties [Docket No. 924]

On January 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on A Wisemans Home Improvement, Inc. (MMLID #4898541), Attn: Ryan Wiseman, 7515 Red Bud Rd., Granite Bay, CA, 95746.

- Notice of Assumed and Assigned Contracts Designated by Service.com in Connection with Sale of Sears Home Improvement Business [Docket No. 1208]

On January 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Intent to Conduct Store Closing Sales [Docket No. 1444]

On January 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Wells Fargo Bank, National Association, as Collateral Agent (MMLID #4778413), 230 W. Monroe St., Suite 1950, Chicago, IL, 60606.

- Notice of Extended Objection Deadline with Respect to the December 19, 2018 Lease Rejection Notice [Docket No. 1507]

Dated: January 18, 2019

_____
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 18, 2019, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

SRF 30199

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 4885221 | ACCO BRANDS USA LLC | Four Corporate Drive | | Lake Zurich | IL | 60047-8997 |
| 4778414 | BANK OF AMERICA, N.A., AS CONTROL CO-COLLATERAL AGENT | 100 N TYRON ST. | | CHARLOTTE | NC | 28255 |
| 4857596 | BELLEVUE GEMS LLC | FRANS OP DDEN KAMP/NILSA COSMA | 4 Embarcadero Ctr | San Francisco | CA | 94111 |
| 4886562 | COLOR SPOT NURSERIES INC | 27368 Via Industria, Suite 201 | | Temecula | CA | 92590 |
| 4806544 | DOK SOLUTION LLC | 1185 Gooden Crossing | | Largo | FL | 33778 |
| 4857554 | EMERGE TECHNOLOGIES | JAYSON BUNCH | 200 WHITE PLAINS ROAD | TARRYTOWN | NY | 10591 |
| 4860583 | GENERAL IMAGING COMPANY | 17239 SOUTH MAIN STREET | | GARDENA | CA | 90248 |
| 4858580 | KAMHI WORLD INC | 815 S Fort Harrison Ave | | Clearwater | FL | 33756 |
| 4857686 | KOOLATRON INC | MIKE HEIGES | 4330 COMMERECE DR | BATAVIA | NY | 14020 |
| 4876692 | MILL CREEK ENTERTAINMENT LLC | HALF MOON INVESTMENTS LLC | 15102 Minnetonka Industrial Road | Minnetonka | MN | 55345 |
| 4879254 | OUR ALCHEMY LLC | f/k/a MILLENNIUM ENTERTAINMENT LLC | 5900 WILSHIRE BLVD, 18th Floor | LOS ANGELES | CA | 90036 |
| 4857747 | RICHLINE GROUP INC | KATHY KNEE | 2501 W. Burbank Blvd., Suite 307 | Burbank | CA | 91505 |
| 4885787 | RM ACQUISITION LLC | Rand McNally | 9855 Woods Drive | Skokie | IL | 60077 |
| 4778437 | Teamsters Local 107 | Attn: Shawn Dougherty | 12275 Townsend Rd | Philadelphia | PA | 19154 |
| 4778380 | TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC | 2121 AVENUE OF THE STARS | ROOM 5012 | LOS ANGELES | CA | 90067 |
| 4798216 | VICTORY INTERNATIONAL GROUP LLC | 14748 Pipeline Ave. Ste. B | | Chino Hills | CA | 91709-6024 |
| 4857575 | VIJAY GOLD DESIGNS | 1212 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)