**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
IN RE:                                          :
                                                :
**SEARS HOLDINGS CORPORATION,** *et als*        :  CHAPTER 11
                                                :
                                                :  Case No. 18-23538(rdd)
                         Debtors                :
                                                :  (Jointly Administered)
---------------------------------------------------------------x

### CURE OBJECTION of MACDADE MALL ASSOCIATES, L.P. (Store #3597)

MacDade Mall Associates, L.P. (**"MDMA"**), through its undersigned counsel, hereby objects to the Debtors' stated cure amount, as follows:

1. MDMA is the lessor and Debtor KMart Corporation is the lessee of certain real property located at 600 MacDade Boulevard, Holmes, PA 19043 (the **"Premises"**), known as Store 3597, under the terms of a Lease dated December 10, 1982, as amended (the **"Lease"**).

2. Upon information and belief, Debtor KMart Corporation operates its store #3597 at the Premises.

3. On January 18, 2019, the Debtors served their "Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transactions" (the **"Cure Notice"**) on MDMA's counsel.

4. At Line 205 of Schedule "B" of the Cure Notice, the Cure Amount for the Lease is stated as $26,008.00.

5. The actual Cure Amount due under the terms of the Lease is $295,775.58, as shown on MDMA's filed Proof of Claim (#5880, filed December 5, 2018), incorporated herein by reference.

6. The specific items comprising the Cure Amount[1] are:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MacDade Mall Associats, L.P. (26) | | | | | | | |
| Kmart Corporation 0083) | | | | | | | |
| 26 | Kmart Corporation | Current | C-9773 | TAXRECCY | 08/14/2017 | 08/2017 | 11,846.15 |
| 26 | Kmart Corporation | Current | C-16499 | TAXRECCY | 07/24/2018 | 07/2018 | 255,556.81 |
| 26 | Kmart Corporation | Current | C-17411 | INSRECCY | 09/12/2018 | 09/2018 | 28,372.62 |

7. Invoices for each of these items (the 2017 Tax Reconciliation represents a partial balance due) are attached hereto as **Exhibits "A"**, **"B"**, and **"C"**.

        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

    By: /S/ William J. Levant, Esquire
       William J. Levant, Esquire
       **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
       910 Harvest Drive
       Post Office Box 3037
       Blue Bell, PA 19422
       (610)260-6000
       (610)684-2020 – Telecopier
       wlevant@kaplaw.com
       Counsel for MacDade Mall Associates, L.P.

Date : January 21, 2019

---

[1]  "Taxreccy" represents the annual real estate tax reconciliation amount.
  "Insreccy" represents the annual insurance premium reconciliation amount.

**EXHIBIT "A"**

# MacDade Mall Associates L.P.

120 West Germantown Pike, Suite 120

Plymouth Meeting, PA  19462

[p]  610/277-8899

**To:** Sears Roebuck and Company  
Property Tax Dept 768 Tax B2-116A  
P.O. Box 927000  
Hoffman Estates, IL  60192-9901

**Date:** August 14, 2017  
**Invoice:** KM/CTS/2017  
**Terms:** Net 30 Days

**REVISED**

**Re:** MacDade Mall  (Holmes, PA  
**2017 / Property Tax Invoice for the County, Township and School**  
Kmart Store / 3597  
Square footage = 105,569  
Via / Email ONLY / Monika Kantor /  Kmart Property Tax Dept

**Pro-Rata** **40.2881%**

| Category Expense Description | Total Cost | Pro-Rata Share | Net Due |
|---|---|---|---|
| 2017 Ridley Township Taxes | 52,728.79 | | |
| 2017 Glenolden Borough  Taxes | 89,160.37 | | |
| 2017 County Taxes Ridley Township | 50,767.99 | | |
| 2017 County Taxes Ridley Township | 30,046.52 | | |
| 2017 / 2018 Ridley School Taxes | 214,081.50 | | |
| 2017 / 2018 Borough of Glenolden School | 326,707.53 | | |
| Total 2017 Taxes | 763,492.70 | | |
| Less:  1983 Base Year | (143,209.00) | | |
| Net Billable Real Estate Taxes | 620,283.70 | 40.2881% | 249,900.70 |
| | | Sub-Total | $ 249,900.70 |
| | | Misc Charges | $ - |
| | | **Invoice Total** | **$ 249,900.70** |

**Property Tax Notes:**
- Borough, Township and County Tax Period:  1/01/2017 - 12/31/2017.
- Borough, Township School Tax Period: 7/01/2017 - 6/30/2018.

**EXHIBIT "B"**

# MacDade Mall Associates L.P.

120 West Germantown Pike, Suite 120

Plymouth Meeting, PA  19462

[p]  610/277-8899

**To:** Sears Roebuck and Company  
Property Tax Dept 768 Tax B2-116A  
P.O. Box 927000  
Hoffman Estates, IL  60192-9901

**Date:** July 20, 2018  
**Invoice:** KM/CTS/2018  
**Terms:** Net 30 Days

**Re:** MacDade Mall  (Holmes, PA  
**2018 / Property Tax Invoice for the County, Township and School**  
Kmart Store / 3597  
Square footage = 105,569  
Via / Email ONLY / Monika Kantor /  Kmart Property Tax Dept

| Pro-Rata | 40.2881% |
|---|---|

| Category Expense Description | Total Cost | Pro-Rata Share | Net Due |
|---|---|---|---|
| 2018 Ridley Township Taxes | 52,676.85 | | |
| 2018 Glenolden Borough Taxes | 89,160.37 | | |
| 2018 County Taxes Ridley Township | 50,767.99 | | |
| 2018 County Taxes Ridley Township | 30,046.52 | | |
| 2018 / 2019 Ridley School Taxes | 218,534.82 | | |
| 2018 / 2019 Borough of Glenolden School | 336,345.29 | | |
| Total 2018 Taxes | 777,531.84 | | |
| Less:  1983 Base Year | (143,209.00) | | |
| Net Billable Real Estate Taxes | 634,322.84 | 40.2881% | 255,556.81 |
| | | Sub-Total | $ 255,556.81 |
| | | Misc Charges | $ - |
| | | Invoice Total | $ 255,556.81 |

**Property Tax Notes:**

 - Borough, Township and County Tax Period:  1/01/2018 - 12/31/2018.

 -  Borough, Township School Tax Period:  7/01/2018 - 6/30/2019.

**EXHIBIT "C"**

# MacDade Mall Associates, L.P.

120 West Germantown Pike, Suite 120
Plymouth Meeting, PA  19462
[p]  610/277-8899

**To:**  Sears Holding Corporation
Real Estate Department, BC-131A
3333 Beverly Road
Hoffman Estates, IL  60179

**Date:**  September 12, 2018
**Invoice:**  KM/INS/2018-19
**Terms:**  Net 30 days

**Re:**  MacDade Mall (Holmes, PA)
**2018 / 2019 Insurance Invoice**
Kmart Store / 3597
Square Footage / 105,569
Via / Email ONLY / Tammi Banaszak

| Description | | | Pro-Rata Share | Tenant's Share |
|---|---|---|---|---|
| 2018 / 2019 Insurance | $ | 91,595.00 | | |
| Less:  Base Year | $ | (21,170.68) | | |
| Total Cost | $ | 70,424.32 | 40.2881% | $ 28,372.62 |
| | | | Sub-Total | $ 28,372.62 |
| | | | Misc Charges | |
| | | | Invoice Total | $ 28,372.62 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IN RE:                                           :
                                                 :
**SEARS HOLDINGS CORPORATION,** *et als*         :  CHAPTER 11
                                                 :
                                                 : Case No. 18-23538(rdd)
                            Debtors              :
                                                 : (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE of SERVICE

    I hereby certify, pursuant to 28 U.S.C. §1746, that on January 22, 2019, I caused a true and correct copy of the foregoing Cure Objection to be sent to each of the persons named on the attached Service List, by email (unless otherwise stated).

                      **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    /S/ William J. Levant, Esquire
         William J. Levant, Esquire
         **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
         910 Harvest Drive
         Post Office Box 3037
         Blue Bell, PA 19422
         (610)260-6000
         (610)684-2020 – Telecopier
         wlevant@kaplaw.com
         Counsel for MacDade Mall Associates, L.P.

**SERVICE LIST**

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. garrett.fail@weil.com
        Sunny Singh, Esq. sunny.singh@weil.com

    c. Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Elberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq. : idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

**[CONTINUED on NEXT PAGE]**

**[CONTINUED from PREVIOUS PAGE]**

| | |
|---|---|
| Transform Holdco, LLC<br>c/o ESL Partners, Inc.<br>Attention: Kunal S. Kamlani and Harold Talisman<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154 | Via First Class Mail |
| Sears Holdings Corporation<br>Attn: General Counsel<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Via First Class Mail |
| Weil, Gotshal & Manges LLP<br>Attention: Ray C. Schrock, P.C.,<br>   Ellen J. Odoner, Gavin Westerman and Sunny Singh<br>767 Fifth Avenue<br>New York, New York 10153 | Via First Class Mail |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attention: Christopher E. Austin,<br>  Benet J. O'Reilly and Sean A. O'Neal<br>One Liberty Plaza<br>New York, NY 10006 | Via First Class Mail |