**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
**In re**                                                  :
                                                        :  **Chapter 11**
**SEARS HOLDINGS CORPORATION,**            :
                                                        :  **Case No. 18-23538 (RDD)**
                                                        :
         **Debtors.**                      :  **(Jointly Administered)**
---------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul R. Genender to be admitted, *pro hac vice*, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is herby

**ORDERED**, that Paul R. Genender, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 22, 2019
      White Plains, New York

                                /s/ Robert D. Drain
                                THE HONORABLE ROBERT D. DRAIN
                                UNITED STATES BANKRUPTCY JUDGE