CUSTY LAW FIRM, LLC
Brian Custy
4004 Campbell Street, Suite 4
Valparaiso, Indiana 46385
Telephone: (219) 286-7361
Email: bcusty@custylaw.com

*Counsel to Jenny Yednak and Ronald Yednak*
(*pro hac vice* admission pending)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
Sears Holding Corporation, et al.,                          :    Case No. 18-23538-rdd
                                                            :
            Debtors.                                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Brian Custy, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Jenny Yednak and Ronald Yednak, each a Creditor in the above-referenced jointly administered cases.

I certify that I am a member in good standing of the bar in the State of Indiana, the State of Illinois, and the U.S. District Courts for the Northern and Southern Districts of Indiana and the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission. Dated this 22nd day of January, 2019.

                                                    CUSTY LAW FIRM, LLC

                                                    By: */s/ Brian Custy*

Brian Custy
4004 Campbell Street, Suite 4
Valparaiso, Indiana 46385
Telephone: (219) 286-7361
Email: bcusty@custylaw.com
*Counsel to Jenny Yednak and Ronald Yednak*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
Sears Holding Corporation, et al., : Case No. 18-23538-rdd
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Brian Custy, to be admitted, *pro hac vice*, to represent Jenny Yednak and Ronald Yednak (the "Clients"), each a Creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the of the bar in the State of Indiana, the State of Illinois, and the U.S. District Courts for the Northern and Southern Districts of Indiana and the Northern District of Illinois.

**ORDERED**, that Brian Custy, is admitted to practice, *pro hac vice*, in the above referenced jointly administered cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
Robert D. Drain
United States Bankruptcy Judge