**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 807]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: January 22, 2019

Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 22, 2019, by Stephanie Jordan,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

2

SRF 30272

**<u>Exhibit A</u>**

## Exhibit A

Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4394667 | BARRATT, CORTNEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4656228 | Bissell, Michelle | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4215117 | CARRILLO, DANIEL L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4871104 | CEI ROOFING TEXAS LLC | DIMENSIONAL ROOFING | 3416 ANDTREE BLVD | AUSTIN | TX | 78724-2502 |
| 4653202 | ERDHAL, ANN T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4588993 | FOX, GILBER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4762533 | GRIFFIN, EDNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4610583 | JACQUES, CARMEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4254464 | KITE, WENDY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4850961 | MILESON REFRIGERATION & AC | 5409 Dana Way | | Sacramento | CA | 95822-2810 |
| 4792991 | Nichols, Kathleen | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4222064 | PETTWAY, KENDRICK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4716219 | SANDERS, DUSTIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4802836 | SONIC GAMES INC | PO BOX 1663 | | BEVERLY HILLS | CA | 90213-1663 |
| 4701785 | VEITCH, LONNIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)