# EXHIBIT "B"

# PREIT™


PEI
LISTED
NYSE

December 7, 2018

**VIA FEDERAL EXPRESS OVERNIGHT**

Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, Illinois 60179
Attn: Vice President – Real Estate
and Real Estate Law; Dept. 824RE

RE:   Termination of Lease and Agreement dated May 15, 2018 ("Termination
      Agreement") between PR North Dartmouth LLC ("Landlord") and Sears,
      Roebuck and Co. ("Tenant") regarding Sears No. 2373 located at 100 N.
      Dartmouth Mall, North Dartmouth, MA

Dear Sir or Madam,

   All capitalized terms used in this letter will have the meanings ascribed to such
terms in the Termination Agreement, a copy of which is enclosed for ease of reference.
This letter shall serve as Landlord's affirmative notice to Tenant that the Termination
Date shall be August 31, 2019. Landlord has paid the Termination Payment to Tenant,
the Inspection Period has expired, and the Consent has been obtained by Landlord. All
Landlord conditions and contingencies under the Termination Agreement have been met,
fulfilled or expired.

                              PR North Dartmouth LLC, a Delaware
                              limited liability company

                              By: PREIT Associates, L.P., a Delaware
                              limited partnership, its member

                              By: Pennsylvania Real Estate Investment
                              Trust, a Pennsylvania business trust, its sole
                              general partner

                              By:  _____
                              Name: Lisa M. Most
                              Its:   Senior Vice President

cc:   Joe Aristone; Joshua Talley; Rob MacIver
      Information Management