**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for PREIT Services, LLC, as agent
for PR North Dartmouth LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | Chapter 11 |
| SEARS HOLDINGS CORPORATION, INC., et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2019, he caused a copy of the Objection of PREIT Services, LLC, as agent for PR North Dartmouth LLC, to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction to be served upon all parties via the Court's CM/ECF electronic filing system.

_____
Jeffrey Kurtzman