**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for PREIT Services, LLC, as agent
for PR North Dartmouth LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|  | Chapter 11 |
| SEARS HOLDINGS CORPORATION, INC., et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER SUSTAINING OBJECTION TO MOTION OF PREIT SERVICES, LLC, AS AGENT FOR PR NORTH DARTMOUTH LLC, TO DEBTORS' POTENTIAL ASSUMPTION AND ASSIGNMENT OF NONRESIDENTIAL REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. §365(b) AND (f)**

Upon consideration of the objection (the "Objection") of PREIT Services, LLC, as agent for PR North Dartmouth LLC ("PR North Dartmouth") to the debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction, and any responses to the relief requested therein, and notice of the Objection having been due and proper, and the Court having considered the Objection and the relief requested therein, it is hereby

ORDERED, pursuant to 11 U.S.C. §365(b) and (f),. that the Objection is sustained; and it is further

ORDERED, in accordance with the foregoing, that the lease for the debtors' store number 2373 for premises located at the Dartmouth Mall (as described in the Objection), is not subject to assumption or assumption and assignment for the reasons set forth in the Objection; and it is further

ORDERED, that this Court shall retain jurisdiction to implement and enforce this Order to the extent necessary.

_____
ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE