**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 <br> ) <br> ) Case No. 18-23538 (RDD) |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | ) Jointly Administered <br> ) |
| **Debtors.** | ) Hon. Robert D. Drain <br> ) |

### ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY COURTNEY L. MORGAN TO PRACTICE PRO HAC VICE

Upon the Motion of Courtney L. Morgan to be admitted, *pro hac vice*, to represent the Pension Benefit Guaranty Corporation, a creditor in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bars of the State of Maryland and the State of Texas, it is hereby

**ORDERED**, that Courtney L. Morgan, Esq. is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York. Ms. Morgan represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: _____         _____
_____, New York             UNITED STATES BANKRUPTCY JUDGE