**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No.   18-23538 (RDD) |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | ) Jointly Administered <br> ) |
| Debtors. | ) Hon. Robert D. Drain <br> ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2019, the Motion for Admission to Practice, *Pro Hac Vice*, by Creditor Pension Benefit Guaranty Corporation for United States Government Attorney Courtney L. Morgan was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/ Courtney L. Morgan
Courtney L. Morgan