**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
In re                                              :
                                                   :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,**                    :
                                                   :    Case No. 18-23538 (RDD)
                                                   :
        Debtors.                                   :    (Jointly Administered)
-------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Amanda Pennington Prugh, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 22, 2019
       New York, New York

                                    /s/ Amanda Pennington Prugh
                                    Amanda Pennington Prugh
                                    WEIL, GOTSHAL & MANGES LLP
                                    200 Crescent Court, Suite 300
                                    Dallas, Texas 75201
                                    Amanda.PenningtonPrugh@weil.com
                                    Telephone: (214) 746-7857

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
**In re**                                        :
                                                 :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,**                  :
                                                 :    **Case No. 18-23538 (RDD)**
                                                 :
             **Debtors.**                        :    **(Jointly Administered)**
---------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Amanda Pennington Prugh (the "Movant"), to be admitted, ***pro hac vice***, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Texas, it is herby

**ORDERED**, that Amanda Pennington Prugh, is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
      New York, New York

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE

2