Janice B. Grubin
Alex J. Chase
LeClairRyan, PLLC
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 634-5016

*Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation*

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No.: 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that LeClairRyan, PLLC, hereby appears in the above-captioned chapter 11 cases as counsel for DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation ("***DXC***"), a creditor and party in interest herein, pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "***Bankruptcy Code***"), Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "***Bankruptcy Rules***"), and requests that copies of any and all notices and papers filed or entered in these cases and all papers served or required to be served in these cases be given to and served upon the following:

Janice B. Grubin
LeClairRyan, PLLC
885 Third Avenue, 16th Floor
New York, New York 10022
janice.grubin@leclairryan.com
Phone: (212) 634-5016
Fax:    (212) 986-3509

and

Alex J. Chase
LeClairRyan, PLLC
885 Third Avenue, 16th Floor
New York, New York 10022
alex.chase@leclairryan.com
Phone: (212) 430-8021
Fax:    (212) 634-5086

**PLEASE TAKE FURTHER NOTICE** that, in accordance with section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "*Filings*"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of DXC.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall not constitute (a) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) a waiver of rights to trial by jury in any proceeding as to any and all matters so triable; (c) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) a waiver of any rights, claims actions, defenses,

2

setoffs, or recoupments; or (e) a consent by DXC to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in these cases against or otherwise involving DXC , all of which rights and consents DXC expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be construed as an appointment of any person or entity as authorized agents of DXC, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rule or Rule 4 of the Federal Rules of Civil Procedure.

Date:  January 23, 2019         LECLAIRRYAN, PLLC
       New York, New York

/s/ Janice B. Grubin
Janice B. Grubin
Alex J. Chase
885 Third Avenue, 16th Floor
New York, New York 10022
Tel:  (212) 634-5016
Fax:  (212) 634-5062
Email:  janice.grubin@leclairryan.com

*Counsel for DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2019, a copy of the foregoing Notice of Appearance and Request for Service of Papers was duly served on all parties receiving electronic notification in these cases from the Court ECF system.

/s/ Janice B. Grubin
Janice B. Grubin