**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| _____ / | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ryan C. Reinert, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Manco Florida Associates, LLC, a creditor in the above-referenced case.

I certify that I am a member in good standing in the State of Florida and the United States District Court for the Middle District of Florida.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: January 23, 2019
Tampa, Florida

*/s/ Ryan C. Reinert*
Ryan C. Reinert
Florida Bar No. 81989
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida  33607
Telephone:     (813) 229-8900
Facsimile:     (813) 229-8901
E-Mail:        rreinert@shutts.com
*Attorneys for Manco Florida Associates, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Ryan C. Reinert to be admitted, *pro hac vice*, to represent Manco Florida Associates, LLC, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member of good standing of the bar in the State of Florida, it is hereby

**ORDERED**, that Ryan C. Reinert, Esq., is admitted to practice, *pro hac vice,* in the above-referenced jointly administered cases to represent Manco Florida Associates, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January __, 2019
      White Plains, New York

 

_____
THE HONORABLE ROBERT D. DRAIN
United States Bankruptcy Judge