# EXHIBIT A

57702867.v1

**Bolour Trust Number One**
Los Angeles, CA 90025

**Statement**

Account: C13003S - 1 - Kmart

Date: 01/21/19

Sears Holdings Corp. Kmart Corporation
3333 Beverly Road
Department 824RE
Hoffman Estates, IL   60179

Payment: _____

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
|  | Balance Forward |  |  | 0.00 |
| 10/15/18 | Insurance Post-Petition (10/15/18-08/15/ | 3,329.99 |  | 3,329.99 |
| 11/30/18 | LADBS inspection Fees Sears Auto | 484.42 |  | 3,814.41 |
| 12/17/18 | RE Tax for Pre-Petition (07/01/-10/14/18 | 12,041.39 |  | 15,855.80 |
| 12/17/18 | RE Tax for Future (01/01/-06/30/19) | 20,561.24 |  | 36,417.04 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 0.00 | 33,087.05 | 0.00 | 3,329.99 | 36,417.04 |