# EXHIBIT B

57702867.v1

# SHERTHAL, LLC
### REAL ESTATE INVESTMENT

October 23, 2018

**Via Federal Express**

Sears Holdings Corp.
Attn.: Tammi Banaszak
BC-131A
3333 Beverly Road
Hoffman Estate, IL 60179

Re:   Kmart Lease # 4421, 13005 Sherman Way, North Hollywood, California
      Property Taxes for 2018

Dear Tammi,

Paragraph 15 of the above referenced lease requires the Tenant to reimburse the Landlord for a portion of the real estate taxes. Per previous agreements, Kmart Corporation pays 32.21 % of the total property tax amount. The amount due is calculated as follows:

**Total 2018 Property Taxes $ 128,727.95 X 32.21 % = $ 41,463.27** ÷ 365 = $ 113.598 per Day

Tenant's share of the property taxes in the amount of **$ 41,463.27** is due and payable on or before November 23, 2017.

Please make your check payable to:

**SHERTHAL, LLC** and mail the check to the address below.

Please do not hesitate to contact us if you have any questions.

Very truly yours,

Michel Bolour, Manager

Encl.: Copy of the 2018 Tax Bill

c/o Apollo Asset Management, Inc. 12301 Wilshire Blvd., Suite 403, Los Angeles, CA 90025
Phone: (310)826-2838, Fax: (310)826-2829, email: apolloasset@pacbell.net

# ANNUAL SECURED PROPERTY TAX BILL
### CITIES, COUNTY, SCHOOLS AND ALL OTHER TAXING AGENCIES IN LOS ANGELES COUNTY
### SECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2018 TO JUNE 30, 2019
#### JOSEPH KELLY, TREASURER AND TAX COLLECTOR
FOR ASSISTANCE CALL 1(213) 974-2111 OR 1(888) 807-2111, ON THE WEB AT lacountypropertytax.com

**PROPERTY IDENTIFICATION**
ASSESSOR'S ID.NO.: 2327 015 019 18 000

OWNER OF RECORD AS OF JANUARY 1, 2018
SAME AS BELOW

**MAILING ADDRESS**
0084334-0084334 SNGL 002 1234-- 737856

SHERTHAL LLC
C/O MICHEL BOLOUR
12301 WILSHIRE BLVD STE 403
LOS ANGELES CA 90025-1021

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#:19 2327 015 019 8 YEAR:18 SEQUENCE:000 0
PIN:   GHCU4E

**SPECIAL INFORMATION**

**DETAIL OF TAXES DUE FOR** ASSESSOR'S ID. NO. 2327 015 019 YR SEQ 18 000 CK 90

| AGENCY | AGENCY PHONE NO. | RATE | AMOUNT |
|---|---|---|---|
| GENERAL TAX LEVY | | | |
| ALL AGENCIES | | 1.000000 | $ 90,884.92 |
| VOTED INDEBTEDNESS | | | |
| CITY-LOS ANGELES | | .023107 | $ 2,100.08 |
| METRO WATER DIST | | .003500 | 318.10 |
| COMMNTY COLLEGE | | .046213 | 4,200.06 |
| UNIFIED SCHOOLS | | .123226 | 11,199.38 |
| DIRECT ASSESSMENTS | | | |
| FLOOD CONTROL | (626) 458-5165 | | $ 4,419.17 |
| LA STORMWATER | (213) 485-2422 | | 3,523.08 |
| COUNTY PARK DIST | (833) 265-2600 | | 882.68 |
| LACO VECTR CNTRL | (800) 273-5167 | | 13.09 |
| LACITY PARK DIST | (213) 847-4708 | | 2,315.89 |
| CITY LT MAINT | (213) 847-1363 | | 1,543.02 |
| RPOSD MEASURE A | (833) 265-2600 | | 1,915.11 |
| TRAUMA/EMERG SRV | (866) 587-2862 | | 5,413.37 |

**PROPERTY LOCATION AND/OR PROPERTY DESCRIPTION**
13003 SHERMAN WAY            LOS ANGELE
TR=1081 EX OF STS LOT 50 AND EX OF ST
LOT 51 AND S 64 75 FT EX OF ST LOT 52

**TOTAL TAXES DUE** $128,727.95
**FIRST INSTALLMENT TAXES** DUE NOV. 1, 2018   $64,363.98
**SECOND INSTALLMENT TAXES** DUE FEB. 1, 2019  $64,363.97

**VALUATION INFORMATION**

| ROLL YEAR 18-19 | CURRENT ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|
| LAND | 7,140,963 | 7,140,963 |
| IMPROVEMENTS | 1,947,529 | 1,947,529 |
| TOTAL | | 9,088,492 |
| LESS EXEMPTION: | | |
| NET TAXABLE VALUE | | 9,088,492 |

**ASSESSOR'S REGIONAL OFFICE**
REGION #28  INDEX:      TRA:00013
SPECIAL PROPERTIES
500 W TEMPLE STREET RM. 180
LOS ANGELES CA 90012
(213)974-3108

ACCT. NO.:    PRINT NO.: 99935  BILL ID.:

ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00.

---

DETACH AND MAIL THIS STUB WITH YOUR 2ND INSTALLMENT PAYMENT
DO NOT INCLUDE NOTES WITH YOUR PAYMENT
DO NOT STAPLE, TAPE OR CLIP PAYMENT STUB OR CHECK

ANNUAL   2018

SHERTHAL LLC
12301 WILSHIRE BLVD STE 403
LOS ANGELES CA 90025-1021

ASSESSOR'S ID. NO.  YR SEQ  CK  PK
2327 015 019  18 000  90  2

2ND INSTALLMENT DUE    INDICATE AMOUNT PAID

FOR MAILING ADDRESS CHANGE
PLEASE MARK BOX BELOW AND
COMPLETE FORM ON REVERSE SIDE
OF THIS PAYMENT COUPON.

PAYMENT DUE 02/01/19 --------------------->   $64,363.97
IF NOT RECEIVED OR POSTMARKED BY 04/10/19
REMIT AMOUNT OF   $70,810.36

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your payment.
30977

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

19318000023270150190006436397000708103697720410

**2ND**

---

DETACH AND MAIL THIS STUB WITH YOUR 1ST INSTALLMENT PAYMENT
DO NOT INCLUDE NOTES WITH YOUR PAYMENT
DO NOT STAPLE, TAPE OR CLIP PAYMENT STUB OR CHECK

ANNUAL   2018

SHERTHAL LLC
12301 WILSHIRE BLVD STE 403
LOS ANGELES CA 90025-1021

ASSESSOR'S ID. NO.  YR SEQ  CK  PK
2327 015 019  18 000  90  1

1ST INSTALLMENT DUE    INDICATE AMOUNT PAID

FOR MAILING ADDRESS CHANGE
PLEASE MARK BOX BELOW AND
COMPLETE FORM ON REVERSE SIDE
OF THIS PAYMENT COUPON.

PAYMENT DUE 11/01/18 --------------------->   $64,363.98
IF NOT RECEIVED OR POSTMARKED BY 12/10/18
REMIT AMOUNT OF   $70,800.37

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your payment.
40980

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

18418000023270150190006436398000708003798011210

1ST

# Michel Bolour

**From:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Sent:** Monday, December 17, 2018 9:50 AM
**To:** Michel Bolour
**Cc:** Meyer, Lynnette
**Subject:** RE: KMart # 4421 - Property Tax Payment

It was calculated based on days

Pre      12,041.39    7/1/18-10/14/18
Post      8,860.64    10/15/18-12/31/18  *Paid*
Future 20,561.24     1/1/19-6/30/19 will be processed in 2019



*Thank you,*
*Tammi Banaszak*
*DIRECTOR-REAL ESTATE*

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Michel Bolour [mailto:bolours@pacbell.net]
**Sent:** Monday, December 17, 2018 11:21 AM
**To:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Cc:** Meyer, Lynnette <Lynnette.Meyer@searshc.com>
**Subject:** KMart # 4421 - Property Tax Payment

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Tammi,
Just received check# 140049472 in the amount of $8,860.64
Please advise on how this was calculated.
The prorated amount for the prepetition period (July 01, to October 15, 2018 = 3.5 Months) should be $12,093.45 !!
Thanks
Michel Bolour

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

1