# EXHIBIT C

57702867.v1

# SHERTHAL, LLC
REAL ESTATE INVESTMENT

October 12, 2018

**Via Electronic Mail**

Sears Holdings Corp.
Attn.: Tammi Banaszak (Tammi.Banaszak@searshc.com)
3333 Beverly Road
BC-131A
Hoffman Estate, IL 60179

Re:   Kmart Lease # 4421, 13003-13007 & 13055 Sherman Way, North Hollywood, California. Insurance 2018

Dear Tammi,

Paragraph 15 of the above referenced lease requires the Tenant to reimburse the Landlord for any increase in insurance premium attributed to any additional improvements that were made by Tenant.

The insurance premium attributed to the building at 13055 Sherman Way (Furr's Building) for the period of 08/15/2018 to 08/15/2019 is $ 4,235.00 per attached supporting documents.

Please pay $ 4,235.00 on or before November 12, 2018

Please make your check payable to: **SHERTHAL, LLC** and mail it to the address below.

Please do not hesitate to contact us if you have any questions.

Very truly yours,

Michel Bolour, Manager

Encl.: Insurance premium invoice.
CC: Lynnette Meyer (Lynnette.Meyer@searshc.com)

c/o Apollo Asset Management, Inc. 12301 Wilshire Blvd., Suite 403, Los Angeles, CA 90025
Phone: (310)826-2838, Fax: (310)826-2829, email: apolloasset@pacbell.net

# Grosslight Insurance, Inc.
1333 Westwood Blvd., Los Angeles, CA 90024

| | Transaction Date | Assured Number |
|---|---|---|
| | 8/15/2018 | BOLOU-1 |

SHERTHAL, LLC
C/O Apollo Asset Management, Inc.
12301 Wilshire Blvd. Suite 403
Los Angeles, CA 90025



| Due Date | Coverage | Insurance Company | Effective Date | Expiration Date |
|---|---|---|---|---|
| Upon Receipt | Commercial Package | Liberty Mutual | 8/15/2018 | 8/15/2019 |

| Coverage Location | Amount |
|---|---|
| Loc. 1: 13003-13007 Sherman Way, North Hollywood, CA | $ 32,560.00 |
| Loc. 2: 13055 Sherman Way, North Hollywood, CA | $ 4,235.00 |
| | $ 36,795.00 |

Make your checks payable to: Liberty Mutual Insurance