# EXHIBIT D

57702867.v1

| BOARD OF<br>**BUILDING AND SAFETY**<br>**COMMISSIONERS**<br>—<br><br>VAN AMBATIELOS<br>PRESIDENT<br><br>E. FELICIA BRANNON<br>VICE-PRESIDENT<br><br>JOSELYN GEAGA-ROSENTHAL<br>GRORGE HOVAGUIMIAN<br>JAVIER NUNEZ<br>— | **CITY OF LOS ANGELES**<br>**CALIFORNIA**<br><br>Eric Garcetti<br>MAYOR | DEPARTMENT OF<br>**BUILDING AND SAFETY**<br>201 NORTH FIGUEROA STREET<br>LOS ANGELES, CA 90012<br>—<br><br>FRANK BUSH<br>GENERAL MANAGER<br>SUPERINTENDENT OF BUILDING<br><br>OSAMA YOUNAN, P.E.<br>EXECUTIVE OFFICER<br><br>Remit to:<br>Los Angeles Department of<br>Building and Safety<br>Financial Services<br>201 N. Figueroa St. Rm 740<br>Los Angeles, Ca 90012 |
|---|---|---|

SHERTHAL LLC
12301 WILSHIRE BLVD, STE 403-STE 403
LOS ANGELES, CA 90025

December 04, 2018

AIM 770108-5

**SUBJECT:** Notice of Outstanding Annual Inspection Fee regarding Property Located at
<u>13007 W SHERMAN WAY, LOS ANGELES, CA 91605, APN 2327015019</u>

An annual inspection fee has been imposed with respect to the above referenced property in accordance with Los Angeles Municipal Code (L.A.M.C.) Section 98.0402(e) for an annual inspection performed against this location on 11/09/2018 (Invoice # 7701085, Account # 2800042189).

The amount, which is due upon receipt of this notice, is comprised of the following charges

| Operator Name: SEARS AUTO CENTER | |
|---|---|
| **Annual Inspection Fee** | $457.00 |
| **SYS DEV SURHG** | $27.42 |
| Total Due | $484.42 |

Please be advised that assignment to a private collection agency will be made if the above listed fees are not paid within 75 days from the date of the invoice. **Failure to pay the fees may result in a lien against the property, pursuant to L.A.M.C. Section 98.0402 (e) and Los Angeles Administrative Code Sections 7.35.3 and 7.35.5.**

For general information, please call (213) 482-6890 between 7:30 a.m. and 4:30 p.m.

To pay your bill online or inquire the account status, go to www.ladbs.org Online Services, Pay/View Invoice Online.

FOR FURTHER QUESTIONS
PLEASE CONTACT:
**DEPARTMENT OF
BUILDING AND SAFETY**
201 N. FIGUEROA ST
ROOM 740
LOS ANGELES, CA 90012

CITY OF LOS ANGELES
**DEPARTMENT OF BUILDING AND SAFETY**
P.O. BOX 514260
LOS ANGELES, CA 90051-4260
PHONE (213) 482-6890

Invoiced to:  SEARS AUTO CENTER
SEARS AUTO CENTER C/O ROBERT MAJANO
13007 W SHERMAN WAY
NORTH HOLLYWOOD, CA 91605

AIM 770108-5

INVOICE #: 770108 5
DATE: 11/30/18
**DUE UPON RECEIPT**

| CUSTOMER ACCOUNT # | AUTHORITY | DEPARTMENT CONTROL NUMBER |
|---|---|---|
| 280004218-9 | L.A.M.C. Section 98.0402.(e) | |

ANNUAL INSPECTION AND MONITORING PROGRAM

WORK DATE: 11/9/18
JOB ADDRESS: 13007 W SHERMAN WAY
CASE NO: 196345
INSP NO: 1589036
FISCAL YEAR: 18-19

In accordance with L.A.M.C. Sec. 12.26F.3 or 12.26I.5 invoice for annual inspection of AUTO REPAIR GARAGE

| | | | | | | |
|---|---|---|---|---|---|---|
| 48R | 08 | 3800 | 08 | 0000 | Sys Dev Surhg | $27.42 |
| 48R | 08 | 3801 | 08 | 0000 | ANNUAL INSPECTION FEE | $457.00 |
| | | | | | **TOTAL DUE** | **$484.42** |

For further information, please call inspector at (818) 374-9836or(818) 374-9837.

**FEE WILL BE DELINQUENT IF NOT PAID WITHIN 30 DAYS FROM THE DATE OF THIS INVOICE (SECTION 12.26F L.A.M.C.). If this invoice is NOT PAID within 30 DAYS,assignment to a collection agency may be made.**

PAY YOUR BILL ONLINE - Go to www.ladbs.org, Online Services, Pay/View Invoice Online
RETAIN THIS PORTION FOR YOUR RECORDS

Page 1 of 1

**CUSTOMER NAME:** SEARS AUTO CENTER         **TOTAL DUE** $ 484.42
**INVOICE #** 770108 5    **ACCOUNT #** 280004218-9    ☐ PLEASE CHANGE MY ADDRESS AS INDICATED:
NAME
PLEASE MAKE PAYABLE
AND REMIT TO: **CITY OF LA - BUILDING & SAFETY
P.O. BOX 514260
LOS ANGELES, CA 90051-4260**
NEW ADDRESS

CITY, STATE, ZIP

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

*F7701085*
**\*F7701085\***