# Exhibit A

UNION CENTER REALTY LLC
952 WILKES-BARRE TOWNSHIP BLVD
WILKES-BARRE, PA 18702

BILL TO:
SEARS HOLDING CORP.
PROPERTY TAX DEPT.: B2-110A
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

9/12/2018

TERMS:
DUE UPON RECEIPT

| DESCRIPTION | | TOTAL |
|---|---|---|
| **86.43%** | | |
| 2018 COUNTY TAX | | |
|   BUILDING | 13,363.01 | 11,549.33 |
|   PARKING LOT | 5,196.72 | 4,491.40 |
| 2018 SCHOOL TAX | | |
|   BUILDING | 31,816.21 | 27,497.99 |
|   PARKING LOT | 12,372.97 | 10,693.66 |
| | 62,748.91 | |
| **AMOUNT DUE** | | $ 54,232.38 |

**UNION CENTER REALTY LLC**
952 WILKES-BARRE TOWNSHIP BLVD
WILKES-BARRE, PA 18702

**SECOND REQUEST**

BILL TO:
SEARS HOLDING CORP.
PROPERTY TAX DEPT.: B2-110A
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

11/13/2018

TERMS:
DUE UPON RECEIPT

| DESCRIPTION | | TOTAL |
|---|---:|---:|
| **86.43%** | | |
| 2018 COUNTY TAX | | |
|   BUILDING | 13,363.01 | 11,549.33 |
|   PARKING LOT | 5,196.72 | 4,491.40 |
| 2018 SCHOOL TAX | | |
|   BUILDING | 31,816.21 | 27,497.99 |
|   PARKING LOT | 12,372.97 | 10,693.66 |
| | 62,748.91 | |
| **AMOUNT DUE** | | $ 54,232.38 |

**YOUR ACCOUNT IS PAST DUE**
*We would appreciate your payment today!*