# Exhibit B

From: Franck.Moyo@searshc.com
To: attymir@aol.com
Cc: Tammi.Banaszak@searshc.com
Sent: 1/21/2019 10:43:13 AM Eastern Standard Time
Subject: Kmart #3268

Hi Raub –

The attached invoice has been processed back in DEC 2018.

Payment has been prorated based on bankruptcy filing

Pre-petition $42,642.99

Post-petition $11,589.39

Check #140049482 Amount $11,589.39 was issued.

All pre-petition 10/1/18-10/14/18 will require a claim to be filed

https://restructuring.primeclerk.com/sears/

Thank you

**FRANCK MOYO**

Financial Analyst Real Estate

Sears Holdings Corporation

Desk# BC-183B

Franck.Moyo@searshc.com

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.