IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE
2018 SEP 12 AM 10: 39

Beth C. Greene
CLERK OF SUPERIOR STATE COURTS

| ERICA NATASHA MOORE, | § |
| --- | --- |
| Plaintiff, | § |
| v. | § CIVIL ACTION |
|  | § FILE NO.: 2012-CV-2322 |
| SEARS, ROEBUCK AND CO., and CLEANING SERVICES GROUP, (CSG), | § |
| Defendants. | § |

### DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, Erica Natasha Moore, by and through her undersigned counsel and hereby dismisses the above-styled case against the Defendants without prejudice.

This the 12th day of September 2018.

JODY D. PETERMAN, LLC

_____
JODY D. PETERMAN
Attorney for Plaintiff
Georgia Bar #573552

P.O. Box 6010
Valdosta, GA 31603-6010
Phone (229) 247-0386
Fax (229) 469-6735
Email: petermanlawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing DISMISSAL WITHOUT PREJUDICE upon the following:

Catherine B. Chapman
Guilday, Schwartz, Simpson,
West, Hatch & Lowe, P.A.
1983 Centre Pointe Blvd. Suite 200
Tallahassee, FL 32308-7823
Email: Catherine@guildaylaw.com

by causing a copy to be:

___    deposited in the United States Mail, sufficient postage prepaid;

___    hand delivered;

___    sent via fax transmission;

_x_    sent via electronic mail to the address above pursuant to with agreement of counsel;

on this 12th day of September 2018.

*(signature)*
Johnnie Lou Kent
Paralegal to Jody D. Peterman

JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Phone (229) 247-0386
Fax (229) 469-6735
Email: petermanlawoffice@yahoo.com