UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

SEARS HOLDINGS CORPORATION, *et al.*,

                      Debtors.
-----------------------------------------------------------X

Chapter 11
Case No. 18-23538 (RDD)
(Jointly administered)

### ORDER GRANTING MOTION OF ERICA NATASHA MOORE FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

Upon the motion dated January 22, 2019 (ECF No. [_]) (the "Motion")[1] of Erica Natasha Moore ("Movant") for an Order for Relief from the Automatic Stay pursuant to Section 362(d) of the Bankruptcy Code, the pleadings, any opposition thereto; and after sufficient good and notice and hearing; and good cause to modify the stay having been found,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. Movant is granted relief from the automatic stay to re-file and prosecute the State Court Action (including any appeal(s) thereto) and otherwise resolve and liquidate Movant's unliquidated claims.

3. Movant shall be entitled to liquidate and satisfy any judgment, verdict, settlement, or other resolution Movant (or any one of them) may obtain from any applicable indemnification party of the Debtor and/or any insurance coverage.

4. The Court shall retain jurisdiction to hear and determine all matters arising

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

from or related to the implementation and enforcement of this Order.

Dated: _____
       White Plains, New York

                                                            _____
                                                          THE HONORABLE ROBERT D. DRAIN
                                                          UNITED STATES BANKRUPTCY JUDGE