**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) ) Jointly Administered ) |
| Debtors. | ) ) |

### ORDER ADMITTING UNITED STATES GOVERNMENT ATTORNEY COURTNEY L. MORGAN TO PRACTICE PRO HAC VICE

Upon the motion of Courtney L. Morgan to be admitted, *pro hac vice*, to represent the Pension Benefit Guaranty Corporation in the above referenced cases, and upon movant's certification that the movant is a member in good standing of the bars of the State of Maryland and the State of Texas, it is hereby

**ORDERED**, that Courtney L. Morgan, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases in the United States Bankruptcy Court for the Southern District of New York. Ms. Morgan represents the Pension Benefit Guaranty Corporation, a U.S. Government agency, and is therefore exempt from filing fees.

Dated: White Plains, New York
       January 23, 2019

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE