**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |

-------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Amanda Pennington Prugh to be admitted, ***pro hac vice***, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Texas, it is herby

**ORDERED**, that Amanda Pennington Prugh, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       January 23, 2019

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE