**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kevin M. Capuzzi, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent PREP Hanover Real Estate LLC, a landlord in the above-referenced case.

I certify that I am a member in good standing of the bars of the State of Delaware and the State of New Jersey, and the bars of the United States District Court for the District of Delaware, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 24, 2019

Kevin M. Capuzzi, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone:    302-442-7010
Facsimile:    302-442-7012
Email:    kcapuzzi@beneschlaw.com

*Counsel to PREP Hanover Real Estate LLC*

11862961 v1