FABYANSKE, WESTRA, HART & THOMSON, P.A.
333 South Seventh Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 359-7600
Paul L. Ratelle (*pro hac vice* pending)
pratelle@fwhtlaw.com

*Attorneys for FG, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,[1]            :    Case No. 18-23538 (RDD)
                                                    :
                                                    :    (Jointly Administered)
                    Debtors.                        :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Paul L. Ratelle, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent FG, LLC, in the above-referenced case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I certify that I am a member in good standing of the bar in the States of Minnesota and Wisconsin and have been admitted to practice in the United States District Courts for Minnesota, North Dakota, the Western and Eastern Districts of Wisconsin, and the United States Court of Appeals for the Eighth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 24, 2019

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

/s/ Paul L. Ratelle
Paul L. Ratelle (*pro hac vice* pending)
pratelle@fwhtlaw.com
333 South Seventh Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 359-7636
Facsimile: (612) 359-7602

*Attorneys for FG, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :
                                                                 :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.,*                            :    Case No. 18-23538 (RDD)
                                                                 :
                                                                 :    (Jointly Administered)
                           Debtors.                              :
---------------------------------------------------------------- x

# ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul L. Ratelle to be admitted, *pro hac vice*, to represent FG, LLC, in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Minnesota and Wisconsin and has been admitted to practice in the United States District Courts for Minnesota, North Dakota, Eastern and Western Districts of Wisconsin, and the United States Court of Appeals for the Eighth Circuit, it is hereby:

**ORDERED**, that Paul L. Ratelle, is admitted to practice, *pro hac vice*, in the above-referenced case to represent FG, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York

                                                                                       _____
                                                                                       Honorable Robert D. Drain
                                                                                       UNITED STATES BANKRUPTCY JUDGE