UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:
    Sears Holdings Corporation, et al.

                       Debtor

-------------------------------------------------------------x

                       Plaintiff

            v.

                       Defendant

-------------------------------------------------------------x

Case No.: __18-23538__

Chapter __11__

Adversary Proceeding No.: _____

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

       I, __Robert A. Weisberg (P26698)_____, request admission, *pro hac vice*, before the

Honorable __Robert D. Drain_____, to represent __Forbes/Cohen Florida Properties, LP__ , a

__creditor/landlord/party-in-interest__   in the above-referenced ☑ case ☐ adversary proceeding.

       *I certify that I am a member in good standing* of the bar in the State of

__Michigan_____ and, if applicable, the bar of the U.S. District Court for the __Eastern_____

District of __Michigan_____.

       I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: __Jan. 24, 2019__
__Bloomfield Hills_____, Michigan

/s/ Robert A. Weisberg
*Mailing Address:*

Carson Fischer, PLC

4111 Andover Rd., West-2nd Floor

Bloomfield Hills, MI 48302

*E-mail address*: __rweisberg@carsonfischer.com__

*Telephone number*: (248 ) 644-4840

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

In re: Sears Holding Corporation, et al.

                                  Debtor

--------------------------------------------------------------x

                                 Plaintiff

            v.

                                 Defendant

--------------------------------------------------------------x

Case No.: 18-23538

Chapter 11

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

       Upon the motion of Robert A. Weisberg_____, to be admitted, ***pro hac vice***, to represent Forbes/Cohen Florida Properties, LP___, (the "Client") a _creditor/landlord/party-in-interest_ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan_____ and, if applicable, the bar of the U.S. District Court for the Eastern_____ District of Michigan_____, it is hereby

       **ORDERED**, that Robert A. Weisberg_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

                UNITED STATES BANKRUPTCY JUDGE