# United States Bankruptcy Court

## For the Southern District of New York

In re Sears Holdings Corporation , Case No. 18-23538

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CRG Financial LLC
Name of Transferee

The Basket Company
Name of Transferor

Name and Address where notices to transferee should be sent:

CRG Financial LLC
100 Union Ave
Cresskill, NJ 07626

Phone: (201) 266-6988
Last Four Digits of Acct#:_____

Court Claim# (if known):

Amount of Claim: $103,178.34- Kmart Corporation; $30,841.42- Sears, Roebuck
Scheduled:          and Co.
Proofs of Claim:   *please see table below
Date Claim Filed:

Phone:
Last Four Digits of Acct#:_____

Name and Address where Transferee payments should be sent (if different from above);
SAME AS ABOVE

| Claim No. | Claim Date | Claim Amount | Subdebtor |
|---|---|---|---|
| 1333 | 10/24/2018 | $ 114,986.67 | Kmart Corporation |
| 1459 | 10/26/2018 | $ 114,986.67 | Kmart Corporation |
| 2365 | 10/26/2018 | $ 114,986.67 | Kmart Corporation |
| 4585 | 11/9/2018 | $ 114,986.67 | Kmart Corporation |
| 1567 | 10/24/2018 | $ 34,622.00 | Sears, Roebuck de Puerto Rico, Inc. |
| 1603 | 10/26/2018 | $ 34,622.00 | Sears, Roebuck de Puerto Rico, Inc. |
| 1718 | 10/26/2018 | $ 34,622.00 | Sears, Roebuck de Puerto Rico, Inc. |
| 4467 | 11/9/2018 | $ 34,622.00 | Sears, Roebuck de Puerto Rico, Inc. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Allison R. Axenrod_____    Date: 01/24/2019

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

## For the Southern District of New York

<u>In re Sears Holdings Corporation , Case No. 18-23538</u>

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/24/2019.

| <u>CRG Financial LLC</u> | <u>The Basket Company</u> |
|---|---|
| Name of Alleged Transferee | Name of Transferor |
| <u>100 Union Avenue, Cresskill, NJ 07626</u> | <u>Po Box 10593 , , San Juan , 00922</u> |
| Address of Alleged Transferee | Address of Transferor |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

The Basket Company ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Kmart Corporation or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of not less than $149,608.67, representing all administrative expense claims of Seller pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 18-23538.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 01/10/2019.

By:  /s/ Paulina Sastre
       Signature

    Paulina Sastre
  Print Name/Title
  The Basket Company

IN WITNESS WHEREOF, Purchaser has signed below as of Friday, January 18, 2019.

By: /s/ Robert Axenrod
 Robert M. Axenrod, CRG Financial LLC