DUDLEY RICH LLP
CAROL ANN RICH, Esq. (V.I. Bar No. 171)
5194 Dronningens Gade, Ste 3
St. Thomas, VI  00802
Telephone: 340-776-7474
Fascimile: 340-776-8044
crich@dudleylaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDING CORPORATION,<br><br>Debtors[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Joint Administration) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Carol Ann Rich, request admission *pro hace vice*, before the Honorable Robert D. Drain, to represent Tutu Park Limited and Lockhart Realty Inc. in the above captioned chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546): Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxSev, Inc. (7626); Private Brands, Ltd.  (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), LLC. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); Bluel.brht.com, Inc. (7034); Sears Brands, L.LC. (4664); Sears Buying Services, Inc. (6533); Koart.coo LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporation headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

In Re Sears Holding Corporation
Motion For Admission to Practice Pro Hac Vice
Page 2

I certify that I am a member in good standing of the Bar of the Virgin Islands and the District of the Virgin Islands.

I have submitted the filing fee of $200.00 with this motion for *pro hac vic*e admission.

Dated: January 24, 2019                                  Respectfully submitted,

                                                                   DUDLEY RICH LLP

BY:   s/ *Carol A. Rich*
         Carol Ann Rich, Esq., V.I. Bar No. 171
         Malorie Winnie Diaz., V.I. Bar No. R2049
         5194 Dronningens Gade, Suite 3
         St. Thomas, VI  00802
         Telephone:  (340) 776-7474
         Telecopier:  (340) 776-8044
         Email:  crich@dudleylaw.com