CAROL ANN RICH, Esq. (V.I. Bar No. 171)
5194 Dronningens Gade, Ste 3
St. Thomas, VI  00802
Telephone: 340-776-7474
Fascimile: 340-776-8044
crich@dudleylaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| SEARS HOLDING CORPORATION, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Joint Administration) |
| | : | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*__**

Upon the motion of Carol Ann Rich, Esq. (the "Movant") to be admitted, *pro hac vice*, to represent Tutu Park Limited ("TPL") and Lockhart Realty Inc. ("LRI") in the above-captioned chapter 11 cases, and upon Movant's certification that the Movant is a member in good standing

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546): Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxSev, Inc. (7626); Private Brands, Ltd.  (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), LLC. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); Bluel.brht.com, Inc. (7034); Sears Brands, L.LC. (4664); Sears Buying Services, Inc. (6533); Koart.coo LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporation headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

-2-

of the Bar of the Territory of the U.S. Virgin Islands, it is hereby:

ORDERED, that Carol Ann Rich is admitted to practice *pro hac vice*, in the above-referenced case to represent TPL and LRI in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____       _____
       White Plains, New York                              THE HONORABLE ROBERT D. DRAIN
                                                              UNITED STATES BANKRUPTCY
                                                               JUDGE