**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | . | |
|---|---|---|
| In re: | . | Chapter 11 |
| | . | |
| SEARS HOLDINGS CORPORATION., *et al.*, | . | Case No. 18-23538 (RDD) |
| | . | |
| Debtors. | . | (Jointly Administration Requested) |
| | . | |

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Philip W. Bohl for admission to practice, *pro hac vice*, on behalf of Little Caesar Enterprises, Inc. and Blueline Foodservice Distribution, Inc. (together, the "Clients") in these jointly administered cases, and it appearing that the movant is admitted to practice and in good standing in the courts of Minnesota and a member in good stating of the U.S. District Courts for the District of Minnesota, the Eastern District of Michigan, the Western District of Wisconsin, the Central District of Illinois, and the District of North Dakota, as well as the United States Court of Appeals for the Eighth Circuit, it is hereby

ORDERED, that the motion is granted and Philip W. Bohl is admitted, *pro hac vice*, to represent the Clients in these cases in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
         January 24, 2019

/s/Robert D. Drain
United States Bankruptcy Judge