**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Russell T. Jackson to be admitted, *pro hac vice*, to represent Corrina Kenwisher (the "Client") in the above-referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and of the bar of the U.S. District Court for the Southern District of Texas, it is hereby

ORDERED, that Russell T. Jackson, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
         January 24, 2019

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE