**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. [1] | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

### FIRST MONTHLY FEE STATEMENT OF STOUT RISIUS ROSS, LLC FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR NOVEMBER 21, 2018 THROUGH DECEMBER 31, 2018

| | |
|---|---|
| Name of Applicant: | Stout Risius Ross, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | December 26, 2018, *nunc pro tunc* to November 21, 2018 |
| Period for which compensation and reimbursement is sought: | November 21, 2018 through December 31, 2018 |
| Monthly Fees Incurred: | $146,761.50 |
| 20% Holdback: | $29,352.30 |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Total Compensation Less 20% Holdback:        $117,409.20

Monthly Expenses Incurred:        $4,946.18

Total Fees and Expenses Due:        $122,355.38

This is a:    X   monthly ____interim ____final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Stout Risius Ross, LLC ("Stout") hereby submits this first monthly fee statement (the "First Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as real estate consultant and advisor to the Debtors, for the period from November 21, 2018 through December 31, 2018 (the "First Monthly Fee Period"). By this First Monthly Fee Statement, Stout seeks payment in the amount of $122,355.38, which comprises (i) $117,409.20, representing eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Fee Period, and (ii) reimbursement of $4,946.18, representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

Attached are the following schedules in support of this First Monthly Fee Statement:

- Exhibit A - Time Detail by Date by Professional

- Exhibit B – Summary of Time Detail by Professional

- Exhibit C – Expense Detail by Date by Professional

- Exhibit D – Summary of Expense Detail by Category.

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

2

### Notice and Objection Procedures

Notice of this First Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this First Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **February 8, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this First Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page intentionally left blank]*

Dated: January 24, 2019

Kevin Kernen
Managing Director
Stout Risius Ross, LLC



January 24, 2019

Sears Holding Corporation
c/o Robert Britton
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Dear Sir or Madam,

Pursuant to the Bankruptcy Court's Order authorizing the retention of Stout Risius Ross, LLC ("Stout") as real estate consultant and advisor to Sears Holdings Corporation and its affiliated debtors and debtors in possession (the "Debtor"), acting solely at the discretion of the restructuring sub-committee (the "RSC"), with respect to all RSC Conflict Matters *Nunc Pro Tunc* to November 21, 2018, dated December 26, 2018 (the "Retention Order") and the engagement letter between Stout and the Debtor dated November 21, 2018 (the "Engagement Letter"), Stout submits this statement detailing professional fees and expenses in connection with the work completed on behalf of the Debtor for the period from November 21, 2018 through December 31, 2018 (the "Covered Period").

During the Covered Period, Stout rendered professional services totaling $146,761.50 and incurred expenses related to these services in the amount of $4,946.18. Stout is eligible for payment of 80% of the fees incurred and 100% of the expenses incurred pending the fifteen (15) day objection period. Accordingly, the total amount payable herein pending no objections is $122,355.38.

Attached are the following schedules in support of this monthly statement:

- Exhibit A – Time Detail by Date by Professional
- Exhibit B – Summary of Time Detail by Professional
- Exhibit C – Expense Detail by Date by Professional
- Exhibit D – Summary of Expense Detail by Category

Please do not hesitate to contact me with any questions or concerns.


Sincerely,

Kevin Kernen
Managing Director
Stout Risius Ross, LLC



January 24, 2019

Sears Holding Corporation
c/o Robert Britton
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064

| In Reference To: | Sears Holdings Corporation Bankruptcy - Seritage Properties |
| Matter #: | 4039415 |
| Invoice #: | 122521 |

| | Amount |
|---|---|
| For Professional Services Rendered | $146,761.50 |
| Total Out-Of-Pocket Expenses | $4,946.18 |
| Total Amount of This Bill | $151,707.68 |
| Previous Balance | $0.00 |
| Balance Due (80% Fees + 100% Expenses) | $122,355.38 |

Please include the matter number and invoice number with your payment. If you have any questions, contact Accounts Receivable at 248-208-8800.

Please remit check and invoice copy to:     **STOUT RISIUS ROSS, LLC**
P.O. Box 71770
Chicago, IL 60694-1770

Payments may be made electronically to:     **STOUT RISIUS ROSS, LLC**
BMO Harris Bank
ACH ABA Number 071000288
Wire ABA Number 071000288
Account Number 3998895

**Invoice Payable Upon Receipt**
**Fed ID 38-3003685**

Investment Banking  |  Valuation Advisory  |  Dispute Consulting  |  Management Consulting




**Exhibit A**

| | | |
|---|---|---|
| Invoice Date: 01/24/2019 | Invoice #: 122521 | Matter #: 4039415 |

## Professional Charges

In Reference To:    Sears Holdings Corporation Bankruptcy - Seritage Properties

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/18 | Kyle Williams | Conflict check and internal meetings re engagement options | 1.20 | 300.00 | 360.00 |
| 11/23/18 | Kevin A. Kernen | Market Research | 1.00 | 505.00 | 505.00 |
| 11/24/18 | Kyle Williams | Conflict Check Reviews | 2.50 | 300.00 | 750.00 |
| 11/25/18 | Kevin A. Kernen | Phone call with counsel | 0.30 | 505.00 | 151.50 |
| 11/25/18 | Kevin A. Kernen | Document (Cushman & Wakefield Appraisal) review and analysis | 2.50 | 505.00 | 1,262.50 |
| 11/26/18 | Kevin A. Kernen | Phone call with counsel | 0.50 | 505.00 | 252.50 |
| 11/26/18 | Kevin A. Kernen | Document (Cushman & Wakefield Appraisal) review and analysis | 3.00 | 505.00 | 1,515.00 |
| 11/26/18 | Kyle Williams | Conflict Check Reviews | 2.00 | 300.00 | 600.00 |
| 11/27/18 | Kevin A. Kernen | Document (Cushman & Wakefield Appraisal) review and analysis | 2.50 | 505.00 | 1,262.50 |
| 11/27/18 | Joseph L. Torzewski | Document (Cushman & Wakefield Appraisal) review and analysis | 1.50 | 490.00 | 735.00 |
| 11/27/18 | Kyle Williams | Conflict Check | 1.70 | 300.00 | 510.00 |
| 11/28/18 | Kevin A. Kernen | Document (Cushman & Wakefield Appraisal) review and analysis (5.6 hours) call with counsel (.4 hours) | 6.00 | 505.00 | 3,030.00 |
| 11/28/18 | Joseph L. Torzewski | Document (Cushman & Wakefield Appraisal) review and analysis | 2.25 | 490.00 | 1,102.50 |
| 11/28/18 | Christina Dani | Internal discussion re: methods for searching conflicts | 0.50 | 100.00 | 50.00 |

Investment Banking  |  Valuation Advisory  |  Dispute Consulting  |  Management Consulting




| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 11/28/18 | Christina Dani | Work on conflicts spreadsheet/perform conflict searches in ELM | 1.20 | 100.00 | 120.00 |
| 11/29/18 | Kevin A. Kernen | Document (Cushman & Wakefield Appraisal) review and analysis (4.8 hours); Market research (2.0 hours); Call with counsel (.4) | 7.20 | 505.00 | 3,636.00 |
| 11/29/18 | Joseph L. Torzewski | Document (Cushman & Wakefield Appraisal) review and analysis (2.4 hours) call with counsel (.4 hours) | 2.80 | 490.00 | 1,372.00 |
| 11/29/18 | Kyle Williams | Conflict Check and EL Review | 1.40 | 300.00 | 420.00 |
| 11/29/18 | Christina Dani | Work on conflicts spreadsheet/perform conflict searches in ELM | 1.50 | 100.00 | 150.00 |
| 11/30/18 | Kevin A. Kernen | Document (Cushman & Wakefield Appraisal) review and analysis (6.5 hours) call with counsel (.5 hours) | 7.00 | 505.00 | 3,535.00 |
| 11/30/18 | Joseph L. Torzewski | Document (Cushman & Wakefield Appraisal) review and analysis (5.0 hours) call with counsel (.5 hours) | 5.50 | 490.00 | 2,695.00 |
| 11/30/18 | Kyle Williams | Fee app review and discussion with counsel | 1.20 | 300.00 | 360.00 |
| 11/30/18 | Christina Dani | Work on conflicts spreadsheet/perform conflict searches in ELM | 1.20 | 100.00 | 120.00 |
| 12/01/18 | Kevin A. Kernen | Document (appraisal) review and analysis | 9.50 | 505.00 | 4,797.50 |
| 12/01/18 | Kyle Williams | Fee app review - conflict checking | 0.70 | 300.00 | 210.00 |
| 12/01/18 | Kerri L. Bonner | Engagement administration / Conflict Checks | 4.00 | 90.00 | 360.00 |
| 12/02/18 | Kevin A. Kernen | Document (appraisal review) and analysis | 2.00 | 505.00 | 1,010.00 |
| 12/03/18 | Kevin A. Kernen | Phone call with counsel | 0.40 | 505.00 | 202.00 |

Investment Banking  |  Valuation Advisory  |  Dispute Consulting  |  Management Consulting




| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/18 | Kevin A. Kernen | Document (appraisal) review and analysis Market research | 7.20 | 505.00 | 3,636.00 |
| 12/03/18 | Joseph L. Torzewski | Document review and analysis | 4.75 | 490.00 | 2,327.50 |
| 12/03/18 | Charles Carr | Call with counsel (.4) and review of Cushman & Wakefield reports (4.8) | 5.20 | 230.00 | 1,196.00 |
| 12/03/18 | Kerri L. Bonner | Engagement administration / Conflict Checks | 8.00 | 90.00 | 720.00 |
| 12/03/18 | Christina Dani | Work on conflicts spreadsheet/perform conflict searches in ELM | 2.40 | 100.00 | 240.00 |
| 12/04/18 | Kevin A. Kernen | Document (appraisal) review, research, and analysis. | 5.70 | 505.00 | 2,878.50 |
| 12/04/18 | Joseph L. Torzewski | Document (appraisal) review and analysis | 2.00 | 490.00 | 980.00 |
| 12/04/18 | Charles Carr | Review of Cushman & Wakefield reports | 8.70 | 230.00 | 2,001.00 |
| 12/04/18 | Kerri L. Bonner | Engagement administration / Conflict Checks | 2.00 | 90.00 | 180.00 |
| 12/04/18 | Kerri L. Bonner | Engagement administration / Conflict Checks | 1.00 | 90.00 | 90.00 |
| 12/04/18 | Christina Dani | Work on conflicts spreadsheet/perform conflict searches in ELM | 2.00 | 100.00 | 200.00 |
| 12/05/18 | Kevin A. Kernen | Travel to New York and meeting with counsel and client | 15.00 | 505.00 | 7,575.00 |
| 12/05/18 | Joseph L. Torzewski | Meetings with Client and Counsel in NYC | 17.00 | 490.00 | 8,330.00 |
| 12/05/18 | Charles Carr | Review of Cushman & Wakefield reports | 8.00 | 230.00 | 1,840.00 |
| 12/05/18 | Christina Dani | Finalize conflicts spreadsheet for submission | 0.50 | 100.00 | 50.00 |
| 12/06/18 | Kevin A. Kernen | Document (D&P and CW Appraisal) review and analysis | 4.10 | 505.00 | 2,070.50 |



| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 12/06/18 | Kevin A. Kernen | Market research - Seritage properties | 1.00 | 505.00 | 505.00 |
| 12/06/18 | Joseph L. Torzewski | Market research and analysis | 3.00 | 490.00 | 1,470.00 |
| 12/06/18 | Charles Carr | Review of Cushman & Wakefield reports | 9.30 | 230.00 | 2,139.00 |
| 12/07/18 | Kevin A. Kernen | Document (appraisal review); Preparation of questions for Cushman & Wakefield interview | 7.00 | 505.00 | 3,535.00 |
| 12/07/18 | Joseph L. Torzewski | Document (appraisal) review and analysis | 2.50 | 490.00 | 1,225.00 |
| 12/07/18 | Charles Carr | Review of Cushman & Wakefield reports | 3.50 | 230.00 | 805.00 |
| 12/08/18 | Kevin A. Kernen | Review of appraisals and assisting counsel in preparation for Cushman & Wakefield interview | 5.30 | 505.00 | 2,676.50 |
| 12/09/18 | Kevin A. Kernen | Document (appraisal) review | 3.50 | 505.00 | 1,767.50 |
| 12/10/18 | Kevin A. Kernen | Document (appraisal) review and valuation analysis | 4.20 | 505.00 | 2,121.00 |
| 12/10/18 | Joseph L. Torzewski | Review documents and appraisals, and perform analysis | 3.50 | 490.00 | 1,715.00 |
| 12/10/18 | Charles Carr | Valuation analysis | 9.00 | 230.00 | 2,070.00 |
| 12/11/18 | Kevin A. Kernen | Valuation analysis | 7.50 | 505.00 | 3,787.50 |
| 12/11/18 | Joseph L. Torzewski | Document review and valuation analysis | 7.00 | 490.00 | 3,430.00 |
| 12/11/18 | Charles Carr | Valuation analysis | 8.70 | 230.00 | 2,001.00 |
| 12/12/18 | Kevin A. Kernen | Appraisal review and valuation analysis | 9.30 | 505.00 | 4,696.50 |
| 12/12/18 | Jason J. Krentler | Valuation Analysis | 6.30 | 480.00 | 3,024.00 |
| 12/12/18 | Joseph L. Torzewski | Review documents and prepare valuation analysis | 6.00 | 490.00 | 2,940.00 |
| 12/12/18 | Charles Carr | Portfolio valuation and analysis, write report, and provide client support for Cushman & Wakefield interview. | 11.20 | 230.00 | 2,576.00 |



| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 12/13/18 | Kevin A. Kernen | Cushman & Wakefield interview in NYC, meeting with counsel | 12.50 | 505.00 | 6,312.50 |
| 12/13/18 | Jason J. Krentler | Valuation Analysis | 2.70 | 480.00 | 1,296.00 |
| 12/13/18 | Charles Carr | Preparation of report | 9.90 | 230.00 | 2,277.00 |
| 12/14/18 | Kevin A. Kernen | Report preparation, call with counsel and client | 4.10 | 505.00 | 2,070.50 |
| 12/14/18 | Jason J. Krentler | Valuation Analysis | 2.50 | 480.00 | 1,200.00 |
| 12/14/18 | Joseph L. Torzewski | Preparation of report | 1.00 | 490.00 | 490.00 |
| 12/14/18 | Charles Carr | Preparation of report (7.0); call with counsel (0.3) | 7.30 | 230.00 | 1,679.00 |
| 12/17/18 | Jason J. Krentler | Appraisal review | 2.20 | 480.00 | 1,056.00 |
| 12/17/18 | Joseph L. Torzewski | Market research and valuation analysis | 1.10 | 490.00 | 539.00 |
| 12/17/18 | Charles Carr | Preparation of report | 7.70 | 230.00 | 1,771.00 |
| 12/18/18 | Kevin A. Kernen | Preparation of report | 7.30 | 505.00 | 3,686.50 |
| 12/18/18 | Joseph L. Torzewski | Preparation of report | 2.00 | 490.00 | 980.00 |
| 12/18/18 | Charles Carr | Preparation of report | 8.50 | 230.00 | 1,955.00 |
| 12/19/18 | Kevin A. Kernen | Preparation of report | 3.10 | 505.00 | 1,565.50 |
| 12/19/18 | Joseph L. Torzewski | Preparation of report | 1.00 | 490.00 | 490.00 |
| 12/19/18 | Charles Carr | Preparation of report | 2.60 | 230.00 | 598.00 |
| 12/20/18 | Kevin A. Kernen | Calls with counsel (1.4) Document (Cushman & Wakefield Appraisal) review (2.0) | 3.40 | 505.00 | 1,717.00 |
| 12/20/18 | Charles Carr | Call with counsel (1.4); research (1.4) | 2.80 | 230.00 | 644.00 |
| 12/21/18 | Kevin A. Kernen | Engagement administration - document review/management | 1.10 | 505.00 | 555.50 |
| 12/26/18 | Kevin A. Kernen | Document review | 1.00 | 505.00 | 505.00 |
| 12/27/18 | Kevin A. Kernen | Valuation analysis | 3.20 | 505.00 | 1,616.00 |
| 12/27/18 | Charles Carr | Valuation analysis and market research | 3.20 | 230.00 | 736.00 |




| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 12/28/18 | Kevin A. Kernen | Property ownership research | 7.10 | 505.00 | 3,585.50 |
| 12/28/18 | Charles Carr | Property ownership research | 6.80 | 230.00 | 1,564.00 |
| Total | | | 378.50 | | $146,761.50 |

Investment Banking  |  Valuation Advisory  |  Dispute Consulting  |  Management Consulting



**Exhibit B**

## Professional Charges Summary

| <u>Timekeeper</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| Kevin A. Kernen | Managing Dir. | 154.50 | 505.00 | 78,022.50 |
| Joseph L. Torzewski | Managing Dir. | 62.90 | 490.00 | 30,821.00 |
| Jason J. Krentler | Managing Dir. | 13.70 | 480.00 | 6,576.00 |
| Kyle Williams | Ops Director | 10.70 | 300.00 | 3,210.00 |
| Charles Carr | Associate | 112.40 | 230.00 | 25,852.00 |
| Christina Dani | Analyst | 9.30 | 100.00 | 930.00 |
| Kerri L. Bonner | Assistant | 15.00 | 90.00 | 1,350.00 |

Total Professional Charges                                                    $146,761.50

Investment Banking  |  Valuation Advisory  |  Dispute Consulting  |  Management Consulting



**Exhibit C**

## Out-Of-Pocket Expenses

| | | | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/18 | JLT | Chargeable - Travel Round trip airfare from IAH to NYC for client meetings. | 1.00 | 1,274.40 | 1,274.40 |
| 12/03/18 | KAK | Chargeable - Travel Flight to NYC for meeting with counsel and client | 1.00 | 1,186.40 | 1,186.40 |
| 12/05/18 | KAK | Chargeable - Travel Cost of Uber from airport to office while traveling to New York for meeting with counsel and client | 1.00 | 53.31 | 53.31 |
| 12/05/18 | EOM | Chargeable - Delivery Vendor: Federal Express Corporation - - Shipping charges | 1.00 | 110.90 | 110.90 |
| 12/05/18 | JLT | Chargeable - Travel Uber while in NYC for meetings. | 1.00 | 60.14 | 60.14 |
| 12/05/18 | JLT | Chargeable - Travel Uber while in NYC for meetings. | 1.00 | 81.18 | 81.18 |
| 12/05/18 | JLT | Chargeable - Travel Parking at IAH while in NYC for client meeting. | 1.00 | 22.00 | 22.00 |
| 12/05/18 | JLT | Chargeable - Meals Meal while attending meeting. | 1.00 | 13.27 | 13.27 |
| 12/05/18 | JLT | Chargeable - Meals Meal while attending meeting. | 1.00 | 22.64 | 22.64 |
| 12/05/18 | KAK | Chargeable - Meals Lunch for Kevin Kernen and Joe Torzewski while traveling to New York for meeting with counsel and client | 2.00 | 11.59 | 23.17 |
| 12/05/18 | KAK | Chargeable - Travel Airport parking while traveling to New York for meeting with counsel and client | 1.00 | 24.00 | 24.00 |
| 12/05/18 | KAK | Chargeable - Mileage Mileage to/from airport while traveling to New York for meeting with counsel and client | 1.00 | 59.71 | 59.71 |
| 12/05/18 | KAK | Chargeable - Meals Meal at | 1.00 | 9.00 | 9.00 |

Investment Banking  |  Valuation Advisory  |  Dispute Consulting  |  Management Consulting



| Date | Initials | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | airport while traveling to New York for meeting with counsel and client. | | | |
| 12/07/18 | JLT | Chargeable - Mileage Round trip to IAH for client meeting. | 1.00 | 21.80 | 21.80 |
| 12/08/18 | KAK | Chargeable - Travel Flight to NYC for meeting with counsel and Cushman & Wakefield interview | 1.00 | 1,186.40 | 1,186.40 |
| 12/12/18 | KAK | Chargeable - Travel Uber from airport to hotel for travel to NYC for Cushman & Wakefield interview | 1.00 | 38.17 | 38.17 |
| 12/12/18 | KAK | Chargeable - Mileage Mileage to airport for travel to NYC for Cushman & Wakefield interview | 1.00 | 28.89 | 28.89 |
| 12/12/18 | EOM | Chargeable - Delivery Vendor: Federal Express Corporation - - Shipping charges | 1.00 | 35.10 | 35.10 |
| 12/13/18 | KAK | Chargeable - Travel taxi to airport Mileage while traveling from NYC for Cushman & Wakefield interview | 1.00 | 52.80 | 52.80 |
| 12/13/18 | KAK | Chargeable - Mileage Mileage from airport for travel to NYC for Cushman & Wakefield interview | 1.00 | 28.89 | 28.89 |
| 12/13/18 | KAK | Chargeable - Travel Hotel cost while traveling to NYC for Cushman & Wakefield interview | 1.00 | 551.47 | 551.47 |
| 12/13/18 | KAK | Chargeable - Meals Dinner while traveling to NYC for Cushman & Wakefield interview | 1.00 | 14.54 | 14.54 |
| 12/13/18 | KAK | Chargeable - Travel airport parking while traveling to NYC for Cushman & Wakefield interview | 1.00 | 48.00 | 48.00 |
| | | Total Out-Of-Pocket Expenses | | | $4,946.18 |



**Exhibit D**
## Out-Of-Pocket Expenses

|                              | Total      |
|------------------------------|-----------:|
|                              | Total      |
| Chargeable - Meals           | 82.62      |
| Chargeable - Mileage         | 139.29     |
| Chargeable - Travel          | 4,578.27   |
| Chargeable - Delivery        | 146.00     |
|                              |            |
| Total Out-Of-Pocket Expenses | $4,946.18  |



January 24, 2019

Sears Holding Corporation
c/o Robert Britton
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064

| In Reference To: | Sears Holdings Corporation Bankruptcy - Seritage Properties |
| Matter #: | 4039415 |
| Invoice #: | 122521 |

| | Amount |
| --- | --- |
| For Professional Services Rendered | $146,761.50 |
| Total Out-Of-Pocket Expenses | $4,946.18 |
| Total Amount of This Bill | $151,707.68 |
| Previous Balance | $0.00 |
| Balance Due (80% Fees + 100% Expenses) | $122,355.38 |

Please include the matter number and invoice number with your payment. If you have any questions, contact Accounts Receivable at 248-208-8800.

Please remit check and invoice copy to:     **STOUT RISIUS ROSS, LLC**
P.O. Box 71770
Chicago, IL 60694-1770

Payments may be made electronically to:     **STOUT RISIUS ROSS, LLC**
BMO Harris Bank
ACH ABA Number 071000288
Wire ABA Number 071000288
Account Number 3998895

**Invoice Payable Upon Receipt**
**Fed ID 38-3003685**
Investment Banking  |  Valuation Advisory  |  Dispute Consulting  |  Management Consulting