UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | (Jointly Administered) |
| DEBTOR | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, James R. Felton, request admission to practice, *pro hac vice,* before the Honorable Robert D. Drain, to represent Jackson Shopping Village, LLP, a Limited Liability Partnership, Successor in Interest to Flamingo Sandhill, a California General Partnership ("Lessor") as a creditor/lessor in this case.

I certify that I am a member in good standing of the bar of the State of California, and admitted to practice before the United States District Courts for the Eastern, Northern, Central and Southern Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 14, 2019

JAMES R. FELTON, Esq. (CA State Bar No. 138767)
ROBERT D. BASS, Esq. (CA State Bar No. 60528)
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Telephone: (818) 382-6200
Fax: (818) 986-6534
jfelton@greenbass.com
rbass@greenbass.com

Attorneys for Jackson Shopping Village, LLP, a Limited Liability Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership

1

1685180.1 -- 30001.0009