UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **SEARS HOLDING CORPORATION**, *et al.,* | § | Case No. 18-23538 (RDD) |
| | § | |
| | § | |
| *Debtors*. | § | (Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Duane J. Brescia, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Epicor Software Corporation, f/k/a Activant Solutions, Inc., a creditor and party-in-interest in the above-referenced case.

I certify that I am a member in good standing of the bars of the State of Texas and the state of Indiana, the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, and for the Northern and Southern Districts of Indiana, and the United States Court of Appeals for the Fifth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 24, 2019

> Respectfully submitted,
>
> /s/ *Duane J. Brescia* _____
> Duane J. Brescia, Esquire
> **CLARK HILL STRASBURGER**
> 720 Brazos, Suite 700
> Austin, TX 78701
> Telephone: 512-499-3647
> Facsimile: 512-499-3660
> Email: duane.brescia@clarkhillstrasburger.com
>
> **Attorneys for Epicor Software Corporation, f/k/a Activant Solutions, Inc.**

4852-3630-4518.1/20928/0130/012419

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **SEARS HOLDING CORPORATION,** *et al.,* | § | Case No. 18-23538 (RDD) |
| | § | |
| | § | |
| *Debtors*. | § | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Duane J. Brescia to be admitted, *pro hac vice*, to represent Epicor Software Corporation, f/k/a Activant Solutions, Inc., a creditor and party-in-interest in the above-referenced case, and upon movant's certification that movant is a member of good standing of the bars of the State of Texas and the State of Indiana, and the bars of the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, and for the Northern and Southern Districts of Indiana, and the United States Court of Appeals for the Fifth Circuit, it is hereby

ORDERED, that Duane J. Brescia, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Epicor Software Corporation, f/k/a Activant Solutions, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                                HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE