**CLARK HILL PLC**
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Telephone: (609) 785-2911
Fax: (609) 785-2999

830 Third Avenue, Suite 200
New York, NY 10022
Telephone: (646) 395-8580
Fax: (646) 395-8700
srichman@clarkhill.com
Steven M. Richman

*Counsel to Epicor Software Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE** | Chapter 11 |
| **SEARS HOLDING CORPORATION,** *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS**
**PURSUANT TO BANKRUPTCY RULES 2002 AND 9007**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Epicor Software Corporation, formerly known as Activant Solutions, Inc. ("**Epicor**"), a creditor and party-in-interest in this bankruptcy case, requests that all notices and pleadings given or required to be given to Epicor in this case be given to and served upon its attorneys of record at the following address:

Steven M. Richman
**CLARK HILL PLC**
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Tel.: (609) 785-2911
Fax: (609) 785-2999
srichman@clarkhill.com

Epicor also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

Epicor intends that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the right of Epicor to have final orders in non-core matters entered only after de novo review by a District Judge, (b) the right of Epicor to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of Epicor to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which Epicor may be entitled under agreements, in law, in equity, or otherwise, all of which right, claims, actions, defenses, setoffs, and recoupments, Epicor expressly reserve.

Respectfully submitted,

　　/s/ *Steven M. Richman*
Steven M. Richman
**CLARK HILL PLC**
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Tel.: (609) 785-2911
Fax: (609) 785-2999

830 Third Avenue, Suite 200
New York, NY 10022
Telephone: (646) 395-8580
Fax: (646) 395-8700
srichman@clarkhill.com

**Attorneys for Epicor Software Corporation f/k/a Activant Solutions, Inc.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Request for Copies of All Notices, Pleadings and Papers was served via CM/ECF to all parties entitled to such notice on this the 24th day of January, 2019.

*/s/ Steven M. Richman*
Steven M. Richman