**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | (Jointly Administered) |
| DEBTOR | |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Robert D. Bass ("Movant") to be admitted, ***pro hac vice***, to represent Jackson Shopping Village, LLP, a Limited Liability Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership in this case and upon Movant's certification that Movant is a member in good standing of the State Bar of California, it is hereby

**ORDERED**, THAT Robert D. Bass is admitted to practice, ***pro hac vice***, in the above-referenced Chapter 11 case to represent the above-designated party.

Dated: _____

New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

1

1685181.1 -- 30001.0009