Pierce McCoy, PLLC
Jonathan A. Grasso
New York Bar No. 5622824
85 Broad Street, Suite 17-063
New York, New York 10004
Telephone: (212) 320-8393
Facsimile: (757) 257-0387

and

Streusand, Landon, Ozburn & Lemmon, LLP
Sabrina L. Streusand
Texas Bar No. 11701700
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904

*Attorneys for ePossibilities USA Ltd.*

Hearing Date: February 4, 2019 at 10:00 a.m.
Objection Deadline: January 26, 2019 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>Case No. 18-23538 (RDD)<br><br>**(Jointly Administered)** |

**ePOSSIBILITIES USA LTD.'S LIMITED OBJECTION TO
NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
IN CONNECTION WITH GLOBAL SALE TRANSACTION**

TO THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW ePossibilities USA Ltd. ("ePossibilities") and files this Limited Objection to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction (the "Limited Objection") to the alleged cure amount set forth in the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale

{01491/0001/00229889.1}

Transaction [Docket No. 1731] (the "Cure Notice") served upon ePossibilities by the Debtors, and in support thereof would show as follows:

## I.    BACKGROUND

1. On October 15, 2018 ("Petition Date"), Debtors commenced these Chapter 11 cases by filing voluntary petitions under Chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their affairs as debtors-in-possession under 11 U.S.C §§ 1107 and 1108.

2. ePossibilities has and is providing software services to Sears Holdings Management Corporation ("Sears"). The agreement for access and use of the Brand View web-based system via the web portal maintained by Brand View, which is part of ePossibilities, was entered into on January 2, 2018 under the Software as a Service (SAAS) Agreement.

3. On January 18, 2019, the Debtors filed the Cure Notice, including the amounts the Debtors believe were required to cure all defaults then existing under such contracts to be assumed (the "Cure Amounts").

4. The Debtors indicated in the Cure Notice that they intend to assume an executory contracts with ePossibilities (the "Proposed Assumed Contract").

5. Pursuant to the Cure Notice, the Debtors identified $0.00 as the amount which it alleges to be owing to ePossibilities under the Proposed Assumed Contract (the "Proposed Cure Amount").

6. ePossibilities agrees to the assumption of Proposed Assumed Contract with the Debtors; however, ePossibilities disputes the Proposed Cure Amount in the Cure Notice. ePossibilities's books and records reflect a cure amount of $55,602.54. The Proposed Cure Amount is less than what is actually owed under the Proposed Assumed Contract.

## II.    OBJECTION TO CURE AMOUNT

7.    ePossibilities entered into a services agreement with Sears (the "ePossibilities Contract") in which ePossibilities provides certain services as identified in the ePossibilities Contract.  ePossibilities has no objection to the assumption of the ePossibilities Contract provided the proper cure amount is paid.  Accordingly, ePossibilities files this Limited Objection objecting to the Proposed Cure Amount set forth in the Cure Notice.

8.    Pursuant to 11 U.S.C. § 365(b)(1)(A), the Debtors must cure any defaults under the ePossibilities Contract in connection with any proposed assumption, as well as provide adequate assurance of future performance.  In this case, Debtors' Proposed Cure Amount of $0.00 fails to cure the existing defaults of the ePossibilities Contract, as is required under Section 365 prior to assumption.

9.    The correct cure amount is $55,602.54 for prepetition payment defaults under the ePossibilities Contract.  As a result, under 11 U.S.C. § 365(b)(1)(A), in order to assume the ePossibilities Contract, ePossibilities must receive a cure payment of at least $55,602.54.  Otherwise, the ePossibilities Contract cannot be assumed pursuant to Section 365.

WHEREFORE PREMISES CONSIDERED, ePossibilities prays (i) that the cure amount set forth in the Cure Notice be corrected to reflect the correct prepetition cure amount of $55,602.54, which represents prepetition amounts due and owing under the ePossibilities Contract; (ii) that ePossibilities be paid a cure payment of $55,602.54 in connection with the assumption of the ePossibilities Contract; and (iii) that ePossibilities be awarded such other and further relief to which it may be justly entitled at law or in equity.

Dated:  January 25, 2019

Respectfully submitted,

By: /s/ *Jonathan A. Grasso*
Jonathan A. Grasso
New York Bar No. 5622824
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004
Telephone: (212) 320-8393
Facsimile: (757) 257-0387
jon@piercemccoy.com

and

Sabrina L. Streusand
Texas Bar No. 11701700
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9901
Facsimile: (512) 236-9904
streusand@slollp.com

**ATTORNEYS FOR ePOSSIBILITIES USA LTD.**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served via electronic mail and/or first class mail, postage pre-paid on this 25th day of January, 2019 upon the parties listed below and electronically via ECF notification upon all parties requesting service via ECF notification:

Sears Holdings Management Corporation
Attn: Rob Riecker (rob.riechker@searshc.com)
Attn: Luke Valentino (luke.valentino@searshc.com)
Attn: Mohsin Meghji (mmeghji@miiipartners.com)
Attn: General Counsel (counsel@searshc.com)
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock (ray.schrock@weil.com)
Attn: Jacqueline Marcus (jacqueline.marcus@weil.com)
Attn: Garret A. Fail (garrett.fail@weil.com)
Attn: Sunny Singh (sunny.singh@weil.com)
767 Fifth Avenue
New York, NY 10153

Lazard Fréres & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)
30 Rockefeller Plaza
New York, NY 10112

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake (Paul.Leake@skadden.com)
Attn: Shana A. Elberg (Shana.Elberg@skadden.com)
Attn: George R. Howard (George.Howard@skadden.com)
4 Times Square
New York, NY 10036

Bank of America, N.A.
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Wells Fargo Bank, National Association
c/o Choate, Hall & Stewart LLP
Attn: Kevin J. Simard (ksimard@choate.com)
Attn: Jonathan D. Marshall (jmarshall@choate.com)
Two International Place
Boston, MA 02110

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin (pdublin@akingump.com)
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Attn: Abid Qureshi (aqureshi@akingump.com)
Attn: Sara L. Brauner (sbrauner@akingump.com)
One Bryant Park
New York, NY 10036

Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani (kunal@eslinvest.com)
Attn: Harold Talisman (harold@eslinvest.com)
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin (caustin@cgsh.com)
Attn: Benet J. O'Reilly (boreilly@cgsh.com)
Attn: Sean A. O'Neal (soneal@cgsh.com)
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

        */s/ Sabrina L. Streusand*
        Sabrina L. Streusand