**EXHIBIT A**

| LOCATION: | Inv # | Invoice Date: | Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | Balance | 2% Interest | # Months overdue | Total Interest | Balance + Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEARS #2744 HORSEHEADS | 10033797 | 7/12/2018 | | | | | 267.30 | 267.30 | 5.346 | 6 | 32.08 | $ 299.38 |
| KMART #4034 MATTYDALE | 10034179 | 7/12/2018 | | | | | 1782.00 | 1782.00 | 35.64 | 6 | 213.84 | $ 1,995.84 |
| KMART #4034 MATTYDALE | 10034676 | 7/13/2018 | | | | | 356.40 | 356.40 | 7.128 | 6 | 42.77 | $ 399.17 |
| SEARS #24593 NEW ROCHELLE | 10034720 | 7/13/2018 | | | | | 1882.42 | 1882.42 | 37.6484 | 6 | 225.89 | $ 2,108.31 |
| KMART #4034 MATTYDALE | 10034755 | 7/17/2018 | | | | | 445.50 | 445.50 | 8.91 | 6 | 53.46 | $ 498.96 |
| SEARS #1353 SYRACUSE | 10034815 | 7/17/2018 | | | | | 658.99 | 658.99 | 13.1798 | 6 | 79.08 | $ 738.07 |
| KMART #4123 NIAGARA FALLS | 10034875 | 7/17/2018 | | | | | 178.20 | 178.20 | 3.564 | 6 | 21.38 | $ 199.58 |
| KMART #4034 MATTYDALE | 10034937 | 7/17/2018 | | | | | 735.08 | 735.08 | 14.7016 | 6 | 88.21 | $ 823.29 |
| SEARS #1353 SYRACUSE | 20006137 | 7/18/2018 | | | | | 4514.40 | 4514.40 | 90.288 | 6 | 541.73 | $ 5,056.13 |
| SEARS #1584 EASTVIEW MALL | 20006154 | 7/18/2018 | | | | | 871.29 | 871.29 | 17.4258 | 6 | 104.55 | $ 975.84 |
| KMART #9589 BATH | 10034865 | 7/20/2018 | | | | | 356.40 | 356.40 | 7.128 | 6 | 42.77 | $ 399.17 |
| KMART #3600 ROTTERDAM | 10035074 | 7/23/2018 | | | | | 178.20 | 178.20 | 3.564 | 6 | 21.38 | $ 199.58 |
| SEARS #1353 SYRACUSE | 20006128 | 7/25/2018 | | | | | 2317.68 | 2317.68 | 46.3536 | 6 | 278.12 | $ 2,595.80 |
| KMART #4741 BATAVIA | 10035065 | 7/25/2018 | | | | | 400.95 | 400.95 | 8.019 | 6 | 48.11 | $ 449.06 |
| KMART #4034 MATTYDALE | 10035112 | 7/25/2018 | | | | | 356.40 | 356.40 | 7.128 | 6 | 42.77 | $ 399.17 |
| SEARS #1353 SYRACUSE | 30023870 | 7/30/2018 | | | | | 120.83 | 120.83 | 2.4166 | 6 | 14.50 | $ 135.33 |
| SEARS #1623 CLAY | 30023871 | 7/30/2018 | | | | | 89.58 | 89.58 | 1.7916 | 6 | 10.75 | $ 100.33 |
| KMART #4034 MATTYDALE | 30023872 | 7/30/2018 | | | | | 373.33 | 373.33 | 7.4666 | 6 | 44.80 | $ 418.13 |
| SEARS #1504 WILLIAMSVILLE | 30023873 | 7/30/2018 | | | | | 150.00 | 150.00 | 3 | 6 | 18.00 | $ 168.00 |
| SEARS #1514 NIAGRA FALLS | 30023874 | 7/30/2018 | | | | | 150.00 | 150.00 | 3 | 6 | 18.00 | $ 168.00 |
| SEARS #2584 LAKEWOOD | 30023875 | 7/30/2018 | | | | | 160.42 | 160.42 | 3.2084 | 6 | 19.25 | $ 179.67 |
| KMART #4123 NIAGARA FALLS | 30023876 | 7/30/2018 | | | | | 200.42 | 200.42 | 4.0084 | 6 | 24.05 | $ 224.47 |
| SEARS #1303 DANBURY CT | 30023877 | 7/30/2018 | | | | | 208.33 | 208.33 | 4.1666 | 6 | 25.00 | $ 233.33 |
| SEARS #1333 POUGHKEEPSIE | 30023878 | 7/30/2018 | | | | | 208.34 | 208.34 | 4.1668 | 6 | 25.00 | $ 233.34 |
| SEARS #1414 NANUET | 30023879 | 7/30/2018 | | | | | 308.32 | 308.32 | 6.1664 | 6 | 37.00 | $ 345.32 |
| SEARS #1674 WHITE PLAINS | 30023880 | 7/30/2018 | | | | | 308.33 | 308.33 | 6.1666 | 6 | 37.00 | $ 345.33 |
| SEARS #1733 YONKERS | 30023881 | 7/30/2018 | | | | | 742.49 | 742.49 | 14.8498 | 6 | 89.10 | $ 831.59 |
| SEARS #1944 YORKTOWN HEIGHTS | 30023882 | 7/30/2018 | | | | | 108.33 | 108.33 | 2.1666 | 6 | 13.00 | $ 121.33 |
| SEARS #2744 HORSEHEADS | 30023883 | 7/30/2018 | | | | | 86.46 | 86.46 | 1.7292 | 6 | 10.38 | $ 96.84 |
| KMART #4867 SOUTHBURY CT | 30023884 | 7/30/2018 | | | | | 308.33 | 308.33 | 6.1666 | 6 | 37.00 | $ 345.33 |
| KMART #9420 BRONX | 30023885 | 7/30/2018 | | | | | 571.25 | 571.25 | 11.425 | 6 | 68.55 | $ 639.80 |
| SEARS #45062 WEST HAVEN CT | 30023886 | 7/30/2018 | | | | | 385.42 | 385.42 | 7.7084 | 6 | 46.25 | $ 431.67 |
| SEARS #45059(2) BUFFALO | 30023887 | 7/30/2018 | | | | | 45.83 | 45.83 | 0.9166 | 6 | 5.50 | $ 51.33 |
| SEARS #8254 HENRIETTA | 30023888 | 7/30/2018 | | | | | 20.83 | 20.83 | 0.4166 | 6 | 2.50 | $ 23.33 |
| SEARS #45156 ROCHESTER | 30023889 | 7/30/2018 | | | | | 26.25 | 26.25 | 0.525 | 6 | 3.15 | $ 29.40 |
| SEARS #45064 MENANDS | 30023890 | 7/30/2018 | | | | | 36.81 | 36.81 | 0.7362 | 6 | 4.42 | $ 41.23 |
| SEARS #1524 GREECE RIDGE | 30023867 | 7/30/2018 | | | | | 233.33 | 233.33 | 4.6666 | 6 | 28.00 | $ 261.33 |
| SEARS #1894 MARKETPLACE MALL | 30023868 | 7/30/2018 | | | | | 172.92 | 172.92 | 3.4584 | 6 | 20.75 | $ 193.67 |
| SEARS #1584 EASTVIEW MALL | 30023869 | 7/30/2018 | | | | | 233.33 | 233.33 | 4.6666 | 6 | 28.00 | $ 261.33 |
| KMART #4713 TOWANDA PA | 10033468 | 7/30/2018 | | | | | 3669.81 | 3669.81 | 73.3962 | 6 | 440.38 | $ 4,110.19 |
| KMART #9589 BATH | 20006507 | 7/30/2018 | | | | | 3310.75 | 3310.75 | 66.215 | 6 | 331.08 | $ 3,641.83 |
| KMART #4726 JAMESTOWN | 10035432 | 7/31/2018 | | | | | 529.65 | 529.65 | 10.593 | 6 | 63.56 | $ 593.21 |
| KMART #4713 TOWANDA PA | 20006171 | 7/31/2018 | | | | | 186.41 | 186.41 | 3.7282 | 6 | 22.37 | $ 208.78 |
| SEARS #24593 NEW ROCHELLE | 30024028 | 7/31/2018 | | | | | 31595.00 | 31595.00 | 631.9 | 6 | 3,791.40 | $ 35,386.40 |
| KMART #9420 BRONX | 10030451 | 7/31/2018 | | | | | 113.44 | 113.44 | 2.2688 | 6 | 13.61 | $ 127.05 |
| KMART #7677 WELLSVILLE | 20006533 | 7/31/2018 | | | | | 715.28 | 715.28 | 14.3056 | 6 | 85.83 | $ 801.11 |
| KMART #3600 ROTTERDAM | 20006532 | 7/31/2018 | | | | | 1471.21 | 1471.21 | 29.4242 | 6 | 176.55 | $ 1,647.76 |
| KMART #7677 WELLSVILLE | 10035680 | 8/7/2018 | | | | | 557.69 | 557.69 | 11.1538 | 5 | 55.77 | $ 613.46 |
| KMART #4741 BATAVIA | 10035546 | 8/8/2018 | | | | | 267.30 | 267.30 | 5.346 | 5 | 26.73 | $ 294.03 |
| KMART #4741 BATAVIA | 10035547 | 8/8/2018 | | | | | 267.30 | 267.30 | 5.346 | 5 | 26.73 | $ 294.03 |
| KMART #4741 BATAVIA | 20006570 | 8/8/2018 | | | | | 5547.31 | 5547.31 | 110.9462 | 5 | 554.73 | $ 6,102.04 |
| KMART #4123 NIAGARA FALLS | 20006395 | 8/9/2018 | | | | | 6858.00 | 6858.00 | 137.16 | 5 | 685.80 | $ 7,543.80 |
| SEARS #24593 NEW ROCHELLE | 10034980 | 8/10/2018 | | | | | 949.39 | 949.39 | 18.9878 | 5 | 94.94 | $ 1,044.33 |
| KMART #9589 BATH | 10035758 | 8/10/2018 | | | | | 1531.43 | 1531.43 | 30.6286 | 5 | 153.14 | $ 1,684.57 |
| SEARS #1584 EASTVIEW MALL | 10035813 | 8/13/2018 | | | | | 487.78 | 487.78 | 9.7556 | 5 | 48.78 | $ 536.56 |
| KMART #4726 JAMESTOWN | 10036046 | 8/16/2018 | | | | | 222.75 | 222.75 | 4.455 | 5 | 22.28 | $ 245.03 |
| KMART #7677 WELLSVILLE | 10036067 | 8/16/2018 | | | | | 634.73 | 634.73 | 12.6946 | 5 | 63.47 | $ 698.20 |
| SEARS #1584 EASTVIEW MALL | 10035967 | 8/27/2018 | | | | | 899.27 | 899.27 | 17.9854 | 5 | 89.93 | $ 989.20 |
| SEARS #1623 CLAY | 30024228 | 8/27/2018 | | | | | 89.58 | 89.58 | 1.7916 | 5 | 8.96 | $ 98.54 |

| Store | ID | Date | Value 1 | Value 2 | Qty | Value 3 |
|---|---|---|---|---|---|---|
| KMART #4034 MATTYDALE | 30024229 | 8/27/2018 | 373.33 | 373.33 | 7.4666 | 5 | $ 37.33 | $ 410.66 |
| SEARS #1504 WILLIAMSVILLE | 30024230 | 8/27/2018 | 150.00 | 150.00 | 3 | 5 | $ 15.00 | $ 165.00 |
| SEARS #1514 NIAGRA FALLS | 30024231 | 8/27/2018 | 150.00 | 150.00 | 3 | 5 | $ 15.00 | $ 165.00 |
| SEARS #2584 LAKEWOOD | 30024232 | 8/27/2018 | 160.42 | 160.42 | 3.2084 | 5 | $ 16.04 | $ 176.46 |
| KMART #4123 NIAGARA FALLS | 30024233 | 8/27/2018 | 200.42 | 200.42 | 4.0084 | 5 | $ 20.04 | $ 220.46 |
| SEARS #1303 DANBURY CT | 30024234 | 8/27/2018 | 208.33 | 208.33 | 4.1666 | 5 | $ 20.83 | $ 229.16 |
| SEARS #1333 POUGHKEEPSIE | 30024235 | 8/27/2018 | 208.34 | 208.34 | 4.1668 | 5 | $ 20.83 | $ 229.17 |
| SEARS #1414 NANUET | 30024236 | 8/27/2018 | 308.32 | 308.32 | 6.1664 | 5 | $ 30.83 | $ 339.15 |
| SEARS #1674 WHITE PLAINS | 30024237 | 8/27/2018 | 308.33 | 308.33 | 6.1666 | 5 | $ 30.83 | $ 339.16 |
| SEARS #1733 YONKERS | 30024238 | 8/27/2018 | 742.49 | 742.49 | 14.8498 | 5 | $ 74.25 | $ 816.74 |
| SEARS #1944 YORKTOWN HEIGHTS | 30024239 | 8/27/2018 | 108.33 | 108.33 | 2.1666 | 5 | $ 10.83 | $ 119.16 |
| SEARS #2744 HORSEHEADS | 30024240 | 8/27/2018 | 86.46 | 86.46 | 1.7292 | 5 | $ 8.65 | $ 95.11 |
| KMART #4867 SOUTHBURY CT | 30024241 | 8/27/2018 | 308.33 | 308.33 | 6.1666 | 5 | $ 30.83 | $ 339.16 |
| KMART #9420 BRONX | 30024242 | 8/27/2018 | 571.25 | 571.25 | 11.425 | 5 | $ 57.13 | $ 628.38 |
| SEARS #45062 WEST HAVEN CT | 30024243 | 8/27/2018 | 385.42 | 385.42 | 7.7084 | 5 | $ 38.54 | $ 423.96 |
| SEARS #45059(2) BUFFALO | 30024244 | 8/27/2018 | 45.83 | 45.83 | 0.9166 | 5 | $ 4.58 | $ 50.41 |
| SEARS #8254 HENRIETTA | 30024245 | 8/27/2018 | 20.83 | 20.83 | 0.4166 | 5 | $ 2.08 | $ 22.91 |
| SEARS #45156 ROCHESTER | 30024246 | 8/27/2018 | 26.25 | 26.25 | 0.525 | 5 | $ 2.63 | $ 28.88 |
| SEARS #45064 MENANDS | 30024247 | 8/27/2018 | 36.81 | 36.81 | 0.7362 | 5 | $ 3.68 | $ 40.49 |
| SEARS #1894 MARKETPLACE MALL | 30024225 | 8/27/2018 | 172.92 | 172.92 | 3.4584 | 5 | $ 17.29 | $ 190.21 |
| SEARS #1584 EASTVIEW MALL | 30024226 | 8/27/2018 | 233.33 | 233.33 | 4.6666 | 5 | $ 23.33 | $ 256.66 |
| SEARS #1353 SYRACUSE | 30024227 | 8/27/2018 | 120.83 | 120.83 | 2.4166 | 5 | $ 12.08 | $ 132.91 |
| SEARS #24593 NEW ROCHELLE | 30024255 | 8/27/2018 | 113.44 | 113.44 | 2.2688 | 5 | $ 11.34 | $ 124.78 |
| SEARS #1504 WILLIAMSVILLE | 10036131 | 8/29/2018 | 224.30 | 224.30 | 4.486 | 5 | $ 22.43 | $ 246.73 |
| SEARS #1584 EASTVIEW MALL | 20006679 | 8/29/2018 | 2419.63 | 2419.63 | 48.3926 | 5 | $ 241.96 | $ 2,661.59 |
| SEARS #1584 EASTVIEW MALL | 10035029 | 9/10/2018 | 221.72 | 221.72 | 4.4344 | 4 | $ 17.74 | $ 239.46 |
| KMART #4034 MATTYDALE | 20006683 | 9/10/2018 | 3078.00 | 3078.00 | 61.56 | 4 | $ 246.24 | $ 3,324.24 |
| KMART #7677 WELLSVILLE | 10036664 | 9/10/2018 | 537.08 | 537.08 | 10.7416 | 4 | $ 42.97 | $ 580.05 |
| SEARS #1504 WILLIAMSVILLE | 10036671 | 9/13/2018 | 179.44 | 179.44 | 3.5888 | 4 | $ 14.36 | $ 193.80 |
| SEARS #1504 WILLIAMSVILLE | 10036983 | 9/13/2018 | 448.59 | 448.59 | 8.9718 | 4 | $ 35.89 | $ 484.48 |
| KMART #4123 NIAGARA FALLS | 20006282 | 9/17/2018 | 1971.00 | 1971.00 | 39.42 | 4 | $ 157.68 | $ 2,128.68 |
| KMART #3600 ROTTERDAM | 10037043 | 9/17/2018 | 190.51 | 190.51 | 3.8102 | 4 | $ 15.24 | $ 205.75 |
| SEARS #1504 WILLIAMSVILLE | 20006768 | 9/17/2018 | 10997.34 | 10997.34 | 219.9468 | 4 | $ 879.79 | $ 11,877.13 |
| KMART #4726 JAMESTOWN | 20006756 | 9/19/2018 | 1523.97 | 1523.97 | 30.4794 | 4 | $ 121.92 | $ 1,645.89 |
| SEARS #1584 EASTVIEW MALL | 10036519 | 9/19/2018 | 133.03 | 133.03 | 2.6606 | 4 | $ 10.64 | $ 143.67 |
| KMART #4713 TOWANDA PA | 10036883 | 9/20/2018 | 2567.27 | 2567.27 | 51.3454 | 4 | $ 205.38 | $ 2,772.65 |
| KMART #4741 BATAVIA | 20006678 | 9/20/2018 | 4244.31 | 4244.31 | 84.8862 | 4 | $ 339.54 | $ 4,583.85 |
| SEARS #2744 HORSEHEADS | 10037305 | 9/20/2018 | 673.81 | 673.81 | 13.4762 | 4 | $ 53.90 | $ 727.71 |
| SEARS #1514 NIAGRA FALLS | 30025123 | 9/21/2018 | 150.00 | 150.00 | 3 | 4 | $ 12.00 | $ 162.00 |
| SEARS #45062 WEST HAVEN CT | 30025018 | 9/21/2018 | 385.42 | 385.42 | 7.7084 | 4 | $ 30.83 | $ 416.25 |
| SEARS #1944 YORKTOWN HEIGHTS | 30025014 | 9/21/2018 | 108.33 | 108.33 | 2.1666 | 4 | $ 8.67 | $ 117.00 |
| KMART #4867 SOUTHBURY CT | 30025016 | 9/21/2018 | 308.33 | 308.33 | 6.1666 | 4 | $ 24.67 | $ 333.00 |
| KMART #9420 BRONX | 30025017 | 9/21/2018 | 571.25 | 571.25 | 11.425 | 4 | $ 45.70 | $ 616.95 |
| SEARS #2744 HORSEHEADS | 30025015 | 9/21/2018 | 86.46 | 86.46 | 1.7292 | 4 | $ 6.92 | $ 93.38 |
| SEARS #1674 WHITE PLAINS | 30025012 | 9/21/2018 | 308.33 | 308.33 | 6.1666 | 4 | $ 24.67 | $ 333.00 |
| SEARS #1733 YONKERS | 30025013 | 9/21/2018 | 742.49 | 742.49 | 14.8498 | 4 | $ 59.40 | $ 801.89 |
| SEARS #1303 DANBURY CT | 30025009 | 9/21/2018 | 208.33 | 208.33 | 4.1666 | 4 | $ 16.67 | $ 225.00 |
| SEARS #8254 HENRIETTA | 30025020 | 9/21/2018 | 20.83 | 20.83 | 0.4166 | 4 | $ 1.67 | $ 22.50 |
| SEARS #1333 POUGHKEEPSIE | 30025010 | 9/21/2018 | 208.34 | 208.34 | 4.1668 | 4 | $ 16.67 | $ 225.01 |
| SEARS #2584 LAKEWOOD | 30025022 | 9/21/2018 | 160.42 | 160.42 | 3.2084 | 4 | $ 12.83 | $ 173.25 |
| SEARS #45064 MENANDS | 30025007 | 9/21/2018 | 36.81 | 36.81 | 0.7362 | 4 | $ 2.94 | $ 39.75 |
| SEARS #24593 NEW ROCHELLE | 30025075 | 9/21/2018 | 113.44 | 113.44 | 2.2688 | 4 | $ 9.08 | $ 122.52 |
| SEARS #45156 ROCHESTER | 30025021 | 9/21/2018 | 26.25 | 26.25 | 0.525 | 4 | $ 2.10 | $ 28.35 |
| SEARS #1414 NANUET | 30025011 | 9/21/2018 | 308.32 | 308.32 | 6.1664 | 4 | $ 24.67 | $ 332.99 |
| SEARS #1353 SYRACUSE | 30025003 | 9/21/2018 | 120.83 | 120.83 | 2.4166 | 4 | $ 9.67 | $ 130.50 |
| SEARS #1894 MARKETPLACE MALL | 30025001 | 9/21/2018 | 172.92 | 172.92 | 3.4584 | 4 | $ 13.83 | $ 186.75 |
| KMART #4123 NIAGARA FALLS | 30025008 | 9/21/2018 | 200.42 | 200.42 | 4.0084 | 4 | $ 16.03 | $ 216.45 |
| SEARS #45059(2) BUFFALO | 30025019 | 9/21/2018 | 45.83 | 45.83 | 0.9166 | 4 | $ 3.67 | $ 49.50 |
| KMART #1504 WILLIAMSVILLE | 30025006 | 9/21/2018 | 150.00 | 150.00 | 3 | 4 | $ 12.00 | $ 162.00 |
| KMART #4034 MATTYDALE | 30025005 | 9/21/2018 | 373.33 | 373.33 | 7.4666 | 4 | $ 29.87 | $ 403.20 |
| SEARS #1504 WILLIAMSVILLE | 10037324 | 9/24/2018 | 800.86 | 800.86 | 16.0172 | 4 | $ 64.07 | $ 864.93 |
| KMART #4741 BATAVIA | 20006649 | 9/25/2018 | 1622.79 | 1622.79 | 32.4558 | 4 | $ 129.82 | $ 1,752.61 |
| KMART #4713 TOWANDA PA | 20006867 | 9/28/2018 | 3515.07 | 3515.07 | 70.3014 | 4 | $ 281.21 | $ 3,796.28 |

| Location | ID | Date | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | Balance | 2% Interest | | Total Interest | Balance + Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KMART #4713 TOWANDA PA | 20006837 | 9/28/2018 | | | | 1303.80 | 1303.80 | 26.076 | 4 | 104.30 | 1,408.10 |
| KMART #4713 TOWANDA PA | 20006866 | 9/28/2018 | | | | 3055.03 | 3055.03 | 61.1006 | 4 | 244.40 | 3,299.43 |
| KMART #4713 TOWANDA PA | 20006877 | 10/9/2018 | | | | 3339.11 | 3339.11 | 66.7822 | 3 | 200.35 | 3,539.46 |
| SEARS #1894 MARKETPLACE MALL | 30025825 | 10/11/2018 | | | | 172.92 | 172.92 | 3.4584 | 3 | 10.38 | 183.30 |
| SEARS #1353 SYRACUSE | 30025826 | 10/11/2018 | | | | 120.83 | 120.83 | 2.4166 | 3 | 7.25 | 128.08 |
| KMART #4034 MATTYDALE | 30025827 | 10/11/2018 | | | | 373.33 | 373.33 | 7.4666 | 3 | 22.40 | 395.73 |
| SEARS #1504 WILLIAMSVILLE | 30025828 | 10/11/2018 | | | | 150.00 | 150.00 | 3 | 3 | 9.00 | 159.00 |
| SEARS #1514 NIAGRA FALLS | 30025829 | 10/11/2018 | | | | 150.00 | 150.00 | 3 | 3 | 9.00 | 159.00 |
| SEARS #2584 LAKEWOOD | 30025830 | 10/11/2018 | | | | 160.42 | 160.42 | 3.2084 | 3 | 9.63 | 170.05 |
| KMART #4123 NIAGARA FALLS | 30025831 | 10/11/2018 | | | | 200.42 | 200.42 | 4.0084 | 3 | 12.03 | 212.45 |
| SEARS #1303 DANBURY CT | 30025832 | 10/11/2018 | | | | 208.33 | 208.33 | 4.1666 | 3 | 12.50 | 220.83 |
| SEARS #1333 POUGHKEEPSIE | 30025833 | 10/11/2018 | | | | 208.34 | 208.34 | 4.1668 | 3 | 12.50 | 220.84 |
| SEARS #1414 NANUET | 30025834 | 10/11/2018 | | | | 308.32 | 308.32 | 6.1664 | 3 | 18.50 | 326.82 |
| SEARS #1674 WHITE PLAINS | 30025835 | 10/11/2018 | | | | 308.33 | 308.33 | 6.1666 | 3 | 18.50 | 326.83 |
| SEARS #1733 YONKERS | 30025836 | 10/11/2018 | | | | 742.49 | 742.49 | 14.8498 | 3 | 44.55 | 787.04 |
| SEARS #1944 YORKTOWN HEIGHTS | 30025837 | 10/11/2018 | | | | 108.33 | 108.33 | 2.1666 | 3 | 6.50 | 114.83 |
| SEARS #2744 HORSEHEADS | 30025838 | 10/11/2018 | | | | 86.46 | 86.46 | 1.7292 | 3 | 5.19 | 91.65 |
| KMART #4867 SOUTHBURY CT | 30025839 | 10/11/2018 | | | | 308.33 | 308.33 | 6.1666 | 3 | 18.50 | 326.83 |
| KMART #9420 BRONX | 30025840 | 10/11/2018 | | | | 571.25 | 571.25 | 11.425 | 3 | 34.28 | 605.53 |
| SEARS #45062 WEST HAVEN CT | 30025841 | 10/11/2018 | | | | 385.42 | 385.42 | 7.7084 | 3 | 23.13 | 408.55 |
| SEARS #45059(2) BUFFALO | 30025842 | 10/11/2018 | | | | 45.83 | 45.83 | 0.9166 | 3 | 2.75 | 48.58 |
| SEARS #8254 HENRIETTA | 30025843 | 10/11/2018 | | | | 20.83 | 20.83 | 0.4166 | 3 | 1.25 | 22.08 |
| SEARS #45156 ROCHESTER | 30025844 | 10/11/2018 | | | | 26.25 | 26.25 | 0.525 | 3 | 1.58 | 27.83 |
| SEARS #45064 MENANDS | 30025845 | 10/11/2018 | | | | 36.81 | 36.81 | 0.7362 | 3 | 2.21 | 39.02 |
| SEARS #24593 NEW ROCHELLE | 30025857 | 10/11/2018 | | | | 113.44 | 113.44 | 2.2688 | 3 | 6.81 | 120.25 |
| KMART#7065 HORSEHEADS | 30035853 | 10/12/2018 | | | | 311.85 | 311.85 | 6.237 | 3 | 18.71 | 330.56 |
| SEARS #2744 HORSEHEADS | 10037392 | 10/12/2018 | | | | 267.30 | 267.30 | 5.346 | 3 | 16.04 | 283.34 |
| SEARS PARTS AND SERVICE CENTER / HENRIETTA | 10037591 | 10/12/2018 | | | | 178.20 | 178.20 | 3.564 | 3 | 10.69 | 188.89 |
| SEARS 1504 WILLIAMSVILLE | 20006186 | 10/12/2018 | | | | 1639.41 | 1639.41 | 32.7882 | 3 | 98.36 | 1,737.77 |
| SEARS #2744 HORSEHEADS | 20006362 | 10/12/2018 | | | | 11135.84 | 11135.84 | 222.7168 | 3 | 668.15 | 11,803.99 |
| KMART #4713 TOWANDA PA | 20006562 | 10/12/2018 | | | | 267.30 | 267.30 | 5.346 | 3 | 16.04 | 283.34 |
| KMART #4713 TOWANDA PA | 20006785 | 10/12/2018 | | | | 3673.25 | 3673.25 | 73.465 | 3 | 220.40 | 3,893.65 |
| SEARS #1504 WILLIAMSVILLE | 10036178 | 10/12/2018 | | | | 89.72 | 89.72 | 1.7944 | 3 | 5.38 | 95.10 |
| | | | Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | Balance | 2% Interest | | Total Interest | Balance + Interest |
| SEARS #24593 NEW ROCHELLE | 30026465 | 12/21/2018 | | | 113.04 | | | 113.04 | 2.2608 | 1 | 2.26 | 115.30 |
| SEARS #24593 NEW ROCHELLE | 30027091 | 12/28/2018 | | | 113.04 | | | 113.04 | 2.2608 | 1 | 2.26 | 115.30 |
| SEARS PARTS AND SERVICE CENTER / Henrietta | 10040279 | 1/7/2019 | 1104.25 | | | | 1104.25 | 22.085 | 0 | 0.00 | 1,104.25 |
| KMART #4928 QUEENSBURY | 10040325 | 1/7/2019 | 441.38 | | | | 441.38 | 8.8276 | 0 | 0.00 | 441.38 |
| KMART #7065 HORSEHEADS | 10040262 | 1/10/2019 | 133.65 | | | | 133.65 | 2.673 | 0 | 0.00 | 133.65 |
| KMART #4034 MATTYDALE | 10040439 | 1/11/2019 | 965.5 | | | | 965.5 | 19.31 | 0 | 0.00 | 965.50 |
| SEARS #1894 MARKETPLACE MALL | 30027862 | 1/11/2019 | 172.92 | | | | 172.92 | 3.4584 | 0 | 0.00 | 172.92 |
| SEARS #1353 SYRACUSE | 30027863 | 1/11/2019 | 120.83 | | | | 120.83 | 2.4166 | 0 | 0.00 | 120.83 |
| KMART #4034 MATTYDALE | 30027864 | 1/11/2019 | 373.33 | | | | 373.33 | 7.4666 | 0 | 0.00 | 373.33 |
| SEARS #1504 WILLIAMSVILLE | 30027865 | 1/11/2019 | 150.34 | | | | 150.34 | 3.0068 | 0 | 0.00 | 150.34 |
| SEARS #1514 NIAG. FALLS | 30027866 | 1/11/2019 | 150 | | | | 150 | 3 | 0 | 0.00 | 150.00 |
| SEARS #2584 LAKEWOOD | 30027867 | 1/11/2019 | 160.42 | | | | 160.42 | 3.2084 | 0 | 0.00 | 160.42 |
| KMART #4123 NIAG. FALLS | 30027868 | 1/11/2019 | 200.42 | | | | 200.42 | 4.0084 | 0 | 0.00 | 200.42 |
| SEARS #1303 DANBURY CT | 30027869 | 1/11/2019 | 208.33 | | | | 208.33 | 4.1666 | 0 | 0.00 | 208.33 |
| SEARS #1333 POUGHKEEPSIE | 30027870 | 1/11/2019 | 208.09 | | | | 208.09 | 4.1618 | 0 | 0.00 | 208.09 |
| SEARS #1414 NANUET | 30027871 | 1/11/2019 | 307.25 | | | | 307.25 | 6.145 | 0 | 0.00 | 307.25 |
| SEARS #1674 WHITE PLAINS | 30027872 | 1/11/2019 | 307.26 | | | | 307.26 | 6.1452 | 0 | 0.00 | 307.26 |
| SEARS #1733 YONKERS | 30027873 | 1/11/2019 | 743.35 | | | | 743.35 | 14.867 | 0 | 0.00 | 743.35 |
| SEARS #1944 YORKTOWN HEIGHTS | 30027874 | 1/11/2019 | 107.95 | | | | 107.95 | 2.159 | 0 | 0.00 | 107.95 |
| SEARS #2744 HORSEHEADS | 30027875 | 1/11/2019 | 86.46 | | | | 86.46 | 1.7292 | 0 | 0.00 | 86.46 |
| KMART #4867 SOUTHBURY CT | 30027876 | 1/11/2019 | 308.33 | | | | 308.33 | 6.1666 | 0 | 0.00 | 308.33 |
| KMART #9420 BRONX | 30027877 | 1/11/2019 | 571.25 | | | | 571.25 | 11.425 | 0 | 0.00 | 571.25 |
| SEARS #45062 WEST HAVEN CT | 30027878 | 1/11/2019 | 385.42 | | | | 385.42 | 7.7084 | 0 | 0.00 | 385.42 |
| SEARS #45059(2) BUFFALO | 30027879 | 1/11/2019 | 45.93 | | | | 45.93 | 0.9186 | 0 | 0.00 | 45.93 |
| SEARS #8254 HENRIETTA | 30027880 | 1/11/2019 | 20.83 | | | | 20.83 | 0.4166 | 0 | 0.00 | 20.83 |
| SEARS #45156 ROCHESTER | 30027881 | 1/11/2019 | 26.25 | | | | 26.25 | 0.525 | 0 | 0.00 | 26.25 |
| SEARS #45064 MENANDS | 30027882 | 1/11/2019 | 36.81 | | | | 36.81 | 0.7362 | 0 | 0.00 | 36.81 |
| SEARS #24593 NEW ROCHELLE | 30027886 | 1/11/2019 | 113.04 | | | | 113.04 | 2.2608 | 0 | 0.00 | 113.04 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ 14,882.64 | $ 170,600.31 | |
| | | | | | | $ 4.52 | $ 7,680.19 | |
| | | | | | | $ 14,887.17 | $ 178,280.51 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 155717.67 | $ 155,717.67 | 3114.3534 | |
| | | | | | 0 | $ 7,675.67 | 153.5134 | |
| | | | | | $ 155,717.67 | $ 163,393.34 | 3267.867 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | | | | |
| 0 | 7449.59 | 226.08 | 0 | | | | |
| 0 | $ 7,449.59 | $ 226.08 | $ - | | | | |

| ORIGINAL INTEREST WORKSHEET TOTAL: | |
|---|---|
| PREFERRED VENDOR INTEREST WORKSHEET TOTAL: | |

| | Customer Total: |
|---|---|

| GRAND TOTAL OWED: | |
|---|---|