# EXHIBIT "A"

BET Investments, Inc.
200 DRYDEN ROAD
SUITE 2000
DRESHER, PA 19025

(215) 938-7300

Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, IL 60179

1/21/2019

INVOICE #: 060797

**ACCOUNT NUMBER**

BET06126    1

**MAKE CHECKS PAYABLE TO:** BT GRANITE RUN, LP

BALANCE DUE    162,868.41

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 8/21/2018 | WSC | 11/16/17-5/10/18 WATER/SEWER | 4,128.27 | 0.00 | 4,128.27 |
| 12/14/2018 | MIS | SNOW REMOVAL 12/2/18-12/9/18 | 1,532.13 | 0.00 | 1,532.13 |
| 12/12/2018 | REP | 2018 COUNTY TAX | 24,849.35 | 0.00 | 24,849.35 |
| 12/12/2018 | REP | 2018-2019 SCHOOL TAX | 121,851.94 | 0.00 | 121,851.94 |
| 12/12/2018 | REP | 2017-2018 SCHOOL TAX - REASSES | 3,850.64 | 0.00 | 3,850.64 |
| 12/12/2018 | REP | 2018 TOWNSHIP TAX | 6,656.08 | 0.00 | 6,656.08 |

1/21/2019

**ACCOUNT NUMBER**

Please send this portion of the statement with your remittance.

INVOICE #: 060797
Sears, Roebuck and Co.

BET06126    1

BET Investments, Inc.
200 DRYDEN ROAD
SUITE 2000
DRESHER, PA 19025

(215) 938-7300

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 0.00 | 158,740.14 | 0.00 | 0.00 | 4,128.27 | 162,868.41 |