# EXHIBIT "B"

## STATEMENT

|  |  |
|---|---|
| Date - | 10/15/2018 |
| Tenant No - | 31890 |
| Statement No - | 887771 |
| Page - | 1 |

**Make Check Payable To:**
PR FINANCING LP
DBA FRANCIS SCOTT KEY MALL
PO BOX 951727
CLEVELAND OH 44193-1727

**From:**
Francis Scott Key Mall
5500 Buckeystown Pike
Frederick MD 21701-8330

**To:**
Sears #2664
c/o Sears Holdings Corporation
3333 Beverly Road; BC-131A
Attn: Tammi Banaszak
Hoffman Estates IL 60179

**Tenant:**
Sears #2664

FOR INQUIRIES EMAIL: francisscottkeybookkeeper@preit.com

Amount Remitted: _____
Remit top portion with payment.

### DETAIL CHARGE

**Francis Scott Key Mall**                                  Lease   00004824

| Invoice Date | Bill Code | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 1/1/2017 |  | Balance Forward |  |  | .00 |  |
| 12/31/2017 | XRE | 2017 RE Reconciliation | 75,027.88 | (70,926.80) | 4,101.08 | 131155244 |
| 5/30/2018 | ELEU | ELECTRIC 4/27/2018-5/29/2018 | 9,134.60 |  | 9,134.60 |  |
| 5/30/2018 | STAX | Sales Tax 4/27/2018-5/29/2018 | 547.25 |  | 547.25 |  |
| 8/29/2018 | ELEU | ELECTRIC 7/27/2018-8/27/2018 | 10,043.08 |  | 10,043.08 |  |
| 8/29/2018 | STAX | Sales Tax 7/27/2018-8/27/2018 | 601.72 |  | 601.72 |  |
| 10/3/2018 | ELEU | 8/27/2018-9/29/2018 | 8,143.49 |  | 8,143.49 |  |
| 10/3/2018 | STAX | 8/27/2018-9/29/2018 | 487.93 |  | 487.93 |  |

### PAYMENTS SECTION

| G/L Date | Description | Payments | Check Number | Remark |
|---|---|---|---|---|
| 1/4/2017 | Payment Rec'd - Thank You | 31,354.62 | 000142244 |  |
| 2/7/2017 | Payment Rec'd - Thank You | 16,934.21 | 0132115 |  |
| 2/7/2017 | Payment Rec'd - Thank You | 31,354.62 | 000144062 |  |
| 2/8/2017 | Payment Rec'd - Thank You | 9,098.47 | 0132145 |  |
| 3/6/2017 | Payment Rec'd - Thank You | 9,640.31 | 0133448 |  |
| 3/8/2017 | Payment Rec'd - Thank You | 31,354.62 | 000145703 |  |
| 4/3/2017 | Payment Rec'd - Thank You | 31,354.62 | 000147214 |  |
| 4/12/2017 | Payment Rec'd - Thank You | 552.50 | 000147739 |  |
| 5/2/2017 | Payment Rec'd - Thank You | 31,354.62 | 000148757 |  |
| 5/8/2017 | Payment Rec'd - Thank You | 17,016.11 | 0136270 |  |
| 5/15/2017 | Payment Rec'd - Thank You | 77,191.87 | 130912926 |  |
| 6/6/2017 | Payment Rec'd - Thank You | 31,354.62 | 000150287 |  |
| 7/6/2017 | Payment Rec'd - Thank You | 31,354.62 | 000151644 |  |
| 7/14/2017 | Payment Rec'd - Thank You | 18,600.78 | 8702937 |  |
| 8/7/2017 | Payment Rec'd - Thank You | 31,354.60 | 000153090 |  |
| 8/28/2017 | Payment Rec'd - Thank You | 11,414.55 | 0140290 |  |
| 9/6/2017 | Payment Rec'd - Thank You | 31,354.62 | 000154704 |  |
| 9/20/2017 | Payment Rec'd - Thank You | 11,414.55 | 0141177 |  |
| 10/3/2017 | Payment Rec'd - Thank You | 31,354.62 | 000156279 |  |
| 10/12/2017 | Payment Rec'd - Thank You | 12,048.50 | 0141670 |  |
| 11/7/2017 | Payment Rec'd - Thank You | 31,354.62 | 000157920 |  |
| 11/20/2017 | Payment Rec'd - Thank You | 9,137.21 | 0143201 |  |
| 12/4/2017 | Payment Rec'd - Thank You | 31,354.62 | 000159409 |  |
| 12/12/2017 | Payment Rec'd - Thank You | 9,068.75 | 0144009 |  |

## STATEMENT

| | | | | Date - | 10/15/2018 |
|---|---|---|---|---|---|
| | | | | Tenant No - | 31890 |
| | | | | Statement No - | 887771 |
| | | | | Page - | 2 |

| Date | Description | Amount | Reference |
|---|---|---|---|
| 1/5/2018 | Payment Rec'd - Thank You | 31,354.62 | 000161027 |
| 1/23/2018 | Payment Rec'd - Thank You | 9,116.99 | 0145479 |
| 2/8/2018 | Payment Rec'd - Thank You | 8,825.67 | 0145987 |
| 2/8/2018 | Payment Rec'd - Thank You | 31,354.62 | 000162633 |
| 3/6/2018 | Payment Rec'd - Thank You | 31,354.62 | 000164107 |
| 4/3/2018 | Payment Rec'd - Thank You | 17,196.76 | 0147865 |
| 4/5/2018 | Payment Rec'd - Thank You | 31,354.62 | 000165598 |
| 4/10/2018 | Payment Rec'd - Thank You | 70,926.80 | 131155244 |
| 5/8/2018 | Payment Rec'd - Thank You | 31,354.62 | 000167146 |
| 5/18/2018 | Payment Rec'd - Thank You | 7,093.18 | 0149381 |
| 6/5/2018 | Payment Rec'd - Thank You | 31,354.62 | 000168738 |
| 6/21/2018 | Payment Rec'd - Thank You | 9,400.85 | 0150350 |
| 7/9/2018 | Payment Rec'd - Thank You | 31,354.62 | 000170227 |
| 8/7/2018 | Payment Rec'd - Thank You | 31,354.60 | 000171782 |
| 9/5/2018 | Payment Rec'd - Thank You | 31,354.62 | 000173158 |
| 9/5/2018 | Payment Rec'd - Thank You | 22,391.28 | 0000152401 |
| 10/10/2018 | Payment Rec'd - Thank You | 31,354.62 | 000174505 |

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 1/1/2017 | .00 |
| Plus Charges From | 1/1/2017 | 103,985.95 |
| Less Payments / Credits From | 1/1/2017 | (70,926.80) |
| **AMOUNT DUE:** | | **33,059.15** |

### ACCOUNT AGING

| Current | 1 - 0 | 1 - 0 | 1 - 0 | 1 - 0 | Over 0 |
|---|---|---|---|---|---|
| | | | | | 33,059.15 |