# EXHIBIT "C"

# STATEMENT

Date - 10/16/2018
Tenant No - 54511
Statement No - 887944
Page - 1

**Make Check Payable To:**  PR CAPITAL CITY LIMITED PARTNERSHIP
PO BOX 392406
CLEVELAND OH 44193-2406

**From:** CAPITAL CITY MALL
3506 CAPITAL CITY MALL DR
CAMP HILL PA 17011-7003

**To:** Sears Appliances and Mattresses Store
Attn: President Real Estate
3333 Beverly Road, Dept 824RE
Hoffman Estates IL 60179

**Tenant:** Sears Appliances and Mattresse

FOR INQUIRIES EMAIL:CapitalCityBookkeeper@preit.com

Amount Remitted: _____
Remit top portion with payment.

## DETAIL CHARGE

**Capital City Mall**                    Lease    00031366

| Invoice Date | Bill Code | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 1/1/2009 | | Balance Forward | | | .00 | |
| 10/2/2017 | REDP | REDP Retro: 10/24-10/31/17 | 1,761.29 | | 1,761.29 | |
| 10/2/2017 | CADP | CADP Retro: 10/24-10/31/17 | 645.16 | | 645.16 | |
| 10/2/2017 | RENT | RENT Retro: 10/24-10/31/17 | 645.16 | | 645.16 | |
| 11/28/2017 | MISC | UGI Utilities | 88.20 | | 88.20 | |
| 11/28/2017 | MISC | UGI Utilities | 16.97 | | 16.97 | |
| 1/30/2018 | SEW | SEWER   4th Qrt 2017 Sewer | 78.40 | | 78.40 | |
| 5/30/2018 | STAX | Sales Tax 4/20/18-5/22/18 elec | 78.05 | | 78.05 | |
| 5/30/2018 | ELEU | ELECTRIC  4/20/18-5/22/18 elec | 1,300.76 | | 1,300.76 | |
| 6/25/2018 | STAX | Sales Tax 5/22/2018-6/21/2018 | 72.45 | | 72.45 | |
| 6/25/2018 | ELEU | ELECTRIC  5/22/2018-6/21/2018 | 1,207.44 | | 1,207.44 | |
| 7/20/2018 | SEW | SEWER   2Q2018 Sewer | 83.60 | | 83.60 | |
| 8/29/2018 | STAX | Sales Tax 7/20/2018-8/22/2018 | 79.98 | | 79.98 | |
| 8/29/2018 | ELEU | ELECTRIC  7/20/2018-8/22/2018 | 1,333.00 | | 1,333.00 | |
| 10/16/2018 | ELEU | 8/22/2018-9/21/2018 | 995.32 | | 995.32 | |
| 10/16/2018 | STAX | 8/22/2018-9/21/2018 | 59.72 | | 59.72 | |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 1/1/2009 | .00 |
| Plus Charges From | 1/1/2009 | 8,445.50 |
| Less Payments / Credits From | 1/1/2009 | .00 |
| **AMOUNT DUE:** | | **8,445.50** |