# EXHIBIT "D"

The Robbins Companies  
01/22/2019   Page 1

# Tenant Ledger

Date Range: From 01/01/2018 To 01/22/2019  
Based Upon: Accounting Date  
Property: w32 Capital Enterprises, Inc.

Tenant: kmart Kmart # 7374  
Lease: w32-kmart(0)  Primary Unit: 0024

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance | Charges | Payments | Adjustments | Apply/Refund Credits | Apply/Forfeit/Transfer/Dep./Int. | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2018 | 01/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 01/01/2018 | 01/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 01/08/2018 | 01/01/2018 | CAMPT | CAM P/T Pymt. | 32028721 | | | 2,947.15- | | | | |
| 01/08/2018 | 01/01/2018 | MINRENT | Minimum Rent Pymt. | 32028721 | | | 22,087.83- | | | | |
| 01/11/2018 | 01/11/2018 | UNBILLWS | Unbilled Water/Sewer Chrg | | | 2,309.85 | | | | | |
| 01/11/2018 | 01/01/2018 | CAMPT | From 1/12/2018 credit | 4th Qtr 2017 Sewer | | .01- | | | .01- | | |
| 01/12/2018 | 01/12/2018 | MISCINC | Miscellaneous Income Chrg | | | | | | | | |
| 01/12/2018 | 01/12/2018 | MISCINC | Applied CAMPT (1/01/2018) | | | | | | .01 | | |
| | | | January 2018 Subtotals: | | .00 | 27,344.83* | 25,034.98-* | .00* | .00* | .00* | 2,309.85 |
| 02/01/2018 | 02/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 02/01/2018 | 02/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 02/06/2018 | 02/01/2018 | CAMPT | CAM P/T Pymt. | 32029568 | | | 2,947.15- | | | | |
| 02/06/2018 | 02/01/2018 | MINRENT | Minimum Rent Pymt. | 32029568 | | | 22,087.83- | | | | |
| 02/19/2018 | 02/01/2018 | CAMPT | From 2/19/2018 credit | | | .01- | | | .01- | | |
| 02/19/2018 | 02/19/2018 | MISCINC | Miscellaneous Income Chrg | | | | | | | | |
| 02/19/2018 | 02/19/2018 | MISCINC | Applied CAMPT (2/01/2018) | | | | | | .01 | | |
| 02/27/2018 | 01/11/2018 | UNBILLWS | Unbilled Water/Sewer Pymt. | 146795 | | | 2,309.85- | | | | |
| | | | February 2018 Subtotals: | | 2,309.85 | 25,034.98* | 27,344.83-* | .00* | .00* | .00* | .00 |
| 03/01/2018 | 03/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 03/01/2018 | 03/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 03/06/2018 | 03/01/2018 | CAMPT | CAM P/T Pymt. | 32030378 | | | 2,947.15- | | | | |
| 03/06/2018 | 03/01/2018 | MINRENT | From 3/06/2018 credit | | | | | | | | |
| 03/06/2018 | 03/01/2018 | MINRENT | Minimum Rent Pymt. | 32030378 | | | 22,087.83- | | | | |
| 03/06/2018 | 03/06/2018 | MISCINC | Miscellaneous Income Chrg | | | .01- | | | .01- | | |
| 03/06/2018 | 03/06/2018 | MISCINC | Applied CAMPT (3/01/2018) | | | | | | .01 | | |
| 03/31/2018 | 03/31/2018 | RETPT | R/E Tax Pass Thru Charge | | | 94,229.13 | | | | | |
| | | | March 2018 Subtotals: | | .00 | 119,264.11* | 25,034.98-* | .00* | .00* | .00* | 94,229.13 |
| 04/01/2018 | 04/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 04/01/2018 | 04/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 04/06/2018 | 04/01/2018 | CAMPT | CAM P/T Pymt. | 32032256 | | | 2,947.15- | | | | |
| 04/06/2018 | 04/01/2018 | MINRENT | Minimum Rent Pymt. | 32032256 | | | 22,087.83- | | | | |
| 04/16/2018 | 04/06/2018 | UNBILLWS | Unbilled Water/Sewer Chrg | 1st Qtr 2018 Sewer | | 108.75 | | | | | |
| 04/16/2018 | 04/01/2018 | CAMPT | From 4/16/2018 credit | | | .01- | | | .01- | | |
| 04/16/2018 | 04/16/2018 | MISCINC | Miscellaneous Income Chrg | | | | | | | | |
| 04/16/2018 | 04/16/2018 | MISCINC | Applied CAMPT (4/01/2018) | | | | | | .01 | | |
| | | | April 2018 Subtotals: | | 94,229.13 | 25,143.73* | 25,034.98-* | .00* | .00* | .00* | 94,337.88 |
| 05/01/2018 | 05/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |

The Robbins Companies     01/22/2019     Page 2

# Tenant Ledger

Date Range: From 01/01/2018 To 01/22/2019
Based Upon: Accounting Date
Property: w32 Capital Enterprises, Inc.

Tenant: kmart Kmart # 7374
Lease: w32-kmart(0)  Primary Unit: 0024

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit/ Transfer/ Dep./Int. | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2018 | 05/01/2018 | CAMPT | Void - CAM Pass Thr Chrg | | | .01- | | | | | |
| 05/01/2018 | 05/01/2018 | CAMPT | Revrsd - CAM Pass Thr Chr | | | .01 | | | | | |
| 05/01/2018 | 05/01/2018 | CAMPT | From 5/01/2018 credit | | | | | | .01 | | |
| 05/01/2018 | 05/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 05/01/2018 | 05/01/2018 | MISCINC | Miscellaneous Income Chrg | | | | | | | | |
| 05/01/2018 | 05/01/2018 | MISCINC | Applied CAMPT (5/01/2018) | | | .01- | | | .01 | | |
| 05/04/2018 | 05/04/2018 | CAMPT | CAM P/T Pymt. | 32031927 | | | 2,947.15- | | | | |
| 05/04/2018 | 05/04/2018 | MINRENT | Minimum Rent Pymt. | 32031927 | | | 22,087.83- | | | | |
| | | | May 2018 Subtotals: | | 94,337.88 | 25,034.98* | 25,034.98-* | .00* | .00* | .00* | 94,337.88 |
| 06/01/2018 | 06/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 06/01/2018 | 06/01/2018 | CAMPT | Bad Debt | | | | | .01- | | | |
| 06/01/2018 | 06/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 06/04/2018 | 06/04/2018 | CAMPT | CAM P/T Pymt. | 32032697 | | | 2,947.15- | | | | |
| 06/04/2018 | 06/04/2018 | MINRENT | Minimum Rent Pymt. | 32032697 | | | 22,087.83- | | | | |
| | | | June 2018 Subtotals: | | 94,337.88 | 25,034.99* | 25,034.98-* | .01-* | .00* | .00* | 94,337.88 |
| 07/01/2018 | 07/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 07/01/2018 | 07/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 07/03/2018 | 07/01/2018 | CAMPT | CAM P/T Pymt. | 32033406 | | | 2,947.15- | | | | |
| 07/01/2018 | 07/01/2018 | MINRENT | Minimum Rent Pymt. | 32033406 | | | 22,087.83- | | | | |
| 07/16/2018 | 07/16/2018 | UNBILLWS | Unbilled Water/Sewer Chrg | 2nd Qtr 2018 | | 191.40 | | | | | |
| 07/17/2018 | 07/17/2018 | CAMPT | From 7/17/2018 credit | | | | | | .01- | | |
| 07/17/2018 | 07/17/2018 | MISCINC | Miscellaneous Income Chrg | | | .01- | | | | | |
| 07/17/2018 | 07/17/2018 | MISCINC | Applied CAMPT (7/01/2018) | | | | | | .01 | | |
| | | | July 2018 Subtotals: | | 94,337.88 | 25,226.38* | 25,034.98-* | .00* | .00* | .00* | 94,529.28 |
| 08/01/2018 | 08/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 08/01/2018 | 08/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 08/07/2018 | 08/01/2018 | CAMPT | CAM P/T Pymt. | 32034115 | | | 2,947.15- | | | | |
| 08/07/2018 | 08/01/2018 | MINRENT | Minimum Rent Pymt. | 32034115 | | | 22,087.83- | | | | |
| 08/10/2018 | 03/31/2018 | RETPT | R/E Tax P/T Pymt. | 131235520 | | | 94,229.13- | | | | |
| 08/17/2018 | 08/01/2018 | CAMPT | From 8/17/2018 credit | | | | | | .01- | | |
| 08/17/2018 | 08/17/2018 | MISCINC | Miscellaneous Income Chrg | | | .01- | | | | | |
| 08/17/2018 | 08/17/2018 | MISCINC | Applied CAMPT (8/01/2018) | | | | | | .01 | | |
| 08/27/2018 | 04/06/2018 | UNBILLWS | Unbilled Water/Sewer Pymt. | 152162 | | | 108.75- | | | | |
| | | | August 2018 Subtotals: | | 94,529.28 | 25,034.98* | 119,372.86-* | .00* | .00* | .00* | 191.40 |
| 09/01/2018 | 09/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 09/01/2018 | 09/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 09/04/2018 | 07/16/2018 | UNBILLWS | Unbilled Water/Sewr Pymt. | 152284 | | | 191.40- | | | | |

The Robbins Companies                                                                                                                                01/22/2019    Page 3

# Tenant Ledger

Date Range:    From    01/01/2018    To    01/22/2019
Based Upon: Accounting Date
Property:  w32 Capital Enterprises, Inc.
Tenant: kmart Kmart # 7374
Lease: w32-kmart(0)  Primary Unit: 0024

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit/ Transfer/ Dep./Int. | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/2018 | 09/04/2018 | CAMPT | CAM P/T Pymt. | 32034810 | | | 2,947.15- | | | | |
| 09/04/2018 | 09/04/2018 | MINRENT | Minimum Rent Pymt. | 32034810 | | | 22,087.83- | | | | |
| 09/10/2018 | 09/01/2018 | CAMPT | From 9/10/2018 credit | | | | | | | | |
| 09/10/2018 | 09/10/2018 | MISCINC | Miscellaneous Income Chrg | | | .01- | | | .01- | | |
| 09/10/2018 | 09/10/2018 | MISCINC | Applied CAMPT (9/01/2018) | | | | | | .01 | | |
| | | | September 2018 Subtotals: | | 191.40 | 25,034.98* | 25,226.38-* | .00* | .00* | .00* | .00 |
| 10/01/2018 | 10/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 10/01/2018 | 10/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 10/04/2018 | 10/04/2018 | UNBILLWS | Unbilled Water/Sewer Chrg | 3rd Qtr 2018 Sewer | | 556.80 | | | | | |
| 10/09/2018 | 10/01/2018 | CAMPT | CAM P/T Pymt. | 32035483 | | | 2,947.15- | | | | |
| 10/09/2018 | 10/01/2018 | MINRENT | Minimum Rent Pymt. | 32035483 | | | 22,087.83- | | | | |
| 10/18/2018 | 10/01/2018 | CAMPT | From 10/18/2018 credit | | | | | | | | |
| 10/18/2018 | 10/18/2018 | MISCINC | Miscellaneous Income Chrg | | | .01- | | | .01- | | |
| 10/18/2018 | 10/18/2018 | MISCINC | Appld CAMPT (10/01/2018) | | | | | | .01 | | |
| | | | October 2018 Subtotals: | | .00 | 25,591.78* | 25,034.98-* | .00* | .00* | .00* | 556.80 |
| 11/01/2018 | 11/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 11/01/2018 | 11/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 11/05/2018 | 11/01/2018 | CAMPT | CAM P/T Pymt. | 34000026 | | | 2,947.15- | | | | |
| 11/07/2018 | 11/01/2018 | MINRENT | Minimum Rent Pymt. | 34000026 | | | 22,087.83- | | | | |
| 11/07/2018 | 11/01/2018 | CAMPT | From 11/07/2018 credit | | | | | | | | |
| 11/07/2018 | 11/07/2018 | MISCINC | Miscellaneous Income Chrg | | | .01- | | | .01- | | |
| 11/07/2018 | 11/07/2018 | MISCINC | Appld CAMPT (11/01/2018) | | | | | | .01 | | |
| | | | November 2018 Subtotals: | | 556.80 | 25,034.98* | 25,034.98-* | .00* | .00* | .00* | 556.80 |
| 12/01/2018 | 12/01/2018 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 12/01/2018 | 12/01/2018 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 12/11/2018 | 12/01/2018 | CAMPT | CAM P/T Pymt. | 34000451 | | | 2,947.15- | | | | |
| 12/11/2018 | 12/01/2018 | MINRENT | Minimum Rent Pymt. | 34000451 | | | 22,087.83- | | | | |
| 12/12/2018 | 12/12/2018 | CAMPT | From 12/12/2018 credit | | | | | | | | |
| 12/12/2018 | 12/12/2018 | CAMPT | CAM Pass Thru Charge | | | .01- | | | .01- | | |
| 12/12/2018 | 12/12/2018 | CAMPT | Appld CAMPT (12/01/2018) | | | | | | .01 | | |
| | | | December 2018 Subtotals: | | 556.80 | 25,034.98* | 25,034.98-* | .00* | .00* | .00* | 556.80 |
| 01/01/2019 | 01/01/2019 | CAMPT | CAM Pass Thru Charge | | | 2,947.16 | | | | | |
| 01/01/2019 | 01/01/2019 | MINRENT | Minimum Rent Charge | | | 22,087.83 | | | | | |
| 01/07/2019 | 01/01/2019 | CAMPT | CAM P/T Pymt. | 34000857 | | | 2,947.15- | | | | |
| 01/07/2019 | 01/01/2019 | CAMPT | From 1/07/2019 credit | | | | | | | | |
| 01/07/2019 | 01/01/2019 | MINRENT | Minimum Rent Pymt. | 34000857 | | | 22,087.83- | | | | |
| 01/07/2019 | 01/07/2019 | MISCINC | Miscellaneous Income Chrg | | | .01- | | | .01- | | |

The Robbins Companies                                                                                               01/22/2019    Page 4

# Tenant Ledger

Date Range:  From  01/01/2018  To  01/22/2019
Based Upon: Accounting Date
Property: w32 Capital Enterprises, Inc.

Tenant: kmart Kmart # 7374
Lease: w32-kmart(0) Primary Unit: 0024

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit/ Transfer/ Dep./Int. | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | 01/07/2019 | MISCINC | Applied CAMPT (1/01/2019) |  |  | 334.95 |  |  | .01 |  |  |
| 01/07/2019 | 01/07/2019 | UNBILLWS | Unbilled Water/Sewer Chrg | 4th Qtr 2018 Sewer |  |  |  |  |  |  |  |
| | | | January 2019 Subtotals: | | 556.80 | 25,369.93* | 25,034.98-* | .00* | .00* | .00* | 891.75 |
| | | | Lease w32-kmart(0) Subtotals: | | .00 | 423,185.63* | 422,293.87-* | .01-* | .00* | .00* | 891.75 |
| | | | Tenant kmart Totals: | | .00* | 423,185.63* | 422,293.87-* | .01-* | .00* | .00* | 891.75* |
| | | | Property w32 Totals: | | .00* | 423,185.63* | 422,293.87-* | .01-* | .00* | .00* | 891.75* |