# EXHIBIT "E"

BET Investments, Inc.
200 DRYDEN ROAD
SUITE 2000
DRESHER, PA 19025

(215) 938-7300

| | | 10/19/2018 | | ACCOUNT NUMBER |
|---|---|---|---|---|
| KMART CORPORATION #9438 c/o SEARS, ROEBUCK AND CO. 3333 BEVERLY ROAD VICE PRES. REAL ESTATE 824RE HOFFMAN ESTATES, IL 60179 | | INVOICE #: 060201 | | KMARTCO    1 |

MAKE CHECKS PAYABLE TO: BT Pleasant Hills, LP          BALANCE DUE     101,280.60

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 7/19/2018 | REP | 2018 REAL ESTATE TAXES | 101,280.60 | 0.00 | 101,280.60 |

---

Please send this portion of the statement with your remittance.

10/19/2018          ACCOUNT NUMBER

INVOICE #: 060201
KMART CORPORATION #9438                KMARTCO    1

BET Investments, Inc.
200 DRYDEN ROAD
SUITE 2000
DRESHER, PA 19025

(215) 938-7300

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 101,280.60 | 0.00 | 101,280.60 |



**Lauren M. Kretschman**
Senior Property Accountant

Direct 215 938 7300, Ext. 126
Fax 215 938 8651
Email LKretschman@betinvestments.com

<u>**VIA FEDERAL EXPRESS**</u>

July 19, 2018

Kmart Corp #9438
C/o Sears Roebuck and Co.
3333 Beverly Road
Vice President Real Estate 824RE
Hoffman Estates, IL 60179

Re: **2018 Real Estate Taxes**
Route 51 Plaza
Pleasant Hills, PA

In accordance with your Lease Agreement, we have determined your proportionate share of the Real Estate Taxes for the year ending December 31, 2018. Attached hereto, please find the following documents:

- Worksheet for 2018 Taxes
- Invoice for 2018 Taxes
- Copies of tax bills

As shown on the attached worksheets, there is a **balance due of $101,280.60**. Please remit your check in the amount of $101,280.60 made payable to **BT Pleasant Hills LP**.

If you have any questions, please call me at 215-938-7300 x126.

Sincerely,

Lauren Kretschman
Senior Property Accountant

Enclosure

BET Investments, Inc. A Bruce E. Toll Company
200 Dryden Road, Suite 2000, Dresher PA 19025
Main 215 938 7300, www.betinvestments.com

BET Investments, Inc.
200 DRYDEN ROAD
SUITE 2000
DRESHER, PA 19025

(215) 938-7300

KMART CORPORATION #9438
c/o SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
VICE PRES. REAL ESTATE 824RE
HOFFMAN ESTATES, IL 60179

7/19/2018

INVOICE #: 060201

**ACCOUNT NUMBER**

KMARTCO    1

**MAKE CHECKS PAYABLE TO:** BT Pleasant Hills, LP

BALANCE DUE    101,280.60

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 7/19/2018 | REP | 2018 REAL ESTATE TAXES | 101,280.60 | 0.00 | 101,280.60 |

---

7/19/2018

**ACCOUNT NUMBER**

Please send this portion of the statement with your remittance.

INVOICE #: 060201
KMART CORPORATION #9438

KMARTCO    1

BET Investments, Inc.
200 DRYDEN ROAD
SUITE 2000
DRESHER, PA 19025

(215) 938-7300

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 101,280.60 | 0.00 | 0.00 | 0.00 | 0.00 | 101,280.60 |

BT PLEASANT HILLS

## SUMMARY OF REAL ESTATE TAXES
## FOR THE PERIOD ENDING DECEMBER 31, 2018

| ACCOUNT NAME | TOTAL AMOUNT | K-MART STORE 94,475 76.8000% |
|---|---|---|
| **I. REAL ESTATE TAXES - BOROUGH OF PLEASANT HILLS** | | |
| RE TAX - Parcel No. 0470-P-00016 | $27,539.57 | $21,150.39 |
| **II. REAL ESTATE TAXES - W. JEFFERSON SCHOOL TAXES** | | |
| RE TAX - Parcel No. 0470-P-00016 | $85,038.11 | $65,309.27 |
| **III. REAL ESTATE TAXES - ALLEGHENY COUNTY TREASURER** | | |
| RE TAX - Parcel No. 0470-P-00016 | $19,298.10 | $14,820.94 |
| **TOTAL REAL ESTATE TAXES -PLEASANT HILLS** | $131,875.78 | $101,280.60 |

**BALANCE DUE FROM THE TENANT**            $101,280.60

## BOROUGH OF PLEASANT HILLS

**2018 TAX STATEMENT**

BLOCK/LOT: 470-P-16
RETURN BOTH COPIES WITH REMITTANCE. THIS IS NOT A RECEIPT

STATEMENT DATE: JUNE 30, 2018

| CODE 873 ACCOUNT # | ASSESSED VALUATION | MILLAGE | TAX TYPE | 2% DISCOUNT IF PAID BY 08/31/2018 | FACE TAX IF PAID BY 10/31/2018 | 10% PENALTY IF PAID AFTER 10/31/2018 |
|---|---|---|---|---|---|---|
| 3108 | $ 4,163,200 | .00675000 | REAL ESTATE | | | |

PAYABLE TO: LINDA J. FANCSALI, TAX COLLECTOR
MAIL TO:    P. O. BOX 10931
            PITTSBURGH, PA  15236

BT PLEASANT HILLS LLC
C/O BET INVESTMENTS INC
200 DRYDEN ROAD STE 2000
DRESHER PA 19025

PROP. LOC.: 720 CLAIRTON BLVD
IF RETURN RECEIPT DESIRED, SEND A SELF-ADDRESSED STAMPED ENVELOPE.   CHECK #: _____  DATE: _____  BY: _____
DISCOUNT OF 2% ALLOWED IF PAID WITHIN TWO MONTHS. TAXES MAY BE PAID AT FACE WITHIN FOUR MONTHS, OR PENALTY SPECIFIED ABOVE WILL BE ADDED BEGINNING FOUR MONTHS FROM THE DATE OF THIS NOTICE.
ALL TAXES MUST BE PAID OR A LIEN WILL BE FILED ON THE PROPERTY, AT WHICH TIME INTEREST AT 10% WILL BE ADDED IN ADDITION TO ABOVE PENALTIES AND COSTS.

## BOROUGH OF PLEASANT HILLS

BLOCK/LOT: 470-P-16
TAX RECEIPT, RETURN WITH REMITTANCE   2018

VALID ONLY WHEN STAMPED OR SIGNED BY TAX COLLECTOR
STATEMENT DATE: JUNE 30, 2018

| CODE 873 ACCOUNT # | ASSESSED VALUATION | MILLAGE | TAX TYPE | 2% DISCOUNT IF PAID BY 08/31/2018 | FACE TAX IF PAID BY 10/31/2018 | 10% PENALTY IF PAID AFTER 10/31/2018 |
|---|---|---|---|---|---|---|
| 3108 | $ 4,163,200 | .00675000 | REAL ESTATE | | | |

PAYABLE TO: LINDA J. FANCSALI, TAX COLLECTOR
MAIL TO:    P. O. BOX 10931
            PITTSBURGH, PA  15236

BT PLEASANT HILLS LLC
C/O BET INVESTMENTS INC
200 DRYDEN ROAD STE 2000
DRESHER PA 19025

PROP. LOC.: 720 CLAIRTON BLVD
IF RETURN RECEIPT DESIRED, SEND A SELF-ADDRESSED STAMPED ENVELOPE.   CHECK #: _____  DATE: _____  BY: _____
DISCOUNT OF 2% ALLOWED IF PAID WITHIN TWO MONTHS. TAXES MAY BE PAID AT FACE WITHIN FOUR MONTHS, OR PENALTY SPECIFIED ABOVE WILL BE ADDED BEGINNING FOUR MONTHS FROM THE DATE OF THIS NOTICE.
ALL TAXES MUST BE PAID OR A LIEN WILL BE FILED ON THE PROPERTY, AT WHICH TIME INTEREST AT 10% WILL BE ADDED IN ADDITION TO ABOVE PENALTIES AND COSTS.

TEAR HERE                               TEAR HERE                                                            TEAR HERE

**TAX COLLECTOR:** LINDA J. FANCSALI
**TELEPHONE #:** 412-653-6321
**OFFICE HOURS:** BOROUGH BUILDING COMMUNITY ROOM - 1ST FLOOR
AUGUST 20, 22, 27, 29 & 30 - 9 AM TO 12 PM
AUGUST 24  4 PM TO 6 PM (DROP BOX - 169 REVERE DR)
YOU MUST PAY BORO & SCHOOL WITH SEPARATE CHECKS
FINAL DUE DATE - 12/31/18
ONLY CASHIERS CHECKS ACCEPTED AFTER 12/17/18

### GENERAL INSTRUCTIONS FOR PAYING TAX BILL

1. INCLUDE ACCOUNT NUMBER AND BLOCK/LOT ON YOUR CHECK.
2. IF NO RECEIPT IS REQUIRED, RETURN ONLY TOP PORTION WITH PAYMENT.
3. FOR A STAMPED RECEIPT, PLEASE RETURN **BOTH COPIES** OF THIS BILL, ALONG WITH A SELF-ADDRESSED STAMPED ENVELOPE.
4. IF YOUR TAXES ARE PAID BY A BANK OR MORTGAGE COMPANY, PLEASE FORWARD THIS TAX BILL TO THEM.
5. INFORM THE TAX OFFICE, AND THE ALLEGHENY COUNTY TREASURER'S OFFICE AT 412-350-4100 OF ANY ADDRESS CHANGE.

**WEST JEFFERSON HILLS SCHOOL DISTRICT**
**PLEASANT HILLS BOROUGH AREA**
BLOCK/LOT: 470-P-16
RETURN BOTH COPIES WITH REMITTANCE, THIS IS NOT A RECEIPT

**2018 TAX STATEMENT**
STATEMENT DATE: JUNE 30, 2018

| CODE 873 ACCOUNT # | ASSESSED VALUATION | MILLAGE | TAX TYPE | 2% DISCOUNT IF PAID BY 08/31/2018 | FACE TAX IF PAID BY 10/31/2018 | 10% PENALTY IF PAID AFTER 10/31/2018 |
|---|---|---|---|---|---|---|
| 3108 | $ 4,163,200 | .02084300 | REAL ESTATE | $ 85,038.11 | $ 86,773.58 | $ 95,450.94 |

PAYABLE TO: LINDA J. FANCSALI, TAX COLLECTOR
MAIL TO: P. O. BOX 10931
PITTSBURGH, PA 15236

BT PLEASANT HILLS LLC
C/O BET INVESTMENTS INC
200 DRYDEN ROAD STE 2000
DRESHER PA 19025

PROP. LOC.: 720 CLAIRTON BLVD
IF RETURN RECEIPT DESIRED, SEND A SELF-ADDRESSED STAMPED ENVELOPE.    CHECK #: _____    DATE: _____    BY: _____
DISCOUNT OF 2% ALLOWED IF PAID WITHIN TWO MONTHS. TAXES MAY BE PAID AT FACE WITHIN FOUR MONTHS, OR PENALTY SPECIFIED ABOVE WILL BE ADDED BEGINNING FOUR MONTHS FROM THE DATE OF THIS NOTICE.
ALL TAXES MUST BE PAID OR A LIEN WILL BE FILED ON THE PROPERTY. AT WHICH TIME INTEREST AT 10% WILL BE ADDED IN ADDITION TO ABOVE PENALTIES AND COSTS.

**WEST JEFFERSON HILLS SCHOOL DISTRICT**
**PLEASANT HILLS BOROUGH AREA**
BLOCK/LOT: 470-P-16
TAX RECEIPT, RETURN WITH REMITTANCE    2018

VALID ONLY WHEN STAMPED OR SIGNED BY TAX COLLECTOR
STATEMENT DATE: JUNE 30, 2018

| CODE 873 ACCOUNT # | ASSESSED VALUATION | MILLAGE | TAX TYPE | 2% DISCOUNT IF PAID BY 08/31/2018 | FACE TAX IF PAID BY 10/31/2018 | 10% PENALTY IF PAID AFTER 10/31/2018 |
|---|---|---|---|---|---|---|
| 3108 | $ 4,163,200 | .02084300 | REAL ESTATE | $ 85,038.11 | $ 86,773.58 | $ 95,450.94 |

PAYABLE TO: LINDA J. FANCSALI, TAX COLLECTOR
MAIL TO: P. O. BOX 10931
PITTSBURGH, PA 15236

BT PLEASANT HILLS LLC
C/O BET INVESTMENTS INC
200 DRYDEN ROAD STE 2000
DRESHER PA 19025

PROP. LOC.: 720 CLAIRTON BLVD
IF RETURN RECEIPT DESIRED, SEND A SELF-ADDRESSED STAMPED ENVELOPE.    CHECK #: _____    DATE: _____    BY: _____
DISCOUNT OF 2% ALLOWED IF PAID WITHIN TWO MONTHS. TAXES MAY BE PAID AT FACE WITHIN FOUR MONTHS, OR PENALTY SPECIFIED ABOVE WILL BE ADDED BEGINNING FOUR MONTHS FROM THE DATE OF THIS NOTICE.
ALL TAXES MUST BE PAID OR A LIEN WILL BE FILED ON THE PROPERTY. AT WHICH TIME INTEREST AT 10% WILL BE ADDED IN ADDITION TO ABOVE PENALTIES AND COSTS.

TEAR HERE                TEAR HERE                                TEAR HERE

**TAX COLLECTOR:** LINDA J. FANCSALI
**TELEPHONE #:** 412-653-6321
**OFFICE HOURS:** BORO BUILDING COMMUNITY ROOM - 1ST FLOOR
AUGUST 20, 22, 27, 29 & 30 - 9 AM TO 12 PM
AUGUST 24  4 PM TO 6 PM (DROP BOX - 169 REVERE DR)
YOU MUST PAY BORO & SCHOOL WITH SEPARATE CHECKS
FINAL DUE DATE - 12/31/18
ONLY CASHIERS CHECKS ACCEPTED AFTER 12/17/18

## GENERAL INSTRUCTIONS FOR PAYING TAX BILL

1. INCLUDE ACCOUNT NUMBER AND BLOCK/LOT ON YOUR CHECK.
2. IF NO RECEIPT IS REQUIRED, RETURN ONLY TOP PORTION WITH PAYMENT.
3. FOR A STAMPED RECEIPT, PLEASE RETURN BOTH COPIES OF THIS BILL, ALONG WITH A SELF-ADDRESSED STAMPED ENVELOPE.
4. IF YOUR TAXES ARE PAID BY A BANK OR MORTGAGE COMPANY, PLEASE FORWARD THIS TAX BILL TO THEM.
5. INFORM THE TAX OFFICE, AND THE ALLEGHENY COUNTY TREASURER'S OFFICE AT 412-350-4100 OF ANY ADDRESS CHANGE.



# County of Allegheny
## JOHN K. WEINSTEIN
### COUNTY TREASURER
412-350-4100 • TOLL FREE 1-866-282-TAXS (8297)

**2018 TAX STATEMENT**

### 2018 ALLEGHENY COUNTY REAL ESTATE TAX STATEMENT

**MAIL TO:**
BET INVESTMENTS INC
200 WITMER RD STE 200
HORSHAM, PA 19044

**OWNER NAME AND PROPERTY ADDRESS**
BT PLEASANT HILLS LLC
720 CLAIRTON BLVD
PLEASANT HILLS

**LOT & BLOCK** 0470-P-00016-0000    00

| # | Description | Amount |
|---|---|---|
| 1) | FULL MARKET VALUE (as established by the Allegheny County Office of Property Assessment) | $4,163,200 |
| 2) | HOMESTEAD EXCLUSION see TAX BULLETIN for more information | 0 |
| 3) | TAXABLE MARKET VALUE | $4,163,200 |
| 4) | ALLEGHENY COUNTY MILLAGE RATE | 4.730 |
| 5) | GROSS TAX | $19,691.94 |
| 6) | SENIOR TAX RELIEF (if applicable) see TAX BULLETIN for more information | |
| 7) | ADJUSTED GROSS TAX PAYABLE BY APRIL 30, 2018 | $19,691.94 |
| 8) | PAY THIS DISCOUNTED TAX (2% SAVINGS) BY MARCH 31, 2018 | $19,298.10 |

A 5% PENALTY PLUS 1% INTEREST FOR EACH MONTH DELINQUENT WILL BE CHARGED BEGINNING MAY 1, 2018

For more information about your tax bill and other important services provided by the Allegheny County Treasurer's Office, please review the enclosed bulletin that details the various payment options available.

**JOHN WEINSTEIN
ALLEGHENY COUNTY TREASURER
P.O. BOX 643385, PITTSBURGH, PA 15264-3385**

--- PLEASE DETACH HERE AND MAIL ENTIRE TAX BILL BELOW WITH YOUR PAYMENT or pay electronically at www2.alleghenycounty.us/realestate/ ---

### 2018 ALLEGHENY COUNTY REAL ESTATE TAX BILL

**PROPERTY OWNER(S)** BT PLEASANT HILLS LLC

**2018 RECEIPT FOR REAL ESTATE TAXES
JOHN WEINSTEIN, ALLEGHENY COUNTY TREASURER**

| YEAR 2018 TAX LEVY | NET (DISCOUNTED) TAX |
|---|---|
| 4.730 MILLS on .4730 PER $100.00 VALUATION | $19,298.10 |
| TAXABLE MARKET VALUE | GROSS TAX |
| $4,163,200 | $19,691.94 |
| LOT BLOCK NO. 0470-P-00016-0000 TR 00 | PENALTY |
| | INTEREST |
| MUNICIPALITY PLEASANT HILLS | AMOUNT PAID DELINQUENT |
| PROPERTY ADDRESS 720 CLAIRTON BLVD PLEASANT HILLS | |

BET INVESTMENTS INC
200 WITMER RD STE 200
HORSHAM, PA 19044

**GROSS TAX DUE DATE** APR 30, 2018
**GROSS TAX** $19,691.94
**PENALTY**
**INTEREST**
**AMOUNT PAID DELINQUENT**
5% Penalty plus 1% interest for each month taxes are delinquent will be added after gross tax due date.

BET INVESTMENTS INC
200 WITMER RD STE 200
HORSHAM, PA 19044

Cash ☐
Check ☐    MAR 31, 2018    $19,298.10
           $4,163,200

MAKE CHECK PAYABLE TO:
**JOHN WEINSTEIN**
COUNTY TREASURER • P.O. BOX 643385 • PGH, PA 15264-3385

OFFICIAL TAX RECEIPT WHEN VALIDATED ON BACK

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 11232 $ 000.35⁹
02 4W
0000349804 NOV 02 2018

In re Sears Holdings Corporation
Case No. 18-23538
United States Bankruptcy Court for the Southern District of New York (White Plains)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 10/22/2018
Proof of Claim No.: 1231

For additional information, please visit
http://restructuring.primeclerk.com/Sears,
or call us at 844.384.4460.

BT Pleasant Hills LP
Jeffrey Kurtzman, Esq.
401 S. 2nd Street
Suite 200
Philadelphia, PA 19147