**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for BT Granite Run, LP, BT Pleasant Hills LP, Capital Enterprises, Inc. and PREIT Services, LLC, as agent for PR Capital City Limited Partnership and PR Financing Limited Partnership

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEARS HOLDINGS CORPORATION, INC., et al., | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25, 2019, he caused a copy of the foregoing Objection of BT Granite Run, LP, BT Pleasant Hills LP, Capital Enterprises, Inc., and PREIT Services, LLC, as agent for PR Financing Limited Partnership and PR Capital City Limited Partnership, to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction to be served upon all parties via the Court's CM/ECF electronic filing system.

_/s/ Jeffrey Kurtzman_
JEFFREY KURTZMAN