**CHOI & PARK, LLC**
Attorneys for Creditor
Winiadaewoo Electronics America, Inc.
Chull S. Park, Esq.
Hyun Suk Choi, Esq.
11 Broadway, Suite 615
New York, New York 10004
Tel.: 212.695.0010
Fax: 212.695.0015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**LIMITED OBJECTION OF WINIADAEWOO ELECTRONICS AMERICA, INC. TO
DEBTORS' NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN
CONNECTION WITH GLOBAL SALE TRANSACTIONS**

Winiadaewoo Electronics America, Inc. ("WEA"), by and through its undersigned counsel, hereby submits this Limited Objection to the Debtors' Notice of Cure Costs and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

128548_6

Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Global Sale Transaction (the "Cure Notice"), as follows:

1. WEA is a manufacturer and supplier of certain home appliance products ("Products").

2. WEA and the Debtors entered into a Supply Agreement for the Products dated July 18, 2016 ("Supply Agreement").

3. Pursuant to the terms of the Supply Agreement, the Supply Agreement expires on July 17, 2019.

4. On January 18, 2019, the Debtors served the Cure Notice which listed the Supply Agreement as a contract that may be assumed and assigned in connection with the sale of certain assets by Debtors.

5. At Line 7620 of Exhibit A of the Cure Notice, October 15, 2018 is listed as the "Contract Executed Date" and there is no "Contract Expiration Date" provided. See Docket 1731 (Exh. A, Line 7620.)

6. Pursuant to the Supply Agreement, the actual "Contract Executed Date" is July 18, 2016 and the "Contract Expiration Date" is July 17, 2019.

7. Additionally, Debtors failed to state a cure amount. Id.

8. On November 2, 2018, WEA filed Proofs of Claim against the Debtors which are incorporated herein by reference, and include supporting documentation concerning the cure amount due under the Supply Agreement.

9. As of January 23, 2019, the cure amount due under the Supply Agreement including the amount the Debtors owe to WEA in relation to the Products supplied to the Debtors after the Debtors filed this Chapter 11 case is **$24,115,615.17**. ("Actual Cure Amount").

2

10. Accordingly, WEA objects to (1) the incorrectly stated "Contract Executed Date" and "Contract Expiration Date" and (2) the cure amount to the extent such amount is less than the Actual Cure Amount.

11. WEA reserves the right to contest the assumption, assignment or rejection of the Supply Agreement.

Dated: January 25, 2019

                        **CHOI & PARK, LLC**
                        Attorneys for Creditor Winiadaewoo
                        Electronics America, Inc.


                        /s/ Hyun Suk Choi
                        Hyun Suk Choi, Esq.

128548_6

**CHOI & PARK, LLC**
Attorneys for Creditor
Winiadaewoo Electronics America, Inc.
Chull S. Park, Esq.
Hyun Suk Choi, Esq.
11 Broadway, Suite 615
New York, New York 10004
Tel.: 212.695.0010
Fax: 212.695.0015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Hyun Suk Choi, Esq., hereby certify that on January 25, 2019:

The Limited Objection of Winiadaewoo Electronics America, Inc. to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Global Sale Transaction was served on the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

1. The parties requesting ECF notifications via the Court's CM/ECF case notification system;

2. All other parties requesting notice pursuant to Rule 2002 and in accordance with this Court's Amended Order Implementing Certain Notice and Case Management Procedures entered on November 1, 2018 [Docket No. 405];

3. The parties set forth below by regular, first class mail:

   a. Chambers of the Honorable Judge Robert D. Drain
      United States Bankruptcy Court for the Southern District of New York
      300 Quarropas Street, Room 248
      White Plains, New York 10601

   b. Sears Holdings Corporation
      3333 Beverly Road
      Hoffman Estates, Illinois 60179
      Attn: Stephen Sitley Esq.
      Luke J. Valentino, Esq.

   c. Office of the United States Trustee for Region 2
      201 Varick Street, Suite 1006
      New York, New York 10014
      Attn: Paul Schwartzberg, Esq.

4. The parties set forth below by electronic mail:

   a. Debtors
      Rob Riecker - rob.riecker@searshc.com
      Luke Valentino - luke.valentino@searshc.com
      Mohsin Meghji - mmeghji@miiipartners.com

   b. Debtors' Counsel
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue New York, New York 10153
      Attn: Ray C. Schrock, P.C.
      Jacqueline Marcus, Esq.
      Garret A. Fail, Esq.
      Sunny Singh, Esq.
      ray.schrock@weil.com; garrett.fail@weil.com;
      jacqueline.marcus@weil.com; sunny.singh@weil.com

   c. Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent
      Skadden, Arps, Slate, Meagher & Flom LLP

|     |                                                                                                                                                                                                                                                                                          |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     | 4 Times Square New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>paul.leake@skadden.com; shana.elberg@skadden.com;<br>george.howard@skadden.com                                                                                       |
| d.  | Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility<br>Davis Polk & Wardell LLP<br>450 Lexington Avenue New York, NY 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com |
| e.  | Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility<br>Cleary, Gottlieb<br>One Liberty Plaza New York, NY 10006<br>Attn: Sean A. O'Neal, Esq.<br>soneal@cgsh.com                      |
| f.  | Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes<br>Kelley Drye & Warren LLP<br>101 Park Avenue New York, NY 10178<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com |
| g.  | Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes Seyfarth Shaw, LLP<br>620 Eighth Avenue New York, NY 10018<br>Attn: Edward M. Fox, Esq.<br>emfox@seyfarth.com                                                                       |
| h.  | Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes<br>Carter Ledyard & Milburn LLP<br>2 Wall Street New York, NY 10015<br>Attn: James Gadsden, Esq.<br>gadsden@clm.com |
| i.  | Attorneys for the Pension Benefit Guaranty Corporation                                                                                                                                                                                                                                   |

3

|     |     |
| --- | --- |
|     | Locke Lord LLP<br>111 South Wacker Drive Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq.<br>braynor@lockelord.com |
| j.  | Attorneys for the Official Committee of Unsecured Creditors<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park New York, New York 10036<br>Attn: Philip C. Dublin, Esq.<br>Ira Dizengoff, Esq.<br>Sara Lynne Brauner, Esq.<br>pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com |
| k.  | Attorneys to Wells Fargo Bank, National Association<br>Choate, Hall & Stewart LLP<br>Two International Place Boston, MA 02110<br>ksimard@choate.com; jmarshall@choate.com |
| l.  | Debtors' Investment Banker<br>Lazard Frères & Co., LLC<br>30 Rockefeller Plaza, New York, New York 10112<br>Attn: Brandon Aebersold<br>Levi Quaintance<br>project.blue.rx@lazard.com |
| m.  | Buyer<br>Transform Holdco LLC<br>c/o ESL Partners, Inc.<br>1170 Kane Concourse, Suite 200 Bay Harbor Islands, FL 33154<br>Attn.: Kunal S. Kamlani<br>Harold Talisman<br>kunal@eslinvest.com; harold@eslinvest.com |

Dated: January 25, 2019

                                            **CHOI & PARK, LLC**
                                            Attorneys for Creditor Winiadaewoo
                                            Electronics America, Inc.

                                            <u>/s/ Hyun Suk Choi</u>
                                            Hyun Suk Choi, Esq.