# West Orange Plaza

**195 Columbia Turnpike, Suite 100**
**Florham Park, NJ 07932**

**(973) 966-0200 Ph.**                                                      **(973) 966-0123 Fax**

January 23, 2019

Sears Holdings Corp.
Real Estate Dept. BC-171B
3333 Beverly Road
Hoffman Estates, IL 60179

Re:     K-Mart/Sears Store #9413
        **Statement of Amount Due as of January 23, 2019**

---

**Pre-Petition**  4th Qtr., 2018 Real Estate Taxes:          $  59,439.24

**Post Petition** 1st Qtr. 2019 Real Estate Taxes:          $351,002.38