| | | | |
|---|---|---|---|
| Levcom Wall Plaza Associates<br>1051 Bloomfield Avenue<br>P.O. Box 1276<br>Clifton, NJ 07012 | **Statement** | | 500-A1TAX-CU<br>Sears Holdings Corp.<br>Wall, NJ 07719 |

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 11/01/2018 | RE Tax Pre-Petition to10/14/18 | 53,946.47 | |
| | **PREVIOUS MONTH ENDING BALANCE** | | **53,946.47** |
| | **CURRENT CHARGES** | | |
| | TOTAL CURRENT | | 0.00 |

**Total Amount Due:** $ 53,946.47

**Comments:**

| | |
|---|---|
| Sears Holdings Corp.<br>Property Tax Dept,; B2-110A<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Statement Date:  12/31/2018<br><br>Total Due:  $ 53,946.47 |

*Please Return This Coupon With Your Payment*

| | |
|---|---|
| | Date    : 12/31/2018<br>Unit   : 500-A1TAX-CU<br>Amount Due   : $ 53,946.47 |
| Levcom Wall Plaza Associates<br>1051 Bloomfield Avenue<br>P.O. Box 1276<br>Clifton, NJ 07012 | |
| Bill to:<br>Sears Holdings Corp.<br>Property Tax Dept,; B2-110A<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Send Remittance to :<br>Levcom Wall Plaza Associates<br>1051 Bloomfield Avenue<br>P.O. Box 1276<br>Clifton, NJ 07012 |