| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 88 | 5 | |

Property Locat.: 1821 HWY 35
Building Desc.: PLAZA-102,283SF
Additional Lots:
Land Dimens.: 9.408 AC
Bank:    Mortgage #
Tax Acct. #: 00001474

### ASSESSED VALUATION INFORMATION

| LAND | IMPROVEMENTS | TOTAL |
|---|---|---|
| 5363700 | 4984400 | 10348100 |
| EXEMPTIONS ▶ | NET TAXABLE VALUE ▶ | 10348100 |

LEVCOM WALL PLAZA ASSOC,LP%JK MGMT
1051 BLOOMFIELD AVE ST 2A
CLIFTON, N J    07012

### EXPLANATION OF TAXES

| DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |
|---|---|---|
| COUNTY TAX | 0.256 | 26491.13 |
| COUNTY LIBRARY TAX | 0.018 | 1862.66 |
| DISTRICT SCHOOL | 1.123 | 116209.16 |
| LOCAL MUNICIPAL TAX | 0.459 | 47497.78 |
| COUNTY OPEN SPACE TAX | 0.028 | 2897.47 |
| FIRE DIST 1 | 0.069 | 7140.19 |
| | | |
| 2018 TOTAL TAX | 1.953 | 202098.39 |
| 2018 NET TAX | | 202098.39 |
| LESS 2018 PREV. BILLED | | 99031.32 |
| BALANCE OF 2018 TAX | | 103067.07 |

| 2018 3RD QTR DUE AUG. 1, 2018 | 2018 4TH QTR DUE NOV. 1, 2018 | 2019 1ST QTR DUE FEB. 1, 2019 | 2019 2ND QTR DUE MAY 1, 2019 |
|---|---|---|---|
| 51533.54 | 51533.53 | 50524.60 | 50524.60 |

### INFORMATION FOR TAXPAYERS

MAKE CHECK PAYABLE TO: TOWNSHIP OF WALL - TAX

MAIL TO: TOWNSHIP OF WALL TAX OFFICE
2700 ALLAIRE ROAD
WALL, N.J. 07719
(732) 449-8444

**SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

Office Hours - 8:00 TO 5:00pm. M-F
_____Closed Weekends & Holidays
**    Include a SASE for Receipt    **
Online Pay Option:    www.wallnj.com
>> Post Mark NOT ACCEPTED.
Do Not Combine Water/Sewer payments
with Tax payments.  ** Please Read
the reverse side for Add'l Info **
Direct Debit Withdrawn on the 5th

**** 3rd Quarter Due August 27 ****
Direct Debit 3rd Quarter > Aug 16th

### 2019 PRELIMINARY TAX

PRELIMINARY TAX IS EQUAL TO
ONE HALF OF 2018 TOTAL NET TAX    101049.20

### DISTRIBUTION OF TAXES

| County Taxes | 15.47% | $ 31251.26 |
| School Taxes | 57.50% | $ 116209.16 |
| Municipal Taxes | 23.50% | $ 47497.78 |
| | 3.53% | $ 7140.19 |

**STATE AID USED TO OFFSET LOCAL PROPERTY TAXES:** The budgets of the government agencies funded by this tax bill include State aid used to reduce property taxes. State aid offset information for current year municipal tax bills will start becoming available at the end of July. Access the Division of Local Government Services' website at http://www.nj.gov/dca/divisions/dlgs/resources/property_tax.html to find (based on the assessed value of this parcel) the amount of state aid used to offset property taxes on this parcel.

W005-07/07A © MGL PRINTING SOLUTIONS