CLARK HILL, PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, Michigan 48009
Telephone:    (248) 988-1817
Facsimile:    (248) 988-2336
David M. Blau (P52542)

**Attorneys for Attorneys for Agree Limited Partnership, Lakewood Shopping Center, LLC, and Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE, LLC**

|  |  |
|---|---|
| In re: | **Chapter 11** |
| SEARS HOLDINGS CORPORATION., *et al.*, | **Case No. 18-23538-rdd** |
| Debtors. | **(Jointly Administered)** |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT JUDGE:

I, David M. Blau, hereby apply for leave to appear and participate in this case as one of the attorneys for Agree Limited Partnership, Lakewood Shopping Center, LLC, and Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE, LLC and in support of my application do aver that:

1. I am a member in good standing of the Bar of the State of Michigan licensed to practice before all courts of the State of Michigan. I am a member in good standing of the U.S. District Court for the Eastern and Western District of Michigan, the U.S. District Court for the Northern District of Illinois, and the United States District Court for the District of Colorado and I am admitted to practice before the United States Court of Appeals for the Sixth Circuit.

2. I am currently admitted *pro hac vice* before the Bankruptcy Courts of the District of Delaware, Middle District of Tennessee, Eastern District of Virginia, Northern District of Ohio, Southern District of Indiana as well as before this Court in other matters.

3. Neither my admittance to practice nor my admittance *pro hac vice* has ever been revoked.

4. I am not a resident of, nor do I maintain offices in this District for the practice of law.

5. Upon approval of this Motion I agree to pay the $200.00 fee due to the Clerk.

Dated this 25th day of January, 2019.

Dated:  January 25, 2019                    Respectfully submitted,

CLARK HILL, PLC

/s/ David M. Blau
David M. Blau (MI P52542)
151 S. Old Woodward Ave., Ste. 2000
Birmingham, MI  48009
Tel. (248) 988-1817
Fax. (248) 988-2336
Attorneys for Agree Limited Partnership,
Lakewood Shopping Center, LLC, and Crossroads
Centre II, LLC, and Ramco Jackson Crossing SPE, LLC
dblau@clarkhill.com