**EXHIBIT A**



October 15, 2018

Kmart Corporation
 c/o Sears Roebuck & Co.
Property Tax Dept.; B2-110A
333 Beverly Road
Hoffman Estates, IL 60179

RE:  2018/2019 REAL ESTATE TAX BILLING
WESTWOOD, NJ - STORE# 3202

To Whom It May Concern;

This letter is to advise you of the real estate taxes due for the final 2018 and preliminary 2019 tax periods for the above mentioned location.

| PERIOD | QUARTERLY TAX | PRO-RATA SHARE | AMOUNT DUE | |
|---|---|---|---|---|
| 3rd Qtr. 2018 | $ 242,505.51 | 50.1687% | $ 121,661.82 | Due now |
| 4th Qtr. 2018 | $ 238,792.97 | 50.1687% | ~~$ 119,799.29~~ 18,230.33  10/1/18 - 10/14/18 | Due 11/1/18 |
| 1st Qtr. 2019 | $ 230,455.92 | 50.1687% | $ 115,616.70 | Due 2/1/19 |
| 2nd Qtr. 2019 | $ 230,455.92 | 50.1687% | $ 115,616.70 | Due 5/1/19 |

In accordance with your lease, please remit payment of the amount due on the date due.

Very truly yours,

FIRST REAL ESTATE INVESTMENT TRUST
Amy Menist
Bookkeeper
amy@hekemian.com

139,892.15
Less credit  -2,070.93

$ 137,821.22

Hekemian & Co., Inc.
505 Main Street • P.O. Box 667 • Hackensack • NJ • 07602-0667 • tel.: 201-487-1500 • fax: 201-487-7881

Realtors                                 www.hekemian.com                                 Insurers

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 104 | 5 | |

Property ALONG BROADWAY & RR
Building WESTWOOD PLAZA
Additional
Land Dimens. 21.74 AC
Bank 01003 Mortgage Tax Acct 70

### ASSESSED VALUATION INFORMATION

LAND: 9293900  IMPROVEMENTS: 27831500  TOTAL: 37125400
EXEMPTIONS:  NET TAXABLE VALUE: 37125400

### EXPLANATION OF TAXES

| DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |
|---|---|---|
| COUNTY TAX | 0.238 | 88358.45 |
| COUNTY OPEN SPACE | 0.010 | 3712.54 |
| REGIONAL SCHOOL TAX | 1.434 | 532378.24 |
| LIBRARY TAX | 0.035 | 12993.89 |
| LOCAL MUNICIPAL TAX | 0.766 | 284380.56 |
| 2018 TOTAL TAX | 2.483 | 921823.68 |
| 2018 NET TAX | | 921823.68 |
| LESS 2018 PREV. BILLED | | 683030.71 |
| BALANCE OF 2018 TAX | | 238792.97 |

FIRST REAL EST INVSTMNT TRST OF NJ
505 MAIN ST
HACKENSACK NJ 07601-5900

| 2018 3RD QTR DUE AUG 1, 2018 | 2018 4TH QTR DUE NOV 1, 2018 | 2019 1ST QTR DUE FEB 1, 2019 | 2019 2ND QTR DUE MAY 1, 2019 |
|---|---|---|---|
| 242,505.51 | 238,792.97 | 230,455.92 | 230,455.92 |

### INFORMATION FOR TAX PAYERS

MAKE CHECK PAYABLE TO:

MAIL TO:

OFFICE HOURS: 8:30 AM - 4:00 PM
MONDAY THROUGH FRIDAY
PETITION OF APPEAL FORMS MAY BE
OBTAINED FROM THE BERGEN COUNTY
BOARD OF TAXATION.

VIEW AND/OR PAY TAXES ON-LINE AT
WWW.WESTWOODNJ.GOV

THE HOMESTEAD BENEFIT AMOUNT ON
THIS BILL DOES NOT INCLUDE CREDITS
ISSUED IN MAY 2018.

### 2019 PRELIMINARY TAX

PRELIMARY TAX IS EQUAL TO ONE HALF OF 2018 TOTAL NET TAX: 460,911.84

#### DISTRIBUTION OF TAXES BEFORE REAP

| | | |
|---|---|---|
| County Taxes | 9.99% | $ 92070.99 |
| School Taxes | 57.75% | $ 532378.24 |
| Municipal Taxes | 30.85% | $ 284380.56 |
| Other Taxes | 1.41% | $ 12993.89 |

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES: The budgets of government agencies funded by this tax bill include State aid used to reduce property taxes. State aid offset information for the current year municipal tax bills will start becoming available at the end of July. Access the Division of Local Government Service' website at http://www.nj.gov/dca/divisions/dlgs/resources/property_tax.html to find (based on assessed value of this parcel) the amount of State aid used to offset property taxes on this parcel.

---

## 2019-1

TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK
2019 1ST QUARTER TAX DUE FEBRUARY 1, 2019

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 104 | 5 | | 01003 |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| 00000070 | | DUE FEBRUARY 1, 2019 230455.92 |

FIRST REAL EST INVSTMNT TRST OF NJ
ALONG BROADWAY & RR

INTEREST
CASH
CHECK
TOTAL

## 2019-2

TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK
2019 2ND QUARTER TAX DUE MAY 1, 2019

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 104 | 5 | | 01003 |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| 00000070 | | DUE MAY 1, 2019 230455.92 |

FIRST REAL EST INVSTMNT TRST OF NJ
ALONG BROADWAY & RR

INTEREST
CASH
CHECK
TOTAL

---

## 2018-3

TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK
2018 3RD QUARTER TAX DUE AUGUST 1, 2018

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 104 | 5 | | 01003 |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| 00000070 | | DUE AUGUST 1, 2018 242505.51 |
| | CREDIT: | 242505.51- |
| | AMT DUE: | 0.00 |

FIRST REAL EST INVSTMNT TRST OF NJ
ALONG BROADWAY & RR

INTEREST
CASH
CHECK
TOTAL

## 2018-4

TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK
2018 4TH QUARTER TAX DUE NOVEMBER 1, 2018

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 104 | 5 | | 01003 |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| 00000070 | | DUE NOVEMBER 1, 2018 238792.97 |

FIRST REAL EST INVSTMNT TRST OF NJ
ALONG BROADWAY & RR

INTEREST
CASH
CHECK
TOTAL

```
                                                    H E K E M I A N  &  C O M P A N Y,  I N C.                                      PAGE    2
                                                    ********** A R H ******
                                                                                                                                    01/21/19

WE/KMART WESTWOOD PLAZA SHOPPING CTR          DATES ARE FOR:  1/01/18-12/31/50
K MART CORPORATION,                   06/77-10/22    WITH TBIALLX CODES:  (SHOW CASH)
WESTWOOD,NJ 07675     +STORE  #3202            ALL TBIALLX CODES
                     MO RNT  28,060.00
FLAGS: BK                                   SECURITY:$         0.00
```

*-indicates Manual Adjustment

| SL DATE IN | A/R DSC | INV/CK | TYPE | AMT. BILLED | CASH RECEIVED | RUNNING BAL. | AGE~ | INV DATE | LONG DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 7/01/18 | RENT | 534339 | INV | 28,060.00 | | 46,517.67 | 5 | | |
| 7/06/18 | **CASH* | 33322 | CASH | | 11,091.56 | 35,426.11 | | 07/06/18 | |
| 7/06/18 | **CASH* | 33524 | CASH | | 31,026.94 | 4,399.17 | | 07/06/18 | |
| 8/01/18 | CAM | 537133 | INV | 3,891.24 | | 8,290.41 | 7 | | |
| 8/01/18 | RENT | 537133 | INV | 28,060.00 | | 36,350.41 | 7 | | |
| 8/08/18 | **CASH* | 34230 | CASH | | 38,421.34 | 2,070.93- | | 08/08/18 | |
| 9/01/18 | CAM | 540435 | INV | 3,891.24 | | 1,820.31 | 5 | | |
| 9/01/18 | RENT | 540435 | INV | 28,060.00 | | 29,880.31 | 5 | | |
| 9/06/18 | **CASH* | 34919 | CASH | | 31,951.24 | 2,070.93- | | 09/06/18 | |
| 10/01/18 | CAM | 543462 | INV | 3,891.24 | | 1,820.31 | 8 | | |
| 10/01/18 | RENT | 543462 | INV | 28,060.00 | | 29,880.31 | 8 | | |
| 10/09/18 | **CASH* | 35592 | CASH | | 31,951.24 | 2,070.93- | | 10/09/18 | |
| 10/17/18 | R/E TAX | 546222 | DEB | 121,661.82 | | 119,590.89 | 96* | 10/17/18 | 3RD QUARTER REAL ESTATE TAX |
| 11/01/18 | R/E TAX | 546223 | DEB | 119,799.29 | | 239,390.18 | 81* | 11/01/18 | 4TH QUARTER REAL ESTATE TAX |
| 11/01/18 | CAM | 547084 | INV | 3,891.24 | | 243,281.42 | 4 | | |
| 11/01/18 | RENT | 547084 | INV | 28,060.00 | | 271,341.42 | 4 | | |
| 11/05/18 | **CASH* | 100 | CASH | | 31,951.24 | 239,390.18 | | 11/05/18 | |
| 12/01/18 | CAM | 551354 | INV | 3,891.24 | | 243,281.42 | 9 | | |
| 12/01/18 | RENT | 551354 | INV | 28,060.00 | | 271,341.42 | 9 | | |
| 12/10/18 | **CASH* | 524 | CASH | | 31,951.24 | 239,390.18 | | 12/10/18 | |
| 1/01/19 | CAM | 552779 | INV | 3,891.24 | | 243,281.42 | 6 | | |
| 1/01/19 | RENT | 552779 | INV | 28,060.00 | | 271,341.42 | 6 | | |
| 1/07/19 | **CASH* | 928 | CASH | | 31,951.24 | 239,390.18 | | 01/07/19 | |
| 1/16/19 | **CASH* | 69530 | CASH | | 101,568.96 | 137,821.22 | | 01/16/19 | |
| TENANT TOTAL: | | | | 885,925.73 | 748,104.51 | 137,821.22 | | | |

*handwritten note: Pre Petition 18,230.33 / 10/1/18 - 10/14/18*