UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

In re:
   Sears Holdings Corporation, et al.

                            Debtor

Case No.: 18-23538
Chapter 11

--------------------------------------------------------------x

                            Plaintiff

v.

                            Defendant

Adversary Proceeding No.: _____

--------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert M. Carson (P11682), request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Forbes/Cohen Florida Properties, LP, a creditor/landlord/party-in-interest in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Jan. 24, 2019
Bloomfield Hills, Michigan

/s/ Robert M. Carson
*Mailing Address*:
Carson Fischer, PLC
4111 Andover Rd., West-2nd Floor
Bloomfield Hills, MI 48302
*E-mail address*: rcarson@carsonfischer.com
*Telephone number*: (248) 644-4840

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re: Sears Holding Corporation, et al.

                               Debtor

------------------------------------------------------------x

                               Plaintiff

                   v.

                               Defendant

------------------------------------------------------------x

Case No.: 18-23538
Chapter 11

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Robert M. Carson**, to be admitted, *pro hac vice*, to represent **Forbes/Cohen Florida Properties, LP**, (the "Client") a **creditor/landlord/party-in-interest** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Michigan** and, if applicable, the bar of the U.S. District Court for the **Eastern** District of **Michigan**, it is hereby

**ORDERED**, that **Robert M. Carson**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE