# EXHIBIT A

| Database: | RDMANAGEMENT | Aged Delinquencies | Page: | 10 |
| --- | --- | --- | --- | --- |
| | | RD Management Company | Date: | 1/22/2019 |
| LEAS: | 938-A7A7-50 | KMART#3288/SEARS ROEBUCK & CO | Time: | 4:12 PM |
| | | Date: 1/22/2019 | | |

| Invoice Date | | Category | | | Source | Amount | Current | 30 | 60 | 90 | 120 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 938-A7/A7-50 | | KMART#3288/SEARS ROEBUCK & CO | Master Occupant Id: A7-50-1 | | | Last Payment: 1/9/2019 | 26,413.16 | Payment Plan: N | | Bankrupt: Y | |
| | | Suite: 50 | Status: Current | Rent Start: 8/6/1975 Expiration: 8/31/2020 | | Security Deposit: | | Rent Amount: 22,375.00 | | | |
| 8/26/2016 | 1C | Y/E CAM | | | NC | -2,666.44 | 0.00 | 0.00 | 0.00 | 0.00 | -2,666.44 |
| 3/22/2017 | 1C | Y/E CAM | | | NC | -3,891.76 | 0.00 | 0.00 | 0.00 | 0.00 | -3,891.76 |
| 6/28/2017 | 1C | Y/E CAM | - 273806 | Revised 2014 Y/E CAM | CH | 10,856.44 | 0.00 | 0.00 | 0.00 | 0.00 | 10,856.44 |
| 6/28/2017 | 1C | Y/E CAM | - 273807 | Revised 2015 Y/E CAM | CH | 13,823.26 | 0.00 | 0.00 | 0.00 | 0.00 | 13,823.26 |
| 12/27/2017 | 1C | Y/E CAM | - 280912 | 2016 Y/E CAM | CH | 23,638.25 | 0.00 | 0.00 | 0.00 | 0.00 | 23,638.25 |
| 3/8/2018 | 1C | Y/E CAM | | | NC | -5,984.75 | 0.00 | 0.00 | 0.00 | 0.00 | -5,984.75 |
| 7/6/2018 | 1C | Y/E CAM | - 288604 | 2017 Y/E CAM | CH | 17,549.95 | 0.00 | 0.00 | 0.00 | 0.00 | 17,549.95 |
| 1/3/2019 | RQ | RET QUARTERLY | - 01/01/18 - 03/31/18 RET | | CH | 49,159.56 | 49,159.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/3/2019 | RQ | RET QUARTERLY | - 04/01/18 - 06/30/18 RET | | CH | 49,159.46 | 49,159.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/3/2019 | RQ | RET QUARTERLY | - 07/01/18 - 09/30/18 RET | | CH | 40,785.51 | 40,785.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/3/2019 | RQ | RET QUARTERLY | - 10/01/18 - 12/31/18 RET | | CH | 40,785.51 | 40,785.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | KMART#3288/SEARS ROEBUCK & CO Total: | | | | 233,214.99 | 179,890.04 | 0.00 | 0.00 | 0.00 | 53,324.95 |
| | | LEAS 938-A7A7-50 Total: | | | | 233,214.99 | 179,890.04 | 0.00 | 0.00 | 0.00 | 53,324.95 |