**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDING CORPORATION, *et al.* | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Deborah M. Perry, request admission *pro hac vice* before the Honorable Robert D. Drain to represent International Airport Center, Inc., a creditor and party in interest in the above-referenced case.

*I certify that I am a member in good standing* of the bar of the State of Texas and the United States District Courts for the Eastern, Northern, Western and Southern Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 25, 2019        /s/ *Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755

**MUNSCH HARDT KOPF & HARR, P.C**.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com