**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDING CORPORATION, *et al.* | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Deborah M. Perry to be admitted *pro hac vice* to represent International Airport Center, Inc. (the "Client"), a creditor and party in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the United States District Courts for the Eastern, Northern, Western and Southern Districts of Texas, it is hereby

**ORDERED**, that Deborah M. Perry, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2019
White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE