## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 25th day of January, 2019, a copy of the ***Objection of Cigna Entities to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction*** was served upon the parties listed below by email and First Class Mail unless otherwise indicated. I further certify that a copy of the foregoing was served through CM/ECF upon all registered parties.

**BY FEDERAL EXPRESS**
Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Stephen Sitley, Esq.
Luke J. Valentino, Esq.
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL  60179
*Debtor*

Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Gavin Westerman, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to Debtors*

James L. Bromley, Esq.
Sean A. O'Neal, Esq.
Jennifer Kennedy Park, Esq.
Andrew Weaver, Esq.
Rahul Mukhi, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
*Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

Paul K. Schwartzberg, Esq.
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Ira S. Dizengoff, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
*Counsel to Official Committee of Unsecured Creditors*

Brandon Aebersold
Levi Quaintance
Lazard Freres & Co., LLC
30 Rockefeller Plaza
New York, NY  10112
*Investment Banker*

Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
*Counsel to Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

#05427505

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
*Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility*

Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 8th Avenue
New York, NY 10018
*Counsel to Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes*

Brian A. Raynor, Esq.
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
*Counsel for the Pension Benefit Guaranty Corporation*

Paul M. Basta, Esq.
Paul Weiss Rifking Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
*Restructuring Counsel to Debtors*

Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent*

James Gadsden, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
*Counsel for The Bank of New York Mellon Trust Company, N.A., as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler

#05427505