**FOX ROTHSCHILD LLP**
Paul J. Labov
101 Park Avenue, Suite 1700
New York, NY  10017
(212) 878-7900
Email: plabov@foxrothschild.com

*Attorneys for Cleva North America and Cleva Hong Kong*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**CURE CLAIM OBJECTION OF CLEVA NORTH AMERICA
AND CLEVA HONG KONG**

Cleva North America and Cleva Hong Kong (collectively "Cleva") pursuant to the *Order Approving Global Bidding Procedures and Granting Related Relief*, dated November 19, 2018 ("Global Bidding Procedures Order") hereby submits its cure claim objection ("Cure Claim Objection") under Section 365(b) of title 11, United States Code ("Bankruptcy Code") for cure of defaults resulting from Sears Holding Management Corporation's proposed assumption and assignment of an obligation to Cleva.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. On October 15, 2018 ("Petition Date"), Sears Holdings Corporation and several of its affiliates filed voluntary petitions under chapter 11 of the Bankruptcy Code.

2. On January 18, 2019, the Debtors served Cleva with its *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* ("Assumption Notice").[2]

3. Cleva is a counterparty to certain executory contracts with the Debtors, including those listed on Schedule "A" of the Assumption Notice.

4. At Line 1659 of Schedule "A" of the Cure Notice, the Cure Amount for CLEVA is stated as $4,880,316.

5. The actual Cure Amount due under the terms of the contracts between the parties is $5,503,093.16. A summary of the unpaid amounts, also listing amounts for which a "payment notification" was sent but no funds were received, is attached hereto as **Exhibit A.**

6. This Cure Claim Objection is without prejudice to the fact that other and additional cure claim amounts (a) may exist and/or may become known at a future date and (b) will accrue on an ongoing basis between the filing of this Cure Claim Objection and any subsequent assumption of the contracts. Cleva expressly reserves its right to amend or supplement its Cure Claim Objection though and including the effective date of any proposed assumption and assignment of the contracts.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Assumption Notice.

ACTIVE\86565930.v1-1/24/19

WHEREFORE, Cleva respectfully requests that this Court find the proper cure amount with respect to Cleva to be $5,503,093.16.

Dated: January 25, 2019  
       New York, New York

**FOX ROTHSCHILD LLP**  
*Attorneys for Cleva North America and Cleva Hong Kong*

By:   */s/ Paul J. Labov*  
       Paul J. Labov, Esq.  
       101 Park Ave., 17th Floor  
       New York, New York 100178  
       (212) 878-7900/Fax: (212) 692-0940  
       plabov@foxrothschild.com

ACTIVE\86565930.v1-1/24/19