# Exhibit "A"

| Customer | CHK Invoice | Sears Inv. Number | PO no | Currency | Amount(USD) | Order no | ETD | Due date | Amount(USD) |
|---|---|---|---|---|---|---|---|---|---|
| Sears US | CHK1802945 | 201821597831 | SO2391 | USD | 67,083.50 | SN2385 | 9/18/2018 | 10/10/2018 | 67,083.50 |
| Sears US | CHK1802945 | 201821597831 | SO2391 | USD | 1,905.12 | SO2391 | 9/18/2018 | 10/10/2018 | 1,905.12 |
| Sears US | CHK1802946 | 201821598181 | 20171017-9 | USD | 49,710.00 | SN2385 | 9/18/2018 | 10/10/2018 | 49,710.00 |
| Sears US | CHK1802947 | 201821598275 | SN2385 | USD | 431,863.60 | SN2385 | 9/18/2018 | 10/10/2018 | 431,863.60 |
| Sears US | CHK1802981 | 201821526404 | TB2367 | USD | 71,011.71 | TB2367 | 9/18/2018 | 10/10/2018 | 71,011.71 |
| Sears US | CHK1802981 | 201821526404 | TB2367-1 | USD | 95,980.94 | TB2367 | 9/18/2018 | 10/10/2018 | 95,980.94 |
| Sears US | CHK1802983 | 201821626538 | TB2367-2 | USD | 432,046.50 | TB2367 | 9/18/2018 | 10/10/2018 | 432,046.50 |
| Sears US | CHK1802979 | 201821626301 | 20170920-1 | USD | 49,444.88 | TB2367 | 9/18/2018 | 10/10/2018 | 49,444.88 |
| Sears US | CHK1802979 | 201821626301 | 20171017-10 | USD | 65,086.96 | TB2367 | 9/18/2018 | 10/10/2018 | 65,086.96 |
| Sears US | CHK1802986 | 201821627028 | TJ8077 | USD | 206,181.20 | TJ8077 | 9/18/2018 | 10/10/2018 | 206,181.20 |
| Sears US | CHK1802987 | 201821627107 | TJ8077-1 | USD | 91,598.24 | TJ8077 | 9/18/2018 | 10/10/2018 | 91,598.24 |
| Sears US | CHK1802988 | 201821627210 | TJ8077-2 | USD | 133,222.50 | TJ8077 | 9/18/2018 | 10/10/2018 | 133,222.50 |
| Sears US | CHK1802990 | 201821627446 | TJ8077-4 | USD | 639.36 | TJ8077 | 9/18/2018 | 10/10/2018 | 639.36 |
| Sears US | CHK1802989 | 201821627349 | TJ8077-3 | USD | 130,110.10 | TJ8077 | 9/18/2018 | 10/10/2018 | 130,110.10 |
| Kmart | CHK1802576 | 20121564588 | B2Y86 | USD | 142,023.42 | B2Y86 | 9/20/2018 | 10/12/2018 | 142,023.42 |
| Kmart | CHK1802903 | 201821564686 | B2Y86-1 | USD | 85,932.00 | B2Y86 | 9/20/2018 | 10/12/2018 | 85,932.00 |
| Sears US | CHK1802957 | 201821705541 | TJ8062-1 | USD | 17,732.70 | TJ8062 | 9/18/2018 | 10/10/2018 | 17,732.70 |
| Sears US | CHK1802984 | 201821626798 | TB2369/TB2378 | USD | 131,173.80 | TB2369/TB2378 | 9/18/2018 | 10/10/2018 | 131,173.80 |
| Sears US | CHK1802985 | 201821626937 | TJ7551 | USD | 112,106.40 | TJ7551 | 9/18/2018 | 10/10/2018 | 112,106.40 |
| Sears US | CHK1803156 | 201821970616 | TB2373 | USD | 25,780.70 | TB2373 | 9/18/2018 | 10/10/2018 | 25,780.70 |
| Sears US | CHK1802941 | 201821539043 | UA2097 | USD | 288,362.50 | UA2097 | 9/20/2018 | 10/12/2018 | 288,362.50 |
| Sears US | CHK1802991 | 201821627601 | TJ8053 | USD | 58,308.12 | TJ8053 | 9/20/2018 | 10/12/2018 | 58,308.12 |
| TOTAL | | | | | 2,687,304.25 | | | | 2,687,304.25 |

| Customer | CHK Invoice | Sears Inv. Number | PO no | Currency | Amount(USD) | Order no | ETD | Due date | Amount(USD) |
|---|---|---|---|---|---|---|---|---|---|
| Sears US | CHK1803161 | 201821964124 | TB2379 | USD | 17,832.50 | TB2379 | 9/25/2018 | 10/17/2018 | 17,832.50 |
| Sears US | CHK1803159 | 201821964124 | TJ7955-4 | USD | 267,713.60 | TJ7955 | 9/25/2018 | 10/17/2018 | 267,713.60 |
| Sears US | CHK1803162 | 201821964269 | TB2379-1 | USD | 7,948.20 | TB2379 | 9/25/2018 | 10/17/2018 | 7,948.20 |
| Sears US | CHK1803151 | 201821538836 | TJ7955 | USD | 747,639.20 | TJ7955 | 9/25/2018 | 10/17/2018 | 747,639.20 |
| Sears US | CHK1803150 | 201821538836 | UZ8321-7 | USD | 997.26 | UZ8321 | 9/25/2018 | 10/17/2018 | 997.26 |
| Sears US | CHK1803113 | 201821865454 | UZ8321-5 | USD | 106,797.48 | UZ8321 | 9/25/2018 | 10/17/2018 | 106,797.48 |
| Sears US | CHK1803114 | 201821865544 | UZ8321-6 | USD | 80,098.11 | UZ8321 | 9/25/2018 | 10/17/2018 | 80,098.11 |
| Sears US | CHK1803105 | 201821864785 | 20170920-2 | USD | 114,531.84 | TB2372 | 9/25/2018 | 10/17/2018 | 114,531.84 |
| Sears US | CHK1803106 | 201821864905 | TB2372 | USD | 242,875.71 | TB2372 | 9/25/2018 | 10/17/2018 | 242,875.71 |
| Sears US | CHK1803106 | 201821864905 | TB2372-1 | USD | 95,980.94 | TB2372 | 9/25/2018 | 10/17/2018 | 95,980.94 |
| Sears US | CHK1803118 | 201821865074 | TB2372-2 | USD | 260,182.50 | TB2372 | 9/25/2018 | 10/17/2018 | 260,182.50 |
| Sears US | CHK1802992 | 201821627676 | TJ8063 | USD | 2,652.00 | TJ8063 | 9/25/2018 | 10/17/2018 | 2,652.00 |
| Sears US | CHK1803192 | 201822119526 | UA2097-1 | USD | 356,708.42 | UA2097 | 9/25/2018 | 10/17/2018 | 356,708.42 |
| Sears US | CHK1803135 | 20182157767 | TB2374-4 | USD | 171,284.00 | TB2374 | 9/25/2018 | 10/17/2018 | 171,284.00 |
| Sears US | CHK1803108 | 201821865271 | TJ8074 | USD | 81,160.98 | TJ8074 | 9/26/2018 | 10/18/2018 | 81,160.98 |
| TOTAL | | | | | 2,554,402.74 | | | | 2,554,402.74 |

| Sears US | | | Lumpsum 2% Early payment discount incorrectly taken on 4/18 | | | | | | 60,215.66 |
|---|---|---|---|---|---|---|---|---|---|

| Total DI Claims | $ 5,301,922.65 |
|---|---|
| Total DOM Claims | $ 201,170.51 |
| Total DI+DOM Owed to Cleva | $ 5,503,093.16 |

**CHK received payment notification - Cash Not Received**

| Customer | CHK Invoice | Sears Inv. Number | PO no | Currency | Amount(USD) | Order no | ETD | Due date | Amount(USD) |
|---|---|---|---|---|---|---|---|---|---|
| Sears US | CHK1802945 | | SO2391 | USD | 67,083.50 | SN2385 | 9/18/2018 | 10/10/2018 | 67,083.50 |
| Sears US | CHK1802945 | | SO2391 | USD | 1,905.12 | SO2391 | 9/18/2018 | 10/10/2018 | 1,905.12 |
| Sears US | CHK1802990 | | TJ8077-4 | USD | 639.36 | TJ8077 | 9/18/2018 | 10/10/2018 | 639.36 |
| Sears US | CHK1802984 | | TB2367-3 | USD | 131,173.80 | TB2367 | 9/18/2018 | 10/10/2018 | 131,173.80 |
| Sears US | CHK1802986 | | TJ8077 | USD | 206,181.20 | TJ8077 | 9/18/2018 | 10/10/2018 | 206,181.20 |
| Sears US | CHK1802987 | | TJ8077-1 | USD | 91,598.24 | TJ8077 | 9/18/2018 | 10/10/2018 | 91,598.24 |
| Sears US | CHK1802988 | | TJ8077-2 | USD | 133,222.50 | TJ8077 | 9/18/2018 | 10/10/2018 | 133,222.50 |
| Sears US | CHK1802989 | | TJ8077-3 | USD | 130,110.10 | TJ8077 | 9/18/2018 | 10/10/2018 | 130,110.10 |
| TOTAL | | | | | 761,913.82 | | | | 761,913.82 |

| Total DI+DOM Claims less Payment Notification from SHC - Cash Not Rec'd by Cleva | $ 4,741,179.34 |
|---|---|