**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Caption in Compliance with D.N.J. LBR 9004-2(c)

WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey  07920
Tele: (973) 467-2700 / Fax:  (973) 467-8126
Counsel for Levcom Wall Plaza Associates and West Orange Plaza, Creditors
**DONALD W. CLARKE, ESQ.**

In Re:

**SEARS HOLDINGS CORPORATION, et als.**

Debtors.

Case No.: 18-23538 - RDD

Chapter: 11

Hearing Date:

Judge: Robert D. Drain

## CERTIFICATION OF SERVICE

1. I, Denise R. Mendez:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Donald W. Clarke, Esq. who represents Levcom Wall Plaza Associates and West Orange Plaza, Creditors in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On January 25, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    1. Objection by West Orange Plaza (Store no. 9413) to the Debtors' Notice of cure costs [Doc 1731], which was docketed as Document number 1810; and

    2. Objection by Levcom Wall Plaza Associates (Store No. 7602) to the Debtors' notice of cure costs [Doc 1731], which was docketed as Document Number 1813.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  January 25, 2019                  */s/   Denise R. Mendez*
                                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Robert D. Drain<br>US Bankruptcy Judge<br>US Bankruptcy Court<br>300 Quarropas St., Room 248<br>White Plains, NY 10601 | Bankruptcy Judge | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>Attn: Paul Schwartzberg, Esq.<br>201 Varick St., Suite 1006<br>NY, NY  10014 | US Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>c/o Berkeley Research Group<br>2200 Powell St., Suite 1200<br>Emeryville, CA 94607 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **ALL OTHER PARTIES (WITH THE EXCEPTION OF JUDGE DRAIN, OFFICE OF US TRUSTEE AND BANK OF AMERICA, C/O BERKELEY) BY EMAIL PURSUANT TO ANNEXED SERVICE LIST** | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*