Sears Holdings Corporation
case no. 18-23538
Service List

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas St., Room 248
White Plains, NY 10601

Office of the US Trustee, Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick St., Suite 1006
NY, NY  10014

Bank of America
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94607

Sears Holdings Corporation
3333 Beverly Rd.
Hoffman Estates, IL 60179
Debtor
Robert Riecker – rob.riechker@searshc.com
Luke Valentino – luke.valentino@searsch.com
Mohsin Meghji – mmeghji@miiipartners.com
General counsel – counsel@searshc.com

Weil Gotshal & Manges LLP
767 Fifth Avenue
NY, NY 10153
Ray C. Schrock – ray.schrock@weil.com
Jacqueline Marcus – Jacqueline.marcus@weil.com
Garret A. Fail – garrett.fail@weil.com
Sunny Singh – sunny.singh@weil.com
Debtors' Counsel

Lazard Freres & Co. LLC
30 Rockefeller Plaza
NY, NY 10112
Brandon Aebersold and Levi Quaintance – project.blue.rx@lazard.com
Debtors' Investment Banker

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
NY, NY 10036
Paul D. Leake – paul.leake@skadden.com
Shana A. Elberg – shana.elberg@skadden.com
George R.  Howard – George.howard@skadden.com
Counsel for Bank of America, NA

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Jonathan D. Marshall – jmarshall@choate.com
Kevin J. Simard – ksimard@choate.com
Counsel for Wells Fargo Bank, National Association

Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
NY, NY 10036
Philip C. Dublin – pdublin@akingump.com
Ira S. Dizengoff – idizengoff@akingump.com
Abid Qureshi – aqureshi@akingump.com
Sara L. Brauner – sbrauner@akingump.com
Counsel for Citibank, NA, as administrative agent
under the Stand-Alone L/C Facility

Transform Holdco LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Kunal S. Kamlani – kunal@eslinvest.com
Harold Talisman – harold@eslinvest.com
Buyer

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
NY, NY 10006
Christopher E. Austin – caustin@cgsh.com
Benet J. O'Reilly – boreilly@cgsh.com
Sean A. O'Neal – soneal@cgsh.com
Counsel for JJP, LLC, as agent under the
Second Lien Credit Facility, IP/Groun Lease
Term Loan Facility, and the Consolidated Secured Loan Facility

Kelley Drye & Warren LLP
101 Park Avenue
NY, NY 10178
Eric R. Wilson – ewilson@kelleydrye.com
Ben D. Feder – bfeder@kelleydrye.com
Counsel for Computershare Trust Company, NA,
as trustee for the Second Lien PIK Notes, the Holdings
Unsecured PIK Notes, and the Holdings Unsecured Notes

Seyfarth Shaw, LLP
620 Eighth Avenue
NY, NY 10018
Edward M. Fox-emfox@seyfarth.com
Counsel for Wilmington Trust, National Association,
as indenture trustee for the Second Lien Notes

Carter Ledyard & Milburn LLP
2 Wall Street
NY, NY 10015
James Gadsden – Gadsden@clm.com
Counsel for The Bank of New York Mellon Trust Company,
as successor trustee for the SRAC Unsecured PIK Notes,
SRAC Unsecured Notes and the SRAC Medium Term Notes

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Brain A. Raynor – braynor@lockelord.com
Counsel for the Pension Benefit Guaranty Corporation

Davis Polk & Wrdell LLP
450 Lexington Ave
NY, NY 10017
Marshall S. Huebner – marshall.huebner@davispolk.com
Eli j. Vonnegut-eli.vonnegut@davispolk.com
Counsel for Citibank, NA, as administrative agent
under the Stand-Alone L/C Facility