Bernice C. Lee, Esq.
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bernice C. Lee, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent SVAP Pompano Citi Centre II, L.P., SVAP Golf Mill Retail II, L.P., and SVAP II Stones River, LLC as creditors and landlords in the above referenced case.

I certify that I am a member in good standing of the bar in the State of Florida, and the bar of the U.S. District Court for the Southern District of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 25, 2019

                              Respectfully submitted,

                              By: */s/ Bernice C. Lee*
                              Bernice C. Lee, Esq. (FL State Bar No. 0073535)
                              **SHRAIBERG, LANDAU & PAGE, P.A.**
                              2385 NW Executive Center Drive, Suite 300
                              Boca Raton, Florida 33431
                              Tel: (561) 443-0800
                              Fax: (561) 998-0047
                              blee@slp.law
                              Attorney for SVAP Pompano Citi Centre II, L.P.,
                              SVAP Golf Mill Retail II, L.P, and SVAP II
                              Stones River, LLC

{1158/000/00431301}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 25th day of January, 2019.

                                                             */s/ Bernice C. Lee*
                                                             Bernice C. Lee, Esq.

{1158/000/00431301}