Bernice C. Lee, Esq.
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bernice C. Lee, to be admitted, *pro hac vice,* to represent SVAP Pompano Citi Centre II, L.P., SVAP Golf Mill Retail II, L.P., and SVAP II Stones River, LLC as creditors and landlords (collectively, the "Creditors") in the above reference case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and the bar of the U.S. District Court for the Southern District of Florida, it is hereby

ORDERED**,** that Bernice C. Lee is admitted to practice, *pro hac vice,* in the above referenced case to represent the Creditors, in the United States Bankruptcy Court for the Southern District of New York*,* provided that the filing fee has been paid.

Dated: January ___, 2019

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

{1158/000/00431303}