HOPKINS & CARLEY
Jay M. Ross, CA Bar No. 151750
Monique D. Jewett-Brewster, CA Bar No. 217792
The Letitia Building
70 S First Street
San Jose, California 95113-2406
Telephone: (408) 286-9800
Fax: (408) 998-4790
*Counsel for Creditors*
*John C. Adams and Kennylugenia Adams*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Monique D. Jewett-Brewster, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent John C. Adams and Kennylugenia Adams, collectively, a Creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of California, and if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 25, 2019
San Jose, California

/s/ Monique D. Jewett-Brewster
*Mailing address:*

Hopkins & Carley, ALC.
70 S. First Street
San Jose, CA 95113
*E-mail address:* mjb@hopkinscarley.com
*Telephone Number:* 408-286-9800

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2019, a true and correct copy of the foregoing was sent by ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

/s/ Monique D. Jewett-Brewster
Monique D. Jewett-Brewster