Matthew P. Kremer
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com

*Attorneys for [24]7.ai, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:

SEARS HOLDING CORPORATION, *et al.*,

                          Debtors.

------------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE, that the undersigned hereby enter their appearance pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) in the above-captioned Chapter 11 case as counsel to [24]7.ai, Inc., party in interest, and request that, pursuant to Bankruptcy Rules 2002, 3017 and 9008, and 11 U.S.C. §§ 342 and 1109(b), all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given to and served upon:

>Matthew P. Kremer
>O'MELVENY & MYERS LLP
>Times Square Tower
>7 Times Square
>New York, NY 10036
>Telephone: (212) 326-2000
>Facsimile: (212) 326-2061
>Email: mkremer@omm.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notice and papers referred to in the statute and Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive [24]7.ai, Inc.'s (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) right to trial by jury in any proceedings or trial so triable herein or in any case, controversy or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which [24]7.ai, Inc. is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments [24]7.ai, Inc. expressly reserves.

Dated:    January 25, 2019
         New York, New York

                                            *Matthew P. Kremer*
                                            **O'MELVENY & MYERS LLP**
                                            Matthew P. Kremer
                                            Times Square Tower
                                            7 Times Square
                                            New York, NY 10036

Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mkremer@omm.com

Jennifer Taylor
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone: (415) 984-8900
Facsimile: (415) 984-8701
E-Mail: jtaylor@omm.com

Darren L. Patrick
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: dpatrick@omm.com

*Attorneys for [24]7.ai, Inc.*

3

## **CERTIFICATE OF SERVICE**

I, Matthew P. Kremer, hereby certify under the penalty of perjury that on January 25, 2019, I caused a copy of this Notice of Appearance and Request for Service of Papers to be electronically filed with the Clerk of Court using the CM/ECF System and to be served via this system on all parties who have consented to electronic service.

Dated:     January 25, 2019
           New York, New York

                                        */s/ Matthew P. Kremer*
                                        Matthew P. Kremer