# EXHIBIT A



# Tenant Statement of Account
## as of 01/22/2019
### Excluding Deposits

**Kmart Corporation #3131**
c/o Sears, Roebuck and Co.
Attn: VP R/E Dept 824RE
 3333 Beverly Road
 Hoffman Estates, IL 60179

Page 1 of 2
Tenant #: 13990

| Month /Date | Invoice | Lease | Bill Code | Description | Amount | Monthly Balance | Running Balance |
|---|---|---|---|---|---|---|---|
| **Frederick County Square** | | | | | | | |
| | | | | Beginning Balance as of 12/31/2017 | | | 145,975.35 |
| **2018 January** | | | | | | | |
| 01/01 | 1233223 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 01/11 | | | | Check #: 32029196 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 145,975.35 |
| **2018 February** | | | | | | | |
| 02/01 | 1235436 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 02/06 | | | | Check #: 32030037 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 145,975.35 |
| **2018 March** | | | | | | | |
| 03/01 | 1237372 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 03/08 | | | | Check #: 32030831 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 145,975.35 |
| **2018 April** | | | | | | | |
| 04/01 | 1239443 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 04/12 | | | | Check #: 32031592 | (18,958.33) | | |
| 04/16 | | | | Check #: 131159603 | (145,975.35) | | |
| | | | | Total Monthly Payments | (164,933.68) | (145,975.35) | 0.00 |
| **2018 May** | | | | | | | |
| 05/01 | 1241712 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 05/11 | | | | Check #: 32032350 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 0.00 |
| **2018 June** | | | | | | | |
| 06/01 | 1244731 | 31128 | RRTL | Retail Rent | 18,958.33 | | |

washreit.com
NYSE: WRE

1775 I Street, NW, Suite 1000
Washington, DC 20006
+1 202 774 3200

**Kmart Corporation #3131**
c/o Sears, Roebuck and Co.
Attn: VP R/E Dept 824RE
3333 Beverly Road
Hoffman Estates, IL 60179

Page 2 of 2
Tenant #: 13990

| Month /Date | Invoice | Lease | Bill Code | Description | Amount | Monthly Balance | Running Balance |
|---|---|---|---|---|---|---|---|
| | | | | Total Monthly Charges | 18,958.33 | | |
| 06/05 | | | | Check #: 32033104 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 0.00 |
| **2018 July** | | | | | | | |
| 07/01 | 1246965 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 07/03 | | | | Check #: 32033810 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 0.00 |
| **2018 August** | | | | | | | |
| 08/01 | 1249245 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 08/07 | | | | Check #: 32034513 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 0.00 |
| **2018 September** | | | | | | | |
| 09/06 | 1251547 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 09/04 | | | | Check #: 32035192 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 0.00 |
| **2018 October** | | | | | | | |
| 10/01 | 1254137 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 10/09 | | | | Check #: 32035853 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 0.00 |
| **2018 November** | | | | | | | |
| 11/01 | 1255161 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 11/05 | | | | Check #: 34000282 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 0.00 |
| **2018 December** | | | | | | | |
| 12/01 | 1256591 | 36118 | TAXR | Taxes - 7/1/18 - 6/30/19 | 146,017.43 | | |
| 12/01 | 1258339 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 164,975.76 | | |
| 12/07 | | | | Check #: 34000709 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 146,017.43 | 146,017.43 |
| **2019 January** | | | | | | | |
| 01/01 | 1260387 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | Total Monthly Charges | 18,958.33 | | |
| 01/09 | | | | Check #: 34001106 | (18,958.33) | | |
| | | | | Total Monthly Payments | (18,958.33) | 0.00 | 146,017.43 |
| | | | | Ending balance for Frederick County Square : | | | 146,017.43 |

5039

Treasurer of Frederick County
PO Box 4310
Frederick, MD 21705-4310
Office Hours: Mon-Fri, 8 am - 4 pm
Phone: (301) 600-1111



**FREDERICK COUNTY MD**

**REAL ESTATE TAXES AND FEES**

www.frederickcountymd.gov/treasury

| Levy Period | Property No. | Year | Bill Type | Occupancy | Bill No. | Bill Date |
|---|---|---|---|---|---|---|
| 07/01/2018 - 06/30/2019 | 02-046288 | 2019 | FY | NOT A PRINCIPAL RESIDENCE | 1307010 | 07/01/2018 |

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

**Property Description**
0.98 AC
OFF BAUGHMAN'S LANE

Liber 10735    Folio    318

| Charges | Assessment/Units | Rate | Amount |
|---|---|---|---|
| STATE TAXES | 1,746,733 | .112000 | 1,956.34 |
| COUNTY TAX DIFFRNTL | 1,746,733 | .941300 | 16,442.00 |
| FREDERICK CITY TAX | 1,746,733 | .730500 | 12,759.88 |
| SYSTEM BENEFIT CHG | 6 | 125.000 | 750.00 |
| TOTAL | | | 31,908.22 |
| TOTAL DUE | | | 31,908.22 |

| County Rate | | Constant Yield | | Difference |
|---|---|---|---|---|
| 1.06 | - | 1.0351 | = | .0249 |

*If you have a mortgage, please verify payment of your taxes with your present mortgage company.*

5039 31411. 53579    $30,220.
5039 31411. 17251    $1,396.20

*ds*
*7/9/18*

PLEASE SEE THE PAYMENT SCHEDULE BELOW FOR AMOUNT DUE.

---

**FREDERICK COUNTY MARYLAND**

| Property No | Year | Bill Type | Bill No. |
|---|---|---|---|
| 02-046288 | 2019 | FY | 1307010 |

Return this coupon with your payment

| 2nd Semiannual Payment Schedule | | |
|---|---|---|
| If paid in: | Disc/Int | Amount Due |
| DEC | 467.38 | 16,046.49 |
| JAN | 623.17 | 16,202.28 |
| FEB | 778.96 | 16,358.07 |

☐ Check here if your address changed & enter changes on the reverse side

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

Make checks payable to:
**Treasurer of Frederick County**

DO NOT STAPLE OR FOLD - DO NOT WRITE BELOW LINE

2082019801307010700015433105000000000000

---

**FREDERICK COUNTY MARYLAND**

| Property No | Year | Bill Type | Bill No. |
|---|---|---|---|
| 02-046288 | 2019 | FY | 1307010 |

Choose payment option below
Return this coupon with your payment

| Annual Payment Schedule | | | 1st Semiannual Payment Schedule | | |
|---|---|---|---|---|---|
| If paid in: | Disc/Int | Amount Due | If paid in: | Disc/Int | Amount Due |
| JUL | -292.02 | 31,616.20 | JUL | -146.01 | 16,183.10 |
| AUG | -146.02 | 31,762.20 | AUG | -73.01 | 16,256.10 |
| SEP | 0.00 | 31,908.22 | SEP | 0.00 | 16,329.11 |
| OCT | 319.08 | 32,227.30 | OCT | 163.29 | 16,492.40 |
| NOV | 638.16 | 32,546.38 | NOV | 326.58 | 16,655.69 |
| DEC | 957.26 | 32,865.48 | | | |
| JAN | 1,276.34 | 33,184.56 | | | |
| FEB | 1,595.42 | 33,503.64 | | | |

☐ Check here if your address changed & enter changes on the reverse side

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

Make checks payable to:
**Treasurer of Frederick County**

DO NOT STAPLE OR FOLD - DO NOT WRITE BELOW LINE

2082019801307010700016183105000000000000

**Treasurer of Frederick County**
PO Box 4310
Frederick, MD 21705-4310
Office Hours: Mon-Fri, 8 am - 4 pm
Phone: (301) 600-1111

**FREDERICK COUNTY MD**

**REAL ESTATE TAXES AND FEES**

www.frederickcountymd.gov/treasury

| Levy Period | Property No. | Year | Bill Type | Occupancy | Bill No. | Bill Date |
|---|---|---|---|---|---|---|
| 07/01/2018 - 06/30/2019 | 02-039168 | 2019 | FY | NOT A PRINCIPAL RESIDENCE | 1306425 | 07/01/2018 |

**Property Description**
20.11 AC
RT. 40 & BAUGHMAN'S LANE

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

Liber 10735   Folio   318

| Charges | Assessment/Units | Rate | Amount |
|---|---|---|---|
| STATE TAXES | 18,476,100 | .112000 | 20,693.23 |
| COUNTY TAX DIFFRNTL | 18,476,100 | .941300 | 173,915.53 |
| FREDERICK CITY TAX | 18,476,100 | .730500 | 134,967.91 |
| SYSTEM BENEFIT CHG | 108 | 42.000 | 4,536.00 |
| TOTAL | | | 334,112.67 |
| TOTAL DUE | | | 334,112.67 |

| County Rate | | Constant Yield | | Difference |
|---|---|---|---|---|
| 1.06 | - | 1.0351 | = | .0249 |

*If you have a mortgage, please verify payment of your taxes with your present mortgage company.*

5039 31411.17257   $331,023.83

AS
7/9/18

**PLEASE SEE THE PAYMENT SCHEDULE BELOW FOR AMOUNT DUE.**

---

**FREDERICK COUNTY MARYLAND**

| Property No | Year | Bill Type | Bill No. |
|---|---|---|---|
| 02-039168 | 2019 | FY | 1306425 |

☐ Check here if your address changed & enter changes on the reverse side

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

**Return this coupon with your payment**

| Payment Schedule | | |
|---|---|---|
| If paid in: | Disc/Int | Amount Due |
| JUL | -3,088.84 | 331,023.83 |
| AUG | -1,544.42 | 332,568.25 |
| SEP | 0.00 | 334,112.67 |
| OCT | 3,341.13 | 337,453.80 |
| NOV | 6,682.25 | 340,794.92 |
| DEC | 10,023.39 | 344,136.06 |
| JAN | 13,364.51 | 347,477.18 |
| FEB | 16,705.64 | 350,818.31 |

Make checks payable to:
**Treasurer of Frederick County**

DO NOT STAPLE OR FOLD - DO NOT WRITE BELOW LINE

2082019801306425800334112679000000000000

**WASHINGTON REAL ESTATE INVESTMENT TRUST**
**2018 REAL ESTATE TAX RECONCILIATION**
**FREDERICK COUNTY SQUARE**                                                        ANNUAL TAX
                                                                                    02-039168

| | | |
|---|---|---|
| *TENANT NAME* | | KMART #3131 |
| *LEASE NUMBER* | | 36118 |
| *UNIT* | | 0001 |
| GLA | | 214,233 |
| TENANTS SQUARE FOOTAGE | | 94,500 |

| REAL ESTATE TAX EXPENSES: | ACTUALS | |
|---|---|---|
| REAL ESTATE TAX | 362,640.03 | 331,023.83 |
| LICENSES AND FEES | - | - |
| LEGAL FEES | - | N/A |
| TAX REFUNDS | - | - |
| REAL ESTATE TAX | $ 362,640.03 | 331,023.83 |
| OCCUPANCY PERCENTAGE | | 100% |
| TOTAL BILLABLE EXPENSES | | 331,023.83 |
| PROPORTIONATE SHARE | | 44.11% |
| TOTAL ANNUAL REAL ESTATE TAX EXPENSE | | 146,017.43 |
| **TOTAL REAL ESTATE TAX DUE** | $ | **146,017.43** |