# EXHIBIT B

| Invoice Number | LOB | Billing Month | Invoice Date | Invoice Sent date | Invoice Amount | Due Date | Services Period |
|---|---|---|---|---|---|---|---|
| 201819071171 | Sears - Online Assist | Jul'18 | 10-Aug-18 | 10-Aug-18 | $ 78,351.89 | 9-Oct-18 | July Services |
| 201819071167 | Sears - Parts Direct | Jul'18 | 10-Aug-18 | 10-Aug-18 | $ 253,517.46 | 9-Oct-18 | July Services |
| 201819071166 | Sears - Home Services | Jul'18 | 10-Aug-18 | 10-Aug-18 | $ 107,033.26 | 9-Oct-18 | July Services |
| 201819071168 | Sears - Online Chat | Jul'18 | 10-Aug-18 | 10-Aug-18 | $ 245,313.60 | 9-Oct-18 | July Services |
| 201819071170 | Sears - Repairs 3rd Party | Jul'18 | 10-Aug-18 | 10-Aug-18 | $ 13,756.95 | 9-Oct-18 | July Services |
| 201819071172 | Sears - PD Offline | Jul'18 | 10-Aug-18 | 10-Aug-18 | $ 48,705.83 | 9-Oct-18 | July Services |
| 201819071169 | Sears - Online Offline Case Management | Jul'18 | 10-Aug-18 | 10-Aug-18 | $ 45,268.43 | 9-Oct-18 | July Services |
| | Jul'18 Total | | | | $ 791,947.43 | | |
| 201819081201 | SEARS - Digital VA | Aug'18 | 22-Aug-18 | 22-Aug-18 | $ 19,583.33 | 21-Oct-18 | Aug Services |
| 201819081219 | Sears - Home Services | Aug'18 | 7-Sep-18 | 7-Sep-18 | $ 105,540.81 | 6-Nov-18 | Aug Services |
| 201819081220 | Sears - Parts Direct | Aug'18 | 7-Sep-18 | 7-Sep-18 | $ 212,305.99 | 6-Nov-18 | Aug Services |
| 201819081224 | Sears - Online Assist | Aug'18 | 6-Sep-18 | 6-Sep-18 | $ 72,624.63 | 5-Nov-18 | Aug Services |
| 201819081222 | Sears - Online Offline Case Management | Aug'18 | 7-Sep-18 | 7-Sep-18 | $ 37,885.69 | 6-Nov-18 | Aug Services |
| 201819081225 | Sears - PD Offline | Aug'18 | 7-Sep-18 | 7-Sep-18 | $ 43,763.80 | 6-Nov-18 | Aug Services |
| 201819081221 | Sears - Online Chat | Aug'18 | 7-Sep-18 | 7-Sep-18 | $ 254,408.70 | 6-Nov-18 | Aug Services |
| 201819081223 | Sears - Repairs 3rd Party | Aug'18 | 7-Sep-18 | 7-Sep-18 | $ 12,323.19 | 6-Nov-18 | Aug Services |
| | Aug'18 Total | | | | $ 758,436.14 | | |
| 201819091256 | SEARS - Digital VA | Sep'18 | 21-Sep-18 | 22-Sep-18 | $ 19,583.33 | 21-Nov-18 | Sept. Services |
| 201819091274 | Sears - Home Services | Sep'18 | 11-Oct-18 | 11-Oct-18 | $ 128,647.34 | 10-Dec-18 | Sept. Services |
| 201819091279 | Sears - Online Assist | Sep'18 | 11-Oct-18 | 11-Oct-18 | $ 86,598.90 | 10-Dec-18 | Sept. Services |
| 201819091276 | Sears - Online Chat | Sep'18 | 11-Oct-18 | 11-Oct-18 | $ 359,413.33 | 10-Dec-18 | Sept. Services |
| 201819091280 | Sears - PD Offline | Sep'18 | 11-Oct-18 | 11-Oct-18 | $ 54,165.38 | 10-Dec-18 | Sept. Services |
| 201819091275 | Sears - Parts Direct | Sep'18 | 11-Oct-18 | 11-Oct-18 | $ 213,906.20 | 10-Dec-18 | Sept. Services |
| 201819091277 | Sears - Online Offline Case Management | Sep'18 | 11-Oct-18 | 11-Oct-18 | $ 41,950.06 | 10-Dec-18 | Sept. Services |
| 201819091278 | Sears - Repairs 3rd Party | Sep'18 | 11-Oct-18 | 11-Oct-18 | $ 16,511.17 | 10-Dec-18 | Sept. Services |
| | Sep'18 Total | | | | $ 920,775.70 | | |
| 201819101324 | Sears - Home Services | Oct'18 | 29-Oct-18 | 30-Oct-18 | $ 30,346.11 | 28-Dec-18 | 7th Oct-14th Oct |
| 201819101325 | Sears - Parts Direct | Oct'18 | 29-Oct-18 | 30-Oct-18 | $ 47,107.57 | 28-Dec-18 | 7th Oct-14th Oct |
| 201819101326 | Sears - Online Chat | Oct'18 | 29-Oct-18 | 30-Oct-18 | $ 75,062.95 | 28-Dec-18 | 7th Oct-14th Oct |
| 201819101327 | Sears - Online Offline Case Management | Oct'18 | 29-Oct-18 | 30-Oct-18 | $ 9,479.08 | 28-Dec-18 | 7th Oct-14th Oct |
| 201819101328 | Sears - Repairs 3rd Party | Oct'18 | 29-Oct-18 | 30-Oct-18 | $ 3,882.02 | 28-Dec-18 | 7th Oct-14th Oct |
| 201819101329 | Sears - Online Assist | Oct'18 | 29-Oct-18 | 30-Oct-18 | $ 19,993.58 | 28-Dec-18 | 7th Oct-14th Oct |
| 201819101330 | Sears - PD Offline | Oct'18 | 29-Oct-18 | 30-Oct-18 | $ 8,736.86 | 28-Dec-18 | 7th Oct-14th Oct |
| 201819101348 | SEARS - Digital VA | Oct'18 | 25-Oct-18 | 25-Oct-18 | $ 8,844.09 | 24-Dec-18 | 7th Oct-14th Oct |
| | 7th Oct to 14th Oct Total | | | | $ 203,452.26 | | |
| | Grand Total | | | | $ 2,674,611.53 | | |