# EXHIBIT C

# INVOICE

## [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | **1284** |
| Tax ID No : | **94 - 3359939** |
| Invoice No : | **201819071166** |
| Invoice Date : | **10-Aug-2018** |

**SEARS - Repair Customer Care**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Anita Walls
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 9-Oct-2018 | 08th July to 04th Aug 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per, Sears SOW # 10 Dated 31st Jan 2016** | | |
| Chats | 40,000.00 | Chat  Fees for July'18 (0 to 40,000) | $    2.10 | $    84,000.00 |
| Chats | 6,141.00 | Chat  Fees for July'18 (> 40,000) | $    1.59 | $    9,764.19 |
| Nos | 268 | Take the Lead | $    10.00 | $    2,680.00 |
| NA | - | Incentives | $    - | $    6,000.00 |
| NA | NA | Penalty/Incentives | $    - | $    3,750.57 |
| FTE | 1.00 | TTL Sale Contest | $    - | $    418.50 |
| NA | NA | Home Warranty Special Payout | $    - | $    420.00 |
| | | | **SubTotal** $ | **107,033.26** |
| **Billing Currency : U S Dollar** | | | **TOTAL** $ | **107,033.26** |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai**

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | **1284** |
| Tax ID No : | **94 - 3359939** |
| Invoice No : | **201819071167** |
| Invoice Date : | **10-Aug-2018** |

**SEARS - PartsDirect**

### Bill to

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

### Ship to

Sears Holdings Management Corporation
Attn: Michele Vercimak
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 9-Oct-2018 | 08th July to 04th Aug 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per Sears SOW # 11  dated 31st Jan, 2016 & as per SOW#15 dated 1st Jun 2016** | | |
| Chats | 75000.00 | Production Fee-PD Sales & Care for the Month of July'18 ( < 75,000) | $      2.600 | $      195,000.00 |
| Chats | 9796.00 | Production Fee-PD Sales & Care for the Month of July'18 ( > 75,000) | $      2.100 | $      20,571.60 |
| Hrs | 1728.00 | Training-PD Sales | $      9.25 | $      15,984.00 |
| NA | NA | Penalty/Incentives-PD Sales | $      - | $      2,925.00 |
| NA | NA | Penalty/Incentives-PD Care | $      - | $      4,722.87 |
| NA | NA | Incentives-PD Sales & Care | $      - | $      8,250.00 |
| Nos | 412 | Take the Lead | $      10.00 | $      4,120.00 |
| NA | NA | TTL Sale Contest | $      - | $      1,944.00 |
| | | **SubTotal** | | $      253,517.46 |

| Billing Currency : | U S Dollar | TOTAL | $      253,517.46 |
|---|---|---|---|

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number: | **1284** |
| Tax ID No: | **94 - 3359939** |
| Invoice No: | **201819071168** |
| Invoice Date: | **10-Aug-2018** |

**SEARS - Online Chat and Email**

| Bill to | Ship to |
|---|---|
| Sears Holdings Management Corporation | Sears Holdings Management Corporation |
| Attn: Accounts Payable | Attn: Dawn Roberts |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 9-Oct-2018 | 08th July to 04th Aug 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per 2nd amendment to SoW # 12 dated Oct 1, 2017** | | |
| Chats | 97,241.20 | Production Fee DSC & OI - Chat Support  July'18 | $   2.3500 | $   228,516.82 |
| NA | NA | Client Incentives | $   - | $   5,652.00 |
| NA | 216.00 | Take the Lead | $   10.00 | $   2,160.00 |
| NA | NA | (Penalty) / Incentive- DSC | $   - | $   6,399.81 |
| NA | NA | (Penalty) / Incentive- OI | $   - | $   2,157.47 |
| NA | NA | TTL Sale Contest | $   - | $   427.50 |
| | | SubTotal | $ | 245,313.60 |

| Billing Currency : | U S Dollar | TOTAL | $ | 245,313.60 |
|---|---|---|---|---|

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

## [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819071169 |
| Invoice Date : | 10-Aug-2018 |

Sears Online Offline Case Management

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Dawn Roberts |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No:  (847) 286-1004 | Tel No:  (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 9-Oct-2018 | 08th July to 04th Aug 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | | TOTAL |
|---|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | | |
| Hrs | 2,124.93 | Sears Online Offline Case Management - Production Fee- Voice | $ | 14.94 | $ | 31,746.50 |
| Hrs | 240.00 | Training Hours- Voice | $ | 7.25 | $ | 1,740.00 |
| NA | NA | Sears Online Offline Case Management - Voice  Incentives/Penalty | $ | - | $ | 79.37 |
| Hrs | 1,043.20 | Sears Online Offline Case Management - Production Fee -Non Voice | $ | 9.55 | $ | 9,962.56 |
| Hrs | 240.00 | Training Hours- Non Voice | $ | 7.25 | $ | 1,740.00 |
| | | | | SubTotal | $ | 45,268.43 |
| **Billing Currency :** | **U S Dollar** | | | **TOTAL** | $ | 45,268.43 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai**

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819071170 |
| Invoice Date : | 10-Aug-2018 |

Sears - Repair 3rd Party

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;   USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Anita Walls
3333 Beverly Road; Hoffman Estates
Illinois;   USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 9-Oct-2018 | 08th July to 04th Aug 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | | TOTAL |
|---|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | | |
| Hrs | 260.6373 | Sears Repair 3rd Party - Non Voice- Production Fee | $ | 9.5500 | $ | 2,489.09 |
| Hrs | 147.2600 | Sears Repair 3rd Party - Non Voice- Production Fee(Day time hours) | $ | 12.0700 | $ | 1,777.43 |
| NA | NA | Sears Repair 3rd Party - Non Voice - Incentives/Penalty | $ | - | $ | 42.67 |
| Hrs | 626.1200 | Sears Repair 3rd Party - Voice- Production Fee | $ | 14.9400 | $ | 9,354.23 |
| NA | NA | Sears Repair 3rd Party - Voice - Incentives/Penalty | $ | - | $ | 93.54 |
| | | | **SubTotal** | | $ | 13,756.95 |

| | | | | |
|---|---|---|---|---|
| Billing Currency : | U S Dollar | | **TOTAL** | $   13,756.95 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction** : Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number: | 1284 |
| Tax ID No: | 94 - 3359939 |
| Invoice No: | 201819071171 |
| Invoice Date: | 10-Aug-2018 |

**SEARS - Assist**

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Ron Donahue |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 9-Oct-2018 | 07th Jul to 04th Aug 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | As per  SoW # 16 ,01st Oct 2016 | | |
| | | **Interactive chat - July'18:** | | |
| Chats | 80,930.00 | Online | $   0.3100 | $   25,088.30 |
| Chats | 27,889.00 | Other Site Online | $   0.3100 | $   8,645.59 |
| Chats | 36,748.00 | Home Service | $   0.3100 | $   11,391.88 |
| Chats | 77,151.00 | PD | $   0.3100 | $   23,916.81 |
| Chats | 9,768.00 | Other Site PD | $   0.3100 | $   3,028.08 |
| Chats | 1,498.00 | In_Home Net | $   0.3100 | $   464.38 |
| | | **Non Interactive chat -July'18:** | | |
| Chats | 15,541.00 | Online | $   0.1500 | $   2,331.15 |
| Chats | 5,042.00 | Other Site Online | $   0.1500 | $   756.30 |
| Chats | 9,393.00 | Home Service | $   0.1500 | $   1,408.95 |
| Chats | 7,645.00 | PD | $   0.1500 | $   1,146.75 |
| Chats | 1,055.00 | Other Site PD | $   0.1500 | $   158.25 |
| Chats | 103.00 | In_Home Net | $   0.1500 | $   15.45 |
| | | | **SubTotal** | $   78,351.89 |

| Billing Currency : | U S Dollar | | TOTAL | $   78,351.89 |
|---|---|---|---|---|

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
    Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
[Formerly 24/7 Customer Inc.]
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819071172 |
| Invoice Date : | 10-Aug-2018 |

SEARS - PD Offline

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Michele Vercimak
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 9-Oct-2018 | 07th July to 04th Aug 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Chats | 1918.14 | PartsDirect Offline Non Voice - July'18 | $      9.550 | $      18,318.20 |
| Chats | 1878.69 | PartsDirect Offline Voice  - July'18 | $      14.94 | $      28,067.63 |
| Hours | 320.00 | PartsDirect Offline Voice-Training | $      7.25 | $      2,320.00 |
| | | | **SubTotal** | $      48,705.83 |
| **Billing Currency :**   U S Dollar | | | **TOTAL** | $      48,705.83 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai, Inc.**
[Formerly 24/7 Customer Inc.]
2001 All Programmable Drive
San Jose
  CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819081219 |
| Invoice Date : | 7-Sep-2018 |

SEARS - Repair Customer Care

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No: (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Anita Walls
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No: (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 6-Nov-2018 | 05th Aug To 01st Sep 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per, Sears SOW # 10 Dated 31st Jan 2016** | | |
| Chats | 40,000.00 | Chat  Fees for August'18 (0 to 40,000) | $    2.10 | $    84,000.00 |
| Chats | 4,997.00 | Chat  Fees for August'18 (> 40,000) | $    1.59 | $    7,945.23 |
| Nos | 285 | Take the Lead | $    10.00 | $    2,850.00 |
| NA | - | Incentives | $    - | $    6,000.00 |
| NA | NA | Penalty/Incentives | $    - | $    3,218.08 |
| FTE | 1.00 | TTL Sale Contest | $    - | $    1,417.50 |
| NA | NA | Home Warranty Special Payout | $    - | $    110.00 |
| | | | **SubTotal**  $ | **105,540.81** |

| | | |
|---|---|---|
| Billing Currency : U S Dollar | **TOTAL**  $ | **105,540.81** |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai**

**[24]7.ai, Inc.**
[Formerly 24/7 Customer Inc.]
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819081220 |
| Invoice Date : | 7-Sep-2018 |

**SEARS - PartsDirect**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Michele Vercimak
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 6-Nov-2018 | 05th Aug To 01st Sep 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per Sears SOW # 11  dated 31st Jan, 2016 & as per SOW#15 dated 1st Jun 2016** | | |
| Chats | 73631.00 | Production Fee-PD Sales & Care for the Month of August'18 ( < 75,000) | $        2.600 | $         191,440.60 |
| NA | NA | Penalty/Incentives-PD Sales | $            - | $             3,331.74 |
| NA | NA | Penalty/Incentives-PD Care | $            - | $             3,785.15 |
| NA | NA | Incentives-PD Sales & Care | $            - | $             8,250.00 |
| Nos | 399 | Take the Lead | $       10.00 | $             3,990.00 |
| NA | NA | TTL Sale Contest | $            - | $             1,508.50 |
| | | | **SubTotal** | $         212,305.99 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | $         212,305.99 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

## [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number: | **1284** |
| Tax ID No: | **94 - 3359939** |
| Invoice No: | **201819081221** |
| Invoice Date: | **7-Sep-2018** |

**SEARS - Online Chat and Email**

| Bill to | Ship to |
|---|---|
| Sears Holdings Management Corporation | Sears Holdings Management Corporation |
| Attn: Accounts Payable | Attn: Dawn Roberts |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 6-Nov-2018 | 05th Aug To 01st Sep 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | | TOTAL | |
|---|---|---|---|---|---|---|
| | | **As per 2nd amendment to SoW # 12 dated Oct 1, 2017** | | | | |
| Chats | 93,700.00 | Production Fee DSC & OI - Chat Support  August'18 | $ | 2.5000 | $ | 234,250.00 |
| NA | NA | Client Incentives | $ | - | $ | 5,312.00 |
| NA | 301.00 | Take the Lead | $ | 10.00 | $ | 3,010.00 |
| NA | NA | (Penalty) / Incentive- DSC | $ | - | $ | 7,503.50 |
| NA | NA | (Penalty) / Incentive- OI | $ | - | $ | 3,367.20 |
| NA | NA | TTL Sale Contest | $ | - | $ | 966.00 |
| | | | **SubTotal** | | $ | 254,408.70 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | | $ | 254,408.70 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction** : Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai**

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819081222 |
| Invoice Date : | 7-Sep-2018 |

Sears Online Offline Case Management

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Dawn Roberts |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 6-Nov-2018 | 05th Aug To 01st Sep 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Hrs | 1,876.09 | Sears Online Offline Case Management - Production Fee- Voice | $          14.94 | $        28,028.78 |
| NA | NA | Sears Online Offline Case Management - Voice  Incentives/Penalty | $             - | $             350.36 |
| Hrs | 983.16 | Sears Online Offline Case Management - Production Fee -Non Voice | $           9.55 | $          9,389.18 |
| NA | NA | Sears Online Offline Case Management - Non Voice- Incentives/Penalty | $             - | $             117.36 |
| | | | **SubTotal** | $        37,885.69 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | $        37,885.69 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

## [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819081223 |
| Invoice Date : | 7-Sep-2018 |

**Sears - Repair 3rd Party**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;   USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Anita Walls
3333 Beverly Road; Hoffman Estates
Illinois;   USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 6-Nov-2018 | 05th Aug To 01st Sep 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Hrs | 291.1765 | Sears Repair 3rd Party - Non Voice- Production Fee | $    9.5500 | $    2,780.74 |
| Hrs | 35.5882 | Sears Repair 3rd Party - Non Voice- Production Fee(Day time hours) | $   12.0700 | $      429.55 |
| NA | NA | Sears Repair 3rd Party - Non Voice - Incentives/Penalty | $        - | $       32.10 |
| Hrs | 601.8000 | Sears Repair 3rd Party - Voice- Production Fee | $   14.9400 | $    8,990.89 |
| NA | NA | Sears Repair 3rd Party - Voice - Incentives/Penalty | $        - | $       89.91 |
| | | | **SubTotal** $ | 12,323.19 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** $ | 12,323.19 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction** : Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number: | 1284 |
| Tax ID No: | 94 - 3359939 |
| Invoice No: | 201819081224 |
| Invoice Date: | 6-Sep-2018 |

**SEARS - Assist**

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Ron Donahue |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 5-Nov-2018 | 05th Aug To 01st Sep 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | As per  SoW # 16 ,01st Oct 2016 | | |
| | | **Interactive chat - August'18:** | | |
| Chats | 77,126.00 | Online | $ 0.3100 | $ 23,909.06 |
| Chats | 24,798.00 | Other Site Online | $ 0.3100 | $ 7,687.38 |
| Chats | 35,869.00 | Home Service | $ 0.3100 | $ 11,119.39 |
| Chats | 67,900.00 | PD | $ 0.3100 | $ 21,049.00 |
| Chats | 9,769.00 | Other Site PD | $ 0.3100 | $ 3,028.39 |
| Chats | 856.00 | In_Home Net | $ 0.3100 | $ 265.36 |
| | | **Non Interactive chat -August'18:** | | |
| Chats | 16,574.00 | Online | $ 0.1500 | $ 2,486.10 |
| Chats | 4,622.00 | Other Site Online | $ 0.1500 | $ 693.30 |
| Chats | 9,128.00 | Home Service | $ 0.1500 | $ 1,369.20 |
| Chats | 5,731.00 | PD | $ 0.1500 | $ 859.65 |
| Chats | 967.00 | Other Site PD | $ 0.1500 | $ 145.05 |
| Chats | 85.00 | In_Home Net | $ 0.1500 | $ 12.75 |
| | | | **SubTotal** | $ 72,624.63 |

| Billing Currency : | U S Dollar | **TOTAL** | $ 72,624.63 |
|---|---|---|---|

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819081225 |
| Invoice Date : | 7-Sep-2018 |

SEARS - PD Offline

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Michele Vercimak
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 6-Nov-2018 | 05th Aug To 01st Sep 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Chats | 1717.20 | PartsDirect Offline Non Voice - August'18 | $        9.550 | $        16,399.28 |
| Chats | 1831.63 | PartsDirect Offline Voice  -  August'18 | $        14.94 | $        27,364.52 |
| | | | **SubTotal** | $        43,763.80 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | $        43,763.80 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

## [24]7.ai

**[24]7.ai, Inc**
2001 All Programmable Drive
San Jose,
CA95124

For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | **1284** |
| Tax ID No : | **94 - 3359939** |
| Invoice No : | **201819081201** |
| Invoice Date : | **22-Aug-2018** |

**SEARS - Digital VA**

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Ron Donohoe |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 21-Oct-2018 | August-18 | | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **SOW#7 - Sears Digital Self-Service VA Program** | | |
| NA | NA | Technology Platform and Hosting Services  - Aug'18 | $          1.00 | $        19,583.33 |
| | | | **SubTotal** | **$     19,583.33** |
| **Billing Currency :    U S Dollar** | | | **TOTAL** | **$     19,583.33** |

<u>**Payment Instructions:**</u>

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A. Branch: Citibank New York, 111 Wall Street, New York, 10043,USA.
   Bank Account No. 31022413. Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : 24/7.ai Inc., 2001 All Programmable Drive , San Jose, CA95124**

# INVOICE

**[24]7.ai, Inc.**
[Formerly 24/7 Customer Inc.]
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819091274 |
| Invoice Date : | 11-Oct-2018 |

**SEARS - Repair Customer Care**

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Anita Walls |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 10-Dec-2018 | 02nd Sep to 06th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per, Sears SOW # 10 Dated 31st Jan 2016** | | |
| Chats | 50,000.00 | Chat  Fees for September'18 (0 to 50,000) | $        2.10 | $      105,000.00 |
| Chats | 4,297.00 | Chat  Fees for September'18 (> 50,000) | $        1.59 | $        6,832.23 |
| Nos | 309 | Take the Lead | $      10.00 | $        3,090.00 |
| NA | - | Incentives | $           - | $        7,500.00 |
| NA | NA | Penalty/Incentives | $           - | $        5,591.61 |
| FTE | 1.00 | TTL Sale Contest | $           - | $          373.50 |
| NA | NA | Home Warranty Special Payout | $           - | $          260.00 |
| | | | **SubTotal** | $       128,647.34 |

| Billing Currency : U S Dollar | TOTAL | $       128,647.34 |
|---|---|---|

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai, Inc.**
[Formerly 24/7 Customer Inc.]
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| **Account Number :** | **1284** |
| **Tax ID No :** | **94 - 3359939** |
| **Invoice No :** | **201819091275** |
| **Invoice Date :** | **11-Oct-2018** |

**SEARS - PartsDirect**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Michele Vercimak
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 10-Dec-2018 | 02nd Sep to 06th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per Sears SOW # 11  dated 31st Jan, 2016 & as per SOW#15 dated 1st Jun 2016** | | |
| Chats | 76867.00 | Production Fee-PD Sales & Care for the Month of September'18 ( < 93,750) | $      2.600 | $     199,854.20 |
| NA | NA | Incentives-PD Sales & Care | $      - | $     10,312.00 |
| Nos | 320 | Take the Lead | $    10.00 | $     3,200.00 |
| NA | NA | TTL Sale Contest | $      - | $     540.00 |
| | | | **SubTotal** | **$     213,906.20** |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | **$     213,906.20** |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction :** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai**

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number: | **1284** |
| Tax ID No: | **94 - 3359939** |
| Invoice No: | **201819091276** |
| Invoice Date: | **11-Oct-2018** |

**SEARS - Online Chat and Email**

| Bill to | Ship to |
|---|---|
| Sears Holdings Management Corporation | Sears Holdings Management Corporation |
| Attn: Accounts Payable | Attn: Dawn Roberts |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 10-Dec-2018 | 02nd Sep to 06th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per 2nd amendment to SoW # 12 dated Oct 1, 2017** | | |
| Chats | 132,355.00 | Production Fee DSC & OI - Chat Support  September'18 | $    2.3500 | $    311,034.25 |
| Hrs | 2,592.00 | Training - (DSC+OI) | $    9.2500 | $    23,976.00 |
| NA | NA | Client Incentives | $    - | $    6,969.00 |
| NA | 315.00 | Take the Lead | $    10.00 | $    3,150.00 |
| NA | NA | (Penalty) / Incentive- DSC | $    - | $    9,946.26 |
| NA | NA | (Penalty) / Incentive- OI | $    - | $    3,923.82 |
| NA | NA | TTL Sale Contest | $    - | $    414.00 |
| | | | **SubTotal** $ | **359,413.33** |
| **Billing Currency :**   **U S Dollar** | | | **TOTAL** $ | **359,413.33** |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai**

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819091277 |
| Invoice Date : | 11-Oct-2018 |

Sears Online Offline Case Management

**Bill to**

**Sears Holdings Management Corporation**
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No: (847) 286-1004

**Ship to**

**Sears Holdings Management Corporation**
Attn: Dawn Roberts
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 10-Dec-2018 | 02nd Sep to 06th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Hrs | 2,080.05 | Sears Online Offline Case Management - Production Fee- Voice | $        14.94 | $        31,075.95 |
| NA | NA | Sears Online Offline Case Management - Voice  Incentives/Penalty | $           - | $             388.45 |
| Hrs | 1,084.42 | Sears Online Offline Case Management - Production Fee -Non Voice | $          9.55 | $        10,356.21 |
| NA | NA | Sears Online Offline Case Management - Non Voice- Incentives/Penalty | $           - | $             129.45 |
| | | | **SubTotal** | $        41,950.06 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | $        41,950.06 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.com

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819091278 |
| Invoice Date : | 11-Oct-2018 |

**Sears - Repair 3rd Party**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;   USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Anita Walls
3333 Beverly Road; Hoffman Estates
Illinois;   USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 10-Dec-2018 | 02nd Sep to 06th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Hrs | 485.5882 | Sears Repair 3rd Party - Non Voice- Production Fee | $ 9.5500 | $ 4,637.37 |
| NA | NA | Sears Repair 3rd Party - Non Voice - Incentives/Penalty | $ - | $ 46.37 |
| Hrs | 783.8235 | Sears Repair 3rd Party - Voice- Production Fee | $ 14.9400 | $ 11,710.32 |
| NA | NA | Sears Repair 3rd Party - Voice - Incentives/Penalty | $ - | $ 117.10 |
| | | | **SubTotal** | $ 16,511.17 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | $ 16,511.17 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction** : Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number: | **1284** |
| Tax ID No: | **94 - 3359939** |
| Invoice No: | **201819091279** |
| Invoice Date: | **11-Oct-2018** |

**SEARS - Assist**

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Ron Donahue |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 10-Dec-2018 | 02nd Sep to 06th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | As per  SoW # 16 ,01st Oct 2016 | | |
| | | **Interactive chat - September'18:** | | |
| Chats | 97,194.00 | Online | $    0.3000 | $    29,158.20 |
| Chats | 32,771.00 | Other Site Online | $    0.3000 | $    9,831.30 |
| Chats | 43,816.00 | Home Service | $    0.3000 | $    13,144.80 |
| Chats | 70,792.00 | PD | $    0.3000 | $    21,237.60 |
| Chats | 9,687.00 | Other Site PD | $    0.3000 | $    2,906.10 |
| Chats | 1,326.00 | In_Home Net | $    0.3000 | $    397.80 |
| | | **Non Interactive chat -September'18:** | | |
| Chats | 35,161.00 | Online | $    0.1500 | $    5,274.15 |
| Chats | 13,182.00 | Other Site Online | $    0.1500 | $    1,977.30 |
| Chats | 10,481.00 | Home Service | $    0.1500 | $    1,572.15 |
| Chats | 6,075.00 | PD | $    0.1500 | $    911.25 |
| Chats | 1,142.00 | Other Site PD | $    0.1500 | $    171.30 |
| Chats | 113.00 | In_Home Net | $    0.1500 | $    16.95 |
| | | | **SubTotal** | $    86,598.90 |

| Billing Currency : | U S Dollar | | TOTAL | $    86,598.90 |
|---|---|---|---|---|

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai, Inc.**
[Formerly 24/7 Customer Inc.]
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819091280 |
| Invoice Date : | 11-Oct-2018 |

SEARS - PD Offline

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Michele Vercimak
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 10-Dec-2018 | 02nd Sep to 06th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Chats | 1904.83 | PartsDirect Offline Non Voice - September'18 | $      9.550 | $      18,191.10 |
| Chats | 2407.92 | PartsDirect Offline Voice  -September'18 | $      14.94 | $      35,974.28 |
| | | | **SubTotal** | $      54,165.38 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | $      54,165.38 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

## [24]7.ai

**[24]7.ai, Inc**
2001 All Programmable Drive
San Jose,
CA95124

For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | **1284** |
| Tax ID No : | **94 - 3359939** |
| Invoice No : | **201819091256** |
| Invoice Date : | **21-Sep-2018** |

**SEARS - Digital VA**

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Ron Donohoe |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 20-Nov-2018 | September-18 | | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **SOW#7 - Sears Digital Self-Service VA Program** | | |
| NA | NA | Technology Platform and Hosting Services  - Sep'18 | $        1.00 | $        19,583.33 |
| | | | **SubTotal** | $        **19,583.33** |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | $        **19,583.33** |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A. Branch: Citibank New York, 111 Wall Street, New York, 10043,USA.
   Bank Account No. 31022413. Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : 24/7.ai Inc., 2001 All Programmable Drive , San Jose, CA95124**

# INVOICE

**[24]7.ai**

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819101324 |
| Invoice Date : | 29-Oct-2018 |

**SEARS - Repair Customer Care**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Anita Walls
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 28-Dec-2018 | 07th Oct to 14th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per, Sears SOW # 10 Dated 31st Jan 2016** | | |
| Chats | 11,428.00 | Chat  Fees for October'18 (0 to 11,428) | $        2.10 | $      23,998.80 |
| Chats | 874.00 | Chat  Fees for October'18 (> 11,428) | $        1.59 | $        1,389.66 |
| Nos | 165 | Take the Lead | $      10.00 | $        1,650.00 |
| NA | - | Incentives | $          - | $        1,714.29 |
| NA | NA | Penalty/Incentives | $          - | $          761.65 |
| FTE | 1.00 | TTL Sale Contest | $          - | $          117.43 |
| FTE | 1.00 | Q4 TTL Sales Contest | $          - | $          714.29 |
| | | | SubTotal | $      30,346.11 |
| Billing Currency : U S Dollar | | | TOTAL | $      30,346.11 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction** : Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai, Inc.**
[Formerly 24/7 Customer Inc.]
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | **1284** |
| Tax ID No : | **94 - 3359939** |
| Invoice No : | **201819101325** |
| Invoice Date : | **29-Oct-2018** |

**SEARS - PartsDirect**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Michele Vercimak
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 28-Dec-2018 | 07th Oct to 14th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | | TOTAL | |
|---|---|---|---|---|---|---|
| | | **As per Sears SOW # 11  dated 31st Jan, 2016 & as per SOW#15 dated 1st Jun 2016** | | | | |
| Chats | 16180.00 | Production Fee-PD Sales & Care - October'18 ( < 21,428) | $ | 2.600 | $ | 42,068.00 |
| NA | NA | Incentives-PD Sales & Care | $ | - | $ | 2,357.14 |
| Nos | 184 | Take the Lead | $ | 10.00 | $ | 1,840.00 |
| NA | NA | TTL Sale Contest | $ | - | $ | 128.14 |
| NA | NA | Q4 TTL Sale Contest | $ | - | $ | 714.29 |
| | | | SubTotal | | $ | 47,107.57 |
| Billing Currency : | **U S Dollar** | | TOTAL | | $ | 47,107.57 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number: | **1284** |
| Tax ID No: | **94 - 3359939** |
| Invoice No: | **201819101326** |
| Invoice Date: | **29-Oct-2018** |

**SEARS - Online Chat and Email**

| Bill to | Ship to |
|---|---|
| Sears Holdings Management Corporation | Sears Holdings Management Corporation |
| Attn: Accounts Payable | Attn: Dawn Roberts |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No: (847) 286-1004 | Tel No: (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 28-Dec-2018 | 07th Oct to 14th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per 2nd amendment to SoW # 12 dated Oct 1, 2017** | | |
| Chats | 29,690.00 | Production Fee DSC & OI - Chat Support  October'18 | $        2.3500 | $      69,771.50 |
| NA | NA | Client Incentives | $            - | $        1,451.14 |
| NA | 149.00 | Take the Lead | $        10.00 | $        1,490.00 |
| NA | NA | (Penalty) / Incentive- DSC | $            - | $        1,181.11 |
| NA | NA | (Penalty) / Incentive- OI | $            - | $           337.91 |
| NA | NA | TTL Sale Contest | $            - | $           117.00 |
| NA | NA | Q4 TTL Sale Contest | $            - | $           714.29 |
| | | | **SubTotal** | $      75,062.95 |

| Billing Currency :   U S Dollar | | | TOTAL | $      75,062.95 |
|---|---|---|---|---|

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
 CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819101327 |
| Invoice Date : | 29-Oct-2018 |

Sears Online Offline Case Management

**Bill to**

**Sears Holdings Management Corporation**
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

**Sears Holdings Management Corporation**
Attn: Dawn Roberts
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 28-Dec-2018 | 07th Oct to 14th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Hrs | 480.52 | Sears Online Offline Case Management - Production Fee- Voice | $        14.94 | $        7,178.97 |
| NA | NA | Sears Online Offline Case Management - Voice  Incentives/Penalty | $              - | $            89.74 |
| Hrs | 229.73 | Sears Online Offline Case Management - Production Fee -Non Voice | $          9.55 | $        2,193.92 |
| NA | NA | Sears Online Offline Case Management - Non Voice- Incentives/Penalty | $              - | $            16.45 |
| | | | SubTotal | $        9,479.08 |
| **Billing Currency :** | **U S Dollar** | | TOTAL | $        9,479.08 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction**: Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
    Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.com

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819101328 |
| Invoice Date : | 29-Oct-2018 |

**Sears - Repair 3rd Party**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;   USA 60179
Tel No :  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Anita Walls
3333 Beverly Road; Hoffman Estates
Illinois;   USA 60179
Tel No :  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner : | PO |
|---|---|---|---|---|
| 60 Days | 28-Dec-2018 | 07th Oct to 14th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | | TOTAL | |
|---|---|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | | | |
| Hrs | 91.8137 | Sears Repair 3rd Party - Non Voice- Production Fee | $ | 9.5500 | $ | 876.82 |
| NA | NA | Sears Repair 3rd Party - Non Voice - Incentives/Penalty | $ | - | $ | 8.77 |
| Hrs | 198.5784 | Sears Repair 3rd Party - Voice- Production Fee | $ | 14.9400 | $ | 2,966.76 |
| NA | NA | Sears Repair 3rd Party - Voice - Incentives/Penalty | $ | - | $ | 29.67 |
| | | | **SubTotal** | | $ | 3,882.02 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | | $ | 3,882.02 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

# [24]7.ai

**[24]7.ai, Inc.**
**[Formerly 24/7 Customer Inc.]**
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number: | 1284 |
| Tax ID No: | 94 - 3359939 |
| Invoice No: | 201819101329 |
| Invoice Date: | 29-Oct-2018 |

**SEARS - Assist**

**Bill to**

**Sears Holdings Management Corporation**
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No: (847) 286-1004

**Ship to**

**Sears Holdings Management Corporation**
Attn: Ron Donahue
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No: (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 28-Dec-2018 | 07th Oct to 14th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | As per  SoW # 16 ,01st Oct 2016 | | |
| | | **Interactive chat - October'18:** | | |
| Chats | 21,936.00 | Online | $   0.3100 | $    6,800.16 |
| Chats | 7,534.00 | Other Site Online | $   0.3100 | $    2,335.54 |
| Chats | 10,022.00 | Home Service | $   0.3100 | $    3,106.82 |
| Chats | 14,935.00 | PD | $   0.3100 | $    4,629.85 |
| Chats | 2,371.00 | Other Site PD | $   0.3100 | $    735.01 |
| Chats | 570.00 | In_Home Net | $   0.3100 | $    176.70 |
| | | **Non Interactive chat -October'18:** | | |
| Chats | 7,754.00 | Online | $   0.1500 | $    1,163.10 |
| Chats | 3,150.00 | Other Site Online | $   0.1500 | $    472.50 |
| Chats | 2,280.00 | Home Service | $   0.1500 | $    342.00 |
| Chats | 1,245.00 | PD | $   0.1500 | $    186.75 |
| Chats | 262.00 | Other Site PD | $   0.1500 | $    39.30 |
| Chats | 39.00 | In_Home Net | $   0.1500 | $    5.85 |
| | | | SubTotal | $    19,993.58 |

| Billing Currency : | U S Dollar | | TOTAL | $    19,993.58 |
|---|---|---|---|---|

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai, Inc.**
[Formerly 24/7 Customer Inc.]
2001 All Programmable Drive
San Jose
CA95124
For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | 1284 |
| Tax ID No : | 94 - 3359939 |
| Invoice No : | 201819101330 |
| Invoice Date : | 29-Oct-2018 |

**SEARS - PD Offline**

**Bill to**

Sears Holdings Management Corporation
Attn: Accounts Payable
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

**Ship to**

Sears Holdings Management Corporation
Attn: Michele Vercimak
3333 Beverly Road; Hoffman Estates
Illinois;  USA 60179
Tel No:  (847) 286-1004

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 28-Dec-2018 | 07th Oct to 14th Oct 2018 | Karthikeyan | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **As per SOW #14 Case Management Support dated 31st Jan, 2016** | | |
| Chats | 375.95 | PartsDirect Offline Non Voice - October'18 | $      9.550 | $      3,590.29 |
| Chats | 344.48 | PartsDirect Offline Voice  -October'18 | $     14.94 | $      5,146.57 |
| | | | **SubTotal** | $      8,736.86 |
| **Billing Currency :** | **U S Dollar** | | **TOTAL** | $      8,736.86 |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A., Branch : Citibank New York, 111 Wall Street, New York, NY 10043, USA.
   Bank Account Number : 31022413, Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : [24]7.ai,Inc., 2001 All Programmable Drive, San Jose, CA95124, USA**

# INVOICE

**[24]7.ai**

**[24]7.ai, Inc**
2001 All Programmable Drive
San Jose,
CA95124

For account queries, email us at:
ar@247.ai

| | |
|---|---|
| Account Number : | **1284** |
| Tax ID No : | **94 - 3359939** |
| Invoice No : | **201819101348** |
| Invoice Date : | **25-Oct-2018** |

**SEARS - Digital VA**

| Bill to | Ship to |
|---|---|
| **Sears Holdings Management Corporation** | **Sears Holdings Management Corporation** |
| Attn: Accounts Payable | Attn: Ron Donohoe |
| 3333 Beverly Road; Hoffman Estates | 3333 Beverly Road; Hoffman Estates |
| Illinois;  USA 60179 | Illinois;  USA 60179 |
| Tel No:  (847) 286-1004 | Tel No:  (847) 286-1004 |

| Terms | Payment Due Date | Billing Period: | Client Partner: | PO |
|---|---|---|---|---|
| 60 Days | 24-Dec-2018 | October-18 | | |

| Unit of Meas. | Quantity | Billing Description | Unit Price | TOTAL |
|---|---|---|---|---|
| | | **SOW#7 - Sears Digital Self-Service VA Program** | | |
| NA | NA | Technology Platform and Hosting Services  - Oct'18 (Period of 1-Oct-2018 to 14-Oct-2018) | $       1.00 | $       8,844.09 |
| | | | **SubTotal** $ | **8,844.09** |
| **Billing Currency :**   **U S Dollar** | | | **TOTAL** $ | **8,844.09** |

**Payment Instructions:**

1. Payment should be made to **24/7 Customer, Inc.**
2. The remittance should specifically indicate that payment is being made for this invoice.
3. **Wire Transfer Instruction:** Citibank N.A. Branch: Citibank New York, 111 Wall Street, New York, 10043,USA.
   Bank Account No. 31022413. Beneficiary SWIFT Code: CITIUS33, ABA code : 021000089

**Registered Office : 24/7.ai Inc., 2001 Programmable Drive , San Jose, CA95124**