**EXHIBIT A**

| CBL Premises | DBA | Locations | CBL Lease / Agreement Start | CBL Lease / Agreement End |
|---|---|---|---|---|
| Arbor Place Mall | Sears | Douglasville, GA | 10/13/1999 | 10/12/2049 |
| Cherryvale Mall | Sears | Rockford, IL | 10/01/1973 | 09/30/2021 |
| Coastal Grand Mall | Sears | Myrtle Beach, SC | 03/10/2004 | 03/31/2054 |
| Cross Creek Mall | Sears | Fayetteville, NC | 01/27/2017 | 01/31/2027 |
| East Towne Mall | Sears | Madison, WI | 10/14/1971 | 10/13/2026 |
| Eastgate Anchor | Sears | Cincinnati, OH | 01/27/2017 | 01/31/2027 |
| Friendly Center | Sears | Greensboro, NC | 02/01/1973 | 01/31/2028 |
| Hamilton Place Mall | Sears | Chattanooga, TN | 04/01/1967 | 03/31/2019 |
| Hanes Mall | Sears | Winston-Salem, NC | 01/27/2017 | 01/31/2027 |
| Harford Mall | Sears | Bel-Air, MD | 08/06/1975 | 12/31/2025 |
| Honey Creek Mall | Sears | Terra Haute, IL | 09/22/1971 | 09/30/2021 |
| Jefferson Mall | Sears | Louisville, KY | 11/01/1968 | 10/31/2023 |
| Mall del Norte | Sears | Laredo, TX | 01/27/2017 | 01/31/2027 |
| Mid Rivers Mall | Sears | St. Peters, MO | 07/27/1977 | 12/31/2035 |
| Northgate Mall | Sears | Hixson, TN | 11/01/1996 | 10/14/2037 |
| Northpark Mall | Sears | Joplin, MO | 02/27/1974 | 03/14/2062 |
| Old Hickory Mall | Sears | Jackson, TN | 10/02/1996 | 10/31/2026 |
| Parkdale Mall | Sears | Beaumont, TX | 10/27/1965 | 09/30/2020 |
| Post Oak Mall | Sears | College Station, TX | 07/02/1986 | 07/02/2041 |
| Richland Mall | Sears | Waco, TX | 02/17/1982 | 02/28/2027 |
| South County Center | Sears | St. Louis, MO | 03/19/1980 | 03/18/2020 |
| St. Clair Square | Sears | Fairview Heights, IL | 11/14/1988 | 02/28/2019 |
| Stroud Mall | Sears | Stroudsburg, PA | 05/01/1973 | 05/31/2023 |
| Sunrise Mall | Sears | Brownsville, TX | 07/31/1994 | 07/31/2019 |
| Triangle Town Center | Sears | Raleigh, NC | 03/05/1979 | 06/07/2050 |
| Turtle Creek Mall | Sears | Hattiesburg, MS | 05/10/2001 | 08/14/2057 |
| Valley View Mall | Sears | Roanoke, VA | 11/01/1995 | 10/31/2020 |
| Volusia Mall | Sears | Daytona Beach, FL | 12/14/1983 | 12/31/2024 |
| Westgate Mall | Sears | Spartanburg, SC | 02/19/1975 | 12/31/2025 |
| Westmoreland Mall | Sears | Greensburg, PA | 10/29/1975 | 10/31/2046 |

DocID: 4821-7138-6758.1