1/25/2019 8:21 AM

## Lease Unpaid Charges

Tenant: Sears(t0009008)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 1/11/2018 | Anchor Common Area Reimburseme (01/2018) | 166.67 | 145.12 | 21.55 | 21.55 |
| 2/11/2018 | Anchor Common Area Reimburseme (02/2018) | 166.67 | 0.00 | 166.67 | 188.22 |
| 3/11/2018 | Anchor Common Area Reimburseme (03/2018) | 166.67 | 0.00 | 166.67 | 354.89 |
| 9/14/2018 | Anchor Insurance (2017) | 510.71 | 0.00 | 510.71 | 865.60 |

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

East Towne Mall Tenant: Sears(l0021501)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 5/10/2017 | Anchor Insurance (2016) | 321.94 | 278.42 | 43.52 | 43.52 |
| 5/9/2018 | 2017 Insurance Billing | 321.94 | 0.99 | 320.95 | 364.47 |
| 5/10/2018 | Anchor Common Area Reimburseme (05/2018-07/2018) | 15,484.39 | 15,472.38 | 12.01 | 376.48 |

East Towne Mall Tenant: Sears(l0021501)

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

Tenant: Sears(t0009061)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---:|---:|---:|---:|
| 1/1/2019 | CAM Fixed Anchor ANC (01/2019) | 4,289.06 | 4,288.93 | 0.13 | 0.13 |
| 1/1/2019 | Central Energy/Environ Reimb (01/2019-12/2019) | 6,953.64 | 0.00 | 6,953.64 | 6,953.77 |

1/25/2019 8:21 AM

## Lease Unpaid Charges

Hanes Mall Tenant: Sears(l0012466)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 12/1/2018 | CAM Fixed Anchor ANC (12/2018-02/2019) | 7,657.92 | 0.00 | 7,657.92 | 7,657.92 |

1/25/2019 8:21 AM

## Lease Unpaid Charges
Harford Mall Tenant: Sears(l0021777)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 3/1/2018 | Anchor Base Rent (09/2017) | 7,398.68 | 7,375.21 | 23.47 | 23.47 |
| 3/1/2018 | Anchor Base Rent (10/2017) | 7,398.68 | 7,175.62 | 223.06 | 246.53 |
| 3/1/2018 | Anchor Base Rent (11/2017) | 7,398.68 | 7,175.62 | 223.06 | 469.59 |
| 3/1/2018 | Anchor Base Rent (12/2017) | 7,398.68 | 7,175.62 | 223.06 | 692.65 |
| 3/1/2018 | Anchor Base Rent (01/2018) | 7,398.68 | 7,203.00 | 195.68 | 888.33 |
| 3/1/2018 | Anchor Base Rent (02/2018) | 7,398.68 | 7,203.00 | 195.68 | 1,084.01 |
| 3/1/2018 | Anchor Base Rent (03/2018) | 7,398.68 | 7,203.00 | 195.68 | 1,279.69 |
| 4/1/2018 | Anchor Base Rent (04/2018) | 7,398.68 | 7,203.00 | 195.68 | 1,475.37 |
| 5/1/2018 | Anchor Base Rent (05/2018) | 7,398.68 | 7,203.00 | 195.68 | 1,671.05 |
| 6/1/2018 | Enclosed Mall CAM - Anchor (06/2018) | 5,496.12 | 5,300.40 | 195.72 | 1,866.77 |
| 7/1/2018 | Enclosed Mall CAM - Anchor (07/2018) | 5,496.12 | 5,489.45 | 6.67 | 1,873.44 |
| 8/1/2018 | Enclosed Mall CAM - Anchor (08/2018) | 5,496.12 | 5,255.20 | 240.92 | 2,114.36 |
| 9/1/2018 | Enclosed Mall CAM - Anchor (09/2018) | 5,496.12 | 5,376.08 | 120.04 | 2,234.40 |
| 10/1/2018 | Enclosed Mall CAM - Anchor (10/2018):Revised by ctrl# 3636398 | 5,496.12 | 5,376.08 | 120.04 | 2,354.44 |
| 11/1/2018 | Enclosed Mall CAM - Anchor (11/2018):Revised by ctrl# 3636399 | 5,496.12 | 5,376.08 | 120.04 | 2,474.48 |
| 11/1/2018 | Enclosed Mall CAM - Anchor (10/2018) | 5,621.27 | 5,496.12 | 125.15 | 2,599.63 |
| 11/1/2018 | Enclosed Mall CAM - Anchor (11/2018) | 5,621.27 | 5,496.12 | 125.15 | 2,724.78 |
| 12/1/2018 | Enclosed Mall CAM - Anchor (12/2018) | 5,621.27 | 5,376.08 | 245.19 | 2,969.97 |
| 1/1/2019 | Enclosed Mall CAM - Anchor (01/2019) | 5,621.27 | 5,376.08 | 245.19 | 3,215.16 |

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

Honey Creek Mall Tenant: Sears(I0003872)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 10/26/2018 | 2.5% of 394647.00 | 9,866.17 | 0.00 | 9,866.17 | 9,866.17 |
| 11/26/2018 | 2.5% of 654150.00 | 16,353.76 | 8,968.18 | 7,385.58 | 17,251.75 |
| 1/1/2019 | CAM Fixed Anchor ANC (01/2019-03/2019) | 250.00 | 0.00 | 250.00 | 17,501.75 |

Page 1 of 13

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

Tenant: Sears Auto Center(t0009066)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 2/1/2018 | Base Rent (02/2018) | 11,666.67 | 11,250.00 | 416.67 | 416.67 |

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

Tenant: Sears(l0018864)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 4/1/2018 | Year End CAM Adjustment (01/2017 - 12/2017) | 5,868.15 | 0.00 | 5,868.15 | 5,868.15 |

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

St. Clair   Tenant: Sears(l0024713)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---:|---:|---:|---:|
| 9/28/2018 | Parking Lot Lighting (02/28/17-03/28/17) | 1,111.56 | 0.00 | 1,111.56 | 1,111.56 |
| 9/28/2018 | Parking Lot Lighting (03/29/17-04/26/17) | 722.65 | 0.00 | 722.65 | 1,834.21 |
| 9/28/2018 | Parking Lot Lighting (04/27/17-05/25/17) | 647.98 | 0.00 | 647.98 | 2,482.19 |
| 9/28/2018 | Parking Lot Lighting (05/26/17-06/26/17) | 684.05 | 0.00 | 684.05 | 3,166.24 |
| 9/28/2018 | Parking Lot Lighting (06/27/17-07/26/17) | 582.74 | 0.00 | 582.74 | 3,748.98 |
| 9/28/2018 | Parking Lot Lighting (07/27/17-08/24/17) | 719.96 | 0.00 | 719.96 | 4,468.94 |
| 9/28/2018 | Parking Lot Lighting (08/25/17-09/26/17) | 941.01 | 0.00 | 941.01 | 5,409.95 |
| 9/28/2018 | Parking Lot Lighting (09/26/17-10/24/17) | 1,022.04 | 0.00 | 1,022.04 | 6,431.99 |
| 9/28/2018 | Parking Lot Lighting (10/25/17-11/24/17) | 1,224.89 | 0.00 | 1,224.89 | 7,656.88 |
| 9/28/2018 | Parking Lot Lighting (11/25/17-12/27/17) | 1,312.53 | 0.00 | 1,312.53 | 8,969.41 |
| 9/28/2018 | Parking Lot Lighting (12/28/17-01/26/18) | 1,034.91 | 0.00 | 1,034.91 | 10,004.32 |
| 9/28/2018 | Parking Lot Lighting (01/27/18-02/26/18) | 985.61 | 0.00 | 985.61 | 10,989.93 |
| 9/28/2018 | Parking Lot Lighting (02/27/18-03/27/18) | 767.28 | 0.00 | 767.28 | 11,757.21 |
| 9/28/2018 | Parking Lot Lighting (03/28/18-04/26/18) | 841.67 | 0.00 | 841.67 | 12,598.88 |
| 9/28/2018 | Parking Lot Lighting (04/27/18-05/25/18) | 749.09 | 0.00 | 749.09 | 13,347.97 |
| 9/28/2018 | Parking Lot Lighting (05/26/18-06/26/18) | 681.82 | 0.00 | 681.82 | 14,029.79 |
| 9/28/2018 | Parking Lot Lighting (06/27/18-07/26/18) | 707.80 | 0.00 | 707.80 | 14,737.59 |
| 9/28/2018 | Parking Lot Lighting (07/27/18-08/24/18) | 1,097.48 | 0.00 | 1,097.48 | 15,835.07 |

1/25/2019 8:21 AM

## Lease Unpaid Charges

Stroud Mall Tenant: Sears(l0027148)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 11/6/2018 | Year End RET Adjustment (01/2018 - 12/2018) | 176,697.87 | 37,760.09 | 138,937.78 | 138,937.78 |

Page 1 of 13

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

Valley View Mall Tenant: Sears(l0016296)

| Date | Description | Ctl | Charge | Payment | Net Due | Balance |
|---|---|---|---:|---:|---:|---:|
| 9/26/2018 | Yearend Insurance Adjustment (01/2017 - 12/2017) | C-3542204 | 905.07 | 0.00 | 905.07 | 905.07 |

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

Volusia Mall Tenant: Sears(l0009486)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 11/1/2017 | 2016 Anchor insurance | 426.32 | 0.00 | 426.32 | 426.32 |

Page 1 of 13

**1/25/2019 8:21 AM**

## Lease Unpaid Charges

York Galleria Tenant: Sears(l0012030)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 10/1/2018 | Tenant HVAC (10/2018-11/2018) | 2,723.34 | 0.00 | 2,723.34 | 2,723.34 |