

ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

**EXPIRING POLICY NUMBER:** ISA H08859012

RENEWAL

## ITEM ONE

**Named Insured:** Sears Holdings Corporation

**Address:** 3333 Beverly Road
Risk Management Dept, E-3262B
Hoffman Estates IL 60179

**Producer Number:** 174016
**Producer Name:** AON RISK SERVICES CENTRAL INC
**Producer Address:** 200 EAST RANDOLPH ST 13TH FL
CHICAGO IL 60601

**Form of Business:** [X] Corporation   [ ] Limited Liability Company
[ ] Other:

**Named Insured's business:** Retail Trade

**Policy Period:** Policy covers from 08/01/2016 to 08/01/2017 12:01 am standard time at the named insured's address stated above.

**Audit Period:** Annual, unless otherwise stated: [ ] Semi-Annual [ ] Quarterly [X] Not Auditable
**Total Advance Premium (Including surcharges):** $174,424.00
**Refer to Surcharge Schedule for surcharge amounts and rates.**
NO SURCHARGE APPLIES IN PUERTO RICO

In return for the payment of premium and subject to all the terms of this policy we agree with you to provide the insurance as stated in this policy.

DA-19661a (12/2008)   Copyright, Insurance Services Office, Inc. 2000   Page 1 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

## ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT<br>THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 8,9,10 | $5,000,000 | $Included |
| PERSONAL INJURY PROTECTION (or equivalent No fault Coverage) | 5 | SEPARATELY STATED IN EACH P.I.P ENDORSEMENT $ N/A DED | $Included |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No fault Coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | $ |
| OPTIONAL BASIC ECONOMIC LOSS COVERAGE (New York Only) | | $ | $ |
| ADDITIONAL PERSONAL INJURY PROTECTION (New York Only) | | $<br>Maximum Monthly Work Loss  $<br>Death Benefit  $<br>Other Necessary Expense (per day)  $ | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE P.P.I ENDORSEMENT. MINUS $N/A DED FOR EACH ACCIDENT. | $Included |
| MEDICAL PAYMENTS | 10 | $5,000 | $Included |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS | | SEPARATELY STATED IN THE P.P.I ENDORSEMENT.<br>MEDICAL EXPENSE BENEFITS $  EACH PERSON<br>INCOME LOSS BENEFITS $  EACH PERSON | $ |
| UNINSURED MOTORISTS | 10 | $ See DA40002 | $Included |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists) (Not Applicable in New York) | 10 | $ See DA40002 | $Included |

DA-19661a (12/2008)    Copyright, Insurance Services Office, Inc. 2000    Page 2 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

## ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS (Continued)

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Truckers Coverage Form shows which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| SUPPLEMENTARY UNINSURED/ UNDERINSURED MOTORIST (New York only) | | $ The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by the motor vehicle Bodily Injury liability insurance and policy or bond payments received from, or on behalf of, any negligent party involved in the accident as specified in the SUM endorsement. | $ |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. (N/A to private passenger type vehicles in NY). **See Schedule On File With Company For Vehicle Deductibles.** See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. **See Schedule On File With Company For Vehicle Deductibles.** See ITEM FOUR For Hired Or Borrowed "Autos." | $ |
| PHYSICAL DAMAGE COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED FOR EACH COVERED AUTO FOR LOSS CAUSED BY COLLISION **See Schedule On File With Company For Vehicle Deductibles.** See ITEM FOUR For Hired Or Borrowed "Autos." | $ |
| PHYSICAL DAMAGE TOWING AND LABOR | | $ for each disablement of a private passenger auto. | $ |



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

### DESCRIPTION

| Covered Auto No | Year, Model, Trade Name, Serial Number or Vehicle Identification Number (VIN) | Original Cost New | Terr Code |
|---|---|---|---|
| | AS PER SCHEDULE ON FILE WITH COMPANY | | |

## ITEM FOUR - SCHEDULE OF HIRED OR BORROWED AUTO COVERAGE AND PREMIUMS

LIABILITY COVERAGE - RATING BASIS, COST OF HIRE

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (if liab. cov. is primary) | PREMIUM |
|---|---|---|---|---|
| All States on File With Us | $If Any | $ | | $Included |
| | | | TOTAL PREMIUM | $Included |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including 'autos' you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

### PHYSICAL DAMAGE COVERAGE

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. (N/A to Private Passenger type vehicles in NY). | $ | $ | $ |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | $ | $ | $ |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO. | $ | $ | $ |



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

## ITEM FIVE - SCHEDULE FOR NON-OWNERSHIP LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than A Social Service Agency | Number of Employees | 25 | $Included |
| | Number of Partners | | $ |
| Social Service Agency | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| Garage Service Operations | Number of Employees | | $ |
| | Number of Partners | | $ |
| | | TOTAL PREMIUM | $Included |



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

FORMS AND ENDORSEMENTS ATTACHED TO POLICY AT INCEPTION

## SCHEDULE OF NOTICES

| Form No. | Description |
|---|---|
| ALL23445b0713 | Policyholder Notice Commercial Lines Deregulation New York |
| ALL208871006 | ACE Producer Compensation Practices & Policies |
| ALL4X04 | An Important Notice To Our Alaska Policyholders |
| ALL4X07 (07/96) | An Important Notice To Our Alaska Policyholders |
| ALL2Y31b | Arkansas Notice To Policyholders |
| ILN1191015 | California Auto Body Repair Consumer Bill Of Rights |
| ILN1180110 | California Automotive Repair Dealer Recommendation Notice |
| ALL223680607 | Colorado Fraud Statement |
| ALL8Z41 7/2000 | Georgia Notice |
| ILN1751111 | Illinois Notice To Policyholders Regarding The Religious Freedom Protection And Civil Union Act |
| ALL301520710 | Important Information To Idaho Policyholders Regarding Your Insurance |
| ALL7X47a0206 | Important Information To Virginia Policyholders Regarding Your Insurance |
| DA1K19 | Important Message To Our Pennsylvania Auto Insurance Policyholders |
| ALL389690812 | Important Notice - Wisconsin |
| DA3E53a | Important Notice To Our Connecticut Policyholders |
| DA9T21 | Important Notice To Our Oregon Policyholders |
| ALL2Y810514 | Indiana Notice To Policyholders |
| ILN0430116 | Kansas Fraud Statement |
| ALL387110812 | Maryland Notice Of Underwriting Period |
| DA18607 | Massachusetts Compulsory Premium Policyholder Notice |
| DA410710913 | Minnesota Policyholder Notice Of Election To Have Two Or More Autos Added Together |
| ILN0021110 | New York Rental Reimbursement Coverage Disclosure |
| ALL2U78b | Notice To All Oklahoma Policyholders |
| ALL398220413 | Notice To Our Florida Property And Casualty Policyholders Guidelines For Loss Control Plans |
| DA3H93b0613 | Notice To Our New York Policyholders Optional Basic Economic Loss Coverage |
| DA8S71b0913 | Notice To Our Texas Policyholders - Automobile Theft Prevention Authority Pass Through Fee |
| DA468220915 | Notice To Policyholder |
| ALL5W06(07/95) | Policyholder Notice - Ohio |

DA-19661a (12/2008)    Copyright, Insurance Services Office, Inc. 2000    Page 6 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

| Form No. | Description |
|---|---|
| ALL18653d0714 | Questions About Your Insurance? |
| ALL5X45 | Questions About Your Insurance? |
| ALL11559d | Risk Control Services For Texas Policyholders |
| ALL4Y30f0615 | Texas Notice – Information And Complaints |
| ILP0010104 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholders |
| DA400020413 | Uninsured Motorists/Underinsured Motorist Coverage Summary |
| ALL10032 | Vermont Changes: Property/Casualty - Civil Union |
| ALL5X51a0206 | Wisconsin Notice To Policyholders |

## SCHEDULE OF COVERAGE FORMS

| Form No. | Description |
|---|---|
| CA00011013 | Business Auto Coverage Form |
| IL00171198 | Common Policy Conditions |

## SCHEDULE OF ENDORSEMENTS

| Endt. No. | Form No. | Description |
|---|---|---|
| 1 | DA9U74c0316 | Additional Insured – Designated Persons Or Organizations |
| 2 | DA13115a0614 | Waiver Of Transfer Of Rights Of Recovery Against Others |
| 3 | DA21886b0614 | Non-Contributory Endorsement For Additional Insureds |
| 4 | ALL32677a0412 | Kentucky Local Government Premium Tax Schedule |
| 5 | ALL22421 | Surcharge Schedule |
| 6 | CC1K11h0314 | Signatures |
| 7 | DA22185b0614 | Definition Of Bodily Injury |
| 8 | ALL20501 | Designated Entity Exclusion |
| 9 | ALL10617b0614 | Earlier Notice Of Cancellation And Non-Renewal Endorsement |
| 10 | MC1622r0614 | Endorsement For Motor Carrier Policies Of Insurance For Public Liability Under Sections 29 And 30 Of The Motor Carrier Act Of 1980 |
| 11 | DA14677a0411 | Expected Or Intended Injury Coverage |
| 12 | DA20420a0614 | Joint Venture Endorsement |
| 13 | DA5X68b0614 | Knowledge Of An Accident |
| 14 | DA9T51 | Mexico Coverage Endorsement |
| 15 | DA20857a0614 | Named Insured Endorsement |
| 16 | DA14673b0315 | Notice Of Accident |
| 17 | ALL180571211 | Notification Of Premium Adjustment |
| 18 | DA196270206 | Pyramiding Of Coverage Limits Endorsement |

DA-19661a (12/2008)    Copyright, Insurance Services Office, Inc. 2000    Page 7 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

| Endt. No. | Form No. | Description |
|---|---|---|
| 19 | ALL211011106 | Trade Or Economic Sanctions Endorsement |
| 20 | DA14672b0614 | Unintentional Errors & Omissions |
| 21 | MS168870813 | Reimbursement Of Deductible Endorsement Allocated Loss Adjustment Expense ("ALAE") Borne Entirely By The Insured |
| 22 | IL00210908 | Nuclear Energy Liability Exclusion Endorsement |
| 23 | CA20470797 | Additional Insured - Lessor Of Leased Equipment |
| 24 | CA99031013 | Auto Medical Payments Coverage |
| 25 | CA99541013 | Covered Auto Designation Symbol |
| 26 | CA99101013 | Drive Other Car Coverage – Broadened Coverage For Named Individuals |
| 27 | CA20541013 | Employee Hired Autos |
| 28 | CA99331013 | Employees As Insureds |
| 29 | CA20551013 | Fellow Employee Coverage |
| 30 | CA99370310 | Garagekeepers Coverage |
| 31 | CA99371013 | Garagekeepers Coverage |
| 32 | CA99161013 | Hired Autos Specified As Covered Autos You Own |
| 33 | CA20011013 | Lessor – Additional Insured And Loss Payee |
| 34 | CA99481013 | Pollution Liability – Broadened Coverage For Covered Autos – Business Auto And Motor Carrier Coverage Forms |
| 35 | CA23981013 | Trailer Interchange Coverage |
| 36 | CA23171013 | Truckers – Uniform Intermodal Interchange Endorsement Form UIIE – 1 |
| 37 | DA17721a0315 | Automatic Additional Insured - State Of New York |
| 38 | DA249860508 | New Mexico Amendatory Endorsement: Uninsured/Underinsured Motorists |
| 39 | DA27455a1013 | State Of North Dakota Amendatory Endorsement Uninsured/Underinsured Motorists Coverage Rejection |
| 40 | CA01751013 | Arizona Changes |
| 41 | CA02050514 | Arizona Changes – Nonrenewal |
| 42 | CA01621013 | Arkansas Changes |
| 43 | CA04241013 | California Auto Medical Payments Coverage |
| 44 | CA01431013 | California Changes |
| 45 | ♣ CA04401013 | Colorado Auto Medical Payments Coverage |
| 46 | CA01131013 | Colorado Changes |
| 47 | IL01251113 | Colorado Changes – Civil Union |
| 48 | CA01071013 | Connecticut Changes |
| 49 | CA01901013 | Connecticut Changes – Liability Of Municipalities |
| 50 | CA21570316 | Connecticut Uninsured And Underinsured Motorists Coverage |

DA-19661a (12/2008)    Copyright, Insurance Services Office, Inc. 2000    Page 8 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

| Endt. No. | Form No. | Description |
|---|---|---|
| 51 | CA01771013 | Delaware Changes |
| 52 | CA02551114 | Delaware Changes – Cancellation And Nonrenewal |
| 53 | CA22081013 | Delaware Personal Injury Protection Endorsement |
| 54 | CA01280216 | Florida Changes |
| 55 | CA02670616 | Florida Changes – Cancellation And Nonrenewal |
| 56 | CA22100113 | Florida Personal Injury Protection |
| 57 | CA01091013 | Georgia Changes |
| 58 | IL02620215 | Georgia Changes – Cancellation And Nonrenewal |
| 59 | CA01270902 | Hawaii Changes |
| 60 | CA02011204 | Hawaii Changes - Cancellation And Nonrenewal |
| 61 | CA22650909 | Hawaii Personal Injury Protection Coverage |
| 62 | CA01181013 | Idaho Changes |
| 63 | CA01200115 | Illinois Changes |
| 64 | CA02701013 | Illinois Changes – Cancellation And Nonrenewal |
| 65 | IL01621013 | Illinois Changes – Defense Costs |
| 66 | CA21300115 | Illinois Uninsured Motorists Coverage |
| 67 | CA01191013 | Indiana Changes |
| 68 | CA01601013 | Iowa Changes |
| 69 | CA01220116 | Kansas Changes |
| 70 | CA02650116 | Kansas Changes – Cancellation And Nonrenewal |
| 71 | CA22141013 | Kansas Personal Injury Protection |
| 72 | CA21371013 | Kansas Uninsured Motorists Coverage |
| 73 | CA01251013 | Kentucky Changes |
| 74 | CA22161013 | Kentucky Personal Injury Protection |
| 75 | CA01031013 | Louisiana Changes |
| 76 | CA01341013 | Maine Changes |
| 77 | CA21741013 | Maine Uninsured Motorists Coverage |
| 78 | CA02150115 | Maryland Cancellation Changes |
| 79 | CA01701013 | Maryland Changes |
| 80 | CA22191013 | Maryland Personal Injury Protection Endorsement |
| 81 | CA21131013 | Maryland Uninsured Motorists Coverage |
| 82 | MM99670411 | Massachusetts Changes |
| 83 | MM99111011 | Massachusetts Mandatory Endorsement |
| 84 | CA01101013 | Michigan Changes |
| 85 | CA02171013 | Michigan Changes – Cancellation And Nonrenewal |
| 86 | CA22200416 | Michigan Personal Injury Protection |
| 87 | CA22241013 | Michigan Property Protection Coverage |

DA-19661a (12/2008)   Copyright, Insurance Services Office, Inc. 2000   Page 9 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

| Endt. No. | Form No. | Description |
|---|---|---|
| 88 | CA01381013 | Minnesota Changes |
| 89 | CA02181013 | Minnesota Changes – Cancellation And Nonrenewal |
| 90 | CA22250516 | Minnesota Personal Injury Protection |
| 91 | CA21241013 | Minnesota Uninsured And Underinsured Motorists Coverage |
| 92 | CA01650716 | Missouri Changes |
| 93 | CA02190116 | Missouri Changes – Cancellation And Nonrenewal |
| 94 | CA01661013 | Missouri Changes – Pollution Exclusion |
| 95 | CA21041013 | Missouri Uninsured Motorists Coverage |
| 96 | CA02201013 | Montana Changes – Cancellation And Nonrenewal |
| 97 | IL01671013 | Montana Changes – Conformity With Statutes |
| 98 | CA99351113 | Nebraska Auto Medical Payments Coverage |
| 99 | CA01561013 | Nebraska Changes |
| 100 | CA02211013 | Nebraska Changes – Cancellation |
| 101 | CA21701013 | Nebraska Uninsured And Underinsured Motorists Coverage |
| 102 | CA01361013 | Nevada Changes |
| 103 | CA01881013 | New Jersey Changes |
| 104 | CA01841013 | New Jersey Changes – Physical Damage Inspection |
| 105 | CA22300316 | New Jersey Personal Injury Protection |
| 106 | CA21141013 | New Jersey Uninsured And Underinsured Motorists Coverage |
| 107 | CA01391013 | New Mexico Changes |
| 108 | CA02500515 | New Mexico Changes – Cancellation And Nonrenewal |
| 109 | CA02250814 | New York Changes – Cancellation |
| 110 | CA01121215 | New York Changes In Business Auto And Motor Carrier Coverage Forms |
| 111 | CA22321113 | New York Mandatory Personal Injury Protection Endorsement |
| 112 | CA01261013 | North Carolina Changes |
| 113 | CA21161013 | North Carolina Uninsured Motorists Coverage |
| 114 | CA01611013 | North Dakota Changes |
| 115 | CA22341013 | North Dakota Personal Injury Protection Endorsement |
| 116 | CA21861013 | North Dakota Underinsured Motorists Coverage |
| 117 | CA21831013 | North Dakota Uninsured Motorists Coverage |
| 118 | CA01321013 | Oklahoma Changes |
| 119 | CA01491013 | Oregon Changes |
| 120 | CA22360116 | Oregon Personal Injury Protection |
| 121 | CA21050116 | Oregon Uninsured Motorists Coverage – Bodily Injury |
| 122 | CA22371013 | Pennsylvania Basic First-Party Benefit |
| 123 | CA01801013 | Pennsylvania Changes |

DA-19661a (12/2008)    Copyright, Insurance Services Office, Inc. 2000    Page 10 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

| Endt. No. | Form No. | Description |
|---|---|---|
| 124 | IL01201013 | Pennsylvania Changes – Defense Costs |
| 125 | MM99350411 | Personal Injury Liability Coverage |
| 126 | CA01140914 | Puerto Rico Changes |
| 127 | CA01480214 | Rhode Island Changes |
| 128 | CA02731013 | Rhode Island Changes – Cancellation And Nonrenewal |
| 129 | CA21430615 | Rhode Island Uninsured Motorists Coverage – Bodily Injury |
| 130 | CA99580414 | South Carolina Auto Medical Payments Coverage |
| 131 | CA01501213 | South Carolina Changes |
| 132 | CA02301013 | South Carolina Changes – Cancellation And Nonrenewal |
| 133 | CA21191213 | South Carolina Uninsured Motorists Coverage |
| 134 | CA01231013 | South Dakota Changes |
| 135 | CA21410214 | South Dakota Uninsured And Underinsured Motorists Coverage |
| 136 | CA01461013 | Tennessee Changes |
| 137 | CA01961013 | Texas Changes |
| 138 | CA02431113 | Texas Changes – Cancellation And Nonrenewal |
| 139 | CA99951013 | Texas Supplementary Death Benefit |
| 140 | MM99280411 | Uninsured Motorists Coverage - Massachusetts |
| 141 | CA31130996 | Uninsured Motorists Endorsement - New York |
| 142 | CA21211102 | Uninsured Motorists Endorsement (Virginia) |
| 143 | CA01591013 | Utah Changes |
| 144 | CA22441013 | Utah Personal Injury Protection |
| 145 | IL02190615 | Vermont Changes – Cancellation And Nonrenewal |
| 146 | CA01291013 | Vermont Changes In Business Auto And Motor Carrier Coverage Forms |
| 147 | CA01851013 | Vermont Changes In Business Auto And Motor Carrier Coverage Forms – Pollution |
| 148 | CA21631013 | Vermont Uninsured Motorists Coverage |
| 149 | CA01161015 | Virginia Changes – Business Auto Coverage Form |
| 150 | CA02681015 | Virginia Changes In Policy – Cancellation And Nonrenewal |
| 151 | CA99711011 | Virginia Garagekeepers Coverage |
| 152 | CA22460116 | Virginia Medical Expense And Income Loss Benefits Endorsement |
| 153 | CA01351013 | Washington Changes |
| 154 | IL01231113 | Washington Changes – Defense Costs |
| 155 | CA99681113 | West Virginia Auto Medical Payments Coverage |
| 156 | CA01830116 | West Virginia Changes |
| 157 | CA02521013 | West Virginia Changes – Cancellation |

DA-19661a (12/2008)    Copyright, Insurance Services Office, Inc. 2000    Page 11 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

| Endt. No. | Form No. | Description |
|---|---|---|
| 158 | CA01891013 | West Virginia Changes – Coverage Extension For Temporary Substitute Autos |
| 159 | CA21221113 | West Virginia Uninsured And Underinsured Motorists Coverage |
| 160 | CA99241013 | Wisconsin Auto Medical Payments Coverage |
| 161 | CA01171013 | Wisconsin Changes |
| 162 | CA21031013 | Wisconsin Uninsured Motorists Coverage |
| 163 | IL01141013 | Wyoming Changes – Defense Costs |
| 164 | CA01441013 | Wyoming Changes – Duty To Defend |
| 165 | CA99121097 | Wyoming Changes - Federal Employees Using Autos In Government Business |
| 166 | IL01760611 | Alaska Changes - Appraisal |
| 167 | IL01210908 | Alaska Changes - Attorney's Fees |
| 168 | IL02800908 | Alaska Changes - Cancellation And Nonrenewal |
| 169 | IL02310908 | Arkansas Changes - Cancellation And Nonrenewal |
| 170 | IL09090398 | Arkansas Notice |
| 171 | IL02700912 | California Changes – Cancellation And Nonrenewal |
| 172 | IL02280907 | Colorado Changes - Cancellation And Nonrenewal |
| 173 | IL01690907 | Colorado Changes - Concealment, Misrepresentation Or Fraud |
| 174 | IL00241014 | Compulsory Liability Insurance Policy – Puerto Rico |
| 175 | IL02600210 | Connecticut Changes - Cancellation And Nonrenewal |
| 176 | IL01400908 | Connecticut Changes - Civil Union |
| 177 | IL01510112 | Delaware Changes - Civil Union |
| 178 | IL01490112 | Hawaii Changes - Civil Union |
| 179 | IL02040908 | Idaho Changes - Cancellation And Nonrenewal |
| 180 | IL01470911 | Illinois Changes - Civil Union |
| 181 | IL01580908 | Indiana Changes |
| 182 | IL02720907 | Indiana Changes - Cancellation And Nonrenewal |
| 183 | IL01560907 | Indiana Changes - Concealment, Misrepresentation Or Fraud |
| 184 | IL01171210 | Indiana Changes - Workers' Compensation Exclusion |
| 185 | IL02760908 | Iowa Changes - Cancellation And Nonrenewal |
| 186 | IL02630908 | Kentucky Changes - Cancellation And Nonrenewal |
| 187 | IL02770312 | Louisiana Changes - Cancellation And Nonrenewal |
| 188 | IL02470211 | Maine Changes - Cancellation And Nonrenewal |
| 189 | IL01890907 | Maine Changes - Concealment, Misrepresentation Or Fraud |
| 190 | IL01360504 | Mandatory Premium And Coverage Conditions Endorsement - Puerto Rico |
| 191 | IL02860908 | Michigan Changes - Cancellation And Nonrenewal |

DA-19661a (12/2008)    Copyright, Insurance Services Office, Inc. 2000    Page 12 of 14



ACE American Insurance Company
436 Walnut Street
Philadelphia PA 19106

# Business Auto Declarations

**POLICY NUMBER:** ISA H09044188

| Endt. No. | Form No. | Description |
|---|---|---|
| 192 | IL02820908 | Mississippi Changes - Cancellation And Nonrenewal |
| 193 | IL01800907 | Montana Changes - Concealment, Misrepresentation Or Fraud |
| 194 | IL02510907 | Nevada Changes - Cancellation And Nonrenewal |
| 195 | IL01100907 | Nevada Changes - Concealment, Misrepresentation Or Fraud |
| 196 | IL01150110 | Nevada Changes - Domestic Partnership |
| 197 | IL02080907 | New Jersey Changes - Cancellation And Nonrenewal |
| 198 | IL01410908 | New Jersey Changes - Civil Union |
| 199 | IL01830808 | New York Changes - Fraud |
| 200 | IL02340908 | North Dakota Changes - Cancellation And Nonrenewal |
| 201 | IL01650908 | North Dakota Changes - Examination Of Your Books And Records |
| 202 | IL02440907 | Ohio Changes - Cancellation And Nonrenewal |
| 203 | IL02360907 | Oklahoma Changes - Cancellation And Nonrenewal |
| 204 | IL01771010 | Oklahoma Changes - Concealment, Misrepresentation Or Fraud |
| 205 | IL01791002 | Oklahoma Notice |
| 206 | IL02790908 | Oregon Changes - Cancellation And Nonrenewal |
| 207 | IL01420908 | Oregon Changes - Domestic Partnership |
| 208 | IL02460907 | Pennsylvania Changes - Cancellation And Nonrenewal |
| 209 | IL01200511 | Pennsylvania Changes - Defense Costs |
| 210 | IL09101203 | Pennsylvania Notice |
| 211 | IL01610312 | Rhode Island Changes - Civil Union |
| 212 | IL01840907 | South Dakota Changes - Appraisal |
| 213 | IL02320908 | South Dakota Changes - Cancellation And Nonrenewal |
| 214 | IL02500908 | Tennessee Changes - Cancellation And Nonrenewal |
| 215 | IL02660908 | Utah Changes - Cancellation And Nonrenewal |
| 216 | IL01090908 | Vermont Changes - Civil Union |
| 217 | IL01700907 | Vermont Changes - Concealment, Misrepresentation Or Fraud |
| 218 | IL01460810 | Washington Common Policy Conditions |
| 219 | IL02810489 | West Virginia Changes - Cancellation |
| 220 | IL02830907 | Wisconsin Changes - Cancellation And Nonrenewal |
| 221 | IL02520907 | Wyoming Changes - Cancellation And Nonrenewal |

| | |
|---|---|
| ACE American Insurance Company<br>436 Walnut Street<br>Philadelphia PA 19106 | **Business Auto Declarations** |

**POLICY NUMBER:** ISA H09044188

THIS DECLARATION AND THE BUSINESS AUTO POLICY AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY

COUNTERSIGNED BY _____
AUTHORIZED AGENT