**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                    :
                                                         :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.***,**            :
                                                         :    **Case No. 18-23538 (RDD)**
                                                         :
   Debtors.                                              :    **(Jointly Administered)**
---------------------------------------------------------------x

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion for Relief from Automatic Stay filed by Corrina Kenwisher, a Creditor in the above styled and numbered cause, is set for hearing on **February 14, 2019 at 10:00 A.M.** in the United States Bankruptcy Court, Southern District of New York.

Respectfully submitted,

**LAW OFFICES OF THOMAS J. HENRY**
521 Starr Street
Corpus Christi, Texas 78401
Telephone: 361-985-0600
Facsimile: 361-985-0601

BY: _/s/ Russell Jackson_
Russell T. Jackson
Texas State Bar No. 24069978
U.S. Southern District (Texas) No. 1072039
Email address: *rjackson@tjhlaw.com*
**\*E-service address:** *rjackson-svc@tjhlaw.com*
**ATTORNEY FOR CREDITOR**
**CORRINA KENWISHER**

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the above and forgoing was served on all parties and/or attorneys of record via ***CM/ECF*** on this 25th day of January , 2019. Debtors' counsel in the State Court Action is likewise copied in the manner indicated below.

*[signature: Russell Jackson]*

Russell T. Jackson

**Via Email:** **katonal@ckl-lawyers.com**
Les Katona, Jr.
CAVAREITA, KATONA & LEIGHNER, PLLC
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 588-2901
Facsimile: (210) 588-2908
**ATTORNEY FOR DEFENDANTS ABRAHAM GONZALES, SEARS HOLDINGS MANAGEMENT CORPORATION, and SEARS, ROEBUCK AND CO.**