Edward M. King
Kentucky Bar No. 86928
**FROST BROWN TODD LLC**
400 W. Market Street, 32nd Fl.
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: tking@fbtlaw.com

**Counsel for Sitel Operating Corporation**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **SEARS HOLDINGS CORPORATION,** *et al*., | **CASE NO. 18-23538-RDD** |
| Debtors. | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Edward M. King, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Sitel Operating Corporation, a creditor in the above-referenced case.

I certify that I am a member in good standing of the state bars of the State of Indiana and the Commonwealth of Kentucky and the federal bars of the United States District Court for the Northern District of Indiana, United States District Court for the Southern District of Indiana, United States District Court for the Eastern District of Kentucky, and the United States District Court for the Western District of Kentucky.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

Dated: January 25, 2019 **FROST BROWN TODD LLC**

*/s/ Edward M. King*
Edward M. King
Kentucky Bar No. 86928
400 W. Market Street, 32nd Fl.
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: tking@fbtlaw.com

**Counsel for Sitel Operating Corporation**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on January 25, 2019 upon all parties receiving CM/ECF noticing.

                                                  */s/ Edward M. King*
                                                  Edward M. King