Edward M. King
Kentucky Bar No. 86928
**FROST BROWN TODD LLC**
400 W. Market Street, 32nd Fl.
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: tking@fbtlaw.com

**Counsel for Sitel Operating Corporation**


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | CHAPTER 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | CASE NO. 18-23538-RDD |
| Debtors. | **(Jointly Administered)** |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Edward M. King, to be admitted, *pro hac vice*, to represent Sitel Operating Corporation (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the state bar of the State of Indiana and the Commonwealth of Kentucky and the federal bars of the United States District Court for the Northern District of Indiana, U.S. District Court for the Southern District of Indiana, U.S. District Court for the Eastern District of Kentucky, and the U.S. District Court for the Western District of Kentucky, it is hereby

**ORDERED**, that Edward M. King is permitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2019          /s/_____
White Plains, New York                   UNITED STATES BANKRUPTCY JUDGE