STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (215) 751-2866
Fax: (610) 371-7958
Robert Lapowsky
Email: rl@stevenslee.com

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Constantine D. Pourakis
Email: cp@stevenslee.com

1818 Market St., 29th Floor
Philadelphia, PA. 19103
Telephone: (302) 425- 2611
Fax: (610) 988 – 0811
Evan B. Coren
Email: ebc@stevenslee.com
*Counsel for East Penn Manufacturing Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | x | **Chapter 11** |
| | : | **Case No. 18-23538 (RDD)** |
| **SEARS HOLDING CORPORATION, *et al.*,** | : | **(Jointly Administered)** |
| **Debtors.** | : | **Re: Docket No. 1731** |
| | x | **Obj. Deadline: January 26, 2019 at 4:00 p.m.** |

## LIMITED OBJECTION OF EAST PENN MANUFACTURING CO. TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION

East Penn Manufacturing Co. ("East Penn") asserts this Limited Objection (the "Objection") to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction (the "Cure Amount Notice"; D.I. 1731). In support of the Objection, East Penn states as follows:

1. On October 15, 2018 (the "Petition Date"), Sears Holdings Corporation and certain of its affiliates, including Sears, Roebuck and Co. ("SRC"), Kmart Corporation ("Kmart"), and Sears Brands Management Corporation ("SBMC", together with Sears Holding Corporation, SRC and Kmart, the "Initial Debtors"), commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Subsequently,

System.Object[]

three additional affiliates filed voluntary petitions on October 18, 2018, October 22, 2018 and January 7, 2019 (together with the Initial Debtors, the "Debtors").

2.  On November 1, 2018, the Debtors moved this Court for Approval of Global Bidding Procedures (the "Global Bidding Procedures Motion"; D.I. 429) to facilitate sale transactions of substantially all of the Debtors' assets (the "Assets"), including the assumption and assignment of certain executory contracts.

3.  On November 19, 2018, the Court entered the Order Approving Global Bidding Procedures and Granting Related Relief (the "Global Bidding Procedures Order"; D.I. 816), approving global bidding and sale procedures substantially in the form proposed by the Global Bidding Procedures Motion.

4.  On January 14, 2019, the Debtors commenced an auction for a sale of the Assets, wherein the offer submitted by Transform Holdco LLC was determined to be the highest and best offer for the Assets.

5.  On January 18, 2019, the Debtors filed the Cure Amount Notice. Attached to the Cure Amount Notice as Exhibit A is the Schedule of Cure Amounts (the "Cure Amount Schedule"), which lists proposed cure amounts (the "Proposed Cure Amount(s)") in connection with the Debtors' potential assumption or assumption and assignment of executory contracts.

6.  The Cure Amount Schedule lists East Penn as a party to three agreements (the "East Penn Contracts") that the Debtors assert are subject to potential assumption and assignment:

| Counterparty Name | Contract Title | Proposed Cure Amount |
|---|---|---|
| East Penn Manufacturing Co., Inc. | KCD – East Penn Manufacturing Co. – Diehard Supply, Sales Agent, and Servicing | $1,429,538 |

System.Object[]

| | | |
|---|---|---|
| | Agreement | |
| East Penn Manufacturing Co., Inc. | Supply Chain – East Penn Manufacturing Co. Amendment 2016 | $0 |
| East Penn Manufacturing Co. | License Agreement | $0 |

The Cure Amount Schedule lists a Proposed Cure Amount of $1,429,538 for the KCD – East Penn Manufacturing Co. – Diehard Supply, Sales Agent, and Servicing Agreement (the "Die-Hard Supply Agreement"), a Proposed Cure Amount of $0 for the Supply Chain – East Penn Manufacturing Co. Amendment 2016 (the "Industrial Battery Supply Agreement") and a Proposed Cure Amount of $0 for the License Agreement.

7. East Penn objects to the Proposed Cure Amounts pertaining to the Die-Hard Supply Agreement and the Industrial Battery Supply Agreement. The correct cure amount under the Die-Hard Supply Agreement is $1,140,151.98, not $1,429,538, and the correct cure amount under the Industrial Battery Supply Agreement is $414,230.22, not $0.

8. East Penn further objects because it has not been provided with adequate assurance of future performance pursuant to section 365(b)(1)(C).

9. East Penn reserves all rights to object to assumption and assignment of the East Penn Contracts, including objections based on whether such contracts are executory.

WHEREFORE, East Penn respectfully requests that the cure amounts for the East Penn Contracts be set at the amounts stated herein, and that it be granted such other relief to which it may be entitled.

[*Signature Page Follows*]

Dated: New York, New York
January 25, 2019

STEVENS & LEE, P.C.

By: */s/ Robert Lapowsky*

Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
cp@stevenslee.com

-and-

Robert Lapowsky
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (215) 751-2866
Fax: (610) 371-7958
rl@stevenslee.com

-and-

Evan B. Coren
1818 Market St., 29th Floor
Philadelphia, PA. 19103
Telephone: (302) 425- 2611
Fax: (610) 988 – 0811
Email: ebc@stevenslee.com

*Counsel for East Penn Manufacturing Co.*

System.Object[]

## CERTIFICATE OF SERVICE

Evan B. Coren certifies that he caused to be served a true and correct copy of the attached **Limited Objection To the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction** via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record, and on the parties listed below as indicated.

STEVENS & LEE, P.C.

By: */s/ Evan B. Coren*

Evan B. Coren
1818 Market St., 29th Floor
Philadelphia, PA. 19103
Telephone: (302) 425- 2611
Fax: (610) 988 – 0811
Email: ebc@stevenslee.com

*Counsel for East Penn Manufacturing Co.*

System.Object[]

# SERVICE LIST

## VIA EMAIL

I. Bid Notice Parties

a. Debtors

Rob Riecker: rob.riecker@searshc.com
Luke Valentino: luke.valentino@searshc.corn
Mohsin Meghji: mmeghji@miiipartners.com
General Counsel: counsel@searshc.com

b. Debtors' counsel

Ray Schrock, Esq.: ray.schrock@weil.corn
Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
Garrett A. Fail, Esq.: garrett.fail@weil.com
Sunny Singh, Esq. sunny.singh@weil.corn
Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
Gavin Westerman, Esq.: Gavin.Westerman@weil.com

c. Debtors' investment banker:

Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.corn

II. Buyer Parties

a. Buyer

Kunal S. Kamlani: kunal@eslinvest.com
Harold Talisman: harold@eslinvest.com

b. Counsel

Christopher E. Austin, Esq.: caustin@cgsh.com
Benet J. O'Reilly, Esq.: boreilly@cgsh.com
Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties

a. Bank of America

Paul Leake, Esq.: Paul.Leake@skadden.com
Shana Elberg, Esq.: Shana.Elberg@skadden.com
George Howard, Esq.: George.Howard@skadden.com

b. Wells Fargo Bank

Kevin J. Simard, Esq.: ksimard@choate.com
Jonathan D. Marshall, Esq.: jmarshall@choate.com

System.Object[]

c. Committee

Ira S. Dizengoff, Esq.: idizengoff@akingump.com
Philip C. Dublin, Esq.: pdublin@akingump.com
Abid Qureshi, Esq.: aqureshi@akingump.com
Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006