# EXHIBIT A

## TO

**KIMCO REALTY CORPORATION'S OBJECTION AND JOINDER TO THE DEBTORS' NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

18-23538-shl   Doc 1839-1   Filed 01/25/19   Entered 01/25/19 13:40:46   Exhibit A
Pg 2 of 7

```
1/24/19   KIM2                          Kimco 9.1 Production Database                    ARIAD041    AR4151-A    Page    1
16:55:23  QPADEV000P                          Lease Summary                              KIM2        V980924     SUSANCTI
```

## STORE 1149

```
Tenant     TSEARH000 Sears Holdings Corporation                                          Scan                    Deposits All Zero
Project    SCAW1768/ WHITTWOOD TOWN CENTER                    From  0/00/00 To  1/24/19
Lease      LSEAR//00 Sears
```

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 7/16/18 | C 2468365 001 | 170531 LB | 24414.12- | .56- |
| 8/06/18 | C 2476936 001 | 172072 LB | 24414.12- | .56- |
| 9/05/18 | C 2486148 001 | 173446 LB | 24414.12- | .56- |
| 10/09/18 | C 2498828 001 | 174788 LB | 24414.12- | .56- |
| 11/02/18 | G 0521350 001 | Prior LL CAM | 13044.13- | 13044.13- |
| 11/02/18 | G 0521350 002 | Prior LL TAX | 133029.75 | 133029.75 |
| 11/02/18 | G 0521350 003 | Current LL CAM | 16388.18 | 16388.18 |
| 11/06/18 | C 2508093 001 | 180767 LB | 24414.12- | .56- |
| 12/07/18 | C 2518628 001 | 181752 LB | 24414.12- | .56- |
| 1/08/19 | C 2528867 001 | 182733 LB | 24414.12- | .56- |

```
Prior           .00          Net       136369.88          End        136369.88
```

```
1/24/19   KIM2                          Kimco 9.1 Production Database                      ARLAD04I   AR4151-A   Page    1
13:08:35  QPADEV004R                             Lease Summary                              KIM2      V980924    SUSANCTI
```

*Store 1997*

```
Tenant    TSEARH000 Sears Holdings Corporation
Project   SCAM0040/ MONTEBELLO TOWN SQUARE
Lease     LSEAR//00 Sears                                From 10/01/18 To 1/24/19        Scan
                                                                                        Deposits All Zero
```

| Date     | Document         | Description                       | Amount    | Outstanding |
|----------|------------------|-----------------------------------|-----------|-------------|
| 12/19/18 | R 4018817 002    | Real Estate Tax Reconciliation    | 2212.18   | 2212.18     |
| 12/19/18 | R 4018817 004    | Real Estate Tax Reconciliation    | 123306.28 | 123306.28   |

|       | Prior    |     | Net       |     | End       |
|-------|----------|-----|-----------|-----|-----------|
|       | 8819.48  |     | 125518.46 |     | 134337.94 |

End of report

```
1/23/19  KIM2                              Kimco 9.1 Production Database                        ARLAD04I    AR4151-A   Page      1
15:33:59 QPADEV004F                              Lease Summary                                   KIM2        V980924    SUSANCTI
-----------------------------------------------------------------------------------------------------------------------------------

                                                                                          Scan
Tenant    TSEARH000 Sears Holdings Corporation                                 From  0/00/00 To  1/23/19         Deposits All Zero
Project   SFLH1150F OAKWOOD PLAZA NORTH
Lease     LKMAR//00 Kmart
-----------------------------------------------------------------------------------------------------------------------------------
Date       Document           Description                              Amount        Outstanding
-----------------------------------------------------------------------------------------------------------------------------------
3/14/17    R 3597363 002      CAM Reconciliation                     12983.18           6992.24
3/14/17    R 3597363 004      Electric Reconciliation                 8222.29           8222.29
2/21/18    R 3828448 002      CAM Reconciliation                      5452.89           5452.89
2/21/18    R 3828448 004      Electric Reconciliation                 8291.48           8291.48
12/20/18   R 4018893 002      Real Estate Tax Reconciliation           306.96            306.96
                                                                   ----------        ----------
              Prior      .00                Net                      29265.86   End    29265.86
```

*S/De 3818* (handwritten)

End of report

```
1/24/19   KIM2                          Kimco 9.1 Production Database                    ARLAD04I   AR4151-A  Page     1
13:27:53  QPADEV004R                            Lease Summary                            KIM2       V980924   SUSANCTI
```

*Store 3478*

```
Tenant   TSEARH000 Sears Holdings Corporation              Scan
Project  SGAP1752/ BRAELINN VILLAGE                        From 1/01/15 To 1/24/19       Deposits All Zero
Lease    LKMAR//00 Kmart
--------------------------------------------------------------------------------------------------------------------
Date       Document              Description                      Amount          Outstanding
--------------------------------------------------------------------------------------------------------------------
10/12/17   R 3739165 002         CAM Reconciliation              16726.86              618.18
10/12/18   R 3973561 002         CAM Reconciliation              18496.99            18496.99
--------------------------------------------------------------------------------------------------------------------
            Prior         .00             Net         19115.17         End         19115.17
--------------------------------------------------------------------------------------------------------------------

End of report
```

```
1/23/19   KIM2                          Kimco 9.1 Production Database                    ARLAD04I  AR4151-A  Page    1
15:36:54  QPADEV004F                           Lease Summary                              KIM2     V980924   SUSANCTI

                    Sue 9324

          Tenant   TSEARH000 Sears Holdings Corporation                    Scan           Deposits All Zero
          Project  SFLM1718/ MARATHON SHOPPING CENTER      From  0/00/00 To  1/23/19
          Lease    LKMAR//00 Kmart

          Date      Document           Description              Amount        Outstanding
          ----------------------------------------------------------------------------------
          10/10/18  C 2499004 001  32035629                    50380.54-          189.78-
          12/13/18  R 4009586 002  Real Estate Tax Reconciliation  27980.53       27980.53
          ----------------------------------------------------------------------------------
                    Prior       .00    Net       27790.75   End       27790.75
          ----------------------------------------------------------------------------------

End of report
```

```
1/23/19   KIM2                          Kimco 9.1 Production Database                              ARLAD04I   AR4151-A  Page    1
15:35:22  QPADEV004F                            Lease Summary                                      KIM2       V980924   SUSANCTI
```

Stve 9/6/14

```
Tenant   TSEARH000 Sears Holdings Corporation                    Scan                       Deposits All Zero
Project  SFLK0022/ TRADEWINDS SHOPPING CENTER                    From 0/00/00 To 1/23/19
Lease    LKMAR//00 Kmart
```

| Date     | Document         | Description                      | Amount    | Outstanding |
|----------|------------------|----------------------------------|-----------|-------------|
| 12/10/15 | R 3278970 002    | Real Estate Tax Reconciliation   | 64494.19  | 1476.48     |
| 11/28/16 | R 3531703 002    | Real Estate Tax Reconciliation   | 63405.91  | 3259.97     |
| 2/16/17  | R 3575092 002    | CAM Reconciliation               | 20537.04  | 4024.97     |
| 7/29/17  | G 0501997 001    | Roof Leak Near Kmart 6/20        | 738.00    | 738.00      |
| 11/29/17 | R 3777413 002    | Real Estate Tax Reconciliation   | 77940.57  | 9642.87     |
| 11/13/18 | R 3991584 002    | Real Estate Tax Reconciliation   | 75863.37  | 75378.74    |
| 1/03/19  | R 4026931 001    | 11/17-10/18 Percentage Rent      | 8512.34   | 8512.34     |

|  Prior  |  Net       |  End        |
|---------|------------|-------------|
|  .00    | 103033.37  | 103033.37   |

End of report