FOX ROTHSCHILD LLP
Paul J. Labov
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900

FOX ROTHSCHILD LLP
Joseph E. Shickich, Jr.
1001 4th Ave. Suite 4500
Seattle, WA  98154
(206) 624-3600

*Attorneys for Microsoft Corporation,  Microsoft Licensing, GP, and Microsoft Online, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket No. 1731,1774 |

-------------------------------------------------------x

## CURE OBJECTION BY MICROSOFT

COMES NOW Microsoft Corporation and its wholly owned affiliates, Microsoft Licensing, GP, and Microsoft Online, Inc. (collectively "Microsoft"), and make this *Cure Objection* in response to the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (Docket No. 1731, at page 211 of 342) and the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (Docket No. 1774, at page 26 of 61)as follows:

1

773770\86749216.v1

1. Debtors propose to assume executory contracts with Microsoft relating to licenses and advertising.

## Microsoft Licensing

2. Microsoft and Sears Holding Management Corporation are parties to the following agreements:

| Agreement | Number |
| --- | --- |
| Microsoft Business Agreement | U3128904 |
| Microsoft Enterprise Agreement | E9871383 |
| Microsoft Enterprise Enrollment | 55241098 |
| Microsoft Enterprise Enrollment | 72210838 |

3. These agreements (collectively, the "Licenses") are the contractual vehicles by which Debtors obtained licenses to use Microsoft software and products ("Software") throughout their enterprise. They enable Debtors to license Microsoft's copyrighted software and products across their enterprise.

4. Any licenses that Debtors have to Microsoft Software are licenses of copyrighted materials and, therefore, may not be assumed or assigned without Microsoft's consent. In re Catapult Entertainment, 165 F.3d 747 (9th Cir. 1999) (since federal patent law excused non-debtor licensor from rendering performance, debtor could not assume or assign the non-exclusive patent license without the non-debtor's licensor's consent). The analysis of the court in In re Catapult holds true for non-exclusive copyright licenses. See In re Access Beyond Technologies, Inc., 237 B.R. 32, 48, 49 (Bankr. D. Del. 1999) (citing In re West Elec., Inc., 852 F.2d 79 (3d Cir. 1988)); In re Patient Educ. Media, 210 B.R. 237, 243 (Bankr. S.D.N.Y. 1997) (holding that debtor could not assume and assign nonexclusive license without copyright owner's consent). Microsoft objects to the extent that Debtor may propose assuming or assigning the licenses without Microsoft's consent.

5.  The Cure Amount for the Licenses is **$35,120.34**, as set forth in the attached Exhibits:

| Exhibit | Invoice No. | Master No. | Enrollment | Document Date | Amount |
|---|---|---|---|---|---|
| A | 9876965184 | E9871383 | 55241098 | 5/14/2018 | $3.42 |
| B | 9877007952 | E9871383 | 72210838 | 5/31/2018 | $7.47 |
| C | 9877007953 | E9871383 | 72210838 | 5/31/2018 | $14.94 |
| D | 9877163984 | E9871383 | 72210838 | 7/5/2018 | $246.51 |
| E | 9877213436 | E9871383 | 72210838 | 7/19/2018 | $34,848.00 |
| | | | | **TOTAL** | **$35,116.92** |

### Microsoft Online

6.  Microsoft and certain of the Debtors are parties to a Bing Ad Agreement and certain Insertion Orders.

7.  The Cure Amount for Bing Ads is **$1,562,932.49** as set forth in the attached Exhibits:

| Exhibit | Account ID | Sold To Customer | Pre-Petition Amount |
|---|---|---|---|
| F | 2504543 | SEARS, ROEBUCK AND CO. | $1,504,338.65 |
| G | 2577489 | SEARS, ROEBUCK AND CO. | $17,576.37 |
| H | 2601866 | SEARS, ROEBUCK AND CO. | $41,017.47 |
| | | **TOTAL** | **$1,562,932.49** |

### Health Wellness Solutions

8.  Debtors have listed a "Health Wellness Solutions- Microsoft Marketing and Linking Agreement -–2014" with a cure amount of **$16,465.00**. So far, Microsoft has been unable to confirm this agreement or cure amount, and reserves its rights upon further investigation.

### Reservation of Rights

9.  Microsoft reserves the right to withdraw this cure objection or revise the stated cure amount pending further investigation.

WHEREFORE, Microsoft objects and states that the Cure Amounts are as set forth herein.

3

773770\86749216.v1

DATED January 25, 2018.    FOX ROTHSCHILD LLP

By: /s/ Paul J. Labov
Paul J. Labov
101 Park Avenue, 17th Floor
New York, New York 10178
Telephone:    (212) 878-7980
Facsimile:    (212) 692-0940
Email: plabov@foxrothschild.com

AND

Joseph E. Shickich, Jr.  WSBA #8751
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
Telephone:    (206) 624-3600
Facsimile:    (206) 389-1708
Email: jshickich@foxrothschild.com

Attorneys for Microsoft Corporation, Microsoft Licensing, GP, and Microsoft Online, Inc.