# EXHIBIT A

# Invoice

| | |
|---|---|
| Microsoft Corporation<br>C/O Bank of America<br>Rt:026009593/Acct:3751205782 (wire)<br>Rt:111000012/acct:3751205782 (ACH)<br>1950 N Stemmons Fwy Ste 5010 LB #842467<br>DALLAS TX 75207<br>United States<br>Phone:<br>Telex:<br>Fax: | Page No: 1<br><br>Document No: 9876965184<br>Document Date: 14-MAY-2018<br>Payment Due Date: 13-JUN-2018<br><br>Terms: Net payment due 30 days from invoice date |

| Bill to PO Number: | PO233967-O94 |
|---|---|
| Purchase Order Date: | 14-MAY-2018 |

**BILL TO**
Sears Holdings Management Corporation
Attn: Jody Lewis
Customer No: 0005218291
Contact:
3333 Beverly Rd,
Hoffman Estates IL 60179-0001
United States
Customer VAT#:
Phone: 847-286-7393
Fax:

**INDIRECT RESELLER**

**END CUSTOMER**
Sears Holdings Management Corporation
3333 Beverly Rd
60179-0001,Hoffman Estates,United States
Public Customer Number: 9336274C
Contact:
Phone: 847-286-7393
Fax:
Program Version: ESU
Enrollment / Master No: 55241098 / E9871383

**SHIP TO**
Sears Holdings Management Corporation
Attn: Jody Lewis
Customer No: 0005218291
Contact:
3333 Beverly Rd
Hoffman Estates IL 60179-0001
United States
Phone: 847-286-7393
Fax:

| Line No. | Usage Country | Microsoft Part No. | Offer/Lic.Type Level | Billing Option | Taxable | Pool | Period | Reason Code & Description | Qty Ordered | Unit Price | Extended Amount | Commitment Usage | Net Amount | Tax Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Delivery | Description | | | | | | | | | | | | |
| 000010 | United States | N9H-00092 | ACP-A | PE | Exempt | Enterprise Applications | Feb2018-Apr2018 | | 0.855 | 6.00 | 5.13 | -1.71 | 3.42 | 0.00 |
| | Cloud Storage | AzureStorage ShrdSvr ALNG Fee MVL 100GB Ovg GRSStdIO-PgBlb/Dsk | | | | | | | | | | | | |

| | | |
|---|---|---|
| Total Extended Amount | USD | 5.13 |
| Commitment Usage | USD | -1.71 |
| Total Sale | USD | 3.42 |
| Tax Amount | USD | 0.00 |
| Total Amount | USD | 3.42 |

We hereby certify that the information
on this invoice is true and correct.

Microsoft Corporation

When invoices are reprinted, remittance information may change to reflect
current invoicing operations.

QIBSI7C9W8Z6X9876965184 ++CVR  FIS/NOCOVER
Q9R6K3P2B4A8X