# EXHIBIT B

# Invoice

QTB5JTC9JWK6X6X9877007952 __CVR  FIS/NOCOVER
Q9R6K3P2I34A8X

**Microsoft Corporation**
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

**Bill to PO Number:** PO816388.
**Purchase Order Date:** 31-MAY-2018

**Page No:** 1

**Document No:** 9877007952
**Document Date:** 31-MAY-2018
**Payment Due Date:** 30-JUN-2018

**Terms:** Net payment due 30 days from invoice date

## BILL TO

Sears Holdings Management Corporation Attn:
Terri McGuire
Customer No: 0005242126
Contact:
3333 Beverly Rd,
Hoffman Estates IL 60179-0001
United States
Customer VAT#:
Phone: 847-286-1558
Fax:

## INDIRECT RESELLER

## END CUSTOMER

Sears Holdings Management Corporation on
3333 Beverly Rd
60179-0001,Hoffman Estates,United States
Public Customer Number: 9336274C
Contact:
Phone: 847-286-7393
Fax:
Program Version: ESU
Enrollment / Master No:
72210838 / E9871383

## SHIP TO

Sears Holdings Management Corporation Attn:
Terri McGuire
Customer No: 0005242126
Contact:
3333 Beverly Rd
Hoffman Estates IL 60179-0001
United States
Phone: 847-286-1558
Fax:

| Line No. | Usage Country | Microsoft Part No. Description | Lic. Type Level | Pool | Period Delivery | Reason code & Description | Billing Option Taxable | Qty Ordered Subscription Qty Ordered | Unit Price | Extended Amount Tax Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 000010 | United States | NK4-00002 PwrBIPro ShrdSvr ALNG SubsVL MVL PerUsr | ACP-D | Enterprise Servers | Jun2018-Jun2018 | | AE | 1.000 | 7.47 | 7.47 |
| | | | | | Electronic Delivery | | Exempt | | | 0.00 |

# Invoice

Microsoft Corporation
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

**Bill to PO Number:** PO816388
**Purchase Order Date:** 31-MAY-2018

**Page No:** 2

**Document No:** 9877007952
**Document Date:** 31-MAY-2018
**Payment Due Date:** 30-JUN-2018

**Terms:** Net payment due 30 days from invoice date

| | | |
|---|---|---|
| **Total Sale** | USD | 7.47 |
| **Tax Amount** | USD | 0.00 |
| **Total Amount** | USD | 7.47 |

We hereby certify that the information
on this invoice is true and correct.

Microsoft Corporation

When invoices are reprinted, remittance information may change to reflect
current invoicing operations.