# EXHIBIT C

# Invoice

| | |
|---|---|
| **Bill to PO Number:** PO813486. | **Page No:** 1 |
| **Purchase Order Date:** 31-MAY-2018 | **Document No:** 9877007953 |
| | **Document Date:** 31-MAY-2018 |
| | **Payment Due Date:** 30-JUN-2018 |
| | **Terms:** Net payment due 30 days from invoice date |

Microsoft Corporation
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

**BILL TO**

Sears Holdings Management Corporation Attn:
Terri McGuire
Customer No: 0005242126
Contact:
3333 Beverly Rd,
Hoffman Estates IL 60179-0001
United States
Customer VAT#:
Phone: 847-286-1558
Fax:

**INDIRECT RESELLER**

**END CUSTOMER**

Sears Holdings Management Corporation
3333 Beverly Rd
60179-0001,Hoffman Estates,United States
Public Customer Number: 9336274C
Contact:
Phone: 847-286-7393
Fax:
Program Version: ESU
Enrollment / Master No:
72210838 / E9871383

**SHIP TO**

Sears Holdings Management Corporation Attn:
Terri McGuire
Customer No: 0005242126
Contact:
3333 Beverly Rd
Hoffman Estates IL 60179-0001
United States
Phone: 847-286-1558
Fax:

| Line No. | Usage Country | Microsoft Part No. Description | Lic. Type Level | Pool | Period Delivery | Reason code & Description | Billing Option Taxable | Qty Ordered Subscription Qty Ordered | Unit Price | Extended Amount Tax Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 000010 | United States | NK4-00002 PwrBIPro ShrdSvr ALNG SubsVL MVL PerUsr | ACP-D | Enterprise Servers | Jun2018-Jun2018 Electronic Delivery | | AE Exempt | 2.000 | 7.47 | 14.94 0.00 |

QJIJ517C9W8Z6X9877007953++CVR  FIS/NOCOVER
Q9R6K3P2I34A8X

# Invoice

Microsoft Corporation
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

**Bill to PO Number:** PO813486.
**Purchase Order Date:** 31-MAY-2018

**Page No:** 2

**Document No:** 9877007953
**Document Date:** 31-MAY-2018
**Payment Due Date:** 30-JUN-2018

**Terms:** Net payment due 30 days from invoice date

| | | |
|---|---|---|
| **Total Sale** | 14.94 | USD |
| **Tax Amount** | 0.00 | USD |
| **Total Amount** | 14.94 | USD |

We hereby certify that the information on this invoice is true and correct.

Microsoft Corporation

When invoices are reprinted, remittance information may change to reflect current invoicing operations.