# EXHIBIT E

# Invoice

Microsoft Corporation
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

| Bill to PO Number: | PO855758 |
|---|---|
| Purchase Order Date: | 19-JUL-2018 |

| Page No: | 1 |
|---|---|
| Document No: | 9877213436 |
| Document Date: | 19-JUL-2018 |
| Payment Due Date: | 18-AUG-2018 |
| Terms: | Net payment due 30 days from invoice date |

## BILL TO

Sears Holdings Management Corporation Attn:
Terri McGuire
Customer No: 0005242126
Contact:
3333 Beverly Rd,
Hoffman Estates IL 60179-0001
United States
Customer VAT#:
Phone: 847-286-1558
Fax:

## INDIRECT RESELLER

## END CUSTOMER

Sears Holdings Management Corporation
3333 Beverly Rd
60179-0001,Hoffman Estates,United States
Public Customer Number: 9336274C
Contact:
Phone: 847-286-7393
Fax:
Program Version: ESU
Enrollment / Master No.
72210838 / E9871383

## SHIP TO

Sears Holdings Management Corporation Attn:
Terri McGuire
Customer No. 0005242126
Contact:
3333 Beverly Rd
Hoffman Estates IL 60179-0001
United States
Phone: 847-286-1558
Fax:

| Line No. | Usage Country | Microsoft Part No. Description | Lic. Type Level | Pool | Period Delivery | Reason code & Description | Billing Option Taxable | Qty Ordered Subscription Qty Ordered | Unit Price | Extended Amount Tax Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 000010 | United States | TJ7-00001 *Audio Conf ShrdSvr ALNG SubsVL MVL PerUsr | ACP-D | Enterprise Servers | Aug2018-Jun2019 | | AE | 900.000 | 38.72 | 34,848.00 |
| | | | | | PSTN | | | | | |

# Invoice

Microsoft Corporation
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

| | |
|---|---|
| Bill to PO Number: | PO855758 |
| Purchase Order Date: | 19-JUL-2018 |

| | |
|---|---|
| Page No: | 2 |
| Document No: | 9877213436 |
| Document Date: | 19-JUL-2018 |
| Payment Due Date: | 18-AUG-2018 |
| Terms: | Net payment due 30 days from invoice date |

| | | |
|---|---|---|
| Total Sale | USD | 34,848.00 |
| Tax Amount | USD | 0.00 |
| Total Amount | USD | 34,848.00 |

We hereby certify that the information on this invoice is true and correct.

Microsoft Corporation

When invoices are reprinted, remittance information may change to reflect current invoicing operations.

*In the United States, Puerto Rico and Canada, PSTN Services are sold on behalf of Skype Communications US Corporation. The price displayed includes charges for the PSTN Service and all required taxes and fees with the exception of the Goods and Services Tax (GST), Harmonized SalesTax (HST), Provincial Sales Tax (PST) and Quebec Sales Tax (QST) in Canada.
See http://go.microsoft.com/fwlink/?LinkId=690247 for details.