# EXHIBIT G

| Account | Assignment | Payer Customer Name | Sold To Name | Billing Document | Document Date | Net due date | Amount in doc. curr. |
|---|---|---|---|---|---|---|---|
| 2577489 | B006DNQR | Sears Auto | SEARS, ROEBUCK AND CO. | 9413207127 | 7/1/18 | 7/31/18 | 3,956.97 |
| 2577489 | B006DNQR | Sears Auto | SEARS, ROEBUCK AND CO. | 9413237848 | 8/1/18 | 8/31/18 | 1,012.49 |
| 2577489 | BCID-2861 | Sears Auto | SEARS, ROEBUCK AND CO. | 9413269290 | 9/4/18 | 10/4/18 | 4,489.49 |
| 2577489 | BCID-2861 | Sears Auto | SEARS, ROEBUCK AND CO. | 9413301350 | 10/1/18 | 10/31/18 | 5,724.69 |
| 2577489 | BCID-2861 | Sears Auto | SEARS, ROEBUCK AND CO. | 9413333596 | 11/1/18 | 1/12/18 | 2,393.68 |
| | | | | | | Total: | 17,577.32 |

 **Bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number 9413207127
Invoice date 07/01/2018
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Total amount due (USD) |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **3,956.97** |
| **Attn: Accounts Payable** | **Attn: Dave Bazant** | Payment due by |
| **3333 Beverly Rd** | **3333 Beverley Road** | **07/31/2018** |
| **Hoffman Estates IL 60179** | **Hoffman Estates IL  60179** | Payment terms: 30 days |
| **United States** | **United States** | |
| Client ID 0002577489 | Client ID **0002504543** | |

## Summary for  **06/01/2018 - 06/30/2018**

| Account | Order | Amount (USD) |
|---|---|---|
| Sears Auto Center – Services - B006DNQR | | 3,956.97 |
| | Total amount due  (USD) | 3,956.97 |

Comments

For questions about this invoice, contact adbill@microsoft.com

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. |
| Account # 3751736507 | Account # 3751736507 | Lockbox 847543 | PO Box 847543 |
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207  USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

Microsoft

# ▶ Bing ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413207127**
Invoice date **07/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **Sears Auto Center - Services** |
| **Attn: Accounts Payable** | **Attn: Dave Bazant** | |
| **3333 Beverly Rd** | **3333 Beverley Road** | Account number |
| **Hoffman Estates IL 60179** | **Hoffman Estates IL  60179** | |
| **United States** | **United States** | **B006DNQR** |
| Client ID **0002577489** | Client ID **0002504543** | |

Order

Details for  **06/01/2018 - 06/30/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:ATL | 6 | 4.49 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:BOS | 3 | 0.31 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:CHI | 13 | 6.59 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:EAST | 24 | 18.27 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:FRE | 3 | 0.99 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:HWI | 1 | 1.00 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:LA | 11 | 3.38 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:MIA | 3 | 0.22 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:NY | 8 | 3.96 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:ORL | 1 | 0.08 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:PHI | 5 | 5.45 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:SAC | 7 | 4.73 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:SF | 7 | 3.71 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:WDC | 4 | 0.50 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:WEST | 14 | 11.57 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:ATL | 158 | 102.28 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:BOS | 330 | 200.32 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:CHI | 273 | 176.89 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:DFW | 167 | 106.32 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:EAST | 1472 | 1,014.08 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:FRE | 54 | 26.24 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:HWI | 56 | 40.74 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:LA | 402 | 231.80 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:MIA | 175 | 112.84 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:NY | 677 | 405.83 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:ORL | 111 | 78.59 |

# Microsoft



# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number 9413207127
Invoice date **07/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:PHI | 403 | 247.63 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:SAC | 106 | 63.39 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:SF | 219 | 140.99 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:TAM | 86 | 61.57 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:WDC | 301 | 184.56 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:WEST | 1016 | 697.65 |

For questions about this invoice, contact adbill@microsoft.com

Total amount (USD)     **3,956.97**

Microsoft

# Bing ads

# Invoice

Microsoft Online, Inc.
8100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413237848**
Invoice date **08/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

---

Bill-to customer

**Sears Auto**

**Attn: Accounts Payable**
**3333 Beverly Rd**
**Hoffman Estates IL 60179**
**United States**
Client ID **0002577489**

Sold-to customer

**SEARS, ROEBUCK AND CO.**

**Attn: Dave Bazant**
**3333 Beverley Road**
**Hoffman Estates IL  60179**
**United States**
Client ID **0002504543**

Total amount due (USD)

**1,012.49**

Payment due by

**08/31/2018**

Payment terms: 30 days

---

Summary for  **07/01/2018 - 07/31/2018**

---

| Account | Order | Amount (USD) |
|---|---|---|
| Sears Auto Center – Services - B006DNQR | | 1,012.49 |
| | Total amount due  (USD) | 1,012.49 |

Comments

For questions about this invoice, contact adbill@microsoft.com

---

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. |
| Account # 3751736507 | Account # 3751736507 | Lockbox 847543 | PO Box 847543 |
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207  USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

# Microsoft

# Bing ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413237848**
Invoice date **08/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **Sears Auto Center - Services** |
| Attn: Accounts Payable | Attn: Dave Bazant | |
| 3333 Beverly Rd | 3333 Beverley Road | Account number |
| Hoffman Estates IL 60179 | Hoffman Estates IL  60179 | |
| United States | United States | **B006DNQR** |
| Client ID **0002577489** | Client ID **0002504543** | |

Order

,

Details  for  **07/01/2018 - 07/31/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:ATL | 36 | 15.35 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:BOS | 137 | 67.15 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:CHI | 95 | 46.47 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:DFW | 58 | 26.76 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:EAST | 521 | 242.35 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:FRE | 20 | 10.54 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:HWI | 25 | 13.30 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:LA | 167 | 79.14 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:MIA | 60 | 30.35 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:NY | 254 | 115.24 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:ORL | 42 | 20.73 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:PHI | 119 | 56.71 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:SAC | 36 | 17.27 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:SF | 115 | 51.92 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:TAM | 35 | 16.95 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:WDC | 86 | 39.31 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:WEST | 346 | 162.95 |

Total amount (USD)    **1,012.49**

# Microsoft



# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413237848**
Invoice date **08/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

For questions about this invoice, contact adbill@microsoft.com

Microsoft

 **Bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413269290**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | Total amount due (USD) |
| **Attn: Accounts Payable** | **Attn: Dave Bazant** | **4,489.49** |
| **3333 Beverly Rd** | **3333 Beverley Road** | Payment due by |
| **Hoffman Estates IL 60179** | **Hoffman Estates IL  60179** | **10/04/2018** |
| **United States** | **United States** | Payment terms: 30 days |
| Client ID **0002577489** | Client ID **0002504543** | |

## Summary for  **08/01/2018 - 08/31/2018**

| Account | Order | Amount (USD) |
|---|---|---|
| Sears - Bing - Auto - X2019728 | | 2,570.11 |
| Sears Auto Center – Services - B006DNQR | | 1,919.38 |
| | Total amount due  (USD) | 4,489.49 |

Comments

For questions about this invoice, contact adbill@microsoft.com

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. |
| Account # 3751736507 | Account # 3751736507 | Lockbox 847543 | PO Box 847543 |
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207  USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

Microsoft

# ❯ Bing ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413269290**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **Sears - Bing - Auto** |
| Attn: Accounts Payable | Attn: Dave Bazant | |
| 3333 Beverly Rd | 3333 Beverley Road | Account number |
| Hoffman Estates IL 60179 | Hoffman Estates IL  60179 | |
| United States | United States | **X2019728** |
| Client ID 0002577489 | Client ID **0002504543** | |

Order

Details for  **08/01/2018 - 08/31/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:BOS | 42 | 44.46 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:CHI | 31 | 42.02 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:DFW | 28 | 32.75 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:EAST | 182 | 222.68 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:FRE | 7 | 6.53 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:HWI | 6 | 5.56 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:LA | 56 | 60.49 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:MIA | 27 | 28.49 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:NY | 99 | 112.37 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:ORL | 6 | 6.29 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:PHI | 41 | 49.68 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:SAC | 20 | 23.87 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:SF | 32 | 27.43 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:TAM | 7 | 8.37 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:WDC | 57 | 57.06 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:WEST | 148 | 165.03 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:ATL | 8 | 2.83 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:BOS | 56 | 21.99 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:CHI | 81 | 27.61 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:DFW | 35 | 15.03 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:EAST | 302 | 122.29 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:FRE | 8 | 2.23 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:HWI | 6 | 1.69 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:LA | 80 | 27.76 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:MIA | 34 | 12.62 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:NY | 174 | 68.13 |

Microsoft

**Bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413269290**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:ORL | 17 | 8.32 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:PHI | 90 | 37.00 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:SAC | 8 | 3.50 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:SF | 34 | 11.76 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:TAM | 12 | 3.19 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:WDC | 60 | 23.19 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:WEST | 183 | 72.15 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:BOS | 121 | 84.60 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:CHI | 56 | 50.61 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:DFW | 45 | 27.66 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:EAST | 430 | 284.31 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:FRE | 15 | 10.40 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:HWI | 17 | 14.35 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:LA | 151 | 90.89 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:MIA | 58 | 44.03 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:NY | 218 | 138.98 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:ORL | 48 | 35.59 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:PHI | 114 | 83.30 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:SAC | 24 | 13.58 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:SF | 43 | 31.42 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:TAM | 20 | 13.15 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:WDC | 143 | 106.90 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:WEST | 297 | 185.97 |

For questions about this invoice, contact adbill@microsoft.com

Total amount (USD)　　　**2,570.11**

Microsoft

# Bing ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413269290**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **Sears Auto Center - Services** |
| Attn: Accounts Payable | Attn: Dave Bazant | |
| 3333 Beverly Rd | 3333 Beverley Road | Account number |
| **Hoffman Estates IL 60179** | **Hoffman Estates IL  60179** | |
| **United States** | **United States** | **B006DNQR** |
| Client ID 0002577489 | Client ID 0002504543 | |

Order

Details for   **08/01/2018 - 08/31/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:ATL | 55 | 31.89 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:BOS | 190 | 108.61 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:CHI | 188 | 106.38 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:DFW | 105 | 59.75 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:EAST | 806 | 445.43 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:FRE | 31 | 17.96 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:HWI | 31 | 18.09 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:LA | 279 | 157.74 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:MIA | 96 | 55.19 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:NY | 368 | 207.64 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:ORL | 63 | 36.17 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:PHI | 198 | 114.51 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:SAC | 77 | 42.81 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:SF | 125 | 70.67 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:TAM | 62 | 33.82 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:WDC | 141 | 80.90 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:WEST | 588 | 331.82 |

Total amount (USD)   **1,919.38**

# Microsoft


Bing ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413269290**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

For questions about this invoice. contact adbill@microsoft.com

Microsoft

 **Bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413301350**
Invoice date **10/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Total amount due (USD) |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **5,724.69** |
| **Attn: Accounts Payable** | **Attn: Dave Bazant** | Payment due by |
| **3333 Beverly Rd** | **3333 Beverley Road** | **10/31/2018** |
| **Hoffman Estates IL 60179** | **Hoffman Estates IL  60179** | Payment terms: 30 days |
| **United States** | **United States** | |
| Client ID **0002577489** | Client ID **0002504543** | |

Summary for  **09/01/2018 - 09/30/2018**

| Account | Order | Amount (USD) |
|---|---|---|
| Sears - Bing - Auto - X2019728 | | 3,106.53 |
| Sears Auto Center – Services - B006DNQR | | 2,618.16 |
| | Total amount due  (USD) | 5,724.69 |

Comments

For questions about this invoice, contact adbill@microsoft.com

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. |
| Account # 3751736507 | Account # 3751736507 | Lockbox 847543 | PO Box 847543 |
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207  USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

**Microsoft**

# Bing ads

**Invoice**

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413301350**
Invoice date **10/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **Sears - Bing - Auto** |
| Attn: Accounts Payable | Attn: Dave Bazant | |
| 3333 Beverly Rd | 3333 Beverley Road | Account number |
| Hoffman Estates IL 60179 | Hoffman Estates IL  60179 | |
| United States | United States | **X2019728** |
| Client ID **0002577489** | Client ID **0002504543** | |

Order

## Details  for  **09/01/2018 - 09/30/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:BOS | 50 | 65.22 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:CHI | 41 | 48.95 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:DFW | 43 | 46.52 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:EAST | 216 | 249.97 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:FRE | 11 | 16.42 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:HWI | 6 | 6.02 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:LA | 103 | 124.24 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:MIA | 22 | 27.24 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:NY | 135 | 161.70 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:ORL | 11 | 13.65 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:PHI | 50 | 65.25 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:SAC | 16 | 20.86 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:SF | 35 | 34.26 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:TAM | 10 | 12.67 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:WDC | 47 | 57.20 |
| AN:SAC\|PB:M\|TT:SN\|CD:Battery\|GT:WEST | 179 | 209.50 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:ATL | 7 | 2.51 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:BOS | 58 | 18.95 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:CHI | 69 | 23.29 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:DFW | 19 | 6.37 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:EAST | 236 | 77.08 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:FRE | 7 | 2.97 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:HWI | 5 | 1.45 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:LA | 68 | 16.83 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:MIA | 16 | 4.87 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:NY | 111 | 35.23 |

Microsoft

# Bing ads

**Microsoft Online, Inc.**
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

# Invoice

Invoice number **9413301350**
Invoice date **10/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:ORL | 10 | 4.00 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:PHI | 63 | 22.07 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:SAC | 12 | 3.65 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:SF | 28 | 9.58 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:TAM | 18 | 6.36 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:WDC | 38 | 13.98 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:WEST | 137 | 44.82 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:BOS | 165 | 111.56 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:CHI | 73 | 62.31 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:DFW | 49 | 30.88 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:EAST | 602 | 381.71 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:FRE | 15 | 8.39 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:HWI | 29 | 18.93 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:LA | 163 | 116.53 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:MIA | 81 | 58.17 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:NY | 358 | 236.17 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:ORL | 46 | 39.12 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:PHI | 173 | 119.68 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:SAC | 35 | 22.16 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:SF | 69 | 53.21 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:TAM | 33 | 23.72 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:WDC | 174 | 127.22 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:WEST | 339 | 243.09 |

For questions about this invoice, contact adbill@microsoft.com

Total amount (USD)          **3,106.53**

Microsoft

# ▶ Bing ads

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

# Invoice

Invoice number **9413301350**
Invoice date **10/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **Sears Auto Center - Services** |
| Attn: Accounts Payable | Attn: Dave Bazant | |
| 3333 Beverly Rd | 3333 Beverley Road | Account number |
| Hoffman Estates IL 60179 | Hoffman Estates IL  60179 | |
| United States | United States | **B006DNQR** |
| Client ID **0002577489** | Client ID **0002504543** | |

Order

Details for  **09/01/2018 - 09/30/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:ATL | 83 | 35.77 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:BOS | 267 | 126.74 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:CHI | 326 | 165.81 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:DFW | 145 | 67.28 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:EAST | 1329 | 628.25 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:FRE | 61 | 31.25 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:HWI | 70 | 30.43 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:LA | 453 | 214.40 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:MIA | 144 | 74.21 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:NY | 624 | 298.73 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:ORL | 77 | 39.60 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:PHI | 324 | 161.66 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:SAC | 70 | 30.66 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:SF | 176 | 84.72 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:TAM | 75 | 35.14 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:WDC | 279 | 138.64 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded\|GT:WEST | 981 | 454.87 |

Total amount (USD)  **2,618.16**

Microsoft



# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413301350**
Invoice date 10/01/2018
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

For questions about this invoice, contact adbill@microsoft.com

Microsoft

 **Bing** ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413333596**
Invoice date **11/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Total amount due (USD) |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **2,393.68** |
| **Attn: Accounts Payable** | **Attn: Dave Bazant** | Payment due by |
| **3333 Beverly Rd** | **3333 Beverley Road** | **12/01/2018** |
| **Hoffman Estates IL 60179** | **Hoffman Estates IL  60179** | Payment terms: 30 days |
| **United States** | **United States** | |
| Client ID 0002577489 | Client ID 0002504543 | |

## Summary for  **10/01/2018 - 10/31/2018**

| Account | Order | Amount (USD) |
|---|---|---|
| Sears - Bing - Auto - X2019728 | | 1,052.16 |
| Sears Auto Center – Services - B006DNQR | | 1,341.52 |
| | Total amount due  (USD) | 2,393.68 |

Comments

For questions about this invoice, contact adbill@microsoft.com

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. |
| Account # 3751736507 | Account # 3751736507 | Lockbox 847543 | PO Box 847543 |
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207  USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

# Microsoft

# **Bing** ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413333596**
Invoice date **11/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **Sears - Bing - Auto** |
| Attn: Accounts Payable | Attn: Dave Bazant | |
| 3333 Beverly Rd | 3333 Beverley Road | Account number |
| Hoffman Estates IL 60179 | Hoffman Estates IL  60179 | |
| United States | United States | **X2019728** |
| Client ID **0002577489** | Client ID **0002504543** | |

Order

## Details for  **10/01/2018 - 10/31/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:ATL | 5 | 0.58 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:BOS | 28 | 8.98 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:CHI | 35 | 10.20 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:DFW | 7 | 2.56 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:EAST | 78 | 22.83 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:FRE | 2 | 0.72 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:HWI | 5 | 1.33 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:LA | 26 | 7.84 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:MIA | 11 | 2.74 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:NY | 43 | 12.42 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:ORL | 4 | 0.80 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:PHI | 19 | 6.22 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:SAC | 9 | 1.90 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:SF | 12 | 3.75 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:TAM | 12 | 4.35 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:WDC | 25 | 7.77 |
| AN:SAC\|PB:M\|TT:SN\|CD:Branded_S\|GT:WEST | 58 | 17.89 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:BOS | 80 | 67.69 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:CHI | 40 | 36.33 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:DFW | 25 | 14.54 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:EAST | 306 | 221.02 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:FRE | 11 | 9.69 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:HWI | 19 | 13.88 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:LA | 75 | 60.16 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:MIA | 56 | 48.35 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:NY | 154 | 115.43 |

# Microsoft

 Bing ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413333596**
Invoice date **11/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:ORL | 22 | 17.23 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:PHI | 79 | 55.96 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:SAC | 34 | 20.58 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:SF | 26 | 21.75 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:TAM | 16 | 12.61 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:WDC | 100 | 74.87 |
| AN:SAC\|PB:M\|TT:SN\|CD:Tires\|GT:WEST | 186 | 149.19 |

For questions about this invoice, contact adbill@microsoft.com

Total amount (USD)     **1,052.16**

# Microsoft

**Bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413333596**
Invoice date **11/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| **Sears Auto** | **SEARS, ROEBUCK AND CO.** | **Sears Auto Center - Services** |
| **Attn: Accounts Payable** | **Attn: Dave Bazant** | Account number |
| **3333 Beverly Rd** | **3333 Beverley Road** | |
| **Hoffman Estates IL 60179** | **Hoffman Estates IL  60179** | **B006DNQR** |
| **United States** | **United States** | |
| Client ID **0002577489** | Client ID **0002504543** | |

Order

Details for  **10/01/2018 - 10/31/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:ATL | 46 | 19.52 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:BOS | 151 | 69.40 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:CHI | 201 | 96.39 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:DFW | 72 | 33.69 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:EAST | 685 | 296.02 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:FRE | 30 | 13.01 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:HWI | 38 | 17.66 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:LA | 187 | 82.01 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:MIA | 62 | 30.09 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:NY | 388 | 174.32 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:ORL | 60 | 27.78 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:PHI | 196 | 94.28 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:SAC | 50 | 20.94 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:SF | 104 | 45.96 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:TAM | 48 | 23.21 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:WDC | 183 | 82.35 |
| AN:SAC|PB:M|TT:SN|CD:Branded|GT:WEST | 499 | 214.89 |

Total amount (USD)  **1,341.52**

Microsoft

 Bing ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413333596**
Invoice date **11/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

For questions about this invoice, contact adbill@microsoft.com

Microsoft