# EXHIBIT H

| Account | Assignment | Payer Customer Name | Sold To Name | Billing Document | Document Date | Net due date | Amount in doc. curr. | Document currency | Final Pre-Petition Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2601866 | BCID-2861 | Sears Home Franchises Businesses In | SEARS, ROEBUCK AND CO. | 9413269292 | 9/4/18 | 10/4/18 | 8,275.64 | USD | 8,275.64 |
| 2601866 | BCID-2861 | Sears Home Franchises Businesses In | SEARS, ROEBUCK AND CO. | 9413301352 | 10/1/18 | 10/31/18 | 21,293.34 | USD | 21,293.34 |
| 2601866 | BCID-2861 | Sears Home Franchises Businesses In | SEARS, ROEBUCK AND CO. | 9413333598 | 11/1/18 | 1/12/18 | 11,466.52 | USD | 11,448.49 |
| | | | | | | Total: | 41,035.50 | | 41,017.47 |



# Invoice

Invoice Number **9413269292A**
Invoice Date **01/24/2019**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

**Microsoft Online, Inc.**
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

| Bill-to customer | Sold-to customer | Total amount due (USD) |
|---|---|---|
| **Sears Home Franchises Businesses In** | **SEARS, ROEBUCK AND CO.** | **8,275.64** |
| 400 Lazelle Road | Attn: Dave Bazant | |
| Suite 13 | 3333 Beverley Road | Payment due by |
| Columbus OH 43240 | Hoffman Estates IL 60179 | **10/04/2018** |
| United States | United States | |
| Client ID 0002601866 | Client ID 0002504543 | Payment terms: 30 days |

## Summary for 08/01/2018 - 08/31/2018

| Account | Order | Amount (USD) |
|---|---|---|
| Sears Franchise Businesses - X1587477 | | 8,275.64 |
| | Total amount due (USD) | 8,275.64 |

For questions about this invoice, contact adbill@microsoft.com

**Comments:**
*Split Invoice to reflect Pre-petition balance.*

**Replaces Document(s):**    9413269292

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. |
| Account # 3751736507 | Account # 3751736507 | Lockbox 847543 | PO Box 847543 |
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207 USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

Prepared by:    Maria Mercedes Escaño

**Microsoft**

Page 1 of 1

**Bing ads**

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

# Invoice

Invoice number **9413269292**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Total amount due (USD) |
|---|---|---|
| Sears Home Franchises Businesses In | SEARS, ROEBUCK AND CO. | **30,496.64** |
| 400 Lazelle Road | Attn: Dave Bazant | Payment due by |
| Suite 13 | 3333 Beverley Road | **10/04/2018** |
| Columbus OH 43240 | Hoffman Estates IL  60179 | Payment terms: 30 days |
| United States | United States | |
| Client ID **0002601866** | Client ID **0002504543** | |

Summary for  **08/01/2018 - 08/31/2018**

| Account | Order | Amount (USD) |
|---|---|---|
| Sears Franchise Businesses - X1587477 | | 24,480.37 |
| Sears Franchise Businesses - Garage - X0808871 | | 6,016.27 |
| | Total amount due (USD) | 30,496.64 |

Comments

For questions about this invoice, contact adbill@microsoft.com

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. |
| Account # 3751736507 | Account # 3751736507 | Lockbox 847543 | PO Box 847543 |
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207  USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

**Microsoft**

Page 1 of 4

**bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413269292**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| Sears Home Franchises Businesses In<br>400 Lazelle Road<br>Suite 13<br>Columbus OH 43240<br>United States<br>Client ID **0002601866** | SEARS, ROEBUCK AND CO.<br>Attn: Dave Bazant<br>3333 Beverley Road<br>Hoffman Estates IL 60179<br>United States<br>Client ID **0002504543** | Sears Franchise Businesses<br>Account number<br>**X1587477** |

Order

Details for **08/01/2018 - 08/31/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AZ Phoenix Carpet/Duct | 334 | 1,550.00 |
| CA San Diego Carpet/Duct | 424 | 1,550.00 |
| CA Visalia | 1 | 1.39 |
| CT Wallingford Carpet/Duct | 222 | 641.32 |
| FL Ft Myers | 196 | 619.29 |
| FL Orlando Carpet/Duct | 308 | 1,240.00 |
| GA Atlanta Carpet | 109 | 306.19 |
| IL Chicago Sears Brand | 466 | 1,697.86 |
| KS Kansas City Carpet/Duct | 110 | 369.50 |
| MA Boston Carpet/Duct | 361 | 1,333.00 |
| NH Manchester | 75 | 255.39 |
| NJ Morristown Carpet | 108 | 398.52 |
| NJ Morristown Duct | 26 | 150.79 |
| NJ Newark Brand | 113 | 125.39 |
| NY Long Island Carpet/Duct | 107 | 216.46 |
| NY Staten Island | 159 | 620.00 |
| NY Staten Island Duct | 161 | 660.25 |
| OH Cleveland Carpet - NEW | 104 | 478.98 |
| OH Cleveland Duct - NEW | 10 | 46.44 |
| OH Columbus Carpet | 202 | 620.00 |
| OH Columbus Duct | 56 | 242.33 |
| PA Pittsburgh Carpet - NEW | 182 | 634.07 |
| PA Pittsburgh Duct - NEW | 15 | 83.35 |
| RI Providence | 102 | 300.55 |
| TX Houston Brand | 62 | 110.81 |
| TX Houston Carpet | 606 | 3,074.58 |

Microsoft



# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413269292**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Description | Clicks | Total (USD) |
|---|---|---|
| TX Houston Duct | 168 | 769.46 |
| WA Tacoma | 100 | 297.47 |
| Z_Rebill X1587477 | 1 | 0.05 |
| Z_Rebill X1587477 | | |
|     Adjustment (08/2018) | 0 | 6,086.93 |

For questions about this invoice, contact adbill@microsoft.com

Total amount (USD)  **24,480.37**

**Bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413269292**
Invoice date **09/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
| --- | --- | --- |
| Sears Home Franchises Businesses In<br>400 Lazelle Road<br>Suite 13<br>Columbus OH 43240<br>United States<br>Client ID **0002601866** | SEARS, ROEBUCK AND CO.<br>Attn: Dave Bazant<br>3333 Beverley Road<br>Hoffman Estates IL  60179<br>United States<br>Client ID **0002504543** | **Sears Franchise Businesses - Garage**<br>Account number<br>**X0808871** |

Order

Details for **08/01/2018 - 08/31/2018**

| Description | Clicks | Total (USD) |
| --- | --- | --- |
| CA Redding | 30 | 70.61 |
| CO Denver Garage | 103 | 486.67 |
| FL Jacksonville | 32 | 94.11 |
| FL Tampa Garage | 94 | 252.91 |
| GA Atlanta Garage | 83 | 305.25 |
| IL Chicago Branded | 145 | 1,054.00 |
| MD/DC Garage | 184 | 620.00 |
| NM Albuquerque | 73 | 209.19 |
| OK Oklahoma City | 9 | 39.40 |
| VA Alexandria Garage | 141 | 542.23 |
| Z_Rebill X0808871 | 1 | 0.05 |
| Z_Rebill X0808871 | | |
| Adjustment (08/2018) | 0 | 2,341.85 |
| Total amount (USD) | | **6,016.27** |

For questions about this invoice, contact adbill@microsoft.com

**Microsoft**

**Bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413301352**
Invoice date **10/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | |
|---|---|---|
| Sears Home Franchises Businesses In | SEARS, ROEBUCK AND CO. | Total amount due (USD) |
| 400 Lazelle Road | Attn: Dave Bazant | **21,293.34** |
| Suite 13 | 3333 Beverley Road | Payment due by |
| Columbus OH 43240 | Hoffman Estates IL  60179 | **10/31/2018** |
| United States | United States | Payment terms: 30 days |
| Client ID **0002601866** | Client ID **0002504543** | |

## Summary for  09/01/2018 - 09/30/2018

| Account | Order | Amount (USD) |
|---|---|---:|
| Sears Franchise Businesses - X1587477 | | 18,220.26 |
| Sears Franchise Businesses - Garage - X0808871 | | 3,073.08 |
| | Total amount due  (USD) | 21,293.34 |

Comments

For questions about this invoice, contact adbill@microsoft.com

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. | Microsoft Online, Inc. |
| Account # 3751736507 | Account # 3751736507 | Lockbox 847543 | PO Box 847543 |
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207  USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

**Microsoft**

Page 1 of 4

# Bing ads

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413301352**
Invoice date **10/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| Sears Home Franchises Businesses In | SEARS, ROEBUCK AND CO. | Sears Franchise Businesses |
| 400 Lazelle Road | Attn: Dave Bazant | |
| Suite 13 | 3333 Beverley Road | Account number |
| Columbus OH 43240 | Hoffman Estates IL 60179 | |
| United States | United States | X1587477 |
| Client ID **0002601866** | Client ID **0002504543** | |

Order

Details for **09/01/2018 - 09/30/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| AZ Phoenix Carpet/Duct | 343 | 1,500.00 |
| CA San Diego Carpet/Duct | 371 | 1,500.00 |
| CA Visalia | 2 | 0.52 |
| CT Wallingford Carpet/Duct | 222 | 668.89 |
| FL Ft Myers | 198 | 592.58 |
| FL Orlando Carpet/Duct | 283 | 1,192.65 |
| GA Atlanta Carpet | 114 | 271.01 |
| IL Chicago Sears Brand | 539 | 1,920.35 |
| IN Indianapolis Carpet/Duct | 21 | 17.53 |
| KS Kansas City Carpet/Duct | 82 | 306.92 |
| MA Boston Carpet/Duct | 366 | 1,290.00 |
| NH Manchester | 53 | 204.30 |
| NJ Morristown Carpet | 91 | 397.60 |
| NJ Morristown Duct | 32 | 153.83 |
| NJ Newark Brand | 86 | 118.43 |
| NY Long Island Carpet/Duct | 91 | 203.66 |
| NY Staten Island | 159 | 600.00 |
| NY Staten Island Duct | 133 | 633.84 |
| OH Cleveland Carpet - NEW | 99 | 501.04 |
| OH Cleveland Duct - NEW | 17 | 74.67 |
| OH Columbus Carpet | 203 | 599.79 |
| OH Columbus Duct | 70 | 300.00 |
| PA Pittsburgh Carpet - NEW | 212 | 873.69 |
| PA Pittsburgh Duct - NEW | 31 | 165.22 |
| RI Providence | 89 | 252.35 |
| TX Houston Brand | 60 | 103.88 |



# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413301352**
Invoice date **10/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Description | Clicks | Total (USD) |
|---|---|---|
| TX Houston Carpet | 587 | 2,771.12 |
| TX Houston Duct | 171 | 720.27 |
| WA Tacoma | 95 | 286.12 |

For questions about this invoice, contact adbill@microsoft.com

Total amount (USD)  **18,220.26**

Microsoft

Page 3 of 4

**Bing ads**

# Invoice

Microsoft Online, Inc.
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

Invoice number **9413301352**
Invoice date **10/01/2018**
Advertiser **SEARS, ROEBUCK AND CO.-0002504543**

| Bill-to customer | Sold-to customer | Account |
|---|---|---|
| Sears Home Franchises Businesses In<br>400 Lazelle Road<br>Suite 13<br>Columbus OH 43240<br>United States<br>Client ID **0002601866** | SEARS, ROEBUCK AND CO.<br>Attn: Dave Bazant<br>3333 Beverley Road<br>Hoffman Estates IL  60179<br>United States<br>Client ID **0002504543** | **Sears Franchise Businesses - Garage**<br><br>Account number<br><br>**X0808871** |

Order

## Details for  **09/01/2018 - 09/30/2018**

| Description | Clicks | Total (USD) |
|---|---|---|
| CA Redding | 22 | 49.52 |
| CO Denver Garage | 91 | 481.84 |
| FL Jacksonville | 38 | 123.49 |
| FL Tampa Garage | 96 | 276.90 |
| GA Atlanta Garage | 72 | 292.32 |
| IL Chicago Branded | 146 | 1,009.21 |
| MD/DC Garage | 110 | 343.73 |
| NM Albuquerque | 60 | 170.48 |
| VA Alexandria Garage | 93 | 325.59 |
| | Total amount (USD) | **3,073.08** |

For questions about this invoice, contact adbill@microsoft.com

**Microsoft**

Revised Invoice



# Invoice

Invoice Number **9413333598A**
Invoice Date **01/24/2019**
Advertiser: **SEARS, ROEBUCK AND CO.-0002504543**

**Microsoft Online, Inc.**
6100 Neil Road, Ste 100
Reno, NV 89511 US
Microsoft tax ID: 80-0010505

| Bill-to customer | Sold-to customer | Total amount due (USD) |
|---|---|---|
| **Sears Home Franchises Businesses In**<br>400 Lazelle Road<br>Suite 13<br>Columbus OH 43240<br>United States<br>Client ID **0002601866** | **SEARS, ROEBUCK AND CO.**<br>Attn: Dave Bazant<br>3333 Beverley Road<br>Hoffman Estates IL 60179<br>United States<br>Client ID **0002504543** | **11,448.49**<br>Payment due by<br>**12/01/2018**<br>Payment terms: 30 days |

## Summary for **10/01/2018** - **10/31/2018**

| Account | Order | Amount (USD) |
|---|---|---:|
| Sears Franchise Businesses - Garage - X0808871 | | 1,447.84 |
| Sears Franchise Businesses - X1587477 | | 10,000.65 |
| | Total amount due (USD) | 11,448.49 |

For questions about this invoice, contact adbill@microsoft.com

**Comments:**
*Split Invoice to reflect Pre-petition balance.*

**Replaces Document(s):**     9413333598

Reference the account number or invoice number on your payment.

Please include any applicable bank charges that were incurred when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| Microsoft Online, Inc.<br>Account # 3751736507<br>ABA# 026009593<br>BIC/SWIFT BOFAUS3N<br>Bank of America, Dallas, TX. | Microsoft Online, Inc.<br>Account # 3751736507<br>ABA # 111000012<br>Bank of America<br>Dallas, TX | Microsoft Online, Inc.<br>Lockbox 847543<br>1950 N Stemmons Fwy, Ste 5010<br>Dallas, TX 75207 USA | Microsoft Online, Inc.<br>PO Box 847543<br>Dallas, TX 75284-7543<br>USA |

Prepared by:     Maria Mercedes Escaño

Microsoft