BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 231-7459
Facsimile: (317) 231-7433
Mark R. Owens

*Attorneys for Urschel Development Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, et al., | ) | No. 18-23538 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b) and 9010 Fed.R.Bankr.P., the undersigned attorney appears as counsel for Urschel Development Corporation, a creditor in the above-captioned cases, and requests that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the party identified at the following address and email address indicated below:

Mark R. Owens
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 231-7459
Facsimile: (317) 231-7433

mowens@btlaw.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of Urschel Development Corporation with respect to the above-captioned Debtors, or any related entities, or property or proceeds thereof in which the Debtors' estate may claim an interest.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  January 25, 2019                        By:    */s/ Mark R. Owens*
                                                       Mark R. Owens
                                                       BARNES & THORNBURG LLP
                                                       11 S. Meridian Street
                                                       Indianapolis, Indiana 46204
                                                       Telephone:  (317) 231-7459
                                                       Facsimile:  (317) 231-7433
                                                       mowens@btlaw.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SEARS HOLDINGS CORPORATION, et al.,** | ) | **No. 18-23538** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, certify that I served a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Documents** on all counsel of record via the Court's CM/ECF system on this 25th day of January 2019.

Dated:  January 25, 2019         By:     */s/ Mark R. Owens*
                                        Mark R. Owens
                                        BARNES & THORNBURG LLP
                                        11 S. Meridian Street
                                        Indianapolis, Indiana 46204
                                        Telephone:  (317) 231-7459
                                        Facsimile:  (317) 231-7433
                                        mowens@btlaw.com

                                        *Attorneys for Urschel Development Corporation*