# EXHIBIT A

# 2017 Pay 2018 PPT Schedule

| Yardi Company | Parcel # | FAS Asset # (s) | Common Description | 2017 Assessment | 2017 Tax Rate | Calc Tax | Other Assessments | Penalty & Fees | Calc Tax Due | Check | 2017 Pay 2018 Amount Due | 1st Installment Paid | 2nd Installment Paid | Total Paid | Balance due 2017 Pay 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CC | 64-09-12-476-003.000-004 | | Cumberland Crossing | 55,400.00 | 3.0029 | 1,663.61 | - | - | 1,663.61 | 0.01 | 1,663.60 | 831.80 | 831.80 | 1,663.60 | - |
| CC | 64-10-07-351-008.000-004 | | Cumberland Crossing | 3,055,500.00 | 3.0029 | 91,753.61 | 20.00 | - | 91,773.61 | 0.01 | 91,773.60 | 45,876.80 | 45,876.80 | 91,773.60 | - |
| CC | 64-09-12-476-002.000-004 | | Cumberland Crossing | 210,900.00 | 3.0029 | 6,333.12 | - | - | 6,333.12 | (0.00) | 6,333.12 | 3,166.56 | 3,166.56 | 6,333.12 | - |
| CC | 64-09-12-476-005.000-004 | | CC - 2801 Calumet | 1,285,200.00 | 3.0029 | 38,593.27 | - | - | 38,593.27 | (0.01) | 38,593.28 | 19,296.64 | 19,296.64 | 38,593.28 | - |
| CC | 64-10-07-301-013.000-004 | | CC - Pestos | 407,100.00 | 3.0029 | 12,224.81 | 20.00 | - | 12,244.81 | 0.01 | 12,244.80 | 6,112.40 | 6,132.40 | 12,244.80 | - |
| CC | 64-10-07-351-002.000-004 | | CC - DQ | 243,000.00 | 3.0029 | 7,297.05 | 20.00 | - | 7,317.05 | 0.01 | 7,317.04 | 3,668.52 | 3,648.52 | 7,317.04 | - |
| CC | 64-10-07-351-006.000-004 | | CC - YMCA | 758,200.00 | 3.0029 | 22,767.99 | - | - | 22,767.99 | (0.01) | 22,768.00 | 11,384.00 | 11,384.00 | 22,768.00 | - |
| CC | 64-10-07-351-003.000-004 | | CC - BK | 244,600.00 | 3.0029 | 7,345.09 | 20.00 | - | 7,365.09 | 0.01 | 7,365.08 | 3,692.54 | 3,672.54 | 7,365.08 | - |
| **Sub-Total CC** | | | | | | | | | | | 188,058.52 | 94,069.26 | 93,989.26 | 188,058.52 | - |

Handwritten notes:

Pd A-10 /Centier Paid
(93,989.26)
less KMart (19,269.64)
Pd Centier 74,692.62 *
10/31/18

KMart
Original Invoice was 38,593.28
based on 3/19/18 Assessment
of ~$1.2 MM

Revised assessment brought
value down to ~$1.0 MM
Revised Tax         28,527.54
Paid Spring (A-10) (19,296.64)
Balance due (Fall)   9230.90
Paid by Centier
12/3/18

**EXHIBIT A**

*Centier Escrow Statement*

# ESCROW TRANSACTION HISTORY REPORT FOR VALE PARK DEVELOPMENT LLC - ATTN: DANIEL D MARCHETTI - 90108593 - 87765 Public ID: SALMONRE

| BORROWER # | 90108593 | | | 12/10/2018 |
|---|---|---|---|---|
| NOTE # | 87765 | | | |

| | | | | |
|---|---|---|---|---|
| VALE PARK DEVELOPMENT LLC | | ESCROW PAY AMT | $15,671.54 | PAYEE |
| ATTN: DANIEL D MARCHETTI | | ALLOCATION # 1 | $15,671.54 | 0012 |
| | | ALLOCATION # 2 | $0.00 | 0000 |
| 1200 CUTTING EDGE DR | | ALLOCATION # 3 | $0.00 | 0000 |
| CHESTERTON IN 46304-3554 | | ALLOCATION # 4 | $0.00 | 0000 |
| | | ALLOCATION # 5 | $0.00 | 0000 |
| | | ALLOCATION # 6 | $0.00 | 0000 |
| CYCLE | CURRENT BALANCE | ALLOCATION # 7 | $0.00 | 0000 |
| 18 | $57,120.34 | ALLOCATION # 8 | $0.00 | 0000 |
| | | ALLOCATION # 9 | $0.00 | 0000 |
| | | AUXILIARY ESCROW | $0.00 | |

| EFFECTIVE DATE | O | T/C | ESC CD | ESC DIST NUM | BEGINNING BALANCE | TRANSACTION AMOUNT | ENDING BALANCE | PUBLIC ID |
|---|---|---|---|---|---|---|---|---|
| 12/05/2018 | T | 0076 | 0 | 00 | $41,448.80 | $15,671.54 | $57,120.34 | |
| 12/03/2018 | O | 0181 | 01 | 00 | $50,679.70 | $9,230.90 *Kmart* | $41,448.80 | KINZIEPA |
| 11/05/2018 | T | 0076 | 0 | 00 | $35,008.16 | $15,671.54 | $50,679.70 | |
| 10/31/2018 | O | 0181 | 01 | 01 | $109,700.78 | $74,692.62 ★ | $35,008.16 | KINZIEPA |
| 10/05/2018 | T | 0076 | 0 | 00 | $94,029.24 | $15,671.54 | $109,700.78 | |
| 09/05/2018 | T | 0076 | 0 | 00 | $78,357.70 | $15,671.54 | $94,029.24 | |
| 08/05/2018 | T | 0076 | 0 | 00 | $62,686.16 | $15,671.54 | $78,357.70 | |

DATE POSTED: 08/06/2018

TAXES PAID YTD:    $83,923.52

# 2016 Pay 2017 PPT Schedule

| Yard Company | Parcel # | FAS Asset # (s) | Common Description | 2016 Assessment | 2016 Tax Rate | Calc Tax | Other Assessments | Penalty & Fees | Calc Tax Due | Check | 2016 Pay 2017 Amount Due | 1st Installment Paid | 2nd Installment Paid | Total Paid | Balance due 2016 Pay 2017 | 2017 Assessment | 2017 Tax Rate | Calc Tax | Other Assessments | Calc Tax Due 2017 pay 2018 | 2017 Monthly Expense | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CC | 64-09-12-476-003.000-004 | | Cumberland Crossing | 52,800.00 | 2.8354 | 1,497.09 | | | 1,497.09 | 0.01 | 1,497.08 | 748.54 | 748.54 | 1,497.08 | | 55,400.00 | 2.97717 | 1,649.35 | | 1,649.35 | 137.45 | paid by A-10 |
| CC | 64-10-07-351-008.000-004 | | Cumberland Crossing | 2,950,000.00 | 2.8354 | 83,644.30 | 20.00 | | 83,664.30 | - | 83,664.30 | 41,842.15 | 41,822.15 | 83,664.30 | | 3,055,500.00 | 2.97717 | 90,957.43 | 20.00 | 90,957.43 | 7,582.29 | paid by A-10 |
| CC | 64-09-12-476-002.000-004 | | Cumberland Crossing | 200,900.00 | 2.8354 | 5,696.32 | | | 5,696.32 | (0.00) | 5,696.32 | 2,848.16 | 2,848.16 | 5,696.32 | | 210,900.00 | 2.97717 | 6,278.85 | | 6,278.85 | 523.24 | paid by A-10 |
| CC | 64-09-12-476-005.000-004 | | CC - 2301 Calumet | 1,230,400.00 | 2.8354 | 34,886.76 | | | 34,886.76 | 0.00 | 34,886.76 | 34,886.76 | | 34,886.76 | | 1,265,200.00 | 2.97717 | 38,262.59 | | 38,262.59 | 3,188.55 | paid by A-10 |
| CC | 64-10-07-301-013.000-004 | | CC - Pettos | 455,900.00 | 2.8354 | 12,935.24 | 20.00 | | 12,955.24 | 0.01 | 12,935.24 | 6,477.62 | 6,457.62 | 12,935.24 | | 407,100.00 | 2.97717 | 12,120.06 | 20.00 | 12,140.06 | 1,011.67 | paid by A-10 |
| CC | 64-10-07-351-002.000-004 | | CC - OG | 265,000.00 | 2.8354 | 7,513.81 | 20.00 | | 7,533.81 | 0.01 | 7,533.80 | 3,776.90 | 3,756.90 | 7,533.80 | | 243,000.00 | 2.97717 | 7,234.52 | 20.00 | 7,254.52 | 604.54 | paid by A-10 |
| CC | 64-10-07-351-006.000-004 | | CC - YMCA | 764,500.25 | 2.8354 | 21,676.64 | | | 21,676.64 | - | 21,676.64 | 10,833.32 | 10,833.32 | 21,676.64 | | 764,500.25 | 2.97717 | 22,760.47 | | 22,760.47 | 1,896.71 | paid by A-10 |
| CC | 64-10-07-351-003.000-004 | | CC - BK | 247,500.00 | 2.8354 | 7,017.62 | 20.00 | | 7,037.62 | (0.01) | 7,037.62 | 3,528.81 | 3,508.81 | 7,037.62 | | 244,600.00 | 2.97717 | 7,282.16 | 20.00 | 7,282.16 | 608.51 | paid by A-10 |
| Sub-Total CC | | | | | | | | | | | 174,927.76 | 104,947.26 | 69,980.50 | 174,977.76 | | | | 186,555.43 | 60.00 | 186,633.43 | 15,552.95 | |

87,503.85 / 69,980.90   Paid by A-10
34,886.76   Paid by K-Mart (2301 Calumet) direct? Shows paid by county
1.00          1st installment double paid

442,000.13  Total Calculated Accrual
442,000.14  GL# 22010
0.01  Variance
pass

Indiana properties pay 1 year in arrears -> 1 year accrual of PPT Expense
California properties -> no accrual required at 12/31/17
Paid November of current year and February of following year
Tax year is July 1 of current year to June 30 of following year

## Lease Ledger
Tenant: t0000422 Date: 01/22/2019

*K-Mart Tenant Ledger (Yardi)*

1/22/2019 1:45 PM

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 1/1/2017 | Ground Lease Revenue (01/2017) | KMART | 4,791.67 | 0.00 | 4,791.67 | C-42012 | No |
| 1/3/2017 | Chk# 301569 Direct Deposit | | 0.00 | 4,791.67 | 0.00 | R-34319 | |
| 2/1/2017 | Ground Lease Revenue (02/2017) | KMART | 4,791.67 | 0.00 | 4,791.67 | C-42845 | No |
| 2/6/2017 | Chk# 31570 Direct Deposit | | 0.00 | 4,791.67 | 0.00 | R-34909 | |
| 3/1/2017 | Ground Lease Revenue (03/2017) | KMART | 4,791.67 | 0.00 | 4,791.67 | C-43706 | No |
| 3/7/2017 | Chk# 31571 Direct Deposit | | 0.00 | 4,791.67 | 0.00 | R-35556 | |
| 4/1/2017 | Ground Lease Revenue | | 4,791.67 | 0.00 | 4,791.67 | C-45778 | No |
| 4/3/2017 | Chk# 177202  Reversed by ctrl# 37334 Reverse ACH Payment applied to prepay. S/B Ground | | 0.00 | 4,791.67 | 0.00 | R-37303 | |
| 4/3/2017 | Chk# 177202 :Prog Gen Reverses receipt Ctrl# 37303 Reverse ACH Payment applied to prepay. S/B Ground | | 0.00 | -4,791.67 | 4,791.67 | R-37334 | |
| 4/3/2017 | Chk# 0000 | | 0.00 | 4,791.67 | 0.00 | R-37343 | |
| 5/1/2017 | Ground Lease Revenue | | 4,791.67 | 0.00 | 4,791.67 | C-46376 | No |
| 5/3/2017 | Chk# 12234 | | 0.00 | 4,791.67 | 0.00 | R-37774 | |
| 6/1/2017 | Ground Lease Revenue | | 4,791.67 | 0.00 | 4,791.67 | C-47360 | No |
| 6/5/2017 | Chk# T170605 | | 0.00 | 4,791.67 | 0.00 | R-38720 | |
| 7/3/2017 | Ground Lease Revenue | | 4,791.67 | 0.00 | 4,791.67 | C-48217 | No |
| 7/3/2017 | Chk# ACH | | 0.00 | 4,791.67 | 0.00 | R-39377 | |
| 8/1/2017 | Ground Lease Revenue (08/2017) | KMART | 4,791.67 | 0.00 | 4,791.67 | C-48168 | No |
| 8/4/2017 | Chk# 032024919 :CHECKscan Payment | | 0.00 | 4,791.67 | 0.00 | R-39299 | |
| 9/1/2017 | Ground Lease Revenue (09/2017) | KMART | 4,791.67 | 0.00 | 4,791.67 | C-49043 | No |
| 9/7/2017 | Real Estate Tax Reimbursement | | 17,256.13 | 0.00 | 22,047.80 | C-49429 | No |
| 9/7/2017 | Chk# 032025819 :CHECKscan Payment | | 0.00 | 4,791.67 | 17,256.13 | R-40034 | |
| 9/7/2017 | Chk# 032025886 :CHECKscan Payment | | 0.00 | 17,256.13 | 0.00 | R-40037 | |
| 10/1/2017 | Ground Lease Revenue (10/2017) | KMART | 4,791.67 | 0.00 | 4,791.67 | C-49995 | No |
| 10/2/2017 | Chk# 032026689 :CHECKscan Payment | | 0.00 | 4,791.67 | 0.00 | R-40486 | |
| 11/1/2017 | Ground Lease Revenue (11/2017) | KMART | 4,791.67 | 0.00 | 4,791.67 | C-50906 | No |
| 11/13/2017 | Chk# 032027543 :CHECKscan Payment | | 0.00 | 4,791.67 | 0.00 | R-41536 | |
| 11/28/2017 | correct pmt of tax as rent revenue | | -17,256.13 | 0.00 | -17,256.13 | C-51025 | No |
| 11/28/2017 | correct pmt of tax as rent revenue | | 17,256.13 | 0.00 | 0.00 | C-51026 | No |
| 11/28/2017 | Kmart May property Tax charge | | 17,443.38 (B) | 0.00 | 17,443.38 | C-51053 | No |
| 11/28/2017 | Kmart Nov property Tax charge | | 17,443.38 (B) | 0.00 | 34,886.76 | C-51054 | No |
| 12/1/2017 | Ground Lease Revenue (12/2017) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-51819 | No |
| 12/4/2017 | Chk# 032028385 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-41970 | |
| 1/1/2018 | Ground Lease Revenue (01/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-52393 | No |
| 1/10/2018 | Chk# 032029184 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-42893 | |
| 2/1/2018 | Ground Lease Revenue (02/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-53500 | No |
| 2/6/2018 | Chk# 032030025 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-43565 | |
| 3/1/2018 | Ground Lease Revenue (03/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-54106 | No |
| 3/6/2018 | Chk# 032030819 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-44376 | |
| 4/1/2018 | Ground Lease Revenue (04/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-55288 | No |
| 4/6/2018 | Chk# 032031580 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-45164 | |
| 5/1/2018 | Ground Lease Revenue (05/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-55915 | No |
| 5/4/2018 | Chk# 032032338 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-45916 | |
| 5/4/2018 | Chk# 131170693 :CHECKscan Payment Reversed by ctrl# 46736 (Re-applied receipt) | | 0.00 | 19,296.64 | 15,590.12 | R-45917 | |
| 5/4/2018 | Chk# 131170693 Reapplied Receipt | | 0.00 | 19,296.64 | -3,706.52 | R-46735 | |
| 5/4/2018 | Chk# 131170693 :Prog Gen Reverses receipt Ctrl# 45917 (Re-applied receipt) | | 0.00 | -19,296.64 | 15,590.12 | R-46736 | |
| 5/10/2018 | Spring 2017 Pay 2018 Property Tax | | 19,296.64 (B) | 0.00 | 34,886.76 | C-56283 | No |
| 6/1/2018 | Ground Lease Revenue (06/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-57051 | No |
| 6/4/2018 | Chk# 032033092 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-46575 | |
| 7/1/2018 | Ground Lease Revenue (07/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-57978 | No |
| 7/2/2018 | Chk# 032033799 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-47195 | |
| 8/1/2018 | Ground Lease Revenue (08/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-58696 | No |
| 8/6/2018 | Chk# 032034503 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-48252 | |
| 9/1/2018 | Ground Lease Revenue (09/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-59651 | No |
| 9/5/2018 | Chk# 032034752 :CHECKscan Payment | | 0.00 | 3,573.09 | 36,105.34 | R-49061 | |
| 9/5/2018 | Chk# 032035182 :CHECKscan Payment | | 0.00 | 4,791.67 | 31,313.67 | R-49062 | |
| 9/30/2018 | Ground lease charge for Kmart - annual gross sales (7/31/2018) % rent | | 3,573.09 | 0.00 | 34,886.76 | C-61074 | No |
| 10/1/2018 | Ground Lease Revenue (10/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-60596 | No |
| 10/10/2018 | Chk# 032035843 :CHECKscan Payment | | 0.00 | 4,791.67 | 34,886.76 | R-50048 | |
| 11/1/2018 | Ground Lease Revenue (11/2018) | KMART | 4,791.67 | 0.00 | 39,678.43 | C-62046 | No |
| 11/5/2018 | Fall 2017 pay 2018 Property Tax | | 9,230.90 (A) | 0.00 | 48,909.33 | C-62088 | No |
| 11/7/2018 | Chk# 034000275 :CHECKscan Payment | | 0.00 | 4,791.67 | 44,117.66 | R-51203 | |
| 12/1/2018 | Ground Lease Revenue (12/2018) | KMART | 4,791.67 | 0.00 | 48,909.33 | C-63125 | No |
| 12/10/2018 | Chk# 034000702 :CHECKscan Payment | | 0.00 | 4,791.67 | 44,117.66 | R-52312 | |
| 1/1/2019 | Ground Lease Revenue (01/2019) | KMART | 4,791.67 | 0.00 | 48,909.33 | C-64285 | No |
| 1/9/2019 | Chk# 034001099 :CHECKscan Payment | | 0.00 | 4,791.67 | 44,117.66 | R-53339 | |

Page 1 of 1

Handwritten annotations:
- "Revenue Share (mult. years)" pointing to 17,256.13 payment on 9/7/2017
- "2016 Pay 2017 Charge" next to 11/28/2017 Kmart May property Tax charge
- "2016 Pay 2017 Charge" next to 11/28/2017 Kmart Nov property Tax charge
- "2017 Pay 2018 Charge" next to 5/10/2018 Spring 2017 Pay 2018 Property Tax
- "Revenue Share" next to 9/5/2018 3,573.09
- "2017 Pay 2018 Charge" next to 11/5/2018 Fall 2017 pay 2018 Property Tax

Handwritten totals (right side):
- Σ(A) = 28,527.54
- Σ(B) = 34,886.76

owed:
- Σ(B) 34,886.76
- * 9230.90 Fall
- Bal 44,117.66

*2016 Pay 2017 Assessment*

**PORTER COUNTY ASSESSOR**
**JON M. SNYDER**
COUNTY ADMINISTRATION CENTER
155 INDIANA AVENUE • SUITE 211
VALPARAISO, INDIANA 46383-5555

219-465-3460
www.portercountyassessor.com

**NOTICE OF ASSESSMENT OF LAND AND STRUCTURES**

State Form 21366 (R15 / 11-15)  FORM 11

Prescribed by Department of Local Government Finance

Name and Address of property owner    19/19/9382

**********AUTO**SCH 5-DIGIT 46304

Vake Park Development LLC Attn: Daniel D Marchetti
Or Current Owner
1200 Cutting Edge Dr
Chesterton, IN 46304-3554

Legal Description
Par In Sw 7-35-5& Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A(Leased To K-Mart) TIF

Parcel or ID number
64-09-12-476-005.000-004 /

Property address (number and street, city state and ZIP code)
2801 CALUMET AVE
VALPARAISO, IN 46383

This notice indicates the assessed value of your property. Information on the valuation of your property and a copy of the property record card can be obtained from the Assessing Official at the telephone number and address below.

Notice to the taxpayer of the opportunity to appeal (IC 6-1.1-15-1):
If the taxpayer does not agree with the action of the Assessing Official giving this notice, an appeal can be initiated to challenge the action if the taxpayer files a notice for review in writing with the Township Assessor (if any) or the County Assessor not later than forty-five (45) days after the date of this notice of assessment. The written notice for review should include the name of the taxpayer, the address of the property, the key number or the parcel number of the property, the address of the taxpayer (if different from the property address), and the telephone number of the taxpayer. An Assessing Official who receives a notice for review must attempt to hold a preliminary informal meeting with the taxpayer to resolve as many issues as possible. The taxpayer may use a Form 130-Short to file this appeal. This form is available from the Assessing Official or at https://forms.in.gov/Download.aspx?id=6979. An appeal of this assessed value requires evidence relevant to the value of the taxpayer's property as of the assessment date.

| PREVIOUS ASSESSMENT | | NEW ASSESSMENT EFFECTIVE JANUARY 1, 2017 | |
|---|---|---|---|
| LAND | $1,230,400 | LAND | $1,285,200 |
| STRUCTURES/ IMPROVEMENTS* | $0 | STRUCTURES/ IMPROVEMENTS* | $0 |
| TOTAL | $1,230,400 | TOTAL | $1,285,200 |

* The term "Improvements" includes, but is not limited to, buildings, structures, fixtures, and appurtenances. It represents a value added to the value of the land to equal the property's total market value-in-use. It should not be confused with improvements resulting from routine maintenance to the property, such as painting a house.

Reason for revision of assessment
**ANNUAL ADJUSTMENT**

*CC 2801 Calumet (KMart)*

If the change in assessment is due to a new home, a taxpayer should be aware that there are many property tax benefits or deductions available. Please see INDIANA PROPERTY TAX BENEFITS (State Form 51781) available on the DLGF website, www.IN.gov/dlgf. If the real property is reassessed because it has been rehabilitated, a taxpayer may be eligible for rehabilitation deductions - see Form 322A or Form 322/RE. If the non-residential real property is reassessed because it has been rehabilitated, a taxpayer may be eligible for rehabilitation deductions - see Form 322A. Other non-residential construction may be eligible for deductions - see Forms 322/RE and Form 322/VBD.

| County | Township | Date of Notice (month, day, year) |
|---|---|---|
| PORTER | CENTER TOWNSHIP | 7/7/2017 |

| Assessing Official | Telephone Number |
|---|---|
| Jon M. Snyder | (219) 465-3460 |

Address (number and street, city, state ZIP code)
155 Indiana Avenue, Suite 211, Valparaiso, IN 46383

*2016 Pay 2017 Invoice*

Reprinted: 8/2/2017 7:54:05AM

| TAX ID NUMBER | DUPLICATE NUMBER | | PROPERTY TYPE | BILLED MORTGAGE COMPANY |
|---|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2016 Payable 2017 | Real | |
| PARCEL NUMBER | TAXING UNIT NAME | | TOTAL TAX RATE | HOMESTEAD CREDIT % | REPLACEMENT CREDIT RATE |
| 64-09-12-476-005.000-004 | | | 2.8354 | 0.0000 | |

**\*17255068\***

Par In Sw 7-35-5& Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A (Leased To K-Mart) TIF

Section:
Township:
Acres: 9

| | |
|---|---|
| Net Property Tax Spring: | 17,443.38 |
| Delinquent Tax: | 0.00 |
| Delinquent Penalty: | 0.00 |
| Penalty & Fees: | 0.00 |
| Property Tax Adjustments: | 0.00 |
| **Other Assessments** | |
| Current Tax: | 0.00 |
| Delinquent Tax: | 0.00 |
| Delinquent Penalty: | 0.00 |
| Assessment Adjustments: | 0.00 |

Vake Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN 46304-3554

Less Spring Payments: 34,886.76

0017255068    000000000000

**\*Do Not Pay (See Copy B)\***
CREDIT APPLIED TO 2ND INSTALLMENT: **-17,443.38**

---

Reprinted: 8/2/2017 7:54:05AM

| TAX ID NUMBER | DUPLICATE NUMBER | | PROPERTY TYPE | BILLED MORTGAGE COMPANY |
|---|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2016 Payable 2017 | Real | |
| PARCEL NUMBER | TAXING UNIT NAME | | TOTAL TAX RATE | HOMESTEAD CREDIT % | REPLACEMENT CREDIT RATE |
| 64-09-12-476-005.000-004 | | | 2.8354 | 0.0000 | |

**\*17255068\***

Par In Sw 7-35-5& Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A (Leased To K-Mart) TIF

Section:
Township:
Acres: 9

| | |
|---|---|
| Net Property Tax Fall: | 17,443.38 |
| Penalty & Fees: | 0.00 |
| Property Tax Adjustments: | 0.00 |
| **Other Assessments** | |
| Current Tax: | 0.00 |
| Assessment Adjustments: | 0.00 |

Vake Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN 46304-3554

Credit From 1st Installment: 17,443.38

0017255068    000000000000

0.00

---

Reprinted: 8/2/2017 7:54:05AM

| TAX ID NUMBER | DUPLICATE NUMBER | | PROPERTY TYPE | BILLED MORTGAGE COMPANY |
|---|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2016 Payable 2017 | Real | |
| PARCEL NUMBER | TAXING UNIT NAME | | TOTAL TAX RATE | HOMESTEAD CREDIT % | REPLACEMENT CREDIT RATE |
| 64-09-12-476-005.000-004 | | | 2.8354 | 0.0000 | |

**Property Address:** 2801 Calumet Ave, IN 46383

Make Checks Payable To:
PORTER COUNTY TREASURER

Mail Your Payment To:
PORTER COUNTY TREASURER
P.O. BOX 2150
VALPARAISO, IN 46384-2150

| | |
|---|---|
| Total Net Property Tax: | 34,886.76 |
| Delinquent Tax: | 0.00 |
| Delinquent Penalty: | 0.00 |
| Penalty & Fees: | 0.00 |
| Property Tax Adjustments: | 0.00 |
| **Other Assessments** | |
| Current Tax: | 0.00 |
| Delinquent Tax: | 0.00 |
| Delinquent Penalty: | 0.00 |
| Assessment Adjustments: | 0.00 |

Vake Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN 46304-3554

Less Payments Received: 34,886.76

**Current Account Balance:** 0.00

*2017 Pay 2018 Assessment*

STATE FORM 53569 (R13 / 2-18)  
APPROVED BY STATE BOARD OF ACCOUNTS, 2018

TREASURER FORM TS-1A  
PRESCRIBED BY THE DEPARTMENT OF LOCAL GOVERNMENT FINANCE IC 6-1.1-22-8.1

## SPECIAL MESSAGE TO PROPERTY OWNER

Property taxes are constitutionally capped at 1% of property values for homesteads (owner-occupied), 2% for other residential property and farmland, and 3% for all other property. Please note that local government unit annual budget notices are now available online at www.budgetnotices.in.gov.

### TAXPAYER AND PROPERTY INFORMATION

| Taxpayer Name | Address | Date of Notice | Parcel Number | Taxing District |
|---|---|---|---|---|
| Vale Park Development LLC<br>1200 Cutting Edge Dr<br>Attn: Daniel D Marchetti<br>Chesterton IN 46304-3554 | 2801 Calumet Ave<br>Valparaiso IN 46383 | 03/19/2018 | 64-09-12-476-005.000-004 | 004 Valparaiso Corporation -004 |
| Legal Description<br>Par In Sw 7-35-5& Se 12-35-6 Deec Dr282 P2 ex Rd ROW 9.31A(Leased To K-Mart) TIF | Billed Mortgage Company | Duplicate Number<br>17255068 | | Property Type<br>Real |

Spring installment due on or before May 10, 2018 and Fall installment due on or before November 13, 2018.

### TABLE 1: SUMMARY OF YOUR TAXES

| ASSESSED VALUE AND TAX SUMMARY | 2016 Pay 2017 | 2017 Pay 2018 |
|---|---|---|
| 1a. Gross assessed value of homestead property | $0 | $0 |
| 1b. Gross assessed value of other residential property and farmland | $0 | $0 |
| 1c. Gross assessed value of all other property, including personal property | $1,230,400 | $1,285,200 |
| 2. Equals total gross assessed value of property | $1,230,400 | $1,285,200 |
| 2a. Minus deductions (see Table 5 below) | $0 | $0 |
| 3. Equals subtotal of net assessed value of property | $1,230,400 | $1,285,200 |
| 3a. Multiplied by your local tax rate | 2.8354 | 3.0029 |
| 4. Equals gross tax liability (see Table 3 below) | $34,886.76 | $38,593.28 |
| 4a. Minus local property tax credits | $0.00 | $0.00 |
| 4b. Minus savings due to property tax cap (see Table 2 and footnotes below) | $0.00 | $0.00 |
| 4c. Minus savings due to over 65 circuit breaker credit | $0.00 | $0.00 |
| 5. Total property tax liability (see remittance coupon for total amount due) | $34,886.76 | $38,593.28 |

Please see Table 4 for a summary of other charges to this property.

### TABLE 2: PROPERTY TAX CAP INFORMATION

| | | |
|---|---|---|
| Property tax cap (1%, 2%, or 3% depending upon combination of property types)[1] | $36,912.00 | $38,556.00 |
| Upward adjustment due to voter-approved projects and charges (e.g., referendum)[2] | $5,123.39 | $8,002.94 |
| Maximum tax that may be imposed under cap | $42,035.39 | $46,558.94 |

### TABLE 3: GROSS PROPERTY TAX DISTRIBUTION AMOUNTS APPLICABLE TO THIS PROPERTY

| TAXING AUTHORITY | Tax Rate 2017 | Tax Rate 2018 | Tax Amount 2017 | Tax Amount 2018 | Tax Difference 2017-2018 | Percent Difference |
|---|---|---|---|---|---|---|
| CITY/TOWN | 1.2117 | 1.2368 | $14,908.76 | $15,895.36 | $986.60 | 6.62% |
| COUNTY | 0.4385 | 0.4463 | $5,395.30 | $5,735.85 | $340.55 | 6.31% |
| LIBRARY | 0.0675 | 0.0680 | $830.52 | $873.94 | $43.42 | 5.23% |
| SCHOOL | 1.0872 | 1.2192 | $13,376.91 | $15,669.16 | $2,292.25 | 17.14% |
| SPECIAL UNIT | 0.0079 | 0.0079 | $97.20 | $101.53 | $4.33 | 4.45% |
| TOWNSHIP | 0.0226 | 0.0247 | $278.07 | $317.44 | $39.37 | 14.16% |
| | | | | | | |
| TOTAL | 2.8354 | 3.0029 | $34,886.76 | $38,593.28 | $3,706.52 | 10.62% |

### TABLE 4: OTHER CHARGES / ADJUSTMENTS TO THIS PROPERTY

| LEVYING AUTHORITY | 2017 B. Acres | 2017 | 2018 B. Acres | 2018 | % Change |
|---|---|---|---|---|---|
| TOTAL ADJUSTMENTS | | $0.00 | | $0.00 | |

### TABLE 5: DEDUCTIONS APPLICABLE TO THIS PROPERTY

| TYPE OF DEDUCTION | 2017 | 2018 |
|---|---|---|
| TOTAL DEDUCTIONS | $0 | $0 |

1. The property tax cap is calculated separately for each class of property owned by the taxpayer.
2. Charges not subject to the property tax caps include property tax levies approved by voters through a referendum. In Lake County and St. Joseph County, this line also reflects debt obligations incurred prior to the creation of the property tax caps. When added to the base property tax cap amount for your property, this creates the effective tax cap. For more information, see the back of this document.
3. If any circumstances have changed that would make you ineligible for a deduction that you have been granted per Table 5 of this tax bill, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you may be liable for taxes and penalties on the amount deducted.

15713

15713 2/2



*2017 Pay 2018 Invoice*

## SPRING INSTALLMENT - A — PORTER COUNTY 2017 PAY 2018

IF THERE ARE NO PRIOR DELINQUENCIES, A FIVE PERCENT (5%) PENALTY WILL BE ADDED IF THE INSTALLMENT OF THE TAX BILL IS PAID WITHIN THIRTY (30) CALENDAR DAYS AFTER THE DUE DATE. A TEN PERCENT (10%) PENALTY WILL BE ADDED IF AN INSTALLMENT OF THE TAX BILL IS NOT PAID WITHIN THIRTY (30) CALENDAR DAYS AFTER THE DUE DATE OR THERE ARE PRIOR DELINQUENCIES. NOTICE: THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS FOR YOUR 2017 PAY 2018 TAXES. PLEASE NOTE THAT FOR MOBILE HOMES ASSESSED UNDER IC 6-1.1-7, THIS BILL REFLECTS TAXES ASSESSED AND DUE IN 2018.

| DUPLICATE NUMBER | PARCEL NUMBER | LEGAL DESCRIPTION |
|---|---|---|
| 17255068 | 64-09-12-476-005.000-004 | Par In Sw 7-35-5 & Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A (Leased To K-Mart) TIF<br>Acres: 9.31 |

15713**42**G50**0.739**1/2*********AUTO5-DIGIT 46304
VALE PARK DEVELOPMENT LLC
1200 CUTTING EDGE DR
ATTN: DANIEL D MARCHETTI
CHESTERTON IN 46304-3554

Mail Payment To:
Porter County Treasurer
P.O. Box 2150
Valparaiso, IN 46384-2150

**RETURN THIS COUPON WITH SPRING PAYMENT**

Pay This Amount For SPRING Payment. Pay On Or Before May 10, 2018.   **19,296.64**

DELINQUENT AFTER: **05/10/2018**

0017255068   000001929664

---

| DUPLICATE NUMBER | PROPERTY TYPE | LIT 1% Rate | | |
|---|---|---|---|---|
| 17255068 | Real | 12.6389 | | |
| PARCEL NUMBER | TAXING UNIT NAME | | | TOTAL TAX RATE |
| 64-09-12-476-005.000-004 | Valparaiso Corporation -004 | | | 3.0029 |

Property Address: 2801 Calumet Ave Valparaiso IN 46383

LEGAL DESCRIPTION
Par In Sw 7-35-5 & Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A (Leased To K-Mart) TIF

Acres: 9.31

Paperless Notices and Payments
eNoticesOnline & ePay
AUTHORIZATION CODE
POR-MP36YGKF

CC
2801 Calumet
K-Mart

VALE PARK DEVELOPMENT LLC
1200 CUTTING EDGE DR
ATTN: DANIEL D MARCHETTI
CHESTERTON IN 46304-3554

BILL REQUESTED BY AND SENT TO MORTGAGE COMPANY
**NO**

**Delinquent as of 11/14/2017**

**Property Tax**
Delinquent Tax: 0.00
Delinquent Penalty: 0.00

**Other Assessments**
Delinquent Tax: 0.00
Delinquent Penalty: 0.00

**Payments Received**
November 14, 2017 through March 19, 2018:   0.00
** Any delinquent balance after payments are included in PAY THIS AMOUNT FOR SPRING PAYMENT

**2017 pay 2018 Billing**
Penalty & Fees: 0.00
Spring Property Tax: 19,296.64
Spring Other Assessments: 0.00
Fall Property Tax: 19,296.64
Fall Other Assessments: 0.00

**Current Account Balance:  38,593.28**

KEEP FOR YOUR RECORDS

---

## FALL INSTALLMENT - B — PORTER COUNTY 2017 PAY 2018

IF THERE ARE NO PRIOR DELINQUENCIES, A FIVE PERCENT (5%) PENALTY WILL BE ADDED IF THE INSTALLMENT OF THE TAX BILL IS PAID WITHIN THIRTY (30) CALENDAR DAYS AFTER THE DUE DATE. A TEN PERCENT (10%) PENALTY WILL BE ADDED IF AN INSTALLMENT OF THE TAX BILL IS NOT PAID WITHIN THIRTY (30) CALENDAR DAYS AFTER THE DUE DATE OR THERE ARE PRIOR DELINQUENCIES. NOTICE: THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS FOR YOUR 2017 PAY 2018 TAXES. PLEASE NOTE THAT FOR MOBILE HOMES ASSESSED UNDER IC 6-1.1-7, THIS BILL REFLECTS TAXES ASSESSED AND DUE IN 2018.

| DUPLICATE NUMBER | PARCEL NUMBER | LEGAL DESCRIPTION |
|---|---|---|
| 17255068 | 64-09-12-476-005.000-004 | Par In Sw 7-35-5 & Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A (Leased To K-Mart) TIF<br>Acres: 9.31 |

VALE PARK DEVELOPMENT LLC
1200 CUTTING EDGE DR
ATTN: DANIEL D MARCHETTI
CHESTERTON IN 46304-3554

Mail Payment To:
Porter County Treasurer
P.O. Box 2150
Valparaiso, IN 46384-2150

**RETURN THIS COUPON WITH FALL PAYMENT**

Pay This Amount For FALL Payment. Pay On Or Before November 13, 2018.   **19,296.64**

DELINQUENT AFTER: **11/13/2018**

0017255068   000001929664

15713 1/2

*2017 Pay 2018 K Mart Revised Assessment*

STATE FORM 53569 (R13 / 2-18)   Reprinted: 1/22/2019 3:04:46 PM   TREASURER FORM TS-1A
APPROVED BY STATE BOARD OF ACCOUNTS, 2018   PRESCRIBED BY THE DEPARTMENT OF LOCAL GOVERNMENT FINANCE IC 6-1.1-22-8.1

## SPECIAL MESSAGE TO PROPERTY OWNER

Property taxes are constitutionally capped at 1% of property value for homesteads (owner-occupied), 2% for other residential property and farmland, and 3% for all other property. Please note that local government unit annual budget notices are now available online at www.budgetnotices.in.gov.

### TAXPAYER AND PROPERTY INFORMATION

| Taxpayer Name | Address | Date of Notice | Parcel Number | Taxing District |
|---|---|---|---|---|
| Vale Park Development LLC<br>1200 Cutting Edge Dr<br>Attn: Daniel D Marchetti<br>Chesterton IN 46304-3554 | 2801 Calumet Ave<br>Valparaiso IN 46383 | January 22, 2019<br>**Duplicate Number**<br>17255068 | 64-09-12-476-005.000-004<br>**Tax ID Number**<br>64-09-12-476-005.000-004 | 004 Valparaiso Corporation -004 |
| **Legal Description**<br>Par In Sw 7-35-5 & Se 12-35-6 Desc Dr282 P2<br>ex Rd ROW 9.31A (Leased To K-Mart) TIF | Billed Mortgage Company | | | **Property Type**<br>Real |

Spring installment due on or before May 10, 2019 and Fall installment due on or before November 12, 2019.

### TABLE 1: SUMMARY OF YOUR TAXES

| ASSESSED VALUE AND TAX SUMMARY | 2017 Pay 2018 | 2018 Pay 2019 |
|---|---|---|
| 1a. Gross assessed value of homestead property | $0 | $0 |
| 1b. Gross assessed value of other residential property and farmland | $0 | $0 |
| 1c. Gross assessed value of all other property, including personal property | $950,000 | $0 |
| 2. Equals total gross assessed value of property | $950,000 | $0 |
| 2a. Minus deductions (see Table 5 below) | $0 | $0 |
| 3. Equals subtotal of net assessed value of property | $950,000 | $0 |
| 3a. Multiplied by your local tax rate | 3.0029 | 3.0152 |
| 4. Equals gross tax liability (see Table 3 below) | $28,527.54 | $0.00 |
| 4a. Minus local property tax credits | $0.00 | $0.00 |
| 4b. Minus savings due to property tax cap (see Table 2 and footnotes below) | $0.00 | $0.00 |
| 4c. Minus savings due to over 65 circuit breaker credit | $0.00 | $0.00 |
| 5. Total property tax liability (see remittance coupon for total amount due) | $28,527.54 | $0.00 |

Please see Table 4 for a summary of other charges to this property.

### TABLE 2: PROPERTY TAX CAP INFORMATION

| | | |
|---|---|---|
| Property tax cap (1%, 2%, or 3%, depending upon combination of property types) [1] | $28,500.00 | $0.00 |
| Upward adjustment due to voter-approved projects and charges [2] (e.g., referendum) | $5,915.65 | $0.00 |
| Maximum tax that may be imposed under cap | $34,415.65 | $0.00 |

### TABLE 3: GROSS PROPERTY TAX DISTRIBUTION AMOUNTS APPLICABLE TO THIS PROPERTY

| TAXING AUTHORITY | TAX RATE 2018 | TAX RATE 2019 | TAX AMOUNT 2018 | TAX AMOUNT 2019 | TAX DIFFERENCE 2018-2019 | PERCENT DIFFERENCE |
|---|---|---|---|---|---|---|
| CITY/TOWN | 1.2368 | 1.2429 | $11,749.59 | $0.00 | ($11,749.59) | (100.00%) |
| COUNTY | 0.4463 | 0.4500 | $4,239.85 | $0.00 | ($4,239.85) | (100.00%) |
| LIBRARY | 0.0680 | 0.0690 | $646.00 | $0.00 | ($646.00) | (100.00%) |
| SCHOOL | 1.2192 | 1.2199 | $11,582.40 | $0.00 | ($11,582.40) | (100.00%) |
| SPECIAL UNIT | 0.0079 | 0.0080 | $75.05 | $0.00 | ($75.05) | (100.00%) |
| TOWNSHIP | 0.0247 | 0.0254 | $234.65 | $0.00 | ($234.65) | (100.00%) |
| TOTAL | 3.0029 | 3.0152 | $28,527.54 | $0.00 | ($28,527.54) | (100.00%) |

### TABLE 4: OTHER CHARGES / ADJUSTMENTS TO THIS PROPERTY

| LEVYING AUTHORITY | 2018 B. Acres | 2018 | 2019 B. Acres | 2019 | % Change |
|---|---|---|---|---|---|
| TOTAL ADJUSTMENTS | | $0.00 | | $0.00 | |

### TABLE 5: DEDUCTIONS APPLICABLE TO THIS PROPERTY [3]

| TYPE OF DEDUCTION | 2018 | 2019 |
|---|---|---|
| TOTAL DEDUCTIONS | $0 | $0 |

1. The property tax cap is calculated separately for each class of property owned by the taxpayer.

2. Charges not subject to the property tax caps include property tax levies approved by voters through a referendum. In Lake County and St. Joseph County, this line also reflects debt obligations incurred prior to the creation of the property tax caps. When added to the base property tax cap amount for your property, this creates the effective tax cap. For more information, see the back of this document.

3. If any circumstances have changed that would make you ineligible for a deduction that you have been granted per Table 5 of this tax bill, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

*2017 Pay 2018 Kmart Revised Invoice*

Reprinted: 1/22/2019 3:04 PM    LowTaxInfo.com

| TAX ID NUMBER | DUPLICATE NUMBER | | PROPERTY TYPE | | BILLED MORTGAGE COMPANY |
|---|---|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2018 Payable 2019 | Real | | |
| PARCEL NUMBER | TAXING UNIT NAME | | TOTAL TAX RATE | LIT 1% Rate | |
| 64-09-12-476-005.000-004 | Valparaiso Corporation -004 | | n/a | n/a | |



Par In Sw 7-35-5& Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A(Leased To K-Mart) TIF
Acres: 9.31

Net Property Tax Spring: 0.00
Delinquent Tax: 9,230.90
Delinquent Penalty: 461.54
Penalty & Fees: 0.00

Other Assessments
Current Tax: 0.00
Delinquent Tax: 0.00
Delinquent Penalty: 0.00

Vale Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN  46304-3554

Less Spring Payments: 10,153.99

0017255068    000000000000

**\* Do Not Pay \***
CREDIT APPLIED TO 2ND INSTALLMENT          **-461.55**

---

Printed: 1/22/2019 3:04 PM    LowTaxInfo.com

| TAX ID NUMBER | DUPLICATE NUMBER | | PROPERTY TYPE | | BILLED MORTGAGE COMPANY |
|---|---|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2018 Payable 2019 | Real | | |
| PARCEL NUMBER | TAXING UNIT NAME | | TOTAL TAX RATE | LIT 1% Rate | |
| 64-09-12-476-005.000-004 | Valparaiso Corporation -004 | | n/a | n/a | |



Par In Sw 7-35-5& Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A(Leased To K-Mart) TIF
Acres: 9.31

Net Property Tax Fall: 0.00
Penalty & Fees: 0.00

Other Assessments
Current Tax: 0.00

Vale Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN  46304-3554

Less Fall Payments: 0.00

0017255068    000000000000

**Amount Due By 11/12/2019:    0.00**

---

Printed: 1/22/2019 3:04 PM    LowTaxInfo.com

| TAX ID NUMBER | DUPLICATE NUMBER | | PROPERTY TYPE | | BILLED MORTGAGE COMPANY |
|---|---|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2018 Payable 2019 | Real | | |
| PARCEL NUMBER | TAXING UNIT NAME | | TOTAL TAX RATE | LIT 1% Rate | |
| 64-09-12-476-005.000-004 | Valparaiso Corporation -004 | | n/a | n/a | |

Property Address:  2801 Calumet Ave, Valparaiso IN 46383

Total Net Property Tax: 0.00
Delinquent Tax: 9,230.90
Delinquent Penalty: 461.54
Penalty & Fees: 0.00

Other Assessments
Current Tax: 0.00
Delinquent Tax: 0.00
Delinquent Penalty: 0.00

Vale Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN  46304-3554

Less Payments Received: 10,153.99

**Current Account Balance:    -461.55**

A-1D Escrow Statement

**Vets Park Development, LLC - Escrow Reserves:**

| | Deposits (all) | Deposits - Taxes | Deposits - Insurance | Deposits - Title/Survey Condition Funds | Deposit - Vacant Land Sale | Payments (all) | Payments - Taxes | Payments - Insurance | Payments - Title/Survey Condition Funds | Payments - Vacant Land Sale | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Initial escrow deposit at funding (2.26.2016): | $ 8,227,579.82 | $ 89,747.82 | $ 2,832.00 | $ 8,135,000.00 | | | | | | | |
| A10 Disbursement 3.2.2016: | | | | | | $ 8,135,000.00 | | | $ 8,135,000.00 | | |
| Monthly Impounds Due 4.1.2016: | 8,158.89 | 8,158.89 | - | - | | $ - | | | | | |
| Monthly Impounds Due 5.1.2016: | 8,158.89 | 8,158.89 | - | - | | $ - | | | | | |
| A10 Disbursement 5.10.2016: Taxes | | | | | | $ 92,736.17 | 92,736.17 | | | | |
| Monthly Impounds Due 6.1.2016: | 8,158.89 | 8,158.89 | | | | $ - | | | | | |
| Monthly Impounds Due 7.1.2016: | 8,158.89 | 8,158.89 | | | | $ - | | | | | |
| Monthly Impounds Due 8.1.2016: | 8,158.89 | 8,158.89 | | | | $ - | | | | | |
| Monthly Impounds Due 9.1.2016: | 8,158.89 | 8,158.89 | | | | $ - | | | | | |
| Monthly Impounds Due 10.1.2016: | 8,158.89 | 8,158.89 | | | | $ - | | | | | |
| Monthly Impounds Due 11.1.2016: | 8,158.89 | 8,158.89 | - | - | | $ - | | | | | |
| A10 Deposit 11.7.2016: Tax Shortfall from Borrower | 85,030.38 | 85,030.38 | | | | | | | | | |
| A10 Disbursement 11.7.2016: Taxes | | | | | | $ 70,387.23 | 70,387.23 | | | | |
| Monthly Impounds Due 12.1.2016: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 1.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 2.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 3.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 4.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| A10 Disbursement 4.26.2017: Taxes | | | | | | $ 87,503.88 | 87,503.88 | | | | |
| Monthly Impounds Due 5.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Escrow Deposit 5.5.2017: Vacant Land Sale Deposit | 128,627.22 | | | | Ⓐ 128,627.22 | | | | | | |
| Monthly Impounds Due 6.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 7.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 8.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 9.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 10.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| A10 Disbursement 10.19.2017: Taxes | | | | | | $ 69,980.50 | 69,980.50 | | | | |
| Monthly Impounds Due 11.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 12.1.2017: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Monthly Impounds Due 1.1.2018: | 8,158.89 | 8,158.89 | - | - | | | | | | | |
| Escrow Deposit 1.26.2018: Vacant Land Sale Deposit | 68,958.35 | | | | Ⓑ 68,958.35 | | | | | | |
| Monthly Impounds Due 2.1.2018: | 8,158.89 | 8,158.89 | - | - | | | | | | | |
| Monthly Impounds Due 3.1.2018: | 8,158.89 | 8,158.89 | - | - | | | | | | | |
| Escrow Deposit 3.12.2018: Vacant Land Sale Deposit | 384,196.87 | | | | 384,196.87 | | | | | | |
| Monthly Impounds Due 4.1.2018: | 8,158.89 | 8,158.89 | | | | | | | | | |
| Escrow Deposit 4.30.2018: Tax Shortfall from Borrower | 82,981.24 | 82,981.24 | | | | | | | | | |
| Monthly Impounds Due 5.1.2018: | 8,158.89 | 8,158.89 | - | - | | | | | | | |
| A10 Disbursement 5.1.2018: Taxes | | | | | | $ 94,069.26 | 94,069.26 | | | | |
| **Subtotals:** | **$ 9,189,505.02** | **$ 469,890.58** | **$ 2,832.00** | **$ 8,135,000.00** | **$ 581,782.44** | **$ 8,549,697.06** | **$ 414,697.06** | **-** | **$ 8,135,000.00** | **-** | |
| **Total Funds in Escrow:** | **$ 639,807.96** | **$ 55,193.52** | **$ 2,832.00** | **-** | **$ 581,782.44** | | | | | | |

**Payable 2017 Receipt for Real Property**                                                                                      **Receipt Number: 2212602**

Porter County
Tax ID Nbr:      64-09-12-476-005.000-004
Parcel Nbr:      64-09-12-476-005.000-004
Duplicate Nbr:   17255068

Transaction Date: 05/03/2017
Business Date:    05/03/2017
Entry Date/Time:  05/03/2017 10:37 AM

Entry User: trpart1
Drawer:     2
Pay Period: Spring

**Billed To Name / Address**

Vake Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN  46304-3554

**Legal Description**

Par In Sw 7-35-5& Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A(Leased To K-Mart) TIF

**Property Address**

2801 Calumet Ave
Valparaiso IN  46383

**Assessed Value**

|                 | Homestead | Gross     |
|-----------------|-----------|-----------|
| Land Value:     | 0         | 1,230,400 |
| Improvements:   | 0         | 0         |
| Less Exempt/Ded:|           | 0         |
| Net Assd Value: |           | 1,230,400 |

Pay Method: Check 112800-8    Receipt Amount:    17,443.38

Reprinted by Elainem on 01/22/2019 3:12 PM


Source Bank

Login: EMccafferty   User Name: l

Pending Approval | Approved | Deleted | Processed | Returned | Settlements | Remittance

Home
Capture
Approval
Transactions
Batch Status
Reports
Payment Export

Maintenance
Documentation

## Processed Items

### Item Details

**1st Source LB - Office - Porter County Treasurer**

| | |
|---|---|
| Batch | 65592273, 2-3 May 3 2017 1:00PM EST |
| Account | ****1618, Porter County Treasurer |
| Scanned By | MClancy |
| Approved By | MClancy |
| Payment Status | Processed |
| Amount | 87,503.88 |



Tuesday, Jan 22, 2019 03:31 PM

**Payable 2017 Receipt for Real Property**
Porter County

Receipt Number: 2241161

| | |
|---|---|
| Tax ID Nbr: | 64-09-12-476-005.000-004 |
| Parcel Nbr: | 64-09-12-476-005.000-004 |
| Duplicate Nbr: | 17255068 |

Transaction Date: 05/10/2017
Business Date: 05/11/2017
Entry Date/Time: 05/11/2017 9:05 AM

Entry User: lrpart1
Drawer: 2
Pay Period: Spring

**Billed To Name / Address**
Vake Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN 46304-3554

**Legal Description**
Par In Sw 7-35-5& Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A(Leased To K-Mart) TIF

**Property Address**
2801 Calumet Ave
Valparaiso IN 46383

**Assessed Value**

| | Homestead | Gross |
|---|---|---|
| Land Value: | 0 | 1,230,400 |
| Improvements: | 0 | 0 |
| Less Exempt/Ded: | | 0 |
| Net Assd Value: | | 1,230,400 |

Pay Method: Check 130910464    Receipt Amount: 17,443.39

Reprinted by Elainem on 01/22/2019 3:11 PM



PATI  Michelle Log in  Treasurer News

# 1st Source Bank

Login: EMc

Pending Approval | Approved | Deleted | Processed | Returned | Settlements | Remittance

Home
Capture
Approval
Transactions
Batch Status
Reports
Payment Export

Maintenance
Documentation

## Processed Items
### Item Details

**1st Source LB - Office - Porter County Treasurer**

Batch          65882508, Katie1 May 11 2017 1:24PM EST
Account        ****1618, Porter County Treasurer
Scanned By     EMccafferty
Approved By    EMccafferty
Payment Status Processed
Amount         17,443.38

---

SEARS HOLDINGS MANAGEMENT CORPORATION     Bank of America     64-1278/611
                                                              CHECK NUMBER: 130910464

PAY: SEVENTEEN THOUSAND FOUR HUNDRED FORTY-THREE AND 38/100 DOLLARS

VOID AFTER 6 MONTHS

TO THE ORDER OF  PORTER COUNTY TREASURER
                PO BOX 2150
                VALPARAISO IN 46384

CHECK DATE    05/05/2017
CHECK AMOUNT  $17,443.38

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑈130910464⑈  ⑆061112788⑆ 3359990986⑈

---

Return to search results     View Back of Check

Tuesday, Jan 22, 2019  03:31 PM