Paul J. Hooten, PJH9510  
PAUL J. HOOTEN & ASSOCIATES  
5505 Nesconset Highway, Suite 203  
Mt. Sinai, NY 11766  
(631) 331-0547  
*Local Counsel for Accertify, Inc.*

Hearing Date and Time:  
February 4, 2019 at 10:00am

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, et al., : | |
| : | CASE NO. 18-23538-rdd |
| Debtors. : | (Jointly Administered) |
| : | |

**ACCERTIFY, INC.'S OBJECTION TO DEBTOR'S NOTICE OF CURE**
**COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**IN CONNECTION WITH GLOBAL SALE TRANSACTION**

Accertify, Inc. ("Accertify"), by and through its counsel, hereby submits its Objection to the Debtor's Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction (the "Cure Notice") and represents as follows:

1.  On October 15, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2.  Sears Holdings Management Corporation entered into certain pre-petition contracts with Accertify through which Accertify has continued to provide Sears Holdings Management Corporation with hosted third-party software services (the "Services Contracts").

3.  On January 18, 2019, the Debtor filed the Cure Notice which included the Debtor's calculation of the alleged proposed cure amount due to Accertify. The Debtor has calculated this amount as $192,031.00 (the "Proposed Cure Amount").

4. Accertify objects to the Proposed Cure Amount as it does not accurately reflect the amount due to Accertify and fails to cure the existing default under the Services Contracts. According to the books and records of Accertify to date of this Objection, the actual amount required to cure any and all defaults is $321,352.84 (the "Actual Cure Amount").

5. In the event the Debtor intends to assume the Services Contracts, the Debtor must remit the Actual Cure Amount to Accertify pursuant to 11 U.S.C. § 365(b)(1)(A).

WHEREFORE, Accertify, Inc. requests that the Debtor amend the cure amount to $321,352.84 and for any such further relief as the Court may deem appropriate.

Respectfully submitted,
Attorneys for Accertify, Inc.

Dated: January 25, 2019

By: /s/ Paul J. Hooten
Paul J. Hooten (PJH9510)
PAUL J. HOOTEN & ASSOCIATES
5505 Nesconset Highway, Suite 203
Mt. Sinai, NY 11766
Telephone: (631) 331-0547
Facsimile: (631) 331-2627

| | |
|---|---|
| Paul J. Hooten, PJH9510 | Hearing Date and Time: |
| PAUL J. HOOTEN & ASSOCIATES | February 4, 2019 at 10:00am |
| 5505 Nesconset Highway, Suite 203 | |
| Mt. Sinai, NY 11766 | |
| (631) 331-0547 | |
| *Local Counsel for Accertify, Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, et al., | : | |
| | : | CASE NO. 18-23538-rdd |
| Debtors. | : | (Jointly Administered) |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 25th day of January, 2019, I served or caused to be served, electronically and/or by first class United States mail, postage prepaid true and correct copies of Accertify, Inc.'s Objection to the Debtor's Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction upon the Objection Recipients listed below:

**Bid Notice Parties:**

The Debtors
Rob Riecker rob.riecker@searshc.com
Luke Valentino luke.valentino@searshc.com
Mohsin Meghji mmeghji@miiipartners.com

Counsel to the Debtors
Ray C. Schrock, Esquire ray.schrock@weil.com
Jacqueline Marcus, Esquire jacqueline.marcus@weil.com
Garrett A. Fail, Esquire garrett.fail@weil.com
Sunny Singh, Esquire sunny.singh@weil.com

The Debtors' investment banker
Brandon Aebersold and Levi Quaintance project.blue.rx@lazard.com

**Consultation Parties:**

Bank of America, N.A.
Paul Leake, Esquire Paul.Leake@skadden.com

Shana Elberg, Esquire Shana.Elberg@skadden.com
George Howard, Esquire George.Howard@skadden.com

Wells Fargo Bank, National Association
Kevin J. Simard, Esquire ksimard@choate.com
Jonathan D. Marshall, Esquire jmarshall@choate.com

Creditors' Committee
Ira S. Dizengoff, Esquire idizengoff@akingump.com
Philip C. Dublin, Esquire pdublin@akingump.com
Abid Qureshi, Esquire aqureshi@akingump.com
Sara L. Brauner, Esquire sbrauner@akingump.com

**Buyer:**

Kunal S. Kamlani kunal@eslinvest.com
Harold Talisman harold@eslinvest.com

By: */s/ Paul J. Hooten*
Paul J. Hooten, PJH9510
PAUL J. HOOTEN & ASSOCIATES
*Local Counsel Accertify, Inc.*