# EXHIBIT A

## SCHEDULE TO OBJECTION OF COLONIAL PROPERTIES, LLC TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION [ECF 1731]

| | |
|---|---:|
| Rent - June 1, 2018 - September 31, 2018 | $187,500.00 |
| Rent - December 2018 | 46,875.00 |
| Rent - January 2019 | 46,875.00 |
| Deferred Maintenance | To Be Determined |
| TOTAL | $281,250.00* |

\* Plus Deferred Maintenance, rent, attorneys' fees and other charges (including cleanup expenses incurred following conclusion of the proposed sale, if any) and other charges as set forth in ¶¶ 11 and 18 of the Objection, that may accrue during the pendency of these bankruptcy cases.

832227