FOX ROTHSCHILD LLP
Paul J. Labov
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900

FOX ROTHSCHILD LLP
Maria A. Milano
1001 4th Ave. Suite 4500
Seattle, WA  98154
(206) 624-3600

*Attorneys for LinkedIn Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket No. 1731 |

------------------------------------------------------x

# CURE OBJECTION BY LINKEDIN

LinkedIn Corporation ("LinkedIn"), by and through its undersigned counsel, objects to the cure amount proposed in the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (Docket No. 1731) ("Notice") as follows:

1. In the Notice, Debtors propose to assume and assign executory contracts between Sears Holdings Management Corporation and LinkedIn in connection with its potential Sale Transaction.

86404614.v3

2. The Notice identifies the following as the LinkedIn contracts proposed to be assumed by the Successful Bidder as part of the Sale Transaction:

| No | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Executed Date | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|---|
| 4426 | Sears Holdings Management Corporation | LinkedIn | THCS-LinkedIn Corporation-LinkedIn Corporation Subscription Agreement-2008 | 4/1/2008 | 2/28/2019 | SHCLCW3535 | $124,466.00 |
| 4427 | Sears Holdings Management Corporation | LinkedIn | LinkedIn 2018 Order Form to Corporate Subscription Agreement | 3/1/2018 | 2/28/2019 | CW2335071 | $0.00 |

(Docket No. 1731, at page 192 of 342)

3. LinkedIn and Sears Holdings Management Corporation are parties to a LinkedIn Subscription Agreement and Contracts CS2221167-16 (*See* Exhibit A) and CS4446328-18 (*See* Exhibit B) (collectively, the "Licenses").

4. The Licenses are the contractual vehicles through which Debtor obtained licenses/subscriptions for LinkedIn's online services. The Licenses are executory contracts for the non-exclusive license of intellectual property and payment of royalties of the type described by Section 365(n), and payments due under the Licenses constitute royalties. *In re Prize Frize*, 32 F.3d 426 (9th Cir. 1994).

5. Any licenses that Debtors have to LinkedIn online services are licenses of copyrighted materials and, therefore, may not be assumed or assigned without LinkedIn's consent. *See In re Catapult Entertainment*, 165 F.3d 747 (9th Cir. 1999) (since federal patent law excused non-debtor licensor from rendering performance, debtor could not assume or assign the non-exclusive patent license without the non-debtor's licensor's consent). The analysis of the court in *In re Catapult* holds true for non-exclusive copyright licenses. *See In re Access Beyond Technologies, Inc.*, 237 B.R. 32, 48, 49 (Bankr. D. Del. 1999) (citing *In re West Elec., Inc.*, 852 F.2d 79 (3d Cir. 1988)); *In re Patient Educ. Media*, 210

B.R. 237, 243 (Bankr. S.D.N.Y. 1997) (holding that debtor could not assume and assign nonexclusive license without copyright owner's consent).  LinkedIn objects to the extent that Debtor may propose assuming or assigning the licenses without LinkedIn's consent.

6. The cure amount for the Licenses is **$278,099.17**, as set forth in the following invoices:

| Exhibit | Invoice No. | Contract No. | Invoice Date | Due Date | Amount |
|---|---|---|---|---|---|
| C | 10110443124 | CS4446328-18 | 4/23/2018 | 6/22/2018 | $12,246.26 |
| D | 10110549568 | CS2221167-16 | 9/2/2018 | 11/1/2018 | $124,466.25 |
| E | 10110549625 | CS4446328-18 | 9/2/2018 | 11/1/2018 | $8,460.21 |
| F | 10110619425 | CS2221167-16 | 12/3/2018 | 2/1/2019 | $124,466.25 |
| G | 10110619488 | CS4446328-18 | 12/3/2018 | 2/1/2019 | $8,460.20 |
|  |  |  |  | **TOTAL:** | **$278,099.17** |

7. LinkedIn reserves the right to withdraw this cure objection or revise the stated cure amount pending further investigation.  Depending on the timing of actual assumption and cure, the amount owed may increase for unpaid post-petition use of LinkedIn's products.

WHEREFORE, LinkedIn objects and states that the Cure Amount for the Licenses is **$278,099.17**.

DATED January 25, 2019.

        /s/ Paul J. Labov
Paul J. Labov
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7980
Facsimile: (212) 656-8920
Email: plabov@foxrothschild.com

AND

/s/ Maria A. Milano
Maria A. Milano
Washington State Bar No. 29499
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: mamilano@foxrothschild.com

Attorneys for LinkedIn Corporation

86404614.v3