# Exhibit "A"

DocuSign Envelope ID: 669E8609-CEF1-4F61-ACD4-F9D6279966A2



LinkedIn
1000 West Maude Avenue
Sunnyvale, CA 94085
Phone: 650.687.3600
Fax: 1.650.429.2122
www.linkedin.com

Pricing Valid Through: February 28, 2018

Proposed by:
Casey Bailey
cbailey@linkedin.com

**CONTRACT CONTACT: Jim Cavnar**

## Sold to Customer Sears Holdings Management Corporation

**BILL TO:**
**Bill To Doing Business As:**

| | |
|---|---|
| Contact: | Chris Goodrich |
| | Sears Holdings Management Corporation |
| | 3333 Beverly Rd |
| Address: | |
| City/State/Zip: | Hoffman Estates    IL    60179-0001 |
| Country: | United States |
| Email: | Christopher.goodrich@searshc.com |
| Phone: | (847) 286-4301 |

**Please review the below Billing details and edit if necessary.**

By initialing here, I agree that the Billing details are current and accurate. _____

**SHIP TO:** Sears Holdings Management Corporation

**Ship To Doing Business As:**
3333 Beverly Rd

Hoffman Estates, IL 60179-0001
United States

**ORDER INFORMATION**

| | |
|---|---|
| Contract #: | CS2221167-16 |
| Billing Period: | Quarterly |
| Billing Method: | Invoice |
| Billing Instructions: | |

**For Internal Only:**

| | |
|---|---|
| Master Agreement (LSA): | Sears Holdings Management Corporation - 13 Recruiter |
| Type: | Renewal |
| Rep Region: | LTS-NA-US-CEN0-CORP-ENT-RM-KAM |
| Agency Name: | |
| Currency: | USD |

Contract Start Date*: March 1, 2018
Contract End Date: February 28, 2019
*"The start date of the services on this Order Form will be the later of the Contract Start Date or the date that the Order Form is fully executed"

| Product Order Description | Qty | Term (Months) | Notes | Unit List Price | Sales Price | Total |
|---|---|---|---|---|---|---|
| Product Name: Career Pages - Multinational: Basic<br>Product SKU: LCPMBL0XX-1601<br>Product Description: Custom content on LinkedIn company profile page. Includes: preferred placement on company page for custom content, careers tab, customizable modules on the careers tab. 12-month package includes USD 27K traffic driver budget (~900K impressions), 5 views, enhanced analytics All Career page "traffic driver" ad impressions launch within 90 days from the contract start date using social ad units and targeting generated by LinkedIn. | 1 | 12 | | $35,000.00 | $35,000.00 | $35,000.00 |
| Product Name: Recruiter - Corporate<br>Product SKU: RCORPR000-1601<br>Product Description: LinkedIn Recruiter account with team collaboration, auditing, and unparalleled network search capabilities. Includes at least 150 InMails/month per license as well as basic training and support. | 40 | 12 | | $8,740.00 | $8,740.00 | $349,600.00 |
| Product Name: Job Slots<br>Product SKU: JOBSLR000-1601<br>Product Description: Reserved annual job posting with ability to change, update, remove on demand. | 119 | 12 | | $935.00 | $935.00 | $111,265.00 |
| Product Name: Administrator Dashboard Manager<br>Product SKU: ADMINSEAT<br>Product Description: Only to be used for provisioning and managing user accounts. | 1 | 12 | | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | **SUB TOTAL** | | $497,865.00 |
| | | | | **ESTIMATED TAX*** | | $0.00 |
| | | | | **ESTIMATED ORDER TOTAL** | | $497,865.00 |

DocuSign Envelope ID: 669E8609-CEF1-4F61-ACD4-F9D6279986A2

| PURCHASE ORDER INFORMATION | TAX INFORMATION |
|---|---|
| Our records **INDICATE** that a Purchase Order Number is required for this order.<br><br>Please enter PO Number:<br><br>By initialing here, I confirm that the Purchase Order number (PO#) **ABOVE** is current and accurate. If a PO# is not available or no longer required, please initial here, submit the DocuSign without a PO#, and inform your Sales Representative via **EMAIL** of this change. | Check here if your company is tax exempt:<br>*Please attach any/all exemption certifications or email documentation to taxinquiry@linkedin.com.*<br><br>Your order will be taxed using the applicable tax rate for your shipping address. The tax listed on your order form is only an estimate and is calculated on the net price. Your invoice will reflect the final total taxes in effect at the time of invoicing and may differ from the amount listed on this order form.<br><br>For customers located in AZ, CO, CT, FL, HI, IL, IN, MA, MN, NE, NM, NJ, NY, NC, OH, PA, TN, TX, UT, VT, WA and WI, LinkedIn may be required to charge sales tax on your order pursuant to certain state and local sales tax laws. Any applicable sales tax charges will appear separately on your final invoice. For customers located in other states, your state and/or local government may require you to report your purchase and pay appropriate sales and/or use tax amounts to them directly. |

**PAYMENT OPTIONS**

- Customer Payment Terms: 60 Days
- USA Customers:  Check, Credit Card, or Bank Wire Transfer
- Non-US Customers:  Credit Card or Bank Wire Transfer only

**TERMS**

- Services provided under this Order Form are governed by the LinkedIn Subscription Agreement between the parties ("LSA") and the LinkedIn Service-Specific Terms available at https://legal.linkedin.com/service-specific-terms ("Service Terms"), the terms of which are incorporated into this Order Form.
- Except as provided in the LSA, Services purchased under this Order Form are non-cancelable and non-refundable.
- Future orders will be at list price (including any applicable volume based discounts) at the time of purchase.
- Customer will maintain complete and accurate billing and contact information with LinkedIn and will notify LinkedIn of any inaccuracies on an invoice within the time period set forth in the Payment Terms section above.
- If and to the extent Customer provides to LinkedIn any personal data of European Union residents in connection with its use of the Services (not including data provided by members to LinkedIn), LinkedIn and Customer will comply with the applicable Standard Contractual Clauses available at https://business.linkedin.com/c/15/10/eu-scc, the terms of which are incorporated by reference into this Order Form.
- Add-on orders must co-term with the originating order.

| CUSTOMER (or APPROVED AGENCY) | | LinkedIn Corporation | |
|---|---|---|---|
| Signature: | *James Cavnar* | Signature: | *Marshia Escobar* |
| Name: | James Cavnar | Name: | Marshia Escobar |
| Title: | DVP, Talent Acquisition | Title: | Senior Manager, Revenue Recognition |
| Date: | 2/5/2018 | Date: | January 24, 2018 |

I hereby represent that I am an authorized signatory and have read and agreed to the terms of this Order Form.