# Exhibit "B"

**LinkedIn**
1000 West Maude Avenue
Sunnyvale, CA 94085
Phone: 650.687.3600
Fax: 1.650.429.2122
www.linkedin.com

Pricing Valid Through: May 31, 2018

Proposed by:
Casey Bailey
cbailey@linkedin.com

**CONTRACT CONTACT: Chris Goodrich**

### Sold to Customer Sears Holdings Management Corporation

| | | ORDER INFORMATION | |
|---|---|---|---|
| BILL TO: | Please review the below Billing details and edit if necessary. | | |
| Bill To Doing Business As: | | | |
| Contact: | Chris Goodrich | Contract #: | CS4446328-18 |
| | Sears Holdings Management Corporation | | |
| Address: | 3333 Beverly Rd | Billing Period: | Quarterly |
| | | Billing Method: | Invoice |
| | | Billing Instructions: | |
| City/State/Zip: | Hoffman Estates    IL    60179-0001 | | |
| Country: | United States | For Internal Only: | |
| Email: | christopher.goodrich@searshc.com | | |
| Phone: | (847) 286-4301 | Type: | Add-On |
| By initialing here, I agree that the Billing details are current and accurate. _CG_ | | Rep Region: | LTS-NA-US-CEN0-CORP-ENT-RM-KAM |
| | | Agency Name: | |
| SHIP TO: Sears Holdings Management Corporation | | Currency: | USD |
| Ship To Doing Business As: | | | |
| 3333 Beverly Rd | | | |
| | | Contract Start Date*: April 23, 2018 | |
| Hoffman Estates, IL 60179-0001 | | Contract End Date: February 28, 2019 | |
| United States | | **The start date of the services on this Order Form will be the later of the Contract Start Date or the date that the Order Form is fully executed* | |

| Product Order Description | Qty | Term (Months) | Notes | Unit List Price | Sales Price | Total |
|---|---|---|---|---|---|---|
| Product Name: Career Pages - Multinational: Basic<br>Product SKU: LCPMBLXX-1601<br>Product Description: Custom content on LinkedIn company profile page. Includes: preferred placement on company page for custom content, careers tab, customizable modules on the careers tab. 12-month package includes USD 27K traffic driver budget (~900K impressions), 5 views, enhanced analytics All Career page "traffic driver" ad impressions launch within 90 days from the contract start date using social ad units and targeting generated by LinkedIn. | 1 | 10 | | $35,000.00 | $29,166.67 | $29,166.67 |
| | | | | | SUB TOTAL | $29,166.67 |
| | | | | | ESTIMATED TAX* | $0.00 |
| | | | | | ESTIMATED ORDER TOTAL | $29,166.67 |

### PURCHASE ORDER INFORMATION
Our records **INDICATE** that a Purchase Order Number may NOT be required for this order.

If a Purchase Order IS required, please enter the PO Number: _____

By initialing here, I confirm that a Purchase Order number is **NOT** required, or if a Purchase Order Number is listed **ABOVE**, I confirm that it is current and accurate. _____

### PAYMENT OPTIONS
- Customer Payment Terms: 60 Days
- US and Canada Customers: Check, Credit Card, or Bank Wire Transfer
- Non US Customers: Credit Card or Bank Wire Transfer only

### TAX INFORMATION
Check here if your company is tax exempt: ☐
*Please attach any/all exemption certifications or email documentation to taxinquiry@linkedin.com.*

Your order will be taxed using the applicable tax rate for your shipping address. The tax listed on your order form is only an estimate and is calculated on the net price. Your invoice will reflect the final total taxes in effect at the time of invoicing and may differ from the amount listed on this order form.

For customers located in AZ, CO, CT, FL, HI, IL, IN, MA, MN, NE, NM, NJ, NY, NC, OH, PA, TN, TX, UT, VT, WA and WI, LinkedIn may be required to charge sales tax on your order pursuant to certain state and local sales tax laws. Any applicable sales tax charges will appear separately on your final invoice. For customers located in other states, your state and/or local government may require you to report your purchase and pay appropriate sales and/or use tax amounts to them directly.

LinkedIn Confidential and Proprietary
Rev. September 2016

1

**TERMS**

- LinkedIn Services provided under this Order Form are governed by the LinkedIn Subscription Agreement between the parties ("LSA"), the terms of which are incorporated into this Order Form. The Service Terms available at https://legal.linkedin.com/service-specific-terms apply to Customer to the extent the specific Service is included in this Order Form, the terms of which are incorporated into the Order Form.
- Except as provided in the LSA, Services purchased under this Order Form are non-cancelable and non-refundable.
- Future orders will be at list price (including any applicable volume based discounts) at the time of purchase.
- Customer will maintain complete and accurate billing and contact information with LinkedIn and will notify LinkedIn of any inaccuracies on an invoice within the time period set forth in the Payments Terms section above.
- Add on orders must co-term with the originating order.

I HEREBY REPRESENT THAT: (i) I AM AN AUTHORIZED SIGNATORY FOR CUSTOMER; (ii) I HAVE READ AND AGREED TO THE TERMS OF THIS ORDER FORM; AND (iii) BY SIGNING THIS ORDER FORM, I AM ENTERING INTO A LEGALLY BINDING CONTRACT.

| CUSTOMER (or APPROVED AGENCY) | | LinkedIn Corporation | |
|---|---|---|---|
| Signature: | *[signature]* | Signature: | *[signature] Marshia Escobar* |
| Name: | JOSHUA N. RIFF | Name: | Marshia Escobar |
| Title: | HEAD OF MARKETING, SYW | Title: | Senior Manager, Revenue Recognition |
| Date: | 4/23/2018 | Date: | April 23, 2018 |