# Exhibit "C"



**LinkedIn Corporation**
FEIN: 47-0912023

# Invoice

Invoice Number: 10110443124

| | |
|---|---|
| **Balance Due** | **: USD 12,246.26** |
| Due Date | : 22-JUN-2018 |
| Invoice Date | : 23-APR-18 |
| Payment Terms | : NET 60 |
| PO Number or I/O Number | : |
| Advertiser Campaign | : |
| Contract Contact | : |
| Currency | : USD |
| Payment Method | : Invoice |

**Bill To:**
Sears Holdings Management Corporation
3333 Beverly Rd
Hoffman Estates  IL 60179-0001
United States
Attn: Accounts Payable

**Ship To:**
Sears Holdings
Management Corporation
3333 Beverly Rd
Hoffman Estates  IL 60179-0001
United States

## Invoice Details

| Order Number | CS4446328-18 | **Billing Frequency** Quarterly | | Next Invoice Date | 01-SEP-18 | |
|---|---|---|---|---|---|---|

| Line | Description | Order Line Amount | Qty | Unit Price | Billed Amount | Tax Amount |
|---|---|---|---|---|---|---|
| 1 | Career Pages - Multinational: Basic   : 1 of 3<br>Billing Period From 04/23/2018 To 08/31/2018 | 29,166.67 | 1 | 12,246.26 | 12,246.26 | 0.00<br>0.00% |

| | | |
|---|---|---|
| **Special Instructions** | Total | 12,246.26 |
| | Sales Tax | 0.00 |
| | Amount Paid | 0.00 |
| | **Balance Due** | **12,246.26** |

Questions? Please contact us at http://lnkd.in/billinghelp

**Payment Instructions**

Please reference invoice number(s) with your payment.

**Pay via wire transfer/ACH**
Bank of America, NA
315 Montgomery St, 13th Fl
San Francisco, CA 94104

Account #: 1499813713
Account Name: LinkedIn Corporation
ABA/ROUTING: 026009593
ACH Routing: 121000358
SWIFT CODE: BOFAUS3N

**Pay by Check**
LinkedIn Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622
United States

For ACH Payments, include the remittance advice identifier segment RMR*IV, your invoice number and payment amount. For example RMR*IV*3951653**179529.68*

For Wire payments, include the reference tag *INV?* and invoice numbers.
For example, INV?3951653

In all other cases, send remittance advice to
ar-receipts@linkedin.com

LinkedIn Corporation  1000 West Maude Ave  Sunnyvale, CA 94085 United States   (Note: Please do not remit to this address)