# Exhibit "D"



**LinkedIn Corporation**
FEIN: 47-0912023

# Invoice

Invoice Number: 10110549568

**Balance Due  : USD  124,466.25**
Due Date         : 01-NOV-2018

| | |
|---|---|
| Invoice Date | : 02-SEP-18 |
| Payment Terms | : NET 60 |
| PO Number or I/O Number | : |
| Advertiser Campaign | : |
| Contract Contact | : Kornak, Martha |
| Currency | : USD |
| Payment Method | : Invoice |

**Bill To:**
Sears Holdings Management Corporation
3333 Beverly Rd
Hoffman Estates  IL 60179-0001
United States
Attn: Accounts Payable
Customer Number : 96667

**Ship To:**
Sears Holdings
Management Corporation
3333 Beverly Rd
Hoffman Estates  IL 60179-0001
United States
Customer Number : 96667

## Invoice Details

Order Number   CS2221167-16        Billing Frequency  Quarterly                Next Invoice Date   01-DEC-18

| Line | Description | Order Line Amount | Qty | Unit Price | Billed Amount | Tax Amount |
|---|---|---|---|---|---|---|
| 1 | Administrator Dashboard Manager   : 3 of 4<br>Billing Period From 09/01/2018 To 11/30/2018 | 2,000.00 | 1 | 500.00 | 500.00 | 0.00<br>0.00% |
| 2 | Job Slots   : 3 of 4<br>Billing Period From 09/01/2018 To 11/30/2018 | 111,265.00 | 119 | 233.75 | 27,816.25 | 0.00<br>0.00% |
| 3 | Recruiter - Corporate   : 3 of 4<br>Billing Period From 09/01/2018 To 11/30/2018 | 349,600.00 | 40 | 2,185.00 | 87,400.00 | 0.00<br>0.00% |
| 4 | Career Pages - Multinational: Basic   : 3 of 4<br>Billing Period From 09/01/2018 To 11/30/2018 | 35,000.00 | 1 | 8,750.00 | 8,750.00 | 0.00<br>0.00% |

**Special Instructions**

| | |
|---|---|
| Total | 124,466.25 |
| Sales Tax | 0.00 |
| Amount Paid | 0.00 |
| **Balance Due** | **124,466.25** |

Questions? Please contact us at http://lnkd.in/billinghelp

**Payment Instructions**

Please reference invoice number(s) with your payment.

**Pay via wire transfer/ACH**
Bank of America, NA
315 Montgomery St, 13th Fl
San Francisco, CA 94104

Account #: 1499813713
Account Name: LinkedIn Corporation
ABA/ROUTING: 026009593
ACH Routing: 121000358
SWIFT CODE: BOFAUS3N

**Pay by Check**
LinkedIn Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622
United States

For ACH Payments, include the remittance advice identifier segment RMR*IV, your invoice number and payment amount. For example RMR*IV*3951653**179529.68*

For Wire payments, include the reference tag *INV?* and invoice numbers.
For example, INV?3951653

In all other cases, send remittance advice to ar-receipts@linkedin.com

LinkedIn Corporation  1000 West Maude Ave  Sunnyvale, CA 94085 United States    (Note: Please do not remit to this address)