# Exhibit "E"



**LinkedIn Corporation**
FEIN: 47-0912023

# Invoice

Invoice Number: 10110549625

**Balance Due : USD 8,460.21**
Due Date            : 01-NOV-2018

| | | |
|---|---|---|
| Invoice Date | : | 02-SEP-18 |
| Payment Terms | : | NET 60 |
| PO Number or I/O Number | : | |
| Advertiser Campaign | : | |
| Contract Contact | : | Goodrich, Chris |
| Currency | : | USD |
| Payment Method | : | Invoice |

**Bill To:**
Sears Holdings Management Corporation
3333 Beverly Rd
Hoffman Estates IL 60179-0001
United States
Attn: Accounts Payable
Customer Number : 96667

**Ship To:**
Sears Holdings Management Corporation
3333 Beverly Rd
Hoffman Estates IL 60179-0001
United States
Customer Number : 96667

## Invoice Details

| Order Number | CS4446328-18 | Billing Frequency | Quarterly | | Next Invoice Date | 01-DEC-18 |
|---|---|---|---|---|---|---|

| Line | Description | Order Line Amount | Qty | Unit Price | Billed Amount | Tax Amount |
|---|---|---|---|---|---|---|
| 1 | Career Pages - Multinational: Basic   : 2 of 3<br>Billing Period From 09/01/2018 To 11/30/2018 | 29,166.67 | 1 | 8,460.21 | 8,460.21 | 0.00<br>0.00% |

**Special Instructions**

| | |
|---|---|
| Total | 8,460.21 |
| Sales Tax | 0.00 |
| Amount Paid | 0.00 |
| **Balance Due** | **8,460.21** |

Questions? Please contact us at http://lnkd.in/billinghelp

**Payment Instructions**

**Pay via wire transfer/ACH**
Bank of America, NA
315 Montgomery St, 13th Fl
San Francisco, CA 94104

Account #: 1499813713
Account Name: LinkedIn Corporation
ABA/ROUTING: 026009593
ACH Routing: 121000358
SWIFT CODE: BOFAUS3N

**Pay by Check**
LinkedIn Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622
United States

Please reference invoice number(s) with your payment.

For ACH Payments, include the remittance advice identifier segment RMR*IV, your invoice number and payment amount. For example RMR*IV*3951653**179529.68*

For Wire payments, include the reference tag *INV?* and invoice numbers.
For example, INV?3951653

In all other cases, send remittance advice to
ar-receipts@linkedin.com

LinkedIn Corporation  1000 West Maude Ave  Sunnyvale, CA 94085 United States    (Note: Please do not remit to this address)