# EXHIBIT B

RECONCILIATION LETTER

**OSTER YORKTOWN PROPERTIES**
P.O. BOX 1708
429 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

DATE:        01/23/2019
ACCOUNT #    TA210003

AMOUNT DUE: **$ 110,255.22**

SEARS HOLDING CORP. / KMART #9414
RE DEPARTMENT BC-131A | ATTN: TAMMI BANASZAK
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

## COMMON AREA MAINTENANCE

### SEMI-ANNUAL
### 07/2018 – 12/2018

DEAR TENANT:

IN ACCORDANCE WITH YOUR LEASE, YOUR CHARGE FOR SEMI-ANNUAL CAM RECONCILIATION FOR 2018 IS: **$ 110,255.22**.

**SEMI-ANNUAL COMPUTATION**

| | | |
|---|---|---|
| BILLABLE AMOUNT: | $ | 160,264.00 |
| MULTIPLIED BY PROPORTIONATE SHARE %: | X | 57.33 % |
| PROPORTIONATE SHARE OF BILLABLE AMOUNT: | $ | 91,879.35 |
| MULTIPLIED BY ADMIN FEE %: | X | 20.00% |
| ADMIN FEE: | $ | 18,375.87 |
| | | |
| PROPORTIONATE SHARE OF BILLABLE AMOUNT: | $ | 91,879.35 |
| ADMIN FEE: | + $ | 18,375.87 |
| TOTAL AMOUNT DUE: | $ | 110,255.22 |

**BILLING FROM 07/2018 TO 12/2018**

| | | |
|---|---|---|
| ACTUAL AMOUNT DUE: | $ | 110,255.22 |
| BILLED ON ACCOUNT: | − $ | 0.00 |
| AMOUNT DUE AFTER ADJUSTMENT: | $ | 110,255.22 |

PLEASE MAKE CHECKS PAYABLE TO OSTER YORKTOWN PROPERTIES AT YOUR EARLIEST CONVENIENCE.
THANK YOU.

# Oster Yorktown Properties, LLC

429 Sylvan Avenue, P.O. Box 1708 • Englewood Cliffs, N.J. 07632

Telephone: 201-567-0070

Fax: 201-567-2428

C.A.M. CHARGES
YORKTOWN HEIGHTS, NEW YORK
K-MART 7/1/18-12/31/18

| | |
|---|---|
| NYSEG | $ 2,912.74 |
| MAINTENANCE | 38,300.28 |
| INSURANCE | 90,993.04 |
| REPAIRS & SUPPLIES | 12,595.94 |
| SNOW REMOVAL | <u>15,462.00</u> |
| TOTAL | $ 160,264.00 |

Peter Waldor & Associates, LLC



INSURANCE PROFESSIONALS

220 South Orange Avenue, 2nd Floor
Livingston, NJ 07039

Phone: (973) 346-8400
Fax:    (973) 346-8383
Email:  info@pwains.com

Oster Management LLC
429 Sylvan Avenue
Englewood Cliffs NJ 07632

| Invoice #2019009 | | | Page 1 |
|---|---|---|---|
| ACCOUNT NO. | Role | Date | |
| OSTEMAN-01 | HALLI1 | 12/20/18 | |
| Commercial Package | | | |
| Policy # | | | |
| 6301138L372 | | | |
| Company | | | |
| The Phoenix Insurance Company | | | |
| Producer | | | |
| Peter Waldor | | | |
| Effective | Expiration | Balance Due on | |
| 1/1/2019 | 1/1/2020 | 1/4/19 | |
| AMOUNT PAID | | AMOUNT DUE | |
| | | $ 111,146.04 | |

| Item # | Due Date | Trans | Policy Type | Description | Amount |
|---|---|---|---|---|---|
| 2019009 | 1/4/19 | MEM | CPKG | Package/Umbrella | $ 111,146.04 |

Re: Commerce Street, Kear Street, River Road, Yorktown Heights, NY

Property: $20,153
Liability: $82,054
Umbrella: $8,939.04