# EXHIBIT C

RECONCILIATION LETTER

OSTER YORKTOWN PROPERTIES
P.O. BOX 1708
429 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

DATE: 12/19/2018
ACCOUNT # TA210003

AMOUNT DUE: $ 315,733.86

SEARS HOLDINGS CORPORATION/KMART # 9414
RE DEPARTMENT BC-131A | ATTN: TAMMI BANASZAK
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179

# TAXES 2018

## TOWN & COUNTY TAX (01/2018 – 12/2018) & SCHOOL TAX (07/01/18 – 06/30/19)

DEAR TENANT:

IN ACCORDANCE WITH YOUR LEASE, YOUR CHARGE FOR 2018 TOWN & COUNTY AND 2018-2019 SCHOOL TAXES IS:
**$ 315,733.86.**

### ANNUAL COMPUTATION

| | | |
|---|---|---|
| TOWN & COUNTY TAX AMOUNT: | $ | 178,093.41 |
| SCHOOL TAX AMOUNT: | $ | 372,637.21 |
| BILLABLE AMOUNT: | $ | 550,730.62 |
| MULTIPLIED BY PROPORTIONATE SHARE: | X | 57.33 % |
| PROPORTIONATE SHARE: | $ | 315,733.86 |

### BILLING FROM 01/2018 TO 12/2018

| | | |
|---|---|---|
| ACTUAL AMOUNT DUE: | $ | 315,733.86 |
| BILLED ON ACCOUNT: | - $ | 0.00 |
| AMOUNT DUE AFTER ADJUSTMENT: | $ | **315,733.86** |

PLEASE MAKE CHECKS PAYABLE TO OSTER YORKTOWN PROPERTIES AT YOUR EARLIEST CONVENIENCE.
THANK YOU.

Fiscal Year:1/1/2018-12/31/2018           Warrant Date:4/1/2018                Acct #:3640000

# TOWN OF YORKTOWN TOWN & COUNTY TAX BILL

MAKE CHECKS PAYABLE AND MAIL TO:

RECEIVER OF TAXES
Town of Yorktown
363 Underhill Avenue
P.O. Box 703
Yorktown Heights, NY 10598

| HOURS OF COLLECTION | Monday through Friday 9:00AM - 5:00PM Barbara A. Korsak Receiver of Taxes |

OSTER YORKTOWN PROPERTIES LLC
429 SYLVAN AVE.
P.O. BOX 1708
ENGLEWOOD CLIFFS, NJ 07632

PROPERTY ADDRESS & LEGAL DESCRIPTION
SWIS:555400      S/B/L:03701800020560
Address:  DOWNING DR.
School: Yorktown Central
Regional Shopping Centers   RS: 1
Dimensions: 14.94
Bank Code:
Est State Aid: $704,500
Market Val:   16082983
Assessed Val: 382775
Uniform Percent of Value: 2.38

The 2017 ASSESSMENT REFLECTS A VALUATION DATE OF 07/01/16.  STAR EXEMPTIONS ONLY APPLY TO SCHOOL TAX.

$76,511 OF THIS TAX LEVY RELATES TO THE MTA TAX.

| Exemption | Tax Purpose | Value | Full Value | Exemption | Tax Purpose | Value | Full Value |
|---|---|---|---|---|---|---|---|

| Levy Description | Total Tax Levy | % Change | Taxable Value | Tax Rate Per $1000 | Tax Amount |
|---|---|---|---|---|---|
| Town Tax | 21037315 | .03 | 382775 | 164.732739 | 63,055.57 |
| County Tax | 17313834 | .014 | 382775 | 135.576009 | 51,895.11 |
| DELINQUENT WATER | 0 | | 35713 | 1.000000 | 35,713.17 |
| YORKTOWN HEIGHTS FI | 1354400 | .02 | 382775 | 17.092032 | 6,542.40 |
| WESTCHESTER COUNTY | 1552698 | -.0096 | 382775 | 11.866966 | 4,542.38 |
| ADVANCED LIFE SUPPO | 589050 | .0439 | 382775 | 4.503305 | 1,723.75 |
| HALLOCKS MILL SEWAG | 2342989 | | 18 | 572.158602 | 10,298.85 |
| YORKTOWN CONSOLIDAT | 1259250 | -.0101 | 382775 | 11.291702 | 4,322.18 |

DATE DUE:    04/30/2018           TOTAL TAXES DUE:      178093.41

*Pd Ck# 11553 - w/ SASE*

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL WITH YOU.
WHEN PAYING BY MAIL PLEASE DETACH AND REMIT BOTTOM PORTION WITH YOUR PAYMENT.

# TOWN OF YORKTOWN SCHOOL TAX BILL

*For Fiscal Year: 7/1/2018-6/30/2019    *Warrant Date: 9/1/2018                              Bill No.  3640000

| MAKE CHECKS PAYABLE TO | HOURS OF OPERATION | PROPERTY ADDRESS & LEGAL DESCRIPTION |
|---|---|---|
| RECEIVER OF TAXES<br>363 UNDERHILL AVE.<br>P.O. BOX 703<br>YORKTOWN HEIGHTS, NY 10598<br>914-962-5722 X212 | Monday through Friday<br>9:00 am - 5:00pm<br>Barbara A. Korsak<br>Receiver of Taxes | Address:  DOWNING DR.<br>Town:  Town of Yorktown    Roll Sect. 1<br>Bank Code:<br>Property Class Name:  451 - Regional Shopping Center<br>Parcel Dimensions:  Acreage = 14.94<br>School:  555402 - Yorktown Central |

OSTER YORKTOWN PROPERTIES LLC
429 SYLVAN AVE.
P.O. BOX 1708
ENGLEWOOD CLIFFS NJ 07632

PROPERTY TAXPAYER'S BILL OF RIGHTS
The Assessor estimates the FULL MARKET VALUE of this property: 16,288,297
The ASSESSED VALUE of this property:  382,775
The Uniform Percentage Value used to establish assessment was:  2.38%
THE TOWN HAS NO CONTROL OF SCHOOL BUDGETS. THE TOWN ACTS MERELY AS A COLLECTING AGENT FOR YOUR SCHOOL DISTRICT. THE 2017 ASSESSMENT REFLECTS A VALUATION DATE OF 7/1/2016

| Exemption | Value | Tax Purpose | Full Value Estimate | Exemption | Value | Tax Purpose | Full Value Estimate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PROPERTY TAXES

| Taxing Purpose | Total Tax Levy | % Change From Prior Year | Taxable Assessed Value Before STAR | Rate Per $1,000 | Tax Amount |
|---|---|---|---|---|---|
| Yorktown School | 77,736,783 | 0.0000 | 382,775 | 973.515007 | 372,637.21 |

                                                                TOTAL TAXES DUE        $372,637.21

RECEIVED-TAX OFFICE
SEP 2 4 2018
TOWN OF YORKTOWN, NY

### THIS IS THE ONLY BILL YOU WILL RECEIVE
THERE WILL BE NO REMINDER FOR THE SECOND HALF DUE IN JANUARY
WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL WITH YOU
REGISTER FOR E-BILLS, RECEIPTS & REMINDERS via EMAIL - visit our website at www.yorktownny.org

*PLEASE DETACH AND REMIT BOTTOM PORTION WITH PAYMENT*

TOWN OF YORKTOWN SCHOOL TAX BILL
IF PAYING FULL AMOUNT PLEASE RETURN BOTH PORTIONS

| ACCOUNT NUMBER | 3640000 |
|---|---|

**PROPERTY DESCRIPTION AND LOCATION**

| PARCEL ID<br>LOCATION<br>AREA<br>SCHOOL DIST.<br>BANK CODE | 37.18-2-56<br>DOWNING DR.<br>14.94<br>Yorktown Central |
|---|---|
| OWNER'S NAME & | OSTER YORKTOWN PROPERTIES LLC<br>429 SYLVAN AVE.<br>P.O. BOX 1708 |

2ND HALF

PLEASE RETURN THIS PORTION WITH SECOND PAYMENT
Make Checks Payable to Receiver of Taxes
Yorktown Heights, NY 10598

| SECOND PAYMENT | $186,318.60 |
|---|---|
| PENALTY | |
| TOTAL | |