Albena Petrakov, Esq.
Offit Kurman, P.A.
10 East 40th Street
New York, NY 10016
Telephone (212) 380-4106
Facsimile (212) 380-1656

    and

Stephen A. Metz, Esq.
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, MD 20814
Telephone (240) 507-1723
smetz@offitkurman.com
Attorneys for Saul Subsidiary I Limited Partnership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                   :
                                                                   :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.    :    Case No. 18-23538 (RDD)
                                                                  :    (Jointly Administered)
                                               Debtors.    :
-------------------------------------------------------------x

## CURE OBJECTION OF SAUL SUBSIDIARY I LIMITED PARTNERSHIP
### (Store #1304)

Saul Subsidiary I Limited Partnership ("Saul Sub I"), by and through its counsel, hereby objects to the Debtors' stated cure amount, and in support states:

1.    Saul Sub I is the lessor for real property known as Store #1304 located at 11255 New Hampshire Avenue, Silver Spring, Maryland 20904 (the "Premises"), pursuant to that certain Lease dated October 9, 1964 (as amended and assigned) (the "Lease").

2.    On January 18, 2019, the Debtors filed their Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction (the "Cure Notice") (ECF No. 1731).

3.    On Exhibit B to the Cure Notice, Debtors assert that the Cure Cost for the Lease is $49,544.00 (the "Alleged Cure Cost").

4.    The actual Cure Cost due under the terms of the Lease is $277,528.86 (through January of 2019), consisting of the following (the "Actual Cure Cost"):

| Real Estate Taxes Due (7/2018-6/2019)[1] | $253,737.28 |
| --- | --- |
| October 2018 Rent | $6,250.00 |
| Additional Tax (Appeal Fee) | $20,969.00 |
| TOTAL | **$277,528.86** |

5.    Copies of invoices, tax bills and other supporting documentation are attached hereto as **Exhibit 1**.

**WHEREFORE**, Saul Sub I respectfully requests that the Court condition the proposed assumption and assignment upon the prompt payment of the Actual Cure Cost.

Dated: New York, New York
       January 25, 2019

                      OFFIT KURMAN, P.A.
                      Attorneys for Saul Subsidiary I Limited Partnership

                      By:   /s/ Albena Petrakov
                           Albena Petrakov, Bar No. 4823274
                           10 East 40th Street
                           New York, NY 10016
                           Telephone: (212) 380-4106

                           And

                      Stephen A. Metz, Esq.
                      Offit Kurman, P.A.
                      4800 Montgomery Lane, 9th Floor
                      Bethesda, MD 20814
                      Telephone:  (240) 507-1723
                      smetz@offitkurman.com

---

[1] Under Maryland law, property taxes are billed and are due in advance.  Saul Sub I paid the subject property taxes prior to the filing of the above-captioned bankruptcy cases and billed the Debtors prior to the petition date.

## **CERTIFICATE OF SERVICE**

I hereby certify, that on January 25, 2019, I caused a true and correct copy of the foregoing Cure Objection to be sent to each of the following persons, by email (unless otherwise stated):

**Bid Notice Parties**

    i.    The Debtors
                Rob Riecker - Rob.riecker@searshc.com
                Luke Valentino – luke.valentino@searshc.com
                Moshin Meghji – mmeghji@miiipartners.com

    ii.    Counsel to the Debtors, Weil, Gotshal & Manges
                Ray C. Schrock, P.C. – ray.schrock@weil.com
                Jacqueline Marcus, Esq. – Jacqueline.marcus@weil.com
                Garrett A. Fail, Esq. – garrett.fail@weil.com
                Sunny Singh, Esq. – sunny.singh@weil.com

    iii.    Debtors' Investment Banker, Lazard Freres & Co., LLC
                Brandon Aebersold and Levi Quaintance – project.blue.rx@lazard.com

**Buyer Parties**

    i.    Buyers
                Kunal S. Kamlani - kunal@eslinvest.com
                Harold Talisman: - harold@eslinvest.com

    ii.    Counsel
                Christopher E. Austin, Esq. - caustin@cgsh.com
                Benet J. O'Reilly, Esq. - boreilly@cgsh.com
                Sean A. O'Neal, Esq. - soneal@cgsh.com

**Consultation Parties**

    i.    Bank of America
                Paul Leake, Esq. - Paul.Leake@skadden.com
                Shana Elberg, Esq. - Shana.Elberg@skadden.com
                George Howard, Esq. - George.Howard@skadden.com

    ii.    Wells Fargo Bank
                Kevin J. Simard, Esq. - ksimard@choate.com
                Jonathan D. Marshall, Esq. - jmarshall@choate.com

    iii.    Committee
                Ira S. Dizengoff, Esq. - idizengoff@akingump.com
                Philip C. Dublin, Esq. - pdublin@akingump.com
                Abid Qureshi, Esq. - aqureshi@akingump.com
                Sara L. Brauner, Esq. - sbrauner@akingump.com

| | |
|---|---|
| Transform Holdco, LLC<br>c/o ESL Partners, Inc.<br>Attention: Kunal S. Kamlani and Harold Talisman<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154 | Via First Class Mail |
| Sears Holdings Corporation<br>Attn: General Counsel<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Via First Class Mail |
| Weil, Gotshal & Manges LLP<br>Attention: Ray C. Schrock, P.C.,<br>  Ellen J. Odoner, Gavin Westerman and Sunny Singh<br>767 Fifth Avenue<br>New York, New York 10153 | Via First Class Mail |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attention: Christopher E. Austin,<br>  Benet J. O'Reilly and Sean A. O'Neal<br>One Liberty Plaza<br>New York, NY 10006 | Via First Class Mail |

                OFFIT KURMAN, P.A.
                Attorneys for Saul Subsidiary I Limited Partnership


     By: /s/ Stephen A. Metz
          Stephen A. Metz
          4800 Montgomery Lane, 9th Floor
          Bethesda, MD 20814
          Telephone: (240) 507-1723

4848-0369-0118, v. 1