# EXHIBIT 1

# SAUL SUBSIDIARY I LIMITED PARTNERSHIP

7501 Wisconsin Avenue, Suite 1500E, Bethesda, Maryland 20814
(301) 986-6000

01/25/2019

Sears, Roebuck And Co.
Sears, Roebuck And Co.
Sears Holdings Corporation
Real Estate - CAM
Loc BC-131A
3333 Beverly Road
Hoffman Estates, IL 60179

This statement is not an invoice and is given as a courtesy only. It shows the amount due under your lease. It reflects all payments received to date. It includes current and past due charges, if any. If you have any questions or concerns regarding this statement, please contact the person shown below. Please note that payments received after the due date stated in your lease are subject to a late charge. Please indicate your lease ID on all remittances. (The total amount owed is net of $3,427.42 in unapplied payments not shown below.) Please note that we may apply credits on your account, if any, to your oldest outstanding charges. Please contact us if you wish to specify another method of application.

Contact:
Jennifer Kerr
301-986-6366
Jennifer.Kerr@saulcenters.com

## Tenant Information

| | | | |
|---|---|---|---|
| **Lease ID:** | t0001251 | **Make check payable to:** | Saul Subsidiary I Limited Partnership |
| **Property:** | s-whit | **Mail check to:** | Saul Holdings Limited Partnership |
| **Location:** | White Oak | | P.O. Box 38042 |
| **Unit(s):** | 11255 | | Baltimore, MD 21297-8042 |
| | | **Total Amount Owed:** | **$277,528.86** |

## Open Charges

| Date | Control No. | Description | Charges | Payments | Amount Owed |
|---|---|---|---|---|---|
| 09/25/2018 | C-284120 | TAX deferred - ye actual adj (07/2018 - 06/2019) | 253,737.28 | 0.00 | 253,737.28 |
| 10/01/2018 | C-280636 | Base rent - retail (10/2018) | 6,250.00 | 0.00 | 6,250.00 |
| 01/24/2019 | C-311683 | Additional Y/E 6/19 TAX | 20,969.00 | 0.00 | 20,969.00 |

## RECOVERABLE COST COMPUTATION SUMMARY

White Oak Shopping Center
                Sears #1304
t0001251      Sears #1304

Recovery Category:   MTX - MD TAX Recovery        Recovery from 7/01/18-6/30/19

| | |
|---|---:|
| Total Chargeable to Tenant | $ 253,737.14 |
| ($253,737.28.14 X   100%   ) | |
| Appeal Fees | 20,969.00 |
| Total Chargeable to Tenant | $274,706.14 |
| Tenant Previously Billed | $ (253,737.14) |
| Additional Amount Due | $20,969.00 |

# SAUL SUBSIDIARY I LIMITED PARTNERSHIP

7501 Wisconsin Avenue, Suite 1500E, Bethesda, Maryland 20814
(301) 986-6200

September 25, 2018

Sears, Roebuck And Co.
Sears Holdings Corporation
Real Estate - CAM
Loc BC-131A
3333 Beverly Road
Hoffman Estates, IL 60179

Re:   White Oak, Silver Spring, MD, TenID: t0001251 Unit: 11255
      *Additional amount due for Actual Real Estate Tax Expenses for the year ended 06/30/19*

Dear Tenant:

According to your lease with Saul Sub 1 LP, you are responsible for paying as additional rent your prorated share of real estate tax expenses.

The calculation of your proportionate share of actual expenses for the period ended 06/30/19 is shown in detail on the other side of this letter. Your amount due for FY19 is shown on the last line. Please pay this reconciliation amount.

## Summary of Tax Due

| | |
|---|---:|
| **Reconciliation Due Y/E 06/30/19** | **$253,737.28** |
| **Total Due** | **$253,737.28** |

Please remit payment for the *Total Due* within 30 days. Make check payable to Saul Subsidiary I Limited Partnership. Send payment to Saul Holdings Limited Partnership, P.O. Box 38042, Baltimore, MD 21297-8042. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Jennifer N. Kerr* [signature]

Jennifer N. Kerr (301) 986-6366
Agent for the Landlord, Saul Sub 1 LP

## Actual Real Estate Tax Expense Recovery Calculation Detail
### For The Year Ended June 30, 2019

| | Expense Pool | Group |
| --- | --- | --- |
| | 06 370m | M06S Total |
| Real estate tax expense | $666,346.14 | |
| Expense pool total | 666,346.14 | |
| x Recoverable expense % | 38.0789% | |
| Expense prorated | 253,737.28 | |
| Share numerator sf | 321,538 | |
| Share denominator sf | 321,538 | |
| x Share % | 100.0000% | |
| Share pool net | 253,737.28 | 253,737.28 |
| Share group net | | 253,737.28 |
| Reconciliation Due Y/E 06/30/19 | | $253,737.28 |



**REAL PROPERTY CONSOLIDATED TAX BILL**
ANNUAL BILL
TAX PERIOD 07/01/2018 - 06/30/2019
FULL LEVY YEAR
LEVY YEAR 2018

Department of Finance
Division of Treasury
255 Rockville Pike, L-15
(Monroe Street Entrance)
Rockville, MD 20850

Hours: 8:00 a.m. - 4:30 p.m.
Mon. - Fri.

JUL 09 2018
RECEIVED

*White Oak (Sears)
3 of 3 bills
OK to pay
BCP
7/11/18*

**NOT A PRINCIPAL RESIDENCE**

| BILL DATE |
|---|
| 07/01/2018 |

| PROPERTY DESCRIPTION |
|---|
| WHITE OAK COMMUNITY CENTER SILVER SPRING |

SAUL SUBSIDIARY I LTD PTNSHP
C/O PROPERTY TAX ADMINISTRATOR
7501 WISCONSIN AVE STE 1500
BETHESDA, MD 20814-6522

| LOT | BLOCK | DISTRICT | SUB | TAX CLASS | BILL # | ACCOUNT # |
|---|---|---|---|---|---|---|
| P1 | | 05 | 001 | R042 | 38022715 | 00260362 |

| MORTGAGE INFORMATION | PROPERTY ADDRESS | REFUSE AREA | REFUSE UNITS |
|---|---|---|---|
| UNKNOWN  (SEE REVERSE) | 11221 NEW HAMPSHIRE AVE | R35 | 161 |

*PER $100 OF ASSESSMENT

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX/CHARGE |
|---|---|---|---|
| STATE PROPERTY TAX | 16,740,000 | .1120* | 18,748.80 |
| COUNTY PROPERTY TAX | 16,740,000 | .9927* | 166,177.98 |
| SOLID WASTE CHARGE | | | 57,584.87 |
| WATER QUAL PROTECT CHG (NR) | | | 31,269.73 |
| TOTAL | | | 273,781.38 |

| CURRENT YEAR FULL CASH VALUE TAXABLE ASSESSMENT |
|---|
| 16,740,000 |

| CONSTANT YIELD RATE INFORMATION |
|---|
| COUNTY RATE 0.7414 IS MORE THAN THE CONSTANT YIELD RATE OF 0.7404 BY 0.001 |

*S-Whit 1.5010.7800.000  273,781.38
Re: YE 6/30/19  3 of 3
KD 9/13/18*

Total Annual Amount Due:    273,781.38

**YOU CAN VIEW AND PAY YOUR BILL ON THE INTERNET AT www.montgomerycountymd.gov/finance**

PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS.                                            13

---

RETURN THIS PORTION WITH PAYMENT
**REAL PROPERTY CONSOLIDATED TAX BILL**
TAX PERIOD 07/01/2018 - 06/30/2019
FULL LEVY YEAR
LEVY YEAR 2018

| BILL # |
|---|
| 38022715 |

Check here if your address changed & enter change on reverse side. ☐

**Make Check Payable to:
Montgomery County, MD**

| ACCOUNT # | LEVY YEAR | AMOUNT DUE |
|---|---|---|
| 00260362 | 2018 | 273,781.38 |

| AMOUNT PAID |
|---|
| |

SAUL SUBSIDIARY I LTD PTNSHP
C/O PROPERTY TAX ADMINISTRATOR
7501 WISCONSIN AVE STE 1500
BETHESDA, MD 20814-6522

DUE  September 30, 2018
**PLEASE INDICATE AMOUNT BEING PAID**

2082018038022715700273781385000000000000



**REAL PROPERTY CONSOLIDATED TAX BILL**
ANNUAL BILL
TAX PERIOD 07/01/2018 - 06/30/2019
FULL LEVY YEAR
LEVY YEAR 2018

JUL 03 2018
RECEIVED

Department of Finance
Division of Treasury
255 Rockville Pike, L-15
(Monroe Street Entrance)
Rockville, MD 20850

Hours: 8:00 a.m. - 4:30 p.m.
Mon. - Fri.

*white oak 3 bills*
*106 ok to pay*
*BCP*
*7/11/18*

**NOT A PRINCIPAL RESIDENCE**

| BILL DATE |
|---|
| 07/01/2018 |

| PROPERTY DESCRIPTION |
|---|
| WHITE OAK COMMUNITY CENTER SILVER SPRING |

SAUL SUBSIDIARY I LTD PTNSHP
C/O PROPERTY TAX ADMINISTRATOR
7501 WISCONSIN AVE STE 1500
BETHESDA, MD 20814-6522

| LOT | BLOCK | DISTRICT | SUB | TAX CLASS | BILL # | ACCOUNT # |
|---|---|---|---|---|---|---|
| P1 |  | 05 | 001 | R042 | 38022712 | 00260338 |

| MORTGAGE INFORMATION | PROPERTY ADDRESS | REFUSE AREA | REFUSE UNITS |
|---|---|---|---|
| UNKNOWN (SEE REVERSE) | 11271 NEW HAMPSHIRE AVE | R35 | 27 |

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX/CHARGE |
|---|---|---|---|
| STATE PROPERTY TAX | 9,765,000 | .1120* | 10,936.80 |
| COUNTY PROPERTY TAX | 9,765,000 | .9927* | 96,937.16 |
| SOLID WASTE CHARGE |  |  | 9,657.09 |
| WATER QUAL PROTECT CHG (NR) |  |  | 7,042.22 |
| TOTAL |  |  | 124,573.27 |

*PER $100 OF ASSESSMENT

| CURRENT YEAR FULL CASH VALUE TAXABLE ASSESSMENT |
|---|
| 9,765,000 |

| CONSTANT YIELD RATE INFORMATION |
|---|
| COUNTY RATE 0.7414 IS MORE THAN THE CONSTANT YIELD RATE OF 0.7404 BY 0.001 |

S-whit 1.5010.7800.000  124,573.27

Re: YE 6/30/19  1 of 3

KD 9/13/18

Total Annual Amount Due:    124,573.27

**YOU CAN VIEW AND PAY YOUR BILL ON THE INTERNET AT www.montgomerycountymd.gov/finance**

PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS.                                                                                                11

---



RETURN THIS PORTION WITH PAYMENT
**REAL PROPERTY CONSOLIDATED TAX BILL**
TAX PERIOD 07/01/2018 - 06/30/2019
FULL LEVY YEAR
LEVY YEAR 2018

| BILL # |
|---|
| 38022712 |

Make Check Payable to:
**Montgomery County, MD**

Check here if your address changed
& enter change on reverse side. ☐

SAUL SUBSIDIARY I LTD PTNSHP
C/O PROPERTY TAX ADMINISTRATOR
7501 WISCONSIN AVE STE 1500
BETHESDA, MD 20814-6522

| ACCOUNT # | LEVY YEAR |
|---|---|
| 00260338 | 2018 |

| AMOUNT DUE |
|---|
| 124,573.27 |

| AMOUNT PAID |
|---|
|  |

DUE  September 30, 2018
**PLEASE INDICATE AMOUNT BEING PAID**

208201803802271240012457327000000000000



**REAL PROPERTY CONSOLIDATED TAX BILL**
ANNUAL BILL
TAX PERIOD 07/01/2018 - 06/30/2019
FULL LEVY YEAR
LEVY YEAR 2018

JUL 09 2018
RECEIVED

*White Oak*
*2 of 3 bills pay*
*ok to pay*
*B/H 7/11/18*

Department of Finance
Division of Treasury
255 Rockville Pike, L-15
(Monroe Street Entrance)
Rockville, MD 20850

Hours: 8:00 a.m. - 4:30 p.m.
Mon. - Fri.

NOT A PRINCIPAL RESIDENCE

| BILL DATE |
|---|
| 07/01/2018 |

| PROPERTY DESCRIPTION |
|---|
| WHITE OAK COMMUNITY CENTER SILVER SPRING |

SAUL SUBSIDIARY I LTD PTNSHP
C/O PROPERTY TAX ADMINISTRATOR
7501 WISCONSIN AVE STE 1500
BETHESDA, MD 20814-6522

| LOT | BLOCK | DISTRICT | SUB | TAX CLASS | BILL # | ACCOUNT # |
|---|---|---|---|---|---|---|
| P1 | | 05 | 001 | R042 | 38022714 | 00260351 |

| MORTGAGE INFORMATION | PROPERTY ADDRESS | REFUSE AREA | REFUSE UNITS |
|---|---|---|---|
| UNKNOWN (SEE REVERSE) | 11201 NEW HAMPSHIRE AVE | R35 | 51 |

*PER $100 OF ASSESSMENT

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX/CHARGE |
|---|---|---|---|
| STATE PROPERTY TAX | 19,995,000 | .1120* | 22,394.40 |
| COUNTY PROPERTY TAX | 19,995,000 | .9927* | 198,490.37 |
| SOLID WASTE CHARGE | | | 18,241.17 |
| WATER QUAL PROTECT CHG (NR) | | | 7,896.55 |
| TOTAL | | | 247,022.49 |

| CURRENT YEAR FULL CASH VALUE TAXABLE ASSESSMENT |
|---|
| 19,995,000 |

| CONSTANT YIELD RATE INFORMATION |
|---|
| COUNTY RATE 0.7414 IS MORE THAN THE CONSTANT YIELD RATE OF 0.7404 BY 0.001 |

*S-Whit 1.5010.7800.000  247,022.49*
*Re: YE 6/30/19 2 of 3*
*RD 9/13/18*

Total Annual Amount Due:    247,022.49

**YOU CAN VIEW AND PAY YOUR BILL ON THE INTERNET AT www.montgomerycountymd.gov/finance**

PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS.    12



RETURN THIS PORTION WITH PAYMENT
**REAL PROPERTY CONSOLIDATED TAX BILL**
TAX PERIOD 07/01/2018 - 06/30/2019
FULL LEVY YEAR
LEVY YEAR 2018

| BILL # |
|---|
| 38022714 |

Check here if your address changed & enter change on reverse side. ☐

Make Check Payable to:
**Montgomery County, MD**

| ACCOUNT # | LEVY YEAR | AMOUNT DUE |
|---|---|---|
| 00260351 | 2018 | 247,022.49 |

SAUL SUBSIDIARY I LTD PTNSHP
C/O PROPERTY TAX ADMINISTRATOR
7501 WISCONSIN AVE STE 1500
BETHESDA, MD 20814-6522

| AMOUNT PAID |
|---|
| |

DUE September 30, 2018
**PLEASE INDICATE AMOUNT BEING PAID**

2082018038022714000247022494000000000000

WILKES ARTIS, CHARTERED
1825 I Street, NW
Suite 300
Washington, DC  20006
United States

**WA**
**WILKES ARTIS**
CHARTERED

# Invoice

Invoice Number:
**A1736867**

Invoice Date:
8/11/17

Voice: 202-457-7800
Fax:   202-457-7814

Page: 1

Saul Subsidiary I Ltd. Ptnshp.
B.F. Saul Company
Ms Barbara C. Phillips
7501 Wisconsin Ave, Ste 1500
Bethesda, MD  20814

Customer ID: 50-00674-320

| Property | Payment Terms | Attorney | Due Date |
|---|---|---|---|
| Address: 11201 New Hampshire Ave & Lockwood Dr | 2018 | MDRET | 8/1/18 |

| Description | Amount |
|---|---|
| Levy Year 2017 Assessor level appeal fee for the above referenced property. | $ 20,969.00 |

*[handwritten notes:]*
7/1/18 - 6/30/19

White Oak appeal fee
ok to pay
BCP
8/16/17

S-Whit 1.5010.7800.000  19,221.58
Re: Appeal Fee 7/1/18-6/30/19
S-Whit 5.1010.8000.370  1747.42    KD 10/25/17

Please attach copy Invoice or note Invoice No. on remittance to ensure proper credit.

| | | |
|---|---|---|
| | Subtotal: | $ 20,969.00 |
| | Sales Tax: | $ 0.00 |
| | Total Invoice Amount: | $ 20,969.00 |
| Check/Credit Memo No: | Payment/Credit Applied: | |
| | **TOTAL-USD** | $ 20,969.00 |

#354052

Please contact Wilkes Artis at 202-457-7823 or 202-457-7870 if you have any questions

**White Oak Shopping Center**
**Allocation of Real Estate Taxes**
**TOTAL Sears Parcel**
**Tax Year July 1, 2018 - June 30, 2019**

| | | | | |
|---|---|---|---|---|
| Total Market Value Land per 2018 Assessment | | 10,806,900.00 | | |
| Total Land Market Value - Tax Year | 18.796 Acres | 10,806,900.00 | | |
| Less Landlord Share in Acres | | | | |
| Sears - Land Value | | 10,806,900.00 | 10,806,900.00 | Land Value |
| | | | | Assessment Value |
| | | | | TOTAL ASSESSED VALUE |
| Total Market Value of building | | 9,257,600.00 | | |
| Less: Phase in | | (3,324,500.00) | | |
| Total Improvement Market Value 2018 | | 5,933,100.00 | 5,933,100.00 | |
| Total Market Value-Sears Portion | | | 16,740,000.00 | |
| Growth Factor | | | 1.00 | |
| Tax Assessment Value | | | 16,740,000.00 | |
| Tax Rate Per 100 | | | 1.1047 | |
| Total Taxes Due | | | 184,926.78 | |
| Special Refuse Charge (*) | =321,538/2,000 GFA UNITS | 161.00 | | |
| Rate per SQF - "MED" | Rate Per Unit | 357.67 | | |
| Total Refuse Charges (solid waste charge) | | | 57,584.87 | |
| Water Quality Protect Chg | | | 31,269.73 | |
| Rounding adjustment | | | 0.00 | |
| Total Taxes | | | $273,781.38 | |

**White Oak Shopping Center**
**Allocation of Real Estate Taxes**
**Sears Roebuck**
**Tax Year July 1, 2018 - June 30, 2019**

| | | | | |
|---|---|---|---|---|
| Total Market Value Land per 2018 Assessment | | 10,806,900.00 | | |
| Total Land Market Value - Tax Year | 18.79 Acres | 10,806,900.00 | | |
| Less Landlord Share in Acres | 2.5 | (1,437,852.58) | | |
| Sears - Land Value | | 9,369,047.42 | 9,369,047.42 | Land Value |
| | | | | Assessment Value |
| | | | | TOTAL ASSESSED VALUE |
| Total Market Value of building | 9,257,600.00 | 9,257,600.00 | | |
| Prior Full Assessment | 8,135,500.00 | | | |
| Difference | 1,122,100.00 | | | |
| Less Phase In | | (3,324,500.00) | | |
| Total Improvement Market Value | | 5,933,100.00 | 5,933,100.00 | |
| Total Market Value-Sears Portion | | | 15,302,147.42 | |
| Tax Rate Per 100 | | | 1.1047 | |
| Total Taxes Due | | | 169,042.82 | |
| Special Refuse Charge (*) | =322,000-3000/2,000 GFA UNITS | 161.0 | | |
| Rate per SQF - "MED" | Rate Per Unit | 357.67 | | |
| Total Refuse Charges | | | 57,584.87 | |
| Water Quality Protect Chg | | 31,269.73 | | |
| Less: LL share (2.5/18.79 acres * 31,269.73) | | (4,160.42) | 27,109.31 | |
| Total Taxes | | | $253,737.00 | |
| Less: Refund | | | 0.00 | |
| Add: Appeal Fee | | | 0.00 | |
| Total Sears | | | $253,737.00 | |



White Oak Shopping Center
Allocation of Real Estate Taxes
TOTAL Sears Parcel
Tax Year July 1, 2018 - June 30, 2019

| | | | | |
|---|---|---|---|---|
| Total Market Value Land per 2018 Assessment | | 10,806,900.00 | | |
| Total Land Market Value - Tax Year | 18.796 Acres | 10,806,900.00 | | |
| Less Landlord Share in Acres | | | | |
| Sears - Land Value | | 10,806,900.00 | 10,806,900.00 | Land Value |
| | | | | Assessment Value |
| | | | | TOTAL ASSESSED VALUE |
| Total Market Value of building | | 9,257,600.00 | | |
| Less: Phase in | | (3,324,500.00) | | |
| Total Improvement Market Value 2018 | | 5,933,100.00 | 5,933,100.00 | |
| Total Market Value-Sears Portion | | | 16,740,000.00 | |
| Growth Factor | | | 1.00 | |
| Tax Assessment Value | | | 16,740,000.00 | |
| Tax Rate Per 100 | | | 1.1047 | |
| Total Taxes Due | | | 184,926.78 | |
| Special Refuse Charge (*) | =321,538/2,000 GFA UNITS | 161.00 | | |
| Rate per SQF - "MED" | Rate Per Unit | 357.67 | | |
| Total Refuse Charges (solid waste charge) | | | 57,584.87 | |
| Water Quality Protect Chg | | | 31,269.73 | |
| Rounding adjustment | | | 0.00 | |
| **Total Taxes** | | | **$273,781.38** | |