**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

————————————————————————x
                              .     **Chapter 11**
                              .
In re:                         .     **Case No. 18-23538-rdd**
                              .
SEARS HOLDINGS CORPORATION.,    .
*et al.*,                    .     **(Jointly Administered)**
                              .
           Debtors.        .
————————————————————————x

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 25, 2019, he caused a true and correct copy of **LAKEWOOD SHOPPING CENTER, LLC'S OBJECTION AND RESERVATION OF RIGHTS TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION** to be served electronically through the ECF system to all registered ECF participants on the creditor matrix as of 1/24/19 as well as by email on the following parties:

Rob Riecker (rob.riecker@searshc.com);
Luke Valentino (luke.valentino@searshc.com);
Mohsin Meghji (mmeghji@miiipartners.com);
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C. (ray.schrock@weil.com);
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com);
Garrett A. Fail, Esq. (garrett.fail@weil.com);
Sunny Singh, Esq. (sunny.singh@weil.com);
Lazard Frères & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com);
Kunal S. Kamlani: kunal@eslinvest.com;
Harold Talisman: harold@eslinvest.com;
Paul Leake, Esq.: Paul.Leake@skadden.com;
Shana Elberg, Esq.: Shana.Eiberg@skadden.com;
 George Howard, Esq.: George.Howard@skadden.com;
Christopher E. Austin, Esq.: caustin@cgsh.com;
Benet J. O'Reilly, Esq.: boreilly@cgsh.com;
Sean A. O'Neal, Esq.: soneal@cgsh.com;
Kevin J. Simard, Esq.: ksimardachoate.com;
Jonathan D. Marshall, Esq.: jmarshall@choate.com;

1

Ira S. Dizengoff, Esq. : idizengoff@akingump.com;
Philip C. Dublin, Esq.: pdublin@akingump.com;
Abid Qureshi, Esq.: aqureshi@akingump.com;
Sara L. Brauner, Esq.: sbrauner@akingump.com

by overnight mail to (i) the Honorable Robert D. Drain, and (ii) the United States Trustee's
Office; and

by first class mail to:

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman
and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and
Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

/s/ David M. Blau
David M. Blau

2