**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|                                     x | **Chapter 11** |
| In re: | **Case No. 18-23538-rdd** |
| SEARS HOLDINGS CORPORATION., *et al*., | **(Jointly Administered)** |
|                     Debtors. | |
|                                     x | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 25, 2019, he caused a true and correct copy of **Ramco Jackson Crossing SPE, LLC's Limited Objection and Reservation of Rights To Notice of Cure Costs and Potential Assumption of Executory Contracts and Unexpired Leases In Connection With Global Sale Transaction** to be served electronically through the ECF system to all registered ECF participants on the creditor matrix as of 1/24/19 as well as by email on the following parties:

Rob Riecker (rob.riecker@searshc.com);
Luke Valentino (luke.valentino@searshc.com);
Mohsin Meghji (mmeghji@miiipartners.com);
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C. (ray.schrock@weil.com);
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com);
Garrett A. Fail, Esq. (garrett.fail@weil.com);
Sunny Singh, Esq. (sunny.singh@weil.com);
Lazard Frères & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com);
Kunal S. Kamlani: kunal@eslinvest.com;
Harold Talisman: harold@eslinvest.com;
Paul Leake, Esq.: Paul.Leake@skadden.com;
Shana Elberg, Esq.: Shana.Eiberg@skadden.com;
 George Howard, Esq.: George.Howard@skadden.com;
Christopher E. Austin, Esq.: caustin@cgsh.com;
Benet J. O'Reilly, Esq.: boreilly@cgsh.com;
Sean A. O'Neal, Esq.: soneal@cgsh.com;
Kevin J. Simard, Esq.: ksimardachoate.com;
Jonathan D. Marshall, Esq.: jmarshall@choate.com;
Ira S. Dizengoff, Esq. : idizengoff@akingump.com;

1

Philip C. Dublin, Esq.: pdublin@akingump.com;
Abid Qureshi, Esq.: aqureshi@akingump.com;
Sara L. Brauner, Esq.: sbrauner@akingump.com

by overnight mail to (i) the Honorable Robert D. Drain, and (ii) the United States Trustee's Office; and

by first class mail to:

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman
and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and
Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

/s/ David M. Blau
David M. Blau