UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re :

SEARS HOLDINGS CORPORATION, et al., :

(Jointly Administered)[1]
Debtors
---------------------------------------------------------

Case No. 18-23538 (RDD)

Chapter 11

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, EDGARDO MUNOZ, request admission, pro hac vice, before the Honorable Judge Robert D. Drain, to represent Sunshine Shopping Center Inc.[2], a landlord in the above-referenced case.

I certify that I am a member in good standing of the bar in the Commonwealth of Puerto Rico, and, the bar of the U.S. District Court for the District of Puerto Rico.

I am submitting this motion through the CM ECF system and will pay the $200 fee electronically. If the system does not allow said payment, I will send it forthwith via FedEx.

Dated: January 25, 2019
San Juan, PR

s/ EDGARDO MUÑOZ
USDC (PR) NO. 125713

Mailing Address:

EDGARDO MUNOZ, PSC
364 Calle Lafayette
San Juan PR 00917-3113

E-mail address:
emunozPSC@gmail.com
Telephone number: (787) 753-3888

---

[1] Adminstered jointly with cases listed at the end of this motion.

[2] The appearing landlord (Store # 7413) is referred to in various papers as: Sunshine Shopping Center Inc., Sunshine Mall, Hatim Yusuf, and Mall of Saint Croix.

(The case of caption is jointly administered with those listed in the note below.[3])

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identificationnumber, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart OperationsLLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC LicensedBusiness LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); KmartCorporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); SearsHoldings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears HomeImprovement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.(0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHCPromotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.(6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC(8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears BrandsManagement Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporateheadquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179