FABYANSKE, WESTRA, HART & THOMSON, P.A.
333 South Seventh Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 359-7600
Paul L. Ratelle (*pro hac vice* pending)
pratelle@fwhtlaw.com

*Attorneys for FG, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
In re:                                                        :
                                                              :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,[1]                      :   Case No. 18-23538 (RDD)
                                                              :
                                                              :   (Jointly Administered)
                        Debtors.                              :
------------------------------------------------------------- x

### FG, LLC's CURE CLAIM OBJECTION FOR STORE NO. 7648 (MAUSTON, WISCONSIN) AND RESERVATION OF RIGHTS

FG, LLC ("Lessor") pursuant to the *Order Approving Global Bidding Procedures and Granting Related Relief,* dated November 19, 2018 ("**Global Bidding Procedures Order**")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

hereby submits its cure claim objection and reservation of rights ("**Cure Claim Objection**") under Section 365(b) of title 11, United States Code ("**Bankruptcy Code**") in response to Kmart Corporation's proposed assumption and assignment of an unexpired nonresidential real property lease for Kmart Store No. 7648 located at 800 North Union, Mauston, Wisconsin 53948 (the "**Leased Store**").

## BACKGROUND

1. On October 15, 2018 ("**Petition Date**"), Sears Holdings Corporation and several of its affiliates, including Kmart Corporation, (the "**Debtors**") filed voluntary petitions under chapter 11 of the Bankruptcy Code.

2. Prior to and after the Petition Date, Lessor was and continues to be the landlord and Kmart Corporation ("**Kmart**") was and continues to be the tenant under a lease of the Leased Store, which is nonresidential real property, dated as of November 20, 1987, as amended and modified from time to time thereafter ("**Lease**").

3. On or about January 18, 2019, the Debtors served upon Lessor Debtor's *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF Dkt. No. 1731; the "**Assumption Notice**").

4. In its Assumption Notice, the Debtors state that "Each of the Leases related to the Retail Stores included in the Successful Bid that may be assumed and assigned in connection with the Global Asset Sale Transaction and the Debtors' calculation of the Cure Costs with respect thereto are set forth on **Exhibit B** hereto. *Assumption Notice*, p. 2.

5. In Exhibit B to the Assumption Notice, the Debtors provided for a "Cure Amount" for the Leased Store of $11,146. This amount includes an amount Kmart is obligated under Section

2

15 of the Lease for "maintenance, replacement and repair necessary to keep the demised premises in a good state of repair and tenantable condition" and Kmart is obligated to pay to the Lessor Kmart's "pro rata share of the costs (for sweeping, stripping and snow removal for the parking areas, driveways, sidewalks and streets of the premises and maintain same in a clean, safe, sightly and serviceable condition and maintain all landscaped areas)" (collectively referred to herein as "CAM"). The Lessor invoiced Kmart on October 17, 2018 in the amount of $12,643.95 for CAM for the period of July 1, 2018 through September 30, 2018, the third quarter of 2018. However, the Lessor agrees that the amount due for CAM for this period in the amount of $11,146 is correctly stated by the Debtors as the "Cure Amount" under Exhibit B of the Assumption Notice for the Leased Store.

6. By invoice dated January 22, 2019, the Lessor has charged Kmart for CAM for the period of October 1, 2018 to December 31, 2018 in the amount of $10,044.36. A true and correct copy of this invoice is attached hereto as **Exhibit 1**.

7. In addition, under the terms of the Section 5 of the Lease, Kmart is also obligated to "pay and discharge all ad valorem real estate taxes and all assessments, general or specific, levied against the taxable premises during the term of the lease . . . The date of levy of all ad valorem real estate taxes shall be deemed to be the date specified by each applicable taxing jurisdiction for which such taxes become a lien on the taxable premises. [Kmart's] liability and obligations hereunder to pay such ad valorem real estate taxes shall be fully accrued, fixed and final on the date of levy thereof." By invoice dated January 8, 2019, the Lessor charged Kmart $71,881.04 for its pro rata share of real estate taxes for 2018 in the amount of $150,218.69, which is due on January 31, 2019, and which the Lessor paid to the City of Mauston on January 8, 2018.

A true and correct copy of this invoice and the Lessor's related payment is attached hereto as **Exhibit 2**.

8.  The Debtors did not include the amounts due from Kmart to the Lessor as set forth in Exhibits 1 and 2 hereof (the "Additional Invoiced Amounts") in the "Cure Amount" for the Leased Store in Exhibit B to the Assumption Notice.

9.  The Lessor submits that under Section 365(b)(1), it is entitled to receive the Additional Invoiced Amounts as additional Cure Amounts in connection with the Kmart's assumption of the Lease.

10. The proposed sale order submitted with the Debtors' included with their *Notice of Successful Bidder and Sale Hearing* (ECF Dkt. No. 1730, pp. 261-315) provides that: "

> Payment of the Cure Costs shall (i) be in full satisfaction and cure of any and all defaults under the Assigned Agreements, whether monetary or non-monetary and (ii) compensate the non-Debtor counterparty for any actual pecuniary loss resulting from such defaults Each non-Debtor party to an Assigned Agreement is forever barred, estopped and permanently enjoined from asserting against the Debtors or the Buyer, their affiliates, successors or assigns or the property of any of them, any default existing as of the date of the Sale Hearing if such default was not raised or asserted prior to or at the Sale Hearing.

*Id.* at proposed "Sale Order" ¶26.[2]

11. As the Additional Invoiced Amounts remain unpaid by Kmart, the Sale Hearing is presently set for February 4, 2019, and the timing of Kmart's assumption of the Lease remains open, then, to the extent that the Kmart's obligation to pay to the Lessor the Additional Invoiced

---

[2] In its Notice of successful Bidder and Sale Hearing, the Debtors define "Cure Costs" in the Assdet Purchase Agreement attached as Exhibit B thereto as follows:

> "Cure Costs" means all amounts payable in order to cure any monetary defaults required to be cured under section 365(b)(1) of the Bankruptcy Code or otherwise to effectuate, pursuant to the Bankruptcy Code, the assumption of the Assigned Agreements, whether as determined by the Bankruptcy Court or agreed to by the Buyer and the non-debtor counterparty to the applicable Assigned Agreement.

4

Amounts are not now defaults under the Lease, but become so as of the date of the Sale Hearing or on a date on or prior to Kmart's assumption of the Lease, the Lessor hereby reserves all rights to be paid the Additional Invoiced Amounts as Cure Costs which Kmart is obligated to pay to the Lessor in order to assume the Lease.

12. This Cure Claim Objection is without prejudice to the fact that other and additional cure claim amounts (a) may exist and/or may become known at a future date and (b) will accrue on an ongoing basis between the filing of this Cure Claim Objection and any subsequent assumption of the Lease and/or the date of the Sale Hearing. The Lessor expressly reserves its right to amend or supplement its Cure Claim Objection though and including the effective date of any proposed assumption and assignment of the Lease.

Dated: January 25, 2019

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

/s/ Paul L. Ratelle
Paul L. Ratelle (*pro hac vice* pending)
Minnesota Bar No. 127632
pratelle@fwhtlaw.com
333 South Seventh Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 359-7636
Facsimile: (612) 359-7602

*Attorneys for FG, LLC*

# EXHIBIT 1

# INVOICE

**FG, LLC**
c/o Michael I. Sidley
2940 Westwood Blvd., 2nd Floor
Los Angeles, CA 90064
310-229-8941 or 310-474-5370

DATE: January 22, 2019

TO: Kmart Corporation Store #7648
    c/o Sears, Roebuck & Co.
    3333 Beverly Road
    Hoffman Estates, IL 60179
    Via email: franck.moyo@searshc.com

RE: Kmart Store #7648
    FG, LLC - Mauston, WI

Terms: DUE UPON RECEIPT

---

<u>REIMBURSEMENT FOR EXPENSES:</u> 4th Quarter 2018
(October 1, 2019 to December 31, 2018)

K-mart sq.ft.: 67,332
Shopping Center sq.ft.: 140,712

| | Amount | Tenant's % | Total |
|---|---|---|---|
| Parking Lot Sweeping / Snow Removal / Landscaping | $ 19,956.00 @ | 47.85% = | $9,548.95 |

**(NOTE: Our vendor bills us a flat fee for Sweeping, Snow Removal & Landscaping)**

| | | | |
|---|---|---|---|
| Parking Lot Re-Striping/Re-Paving | $ - @ | 100% = | |
| Parking Lot Lighting | $ 1,035.35 @ | 47.85% = | $495.41 |
| TOTAL | $20,991.35 | | $10,044.36 |
| **BALANCE DUE UPON RECEIPT** | | | **$10,044.36** |

---

A net amount is due upon receipt of this invoice. Please remit payment to:
FG, LLC
2940 Westwood Blvd., 2nd Floor
Los Angeles, CA 90064

# Invoice

Dmark

S5615 Pikes Peak Rd.
North Freedom, WI 53951
Phone: 608-383-4727

| Date | Invoice # |
|---|---|
| 10/1/2018 | 1051 |

**Bill To**

FG, LLC
2940 Westwood Blvd
2nd Floor
Los Angeles, CA 90064

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Property Management of Mauston Plaza | 6,652.00 | 6,652.00 |
|  | Sales Tax | 5.50% | 0.00 |

Thank you for your business.

**Total** $6,652.00

Dmark
S5615 Pikes Peak Rd.
North Freedom, WI 53951
Phone: 608-383-4727

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2018 | 1065 |

| Bill To |
|---|
| FG, LLC<br>2940 Westwood Blvd<br>2nd Floor<br>Los Angeles, CA  90064 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Property Management of Mauston Plaza | 6,652.00 | 6,652.00 |

Thank you for your business.

**Total** $6,652.00

# Invoice

Dmark

S5615 Pikes Peak Rd.
North Freedom, WI 53951
Phone: 608-383-4727

| Date | Invoice # |
|---|---|
| 11/30/2018 | 1076 |

**Bill To**

FG, LLC
2940 Westwood Blvd
2nd Floor
Los Angeles, CA 90064

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Property Management of Mauston Plaza | 6,652.00 | 6,652.00 |

Thank you for your business.

**Total** $6,652.00

# HILL'S WIRING INC TECHNOLOGY INNOVATION

615 W. Hill Street
P.O. Box 47
Baraboo, WI 53913
P: (800) 584-6690
F: (608) 356-9399
www.hillswiring.com

## INVOICE

| INVOICE | 72638 | PAGE | 1 |
|---|---|---|---|
| DATE | 10/03/2018 | | |
| REFERENCE | | | |
| TELEPHONE | 310-229-8941 | | |
| JOB NUMBER | 69206 | | |
| FORMAT | LC | | |
| ACCT | 108046 | | |
| SNAME | FG | | |
| SOLD BY | | | |
| AUTHORIZED BY | MIKE SIDLEY | | |

**CUSTOMER**

FG LLC
2940 WESTWOOD BLVD 2ND FLOOR
LOS ANGELES CA 90064

**JOB LOCATION**
FESTIVAL FOODS.
750 N. UNION STREET, MAUSTON WI

**JOB DESCRIPTION**
REPAIR A PARKING LOT CIRCUIT THAT KEEPS TRIPPING.

FOR 24 HOUR EMERGENCY SERVICE - 356-9797
WE ACCEPT MASTER CARD, VISA & DISCOVER

| Labor / Work Description | Charge |
|---|---|
| 5/17/2018 BYPASSED PHOTO EYE AND TURNED ON BUILDING LIGHTS. THREE LED WALL PACKS HAVE ONLY ONE OF THE TWO DIODES LIGHTING. THEY DO NOT APPEAR TO HAVE MOISTURE IN THE LENS BUT A BUCKET TRUCK IS NEEDED TO REACH THEM TO DO FURTHER INSPECTION. PHOTO EYE WAS NOT WORKING. REPLACED AND TESTED. LIGHTS CAME BACK ON AS TECHNICIAN WAS LEAVING. THE NEW PHOTO EYE FAILED. CHECKED VOLTAGE. GETTING 280V ON LIGHTING LEG. NEED TO INSTALL A 277 - 480V PHOTO EYE INSTEAD OF A 120-277V. | |
| 5/18/2018: REPLACED PHOTO EYE WITH A 208-277V LED COMPATIBLE PHOTO EYE AND TESTED. NEED TO RETURN TO REPLACED FAULTY WALL PACKS. | |
| 5/29/2018: FOUND 15 NOT WORKING. UNABLE TO ACCESS 18 SO REPLACED 14, 15 AND 17 AND TOO GOOD DRIVER FROM 15 AND REPLACED IT WITH THE BAD DRIVER IN 18. ALL LIGHTS ARE NOW WORKING. | |
| Labor Provided | 640.00 |
| Labor Total | 640.00 |

| Quantity | Material / Work Description | |
|---|---|---|
| 1.00 | W/P 2 GANG BLANK | |
| 1.00 | 208/277V 3100/4150W BUTTON | |
| | Material Total | 26.10 |

| | Quantity | Direct Charge Description | Charge |
|---|---|---|---|
| 05/29/2018 | 3.50 | BUCKET TRUCK | 369.25 |
| | | Direct Total | 369.25 |

| TOTAL $ | 1,035.35 |
|---|---|

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HILL'S WIRING INC.
615 W. Hill Street
Baraboo WI 53913

| CUSTOMER | FG LLC | | |
|---|---|---|---|
| ACCT | 108046 | INVOICE | 72638 |
| DATE | 10/03/2018 | JOBNUM | 69206 |
| STATUS | OPEN | AMOUNT DUE | 1,035.35 |
| PAYMENT | | | |

| TERMS | NET 10 DAYS LATE FEE IS 18% ANNUM |
|---|---|

EXHIBIT 2

# INVOICE

**FG, LLC**
c/o Michael I. Sidley
2940 Westwood Blvd., 2nd Floor
Los Angeles, CA 90064
310-229-8941 or 310-474-5370

Date: January 8, 2019

TO:   Kmart Corporation
      Store #7648
      c/o Sears, Roebuck and Co.
      3333 Beverly Road
      Hoffman Estates, IL 60179
      Attn Vice President Real Estate
        Dept. 824RE

RE:   Kmart Store #7648
      Mauston Shopping Center
      Mauston, WI

Via email:   franck.Moyo@searshc.com, tammi.banaszak@searshc.com, bridget.cooke@searshc.com

Make all checks payable to:   FG, LLC
Terms:   DUE UPON RECEIPT

## PROPERTY TAXES FOR 2018 (1st & 2nd Installments)

Tenants Prorata Share
    Shopping Center Sq.Ft.    140,712
    Tenant Sq.Ft.    67,332
    Tenant's Prorata Share    47.85%

| | Gross Amount | Pro Rata % | Pro Rata Share |
|---|---|---|---|
| 1st & 2nd Installments - Property Taxes | $150,218.69 | 47.85% | $71,881.04 |
| | | **TOTAL DUE:** | **$71,881.04** |

The total is due upon receipt of this invoice.  Please remit payment to:

FG, LLC
2940 Westwood Blvd., 2nd Floor
Los Angeles, CA 90064

*or submit payment directly to our bank as you would your rent payments.*

If you have any questions about this bill, please contact Terri Sao at terrisao@aol.com or 310-474-5370.  Thank you.

# 2018 REAL ESTATE PROPERTY TAX

OF MAUSTON  
REASURER  
03 MANSION ST  
AUSTON WI 53948  
08-847-6676

CITY OF MAUSTON  
JUNEAU COUNTY

292511648.1  
Bill No: 325562

| | |
|---|---|
| Full Payment of: | $150,218.69 |
| or First Installment of: | $75,109.35 |
| Due on or Before: | January 31, 2019 |
| Make Check Payable to: | CITY OF MAUSTON |

Installments may be paid as follows:  
$75,109.35 due by January 31, 2019  
$75,109.34 due by July 31, 2019

325562   292511648.1        000851  
FG LLC  
2940 WESTWOOD BLVD 2ND FL  
LOS ANGELES CA 90064

IMPORTANT: Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.  
06-15N-04E  Acres: 13.480  
LOT 1, VOL. 4 C.S.M. PG. 322  
#1206 & PT. OF LOT 1, VOL. 10  
CSM PG. 195, #2677; PT. S 1/2  
SWFR 1/4 EXCEPT 619510

Property Address  **750 N UNION ST**

## STATE OF WISCONSIN — 2018 REAL ESTATE PROPERTY TAX

| ssed Value Land | Ass'd Value Improve | Total Assessed Value | Ave. Assmt. Ratio | Est. Fair Mkt. Land | Est. Fair Mkt. Improve | Total Est. Fair Mkt. | A star in this box means unpaid prior year taxes. |
|---|---|---|---|---|---|---|---|
| 527,000 | 4,659,900 | 5,186,900 | 0.943 | 558,900 | 4,942,100 | 5,501,000 | |

| Taxing Jurisdiction | 2017 Est. State Aids Allocated Tax Dist. | 2018 Est. State Aids Allocated Tax Dist. | 2017 Net Tax | 2018 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| STATE OF WISCONSIN | | | | | |
| JUNEAU COUNTY | 178,928 | 156,661 | 36,109.42 | 34,096.43 | -5.6 |
| CITY OF MAUSTON | 1,535,168 | 1,561,422 | 54,495.34 | 58,062.30 | 6.5 |
| WTC | 203,361 | 189,793 | 8,624.97 | 8,114.05 | -5.9 |
| SCH D OF MAUSTON | 2,971,677 | 2,684,024 | 49,435.00 | 50,022.89 | 1.2 |
| **Total** | 4,889,134 | 4,591,900 | 148,664.73 | 150,295.67 | 1.1 |
| First Dollar Credit | | | 71.34 | 76.98 | 7.9 |
| Lottery and Gaming Credit | | | | | |
| Net Property Tax | | | 148,593.39 | 150,218.69 | 1.1 |

| | |
|---|---|
| Gross Property Tax | 150,295.67 |
| First Dollar Credit | -76.98 |
| Lottery Credit | — |
| Net Property Tax | 150,218.69 |

School taxes reduced by school levy tax credit  $ 9567.62

FOR INFORMATIONAL PURPOSES ONLY  
Voter approved temporary tax increases:

Net Assessed Value Rate (Does NOT reflect credits)  .028976010

**TOTAL DUE FOR FULL PAYMENT**  
PAY BY January 31, 2019  
**$150,218.69**

Warning: If not paid by due date, installment option is lost and total tax is delinquent and subject to interest and, if applicable, penalty. Failure to pay on time. See reverse side.

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|
| SCH D OF MAUSTON | 2772.57 | 73.47 | 2021 |

---

| PAY 1ST INSTALLMENT OF: $75,109.35 | AND PAY 2ND INSTALLMENT OF: $75,109.34 | OR PAY FULL AMOUNT OF: $150,218.69 |
|---|---|---|
| Pay to Local Treasurer By January 31, 2019 | Pay to County Treasurer By July 31, 2019 | Pay to Local Treasurer By January 31, 2019 |
| Amount Enclosed: $ _____ | Amount Enclosed: $ _____ | Amount Enclosed: $ _150,218.69_ |
| Make Check Payable to: CITY OF MAUSTON TREASURER 303 MANSION ST MAUSTON WI 53948 Bill # 325562 Parcel # 292511648.1 | Make Check Payable to: JUNEAU COUNTY TREASURER DENISE J GIEBEL 220 E STATE ST ROOM 112 MAUSTON WI 53948 Bill # 325562 Parcel # 292511648.1 Phone 608-847-9308 | Make Check Payable to: CITY OF MAUSTON TREASURER 303 MANSION ST MAUSTON WI 53948 Bill # 325562 Parcel # 292511648.1 |
| FG LLC Include This Stub With Your Payment | FG LLC Include This Stub With Your Payment | FG LLC Include This Stub With Your Payment |

**FG, LLC**
2940 WESTWOOD BLVD. 2ND FLOOR
LOS ANGELES, CA 90064

BOSTON PRIVATE
5-234/110

1/8/2019

PAY TO THE ORDER OF   City of Mauston - Treasurer            $ **150,218.69

One Hundred Fifty Thousand Two Hundred Eighteen and 69/100****************************************************** DOLLARS

City of Mauston - Treasurer
303 Mansion Street
Mauston, WI 53948

MEMO  Bill #325562 / Parcel #292511648.1 - Full Amount

AUTHORIZED SIGNATURE

⑈001277⑈

---

FG, LLC                                                                                                          1277
    City of Mauston - Treasurer                       1/8/2019
                    paid in full amount for 2018                              150,218.69




Boston Private Bank &   Bill #325562 / Parcel #292511648.1 - Full Amou                    150,218.69

FG, LLC                                                                                                          1277
    City of Mauston - Treasurer                       1/8/2019
                    paid in full amount for 2018                              150,218.69




Boston Private Bank &   Bill #325562 / Parcel #292511648.1 - Full Amou                    150,218.69

PRODUCT SSLT103   USE WITH 91663 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

33 C5CC  SLXRX5  01/15/2016 11:29

## CERTIFICATE OF SERVICE

       Paul L. Ratelle certifies that he served a true and correct copy of the attached **FG, LLC's Cure Claim Objection For Store No. 7648 (Mauston, Wisconsin) and Reservation of Rights** via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record, and on parties listed below as indicated.

Dated: January 25, 2019.               **FABYANSKE, WESTRA, HART & THOMSON, P.A.**

                                           By: /s/ Paul L. Ratelle
                                              Paul L. Ratelle (*pro hac vice* pending)
                                              Minnesota Bar No. 127632
                                              pratelle@fwhtlaw.com
                                              333 South Seventh Street
                                              Minneapolis, MN 55402
                                              Telephone: (612) 359-7636
                                              Facsimile: (612) 359-7602

                                              *Attorneys for FG, LLC*

## SERVICE LIST

**VIA EMAIL**

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. garrett.fail@weil.com
        Sunny Singh, Esq. sunny.singh@weil.com
        Ellen J. Odoner, Esq. Ellen.Odoner@weil.com
        Gavin Westerman, Esq. Gavin.Westerman@weil.com

    c. Debtors' investment banker:
        Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Eiberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq.: idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holding Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006