# Statement

Tutu Park, Ltd.
4605 Tutu Park Mall
Suite 254
St Thomas, VI  00802

| Date |
|---|
| 1/23/2019 |

Bill To

Kmart - Sears Holding Cor
Department 824RE
3333 Beverly Road
Hoffman Estates, IL 60179

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/01/2017 | Monthly Rent/Lease Charge - November 2017 | 58,629.92 | 58,629.92 |
| 12/01/2017 | Monthly Rent/Lease Charge - December 2017 balance | 29,945.39 | 88,575.31 |
| 03/07/2018 | INV #121517-4. Orig. Amount $6,337.69. cost of sewage line emergency at Kmart, Oct-Nov 2016 | 6,337.69 | 94,913.00 |
| 05/26/2018 | CAM Billing for 2016, parking lot | 67,309.19 | 162,222.19 |
| 08/24/2018 | August water bill | 1,205.50 | 163,427.69 |
| 09/12/2018 | 2018 R/E Tax | 55,938.57 | 219,366.26 |
| 10/02/2018 | September water bill | 1,107.45 | 220,473.71 |
| 10/28/2018 | October water bill | 1,219.35 | 221,693.06 |
| 10/29/2018 | CAM Billing for 2017, parking lot | 69,052.54 | 290,745.60 |
| 11/21/2018 | November water bill | 1,434.58 | 292,180.18 |
| 12/17/2018 | PMT #140049479. | -11,954.01 | 280,226.17 |
| 12/21/2018 | December water bill | 1,657.85 | 281,884.02 |
| 01/22/2019 | January water bill | 1,715.18 | 283,599.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 1,715.18 | 1,657.85 | 1,434.58 | 137,581.08 | 141,210.51 | $283,599.20 |

FIRST AMENDMENT TO LEASE                            #3829  St. Thomas
                                                     U. S. Virgin Islands

This Agreement is made this 15th day of January, 1992, by and between TUTU PARK, LIMITED a U.S. Virgin Islands Limited Partnership (hereinafter referred to as "Landlord"), whose address is TUTU Park Limited, No. 10 Estate Charlotte Amalie, St. Thomas, Virgin Islands 00804, and K MART CORPORATION, a Michigan corporation (hereinafter referred to as "Tenant"), having its principal office at 3100 West Big Beaver Road, Troy, Michigan 48084.

WHEREAS, by a Lease dated November 14, 1991, (the "Lease"), Landlord demised to Tenant a portion of the Shopping Center described in said Lease; and

WHEREAS, Landlord and Tenant desire to amend the Lease and establish certain agreements regarding the enlargement of the Demised Premises in this First Amendment To Lease (the "Lease Amendment"); and

WHEREAS, the parties hereto desire to amend the Lease as hereinafter set forth to enlarge the Demised Premises, and to establish certain agreements regarding the same.

NOW THEREFORE, in consideration of the mutual promises and other covenants and conditions contained herein, it is hereby agreed by and between Landlord and Tenant as follows:

1. Demised Premises.

    A. Article 1 of the Lease is hereby amended to delete Exhibit A, the legal description of the Demised Premises, and Exhibit B, the Plot Plan of the Demised Premises, and to substitute the new Exhibit A and the new Exhibit B, attached hereto. Any reference in the Lease to Exhibit A or Exhibit B shall hereafter refer to the attached Exhibit A or Exhibit B dated December 18, 1991.

    B. Article 1 of the Lease is further amended to delete:

        Kmart Building:  361'6" in width by 239'4" in depth
        TOTAL SIZE:  86,479 square feet

    and to substitute therefore:

        "Kmart store unit:  381'4" in width by 273'4" in depth
                            for a total of 104,231 square feet

2. Annual Minimum Rental.

    Article 3 of the Lease is hereby amended to delete the stated annual minimum rental of FIVE HUNDRED EIGHTY-THREE THOUSAND SEVEN HUNDRED THIRTY-THREE DOLLARS ($583,733.00), and substitute in its place a new annual minimum rental of SEVEN HUNDRED THREE THOUSAND FIVE HUNDRED FIFTY NINE DOLLARS ($703,559.00).

3. New Building by Landlord                    RENTAL = $58,629.92/mo

    Article 6 of the Lease is hereby amended to delete: ".... rough site grading shall be completed and foundations and footings commenced not later than May 1, 1990."

    and to substitute therefore: ".... rough site grading shall be completed and foundations and footings commenced not later than June 30, 1992."

    Article 6 of the Lease is further amended to delete: ".... and possessions thereof tendered to Tenant prior to June 1, 1991, ...."

    and to substitute therefore: "    and possession thereof tendered to Tenant prior

SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-5873

TUTU PARK LIMITED  
4605 TUTU PARK MALL, STE 254

BANK NO: 79  
CHECK DATE: 12/01/2017  
CHECK NO: 32028372  
CHECK AMOUNT: 28,684.53

DECEMBER 2017 RENT PMT.

* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 0850001 | 29,945.39CR | | 530 | RDED PER CF#64316290L | | | | |
| 0382901 | 58,629.92 | | 400 | Minimum Rent Expense | St. Thomas, Virgin Islands | | | |

DOCUMENT TOTAL  28,684.53          CHECK AMOUNT  28,684.53

$29,945.39 Rent reduction - NOT ALLOWED.

| DOCUMENT TOTAL | DISCOUNT TOTAL | 1099 WTAX TOTAL | NET AMOUNT |
|---|---|---|---|

DISCOUNT CODE:   A. ANTICIPATION   C. CASH   F. FREIGHT   T. TRADE

SEARS HOLDINGS MANAGEMENT CORPORATION          Bank of America          64-1278/611
CHECK NUMBER: 032028372

PAY: TWENTY-EIGHT THOUSAND SIX HUNDRED EIGHTY-FOUR AND 53/100 DOLLARS

VOID AFTER 6 MONTHS

TO THE ORDER OF: TUTU PARK LIMITED  
4605 TUTU PARK MALL, STE 254  
ST THOMAS    VI 00802

CHECK DATE: 12/01/2017  
CHECK AMOUNT: $28,684.53

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑆032028372⑆ ⑈061112788⑈ 335990986⑈

**Tutu Park, Ltd.**
4605 Tutu Park Mall
Suite 254
St Thomas, VI  00802

# Invoice

**Invoice #:** 121517-4
**Invoice Date:** 3/7/2018
**Due Date:** 3/7/2018
**Project:**
**P.O. Number:**

**Bill To:**
Kmart - Sears Holding Cor
Department 824RE
3333 Beverly Road
Hoffman Estates, IL 60179

| Date | Description | Amount |
|---|---|---|
| 3/7/2018 | cost of sewage line emergency at Kmart, Oct-Nov 2016 | 6,337.69 |

| | |
|---|---|
| **Total** | $6,337.69 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,337.69 |

Tutu Park Mall
Kmart
CAM 2016

| | | |
|---|---:|---:|
| CAM Security Payroll | 359,849.74 | |
| CAM Maintenance Payroll | 271,866.60 | |
| | 631,716.34 | |
| | 25% | |
| 25% allocated to 'outside' | | 157,929.09 |
| CAM Parking Lot Maintenance | | |
| CAM Landscaping | 15,533.11 | |
| CAM Parking Lot Cleaning | 44,199.96 | |
| Total 'outside' expenses | | 217,662.16 |
| | | 30.9237% |
| Amount Due | | 67,309.19 |

Tutu Park, Ltd.
4605 Tutu Park Mall, Ste 254
St. Thomas, VI 00802

## Water Utility Bill

Kmart – Sears Holding Corp.
Department 824RE
3333 Beverly Road
Hoffman Estate, IL 60179

Billing Date: August 23, 2018

| Previous Reading | Meter Reading | Consumption | Rate | Amount Due |
|---|---|---|---|---|
| 7645810 gal. | 7689330 gal. | 43,520 gal. | 0.0277 | 1,205.50 |
| | | | **Total Due:** | 1,205.50 |

Please make checks payable to Tutu Park Limited

Tutu Park, Ltd.
4605 Tutu Park Mall, Ste 254
St. Thomas, VI  00802-1736

## Real Estate Tax Statement – 2018

**Kmart**                                                                                            September 18, 2018

Kmart's pro rata share of tax liability against BUILDINGS:

Tax liability against the buildings located within the land described in Exhibit A:

| Date Paid | Building No. | Parcel No. | Tax Liability | |
|---|---|---|---|---|
| Sep. 18, 2018 | Building 1 | 1-05603-0199-01 | $217,143.67 | |
| | Total Tax on Building | | $217,143.67 | |

Computation – Article 5:

|  |  | Square Feet | |
|---|---|---|---|
| Numerator: | | | |
| Kmart | 106,585 s.f. x 70% | 74,610 | |
| | | | |
| Denominator: | | | |
| Building 1 | | 344,671 | |
| less: Kmart | 100% x 106,585 s.f. | (106,585) | |
| plus: Kmart | 70% x 106,585 s.f. | 74,610 | |
| | | 312,696 | |
| | | | |
| Numerator | | 74,610 | |
| Denominator | | 312,696 | |
| Kmarts pro rata share of tax on building | | 0.238601131 | |
| Tax on buildings | | $217,143.67 | |
| Kmarts pro rata share of tax on building | | | $51,810.73 |

Kmart's pro rata share of tax liability against LAND:

| | | | | |
|---|---|---|---|---|
| | Kmart | acres | 6.6542 | |
| | Total land | acres | 26.5300 | |
| | Kmarts pro rata share of tax on land | | 0.250817942 | |
| Sep. 18, 2018 | Tax on land | 1-05603-0199-00 | $16,457.51 | |
| | Kmarts pro rata share of tax on land | | | $4,127.84 |
| | | | | |
| | Total 2018 Tax due | | | $55,938.56 |



GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
TAX COLLECTOR'S OFFICE

## PROOF OF PAYMENT FOR REAL PROPERTY TAX

Please keep this Proof of Payment for Real Property Tax for your records. This document serves as official proof that you have paid the amount listed below. Should you have questions concerning this payment, please contact the Tax Collector's Office at (340) 776-8505 on St. Thomas, or (340) 773-1105 on St. Croix.

If the payment made is **not** for the entire amount due, or there is **not** an existing installment agreement, then any remaining amounts owed are the responsibility of the property owner. Interest and penalties will continue to accrue and the property is subject to enforcement in accordance with the Virgin Islands Code, Title 33, Subtitle 2, Chapter 89, Subchapter III (Attachment and sale at auction).

| DESCRIPTION OF PROPERTY | PARCEL NUMBER |
|---|---|
| 26 ESTATE CHARLOTTE AMALIE No.3 NEW QTR. | 1-05603-0199-01 |
| **PROPERTY OWNER** | **TAX YEAR** |
| TUTU PARK LTD.<br>Ste 254<br>4605 Tutu Park Mall<br>St Thomas, VI 00802 | 2018 |
| | **BILL NUMBER** |
| | 21054934-00 |



PROOF OF PAYMENT
REAL PROPERTY TAX
GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS



| PAYMENT DATE | CASHIER | RECEIPT NUMBER | PAYER INFORMATION | PAYMENT DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 09/18/2018 | Chavanne Pennyf | 1536350 | TUTU PARK LTD. | Check 015217 | 217,143.67 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | PREVIOUS AMOUNT DUE | 217,143.67 |
| | | | | CURRENT BALANCE | 0.00 |



GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
TAX ASSESSOR'S OFFICE
No. 5049 Kongens Gade #18
Charlotte Amalie, St. Thomas, Virgin Islands 00802-6487

Pay Online: propertytax.vi.gov

## NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL

Dear Property Owner,

Your 2018 **Notice of Change of Assessment and Real Property Tax Bill** has been prepared in a two-part format. **If you had an overpayment from your 2017 tax bill, this bill reflects a prepayment. Please pay Balance Due listed below. If there is still an overpayment the additional credit will be applied towards the 2019 tax bill.** Wastewater User Fees charges and any outstanding property taxes are explained on the reverse side of this bill.

You may now pay your property tax bill online at http://propertytax.vi.gov; or, a return envelope is enclosed for your convenience. If you choose to pay your bill by mail, tear off the lower portion of the tax bill and return it in the enclosed return envelope with your check or money order made payable to the GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS. **DO NOT SEND CASH.**

You may also pay in person by cash, check, money order, or credit card (MasterCard or Visa). The cashier will retain the lower section of your bill.

THE DUE DATE OF THE REAL PROPERTY TAX BILL IS JULY 28, 2018.  PAY BY SEPTEMBER 28, 2018 TO AVOID BECOMING DELINQUENT AND INCURRING LATE PAYMENT CHARGES OF ONE (1) PERCENT PER MONTH.

You may file an INFORMAL REVIEW (IR) with the Tax Assessor's Office in your district within 45 calendar days after the issuance of the tax bill by sending an IR Form to propertytaxreview@lgo.vi.gov. You may also mail in the IR Form or you are also invited to visit the Tax Assessor's Office in your district where you can file the IR. Call (340) 776-8505 or visit us at www.ltg.gov.vi for details.

VIC, T 33, § 2451, if aggrieved with this assessment, you may file a FORMAL appeal to the Board of Tax Review, Department of Finance.

ACT 7984 established a minimum tax of $360 due for any real property with exemptions and credits and Commercial real property to include buildings with five units or more, effective January 1, 2018

2018 REAL PROPERTY BILLS ARE SENT TO THE OWNER AS OF JANUARY 1, 2018.

**2018**   NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL   **2018**
GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS
St. Thomas

*MALL BUILDING*

| DESCRIPTION OF PROPERTY | PARCEL NUMBER |
|---|---|
| 26 ESTATE CHARLOTTE AMALIE No.3 NEW QTR. | 1-05603-0199-01 |

| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 30,540,600 | 30,540,600 | 217,143.67 | 0.00 | 217,143.67 | 0.00 | 217,143.67 | 0.00 | 217,143.67 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE:   .007110

**TAX CREDITS APPLIED**

REMAINING CREDIT

TUTU PARK LTD.
Ste 254
4605 Tutu Park Mall
St Thomas, VI 00802



GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
TAX COLLECTOR'S OFFICE

## PROOF OF PAYMENT FOR REAL PROPERTY TAX

Please keep this Proof of Payment for Real Property Tax for your records. This document serves as official proof that you have paid the amount listed below. Should you have questions concerning this payment, please contact the Tax Collector's Office at (340) 776-8505 on St. Thomas, or (340) 773-1105 on St. Croix.

If the payment made is **not** for the entire amount due, or there is **not** an existing installment agreement, then any remaining amounts owed are the responsibility of the property owner. Interest and penalties will continue to accrue and the property is subject to enforcement in accordance with the Virgin Islands Code, Title 33, Subtitle 2, Chapter 89, Subchapter III (Attachment and sale at auction).

| DESCRIPTION OF PROPERTY | PARCEL NUMBER |
|---|---|
| 26 REM ESTATE CHARLOTTE AMALIE NEW QTR | 1-05603-0199-00 |
| **PROPERTY OWNER** | **TAX YEAR** |
| HARTHMAN LEASING I, LLLP<br>PO Box 503330<br>ST. THOMAS, VI  00805 | 2018 |
| | **BILL NUMBER** |
| | 21469755-00 |



PROOF OF PAYMENT
REAL PROPERTY TAX
GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS



| PAYMENT DATE | CASHIER | RECEIPT NUMBER | PAYER INFORMATION | PAYMENT DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 09/18/2018 | Chavanne Pennyf | 1536348 | TUTU PARK, LIMITED | Check 015217 | 16,457.52 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **PREVIOUS AMOUNT DUE** | 16,457.52 |
| | | | | **CURRENT BALANCE** | 0.00 |



GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
TAX ASSESSOR'S OFFICE
No. 5049 Kongens Gade #18
Charlotte Amalie, St. Thomas, Virgin Islands 00802-6487

Pay Online: propertytax.vi.gov

## NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL

Dear Property Owner,

Your 2018 **Notice of Change of Assessment and Real Property Tax Bill** has been prepared in a two-part format. If you had an overpayment from your 2017 tax bill, this bill reflects a prepayment. Please pay Balance Due listed below. If there is still an overpayment the additional credit will be applied towards the 2019 tax bill. Wastewater User Fees charges and any outstanding property taxes are explained on the reverse side of this bill.

You may now pay your property tax bill online at http://propertytax.vi.gov; or, a return envelope is enclosed for your convenience. If you choose to pay your bill by mail, tear off the lower portion of the tax bill and return it in the enclosed return envelope with your check or money order made payable to the GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS. **DO NOT SEND CASH.**

You may also pay in person by cash, check, money order, or credit card (MasterCard or Visa). The cashier will retain the lower section of your bill.

THE DUE DATE OF THE REAL PROPERTY TAX BILL IS JULY 28, 2018. PAY BY SEPTEMBER 28, 2018 TO AVOID BECOMING DELINQUENT AND INCURRING LATE PAYMENT CHARGES OF ONE (1) PERCENT PER MONTH.

You may file an INFORMAL REVIEW (IR) with the Tax Assessor's Office in your district within 45 calendar days after the issuance of the tax bill by sending an IR Form to propertytaxreview@lgo.vi.gov. You may also mail in the IR Form or you are also invited to visit the Tax Assessor's Office in your district where you can file the IR. Call (340) 776-8505 or visit us at www.ltg.gov.vi for details.

VIC, T 33, § 2451, if aggrieved with this assessment, you may file a FORMAL appeal to the Board of Tax Review, Department of Finance.

ACT 7984 established a minimum tax of $360 due for any real property with exemptions and credits and Commercial real property to include buildings with five units or more, effective January 1, 2018

2018 REAL PROPERTY BILLS ARE SENT TO THE OWNER AS OF JANUARY 1, 2018.

## 2018 NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL
## GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS
## St. Thomas

LAND    2018

| DESCRIPTION OF PROPERTY | PARCEL NUMBER |
|---|---|
| 26 REM ESTATE CHARLOTTE AMALIE NEW QTR | 1-05603-0199-00 |

| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|
| 2,314,700 | 0 | 2,314,700 | 16,457.52 | 0.00 | 16,457.52 | 0.00 | 16,457.52 | 0.00 | 16,457.52 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE: .007110

**TAX CREDITS APPLIED**

REMAINING CREDIT

HARTHMAN LEASING I, LLLP
PO Box 503330
ST. THOMAS, VI 00805

Tutu Park, Ltd.
4605 Tutu Park Mall, Ste 254
St. Thomas, VI 00802

*SEPTEMBER - 2018*

## Water Utility Bill

Kmart – Sears Holding Corp.  
Department 824RE  
3333 Beverly Road  
Hoffman Estate, IL 60179

Billing Date:    October 2, 2018

| Previous Reading | Meter Reading | Consumption | Rate | Amount Due |
|---|---|---|---|---|
| 7689330 gal. | 7729310 gal. | 39,980 gal. | 0.0277 | 1,107.45 |

**Total Due:**    1,107.45

Please make checks payable to Tutu Park Limited

Tutu Park, Ltd.
4605 Tutu Park Mall, Ste 254
St. Thomas, VI 00802

## Water Utility Bill

Kmart – Sears Holding Corp.  
Department 824RE  
3333 Beverly Road  
Hoffman Estate, IL 60179

Billing Date: October 28, 2018

| Previous Reading | Meter Reading | Consumption | Rate | Amount Due |
|---|---|---|---|---|
| 7729310 gal. | 7773330 gal. | 44,020 gal. | 0.0277 | 1,219.35 |

**Total Due:** 1,219.35

Please make checks payable to Tutu Park Limited

Tutu Park Mall
Kmart
CAM 2017

| | | | |
|---|---:|---:|---:|
| CAM Security Payroll | 434,362.09 | | |
| CAM Maintenance Payroll | 286,799.05 | | |
| | 721,161.14 | | |
| | 25% | | |
| 25% allocated to 'outside' | | 180,290.29 | |
| CAM Parking Lot Maintenance | | 608.87 | |
| CAM Landscaping | | 325.50 | |
| CAM Parking Lot Cleaning | | 42,075.07 | |
| Total 'outside' expenses | | | 223,299.73 |
| | | | 30.9237% |
| Amount Due | | | 69,052.54 |

Tutu Park, Ltd.
4605 Tutu Park Mall, Ste 254
St. Thomas, VI 00802

## Water Utility Bill

Kmart – Sears Holding Corp.  Billing Date:    November 21, 2018
Department 824RE
3333 Beverly Road
Hoffman Estate, IL 60179

| Previous Reading | Meter Reading | Consumption | Rate | Amount Due |
|---|---|---|---|---|
| 7773330 gal. | 7825120 gal. | 51,790 gal. | 0.0277 | 1,434.58 |
| | | | **Total Due:** | 1,434.58 |

Please make checks payable to Tutu Park Limited

SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-6873

| TUTU PARK LTD | | BANK NO: | 12 | CHECK DATE : | 12/10/2018 |
| --- | --- | --- | --- | --- | --- |
| (DUNS NUMBER: 00-000-0000) | | | | CHECK NUMBER: | 140049479 |
| | | | | CHECK AMOUNT: | 11,954.01 |

\* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
\* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3829 | PT99694 | | 12/06/18 | | 11,954.01 | .00 | | 400 |

— PAYMENT RECEIVED —

| | DOCUMENT TOTAL | DISCOUNT TOTAL | 1099 WTAX TOTAL | NET AMOUNT |
| --- | --- | --- | --- | --- |
| | 11,954.01 | .00 | .00 | 11,954.01 |

DISCOUNT CODE:    A. ANTICIPATION    C. CASH    F. FREIGHT    T. TRADE

---

SEARS DEBTOR IN POSSESSION                    Bank of America        64-1278/611
                                                         CHECK NUMBER: 140049479

PAY:    ELEVEN THOUSAND NINE HUNDRED FIFTY-FOUR AND 01/100 DOLLARS

                                                VOID AFTER 6 MONTHS
TO THE                              CHECK DATE          CHECK AMOUNT
ORDER OF    TUTU PARK LTD          12/10/2018           $11,954.01
            4605 TUTU PARK MALL, SUITE 254
            ST THOMAS  VI  00802

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑈140049479⑈ ⑆061127881⑆ 3359990986⑈

#    00756 140049479 00000000000 012 00000000000 #

See reverse side for opening instructions.

Tutu Park, Ltd.
4605 Tutu Park Mall, Ste 254
St. Thomas, VI 00802

## Water Utility Bill

Kmart – Sears Holding Corp.  
Department 824RE  
3333 Beverly Road  
Hoffman Estate, IL 60179

Billing Date:    December 21, 2018

| Previous Reading | Meter Reading | Consumption | Rate | Amount Due |
|---|---|---|---|---|
| 7825120 gal. | 7884970 gal. | 59,850 gal. | 0.0277 | 1,657.85 |
| | | | **Total Due:** | 1,657.85 |

Please make checks payable to Tutu Park Limited

Tutu Park, Ltd.
4605 Tutu Park Mall, Ste 254
St. Thomas, VI 00802

## Water Utility Bill

Kmart – Sears Holding Corp.  Billing Date: January 22, 2019
Department 824RE
3333 Beverly Road
Hoffman Estate, IL 60179

| Previous Reading | Meter Reading | Consumption | Rate | Amount Due |
|---|---|---|---|---|
| 7884970 gal. | 7946890 gal. | 61,920 gal. | 0.0277 | 1,715.18 |
| | | | **Total Due:** | 1,715.18 |

Please make checks payable to Tutu Park Limited