## CERTIFICATE OF SERVICE

I, Matthew G. Summers, Esquire, do hereby certify that, on this 25th day of January 2019, I caused a true and correct copy of the foregoing *Objection of Willis Towers Watson PLC, Willis Towers Watson US LLC, Towers Watson Investment Services, Inc., and Their Affiliates to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transactions* to be served (i) via the Court's CM/ECF system upon all parties requesting electronic notice of all filings in this case; and (ii) the following parties on the attached service list in the manner indicated.

Dated: January 25, 2019

                                                        /s/ *Matthew G. Summers*
                                                       Matthew G. Summers
                                                       BALLARD SPAHR LLP

Debtors
Sears Holding Corporation
333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq.
Luke J. Valentino, Esq.
**First-Class Mail**
**Email: Stephen.sitley@searshc.com**
**luke.valentino@searshc.com**

Honorable Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601
**Overnight Mail**

Weil, Gotshal & Manges LLP
767 Firth Avenue
New York, NY 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
**First-Class Mail**
**Email: ray.schrock@weil.com**
**jacqueline.marcus@weil.com**
**garrett.fail@weil.com**
**sunny.singh@weil.com**

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.
Richard Morrissey, Esq.
**First-Class Mail**

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley, Esq.
Sean A. O'Neal, Esq.
Jennifer Kennedy Park, Esq.
Andrew Weaver, Esq.
Rahul Mukhi, Esq.
**First-Class Mail**
**Email: jbromley@cgsh.com**
**soneal@cgsh.com**
**jkpark@cgsh.com**
**aweaver@cgsh.com**
**rmukhi@cgsh.com**

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
**First-Class Mail**
**Email:**
**marshall.huebner@davispolk.com**
**eli.vonnegut@davispolk.com**

DMEAST #36579656 v1

| | |
|---|---|
| Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>**First-Class Mail**<br>**Email: paul.leake@skadden.com**<br>**shana.elberg@skadden.com**<br>**george.howard@skadden.com** | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>**First-Class Mail**<br>**Email: ewilson@kelleydrye.com**<br>**bfeder@kelleydrye.com** |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira S. Dizengoff, Esq.<br>Philip C. Dublin, Esq.<br>Aid Qureshi, Esq.<br>Joseph L. Sorkin, Esq.<br>**First-Class Mail**<br>**Email: idizengoff@akingump.com**<br>**aqureshi@akingump.com**<br>**pdublin@akingump.com**<br>**jsorkin@akingump.com** | Paul Weiss Rifking Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attn: Paul M. Basta, Esq.<br>**First-Class Mail**<br>**Email: pbasta@paulweiss.com** |
| Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq.<br>**First-Class Mail**<br>**Email: emfox@seyfarth.com** | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq.<br>**First-Class Mail**<br>**Email: gadsden@clm.com** |
| Locke Lord LLP<br>111 South Wacker Driver<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq.<br>**First-Class Mail**<br>**Email: braynor@lockelord.com** | Lazard Freres & Co., LLC<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Attn: Levi Quaintance<br>**First-Class Mail**<br>**Email: project.blue.rx@lazard.com** |