# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SEARS HOLDINGS CORPORATION, INC., et al., | Chapter 11 |
|  | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF MINESOTA    )
                     ) SS
COUNTY OF HENNEPIN   )

Wendy Froehle being sworn says: I am not a party to the action, am over 18 years of age and employed at Gray, Plant, Mooty, Mooty & Bennett, P.A., 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

On January 25, 2019, I served true copies of the Objection of Little Caesar Enterprises, Inc. to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction (ECF Document No. 1865), by emailing same to:

I.  Bid Notice Parties
    a.  Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com
    b.  Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq.: garrett.fail@weil.com
        Sunny Singh, Esq.: sunny.singh@weil.com
    c.  Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
  a. Buyer
     Kunal S. Kamlani: kunal@eslinvest.com
     Harold Talisman: harold@eslinvest.com
  b. Counsel
     Christopher E. Austin, Esq.: caustin@cgsh.com
     Benet J. O'Reilly, Esq.: boreilly@cgsh.com
     Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
  a. Bank of America
     Paul Leake, Esq.: Paul.Leake@skadden.com
     Shana Elberg, Esq.: Shana.Elberg@skadden.com
     George Howard, Esq.: George.Howard@skadden.com
  b. Wells Fargo Bank
     Kevin J. Simard, Esq.: ksimard@choate.com
     Jonathan D. Marshall, Esq.: jmarshall@choate.com
  c. Committee
     Ira S. Dizengoff, Esq. : idizengoff@akingump.com
     Philip C. Dublin, Esq.: pdublin@akingump.com
     Abid Qureshi, Esq.: aqureshi@akingump.com
     Sara L. Brauner, Esq.: sbrauner@akingump.com

On January 25, 2019, I served true copies of the Objection of Little Caesar Enterprises, Inc. to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction (ECF Document No. 1865), by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of Minnesota, addressed to the last-known address of:

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

2

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman
and Sunny Singh
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

_Wendy Froehle_
Wendy Froehle

Subscribed and sworn to before me
this 25th day of January 2019.

_Notary Public_

KARLA LEE MALDONADO DITZLER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2023

3