## **EXHIBIT A**

Account Statement

1/25/2019 1:46 PM

## Aging Detail

DB Caption: LIVE   Property: p0096   Tenant: t0000313   Status: Current, Past, Future   Age As Of: 01/31/2019   Post To: 01/2019

| Property | Lease | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center (p0096) | | | | | | | | | | | |
| Sears #002148 (t0000313) | | | | | | | | | | | |
| p0096 | Sears #002148 | UNAPCSH | 12/3/2015 | 12/2016 | -2,147.47 | 0.00 | 0.00 | 0.00 | -2,147.47 | 0.00 | -2,147.47 |
| p0096 | Sears #002148 | ELEC | 3/16/2018 | 03/2018 | 17,769.01 | 0.00 | 0.00 | 0.00 | 17,769.01 | 0.00 | 17,769.01 |
| p0096 | Sears #002148 | GET | 3/16/2018 | 03/2018 | 740.26 | 0.00 | 0.00 | 0.00 | 740.26 | 0.00 | 740.26 |
| p0096 | Sears #002148 | ELEC | 4/10/2018 | 04/2018 | 16,843.04 | 0.00 | 0.00 | 0.00 | 16,843.04 | 0.00 | 16,843.04 |
| p0096 | Sears #002148 | GET | 4/10/2018 | 04/2018 | 701.68 | 0.00 | 0.00 | 0.00 | 701.68 | 0.00 | 701.68 |
| p0096 | Sears #002148 | ELEC | 8/27/2018 | 08/2018 | 23,926.07 | 0.00 | 0.00 | 0.00 | 23,926.07 | 0.00 | 23,926.07 |
| p0096 | Sears #002148 | GET | 8/27/2018 | 08/2018 | 996.76 | 0.00 | 0.00 | 0.00 | 996.76 | 0.00 | 996.76 |
| p0096 | Sears #002148 | ELEC | 9/21/2018 | 09/2018 | 24,342.81 | 0.00 | 0.00 | 0.00 | 24,342.81 | 0.00 | 24,342.81 |
| p0096 | Sears #002148 | GET | 9/21/2018 | 09/2018 | 1,014.12 | 0.00 | 0.00 | 0.00 | 1,014.12 | 0.00 | 1,014.12 |
| p0096 | Sears #002148 | Prepay | 9/28/2018 | 09/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,114.42 | -1,114.42 |
| p0096 | Sears #002148 | ELEC | 10/18/2018 | 10/2018 | 23,227.43 | 0.00 | 0.00 | 0.00 | 23,227.43 | 0.00 | 23,227.43 |
| p0096 | Sears #002148 | GET | 10/18/2018 | 10/2018 | 967.65 | 0.00 | 0.00 | 0.00 | 967.65 | 0.00 | 967.65 |
| p0096 | Sears #002148 | CAM_FX | 11/1/2018 | 11/2018 | 329.91 | 0.00 | 0.00 | 0.00 | 329.91 | 0.00 | 329.91 |
| p0096 | Sears #002148 | ELEC | 11/15/2018 | 11/2018 | 21,228.55 | 0.00 | 0.00 | 21,228.55 | 0.00 | 0.00 | 21,228.55 |
| p0096 | Sears #002148 | GET | 11/15/2018 | 11/2018 | 884.38 | 0.00 | 0.00 | 884.38 | 0.00 | 0.00 | 884.38 |
| p0096 | Sears #002148 | CAM_FX | 12/1/2018 | 12/2018 | 323.26 | 0.00 | 0.00 | 323.26 | 0.00 | 0.00 | 323.26 |
| p0096 | Sears #002148 | GET | 12/1/2018 | 12/2018 | 13.47 | 0.00 | 0.00 | 13.47 | 0.00 | 0.00 | 13.47 |
| p0096 | Sears #002148 | WATER | 12/1/2018 | 12/2018 | 722.39 | 0.00 | 0.00 | 722.39 | 0.00 | 0.00 | 722.39 |
| p0096 | Sears #002148 | GET | 12/1/2018 | 12/2018 | 30.09 | 0.00 | 0.00 | 30.09 | 0.00 | 0.00 | 30.09 |
| p0096 | Sears #002148 | ELEC | 12/20/2018 | 12/2018 | 21,859.90 | 0.00 | 21,859.90 | 0.00 | 0.00 | 0.00 | 21,859.90 |
| p0096 | Sears #002148 | GET | 12/20/2018 | 12/2018 | 910.68 | 0.00 | 910.68 | 0.00 | 0.00 | 0.00 | 910.68 |
| p0096 | Sears #002148 | BASE | 1/1/2019 | 01/2019 | 3,244.57 | 3,244.57 | 0.00 | 0.00 | 0.00 | 0.00 | 3,244.57 |
| p0096 | Sears #002148 | GET | 1/1/2019 | 01/2019 | 135.17 | 135.17 | 0.00 | 0.00 | 0.00 | 0.00 | 135.17 |
| p0096 | Sears #002148 | CAM_FX | 1/1/2019 | 01/2019 | 9,374.49 | 9,374.49 | 0.00 | 0.00 | 0.00 | 0.00 | 9,374.49 |
| p0096 | Sears #002148 | GET | 1/1/2019 | 01/2019 | 390.54 | 390.54 | 0.00 | 0.00 | 0.00 | 0.00 | 390.54 |
| p0096 | Sears #002148 | WATER | 1/1/2019 | 01/2019 | 722.39 | 722.39 | 0.00 | 0.00 | 0.00 | 0.00 | 722.39 |
| p0096 | Sears #002148 | GET | 1/1/2019 | 01/2019 | 30.09 | 30.09 | 0.00 | 0.00 | 0.00 | 0.00 | 30.09 |
| p0096 | Sears #002148 | Prepay | 1/8/2019 | 01/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -12,808.04 | -12,808.04 |
| p0096 | Sears #002148 | ELEC | 1/16/2019 | 01/2019 | 19,358.94 | 19,358.94 | 0.00 | 0.00 | 0.00 | 0.00 | 19,358.94 |
| p0096 | Sears #002148 | GET | 1/16/2019 | 01/2019 | 806.49 | 806.49 | 0.00 | 0.00 | 0.00 | 0.00 | 806.49 |
| | **Sears #002148** | | | | **188,746.67** | **34,062.68** | **22,770.58** | **23,202.14** | **108,711.27** | **-13,922.46** | **174,824.21** |

29914973.1