# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
In re                                                        :
                                                             :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                          :
                                                             :    Case No. 18-23538 (RDD)
                                                             :
                     Debtors.¹                               :    (Jointly Administered)
------------------------------------------------------------ x
```

## NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      1. On November 19, 2018, the Bankruptcy Court entered the *Order Approving Global Bidding Procedures and Granting Related Relief* (the "**Global Bidding Procedures Order**") (ECF No. 816),² approving global bidding and sale procedures (the "**Global Bidding Procedures**"), substantially in the form attached to the Global Bidding Procedures Order as Exhibit 1, in connection with the sale or disposition of substantially all of the Debtors' assets (the "**Assets**"), among other relief.

      2. On November 21, 2018, the Debtors filed the *Notice of Filing of Global Bidding Procedures Process Letter* (ECF No. 862) (the "**Global Process Letter**") soliciting bids on the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Global Bidding Procedures Order, the Global Bidding Procedures, or the Asset Purchase Agreement (as defined herein), as applicable.

Sears Holdings Corporation
Executory Contracts
Non-Real Estate Cure Amounts

| No | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Executed Date | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|---|
| 4729 | CALIFORNIA BUILDER APPLIANCES, | MBA VENTURES, LLC DBA MONTE BELLO APARTMENTS, LLC | AIA DOCUMENT G701 - 2001CHANGE ORDER 027 | N/A | N/A | N/A | $ - |
| 4730 | CALIFORNIA BUILDER APPLIANCES, | MBA VENTURES, LLC DBA MONTE BELLO APARTMENTS, LLC | AIA DOCUMENT G701 - 2001CHANGE ORDER 028 | N/A | N/A | N/A | $ - |
| 4731 | CALIFORNIA BUILDER APPLIANCES, | MBA VENTURES, LLC DBA MONTE BELLO APARTMENTS, LLC | AIA DOCUMENT G701 - 2001CHANGE ORDER 037 | N/A | N/A | N/A | $ - |
| 4732 | CALIFORNIA BUILDER APPLIANCES, | MBA VENTURES, LLC DBA MONTE BELLO APARTMENTS, LLC | AIA DOCUMENT G701 - 2001CHANGE ORDER 039 | N/A | N/A | N/A | $ - |
| 4733 | CALIFORNIA BUILDER APPLIANCES, | MBA VENTURES, LLC DBA MONTE BELLO APARTMENTS, LLC | AIA DOCUMENT G701 - 2001CHANGE ORDER 014 | N/A | N/A | N/A | $ - |
| 4734 | CALIFORNIA BUILDER APPLIANCES, | MBA VENTURES, LLC DBA MONTE BELLO APARTMENTS, LLC | AIA DOCUMENT G701 - 2001CHANGE ORDER 001 | N/A | N/A | N/A | $ - |
| 4735 | A&E FACTORY SERVICE, LLC | MC APPLIANCE CORPORATION | | 9/1/2014 | PERPETUAL | CW2340707 | $ - |
| 4736 | KMART CORPORATION; SEARS, ROEBUCK AND CO. | MC BUILDERS, LLC | FAC - MC BUILDERS LLC - MSA - 2018 | 3/3/2018 | 03/02/2019 | CW2337966 | $ 22,626 |
| 4737 | KMART CORPORATION; SEARS, ROEBUCK AND CO. | MC BUILDERS | FACILITIES UPTO $40K MSA | N/A | 03/02/2019 | N/A | $ - |
| 4738 | SEARS HOLDINGS MANAGEMENT CORPORATION | MC2 MODEL MANAGEMENT LLC | MARKETING - MC2 MODELS MANAGEMENT- PSA - 2014 | 10/27/2014 | 01/31/2020 | CW2291792 | $ 5,750 |
| 4739 | SEARS HOLDINGS MANAGEMENT CORPORATION | MCAFEE, INC | IT - MCAFEE - SOC MSA - 2014   (REDO OF CW2293405) | 12/10/2014 | 12/09/2019 | CW2306286 | $ - |
| 4740 | SEARS HOLDINGS MANAGEMENT CORPORATION | MCAFEE, INC | IT - MCAFEE - SOC SERVICE ACC RECORD - 2014 | 12/10/2014 | 12/09/2019 | CW2293724 | $ - |
| 4741 | SEARS HOLDINGS MANAGEMENT CORPORATION | MCAFEE, INC | IT - MCAFEE - SOC MSA - 2014 | 12/10/2014 | 12/09/2019 | CW2293405 | $ - |
| 4742 | CALIFORNIA BUILDER APPLIANCES, | MCCARTHY BUILDING COMPANIES, INC. | MCCARTHY SUBCONTRACT6225.001-067 STANFORD HOUSING LAGUNITA COURT - CONCRETE | 09/16/2015 | N/A | JOB 6223-096 | $ - |
| 4743 | CALIFORNIA BUILDER APPLIANCES, | MCCARTHY BUILDING COMPANIES, INC. | MCCARTHY SUBCONTRACTSTANFORD UNIV MANZANITA RESIDENCE HALL MBC PROJECT 6223; | 07/08/2015 | N/A | SUBCONTRACTOR FINALIZATION | $ - |
| 4744 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | MCCOY EQUIPMENT SALES INC | HOME SERVICES - MCCOY EQUIPMENT SALES INC - MASTER SERVICE AGREEMENT (GO LOCAL) - 2017 | 10/10/2016 | 10/09/2021 | CW2323207 | $ 93 |
| 4745 | SEARS, ROEBUCK AND CO. | MCCRORY CONSTRUCTION COMPANY | SEARS COMMERCIAL-MCCRORY CONSTRUCTION COMPANY, LLC-SUBCONTRACTOR AGREEMENT | N/A | N/A | N/A | $ - |
| 4746 | SEARS, ROEBUCK AND CO. | MCCRORY CONSTRUCTION COMPANY | SEARS COMMERCIAL-MCCRORY CONSTRUCTION COMPANY, LLC-SALES CONTRACT | N/A | N/A | N/A | $ - |
| 4747 | SEARS, ROEBUCK AND CO. | MCCRORY CONSTRUCTION COMPANY, LLC | SEARS COMMERCIAL-MCCRORY CONSTRUCTION COMPANY, LLC-SUBCONTRACTOR AGREEMENT | N/A | N/A | N/A | $ - |
| 4748 | SEARS, ROEBUCK AND CO. | MCCRORY CONSTRUCTION COMPANY, LLC | SEARS COMMERCIAL-MCCRORY CONSTRUCTION COMPANY, LLC-CONTRACT RIDER | N/A | N/A | N/A | $ - |
| 4749 | KMART CORPORATION; KMART OPERATIONS LLC; | MCCUNE ELECTRICAL SERVICE | FACILITIES UPTO $40K MSA | N/A | N/A | N/A | $ 2,896 |
| 4750 | KMART CORPORATION | MCDONALDS | | N/A | N/A | N/A | $ - |
| 4751 | KMART CORPORATION | MCDONALDS CORP. | | N/A | N/A | N/A | $ - |
| 4752 | SEARS, ROEBUCK AND CO. | MCDONALD'S CORPORATION | | N/A | N/A | N/A | $ - |