COZEN O'CONNOR
*Attorneys for Scents of Worth, Inc.*
Frederick E. Schmidt, Jr.
277 Park Avenue
New York, NY  10172
(212) 883-4900
(646) 588-1552 (fax)
eschmidt@cozen.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE OF OBJECTION OF SCENTS OF WORTH, INC. TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION**

I hereby certify, pursuant to 28 U.S.C. § 1746, that on January 25, 2019, I caused a true and correct copy of the foregoing Cure Claim Objection to be sent to each of the persons named on the attached Service List by email or ECF (unless otherwise stated).

Dated:  New York, New York
        January 25, 2019

COZEN O'CONNOR
*Attorneys for Scents of Worth, Inc.*

By: */s/ Frederick E. Schmidt, Jr.*
Frederick E. Schmidt, Jr.
277 Park Avenue
New York, NY 10172
Phone: 212-883-4948
Facsimile: 646-588-1552
Email:  eschmidt@cozen.com

## <u>SERVICE LIST</u>

I.      Bid Notice Parties

    a. Debtors

              Rob Riecker:
              rob.riecker@searshc.com
              Luke Valentino:
              luke.valentino@searshc.com
              Mohsin Meghji:
              mmeghji@miiipartners.com
              General Counsel:
              counsel@searshc.com

    b. Debtors' counsel

              Ray Schrock, Esq.:
              ray.schrock@weil.com
              Jacqueline Marcus, Esq.:
               jacqueline.marcus@weil.com
              Garrett A. Fail, Esq.
              garrett.fail@weil.com
              Sunny Singh, Esq.
              sunny.singh@weil.com

    c.  Debtors' investment banker: project.blue.rx@lazard.com

II.      Buyer Parties

    a.   Buyer

              Kunal S. Kamlani:
              kunal@eslinvest.com
              Harold Talisman:
              harold@eslinvest.com

    b.   Counsel

              Christopher E. Austin, Esq.:
              caustin@cgsh.com
              Benet J. O'Reilly, Esq.:
              boreilly@cgsh.com
              Sean A. O'Neal, Esq.:
              soneal@cgsh.com

III.     Consultation Parties

      a.   Bank of America
              Paul Leake, Esq.:
              Paul.Leake@skadden.com
              Simla Elberg, Esq.:
              Shana.Elberg@skadden.com

2

George Howard, Esq.:
George.Howard@skadden.com

   b.   Wells Fargo Bank
Kevin J. Simard, Esq.:
ksimard@choate.com
Jonathan D. Marshall, Esq.:
jmarshall@choate.com

   c.   Committee
Ira S. Dizengoff, Esq.:
idizengoff@akingump.com
Philip C. Dublin, Esq.:
pdublin@akingump.com
Abid Qureshi, Esq.:
aqureshi@akingump.com
Sara L. Brauner, Esq.:
sbrauner@akingump.com

Transform Holdco, LLC (Via First Class Mail)
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation (Via First Class Mail)
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP (Via First Class Mail)
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP (Via First Class Mail)
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006