UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SEARS HOLDINGS CORPORATION,

Debtor.

Chapter 11

Case No. 18-23538

---

## CERTIFICATE OF SERVICE

I, Katharine H. Fahey, certify under penalties of perjury, as follows:

On January 25, 2019, I electronically filed the Objection of Van Hook Service Co., Inc. to Debtors' Proposed Cure Costs and Assumption of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction which sent electronic notice via the Court's CM/ECF System to the following:

Paul D. Leáke on behalf of Interested Party Bank of America, N.A.
wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com

Jonathan D. Marshall on behalf of Creditor Wells Fargo Bank, National Association
jmarshall@choate.com

Ray C Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com

Ira S. Dizengoff on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.
idizengoff@akingump.com, afreeman@akingump.com;apreis@akingump.com;dkrasaberstell@akingump.com;nymco@akingump.com

I further certify that on January 25, 2019, I served a copy of the Objection of Van Hook Service Co., Inc. to Debtors' Proposed Cure Costs and Assumption of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction, via electronic mail to the following parties:

Rob Reicker (rob.riecker@searshc.com; Luke Valentino (luke.valentino@searshc.com and Mohsin Meghji (mmeghji@miiipartners.com)

Lazard Freres & Co., LLC, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Brandon Aebershold and Levi Quaintance (project.blue.rx@lazard.com)

I further certify that on January 25, 2019, I served a copy of the Objection of Van Hook Service Co., Inc. to Debtors' Proposed Cure Costs and Assumption of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction by first class mail postage prepaid, by mailing it to the following parties:

Lazard Freres & Co., LLC, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Brandon Aebershold and Levi Quaintance (project.blue.rx@lazard.com)

Executed on January 29, 2019                    ___/s/ *Katharine H. Fahey*_____