**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Ryan C. Reinert to be admitted, *pro hac vice*, to represent Manco Florida Associates, LLC in the above-referenced cases, and upon the movant's certification that the movant is a member of good standing of the bar in the State of Florida, it is hereby

**ORDERED**, that Ryan C. Reinert, Esq. is admitted to practice, *pro hac vice,* in the above-referenced jointly administered cases to represent Manco Florida Associates, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 25, 2019
White Plains, New York

/s/Robert D. Drain
United States Bankruptcy Judge