**BROWN & CONNERY, LLP**
Julie F. Montgomery, Esquire
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
jmontgomery@brownconnery.com
*Attorneys for SAP Industries, Inc., SAP America, Inc., and Concur Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, *et al.*,**[1] | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| **Debtors.** | |

**CERTIFICATE OF SERVICE**

I, Julie F. Montgomery, Esquire hereby certify that on January 25, 2019, I caused true and correct copies of the *Limited Objection and Reservation of Rights to the Debtors' Global Sale Transaction and Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts* to be served upon all parties receiving pleadings via the Electronic Court Filing System in this case, where it is available for viewing, and upon the following via email, unless otherwise noted:

---

1  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

74T7848

Sears Holdings Corporation
Attn: Rob Riecker.
      Luke J. Valentino
      Mohsin Meghji
3333 Beverly Road
Hoffman Estates, IL 60179
Email: rob.riecker@searshc.com
       luke.valentino@searsh.com
       mmeghji@miiipartners.com
*The Debtors*

Weil, Gotshal & Manges, LLP
Attn: Ray C. Schrock, P.C.
      Jacqueline Marcus, Esq.
      Garrett A. Fail, Esq.
      Sunny Singh, Esq.
      Olga Peshko, Esq.
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com
       jacqueline.marcus@weil.com
       garrett.fail@weil.com
       sunny.singh@weil.com
       olga.peshko@weil.com
*Counsel to the Debtors*

Lazard Freres & Co., LLC
Attn: Brandon Aebersold
     Levi Quaintance
30 Rockefeller Plaza
New York, NY 10112
Email: brandon.aebersold@lazard.com
       levi.quaintance@lazard.com
*Debtors' Investment Banker*

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
      Shana A. Elberg, Esq.
      George R. Howard, Esq.
4 Times Square
New York, NY 10036
Email: paul.leake@skadden.com;
       shana.elberg@skadden.com;
       george.howard@skadden.com
*Counsel to Bank of America, N.A.*

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
     Ira Dizengoff, Esq.
     Sara Lynne Brauner, Esq.
One Bryant Park New York
New York 10036
Email: pdublin@akingump.com;
      idizengoff@akingump.com;
      sbrauner@akingump.com
*Counsel to the Official Committee of Unsecured Creditors*

Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Email: paul.schwartzberg@usdoj.gov

Choate, Hall & Stewart LLP
Attn: Kevin J. Simard, Esq.
     Jonathan D. Marshall, Esq.
Two International Place
Boston, MA 02110
Email: ksimard@choate.com
       jmarshall@choate.com
*Counsel to Wells Fargo Bank, N.A.*

Transform Holdco LLC
Attn.: Kunal S. Kamlani
      Harold Talisman
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Email: kunal@eslinvest.com;
      harold@eslinvest.com

74T7848

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>Attn:  Christopher E. Austin, Esq.<br>     Benet J. O'Reilly, Esq.<br>     Sean A. O'Neal, Esq.<br>One Liberty Plaza<br>New York, NY 10006<br>Email:  caustin@cgsh.com;<br>     boreilly@cgsh.com;<br>     soneal@cgsh.com<br>*Counsel to the Purchaser* | Chambers of the Hon. Judge Robert D. Drain<br>United States Bankruptcy Court for the<br>Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, New York 10601<br>(*via first class mail*) |

Dated: January 25, 2019

**BROWN & CONNERY, LLP**

/s/ Julie F. Montgomery
Julie F. Montgomery  (admitted *pro hac vice*)
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
jmontgomery@brownconnery.com
*Attorneys for SAP Industries, Inc.*
*SAP America, Inc., and Concur Technologies, Inc.*