# EXHIBIT "A"

McCann Limited Partnership
202, 26th ave
Lewiston, ID 83501
(208)791-6573

# Invoice

4/11/2018

| Invoice for | Payable to | Invoice # 2 |
|---|---|---|
| Zachary Blair | McCann Limited Partnership | |
| Sears Holding Corp. | | |
| 3333 Beverly Road, BC-183A | | **Due date** |
| Hoffman Estates, IL 60179 | | 4/30/2018 |

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| 2016 property taxes for K-mart | 1 year | | $63,222.54 |
| 2017 property taxes for K-mart | 1 year | | $67,516.69 |

Notes:
See attached tax computation tables

Subtotal    **$130,739.23**

Adjustments

$130,739.23