# EXHIBIT "B"

McCann Limited Partnership

Attention Pat McCann

202, 26th ave

Lewiston, ID 83501

(208)791-6573

# Invoice

**12/1/2018**

| **Invoice To** | **Payable to** | **Invoice # 3** |
|---|---|---|
| Franck Moyo | McCann Limited Partnership | |
| Sears Holding Corp. | | |
| 3333 Beverly Road, BC-183A | **K-mart Store #** | **Due Date \*** |
| Hoffman Estates, IL 60179 | 7033 | 12/20/2018 |

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| 2018 Property taxes First Half | 1/2 | | $32,959.61 |
| Due on/before Dec. 20, 2018 | | | |
| 2018 Property taxes Second Half | 1/2 | | $32,959.61 |
| Due on/before June 20, 2019 | | | |

Notes:

See attachments

\* Interest & penalties accrue following this date.

| | Full Year | **$65,919.22** |
|---|---|---|