**EXHIBIT A**



**SEARS PROCUREMENT SVS INC**

| CUSTOMER NUMBER | STORE NAME | STORE LOCATION | P. O. NUMBER | INVOICE NUMBER | INVOICE DATE | VSG DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 102639 | SEARS AUTO CENTER #2639 | CLOVIS CA | PO889305 | 749221 | 10/05/18 | 11/04/18 | 6,135.00 |
| 102656 | SEARS #2656 | HANFORD CA | PO883104 | 745969 | 09/27/18 | 10/27/18 | 17,953.90 |
| 102728 | SEARS AUTO CENTER #2728 | DOWNEY CA | PO889306 | 748289 | 10/03/18 | 11/02/18 | 4,752.00 |
| 104336 | SEARS # 6935 | DULUTH GA | 1391270 | 731985 | 08/14/18 | 09/13/18 | 13,274.00 |
|  | SEARS # 6331 | BILLINGS MT | 1391387 | 732379 | 08/15/18 | 09/14/18 | 12,237.60 |
|  | SEARS # 6372 | BROOKLYN CENTER MN | 1391475 | 732380 | 08/15/18 | 09/14/18 | 29,472.60 |
|  | SEARS # 6916 | BOSSIER CITY LA | 1389792 | 732381 | 08/15/18 | 09/14/18 | 11,600.00 |
|  | SEARS # 6492 | DEARBORN MI | 1395128 | 737399 | 08/29/18 | 09/28/18 | 16,218.00 |
|  | SEARS #6515 | SPARTANBURG SC | 1393930 | 737937 | 08/30/18 | 09/29/18 | 15,240.04 |
|  | SEARS # 6594 | LAWRENCEVILLE NJ | 1395261 | 740330 | 09/10/18 | 10/10/18 | 12,972.00 |
|  | SEARS # 6405 | ATLANTA GA | 1395266 | 740331 | 09/10/18 | 10/10/18 | 19,890.00 |
|  | SEARS # 6392 | SPRINGFILED IL | 1394708 | 740332 | 09/10/18 | 10/10/18 | 12,082.00 |
|  | SEARS #6343 - LEASED SITE | SIOUX FALLS SD | 1390722 | 745229 | 09/25/18 | 10/25/18 | 12,343.35 |
|  | SEARS #6472 | STERLING HEIGHTS MI | 1395145 | 745230 | 09/25/18 | 10/25/18 | 19,080.00 |
|  | SEARS #6327 | CHESAPEAKE VA | 1399569 | 745231 | 09/25/18 | 10/25/18 | 17,771.68 |
|  | SEARS # 6072 | DES MOINES IA | 1400587 | 751225 | 10/11/18 | 11/10/18 | 11,428.67 |
| 106073 | SEARS AUTO CENTER #6073 | JERSEY CITY NJ | PO889304 | 748290 | 10/03/18 | 11/02/18 | 8,670.75 |
| 106134 | SEARS #6134 | VALLEY STREAM NY | PO867548 | 730910 | 08/10/18 | 09/09/18 | 3,308.71 |
| 106216 | SEARS # 6216 | FT LAUDERDALE FL | PO871398 | 734814 | 08/23/18 | 09/22/18 | 12,742.03 |
| 106218 | SEARS LOGISTICS SERVICES | AIEA OAHU HI | PO858035 | 725512 | 07/24/18 | 08/23/18 | 7,062.41 |
| 106418 | SEARS # 6418 | JACKSONVILLE NC | PO867519 | 730911 | 08/10/18 | 09/09/18 | 2,572.27 |
| 106460 | SEARS # 6460 | MERCED CA | PO877267 | 738199 | 08/31/18 | 09/30/18 | 10,755.40 |
| 106636 | SEARS # 6636 | KEY WEST FL | PO767525 | 730912 | 08/10/18 | 09/09/18 | 9,007.58 |
| 106735 | SEARS # 6735 | ORANGE PARK FL | PO858044 | 724563 | 07/20/18 | 08/19/18 | 7,329.75 |
| 106776 | SEARS AUTO CENTER #6776 | HEATH OH | PO883095 | 748291 | 10/03/18 | 11/02/18 | 6,762.75 |
| 106833 | SEARS #6833 | BENSALEM PA | PO886298 | 746757 | 09/28/18 | 10/28/18 | 6,310.00 |
| 106922 | SEARS PROCUREMENT SVS INC | SIOUX CITY IA | PO409289 | 660885 | 12/19/17 | 02/17/18 | -277.05 |

**TOTAL AMOUNT INVOICED**                                                                 306,695.44

**EXHIBIT A**

OB0146I10709                ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A **DOVER** COMPANY

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
    OT - LRY - 4
    Mgr#   2 - SC
    Customer# 102639

MADISON, INDIANA 47250
800-445-5438
812-273-1622

PAGE NO.
1

INVOICE NO.
749221

| INVOICE TO | | SHIP TO | |
|---|---|---|---|
| SEARS PROCUREMENT SVS INC | | SEARS AUTO CENTER #2639 | |
| SEARS AUTO CENTER # 2639 | | BAY 3 | |
| SEARS AUTO CENTER | | C/O VALLEY PETROLEUM | |
| 1140 SHAW AVE | | 3755 W. GETTYSBURG | |
| CLOVIS         CA 93612 | | FRESNO         CA 93722 | |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 258 |
|---|---|---|---|---|---|
| PO889305 | 216218 | 3%-30 | 10/05/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC<br>PRO 7666833687 | MADISON | 10/04/18 | ALLOWED | 1408436 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 2295.00 | 2295.00 |
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |

RESALE # - SCOHA100-316059          PAY THIS U.S. DOLLAR AMOUNT          6135.00

USPOA10N700RD     CRZ18J0049

THANKS FOR YOUR PROMPT PAYMENT          NET DUE DATE OF 11/04/18
                                    DISCOUNT    184.05 IF PAID BEFORE 11/04/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO,IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS

ORDER COMPLETE

**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A ● DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr#   2 - SC
Customer# 102656

**PAGE NO.**
1

**INVOICE NO.**
745969

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>SEARS AUTO CENTER # 2656<br>SEARS AUTO CENTER<br>1545 MALL DR<br>HANFORD           CA 93230 | SEARS #2656<br>BAY 3<br>C/O GWS AUTOMOTIVE<br>3561 LANDCO DRIVE STE A<br>BAKERSFIELD      CA 93308 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 305 |
|---|---|---|---|---|---|
| PO883104 | 214456 | 3%-30 | 9/27/18 | | |

| ROUTE | | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|---|
| YRC<br>PRO 7666799569 | | MADISON | 9/27/18 | ALLOWED | 1407265 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| Z | CN | 1 | 0 | SMO14N101YRD | 14# 4P LIFT 182" WB | 12065.90 | 12065.90 |
| B | US | 2 | 0 | SJ8000BK | 8K# SWING AIR JACK | .00 | .00 |
| A | US | 1 | 0 | FC5760-14 | AIRLINE RETROFIT SM18 & BELO | .00 | .00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 5888.00 | 5888.00 |

RESALE # - SCOHA100-316059

PAY THIS U.S. DOLLAR AMOUNT      17953.90

PK321SMO14001RD   KSJ18I0012
SJ8000BK       KLB15C0093   KLB15C0063

THANKS FOR YOUR PROMPT PAYMENT     NET DUE DATE OF 10/27/18
                DISCOUNT   538.62 IF PAID BEFORE 10/27/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO,IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE     ORDER COMPLETE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.

**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
GST # 85044 8881 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

# ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A **DOVER** COMPANY

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr# 2 - SC
Customer# 102728

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**PAGE NO.**
1

**INVOICE NO.**
748289

INVOICE TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 2728
SEARS AUTO CENTER
FIRESTONE BLVD
DOWNEY          CA 90241

SHIP TO
SEARS AUTO CENTER #2728
BAY 6
C/O AIRDRAULICS
13261 SATICOY ST
N HOLLYWOOD     CA 91605-3401

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 305 |
|---|---|---|---|---|---|
| PO889306 | 215955 | 3%-30 | 10/03/18 | | |

| ROUTE | | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|---|
| YRC PRO 7666833402 | | MADISON | 10/02/18 | ALLOWED | 1408411 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EHO 1 | 3840.00 | 3840.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 912.00 | 912.00 |

RESALE # - SCOHA100-316059

PAY THIS U.S. DOLLAR AMOUNT          4752.00

USPOA10N700RD   CRZ18J0020

THANKS FOR YOUR PROMPT PAYMENT          NET DUE DATE OF 11/02/18
                                        DISCOUNT   142.56 IF PAID BEFORE 11/02/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO, IL 60604

ORDER COMPLETE

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS

**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
**GST # 85044 8861 RT0001**

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIG S06935

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Mgr#   2 - SC
Customer# 104336

PAGE NO.
1

INVOICE NO.
731985

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN:  PAUL MORABITO<br><br>890 PERIMETER DR<br>SCHAUMBURG      IL 60173 | SEARS # 6935<br><br>1600 MILLER TRUNK HWY<br>DULUTH            GA 55811 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#   208 | Agent#   289 |
|---|---|---|---|---|---|
| 1391270 | | NET | 8/14/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION<br>SERVICE SALE | 12650.00 | 12650.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE<br>SERVICE SALE<br>STORE CLOSING<br>(13) DEACTS, WALL REMOVAL<br>ST# 1391210<br>cm 706681 | 624.00 | 624.00 |

AMOUNT OF U.S. DOLLAR DEBIT                    13274.00

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
**RETURN GOODS**

WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG S06331

Mgr#   2 - SC
Customer# 104336

**PAGE NO.**
1

**INVOICE NO.**
732379

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN:  PAUL MORABITO<br><br>890 PERIMETER DR<br>SCHAUMBURG    IL 60173 | SEARS # 6331<br><br>1515 GRAND AVE<br>BILLINGS    MT 59102 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#   208 | Agent#   312 |
|---|---|---|---|---|---|
| 1391387 | | NET | 8/15/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION<br>SERVICE SALE | 10650.00 | 10650.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE<br>SERVICE SALE | 1587.60 | 1587.60 |
| | | | | | STORE CLOSING<br>(6) DEACTS, ADDT'L LABOR TO<br>CUT TANKS AND PER DIAM<br>ST# 1391387<br>cm 707007 | | |

AMOUNT OF U.S. DOLLAR DEBIT          12237.60

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS

RETURN GOODS

WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIG S06372

Mgr#   2 - SC
Customer# 104336

**ORIGINAL ROTARY INVOICE**

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A **DOVER** COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:

12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO.

1

INVOICE NO.

732380

INVOICE TO

SEARS PROCUREMENT SVS INC
ATTN:  PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG       IL 60173

SHIP TO

SEARS # 6372

1299 BRRKDALE CTR
BROOKLYN CENTER  MN 55430

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#   208 | Agent#   224 |
|---|---|---|---|---|---|
| 1391475 | | NET | 8/15/18 | | |

| ROUTE | | F.O.B. | | DATE SHIPPED | | S & H | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION | 25850.00 | 25850.00 |
| | | | | | SERVICE SALE | | |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE | 1560.00 | 1560.00 |
| | | | | | SERVICE SALE | | |
| | | | | | STORE CLOSING | | |
| | | | | | (20) DEACTS, (2) TANK REMOVALS | | |
| | | | | | ST# 1391475 | | |
| | | | | | CM# 707008 | | |
| | | | | | MINNESOTA SALES TAX | | 2062.60 |

AMOUNT OF U.S. DOLLAR DEBIT        29472.60

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS

RETURN GOODS

WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OR 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIGINAL ROTARY INVOICE

# ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A **DOVER** COMPANY

ORIG S06916

Mgr#   2 - SC
Customer# 104336

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**PAGE NO.**

1

**INVOICE NO.**

732381

INVOICE TO
SEARS PROCUREMENT SVS INC
ATTN:  PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG        IL 60173

SHIP TO
SEARS # 6916

2950 E TEXAS ST
BOSSIER CITY      LA 71111

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#   208 | Agent#   11 |
|---|---|---|---|---|---|
| 1389792 | | NET | 8/15/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION SERVICE SALE STORE CLOSING (13) DEACTS AND TRAVEL ST# 1389792 cm 707009 | 11600.00 | 11600.00 |

AMOUNT OF U.S. DOLLAR DEBIT            11600.00

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
RETURN GOODS
WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1936 AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

ORIG S06492

Mgr#   2 - SC
Customer# 104336

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO.

1

INVOICE NO.

737399

| INVOICE TO | | SHIP TO | |
|---|---|---|---|
| SEARS PROCUREMENT SVS INC | | SEARS # 6492 | |
| ATTN:  PAUL MORABITO | | | |
| 890 PERIMETER DR | | 18900 MICHIGAN AVE | |
| SCHAUMBURG      IL 60173 | | DEARBORN      MI 48126 | |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#   208 | Agent#   266 |
|---|---|---|---|---|---|
| 1395128 | | NET | 8/29/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION | 14450.00 | 14450.00 |
| | | | | | SERVICE SALE | | |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE | 1768.00 | 1768.00 |
| | | | | | SERVICE SALE | | |
| | | | | | STORE CLOSING | | |
| | | | | | (17) DEACTS PLUS TRIP CHARGES | | |
| | | | | | ST# 1395128 | | |
| | | | | | cm 709244 | | |

AMOUNT OF U.S. DOLLAR DEBIT                16218.00

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
**RETURN GOODS**



THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIG S06515

Mgr# 2 - SC
Customer# 104336

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A **DOVER** COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**PAGE NO.**
1

**INVOICE NO.**
737937

**INVOICE TO**
SEARS PROCUREMENT SVS INC
ATTN: PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG      IL 60173

**SHIP TO**
SEARS #6515

208 WESTGATE MALL DR
SPARTANBURG   SC 29301

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 197 |
|---|---|---|---|---|---|
| 1393930 | | NET | 8/30/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION SERVICE SALE | 14200.00 | 14200.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 832.00 | 832.00 |
| | | 1- | | XXX51P | ROTARY MANAGED SERVICE - PAR SERVICE SALE | 140.00 | 140.00 |
| | | | | | STORE CLOSING (16) DEACTS, (8) TRIPS, (2) DRUMS, 300 GALLON OIL TOTE ST# 1393930 CM 709837 | | |
| | | | | | SOUTH CAROLINA SALES TAX | | 68.04 |

AMOUNT OF U.S. DOLLAR DEBIT          15240.04

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
**RETURN GOODS**

WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIG S6594

ORIGINAL ROTARY INVOICE

# ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A **DOVER** COMPANY

Mgr#  2 - SC
Customer# 104336

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**PAGE NO.**
1

**INVOICE NO.**
740330

INVOICE TO
SEARS PROCUREMENT SVS INC
ATTN: PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG        IL 60173

SHIP TO
SEARS # 6594

300 QUAKER BRIDGE MALL
LAWRENCEFILLE   NJ 08648

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#  208 | Agent#  229 |
|---|---|---|---|---|---|
| 1395261 | | NET | 9/10/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION SERVICE SALE | 11750.00 | 11750.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE STORE CLOSING (13) DEACTS & TRAVEL ST# 1139561 C/M# 710758 | 416.00 | 416.00 |

NEW JERSEY STATE SALES TAX                806.00

AMOUNT OF U.S. DOLLAR DEBIT          12972.00

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
**RETURN GOODS**


WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709                 ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

ORIG S6405

Mgr#   2 - SC
Customer# 104336

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO.
1

INVOICE NO.
740331

INVOICE TO
SEARS PROCUREMENT SVS INC
ATTN:  PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG        IL 60173

SHIP TO
SEARS # 6405

2201 HENDERSON MILL PKWY
ATLANTA        GA 30345

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 289 |
|---|---|---|---|---|---|
| 1395266 | | NET | 9/10/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION | 18850.00 | 18850.00 |
| | | | | | SERVICE SALE | | |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE | 1040.00 | 1040.00 |
| | | | | | SERVICE SALE | | |
| | | | | | STORE CLOSING | | |
| | | | | | (21) DEACTS, (2) DRUMS, | | |
| | | | | | (10) TRIPS | | |
| | | | | | ST# 1395266 | | |
| | | | | | C/M# 710757 | | |

AMOUNT OF U.S. DOLLAR DEBIT        19890.00

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS
RETURN GOODS
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

| REMIT TO: |
| 12758 COLLECTIONS CENTER DR |
| CHICAGO, IL 60693 |

ORIG S6392

Mgr#   2 - SC
Customer# 104336

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**PAGE NO.**

1

**INVOICE NO.**

INVOICE TO
SEARS PROCUREMENT SVS INC
ATTN:  PAUL MORABITO

SHIP TO
SEARS # 6392

740332

890 PERIMETER DR
SCHAUMBURG        IL 60173

104 WHITE OAKS MALL
SPRINGFIELD    IL 62704

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#   208 | Agent#   267 |
|---|---|---|---|---|---|
| 1394708 |  | NET | 9/10/18 |  |  |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
|  |  |  |  |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | DEBIT MEMO |  |  |
|  |  | 1- |  | XXX01 | ROTARY INSTALLATION SERVICE SALE | 11250.00 | 11250.00 |
|  |  | 1- |  | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 832.00 | 832.00 |
|  |  |  |  |  | STORE CLOSING (11) DEACTS, EXCAVATION AND TRAVEL. ST# 1394708 C/M# 710756 |  |  |

AMOUNT OF U.S. DOLLAR DEBIT          12082.00

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS

RETURN GOODS


WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709                          ORIGINAL ROTARY INVOICE

ORIG S06343                          **ROTARY LIFT**
                                     **VEHICLE SERVICE GROUP, LLC**
                                     A **DOVER** COMPANY

Mgr#    2 - SC                        MADISON, INDIANA 47250
Customer# 104336                          800-445-5438
                                          812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO.
1

INVOICE NO.

| INVOICE TO | | SHIP TO | |
|---|---|---|---|
| SEARS PROCUREMENT SVS INC | | | 745229 |
| ATTN: PAUL MORABITO | | SEARS #6343 - LEASED SITE | |
| 890 PERIMETER DR | | 3400 W EMPIRE MALL | |
| SCHAUMBURG        IL 60173 | | SIOUX FALLS    SD 57106 | |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#    208 | Agent#    223 |
|---|---|---|---|---|---|
| 1390722 | | NET | 9/25/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 10550.00 | 10550.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 1040.00 | 1040.00 |
| | | | | | SEARS #6343 - LEASED SITE SIOUX FALLS, SD DEACT COMPLETED (1) IGs, (4) TANKS, 10 TRIPS & (1) RENTAL ST# 01390722 C/M#712825 | | |
| | | | | | SOUTH DAKOTA SALES TAX | | 753.35 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 12343.35 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
**RETURN GOODS**

WRITTEN AUTHORIZAT ON IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

ORIG S06472

Mgr#  2 - SC
Customer# 104336

MADISON, INDIANA 47250
800-445-5438
812-273-1622

| REMIT TO: |
| 12758 COLLECTIONS CENTER DR |
| CHICAGO, IL 60693 |

PAGE NO.

1

INVOICE NO.

745230

INVOICE TO

SEARS PROCUREMENT SVS INC
ATTN:  PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG        IL 60173

SHIP TO

SEARS #6472

14100 LAKESIDE CIR
STERLING HEIGHTS MI 48313

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#   208 | Agent#   266 |
|---|---|---|---|---|---|
| 1395145 | | NET | 9/25/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 17000.00 | 17000.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 2080.00 | 2080.00 |
| | | | | | SEARS #6472 | | |
| | | | | | STERLING HEIGHTS, MI | | |
| | | | | | DEACT OF (20) IGs COMPLETED | | |
| | | | | | ST.# 01395145 | | |
| | | | | | C/M# | | |
| | | | | | CM 712824 | | |

AMOUNT OF U.S. DOLLAR DEBIT                    19080.00

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
RETURN GOODS

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A **DOVER** COMPANY

ORIG S06327

MADISON, INDIANA 47250
800-445-5438
812-273-1622

Mgr#   2 - SC
Customer#  104336

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO.

1

INVOICE NO.

745231

INVOICE TO
SEARS PROCUREMENT SVS INC
ATTN:  PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG    IL 60173

SHIP TO
SEARS #6327

1401 GREENBRIAR PKWY
CHESAPEAKE    VA 23320

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#    208 | Agent#    292 |
|---|---|---|---|---|---|
| 1399569 | | NET | 9/25/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 17000.00 | 17000.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 728.00 | 728.00 |
| | | | | | SEARS #6327, CHESAPEAKE, VA DEACT COMPLETED (20) IG @ LOCATION ST.# 01399569 cm 712823 | | |
| | | | | | VIRGINIA SALES TAX | | 43.68 |

AMOUNT OF U.S. DOLLAR DEBIT          17771.68

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
**GST # 85044 8861 RT0001**

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A **DOVER** COMPANY

ORIG S06072

Mgr#   2 - SC
Customer# 104336

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**PAGE NO.**
1

**INVOICE NO.**
751225

INVOICE TO
SEARS PROCUREMENT SVS INC
ATTN:  PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG       IL 60173

SHIP TO
SEARS # 6072

4000 MERLE HAY DR
DES MOINES     IA 50310

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 323 |
|---|---|---|---|---|---|
| 1400587 | | NET | 10/11/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX01 | ROTARY INSTALLATION SERVICE SALE | 10200.00 | 10200.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 416.00 | 416.00 |
| | | 1- | | XXX52 | MANAGED SERVICE & PARTS - 2P SERVICE SALE STORE CLOSING (12) DEACTS, (4) TRIPS, FORKLIFT RENTAL ST# 1400587 C/M 715755 | 766.67 | 766.67 |
| | | | | | IOWA SALES TAX | | 46.00 |

AMOUNT OF U.S. DOLLAR DEBIT          11428.67

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS

**RETURN GOODS**



WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A **DOVER** COMPANY

ORIG
   OT - LRY - 4
   Mgr#   2 - SC
   Customer# 106073

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO.

1

INVOICE NO.

748290

INVOICE TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6073
SEARS AUTO CENTER
50 MALL DR W
JERSEY CITY      NJ 07310-1601

SHIP TO
SEARS AUTO CENTER #6073
BAY 8
C/O SPOHRER COMPRESSOR
14 RUTGERS AVE
CEDAR GROVE      NJ 07009-1444

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 321 |
|---|---|---|---|---|---|
| PO889304 | 215961 | 3%-30 | 10/03/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC PRO 7666833393 | MADISON | 10/02/18 | ALLOWED | 1408413 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 4292.00 | 4292.00 |
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EHO 1 | 3840.00 | 3840.00 |
| | | | | | NEW JERSEY STATE SALES TAX | | 538.75 |
| | | | | | PAY THIS U.S. DOLLAR AMOUNT | | 8670.75 |

USPOA10N700RD    CRZ18J0021

THANKS FOR YOUR PROMPT PAYMENT        NET DUE DATE OF 11/02/18
                                                    DISCOUNT   243.96 IF PAID BEFORE 11/02/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO,IL 60604

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
RETURN GOODS
WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

ORDER COMPLETE

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709                ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr#   2 - SC
Customer# 106134

MADISON, INDIANA 47250
800-445-5438
812-273-1622

PAGE NO.
1

INVOICE NO.
730910

| | |
|---|---|
| INVOICE TO | SHIP TO |
| SEARS PROCUREMENT SVS INC | SEARS #6134 |
| SEARS AUTO CENTER # 6134 | BAY 18 |
| SEARS AUTO CENTER | C/O STATEWIDE INSTALL |
| 1150 GREEN ACRES MALL | 43 MAHAN ST |
| VALLEY STREAM   NY 11580-0000 | WEST BABYLON   NY 11704 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 320 |
|---|---|---|---|---|---|
| PO867548 | 205120 | 3%-30 | 8/10/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| YRC PRO 7444619735 | MADISON | 8/09/18 | ALLOWED |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| B | US | 1 | 0 | SJ8000BK | 8K# SWING AIR JACK | 2812.71 | 2812.71 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 496.00 | 496.00 |

RESALE # - 300092859            PAY THIS U.S. DOLLAR AMOUNT            3308.71

SJ8000BK       KLB15C0091

THANKS FOR YOUR PROMPT PAYMENT        NET DUE DATE OF 09/09/18
                                      DISCOUNT   99.26 IF PAID BEFORE   9/09/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO,IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS            ORDER COMPLETE

RETURN GOODS

WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A **DOVER** COMPANY

ORIG
OT - LRY - 4
Mgr#  2 - SC
Customer# 106216

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO.
1

INVOICE NO.
734814

INVOICE TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6216
SEARS AUTO CENTER
531 E SUNRISE BLVD
FT LAUDERDALE    FL 33304-0000

SHIP TO
SEARS # 6216
BAY 1,8
C/O FLAMINGO SHOP
5050 NORTH HIATUS RD
SUN RISE      FL 33351

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 191 |
|---|---|---|---|---|---|
| PO871398 | 207451 | 3%-30 | 8/23/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC PRO 7666735805 | MADISON | 8/22/18 | ALLOWED | 1400538 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 1648.64 | 1648.64 |
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 1648.64 | 1648.64 |
| Z | US | 1 | 0 | SPO12N7T5RD | 12# 2P LIFT 1PH 71R EH0 | 5604.75 | 5604.75 |

RESALE # - 80-8012410933-9

PAY THIS U.S. DOLLAR AMOUNT      12742.03

USPOA10N700RD    CRZ18H0227
ZSPO12N7T5RD     DCS18H0182

THANKS FOR YOUR PROMPT PAYMENT        NET DUE DATE OF 09/22/18
                                      DISCOUNT   382.26 IF PAID BEFORE  9/22/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO,IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.

ORDER COMPLETE

RETURN GOODS
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8881 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr#   2 - SC
Customer# 106218

PAGE NO.
1

INVOICE NO.

**INVOICE TO**
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6218
SEARS AUTO CENTER
98-180 KAMEHMEHA HWY
AIEA OAHU          HI 96701-0000

**SHIP TO**
SEARS LOGISTICS SERVICES
C/O PACIFIC TRANS LINES

2929 E 50TH STREET
LOS ANGELES     CA 90058

725512

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 305 |
|---|---|---|---|---|---|
| PO858035 | 201085 | 3%-30 | 7/24/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC PRO 7596926141 | MADISON | 7/23/18 | ALLOWED | 1395254 |

| C | C of O | SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 3222.41 | 3222.41 |

** FINAL DESTINATION **
SEARS # 6218
98-180 KEMEHAMEHA HWY
AIEA, HI  96701-4709
808.848.0855 - MILLER IND.

RESALE # - SHIP TO CA 4 HI

PAY THIS U.S. DOLLAR AMOUNT          7062.41

USPOA10N700RD    CRZ18G0121

THANKS FOR YOUR PROMPT PAYMENT          NET DUE DATE OF 08/23/18
                                        DISCOUNT   211.87 IF PAID BEFORE  8/23/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST. CHICAGO, IL 60604

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

ORDER COMPLETE

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A **DOVER** COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr#   2 - SC
Customer# 106418

**PAGE NO.**
1

**INVOICE NO.**
730911

**INVOICE TO**
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6418
SEARS AUTO CENTER
344 JACKSONVILLE MALL
JACKSONVILLE    NC 28546-0000

**SHIP TO**
SEARS # 6418
BAY 6
C/O C&A EQUIPMENT
810 B FREEDOM DRIVE
RALEIGH        NC 27610

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 196 |
|---|---|---|---|---|---|
| PO867519 | 205267 | 3%-30 | 8/10/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| Averitt<br>PRO 0090702500 | MADISON | 8/09/18 | ALLOWED | 1398520 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| B | US | 1 | 0 | SJ6000BK | 6K# SWING AIR JACK | 1830.39 | 1830.39 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 568.00 | 568.00 |

NORTH CAROLINA SALES TAX                    173.88

PAY THIS U.S. DOLLAR AMOUNT              2572.27

SJ6000BK        JIQ15B0038

THANKS FOR YOUR PROMPT PAYMENT        NET DUE DATE OF 09/09/18
                        DISCOUNT    71.95  IF PAID BEFORE   9/09/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO, IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS

ORDER COMPLETE

**RETURN GOODS**

WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr#   2 - SC
Customer# 106460

**PAGE NO.**
1

**INVOICE NO.**
738199

**INVOICE TO**
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6460
SEARS AUTO CENTER
1011 W OLIVE AVE
MERCED          CA 95340-0000

**SHIP TO**
SEARS # 6460
BAY 1
C/O VALLEY PETROLEUM
3755 W. GETTYSBURG
FRESNO          CA 93722

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 258 |
|---|---|---|---|---|---|
| PO877267 | 209572 | 3%-30 | 8/31/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC<br>PRO 7666798000 | MADISON | 8/31/18 | ALLOWED | 1402731 |

| C | C of O | SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| E | CN | 1 | 0 | VLXS10000RD | 10K LOWRISE PADLIFT 1PH/115V | 3027.40 | 3027.40 |
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 2824.00 | 2824.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 1064.00 | 1064.00 |

RESALE # - SCOHA100-316059

PAY THIS U.S. DOLLAR AMOUNT          10755.40

1010A00RD          JPO18H0023
P3083              0838G23506
USPOA10N700RD      CRZ18H0338

THANKS FOR YOUR PROMPT PAYMENT          NET DUE DATE OF 09/30/18
                                        DISCOUNT   322.66 IF PAID BEFORE   9/30/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO,IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS

          ORDER COMPLETE

**RETURN GOODS**

WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED

GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

## EXHIBIT A

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A **DOVER** COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr#  2 - SC
Customer# 106636

PAGE NO.

1

INVOICE NO.

730912

INVOICE TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6636
SEARS AUTO CENTER
3200 N ROOSEVELT BLVD
KEY WEST        FL 33040-0000

SHIP TO
SEARS # 6636
BAY 8
C/O FLAMINGO SHOP
5050 NORTH HIATUS RD
SUN RISE      FL 33351

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 191 |
|---|---|---|---|---|---|
| PO767525 | 205259 | 3%-30 | 8/10/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC<br>PRO 7596932009 | MADISON | 8/09/18 | ALLOWED | 1398449 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EHO 1 | 3840.00 | 3840.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 5167.58 | 5167.58 |

RESALE # - 80-8012410933-9

PAY THIS U.S. DOLLAR AMOUNT      9007.58

USPOA10N700RD    CRZ18H0123

THANKS FOR YOUR PROMPT PAYMENT        NET DUE DATE OF 09/09/18
DISCOUNT    270.23  IF PAID BEFORE   9/09/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO,IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.

ORDER COMPLETE

**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
**GST # 85044 8861 RT0001**

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr#   2 - SC
Customer# 106735

PAGE NO.
1

INVOICE NO.
724563

INVOICE TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6735
SEARS AUTO CENTER
1910 WELLS RD
ORANGE PARK    FL 32073-0000

SHIP TO
SEARS # 6735
**HOLD FOR DOCK PICKUP**
C/O TOMMY DRURY
3404 CLIFFOR LANE
JACKSONVILLE    FL 32209

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 300 |
|---|---|---|---|---|---|
| PO858044 | 201063 | 3%-30 | 7/20/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC PRO 7596925885 | MADISON | 7/20/18 | ALLOWED | 1395234 |

| C | C of O | SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| Z | US | 1 | 0 | SPO12N7T5RD | 12# 2P LIFT 1PH 71R EHO | 5604.75 | 5604.75 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 1725.00 | 1725.00 |

**HOLD FOR DOCK PICKUP**

RESALE # - 80-8012410933-9

PAY THIS U.S. DOLLAR AMOUNT      7329.75

ZSPO12N7T5RD    DCS18G0081

THANKS FOR YOUR PROMPT PAYMENT        NET DUE DATE OF 08/19/18
                                       DISCOUNT    219.89 IF PAID BEFORE  8/19/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO, IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS
RETURN GOODS
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

ORDER COMPLETE

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A **DOVER** COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

ORIG
OT - LRY - 4
Mgr#   2 - SC
Customer# 106776

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**PAGE NO.**
1

**INVOICE NO.**
748291

INVOICE TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6776
SEARS AUTO CENTER
771 S 30TH ST
HEATH          OH 43056-0000

SHIP TO
SEARS AUTO CENTER #6776
BAY 6
C/O WASHINGTON AUTO PARTS
494 WEST CHERRY STREET
SUNBURY     OH 43074

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 243 |
|---|---|---|---|---|---|
| PO883095 | 215942 | 3%-30 | 10/03/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| HOLLAND PRO 10731151410 | MADISON | 10/02/18 | ALLOWED | 1408400 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| Z | US | 1 | 0 | SPO12N7T5RD | 12# 2P LIFT 1PH 71R EHO | 5604.75 | 5604.75 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 1158.00 | 1158.00 |

RESALE # - 99 045646

PAY THIS U.S. DOLLAR AMOUNT          6762.75

ZSPO12N7T5RD     DCS18J0026

THANKS FOR YOUR PROMPT PAYMENT          NET DUE DATE OF 11/02/18
                                        DISCOUNT   202.88 IF PAID BEFORE 11/02/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO.IL 60604

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS
**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

ORDER COMPLETE

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
**GST # 85044 8861 RT0001**

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A **DOVER** COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr#   2 - SC
Customer# 106833

PAGE NO.
1

**INVOICE TO**

SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6833
SEARS AUTO CENTER
100 NESHAMINY MALL
BENSALEM    PA 19020-0000

**SHIP TO**

SEARS #6833
BAY 4
C/O LUBRICATING & LIFT
14 UNION HILL RD
W CONSHOHOCKEN   PA 19428

INVOICE NO.

746757

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 229 |
|---|---|---|---|---|---|
| PO886298 | 215273 | 3%-30 | 9/28/18 | | |

| ROUTE | | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|---|
| ABF PRO 069218776 | | MADISON | 9/28/18 | ALLOWED | 1407903 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 2470.00 | 2470.00 |

RESALE # - 82830537

PAY THIS U.S. DOLLAR AMOUNT          6310.00

USPOA10N700RD    CRZ18I0169

THANKS FOR YOUR PROMPT PAYMENT       NET DUE DATE OF 10/28/18
                                     DISCOUNT   189.30 IF PAID BEFORE 10/28/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO,IL 60604

ORDER COMPLETE

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS

**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
**GST # 85044 8861 RT0001**

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0431I10709

ORIGINAL ROTARY INVOICE

## ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG S6922

Mgr# 2 - SC
Customer# 106922

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**PAGE NO.**
1

**INVOICE NO.**
660885

INVOICE TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6922
SOUTRN HLS MALL
4480 SERGEANT RD
SIOUX CITY        IA 51106-0000

SHIP TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6922
SOUTRN HLS MALL
4480 SERGEANT RD
SIOUX CITY        IA 51106-0000

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 323 |
|---|---|---|---|---|---|
| PO409289 | 156522 | NET | 2/28/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | CREDIT MEMO | | |
| | | 5 | | FC5231BK | ADAPTER, RUBBER PAD-2 5/8 HI | 39.22 | 196.10CR |
| | | | | | SERVICE SALE | | |
| | | | | | CREDIT TO CORRECT QTY. | | |
| | | | | | SHOULD HVE BEEN A TOTAL OF 6 | | |
| | | | | | IOWA SALES TAX | | 11.77CR |
| | | | | | AMOUNT OF U.S. DOLLAR CREDIT | | 207.87CR |

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
**RETURN GOODS**


THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1936 AS LAST AMENDED
GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

## EXHIBIT A

OB0431I10709

ORIG 156522

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A  **DOVER**  COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Mgr# 2 - SC
Customer# 106922

PAGE NO.
1

INVOICE NO.

INVOICE TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6922
SOUTRN HLS MALL
4480 SERGEANT RD
SIOUX CITY    IA 51106-0000

SHIP TO
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6922
SOUTRN HLS MALL
4480 SERGEANT RD
SIOUX CITY    IA 51106-0000

660885

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent#  208 | Agent#  323 |
|---|---|---|---|---|---|
| PO409289 | 156522 | NET | 2/20/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |
|---|---|---|---|
| | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | CREDIT MEMO | | |
| | | 1 | | FC5231BK | ADAPTER, RUBBER PAD-2 5/8 HI | 39.22 | 39.22CR |
| | | 1 | | | REBILLING CREDIT | | |
| | | | | | Freight | 27.61 | 27.61CR |
| | | | | | REBILLED ON ORDER# 171873 | | |
| | | | | | IOWA SALES TAX | | 2.35CR |
| | | | | | AMOUNT OF U.S. DOLLAR CREDIT | | 69.18CR |

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
**RETURN GOODS**

WRITTEN AUTHORIZATION IS REQUIRED
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE
ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**