# EXHIBIT 1

Sears Holdings Corporation
Executory Contracts
Real Estate Leases - ADDITIONAL

| No. | Store No. | Debtor Counterparty(s) | Counter Party Name | Contract Title | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|---|
| 174 | 3018 | KMART CORPORATION | SWZ, LLC | MASTER LEASE | 05/31/2022 | K3018-1-A | $ - |
| 175 | 3071 | KMART CORPORATION | RAVEN ASSOCIATES | MASTER LEASE | 05/31/2020 | K3071-1-A | $ - |
| 176 | 3097 | KMART CORPORATION | FIFTH GENERATION INVESTMENTS, LLC (BOMGAARS) | MASTER LEASE | 11/30/2021 | K3097-1-A | $ 9,300.14 |
| 177 | 3116 | KMART CORPORATION | STUART SNEEDEN | MASTER LEASE | 06/30/2023 | K3116-1-A | $ - |
| 178 | 3133 | KMART OF WASHINGTON LLC | KIMCO REALTY CORPORATION | MASTER LEASE | 07/31/2019 | K3133-1-A | $ 15,885.58 |
| 179 | 3174 | KMART CORPORATION | SION NOBEL MD & BEHAT NOBEL | MASTER LEASE | 05/31/2019 | K3174-1-A | $ 0.13 |
| 180 | 3216 | KMART CORPORATION | STARWOOD CERUZZI, LLC (CERUZZI HOLDINGS) | MASTER LEASE | 02/29/2020 | K3216-1-A | $ 40,185.70 |
| 181 | 3239 | KMART CORPORATION | NORTH K I-29 2004, LLC | GROUND LEASE | 04/30/2020 | K3239-1-B | $ 15,096.67 |
| 182 | 3243 | KMART OPERATIONS LLC | SERITAGE GROWTH PROPERTIES, L.P. | MASTER LEASE | 07/31/2025 | K3243-1-B | $ - |
| 183 | 3251 | KMART CORPORATION | SHELDON J. MANDELL | GROUND LEASE | 05/31/2025 | K3251-1-A | $ - |
| 184 | 3256 | KMART CORPORATION | CONTINENTAL REALTY CORPORATION | MASTER LEASE | 11/30/2021 | K3256-1-A | $ 63,438.81 |
| 185 | 3308 | KMART OF MICHIGAN, INC. | BOUTROUS COMPANIES | MASTER LEASE | 03/31/2022 | K3308-1-A | $ - |
| 186 | 3345 | KMART CORPORATION | ORYOM VENTURES LLC (2/3 INTEREST) & DOYA VENTURES LLC ORYOM VENTURES LLC (1/3 INTEREST) | MASTER LEASE | 05/31/2021 | K3345-1-A | $ 0.42 |
| 187 | 3361 | KMART CORPORATION | KIN PROPERTIES | MASTER LEASE | 06/30/2022 | K3361-1-A | $ - |
| 188 | 3371 | KMART CORPORATION | AGC ADDISON OWNER, LLC | MASTER LEASE | 04/01/2019 | K3371-1-C | $ 28,736.68 |
| 189 | 3371 | KMART STORES OF ILLINOIS LLC | KMART CORPORATION | MASTER LEASE | 04/01/2019 | K3371-1-D | $ - |
| 190 | 3380 | KMART CORPORATION | WATERVILLE SHOPPING TRUST | MASTER LEASE | 01/31/2021 | K3380-1-A | $ 31,715.39 |
| 191 | 3393 | KMART CORPORATION | BRIXMOR (AKA CENTRO) | MASTER LEASE | 01/31/2019 | K3393-1-A | $ 82,508.41 |
| 192 | 3424 | KMART CORPORATION | REGENCY CENTERS | MASTER LEASE | 10/31/2021 | K3424-1-A | $ 32,767.17 |
| 193 | 3447 | KMART CORPORATION | KIMCO REALTY CORPORATION | MASTER LEASE | 01/31/2021 | K3447-1-A | $ - |
| 194 | 3483 | KMART CORPORATION | JOSEPH WOLF, MARVIN L WOLF, ROSALIE RUBAUM | MASTER LEASE | 03/31/2020 | K3483-1-A | $ - |
| 195 | 3495 | KMART CORPORATION | 2020 LIBERTY ROCK, LLC | MASTER LEASE | 09/30/2020 | K3495-1-A | $ - |
| 196 | 3527 | KMART CORPORATION | PENNSEE, LLC | MASTER LEASE | 11/30/2020 | K3527-1-A | $ - |
| 197 | 3531 | KMART CORPORATION | RETAIL OPPORTUNITY INVESTMENTS CORP. | MASTER LEASE | 12/31/2018 | K3531-1-A | $ 22,318.22 |
| 198 | 3600 | KMART CORPORATION | BENDERSON | BUILDING LEASE | 11/30/2023 | K3600-1-A | $ 172,298.25 |
| 199 | 3600 | KMART CORPORATION | VIAPORT PROPERTIES | GROUND LEASE | 11/30/2028 | K3600-1-B | $ - |