**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | (Jointly Administered) |
| DEBTORS | |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** 

Upon the motion of James R. Felton ("Movant") to be admitted, ***pro hac vice***, to represent Jackson Shopping Village, LLP, a Limited Liability Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership (the "Client") in these cases, and upon Movant's certification that Movant is a member in good standing of the State Bar of California, it is hereby

**ORDERED**, that James R. Felton is admitted to practice, ***pro hac vice***, in the above-referenced Chapter 11 cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        January 25, 2019

                                       /s/Robert D. Drain
                                       UNITED STATES BANKRUPTCY JUDGE

1685181.1 -- 30001.0009