UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
In re: Sears Holding Corporation, et al.          Case No/ 18-23538
                                                  Chapter 11
                    Debtor.
-----------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert M. Carson to be admitted, *pro hac vice*, to represent Forbes/Cohn Florida Properties, LP (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

ORDERED, that Robert M. Carson, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       January 25, 2019

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE