**EXHIBIT A**

29929416.3

# STATEMENT OF ACCOUNT

Page 1

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0HUB |

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#:  00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

Bill To :

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
US

Check No. _____
Date Paid _____
Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 05/18/18 | 233905 | 2026936 | -22.50 | -22.50 |
| 07/05/18 | 236702 | 1160611 | 11.25 | 11.25 |
| 07/23/18 | 237598 | 10166945 | 162.26 | 162.26 |
| 07/23/18 | 237599 | 10170498 | 11.59 | 11.59 |
| 07/23/18 | 237600 | 10171595 | 13.35 | 13.35 |
| 07/23/18 | 237601 | 10156200 | 8.58 | 8.58 |
| 07/26/18 | 237740 | 10239086 | 13.99 | 13.99 |
| 07/30/18 | 237994 | 10314814 | 11.59 | 11.59 |
| 07/30/18 | 237995 | 10337210 | 7.85 | 7.85 |
| 07/30/18 | 237996 | 10337236 | 7.43 | 7.43 |
| 07/30/18 | 237997 | 10348221 | 8.95 | 8.95 |
| 07/30/18 | 237998 | 10362134 | 10.67 | 10.67 |
| 07/30/18 | 237999 | 10366737 | 31.45 | 31.45 |
| 08/01/18 | 238096 | 10446412 | 7.85 | 7.85 |
| 08/06/18 | 238365 | 10580729 | 8.95 | 8.95 |

*** (Continued ) ***

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
US

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#:  00-5227152
Sturgis, MI 49091 USA

**Please detach and return with payment**

Amount Enclosed _____

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0HUB | |
| Invoice No. | Balance | X |
| 233905 | -22.50 | |
| 236702 | 11.25 | |
| 237598 | 162.26 | |
| 237599 | 11.59 | |
| 237600 | 13.35 | |
| 237601 | 8.58 | |
| 237740 | 13.99 | |
| 237994 | 11.59 | |
| 237995 | 7.85 | |
| 237996 | 7.43 | |
| 237997 | 8.95 | |
| 237998 | 10.67 | |
| 237999 | 31.45 | |
| 238096 | 7.85 | |
| 238365 | 8.95 | |

# STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0HUB |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

Bill To :

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
    US

Check No. _____
Date Paid _____
Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 08/06/18 | 238366 | 10550104 | 13.99 | 13.99 |
| 08/06/18 | 238367 | 10535806 | 10.98 | 10.98 |
| 08/06/18 | 238368 | 10523132 | 20.78 | 20.78 |
| 08/09/18 | 238730 | 10668281 | 9.42 | 9.42 |
| 08/09/18 | 238731 | 10695551 | 8.95 | 8.95 |
| 08/09/18 | 238732 | 10682535 | 13.99 | 13.99 |
| 08/13/18 | 238737 | 10704637 | 8.95 | 8.95 |
| 08/13/18 | 238797 | 273489999 | 8.97 | 8.97 |
| 08/13/18 | 238798 | 10720862 | 8.95 | 8.95 |
| 08/13/18 | 238799 | 10774049 | 22.99 | 22.99 |
| 08/13/18 | 238800 | 10783566 | 8.95 | 8.95 |
| 08/13/18 | 238801 | 10791325 | 8.95 | 8.95 |
| 08/13/18 | 238802 | 10793861 | 4.71 | 4.71 |
| 08/13/18 | 238803 | 10796072 | 8.95 | 8.95 |
| 08/13/18 | 238804 | 10796144 | 16.64 | 16.64 |

** (Continued ) ***

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
    US

Remit To:

  Midwest Tool and Cutlery Company
  P. O. Box 160
  DUNS#: 00-5227152
  Sturgis, MI 49091 USA

**Please detach and return with payment**

Amount Enclosed

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0HUB | |
| Invoice No. | Balance | X |
| 238366 | 13.99 | |
| 238367 | 10.98 | |
| 238368 | 20.78 | |
| 238730 | 9.42 | |
| 238731 | 8.95 | |
| 238732 | 13.99 | |
| 238737 | 8.95 | |
| 238797 | 8.97 | |
| 238798 | 8.95 | |
| 238799 | 22.99 | |
| 238800 | 8.95 | |
| 238801 | 8.95 | |
| 238802 | 4.71 | |
| 238803 | 8.95 | |
| 238804 | 16.64 | |

# STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0HUB |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

Bill To :

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
    US

Check No. _____
Date Paid _____
Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 08/13/18 | 238805 | 10803622 | 8.95 | 8.95 |
| 08/13/18 | 238806 | 10805507 | 8.95 | 8.95 |
| 08/14/18 | 238857 | 10833004 | 8.95 | 8.95 |
| 08/14/18 | 238858 | 10835203 | 13.35 | 13.35 |
| 08/14/18 | 238859 | 10864960 | 8.95 | 8.95 |
| 08/15/18 | 238956 | 10883939 | 8.95 | 8.95 |
| 08/15/18 | 238957 | 10867286 | 8.95 | 8.95 |
| 08/17/18 | 239198 | 10947257 | 69.95 | 69.95 |
| 08/17/18 | 239201 | 10961313 | 27.98 | 27.98 |
| 08/17/18 | 239202 | 10965417 | 8.95 | 8.95 |
| 08/20/18 | 239239 | 11024571 | 10.39 | 10.39 |
| 08/20/18 | 239240 | 10985346 | 7.43 | 7.43 |
| 08/20/18 | 239241 | 10976473 | 27.98 | 27.98 |
| 08/21/18 | 239397 | 11067610 | 8.58 | 8.58 |
| 08/24/18 | 239629 | 11131906 | 11.59 | 11.59 |

*** (Continued ) ***

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
    US

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

**Please detach and return with payment**

Amount Enclosed [        ]

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0HUB | |
| Invoice No. | Balance | X |
| 238805 | 8.95 | |
| 238806 | 8.95 | |
| 238857 | 8.95 | |
| 238858 | 13.35 | |
| 238859 | 8.95 | |
| 238956 | 8.95 | |
| 238957 | 8.95 | |
| 239198 | 69.95 | |
| 239201 | 27.98 | |
| 239202 | 8.95 | |
| 239239 | 10.39 | |
| 239240 | 7.43 | |
| 239241 | 27.98 | |
| 239397 | 8.58 | |
| 239629 | 11.59 | |

# STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0HUB |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

**Bill To :**

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
US

Check No. _____
Date Paid _____
Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 08/24/18 | 239631 | 11178223 | 11.25 | 11.25 |
| 08/27/18 | 239706 | 11229472 | 22.50 | 22.50 |
| 08/27/18 | 239707 | 11189564 | 17.90 | 17.90 |
| 08/28/18 | 239807 | 11278014 | 8.95 | 8.95 |
| 08/30/18 | 239961 | 11346728 | 26.70 | 26.70 |
| 08/31/18 | 240043 | 11396438 | 31.40 | 31.40 |
| 09/04/18 | 240122 | 11512953 | 8.95 | 8.95 |
| 09/04/18 | 240123 | 11509988 | 162.26 | 162.26 |
| 09/04/18 | 240124 | 11506926 | 8.95 | 8.95 |
| 09/04/18 | 240125 | 11504814 | 8.95 | 8.95 |
| 09/04/18 | 240126 | 11490023 | 8.95 | 8.95 |
| 09/04/18 | 240127 | 11479252 | 8.95 | 8.95 |
| 09/04/18 | 240128 | 11459423 | 8.58 | 8.58 |
| 09/04/18 | 240129 | 11449838 | 31.17 | 31.17 |
| 09/04/18 | 240130 | 11441178 | 22.99 | 22.99 |

*** (Continued ) ***

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
US

**Please detach and return with payment**

Amount Enclosed _____

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0HUB | |
| Invoice No. | Balance | X |
| 239631 | 11.25 | |
| 239706 | 22.50 | |
| 239707 | 17.90 | |
| 239807 | 8.95 | |
| 239961 | 26.70 | |
| 240043 | 31.40 | |
| 240122 | 8.95 | |
| 240123 | 162.26 | |
| 240124 | 8.95 | |
| 240125 | 8.95 | |
| 240126 | 8.95 | |
| 240127 | 8.95 | |
| 240128 | 8.58 | |
| 240129 | 31.17 | |
| 240130 | 22.99 | |

# STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0HUB |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

**Bill To :**

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
 US

Check No. _____
Date Paid _____
Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 09/04/18 | 240131 | 11423329 | 13.35 | 13.35 |
| 09/07/18 | 240297 | 11550565 | 8.95 | 8.95 |
| 09/07/18 | 240298 | 11546662 | 17.06 | 17.06 |
| 09/07/18 | 240299 | 11546631 | 11.59 | 11.59 |
| 09/10/18 | 240441 | 11659987 | 11.59 | 11.59 |
| 09/10/18 | 240442 | 11644583 | 13.35 | 13.35 |
| 09/10/18 | 240443 | 11751742 | 22.99 | 22.99 |
| 09/10/18 | 240444 | 11698578 | 8.95 | 8.95 |
| 09/10/18 | 240445 | 11695624 | 13.99 | 13.99 |
| 09/10/18 | 240446 | 11630959 | 22.99 | 22.99 |
| 09/10/18 | 240447 | 11741808 | 8.95 | 8.95 |
| 09/14/18 | 240836 | 11885492 | 4.71 | 4.71 |
| 09/14/18 | 240838 | 11957915 | 4.71 | 4.71 |
| 09/14/18 | 240839 | 11948547 | 8.95 | 8.95 |
| 09/20/18 | 241201 | 12392130 | 13.99 | 13.99 |

*** (Continued ) ***

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
 US

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

**Please detach and return with payment**

Amount Enclosed

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0HUB | |
| Invoice No. | Balance | X |
| 240131 | 13.35 | |
| 240297 | 8.95 | |
| 240298 | 17.06 | |
| 240299 | 11.59 | |
| 240441 | 11.59 | |
| 240442 | 13.35 | |
| 240443 | 22.99 | |
| 240444 | 8.95 | |
| 240445 | 13.99 | |
| 240446 | 22.99 | |
| 240447 | 8.95 | |
| 240836 | 4.71 | |
| 240838 | 4.71 | |
| 240839 | 8.95 | |
| 241201 | 13.99 | |

# STATEMENT OF ACCOUNT

| | Statement Date | Account No. |
|---|---|---|
| | 01/18/19 | SE0HUB |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

**Bill To :**

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
    US

Check No. _____
Date Paid _____
Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 09/21/18 | 241368 | 12398843 | 11.39 | 11.39 |
| 09/24/18 | 241427 | 12498572 | 7.85 | 7.85 |
| 09/24/18 | 241429 | 12583670 | 57.95 | 57.95 |
| 09/26/18 | 241540 | 12694331 | 10.39 | 10.39 |
| 09/26/18 | 241541 | 12699625 | 11.25 | 11.25 |
| 10/01/18 | 241842 | 12906983 | 8.95 | 8.95 |
| 10/02/18 | 241850 | 12982075 | 8.95 | 8.95 |
| 10/02/18 | 241853 | 13030153 | 8.95 | 8.95 |
| 10/02/18 | 241854 | 13022587 | 8.95 | 8.95 |
| 10/03/18 | 242036 | 13108626 | 11.25 | 11.25 |
| 10/04/18 | 242208 | 13156420 | 11.25 | 11.25 |
| 10/04/18 | 242209 | 13166617 | 11.59 | 11.59 |
| 10/04/18 | 242210 | 13172904 | 22.50 | 22.50 |
| 10/05/18 | 242233 | 13232030 | 8.58 | 8.58 |
| 10/08/18 | 242340 | 13380410 | 8.95 | 8.95 |

*** (Continued ) ***

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
    US

**Remit To:**

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

Please detach and return with payment

Amount Enclosed _____

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0HUB | |
| Invoice No. | Balance | X |
| 241368 | 11.39 | |
| 241427 | 7.85 | |
| 241429 | 57.95 | |
| 241540 | 10.39 | |
| 241541 | 11.25 | |
| 241842 | 8.95 | |
| 241850 | 8.95 | |
| 241853 | 8.95 | |
| 241854 | 8.95 | |
| 242036 | 11.25 | |
| 242208 | 11.25 | |
| 242209 | 11.59 | |
| 242210 | 22.50 | |
| 242233 | 8.58 | |
| 242340 | 8.95 | |

# STATEMENT OF ACCOUNT

| | | Statement Date | Account No. |
|---|---|---|---|
| | | 01/18/19 | SE0HUB |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

**Bill To :**

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
　　　US

Check No. _____
Date Paid _____
Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 10/08/18 | 242341 | 13329374 | 33.70 | 33.70 |
| 10/08/18 | 242342 | 13320965 | 4.71 | 4.71 |
| 10/08/18 | 242343 | 13308393 | 13.99 | 13.99 |
| 10/08/18 | 242344 | 13278826 | 20.54 | 20.54 |
| 10/09/18 | 242432 | 13490156 | 11.25 | 11.25 |
| 10/10/18 | 242645 | 13596632 | 17.06 | 17.06 |

| Below 1 | Over 0 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 323.99 | 580.75 | 689.16 | 1593.90 |

---

**Please detach and return with payment**

SEARS COMMERCE HUB ONLINE
3333 BEVERLY RD
C3-271-A
HOFFMAN ESTATES, IL 60179
　　　US

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

Amount Enclosed
_____

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0HUB | |
| Invoice No. | Balance | X |
| 242341 | 33.70 | |
| 242342 | 4.71 | |
| 242343 | 13.99 | |
| 242344 | 20.54 | |
| 242432 | 11.25 | |
| 242645 | 17.06 | |

# STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0447 |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#:  00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

**Bill To :**

SEARS, ROEBUCK AND COMPANY
Garland Warehouse
Dallas, TX
            USA

Check No.  _____
Date Paid   _____
Amount     _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 03/08/17 | 207482 | 468849 | 10351.89 | 121.68 |
| 03/29/17 | 208821 | 474095 | 65112.30 | 457.11 |
| 06/28/17 | 214413 | 492314 | 1634.40 | 1514.92 |
| 11/08/17 | 223033 | 511544 | 7332.03 | 50.79 |
| 03/28/18 | 230837 | 530995 | 12937.23 | 152.37 |
| 07/18/18 | 237322 | 547330 | 6266.52 | 6068.10 |
| 08/08/18 | 238492 | 550523 | 7514.19 | 7514.19 |
| 08/15/18 | 238960 | 551379 | 6048.81 | 6048.81 |
| 08/22/18 | 239408 | 552311 | 4997.07 | 4997.07 |
| 08/29/18 | 239812 | 553290 | 3638.16 | 3638.16 |
| 09/12/18 | 240547 | 554127 | 10313.55 | 10313.55 |
| 09/27/18 | 241629 | 555346 | 13455.36 | 13455.36 |
| 09/27/18 | 241633 | 556028 | 12141.00 | 12141.00 |
| 10/03/18 | 242031 | 557189 | 9164.34 | 9164.34 |
| 10/03/18 | 242033 | 558059 | 10091.88 | 10091.88 |

| Below 1 | Over 0 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 44852.58 | 18948.78 | 21927.97 | 85729.33 |

---

**Please detach and return with payment**

SEARS, ROEBUCK AND COMPANY
Garland Warehouse
Dallas, TX
            USA

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#:  00-5227152
Sturgis, MI 49091 USA

Amount Enclosed
_____

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0447 | |
| Invoice No. | Balance | X |
| 207482 | 121.68 | |
| 208821 | 457.11 | |
| 214413 | 1514.92 | |
| 223033 | 50.79 | |
| 230837 | 152.37 | |
| 237322 | 6068.10 | |
| 238492 | 7514.19 | |
| 238960 | 6048.81 | |
| 239408 | 4997.07 | |
| 239812 | 3638.16 | |
| 240547 | 10313.55 | |
| 241629 | 13455.36 | |
| 241633 | 12141.00 | |
| 242031 | 9164.34 | |
| 242033 | 10091.88 | |

# STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0443 |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

**Bill To :**

SEARS, ROEBUCK AND COMPANY
Wilkes-Barre Warehouse
Dallas, TX
    USA

Check No.   _____
Date Paid   _____
Amount      _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 07/15/15 | 171709 | 280987 | 9520.65 | 121.68 |
| 09/07/16 | 196258 | 410393 | 11234.70 | 90.95 |
| 06/28/17 | 214412 | 492313 | 2643.12 | 2600.00 |
| 07/12/17 | 215238 | 494549 | 5704.92 | 378.22 |
| 03/21/18 | 230434 | 529647 | 7881.48 | 464.13 |
| 07/05/18 Non | 236705 | 545433 | 7177.59 | 311.76 |
| 08/08/18 Ne | 238491 | 550522 | 9492.57 | 9492.57 |
| 08/15/18 N | 238959 | 551378 | 9332.28 | 9332.28 |
| 08/22/18 N | 239407 | 552310 | 8366.67 | 8366.67 |
| 08/29/18 N | 239811 | 553289 | 9336.87 | 9336.87 |
| 09/13/18 ✓ | 240825 | 554126 | 17749.08 | 17749.08 |
| 09/19/18 Bq | 241074 | 556027 | 17007.39 | 17007.39 |
| 09/27/18 ✓ | 241628 | 555345 | 10782.63 | 10782.63 |
| 09/27/18 | 241636 | 557188 | 13411.26 | 13411.26 |
| 10/03/18 | 242032 | 558058 | 12487.05 | 12487.05 |

| Below 1 | Over 0 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 36680.94 | 52460.01 | 22791.59 | 111932.54 |

---

**Please detach and return with payment**

SEARS, ROEBUCK AND COMPANY
Wilkes-Barre Warehouse
Dallas, TX
    USA

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

Amount Enclosed  _____

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0443 | |
| Invoice No. | Balance | X |
| 171709 | 121.68 | |
| 196258 | 90.95 | |
| 214412 | 2600.00 | |
| 215238 | 378.22 | |
| 230434 | 464.13 | |
| 236705 | 311.76 | |
| 238491 | 9492.57 | |
| 238959 | 9332.28 | |
| 239407 | 8366.67 | |
| 239811 | 9336.87 | |
| 240825 | 17749.08 | |
| 241074 | 17007.39 | |
| 241628 | 10782.63 | |
| 241636 | 13411.26 | |
| 242032 | 12487.05 | |

## STATEMENT OF ACCOUNT

| | Statement Date | Account No. |
|---|---|---|
| | 01/18/19 | SE0440 |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

Bill To :

SEARS, ROEBUCK AND COMPANY
Manteno Warehouse
Dallas, TX
    USA

Check No.  _____
Date Paid  _____
Amount    _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 12/22/15 | 181170 | 332990 | 239.40 | 239.40 |
| 03/02/16 | 184842 | 355424 | 7618.50 | 225.62 |
| 04/06/16 | 187056 | 364663 | 862.92 | 826.62 |
| 04/20/16 | 187872 | 371260 | 1029.96 | 625.81 |
| 07/06/16 | 192481 | 392078 | 1466.10 | 1142.21 |
| 08/03/16 | 194300 | 400367 | 5288.13 | 502.74 |
| 10/05/16 | 198238 | 420490 | 25704.27 | 292.70 |
| 04/25/18 | 232463 | 535399 | 2473.83 | 190.53 |
| 08/08/18 | 238490 | 550521 | 2523.15 | 2523.15 |
| 08/15/18 | 238958 | 551377 | 1994.85 | 1994.85 |
| 08/22/18 | 239406 | 552309 | 1813.86 | 1813.86 |
| 08/29/18 | 239810 | 553288 | 1726.65 | 1726.65 |
| 09/12/18 | 240546 | 554125 | 5056.71 | 5056.71 |
| 09/19/18 | 241073 | 556026 | 3198.06 | 3198.06 |
| 09/26/18 | 241537 | 555344 | 3200.64 | 3200.64 |

\*\*\* (Continued) \*\*\*

**Please detach and return with payment**

SEARS, ROEBUCK AND COMPANY
Manteno Warehouse
Dallas, TX
    USA

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

Amount Enclosed
_____

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0440 | |
| Invoice No. | Balance | X |
| 181170 | 239.40 | |
| 184842 | 225.62 | |
| 187056 | 826.62 | |
| 187872 | 625.81 | |
| 192481 | 1142.21 | |
| 194300 | 502.74 | |
| 198238 | 292.70 | |
| 232463 | 190.53 | |
| 238490 | 2523.15 | |
| 238958 | 1994.85 | |
| 239406 | 1813.86 | |
| 239810 | 1726.65 | |
| 240546 | 5056.71 | |
| 241073 | 3198.06 | |
| 241537 | 3200.64 | |

# STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0440 |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

**Bill To :**

SEARS, ROEBUCK AND COMPANY
Manteno Warehouse
Dallas, TX
  USA

Check No.  _____
Date Paid  _____
Amount     _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 09/26/18 | 241538 | 557187 | 311.76 | 311.76 |
| 10/03/18 | 241914 | 558057 | 2945.79 | 2945.79 |

| Below 1 | Over 0 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 6458.19 | 11795.28 | 8563.63 | 26817.10 |

---

Please detach and return with payment

SEARS, ROEBUCK AND COMPANY
Manteno Warehouse
Dallas, TX
  USA

Amount Enclosed
[                    ]

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0440 | |
| Invoice No. | Balance | X |
| 241538 | 311.76 | |
| 241914 | 2945.79 | |

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

# STATEMENT OF ACCOUNT

| | Statement Date | Account No. |
|---|---|---|
| | 01/18/19 | SE0449 |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

Bill To :

SEARS, ROEBUCK AND COMPANY
Delano Warehouse
Dallas, TX
            USA

Check No. _____
Date Paid _____
Amount   _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 06/15/16 | 191304 | 385889 | 3184.56 | 155.88 |
| 12/01/16 | 201783 | 433665 | 6457.05 | 155.88 |
| 02/01/17 | 205192 | 448390 | 8707.50 | 152.37 |
| 07/05/17 | 214786 | 493449 | 725.40 | 220.69 |
| 08/30/17 | 218425 | 500667 | 5607.09 | 366.79 |
| 11/08/17 | 223034 | 511545 | 5656.95 | 50.79 |
| 12/13/17 | 224879 | 516244 | 5877.72 | 101.58 |
| 12/27/17 | 225619 | 518110 | 5287.95 | 511.24 |
| 01/24/18 | 227035 | 521893 | 4894.92 | 195.51 |
| 02/21/18 | 228614 | 525490 | 7926.93 | 147.10 |
| 03/14/18 | 229956 | 528743 | 3907.80 | 152.37 |
| 03/21/18 | 230436 | 529649 | 4800.33 | 152.37 |
| 05/09/18 | 233167 | 537258 | 6986.07 | 959.46 |
| 06/13/18 | 235297 | 542579 | 6904.71 | 260.55 |
| 08/08/18 | 238493 | 550524 | 6245.91 | 6245.91 |

*** (Continued ) ***

SEARS, ROEBUCK AND COMPANY
Delano Warehouse
Dallas, TX
            USA

**Please detach and return with payment**

Amount Enclosed _____

Remit To:

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0449 | |
| Invoice No. | Balance | X |
| 191304 | 155.88 | |
| 201783 | 155.88 | |
| 205192 | 152.37 | |
| 214786 | 220.69 | |
| 218425 | 366.79 | |
| 223034 | 50.79 | |
| 224879 | 101.58 | |
| 225619 | 511.24 | |
| 227035 | 195.51 | |
| 228614 | 147.10 | |
| 229956 | 152.37 | |
| 230436 | 152.37 | |
| 233167 | 959.46 | |
| 235297 | 260.55 | |
| 238493 | 6245.91 | |

# STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 01/18/19 | SE0449 |

**Midwest Tool and Cutlery Company**
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA
Telephone 800/782-4659

**Bill To :**

SEARS, ROEBUCK AND COMPANY
Delano Warehouse
Dallas, TX
USA

Check No. _____
Date Paid _____
Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 08/15/18 | 238961 | 551380 | 5605.47 | 5605.47 |
| 08/22/18 | 239409 | 552312 | 6688.17 | 6688.17 |
| 08/29/18 | 239813 | 553291 | 3724.92 | 3724.92 |
| 09/05/18 | 240182 | 554128 | 13695.93 | 13695.93 |
| 09/19/18 | 241072 | 555347 | 17011.62 | 17011.62 |
| 09/19/18 | 241075 | 556029 | 10568.52 | 10568.52 |
| 09/26/18 | 241539 | 557190 | 11071.35 | 11071.35 |
| 10/03/18 | 241915 | 558060 | 8288.73 | 8288.73 |

| Below 1 | Over 0 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 19360.08 | 51689.16 | 15433.96 | 86483.20 |

---

**Please detach and return with payment**

SEARS, ROEBUCK AND COMPANY
Delano Warehouse
Dallas, TX
USA

Amount Enclosed _____

**Remit To:**

Midwest Tool and Cutlery Company
P. O. Box 160
DUNS#: 00-5227152
Sturgis, MI 49091 USA

| Statement Date | Account No. | |
|---|---|---|
| 01/18/19 | SE0449 | |
| Invoice No. | Balance | X |
| 238961 | 5605.47 | |
| 239409 | 6688.17 | |
| 239813 | 3724.92 | |
| 240182 | 13695.93 | |
| 241072 | 17011.62 | |
| 241075 | 10568.52 | |
| 241539 | 11071.35 | |
| 241915 | 8288.73 | |