# Exhibit "A"

RECEIVED
NOV 07 2018
PRIME CLERK LLC

**Fill in this information to identify the case:**

Debtor 1: Sears Holdings Management Corporation

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of New York

Case number: 18-23553-rdd

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[X] No Copy Provided

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Team Design Lighting & Construction, LLC
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   [X] No
   [ ] Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Robert A. Simon
   Name
   301 Commerce Street, Suite 3500
   Number          Street
   Fort Worth       TX       76102
   City             State    ZIP Code
   Contact phone  817-878-0543
   Contact email  rsimon@whitakerchalk.com

   Where should payments to the creditor be sent? (if different)
   Chuck Tordiglione
   Name
   178 Sams Lane
   Number          Street
   Aledo            TX       76008
   City             State    ZIP Code
   Contact phone  817-443-0330
   Contact email  chuckt@designbuildusa.net

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   [X] No
   [ ] Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____ MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   [X] No
   [ ] Yes. Who made the earlier filing? _____

Official Form 410                Proof of Claim                page 1

182353880001453

Claim Number: 4416

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   - ☐ No
   - ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7__ __4__ __1__ __3__

7. How much is the claim? $ _____85,621.00_____. Does this amount include interest or other charges?
   - ☑ No
   - ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Services performed - repair of light poles after hurricane in St. Croix

9. Is all or part of the claim secured?
   - ☑ No
   - ☐ Yes. The claim is secured by a lien on property.

     **Nature of property:**
     - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
     - ☐ Motor vehicle
     - ☐ Other. Describe: _____

     **Basis for perfection:** _____
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     Value of property: $_____
     Amount of the claim that is secured: $_____
     Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     Amount necessary to cure any default as of the date of the petition: $_____

     **Annual Interest Rate** (when case was filed) _____%
     - ☐ Fixed
     - ☐ Variable

10. Is this claim based on a lease?
    - ☑ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    - ☑ No
    - ☐ Yes. Identify the property: _____

Official Form 410                        Proof of Claim                         page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check one: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/02/2018
                  MM / DD / YYYY

_/s/ a.c._____
Signature

Print the name of the person who is completing and signing this claim:

Name         Chuck Tordiglione
             First name    Middle name    Last name

Title        _____

Company      Team Design Lighting & Construction, LLC
             Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      178 Sams Lane
             Number    Street
             Aledo                              TX        76008
             City                               State     ZIP Code

Contact phone  817-925-6073              Email  chuckt@designbuildusa.net

# TEAM DESIGN LIGHTING & CONSTRUCTION, LLC
NATIONAL ACCOUNTS & CONSTRUCTION SERVICES
TECHLIGHT ILLUMINATION- GLOBAL LIGHTING & T9 LIGHTING TECHNOLOGY

**INVOICE: 81518-Kmart 7413 St Croix**
**DATE: August 15,018**

To: Sears Holdings Management Corporation Major Maintenance
3333 Beverly Road
Hoffman Estates, IL  60179

Funding Number: 1804039
Store: 7413
Location: St. Croix, VI / District: 278

## SITE LIGHTING UPGRADE

Sears Holdings December 21, 2017
Frank Keck
Major Maintenance Property Manager
Cell: 817-937-1602
E-mail: frank.keck@searshc.com
**PROJECT: Kmart 7413- St Croix, VI**

**POLE & LED FIXTURE REPLACEMENT PROPOSAL**
MATERIAL TOTAL $35,648.00
INSTALL -Total $53,400.00
**\*\*Landlord Participation Deducts Applied**

Qualifications
\*Remove existing poles & fixtures, replace with proposed equipment.
\*Tax is not charged on out of state equipment or labor. Tax may be required to be added to this price\*Install may require special terms.
\*All out of the country Caribbean work will require 30 day terms.

**TOTAL INVOICE $85,621.00**

REMIT PAYMENT TO:   TEAM DESIGN BUILD USA
                    PO Box 358
                    Aledo, TEXAS  76008

\*\*\*\*Terms are net 30 days from the date of invoice. We appreciate your business.

Please do not hesitate to call if you have any questions.

Sincerely,

Cyndi Rhodes
Accounting A/R
Team Design Build USA
Direct 817-925-6073
Fax  817-443-0363

Team Design Build USA- INVOICE    178 Sam Lane    Aledo, Texas    76008    817-443-0330/    Fax 817-443-0363
SITE LIGHTING        DECORATIVE LIGHTING        PHOTOMETRICS        ENGINEERING        INSTALLATION

## Exhibit F-2
## Sears Holdings Management Corporation Major Maintenance
## D824FM Application and Certification for Payment

Contractor: Team Design Lighting & Construction LLC  Funding#: 1804039
Store # 7413   Location: St. Coix, VI   District: 278
Contract Date: 7/10/18    Today's Date: 8/15/18    Amount Requested: 85,621.00

**Original Contract Amount: $85,621.00**

| | | | |
|---|---|---|---|
| Net of All Change Orders: | $ 0.00 | Total Earned Less Retainage: | $85,621.00 |
| Revised Contract Amount: | $85,621.00 | Less Previous Payments: | ($ 0.00) |
| Total Completed to Date: | $85,621.00 | Current Payment Requested: | $85,621.00 |
| Retainage of 10%: | ($0.00) | Balance Due with Retainage: | $0.00 |

### Contractor's Application for Payment

*The undersigned Contractor certifies that the Work covered by this Application and Certificate for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from Company, and that the current payment shown is now due. If this Application is for Final Payment, the undersigned Contractor further certifies that all "Punch List" items have been completed, all "Close-Out Documents" have been delivered to Company, and the Project is complete.*

**Application Number: 1**

| Contractor | Notary Information |
|---|---|
| Signature: [signed] | Subscribed and sworn before me this 15th day of August |
| Print Name: Anthony C. Tordiglione | My Commission Expires 10/8/2021 |
| Date: 8/15/18 | [signature] Notary Seal Here |

MICHAEL HOLLEY
Notary Public, State of Texas
Notary ID # 12396611-0
My Commission Expires
October 8, 2021

### Consultant's Certificate for Payment

*In accordance with the Contract Documents, based on on-site observations, and the data comprising this application, the Consultant certifies to Company that to the best of the Consultant's knowledge, the Work has progressed as indicated, the quality of work is in accordance with the Contract documents, and the Contractor is entitled to payment of the **Amount Certified**.*

**Amount Certified: 85,621.00**

Consultant Signature: _____    Date: _____

*This Certificate is not negotiable. The Amount Certified is payable only to the Contractor named. Issuance, payment and acceptance of payment are without prejudice to any rights of Company or Contractor under this Agreement.*
*If the Amount Certified differs from the Amount Requested, attach an explanation for the difference. Initial all changes made to Application to conform numbers to Certified Amount*

Rev. 08/2015

# Exhibit F-1
# Sears Holdings Management Corporation Major Maintenance 824FM
# Updated Schedule of Values

Number: 1

Contractor: Team Design Lighting & Construction LLC           Funding# 1804039
Store #: 7413     Location: St. Croix, VI     District: 278
Contract Date: 7/10/18     Today's Date: 8/15/18  Period To: _____

Consultant:     Project Manager: A. C. Tordiglione

| Item Description | Total Scheduled Value | Previous Work Done | Work Done This Period | Materials Stored And Not Invoiced | Total Complete and Stored | Balance To Finish | Retainage |
|---|---|---|---|---|---|---|---|
| Site Lighting Poles And Fixtures | $85,621.00 | $0.00 | $85,621. | $0.00 | $85,621. | $0.00 | $0.00 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| **Column Totals:** | $85,621.00 | $0.00 | $85,621. | $0.00 | $85,621. | $0.00 | $0.00 |

**Contractor**
Signature: _[signed]_
Name: A. C. Tordiglione
Date: 8/15/18

**Company / Consultant**
Signature: _____
Name:
Date:

Rev. 08/2015

### Exhibit F-9
## Sears Holdings Management Corporation Major Maintenance
## D824FM Final Waiver of Lien and Contractor's Affidavit

State: TEXAS )  Contractor: Team Design Lighting & Construction, LLC
) SS  Store# 7413  Location: St. Croix, VI
County: PARKER )  Dist: 278  Funding# 1804039

**Waiver of Lien:**
WHEREAS the undersigned has contracted with Sears Holding Management Corporation on behalf of itself and its affiliates to furnish *(Contract Project Description)* Site Lighting Poles & Fixtures at the above property location. The undersigned, for and in consideration of *(Contract Sum)* $85,621.00 Dollars and other good and valuable consideration, the receipt whereof is hereby acknowledged, or if not received as of this date, on the consideration that payment will be made no later than 60 days after the Owner's receipt of this Final Waiver of Lien and Contractor's Affidavit, does hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of *(where the work was performed)* St. Croix, VI, relating to liens of mechanics, laborers and materialmen, with respect to and upon the foregoing described property, and the improvements thereon, and with respect to any statutory lien bond, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the Owner (or Contractor), on account of labor, services, material, fixtures, apparatus or machinery heretofore furnished, or which may be furnished at any time hereafter, by the undersigned for the foregoing described property.

15th day of August, 2018    Contractor: Team Design Lighting & Construction LLC
Signature: _____    Title: Vice President

*Note: All waivers must be for the full amount paid. If waiver is for a corporation, the corporate name should be used and the title of the officer signing the waiver should be set forth. If the waiver is for a partnership, the partnership name should be used, a partner should sign, and under title designate himself as partner.*

---

State: TEXAS )
County: PARKER )

**Contractor's Affidavit:** The undersigned, being duly sworn, deposes and says (1) that he has contracted with Sears Holdings Management Corporation to furnish work and/or materials for the property location listed above and for the total Contract Sum including extras listed above on which he has received payment of $0.00 prior to this payment; (2) that all waivers submitted are true, correct and genuine and delivered unconditionally, and that there is no claim, either legal or equitable, to defeat the validity of said waivers; (3) that the following table lists the names of all parties who have furnished material or labor, or both, for said work and all parties having contracts or subcontracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each and that the items mentioned include all labor and material required to complete said work according to plans and specifications; and (4) that there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than stated in the following table.

| Subcontractor or Supplier | Service or Materials Provided | Amount Contracted | Amount Already Paid | This Pay Request | Balance Due |
|---|---|---|---|---|---|
| Team Design Lighting & Construction LLC | Site Lighting Poles & Lights | $85,621.00 | $0.00 | $85,621.00 | $0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Signed this 15th day of August, 2018
Signature: _____
Title: Vice President
Print Name: A.C. Tordiglione

Notary Information
Subscribed and sworn before me this 15th day of August 2018
My Commission Expires 10/8/2021
Notary Seal Here



MICHAEL HOLLEY
Notary Public, State of Texas
Notary ID # 12396611-0
My Commission Expires
October 8, 2021

Rev. 08/2015

Robert A. Simon
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102



**CERTIFIED MAIL**

9314 8699 0430 0052 4276 37
RETURN RECEIPT (ELECTRONIC)



Mailed From
11/02/2018
032A 00618

RECEIVED
NOV 07 2018
PRIME CLERK LLC



RECEIVED
NOV 06 2018
Prime Clerk LLC
MD

**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 COMMERCE STREET, SUITE 3500
FORT WORTH, TEXAS 76102-4186

TO:

Prime Clerk, LLC
Claims & Noticing Agent for
Sears Holdings Mgmt. Corp.
830 Third Avenue, 9th Floor
New York, NY 10022