LANGLEY & BANACK, INCORPORATED
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: (210) 736-6600
Telecopy: (210) 735-6889
DAVID S. GRAGG
Texas Bar No. 08253300
NATALIE F. WILSON
Texas Bar No. 24076779
E-mail: dgragg@langleybanack.com

*Attorneys for Wal-Go Associates LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*[1]**,**<br><br>DEBTORS. | **CHAPTER 11 CASE**<br><br>**CASE NO. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**WAL-GO ASSOCIATES LLC'S CURE CLAIM OBJECTION**
**FOR STORE 9122 (WARSAW, INDIANA)**

TO THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE:

Wal-Go Associates LLC ("Wal-Go") files this Objection to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Docket No. 1731] (the "Cure Notice") and in support thereof would show as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); Service Live Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); Max Serv, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); My Gofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); Star West, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

L & B 04167/0007_004/L1549676.DOCX/

## I. BACKGROUND

1. On October 15, 2018 ("Petition Date"), Sears Holdings Corporation and several of its affiliates, including Kmart Corporation, filed voluntary petitions under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their affairs as debtors-in-possession under 11 U.S.C. §§ 1107 and 1108.

2. As of the Petition Date, Wal-Go was the landlord and Kmart Corporation ("Debtor") was the tenant under a lease of nonresidential real property located in Warsaw, Indiana (Kmart Store No. 9122) dated as of April 27, 1976, as amended and modified from time to time ("Lease"). C&W Manhattan Associates was the original lessor, the Lease was subsequently assigned and is currently held by Wal-Go.

3. On January 18, 2019, the Debtors filed and served Wal-Go with its *Cure Notice*, including amounts the Debtors believe were required to cure all defaults then existing under such contracts to be assumed (the "Cure Amounts").

4. The Debtors indicated in the Cure Notice that they intend to assume the Lease with Wal-Go (the "Proposed Assumed Contract").

5. Pursuant to the Cure Notice, the Debtors identified $0.00 as the amount which it alleges to be owing Wal-Go under the Proposed Assumed Contract.

6. Wal-Go agrees to the assumption of Proposed Assumed Contract with the Debtors; however, Wal-Go disputes the Proposed Cure Amount in the Cure Notice. Wal-Go's books and records reflect a cure amount is not less than $54,808.20. Please see the attached Exhibit A.

## II. OBJECTION TO CURE AMOUNT

7. As of the Petition Date, Wal-Go was the landlord and Kmart Corporation ("Debtor") was the tenant under a lease of nonresidential real property located in Warsaw,

Indiana (Kmart Store No. 9122) dates as of April 27, 1976, as amended and modified from time to time (the "Lease"). Wal-Go has no objection to the assumption of the Lease provided the proper cure amount is paid.

8. The categorical breakdown of the monetary cure claim is as follows: Unpaid pre-petition real estate taxes relating to the second half of calendar year 2017 due under the Lease: $54,808.20. See Exhibit A, attached.

9. Pursuant to 11 U.S.C. § 365(b)(1)(A), the Debtors must cure any defaults under the Wal-Go Lease in connection with any proposed assumption, as well as provide adequate assurance of future performance. In this case, Debtors' Proposed Cure Amount of $0.00 fails to cure the existing defaults of the Wal-Go Lease, as is required under Section 365 prior to assumption.

10. The correct cure amount is $54,808.20 for prepetition real estate tax payment defaults under the Lease. As a result, under 11 U.S.C. § 365(b)(1)(A), in order to assume the Wal-Go Lease, Wal-Go must receive a cure payment of at least $54,808.20. Otherwise, the Lease cannot be assumed pursuant to Section 365.

11. This Cure Claim Objection is without prejudice to the fact that other and additional cure claim amounts (a) may exist and/or may become known at a future date and (b) will accrue on an ongoing basis between the filing of this Cure Claim Objection and any subsequent assumption of the Lease. Wal-Go expressly reserves its right to amend or supplement its Cure Claim Objection though and including the effective date of any proposed assumption and assignment of the Lease.

WHEREFORE PREMISES CONSIDERED, Wal-Go prays (i) that the cure amount set forth in the Cure Notice be corrected to reflect the correct prepetition cure amount of

$54,808.20, which represents prepetition amounts due and owing under the Wal-Go Lease; (ii) that Wal-Go be paid a cure payment of $54,808.20 in connection with the assumption of the Lease; and that (iii) Wal-Go be awarded such other and further relief to which it may be justly entitled at law or in equity.

Dated:    January 25, 2019
          San Antonio, Texas

RESPECTFULLY SUBMITTED,

LANGLEY & BANACK, INCORPORATED
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
(210) 736-6600 Telephone
(210) 735-6889 Fax

By:   */s/ David S. Gragg*
      David S. Gragg
      State Bar No. 08253300
      Natalie F. Wilson
      State Bar No. 24076779

ATTORNEYS FOR WAL-GO ASSOCIATES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmitted electronically to all ECF participants registered to receive electronic notice in the bankruptcy proceeding including the parties below:

DEBTORS
(served via attorneys)

DEBTORS' COUNSEL
(served electronically)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Ray Schrock, Esq.: ray.schrock@weil,corn
Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
Garrett A. Fail, Esq. garrett.fail@weil.com
Sunny Singh, Esq. sunny.singh@weil.corn

Ellen J. Odoner, Esq. Ellen.Odoner@weil.com
Gavin Westerman, Esq. Gavin.Westerman@weil.com

RESTRUCTURING ADVISORS
M-III Partners, LP
130 West 42nd Street
17th Floor
New York, NY   10036
https://miiipartners.com
Phone: 212-716-1491
Fax: 212-531-4532
Colin M. Adams
Brian Griffith

Buyer Parties
Kunal S. Kamlani: kunal@eslinvest.com
Harold Talisman: harold@eslinvest.com

Counsel for Buyer Parties
Christopher E. Austin, Esq.: caustin@cgsh.com
Benet J. O'Reilly, Esq.: boreilly@cgsh.com
Sean A. O'Neal, Esq.: soneal@cgsh.com

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake (Paul.Leake@skadden.com)
Attn: Shana A. Elberg (Shana.Elberg@skadden.com)
Attn: George R. Howard (George.Howard@skadden.com)
4 Times Square
New York, NY 10036

Bank of America, N.A.
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Wells Fargo Bank, National Association
c/o Choate, Hall & Stewart LLP
Attn: Kevin J. Simard (ksimard@choate.com)
Attn: Jonathan D. Marshall (jmarshall@choate.com)
Two International Place Boston, MA 02110

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin (pdublin@akingump.com)
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Attn: Abid Qureshi (aqureshi@akingump.com)
Attn: Sara L. Brauner (sbrauner@akingump.com)

One Bryant Park New York, NY 10036

Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani (kunal@eslinvest.com)
Attn: Harold Talisman (harold@eslinvest.com)
1170 Kane Concourse, Suite 200 Bay Harbor Islands, FL 33154

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin (caustin@cgsh.com)
Attn: Benet J. O'Reilly (boreilly@cgsh.com)
Attn: Sean A. O'Neal (soneal@cgsh.com)
One Liberty Plaza New York, NY 10006

<u>US TRUSTEE</u>
(served electronically)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014
Paul Schwartzberg
Richard Morrissey

              */s/ David S. Gragg*
              David S. Gragg

# EXHIBIT A

**LAKE VILLAGE SHOPPING CENTER**
WARSAW, INDIANA # 134
CAM, REAL ESTATE TAX, AND INSURANCE RECONCILIATION

2017-PAY 2018 Spring & Fall Tax Bill

| Code | Description | Amount |
|---|---|---|
| 5110 | CLEANING | |
| 5111 | ELECTRICITY | |
| 5112 | REPAIR/LIGHTS | |
| 5113 | LOT REPAIR/SIDEWALK | |
| 5114 | STRIPING/CRACKFILL | |
| 5115 | LAWN CARE | |
| 5116 | SNOW REMOVAL | |
| 5117 | MISC. | |
| 5118 | TRASH REMOVAL | |
| 5124 | SECURITY | |
| 5125 | REPAIRS GENERAL | |
| 5126 | REPAIRS SIGNAGE | |
| 5129 | PAINTING | |
| 5310 | WATER | |
| 5317 | FIRE PROTECTION | |
| 5417 | MANAGEMENT FEE | N/A |
| | SUB TOTAL (CAM) | 0.00 |
| | TOTAL CAM EXPENSE | 0.00 |

DATE: December 6, 2018

TO: KMART #9122
LAKE CITY HIGHWAY
WARSAW, IN 46580

FROM: Wal-Go Associates, L.L.C.
c/o Resource Commercial Real Estate, LLC
9339 Priority Way West Drive, Suite 120
Indianapolis, IN 46240
ATTN: Ron Escue 317-460-8393

| | | |
|---|---|---|
| 88908 s.f. divide by | | 170744 SF |
| Your prorata share | | 52.07% |
| 0.00 psf | | |
| FIXED CONTRIBUTION | | |
| M/E/P    X    - | | 0.00 |
| TOTAL CAM DUE | | |

| Code | Description | Amount |
|---|---|---|
| 5710 | INSURANCE LIABILITY | |
| | INSURANCE OTHER | |
| | INSURANCE UMBRELLA | |
| | SUB TOTAL INSURANCE | 0.00 |
| | PLUS ADMINISTRATIVE | 0.00 |
| | TOTAL INSURANCE | 0.00 |

| | | |
|---|---|---|
| 88908 s.f. divide by | | 170744 SF |
| Your prorata share | | 52.07% |
| 0.00 psf | | |
| NOT APPLICABLE | | 0.00 |
| M/E/P/   0 X   0.00 - | | 0.00 |
| TOTAL INSURANCE DUE | | 0.00 |

| BILLED | | | PAID | |
|---|---|---|---|---|
| $ 52,632.38 | R.E. TAX (SPRING) | $ | 54,018.56 | |
| $ 52,624.42 | R.E. TAX (FALL) | $ | 51,238.24 | |
| $ 105,256.80 | SUB TOTAL (R.E. Tax) | $ | 105,256.80 | |
| | PLUS ADMINISTRATIVE | | 0.00 | |
| | TOTAL R.E. TAX | $ | 105,256.80 | |

| | | |
|---|---|---|
| 88908 s.f.   divide by | | 170744 SF |
| Your prorata share | | 52.07% |
| 0.62 psf | | |
| R.E. TAX CHARGE | $ | 54,808.20 |
| AMOUNT DUE | $ | 54,808.20 |
| DEDUCTABLE % RENT    58% | $ | 31,788.76 |
| NOT DEDUCTABLE    42% | $ | 23,019.44 |
| TOTAL R.E. TAX DUE | $ | 54,808.20 |
| TOTAL CHARGES DUE | $ | 54,808.20 |
| Total Charges Due | $ | 54,808.20 |

SF- SQUARE FOOT
PSF- PER SQUARE FOOT
MEP- MONTHLY ESTIMATE PAYMENTS