# EXHIBIT A

**HORWOOD MARCUS & BERK Chartered**
Suite 3700
500 W. Madison Street
Tax Id 36-3302504

January 23, 2019

Sears, Roebuck & Co.                                                                                                  07913
Attn: Jason Pollack, Sr. Counsel
3333 Beverly Road
B2-131B
Hoffman Estates, IL 60179

**Statement**

| Matter Date | Bill Number/Description | Bill Amount | Paid Amount | Running Balance |
|---|---|---|---|---|
| 016 - Sales Tax Issues | | | | |
| 10/19/18 | 469499 | 281.25 | | 281.25 |
| | **Matter Balance Due** | | | **281.25** |
| 019 - Illinois Qui Tam Action | | | | |
| 09/19/18 | 467625 | 2,178.75 | | 2,178.75 |
| 10/19/18 | 469500 | 5,628.75 | | 7,807.50 |
| 11/19/18 | 471817 | 4,466.25 | | 12,273.75 |
| 12/21/18 | 473829 | 2,265.00 | | 14,538.75 |
| | **Matter Balance Due** | | | **14,538.75** |
| 021 - Illinois Sales Tax Audit - 1/2013 - 12/2015 | | | | |
| 07/23/18 | 463453 | 748.75 | | 748.75 |
| 08/21/18 | 465356 | 6,939.00 | | 7,687.75 |
| 10/19/18 | 469501 | 1,385.00 | | 9,072.75 |
| 11/19/18 | 471818 | 776.25 | | 9,849.00 |
| 12/21/18 | 473830 | 5,292.50 | | 15,141.50 |
| | **Matter Balance Due** | | | **15,141.50** |
| | **Total Balance Due** | | | **29,961.50** |