**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDING CORPORATION, *et al.,* | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Rayella Bergman, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 25th day of January, 2019, I served copies of:

- Objection of Haier US Appliance Solutions, Inc. d/b/a GE Appliances to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction, along with exhibit referenced therein [Docket No. 1860]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

3. On the 25th day of January, 2019, I served copies of:

- Objection of Haier US Appliance Solutions, Inc. d/b/a GE Appliances to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction, along with exhibit referenced therein [Docket No. 1860]

by electronic mail upon these parties listed on **Schedule B**.

*/s/ Rayella Bergman*
Rayella Bergman

Sworn to and subscribed before me this
25th day of January, 2019

*/s/ Christopher J. Reilly*
Notary Public, State of New York
No. 02RE6297793
Qualified in Kings County
Commission Expires March 3, 2022

## Schedule A

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY  10014
Attn: Paul Schwartzberg, Esq.

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

## Schedule B

ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com; marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com; soneal@cgsh.com; ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com; emfox@seyfarth.com; gadsden@clm.com; braynor@lockelord.com; pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com; project.blue.rx@lazard.com; kunal@eslinvest.com; harold@eslinvest.com