# Exhibit "A"

**National Health Information Network, Inc.**
**Schedule of Sears Holding Corp et al Cure Amounts**

**Absolute AR Services**

| Invoice Description | Invoice Number | Invoice Date | Invoice Amount | Comments |
|---|---|---|---|---|
| NHIN Absolute AR Services - August 2018 | INV12140 | 9/19/2018 | $ 30,138.13 | |
| NHIN Absolute AR Services - September 2018 | INV13309 | 10/15/2018 | $ 55,418.57 | |
| NHIN Absolute AR Services - October 7 through October 15, 2018 | INV14531 | 11/20/2018 | $ 11,233.87 | |
| NHIN Absolute AR Services - December 2018 | INV16754 | 1/10/2019 | $ 26,374.50 | |
| Total Pre and Post Petition Invoices Outstanding | | | $ 123,165.07 | |

| | | Invoice | | Date 09/19/2018 | | Page 1 |
|---|---|---|---|---|---|---|
| **National Health Information Network, Inc.** | | | | Invoice Number | | |
| | | | | INV12140 | | |

**Remit To:** Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

**Sold To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

**Ship To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | 09/19/2018 | C115 | | | | N60 |

| Quantity | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 1 | P0388 | ACTUAL RX MAC APPEALS SERVICES | 2,880.00 | Each | 2,880.00 |
| 1 | P0029 | ACQUIRE RX COLLECTION SERVICE | 5,760.00 | Each | 5,760.00 |
| 1 | P0011 | ABSOLUTE AR RECONCILIATION - CREDIT | .00 | Each | .00 |
| 1 | P0021 | ABSOLUTE RECONCILIATION - MANUAL | 715.61 | Each | 715.61 |
| 1 | P0012 | ABSOLUTE AR RECONCILIATION - PAPER | 194.88 | Each | 194.88 |
| 1 | P0013 | ABSOLUTE AR RECONCILIATION - TAPE/ELECT | .00 | Each | .00 |
| 1 | P0004 | ABSOLUTE AR RECON - PREVIOUSLY RECONCILED | .00 | Each | .00 |
| 1 | P0027 | PRIOR ABSOLUTE AR UNAPP CASH TAPE TRN | 4.70 | Each | 4.70 |
| 1 | P0022 | AFTER ABSOLUTE AR UNAPP CASH PAPER TRN | 18.96 | Each | 18.96 |
| 1 | P0023 | AFTER ABSOLUTE AR UNAPP CASH TAPE TRN | 6.00 | Each | 6.00 |
| 1 | P0019 | ABSOLUTE AR SUBMISSION-TAPE/ELECT | .00 | Each | .00 |
| 1 | P0018 | ABSOLUTE AR SUBMISSION - PAPER | 12.00 | Each | 12.00 |
| 1 | P0020 | ABSOLUTE AR TRANSACTION - RECON/TAPE | 20,544.35 | Each | 20,544.35 |
| 1 | P0369 | NHIN FREIGHT CHARGES | 1.63 | Each | 1.63 |

| | |
|---|---|
| SUBTOTAL | $30,138.13 |
| Sales Tax | $0.00 |
| 1) ILLINOIS IL STATE TAX (6.25) | $0.00 |
| 2) KANE IL COUNTY TAX (0) | $0.00 |
| 3) REGIONAL TRANSPORT. AUTHORITY (RTA) IL SPECIAL TAX (0) | $0.00 |

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**National Health Information Network, Inc.**

**PAYMENT AMOUNT:** _____

If Payment amount is different from amount due, please list details

| | |
|---|---|
| Customer: | Sears Roebuck and Company dba Kmart Corporation |
| Customer No.: | C115 |
| Invoice No.: | INV12140 |
| Invoice Date: | 09/19/2018 |
| Due Date | 11/18/2018 |
| Amount Due: | 30,138.13 |

| | Invoice | | Date 09/19/2018 | Page 2 |
|---|---|---|---|---|
| **National Health Information Network, Inc.** | | | **Invoice Number** INV12140 | |

**Remit To:** Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

**Sold To:**
Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

**Ship To:**
Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | 09/19/2018 | C115 | | | | N60 |

| | TOTAL | $30,138.13 |
|---|---|---|
| **Comments:** Absolute A/R Service August 2018 Billing Period | Amount due | $30,138.13 |

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**National Health Information Network, Inc.**

**PAYMENT AMOUNT:** _____

If Payment amount is different from amount due, please list details
_____
_____
_____
_____

| Customer: | Sears Roebuck and Company dba Kmart Corporation |
|---|---|
| Customer No.: | C115 |
| Invoice No.: | INV12140 |
| Invoice Date: | 09/19/2018 |
| Due Date | 11/18/2018 |
| Amount Due: | 30,138.13 |

**National Health Information Network, Inc.**

Invoice

Date 10/15/2018 | Page 1
Invoice Number: INV13309

Remit To:
Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

Sold To:
Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

Ship To:
Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | 10/15/2018 | C115 | | | | N60 |

| Quantity | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 1 | P0388 | ACTUAL RX MAC APPEALS SERVICES | 2,800.00 | Each | 2,800.00 |
| 1 | P0029 | ACQUIRE RX COLLECTION SERVICE | 5,600.00 | Each | 5,600.00 |
| 1 | P0021 | ABSOLUTE AR RECONCILIATION - MANUAL | 23,114.40 | Each | 23,114.40 |
| 1 | P0012 | ABSOLUTE AR RECONCILIATION - PAPER | 336.30 | Each | 336.30 |
| 1 | P0011 | ABSOLUTE AR RECONCILIATION - CREDIT | .00 | Each | .00 |
| 1 | P0004 | ABSOLUTE AR RECON - PREVIOUSLY RECONCILED | .00 | Each | .00 |
| 1 | P0013 | ABSOLUTE AR RECONCILIATION - TAPE/ELECT | .00 | Each | .00 |
| 1 | P0023 | AFTER ABSOLUTE AR UNAPP CASH TAPE TRN | 215.55 | Each | 215.55 |
| 1 | P0019 | ABSOLUTE AR SUBMISSION-TAPE/ELECT | .00 | Each | .00 |
| 1 | P0018 | ABSOLUTE AR SUBMISSION - PAPER | .60 | Each | .60 |
| 1 | P0020 | ABSOLUTE AR TRANSACTION - RECON/TAPE | 23,351.72 | Each | 23,351.72 |

SUBTOTAL: $55,418.57
Sales Tax: $0.00
1) ILLINOIS IL STATE TAX (6.25): $0.00
2) KANE IL COUNTY TAX (0): $0.00
3) REGIONAL TRANSPORT. AUTHORITY (RTA) IL SPECIAL TAX (0): $0.00
TOTAL: $55,418.57
Amount due: $55,418.57

Comments: Absolute A/R Services September 2018 Billing Period

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**National Health Information Network, Inc.**

PAYMENT AMOUNT: _____

If Payment amount is different from amount due, please list details

Customer: Sears Roebuck and Company dba Kmart Corporation
Customer No.: C115
Invoice No.: INV13309
Invoice Date: 10/15/2018
Due Date: 12/14/2018
Amount Due: 55,418.57

| | Invoice | | Date 10/15/2018 | Page 2 |
|---|---|---|---|---|
| **National Health Information Network, Inc.** | | | **Invoice Number** INV13309 | |

**Remit To:** Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

**Sold To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

**Ship To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | 10/15/2018 | C115 | | | | N60 |

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**National Health Information Network, Inc.**

**PAYMENT AMOUNT:** _____

If Payment amount is different from amount due, please list details

| | |
|---|---|
| **Customer:** | Sears Roebuck and Company dba Kmart Corporation |
| **Customer No.:** | C115 |
| **Invoice No.:** | INV13309 |
| **Invoice Date:** | 10/15/2018 |
| **Due Date:** | 12/14/2018 |
| **Amount Due:** | 55,418.57 |

| | Invoice | | Date 11/20/2018 | Page 1 |
|---|---|---|---|---|
| | | | Invoice Number | |
| | | | INV14531 | |

**National Health Information Network, Inc.**

**Remit To:** Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

**Sold To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

**Ship To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | 11/20/2018 | C115 | | | | N60 |

| Quantity | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 1 | P0021 | ABSOLUTE AR RECONCILIATION - MANUAL | 8,398.60 | Each | 8,398.60 |
| 1 | P0004 | ABSOLUTE AR RECON - PREVIOUSLY RECONCILED | .00 | Each | .00 |
| 1 | P0013 | ABSOLUTE AR RECONCILIATION - TAPE/ELECT | .00 | Each | .00 |
| 1 | P0011 | ABSOLUTE AR RECONCILIATION - CREDIT | .00 | Each | .00 |
| 1 | P0012 | ABSOLUTE AR RECONCILIATION - PAPER | 38.92 | Each | 38.92 |
| 1 | P0029 | ACQUIRE RX COLLECTION SERVICE | 2,760.00 | Each | 2,760.00 |
| 1 | P0027 | PRIOR ABSOLUTE AR UNAPP CASH TAPE TRN | 5.30 | Each | 5.30 |
| 1 | P0023 | AFTER ABSOLUTE AR UNAPP CASH TAPE TRN | 31.05 | Each | 31.05 |
| 1 | P0019 | ABSOLUTE AR SUBMISSION-TAPE/ELECT | .00 | Each | .00 |

| | |
|---|---|
| SUBTOTAL | $11,233.87 |
| Sales Tax | $0.00 |
| 1) ILLINOIS IL STATE TAX (6.25) | $0.00 |
| 2) COOK IL COUNTY TAX (0) | $0.00 |
| 3) HOFFMAN ESTATES IL CITY TAX (0) | $0.00 |
| 4) REGIONAL TRANSPORT. AUTHORITY (RTA) IL SPECIAL TAX (0) | $0.00 |
| TOTAL | $11,233.87 |
| Amount due | $11,233.87 |

**Comments:** Absolute A/R Services October 2018 Billing Period
10/07/2018 - 10/15/2018

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**National Health Information Network, Inc.**

**PAYMENT AMOUNT:** _____

If Payment amount is different from amount due, please list details

_____
_____
_____
_____
_____

| | |
|---|---|
| Customer: | Sears Roebuck and Company dba Kmart Corporation |
| Customer No.: | C115 |
| Invoice No.: | INV14531 |
| Invoice Date: | 11/20/2018 |
| Due Date | 01/19/2019 |
| Amount Due: | 11,233.87 |

|  | Invoice | Date 11/20/2018 | Page 2 |
|---|---|---|---|
| **National Health Information Network, Inc.** | | **Invoice Number** INV14531 | |

**Remit To:** Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

**Sold To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

**Ship To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
|  | 11/20/2018 | C115 |  |  |  | N60 |

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**National Health Information Network, Inc.**

**PAYMENT AMOUNT:** _____

If Payment amount is different from amount due, please list details

| | |
|---|---|
| Customer: | Sears Roebuck and Company dba Kmart Corporation |
| Customer No.: | C115 |
| Invoice No.: | INV14531 |
| Invoice Date: | 11/20/2018 |
| Due Date | 01/19/2019 |
| Amount Due: | 11,233.87 |

| | Invoice | | Date 01/10/2019 | Page 1 |
|---|---|---|---|---|
| **National Health Information Network, Inc.** | | | Invoice Number | INV16754 |

**Remit To:** Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

**Sold To:**
Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

**Ship To:**
Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | 01/10/2019 | C115 | | | | N60 |

| Quantity | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 1 | P0004 | ABSOLUTE AR RECON - PREVIOUSLY RECONCILED | .00 | Each | .00 |
| 1 | P0021 | ABSOLUTE AR RECONCILIATION - MANUAL | 3,127.11 | Each | 3,127.11 |
| 1 | P0012 | ABSOLUTE AR RECONCILIATION - PAPER | 66.29 | Each | 66.29 |
| 1 | P0011 | ABSOLUTE AR RECONCILIATION - CREDIT | .00 | Each | .00 |
| 1 | P0013 | ABSOLUTE AR RECONCILIATION - TAPE/ELECT | .00 | Each | .00 |
| 1 | P0020 | ABSOLUTE AR TRANSACTION - RECON/TAPE | 18,700.35 | Each | 18,700.35 |
| 1 | P0029 | ACQUIRE RX COLLECTION SERVICE | 4,480.00 | Each | 4,480.00 |
| 1 | P0023 | AFTER ABSOLUTE AR UNAPP CASH TAPE TRN | .65 | Each | .65 |
| 1 | P0027 | PRIOR ABSOLUTE AR UNAPP CASH TAPE TRN | .10 | Each | .10 |
| 1 | P0019 | ABSOLUTE AR SUBMISSION-TAPE/ELECT | .00 | Each | .00 |

| | |
|---|---|
| SUBTOTAL | $26,374.50 |
| Sales Tax | $0.00 |
| 1) ILLINOIS IL STATE TAX (6.25) | $0.00 |
| 2) COOK IL COUNTY TAX (0) | $0.00 |
| 3) HOFFMAN ESTATES IL CITY TAX (0) | $0.00 |
| 4) REGIONAL TRANSPORT. AUTHORITY (RTA) IL SPECIAL TAX (0) | $0.00 |
| TOTAL | $26,374.50 |

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**National Health Information Network, Inc.**

**PAYMENT AMOUNT:** _____

If Payment amount is different from amount due, please list details

**Customer:** Sears Roebuck and Company dba Kmart Corporation
**Customer No.:** C115
**Invoice No.:** INV16754
**Invoice Date:** 01/10/2019
**Due Date:** 03/11/2019
**Amount Due:** 26,374.50

| | Invoice | Date 01/10/2019 | Page 2 |
|---|---|---|---|
| | | Invoice Number | INV16754 |

**National Health Information Network, Inc.**

**Remit To:** Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

**Sold To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

**Ship To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | 01/10/2019 | C115 | | | | N60 |

**Comments:** Absolute A/R Billing - December 2018 Activity

**Amount due** $26,374.50

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**National Health Information Network, Inc.**

**PAYMENT AMOUNT:** _____

If Payment amount is different from amount due, please list details

_____

_____

_____

**Customer:** Sears Roebuck and Company dba Kmart Corporation

**Customer No.:** C115

**Invoice No.:** INV16754

**Invoice Date:** 01/10/2019

**Due Date:** 03/11/2019

**Amount Due:** 26,374.50