# Exhibit B

**National Health Information Network, Inc.**
**Schedule of Sears Holding Corp et al Cure Amounts**

**Drug File Services Agreement**

| Invoice Description | Invoice Number | Invoice Date | Invoice Amount | Comments |
|---|---|---|---|---|
| NHIN Monthly Drug File Maintenance - September 2018 | INV10187 | 9/1/2018 | $  30,878.63 | |
| NHIN Drug File Pro-Rated Maintenance Credit Memo - September 2018 | INV12247 | 9/20/2018 | $       (32.47) | |
| NHIN Monthly Drug File Maintenance - October 2018 | INV11542 | 10/1/2018 | $  30,816.18 | |
| NHIN Monthly Drug File Maintenance - October 2018 Credit Memo | CM0046 | 10/1/2018 | $ (30,816.18) | To Credit Invoice INV11542, which was replaced by pre and post-petition period invoices |
| NHIN Monthly Drug File Maintenance - October 1 through October 14, 2018 | INV14520 | 10/1/2018 | $  13,916.59 | |
| NHIN Monthly Drug File Maintenance - December 2018 | INV14091 | 12/1/2018 | $  30,778.71 | |
| NHIN Monthly Drug File Maintenance - January 2019 | INV15203 | 1/1/2019 | $  30,441.48 | |
| NHIN Drug File Pro-Rated Maintenance Credit Memo - January 2019 | INV16884 | 1/21/2019 | $     (195.22) | |

| | | | | |
|---|---|---|---|---|
| Total Pre and Post Petition Invoices Outstanding | | | $ 105,787.72 | |

| Invoice | | Date 08/20/2018 | Page 1 |
|---|---|---|---|
| | | **Invoice Number** | |
| | | INV10682 | |

**PDX, Inc.**

**Remit To:**   Accounts Receivable
PO Box 227216
Dallas, TX 75222-7216.
Fax: 817-246-0131
Phone: 800-433-5719

**Sold To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

**Ship To:**

Linda DeWitte, BC-256A
Sears Roebuck and Company dba Kmart Corporation
MS BC-256A
3333 Beverly Road
Hoffman Estates, IL 60124

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | 08/20/2018 | C115 | | | | N60 |

| Quantity | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 1 | P0309 | PDX POINT OF SALE INTERFACE MAINTENANCE | .000 | Each | .00 |
| 1 | P0308 | PDX PHARMACY SYSTEM MAINTENANCE | .000 | Each | .00 |
| 1 | P0304 | PDX IVR INTERFACE MAINTENANCE | .000 | Each | .00 |
| 1 | P0298 | PDX ESCRIPTS MAINTENANCE | .000 | Each | .00 |
| 1 | P0143 | PDX ELECTRONIC PHARMACY RECORD MAINTENANCE | .000 | Each | .00 |
| 1 | P0139 | PDX ePHARMACY WEB SERVICE API MAINTENANCE | .000 | Each | .00 |
| 1 | P0313 | PDX CLASSIC SYSTEM FILE CHANGE | 75.000 | Each | 75.00 |

| | |
|---|---|
| SUBTOTAL | $75.00 |
| Sales Tax | $0.00 |
| 1) ILLINOIS IL STATE TAX  (6.25) | $0.00 |
| 2) KANE IL COUNTY TAX  (0) | $0.00 |
| 3) REGIONAL TRANSPORT. AUTHORITY (RTA) IL SPECIAL TAX  (0) | $0.00 |
| TOTAL | $75.00 |
| **Amount due** | **$75.00** |

**Comments:** Reopening of #4685
PDX Classic system file change

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYENT

**PDX, Inc.**

**PAYMENT AMOUNT:** _____

If Payment amount is different from amount due, please list details

_____

_____

_____

_____

| Customer: | Sears Roebuck and Company dba Kmart Corporation |
|---|---|
| Customer No.: | C115 |
| Invoice No.: | INV10682 |
| Invoice Date: | 08/20/2018 |
| Due Date | 10/19/2018 |
| Amount Due: | 75.00 |