JOSHUA W. COHEN
DAY PITNEY LLP
195 CHURCH STREET, 15TH FLOOR
NEW HAVEN, CT 06510
T: (203) 752-5000
F: (203) 752-5001
E-MAIL: JWCOHEN@DAYPITNEY.COM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance in these proceedings on behalf of **Lakin Tire West Incorporated**, and that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the undersigned respectfully demands that all notices given or required to be given be served upon the office, address and e-mail address set forth below:

> Joshua W. Cohen
> Day Pitney LLP
> 195 Church Street, 15th Floor
> New Haven, CT 06510
> Telephone: (203) 752-5000
> Facsimile: (203) 752-5001
> E-mail: jwcohen@daypitney.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, request, complaints or demands, whether formal or

102023886.1

informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, facsimile, email, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that Lakin Tire West Incorporated does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case, or any right to arbitration; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, Fed. R. Civ. P., or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed to be the agent of Lakin Tire West Incorporated for such purpose.

Dated at New Haven, Connecticut, this 25th day of January, 2019.

-3-

LAKIN TIRE WEST INCORPORATED

By: /s/ Joshua W. Cohen
     Joshua W. Cohen
     Day Pitney LLP
     195 Church Street, 15th Floor
     New Haven, CT 06510
     Telephone: (203) 752-5000
     Facsimile: (203) 752-5001
     E-mail: jwcohen@daypitney.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on January 25, 2019, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Joshua W. Cohen