**Exhibit A**





| Status Code | Description |
|---|---|
| AE | DOCUMENT CORRECTION |
| BE | BATCH ERROR |
| DC | POSITIVE DUPLICATES |
| DI | Payment Pending |
| ER | ERROR RESOLUTION |
| HE | REJECTED INVOICE-VENDOR TO CORRECT |
| OF | OFF-LINE PAID STATUS |
| OP | OPEN |
| PC | Procurement Card (Credit Card) Pmt |
| PI | DOCUMENT CORRECTION |
| PM | PARTIALLY MATCHED INVOICE |
| PP | STATEMENT PAYMENT PENDING |
| PT | PAYMENT PENDING |
| PV | CANCELED CHECK |
| SA | PAID INVOICE OR STORE ENTRY |
| SE | INVOICE IN ERROR |
| SP | Paid Statement Invoice |
| UM | UNMATCHED INVOICE (OPEN) |

Date:  1/23/2019    A/P Detail Reporting         Time: 1:57:35 PM

| Status | Pay Duns Number | Document Number | Document Date | Purchase Order |
|--------|-----------------|-----------------|---------------|----------------|
| DI | 84383041 | 7002573973 | 11/15/2017 | 0 |
| DI | 84383041 | 7002886038A | 7/9/2018 | 0 |
| DI | 84383041 | 7002886038DM | 9/27/2018 | 0 |
| DI | 84383041 | 7002886040 | 7/9/2018 | 0 |
| DI | 84383041 | 7002890142 | 7/11/2018 | 0 |
| DI | 84383041 | 7002890144 | 7/11/2018 | 0 |
| DI | 84383041 | 7002890148 | 7/11/2018 | 0 |
| DI | 84383041 | 7002890152 | 7/11/2018 | 0 |
| DI | 84383041 | 7002890155 | 7/11/2018 | 0 |
| DI | 84383041 | 7002894002 | 7/12/2018 | 0 |
| DI | 84383041 | 7002894003 | 7/12/2018 | 0 |
| DI | 84383041 | 7002894487 | 7/13/2018 | 0 |
| DI | 84383041 | 7002894497 | 7/13/2018 | 0 |
| DI | 84383041 | 7002894501 | 7/13/2018 | 0 |
| DI | 84383041 | 7002894506 | 7/13/2018 | 0 |
| DI | 84383041 | 7002896168 | 7/16/2018 | 0 |
| DI | 84383041 | 7002896171 | 7/16/2018 | 0 |
| DI | 84383041 | 7002896173 | 7/16/2018 | 0 |
| DI | 84383041 | 7002898605 | 7/17/2018 | 0 |
| DI | 84383041 | 7002898608 | 7/17/2018 | 0 |
| DI | 84383041 | 7002898612 | 7/17/2018 | 0 |
| DI | 84383041 | 7002900460 | 7/18/2018 | 0 |
| DI | 84383041 | 7002900462 | 7/18/2018 | 0 |
| DI | 84383041 | 7002900466 | 7/18/2018 | 0 |
| DI | 84383041 | 7002902539 | 7/19/2018 | 0 |
| DI | 84383041 | 7002902541 | 7/19/2018 | 0 |
| DI | 84383041 | 7002902544 | 7/19/2018 | 0 |
| DI | 84383041 | 7002902547 | 7/19/2018 | 0 |
| DI | 84383041 | 7002902552 | 7/19/2018 | 0 |
| DI | 84383041 | 7002902555 | 7/19/2018 | 0 |
| DI | 84383041 | 7002902557 | 7/19/2018 | 0 |
| DI | 84383041 | 7002908455 | 7/23/2018 | 0 |
| DI | 84383041 | 7002910016 | 7/24/2018 | 0 |
| DI | 84383041 | 7002910017 | 7/24/2018 | 0 |
| DI | 84383041 | 7002910529 | 7/25/2018 | 0 |
| DI | 84383041 | 7002910531 | 7/25/2018 | 0 |
| DI | 84383041 | 7002910534 | 7/25/2018 | 0 |
| DI | 84383041 | 7002913960 | 7/26/2018 | 0 |
| DI | 84383041 | 7002913961 | 7/26/2018 | 0 |
| DI | 84383041 | 7002914290 | 7/27/2018 | 0 |
| DI | 84383041 | 7002914294 | 7/27/2018 | 0 |
| DI | 84383041 | 7002914298 | 7/27/2018 | 0 |
| DI | 84383041 | 7002914304 | 7/27/2018 | 0 |
| DI | 84383041 | 7002914317 | 7/27/2018 | 0 |
| DI | 84383041 | 7002916177 | 7/30/2018 | 0 |

| DI | 84383041 | 7002916181 | 7/30/2018 | 0 |
|----|----------|------------|-----------|---|
| DI | 84383041 | 7002916182 | 7/30/2018 | 0 |
| DI | 84383041 | 7002920178 | 7/31/2018 | 0 |
| DI | 84383041 | 7002920458 | 8/1/2018 | 0 |
| DI | 84383041 | 7002920459 | 8/1/2018 | 0 |
| DI | 84383041 | 7002921883 | 8/2/2018 | 0 |
| DI | 84383041 | 7002921887 | 8/2/2018 | 0 |
| DI | 84383041 | 7002921890 | 8/2/2018 | 0 |
| DI | 84383041 | 7002921892 | 8/2/2018 | 0 |
| DI | 84383041 | 7002921895 | 8/2/2018 | 0 |
| DI | 84383041 | 7002924791 | 8/3/2018 | 0 |
| DI | 84383041 | 7002924792 | 8/3/2018 | 0 |
| DI | 84383041 | 7002925260 | 8/6/2018 | 0 |
| DI | 84383041 | 7002925261 | 8/6/2018 | 0 |
| DI | 84383041 | 7002925266 | 8/6/2018 | 0 |
| DI | 84383041 | 7002929022 | 8/7/2018 | 0 |
| DI | 84383041 | 7002931065 | 8/8/2018 | 0 |
| DI | 84383041 | 7002931066 | 8/8/2018 | 0 |
| DI | 84383041 | 7002931067 | 8/8/2018 | 0 |
| DI | 84383041 | 7002931570 | 8/9/2018 | 0 |
| DI | 84383041 | 7002931573 | 8/9/2018 | 0 |
| DI | 84383041 | 7002931577 | 8/9/2018 | 0 |
| DI | 84383041 | 7002931579 | 8/9/2018 | 0 |
| DI | 84383041 | 7002934865 | 8/10/2018 | 0 |
| DI | 84383041 | 7002935164 | 8/13/2018 | 0 |
| DI | 84383041 | 7002935166 | 8/13/2018 | 0 |
| DI | 84383041 | 7002935168 | 8/13/2018 | 0 |
| DI | 84383041 | 7002935171 | 8/13/2018 | 0 |
| DI | 84383041 | 7002937435 | 8/14/2018 | 0 |
| DI | 84383041 | 7002937437 | 8/14/2018 | 0 |
| DI | 84383041 | 7002937438 | 8/14/2018 | 0 |
| DI | 84383041 | 7002939132 | 8/15/2018 | 0 |
| DI | 84383041 | 7002939133 | 8/15/2018 | 0 |
| DI | 84383041 | 7002939135 | 8/15/2018 | 0 |
| DI | 84383041 | 7002939137 | 8/15/2018 | 0 |
| DI | 84383041 | 7002939138 | 8/15/2018 | 0 |
| DI | 84383041 | 7002939141 | 8/15/2018 | 0 |
| DI | 84383041 | 7002942620 | 8/16/2018 | 0 |
| DI | 84383041 | 7002942763 | 8/17/2018 | 0 |
| DI | 84383041 | 7002942765 | 8/17/2018 | 0 |
| DI | 84383041 | 7002942768 | 8/17/2018 | 0 |
| DI | 84383041 | 7002942769 | 8/17/2018 | 0 |
| DI | 84383041 | 7002944197 | 8/18/2018 | 0 |
| DI | 84383041 | 7002944443 | 8/20/2018 | 0 |
| DI | 84383041 | 7002944445 | 8/20/2018 | 0 |
| DI | 84383041 | 7002944446 | 8/20/2018 | 0 |
| DI | 84383041 | 7002944447 | 8/20/2018 | 0 |

| DI | 84383041 | 7002947053 | 8/21/2018 | 0 |
|----|----------|------------|-----------|---|
| DI | 84383041 | 7002947058 | 8/21/2018 | 0 |
| DI | 84383041 | 7002947061 | 8/21/2018 | 0 |
| DI | 84383041 | 7002950279 | 8/22/2018 | 0 |
| DI | 84383041 | 7002951783 | 8/23/2018 | 0 |
| DI | 84383041 | 7002951784 | 8/23/2018 | 0 |
| DI | 84383041 | 7002952223 | 8/24/2018 | 0 |
| DI | 84383041 | 7002952226 | 8/24/2018 | 0 |
| DI | 84383041 | 7002952229 | 8/24/2018 | 0 |
| DI | 84383041 | 7002952231 | 8/24/2018 | 0 |
| DI | 84383041 | 7002952233 | 8/24/2018 | 0 |
| DI | 84383041 | 7002952237 | 8/24/2018 | 0 |
| DI | 84383041 | 7002952240 | 8/24/2018 | 0 |
| DI | 84383041 | 7002952242 | 8/24/2018 | 0 |
| DI | 84383041 | 7002956923 | 8/27/2018 | 0 |
| DI | 84383041 | 7002957119 | 8/28/2018 | 0 |
| DI | 84383041 | 7002957120 | 8/28/2018 | 0 |
| DI | 84383041 | 7002957121 | 8/28/2018 | 0 |
| DI | 84383041 | 7002961703 | 8/29/2018 | 0 |
| DI | 84383041 | 7002961860 | 8/30/2018 | 0 |
| DI | 84383041 | 7002961868 | 8/30/2018 | 0 |
| DI | 84383041 | 7002961873 | 8/30/2018 | 0 |
| DI | 84383041 | 7002961874 | 8/30/2018 | 0 |
| DI | 84383041 | 7002965213 | 8/31/2018 | 0 |
| DI | 84383041 | 7002965214 | 8/31/2018 | 0 |
| DI | 84383041 | 7002965871 | 9/4/2018 | 0 |
| DI | 84383041 | 7002965875 | 9/4/2018 | 0 |
| DI | 84383041 | 7002965884 | 9/4/2018 | 0 |
| DI | 84383041 | 7002965896 | 9/4/2018 | 0 |
| DI | 84383041 | 7002965902 | 9/4/2018 | 0 |
| DI | 84383041 | 7002965908 | 9/4/2018 | 0 |
| DI | 84383041 | 7002965913 | 9/4/2018 | 0 |
| DI | 84383041 | 7002965921 | 9/4/2018 | 0 |
| DI | 84383041 | 7002968339 | 9/5/2018 | 0 |
| DI | 84383041 | 7002968341 | 9/5/2018 | 0 |
| DI | 84383041 | 7002968345 | 9/5/2018 | 0 |
| DI | 84383041 | 7002968347 | 9/5/2018 | 0 |
| DI | 84383041 | 7002968348 | 9/5/2018 | 0 |
| DI | 84383041 | 7002968349 | 9/5/2018 | 0 |
| DI | 84383041 | 7002968352 | 9/5/2018 | 0 |
| DI | 84383041 | 7002968353 | 9/5/2018 | 0 |
| DI | 84383041 | 7002971743 | 9/6/2018 | 0 |
| DI | 84383041 | 7002971935 | 9/7/2018 | 0 |
| DI | 84383041 | 7002971936 | 9/7/2018 | 0 |
| DI | 84383041 | 7002971937 | 9/7/2018 | 0 |
| DI | 84383041 | 7002971938 | 9/7/2018 | 0 |
| DI | 84383041 | 7002973935 | 9/10/2018 | 0 |

| | | | | |
|---|---|---|---|---|
| DI | 84383041 | 7002973937 | 9/10/2018 | 0 |
| DI | 84383041 | 7002973940 | 9/10/2018 | 0 |
| DI | 84383041 | 7002976397 | 9/11/2018 | 0 |
| DI | 84383041 | 7002976402 | 9/11/2018 | 0 |
| DI | 84383041 | 7002976404 | 9/11/2018 | 0 |
| DI | 84383041 | 7002978966 | 9/12/2018 | 0 |
| DI | 84383041 | 7002978967 | 9/12/2018 | 0 |
| DI | 84383041 | 7002978969 | 9/12/2018 | 0 |
| DI | 84383041 | 7002981242 | 9/13/2018 | 0 |
| DI | 84383041 | 7002981244 | 9/13/2018 | 0 |
| DI | 84383041 | 7002981247 | 9/13/2018 | 0 |
| DI | 84383041 | 7002981249 | 9/13/2018 | 0 |
| DI | 84383041 | 7002981250 | 9/13/2018 | 0 |
| DI | 84383041 | 7002981251 | 9/13/2018 | 0 |
| DI | 84383041 | 7002981255 | 9/13/2018 | 0 |
| DI | 84383041 | 7002987165 | 9/17/2018 | 0 |
| DI | 84383041 | 7002987166 | 9/17/2018 | 0 |
| DI | 84383041 | 7002991252 | 9/19/2018 | 0 |
| DI | 84383041 | 7002992768 | 9/20/2018 | 0 |
| DI | 84383041 | 7002992769 | 9/20/2018 | 0 |
| DI | 84383041 | 7002995350 | 9/21/2018 | 0 |
| DI | 84383041 | 7002995712 | 9/24/2018 | 0 |
| DI | 84383041 | 7002995713 | 9/24/2018 | 0 |
| DI | 84383041 | 7002995715 | 9/24/2018 | 0 |
| DI | 84383041 | 7002998112 | 9/25/2018 | 0 |
| DI | 84383041 | 7002998113 | 9/25/2018 | 0 |
| DI | 84383041 | 7002998114 | 9/25/2018 | 0 |
| DI | 84383041 | 7002998116 | 9/25/2018 | 0 |
| DI | 84383041 | 7003000221 | 9/26/2018 | 0 |
| DI | 84383041 | 7003000225 | 9/26/2018 | 0 |
| DI | 84383041 | 7003000229 | 9/26/2018 | 0 |
| DI | 84383041 | 7003000233 | 9/26/2018 | 0 |
| DI | 84383041 | 7003002009 | 9/27/2018 | 0 |
| DI | 84383041 | 7003002012 | 9/27/2018 | 0 |
| DI | 84383041 | 7003002013 | 9/27/2018 | 0 |
| DI | 84383041 | 7003003983 | 9/28/2018 | 0 |
| DI | 84383041 | 7003003985 | 9/28/2018 | 0 |
| DI | 84383041 | 7003003987 | 9/28/2018 | 0 |
| DI | 84383041 | 7003007759 | 10/1/2018 | 0 |
| DI | 84383041 | 7003007760 | 10/1/2018 | 0 |
| DI | 84383041 | 7003008204 | 10/2/2018 | 0 |
| DI | 84383041 | 7003008205 | 10/2/2018 | 0 |
| DI | 84383041 | 7003008208 | 10/2/2018 | 0 |
| DI | 84383041 | 7003008209 | 10/2/2018 | 0 |
| DI | 84383041 | 7003008211 | 10/2/2018 | 0 |
| DI | 84383041 | 7003013828 | 10/4/2018 | 0 |
| DI | 84383041 | 7003013829 | 10/4/2018 | 0 |

| DI | 84383041 | 7003013834 | 10/4/2018 | 0 |
| DI | 84383041 | 7003013837 | 10/4/2018 | 0 |
| DI | 84383041 | 7003013840 | 10/4/2018 | 0 |
| DI | 84383041 | 7003018977 | 10/5/2018 | 0 |
| DI | 84383041 | 7003022866 | 10/9/2018 | 0 |
| DI | 84383041 | 7003022867 | 10/9/2018 | 0 |
| DI | 84383041 | 7003023301 | 10/10/2018 | 0 |
| DI | 84383041 | 7003023303 | 10/10/2018 | 0 |
| DI | 84383041 | 7003023304 | 10/10/2018 | 0 |
| DI | 84383041 | 7003025883 | 10/11/2018 | 0 |
| DI | 84383041 | 7003025885 | 10/11/2018 | 0 |
| DI | 84383041 | 7003025887 | 10/11/2018 | 0 |
| DI | 84383041 | 7003025889 | 10/11/2018 | 0 |
| DI | 84383041 | 7003028082 | 10/12/2018 | 0 |
| DI | 84383041 | 7003028085 | 10/12/2018 | 0 |

| Location | Division | Payment Due Date | Received Date | Document Amount | Document Net Amount |
|---|---|---|---|---|---|
| 36922 | 888 | 10/9/2018 | 1/1/1900 | $ 1,270.37 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ 3,467.39 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ (4,576.72) | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ 4,576.72 | 0 |
| 36922 | 888 | 9/28/2018 | 1/1/1900 | $ 3,871.00 | 0 |
| 36922 | 888 | 9/28/2018 | 1/1/1900 | $ 172.96 | 0 |
| 36922 | 888 | 9/28/2018 | 1/1/1900 | $ 1,563.59 | 0 |
| 36922 | 888 | 9/28/2018 | 1/1/1900 | $ 2,302.68 | 0 |
| 36922 | 888 | 9/28/2018 | 1/1/1900 | $ 866.11 | 0 |
| 36922 | 888 | 10/1/2018 | 1/1/1900 | $ 754.48 | 0 |
| 36922 | 888 | 10/1/2018 | 1/1/1900 | $ 277.24 | 0 |
| 36922 | 888 | 10/2/2018 | 1/1/1900 | $ 2,934.00 | 0 |
| 36922 | 888 | 10/2/2018 | 1/1/1900 | $ 3,307.04 | 0 |
| 36922 | 888 | 10/2/2018 | 1/1/1900 | $ 2,249.04 | 0 |
| 36922 | 888 | 10/2/2018 | 1/1/1900 | $ 21,310.82 | 0 |
| 36922 | 888 | 10/3/2018 | 1/1/1900 | $ 5,337.81 | 0 |
| 36922 | 888 | 10/3/2018 | 1/1/1900 | $ 1,138.55 | 0 |
| 36922 | 888 | 10/3/2018 | 1/1/1900 | $ 53.30 | 0 |
| 36922 | 888 | 10/4/2018 | 1/1/1900 | $ 2,447.10 | 0 |
| 36922 | 888 | 10/4/2018 | 1/1/1900 | $ 68.75 | 0 |
| 36922 | 888 | 10/4/2018 | 1/1/1900 | $ 202.07 | 0 |
| 36922 | 888 | 10/5/2018 | 1/1/1900 | $ 3,943.02 | 0 |
| 36922 | 888 | 10/5/2018 | 1/1/1900 | $ 3,462.98 | 0 |
| 36922 | 888 | 10/5/2018 | 1/1/1900 | $ 2,133.98 | 0 |
| 36922 | 888 | 10/8/2018 | 1/1/1900 | $ 2,815.56 | 0 |
| 36922 | 888 | 10/8/2018 | 1/1/1900 | $ 3,737.07 | 0 |
| 36922 | 888 | 10/8/2018 | 1/1/1900 | $ 5,137.97 | 0 |
| 36922 | 888 | 10/8/2018 | 1/1/1900 | $ 2,565.26 | 0 |
| 36922 | 888 | 10/8/2018 | 1/1/1900 | $ 3,442.84 | 0 |
| 36922 | 888 | 10/8/2018 | 1/1/1900 | $ 58.51 | 0 |
| 36922 | 888 | 10/8/2018 | 1/1/1900 | $ 57.86 | 0 |
| 36922 | 888 | 10/11/2018 | 1/1/1900 | $ 263.40 | 0 |
| 36922 | 888 | 10/17/2018 | 1/1/1900 | $ 1,987.02 | 0 |
| 36922 | 888 | 10/17/2018 | 1/1/1900 | $ 104.94 | 0 |
| 36922 | 888 | 10/18/2018 | 1/1/1900 | $ 2,649.36 | 0 |
| 36922 | 888 | 10/18/2018 | 1/1/1900 | $ 2,775.24 | 0 |
| 36922 | 888 | 10/18/2018 | 1/1/1900 | $ 407.87 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ 10,161.13 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ 2,140.38 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ 2,775.24 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ 5,912.16 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ 165.78 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ 32.41 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ 242.54 | 0 |
| 36922 | 888 | 10/23/2018 | 1/1/1900 | $ 5,398.43 | 0 |

| | | | | | | |
|---|---|---|---|---|---:|---|
| 36922 | 888 | 10/23/2018 | 1/1/1900 | $ | 4,686.62 | 0 |
| 36922 | 888 | 10/23/2018 | 1/1/1900 | $ | 231.03 | 0 |
| 36922 | 888 | 10/24/2018 | 1/1/1900 | $ | 4,545.01 | 0 |
| 36922 | 888 | 10/25/2018 | 1/1/1900 | $ | 2,922.16 | 0 |
| 36922 | 888 | 10/25/2018 | 1/1/1900 | $ | 1,987.02 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 2,649.36 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 4,465.68 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 57.86 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 3,036.00 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 163.14 | 0 |
| 36922 | 888 | 10/29/2018 | 1/1/1900 | $ | 5,168.21 | 0 |
| 36922 | 888 | 10/29/2018 | 1/1/1900 | $ | 265.98 | 0 |
| 36922 | 888 | 10/30/2018 | 1/1/1900 | $ | 293.69 | 0 |
| 36922 | 888 | 10/30/2018 | 1/1/1900 | $ | 106.93 | 0 |
| 36922 | 888 | 10/30/2018 | 1/1/1900 | $ | 1,650.87 | 0 |
| 36922 | 888 | 10/9/2018 | 1/1/1900 | $ | 855.34 | 0 |
| 36922 | 888 | 10/10/2018 | 1/1/1900 | $ | 2,081.10 | 0 |
| 36922 | 888 | 10/10/2018 | 1/1/1900 | $ | 8,453.80 | 0 |
| 36922 | 888 | 10/10/2018 | 1/1/1900 | $ | 3,884.83 | 0 |
| 36922 | 888 | 10/11/2018 | 1/1/1900 | $ | 5,155.69 | 0 |
| 36922 | 888 | 10/11/2018 | 1/1/1900 | $ | 1,987.02 | 0 |
| 36922 | 888 | 10/11/2018 | 1/1/1900 | $ | 4,875.62 | 0 |
| 36922 | 888 | 10/11/2018 | 1/1/1900 | $ | 285.35 | 0 |
| 36922 | 888 | 10/12/2018 | 1/1/1900 | $ | 153.68 | 0 |
| 36922 | 888 | 10/15/2018 | 1/1/1900 | $ | 2,084.52 | 0 |
| 36922 | 888 | 10/15/2018 | 1/1/1900 | $ | 4,809.36 | 0 |
| 36922 | 888 | 10/15/2018 | 1/1/1900 | $ | 804.85 | 0 |
| 36922 | 888 | 10/15/2018 | 1/1/1900 | $ | 2,025.63 | 0 |
| 36922 | 888 | 10/16/2018 | 1/1/1900 | $ | 2,597.30 | 0 |
| 36922 | 888 | 10/16/2018 | 1/1/1900 | $ | 110.27 | 0 |
| 36922 | 888 | 10/16/2018 | 1/1/1900 | $ | 3,221.70 | 0 |
| 36922 | 888 | 10/17/2018 | 1/1/1900 | $ | 2,934.00 | 0 |
| 36922 | 888 | 10/17/2018 | 1/1/1900 | $ | 2,934.00 | 0 |
| 36922 | 888 | 10/17/2018 | 1/1/1900 | $ | 3,328.40 | 0 |
| 36922 | 888 | 10/17/2018 | 1/1/1900 | $ | 2,302.68 | 0 |
| 36922 | 888 | 10/17/2018 | 1/1/1900 | $ | 39.74 | 0 |
| 36922 | 888 | 10/17/2018 | 1/1/1900 | $ | 650.30 | 0 |
| 36922 | 888 | 10/18/2018 | 1/1/1900 | $ | 6,193.05 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ | 9,175.98 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ | 4,523.97 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ | 438.44 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ | 136.34 | 0 |
| 36922 | 888 | 10/19/2018 | 1/1/1900 | $ | 3,121.92 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ | 2,118.89 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ | 267.30 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ | 288.58 | 0 |
| 36922 | 888 | 10/22/2018 | 1/1/1900 | $ | 58.96 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 36922 | 888 | 10/23/2018 | 1/1/1900 | $ | 2,181.02 | 0 |
| 36922 | 888 | 10/23/2018 | 1/1/1900 | $ | 429.53 | 0 |
| 36922 | 888 | 10/23/2018 | 1/1/1900 | $ | 371.52 | 0 |
| 36922 | 888 | 10/24/2018 | 1/1/1900 | $ | 58.29 | 0 |
| 36922 | 888 | 10/25/2018 | 1/1/1900 | $ | 2,676.97 | 0 |
| 36922 | 888 | 10/25/2018 | 1/1/1900 | $ | 3,982.64 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 2,609.16 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 4,059.58 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 2,302.68 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 4,256.82 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 2,618.34 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 11,148.84 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 106.79 | 0 |
| 36922 | 888 | 10/26/2018 | 1/1/1900 | $ | 469.25 | 0 |
| 36922 | 888 | 10/29/2018 | 1/1/1900 | $ | 58.51 | 0 |
| 36922 | 888 | 10/30/2018 | 1/1/1900 | $ | 269.23 | 0 |
| 36922 | 888 | 10/30/2018 | 1/1/1900 | $ | 1,987.02 | 0 |
| 36922 | 888 | 10/30/2018 | 1/1/1900 | $ | 96.45 | 0 |
| 36922 | 888 | 10/31/2018 | 1/1/1900 | $ | 1,148.34 | 0 |
| 36922 | 888 | 11/1/2018 | 1/1/1900 | $ | 2,618.34 | 0 |
| 36922 | 888 | 11/1/2018 | 1/1/1900 | $ | 3,331.28 | 0 |
| 36922 | 888 | 11/1/2018 | 1/1/1900 | $ | 2,456.82 | 0 |
| 36922 | 888 | 11/1/2018 | 1/1/1900 | $ | 525.78 | 0 |
| 36922 | 888 | 11/2/2018 | 1/1/1900 | $ | 2,502.30 | 0 |
| 36922 | 888 | 11/2/2018 | 1/1/1900 | $ | 2,720.34 | 0 |
| 36922 | 888 | 11/6/2018 | 1/1/1900 | $ | 2,438.48 | 0 |
| 36922 | 888 | 11/6/2018 | 1/1/1900 | $ | 3,479.28 | 0 |
| 36922 | 888 | 11/6/2018 | 1/1/1900 | $ | 14,685.82 | 0 |
| 36922 | 888 | 11/6/2018 | 1/1/1900 | $ | 15,176.09 | 0 |
| 36922 | 888 | 11/6/2018 | 1/1/1900 | $ | 2,956.08 | 0 |
| 36922 | 888 | 11/6/2018 | 1/1/1900 | $ | 3,307.38 | 0 |
| 36922 | 888 | 11/6/2018 | 1/1/1900 | $ | 2,245.82 | 0 |
| 36922 | 888 | 11/6/2018 | 1/1/1900 | $ | 6,430.49 | 0 |
| 36922 | 888 | 11/7/2018 | 1/1/1900 | $ | 2,965.02 | 0 |
| 36922 | 888 | 11/7/2018 | 1/1/1900 | $ | 3,280.68 | 0 |
| 36922 | 888 | 11/7/2018 | 1/1/1900 | $ | 7,131.04 | 0 |
| 36922 | 888 | 11/7/2018 | 1/1/1900 | $ | 2,010.59 | 0 |
| 36922 | 888 | 11/7/2018 | 1/1/1900 | $ | 2,404.68 | 0 |
| 36922 | 888 | 11/7/2018 | 1/1/1900 | $ | 2,622.63 | 0 |
| 36922 | 888 | 11/7/2018 | 1/1/1900 | $ | 6,245.70 | 0 |
| 36922 | 888 | 11/7/2018 | 1/1/1900 | $ | 14.89 | 0 |
| 36922 | 888 | 11/8/2018 | 1/1/1900 | $ | 2,932.15 | 0 |
| 36922 | 888 | 11/9/2018 | 1/1/1900 | $ | 972.97 | 0 |
| 36922 | 888 | 11/9/2018 | 1/1/1900 | $ | 2,807.76 | 0 |
| 36922 | 888 | 11/9/2018 | 1/1/1900 | $ | 4,921.02 | 0 |
| 36922 | 888 | 11/9/2018 | 1/1/1900 | $ | 184.62 | 0 |
| 36922 | 888 | 11/12/2018 | 1/1/1900 | $ | 2,302.68 | 0 |

| 36922 | 888 | 11/12/2018 | 1/1/1900 | $ | 183.62 | 0 |
|---|---|---|---|---|---|---|
| 36922 | 888 | 11/12/2018 | 1/1/1900 | $ | 34.51 | 0 |
| 36922 | 888 | 11/13/2018 | 1/1/1900 | $ | 68.54 | 0 |
| 36922 | 888 | 11/13/2018 | 1/1/1900 | $ | 137.29 | 0 |
| 36922 | 888 | 11/13/2018 | 1/1/1900 | $ | 272.72 | 0 |
| 36922 | 888 | 11/14/2018 | 1/1/1900 | $ | 2,492.10 | 0 |
| 36922 | 888 | 11/14/2018 | 1/1/1900 | $ | 2,302.68 | 0 |
| 36922 | 888 | 11/14/2018 | 1/1/1900 | $ | 241.73 | 0 |
| 36922 | 888 | 11/15/2018 | 1/1/1900 | $ | 248.44 | 0 |
| 36922 | 888 | 11/15/2018 | 1/1/1900 | $ | 5,364.42 | 0 |
| 36922 | 888 | 11/15/2018 | 1/1/1900 | $ | 1,892.74 | 0 |
| 36922 | 888 | 11/15/2018 | 1/1/1900 | $ | 7,617.41 | 0 |
| 36922 | 888 | 11/15/2018 | 1/1/1900 | $ | 5,914.87 | 0 |
| 36922 | 888 | 11/15/2018 | 1/1/1900 | $ | 1,150.54 | 0 |
| 36922 | 888 | 11/15/2018 | 1/1/1900 | $ | 189.14 | 0 |
| 36922 | 888 | 11/19/2018 | 1/1/1900 | $ | 9,401.98 | 0 |
| 36922 | 888 | 11/19/2018 | 1/1/1900 | $ | 5,257.10 | 0 |
| 36922 | 888 | 11/21/2018 | 1/1/1900 | $ | 25.14 | 0 |
| 36922 | 888 | 11/22/2018 | 1/1/1900 | $ | 2,742.37 | 0 |
| 36922 | 888 | 11/22/2018 | 1/1/1900 | $ | 887.27 | 0 |
| 36922 | 888 | 11/23/2018 | 1/1/1900 | $ | 2,302.68 | 0 |
| 36922 | 888 | 11/26/2018 | 1/1/1900 | $ | 1,290.49 | 0 |
| 36922 | 888 | 11/26/2018 | 1/1/1900 | $ | 642.03 | 0 |
| 36922 | 888 | 11/26/2018 | 1/1/1900 | $ | 121.82 | 0 |
| 36922 | 888 | 11/27/2018 | 1/1/1900 | $ | 2,765.92 | 0 |
| 36922 | 888 | 11/27/2018 | 1/1/1900 | $ | 4,899.45 | 0 |
| 36922 | 888 | 11/27/2018 | 1/1/1900 | $ | 4,152.62 | 0 |
| 36922 | 888 | 11/27/2018 | 1/1/1900 | $ | 2,505.68 | 0 |
| 36922 | 888 | 11/28/2018 | 1/1/1900 | $ | 3,402.48 | 0 |
| 36922 | 888 | 11/28/2018 | 1/1/1900 | $ | 1,015.80 | 0 |
| 36922 | 888 | 11/28/2018 | 1/1/1900 | $ | 270.47 | 0 |
| 36922 | 888 | 11/28/2018 | 1/1/1900 | $ | 304.40 | 0 |
| 36922 | 888 | 11/29/2018 | 1/1/1900 | $ | 655.25 | 0 |
| 36922 | 888 | 11/29/2018 | 1/1/1900 | $ | 2,727.35 | 0 |
| 36922 | 888 | 11/29/2018 | 1/1/1900 | $ | 156.21 | 0 |
| 36922 | 888 | 11/30/2018 | 1/1/1900 | $ | 326.58 | 0 |
| 36922 | 888 | 11/30/2018 | 1/1/1900 | $ | 2,720.34 | 0 |
| 36922 | 888 | 11/30/2018 | 1/1/1900 | $ | 3,757.00 | 0 |
| 36922 | 888 | 12/3/2018 | 1/1/1900 | $ | 6,721.20 | 0 |
| 36922 | 888 | 12/3/2018 | 1/1/1900 | $ | 761.66 | 0 |
| 36922 | 888 | 12/4/2018 | 1/1/1900 | $ | 4,956.02 | 0 |
| 36922 | 888 | 12/4/2018 | 1/1/1900 | $ | 42.22 | 0 |
| 36922 | 888 | 12/4/2018 | 1/1/1900 | $ | 1,752.79 | 0 |
| 36922 | 888 | 12/4/2018 | 1/1/1900 | $ | 367.63 | 0 |
| 36922 | 888 | 12/4/2018 | 1/1/1900 | $ | 114.92 | 0 |
| 36922 | 888 | 12/6/2018 | 1/1/1900 | $ | 3,233.70 | 0 |
| 36922 | 888 | 12/6/2018 | 1/1/1900 | $ | 2,104.61 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 36922 | 888 | 12/6/2018 | 1/1/1900 | $ | 2,313.75 | 0 |
| 36922 | 888 | 12/6/2018 | 1/1/1900 | $ | 118.62 | 0 |
| 36922 | 888 | 12/6/2018 | 1/1/1900 | $ | 491.16 | 0 |
| 36922 | 888 | 12/7/2018 | 1/1/1900 | $ | 274.38 | 0 |
| 36922 | 888 | 12/11/2018 | 1/1/1900 | $ | 67.06 | 0 |
| 36922 | 888 | 12/11/2018 | 1/1/1900 | $ | 404.04 | 0 |
| 36922 | 888 | 12/12/2018 | 1/1/1900 | $ | 7,173.90 | 0 |
| 36922 | 888 | 12/12/2018 | 1/1/1900 | $ | 66.66 | 0 |
| 36922 | 888 | 12/12/2018 | 1/1/1900 | $ | 105.14 | 0 |
| 36922 | 888 | 12/13/2018 | 1/1/1900 | $ | 3,238.10 | 0 |
| 36922 | 888 | 12/13/2018 | 1/1/1900 | $ | 2,391.30 | 0 |
| 36922 | 888 | 12/13/2018 | 1/1/1900 | $ | 14,872.62 | 0 |
| 36922 | 888 | 12/13/2018 | 1/1/1900 | $ | 5,457.81 | 0 |
| 36922 | 888 | 12/14/2018 | 1/1/1900 | $ | 2,792.70 | 0 |
| 36922 | 888 | 12/14/2018 | 1/1/1900 | $ | 6,197.26 | 0 |
| | | | **TOTAL** | **$** | **523,055.56** | |

| Check Number | Check Date | Remit Code | Cash Discount Amount | Cash Discount Percent |
|---|---|---|---|---|
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 19 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |

| 0 | 1/1/1900 | 0 | 0 | 0 |
|---|---|---|---|---|
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |
| 0 | 1/1/1900 | 0 | 0 | 0 |

| Freight Discount Amount | Freight Discount Percent | Trade Discount Amount |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| Trade Discount Percent | Anticipated Discount Amount | Anticipated Discount Percent | POD Indicator |
|---|---|---|---|
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |
| | 0 | 0 | 0 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| 0 | 0 | 0 |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

| POD Date | Error Code 1 | Error Code 2 | Error Code 3 | Account Number |
| --- | --- | --- | --- | --- |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |
| 1/1/1900 | | | | 11305 |

| | |
|---|---|
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |

| | |
|---|---|
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |

| | |
|---|---|
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |

| | |
|---|---|
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |
| 1/1/1900 | 11305 |