**<u>Exhibit B</u>**

# CHAMBERLAIN®

| DEBIT DATE | DEBIT NUMBER | CUSTOMER |
|---|---|---|
| 11/28/18 | 7003095369 | 753530 |

SHIPPED FROM    Chamberlain Distribution Center
Tucson AZ  85706

SEARS HOLDINGS CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179

SHIP TO 753530
SEARS HOLDINGS CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179

| DATE ENTERED | DATE SHIPPED | SHIPPED VIA | BILL OF LADING | SALES PERSON | DEPT. # | DIV.# |
|---|---|---|---|---|---|---|
| 11/28/18 | | | | 1000435 | | |

| P.O. # | 2018 Craftsman Conne | JOB NAME | | PAYMENT TERMS | DEBIT MEMO : CR/DR Marketing - Retail |
|---|---|---|---|---|---|
| ORDER # | 3300007285 | PRO NUMBER | | | |

| MATERIAL NUMBER | DESCRIPTION | DEBIT QUANTITY | SHIPPED QUANTITY | B/O QUANTITY | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|
| ASSURELINK_REVENUE | ASSURELINK_REVENUE: CRAFTSMAN ASSURELINK SERVICE REVENUE | 1 | | | 143,165.45 | 143,165.45 |
| | | | | SUBTOTAL | | 143,165.45 |
| | | | | TAX | | 0.00 |
| | | | | SHIPPING | | 0.00 |
| | | | | TOTAL IN USD | | 143,165.45 |
| | | | | Net 60 | | |

**PLEASE REMIT PAYMENTS TO**
The Chamberlain Group, Inc.
PO Box 99152
CHICAGO IL  60693-9152
USA

Thank you for your business and the opportunity to serve you.