N. Neville Reid
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
nreid@foxswibel.com

*Attorneys for The Chamberlain Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
|  | : | Case No. 18-23538 (RDD) |
In re: | : |
|  | : | Chapter 11 |
SEARS HOLDINGS CORPORATION, *et al.*,[1] | : |
|  | : | (Jointly Administered) |
Debtors. | : |
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, N. Neville Reid, Esq., hereby certify that on January 25, 2019:

The Limited Cure Claim Objection of The Chamberlain Group, Inc., and Request for Confirmation of Identification of Executory Contract was served on the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. The parties requesting ECF notifications via the Court's CM/ECF case notification system;

2. All other parties requesting notice pursuant to Rule 2002 and in accordance with this Court's Amended Order Implementing Certain Notice and Case Management Procedures entered November 1,2 018 [Docket No. 405];

3. The parties set forth below by regular, first class mail:

    a. Chambers of the Honorable Judge Robert D. Drain
       United States Bankruptcy Court for the Southern District of New York
       300 Quarropas Street, Room 248
       White Plains, New York 10601

    b. Sears Holdings Corporation
       3333 Beverly Road
       Hoffman Estates, Illinois 60179
       Attn: Stephen Sitley, Esq.
       Luke J. Valentino, Esq.

    c. Office of the United States Trustee for Region 2
       201 Varick Street, Suite 1006
       New York, New York 10014
       Attn: Paul Schwartzberg, Esq.

4. The parties set forth below by electronic mail:

    a. *Debtors:*
       Rob Riecker – rob.riecker@searshc.com
       Luke Valentino – luke.valentino@searshc.com
       Mohsin Meghji – mmeghji@miiipartners.com

    b. *Debtor's Counsel:*
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York New York 10153
       Jacqueline Marcus, Esq.
       Garret A. Fail, Esq.
       Sunny Sing, Esq.
       Ray.schrock@weil.com; garrett.fail@weil.com
       Jacqueline.marcus@weil.com; sunny.singh@weil.com

c. *Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent:*
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
Paul.leake@skadden.com; shana.elberg@skadden.com
George.howard@skadden.com

d. *Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility:*
*Davis Polk & Wardell LLP:*
450 Lexington Avenue
New York, New York 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
Marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com

e. *Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility:*
Cleary, Gottlieb
One Liberty Plaza
New York, New York 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

f. *Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes:*
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com

g. *Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes:*
Seyfarth Shaw, LLP
 620 Eighth Avenue
New York, New York 10018
Attn: Edward M. Fox, Esq.

emfox@seyfarth.com

h. *Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes:*
Carter Ledyard 7 Milburn LLP
2 Wall Street
New York, New York 10015
Attn: James Gadsen, Esq.
Gadsden@clm.com

i. *Attorneys for the Pension Benefit Guaranty Corporation:*
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
braynor@lockelord.com

j. *Attorneys for the Official Committee Unsecured Creditors:*
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com

k. *Attorneys to Wells Fargo Bank, National Association:*
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
ksimard@choate.com; jmarshall@choate.com

l. *Debtors' Investment Banker:*
Lazard Freres & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold
Levi Quaintance
Project.blue.rx@lazard.com

m. *Buyer:*
Transform Holdco LLC
c/o ESL Partners, Inc.
1170 Kane Concourse
Suite 200
Bay Harbor Islands, FL 33154

3294752 v1 - 06942 / 001

      Attn: Kunal S. Kamlani
      Harold Talisman
      Kunal@eslinvest.com; Harold@eslinvest.com

                          FOX SWIBEL LEVIN & CARROLL LLP

                          By:  /s/ N. Neville Reid

                          200 West Madison Street, Suite 3000
                          Chicago, IL 60606
                          Telephone: (312) 224-1200
                          Facsimile: (312) 224-1201
                          nreid@foxswibel.com

                          *Attorneys for The Chamberlain Group, Inc.*