# EXHIBIT A

| Date | CU# | Code | Invoice # | CuInv# | PO # | Invoice $ | Open | Location |
|---|---|---|---|---|---|---|---|---|
| 12/15/2017 | 1KXLZ | Sale - REG | 7572140 | 391749 | PO748001 | $3,388.50 | $3,388.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 03/13/2018 | 1KXLZ | Sale - REG | 7645150 | 398693 | PO796218 | $3,614.40 | $3,614.40 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 03/16/2018 | 1KXLZ | Sale - REG | 7649170 | 399101 | PO799184 | $677.70 | $677.70 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 03/19/2018 | 1KXLZ | Sale - REG | 7650490 | 399224 | PO799829 | $2,184.50 | $2,184.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 04/06/2018 | 1KXLZ | Sale - REG | 7669290 | 401052 | PO810108 | $3,388.50 | $3,388.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 04/19/2018 | 1KXLZ | Sale - REG | 7680390 | 402190 | PO815263 | $1,129.50 | $1,129.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/11/2018 | 1KXLZ | Sale - REG | 7781160 | 503583 | PO849166 | $2,259.00 | $2,259.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/11/2018 | 1KXLZ | Sale - REG | 7783680 | 503868 | PO836113 | $8,352.00 | $8,352.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/11/2018 | 1KXLZ | Sale - REG | 7783170 | 503938 | PO850532 | $1,061.10 | $1,061.10 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/11/2018 | 1KXLZ | Sale - REG | 7788960 | 504117 | PO852687 | $1,807.20 | $1,807.20 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/16/2018 | 1KXLZ | Sale - REG | 7796570 | 504716 | PO852001 | $1,129.50 | $1,129.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/16/2018 | 1KXLZ | Sale - REG | 7798560 | 504810 | PO853549 | $1,129.50 | $1,129.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/17/2018 | 1KXLZ | Sale - REG | 7804770 | 505126 | PO853679 | $873.80 | $873.80 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/17/2018 | 1KXLZ | Sale - REG | 7803630 | 505233 | PO854301 | $873.80 | $873.80 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/17/2018 | 1KXLZ | Sale - REG | 7803610 | 505236 | PO854986 | $2,440.20 | $2,440.20 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/17/2018 | 1KXLZ | Sale - REG | 7804600 | 505313 | PO855034 | $214.20 | $214.20 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/17/2018 | 1KXLZ | Sale - REG | 7804270 | 505385 | PO855456 | $677.70 | $677.70 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/17/2018 | 1KXLZ | Sale - REG | 7804430 | 505389 | PO855514 | $1,973.50 | $1,973.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/18/2018 | 1KXLZ | Sale - REG | 7807270 | 505666 | PO856280 | $2,259.00 | $2,259.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/20/2018 | 1KXLZ | Sale - REG | 7809200 | 505957 | PO858126 | $4,518.00 | $4,518.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/20/2018 | 1KXLZ | Sale - REG | 7811130 | 505980 | PO858150 | $2,259.00 | $2,259.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/20/2018 | 1KXLZ | Sale - REG | 7808830 | 505981 | PO858156 | $1,129.50 | $1,129.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/20/2018 | 1KXLZ | Sale - REG | 7812710 | 506062 | PO858415 | $3,183.30 | $3,183.30 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/26/2018 | 1KXLZ | Sale - REG | 7813570 | 506373 | PO859409 | $835.20 | $835.20 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 07/26/2018 | 1KXLZ | Sale - REG | 7813440 | 506431 | PO859467 | $3,388.50 | $3,388.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 08/09/2018 | 1KXLZ | Sale - REG | 7834960 | 507883 | PO865372 | $1,355.40 | $1,355.40 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 08/14/2018 | 1KXLZ | Sale - REG | 7844800 | 508705 | PO870307 | $3,388.50 | $3,388.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 08/20/2018 | 1KXLZ | Sale - REG | 7845580 | 508962 | PO871054 | $1,973.50 | $1,973.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 08/20/2018 | 1KXLZ | Sale - REG | 7848100 | 509019 | PO871247 | $3,207.00 | $3,207.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 08/29/2018 | 1KXLZ | Sale - REG | 7862140 | 510235 | PO876990 | $677.70 | $677.70 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 08/31/2018 | 1KXLZ | Sale - REG | 7865670 | 510654 | PO878508 | $677.70 | $677.70 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/11/2018 | 1KXLZ | Sale - REG | 7868960 | 510941 | PO878996 | $1,129.50 | $1,129.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/11/2018 | 1KXLZ | Sale - REG | 7869380 | 510969 | PO879101 | $214.20 | $214.20 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/11/2018 | 1KXLZ | Sale - REG | 7872570 | 511110 | PO880754 | $2,259.00 | $2,259.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/11/2018 | 1KXLZ | Sale - REG | 7872660 | 511121 | PO880836 | $2,259.00 | $2,259.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/12/2018 | 1KXLZ | Sale - REG | 7874030 | 511210 | PO880395 | $1,973.50 | $1,973.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/12/2018 | 1KXLZ | Sale - REG | 7875840 | 511372 | PO881249 | $1,355.40 | $1,355.40 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/14/2018 | 1KXLZ | Sale - REG | 7877230 | 511670 | PO883260 | $2,470.00 | $2,470.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/14/2018 | 1KXLZ | Sale - REG | 7878990 | 511683 | PO883360 | $2,259.00 | $2,259.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/19/2018 | 1KXLZ | Sale - REG | 7881920 | 512094 | PO884277 | $1,129.50 | $1,129.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/19/2018 | 1KXLZ | Sale - REG | 7884150 | 512188 | PO884494 | $1,483.10 | $1,483.10 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/19/2018 | 1KXLZ | Sale - REG | 7885480 | 512239 | PO884914 | $3,314.00 | $3,314.00 | SEARS ARIBA PROCESSING, OMAHA, NE |

| Date | Customer | Type | Invoice | Ref | PO | Amount | Balance | Location |
|---|---|---|---|---|---|---|---|---|
| 09/21/2018 | 1KXLZ | Sale - REG | 7887560 | 512375 | PO886296 | $1,355.40 | $1,355.40 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/27/2018 | 1KXLZ | Sale - REG | 7890300 | 512677 | PO886743 | $3,388.50 | $3,388.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/27/2018 | 1KXLZ | Sale - REG | 7893380 | 512917 | PO888623 | $3,388.50 | $3,388.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 09/27/2018 | 1KXLZ | Sale - REG | 7894530 | 513158 | PO889153 | $1,988.40 | $1,988.40 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 10/05/2018 | 1KXLZ | Sale - REG | 7898520 | 513520 | PO890329 | $1,355.40 | $1,355.40 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 10/05/2018 | 1KXLZ | Sale - REG | 7899640 | 513550 | PO890466 | $451.80 | $451.80 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 10/08/2018 | 1KXLZ | Sale - REG | 7904680 | 513908 | PO893266 | $2,259.00 | $2,259.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 11/16/2018 | 1KXLZ | Sale - REG | 7942810 | 517069 | PO916002 | $988.50 | $988.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 11/30/2018 | 1KXLZ | Sale - REG | 7952610 | 517935 | PO921502 | $1,977.00 | $1,977.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 12/06/2018 | 1KXLZ | Sale - REG | 7953100 | 518097 | PO921385 | $395.40 | $395.40 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 12/06/2018 | 1KXLZ | Sale - REG | 7953580 | 518099 | PO922142 | $1,186.20 | $1,186.20 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 12/11/2018 | 1KXLZ | Sale - REG | 7959570 | 518473 | PO923632 | $1,581.60 | $1,581.60 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 12/13/2018 | 1KXLZ | Sale - REG | 7960310 | 518665 | PO925391 | $790.80 | $790.80 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 12/14/2018 | 1KXLZ | Sale - REG | 7962230 | 518798 | PO925415 | $1,581.60 | $1,581.60 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 12/17/2018 | 1KXLZ | Sale - REG | 7964070 | 518903 | PO925973 | $1,977.00 | $1,977.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 12/19/2018 | 1KXLZ | Sale - REG | 7966010 | 519159 | PO927245 | $1,560.20 | $1,560.20 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 12/27/2018 | 1KXLZ | Sale - REG | 7969250 | 519474 | PO927975 | $1,186.20 | $1,186.20 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 01/08/2019 | 1KXLZ | Sale - REG | 7976060 | 520022 | PO929538 | $1,977.00 | $1,977.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 01/11/2019 | 1KXLZ | Sale - REG | 7981240 | 520459 | PO931394 | $4,942.50 | $4,942.50 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 01/16/2019 | 1KXLZ | Sale - REG | 7983540 | 520699 | PO932064 | $593.10 | $593.10 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 01/18/2019 | 1KXLZ | Sale - REG | 7986660 | 520965 | PO932724 | $1,977.00 | $1,977.00 | SEARS ARIBA PROCESSING, OMAHA, NE |
| 5/11/2018 | 4087 | Sale - REG | 7707190 | 404816 | 154480-0 | 1250.14 | 1250.14 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7749420 | 500792 | 157711-0 | 1519.25 | 1519.25 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7750340 | 500829 | 157878-0 | 1509.34 | 1509.34 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7750350 | 500830 | 157879-0 | 754.67 | 754.67 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7750840 | 500835 | 157887-0 | 767.9 | 767.9 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7750890 | 500837 | 157892-0 | 782.88 | 782.88 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7750960 | 500946 | 158154-0 | 770.54 | 770.54 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7752390 | 501016 | 158335-0 | 768.78 | 768.78 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7751280 | 501044 | 158384-0 | 761.72 | 761.72 | KMART, ARLINGTON, TX |
| 6/14/2018 | 04087 | Sale - REG | 7751870 | 501049 | 158428-0 | 747.62 | 747.62 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7745630 | 500585 | 157228-0 | 705.3 | 705.3 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7745830 | 500587 | 157264-0 | 3526.5 | 3526.5 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7745730 | 500588 | 157271-0 | 1175.5 | 1175.5 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7743340 | 500595 | 157386-0 | 761.9 | 761.9 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7743610 | 500608 | 157523-0 | 1246.03 | 1246.03 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7744340 | 500610 | 157537-0 | 1175.5 | 1175.5 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7743370 | 500611 | 157541-0 | 3738.09 | 3738.09 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7746210 | 500613 | 157618-0 | 1246.03 | 1246.03 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7746130 | 500614 | 157623-0 | 2351 | 2351 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7745320 | 500615 | 157632-0 | 2547.9 | 2547.9 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7746740 | 500616 | 157640-0 | 5031.14 | 5031.14 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7743460 | 500617 | 157649-0 | 5172.2 | 5172.2 | KMART, ARLINGTON, TX |

EXHIBIT A - OPEN INVOICES

| Date | Code | Type | Num1 | Num2 | Num3 | Amount | Amount2 | Customer |
|---|---|---|---|---|---|---|---|---|
| 6/12/2018 | 04087 | Sale - REG | 7745450 | 500620 | 157699-0 | 3526.5 | 3526.5 | KMART, ARLINGTON, TX |
| 6/12/2018 | 04087 | Sale - REG | 7743610 | 500623 | 157523-0 | 1246.03 | 1246.03 | KMART, ARLINGTON, TX |
| 06/28/2018 | G5ZL3 | Sale - REG | 7769500 | 502753 | 159485-0 | $2,990.47 | $2,990.47 | KMART, ARLINGTON, TX |
| 07/11/2018 | G5ZL3 | Sale - REG | 7787440 | 504009 | 161025-0 | $588.00 | $588.00 | KMART, ARLINGTON, TX |
| 07/12/2018 | G5ZL3 | Sale - REG | 7793730 | 504304 | 161083-0 | $1,272.48 | $1,272.48 | KMART, ARLINGTON, TX |
| 07/12/2018 | G5ZL3 | Sale - REG | 7793610 | 504306 | 161086-0 | $775.83 | $775.83 | KMART, ARLINGTON, TX |
| 07/12/2018 | G5ZL3 | Sale - REG | 7793650 | 504310 | 161092-0 | $754.67 | $754.67 | KMART, ARLINGTON, TX |
| 07/12/2018 | G5ZL3 | Sale - REG | 7793950 | 504338 | 161160-0 | $7,564.34 | $7,564.34 | KMART, ARLINGTON, TX |
| 07/12/2018 | G5ZL3 | Sale - REG | 7793910 | 504405 | 160621-0 | $2,242.72 | $2,242.72 | KMART, ARLINGTON, TX |
| 07/12/2018 | G5ZL3 | Sale - REG | 7793000 | 504543 | 161747-0 | $10,085.79 | $10,085.79 | KMART, ARLINGTON, TX |
| 07/16/2018 | G5ZL3 | Sale - REG | 7795970 | 504720 |  | $520.94 | $520.94 | KMART, ARLINGTON, TX |
| 07/16/2018 | G5ZL3 | Sale - REG | 7798680 | 504772 | 161683-0 | $752.91 | $752.91 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7799350 | 505096 | 161744-0 | $4,528.06 | $4,528.06 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7803050 | 505138 | 161903-0 | $2,492.06 | $2,492.06 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7801810 | 505156 | 161943-0 | $979.72 | $979.72 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7801830 | 505169 | 161997-0 | $7,723.04 | $7,723.04 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7802990 | 505244 | 162182-0 | $1,246.03 | $1,246.03 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7802030 | 505248 | 162186-0 | $4,433.47 | $4,433.47 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7802600 | 505253 | 162196-0 | $2,277.24 | $2,277.24 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7803530 | 505340 | 162390-0 | $1,509.34 | $1,509.34 | KMART, ARLINGTON, TX |
| 07/17/2018 | G5ZL3 | Sale - REG | 7804730 | 505388 | 162495-0 | $629.16 | $629.16 | KMART, ARLINGTON, TX |
| 07/18/2018 | G5ZL3 | Sale - REG | 7808060 | 505644 | 162626-0 | $20,790.00 | $20,790.00 | KMART, ARLINGTON, TX |
| 07/18/2018 | G5ZL3 | Sale - REG | 7807010 | 505679 | 162688-0 | $267.18 | $267.18 | KMART, ARLINGTON, TX |
| 07/20/2018 | G5ZL3 | Sale - REG | 7811200 | 506020 | 163064-0 | $752.03 | $752.03 | KMART, ARLINGTON, TX |
| 07/20/2018 | G5ZL3 | Sale - REG | 7811620 | 506030 | 163064-0 | $3,070.17 | $3,070.17 | KMART, ARLINGTON, TX |
| 07/26/2018 | G5ZL3 | Sale - REG | 7815730 | 506239 | 162869-0 | $9,693.17 | $9,693.17 | KMART, ARLINGTON, TX |
| 07/26/2018 | G5ZL3 | Sale - REG | 7819330 | 506664 | 163705-0 | $754.67 | $754.67 | KMART, ARLINGTON, TX |
| 07/27/2018 | G5ZL3 | Sale - REG | 7821450 | 506881 | 163895-0 | $1,246.03 | $1,246.03 | KMART, ARLINGTON, TX |
| 07/27/2018 | G5ZL3 | Sale - REG | 7821320 | 506913 | 163949-0 | $11,637.45 | $11,637.45 | KMART, ARLINGTON, TX |
| 07/30/2018 | G5ZL3 | Sale - REG | 7824430 | 506979 | 163851-0 | $5,899.06 | $5,899.06 | KMART, ARLINGTON, TX |
| 07/31/2018 | G5ZL3 | Sale - REG | 7827690 | 507388 | 164346-0 | $7,078.88 | $7,078.88 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7810160 | 507455 | 162882-0 | $2,242.72 | $2,242.72 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7829830 | 507567 | 164376-0 | $750.09 | $750.09 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7829240 | 507586 | 164397-0 | $749.38 | $749.38 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7832320 | 507677 | 164528-0 | $5,042.90 | $5,042.90 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7832960 | 507693 | 164551-0 | $747.62 | $747.62 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7832410 | 507736 | 164609-0 | $7,486.52 | $7,486.52 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7833830 | 507801 | 164714-0 | $4,831.48 | $4,831.48 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7833690 | 507822 | 164752-0 | $1,495.24 | $1,495.24 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7833930 | 507902 | 164869-0 | $752.03 | $752.03 | KMART, ARLINGTON, TX |
| 08/09/2018 | G5ZL3 | Sale - REG | 7835300 | 507910 | 164879-0 | $1,509.34 | $1,509.34 | KMART, ARLINGTON, TX |
| 08/10/2018 | G5ZL3 | Sale - REG | 7837860 | 508099 | 164901-0 | $754.67 | $754.67 | KMART, ARLINGTON, TX |
| 08/10/2018 | G5ZL3 | Sale - REG | 7837410 | 508196 | 165044-0 | $2,506.75 | $2,506.75 | KMART, ARLINGTON, TX |

EXHIBIT A - OPEN INVOICES

| Date | Code | Type | Num1 | Num2 | Num3 | Amount | Amount2 | Customer |
|---|---|---|---|---|---|---|---|---|
| 08/10/2018 | G5ZL3 | Sale - REG | 7840920 | 508359 | 165290-0 | $754.67 | $754.67 | KMART, ARLINGTON, TX |
| 08/14/2018 | G5ZL3 | Sale - REG | 7844240 | 508608 | 165487-0 | $3,262.60 | $3,262.60 | KMART, ARLINGTON, TX |
| 08/14/2018 | G5ZL3 | Sale - REG | 7843910 | 508694 | 165631-0 | $7,247.22 | $7,247.22 | KMART, ARLINGTON, TX |
| 08/20/2018 | G5ZL3 | Sale - REG | 7845090 | 509005 | 165808-0 | $754.67 | $754.67 | KMART, ARLINGTON, TX |
| 08/20/2018 | G5ZL3 | Sale - REG | 7847820 | 509014 | 165835-0 | $754.67 | $754.67 | KMART, ARLINGTON, TX |
| 08/20/2018 | G5ZL3 | Sale - REG | 7847180 | 509022 | 165867-0 | $750.09 | $750.09 | KMART, ARLINGTON, TX |
| 08/20/2018 | G5ZL3 | Sale - REG | 7847360 | 509023 | 165869-0 | $1,246.03 | $1,246.03 | KMART, ARLINGTON, TX |
| 08/21/2018 | G5ZL3 | Sale - REG | 7851010 | 509222 | 166111-0 | $1,521.10 | $1,521.10 | KMART, ARLINGTON, TX |
| 08/21/2018 | G5ZL3 | Sale - REG | 7851400 | 509293 | 166226-0 | $1,541.08 | $1,541.08 | KMART, ARLINGTON, TX |
| 08/21/2018 | G5ZL3 | Sale - REG | 7850730 | 509307 | 166246-0 | $1,295.99 | $1,295.99 | KMART, ARLINGTON, TX |
| 08/23/2018 | G5ZL3 | Sale - REG | 7852720 | 509498 | 166273-0 | $6,895.19 | $6,895.19 | KMART, ARLINGTON, TX |
| 08/24/2018 | G5ZL3 | Sale - REG | 7858020 | 509735 | 166513-0 | $2,290.46 | $2,290.46 | KMART, ARLINGTON, TX |
| 08/24/2018 | G5ZL3 | Sale - REG | 7857570 | 509738 | 166520-0 | $4,937.10 | $4,937.10 | KMART, ARLINGTON, TX |
| 08/24/2018 | G5ZL3 | Sale - REG | 7857600 | 509779 | 166673-0 | $9,662.96 | $9,662.96 | KMART, ARLINGTON, TX |
| 08/31/2018 | G5ZL3 | Sale - REG | 7865630 | 510615 | 167380-0 | $1,246.03 | $1,246.03 | KMART, ARLINGTON, TX |
| 08/31/2018 | G5ZL3 | Sale - REG | 7867840 | 510686 | 176516-0 | $7,520.26 | $7,520.26 | KMART, ARLINGTON, TX |
| 08/31/2018 | G5ZL3 | Sale - REG | 7867150 | 510688 | 167523-0 | $705.30 | $705.30 | KMART, ARLINGTON, TX |
| 09/11/2018 | G5ZL3 | Sale - REG | 7868400 | 510804 | 167176-0 | $2,264.01 | $2,264.01 | KMART, ARLINGTON, TX |
| 09/11/2018 | G5ZL3 | Sale - REG | 7868640 | 510917 | 167601-0 | $2,492.06 | $2,492.06 | KMART, ARLINGTON, TX |
| 09/12/2018 | G5ZL3 | Sale - REG | 7874740 | 511219 | 167932-0 | $1,504.05 | $1,504.05 | KMART, ARLINGTON, TX |
| 09/14/2018 | G5ZL3 | Sale - REG | 7876430 | 511501 | 168045-0 | $3,861.52 | $3,861.52 | KMART, ARLINGTON, TX |
| 09/14/2018 | G5ZL3 | Sale - REG | 7877450 | 511626 | 168401 | $756.43 | $756.43 | KMART, ARLINGTON, TX |
| 09/14/2018 | G5ZL3 | Sale - REG | 7877590 | 511639 | 168424 | $750.09 | $750.09 | KMART, ARLINGTON, TX |
| 09/19/2018 | G5ZL3 | Sale - REG | 7881960 | 512121 | 168873-0 | $754.67 | $754.67 | KMART, ARLINGTON, TX |
| 09/19/2018 | G5ZL3 | Sale - REG | 7883280 | 512159 | 168942-0 | $763.49 | $763.49 | KMART, ARLINGTON, TX |
| 09/19/2018 | G5ZL3 | Sale - REG | 7886160 | 512263 | 169091-0 | $1,495.24 | $1,495.24 | KMART, ARLINGTON, TX |
| 09/21/2018 | G5ZL3 | Sale - REG | 7886940 | 512412 | 169236-0 | $752.03 | $752.03 | KMART, ARLINGTON, TX |
| 09/27/2018 | G5ZL3 | Sale - REG | 7888570 | 512699 | 169330-0 | $2,515.57 | $2,515.57 | KMART, ARLINGTON, TX |
| 09/27/2018 | G5ZL3 | Sale - REG | 7889060 | 512749 | 169419-0 | $2,515.57 | $2,515.57 | KMART, ARLINGTON, TX |
| 09/27/2018 | G5ZL3 | Sale - REG | 7890750 | 512852 | 169577-0 | $876.33 | $876.33 | KMART, ARLINGTON, TX |
| 09/27/2018 | G5ZL3 | Sale - REG | 7893530 | 512865 | 169618-0 | $1,257.79 | $1,257.79 | KMART, ARLINGTON, TX |
| 09/27/2018 | G5ZL3 | Sale - REG | 7892550 | 512877 | 169641-0 | $1,246.03 | $1,246.03 | KMART, ARLINGTON, TX |
| 09/27/2018 | G5ZL3 | Sale - REG | 7893550 | 512881 |  | $1,246.03 | $1,246.03 | KMART, ARLINGTON, TX |
| 09/27/2018 | G5ZL3 | Sale - REG | 7894190 | 513079 | 169625-0 | $434.07 | $434.07 | KMART, ARLINGTON, TX |
| 10/05/2018 | G5ZL3 | Sale - REG | 7898790 | 513354 | 169889-0 | $1,257.79 | $1,257.79 | KMART, ARLINGTON, TX |
| 10/05/2018 | G5ZL3 | Sale - REG | 7898800 | 513355 | 169890-0 | $1,257.79 | $1,257.79 | KMART, ARLINGTON, TX |
| 10/05/2018 | G5ZL3 | C/M | 7897730 | 513308 |  | ($600.00) | ($600.00) | KMART, ARLINGTON, TX |
| 10/08/2018 | G5ZL3 | Sale - REG | 7904190 | 513790 | 170344-0 | $1,264.90 | $1,264.90 | KMART, ARLINGTON, TX |
| 10/12/2018 | G5ZL3 | Sale - REG | 7909890 | 514297 | 170894-0 | $754.67 | $754.67 | KMART, ARLINGTON, TX |
| 01/18/2019 | G5ZL3 | C/M | 7988120 | 520843 | EMPTY RETURN | ($1,200.00) | ($1,200.00) | KMART, ARLINGTON, TX |
|  |  |  |  |  |  | $392,424.94 | $392,424.94 |  |

EXHIBIT A - OPEN INVOICES