# EXHIBIT B

| Date | CU# | Code | Invoice # | CuInv# | PO # | Invoice $ | Open | Location |
|---|---|---|---|---|---|---|---|---|
| 03/28/2017 | G6WG4 | Sale - REG | 7267400 | 362274 | | $31.38 | $31.38 | SEARS PRS, HOFFMAN ESTATES, IL |
| 04/11/2017 | G6WG4 | C/M | 7280780 | 363690 | | ($57.00) | ($57.00) | SEARS PRS, HOFFMAN ESTATES, IL |
| 05/11/2017 | G6WG4 | C/M | 7323150 | 367655 | Deron.Pritche | ($68.40) | ($68.40) | SEARS PRS, HOFFMAN ESTATES, IL |
| 06/14/2017 | G6WG4 | C/M | 7364040 | 371596 | | ($69.70) | ($69.70) | SEARS PRS, HOFFMAN ESTATES, IL |
| 08/23/2017 | G6WG4 | C/M | 7457580 | 380952 | JACOB TORRENC | ($161.40) | ($161.40) | SEARS PRS, HOFFMAN ESTATES, IL |
| 09/26/2017 | G6WG4 | C/M | 7496610 | 384713 | RAY OROZCO | ($333.10) | ($333.10) | SEARS PRS, HOFFMAN ESTATES, IL |
| 09/26/2017 | G6WG4 | Sale - REG | 7498730 | 384714 | Terry Hall | $250.00 | $250.00 | SEARS PRS, HOFFMAN ESTATES, IL |
| 09/27/2017 | G6WG4 | C/M | 7500470 | 384927 | DOMINICK D'AM | ($228.80) | ($228.80) | SEARS PRS, HOFFMAN ESTATES, IL |
| 09/27/2017 | G6WG4 | C/M | 7500650 | 384928 | | ($198.00) | ($198.00) | SEARS PRS, HOFFMAN ESTATES, IL |
| 09/27/2017 | G6WG4 | C/M | 7500450 | 384929 | | ($30.00) | ($30.00) | SEARS PRS, HOFFMAN ESTATES, IL |
| 10/05/2017 | G6WG4 | C/M | 7505430 | 385540 | Chris Veal | ($240.00) | ($240.00) | SEARS PRS, HOFFMAN ESTATES, IL |
| 10/09/2017 | G6WG4 | C/M | 7514150 | 386135 | | ($159.00) | ($159.00) | SEARS PRS, HOFFMAN ESTATES, IL |
| 10/24/2017 | G6WG4 | C/M | 7528240 | 387558 | | ($265.60) | ($265.60) | SEARS PRS, HOFFMAN ESTATES, IL |
| 10/26/2017 | G6WG4 | C/M | 7530780 | 387798 | | ($157.50) | ($157.50) | SEARS PRS, HOFFMAN ESTATES, IL |
| 01/31/2018 | G6WG4 | Sale - REG | 7605910 | 395049 | 351690 | $835.20 | $835.20 | SEARS PRS, HOFFMAN ESTATES, IL |
| 06/14/2018 | G6WG4 | C/M | 7752450 | 500692 | JOHN GLICK | ($134.00) | ($134.00) | SEARS PRS, HOFFMAN ESTATES, IL |
| 08/20/2018 | G6WG4 | C/M | 7847220 | 508826 | | ($7,658.49) | ($7,658.49) | SEARS PRS, HOFFMAN ESTATES, IL |
| 08/29/2018 | G6WG4 | C/M | 7860800 | 509991 | DEBRA HARDY | ($336.00) | ($336.00) | SEARS PRS, HOFFMAN ESTATES, IL |
| 09/19/2018 | G6WG4 | C/M | 7883000 | 511824 | RAY OROZCO | ($779.10) | ($779.10) | SEARS PRS, HOFFMAN ESTATES, IL |
| 09/27/2018 | G6WG4 | C/M | 7892840 | 512512 | Dominick D'am | ($284.80) | ($284.80) | SEARS PRS, HOFFMAN ESTATES, IL |
| 10/08/2018 | G6WG4 | C/M | 7903360 | 513733 | Samantha Hart | ($6,612.50) | ($6,612.50) | SEARS PRS, HOFFMAN ESTATES, IL |
| 11/08/2018 | G6WG4 | C/M | 7932130 | 516001 | PHIL ANDREWS | ($2,250.00) | ($2,250.00) | SEARS PRS, HOFFMAN ESTATES, IL |
| 01/18/2019 | G6WG4 | C/M | 7987460 | 520831 | Kimber Shelto | ($1,143.75) | ($1,143.75) | SEARS PRS, HOFFMAN ESTATES, IL |
| 01/18/2019 | G6WG4 | Sale - REG | 7987440 | 520866 | | $1,000.00 | $1,000.00 | SEARS PRS, HOFFMAN ESTATES, IL |
| Total | | | | | | (19,050.56) | ($19,050.56) | |