**Michael L. Moskowitz (mlm@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Aspen Refrigerants, Inc.*
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, INC., *et al.* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Jennifer Guttenplan, hereby certify under the penalty of perjury that on January 25, 2019, I caused a copy of this Objection of Aspen Refrigerants, Inc. to Debtor's Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Reservation of Rights ("Objection"), to be electronically filed with the Clerk of Court using the CM/ECF System and to be served via this system on all parties who have consented to electronic service.

I further certify that I served the Objection by email on the following "Objection Recipients," as identified in Exhibit 1 to this Court's *Order Approving Global Bidding Procedures and Granting Related Relief,* D.I. 816:

**VIA EMAIL**

I. Bid Notice Parties
   a. Debtors:
      Rob Riecker: rob.riecker@searshc.com
      Luke Valentino: luke.valentino@searshc.com
      Mohsin Meghji: mmeghji@miiipartners.com
      General Counsel: counsel@searshc.com
   b. Debtors' Counsel:
      Ray Schrock, Esq.: ray.schrock@weil.com
      Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
      Garrett A. Fail, Esq.: garrett.fail@weil.com
      Sunny Singh, Esq.: sunny.singh@weil.com
      Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
      Gavin Westerman, Esq.: Gavin.Westerman@weil.com

    c. Debtors' Investment Banker:
        Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com
    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Eiberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com
    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com
    c. Committee
        Ira S. Dizengoff, Esq.: idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST-CLASS MAIL**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman 1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Lazard Fréres & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance
30 Rockefeller Plaza
New York, NY 10112

Choate, Hall & Stewart LLP
Attn: Kevin J. Simard and Jonathan D. Marshall
Two International Place
Boston, MA 02110

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Shana A. Elberg and George R. Howard
4 Times Square
New York, NY 10036

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Ira S. Dizengoff
Abid Qureshi, and Sara L. Brauner
One Bryant Park
New York, NY 10036

Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

_____
JENNIFER GUTTENPLAN