# **Exhibit A**

Sears/Kmart
Vendor Request Form Attachment

| Job # | Inv | Date | Work Order # | Total Aged | MSA Agreement |
|---|---|---|---|---|---|
| 1071006 | 1071006G | 8/10/2018 | P1709225039000 | $60,202.22 | Disaster Recovery |
| 1071006 | 1071006H | 8/27/2018 | P1709225039000 | $14,270.55 | Disaster Recovery |
| 1071006 | 1071006I | 9/17/2018 | P1709225039000 | $25,877.01 | Disaster Recovery |
| 1071186 | 1071186A | 7/23/2018 | P17111351510001 | $14,117.97 | Disaster Recovery |
| 1079024 | 1079024G1 | 8/28/2018 | P1709205009 | $200,595.17 | Disaster Recovery |
| 1080000 | 1080000CCN2 | 8/23/2018 | Summer 2018 Ge | $3,324.36 | Generator MSA - No Work Orders |
| 1080000 | 1080000CCN3 | 10/19/2018 | Fall 2018 generat | $6,493.59 | Generator MSA - No Work Orders |
| 1080000 | 1080000COM2 | 8/23/2018 | Summer 2018 Ge | $624.20 | Generator MSA - No Work Orders |
| 1080000 | 1080000COM3 | 10/19/2018 | Fall 2018 generat | $2,022.70 | Generator MSA - No Work Orders |
| 1080000 | 1080000COR1 | 5/24/2018 | Spring 2018 gene | $5,096.00 | Generator MSA - No Work Orders |
| 1080000 | 1080000COR2 | 9/26/2018 | Summer 2018 Ge | $7,092.74 | Generator MSA - No Work Orders |
| 1080000 | 1080000MDO2 | 8/23/2018 | Summer 2018 Ge | $5,585.61 | Generator MSA - No Work Orders |
| 1080000 | 1080000MDO3 | 10/19/2018 | Fall 2018 generat | $13,196.07 | Generator MSA - No Work Orders |
| 1080000 | 1080000PRB2 | 8/23/2018 | Summer 2018 Ge | $786.50 | Generator MSA - No Work Orders |
| 1080000 | 1080000PRB3 | 10/19/2018 | Fall 2018 generat | $1,504.10 | Generator MSA - No Work Orders |
| 1080008 | 1080008A | 7/23/2018 | P18010250690001 | $4,049.91 | Disaster Recovery |
| 1080034 | 1080034A | 7/18/2018 | P1801045010 | $4,470.56 | Disaster Recovery |
| 1080144 | 1080144A | 7/20/2018 | P1802125069 | $6,014.85 | Disaster Recovery |
| 1080231 | 1080231A | 8/8/2018 | P1803205079 | $8,893.93 | Disaster Recovery |
| 1080314 | 1080314A | 8/29/2018 | P1804265064 | $8,413.73 | Disaster Recovery |
| 1080395 | 1080395A | 7/17/2018 | P18053150080001 | $37,650.47 | Disaster Recovery |
| 1080408 | 1080408A | 8/1/2018 | P1806065021001 | $32,099.33 | Disaster Recovery |
| 1080416 | 1080416A | 9/20/2018 | P18060450710001 | $2,276.16 | Disaster Recovery |
| 1080430 | 1080430A | 7/31/2018 | P18021251 | $4,839.89 | Disaster Recovery |
| 1080433 | 1080433A | 8/1/2018 | P1806135016 | $4,641.79 | Disaster Recovery |
| 1080434 | 1080434A | 7/19/2018 | P1806145020001 | $2,193.89 | Disaster Recovery |
| 1080468 | 1080468A | 8/29/2018 | P1806305065 | $52,458.71 | Disaster Recovery |
| 1080516 | 1080516A | 8/9/2018 | P1807185126001 | $2,954.52 | Disaster Recovery |
| 1080530 | 1080530A | 7/31/2018 | P18072250030001 | $1,550.00 | Disaster Recovery |
| 1080534 | 1080534A | 9/24/2018 | P1807225013 | $7,348.73 | Disaster Recovery |
| 1080541 | 1080541A | 7/31/2018 | P1807255003 | $1,113.38 | Disaster Recovery |
| 1080555 | 1080555A | 8/9/2018 | P1807315099 | $3,314.30 | Disaster Recovery |
| 1080560 | 1080560A | 9/4/2018 | P1808015034 | $90,409.99 | Disaster Recovery |
| 1080569 | 1080569A | 8/28/2018 | P1808075012 | $1,746.11 | Disaster Recovery |
| 1080597 | 1080597A | 8/28/2018 | P1808135083 | $540.79 | Disaster Recovery |
| 1080605 | 1080605A | 9/27/2018 | P1808175126 | $12,370.07 | Disaster Recovery |
| 1080613 | 1080613A | 8/29/2018 | P1808225001 | $7,802.56 | Disaster Recovery |
| 1080615 | 1080615A | 9/7/2018 | P1808225032 | $13,986.62 | Disaster Recovery |
| 1080616 | 1080616A | 9/25/2018 | P1808225040 | $10,785.33 | Disaster Recovery |
| 1080617 | 1080617A | 9/20/2018 | P1808225035 | $3,871.58 | Disaster Recovery |
| 1080619 | 1080619A | 9/24/2018 | P1808225044 | $4,497.55 | Disaster Recovery |
| 18080626 | 1080626A | 9/27/2018 | P1808750450001 | $1,007.24 | Disaster Recovery |
| 1080631 | 1080631A | 9/6/2018 | P1808285031 | $5,996.68 | Disaster Recovery |
| 1080632 | 1080632A | 9/18/2018 | P1808295008 | $4,855.01 | Disaster Recovery |
| 1080641 | 1080641A | 10/11/2018 | P1808275045000 | $8,485.16 | Disaster Recovery |

Sears/Kmart
Vendor Request Form Attachment

| Job # | Inv | Date | Work Order # | Total Aged | MSA Agreement |
|---|---|---|---|---|---|
| 1080646 | 1080646A | 10/13/2018 | P1809015006 | $5,389.19 | Disaster Recovery |
| 1080655 | 1080655A | 10/2/2018 | P1809055083 | $15,637.66 | Disaster Recovery |
| 1080657 | 1080657A | 10/2/2018 | P1809055095 | $13,423.85 | Disaster Recovery |
| 1080658 | 1080658A | 9/21/2018 | P1809065003 | $14,444.15 | Disaster Recovery |
| 1080661 | 1080661A | 10/2/2018 | P1809075032 | $14,152.58 | Disaster Recovery |
| 1080676 | 1080676A | 9/17/2018 | P1809105001 | $5,744.63 | Disaster Recovery |
| 1080695 | 1080695A | 10/1/2018 | P18091151060001 | $14,182.39 | Disaster Recovery |
| 1080704 | 1080704A | 9/28/2018 | P18081450590001 | $990.00 | Disaster Recovery |
| 1080706 | 1080706A | 10/1/2018 | P1809145016 | $52,658.79 | Disaster Recovery |
| 1080714 | 1080714A | 9/28/2018 | P1809155009 | $5,306.57 | Disaster Recovery |
| 1080717 | 1080717A | 10/9/2018 | P18091550440001 | $34,493.96 | Disaster Recovery |
| 1080722 | 1080722A | 10/13/2018 | P1809165025 | $3,602.95 | Disaster Recovery |
| 1080733 | 1080733A | 10/13/2018 | P1809185019 | $23,931.87 | Disaster Recovery |
| 1080741 | 1080741A | 10/16/2018 | P18092050080001 | $5,531.43 | Disaster Recovery |
| 1080745 | 1080745A | 9/26/2018 | P18092050090001 | $3,026.08 | Disaster Recovery |
| 1080750 | 1080750A | 10/18/2018 | P1809185056 | $3,662.98 | Disaster Recovery |
| 1080752 | 1080752A | 10/8/2018 | P18022150130001 | $15,307.69 | Disaster Recovery |
| 1080762 | 1080762A | 10/13/2018 | P1809255037 | $6,008.32 | Disaster Recovery |
| 1080768 | 1080768A | 10/10/2018 | P1809275021 | $2,074.96 | Disaster Recovery |
| 1080771 | 1080771A | 10/13/2018 | P18092650860001 | $2,588.62 | Disaster Recovery |
| 1080772 | 1080772A | 10/17/2018 | P18082050700007 | $9,722.65 | Disaster Recovery |
| 1080775 | 1080775A | 10/14/2018 | P18092950530001 | $27,167.44 | Disaster Recovery |
| 1080778 | 1080778A | 10/15/2018 | P1809305018 | $32,519.97 | Disaster Recovery |
| 1080788 | 1080788A | 10/18/2018 | P1810045037 | $21,698.52 | Disaster Recovery |
| 1080789 | 1080789A | 10/18/2018 | P1810045055 | $6,511.89 | Disaster Recovery |
| 708781500 | 708781500G | 8/8/2018 | P1709065122 | $1,273.39 | Disaster Recovery |
| 708781500 | 708781500H | 8/21/2018 | P1709065122 | $29,887.70 | Disaster Recovery |
| 708791500 | 708791500B | 8/21/2018 | P1709065125 | $22,802.13 | Disaster Recovery |
| 710031500 | 710031500A | 6/27/2018 | P1709215035001 | $138,114.73 | Disaster Recovery |
| 710031500 | 710031500B | 6/27/2018 | P1709215035001 | $85,955.34 | Disaster Recovery |
| 710031502 | 710031502A | 6/27/2018 | P1709215035001 | $41,475.44 | Disaster Recovery |
| 710271501 | 710271501B | 6/30/2018 | P170925021001 | $30,203.48 | Disaster Recovery |
| 712791500 | 712791500A | 7/30/2018 | P172225078 | $17,187.47 | Disaster Recovery |
| 712791502 | 712791502A | 7/30/2018 | P172225078 | $876.88 | Disaster Recovery |
| 803681500 | 803681500A | 8/3/2018 | P1805195004 | $10,528.75 | Disaster Recovery |
| 803681501 | 803681501A | 8/3/2018 | P1805195004 | $12,710.87 | Disaster Recovery |
| 803681502 | 803681502A | 8/3/2018 | P1805195004 | $6,108.19 | Disaster Recovery |
| 804051500 | 804051500A | 7/17/2018 | P1806055018 | $48,220.39 | Disaster Recovery |
| 84051501 | 804051501A | 7/17/2018 | P1806055018 | $18,468.84 | Disaster Recovery |
| 804051502 | 804051502A | 7/17/2018 | P1806055018 | $9,475.77 | Disaster Recovery |
| 805351500 | 805351500A | 8/9/2018 | P1807235004 | $5,972.72 | Disaster Recovery |
| 805351502 | 805351502A | 8/9/2018 | P1807235004 | $968.71 | Disaster Recovery |
| 805361500 | 805361500A | 8/8/2018 | P1807205095 | $6,093.23 | Disaster Recovery |
| 805361502 | 805361502A | 8/8/2018 | P1807205095 | $585.34 | Disaster Recovery |
| 805751500 | 805751500A | 8/31/2018 | P1808085021 | $23,054.82 | Disaster Recovery |
| 805751502 | 805751502A | 8/31/2018 | P1808085021 | $3,876.11 | Disaster Recovery |
| 805761500 | 805761500A | 9/20/2018 | P18080850390001 | $28,538.80 | Disaster Recovery |
| 805761502 | 805761502A | 9/20/2018 | P18080850390001 | $1,270.17 | Disaster Recovery |
| 805911500 | 805911500A | 9/24/2018 | P1808115052 | $12,727.80 | Disaster Recovery |
| 805911502 | 805911502A | 9/24/2018 | P1808115052 | $939.47 | Disaster Recovery |
| 806421500 | 806421500 | 9/21/2018 | P1808315104 | $16,643.63 | Disaster Recovery |
| 806421501 | 806421501 | 9/21/2018 | P1808315104 | $310.36 | Disaster Recovery |
| 804621502 | 806421502 | 9/21/2018 | P1808315104 | $4,114.34 | Disaster Recovery |
| 806781500 | 806781500A | 9/25/2018 | P18090950350001 | $8,892.34 | Disaster Recovery |
| 806781502 | 806781502A | 9/25/2018 | P18090950350001 | $1,724.64 | Disaster Recovery |

Sears/Kmart
Vendor Request Form Attachment

| Job # | Inv | Date | Work Order # | Total Aged | MSA Agreement |
|---|---|---|---|---|---|
| 807161500 | 807161500A | 10/8/2018 | P1809155040 | $20,435.02 | Disaster Recovery |
| 807161501 | 807161501A | 10/8/2018 | P1809155040 | $2,962.91 | Disaster Recovery |
| 807161502 | 807161502A | 10/8/2018 | P1809155040 | $6,285.05 | Disaster Recovery |

Total Aged + Retainage    $1,669,891.60

Credit owed

| 1070000 | 1070000MO4* | 01/25/18 Winter 2017 Gene | | -$818.81 |
|---|---|---|---|---|

Total Billed    $1,669,072.79
Unbilled Estimated    $85,000.00

Unbilled Projects

| Job # | Inv | Date | Work Order # | Total Aged | MSA Agreement |
|---|---|---|---|---|---|
| 1080794 | | | P18180075004 | TBD | Disaster Recovery |
| 1080801 | | | P18100850840001 | TBD | Disaster Recovery |
| 1080805 | | | P18101050420001 | TBD | Disaster Recovery |
| 1080809 | | | P1810115037 | TBD | Disaster Recovery |
| 1080815 | | | P1810125028 | TBD | Disaster Recovery |
| 1080741 | | | P18092050080001 | TBD | Disaster Recovery |
| 1080772 | | | P18082050700007 | TBD | Disaster Recovery |
| 1080778 | | | P1809305018 | TBD | Disaster Recovery |
| 1080716 | | | P1809155040 | TBD | Disaster Recovery |
| 1080722 | | | P1809165025 | TBD | Disaster Recovery |
| 1080775 | | | P18092950530001 | TBD | Disaster Recovery |
| 1080716 | | | P1809155040 | TBD | Disaster Recovery |