# **Exhibit B**

| Invoice / Job # | Amount |
| --- | --- |
| 1080832A | 2,485 |
| 1080834A | 2,281 |
| 1080846A | 111,807 |
| 1080846B | 41,034 |
| 1080769B | 232,368 |
| 808091500B | 108,242 |
| 808091502B | 50,167 |
| 808151500A | 28,923 |
| 808151500B | 36,899 |
| 808151500C | 26,445 |
| 808091500D | 231,251 |
| 808091502C | 42,301 |
| 1080805B | 15,481 |
| 1080831A | 10,592 |
| 1080846B | 41,033 |
| 1080848A | 2,481 |
| 1080855A | 5,355 |
| 1080863A | 6,923 |
| 1080873A | 3,701 |
| 1080878A | 5,390 |
| 1080893A | 11,608 |
| 1080915A | 8,843 |
| 1080922A | 15,505 |
| 1080924A | 4,856 |
| 1080928A | 1,539 |
| 1080941A | 1,178 |
| 1080944A | 2,364 |
| 1080945A | 2,417 |
| 1080946A | 4,813 |
| 1080960A | 12,025 |
| 1080961A | 5,524 |
| 1080963A | 8,719 |
| 1080965A | 2,360 |
| 1080975A | 31,315 |
| 1080983A | 57,137 |
| 1080987A | 17,730 |
| 1090004A | 4,328 |
| 1090009.0A | 1,727 |
| 1090009.2A | 676 |
| 1090016- | 9,838 |
| 1090017- | 7,820 |
| 1090020- | 6,407 |
| 1090025- | 20,058 |
| 1090030- | 3,662 |
| 1090032- | 11,709 |
| 1090041- | 5,733 |

| | |
|---|---:|
| 1090044- | 4,391 |
| 1090046- | 2,500 |
| 1090047- | 4,634 |
| 1090052- | 2,800 |
| 1090054- | 32,293 |
| 1090057- | 10,000 |
| 1090062 | 17,393 |
| 1080809- | 100,000 |
| 1080815- | 20,000 |
| | **1,459,062** |