**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:

    Sears Holdings Corporation, et al.

                              Debtor

-----------------------------------------------------------x

                              Plaintiff

                     v.

                              Defendant

-----------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, CAROL CHOW, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent LBG Medford, LLC and LBG Hilltop, LLC,

Interested Parties in the above-referenced ☒ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 1/25/2019
Los Angeles, California

*Mailing Address:* Carol Chow

Freeman, Freeman & Smiley, LLP
1888 Century Park East, Suite 1900
Los Angeles, CA 90067
*E-mail address:* carol.chow@ffslaw.com
*Telephone number:* (310) 255-6100