# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2019, I caused true and accurate copies of the foregoing *Limited Objection* to be served via this Court's CM/ECF system on those parties receiving notice thereby, and on the parties listed below:

<u>Via E-Mail</u>

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq.: garrett.fail@weil.com
        Sunny Singh, Esq.: sunny.singh@weil.com
        Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
        Gavin Westerman, Esq.: Gavin.Westerman@weil.com

    c. Debtors' investment banker:
        Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Eiberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimardachoate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq.: idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

III. Successful Bidder Parties
    a. Successful Bidder
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

<u>Via First Class Mail</u>

    Transform Holdco, LLC
    c/o ESL Partners, Inc.
    Attention: Kunal S. Kamlani and Harold Talisman
    1170 Kane Concourse, Suite 200
    Bay Harbor Islands, FL 33154

    Sears Holdings Corporation
    Attn: General Counsel
    3333 Beverly Road
    Hoffman Estates, IL 60179

    Weil, Gotshal & Manges LLP
    Attention: Ray C. Schrock, P.C.,
    Ellen J. Odoner, Gavin Westerman and Sunny Singh
    767 Fifth Avenue
    New York, New York 10153

    Cleary Gottlieb Steen & Hamilton LLP
    Attention: Christopher E. Austin,
    Benet J. O'Reilly and Sean A. O'Neal
    One Liberty Plaza
    New York, NY 10006

                                     /s/ Stephen B. Gerald
                                     Stephen B. Gerald