# Exhibit A

To Ecolab's Limited Objection

**Ecolab, Inc.**
**Statement of Account for Ecolab Agreement with Kmart Corp. et al.**

| Account Number | Account Name | Bt St | Unit Nbr | City | St | Transaction Number | Transaction Date | Type | Invoice Type | Transaction Amount | Order Number | WHSE Number | BOL Number | Purchase Order Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 010567606 | SEARS 1019 | | 1019 | PLEASANTON | CA | 00D1134 | 07/06/18 | 2 | | $ 150.00 | | | | 05N |
| 010567606 | SEARS 1019 | | 1019 | PLEASANTON | CA | 00D1135 | 07/06/18 | 2 | | $ 150.00 | | | | 05N |
| 010567606 | SEARS 1019 | | 1019 | PLEASANTON | CA | 00D1136 | 07/06/18 | 2 | | $ 488.51 | | | | 05N |
| 010791943 | KMART 8275 | IL | 8275 | FAIRLESS HILLS | PA | 00D3605 | 07/13/18 | 2 | | $ 150.00 | | | | 12N |
| 010791943 | KMART 8275 | IL | 8275 | FAIRLESS HILLS | PA | 00D3606 | 07/13/18 | 2 | | $ 150.00 | | | | 12N |
| 010791944 | KMART 8287 | IL | 8287 | ONTARIO | CA | 00D7197 | 07/24/18 | 2 | | $ 150.00 | | | | 23N |
| 010791943 | KMART 8275 | IL | 8275 | FAIRLESS HILLS | PA | 0554198 | 08/13/18 | 1 | | $ 30,133.17 | 5085025 | 250 | 3934881 | 08275284248 |
| 010791944 | KMART 8287 | IL | 8287 | ONTARIO | CA | 0596463 | 08/15/18 | 1 | | $ 12,652.78 | 5085026 | 250 | 3933391 | 08287226599 |
| 010701240 | KMART CORP 8292 | IL | 8292 | OCALA | FL | 0650431 | 08/22/18 | 1 | | $ 9,920.69 | 5085031 | 250 | 3933390 | 08292242585 |
| 010791948 | KMART 8289 | IL | 8289 | MANTENO | IL | 0650307 | 08/22/18 | 1 | | $ 10,946.98 | 5085027 | 250 | 3934093 | 08289221284 |
| 010711758 | SEARS 440 | | 440 | MANTENO | IL | 0685245 | 08/27/18 | 1 | | $ 2,625.48 | 5274953 | 250 | 3934095 | 544996 |
| 010701241 | SEARS LOGISTICS SVC | | 425 | JACKSONVILLE | FL | 0685248 | 08/27/18 | 1 | | $ 2,644.01 | 5274962 | 250 | 3935204 | 544995 |
| 010458498 | SEARS 449 | | 499 | DELANO | CA | 0685247 | 08/27/18 | 1 | | $ 9,362.15 | 5274964 | 250 | 3935205 | 544999 |
| 010711781 | SEARS 447 | | 447 | GARLAND | TX | 0722671 | 08/30/18 | 1 | | $ 3,791.35 | 5566088 | 250 | 3961947 | 540914 |
| 010791943 | KMART 8275 | IL | 8275 | FAIRLESS HILLS | PA | 00D3231 | 08/30/18 | 2 | | $ 150.00 | | | | 29N |
| 010791949 | KMART 8305 | IL | 8305 | WARREN | OH | 00D6865 | 09/13/18 | 2 | | $ 855.18 | | | | 13N |
| 010711759 | SEARS 443 | | 443 | HANOVER TOWNSHIP | PA | 1005769 | 09/24/18 | 1 | | $ 6,548.26 | 5668298 | 250 | 3979646 | 544997 |
| 010701241 | SEARS LOGISTICS SVC | | 425 | JACKSONVILLE | FL | 0987606 | 09/24/18 | 1 | | $ 6,610.03 | 5566073 | 250 | 3979645 | 540911 |
| 010711781 | SEARS 447 | | 447 | GARLAND | TX | 1005730 | 09/24/18 | 1 | | $ 7,582.69 | 5668335 | 250 | 3979647 | 544998 |
| 010711759 | SEARS 443 | | 443 | HANOVER TOWNSHIP | PA | 1005741 | 09/24/18 | 1 | | $ 9,167.56 | 5566034 | 250 | 3979644 | 540913 |
| 010791944 | KMART 8287 | IL | 8287 | ONTARIO | CA | 1062053 | 10/01/18 | 1 | | $ 10,650.18 | 5808364 | 250 | 3980040 | 08287231786 |
| 010791943 | KMART 8275 | IL | 8275 | FAIRLESS HILLS | PA | 1101962 | 10/02/18 | 1 | | $ 14,406.16 | 5831370 | 250 | 3980497 | 08275289668 |
| 010791949 | KMART 8305 | IL | 8305 | WARREN | OH | 1185120 | 10/09/18 | 1 | | $ 2,637.84 | 5808348 | 250 | 3975173 | 08305211517 |
| 010701240 | KMART CORP 8292 | IL | 8292 | OCALA | FL | 1185119 | 10/09/18 | 1 | | $ 5,288.02 | 5808328 | 250 | 3980039 | 08292247536 |
| | | | | | | | | | | **$ 147,211.04** | | | | |