The Lease is voluminous and has been omitted from this mailing.

A true and correct copy of the Lease is on file with Landlord's counsel and is available upon reasonable request.