Exhibit F

# SEARS HOLDINGS

3333 Beverly Road
Hoffman Estates, IL 60179

October 4, 2017

**VIA OVERNIGHT DELIVERY**
**& VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
**#7006 3450 0002 6215 4522**

Forbes/Cohen Florida Properties
Limited Partnership
c/o The Forbes Company
100 Galleria Officentre, Suite 427
Southfield, MI 48034

    Re:   Sublease dated May 29, 1987, as amended, for the
           premises located at The Gardens Mall, 3101 PGA Blvd.,
           <u>Palm Beach Gardens, FL, and known as Sears #1765</u>

Dear Landlord:

The undersigned hereby elects to extend the subject Sublease for an additional term of ten (10) years, commencing November 1, 2018, to and including October 31, 2028, upon the terms, conditions, and rental as set-forth in said Sublease, as amended.

Sincerely,

SEARS, ROEBUCK AND CO.,
a New York corporation

By: _____
    Alan F. Shaw
    Authorized Representative

AFS/cm

cc:   S. Jeffrey Stollenwerck
      Lease File

**VIA OVERNIGHT DELIVERY**
**& VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
**#7006 3450 0002 6215 4539**

William J. Zousmer, Esq.
Honigman Miller Schwartz and Cohn
2290 First National Building
Detroit, MI 48226

**VIA OVERNIGHT DELIVERY**
**& VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
**#7006 3450 0002 6215 4546**

Forbes/Cohen Florida Properties
Limited Partnership
c/o The Gardens Mall
3101 PGA Blvd.
Palm Beach Gardens, FL 33410
Attn: General Manager

# SEARS HOLDINGS

3333 Beverly Road
Hoffman Estates, IL 60179

# Fax

| | | | |
|---|---|---|---|
| **To:** | Forbes/Cohen Florida Properties LP<br>c/o The Forbes Company | **From:** | Lynnette Meyer<br>847-286-4039 |
| **Phone:** | 248-827-4600 | **Pages:** | 2 (including cover) |
| **Fax:** | 248-827-7228 | **Date:** | October 4, 2017 |
| **Re:** | Sears #1765 – Palm Beach Gardens, FL<br>Lease Renewal | **CC:**<br>**Fax #:** | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● **Comments:**

The original letter was sent by first class-certified mail to your attention.

Disclaimer: This message and its contents (to include attachments) are the property of Sears Holding Corporation (SHC) and may contain confidential and proprietary information. You are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on information contained herein is strictly prohibited. Unauthorized use of information contained herein may subject you to civil and criminal prosecution and penalties. If you are not the intended recipient, you should delete this message immediately.