# Exhibit D

**Greenville, SC – Kmart #4016**

Cooling Towers



**Greenville, SC – Kmart #4016**



**Greenville, SC – Kmart #4016**



**Greenville, SC – Kmart #4016**



**Greenville, SC – Kmart #4016**

