# Exhibit E

**Greenville, SC – Kmart #4016**

Add-On Building – Current Condition Photos



**Greenville, SC – Kmart #4016**

