# Exhibit F

| | |
|---|---|
| **From:** | Schroedle, Donna |
| **To:** | Molly Stengel |
| **Subject:** | RE: Church St - Kmart 4016 - Building Damage |
| **Date:** | Wednesday, May 25, 2016 3:07:29 PM |

I have our DFM to make the repairs.

Donna Schroedle | Asset Manager

DE, DC, KY, NC, SC, OH, TN, VA, WV, MDO's and Warehouse

Sears Holdings Corporation

3333 Beverly Road, BC-103A

Hoffman Estates, IL 60179

Voice - 847-286-5952

Fax - 847-286-7976

Email: donna.schroedle@searshc.com

Disclaimer: The content of this email and the opinions and conclusions expressed herein may not be complete or comprehensive and the Sears Real Estate Department accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing by the Sears Real Estate legal group. Any views or opinions presented in this email are solely those of the author.

**From:** Molly Stengel [mailto:mstengel@hughesdevelopment.com]
**Sent:** Wednesday, May 25, 2016 1:27 PM
**To:** Schroedle, Donna
**Subject:** RE: Church St - Kmart 4016 - Building Damage

I am not sure what this building was used for and can't find anything in our files. I know you have this in your records as well, but I have attached the original Exhibit B, which doesn't show the addition.

Molly

**From:** Schroedle, Donna [mailto:Donna.Schroedle@searshc.com]
**Sent:** Wednesday, May 25, 2016 12:04 PM
**To:** Molly Stengel <mstengel@hughesdevelopment.com>
**Subject:** RE: Church St - Kmart 4016 - Building Damage

I'm trying to find some plans that we would have if we added this on and not coming up with anything as of yet. Do you have any idea what that little building was / is being used as or what it was for? Not part of the garden area, so I'm not sure what this is. I'm being told that this would be the Landlords responsibility, but I wanted to make sure. I've got our construction folks looking for plans that we would have if we added it on.

Donna Schroedle | Asset Manager

DE, DC, KY, NC, SC, OH, TN, VA, WV, MDO's and Warehouse

Sears Holdings Corporation

3333 Beverly Road, BC-103A

Hoffman Estates, IL 60179

Voice - 847-286-5952

Fax - 847-286-7976

Email: donna.schroedle@searshc.com

Disclaimer: The content of this email and the opinions and conclusions expressed herein may not be complete or comprehensive and the Sears Real Estate Department accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing by the Sears Real Estate legal group. Any views or opinions presented in this email are solely those of the author.

**From:** Molly Stengel [mailto:mstengel@hughesdevelopment.com]
**Sent:** Wednesday, May 25, 2016 10:10 AM
**To:** Schroedle, Donna
**Subject:** RE: Church St - Kmart 4016 - Building Damage

Hi Donna,

Unfortunately, we are not sure when this building was added.

Molly Stengel



PO Box 2567
Greenville, SC 29602
Office 864.242.4483 ext. 22
mstengel@hughesdevelopment.com

**From:** Schroedle, Donna [mailto:Donna.Schroedle@searshc.com]
**Sent:** Tuesday, May 24, 2016 4:29 PM
**To:** Molly Stengel <mstengel@hughesdevelopment.com>
**Subject:** RE: Church St - Kmart 4016 - Building Damage

Molly,

I'm checking with our facility team. Do you know about when we would of added that on?

Donna Schroedle | Asset Manager
DE, DC, KY, NC, SC, OH, TN, VA, WV, MDO's and Warehouse
Sears Holdings Corporation
3333 Beverly Road, BC-103A
Hoffman Estates, IL 60179
Voice - 847-286-5952
Fax - 847-286-7976
Email: donna.schroedle@searshc.com

Disclaimer: The content of this email and the opinions and conclusions expressed herein may not be complete or comprehensive and the Sears Real Estate Department accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing by the Sears Real Estate legal group. Any views or opinions presented in this email are solely those of the author.

**From:** Molly Stengel [mailto:mstengel@hughesdevelopment.com]
**Sent:** Tuesday, May 24, 2016 3:05 PM
**To:** Schroedle, Donna
**Subject:** Church St - Kmart 4016 - Building Damage

Hi Donna,

I wanted to write to see if you were aware that the building Kmart added years after the store was completed is damaged at store 4016 in Greenville, SC. The roof is falling in. I have attached photos for your review. Can you please let me know when Kmart will be able to repair this building?

Thank you!

Molly Stengel



PO Box 2567
Greenville, SC 29602
Office 864.242.4483 ext. 22
mstengel@hughesdevelopment.com

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.