# Exhibit G

**Greenville, SC – Kmart #4016**

Canopy



**Greenville, SC – Kmart #4016**

