# Exhibit A

# Mauldin at Butler, LLC

October 10, 2018

VIA: Certified Mail, Return Receipt Requested 7018 1830 0002 0602 5720

Kmart Corporation
c/o Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, IL 60179
Attn.: Vice President Real Estate
Department 824RE

RE:   Default Notification Kmart Store #7274 – 129 West Butler Road, Mauldin, SC

Dear Sir or Madam:

This letter serves as a default notice for nonpayment of rent due and outstanding as of October 1, 2018, in the amount of $19,545.42, as provided in the Lease dated April 14, 2018 (the "Lease"), between Mauldin at Butler, LLC ("Landlord") and Kmart Corporation ("Tenant"). Landlord reserves all rights and remedies under the Lease, including, without limitation, the right to terminate the Lease if Tenant fails to pay such rent within a period of thirty (30) days from the date when due.

It is our expectation that Tenant will promptly cure this default by sending the past due monies by return mail. Should you have any questions or comments regarding the above, please contact our office immediately.

Regards,
**Mauldin at Butler, LLC**

By: *Jayne McCall, VP*
By: Jayne McCall, its Vice President


VIA: Certified Mail, Return Receipt Requested 7018 1830 0002 0602 5737

cc:   Kmart Corporation
      c/o Sears, Roebuck and Co.
      3333 Beverly Road
      Hoffman Estates, IL 60179
      Attn.: Vice President Law - Real Estate Department 766X

P.O. Box 2567        Greenville, SC 29602        864.242.4483

# Mauldin at Butler, LLC

October 19, 2018

VIA: Certified Mail, Return Receipt Requested 7018 1830 0002 0602 5751

Kmart Corporation
c/o Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, IL 60179
Attn.: Vice President Real Estate
Department 824RE

RE:   Default Notification Kmart Store #7274 – 129 West Butler Road, Mauldin, SC

Dear Sir or Madam:

This letter is a courtesy follow-up to our previous correspondence dated October 10, 2018 (the "Default Notice") regarding Tenant's (as defined below) nonpayment of rent due and outstanding as of October 1, 2018, in the amount of $19,545.42, as provided in the Lease dated April 14, 2018 (the "Lease"), between Mauldin at Butler, LLC ("Landlord") and Kmart Corporation ("Tenant"). After receipt of the Default Notice, Tenant mailed Landlord Check Number 032035666 (the "Check") in the amount of $19,545.42. After Landlord deposited the check, the receiving bank informed Landlord that the Check bounced and assessed a bounced check fee of $25.00. The rent due and outstanding as of October 1, 2018 remains outstanding.

As previously indicated in the Default Notice, Landlord intends to terminate the Lease if Tenant fails to pay rent by October 31, 2018. In addition to such rent, Landlord demands reimbursement for the following: (i) the $25.00 bounced check fee incurred by Landlord and (ii) the share of Chick-fil-a rent distributed by Landlord to Tenant on October 3, 2018 in the amount of $3,333.33. Notwithstanding the foregoing, Landlord reserves all rights and remedies under the Lease.

Should you have any questions or comments regarding the above, please contact our office immediately.

Regards,
**Mauldin at Butler, LLC**

By: Robert E. Hughes, Jr., its Chairman

# Mauldin at Butler, LLC

VIA: Certified Mail, Return Receipt Requested 7018 1830 0002 0602 5768

cc:   Kmart Corporation
      c/o Sears, Roebuck and Co.
      3333 Beverly Road
      Hoffman Estates, IL 60179
      Attn.: Vice President Law - Real Estate Department 766X

# Mauldin at Butler, LLC

October 25, 2018

VIA: Certified Mail, Return Receipt Requested 7018 1830 0002 0602 5775

Kmart Corporation
c/o Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, IL 60179
Attn.: Vice President Real Estate
Department 824RE

RE:   Post-Petition Default Notification Kmart Store #7274 – 129 West Butler Road, Mauldin, SC

Dear Sir or Madam:

This letter serves as additional notice (the "Default Notice") regarding Kmart Corporation's ("Tenant") nonpayment of rent due and outstanding as of October 1, 2018 for the period beginning October 15, 2018 and continuing through October 31, 2018. Pursuant to that certain Lease dated April 14, 1978 (the "Lease") between Tenant and Mauldin at Butler, LLC ("Landlord"), Tenant shall pay an annual minimum rental on the first day of each month, in advance. In addition to any claim Landlord may have regarding rent for October 1st through October 14th, Landlord hereby demands immediate payment in the amount of $10,718.46 for the prorated portion of October occurring after Tenant filed its bankruptcy petition. If such payment is not received by October 31, 2018, Landlord intends to seek termination of the Lease with the appropriate judicial authority.

Landlord reserves all other rights and remedies that may be available under the Lease or applicable law. Should you have any questions or comments regarding the above, please contact our office immediately.

Regards,
**Mauldin at Butler, LLC**

By: *[signature]*
By: Jayne L. McCall, its Vice President

VIA: Certified Mail, Return Receipt Requested 7018 1830 0002 0602 5782

cc:   Kmart Corporation
c/o Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, IL 60179
Attn.: Vice President Law - Real Estate Department 766X

P.O. Box 2567          Greenville, SC 29602          864.242.4483