UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

---

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Godfrey & Kahn, S.C. has been retained by and hereby appears on behalf of Johnson Controls, Inc. in the above-captioned case.

Pursuant to Rules 9010(b), 2002, and 9007 of the Federal Rules of Bankruptcy Procedure, Timothy F. Nixon requests that copies of all notices and pleadings in this case be delivered to and served upon the party identified below at the following addresses:

Timothy F. Nixon
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: tnixon@gklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: January 25, 2019

GODFREY & KAHN, S.C.

By: */s/ Timothy F. Nixon*
    Timothy F. Nixon
    New York State Bar No. 4436390

*Attorneys for Johnson Controls, Inc.*

GODFREY & KAHN, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
Telephone: 920-432-9300
Facsimile: 920-436-7988
Email: tnixon@gklaw.com

20098956.1