Allen G. Kadish
Harrison H.D. Breakstone
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      hbreakstone@archerlaw.com

*Attorneys for Globant LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK  )

        CHRISTIAN HANSEN, being duly sworn, deposes and says that:

        I am not a party to this action, am over 18 years of age and reside in New York, New York.

        On January 25, 2019, I served true and correct copies of the *Limited Objection of Globant LLC to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [Docket No. 1858] by email on the parties identified on the service list attached hereto as Exhibit A and by first class mail on the parties identified on the service list attached as Exhibit B.

                                                          s/ Christian Hansen
                                                          Christian Hansen

Sworn to before me this
 25th day of January, 2019

     s/ Allen G. Kadish
Notary Public

Allen G. Kadish
Notary Public, State of New York
No. 02KA4946891
Qualified in New York County
Commission Expires April 11, 2019

# Exhibit A

ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
garrett.fail@weil.com
Ellen.Odoner@weil.com
Gavin.Westerman@weil.com
rob.riecker@searshc.com
luke.valentino@searshc.com
mmeghji@miiipartners.com
counsel@searshc.com
project.blue.rx@lazard.com
brandon.aebersold@lazard.com
levi.quaintance@lazard.com
kunal@eslinvest.com
harold@eslinvest.com
caustin@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
jbromley@cgsh.com
aweaver@cgsh.com
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
ksimard@choate.com
jmarshall@choate.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com
emfox@seyfarth.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
braynor@lockelord.com
asmith@lockelord.com
dwirt@lockelord.com
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov

**Exhibit B**

Sears Holdings Corporation
Attn:   Stephen Sitley, Esq.
          Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Office of the United States Trustee
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

215862796v1