**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | (Jointly Administered) |
| DEBTOR | |

### STATEMENT OF JACKSON SHOPPING VILLAGE, LLLP, A NEVADA LIMITED LIABILITY LIMITED PARTNERSHIP, SUCCESSOR IN INTEREST TO FLAMINGO SANDHILL, A CALIFORNIA GENERAL PARTNERSHIP, OF CURE AMOUNT FOR STORE 7139 AND OBJECTION TO CURE AMOUNT STATED BY DEBTOR

Jackson Shopping Village, LLLP, a Nevada Limited Liability Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership ("Lessor") herby submits its Statement re Cure Amounts Re Store 7139 as follows:

1.  Debtor has indicated the amount necessary to cure the referenced lease is $20,503.00. Lessor submits this amount is incorrect and the correct amounts are set forth below.

1.  The pre-petition amount owing with respect to the referenced lease is $80,445.47 comprised of taxes of $57,751.54 1/1/18/-10/15/18), CAM charges of $7,529.44 for August, 2018, $12,373.24 for September, 2018 and $2,791.15 for 10/1/18 - 10/15/18.

2.  The post-petition amount owing with respect to the referenced lease is $28,203.63 as of December 31, 2018 comprised of taxes of $15,440.54 (10/16/18-12/31/18), CAM charges of $2,791.15 (10/16/18-10/31/18), other CAM charges of $2,191.21 and December CAM charges of $7,780.73. The amount owing from and after the petition date will continue to accrue until the cure.

///

///

1

3. Lessor objects to assumption and assignment of the lease unless and until the above cure amounts are paid in full.

Dated: January 25, 2019

_____
JAMES R. FELTON, Esq. (CA State Bar No. 138767)
ROBERT D. BASS, Esq. (CA State Bar No. 60528)
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Telephone: (818) 382-6200
Fax: (818) 986-6534
jfelton@greenbass.com
rbass@greenbass.com
*Pro Hac Vice* Application Pending

Attorneys for Jackson Shopping Village, LLLP, a Nevada Limited Liability Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership

1686388.1 -- 22044.0004

## CERTIFICATE OF SERVICE

Marvin J. Ramos certifies that he caused to be served a true and correct copy of the attached **STATEMENT OF JACKSON SHOPPING VILLAGE, LLLP, A NEVADA LIMITED LIABILITY LIMITED PARTNERSHIP, SUCCESSOR IN INTEREST TO FLAMINGO SANDHILL, A CALIFORNIA GENERAL PARTNERSHIP, OF CURE AMOUNT FOR STORE 7139 AND OBJECTION TO CURE AMOUNT STATED BY DEBTOR** via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record, and on the parties listed below as indicated.

Greenberg & Bass LLP

*[signature]*

Marvin J. Ramos
16000 Ventura Blvd., Suite 1000
Encino, CA. 91436
Telephone: (818) 382-6200
Email: mramos@greenbass.com

*Counsel for Jackson Shopping Village, LLLP, a Nevada Limited Liability Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership*

3

SERVICE LIST

VIA EMAIL

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. garrett.fail@weil.com
        Sunny Singh, Esq. sunny.singh@weil.com
        Ellen J. Odoner, Esq. Ellen.Odoner@weil.com
        Gavin Westerman, Esq. Gavin.Westerman@weil.com

    c. Debtors' investment banker:

        Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com Shana
        Elberg, Esq.: Shana.Eiberg@skadden.com George
        Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimardachoate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

c. Committee
    Ira S. Dizengoff, Esq. : idizengoff@akingump.com
    Philip C. Dublin, Esq.: pdublin@akingump.com
    Abid Qureshi, Esq.: aqureshi@akingump.com
    Sara L. Brauner, Esq.: sbrauner@akingump.com

VIA FIRST CLASS MAIL

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Wei!, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006