**EXHIBIT A**

**Johnson Controls, Inc. Objection to Cure Notice [Dkt. # 1731]**

| | Sears Contract Number | Cure Notice Exhibit A Line No. | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Executed Date | Contract Expiration Date | Cure Amount Identified | Corrected Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CW2296586 | 3904 3913 3914 3915 3916 3917 3918 | SEARS, ROEBUCK AND CO.; KMART CORPORATION; SEARS, ROEBUCK DE PUERTO RICO, INC. | JOHNSON CONTROLS, INC. | MASTER HVAC EQUIPMENT PURCHASE AGREEMENT; FIRST AMENDMENT TO MASTER HVAC EQUIPMENT PURCHASE AGREEMENT | 2/6/2015; 10/1/2017 | 1/31/2021 | $ 495,556.00 | $ 209,107.20 |
| 2 | CW2305871 CW2329946 CW2329940 CW2329942 | 3905 3906 3907 3908 | SEARS, ROEBUCK AND CO.; KMART CORPORATION; SEARS ROEBUCK DE PUERTO RICO, INC.; SEARS LOGISTICS SERVICES, INC.; SEARS HOME IMPROVEMENT PRODUCTS, INC. | JOHNSON CONTROLS, INC. | MASTER HVAC SERVICES AGREEMENT; FIRST AMENDMENT TO MASTER HVAC SERVICES AGREEMENT (PREVENTATIVE MAINTENANCE SERVICES; REPAIR SERVICES) | 12/9/2013 (EFFECTIVE 2/1/2014); 2/1/2017 | 1/31/2020 | $ - | $ 1,435,089.82 |
| 3 | CW2338996 | 3909 | SEARS, ROEBUCK AND CO., KMART CORPORATION, SEARS, ROEBUCK DE PUERTO RICO, INC., INNOVEL SOLUTIONS, INC. | JOHNSON CONTROLS SECURITY SOLUTIONS LLC (F/K/A TYCO INTEGRATED SECURITY LLC) | MASTER SERVICES AGREEMENT (SECURITY ALARM INSTALLATIONS, MAINTENANCE & MONITORING) | 7/24/2018 | 8/31/2021 | $ - | $ 45,555.41 |
| 4 | CW2339079 | 3910 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO., SEARS ROEBUCK DE PUERTO RICO, SEARS OPERATIONS LLC, KMART CORPORATION; KMART OPERATIONS LLC | JOHNSON CONTROLS OF PUERTO RICO, INC. | MAJOR MAINTENANCE OWNER CONTRACTOR AGREEMENT (STORE #1085 CAGUAS, PR); AMENDMENT #1 TO MAJOR MAINTENANCE MASTER SERVICES AGREEMENT | 8/6/2018; 8/24/2018 | 4/30/2019 | $ - | $ 464,662.87 |
| 5 | CW2339972 | 3911 | SEARS HOLDINGS MANAGEMENT CORPORATION, SEARS, ROEBUCK AND CO., SEARS ROEBUCK DE PUERTO RICO, INC., SEARS OPERATIONS LLC, KMART CORPORATION, KMART OPERATIONS LLC | JOHNSON CONTROLS OF PUERTO RICO, INC. | MAJOR MAINTENANCE OWNER CONTRACTOR AGREEMENT (STORE #2151 ST. CROIX VI) | 9/25/2018 | 1/30/2019 | $ - | $ 168,509.95 |
| 6 | CW2339967 | 3912 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO., SEARS ROEBUCK DE PUERTO RICO, SEARS OPERATIONS LLC, KMART CORPORATION; KMART OPERATIONS LLC | JOHNSON CONTROLS OF PUERTO RICO, INC. | MAJOR MAINTENANCE OWNER CONTRACTOR AGREEMENT (STORE #3972 ST. CROIX VI) | 9/25/2018 | 4/30/2019 | $ - | $ 408,680.95 |

20094482.1