Janice B. Grubin
Alex J. Chase
LeClairRyan, PLLC
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 634-5016

*Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation*

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*,[1] | Case No.:  18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Janice B. Grubin, hereby certify that on January 25, 2019:

The Limited Objection of DXC Technology Services LLC to Proposed Cure Amount and

Reservation of Rights, filed by DXC Technology Services LLC, successor in interest to

Computer Sciences Corporation and CSC Covansys Corporation, to the Debtors' *Notice of Cure*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are as follows:  Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A& E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (none); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart Stores of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest LLC (5379); STI Merchandising Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Costs and Potential Assumption and Assignment of Executory contracts and Unexpired Leases in*

*Connection with the Global Sale Transaction* was served on the following:

1.     The parties requesting ECF notification via the Court's CM/ECF case notification

system;

2.     All other parties requesting notice pursuant to Rule 2002 and in accordance with

this Court's Amended Order Implementing Certain Notice and Case Management Procedures

entered on November 1, 2018 [Docket No. 405];

3.     The parties set forth below by regular, first class mail:

     a.     Chambers of the Honorable Judge Robert D. Drain
        United States Bankruptcy Court for the Southern District of New York
        300 Quarropas Street, Room 248
        White Plains, New York 10601

     b.     Sears Holdings Corporation
        3333 Beverly Road
        Hoffman Estates, Illinois 60179
        Attn: Stephen Sitley Esq.
        Luke J. Valentino, Esq.

     c.     Office of the United States Trustee for Region 2
        201 Varick Street, Suite 1006
        New York, New York 10014
        Attn: Paul Schwartzberg, Esq.

4.     The parties set forth below by electronic mail:

     a.     Debtors
        Rob Riecker - rob.riecker@searshc.com
        Luke Valentino - luke.valentino@searshc.com
        Mohsin Meghji - mmeghji@miiipartners.com

     b.     Debtors' Counsel
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue New York, New York 10153
        Attn: Ray C. Schrock, P.C.
        Jacqueline Marcus, Esq.
        Garret A. Fail, Esq.
        Sunny Singh, Esq.
        ray.schrock@weil.com; garrett.fail@weil.com;

jacqueline.marcus@weil.com; sunny.singh@weil.com

c.      Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com

d.      Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility
Davis Polk & Wardell LLP
450 Lexington Avenue New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com

e.      Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility
Cleary, Gottlieb
One Liberty Plaza New York, NY 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

f.      Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes
Kelley Drye & Warren LLP
101 Park Avenue New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com

g.      Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes Seyfarth Shaw, LLP
620 Eighth Avenue New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

h.      Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured

   Notes, and the SRAC Medium Term Notes
   Carter Ledyard & Milburn LLP
   2 Wall Street New York, NY 10015
   Attn: James Gadsden, Esq.
   gadsden@clm.com

i.  Attorneys for the Pension Benefit Guaranty Corporation
   Locke Lord LLP
   111 South Wacker Drive Chicago, IL 60606
   Attn: Brian A. Raynor, Esq.
   braynor@lockelord.com

j.  Attorneys for the Official Committee of Unsecured Creditors
   Akin Gump Strauss Hauer & Feld LLP
   One Bryant Park New York, New York 10036
   Attn: Philip C. Dublin, Esq.
   Ira Dizengoff, Esq.
   Sara Lynne Brauner, Esq.
   pdublin@akingump.com; idizengoff@akingump.com;
   sbrauner@akingump.com

k.  Attorneys to Wells Fargo Bank, National Association
   Choate, Hall & Stewart LLP
   Two International Place Boston, MA 02110
   ksimard@choate.com; jmarshall@choate.com

l.  Debtors' Investment Banker
   Lazard Frères & Co., LLC
   30 Rockefeller Plaza, New York, New York 10112
   Attn: Brandon Aebersold
   Levi Quaintance
   project.blue.rx@lazard.com

m.  Buyer
   Transform Holdco LLC
   c/o ESL Partners, Inc.
   1170 Kane Concourse, Suite 200 Bay Harbor Islands, FL 33154
   Attn.: Kunal S. Kamlani
   Harold Talisman
   kunal@eslinvest.com; harold@eslinvest.com

Date:  January 25, 2019
       New York, New York

LECLAIRRYAN, PLLC


/s/ Janice B. Grubin
Janice B. Grubin
Alex J. Chase
885 Third Avenue, 16th Floor
New York, New York  10022
Tel:  (212) 634-5016
Fax: (212-634-5062
Email:  janice.grubin@leclairryan.com
*Counsel for DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation*