# EXHIBIT A

**Amounts Due to Experian Affiliates:**

1. **Experian Business Information Solutions**

| SEARS HOLDINGS CORP | | BIS-0512430 | |
|---|---|---|---|
| *Invoice* | *Original Amount* | *Remaining Amount* | *Due Date* |
| CD1909016351 | $ 958.33 | $ 958.33 | 27-Jan-19 |
| CD1908015967 | $ 958.33 | $ 958.33 | 30-Dec-18 |
| CD1907016528 | $ 958.33 | $ 958.33 | 25-Nov-18 |
| CD1906016409 | $ 958.33 | $ 958.33 | 28-Oct-18 |
| CD1905016356 | $ 958.33 | $ 958.33 | 30-Sep-18 |
| CD1904016059 | $ 958.33 | $ 958.33 | 26-Aug-18 |
| **Total** | | **$ 5,749.98** | |

2. **Experian Consumer Information Solutions, Inc.**

| SEARS HOLDING CORPORATION | | CIS-2349416 | |
|---|---|---|---|
| *Invoice* | *Original Amount* | *Remaining Amount* | *Due Date* |
| CD1909005546 | $ 552.00 | $ 552.00 | 27-Jan-19 |
| CD1908005302 | $ 202.00 | $ 202.00 | 30-Dec-18 |
| CD1907005603 | $ 202.00 | $ 101.00 | 25-Nov-18 |
| CD1906005550 | $ 202.00 | $ 202.00 | 28-Oct-18 |
| CD1905005492 | $ 202.00 | $ 202.00 | 30-Sep-18 |
| CD1904005415 | $ 202.00 | $ 202.00 | 26-Aug-18 |

|  |  |  |  |
|---|---|---|---|
| Total |  | $   1,461.00 |  |

3. **Experian Consumerinfo.com, Inc.**

| SEARS HOLDINGS CORPORATION |  | ECS-80933 |  |
|---|---|---|---|
| *Invoice* | *Original Amount* | *Remaining Amount* | *Due Date* |
| 1711019016 | $   8.04 | $   8.04 | 9-Apr-17 |
| 1711099290 | $   40.28 | $   40.28 | 29-Apr-17 |
| 1712064205 | $   40.28 | $   40.28 | 16-May-17 |
| **Total** |  | $   **88.60** |  |