Bradley S. Shraiberg, Esq.
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | Case No. 18-23538 (RDD) |
| **Debtors.** | **(Jointly Administered)** |

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bradley S. Shraiberg, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent CompuCom Systems, Inc. as a creditor in the above referenced case.

I certify that I am a member in good standing of the bar in the State of Florida, and the bar of the U.S. District Court for the Southern District of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 25, 2019

                                                   Respectfully submitted,

                                                   By: */s/ Bradley S. Shraiberg*
                                                         Bradley S. Shraiberg, Esq. (FL State Bar No. 121622)
                                                         **SHRAIBERG, LANDAU & PAGE, P.A.**
                                                         2385 NW Executive Center Drive, Suite 300
                                                         Boca Raton, Florida 33431
                                                         Tel: (561) 443-0800
                                                         Fax: (561) 998-0047
                                                         bss@slp.law
                                                         Attorney for CompuCom Systems, Inc.

{1031/000/00431343}

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 25th day of January, 2019.

                                          */s/ Bradley S. Shraiberg*
                                          Bradley S. Shraiberg, Esq.

{1031/000/00431343}