Bradley S. Shraiberg, Esq.
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| **In re** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bradley S. Shraiberg, to be admitted, *pro hac vice,* to represent CompuCom Systems, Inc. as creditor ("Creditor") in the above reference case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and the bar of the U.S. District Court for the Southern District of Florida, it is hereby

**ORDERED**, that Bradley S. Shraiberg is admitted to practice, *pro hac vice,* in the above referenced case to represent the Creditor, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January ___, 2019

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

{1031/000/00431344}