# EXHIBIT A

**SEARS ACCOUNT SUMMARY**

*As of:* *1/25/2019*

| | | |
|---|---|---:|
| Total Pre-Petition Charges | $ | 5,309,590 |
| Total Pre-Petition Credits | $ | (715,804) |
| 5CZ9 - CV Credits | $ | (1,208,291) |
| **Net Pre-Petition Balance** | **$** | **3,385,494** |
| Total Post-Petition Charges | $ | 1,012,446 |
| Total Post-Petition Credits | $ | (601,016) |
| **Net Post-Petition Balance** | **$** | **411,430** |
| **Less: Net A/R Balance** | **$** | **3,796,924** |