# EXHIBIT B

**2B56-BC Changes**

| Division | Invoice | Invoice Date | Due Date | AR BALANCE | Pre Petition charges | Post Petition Charges | Pre Petition Credits | Post Petition Credits | Open on AR | Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|
| 02B5604 | A011532090 | 3/21/2014 | 3/21/2014 | -$638.03 | -$638.03 | $0.00 | $0.00 | $0.00 | $1,273,081.76 | -$1,273,719.79 |
| 02B5604 | A015192253 | 3/27/2014 | 3/27/2014 | -$3,692.67 | -$3,692.67 | $0.00 | $0.00 | $0.00 | $406,843.27 | -$410,535.94 |
| 02B5604 | A014712728 | 4/8/2014 | 4/08/2014 | -$35,948.90 | -$35,948.90 | $0.00 | $0.00 | $0.00 | $434,605.63 | -$470,554.53 |
| 02B5604 | A015648954 | 4/10/2014 | 4/10/2014 | -$250.00 | -$250.00 | $0.00 | $0.00 | $0.00 | $434,606.63 | -$434,856.63 |
| 02B5604 | BLHLD BAL | 6/26/2014 | 6/26/2015 | -$5,650.09 | -$5,650.09 | $0.00 | $0.00 | $0.00 | $434,607.63 | -$440,257.72 |
| 02B5604 | A012223568 | 7/21/2014 | 7/21/2014 | -$7,283.25 | -$7,283.25 | $0.00 | $0.00 | $0.00 | $1,308,547.94 | -$1,315,831.19 |
| UNAPPLIED | UNAPP | 11/15/2016 | 7/18/2017 | -$31,736.86 | -$31,736.86 |  |  |  | $3,332.24 | -$35,069.10 |
| 02B5607 | B09347 | 6/27/2017 | 7/15/2017 | $25.00 | $25.00 | $0.00 | $0.00 | $0.00 | $19,184.47 | -$19,159.47 |
| 02B5607 | B20192 | 7/26/2017 | 8/15/2017 | $25.00 | $25.00 | $0.00 | $0.00 | $0.00 | -$6,648.30 | $6,673.30 |
| 02B5612 | MFLJ4Q | 1/26/2018 | 2/15/2018 | $1,125.61 | $1,125.61 | $0.00 | $0.00 | $0.00 | $21,675.74 | -$20,550.13 |
| 02B5611 | B96529 | 2/24/2018 | 3/15/2018 | $439.76 | $439.76 | $0.00 | $0.00 | $0.00 | $3,087.25 | -$2,647.49 |
| 02B5611 | MFMKPY | 2/26/2018 | 3/15/2018 | $141.99 | $141.99 | $0.00 | $0.00 | $0.00 | $16,584.16 | -$16,442.17 |
| 02B5611 | B07385 | 3/27/2018 | 4/15/2018 | $439.76 | $439.76 | $0.00 | $0.00 | $0.00 | $182.41 | $257.35 |
| 02B5611 | MFNKK7 | 3/27/2018 | 4/15/2018 | $11.35 | $11.35 | $0.00 | $0.00 | $0.00 | $3,020.19 | -$3,008.84 |
| 02B5611 | B18101 | 4/26/2018 | 5/15/2018 | $439.76 | $439.76 | $0.00 | $0.00 | $0.00 | $182.41 | $257.35 |
| 02B5611 | B28784 | 5/26/2018 | 6/15/2018 | $439.76 | $439.76 | $0.00 | $0.00 | $0.00 | $793.93 | -$354.17 |
| 02B5611 | MFQKZ5 | 5/26/2018 | 6/15/2018 | $122.24 | $122.24 | $0.00 | $0.00 | $0.00 | $746.09 | -$623.85 |
| 02B5611 | B39481 | 6/26/2018 | 7/15/2018 | $439.76 | $439.76 | $0.00 | $0.00 | $0.00 | $19,745.56 | -$19,305.80 |
| 02B5611 | MFRMHQ | 6/26/2018 | 7/15/2018 | $667.86 | $667.86 | $0.00 | $0.00 | $0.00 | $15,269.34 | -$14,601.48 |
| 02B5611 | B50136 | 7/26/2018 | 8/15/2018 | $439.76 | $439.76 | $0.00 | $0.00 | $0.00 | $5,494.42 | -$5,054.66 |
| 02B5612 | B50137 | 7/26/2018 | 8/15/2018 | $1,645.06 | $1,645.06 | $0.00 | $0.00 | $0.00 | $8,972.18 | -$7,327.12 |
| 02B5611 | MFTMM8 | 7/27/2018 | 8/15/2018 | $65.04 | $65.04 | $0.00 | $0.00 | $0.00 | $1,240.65 | -$1,175.61 |
| 02B5612 | MFTMM9 | 7/27/2018 | 8/15/2018 | $61.77 | $61.77 | $0.00 | $0.00 | $0.00 | $18,544.31 | -$18,482.54 |
| 02B5601 | B60727 | 8/25/2018 | 9/15/2018 | $1,137,182.43 | $1,137,182.43 | $0.00 | $0.00 | $0.00 | $663.06 | $1,136,519.37 |
| 02B5605 | B60745 | 8/25/2018 | 9/15/2018 | $18,073.34 | $18,073.34 | $0.00 | $0.00 | $0.00 | $2,744.91 | $15,328.43 |
| 02B5609 | B60748 | 8/25/2018 | 9/15/2018 | $130.37 | $130.37 | $0.00 | $0.00 | $0.00 | -$3,375.79 | $3,506.16 |
| 02B5611 | B60750 | 8/25/2018 | 9/15/2018 | $434.86 | $434.86 | $0.00 | $0.00 | $0.00 | $3,193.78 | -$2,758.92 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02B5612 | B60751 | 8/25/2018 | 9/15/2018 | $1,645.06 | $1,645.06 | $0.00 | $0.00 | $0.00 | $2,638.50 | -$993.44 |
| 02B5601 | MFVNC8 | 8/27/2018 | 9/15/2018 | $1,308,547.94 | $1,308,547.94 | $0.00 | $0.00 | $0.00 | $219.23 | $1,308,328.71 |
| 02B5605 | MFVNDX | 8/27/2018 | 9/15/2018 | $1,381.85 | $1,381.85 | $0.00 | $0.00 | $0.00 | $1,355.19 | $26.66 |
| 02B5609 | MFVND2 | 8/27/2018 | 9/15/2018 | $7,605.13 | $7,605.13 | $0.00 | $0.00 | $0.00 | $196.24 | $7,408.89 |
| 02B5611 | MFVND4 | 8/27/2018 | 9/15/2018 | $618.23 | $618.23 | $0.00 | $0.00 | $0.00 | $5,274.90 | -$4,656.67 |
| 02B5612 | MFVND5 | 8/27/2018 | 9/15/2018 | $57.63 | $57.63 | $0.00 | $0.00 | $0.00 | $9,129.39 | -$9,071.76 |
| 02B5601 | B71256 | 9/26/2018 | 10/15/2018 | $406,843.27 | $406,843.27 | $0.00 | $0.00 | $0.00 | $1,224.35 | $405,618.92 |
| 02B5601 | MFWMLZ | 9/26/2018 | 10/15/2018 | $1,273,081.76 | $1,273,081.76 | $0.00 | $0.00 | $0.00 | $2,545.67 | $1,270,536.09 |
| 02B5602 | B71257 | 9/26/2018 | 10/15/2018 | $3,332.24 | $2,166.32 | $2,630.54 | -$1,464.62 | $0.00 | $149.52 | $3,182.72 |
| 02B5602 | MFWML1 | 9/26/2018 | 10/15/2018 | $19,184.47 | $19,184.47 | $0.00 | $0.00 | $0.00 | $10,105.22 | $9,079.25 |
| 02B5603 | B71258 | 9/26/2018 | 10/15/2018 | $182.41 | $82.38 | $100.03 | $0.00 | $0.00 | $228.00 | -$45.59 |
| 02B5603 | MFWML2 | 9/26/2018 | 10/15/2018 | $3,020.19 | $3,020.19 | $0.00 | $0.00 | $0.00 | $305.04 | $2,715.15 |
| 02B5605 | B71275 | 9/26/2018 | 10/15/2018 | $20,883.91 | $9,521.97 | $11,562.40 | -$200.46 | $0.00 | $323.37 | $20,560.54 |
| 02B5605 | MFWMMN | 9/26/2018 | 10/15/2018 | $1,680.57 | $1,680.57 | $0.00 | $0.00 | $0.00 | $3,922.37 | -$2,241.80 |
| 02B5606 | MFWMMP | 9/26/2018 | 10/15/2018 | $3,542.20 | $3,542.20 | $0.00 | $0.00 | $0.00 | $2,976.07 | $566.13 |
| 02B5607 | B71276 | 9/26/2018 | 10/15/2018 | $305.93 | $138.16 | $167.77 | $0.00 | $0.00 | $2,376.21 | -$2,070.28 |
| 02B5607 | MFWMMQ | 9/26/2018 | 10/15/2018 | $48.00 | $48.00 | $0.00 | $0.00 | $0.00 | $2,656.35 | -$2,608.35 |
| 02B5608 | B71277 | 9/26/2018 | 10/15/2018 | $50.00 | $22.58 | $27.42 | $0.00 | $0.00 | $746.09 | -$696.09 |
| 02B5608 | MFWMMR | 9/26/2018 | 10/15/2018 | $20.10 | $20.10 | $0.00 | $0.00 | $0.00 | $23,377.87 | -$23,357.77 |
| 02B5609 | B71278 | 9/26/2018 | 10/15/2018 | $58.88 | $58.88 | $0.00 | $0.00 | $0.00 | $16,530.99 | -$16,472.11 |
| 02B5609 | MFWMMT | 9/26/2018 | 10/15/2018 | $7,172.91 | $7,172.91 | $0.00 | $0.00 | $0.00 | $7,928.91 | -$756.00 |
| 02B5610 | MFWMMV | 9/26/2018 | 10/15/2018 | $83.63 | $83.63 | $0.00 | $0.00 | $0.00 | $10,319.79 | -$10,236.16 |
| 02B5611 | B71280 | 9/26/2018 | 10/15/2018 | $50.00 | $22.58 | $27.42 | $0.00 | $0.00 | $1,240.65 | -$1,190.65 |
| 02B5611 | MFWMMW | 9/26/2018 | 10/15/2018 | $68.66 | $68.66 | $0.00 | $0.00 | $0.00 | $32,691.49 | -$32,622.83 |
| 02B5612 | B71281 | 9/26/2018 | 10/15/2018 | -$1,536.33 | $37.81 | $45.92 | -$1,620.06 | $0.00 | $663.06 | -$2,199.39 |
| 02B5612 | MFWMMX | 9/26/2018 | 10/15/2018 | $21.62 | $21.62 | $0.00 | $0.00 | $0.00 | $3,064.11 | -$3,042.49 |
| 02B5614 | MFWMMY | 9/26/2018 | 10/15/2018 | $5,773.55 | $5,773.55 | $0.00 | $0.00 | $0.00 | $2,273.59 | $3,499.96 |
| 02B5615 | MFWMMZ | 9/26/2018 | 10/15/2018 | $3.60 | $3.60 | $0.00 | $0.00 | $0.00 | $21,105.68 | -$21,102.08 |
| 02B5601 | B81820 | 10/26/2018 | 11/15/2018 | -$355,076.86 | $0.00 | $0.00 | $0.00 | -$355,076.86 | $2,638.50 | -$357,715.36 |
| 02B5601 | MFXL48 | 10/26/2018 | 11/15/2018 | $1,431,639.63 | $1,085,049.86 | $434,604.63 | -$88,014.86 | $0.00 | $5,666.74 | $1,425,972.89 |
| 02B5602 | B81821 | 10/26/2018 | 11/15/2018 | -$6,648.30 | $0.00 | PAID | -$6,648.30 | $0.00 | $1,355.19 | -$8,003.49 |
| 02B5602 | MFXL49 | 10/26/2018 | 11/15/2018 | $21,675.74 | $22,117.49 | PAID | -$441.75 | $0.00 | $13.50 | $21,662.24 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02B5603 | | B81822 | 10/26/2018 | 11/15/2018 | $182.41 | $0.00 | $182.41 | $0.00 | $0.00 | $7,517.78 | -$7,335.37 |
| 02B5603 | | MFXL5C | 10/26/2018 | 11/15/2018 | $793.93 | $793.93 | PAID | $0.00 | $0.00 | $15,908.37 | -$15,114.44 |
| 02B5604 | | B81823 | 10/26/2018 | 11/15/2018 | $746.09 | $0.00 | $746.09 | $0.00 | $0.00 | $1,953.38 | -$1,207.29 |
| 02B5604 | AP | B81824 | 10/26/2018 | 11/15/2018 | $19,745.56 | $0.00 | $25,509.14 | -$5,763.58 | $0.00 | $10,096.10 | $9,649.46 |
| 02B5604 | AUTO | B81825 | 10/26/2018 | 11/15/2018 | $15,269.34 | $0.00 | $16,819.37 | -$1,550.03 | $0.00 | $700.75 | $14,568.59 |
| 02B5604 | CMS | B81826 | 10/26/2018 | 11/15/2018 | $5,494.42 | $0.00 | $7,948.94 | -$2,454.52 | $0.00 | $9,128.65 | -$3,634.23 |
| 02B5604 | FAC | B81827 | 10/26/2018 | 11/15/2018 | $8,972.18 | $0.00 | $10,754.84 | -$1,782.66 | $0.00 | $235.00 | $8,737.18 |
| 02B5604 | FIN | B81828 | 10/26/2018 | 11/15/2018 | $1,240.65 | $0.00 | $1,240.65 | $0.00 | $0.00 | $2,049.37 | -$808.72 |
| 02B5604 | FLS | B81829 | 10/26/2018 | 11/15/2018 | $18,544.31 | $0.00 | $33,379.71 | -$14,835.40 | $0.00 | $2,628.84 | $15,915.47 |
| 02B5604 | FOOT | B81830 | 10/26/2018 | 11/15/2018 | $663.06 | $0.00 | $663.06 | $0.00 | $0.00 | $7,683.55 | -$7,020.49 |
| 02B5604 | HI | B81831 | 10/26/2018 | 11/15/2018 | $2,744.91 | $0.00 | $2,744.91 | $0.00 | $0.00 | $641.06 | $2,103.85 |
| 02B5604 | HS | B81832 | 10/26/2018 | 11/15/2018 | -$3,375.79 | $0.00 | $2,268.21 | -$5,644.00 | $0.00 | $1,009.60 | -$4,385.39 |
| 02B5604 | KM | B81833 | 10/26/2018 | 11/15/2018 | $3,193.78 | $0.00 | $22,195.97 | -$19,002.19 | $0.00 | $844.42 | $2,349.36 |
| 02B5604 | | B81834 | 10/26/2018 | 11/15/2018 | $2,638.50 | $0.00 | $2,638.50 | $0.00 | $0.00 | $618.67 | $2,019.83 |
| 02B5604 | PHAR | B81835 | 10/26/2018 | 11/15/2018 | $219.23 | $0.00 | $5,676.53 | -$5,457.30 | $0.00 | $23,761.92 | -$23,542.69 |
| 02B5604 | PR | B81836 | 10/26/2018 | 11/15/2018 | $1,355.19 | $0.00 | $1,355.19 | $0.00 | $0.00 | $14,924.36 | -$13,569.17 |
| 02B5604 | | MFXL5D | 10/26/2018 | 11/15/2018 | $196.24 | $105.77 | $103.68 | -$13.21 | $0.00 | $7,620.16 | -$7,423.92 |
| 02B5604 | AP | MFXL5F | 10/26/2018 | 11/15/2018 | $5,274.90 | $3,722.06 | $1,689.51 | -$136.67 | $0.00 | $10,189.41 | -$4,914.51 |
| 02B5604 | AUTO | MFXL5G | 10/26/2018 | 11/15/2018 | $9,129.39 | $6,684.33 | $2,790.77 | -$345.71 | $0.00 | $1,240.65 | $7,888.74 |
| 02B5604 | CMS | MFXL5H | 10/26/2018 | 11/15/2018 | $1,224.35 | $1,131.41 | $141.40 | -$48.46 | $0.00 | $31,915.42 | -$30,691.07 |
| 02B5604 | FAC | MFXL5J | 10/26/2018 | 11/15/2018 | $2,545.67 | $2,347.67 | $488.56 | -$290.56 | $0.00 | $663.06 | $1,882.61 |
| 02B5604 | FIN | MFXL5K | 10/26/2018 | 11/15/2018 | $149.52 | $140.11 | $20.62 | -$11.21 | $0.00 | $3,044.87 | -$2,895.35 |
| 02B5604 | FLS | MFXL5L | 10/26/2018 | 11/15/2018 | $10,105.22 | $9,342.17 | $1,015.01 | -$251.96 | $0.00 | $1,927.16 | $8,178.06 |
| 02B5604 | FOOT | MFXL5M | 10/26/2018 | 11/15/2018 | $228.00 | $210.00 | $18.00 | $0.00 | $0.00 | $20,355.82 | -$20,127.82 |
| 02B5604 | HI | MFXL5N | 10/26/2018 | 11/15/2018 | $305.04 | $189.30 | $115.74 | $0.00 | $0.00 | $346.43 | -$41.39 |
| 02B5604 | HS | MFXL5P | 10/26/2018 | 11/15/2018 | $323.37 | $282.45 | $40.92 | $0.00 | $0.00 | $2,638.50 | -$2,315.13 |
| 02B5604 | KM | MFXL5Q | 10/26/2018 | 11/15/2018 | $3,922.37 | $3,042.43 | $1,344.70 | -$464.76 | $0.00 | $5,656.22 | -$1,733.85 |
| 02B5604 | | MFXL5R | 10/26/2018 | 11/15/2018 | $2,976.07 | $2,933.95 | $42.12 | $0.00 | $0.00 | $1,355.19 | $1,620.88 |
| 02B5604 | PHAR | MFXL5T | 10/26/2018 | 11/15/2018 | $2,376.21 | $1,594.69 | $783.12 | -$1.60 | $0.00 | $12,414.45 | -$10,038.24 |
| 02B5604 | PR | MFXL5V | 10/26/2018 | 11/15/2018 | $2,656.35 | $238.54 | $2,419.82 | -$2.01 | $0.00 | $13.50 | $2,642.85 |
| 02B5605 | | MFXL5X | 10/26/2018 | 11/15/2018 | $111.96 | $111.96 | PAID | $0.00 | $0.00 | $5,407.27 | -$5,295.31 |
| 02B5606 | | MFXL5Y | 10/26/2018 | 11/15/2018 | $4,061.98 | $2,679.25 | $1,382.73 | $0.00 | $0.00 | $10,080.91 | -$6,018.93 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02B5609 | | B81841 | 10/26/2018 | 11/15/2018 | $130.37 | $0.00 | $130.37 | $0.00 | $0.00 | $1,713.33 | -$1,582.96 |
| 02B5609 | | MFXL52 | 10/26/2018 | 11/15/2018 | $4,612.35 | $2,266.72 | $2,345.63 | $0.00 | $0.00 | $6,403.61 | -$1,791.26 |
| 02B5611 | | B81843 | 10/26/2018 | 11/15/2018 | $50.00 | $0.00 | $50.00 | $0.00 | $0.00 | $62.58 | -$12.58 |
| 02B5611 | | MFXL54 | 10/26/2018 | 11/15/2018 | $8.60 | $0.00 | $8.60 | $0.00 | $0.00 | $9,168.05 | -$9,159.45 |
| 02B5612 | | B81844 | 10/26/2018 | 11/15/2018 | $25.00 | $0.00 | $25.00 | $0.00 | $0.00 | $311.04 | -$286.04 |
| 02B5612 | | MFXL55 | 10/26/2018 | 11/15/2018 | $16.85 | $0.00 | $16.85 | $0.00 | $0.00 | $3,186.70 | -$3,169.85 |
| 02B5614 | | MFXL56 | 10/26/2018 | 11/15/2018 | $6,815.63 | $6,812.88 | $2.75 | $0.00 | $0.00 | $44.87 | $6,770.76 |
| 02B5615 | | MFXL57 | 10/26/2018 | 11/15/2018 | $27.50 | $27.50 | PAID | $0.00 | $0.00 | $3,858.19 | -$3,830.69 |
| 02B56CR | | MFXL58 | 10/26/2018 | 11/15/2018 | -$555,555.49 | $0.00 | $3,803.09 | -$559,358.58 | $0.00 | $752.63 | -$556,308.12 |
| 02B5604 | | B92382 | 11/27/2018 | 12/15/2018 | $746.09 | $0.00 | $746.09 | $0.00 | $0.00 | $1,521.53 | -$775.44 |
| 02B5604 | AP | B92383 | 11/27/2018 | 12/15/2018 | $23,377.87 | $0.00 | $23,377.87 | $0.00 | $0.00 | $539.30 | $22,838.57 |
| 02B5604 | AUTO | B92384 | 11/27/2018 | 12/15/2018 | $16,530.99 | $0.00 | $16,530.99 | $0.00 | $0.00 | $1,986.40 | $14,544.59 |
| 02B5604 | CMS | B92385 | 11/27/2018 | 12/15/2018 | $7,928.91 | $0.00 | $7,928.91 | $0.00 | $0.00 | $9,390.23 | -$1,461.32 |
| 02B5604 | FAC | B92386 | 11/27/2018 | 12/15/2018 | $10,319.79 | $0.00 | $10,319.79 | $0.00 | $0.00 | -$31,736.86 | $42,056.65 |
| 02B5604 | FIN | B92387 | 11/27/2018 | 12/15/2018 | $1,240.65 | $0.00 | $1,240.65 | $0.00 | $0.00 | -$638.03 | $1,878.68 |
| 02B5604 | FLS | B92388 | 11/27/2018 | 12/15/2018 | $32,691.49 | $0.00 | $32,691.49 | $0.00 | $0.00 | -$3,692.67 | $36,384.16 |
| 02B5604 | FOOT | B92389 | 11/27/2018 | 12/15/2018 | $663.06 | $0.00 | $663.06 | $0.00 | $0.00 | -$35,948.90 | $36,611.96 |
| 02B5604 | HI | B92390 | 11/27/2018 | 12/15/2018 | $3,064.11 | $0.00 | $3,064.11 | $0.00 | $0.00 | -$250.00 | $3,314.11 |
| 02B5604 | HS | B92391 | 11/27/2018 | 12/15/2018 | $2,273.59 | $0.00 | $2,273.59 | $0.00 | $0.00 | -$5,650.09 | $7,923.68 |
| 02B5604 | KM | B92392 | 11/27/2018 | 12/15/2018 | $21,105.68 | $0.00 | $21,105.68 | $0.00 | $0.00 | -$7,283.25 | $28,388.93 |
| 02B5604 | | B92393 | 11/27/2018 | 12/15/2018 | $2,638.50 | $0.00 | $2,638.50 | $0.00 | $0.00 | $20,883.91 | -$18,245.41 |
| 02B5604 | PHAR | B92394 | 11/27/2018 | 12/15/2018 | $5,666.74 | $0.00 | $5,666.74 | $0.00 | $0.00 | $1,680.57 | $3,986.17 |
| 02B5604 | PR | B92395 | 11/27/2018 | 12/15/2018 | $1,355.19 | $0.00 | $1,355.19 | $0.00 | $0.00 | $111.96 | $1,243.23 |
| 02B5604 | | MFYM57 | 11/27/2018 | 12/15/2018 | $13.50 | $0.00 | $13.50 | $0.00 | $0.00 | $4,517.21 | -$4,503.71 |
| 02B5604 | AP | MFYM58 | 11/27/2018 | 12/15/2018 | $7,517.78 | $0.00 | $7,517.78 | $0.00 | $0.00 | $2,172.93 | $5,344.85 |
| 02B5604 | AUTO | MFYM59 | 11/27/2018 | 12/15/2018 | $15,908.37 | $0.00 | $15,908.37 | $0.00 | $0.00 | $18,073.34 | -$2,164.97 |
| 02B5604 | CMS | MFYM6C | 11/27/2018 | 12/15/2018 | $1,953.38 | $0.00 | $1,953.38 | $0.00 | $0.00 | $1,381.85 | $571.53 |
| 02B5604 | FAC | MFYM6D | 11/27/2018 | 12/15/2018 | $10,096.10 | $0.00 | $10,096.10 | $0.00 | $0.00 | $3,542.20 | $6,553.90 |
| 02B5604 | FIN | MFYM6F | 11/27/2018 | 12/15/2018 | $700.75 | $0.00 | $700.75 | $0.00 | $0.00 | $4,061.98 | -$3,361.23 |
| 02B5604 | FLS | MFYM6G | 11/27/2018 | 12/15/2018 | $9,128.65 | $0.00 | $9,128.65 | $0.00 | $0.00 | $3,067.76 | $6,060.89 |
| 02B5604 | FOOT | MFYM6H | 11/27/2018 | 12/15/2018 | $235.00 | $0.00 | $235.00 | $0.00 | $0.00 | $2,779.43 | -$2,544.43 |
| 02B5604 | HI | MFYM6J | 11/27/2018 | 12/15/2018 | $2,049.37 | $0.00 | $2,049.37 | $0.00 | $0.00 | $305.93 | $1,743.44 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02B5604 | HS | MFYM6K | 11/27/2018 | 12/15/2018 | $2,628.84 | $0.00 | $2,628.84 | $0.00 | $0.00 | $48.00 | $2,580.84 |
| 02B5604 | KM | MFYM6L | 11/27/2018 | 12/15/2018 | $7,683.55 | $0.00 | $7,683.55 | $0.00 | $0.00 | $25.00 | $7,658.55 |
| 02B5604 | | MFYM6M | 11/27/2018 | 12/15/2018 | $641.06 | $0.00 | $641.06 | $0.00 | $0.00 | $25.00 | $616.06 |
| 02B5604 | PHAR | MFYM6N | 11/27/2018 | 12/15/2018 | $1,009.60 | $0.00 | $1,009.60 | $0.00 | $0.00 | $50.00 | $959.60 |
| 02B5604 | PR | MFYM6P | 11/27/2018 | 12/15/2018 | $844.42 | $0.00 | $844.42 | $0.00 | $0.00 | $20.10 | $824.32 |
| 02B5606 | | MFYM6T | 11/27/2018 | 12/15/2018 | $3,067.76 | $0.00 | $3,067.76 | $0.00 | $0.00 | $58.88 | $3,008.88 |
| 02B5611 | | B92402 | 11/27/2018 | 12/15/2018 | $50.00 | $0.00 | $50.00 | $0.00 | $0.00 | $7,172.91 | -$7,122.91 |
| 02B5611 | | MFYM6Z | 11/27/2018 | 12/15/2018 | $8.60 | $0.00 | $8.60 | $0.00 | $0.00 | $130.37 | -$121.77 |
| 02B5612 | | B92403 | 11/27/2018 | 12/15/2018 | $25.00 | $0.00 | $25.00 | $0.00 | $0.00 | $4,612.35 | -$4,587.35 |
| 02B5612 | | MFYM61 | 11/27/2018 | 12/15/2018 | $16.85 | $0.00 | $16.85 | $0.00 | $0.00 | $130.37 | -$113.52 |
| 02B5614 | | MFYM62 | 11/27/2018 | 12/15/2018 | $5,721.48 | $0.00 | $5,721.48 | $0.00 | $0.00 | $7,605.13 | -$1,883.65 |
| 02B5615 | | MFYM63 | 11/27/2018 | 12/15/2018 | $3.60 | $0.00 | $3.60 | $0.00 | $0.00 | $83.63 | -$80.03 |
| 02B56ZZ | | MFYM64 | 11/27/2018 | 12/15/2018 | -$245,939.02 | $0.00 | $0.00 | $0.00 | -$245,939.02 | $50.00 | -$245,989.02 |
| 02B5604 | | B03019 | 12/26/2018 | 1/15/2019 | $618.67 | $0.00 | $618.67 | $0.00 | $0.00 | $8.60 | $610.07 |
| 02B5604 | AP | B03020 | 12/26/2018 | 1/15/2019 | $23,761.92 | $0.00 | $23,761.92 | $0.00 | $0.00 | $50.00 | $23,711.92 |
| 02B5604 | AUTO | B03021 | 12/26/2018 | 1/15/2019 | $14,924.36 | $0.00 | $14,924.36 | $0.00 | $0.00 | $8.60 | $14,915.76 |
| 02B5604 | CMS | B03022 | 12/26/2018 | 1/15/2019 | $7,620.16 | $0.00 | $7,620.16 | $0.00 | $0.00 | $50.00 | $7,570.16 |
| 02B5604 | FAC | B03023 | 12/26/2018 | 1/15/2019 | $10,189.41 | $0.00 | $10,189.41 | $0.00 | $0.00 | $8.60 | $10,180.81 |
| 02B5604 | FIN | B03024 | 12/26/2018 | 1/15/2019 | $1,240.65 | $0.00 | $1,240.65 | $0.00 | $0.00 | $439.76 | $800.89 |
| 02B5604 | FLS | B03025 | 12/26/2018 | 1/15/2019 | $31,915.42 | $0.00 | $31,915.42 | $0.00 | $0.00 | $141.99 | $31,773.43 |
| 02B5604 | FOOT | B03026 | 12/26/2018 | 1/15/2019 | $663.06 | $0.00 | $663.06 | $0.00 | $0.00 | $439.76 | $223.30 |
| 02B5604 | HI | B03027 | 12/26/2018 | 1/15/2019 | $3,044.87 | $0.00 | $3,044.87 | $0.00 | $0.00 | $11.35 | $3,033.52 |
| 02B5604 | HS | B03028 | 12/26/2018 | 1/15/2019 | $1,927.16 | $0.00 | $1,927.16 | $0.00 | $0.00 | $439.76 | $1,487.40 |
| 02B5604 | KM | B03029 | 12/26/2018 | 1/15/2019 | $20,355.82 | $0.00 | $20,355.82 | $0.00 | $0.00 | $439.76 | $19,916.06 |
| 02B5604 | | B03030 | 12/26/2018 | 1/15/2019 | $346.43 | $0.00 | $346.43 | $0.00 | $0.00 | $122.24 | $224.19 |
| 02B5604 | | B03031 | 12/26/2018 | 1/15/2019 | $2,638.50 | $0.00 | $2,638.50 | $0.00 | $0.00 | $439.76 | $2,198.74 |
| 02B5604 | PHAR | B03032 | 12/26/2018 | 1/15/2019 | $5,656.22 | $0.00 | $5,656.22 | $0.00 | $0.00 | $667.86 | $4,988.36 |
| 02B5604 | PR | B03033 | 12/26/2018 | 1/15/2019 | $1,355.19 | $0.00 | $1,355.19 | $0.00 | $0.00 | $439.76 | $915.43 |
| 02B5604 | SHO | B03034 | 12/26/2018 | 1/15/2019 | $12,414.45 | $0.00 | $12,414.45 | $0.00 | $0.00 | $65.04 | $12,349.41 |
| 02B5604 | | MFZNF6 | 12/26/2018 | 1/15/2019 | $13.50 | $0.00 | $13.50 | $0.00 | $0.00 | $434.86 | -$421.36 |
| 02B5604 | AP | MFZNF7 | 12/26/2018 | 1/15/2019 | $5,407.27 | $0.00 | $5,407.27 | $0.00 | $0.00 | $618.23 | $4,789.04 |
| 02B5604 | AUTO | MFZNF8 | 12/26/2018 | 1/15/2019 | $10,080.91 | $0.00 | $10,080.91 | $0.00 | $0.00 | -$1,536.33 | $11,617.24 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02B5604 | CMS | MFZNF9 | 12/26/2018 | 1/15/2019 | $1,713.33 | $0.00 | $1,713.33 | $0.00 | $0.00 | $21.62 | $1,691.71 |
| 02B5604 | FAC | MFZNGC | 12/26/2018 | 1/15/2019 | $6,403.61 | $0.00 | $6,403.61 | $0.00 | $0.00 | $25.00 | $6,378.61 |
| 02B5604 | FIN | MFZNGD | 12/26/2018 | 1/15/2019 | $62.58 | $0.00 | $62.58 | $0.00 | $0.00 | $16.85 | $45.73 |
| 02B5604 | FLS | MFZNGF | 12/26/2018 | 1/15/2019 | $9,168.05 | $0.00 | $9,168.05 | $0.00 | $0.00 | $25.00 | $9,143.05 |
| 02B5604 | FOOT | MFZNGG | 12/26/2018 | 1/15/2019 | $311.04 | $0.00 | $311.04 | $0.00 | $0.00 | $16.85 | $294.19 |
| 02B5604 | HI | MFZNGH | 12/26/2018 | 1/15/2019 | $3,186.70 | $0.00 | $3,186.70 | $0.00 | $0.00 | $25.00 | $3,161.70 |
| 02B5604 | HS | MFZNGJ | 12/26/2018 | 1/15/2019 | $44.87 | $0.00 | $44.87 | $0.00 | $0.00 | $149.85 | -$104.98 |
| 02B5604 | KM | MFZNGK | 12/26/2018 | 1/15/2019 | $3,858.19 | $0.00 | $3,858.19 | $0.00 | $0.00 | $1,125.61 | $2,732.58 |
| 02B5604 | | MFZNGL | 12/26/2018 | 1/15/2019 | $752.63 | $0.00 | $752.63 | $0.00 | $0.00 | $1,645.06 | -$892.43 |
| 02B5604 | | MFZNGM | 12/26/2018 | 1/15/2019 | $1,521.53 | $0.00 | $1,521.53 | $0.00 | $0.00 | $61.77 | $1,459.76 |
| 02B5604 | PHAR | MFZNGN | 12/26/2018 | 1/15/2019 | $539.30 | $0.00 | $539.30 | $0.00 | $0.00 | $1,645.06 | -$1,105.76 |
| 02B5604 | PR | MFZNGP | 12/26/2018 | 1/15/2019 | $1,986.40 | $0.00 | $1,986.40 | $0.00 | $0.00 | $57.63 | $1,928.77 |
| 02B5604 | SHO | MFZNGQ | 12/26/2018 | 1/15/2019 | $9,390.23 | $0.00 | $9,390.23 | $0.00 | $0.00 | $5,773.55 | $3,616.68 |
| 02B5605 | | B03035 | 12/26/2018 | 1/15/2019 | $4,517.21 | $0.00 | $4,517.21 | $0.00 | $0.00 | $6,815.63 | -$2,298.42 |
| 02B5605 | | MFZNGR | 12/26/2018 | 1/15/2019 | $2,172.93 | $0.00 | $2,172.93 | $0.00 | $0.00 | $5,721.48 | -$3,548.55 |
| 02B5606 | | MFZNGT | 12/26/2018 | 1/15/2019 | $2,779.43 | $0.00 | $2,779.43 | $0.00 | $0.00 | $5,709.36 | -$2,929.93 |
| 02B5611 | | B03040 | 12/26/2018 | 1/15/2019 | $50.00 | $0.00 | $50.00 | $0.00 | $0.00 | $3.60 | $46.40 |
| 02B5611 | | MFZNGZ | 12/26/2018 | 1/15/2019 | $8.60 | $0.00 | $8.60 | $0.00 | $0.00 | $27.50 | -$18.90 |
| 02B5612 | | B03041 | 12/26/2018 | 1/15/2019 | $25.00 | $0.00 | $25.00 | $0.00 | $0.00 | $3.60 | $21.40 |
| 02B5612 | | MFZNG1 | 12/26/2018 | 1/15/2019 | $149.85 | $0.00 | $149.85 | $0.00 | $0.00 | $3.60 | $146.25 |
| 02B5614 | | MFZNG2 | 12/26/2018 | 1/15/2019 | $5,709.36 | $0.00 | $5,709.36 | $0.00 | $0.00 | -$555,555.49 | $561,264.85 |
| 02B5615 | | MFZNG3 | 12/26/2018 | 1/15/2019 | $3.60 | $0.00 | $3.60 | $0.00 | $0.00 | $360,188.02 | $360,191.62 |
| | | | | | *$4,974,109.23* | *$5,281,426.21* | *$1,009,503.36* | *-$715,804.46* | *-$601,015.88* | | *$4,974,109.23* |