# EXHIBIT C

**5CZ9**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5CZ9 | 06 | | SEARS HOLDINGS MANAGEMENT | 11/25/2014 | MC81JZ | 12/15/2014 | $153.00 | $153.00 | |
| 5CZ9 | 10 | | FLORIDA BUILDER APPLIANCES | 11/26/2016 | MD3Q8X | 12/15/2016 | $50.00 | $50.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 12/27/2016 | MD4QX8 | 1/15/2017 | $140.00 | $140.00 | |
| 5CZ9 | 06 | | SEARS HOLDINGS MANAGEMENT | 12/27/2016 | MD4QX9 | 1/15/2017 | $1,565.00 | $420.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 2/25/2017 | MD6NG6 | 3/15/2017 | $515.00 | $515.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 3/27/2017 | MD7MH1 | 4/15/2017 | $1,284.00 | $1,284.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 4/26/2017 | MD8K7K | 5/15/2017 | $548.00 | $548.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 5/26/2017 | MD9K63 | 6/15/2017 | $427.00 | $427.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 7/26/2017 | MFDK68 | 8/15/2017 | $720.00 | $720.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 8/26/2017 | MFFK5H | 9/15/2017 | $1,081.00 | $1,081.00 | |
| 5CZ9 | 12 | | SEARS HOLDINGS MANAGEMENT | 8/26/2017 | MFFK5K | 9/15/2017 | $150.00 | $150.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 9/26/2017 | MFGLHG | 10/15/2017 | $455.00 | $455.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 10/26/2017 | MFHK5W | 11/15/2017 | $711.00 | $711.00 | |
| 5CZ9 | 12 | | SEARS HOLDINGS MANAGEMENT | 10/26/2017 | MFHK5Y | 11/15/2017 | $65.00 | $65.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 11/27/2017 | MFJK5D | 12/15/2017 | $252.00 | $252.00 | |
| 5CZ9 | 10 | | FLORIDA BUILDER APPLIANCES | 11/27/2017 | MFJK5G | 12/15/2017 | $262.00 | $262.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 12/27/2017 | MFKK17 | 1/15/2018 | $297.00 | $297.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 1/26/2018 | MFLKX4 | 2/15/2018 | $907.00 | $907.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 2/26/2018 | MFMLJL | 3/15/2018 | $739.50 | $739.50 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 3/27/2018 | MFNLDR | 4/15/2018 | $2,007.91 | $2,007.91 | |
| 5CZ9 | 05 | | SEARS HOLDINGS CORPORATION | 3/27/2018 | MFNLDT | 4/15/2018 | $300.00 | $300.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 4/26/2018 | MFPLM9 | 5/15/2018 | $3,133.50 | $3,133.50 | |
| 5CZ9 | 05 | | SEARS HOLDINGS CORPORATION | 4/26/2018 | MFPLNC | 5/15/2018 | $335.00 | $335.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 5/26/2018 | MFQLV4 | 6/15/2018 | $668.90 | $668.90 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 6/26/2018 | MFRNCM | 7/15/2018 | $1,262.00 | $1,262.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 7/27/2018 | MFTNH5 | 8/15/2018 | $2,188.38 | $2,188.38 | |
| 5CZ9 | 01 | | SEARS HOLDINGS MANAGEMENT | 8/27/2018 | MFVN71 | 9/15/2018 | $149.00 | $149.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 8/27/2018 | MFVN72 | 9/15/2018 | $2,192.60 | $2,192.60 | |
| 5CZ9 | 05 | | SEARS HOLDINGS CORPORATION | 8/27/2018 | MFVN73 | 9/15/2018 | $150.00 | $150.00 | |
| 5CZ9 | 01 | | SEARS HOLDINGS MANAGEMENT | 9/26/2018 | MFWNGZ | 10/15/2018 | $1,453.00 | $1,453.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 9/26/2018 | MFWNG1 | 10/15/2018 | $1,163.00 | $1,163.00 | |
| 5CZ9 | 06 | | SEARS HOLDINGS MANAGEMENT | 9/26/2018 | MFWNG2 | 10/15/2018 | $804.42 | $804.42 | |
| 5CZ9 | 01 | | SEARS HOLDINGS MANAGEMENT | 10/26/2018 | MFXM1G | 11/15/2018 | $1,375.94 | $1,375.94 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 10/26/2018 | MFXM1H | 11/15/2018 | $1,141.50 | $1,141.50 | |
| 5CZ9 | 06 | | SEARS HOLDINGS MANAGEMENT | 10/26/2018 | MFXM1J | 11/15/2018 | $662.00 | $662.00 | |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 11/27/2018 | MFYN18 | 12/15/2018 | $429.67 | $429.67 | Post |
| 5CZ9 | 06 | | SEARS HOLDINGS MANAGEMENT | 11/27/2018 | MFYN2C | 12/15/2018 | $944.67 | $944.67 | Post |
| 5CZ9 | 03 | | SEARS HOLDINGS MANAGEMENT | 12/26/2018 | MFZN8Z | 1/15/2019 | $583.60 | $583.60 | Post |
| 5CZ9 | 06 | | SEARS HOLDINGS MANAGEMENT | 12/26/2018 | MFZN82 | 1/15/2019 | $984.70 | $984.70 | Post |
| | | | | | | | | $31,106.29 | |
| | | | | | | | | | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 2/26/2016 | MDRR79 | 3/15/2016 | -$87,772.63 | -$75,872.13 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 2/25/2017 | MD6CPT | 3/15/2017 | -$115,935.69 | -$115,935.69 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 3/27/2017 | MD64T7 | 4/15/2017 | -$78,613.70 | -$78,613.70 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 4/26/2017 | MD729P | 5/15/2017 | -$69,098.30 | -$69,098.30 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 5/26/2017 | MD82Y1 | 6/15/2017 | -$196,835.64 | -$196,835.64 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 6/27/2017 | MD93DK | 7/15/2017 | -$109,674.81 | -$109,674.81 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 7/26/2017 | MFC2Y5 | 8/15/2017 | -$59,226.76 | -$59,226.76 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 8/26/2017 | MFD2YF | 9/15/2017 | -$51,232.93 | -$51,232.93 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 9/26/2017 | MFF26X | 10/15/2017 | -$48,154.72 | -$48,154.72 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 10/26/2017 | MFG21N | 11/15/2017 | -$37,258.11 | -$37,258.11 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 11/27/2017 | MFH2XW | 12/15/2017 | -$28,327.36 | -$28,327.36 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 12/27/2017 | MFJ2W1 | 1/15/2018 | -$13,776.03 | -$13,776.03 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 1/26/2018 | MFK2XD | 2/15/2018 | -$12,874.88 | -$12,874.88 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 2/26/2018 | MFL3GN | 3/15/2018 | -$32,828.00 | -$32,828.00 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 3/27/2018 | MFM3LQ | 4/15/2018 | -$24,226.98 | -$24,226.98 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 4/26/2018 | MFN361 | 5/15/2018 | -$23,641.36 | -$23,641.36 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 5/26/2018 | MFP4DQ | 6/15/2018 | -$10,775.40 | -$10,775.40 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 6/26/2018 | MFQ5VJ | 7/15/2018 | -$64,615.79 | -$64,615.79 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 7/27/2018 | MFR5YD | 8/15/2018 | -$20,247.93 | -$20,247.93 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 8/27/2018 | MFT6NQ | 9/15/2018 | -$23,495.82 | -$23,495.82 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 9/26/2018 | MFV54C | 10/15/2018 | -$34,782.58 | -$34,782.58 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 10/26/2018 | MFW5KH | 11/15/2018 | -$51,276.10 | -$51,276.10 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 11/27/2018 | MFX6DX | 12/15/2018 | -$17,887.58 | -$17,887.58 | |
| 5CZ9 | CR | | SEARS HOLDINGS CORPORATION | 12/26/2018 | MFY6VW | 1/15/2019 | -$7,632.44 | -$7,632.44 | |