Bradley S. Shraiberg, Esq.
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**In re**                                                        **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*        **Case No. 18-23538 (RDD)**

                 **Debtors.**                                   **(Jointly Administered)**
------------------------------------------------------------------x

### LIMITED OBJECTION OF COMPUCOM SYSTEMS, INC. TO CURE AMOUNTS AND POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS

CompuCom Systems, Inc. ("CompuCom"), by and through undersigned counsel, files this Limited Objection to Cure Amounts and Potential Assumption of Executory Contracts relating to the executory contracts described below (the "Limited Objection"), and states as follows:

1.     CompuCom and the above-referenced debtors (collectively, the "Debtors") are parties to that certain Master Services Agreement (the "MSA"), dated June 4, 2008, under which CompuCom provides technology solutions services to the Debtors. The Debtors refer to the MSA as No. 1779 in the Notice (defined below).

2.     CompuCom and the Debtors are also parties to a Hardware Maintenance (Smartnet) Agreement (the "Smartnet Contract"), under which CompuCom provides hardware maintenance services to the Debtors. The Debtors refer to the Smartnet Contract as No. 1780 in the Notice (defined below).

3.     On January 18, 2019, the Debtors filed a *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with*

{1031/000/00431346}

*Global Sale Transaction* (the "Notice") [ECF No. 1731], which includes the MSA and Smartnet

Contract as executory contracts that the Debtors may potentially assume and assign.

4.      The Notice indicates that the Debtors proposed cure amount for the assumption of the

MSA is $531,142.00.  The Notice provides no cure amount for the Smartnet Contract.

## OBJECTION TO CURE AMOUNTS

5.      CompuCom objects to the cure amounts proposed by the Debtors.  While the Debtors

propose a cure amount of $531,142.00 for the MSA and no amount for the Smartnet Contract, the

correct current total amount owed under both the MSA and the Smartnet Contract is $775,110.03.

6.      With respect to the MSA, as of the date of the Limited Objection, the Debtors must

pay CompuCom a total of $416,302.41 to cure amounts owed under the MSA.  Unless $416,302.41

is paid, the Debtors' request to assume the MSA should be denied.  A summary of the unpaid

invoices and credits is attached hereto as **EXHIBIT A**.

7.      With respect to the Smartnet Contract, as of the date of the Limited Objection, the

Debtors must pay CompuCom a total of $358,807.62 to cure amounts owed under the Smartnet

Contract.  Unless $358,807.62  is paid, the Debtors' request to assume the Smartnet Contract should

be denied.  A summary of unpaid invoices is as follows:

| Transaction # | Invoice Date | Total Balance | PO # |
|---|---|---|---|
| 64305017 | 08/03/18 | 355,631.08 | PO862149 |
| 64370589 | 09/18/18 | 3,176.54 | PO858152 |
| | Total | 358,807.62 | |

8.      Further, any amounts that have not yet become due under the MSA and/or the

Smartnet Contract, but that may become due prior to any proposed assumption of the MSA and/or

the Smartnet Contract that are not paid, must be included in the cure amounts provided to

CompuCom in order for the Debtors' to assume the MSA and/or the Smartnet Contract.

{1031/000/00431346}

2

9.      The Limited Objection is without prejudice to, and any assumption must be subject to, CompuCom's rights pursuant to the MSA, the Smartnet Contract, applicable law, and any obligations due to CompuCom arising therefrom.

10.     CompuCom reserves the right to amend or supplement the Limited Objection in the event the Debtors fail to pay additional amounts due under the MSA and/or the Smartnet Contract up to and including the date the MSA and/or the Smartnet Contract is assumed.

11.     In the event the proposed assignee of the MSA and/or the Smartnet Contract changes, or for any other reason, CompuCom reserves its right to object to the proposed assignment based on any applicable grounds.

**WHEREFORE**, CompuCom respectfully requests that the Court: i) sustain the Limited Objection, ii) require payment of the cure amounts set forth herein by CompuCom as a condition to assumption of the MSA and Smartnet Contract, and iv) grant CompuCom such other and further relief as is just and proper.

Dated: January 25, 2019

Respectfully submitted,

SHRAIBERG, LANDAU & PAGE, P.A.
Attorneys for CompuCom Systems, Inc.
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By:  _/s/ Bradley S. Shraiberg_
      Bradley S. Shraiberg, Esq.
      FL Bar No. 121622
      *Pro Hac Vice Admission Pending*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by First Class

U.S. Mail and/or Email to the parties listed on the below service list on this the 25th day of January,

2019.

_/s/ Bradley S. Shraiberg_
Bradley S. Shraiberg, Esq.

## SERVICE LIST

Sears Holdings Management Corporation
Attn: Rob Riecker (rob.riechker@searshc.com)
Attn: Luke Valentino (luke.valentino@searshc.com)
Attn: Mohsin Meghji (mmeghji@miiipartners.com)
Attn: General Counsel (counsel@searshc.com)
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock (ray.schrock@weil.com)
Attn: Jacqueline Marcus (jacqueline.marcus@weil.com)
Attn: Garret A. Fail (garrett.fail@weil.com)
Attn: Sunny Singh (sunny.singh@weil.com)
767 Fifth Avenue
New York, NY 10153

Lazard Fréres & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)
30 Rockefeller Plaza
New York, NY 10112

{1031/000/00431346}

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake (Paul.Leake@skadden.com)
Attn: Shana A. Elberg (Shana.Elberg@skadden.com)
Attn: George R. Howard (George.Howard@skadden.com)
4 Times Square
New York, NY 10036

Bank of America, N.A.
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Wells Fargo Bank, National Association
c/o Choate, Hall & Stewart LLP
Attn: Kevin J. Simard (ksimard@choate.com)
Attn: Jonathan D. Marshall (jmarshall@choate.com)
Two International Place
Boston, MA 0211

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin (pdublin@akingump.com)
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Attn: Abid Qureshi (aqureshi@akingump.com)
Attn: Sara L. Brauner (sbrauner@akingump.com)
One Bryant Park
New York, NY 10036

Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani (kunal@eslinvest.com)
Attn: Harold Talisman (harold@eslinvest.com)
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

{1031/000/00431346}

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin (caustin@cgsh.com)
Attn: Benet J. O'Reilly (boreilly@cgsh.com)
Attn: Sean A. O'Neal (soneal@cgsh.com)
James L. Bromley, Esq. (jbromley@cgsh.com)
Andrew Weaver, Esq. (aweaver@cgsh.com)
Rahul Mukhi, Esq. (rmukhi@cgsh.com)
Jennifer Kennedy Park, Esq. (jkpark@cgsh.com)
One Liberty Plaza
New York, NY 10006


Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

# EXHIBIT A

| Transaction # | Invoice Date | Balance | PO # |
|---|---|---|---|
| 2143638 | 11/22/18 | 2,865.00 | PO PO919322 |
| 64473724 | 11/29/18 | 29,000.26 | PO888022 |
| 20357850 | 12/03/18 | 34,540.02 | 862149 |
| 64480376 | 12/04/18 | 122.19 | PO923382 |
| 64491753 | 12/13/18 | 160.20 | PO925938 |
| 64491755 | 12/13/18 | 160.20 | PO925936 |
| 64491758 | 12/13/18 | 160.20 | PO925937 |
| 64493583 | 12/14/18 | 7.42 | PO925938 |
| 64493584 | 12/14/18 | 7.42 | PO925936 |
| 64494235 | 12/14/18 | 9.83 | PO925938 |
| 64494236 | 12/14/18 | 9.83 | PO925936 |
| 64494237 | 12/14/18 | 9.83 | PO925937 |
| 64495075 | 12/17/18 | 7.42 | PO925937 |
| 64496559 | 12/18/18 | 110.10 | PO925936 |
| 64496588 | 12/18/18 | 110.10 | PO925937 |
| 64496589 | 12/18/18 | 669.28 | PO925936 |
| 64496600 | 12/18/18 | 874.34 | PO925937 |
| 64496642 | 12/18/18 | 874.34 | PO925938 |
| 64496661 | 12/18/18 | 110.10 | PO925938 |
| 64499600 | 12/20/18 | 1,227.18 | PO898769 |
| 64499903 | 12/20/18 | 131.28 | PO925938 |
| 64499924 | 12/20/18 | 131.28 | PO925936 |
| 64499934 | 12/20/18 | 131.28 | PO925937 |
| 64501575 | 12/21/18 | 295.29 | PO925937 |
| 64501599 | 12/21/18 | 24.61 | PO925937 |
| 64501600 | 12/21/18 | 254.28 | PO925936 |
| 64501602 | 12/21/18 | 434.73 | PO925938 |
| 64501621 | 12/21/18 | 24.61 | PO925937 |
| 64504067 | 12/26/18 | 139.44 | PO925936 |
| 64504236 | 12/26/18 | 172.25 | PO925937 |
| 64504443 | 12/26/18 | 320.28 | PO925938 |
| 64504444 | 12/26/18 | 320.28 | PO925936 |
| 64504445 | 12/26/18 | 320.28 | PO925937 |
| 64507111 | 12/28/18 | 790.18 | PO925936 |
| 64507112 | 12/28/18 | 790.18 | PO925937 |
| 64507113 | 12/28/18 | 790.18 | PO925938 |
| 64508416 | 12/31/18 | 159.14 | PO925936 |
| 64508425 | 12/31/18 | 167.35 | PO925937 |
| 20361406 | 01/02/19 | 34,540.02 | 862149 |
| 64511989 | 01/04/19 | 241.17 | PO925938 |
| 64519567 | 01/10/19 | 427.17 | PO925936 |
| 64519568 | 01/10/19 | 427.17 | PO925937 |
| 64519580 | 01/10/19 | 374.55 | PO925938 |
| 64519655 | 01/10/19 | 52.62 | PO925938 |
| 64523129 | 01/14/19 | 16,911.37 | PO888022 |
| 64523497 | 01/14/19 | 65.62 | PO925936 |

| 64523507 | 01/14/19 | 16,911.37 | PO888022 |
|----------|----------|-----------|----------|
| 64528284 | 01/17/19 | 1,227.18 | PO898769 |
| 64528663 | 01/17/19 | 152,202.33 | PO888022 |
| 64528986 | 01/17/19 | 16.41 | PO925937 |
| 64302633 | 08/02/18 | 261.38 | PO864341 |
| 64302896 | 08/02/18 | 367.25 | PO857979 |
| 64309217 | 08/07/18 | 130.69 | PO868139 |
| 64312091 | 08/08/18 | 130.69 | PO869650 |
| 64312092 | 08/08/18 | 130.69 | PO869653 |
| 64358422 | 09/10/18 | 1,509.45 | PO881250 |
| 64374475 | 09/20/18 | 9,862.13 | PO858152 |
| 64397709 | 10/04/18 | 2,454.35 | PO898753 |
| 64400223 | 10/05/18 | 1,039.38 | PO899155 |
| 64402631 | 10/08/18 | 1,567.11 | PO898753 |
| 64402632 | 10/08/18 | 1,567.11 | PO898769 |
| 64402633 | 10/08/18 | 1,567.11 | PO898801 |
| 20353558 | 10/31/18 | 14,561.10 | 862149 |
| 20348974 | 09/25/18 | 4,573.56 | 862149 |
| 20348975 | 09/25/18 | 4,426.03 | 862149 |
| 20348976 | 09/25/18 | 29,651.29 | PO# 862149 |
| 20349008 | 09/25/18 | 33,648.91 | PO# 862149 |
| 20349015 | 09/25/18 | 4,573.56 | 862149 |
| 20349080 | 09/25/18 | 32,897.12 | PO# 862149 |
| 2140396 | 09/28/18 | 8,880.00 | PO889046 |
| 62287189 | 05/27/14 | (2,289.14) | PO84912 |
| 62289036 | 05/28/14 | (7,939.93) | PO84912 |
| 62567904 | 12/10/14 | (266.60) | PO111269 |
| 63071402 | 12/17/15 | (6,065.21) | PO198468 |
| 63071415 | 12/17/15 | (1,559.26) | PO205497 |
| 63369535 | 08/17/16 | (17,851.96) | PO363353 |
| 63583505 | 01/31/17 | (1,353.56) | PO542568 |
| | Total | 416,302.41 | |