# EXHIBIT B

# <u>ZERYKIER DECLARATION</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:                                               :        Chapter 11
                                                     :
SEARS HOLDINGS CORPORATION, *et al.*,                :        Case No. 18-23538 (RDD)
                                                     :        (Jointly Administered)
                                  Debtors.            :

-------------------------------------------------------------------x

## DECLARATION OF AARON E. ZERYKIER IN SUPPORT OF OBJECTION OF MIDWOOD MANAGEMENT CORP. TO DEBTORS' NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION

AARON E. ZERYKIER, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1.      I am a partner with the law firm Farrell Fritz, P.C. ("Farrell Fritz"), attorneys for Midwood Management Corp. ("Landlord"). Consequently, I am fully familiar with the facts and circumstances stated herein.

2.      I respectfully submit this Declaration in Support of Landlord's *Objection to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction*.

3.      On September 12, 2018, Farrell Fritz mailed to Kmart a "Notice of Default and Thirty (30) Day Notice to Cure," a copy of which is annexed hereto as Exhibit "A".

4.      On September 12, 2018, Farrell Fritz mailed to Kmart a "Notice of Default and Fifteen (15) Day Notice to Cure," a copy of which is is annexed hereto as Exhibit "B".

5.    On October 11, 2018, Farrell Fritz mailed to Kmart a "Ten (10) Day Notice of

Lease Termination," a copy of which is annexed hereto as Exhibit "C".

Dated:  January 25, 2019

_____
AARON E. ZERYKIER

# EXHIBIT A

NOTICE OF DEFAULT AND
THIRTY (30) DAY NOTICE TO CURE

September 6, 2018

By Certified Mail Return Receipt Requested
To:        KMART CORPORATION
           333 Beverly Road
           Hoffman Estate, Illinois 60179
           Attn: Divisional Vice President – Real Estate Department 824E

           KMART CORPORATION
           3100 West Big Beaver Road
           Troy, Michigan 48084

Premises:   2280 North Ocean Avenue
           Expressway Plaza
           Farmingville, New York 11738

Tenant of the above-referenced premises:

PLEASE TAKE NOTICE that you are in default under the lease (the "Lease"), executed on or about December 20, 1991 between Kmart Corporation as Tenant ("Tenant") and Farmingville Associates as Landlord, and as assigned to Expressway Plaza I LLC and Farmingville Associates Phase 1, LLC by assignment dated October 20, 2016, ("Landlord"), as amended and extended, by virtue of the following:

> Article 15 of the Lease, requires Tenant to "keep the entire Demised Premises in good and tenantable condition and repair, including any necessary maintenance repairs and replacements to roof, structural and non-structural, interior and exterior portions of the Demised Premises, and plumbing, electrical and other systems located in and servicing the Demised Premises."

> In addition, pursuant to Article 30 of the Lease, Tenant assumed the obligation to maintain certain portions of the Common Area (as defined in the Lease).

> Notwithstanding such obligations, as outlined in the Property Condition Report annexed hereto as Exhibit A, Tenant has failed to properly maintain the Demised Premises (as defined in the Lease) and the portions of the Common Area for which Tenant assumed maintenance obligations.

PLEASE TAKE FURTHER NOTICE that, pursuant to Article 25 of the Lease, unless you cure the defaults noticed within the Notice on or before the expiration of thirty (30) days from service of this Notice upon you the Landlord will serve you with a notice of election to end the term of the Lease at the expiration of ten (10) days from the date of service of such Notice upon you and upon expiration of such Notice the Landlord will

commence summary proceedings to evict you from the premises and obtain a money judgment against you for the value of the premises' rent and fair use and occupancy during any holdover in addition to any additional rent, charges and late fees that may accrue prior to the date of judgment with interest together with the legal fees and costs associated with the prosecution of the action.

Expressway Plaza 1 LLC
and Farmingville Associates Phase 1, LLC,
as tenants-in-common,

By: Midwood Management Corp., as agent
John Usdan, Chief Executive Officer

# Exhibit A

# Professional Engineering Report of Findings

**Project Information:**



**K-Mart**
2280 N Ocean Ave
Farmingville, NY 11738

**Project Description:**
**Property Condition Survey**

**Prepared for:**
**Midwood Management Corp.**
Peter Pollani
430 Park Avenue
2nd Floor
New York, NY 10022

**TEPC Project Number:**
TJ18198

**Prepared on:**
05.17.2018
08.29.2018 (revised)

**Transmitted Via:**
Via E-Mail

**Document Data:**
CHC/ I:\Projects\2018\TJ18198 - K-Mart, 2280 N Ocean Ave, Farmingville, NY
11738\Docs\Reports\RPT(Property Conditon Report)-TJ18198-Rev1-180829.doc
Enclosure

Charles H. Clackett
Vice-President / Branch Manager

# TITAN
# ENGINEERS
A PROFESSIONAL CORPORATION

*NEW JERSEY OFFICE:*
**A** 1331 STUYVESANT AVE  UNION  NJ  07083
**T** 908 624 0044

*NEW YORK OFFICE:*
**A** 47 SERENE PL  HAUPPAUGE  NY  11788
**T** 631 885 8059

**W** WWW.TITANENGINEERS.COM  **F** 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
05.17.2018
*Privileged and Confidential*

## Table of Contents

1: Introduction ................................................................................................................................ 1
2: Purpose and Scope ...................................................................................................................... 1
   2.1: Reference Terms ................................................................................................................. 1
3: System Descriptions and Observations ....................................................................................... 2
   3.1: General Description ............................................................................................................ 2
   3.2: Reserve Summary .............................................................................................................. 3
4: Conclusions and Recommendations ............................................................................................ 4
   Additional Studies and Other Recommendations: ..................................................................... 23
5: Limitations, Exceptions, Special Terms and Conditions ........................................................... 24
   5.1 Professional Responsibility ................................................................................................. 24
   5.2 Significant Assumptions ...................................................................................................... 24
   5.3 Reliance .............................................................................................................................. 24
   5.4 Methodology ....................................................................................................................... 24
6: Qualifications ............................................................................................................................. 25

## Table of Figures

**Figure 1:  Aerial Exhibit** ............................................................................................................... 2
**Figure 2:  Immediate & Short Term Reserves Table** .................................................................... 3

## Table of Photographs

Photo 1 – General View of Main Entrance & Parking Area ............................................................ 4
Photo 2 – General View of East Façade Near Entrance ................................................................... 4
Photo 3 – General View of East Facade ........................................................................................... 4
Photo 4 – General View of East Façade Near Garden Center .......................................................... 5
Photo 5 – General View of Garden Center Along Southeast Portion of Building ............................ 5
Photo 6 – General View of Southerly Facade .................................................................................. 5
Photo 7 – General View of Westerly Façade at Rear of Building .................................................... 6
Photo 8 – Detail View of Leader Into Downspout .......................................................................... 6
Photo 9 – View of Cracked CMU Above Loading Dock Doorway .................................................. 6
Photo 10 – Detail View of Cracked CMU Above Loading Dock Doorway. ..................................... 7
Photo 11 – General View of Loading Dock Area ............................................................................ 7
Photo 12 – Detail View of Trash Compactor and Asphalt ............................................................... 7
Photo 13 – View of Settled Manhole Cover. ................................................................................... 8
Photo 14 – Detail View of Deteriorated CMU at Base of Building (Rear Facade) ........................... 8
Photo 15 – Detail View of Cracked CMU Above Loading Dock Doorway (2) ................................ 8
Photo 16 – View of Damaged Bollards at Truck Unloading Area .................................................... 9
Photo 17 – Detail View of Deteriorated Asphalt in Drive Aisle ...................................................... 9
Photo 18 – Detail View of Damaged Bollards at Southwest Corner of Building .............................. 9
Photo 19 – View of Damaged Concrete Curbing Along Westerly Drive Aisle ............................... 10
Photo 20 – Detail View of Damaged Concrete Curbing Along Westerly Drive Aisle ..................... 10
Photo 21 – View of New Asphalt Pavement on South Side of K-Mart between LA Fitness Site ...... 10
Photo 22 – View of New Asphalt Pavement of Main Drive Aisle of K-Mart between LA Fitness Site .... 11
Photo 23 – View North of Drive Aisle in Front of K-Mart. ............................................................ 11
Photo 24 – Typical View of Damaged Concrete Curbing on Landscaped Island ............................ 11
Photo 25 – Detail View of Damaged Concrete Curbing on Landscaped Island .............................. 12
Photo 26 – Detail View of Deteriorated Asphalt in Easterly Parking Area ..................................... 12
Photo 27 – Typical View of Damaged Concrete Curbing Along Drive Aisle .................................. 12
Photo 28 – View North of Easterly Parking Area (Furthest from K-Mart Building) ........................ 13
Photo 29 – General View of Main Signage for Expressway Plaza .................................................. 13
Photo 31 – View of Typical Lot Light Pole Foundation ................................................................. 14
Photo 32 – View of Damaged Curbing, Stop Sign and Curb Inlet .................................................. 14
Photo 33 – Detail View of Damaged Curb Inlet ............................................................................ 14

*NEW JERSEY OFFICE:*
A 1331 STUYVESANT AVE  UNION  NJ  07083
T 908 624 0044

*NEW YORK OFFICE:*
A 47 SERENE PL  HAUPPAUGE  NY  11788
T 631 885 8059

W WWW.TITANENGINEERS.COM    F 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
05.17.2018
*Privileged and Confidential*

Photo 34 – View of Canopy Area at Main Entrance ............................................................................................... 15
Photo 35 – Detail View of Canopy Area at Main Entrance ................................................................................... 15
Photo 36 – View of Canopy Soffit Area ................................................................................................................ 15
Photo 37 – General View of Interior Retail Cash Register Checkout Area ............................................................ 16
Photo 38 – View of Easterly Wall at Store Entrance/Exit Area ............................................................................. 16
Photo 39 – Detail View of Easterly Wall at Store Entrance/Exit Area .................................................................. 16
Photo 40 – General View of Electrical Panel Area ................................................................................................ 17
Photo 41 – General View of Rear Storage Area and Natural Gas-Fired Space Heaters .......................................... 17
Photo 42 – General View of Fire and Domestic Water Supply Piping ................................................................... 17
Photo 43 – View of Fire Water Inspection Tag ..................................................................................................... 18
Photo 44 – View of Interior CMU in Water Supply Room ..................................................................................... 18
Photo 45 – Detail View of Interior CMU Mortar Joints in Water Supply Room .................................................... 18
Photo 46 – Detail View of Incoming Fire Water Pipe Deterioration .................................................................... 19
Photo 47 – View of Structural Joists in Rear Warehouse Area ............................................................................. 19
Photo 48 – View of Typical AAON Rooftop Package HVAC Unit .......................................................................... 19
Photo 50 – View of Gutter at Rear of Roof ........................................................................................................... 20
Photo 51 – View of TPO Roof and Exhaust Fans ................................................................................................... 20
Photo 52 – View East of TPO Roof and HVAC Units .............................................................................................. 21
Photo 53 – View East of TPO Roof and Parapet for Main Signage ........................................................................ 21
Photo 54 – Detail View South of TPO Roof and Parapet Waterproofing .............................................................. 21
Photo 55 – View of Evidence of Roof Leak ........................................................................................................... 22
Photo 56 – General View of Shopping Area (Women's Clothing Dept) ................................................................. 22
Photo 57 – View of Damaged Concrete Sidewalk Along Front of Store ................................................................. 22

*New Jersey Office:*
A 1331 Stuyvesant Ave  Union  NJ  07083
T 908 624 0044

*New York Office:*
A 47 Serene Pl  Hauppauge  NY  11788
T 631 885 8059

W www.titanengineers.com  F 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 1 of 26

## 1: Introduction

Titan Engineers PC (hereafter referred to as "Titan") was retained by Peter Pollani of Midwood Management Corp. (hereafter referred to as the "Client") to perform a Structural Condition Survey of the existing K-Mart occupied building at the subject property and the associated asphalt paved drive aisles, parking areas and associated appurtenances. The Structural Condition Survey was conducted by the Engineering Personnel listed below. The property observations included an interior walk-through of the subject areas including the mezzanine and exterior observations from ground level and the roof. Titan was accompanied by the store manager and client.

| | |
|---|---|
| Client: | Midwood Management Corp. |
| | Peter Pollani |
| | 430 Park Avenue |
| | 2nd Floor |
| | New York, NY 10022 |
| Project Location: | K-Mart |
| | 2280 N Ocean Ave |
| | Farmingville, NY 11738 |
| | (Hereafter referred to as "property" or "building") |

| | |
|---|---|
| Date of Observation: | 04.13.2018 |
| Engineering Personnel: | Charles H. Clackett - **TITAN ENGINEERS PC Onsite/Author** |
| | Nicholas C. Wong, PE - **TITAN ENGINEERS PC (report review)** |

## 2: Purpose and Scope

The objective of the walk-through survey was to visually observe the subject building and immediately surrounding parking areas so as to obtain information on material systems and components for the purposes of providing a brief description and identify physical deficiencies to the extent that they are observable. Observations were limited to the immediate areas of the property that were readily accessible. During the site visit, field personnel observed the general physical condition of the subject areas, observed material systems and components identifying material physical deficiencies, and any unusual features or inadequacies observed or reported. This written narrative report presents our findings with comments and recommendations including photographic records of relevant areas.

## 2.1: Reference Terms

References to general conditions are defined as follows:

| | |
|---|---|
| *Good* | Generally serviceable condition. |
| *Fair* | Requires general repairs. |
| *Poor* | Requires significant overall repairs or replacement. |

References to general concerns are defined as follows:

| | |
|---|---|
| *Minor* | Minimal repairs required to prevent further deterioration. |
| *Moderate* | Repair required. Neglected repair may cause a significant concern. |
| *Significant* | Repair or replacement required as soon as possible. |

*New Jersey Office:*
A 1331 Stuyvesant Ave  Union  NJ  07083
T 908 624 0044

*New York Office:*
A 47 Serene Pl  Hauppauge  NY  11788
T 631 885 8059

W www.titanengineers.com  F 877 364 8484



**TITAN**
**ENGINEERS PC**
™

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 2 of 26

## 3: System Descriptions and Observations

### 3.1: General Description

Figure 1 below provides a schematic of the existing shopping center layout specifically focusing on the K-Mart and associated parking/drive aisle areas only to aid in the narrative and photographic findings presented in this report.

In general, the existing building contains approximately 108,626± SF of roofed area with an internal partial mezzanine for storage. The parking and drive aisle areas associated with the K-Mart lease portion of the property totals 208,000± SF with 64,000± SF of landscaping or grass areas. The curbing associated with the parking in this area totals 6,927 LF. Reportedly, the building was constructed in 1993 for the current use as an expansion to an existing shopping plaza.

Just to the south a new LA Fitness (partially depicted in photo) was recently constructed in 2017 and some associated areas of paving between this new structure and the existing K-Mart were paved with new asphalt in accordance with the Town of Brookhaven requirements. This area contains an additional 48,000± SF of shared parking and drive aisles that have recently been repaved as part of the new development at the property.

The building is constructed of split faced concrete masonry units (CMU) on the easterly façade with the remainder painted CMU block. Steel columns, girders and joist support the corrugated steel deck which is finished with a white TPO roofing membrane (reportedly replaced in 2011) with rooftop mounted HVAC equipment.



**Figure 1:  Aerial Exhibit**

*New Jersey Office:*
**A** 1331 Stuyvesant Ave  Union  NJ  07083
**T** 908 624 0044

*New York Office:*
**A** 47 Serene Pl  Hauppauge  NY  11788
**T** 631 885 8059

**W** www.titanengineers.com   **F** 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 3 of 26

## 3.2: Reserve Summary

The following Immediate & Short Term Reserve Table is an opinion of Probable Cost of the observed deficiencies at the subject property with regard to property ownership and not items strictly associated with tenant costs such as interior finishes. *The Immediate Term reserve items are those that are of a Life/Safety nature or if deferred, further deterioration is likely. The Short Term reserve items are either already showing signs of deterioration/damage or are near the end of their estimated useful life without significant maintenance expenditures.*

Although meant to be fairly comprehensive in nature, it cannot be construed as actual costs to conduct repairs or replacement as exact scopes of work have yet to be developed for any of the recommended repairs.

A Long Term Reserve Table was not included in the scope of this project at the client's request.

### Figure 2:  Immediate & Short Term Reserves Table

| Project Number: TJ18198 | | Project: Address: | K-Mart 2280 N Ocean Ave, Farmingville, NY 11738 | | Date:   05/17/18 |
|---|---|---|---|---|---|
| **IMMEDIATE & SHORT TERM RESERVES TABLE** | | | | | |
| ITEM | QUANTITY | UNIT | UNIT COST | IMMEDIATE COST | SHORT TERM COST (3-6 months) |
| Repairs of cracking & deterioration in CMU facade | 150 | Linear Feet | $18.00 | | $2,700 |
| Painting (Exterior) CMU Façade | 16098 | Square Feet | $2.50 | | $40,245 |
| Painting (Interior) CMU front wall portion | 2400 | Square Feet | $2.50 | | $6,000 |
| Misc. Repairs | 3 | Lump Sum | $5,000.00 | | $15,000 |
| Roof leak repairs and replacement of water stained acoustic panels | 1 | Lump Sum | $2,500.00 | $2,500 | |
| Structural evaluation of Fire Water Piping | 1 | Lump Sum | $2,400.00 | $2,400 | |
| Bollard Repairs (Allowance) | 6 | Lump Sum | $300.00 | | $1,800 |
| Exterior Door Repairs (Allowance) | 1 | Lump Sum | $3,000.00 | | $3,000 |
| Storm Drain Stucture Repairs (Allowance) | 3 | Lump Sum | $5,000.00 | | $15,000 |
| Curbing Replacement | 6927 | Linear Feet | $35.00 | | $242,445 |
| Asphalt Milling & Repave | 208,000 | Square Feet | $3.00 | | $624,000 |
| Seal Coat & Striping | 208,000 | Square Feet | $0.20 | | $41,600 |
| Concrete Pad (Trash compactor and Trailer) | 600 | Square Feet | $85.00 | | $51,000 |
| Rooftop HVAC units (3 Ton AAON unit from 1993) | 1 | Each | $12,000.00 | | $12,000 |
| Rooftop HVAC units (7 Ton AAON unit from 1993) | 1 | Each | $21,000.00 | | $21,000 |
| Rooftop HVAC units (15 Ton AAON unit from 1993) | 14 | Each | $26,000.00 | | $364,000 |
| Traffic/Parking Signage Repairs (Allowance) | 6 | Each | $175.00 | $1,050 | |
| TOTAL COST: | | | | $5,950 | $1,439,790 |

*New Jersey Office:*
A 1331 Stuyvesant Ave  Union  NJ  07083
T 908 624 0044

*New York Office:*
A 47 Serene Pl  Hauppauge  NY  11788
T 631 885 8059

W www.titanengineers.com   F 877 364 8484



**TITAN ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 4 of 26

## 4: Conclusions and Recommendations



| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:** |
| --- | --- |

Photo 1 – General View of Main Entrance & Parking Area



| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:** |
| --- | --- |

Photo 2 – General View of East Façade Near Entrance



| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:** |
| --- | --- |

Photo 3 – General View of East Facade

*NEW JERSEY OFFICE:*
**A** 1331 STUYVESANT AVE  UNION  NJ  07083
**T** 908 624 0044

*NEW YORK OFFICE:*
**A** 47 SERENE PL  HAUPPAUGE  NY  11788
**T** 631 885 8059

**W** WWW.TITANENGINEERS.COM  **F** 877 364 8484



**TITAN**
**ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 5 of 26



| | |
|---|---|
| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:** |



Photo 4 – General View of East Façade Near Garden Center



| | |
|---|---|
| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:**<br>Note new pavement at southerly drive aisle. |

Photo 5 – General View of Garden Center Along Southeast Portion of Building



| | |
|---|---|
| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:**<br>Note painted CMU façade rather than split face CMU. The exterior CMU on the building requires regular maintenance, repair and repainting. |

Photo 6 – General View of Southerly Facade

NEW JERSEY OFFICE:
A 1331 STUYVESANT AVE  UNION  NJ  07083
T 908 624 0044

NEW YORK OFFICE:
A 47 SERENE PL  HAUPPAUGE  NY  11788
T 631 885 8059

W WWW.TITANENGINEERS.COM  F 877 364 8484


**TITAN ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 6 of 26

| | |
|---|---|
|  | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:**<br>Note painted CMU façade and rear gutters and leaders (or downspouts) for roof drainage. |

Photo 7 – General View of Westerly Façade at Rear of Building

| | |
|---|---|
|  | **Condition Level:**<br>Fair<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>Gutters and leaders should be kept in good condition to prevent further damage to CMU at base of building along rear façade.<br><br>The exterior CMU on the building requires regular maintenance, repair and repainting. |


Photo 8 – Detail View of Leader Into Downspout

| | |
|---|---|
|  | **Condition Level:**<br>Fair<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>Note cracked CMU at top right above loading dock door at northwest corner of the K-Mart portion of the structure.<br><br>Any cracked CMU should be repaired with a structural grade epoxy and painted as part of routine maintenance. |

Photo 9 – View of Cracked CMU Above Loading Dock Doorway

*New Jersey Office:*
**A** 1331 Stuyvesant Ave  Union  NJ  07083
**T** 908 624 0044

*New York Office:*
**A** 47 Serene Pl  Hauppauge  NY  11788
**T** 631 885 8059

**W** www.titanengineers.com   **F** 877 364 8484


**TITAN
ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 7 of 26



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Note cracked CMU at top right above loading dock door.

Any cracked CMU should be repaired with a structural grade epoxy and painted as part of routine maintenance to prevent further deterioration due to water infiltration and the freeze thaw cycle.

Photo 10 – Detail View of Cracked CMU Above Loading Dock Doorway



**Condition Level:**
General View
**Structural Concern Level:**
NA
**Comments and Recommendations:**
Note trash compactor between trailers.

Photo 11 – General View of Loading Dock Area



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Note deteriorated asphalt. Trash compactors should be located on properly designed reinforced concrete slabs.

It is recommended that when this area of the property is renovated that a reinforced concrete slab be designed and installed for the compactor and additional trailer areas.

Photo 12 – Detail View of Trash Compactor and Asphalt

*NEW JERSEY OFFICE:*
**A** 1331 STUYVESANT AVE  UNION  NJ  07083
**T** 908 624 0044

*NEW YORK OFFICE:*
**A** 47 SERENE PL  HAUPPAUGE  NY  11788
**T** 631 885 8059

**W** WWW.TITANENGINEERS.COM  **F** 877 364 8484


**TITAN ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingdale, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 8 of 26



**Condition Level:**
Fair
**Structural Concern Level:**
Moderate
**Comments and Recommendations:**
Note patched asphalt and settled manhole cover due to truck traffic. Leaching pools and or storm structures have sunk within parking areas.
It is recommended that when this area of the property is renovated that chimneys on the structure be brought to proper grade and asphalt repaired. In extreme cases, new leaching pools may be required with proper footings to prevent further settlement.

Photo 13 – View of Settled Manhole Cover



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Note deteriorated CMU at base of rear wall which require replacement due to water damage deterioration.

Photo 14 – Detail View of Deteriorated CMU at Base of Building (Rear Facade)



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Note cracked CMU at top right above loading dock door.

Any cracked CMU should be repaired with a structural grade epoxy and painted as part of routine maintenance to prevent further deterioration due to water infiltration and the freeze thaw cycle.

Photo 15 – Detail View of Cracked CMU Above Loading Dock Doorway (2)

*New Jersey Office:*
**A** 1331 Stuyvesant Ave  Union  NJ  07083
**T** 908 624 0044

*New York Office:*
**A** 47 Serene Pl  Hauppauge  NY  11788
**T** 631 885 8059

**W** www.titanengineers.com  **F** 877 364 8484


**TITAN ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 9 of 26



**Condition Level:**
Poor
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Note damaged bollards at truck unloading area.
Bollards should be designed & located properly to
protect doorways from trailer impacts.

Photo 16 – View of Damaged Bollards at Truck Unloading Area



**Condition Level:**
Fair to Poor
**Structural Concern Level:**
Moderate
**Comments and Recommendations:**
Various portions of the drive aisles and parking areas
exhibit signs of severe alligatoring of existing asphalt
pavement and deterioration in some areas to the
subgrade as depicted in this photo.

Milling of existing asphalt and new asphalt overlay is
recommended. Sealcoating & striping of new asphalt
is also recommended.

Photo 17 – Detail View of Deteriorated Asphalt in Drive Aisle



**Condition Level:**
Fair to Poor
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Note damaged bollards at corner of building.  Bollards
should be designed & located properly to protect
building from truck traffic.

Not RPZ overflow drain through CMU wall.

Photo 18 – View of Damaged Bollards at Southwest Corner of Building

*New Jersey Office:*
**A** 1331 Stuyvesant Ave  Union  NJ  07083
**T** 908 624 0044

*New York Office:*
**A** 47 Serene Pl  Hauppauge  NY  11788
**T** 631 885 8059

**W** www.titanengineers.com  **F** 877 364 8484



# TITAN
# ENGINEERS PC

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 10 of 26



**Condition Level:**
Poor
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Note damaged concrete along westerly drive aisle at rear of building.

Photo 19 – View of Damaged Concrete Curbing Along Westerly Drive Aisle



**Condition Level:**
Poor
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Many areas of curbing have been damaged throughout this area of the property and require replacement.

Photo 20 – Detail View of Damaged Concrete Curbing Along Westerly Drive Aisle



**Condition Level:**
Good
**Structural Concern Level:**
None
**Comments and Recommendations:**
Striping & Sealcoating should be completed as part of regular maintenance to extend life of newly installed pavement.

Photo 21 – View of New Asphalt Pavement on South Side of K-Mart between LA Fitness Site

NEW JERSEY OFFICE:
A 1331 STUYVESANT AVE  UNION  NJ  07083
T 908 624 0044

NEW YORK OFFICE:
A 47 SERENE PL  HAUPPAUGE  NY  11788
T 631 885 8059

W WWW.TITANENGINEERS.COM  F 877 364 8484



**TITAN
ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 11 of 26



**Condition Level:**
Good
**Structural Concern Level:**
None
**Comments and Recommendations:**
Striping & Sealcoating should be completed as part of regular maintenance to extend life of newly installed pavement.

Photo 22 – View of New Asphalt Pavement of Main Drive Aisle of K-Mart between LA Fitness Site



**Condition Level:**
Fair
**Structural Concern Level:**
Moderate
**Comments and Recommendations:**
Various areas of drive aisle and parking areas require improvement. Some areas in worse condition than other areas. It appears the main drive aisle in front of the store has been maintained/repaired more than other areas.
Milling of existing asphalt and new asphalt overlay is recommended. Sealcoating & striping of new asphalt is also recommended.

Photo 23 – View North of Drive Aisle in Front of K-Mart



**Condition Level:**
Poor
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Many areas of curbing have been damaged throughout the landscaped islands at the property and require replacement.

Photo 24 – Typical View of Damaged Concrete Curbing on Landscaped Island

*NEW JERSEY OFFICE:*
**A** 1331 STUYVESANT AVE  UNION  NJ  07083
**T** 908 624 0044

*NEW YORK OFFICE:*
**A** 47 SERENE PL  HAUPPAUGE  NY  11788
**T** 631 885 8059

**W** WWW.TITANENGINEERS.COM  **F** 877 364 8484


**TITAN**
**ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 12 of 26



**Condition Level:**
Poor
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Many areas of curbing have been damaged throughout the landscaped islands at the property and require replacement.

Photo 25 – Detail View of Damaged Concrete Curbing on Landscaped Island



**Condition Level:**
Fair to Poor
**Structural Concern Level:**
Moderate
**Comments and Recommendations:**
Various portions of the drive aisles and parking areas exhibit signs of severe alligatoring of existing asphalt pavement and deterioration in some areas to the subgrade as depicted in this photo.

Milling of existing asphalt and new asphalt overlay is recommended.

Photo 26 – Detail View of Deteriorated Asphalt in Easterly Parking Area



**Condition Level:**
Poor
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Many areas of curbing have been damaged along the drive aisles at the property and require replacement.

Photo 27 – Typical View of Damaged Concrete Curbing Along Drive Aisle

NEW JERSEY OFFICE:
A 1331 STUYVESANT AVE  UNION  NJ  07083
T 908 624 0044

NEW YORK OFFICE:
A 47 SERENE PL  HAUPPAUGE  NY  11788
T 631 885 8059

W WWW.TITANENGINEERS.COM  F 877 364 8484


# TITAN
## ENGINEERS PC

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 13 of 26



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
The far easterly portion of the parking area appears to get less usage and is generally in better condition although maintenance is recommended with sealcoating and striping if not milled and overlaid.

Photo 28 – View North of Easterly Parking Area (Furthest from K-Mart Building)



**Condition Level:**
General View
**Structural Concern Level:**
NA
**Comments and Recommendations:**
None.

Photo 29 – General View of Main Signage for Expressway Plaza



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
The far easterly portion of the parking area appears to get less usage and is generally in better condition although maintenance is recommended with sealcoating and striping

Photo 30 – View West of Easterly Parking Area (Toward K-Mart Building)

*NEW JERSEY OFFICE:*
**A** 1331 STUYVESANT AVE  UNION  NJ  07083
**T** 908 624 0044

*NEW YORK OFFICE:*
**A** 47 SERENE PL  HAUPPAUGE  NY  11788
**T** 631 885 8059

**W** WWW.TITANENGINEERS.COM  **F** 877 364 8484


**TITAN ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 14 of 26

|  | **Condition Level:**<br>Good to Fair<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>The light pole base foundation mounting hardware should receive regular maintenance for the anchor rods and associated hardware. |
|---|---|
| Photo 31 – View of Typical Lot Light Pole Foundation | |
|  | **Condition Level:**<br>Poor<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>This landscaped island contains damaged curbing, a damaged stop sign and damaged storm drain curb inlet have been damaged along the drive aisles. |
| Photo 32 – View of Damaged Curbing, Stop Sign and Curb Inlet | |
|  | **Condition Level:**<br>Poor<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>This cast iron curb inlet requires repair and replacement. |
| Photo 33 – Detail View of Damaged Curb Inlet | |

*New Jersey Office:*
**A** 1331 Stuyvesant Ave  Union  NJ  07083
**T** 908 624 0044

*New York Office:*
**A** 47 Serene Pl  Hauppauge  NY  11788
**T** 631 885 8059

**W** www.titanengineers.com  **F** 877 364 8484



**TITAN ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 15 of 26



| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:**<br>Regular maintenance required at façade. Cracks in split face CMU should be repaired using structural grade injection epoxy adhesive. |

**Photo 34 – View of Canopy Area at Main Entrance**



| | **Condition Level:**<br>Fair<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>Regular maintenance required at façade. Cracks in split face CMU should be repaired using structural grade injection epoxy adhesive. |

**Photo 35 – Detail View of Canopy Area at Main Entrance**



| | **Condition Level:**<br>Fair<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>Regular maintenance required at façade canopy. |

**Photo 36 – View of Canopy Soffit Area**

*New Jersey Office:*
**A** 1331 Stuyvesant Ave  Union  NJ  07083
**T** 908 624 0044

*New York Office:*
**A** 47 Serene Pl  Hauppauge  NY  11788
**T** 631 885 8059

**W** www.titanengineers.com  **F** 877 364 8484


**TITAN**
**ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 16 of 26



| | |
|---|---|
| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:**<br>None. |

Photo 37 – General View of Interior Retail Cash Register Checkout Area



| | |
|---|---|
| | **Condition Level:**<br>Fair<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>Paint peeling most likely due to prior roof leaks that have reportedly since been repaired with TPO roofing replacement in 2011.<br><br>CMU wall requires scraping, priming and painting. |

Photo 38 – View of Easterly Wall at Store Entrance/Exit Area



| | |
|---|---|
| | **Condition Level:**<br>Fair<br>**Structural Concern Level:**<br>Minor<br>**Comments and Recommendations:**<br>Paint peeling most likely due to prior roof leaks that have reportedly since been repaired with TPO roofing replacement in 2011.<br><br>CMU wall along front interior of building requires scraping, priming and painting. |

Photo 39 – Detail View of Easterly Wall at Store Entrance/Exit Area

*NEW JERSEY OFFICE:*
**A** 1331 STUYVESANT AVE  UNION  NJ  07083
**T** 908 624 0044

*NEW YORK OFFICE:*
**A** 47 SERENE PL  HAUPPAUGE  NY  11788
**T** 631 885 8059

**W** WWW.TITANENGINEERS.COM  **F** 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 17 of 26



| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:**<br>None. |
|---|---|

Photo 40 – General View of Electrical Panel Area



| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:**<br>None. |
|---|---|

Photo 41 – General View of Rear Storage Area and Natural Gas-Fired Space Heaters



| | **Condition Level:**<br>General View<br>**Structural Concern Level:**<br>NA<br>**Comments and Recommendations:**<br>None. |
|---|---|

Photo 42 – General View of Fire and Domestic Water Supply Piping

*NEW JERSEY OFFICE:*
A 1331 STUYVESANT AVE  UNION  NJ  07083
T 908 624 0044

*NEW YORK OFFICE:*
A 47 SERENE PL  HAUPPAUGE  NY  11788
T 631 885 8059

W WWW.TITANENGINEERS.COM  F 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ1819B
08.29.2018 revised
*Privileged and Confidential*
Page 18 of 26



**Condition Level:**
General View
**Structural Concern Level:**
NA
**Comments and Recommendations:**
Fire Water Inspection up to date according to inspection tag.



Photo 43 – View of Fire Water Inspection Tag



**Condition Level:**
Good to Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Evidence of prior roof leaks at rear of building inside CMU wall in water supply room.



Photo 44 – View of Interior CMU in Water Supply Room



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
Evidence of prior roof leaks at rear of building inside CMU wall in water supply room with detailed view of rust of horizontal reinforcement in CMU mortar joints due to prior water infiltration in water supply room.

Recommended to clean and prepare surface to prevent further rust from prior moisture infiltration.

Photo 45 – Detail View of Interior CMU Mortar Joints in Water Supply Room

NEW JERSEY OFFICE:
A 1331 STUYVESANT AVE  UNION  NJ  07083
T 908 624 0044

NEW YORK OFFICE:
A 47 SERENE PL  HAUPPAUGE  NY  11788
T 631 885 8059

W WWW.TITANENGINEERS.COM  F 877 364 8484


**TITAN ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 19 of 26



**Condition Level:**
Fair to Poor
**Structural Concern Level:**
Moderate
**Comments and Recommendations:**
It is recommended to check the incoming fire water pipe thoroughly with an ultrasonic thickness gauge to confirm safety of pipe by a reputable contractor as surface is significantly corroded.

Photo 46 – Detail View of Incoming Fire Water Pipe Deterioration



**Condition Level:**
Good
**Structural Concern Level:**
None
**Comments and Recommendations:**
No obvious defects or deterioration noted in structural steel framework of building in observable areas in rear warehouse area.

No in-depth structural analysis conducted as part of this report on any of the framing within the subject building.

Photo 47 – View of Structural Joists in Rear Warehouse Area



**Condition Level:**
Fair
**Structural Concern Level:**
None
**Comments and Recommendations:**
Although rooftop HVAC appeared to be generally in serviceable condition it was noted that the units are 25± years old and may be near the end of their estimated useful life.

16 units observed ranging in size from 3 to 15 tons.

Photo 48 – View of Typical AAON Rooftop Package HVAC Unit

*New Jersey Office:*
A 1331 Stuyvesant Ave  Union  NJ  07083
T 908 624 0044

*New York Office:*
A 47 Serene Pl  Hauppauge  NY  11788
T 631 885 8059

W www.titanengineers.com   F 877 364 8484



**TITAN ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 20 of 26



**Condition Level:**
Fair
**Structural Concern Level:**
None
**Comments and Recommendations:**
Although rooftop HVAC appeared to be generally in serviceable condition it was noted that the units are 25± years old and may be near the end of their estimated useful life.

16 units observed ranging in size from 3 to 15 tons.

Photo 49 – Detail View of Typical AAON Rooftop Package HVAC Unit



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
The gutter mounted along the rear of the roof provides drainage.  It appears that this gutter was replaced as part of the roof repairs reportedly made in 2011.

It was evident that prior to the gutter replacement, poor drainage existed and caused deterioration to some of the rear CMU at the building.

Photo 50 – View of Gutter at Rear of Roof



**Condition Level:**
Good to Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
The TPO roof replacement was reportedly made in 2011.

It was evident that prior to the gutter replacement, poor drainage existed and damage some of the rear CMU at the building.

Photo 51 – View of TPO Roof and Exhaust Fans

*NEW JERSEY OFFICE:*
**A** 1331 STUYVESANT AVE  UNION  NJ  07083
**T** 908 624 0044

*NEW YORK OFFICE:*
**A** 47 SERENE PL  HAUPPAUGE  NY  11788
**T** 631 885 8059

**W** WWW.TITANENGINEERS.COM  **F** 877 364 8484



**TITAN**
**ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 21 of 26



**Condition Level:**
Good to Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
The TPO roof replacement was reportedly made in 2011.

It was evident that prior to the gutter replacement, poor drainage existed and damage some of the rear CMU at the building.

Photo 52 – View East of TPO Roof and HVAC Units



**Condition Level:**
Good to Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
The TPO roof replacement was reportedly made in 2011.

It was evident that prior to the roof replacement, leaks along the front wall behind this parapet damaged the paint along the inside of the CMU wall at the front of the store.

Photo 53 – View East of TPO Roof and Parapet for Main Signage



**Condition Level:**
Good to Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
The TPO roof replacement was reportedly made in 2011.
It was evident that prior to the roof replacement, leaks along the front wall behind this parapet damaged the paint along the inside of the CMU wall at the front of the store. Roof repairs appeared to be in good condition.

Photo 54 – Detail View South of TPO Roof and Parapet Waterproofing

*NEW JERSEY OFFICE:*
**A** 1331 STUYVESANT AVE UNION NJ 07083
**T** 908 624 0044

*NEW YORK OFFICE:*
**A** 47 SERENE PL HAUPPAUGE NY 11788
**T** 631 885 8059

**W** WWW.TITANENGINEERS.COM  **F** 877 364 8484


**TITAN**
**ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ1819B
08.29.2018 revised
*Privileged and Confidential*
Page 22 of 26



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
The TPO roof replacement was reportedly made in 2011.
It was evident that one area in the Women's Clothing Department had a roof leak that was reportedly being addressed by management and maintenance staff along with their roofer.



Photo 55 – View of Evidence of Roof Leak



**Condition Level:**
General View
**Structural Concern Level:**
NA
**Comments and Recommendations:**
None.

Photo 56 – General View of Shopping Area (Women's Clothing Dept)



**Condition Level:**
Fair
**Structural Concern Level:**
Minor
**Comments and Recommendations:**
A portion of the concrete sidewalk flatwork was noted to be in fair condition with some areas deteriorated and requiring repair.

Photo 57 – View of Damaged Concrete Sidewalk Along Front of Store

NEW JERSEY OFFICE:
A 1331 STUYVESANT AVE  UNION  NJ  07083
T 908 624 0044

NEW YORK OFFICE:
A 47 SERENE PL  HAUPPAUGE  NY  11788
T 631 885 8059

W WWW.TITANENGINEERS.COM  F 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 23 of 26

## Additional Studies and Other Recommendations:

1. It is recommended that a selected group of reputable contractors prepare written bids for the work described in this report for evaluation by the property ownership as related to the following areas:
   a. Asphalt Repairs (Milling & Overlay, Sealcoating & Striping
   b. Storm Drain & Sanitary Structure Repairs
   c. Curbing & Concrete Flatwork Replacement & Repairs
   d. Painting and miscellaneous repairs of South, West & North CMU façades along sides and rear of building.
   e. HVAC Rooftop Package Unit replacement
   f. Addition of Lawn Sprinkler System and Landscape Improvements

2. The fire water piping should be evaluated by a qualified technician to determine the safety of the pipe due to thickness.

3. No other additional reports recommended at this time.

*New Jersey Office:*
A 1331 Stuyvesant Ave  Union  NJ  07083
T 908 624 0044

*New York Office:*
A 47 Serene Pl  Hauppauge  NY  11788
T 631 885 8059

W www.titanengineers.com  F 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 24 of 26

# 5: Limitations, Exceptions, Special Terms and Conditions

## 5.1 Professional Responsibility

This Report summarizes the independent conclusions representing our professional judgment based on the information and data available to Titan during the course of this assignment in a manner consistent with that level of care and skill ordinarily exercised by comparable professional firms under similar circumstances within the same geographical region at the time the services were performed. No other representations to the Client, expressed or implied, and no warranty or guarantee is included or intended hereunder, or in any report, opinion, document or otherwise. To the fullest extent permitted by law, Client shall hold harmless, defend and indemnify Titan and each of their owners, directors, employees, heirs, successors and assigns from any and all claims, damages, losses, judgments and expenses arising out of improper dissemination or execution of the findings contained within this report.

## 5.2 Significant Assumptions

Information provided by the Client, owner, public entities, knowledgeable representatives or others noted within this report has been assumed to be correct, complete, and factual unless otherwise contradicted or documented.

## 5.3 Reliance

The performance of this service comprises both a written document and verbal consultation. This document was prepared for the sole use of the Client, its successors, representatives and assigns, and should not be relied upon by any third party without written consent from Titan. Only signed and sealed hardcopies of reports are considered final.

## 5.4 Methodology

Observation of the subject property was limited to readily visible and accessible areas only. Observations in regards to any potential environmental hazards, physical probing, testing, measuring, or preparing calculations for any system or component to determine adequacy, capacity, or compliance with any standard is outside the scope of this service.

*New Jersey Office:*
A 1331 Stuyvesant Ave  Union  NJ  07083
T 908 624 0044

*New York Office:*
A 47 Serene Pl  Hauppauge  NY  11788
T 631 885 8059

W www.titanengineers.com   F 877 364 8484



**TITAN**
**ENGINEERS PC**

Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 25 of 26

## 6: Qualifications

# NICHOLAS C WONG PE
### PRINCIPAL

The principal and founder of TITAN ENGINEERS PC brings to the organization an extensive level of experience in structural design and familiarity with architectural building systems. He is currently responsible for building design services and all other structural engineering consulting services as well as the evaluation and investigation of existing buildings. He has been responsible for the design and evaluation of real estate valued in excess of eight billion dollars ($8,000,000,000.00) over his career. Mr. Wong has performed numerous building investigations, structural condition evaluations, and structural engineering design services in multiple states including retail, office, residential, educational, sports complexes, and transportation facilities with construction types varying from high-rise steel and concrete to conventional residential light framing. He directs TITAN with a hands-on approach and personally takes the lead as project manager on many of TITAN's projects

EDUCATION
Rutgers University, New Brunswick, NJ
      Masters of Science in Structural Engineering
      Bachelors of Science in Civil Engineering

CERTIFICATIONS AND LICENSES:
Licensed Professional Engineer
      State of Connecticut, #24637
      State of Delaware, #13937
      State of Maine, #12516
      State of Maryland, #31151
      State of Massachusetts, #46461
      State of New Hampshire, #13349
      State of New Jersey, #44219
      State of New York, #083390
      State of Pennsylvania, #71890
      State of Rhode Island, #8416
      State of Vermont, #74677
      State of Virginia, #40812

EXPERT TESTIMONY
Served as expert witness for the purposes of the investigation and study of various structural collapses.

MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS:
American Society of Civil Engineers
American Concrete Institute
Structural Engineering Institute

*NEW JERSEY OFFICE:*
A 1331 STUYVESANT AVE  UNION  NJ  07083
T 908 624 0044

*NEW YORK OFFICE:*
A 47 SERENE PL  HAUPPAUGE  NY  11788
T 631 885 8059

W WWW.TITANENGINEERS.COM  F 877 364 8484



Midwood Management Corp.
K-Mart
2280 N Ocean Ave, Farmingville, NY 11738
TEPC Project No.: TJ18198
08.29.2018 revised
*Privileged and Confidential*
Page 26 of 26

# CHARLES H CLACKETT
## BRANCH MANAGER | VICE-PRESIDENT

As Vice-President and our New York Branch Manager, Mr. Clackett brings to Titan Engineers PC over twenty-five (25) years of engineering experience with a diverse technical background that focused on engineering project management, financial and operational analytical skills. Currently he focuses on new business development, design of many types of earth retention walls and building evaluations.

He has completed over 300 property condition assessment and construction loan monitoring reports and engineering inspections throughout the country. He has been responsible for preparing numerous civil engineering site plan packages for national retailers including 7-Eleven & Lowe's Home Improvement Stores in addition to various banks such as Wachovia and Bank of America throughout the Long Island and New York metropolitan area while managing the development process associated with all required approvals from various municipal jurisdictions. In this role, his staff prepared over 100 Conceptual Plans for 7-Eleven in the Long Island region. He has experience with structural evaluations of buildings and has designed various styles of mechanically stabilized earth retention walls. In addition, he was the engineering project manager for the development of a new charter school facility on eastern Long Island while preserving historic structures on the site.

In a former role as engineering manager for the New York office of a national engineering consulting firm, Mr. Clackett was responsible to initiate and grow the local office with environmental and engineering due diligence projects throughout the nation. He has conducted property condition assessments and construction monitoring in over thirty states across the country for REITs, CMBS lenders, banks, developers and other forms of lenders, government agencies and investors. Property types inspected range from high-rise towers, office buildings, large shopping centers, hotels, condominium buildings, nursing homes, warehouses, industrial manufacturing facilities, to storage facilities and mobile home parks. Reports have been prepared for many clients including the following: JP Morgan, GE Real Estate Capital, GMAC, Builders Bank, CIBC, Trans America Financial, Goldman Sachs, Fannie Mae, HUD, Prudential, Merrill Lynch, Principal Capital Management, Bank of America, AIMCO, iStar Financial, Care One, Heller Financial, Key Bank, Legg Mason, ING, Bear Stearns, Prudential Mortgage Capital Company, North Marq Capital, Washington Mutual, First Union Bank, Deustche Bank Securities among many others.

EDUCATION:
State University of New York at Buffalo
Bachelor of Science Degree-Civil Engineering, 1990

CERTIFICATIONS:
EIT – State of New York, 1991

MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS:
American Society of Civil Engineers

*New Jersey Office:*
A 1331 Stuyvesant Ave  Union  NJ  07083
T 908 624 0044

*New York Office:*
A 47 Serene Pl  Hauppauge  NY  11788
T 631 885 8059

W www.titanengineers.com  F 877 364 8484

**FF Client:**         **Midwood Managing Corp.
(20588.114)**

**Project Address:**    2280 North Ocean Avenue
Expressway Plaza
Farmingdale, New York 11738

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                 ) ss.:
COUNTY OF NASSAU       )

     I, Theresa M. Spano, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

     On September 12, 2018, I served the within **Notice of Default and Thirty (30) Day Notice to Cure** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

     KMART CORPORATION

     333 Beverly Road

     Hoffman Estate, Illinois 60179

     Attn:  Divisional Vice President – Real Estate Department 824E

     Tracking No.: 7015-0640-0007-8184-1031

                                        Theresa M. Spano

Sworn to before me this
12th day of September, 2018

     Notary Public

BILLY SWINDLER
Notary Public, State of New York
No. 01SW6010722
Qualified in Queens County
Commission Expires July 20, 2022

*30 day*

# CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>333 Beverly Road<br>Hoffman Estate, Illinois 60179<br>Attn: Divisional Vice President – Real Estate Department 824E | 09/07 2018<br>9/12/18 |
|---|---|---|
| CLIENT | 20588-114 | |
| CERT # | 7015-0640-0007-8184-1031 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | $ |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

20588-114

UNION TOWER RXR PLAZA
SEP
Postmark Here
USPS 11556

Sent To   KMART CORPORATION
Street and   333 Beverly Road
   Hoffman Estate, Illinois 60179
City, State   Attn  Divisional Vice President – Real Estate Department 824E

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KMART CORPORATION
   333 Beverly Road
   Hoffman Estate, Illinois 60179
   Attn: Divisional Vice President –
     Real Estate Department 824E

9590 9403 0880 5223 0515 51

2. Article Number *(Transfer from service label)*
   7015 0640 0007 8184 1031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  ☐ Agent
       ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   C COVNEN   9/17/18
D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery ($500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**FF Client:**          **Midwood Managing Corp.**
                        **(20588.114)**

**Project Address:**    2280 North Ocean Avenue
                        Expressway Plaza
                        Farmingdale, New York 11738

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NASSAU             )

I, Theresa M. Spano, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On September 12, 2018, I served the within **Notice of Default and Thirty (30) Day Notice to Cure** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

KMART CORPORATION

3100 West Big Beaver Road

Troy, Michigan 48084

Tracking No.: 7015-0640-0007-8184-1017

Theresa M. Spano

Sworn to before me this
12th day of September, 2018

Notary Public

BILLY SWINDLER
Notary Public, State of New York
No. 01SW6010722
Qualified in Queens County
Commission Expires July 20, 2022

*30 day*

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>3100 West Big Beaver Road<br>Troy, Michigan 48084 | 09/07/2018<br>9/12/918 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 7015 0640 0007 8184 1017 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
KMART CORPORATION
Street and Apt. No., or PO Box No.
3100 West Big Beaver Road
City, State, ZIP+4®
Troy, Michigan 48084

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0007 8184 1017

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KMART CORPORATION
3100 West Big Beaver Road
Troy, Michigan 48084

9590 9403 0880 5223 0515 37

2. Article Number (Transfer from service label)
7015 0640 0007 8184 1017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                 ☐ Agent
                                  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                  9/12/18
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

FF\770539.1

# EXHIBIT B

**NOTICE OF DEFAULT AND**
**FIFTEEN (15) DAY NOTICE TO CURE**

September 6, 2018

By Certified Mail Return Receipt Requested
To:        KMART CORPORATION
           333 Beverly Road
           Hoffman Estate, Illinois 60179
           Attn: Divisional Vice President – Real Estate Department 824E

           KMART CORPORATION
           3100 West Big Beaver Road
           Troy, Michigan 48084

Premises:  2280 North Ocean Avenue
           Expressway Plaza
           Farmingville, New York 11738

Tenant of the above-referenced premises:

PLEASE TAKE NOTICE that you are in default under the lease (the "Lease"), executed on or about December 20, 1991 between Kmart Corporation as Tenant ("Tenant") and Farmingville Associates as Landlord, and as assigned to Expressway Plaza I LLC and Farmingville Associates Phase 1, LLC by assignment dated October 20, 2016, ("Landlord"), as amended and extended, by virtue of the following:

Pursuant to Article 30 of the Lease, Tenant assumed the obligation to maintain certain portions of the Common Area (as defined in the Lease).

Because of Tenant's failure to comply with its maintenance obligations under the Lease, by Notice dated November 8, 2017, Landlord exercised its rights under Article 25(F) to perform emergency repair work (the "Emergency Work") at Tenant's cost and expense.  A copy of the November 8, 2017 Notice is annexed hereto as Exhibit A.

On or about April 4, 2018, Landlord invoiced Tenant for the costs of performing the Emergency Work.  Copies of such invoices are collectively annexed hereto as Exhibit B.

Pursuant to Article 25(F) of the Lease, the sums expended by Landlord shall be deemed additional rent and shall be reimbursed by Tenant upon demand, together with interest at eighteen (18%) per annum.

Notwithstanding the Emergency Work notice, and being invoiced for the Emergency Work, Tenant has failed to pay for same.  A copy of the invoice for the Emergency Work is annexed hereto as Exhibit B.

As such, $215,426.88 plus interest in the amount of $24,593.65 (as set forth in the attached Exhibit C) for a total of $240,020.53 as Additional Rent under the Lease is currently due and owing to Landlord.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article 25 of the Lease, unless you cure the defaults noticed within the Notice on or before the expiration of fifteen (15) days from service of this Notice upon you the Landlord will serve you with a notice of election to end the term of the Lease at the expiration of ten (10) days from the date of service of such Notice upon you and upon expiration of such Notice the Landlord will commence summary proceedings to evict you from the premises and obtain a money judgment against you for the value of the premises' rent and fair use and occupancy during any holdover in addition to any additional rent, charges and late fees that may accrue prior to the date of judgment with interest together with the legal fees and costs associated with the prosecution of the action.

Expressway Plaza I, LLC and
Farmingville Associates Phase 1, LLC
as Tenants in Common

By: _____
Midwood Management Corp., as agent
John Usdan, Chief Executive Officer

# **Exhibit A**

**FARMINGVILLE ASSOCIATES PHASE I, LLC and
EXPRESSWAY PLAZA I LLC**
c/o Midwood Management Corp.
430 Park Avenue, Suite 505
New York, New York 10022

November 8, 2017

**VIA Certified Mail – Return Receipt Requested**
Kmart Corporation
3333 Beverly Road
Hoffman Estates, Illinois 60179
Attn:    Divisional Vice President - Real Estate Department 824RE

Re:    Lease dated December 20, 1991 (as amended and extended, the "**Lease**") between
Farmingville Associates Phase I LLC and Expressway Plaza I LLC, as tenants-in-
common, (collectively, "**Landlord**") and KMART Corporation., (the "**Tenant**")
for space at the premises located at 2280-2350 North Ocean Avenue,
Farmingville, New York (the "**Premises**")

Ladies and Gentlemen:

Reference is made to the Lease; capitalized terms used, but not otherwise defined in
this notice (the "**Notice**"), shall have the meanings given to such terms in the Lease.

**PLEASE TAKE NOTICE** that Tenant is in breach of Tenant's obligation to maintain
the Common Area parking lot and drive lanes, which obligation Tenant assumed (in accordance
with Article 30 of the Lease) by notice to Landlord dated October 10, 2012. The work required
to be performed on the drive lanes as a result of said breach (the "**Work**") is set forth on Exhibit
A to this Notice and you can reach out to Landlord's portfolio manager Peter Pollani (516) 732-
8977; ppollani@midwoodid.com) if you have any questions regarding the Work or the
maintenance required to be performed by Tenant to the rest of the parking lot Common Area.

**PLEASE TAKE FURTHER NOTICE** that after a recent inspection by the town of
Brookhaven, Landlord was informed that due to weather conditions, the Work must    be
completed by November 21, 2017. As a result of Tenant's failure to perform the required
maintenance, Landlord hereby exercises its right pursuant to Section 25(F) of the Lease to
perform Tenant's obligations at the cost and expense of Tenant and, given the timing imposed by
the Town of Brookhaven, this constitutes an emergency under Section 25(F) which does not
permit Tenant the cure period provided by the Lease.    Note that the Work only addresses the
drive lane issues, which constitute an emergency, and does not include standard parking lot
maintenance and repair which remains the responsibility of Tenant and must be performed
within thirty (30) days of this notice to avoid an Event of Default under the Lease.

**PLEASE BE ADVISED** that Landlord has not waived any of its rights or remedies
under the Lease or any requirement of Tenant's compliance with any provision of the Lease and
expects Tenant to honor all of its obligations thereunder, including, without limitation, the
maintenance obligations that are the subject of this Notice. Landlord expressly reserves all of its

rights and remedies, whether pursuant to the Lease, at law or in equity on account of Tenant's failure to comply with the covenants and obligations contained in the Lease.

Very Truly Yours,

FARMINGVILLE ASSOCIATES PHASE 1 LLC
and EXPRESSWAY PLAZA I LLC

By:    Midwood Management Corp., as
agent

By: _____
Name: John Usdan
Title:  Chief Executive Officer

cc:     *(via Certified Mail – Return Receipt Requested)*
        Kmart Corporation
        3333 Beverly Road
        Hoffman Estates, Illinois  60179
        Attn:    Associate General Counsel, Real Estate Department 824RE


cc:     *(via E-MAIL ONLY)*
        Bradlev.Pukas@searshc.com
        Real Estate Manager, Sears Holdings Corporation

EXHIBIT A

The Work

**Rebrick Drywell:**

1. REBRICK DRAIN COVER: Five Covers (5)
2. Saw cut & remove asphalt around drywell cover and dispose of asphalt.
3. Excavate area and remove casting
4. Remove and replace bricks as necessary
5. Backfill.
6. Install RCA base blend and compact

**Remove and Replace:**

1. PATCH: Remove and replace 10200 sf in 14 areas.
2. Saw cut asphalt
3. Add recycled crushed concrete base blend as needed and compact.
4. Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to an average depth of 2".
5. Apply hot tar to seams of patches to prevent water infiltration.
6. Remove and replace sidewalk in 2 areas approximately 10 sf Curbs
7. Remove and replace curbing approximately 26 lf in 2 areas.

**Reconstruct Parking Area:**

1. RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500sf
2. Job to include:
3. Mill existing pavement and dispose of offsite.
4. Add RCA as necessary.
5. Regrade base blend and compact.
6. Adjust steel manhole covers and drains as necessary to new grade.
7. **Pave area with:**
    a. 2" of binder asphalt after compaction
    b. 1 & 1/2" of NY State Top asphalt after compaction
8. Restripe parking area.

# Exhibit B

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595


C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179


| Tenant Name: | K MART # 4871 |
|---|---|
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |


| | |
|---|---|
| 2018 MISC INCOME Expense | 184,468.75 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| | |
| Total Recoverable Expense for Current Year | 184,468.75 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 184,468.75 |
| | |
| Tenant Share | 100.00% |
| | |
| Total Amount Due for 2018 Before Cap | 184,468.75 |
| Cap for Year | |
| | |
| Total Due for Expense Period | 184,468.75 |
| Occupancy Percentage for Year | 100.00% |
| **Total Amount Due** | **184,468.75** |

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 11/28/2017 | 16703 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollani

**JOB NAME**

Paving completed 11/27/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Reconstruct Parkin... | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf SEE Diagram. Job to include:<br>1) Mill existing pavement and dispose of off site.<br>2) Add RCA as necessary.<br>3) Regrade base blend and compact.<br>4) Adjust steel manhole covers and drains as necessary to new grade.<br>5) Pave area with:<br>    2" of binder asphalt after compaction<br>    1 1/2" of NY State Top asphalt  after compaction<br>6) Restripe parking area<br>NOTE: Price based on existing asphalt being no more than 2" thick<br>Please sign date and return certificate of capital improvement. Thank you!! | 184,468.75 |
|  | Sales Tax - Suffolk County | 0.00 |

Retain this copy for your records.

| | Total | $184,468.75 |

Good Service and quality work deserves quick payment.

Page 2



New York State Department of Taxation and Finance
New York State and Local Sales and Use Tax

# Certificate of Capital Improvement

**ST-124**
(2/12)

After this certificate is completed and signed by both the customer and the contractor performing the capital improvement,
it must be kept by the contractor.

**Read this form completely before making any entries.**

This certificate may not be used to purchase building materials exempt from tax.

| Name of customer (print or type) | Name of contractor (print or type) |
|---|---|
| Midwood Miami Corp | DuMor Construction Inc |
| Address (number and street) | Address (number and street) |
| 450 Park Ave Suite 505 | 42 Grant Ave |
| City    State    ZIP code | City    State    ZIP code |
| New York NY 10022 | Bay Shore    NY    11706 |
| Sales tax Certificate of Authority number (if any) | Sales tax Certificate of Authority number (if any) |
| | 11-2607081 |

## To be completed by the customer

Describe capital improvement to be performed:

Pave - Reconstruct Drive Lane & area

| Project name |
|---|
| Expressway Plaza |
| Street address (where the work is to be performed)    City    State    ZIP code |
| North Ocean Ave    Farmingville    NY    11738 |

I certify that:
- I am the (mark one) ☐ owner ☐ tenant of the real property identified on this form; and
- the work described above will result in a capital improvement to the real property within the guidelines of this form; and
- this contract (mark one) ☐ includes ☐ does not include the sale of any tangible personal property that, when installed, does not
  become a permanent part of the real property (for example, a free-standing microwave or washing machine).

I understand that:
- I will be responsible for any sales tax, interest, and penalty due on the contractor's total charge for tangible personal property and for
  labor if it is determined that this work does not qualify as a capital improvement; and
- I will be required to pay the contractor the appropriate sales tax on tangible personal property (and any associated services)
  transferred to me pursuant to this contract when the property installed by the contractor does not become a permanent part of the
  real property; and
- I will be subject to civil or criminal penalties (or both) under the Tax Law if I issue a false or fraudulent certificate.

| Signature of customer | Title | Date |
|---|---|---|
| | | |

## To be completed by the contractor

I, the contractor, certify that I have entered into a contract to perform the work described by the customer named above, and that I
accept this form in good faith. (A copy of the written contract, if any, is attached.) I understand that my failure to collect tax as a result of
accepting an improperly completed certificate will make me personally liable for the tax otherwise due, plus penalties and interest.

| Signature of contractor | Title | Date |
|---|---|---|
| Christine O'Donnell | Office Mgr. | 11/28/17 |

**This certificate is not valid unless all entries are completed.**

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595

C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179

| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 26, 2018 |

| | |
|---|---|
| 2017 MISC INCOME Expense | 18,411.94 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| | |
| Total Recoverable Expense for Current Year | 18,411.94 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 18,411.94 |
| | |
| Tenant Share | 40.00% |
| | |
| | |
| Total Due for Expense Period | 7,364.78 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 7,364.78 |

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY  11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16720 |

| BILL TO |
|---------|
| Midwood Management<br>430 Park Avenue<br>Suite 505<br>New York, NY  10022<br>Attn: Mr. Peter Pollani |

| JOB NAME |
|----------|
| Completed 12/6/17 |

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Restripe | RESTRIPE: Front lot and drive lanes | 0.00T |
|  | 1) Repaint all traffic lines and markings the same as before with |  |
|  | latex traffic paint, which meets  all EPA laws regarding VOC to |  |
|  | include: |  |
|  | 3 Speed Bumps |  |
|  | 500 LF of double yellow lines |  |
|  | 100 LF 2' thick yellow lines at entrance |  |
|  | 7 Stop Bars |  |
|  | 9 No Parking/Fire Zone stencils |  |
|  | 2000 lf yellow hash lines |  |
|  | 20 Handicap stalls |  |
|  | 4 Crosswalks |  |
|  | 2 large arrows. |  |
| Total | Total price for job, not including NYS sales tax | 16,950.00T |
|  | Sales Tax - Nassau County | 1,461.94 |

| Please return one copy with payment. Thank You!!! | **Total** | $18,411.94 |
|---|---|---|

Good Service and quality work deserves quick
payment.

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY  11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16720 |

## BILL TO

Midwood Management
430 Park Avenue
Suite 505
New York, NY  10022
Attn: Mr. Peter Pollani

## JOB NAME

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | JOB: Express Plaza<br>    2302 -2390 North Ocean Avenue<br>    910 - 950 Horseblock Road (AKA 2280 North Ocean Avenue)<br>    Farmingville, NY |  |
| Rebrick drywell | REBRICK WATER COVER:<br>1) Saw cut & remove asphalt around drywell cover and dispose of asphalt.<br>2) Excavate area and remove casting.<br>3) Remove and replace bricks as necessary.<br>4) Backfill. Install RCA base blend and compact.<br>5) Patch area affected with NYS Type 6F asphalt approximately 2" thick.<br>6) Hot tar seams of patch to prevent water infiltration. | 0.00T |
| PATCH - R & R | PATCH: Remove and replace approximately 2850 sf in 32 areas.<br>1) Saw cut asphalt and remove or mill area down.<br>2) Add recycled crushed concrete base blend as needed and compact.<br>3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to<br>    an average depth of 2".<br>4) Apply hot tar to seams of patches to prevent water infiltration. | 0.00T |

Please return one copy with payment. Thank You!!!

**Total**

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595

C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179

| Tenant Name: | K MART # 4871 |
|---|---|
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |

| | |
|---|---:|
| 2018 MISC INCOME Expense | 58,983.38 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 58,983.38 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 58,983.38 |
| Tenant Share | 40.00% |
| Total Amount Due for 2018 Before Cap | 23,593.35 |
| Cap for Year | |
| Total Due for Expense Period | 23,593.35 |
| Occupancy Percentage for Year | 100.00% |
| **Total Amount Due** | **23,593.35** |

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Atn: Mr. Peter Pollani

**JOB NAME**

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | JOB: Express Plaza |  |
|  | 2302 -2390 North Ocean Avenue |  |
|  | 910 - 950 Horseblock Road (AKA 2280 North Ocean Avenue) |  |
|  | Farmingville, NY |  |
| Rebrick drywell | REBRICK DRAIN COVER: Five Covers (5) |  |
|  | 1) Saw cut & remove asphalt around drywell cover and dispose of asphalt. |  |
|  | 2) Excavate area and remove casting. |  |
|  | 3) Remove and replace bricks as necessary. |  |
|  | 4) Backfill. Install RCA base blend and compact. |  |
| PATCH - R & R | PATCH: Remove and replace 10,200 sf in 14 areas. |  |
|  | 1) Saw cut asphalt and remove on mill area downs |  |
|  | 2) Add recycled crushed concrete base blend as needed and compact. |  |
|  | 3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to |  |
|  | an average depth of 2". |  |
|  | 4) Apply hot tar to seams of patches to prevent water infiltration. |  |
| Walk | 1) Remove and replace sidewalk in 2 areas approximately 10 sf |  |
| Curbs | 2) Remove and replace curbing approximately 26 lf in 2 areas. |  |
| Total | Total price for taxable portion of job, not including NYS sales tax | 54,300.00T |
| Reconstruct Parkin... | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf |  |
|  | SEE Diagram |  |
|  | Job to include: |  |
|  | 1) Mill existing pavement and dispose of off site. |  |
|  | 2) Add RCA as necessary. |  |
|  | 3) Regrade base blend and compact. |  |
|  | 4) Adjust steel manhole covers and drains as necessary to |  |
|  | new grade. |  |
|  | 5) Pave area with: |  |

Please return one copy with payment. Thank You!!!

**Total**

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollani

**JOB NAME**

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | 2" of binder asphalt after compaction | |
|  | 1 1/2" of NY State Top asphalt after compaction | |
|  | 6) Restripe parking area. | |
|  | NOTE: Price based on existing asphalt being/no more | |
|  | than 2" thick | |
|  | Dumor Construction Inc will call for a utility mark out as required | |
|  | by law. There may be utilities consumer owned (not owned by | |
|  | utility company, owned by property owner) that may not be | |
|  | marked out. If deemed necessary, a private markout company | |
|  | can be hired and the cost passed along to our customer, | |
|  | usually about $500.00 for a smaller job. | |
|  | There may be permits required.(depending on Towns requirements) | |
|  | for a total restripe of lot. Site plan may be needed as well. | |
|  | DuMOR Construction Inc and any of our subcontractors will not | |
|  | be responsible for any underground wiring, pipes or utilities and | |
|  | or any other conditions buried under the existing pavement. | |
|  | Including, but not limited to sprinklers, site lighting, electric gate | |
|  | wires or traffic light actuator (traffic light loops). | |
|  | There may also be concrete covers buried under pavement due | |
|  | to improper abandoned cesspools, etc. Additional cost to repair | |
|  | any under pavement damage will be the responsibility of the owner | |
|  | of property, not the contractor or subcontractor. | |
|  | Sales Tax - Suffolk County | 4,683.38 |

Please return one copy with payment. Thank You!!!

| | Total | $58,983.38 |

Good Service and quality work deserves quick
payment.

# Exhibit C

| | | Item #1 | | | Item #2 | | | Item #3 | |
|---|---|---|---|---|---|---|---|---|---|
| | | paid date | 1/19/2018 | Paid date | 4/17/2018 | Paid date | 12/18/2017 | | |
| | | | 9/6/2018 | | 9/6/2018 | | 9/6/2018 | | |
| | | | 231 | | 143 | | 263 | | |
| | | | | | | | | | |
| | | billed to tenant | $ 184,469 | billed to te | 7,364.78 | billed to te | $ 23,593 | | |
| | | | 18% | | 18% | | 18% | | |
| | | | $ 33,204 | | $ 1,326 | | $ 4,247 | | |
| | | | 365 | | 365 | | 365 | | |
| | | daily amount | $ 90.97 | daily amou | $ 3.63 | daily amou | $ 11.64 | | |
| | | **Interest** | **$ 21,014** | **Interest** | **$ 519** | **Interest** | **$ 3,060** | | |

**FF Client:**          **Midwood Managing Corp.
                         (20588.114)**

**Project Address:**     2280 North Ocean Avenue
                         Expressway Plaza
                         Farmingdale, New York 11738

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NASSAU           )

I, Theresa M. Spano, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On September 12, 2018, I served the within **Notice of Default and Fifteen (15) Day Notice to Cure** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

KMART CORPORATION

333 Beverly Road

Hoffman Estate, Illinois 60179

Attn:  Divisional Vice President – Real Estate Department 824E

Tracking No.: 7015-0640-0007-8184-1048

                                                  _____
                                                  Theresa M. Spano

Sworn to before me this
12th day of September, 2018

_____
Notary Public

**BILLY SWINDLER
Notary Public, State of New York
No. 01SW6010722
Qualified in Queens County
Commission Expires July 20, 2022**

FF\7712718.1
FF\7712718.1

*15 day*

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>333 Beverly Road<br>Hoffman Estate, Illinois 60179<br>Attn: Divisional Vice President – Real Estate Department 824E | 09/07/2018<br><br>9/17/18 |
|---|---|---|
| CLIENT | 20588-114 | |
| CERT # | 7015-0640-0007-8184-1048 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage $        20588.114

Total Postage and Fees

Sent To    KMART CORPORATION
Street     333 Beverly Road
           Hoffman Estate, Illinois 60179
City, S    Attn  Divisional Vice President – Real Estate Department 824E

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0007 8184 1048

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   KMART CORPORATION
   333 Beverly Road
   Hoffman Estate, Illinois 60179
   Attn: Divisional Vice President –
        Real Estate Department 824E

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   C CONNOW                     9/17/18
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

9590 9403 0880 5223 0515 44

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

2. Article Number (Transfer from service label)
7015 0640 0007 8184 1048

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

FF\770539.1

**FF Client:**        **Midwood Managing Corp.**
                    **(20588.114)**

**Project Address:**   2280 North Ocean Avenue
                    Expressway Plaza
                    Farmingdale, New York 11738

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                        ) ss.:
COUNTY OF NASSAU         )

I, Theresa M. Spano, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On September 12, 2018, I served the within **Notice of Default and Fifteen (15) Day Notice to Cure** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

KMART CORPORATION

3100 West Big Beaver Road

Troy, Michigan 48084

Tracking No.: 7015-0640-0007-8184-1024

                                        _____
                                        Theresa M. Spano

Sworn to before me this
12th day of September, 2018

_____
Notary Public

BILLY SWINDLER
Notary Public, State of New York
No. 01SW6010722
Qualified in Queens County
Commission Expires July 20, 2022

*15 day*

## CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>3100 West Big Beaver Road<br>Troy, Michigan 48084 | 09/07/2018<br>9/12/18 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 7015 0640 0007 8184 1024 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery  $

Postage          20588.114
$                 TMS

Total Postage and Fees
$

UNIONDALE RXR PLA
Postmark
Here
2018
USPS
11556

Sent To
KMART CORPORATION
Street and Apt. / 3100 West Big Beaver Road
Troy, Michigan 48084
City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KMART CORPORATION
3100 West Big Beaver Road
Troy, Michigan 48084

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0880 5223 0516 74

2. Article Number (Transfer from service label)
7015 0640 0007 8184 1024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Donna Ervin          ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                9/17/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

FF\770539.1

# EXHIBIT C

## TEN (10) DAY NOTICE OF LEASE TERMINATION

By Certified Mail Return Receipt Requested

To:        KMART CORPORATION
333 Beverly Road
Hoffman Estate, Illinois 60179
Attn: Divisional Vice President – Real Estate Department 824E

KMART CORPORATION
3100 West Big Beaver Road
Troy, Michigan 48084

Premises:      2280 North Ocean Avenue
Expressway Plaza
Farmingville, New York 11738

Tenant of the above-referenced Premises:

       **PLEASE TAKE NOTICE** that the undersigned, the landlord of the Premises identified above, hereby elects to terminate the lease (the "Lease"), executed on or about December 20, 1991 between Kmart Corporation as Tenant ("Tenant") and Farmingville Associates as Landlord, and as assigned to Expressway Plaza I LLC and Farmingville Associates Phase 1, LLC by assignment dated October 20, 2016, ("Landlord"), as amended and extended, because you have defaulted in fulfilling covenants of the Lease and, having been previously served with a Fifteen Day Notice to Cure, a copy of which is annexed hereto as Exhibit "A", have nevertheless failed to remedy the defaults alleged in the Fifteen Day Notice to Cure Defaults within the applicable cure period.

       **PLEASE TAKE FURTHER NOTICE** that unless you remove yourself and your possessions from the Premises described above on or before the expiration of ten (10) days of service of this Notice upon you, the Landlord will commence summary proceedings to evict you from the Premises and obtain a money judgment against you for any sums due and owing to the Landlord.

Expressway Plaza I, LLC and
Farmingville Associates Phase 1, LLC
as Tenants in Common

By: _____
Midwood Management Corp., as agent
John Usdan, Chief Executive Officer

**FF Client:**     **Midwood Managing Corp.
(20588.114)**

**Project Address:**   2280 North Ocean Avenue
Expressway Plaza
Farmingdale, New York 11738

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NASSAU           )

I, Theresa M. Spano, being duly sworn, depose and say:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On October 11, 2018, I served the within **Ten (10) Day Notice of Lease Termination** by Certified Mail return receipt requested, depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the last known address set forth after the name:

KMART CORPORATION

3100 West Big Beaver Road

Troy, Michigan 48084

Tracking No.: 70173380000107442348

KMART CORPORATION

333 Beverly Road

Hoffman Estate, Illinois 60179

Attn:  Divisional Vice President – Real Estate Department 824E

Tracking No.: 70173380000107442331

_____
Theresa M. Spano

Sworn to before me this
11th day of October, 2018

_____
Notary Public
MAURA EDNIE
NOTARY PUBLIC, State of New York
No. 01ED4971404
Qualified in Nassau County
Commission Expires September 4, 20 _22_

FF\7798499.1

# CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>333 Beverly Road<br>Hoffman Estate, Illinois 60179<br>Attn: Divisional Vice President – Real Estate Department 824E | 10/11/18 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 70173380000107442331 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and

Sent To   KMART Corporation
Street and Apt. No.   333 Beverly Road
          Hoffman Estate, IL 60179
          Attn: Divisional Vice President
City, State, ZIP+4   - Real Estate Dept. 824E

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

KMART Corporation
333 Beverly Road
Hoffman Estate, IL 60179
Attn: Divisional Vice President
     - Real Estate Dept. 824E

9590 9402 3733 7335 1350 94

2. Article Number (Transfer from service label)
7017 3380 0001 0744 2331

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   C. W                          ☐ Agent
                                  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   C CONNOW

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                      ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery      Delivery
☐ Collect on Delivery                  ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery  Merchandise
☐ Insured Mail                         ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery     ☐ Signature Confirmation
   (over $500)                            Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    20588-114    Domestic Return Receipt

# CERTIFIED MAIL RETURN RECEIPT

| TO: | KMART CORPORATION<br>3100 West Big Beaver Road<br>Troy, Michigan 48084 | 10/11/18 |
|---|---|---|
| CLIENT | 20588/114 | |
| CERT # | 70173380000107442348 | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postage
$

Total Postage an
$

Sent To   KMART Corporation
           3100 West Big Beaver Road
Street and Apt. No.   Troy, MI  48084
City, State, ZIP+4

20588 - 114   TMS

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 3380 0000 1074 2348



FARRELLFRITZ PC
ATTORNEYS
400 RXR Plaza
Uniondale, NY 11556-3826

7017 3380 0001 0744 2348

CERTIFIED MAIL

KMART Corporation
3100 West Big Beaver Road
Troy, MI 48084

Hasler
10/11/2018
US POSTAGE $006.67⁰
FIRST-CLASS MAIL
ZIP 11556
011E16785 42

NIXIE          482      DE  1          0010/19/18

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  11555382609      *1302-08604-11-42