# CERTIFICATE OF SERVICE

I, Melissa Y. Boey, hereby certify that on January 25, 2019, I served the contemporaneously filed *Objection of CFP Fire Protection, Inc. to the Debtors' Proposed Cure Amount for the Potential Assumption and Assignment of Executory Contracts in the Debtors' Global Sale Transaction*, and its corresponding attachment, upon the parties listed below in the manner set forth herein.

          /s/ Melissa Y. Boey
          Melissa Y. Boey

| | |
|---|---|
| **Chambers of the Honorable Robert D. Drain**<br>U.S. Bankruptcy Court,<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4140 | By overnight mail |
| **Office of the United States Trustee**<br>Att'n: Richard C. Morrissey; Greg M. Zipes;<br>      Paul Schwartzberg<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | By overnight mail |
| **Objection Recipients**, as defined in the *Order Approving Global Bidding Procedures and Granting Related Relief* (ECF No. 816) | By e-mail if available, or otherwise by U.S. mail |
| **Standard Parties**, as defined in the *Amended Order Implementing Certain Notice and Case Management Procedures* (ECF No. 405) | By e-mail if available, or otherwise by U.S. mail |