**Exhibit: C**

# Plaza Las Américas, Inc.

# SEARS 142 (PLA)

# ID # 1905

Filing Date 10/15/2018                                                                 BK2018-23561

_____
**POST PETITION**

|  | Billed | Paid | Difference underpayment | Outstanding Balance | |
|---|---|---|---|---|---|
| Oct. 2018-Unpaid Balance | $206,306.49 | 197,139.16 | 9,167.33 | $9,167.33 | |
| November 2018-Unpaid Balance | $206,306.49 | 197,139.16 | 9,167.33 | 18,334.66 | |
| Recovery Recon 2018 (posted Nov. 2018) | $(25,574.12) | - | (25,574.12) | (7,239.46) | credit |
| December 2018-Unpaid Balance | $209,227.89 | 197,139.16 | 12,088.73 | 4,849.27 | |
| January 2019-Unpaid, and outstanding balance @ 1/25/19 | $209,227.89 | 197,139.16 | 12,088.73 | **$16,938.00** | |

**Exhibit "C"**