**Exhibit: D**

## Plaza Las Américas, Inc.

## SEARS HOME IMPROVEMENTS 009B (PLA)

## ID # 7842

Filing Date 10/15/2018                                    BK2018-23561

_____
_____**PRE-PETITION**_____

Outstanding balance @ 10/15/2018                        **$276,557.70**

_____
_____**POST PETITION**_____

|  | Billed | Paid | Difference underpayment | Outstanding Balance |
|---|---|---|---|---|
| Oct. 2018-Unpaid Balance | $189,682.38 | 183,881.63 | 5,800.75 | $5,800.75 |
| November 2018-Unpaid Balance | $189,682.38 | 183,881.63 | 5,800.75 | 11,601.56 |
| Recovery Recon 2018 (posted Nov. 2018) | $36,986.58 | - | 36,986.58 | 48,588.08 |
| December 2018-Unpaid Balance | $194,013.63 | 187,264.13 | 6,749.50 | 55,337.58 |
| January 2019-Unpaid, and outstanding balance @ 1/25/19 | $194,013.63 | 183,881.63 | 10,132.00 | **$65,469.58** |

Exhibit "D"