# The Lease is voluminous and has been omitted from this mailing.

# A true and correct copy of the Lease is on file with Garda's counsel and is available upon reasonable request.