**SIDLEY AUSTIN LLP**
David E. Kronenberg
1501 K Street, N.W.
Washington, DC 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711
dkronenberg@sidley.com

*Attorney for Service.com, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|                                          |   |                          |
| In re:                                   | : |                          |
|                                          | : | Chapter 11               |
| **SEARS HOLDINGS CORPORATION.** *et al.*,| : |                          |
|                                          | : | Case No. 18-23538 (RDD)  |
|                      Debtors.[1]         | : |                          |
|                                          | : | (Jointly Administered)   |
-----------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sidley Austin LLP hereby withdraws its

appearance as counsel to Service.com, Inc. (the "Service.com") in the above-captioned jointly-

administered chapter 11 cases.  The undersigned further requests to be removed from the

electronic and paper notices for this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), LLC (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: January 25, 2019
      Washington, DC

SIDLEY AUSTIN LLP

By:    /s/ *David E. Kronenberg*          
        David E. Kronenberg
        1501 K Street, N.W.
        Washington, DC 20005
        Telephone: (202) 736-8000
        Facsimile: (202) 736-8711

*Attorney for Service.com, Inc.*