**CLARK HILL PLC**
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Telephone: (609) 785-2911
Fax: (609) 785-2999

830 Third Avenue, Suite 200
New York, NY 10022
Telephone: (646) 395-8580
Fax: (646) 395-8700
srichman@clarkhill.com
Steven M. Richman

**CLARK HILL STRASBURGER**
720 Brazos, Suite 700
Austin, TX 78701
Telephone: (512) 499-3600
Facsimile: (512) 499-3660
duane.brescia@clarkhillstrasburger.com
Duane J. Brescia (*pro hac vice* admission pending)

*Counsel to Epicor Software Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE** § § | | **Chapter 11** |
| **SEARS HOLDING CORPORATION,** § *et al.*, § § | | **Case No. 18-23538 (RDD)** |
| **Debtors.** § § | | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

STATE OF TEXAS   )
                 )
COUNTY OF TRAVIS )

DONNA KRUPA, being duly sown, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and is employed as a Paralegal by Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701.

    2.    On January 25, 2019, I served a true and correct copy of the *Limited Objection of Epicor Software Corporation, f/k/a Activant Solutions, Inc., to the Debtors' Supplement to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [D.I. 1953]

(i) on the parties requesting ECF notifications via the Court's CM/ECF case notification system;

(ii) via email to:

### Bid Notice Parties

**Debtors:**
- Rob Riecker: rob.riecker@searshc.com
- Luke Valentino: luke.valentino@searshc.com
- Mohsin Meghji: mmeghji@miiipartners.com
- General Counsel: counsel@searshc.com

**Debtors' Counsel:**
- Ray Schrock, Esq.: ray.schrock@weil.com
- Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
- Garrett A. Fail, Esq.: garrett.fail@weil.com
- Sunny Singh, Esq.: sunny.singh@weil.com

**Debtors' Investment Banker:** project.blue.rx@lazard.com

### Buyer Parties

**Buyer:**
- Kunal S. Kamlani: kunal@eslinvest.com
- Harold Talisman: harold@eslinvest.com

**Counsel:**
- Christopher E. Austin, Esq.: caustin@cgsh.com
- Benet J. O'Reilly, Esq.: boreilly@cgsh.com
- Sean A. O'Neal, Esq.: soneal@cgsh.com

### Consultation Parties

**Bank of America:**
- Paul Leake, Esq.: Paul.Leake@skadden.com
- Shana Elberg, Esq.: Shana.Elberg@skadden.com
- George Howard, Esq.: George.Howard@skadden.com

**Wells Fargo Bank:**
- Kevin J. Simard, Esq.: ksimard@choate.com
- Jonathan D. Marshall, Esq.: jmarshall@choate.com

**Committee:**

Ira S. Dizengoff, Esq.: idizengoff@akingump.com
Philip C. Dublin, Esq.: pdublin@akingump.com
Abid Qureshi, Esq.: aqureshi@akingump.com
Sara L. Brauner, Esq.: sbrauner@akingump.com

(iii)    via regular, first class mail upon the parties on the attached **Service List A**; and

(iv)    via electronic mail upon the parties on the attached **Service List B.**

_____
Donna Krupa, Paralegal

Sworn to before me this 25th day of January, 2019

_____
Notary Public, State of Texas

JULIE GAMBOA
NOTARY PUBLIC
ID# 450-5
State of Texas
Comm. Exp. 01-10-2020

## SERVICE LIST A

**Chambers Copy**
Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York 300 Quarropas Street, Room 248
White Plains, NY 10601

**Debtors**
Sears Holdings Corporation 3333 Beverly Road Hoffman Estates, IL 60179 Attn:
Stephen Sitley Esq.
Luke J. Valentino, Esq.

**Office of the United States Trustee**
Office of the United States Trustee for Region 2 201 Varick Street, Suite 1006
New York, NY 10014
 Attn: Paul Schwartzberg, Esq.

## SERVICE LIST B

**Attorneys for Citibank, N.A., as administrative agent
under the Stand-Alone L/C Facility**
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com

**Attorneys for JPP, LLC, as agent under the
Second Lien Credit Facility, IP/Ground Lease Term Loan
Facility, and the Consolidated Secured Loan Facility**
Cleary, Gottlieb
One Liberty Plaza
New York, NY 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

**Attorneys for Computershare Trust Company,
N.A., as trustee for the Second Lien PIK Notes,
the Holdings Unsecured PIK Notes,
and the Holdings Unsecured Notes**
Kelley Drye & Warren
LLP 101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
ewilson@kelleydrye.com
bfeder@kelleydrye.com

**Attorneys for Wilmington Trust, National Association,
as indenture trustee for the Second Lien Notes**
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

**Attorneys for The Bank of New York Mellon Trust Company,
as successor trustee for the SRAC Unsecured PIK Notes,
SRAC Unsecured Notes, and the SRAC Medium Term Notes**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015 Attn:
James Gadsden, Esq.
Gadsden@clm.com

**Attorneys for the Pension Benefit Guaranty Corporation**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelordcom