# Plaza del Caribe, S.E.

# SEARS D3 (PDC)

# ID # 1945 (9767)

Filing Date 10/15/2018                                      BK2018-23561

_____
**PRE-PETITION**

Outstanding balance @ 10/15/2018          **$231,188.58**

_____
**POST PETITION**

|  | Billed | Paid | Difference underpayment | Outstanding Balance |
|---|---|---|---|---|
| Oct. 2018-Unpaid Balance | $62,256.05 | 61,624.65 | 631.40 | $631.40 |
| Recovery Recon 2018 (posted Oct.29, 2018) | 117,036.57 | - | 117,036.57 | 117,667.97 |
| November 2018-Unpaid Balance | $62,256.05 | 61,624.65 | 631.40 | 118,299.37 |
| December 2018-Unpaid Balance | $62,256.05 | 61,624.65 | 631.40 | 118,930.77 |
| January 2019-Unpaid, and outstanding balance @ 1/25/19 | $62,256.05 | 61,624.65 | 631.40 | **$119,562.77** |

**Exhibit "C"**