# Plaza del Caribe, S.E.

## SEARS BRAND CENTRAL D1A (PDC)

## ID # 1945 (expires 9.9.2022)

Filing Date 10/15/2018 BK2018-23561

**PRE-PETITION**

Outstanding balance @ 10/15/2018 **$10,503.79**

**POST PETITION**

| | Billed | Paid | Difference underpayment | Outstanding Balance |
|---|---|---|---|---|
| Oct. 2018-Unpaid Balance | $82,666.67 | 81,582.67 | 1,084.00 | $1,084.00 |
| November 2018-Unpaid Balance | $82,666.67 | 81,582.67 | 1,084.00 | 2,168.00 |
| December 2018-Unpaid Balance | $82,666.67 | 81,582.67 | 1,084.00 | 3,252.00 |
| January 2019-Unpaid, and outstanding balance @ 1/25/19 | $82,666.67 | 81,852.67 | 1,084.00 | **$4,336.00** |

**Exhibit "D"**