**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDING CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey K. Garfinkle, request admission, *pro hac vice*, to represent Supplylogix LLC ("Supplylogix") in the above-referenced bankruptcy cases.

1.     Mr. Garfinkle certifies he is admitted and a member in good standing of the California State Bar, the United States Supreme Court, the First, Sixth and Ninth Circuit Courts of Appeal, and the four federal District Courts of California. Mr. Garfinkle has been a member of the bar of the State of California since 1991, which was the year of his admission.

2.     Over the last 20 years, Mr. Garfinkle served as McKesson Corporation's primary bankruptcy and insolvency counsel. Mr. Garfinkle has represented McKesson and its subsidiaries in hundreds of healthcare and pharmaceutical-related bankruptcy cases throughout the United States.

3.     Mr. Garfinkle has read and is familiar with the Court's Local Rules. Mr. Garfinkle understands and agrees that Court may require Mr. Garfinkle to associate with a resident member of the bar of this Court.

4.     Mr. Garfinkle is not under suspension or disbarment by any court. Additionally, there are no disciplinary proceedings pending against Mr. Garfinkle in any jurisdiction or court in which Mr. Garfinkle is admitted to practice, and no discipline has previously been imposed against him. Mr. Garfinkle understands that he has the continuing

obligation during the period of admission to advise the Court of the institution of new disciplinary proceedings.

    5.    Mr. Garfinkle has submitted the filing fee of $200.00 with this Motion.

DATED: January 25, 2019　　　　　　　　　　BUCHALTER, a Professional Corporation

By:  /s/ *Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle, Esq.
(Cal Bar. No. 153496)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
jgarfinkle@buchalter.com

Attorneys for Supplylogix LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDING CORPORATION, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**<u>ORDER ADMITTING JEFFREY K. GARFINKLE, ESQ, *PRO HAC VICE*</u>**

IT IS SO ORDERED that Jeffrey K. Garfinkle, Esq., is admitted to practice pro hac vice, in the above-reference case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January 25, 2019

_____
Honorable Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

BN 35535248v1