**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

    Sears Holdings Corporation, et al.

                      Debtor

------------------------------------------------------------x

                     Plaintiff

            v.

                   Defendant

------------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, THEODORE B. STOLMAN, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent LBG Medford, LLC and LBG Hilltop, LLC Interested Parties in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 1/25/2019
Los Angeles, California

*/s/ T. Stolman*
Mailing Address: Theodore B. Stolman
Freeman, Freeman & Smiley, LLP
1888 Century Park East, Suite 1900
Los Angeles, CA 90067
E-mail address: ted.stolman@ffslaw.com
Telephone number: (310) 255-6100