UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
SEARS HOLDINGS CORPORATION, *et al.*, : Case No. 18-23538 (RDD)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------ x

### OBJECTION OF PEOPLEREADY, INC. TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES CONNECTION WITH GLOBAL SALE TRANSACTION

PeopleReady, Inc. ("PeopleReady"), by and through the undersigned attorneys, hereby files this objection (the "Objection") to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Global Sale Transaction [Dkt. # 1731] (the "Cure Notice"). PeopleReady respectfully states as follows in support of this Objection:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. Beginning on October 15, 2018 (the "Petition Date") and continuing thereafter, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

2. On November 19, 2018, the Court entered the *Order Approving Global Bidding Procedures and Granting Related Relief* [Dkt. # 816].

3. On January 18, 2019, the Debtors filed the Successful Bidder Notice, which, among other things, announced that the Debtors determined that the offer submitted by Transform Holdco, LLC (the "Buyer"), established by ESL Investments, Inc., to acquire all or substantially all of the Global Assets, was the highest or best offer for the Global Assets. A copy of the asset purchase agreement between the Debtors and the Buyer is attached to the Successful Bidder Notice as Exhibit B.

4. On January 18, 2019, the Debtors filed the Cure Notice. Exhibit A to the Cure Notice identifies three items under the heading "Contract Title" associated with the Counterparty Name "LABORREADY MIDWEST INC." One of these Counterparty Names is accompanied by "DBA PEOPLEREADY." *See* Cure Notice, Exhibit A, Nos. 4185-4187. PeopleReady is formerly known as Labor Ready, so PeopleReady suspects that these items are intended to relate to any contracts that PeopleReady has with the Debtors. PeopleReady also uses the name TrueBlue, Inc., but the Debtors did not use this name in Exhibit A to the Cure Notice. Under the heading "Cure Amount" in Exhibit A to the Cure Notice with respect to these three items, there is no dollar figure, which suggests the Debtors are proposing $0.00 as the cure amount for any PeopleReady contracts.

5. PeopleReady provides temporary labor services to the Debtors pursuant to the terms of a Master Services Agreement dated May 1, 2015, by and between PeopleReady and Sears Holdings Management Corporation (as amended and presently in effect, the "MSA").

6. The Debtors and PeopleReady have also entered into a Vendor Agreement dated December 18, 2018, which, among other things, resolved PeopleReady's prepetition claim.

Nothing in this Objection is intended to be inconsistent with the terms of the Vendor Agreement.

7. PeopleReady continues to provide its services to the Debtors after the Petition Date pursuant to scope of work statements under the MSA entered into between the parties from time to time and is continuing to incur administrative expense priority claims in connection therewith. Because these services are ongoing, with invoices issued and payments received by PeopleReady on a rolling basis, PeopleReady cannot presently determine the amount that will be necessary to cure monetary defaults under the MSA at the time the MSA is assumed and assigned to the Buyer.

8. PeopleReady objects to the Cure Notice because, among other things, any assumption and assignment will need to reflect the correct party names, identify the MSA and any further amendments and supplemental scope of work statements, and provide for prompt payment of the actual cure amount that is owed as of the time of assumption and assignment, once determined. *See* 11 U.S.C. § 365(b)(1).

9. PeopleReady reserves all rights consistent with the MSA, the Vendor Agreement, and applicable law, including without limitation to amend, supplement, and/or modify this Objection and to file additional appropriate pleadings in the future.

*[Remainder of page intentionally left blank]*

WHEREFORE, PeopleReady respectfully requests that any order assuming or assigning any contracts address PeopleReady's concerns outlined above and that the Court grant such other and further relief as is just and proper.

Dated: January 25, 2019

                                                  MILLER NASH GRAHAM & DUNN LLP

                                                */s/ John R. Knapp, Jr.*
                                                John R. Knapp, Jr., P.C., WSB No. 29343
                                                Pier 70, 2801 Alaskan Way, Suite 300
                                                Seattle, Washington  98121
                                                E-Mail:  john.knapp@millernash.com
                                                Phone:  (206) 624-8300
                                                Fax:  (206) 340-9599

                                                Attorneys for PeopleReady, Inc.