Hearing Date: February 4, 2019
Hearing Time: 10:00 A.M. (ET)
Objection Deadline: January 26th @ 4:00 pm

Jeffrey K. Garfinkle (*pro hac vice pending*)
BUCHALTER, Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
jgarfinkle@buchalter.com

Counsel for Attorneys for Supplylogix LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDING CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**OBJECTION BY SUPPLYLOGIX LLC TO (1) NOTICE OF CURE COSTS AND
POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL
SALE TRANSACTION AND (2) PROPOSED CURE AMOUNT**

Supplylogix LLC ("Supplylogix") hereby submits this Objection to (1) Notice of

Cure Costs and Potential Assumption and Assignment of Executory Contracts and

Unexpired Leases in Connection with Global Sale Transaction ("Cure Notice," Docket

No. 1731); and (2) Proposed Cure Amount, filed by Sears Holding Company, *et al.*[1]

(the "Debtors") in the above-captioned jointly administered cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,  LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management

1

1.    Supplylogix is an industry leader in providing pharmacy and pharmaceutical supply software and related services to realize greater supply chain efficiency and inventory management. Supplylogix is a corporate affiliate and division of McKesson Corporation ("McKesson").

2.    Supplylogix and Kmart Corporation ("Kmart") are parties to that certain Master Services Agreement dated as of April 19, 2011, as amended and extended in 2015 and 2016 (the "Master Services Agreement") and listed as No. 6657 in the Cure Notice.[2]

3.    Under the Master Services Agreement, Supplylogix facilitates and coordinates pharmaceutical and medical supply purchases, inventory management, and software for Kmart's various pharmacy locations. Supplylogix continues to provide services, enabling Kmart to continue operating efficiently and preserving patient access to prescription information, affordable medication and other medical supplies

---

Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Debtors' Cure Notice separately lists two "Statements of Work" as separate contracts between Supplylogix and Debtors to be assumed. The express terms of the Master Services Agreement encompass all "Statements of Work" (*see* Section 11.11 "Entire Agreement") and consequently assumption of the Master Services Agreement involves also assuming all outstanding Statement of Work under the Master Services Agreement. Because the express terms of the agreement between Kmart and Supplylogix treat this business relationship as a unitary one governed by the Master Supply Agreement, this Limited Objection does the same and focuses on the Master Supply Agreement as a whole, inclusive of Statements of Work, without waiving any rights or arguments.

4.      In the Cure Notice, the Debtors lists the Master Services Agreement as an executory contract which may be assumed by the Debtors and assigned to the successful purchaser of the Debtors' assets and listed the cure amount at $53,440.  That cure amount is incorrect.

5.      As of January 24, 2018, the amount owed under the Master Services Agreement to Supplylogix is $90,253.97.  Of that aggregate amount, $16,625.73 is past-due, with $36,814.12 due on February 3, 2019 and another $36,814.12 due on March 4, 2019.  Supplylogix continues to perform under the Master Services Agreement and, as a result, the amount.  The current  aggregate amount owed under the Master Services Agreement is as follows:

| Inv Date | Due Date | Age | Inv # | Tax | Gross | Terms |
|---|---|---|---|---|---|---|
| 11/23/18 | 12/13/18 | 61 | 100001026-1 | 0.00 | $ 16,625.73 | Net 60 |
| 12/5/18 | 2/3/19 | 49 | 7106288826-1 | 0.00 | $ 36,814.12 | Net 60 |
| 1/3/19 | 3/4/19 | 20 | 7111114679-1 | 0.00 | $ 36,814.12 | Net 60 |

**Balance   $ 90,253.97**

6.      Pursuant to the U.S. Bankruptcy Code, a debtor in possession is prohibited from assuming an executory contract or unexpired lease unless it cures all monetary defaults in full – including all monetary defaults that arise both pre- and post-petition. *See* 11 U.S.C. § 365(b)(1)(A); *accord*, *Stoltz v. Brattleboro Housing Authority*, 315 F.3d 80, 94 (2nd Cir. 2002).  "The other party to the contract or lease that the [debtor in possession or] trustee proposes to assume is entitled to insist that any defaults, whenever they may have occurred, be cured, that appropriate compensation be provided, and that, a past default having occurred, adequate assurance of future performance is available." 3 COLLIER ON BANKRUPTCY § 365.05[2] (Alan N. Resnick & Henry J. Sommer

eds., 15th ed. rev. 2008). These conditions "protect the creditor's pecuniary interests before requiring a creditor to continue a contractual relationship with a debtor." *Stoltz*, *supra*.

7.       In order to assume and assign the Master Services Agreement and related Statements of Work, the Debtors are obligated to satisfy all monetary obligations, both as itemized it paragraph 5 and any amount due through the assumption and assignment date, as a condition of assumption of the Master Services Agreement pursuant to 11 U.S.C. § 365(b)(1)(A).

WHEREFORE, in order to assume and assign the Master Services Agreement, the Debtors must pay the full amount owed under that agreement through the assumption/assignment date. Currently, that amount totals $90,253.97 (which exceeds the $53,440 cure amount listed in the Cure Notice).

Dated: January 25, 2019                    */s/ Jeffrey S. Garfinkle*
                                           Jeffrey Garfinkle (Cal. Bar. No. 153496;
                                           *pro hac vice* application pending)
                                           Buchalter, P.C.
                                           18400 Von Karmen Avenue Suite 800
                                           Irvine, CA 92612
                                           Telephone: (949) 760-1121
                                           E-Mail:  jgarfinkle@buchalter.com

                                           Attorneys for Supplylogix LLC

BN 35536866v1

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused to be served a true and correct copy of the attached OBJECTION BY SUPPLYLOGIX LLC TO (1) NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION AND (2) PROPOSED CURE AMOUNT via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record, and on the parties listed below as indicated

Dated: January 25, 2019

*/s/ Jeffrey S. Garfinkle*
Jeffrey Garfinkle (Cal. Bar. No. 153496;
*pro hac vice* application pending)
Buchalter, P.C.
18400 Von Karmen Avenue Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
E-Mail:  jgarfinkle@buchalter.com
Attorneys for Supplylogix LLC

## SERVICE LIST

### VIA EMAIL

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.corn
        Mohsin Meghji:  mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq.: garrett.fail@weil.com
        Sunny Singh, Esq. sunny.singh@weil.corn
        Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
        Gavin Westerman, Esq.:  Gavin.Westerman@weil.com

    c. Debtors' investment banker:

        Brandon Aebersold and Levi Quaintance:  project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold  Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Elberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

BN 35536866v1

    c. Committee
        Ira S. Dizengoff, Esq.: idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Transform Holdco, LLC

c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold
Talisman 1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

BN 35536866v1