**EXHIBIT A**
**SFDC CURE AMOUNT SUMMARY**

Petition Date: October 15, 2018

| MSA Date | Account Number | Contract No. | Order No. | Order Date | Term | Debtor | Billing Company Name | Invoice Number | Invoice Date | Due Date | Service Period | CURRENT BALANCE | Pre-Petition Balance | Post-Petition Balance (As of 23 January 2019) | Post-Petition Balance (Due after 23 January 2019) | Future Billing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Signed 3/1/10 | 4-319939 | 1650315 | Q-01109238 | 6-Apr-17 | 14--Apr-17 to 13-Apr-18 Auto-renewal | Sears Holdings Corp 18-23538 | Sears Holdings Corporation | 12548705 | 11-Apr-18 | 10-Jun-18 | 14-Apr-18 to 13-Apr-19 | $ 24,073.18 | $ 24,073.18 | | | |
| Signed 3/1/10 | 4-319939 | 1938463 | Q-01825235 | 31-May-18 | 1-Jun-18 to 31-May-20 | Sears Holdings Corp 18-23538 | Sears Holdings Corporation | 13293292 | 1-Sep-18 | 31-Oct-18 | 1-Oct-18 to 31-May-19 | $ 8,007.39 | $ 7,852.44 | $ 154.95 | | |
| Signed 3/1/10 | 4-319939 | 1938463 | Q-01825235 | 31-May-18 | 1-Jun-18 to 31-May-20 | Sears Holdings Corp 18-23538 | Sears Holdings Corporation | TBD | | | 1-Jun-19 to 31-May-20 | | | | | $ 428,490.00 |
| Signed 3/1/10 | 4-319939 | 1938463 | Q-02134784 | 13-Oct-18 | 12-Oct-18 to 31-May-20 | Sears Holdings Corp 18-23538 | Sears Holdings Corporation | 13516710 | 16-Oct-18 | 15-Dec-18 | 16-Oct-18 to 31-May-19 | $ 11,286.00 | | $ 11,286.00 | | |
| Signed 3/1/10 | 4-319939 | 1938463 | Q-02134784 | 13-Oct-18 | 12-Oct-18 to 31-May-20 | Sears Holdings Corp 18-23538 | Sears Holdings Corporation | TBD | | | 1-Jun-19 to 31-May-20 | | | | | $ 18,253.22 |
| Signed 3/1/10 | 4-319939 | 1938463 | Q-02328511 | 7-Jan-19 | 1/4/19 to 5/31/20 | Sears Holdings Corp 18-23538 | Sears Holdings Corporation | **13992107** | **11-Jan-19** | **12-Mar-19** | 1/11/19 to 5/31/19 | $ 9,616.46 | | | **$ 9,616.46** | |
| Signed 3/1/10 | 4-319939 | 1938463 | Q-02328511 | 7-Jan-19 | 1/4/19 to 5/31/20 | Sears Holdings Corp 18-23538 | Sears Holdings Corporation | TBD | | | 6/1/19 to 5/31/20 | | | | | $ 52,184.02 |
| Online version updated 12/1/10 | 4-403285 | 1969165 | Q-01852126 | 31-Jul-18 | 5-Aug-18 to 4-Aug-19 | Sears Holdings Corp 18-23538 | Sears Home Services [Supplier Relations] (this is a dba of Sears Holding Corp. | 13129375 | 31-Jul-18 | 29-Sep-18 | 5-Aug-18 to 4-Aug-19 | $ 6,240.00 | $ 1,213.81 | $ 5,026.19 | | |
| Online version updated 12/1/10 | 4-407371 | 2062678 | Q-02321555 | 27-Dec-18 | 2/1/19 to 1/31/20 | Sears Holdings Management Corporation 18-23553 | Sears Holdings Management Corporation - KCD | 14015591 | 15-Jan-19 | 16-Mar-19 | 2/1/19 to 1/31/20 | $ 37,593.00 | | | $ 37,593.00 | |
| Online version updated 9/15/11 | 4-458489 | 1672831 | Q-01168896 | 22-May-17 | 7-Aug-17 to 6-Aug-18 Auto-renewal | Sears Holdings Corp 18-23538 | Sears Vendor Direct | 13153710 | 5-Aug-18 | 4-Oct-18 | 7-Aug-18 to 6-Aug-19 | $ 2,501.76 | $ 472.94 | $ 2,028.82 | | |
| Online version updated 9/1/14 | 4-598113 | 1268021 | Q-01805910 | 12-Jul-18 | 18-May-18 to 31-Dec-18 | Sears Holdings Corp 18-23538 | Sears Holdings Corporation - IR Labs | 13021669 | 13-Jul-18 | 11-Sep-18 | 13-Jul-18 to 31-Dec-18 | $ 2,305.24 | $ 1,259.84 | $ 1,045.40 | | |
| Online version updated 9/1/14 | 4-598113 | 2042642 | Q-02177648 (auto-renewal of Q-00372503 +add-ons) | 31-Dec-15 | 1/16/16 to 12/31/16 (Auto-renewal) | Sears Holdings Corp 18-23538 | Sears Holding Corporation-Executive Member Support | 13806637 | 7-Dec-18 | 5-Feb-19 | 1/1/19 to 12/31/19 | $ 47,568.60 | | | $ 47,568.60 | |
| Online version updated 9/1/14 | 4-633361 | 1860431 | Q-01579878 | 22-Jan-18 | 1/19/18 to 1/18/19 Auto-renewal | Innovel Solutions, Inc. 18-23548 | Innovel | 14038424 | 27-Jul-18 | 18-Feb-19 | 1/22/19 to 1/21/20 | $ 5,400.00 | | | $ 5,400.00 | |
| Online version updated 9/1/14 | 4-633361 | 1966610 | Q-01161168 auto-renewed to Q-01731569 | 20-Jun-17 | 12-Aug-17 to 11-Aug-18 Autorenewal | Innovel Solutions, Inc. 18-23548 | Innovel | 13091527 | 27-Jul-18 | 25-Sep-18 | 12-Aug-18 to 11-Aug-19 | $ 425,759.64 | $ 74,653.75 | $ 351,105.89 | | |
| | | | | | | | | | | | | **$ 580,351.27** | **$ 109,525.95** | **$ 370,647.26** | **$ 100,178.06** | **$ 498,927.24** |