# Exhibit "A"

| Contract Name | Amazon Entity | Sears Entity | Terms, Conditions, Addendums, Amendments and Understandings Include but are not limited to:[1] |
|---|---|---|---|
| Amazon Vendor Terms and Conditions Agreement (the "Vendor Contract") | Amazon.com Services, Inc., f/k/a Amazon Fulfillment Services, Inc., and affiliates | Sears Brands Management Corporation | Amazon Vendor Terms and Conditions, all amendments thereto, related Program Policies, agreement with respect to return rights, and Additional Terms (as defined in the Vendor Terms) |
| Amazon Business Services Agreement | Various Amazon contracting parties, including Amazon Payments, Inc., and Amazon Services LLC | Sears Holdings Corporation, Sears Protection Company, Sears, Roebuck and Co. | Amazon Services Business Solutions Agreement, Tires Ship to Store Terms, Professional Seller Program Addenda |
| Nondisclosure Agreements | Amazon.com Services, Inc. | Sears Holdings Corporation, Sears Brands Management Corporation | Various mutual nondisclosure agreements |

---

[1] Amazon reserves all rights with respect to courses of dealing, usages of trade and other terms and conditions that supplement the contracts listed here and are a part of the Assumed Amazon Contracts, pursuant to applicable law.

| Contract Name | Amazon Entity | Sears Entity | Terms, Conditions, Addendums, Amendments and Understandings Include but are not limited to:[1] |
|---|---|---|---|
| Transportation and Services Contract | Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc. | Innovel Solutions, Inc. | Innovel Transportation and Services Agreement, amendments thereto, and related work orders |