# Exhibit "B"

| Contract Name | Amazon Entity | Sears Entity | Terms, Conditions, Addendums, Amendments and Understandings Include but are not limited to:[1] |
|---|---|---|---|
| Amazon Kindle Contract | Amazon.com Services, Inc., f/k/a Amazon Fulfillment Services, Inc. | Sears, Roebuck and Co., Kmart Corporation | Authorized Amazon Reseller Sales Agreement and amendments thereto |
| Amazon Dash Replenishment Agreement | Amazon.com Services, Inc., f/k/a Amazon Fulfillment Services, Inc. | Sears Brand Management Corporation | Amazon Dash Replenishment Agreement and amendment thereto |

---

[1] Amazon reserves all rights with respect to courses of dealing, usages of trade and other terms and conditions that supplement the contracts listed here and are a part of the Assumed Amazon Contracts, pursuant to applicable law.