# Cisco Systems Cure Amount Summary

Petition Date: 10/15/18

| Invoice No. | Invoice Date | Due Date | PO Number | Sales Order No. | Balance | Amounts Past Due | Additional Amounts Invoiced But Not Yet Due |
|---|---|---|---|---|---|---|---|
| 91393255 | 24-Sep-18 | 24-Oct-18 | SEARSCCN2018SEP | 107165688 | $ 94,350.56 | $ 94,350.56 | |
| 91398709 | 25-Sep-18 | 25-Oct-18 | SEARSCME2018SEP | 107147143 | $ 2,937.58 | $ 2,937.58 | |
| 91436950 | 3-Oct-18 | 2-Nov-18 | SEARSNONCCN2018SEP | 10158126 | $ 80,184.16 | $ 80,184.16 | |
| 91436983 | 3-Oct-18 | 2-Nov-18 | SEARSNONCCN2018SEP | 10158126 | $ 337.50 | $ 337.50 | |
| 91583740 | 1-Nov-18 | 1-Dec-18 | SEARSCME2018OCT | 107397527 | $ 135.00 | $ 135.00 | |
| 91587502 | 2-Nov-18 | 2-Dec-18 | SEARSCCN2018OCT | 107400166 | $ 94,865.06 | $ 94,865.06 | |
| 91602828 | 5-Nov-18 | 5-Dec-18 | SEARSNONCCN2018OCT | 107400445 | $ 6,799.47 | $ 6,799.47 | |
| 91602829 | 5-Nov-18 | 5-Dec-18 | SEARSNONCCN2018OCT | 107404767 | $ 2,585.14 | $ 2,585.14 | |
| 91602830 | 5-Nov-18 | 5-Dec-18 | SEARSNONCCN2018OCT | 107394803 | $ 51,261.04 | $ 51,261.04 | |
| 91602836 | 5-Nov-18 | 5-Dec-18 | SEARSNONCCN2018OCT | 107404767 | $ 337.50 | $ 337.50 | |
| 91602847 | 5-Nov-18 | 5-Dec-18 | SEARSNONCCN2018OCT | 107400202 | $ 6,777.44 | $ 6,777.44 | |
| 91602848 | 5-Nov-18 | 5-Dec-18 | SEARSNONCCN2018OCT | 107402867 | $ 6,795.55 | $ 6,795.55 | |
| 91671117 | 19-Nov-18 | 19-Dec-18 | SEARSCME2018NOV | 107485195 | $ 135.00 | $ 135.00 | |
| 91676569 | 20-Nov-18 | 20-Dec-18 | SEARSCCN2018NOV | 107484128 | $ 94,872.63 | $ 94,872.63 | |
| 91703832 | 27-Nov-18 | 27-Dec-18 | SEARSNONCCN2018NOV | 107485337 | $ 337.50 | $ 337.50 | |
| 91703859 | 27-Nov-18 | 27-Dec-18 | SEARSNONCCN2018NOV | 107485337 | $ 76,314.43 | $ 76,314.43 | |
| 91815751 | 19-Dec-18 | 18-Jan-19 | SEARSCME2018DEC | 107677569 | $ 135.00 | $ 135.00 | |
| 91862126 | 2-Jan-19 | 1-Feb-19 | SEARSCCN2018DEC | 107678369 | $ 94,703.02 | | $ 94,703.02 |
| 91878630 | 7-Jan-19 | 6-Feb-19 | SEARSNONCCN2018DEC | 107743883 | $ 2,514.74 | | $ 2,514.74 |
| 91878632 | 7-Jan-19 | 6-Feb-19 | SEARSNONCCN2018DEC | 107743883 | $ 337.50 | | $ 337.50 |
| 91878634 | 7-Jan-19 | 6-Feb-19 | SEARSNONCCN2018DEC | 107743337 | $ 6,863.05 | | $ 6,863.05 |
| 91878635 | 7-Jan-19 | 6-Feb-19 | SEARSNONCCN2018DEC | 107707724 | $ 49,060.91 | | $ 49,060.91 |
| 91878636 | 7-Jan-19 | 6-Feb-19 | SEARSNONCCN2018DEC | 107739819 | $ 6,870.88 | | $ 6,870.88 |
| 91878637 | 7-Jan-19 | 6-Feb-19 | SEARSNONCCN2018DEC | 107730804 | $ 10,980.28 | | $ 10,980.28 |
| | | | | | | | $ - |
| | | | | | $ 690,490.94 | $ 519,160.56 | $ 171,330.38 |