## SCHEDULE A

**Cure Claim Summary**

(Store #1733)

| | | |
|---|---:|---|
| Unpaid AR | $98,081.41 | As set forth on Exhibit 1 |
| Attorneys' Fees | $5,000 | |
| Total Monetary Cure Claim: | **$103,081.41** | |

| | | |
|---|---|---|
| Cure all Required Maintenance and Repair Items: | | Described on Exhibit 2 |
| | | Estimates on Exhibit 3 |
| | Roof | $1,620,000 - $1,920,000 |
| | Concrete | $342,540 |
| | Painting | $69,690 |
| Total Maintenace and Repair Estimates: | | **$2,032,230  - $2,332,230** |

Scheduled Cure Amount:        $214,583