# EXHIBIT 1

MACERICH

# Statement Of Account

January 22, 2019

**Please Remit To:**
Brooks Shopping Centers LLC dba Cross County Shopping Center
Brooks Shopping Centers LLC
PO Box 849737
Los Angeles, CA 90084-9737

SEARS
Sears Holdings Corp.
3333 Beverly Road; BC-131A
Attn: Tammi Banaszak
Hoffman Estates IL 60179-0001

| Customer Name | SEARS #1733-1-A | | Customer Number | 7001.LSEARS/1 |
|---|---|---|---|---|
| Property | Cross County Shopping Center Yonkers, NY 10704-1226 | | | |

| Transaction Date | Due Date | Invoice Number | Type | Description | Invoice/Payment Total | Outstanding |
|---|---|---|---|---|---|---|
| 01-JAN-17 | 01-JAN-17 | 7725450 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-FEB-17 | 01-FEB-17 | 7758131 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-MAR-17 | 01-MAR-17 | 7792040 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-APR-17 | 01-APR-17 | 7827768 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-MAY-17 | 01-MAY-17 | 7860056 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-JUN-17 | 01-JUN-17 | 7894930 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-JUL-17 | 01-JUL-17 | 7927208 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-AUG-17 | 01-AUG-17 | 7955922 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 11-AUG-17 | 11-AUG-17 | 7967309 | CM | Property Taxes - Prior Year Reconciliation | -40,680.12 | -14,886.59 |
| 11-AUG-17 | 11-AUG-17 | 8379589 | CM | CAM - Prior Year Reconciliation | -17,741.32 | -17,741.32 |
| 01-SEP-17 | 01-SEP-17 | 7987216 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-OCT-17 | 01-OCT-17 | 8019319 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-NOV-17 | 01-NOV-17 | 8046688 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-DEC-17 | 01-DEC-17 | 8076144 | INV | Property Taxes | 65,565.00 | 2,158.18 |
| 01-JAN-18 | 01-JAN-18 | 8108956 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 01-FEB-18 | 01-FEB-18 | 8140682 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 01-MAR-18 | 01-MAR-18 | 8166369 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 01-APR-18 | 01-APR-18 | 8198721 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 16-APR-18 | 16-APR-18 | 8238201 | CM | Property Taxes - Prior Year Reconciliation | -25,953.80 | -3,585.74 |
| 01-MAY-18 | 01-MAY-18 | 8231020 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 01-JUN-18 | 01-JUN-18 | 8263125 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 12-JUN-18 | 12-JUN-18 | 8293250 | CM | Property Taxes - Prior Year Reconciliation | -11,586.88 | -11,586.88 |
| 12-JUN-18 | 12-JUL-18 | 8379591 | INV | CAM - Prior Year Reconciliation | 2,039.34 | 2,039.34 |
| 01-JUL-18 | 01-JUL-18 | 8293253 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 03-JUL-18 | 03-JUL-18 | Unapplied | PMT | Check 169763 | -447,341.45 | -241.46 |
| 01-AUG-18 | 01-AUG-18 | 8324363 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 21-AUG-18 | 21-AUG-18 | 8359353 | CM | CAM - Prior Year Reconciliation | -2,039.34 | -2,039.34 |
| 21-AUG-18 | 21-AUG-18 | 8359354 | CM | Property Taxes - Prior Year Reconciliation | -11,586.88 | -11,586.88 |
| 21-AUG-18 | 20-SEP-18 | 8359686 | INV | Property Taxes - Prior Year Reconciliation | 11,586.88 | 11,586.88 |
| 01-SEP-18 | 01-SEP-18 | 8349483 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 12-SEP-18 | 12-OCT-18 | 8379587 | INV | CAM - Prior Year Reconciliation | 65,391.31 | 65,391.31 |
| 12-SEP-18 | 12-SEP-18 | 8379588 | CM | CAM - Prior Year Reconciliation | -6,408.75 | -4,369.41 |
| 01-OCT-18 | 01-OCT-18 | 8379592 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 01-NOV-18 | 01-NOV-18 | 8407069 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 01-DEC-18 | 01-DEC-18 | 8434616 | INV | Property Taxes | 67,157.00 | 3,750.18 |
| 01-JAN-19 | 01-JAN-19 | 8461573 | INV | CAM | 185,438.00 | 5,374.00 |
| 01-JAN-19 | 01-JAN-19 | 8461574 | INV | Property Taxes | 72,234.00 | 8,827.18 |
| | | | | **Total Outstanding** | | **98,081.41** |

| Transaction Date | Due Date | Invoice Number | Type | Description | Invoice/Payment Total | Outstanding |
|---|---|---|---|---|---|---|

The total amount due may not reflect all recently remitted payments. If you have paid the outstanding amounts owed, please disregard this Statement of Account. Past due items are subject to applicable late fees and interest charges.

If you have any questions concerning this statement, please contact Adriana Lopez at phone 1-866-811-1095 Ext. 3533 or email CrossCounty_AR@macerich.com