# EXHIBIT 3

# CHRIS ANDERSEN ROOFING AND ERECTING CO., INC.

INDUSTRIAL SHEET METAL CONTRACTORS
95 New Brunswick Ave. * Hopelawn, NJ 08861
Telephone: (732) 826-1250 * Fax: (732) 826-1515
info@ChrisAndersenRoofing.com
ESTABLISHED 1906



Certified
WBE
Women's Business Enterprise

November 5, 2018

Cross County Shopping Center
8000 Mall Walk
Yonkers, NY 10704

Attn: Mr. Carl Calabro

RE: Sears Roof

Dear Calabro,

Our survey of the roof on Sears Building revealed the following:

- Existing roof consists of foam that was sprayed directly to concrete deck.
- Visual inspection revealed too many patches and bubbles throughout the roof.
- Test cuts indicated that roof is not in good condition.
- Perimeter wall copings started to detach and separate from wall at many locations.

Therefore, for best results we recommend that this roof be removed and replaced in accordance with following options:

Option 1 – Single Ply Roof
1. Remove existing roof down to concrete deck.
2. Scrape deck to a clean smooth surface. Scarify as necessary.
3. Apply 1 coat primer to entire deck.
4. Install 1 layer vapor barrier. Roll seams and flash daily to achieve water tight conditions.
5. Remove and dispose of all dead heads.
6. Infill deck openings at all dead head locations.
7. Install 2 layers of polyiso insulation in low rise adhesive.
8. Install 1 layer coverboard in low rise adhesive.
9. Install single ply membrane .060 min. thickness. Fully adhere to cover board.
10. Remove and replace all scuppers, leaders and leader heads.
11. Remove and replace all perimeter wall copings and metal edging.
12. All flashings and details as necessary to obtain a 20 year total system warranty by manufacturer.

**Budget Price: $1,626,000.00**

---

THIS PROPOSAL IS GOVERNED BY AND SUBJECT TO THE COMPANY'S STANDARD TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE.
BY EXECUTING THIS DOCUMENT, YOU ACKNOWLEDGE HAVING READ AND AGREE TO BE BOUND BY SICH TERMS AND CONDITIONS

Chris Andersen Roofing & Decking Co., Inc. ("CARE")

Option 2 – SBS Roof System

    1 – 6. Follow same procedure listed in option 1 for items 1 to 6.
    7. Install light weight insulting concrete min. thickness 2.5" at drain sump.
    8. Furnish and install Siplast roof system consisting of base sheet, 1 layer paradiene 20, paradiene 30.
    9. Remove and replace all scuppers, leaders and leader heads.
    10. Remove and replace all perimeter wall copings and metal edging.
    11. All flashings and details as required by Siplast for a 20 year total system warranty.

**Budget Price:  $1,920,000.00**

Clarifications
- Option 1 budget is based on flat insulation. If tapered insulation is required, please add $160,000.00
- Permit fees were not included.
- Mechanical disconnects and reconnects by others.

We appreciate this opportunity to be of service and look forward to working with you on this project.

Sincerely,

*Nabil Elmachtoub*

Nabil Elmachtoub

Chris Andersen Roofing & Sheeting Co., Inc. ("CARE")

1. **TERMS FOR PAYMENT:**
   Payment of all sums due under this Invoice is due thirty (30) days from the date of the Invoice. Payments that remain unpaid after the due date shall bear interest from the date payment is due at the rate of 1.5% per month, invoiced monthly. If this Invoice is placed into collection, all costs of collection, including reasonable attorney's fees, shall be due and payable in addition to the Invoice amount.

2. **DELAYS:**
   CARE is not responsible for any delays on account of transportation difficulties, disruption in supplies, priorities of any kind, strikes, weather, accidents, war, Act of God, or other causes beyond CARE's control.

3. **INSURANCE:**
   The above quotation is based on our carrying insurance with the following minimum limits: Workmen's Compensation-Statutory limits, General Liability $1,000,000 per occurrence; if additional coverage is required, the extra premium will be charged as an "Extra."

4. **LIABILITY FOR DAMAGE TO MATERIAL:**
   The Buyer is to indemnify and save harmless the CARE for all damages to CARE's material and finished work on the job, resulting from misuse, fire, flood, hurricane, tornado, or other hazard, or risk, not caused by CARE's workmen. Buyer is to provide CARE's men, at all times, such access to the site of the work and the storage of CARE's materials as may be required.

5. **WORKING CONDITIONS:**
   CARE's employees shall not be required to work in hazardous or unsafe conditions, as determined by CARE in its discretion. The sum quoted for installation is based upon CARE's crews working full time continuously without interruptions or interference during regular working hours until work is completed, and it is understood and agreed therefor that the Buyer is to pay all extra expenses involved by overtime and for idle time, and for traveling expenses occasioned by interruptions to CARE's work for which CARE is not responsible. Electric current, with suitable outlets for our electric hand tools, and/or equipment, is to be furnished for our use, free of charge, and free of all maintenance cost. If we are ordered to start work, and proper electrical facilities are not available, and it is necessary for us to take steps to rectify delays, charges for same are to be for your account.

6. **WORK PRELIMINARY TO INSTALLATION:**
   Unless otherwise stated, the sum quoted for installation does not include removal of unsatisfactory existing conditions; nor does it include extra work that may be required to make building ready for CARE's material. Acceptance of this Proposal shall constitute authorization to proceed with the work upon these terms and conditions.

7. **COMPLETION AND ACCEPTANCE:**
   Upon completion, Buyer agrees to inspect CARE's work immediately, and to issue an acceptance to CARE provided the work has been completed according to the terms of the Contract.

8. This quotation has been based on Union Wage Scales, Taxes, Insurance and material prices in effect today and for regular rates during regular work days, Monday through Friday. We reserve the right to add to this quotation any additional costs due to upward revision of wages or material prices prior to commencement of work.

9. **TAXES:** Unless otherwise stated, and excluding Tax Exempt organizations, prices quoted herein include Sales Tax on material only. Sales Tax on labor and services (if applicable), must be added to our quotation, or appropriate Exemption Certificates forwarded with order for exclusion. Buyer assumes liability, if any, for all unpaid taxes applicable on labor and services.

10. **EXTRA WORK:** All requests must be forwarded to our office for estimates, and a mutually agreed upon price, before Buyer authorizes Extra Work to commence. Extra work that is considered minor, or that cannot be estimated, can proceed on a duly authorized Time and Material basis at the current rates in effect. All overtime work carries the same burden as straight time work.

11. Any Performance and or Payment Bonds required are for your account and would be priced and charged as an "extra cost". Manufacturer's warranties are extra, unless specifically stated as being included in the price. Manufacturer's warranties are not released until full payment on the Contract is made.



# Peter Gisondi & Co., Inc.
## PAINTING CONTRACTORS
11 HARDING AVENUE • WHITE PLAINS • NEW YORK 10606-1305
PHONE 914-948-2023 • FAX 914-948-0653

**MEMBER:**
BUILDING CONTRACTORS ASSOCIATION &
BUILDERS INSTITUTE OF WESTCHESTER & THE
MID-HUDSON REGION
FINISHING CONTRACTORS ASSOCIATION OF AMERICA
PAINTING AND DECORATING CONTRACTORS OF AMERICA

## *PROPOSAL*

| | | | |
|---|---|---|---|
| **TO** | Jamie Cekaj | **E-MAIL** | pjgisondi@petergisondi.com |
| **DATE** | 10-30-18 | **FROM** | PETER   GISONDI   JR |
| **EMAIL** | jamie.cekaj@macerich.com | **CELL** | 914-490-8903 |

**COMPANY NAME**   Macerich Cross County Shopping Center

**Project & Location:**   8000 Mall Walk Management Office Younkers NY 10704

**Miscellaneous info:**   Phone (14-968-9571 Fax-914-423-7760

Refinish exterior of the Sear Building

Labor:        $   42,920.00
Material:    $   26,770.00
Total Cost:  $   69,690.00

**NOTE: STATE AND CITY TAX WILL BE ADDED, IF APPLICABLE**

**Scope of Work:**

**Protect all items not to be refinished . Powerwash to remove all contaminates ,loose paint . Prime & finish**

 **Colors to match existing .**

 **Monday- Friday 7am -2:30 pm**

**Exclusions:**

 **Sat or sun work schedule**

# Steven Marcus Concrete

28 Crescent Place  
Yonkers, NY  10704

PROPOSAL # 18-1029-1

DATE: _____

Job# 16-1201-1  
Job Name: Sears

Attn: Carl Calabro

We are pleased to submit our proposal for work at the above referenced location as requested by your office.   We shall provide all necessary supervision, labor and materials to complete the scope of work.

| PROJECT NO. | P.O. NUMBER | DATE STARTED | PERCENT COMPLETE | TERMS |
|---|---|---|---|---|
| NA | | | | NA |

| DWG # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Sears roof top parking area( remove and replace 2in black top) | | $252,000.00 |
| | Missing sidewalk and broken curbs @ roof top parking area | | $13,000.00 |
| | **Lower level** <br> ADA ramp not compliant | | $3,500.00 |
| | Side walk trip hazards( approx.. 18 flags) | | $12,960.00 |
| | Sunken curb and blacktop side walk | | $25,580.00 |
| | **Loading Dock** <br> Pot holes and sunken black top | | $8,500.00 |
| | Stairs repairs | | $27,000.00 |
| Exclusions | TOTAL PRICE FOR ABOVE WORK, EXCLUDING  stand by trades, overtime, testing and inspections, building & DOT permits, contaminated soil | | |
| | | **TOTAL PRICE FOR ABOVE WORK** | |