# SCHEDULE A

**Affiliates of Westfield, LLC**

| Center Name | Landlord/REA Party | Store No. | Cure | Attys Fees | Total Cure Amount | Scheduled Cure Amount | REA |
|---|---|---|---|---|---|---|---|
| Annapolis | Annapolis Mall Owner LLC | 1725 | $79,929.61 | $5,000.00 | $84,929.61 | $21,454.00 | YES |
| Brandon | Brandon Shopping Center Partners LTD. | 1007 | $0.00 | $0.00 | $0.00 | $41,517.00 | YES |
| Montgomery* | Montgomery Mall Owner LLC | 1424 | $0.00 | $0.00 | $0.00 | $41,666.67 | NO |
| Southcenter | WEA Southcenter LLC | 1139 | $303,602.07 | $5,000.00 | $308,602.07 | $14,997.00 | NO |
| North County | North County Fair LP and EWH Escondido Associates, L.P. | 1758 | $1,353.50 | $5,000.00 | $6,353.50 | $3,688.00 | YES |
| Palm Desert | WEA Palm Desert LLC | 1968 | $0.00 | $0.00 | $0.00 | $62,754.00 | YES |
| Palm Desert TBA* | WEA Palm Desert LLC | 2798 | $0.00 | $0.00 | $0.00 | $1.00 | YES |
| Sunrise | Sunrise Mall LLC | 1404 | $0.00 | $0.00 | $0.00 | $0.00 | NO |
| Sunrise TBA* | Sunrise Mall LLC | 2741 | $0.00 | $0.00 | $0.00 | $8,500.00 | NO |

**Properties not subject to sale process**

| Center Name | Landlord/REA Party | Store No. | Cure | Attys Fees | Total Cure Amount | Scheduled Cure Amount | REA |
|---|---|---|---|---|---|---|---|
| Meriden | Meriden Square Partnership | 1043 | $0.00 | $0.00 | $0.00 | | YES |
| Broward | Broward Mall LLC | Unknown | $1,746.74 | $5,000.00 | $6,746.74 | | YES |
| Citrus Park | Citrus Park Mall Owner LLC | 1255 | $0.00 | $0.00 | $0.00 | | YES |