# EXHIBIT 1

**STATEMENT**

| | |
|---|---|
| Date - | 01/22/2019 |
| Account - | 210044 |
| Statement No - | 2355050 |
| Page - | 1 |

**Make Check Payable To:**

ANNAPOLIS MALL LP
PO BOX 54730
LOS ANGELES CA 90074-4730

**From:**

ANNAPOLIS
2049 CENTURY PARK EAST
41ST FLOOR
CENTURY CITY CA 90067

**Billing Address:**

Sears, Roebuck and Co.
Sears Holdings Corporation
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

**Tenant:**

Sears, Roebuck and Co.
Sears Holdings Corporation
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

Amount Remitted: _____

Remit top portion with payment.

---

**DETAIL CHARGE**

**Annapolis**　　　　　　　**Unit:**　　**5555**　　　**Lease**　　**00009145**　　　**DBA:  Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | | Balance Forward | | | .00 | |
| 11/01/2018 | 12/01/2018 | 2017 WATER SETTLEMENT | 4,532.28 | | 4,532.28 | |
| 01/01/2019 | 01/01/2019 | Overage Calc (Bkpt, Sales-Over | 75,397.33 | | 75,397.33 | |

---

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Balance Prior To | 01/01/2006 | .00 | |
| Plus Charges From | 01/01/2006 | 79,929.61 | |
| Less Payments / Credits From | 01/01/2006 | .00 | |
| **AMOUNT DUE:** | | **79,929.61** | |

STATEMENT

| | |
|---|---|
| Date - | 01/22/2019 |
| Account - | 248978 |
| Statement No - | 2355051 |
| Page - | 1 |

**Make Check Payable To:**

WEA SOUTHCENTER LLC
P.O. Box 56923
Los Angeles CA 90074-6923

**From:**

WEA SOUTHCENTER LLC
BANK OF AMERICA
FILE# 56923
LOS ANGELES CA 90074-6923

**Billing Address:**

Sears, Roebuck and Co.
Sears Holdings Corporation
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

**Tenant:**

Sears, Roebuck and Co.
Sears Holdings Corporation
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

Amount Remitted: _____

Remit top portion with payment.

---

DETAIL CHARGE

Southcenter                                    **Unit:    LAND02**        **Lease    00038971**        **DBA:  Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| | | | | | .00 | |
| 01/01/2006 | 01/01/2019 | Balance Forward | | | | |
| 02/26/2013 | 03/28/2013 | Y/E CAM Adjustment | (49,993.57) | 11,251.28 | (38,742.29) | APPLY CREDITS |
| 07/31/2014 | 08/30/2014 | Y/E CAM Adjustment | (43,758.60) | | (43,758.60) | |
| 08/05/2014 | 08/05/2014 | NSF Fee (CK#73459) | 25.00 | | 25.00 | |
| 10/08/2014 | 10/08/2014 | SEARS HOLDINGS MAN - % 07/14 | | (136,128.95) | (2,991.66) | 221918 |
| 09/21/2015 | 09/21/2015 | SEARS HOLDINGS - 07/15 | | (130,088.98) | (237.93) | 115359 |
| 01/01/2016 | 01/01/2016 | Department Store | 5,927.33 | | 5,927.33 | 125652 |
| 01/01/2016 | 01/01/2016 | Enclosed Mall CAM-Hahn | 238.16 | | 238.16 | 125652 |
| 01/01/2016 | 01/01/2016 | Common Area Maintenance | 56,419.32 | | 56,419.32 | 125652 |
| 03/01/2016 | 03/01/2016 | Common Area Maintenance | 56,419.32 | (17,504.16) | 38,915.16 | 129131 |
| 04/01/2016 | 04/01/2016 | Common Area Maintenance | 56,419.32 | | 56,419.32 | 130839 |
| 04/01/2016 | 04/01/2016 | Department Store | 5,927.33 | | 5,927.33 | 130839 |
| 04/01/2016 | 04/01/2016 | Enclosed Mall CAM-Hahn | 238.16 | | 238.16 | 130839 |
| 07/01/2016 | 07/31/2016 | Y/E Tax Adjustment | 73,780.14 | | 73,780.14 | |
| 05/26/2017 | 05/26/2017 | SEARS - 12/12 - 12/14 coll2 | | (253,488.07) | (20,328.05) | 136498 |
| 07/01/2017 | 07/31/2017 | Y/E Tax Adjustment | 6,694.98 | | 6,694.98 | |
| 07/01/2017 | 07/31/2017 | Y/E Tax Adjustment | 74,128.50 | | 74,128.50 | |
| 07/18/2017 | 08/17/2017 | Y/E CAM Adjustment | (204.32) | | (204.32) | |
| 08/30/2017 | 08/30/2017 | SEARS HOLDINGS - nrd/coll | | (141,183.65) | (90,230.48) | 153978 |
| 09/01/2017 | 09/01/2017 | Overage Calc (Bkpt, Sales-Over | 91,765.39 | (81,218.63) | 10,546.76 | 156717 |
| 09/05/2017 | 09/05/2017 | SEARS HOLDINGS MANAGEMENT | | (67,255.65) | (3,605.84) | 155041 |
| 10/03/2017 | 10/03/2017 | SEARS HOLDINGS MANAGEMENT | | (67,255.65) | (3,605.84) | 156608 |
| 10/10/2017 | 10/10/2017 | SEARS HOLDINGS MANAGEMENT | | (3,195.00) | (3,195.00) | 141681 |
| 11/06/2017 | 11/06/2017 | SEARS HOLDINGS MANAGEMENT | | (67,255.65) | (3,605.84) | 158240 |
| 12/04/2017 | 12/04/2017 | SEARS HOLDINGS MANAGEMENT | | (67,255.65) | (3,605.84) | 159717 |
| 01/01/2018 | 01/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 161330 |
| 02/01/2018 | 02/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 162934 |
| 02/02/2018 | 02/02/2018 | ECOVA - dup WTR 03/18 | | (2,130.00) | (1,065.00) | 145878 |
| 03/01/2018 | 03/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 164399 |
| 04/01/2018 | 04/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 165892 |
| 05/01/2018 | 05/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 167431 |
| 05/11/2018 | 06/10/2018 | Y/E CAM Adjustment | 36,429.14 | | 36,429.14 | |
| 05/11/2018 | 06/10/2018 | Y/E Tax Adjustment | 6,479.79 | | 6,479.79 | |
| 05/11/2018 | 06/10/2018 | Y/E Tax Adjustment | 73,690.61 | | 73,690.61 | |
| 05/29/2018 | 05/29/2018 | SEARS HOLDINGS MANA - nb 07/18 | | (2,130.00) | (1,065.00) | 149734 |
| 06/01/2018 | 06/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 169030 |

**STATEMENT**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Date - | | | 01/22/2019 |
| | | | Account - | | | 248978 |
| | | | Statement No - | | | 2355051 |
| | | | Page - | | | 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/2018 | 07/01/2018 | Common Area Maintenance | 64,322.51 | (60,025.16) | 4,297.35 | 170516 |
| 08/01/2018 | 08/01/2018 | Common Area Maintenance | 64,322.51 | (60,025.12) | 4,297.39 | 172057 |
| 08/20/2018 | 08/20/2018 | SEARS HOLDINGS - WTR 09/18 | | (2,130.00) | (200.00) | 152009 |
| 09/01/2018 | 09/01/2018 | Overage Calc (Bkpt, Sales-Over | 80,966.37 | | 80,966.37 | |
| 09/01/2018 | 09/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 173432 |
| 09/28/2018 | 09/28/2018 | ENGIE INSIGHT - WTR | | (2,130.00) | (200.00) | 153049 |
| 10/01/2018 | 10/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 174775 |
| 11/01/2018 | 11/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 180756 |
| 11/01/2018 | 11/01/2018 | Water | 1,930.00 | | 1,930.00 | |
| 12/01/2018 | 12/01/2018 | Common Area Maintenance | 64,322.51 | (61,090.16) | 3,232.35 | 181741 |
| 12/01/2018 | 12/01/2018 | Water | 1,930.00 | | 1,930.00 | |
| 12/30/2018 | 12/30/2018 | SEARS HOLDINGS MANA - nrd/coll | | (57,422.13) | (57,422.13) | 173777 |
| 01/01/2019 | 01/01/2019 | Water | 1,930.00 | | 1,930.00 | |
| 01/01/2019 | 01/01/2019 | Common Area Maintenance | 65,221.74 | (61,090.16) | 4,131.58 | 182722 |

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Balance Prior To | 01/01/2006 | | .00 |
| Plus Charges From | 01/01/2006 | | 1,374,474.23 |
| Less Payments / Credits From | 01/01/2006 | | (1,070,872.16) |
| **AMOUNT DUE:** | | | **303,602.07** |

| | | |
|---|---|---|
| Date - | | 01/22/2019 |
| Account - | | 269399 |
| Statement No - | | 2355052 |
| Page - | | 1 |

**Make Check Payable To:**
NORTH COUNTY FAIR LP
PO BOX 55697
Los Angeles CA 90074-5697

**From:**
NORTH COUNTY
BANK OF AMERICA
FILE# 55697
LOS ANGELES CA 90074-5697

**Billing Address:**
Sears, Roebuck and Co.
Attn Landlord Payables Dept
Real Estate Department BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

**Tenant:**
Sears, Roebuck and Co.
Attn Landlord Payables Dept
Real Estate Department BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

Amount Remitted: _____
Remit top portion with payment.

DETAIL CHARGE

North County     Unit:  **G000**     Lease  **00054991**     DBA:  **Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | 01/01/2019 | Balance Forward | | | .00 | |
| 08/04/2014 | 08/04/2014 | SEARS HOLDINGS - coll | | (4,390.96) | (1,568.21) | 217017 |
| 07/15/2015 | 08/14/2015 | Y/E CAM Adjustment | (556.99) | | (556.99) | |
| 01/01/2017 | 01/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 142174 |
| 02/01/2017 | 02/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 143992 |
| 03/01/2017 | 03/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 145636 |
| 04/01/2017 | 04/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 147151 |
| 05/01/2017 | 05/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 148691 |
| 06/01/2017 | 06/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 150221 |
| 07/01/2017 | 07/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 151582 |
| 08/01/2017 | 08/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 153028 |
| 09/01/2017 | 09/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 154642 |
| 10/01/2017 | 10/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 156215 |
| 11/01/2017 | 11/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 157856 |
| 12/01/2017 | 12/01/2017 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 159347 |
| 01/01/2018 | 01/01/2018 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 160960 |
| 02/01/2018 | 02/01/2018 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 162571 |
| 03/01/2018 | 03/01/2018 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 164050 |
| 04/01/2018 | 04/01/2018 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 165542 |
| 05/01/2018 | 05/01/2018 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 167093 |
| 06/01/2018 | 06/01/2018 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 168683 |
| 07/01/2018 | 07/01/2018 | Common Area Maintenance | 7,140.17 | (7,045.77) | 94.40 | 170170 |
| 07/20/2018 | 08/19/2018 | Y/E CAM Adjustment | 1,118.70 | | 1,118.70 | |
| 08/01/2018 | 08/01/2018 | Enclosed Mall CAM-Hahn - ZA | 250.00 | (155.60) | 94.40 | 171725 |
| 09/01/2018 | 09/01/2018 | Enclosed Mall CAM-Hahn - ZA | 250.00 | (155.60) | 94.40 | 173102 |
| 10/01/2018 | 10/01/2018 | Enclosed Mall CAM-Hahn - ZA | 250.00 | (155.60) | 94.40 | 174449 |
| 11/01/2018 | 11/01/2018 | Enclosed Mall CAM-Hahn - ZA | 250.00 | (155.60) | 94.40 | 180454 |
| 12/01/2018 | 12/01/2018 | Enclosed Mall CAM-Hahn - ZA | 250.00 | (155.60) | 94.40 | 181439 |
| 01/01/2019 | 01/01/2019 | Enclosed Mall CAM-Hahn - ZA | 250.00 | (155.60) | 94.40 | 182446 |

ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 01/01/2006 | .00 |
| Plus Charges From | 01/01/2006 | 137,724.94 |
| Less Payments / Credits From | 01/01/2006 | (136,371.44) |
| **AMOUNT DUE:** | | **1,353.50** |

**STATEMENT** Page 6 of 15

|  |  |
|---|---|
| Date - | 01/22/2019 |
| Account - | 284546 |
| Statement No - | 2355054 |
| Page - | 1 |

**Make Check Payable To:**

WEA Palm Desert LP
P.O. BOX 742257
LOS ANGELES CA 90074-2257

**From:**

WEA Palm Desert LP
PO BOX 742257
LOS ANGELES CA 90074-2257

**Billing Address:**

Sears, Roebuck and Co.
Attn VP Real Estate
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

**Tenant:**

Sears, Roebuck and Co.
Attn VP Real Estate
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

Amount Remitted: _____

Remit top portion with payment.

---

**DETAIL CHARGE**

Palm Desert                     **Unit:    3001**          **Lease    00067168**          **DBA:  Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | 12/29/2015 | Balance Forward | | | .00 | |
| 12/01/2006 | 12/01/2006 | 12269 SEARS 12/06 RENT | | (5,164.50) | (795.90) | CK #627503 |
| 04/01/2010 | 04/01/2010 | Common Area Maintenance-Fixed | 5,164.42 | (5,025.07) | 139.35 | 46932 |
| 10/04/2010 | 10/04/2010 | SEARS MERCHANDISE GROUP | | (6,196.32) | (39.16) | 46932 |
| 10/01/2014 | 10/01/2014 | Common Area Maintenance-Fixed | 1,199.48 | (1,099.52) | 99.96 | 221670 |

**ACCOUNT SUMMARY**

| | | |
|---|---|---|
| Balance Prior To | 01/01/2006 | .00 |
| Plus Charges From | 01/01/2006 | 6,363.90 |
| Less Payments / Credits From | 01/01/2006 | (6,959.65) |
| **AMOUNT DUE:** | | **(595.75)** |

**STATEMENT**

| | |
|---|---|
| Date - | 01/22/2019 |
| Account - | 284555 |
| Statement No - | 2355055 |
| Page - | 1 |

**Make Check Payable To:**

WEA Palm Desert LP
P.O. BOX 742257
LOS ANGELES CA 90074-2257

**From:**

WEA Palm Desert LP
PO BOX 742257
LOS ANGELES CA 90074-2257

**Billing Address:**

Sears, Roebuck and Co.
Real Estate Payments
Department 824RE
3333 Beverly Road
Hoffman Estates IL 60179

**Tenant:**

Sears, Roebuck and Co.
Real Estate Payments
Department 824RE
3333 Beverly Road
Hoffman Estates IL 60179

Amount Remitted: _____

Remit top portion with payment.

---

**DETAIL CHARGE**

**Palm Desert**          **Unit:    S-AUTO**          **Lease    00067177**          **DBA:  Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | 10/01/2014 | Balance Forward | | | .00 | |
| 07/02/2015 | 07/02/2015 | SEARS HOLDINGS | | (11,046.83) | (8,026.73) | 108012 |
| 08/22/2016 | 08/22/2016 | SEARS HOLDINGS - 01/16 - 08/16 | | (366.00) | (7.00) | 134833 |
| 08/01/2018 | 08/01/2018 | Common Area Maintenance-Fixed | 549.00 | (504.25) | 44.75 | 173431 |
| 01/01/2019 | 01/01/2019 | Free Standing Unit | 1.00 | | 1.00 | |
| 01/01/2019 | 01/01/2019 | Common Area Maintenance-Fixed | 549.00 | | 549.00 | |

---

**ACCOUNT SUMMARY**

| | | |
|---|---|---|
| Balance Prior To | 01/01/2006 | .00 |
| Plus Charges From | 01/01/2006 | 1,099.00 |
| Less Payments / Credits From | 01/01/2006 | (8,537.98) |
| **AMOUNT DUE:** | | **(7,438.98)** |

| | |
|---|---|
| Date - | 01/22/2019 |
| Account - | 770091 |
| Statement No - | 2355058 |
| Page - | 1 |

**Make Check**
**Payable To:**

Broward Mall LLC

PO BOX 51066

Los Angeles CA 90074-1066

**From:**

BROWARD MALL LLC

FILE 51066

LOS ANGELES CA 90074-1066

**Billing Address:**

Sears, Roebuck and Co.

Real Estate Department  BC 131A

3333 Beverly Rd

Hoffman Estates IL 60179

**Tenant:**

Sears, Roebuck and Co.

Real Estate Department  BC 131A

3333 Beverly Rd

Hoffman Estates IL 60179

Amount Remitted: _____

Remit top portion with payment.

DETAIL CHARGE

**Broward**                    **Unit:**    **XD**          **Lease**    00034962          **DBA: Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | 01/31/2013 | Balance Forward | | | .00 | |
| 01/01/2019 | 01/01/2019 | Common Area Maintenance-Fixed | 1,746.74 | | 1,746.74 | |

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Balance Prior To | 01/01/2006 | .00 | |
| Plus Charges From | 01/01/2006 | 1,746.74 | |
| Less Payments / Credits From | 01/01/2006 | .00 | |
| **AMOUNT DUE:** | | **1,746.74** | |

| | |
|---|---|
| Date - | 01/22/2019 |
| Account - | 261551 |
| Statement No - | 2355061 |
| Page - | 1 |

**Make Check Payable To:**

MONTGOMERY MALL LLC
PO BOX 54738
LOS ANGELES CA 90074-4738

**From:**

MONTGOMERY MALL LLC
2049 CENTURY PARK EAST
41ST FLOOR
CENTURY CITY CA 90067

**Billing Address:**

Sears, Roebuck and Co.
Attn Jeffrey STollenwerck
3333 Beverly Rd
Hoffman Estates IL 60192

**Tenant:**

Sears, Roebuck and Co.
Attn Jeffrey STollenwerck
3333 Beverly Rd
Hoffman Estates IL 60192

Amount Remitted: _____

Remit top portion with payment.

DETAIL CHARGE

Montgomery          **Unit:**    **5555**          **Lease**    **00048763**          **DBA:  Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | | Balance Forward | | | | |
| 11/14/2011 | 11/14/2011 | ADVANTAGE IQ - COL | | (15,615.35) | (215.78) | 225589 |

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Balance Prior To | 01/01/2006 | | .00 |
| Plus Charges From | 01/01/2006 | | .00 |
| Less Payments / Credits From | 01/01/2006 | | (215.78) |
| **AMOUNT DUE:** | | | **(215.78)** |

Date -          01/22/2019
Account -          291089
Statement No -          2355063
Page -          1

**Make Check Payable To:**

BRANDON SHOPPING CENTERS PARTNERS LTD
PO BOX 532615
ATLANTA GA 30353-2615

**From:**

BRANDON SHOPPING CENTER PARTNERS LTD
2049 CENTURY PARK EAST
41ST FLOOR
CENTURY CITY CA 90067

**Billing Address:**

Sears, Roebuck and Co.
Sears Holdings Corporation
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

**Tenant:**

Sears, Roebuck and Co.
Sears Holdings Corporation
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

Amount Remitted: _____
Remit top portion with payment.

---

DETAIL CHARGE

**Brandon**          **Unit:**   **SEAR**          **Lease**   **00072388**          **DBA:  Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | 07/12/2018 | Balance Forward | | | .00 | |
| 10/01/2007 | 10/01/2007 | 12206 Sears 10/1 | | (48,865.90) | (434.34) | 774790 |
| 02/01/2010 | 02/01/2010 | SEARS | | (49,384.86) | (518.97) | 0000007450 |
| 03/01/2010 | 03/01/2010 | SEARS | | (49,384.86) | (119.33) | 0000012237 |
| 03/08/2011 | 03/08/2011 | SEARS | | (108.99) | (72.66) | 0000067922 |
| 02/02/2015 | 02/02/2015 | SEARS - 02/15 | | (49,976.49) | (555.30) | 000100181 |
| 12/07/2016 | 12/07/2016 | Florida Sales Tax | 22.57 | | 22.57 | |
| 12/07/2016 | 12/07/2016 | Replace Batteries in T-Stat | 322.43 | | 322.43 | |
| 03/21/2017 | 03/21/2017 | Florida Sales Tax | 10.01 | | 10.01 | |
| 03/21/2017 | 03/21/2017 | Repair RTU4 | 142.99 | | 142.99 | |
| 01/03/2018 | 01/03/2018 | SEARS | | (49,976.49) | (93.41) | 000160525 |
| 02/06/2018 | 02/06/2018 | SEARS HOLD - OP | | (49,976.49) | (93.41) | 000162143 |
| 03/01/2018 | 03/01/2018 | Florida Sales Tax | 2,823.18 | (2,688.89) | 134.29 | 000163628 |
| 03/01/2018 | 03/01/2018 | Florida Sales Tax | 352.90 | (332.14) | 20.76 | 000163628 |
| 01/01/2019 | 01/01/2019 | Rent Tax - Hillsborough FL | 3,404.42 | (2,823.18) | 581.24 | 000182115 |
| 01/01/2019 | 01/01/2019 | Rent Tax - Hillsborough FL | 425.55 | (352.90) | 72.65 | 000182115 |

---

ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 01/01/2006 | .00 |
| Plus Charges From | 01/01/2006 | 7,504.05 |
| Less Payments / Credits From | 01/01/2006 | (8,084.53) |
| **AMOUNT DUE:** | | **(580.48)** |

STATEMENT

| | | |
|---|---|---|
| Date - | 01/22/2019 |
| Account - | 295850 |
| Statement No - | 2355064 |
| Page - | 1 |

**Make Check Payable To:**

CITRUS PARK VENTURE LP
PO BOX 532627
ATLANTA GA 30353-2627

**From:**

CITRUS PARK
2049 CENTURY PARK EAST
41ST FLOOR
CENTURY CITY CA 90067

**Billing Address:**

Sears, Roebuck and Co.
Sears Holdings Corporation
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

**Tenant:**

Sears, Roebuck and Co.
Sears Holdings Corporation
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

Amount Remitted: _____

Remit top portion with payment.

---

DETAIL CHARGE

**Citrus Park**    **Unit:**    **7902**    **Lease**    **00076177**    **DBA:  Sears, Roebuck and Co.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | 01/01/2019 | Balance Forward | | | .00 | |
| 04/17/2015 | 04/17/2015 | Y/E CAM Adjustment | (2,762.36) | | (2,762.36) | |
| 04/30/2015 | 04/30/2015 | Common Area Maint-Esc 5yrs Mar | (2,762.26) | 2,486.03 | (276.23) | APPLY CREDITS |
| 04/30/2015 | 04/30/2015 | Common Area Maint-Esc 5yrs Mar | (2,762.26) | 2,486.03 | (276.23) | APPLY CREDITS |
| 04/30/2015 | 04/30/2015 | Common Area Maint-Esc 5yrs Mar | (2,762.26) | 2,486.03 | (276.23) | APPLY CREDITS |
| 05/01/2015 | 05/01/2015 | SEARS HOLD | | (2,957.25) | (276.22) | 000106497 |
| 06/10/2015 | 06/10/2015 | SEARS HOLD - 06/15 | | (2,957.25) | (276.22) | 000108351 |
| 07/14/2015 | 07/14/2015 | SEARS HOLD - 07/15 | | (2,957.25) | (276.22) | 000110294 |
| 08/25/2015 | 08/25/2015 | SEARS HOLD - 08/15 | | (2,957.25) | (276.22) | 000112181 |
| 09/16/2015 | 09/16/2015 | SEARS HOLD - 10/15 | | (2,957.25) | (276.22) | 000114068 |
| 10/15/2015 | 10/15/2015 | SEARS HOLD - 10/15 | | (2,957.25) | (276.22) | 000115851 |
| 11/12/2015 | 11/12/2015 | SEARS HOLD | | (5,914.50) | (3,233.47) | 000117608 |
| 12/03/2015 | 12/03/2015 | SEARS HOLD - CAM 12/15 | | (2,957.25) | (276.22) | 000119367 |
| 01/04/2016 | 01/04/2016 | SEARS HOLD - 01/16 | | (2,957.25) | (276.22) | 000121275 |
| 02/02/2016 | 02/02/2016 | SEARS HOLD - 02/16 | | (2,957.25) | (276.22) | 000123139 |
| 03/10/2016 | 03/10/2016 | SEARS HOLD - 03/16 | | (2,957.25) | (276.22) | 000124962 |
| 04/01/2016 | 04/01/2016 | SEARS HOLD - 04/16 | | (2,957.25) | (276.22) | 000126765 |
| 05/02/2016 | 05/02/2016 | SEARS HOLD - 04/16 | | (2,957.25) | (276.22) | 000128450 |
| 06/13/2016 | 06/13/2016 | SEARS HOLD | | (2,957.25) | (276.22) | 000130160 |
| 07/01/2016 | 07/01/2016 | SEARS HOLD - 06/16 | | (2,957.25) | (276.22) | 000131821 |
| 08/01/2016 | 08/01/2016 | Common Area Maint-Esc 5yrs Mar | 2,486.03 | | 2,486.03 | 000135334 |
| 08/01/2016 | 08/01/2016 | Insurance | 195.00 | | 195.00 | 000135334 |
| 08/10/2016 | 08/10/2016 | SEARS HOLD | | (2,957.25) | (276.22) | 000133526 |
| 09/27/2016 | 09/27/2016 | NSF Fee CK #135334 | 25.00 | | 25.00 | |
| 09/27/2016 | 09/27/2016 | Florida Sales Tax | 1.75 | | 1.75 | |
| 10/11/2016 | 10/11/2016 | SEARS HOLD - 10/16 | | (2,957.25) | (276.22) | 000136837 |
| 11/17/2016 | 11/17/2016 | SEARS HOLD - 10/16 | | (2,957.25) | (276.22) | 000138537 |
| 12/12/2016 | 12/12/2016 | SEARS HOLD - 11/16 | | (2,957.25) | (276.22) | 000140073 |
| 01/13/2017 | 01/13/2017 | SEARS HOLD - 12/16 | | (2,957.25) | (276.22) | 000141806 |
| 02/01/2017 | 02/01/2017 | Common Area Maint-Esc 5yrs Mar | 2,486.03 | | 2,486.03 | |
| 02/01/2017 | 02/01/2017 | Insurance | 195.00 | | 195.00 | |
| 02/21/2017 | 02/21/2017 | SEARS HOLD - 01/17 | | (2,957.25) | (276.22) | 000143632 |
| 03/06/2017 | 03/06/2017 | SEARS HOLD - 03/17 | | (2,957.25) | (276.22) | 000145271 |
| 04/13/2017 | 04/13/2017 | SEARS HOLD - 04/17 | | (2,957.25) | (276.22) | 000146803 |
| 05/09/2017 | 05/09/2017 | SEARS HOLD - 05/17 | | (2,957.25) | (276.22) | 000148342 |
| 06/13/2017 | 06/13/2017 | SEARS HOLD - 06/17 | | (2,957.25) | (276.22) | 000149859 |

**STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| | | | Date - | 01/22/2019 | |
| | | | Account - | 295850 | |
| | | | Statement No - | 2355064 | |
| | | | Page - | 2 | |

| | | | | | |
|---|---|---|---|---|---|
| 07/14/2017 | 07/14/2017 | SEARS HOLD | | (2,957.25) | (276.22) | 000151241 |
| 01/25/2018 | 01/25/2018 | Florida Sales Tax | 1.70 | | 1.70 | |
| 01/25/2018 | 01/25/2018 | NSF CHECK #160579 | 25.00 | | 25.00 | |
| 09/01/2018 | 09/01/2018 | Insurance | 195.00 | | 195.00 | |
| 09/01/2018 | 09/01/2018 | Common Area Maint-Esc 5yrs Mar | 2,486.03 | | 2,486.03 | |
| 10/01/2018 | 10/01/2018 | Common Area Maint-Esc 5yrs Mar | 2,486.03 | | 2,486.03 | |
| 10/01/2018 | 10/01/2018 | Insurance | 195.00 | | 195.00 | |
| 01/07/2019 | 01/07/2019 | SEARS HOLD >BK 10/18 | | (2,681.03) | (1,470.25) | 000182156 |

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Balance Prior To | 01/01/2006 | .00 |
| Plus Charges From | 01/01/2006 | (271.57) |
| Less Payments / Credits From | 01/01/2006 | (4,151.13) |
| **AMOUNT DUE:** | | **(4,422.70)** |

STATEMENT

| | |
|---|---|
| Date - | 01/22/2019 |
| Account - | 334235 |
| Statement No - | 2355065 |
| Page - | 1 |

**Make Check Payable To:**

SUNRISE MALL LLC
PO BOX 50205
Los Angeles CA 90074-0205

**From:**

SUNRISE
BANK OF AMERICA
FILE# 50205
LOS ANGELES CA 90074-0205

**Billing Address:**

Sears, Roebuck and Co.
Attn Vice President - Law, R/E
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

**Tenant:**

Sears, Roebuck and Co.
Attn Vice President - Law, R/E
Real Estate Department  BC 131A
3333 Beverly Rd
Hoffman Estates IL 60179

Amount Remitted: _____

Remit top portion with payment.

---

DETAIL CHARGE

**Sunrise**  **Unit:** FS11    **Lease** 00104131    **DBA:** Sears, Roebuck and Co.

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 01/01/2006 | 01/07/2019 | Balance Forward | | | .00 | |
| 07/15/2011 | 07/15/2011 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 83894 |
| 07/15/2011 | 07/15/2011 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 67430 |
| 07/15/2011 | 07/15/2011 | SEARS MERCHADISE GROUP | | (9,003.65) | (3.36) | 79983 |
| 09/08/2011 | 09/08/2011 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 91873 |
| 10/05/2011 | 10/05/2011 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 95467 |
| 11/04/2011 | 11/04/2011 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 99800 |
| 12/07/2011 | 12/07/2011 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 103779 |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 437.16 | (98.69) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (535.85) | 469.36 | (66.49) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 415.14 | (22.02) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 415.14 | (22.02) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 415.14 | (22.02) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 415.14 | (22.02) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 415.14 | (22.02) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 415.14 | (22.02) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 433.80 | (3.36) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 433.80 | (3.36) | APPLY CREDITS |
| 10/29/2012 | 10/29/2012 | CAM rev due to incorrect CPI | (437.16) | 433.80 | (3.36) | APPLY CREDITS |
| 12/06/2012 | 12/06/2012 | SEARS MERCHANDISE GROUP | | (9,022.31) | (22.02) | 151979 |
| 12/06/2012 | 12/06/2012 | SEARS MERCHANDISE GROUP | | (9,022.31) | (22.02) | 148407 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (62.41) | 22852 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (66.49) | 13407 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (66.49) | 18110 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 50580 |

Date -           01/22/2019
Account -          334235
Statement No -    2355065
Page -               2

| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 87857 |
|---|---|---|---|---|---|---|
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 63104 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 71455 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 75542 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 32158 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 36797 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 58631 |
| 12/19/2012 | 12/19/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 27492 |
| 12/20/2012 | 12/20/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 41842 |
| 12/20/2012 | 12/20/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 46245 |
| 12/20/2012 | 12/20/2012 | SEARS MERCHANDISE GROUP | | (9,003.65) | (3.36) | 54664 |
| 10/16/2013 | 10/16/2013 | Common Area Maint Esc-ann Oct | 533.60 | (522.31) | 11.29 | 155967 |
| 10/16/2013 | 10/16/2013 | Common Area Maint Esc-ann Oct | 533.60 | (522.31) | 11.29 | 159688 |
| 11/13/2014 | 11/13/2014 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 223539 |
| 11/13/2014 | 11/13/2014 | Common Area Maint Esc- OCT Esc | 548.86 | (536.31) | 12.55 | APPLY CREDITS |
| 12/01/2014 | 12/01/2014 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 225671 |
| 01/01/2015 | 01/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 227915 |
| 02/01/2015 | 02/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 100940 |
| 03/01/2015 | 03/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 103327 |
| 04/01/2015 | 04/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 105272 |
| 05/01/2015 | 05/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 107148 |
| 06/01/2015 | 06/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 109010 |
| 07/01/2015 | 07/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 110968 |
| 08/01/2015 | 08/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 112813 |
| 09/01/2015 | 09/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.02) | 9.84 | 114689 |
| 10/01/2015 | 10/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.20) | 9.66 | 130752 |
| 11/01/2015 | 11/01/2015 | Common Area Maint Esc- OCT Esc | 548.86 | (539.20) | 9.66 | 130752 |
| 12/01/2015 | 12/01/2015 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 119988 |
| 01/01/2016 | 01/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 121886 |
| 02/01/2016 | 02/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 123740 |
| 03/01/2016 | 03/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 125562 |
| 04/01/2016 | 04/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 127339 |
| 04/29/2016 | 04/29/2016 | SEARS MERCHANDISE GROUP | | (21,633.88) | (811.98) | 58632 |
| 05/01/2016 | 05/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 129041 |
| 06/01/2016 | 06/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 130752 |
| 07/01/2016 | 07/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 132409 |
| 08/01/2016 | 08/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 134120 |
| 09/01/2016 | 09/01/2016 | Common Area Maint Esc- OCT Esc | 548.68 | (539.02) | 9.66 | 135902 |
| 11/08/2016 | 11/08/2016 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 139116 |
| 11/08/2016 | 11/08/2016 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 139116 |
| 12/01/2016 | 12/01/2016 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 140627 |
| 01/01/2017 | 01/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 142380 |
| 02/01/2017 | 02/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 144191 |
| 03/01/2017 | 03/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 145831 |
| 04/01/2017 | 04/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 148880 |
| 05/01/2017 | 05/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 147339 |
| 06/01/2017 | 06/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 150414 |
| 07/01/2017 | 07/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 151763 |
| 08/01/2017 | 08/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 153348 |
| 09/01/2017 | 09/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 154965 |
| 10/01/2017 | 10/01/2017 | Department Store | 8,500.00 | (8,482.32) | 17.68 | 156534 |
| 11/01/2017 | 11/01/2017 | Common Area Maint Esc- OCT Esc | 556.70 | (539.02) | 17.68 | 158160 |
| 12/01/2017 | 12/01/2017 | Common Area Maint Esc- OCT Esc | 569.13 | (514.16) | 54.97 | 159642 |
| 01/01/2018 | 01/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 161255 |
| 02/01/2018 | 02/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 162859 |
| 03/01/2018 | 03/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 164332 |
| 04/01/2018 | 04/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 165821 |
| 05/01/2018 | 05/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 167369 |

**STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| | | | Date - | | 01/22/2019 |
| | | | Account - | | 334235 |
| | | | Statement No - | | 2355065 |
| | | | Page - | | 3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2018 | 06/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 168965 |
| 07/01/2018 | 07/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 170451 |
| 08/01/2018 | 08/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 171996 |
| 09/01/2018 | 09/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 173370 |
| 10/01/2018 | 10/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 174713 |
| 11/01/2018 | 11/01/2018 | Common Area Maint Esc- OCT Esc | 569.13 | (539.02) | 30.11 | 180698 |
| 12/01/2018 | 12/01/2018 | Common Area Maint Esc- OCT Esc | 582.09 | (539.02) | 43.07 | 181682 |
| 12/02/2018 | 12/02/2018 | Common Area Maint Esc- OCT Esc | 582.09 | (569.13) | 12.96 | 181682 |
| 12/02/2018 | 12/02/2018 | Common Area Maint Esc- OCT Esc | 582.09 | (569.13) | 12.96 | 181682 |
| 01/01/2019 | 01/01/2019 | Common Area Maint Esc- OCT Esc | 582.09 | (539.02) | 43.07 | 182663 |

ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 01/01/2006 | .00 |
| Plus Charges From | 01/01/2006 | 28,331.26 |
| Less Payments / Credits From | 01/01/2006 | (29,757.76) |
| **AMOUNT DUE:** | | **(1,426.50)** |