# Exhibit 3

133557        BK 1856 PG 0308

*H499-3428*

## AMENDMENT TO CONSTRUCTION, OPERATION
## AND RECIPROCAL EASEMENT AGREEMENT

THIS AMENDMENT is made as of the 28ᵗʰ day of _October_, 1994,
between CONCORD MALL, a Delaware general partnership ("Developer"), and
SEARS, ROEBUCK AND CO., a New York corporation ("Sears").

### WITNESSETH:

WHEREAS, Developer and Sears entered into a Construction,
Operation and Reciprocal Easement Agreement dated December 21, 1990 and
recorded in the office of the Recorder of Deeds, New Castle County, State of
Delaware at Deed Book 1240, Page 90, which agreement, as amended by that
certain Supplemental Agreement dated December 21, 1990 and as further
amended by that certain Agreement dated June 27, 1991 and recorded in said
Records at Deed Book 1240, Page 40, is hereinafter referred to as the "REA"; and

WHEREAS, the parties desire to amend, modify and supplement the
REA to accommodate the intended conversion of the office building (the
"Building") located in the Shopping Center to retail use 1) by changing the parking
ratio to 4.8 cars per 1,000 square feet of floor area, 2) by altering the parking
configuration, and 3) as further hereinafter provided.

NOW, THEREFORE, in consideration of the mutual agreement herein
contained and other good and valuable consideration to each of the parties hereto
paid by the other, receipt and sufficiency of which is hereby acknowledged, the
parties agree as follows:

1.      Capitalized terms used herein shall have the same meaning as
ascribed thereto in the REA, unless otherwise provided herein.

2.      Section 17.1(b)(i) of the REA is amended by substituting on line
4 of said Section the words and numeral "four and eight-tenths (4.8)" in place of
the word and numeral "five (5)" which are hereby deleted.

3.      Notwithstanding anything to the contrary set forth in the REA,
Developer shall have the right to modify the parking configuration so that it is
substantially as shown on the plan (the "Plan") attached hereto as Exhibit "A" and
made a part hereof, including but not limited to the minimum parking bay width
indicated thereon.

4.      Nothing in the REA shall be construed so as to prevent the
placement of signs, identifying the occupant of the Building, a) at the exterior
entrance to the "Pedestrian Mallway" (as shown on the Plan), b) on the exterior

After Recording, please return document to
Commonwealth Land Title Insurance Company
Agency & Approved Attorney Department
2 Logan Square, Suite 500
Philadelphia, Pennsylvania 19103
ATTN: EDWARD J. KELLY

38913.3  10/13/94

_See Plat Plan No. 12232_        6/60a3

PAULETTE SULLIVAN MOORE    000000

94 DEC 21  A 9:39.0

BK 1856 PG 0309

wall of the third level of the Building, and c) on the interior Building facades at the mall level.

     5.    All other terms and conditions of the REA shall remain in full force and effect.

     IN WITNESS WHEREOF, the parties have duly executed this Amendment under seal as of the day and year first above written.

Sealed and Delivered
in the Presence of:

CONCORD MALL,
a Delaware general partnership

By:   JMB GROUP TRUST III,
     an Illinois trust,
     General Partner

     By:   JMB INSTITUTIONAL ADVISORS-II,
         an Illinois general partnership,
         Investment Manager

         By:   JMB INSTITUTIONAL REALTY
            CORPORATION, an Illinois
            corporation,
            Managing Partner

            By _Susan Danielli_
            Name _SUSAN DANIELLI_
            Title _VICE PRESIDENT_

            By _____
            Name _____
            Title _____

Sealed and Delivered
in the Presence of:

SEARS, ROEBUCK AND CO.,
a New York corporation

     By _____
     Name _____
     Title _____

     By _____
     Name _____
     Title _____

BK 1856 PG 0310

wall of the third level of the Building, and c) on the interior Building facades at the mall level.

5.   All other terms and conditions of the REA shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have duly executed this Amendment under seal as of the day and year first above written.

Sealed and Delivered                    CONCORD MALL,
in the Presence of:                     a Delaware general partnership

                                        By:   JMB GROUP TRUST III,
                                              an Illinois trust,
_____                       General Partner

                                              By:   JMB INSTITUTIONAL ADVISORS-III,
                                                    an Illinois general partnership,
                                                    Investment Manager

                                                    By:   JMB INSTITUTIONAL REALTY
                                                          CORPORATION, an Illinois
                                                          corporation,
                                                          Managing Partner

                                                          By_____
                                                          Name_____
                                                          Title_____

                                                          By_____
                                                          Name_____
                                                          Title_____


Attest:                                 SEARS, ROEBUCK AND CO.,
                                        a New York corporation

_Roberta Bramlette_                     By  _Barry D. Kaufman_
Assistant Secretary                     Name    Barry D. Kaufman
                                        Title   Divisional Vice President
                                                Real Estate

```
PROPERTY
MANAGER
  K
LEGAL
TKH
```

34913.3  10/13/94                       2

BK 1856 PG 0311

STATE OF ILLINOIS     )
                      )  SS.:
COUNTY OF COOK        )

This instrument was acknowledged before me this _21st_ day of _October_, 1994, by _Susan Spinello_ and _____, the _Vice President_ and the _____, respectively, of JMB INSTITUTIONAL REALTY CORPORATION, an Illinois corporation, as Managing Partner of JMB INSTITUTIONAL ADVISORS-III, an Illinois general partnership, as Investment Manager of JMB GROUP TRUST III, the General Partner of CONCORD MALL, a Delaware general partnership, the party on behalf of whom the instrument was executed.

WITNESS my hand and official seal this _21st_ day of _October_, 1994.

"OFFICIAL SEAL"
LINDA M. RILEY
Notary Public, State of Illinois
My Commission Expires May 21, 1998

By _Linda M. Riley_
    NOTARY PUBLIC
_Linda M. Riley_
(Notary Printed Name)

My Commission Expires:

_May 21, 1998_

STATE OF NEW YORK     )
                      )  SS.:
COUNTY OF _____     )

On this ____ day of _____, 1994, before me, personally came _____ ard _____, to me known who being by me duly sworn, did depose and say that they are the _____ and the _____ of SEARS, ROEBUCK & CO., the corporation described in, and which executed, the foregoing instrument; and that they signed the foregoing instrument as such officers and that said instrument is the act and deed of said corporation.

_____
NOTARY PUBLIC

BK 1856 PG 0312

| STATE OF ILLINOIS | ) |
| COUNTY OF COOK | ) | SS.: |

This instrument was acknowledged before me this ____ day of
_____, 1994, by _____ and _____, the
_____ and the _____, respectively, of JMB
INSTITUTIONAL REALTY CORPORATION, an Illinois corporation, as Managing
Partner of JMB INSTITUTIONAL ADVISORS-III, an Illinois general partnership, as
Investment Manager of JMB GROUP TRUST III, the General Partner of CONCORD
MALL, a Delaware general partnership, the party on behalf of whom the instrument
was executed.

WITNESS my hand and official seal this ____ day of _____,
1994.

By _____
                                    NOTARY PUBLIC

                        _____
                                    (Notary Printed Name)

My Commission Expires:

_____

STATE OF ~~NEW YORK~~ *ILLINOIS*        )
                                                        )    SS.:
COUNTY OF    _COOK_        )

On this *31st* day of *October*, 1994, before me, personally came
*Barry D Kaufman* and *Robert C Bramlette, Jr*, to me known who being by me duly
sworn, did depose and say that they are the *Divisional Vice President, Real Estate* and the
*Assistant Secretary* of SEARS, ROEBUCK & CO., the corporation described in,
and which executed, the foregoing instrument; and that they signed the foregoing
instrument as such officers and that said instrument is the act and deed of said
corporation.

*Diane Haeger*
                        NOTARY PUBLIC

```
OFFICIAL SEAL
DIANE HAEGER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/06/97
```

38913.3  10/13/94                     3

*See Plat Plan No. 12232*