# Exhibit A

**Sears Holdings Corporation**
**Executory Contracts**
**Non-Real Estate Cure Amounts**

| No | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Executed Date | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|---|
| 3145 | SEARS, ROEBUCK AND CO. | GMRI, INC. | | N/A | N/A | N/A | $ - |
| 3146 | SEARS HOLDINGS MANAGEMENT CORPORATION | GO2PAPER INC-687087 | SC-GO2PAPER-MHSSA-10 | 5/24/2010 | 12/31/2019 | SHCLCW29 | $ 632 |
| 3147 | SEARS HOLDINGS PUBLISHING COMP. | GO2PAPER INC-687087 | FIN-GO2PAPER-SOW 1 TO MHSSA-2010 | 5/24/2010 | 12/01/2019 | SHCLCW242 | $ - |
| 3148 | SEARS, ROEBUCK AND CO. | GODLEY STATION LODGING, LLC/DI CONSTRUCTION LLC | WOODSPRING SUITES | N/A | N/A | PO #15086-29 | $ - |
| 3149 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | GOLD COUNTRY EQUIPMENT CENTER INC | HOME SERVICES - GOLD COUNTRY EQUIPMENT CENTER INC - MSA (SMALL ITEM REPAIR GO LOCAL | 4/23/2015 | 04/22/2020 | CW2302330 | $ 1,604 |
| 3150 | SEARS, ROEBUCK AND CO. | GOLD MEDAL MULTI FAMILY LLC | GOLD MEDAL MULTI FAMILY LLC PROJECT SEASONS ON THE PARK PHASE II SALES ORDER & CONTRACT | 05/29/2013 | N/A | N/A | $ - |
| 3151 | SEARS, ROEBUCK AND CO. | GOLDEN CONSTRUCTION | SEARS COMMERCIAL CONTRACT AGREEMENT | N/A | N/A | N/A | $ - |
| 3152 | SEARS, ROEBUCK AND CO. | GOLDEN CONSTRUCTION LLC | SUBCONTRACT | N/A | N/A | N/A | $ - |
| 3153 | SEARS, ROEBUCK AND CO. | GOLDEN CONSTRUCTION LLC | AMENDMENT | N/A | N/A | N/A | $ - |
| 3154 | SEARS, ROEBUCK AND CO. | GOLDEN CONSTRUCTION LLC | SUBCONTRACT CHANGE ORDER | N/A | N/A | N/A | $ - |
| 3155 | SEARS HOLDINGS CORPORATION | GOLDEN RAY LLC | HOME SERVICES- GOLDEN RULE SMALL ENGINE - MSA 2014 | 3/20/2014 | 03/20/2019 | CW2293521 | $ - |
| 3156 | SEARS HOLDINGS CORPORATION | GOLDEN RAY LLC | HOME SERVICES-GOLDEN RAY LLC - MSA 2014 | 10/23/2014 | 10/22/2019 | CW2294065 | $ - |
| 3157 | SEARS HOLDINGS CORPORATION | GOLDEN RULE SMALL ENGINE | HOME SERVICES- GOLDEN RULE SMALL ENGINE - MSA 2014 | 3/20/2014 | 03/20/2019 | CW2289456 | $ - |
| 3158 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | GOODSELL POWER EQUIPMENT INC | HOME SERVICES - GOODSELL POWER EQUIPMENT INC - MASTER SERVICE AGREEMENT (GO LOCAL) - | 5/28/2015 | 05/27/2020 | SHCLCW7592 | $ - |
| 3159 | SEARS, ROEBUCK AND CO. | GOODWILL INDUSTRIES OF SOUTH FLORIDA | | N/A | N/A | N/A | $ - |
| 3160 | KMART CORPORATION | GOODWILL INDUSTRIES OF SOUTH FLORIDA, INC. | | N/A | N/A | N/A | $ - |
| 3161 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE INC | ONLINE - GOOGLE - DFP PREMIUM - 2018 | 6/1/2018 | 05/31/2020 | CW2338217 | $ - |
| 3162 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE INC | HOME SERVICES - GOOGLE - SUITE360 - ORDER FORM - 2018 | 6/1/2018 | 05/31/2020 | CW2334749 | $ - |
| 3163 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE INC | MKTG - ONLINE - GOOGLE - ADSENSE - 2018 | 10/1/2018 | 09/30/2019 | CW2340360 | $ - |
| 3164 | SEARS HOME & BUSINESS FRANCHIS | GOOGLE, INC. | GOOGLE ADVERTISING SERVICE AGREEMENT | N/A | N/A | N/A | $ - |
| 3165 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | | 6/1/2018 | 5/31/2020 | CW2338217 | $ - |
| 3166 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | | 10/1/2018 | 9/30/2020 | CW2340360 | $ - |
| 3167 | SOE, INC. | GORMAN GENERAL CONTRACTORS LLC | PURCHASE ORDER | N/A | N/A | N/A | $ - |
| 3168 | SEARS HOLDINGS MANAGEMENT CORP | GORSKI-OSTERHOLDT INC | MASTER SOFTWARE AND SERVICES AGREEMENT | 9/10/2012 | N/A | N/A | $ - |