# EXHIBIT A

| | Sears Holdings Corporation, et al. | | | | |
|---|---|---|---|---|---|
| | S.D. New York Bankruptcy No. 18-23538 (RDD) | | | | |
| | | | | | |
| | ADT LLC d/b/a Protection One | | | | |
| | Prepetition Amounts | | | | |
| | | | | | |
| | EXHIBIT A | | | | |
| Invoice# | Date | Type | Description | Amount | Balance |
| 125595606 | 10/31/2018 | RECUR | 10/1/18 To 10/14/18 | $42,349.42 | $42,349.42 |
| 125568079 | 10/30/2018 | RECUR | 9/1/18 To 9/30/18 | $93,743.62 | $93,743.62 |
| 125568080 | 10/30/2018 | RECUR | 9/1/18 To 9/30/18 | $60.95 | $60.95 |
| 125568081 | 10/30/2018 | RECUR | 9/1/18 To 9/30/18 | $77.50 | $77.50 |
| 125349837 | 10/15/2018 | JOB | Labor Charge | $95.72 | $95.72 |
| 125349699 | 10/15/2018 | JOB | upon arrival, door contact was unsecured and held | $371.25 | $371.25 |
| 125349389 | 10/15/2018 | JOB | replace contacts on south door zone 709 check and | $318.23 | $318.23 |
| 125349050 | 10/15/2018 | JOB | Job Billing | $258.35 | $258.35 |
| 125327640 | 10/12/2018 | JOB | Job Billing | $98.33 | $98.33 |
| 125327502 | 10/12/2018 | JOB | Labor Charge | $96.53 | $96.53 |
| 125327424 | 10/12/2018 | JOB | Job Billing | $164.63 | $164.63 |
| 125326710 | 10/12/2018 | JOB | Job Billing | $303.84 | $303.84 |
| 125298667 | 10/11/2018 | JOB | Job Billing | $742.60 | $742.60 |
| 125284681 | 10/10/2018 | JOB | Job Billing | $194.18 | $194.18 |
| 125284348 | 10/10/2018 | JOB | Job Billing | $1,291.08 | $1,291.08 |
| 125268695 | 10/9/2018 | JOB | Labor Charge | $144.11 | $144.11 |
| 125268347 | 10/9/2018 | JOB | Labor Charge | $96.75 | $96.75 |
| 125167911 | 10/4/2018 | JOB | complete zones in trouble due to construction hvac | $90.00 | $90.00 |
| 125167116 | 10/4/2018 | JOB | SENSOR POPIT W TAMPER | $60.24 | $60.24 |
| 125151571 | 10/3/2018 | JOB | Job Billing | $97.76 | $97.76 |
| 125151353 | 10/3/2018 | JOB | Job Billing | $306.17 | $306.17 |
| 125121242 | 10/2/2018 | JOB | Job Billing | $187.55 | $187.55 |
| 125120920 | 10/2/2018 | JOB | Job Billing | $272.03 | $272.03 |
| 125090101 | 10/1/2018 | JOB | 180961489- ER Service: Tech replaced defective pop | $362.22 | $362.22 |
| 125079158 | 10/1/2018 | RECUR | 9/27/18 To 10/31/18 | $88.42 | $56.00 |
| 125079156 | 10/1/2018 | RECUR | 10/1/18 To 10/31/18 | $59.54 | $29.77 |
| 125079155 | 10/1/2018 | RECUR | 10/1/18 To 10/31/18 | $67.84 | $33.92 |
| 125079144 | 10/1/2018 | RECUR | 10/1/18 To 10/31/18 | $116,147.85 | $3,312.21 |
| 125065683 | 9/28/2018 | JOB | Job Billing | $337.50 | $337.50 |
| 125065392 | 9/28/2018 | JOB | Job Billing | $660.49 | $660.49 |
| 125065293 | 9/28/2018 | JOB | Job Billing | $538.93 | $538.93 |
| 125065277 | 9/28/2018 | JOB | Job Billing | $1,384.30 | $1,384.30 |
| 125044402 | 9/27/2018 | JOB | Labor Charge | $135.00 | $135.00 |
| 125043882 | 9/27/2018 | JOB | Job Billing | $194.40 | $194.40 |
| 125043444 | 9/27/2018 | JOB | 180938867-replaced the popits of all missing point | $1,758.77 | $1,758.77 |
| 125043206 | 9/27/2018 | JOB | BURG NEW INSTALL | $8,958.11 | $8,958.11 |
| 125042645 | 9/27/2018 | JOB | Job Billing | $3,868.50 | $3,868.50 |
| 125024903 | 9/26/2018 | JOB | Job Billing | $289.82 | $289.82 |
| 125024574 | 9/26/2018 | JOB | 0020012290 | $892.57 | $892.57 |
| 125014314 | 9/25/2018 | JOB | Labor Charge | $216.17 | $216.17 |
| 125013549 | 9/25/2018 | JOB | Job Billing | $503.20 | $503.20 |
| 124996760 | 9/24/2018 | JOB | Labor Charge | $96.30 | $96.30 |
| 124996162 | 9/24/2018 | JOB | Job Billing | $439.90 | $439.90 |

| | Sears Holdings Corporation, et al. | | | | |
| --- | --- | --- | --- | --- | --- |
| | S.D. New York Bankruptcy No. 18-23538 (RDD) | | | | |
| | ADT LLC d/b/a Protection One | | | | |
| | Prepetition Amounts | | | | |
| | EXHIBIT A | | | | |
| Invoice# | Date | Type | Description | Amount | Balance |
| 124996059 | 9/24/2018 | JOB | Job Billing | $1,007.03 | $1,007.03 |
| 124962200 | 9/21/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 124962122 | 9/21/2018 | JOB | Job Billing | $122.06 | $122.06 |
| 124961500 | 9/21/2018 | JOB | Job Billing | $1,326.80 | $1,326.80 |
| 124961470 | 9/21/2018 | JOB | Job Billing | $180.00 | $180.00 |
| 124931045 | 9/19/2018 | JOB | Job Billing | $90.00 | $90.00 |
| 124930445 | 9/19/2018 | JOB | Job Billing | $556.07 | $556.07 |
| 124930439 | 9/19/2018 | JOB | Job Billing | $964.03 | $964.03 |
| 124916737 | 9/18/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 124916262 | 9/18/2018 | JOB | Job Billing | $244.41 | $244.41 |
| 124915800 | 9/18/2018 | JOB | Job Billing | $1,782.79 | $1,782.79 |
| 124890696 | 9/17/2018 | JOB | Job Billing | $146.98 | $146.98 |
| 124890361 | 9/17/2018 | JOB | Job Billing | $157.50 | $157.50 |
| 124869086 | 9/14/2018 | JOB | Job Billing | $243.74 | $243.74 |
| 124868894 | 9/14/2018 | JOB | Job Billing | $10,143.48 | $10,143.48 |
| 124850996 | 9/13/2018 | JOB | GLASSBREAK ACOUSTIC 25 C&K | $43.57 | $43.57 |
| 124850128 | 9/13/2018 | JOB | Job Billing | $1,899.07 | $1,899.07 |
| 124810416 | 9/12/2018 | JOB | Labor Charge | $96.53 | $96.53 |
| 124810400 | 9/12/2018 | JOB | Job Billing | $135.00 | $135.00 |
| 124810182 | 9/12/2018 | JOB | Job Billing | $168.45 | $168.45 |
| 124809714 | 9/12/2018 | JOB | Job Billing | $1,556.47 | $1,556.47 |
| 124796835 | 9/11/2018 | JOB | 180919510-found wires cut and alarm polling loop w | $202.50 | $202.50 |
| 124796813 | 9/11/2018 | JOB | Job Billing | $202.50 | $202.50 |
| 124796748 | 9/11/2018 | JOB | Job Billing | $218.45 | $218.45 |
| 124796741 | 9/11/2018 | JOB | Job Billing | $147.76 | $147.76 |
| 124796529 | 9/11/2018 | JOB | 180916071-inspected equipment, verified connection | $171.48 | $171.48 |
| 124779026 | 9/10/2018 | JOB | Job Billing | $233.20 | $233.20 |
| 124692588 | 9/7/2018 | JOB | Job Billing | $278.42 | $278.42 |
| 124692557 | 9/7/2018 | JOB | Job Billing | $131.35 | $131.35 |
| 124692106 | 9/7/2018 | JOB | Labor Charge | $96.30 | $96.30 |
| 124691677 | 9/7/2018 | JOB | Job Billing | $236.39 | $236.39 |
| 124624811 | 9/5/2018 | JOB | Job Billing | $135.00 | $135.00 |
| 124624580 | 9/5/2018 | JOB | Job Billing | $178.09 | $178.09 |
| 124624470 | 9/5/2018 | JOB | Tech advised water was coming down from roof, and | $650.03 | $650.03 |
| 124624436 | 9/5/2018 | JOB | Labor Charge | $95.85 | $95.85 |
| 124624310 | 9/5/2018 | JOB | Job Billing | $1,512.95 | $1,512.95 |
| 124624193 | 9/5/2018 | JOB | Job Billing | $194.85 | $194.85 |
| 124592013 | 9/4/2018 | JOB | 180905678-Tech disconnected cable, and the fault c | $215.66 | $215.66 |
| 124572316 | 8/31/2018 | JOB | Job Billing | $218.84 | $218.84 |
| 124571545 | 8/31/2018 | JOB | FIRE INSTALL | $32,075.38 | $32,075.38 |
| 124571194 | 8/31/2018 | MANUAL | bill for job# 180843520 | $596.38 | $596.38 |
| 124571184 | 8/31/2018 | MANUAL | bill for 180842198 | $981.45 | $981.45 |
| 124561303 | 8/30/2018 | RECUR | 9/1/18 To 9/30/18 | $119,324.51 | $0.00 |

| | Sears Holdings Corporation, et al. | | | | |
| | S.D. New York Bankruptcy No. 18-23538 (RDD) | | | | |
| | | | | | |
| | ADT LLC d/b/a Protection One | | | | |
| | Prepetition Amounts | | | | |
| | | | | | |
| | EXHIBIT A | | | | |
| Invoice# | Date | Type | Description | Amount | Balance |
| 124549371 | 8/30/2018 | JOB | Job Billing | $391.81 | $391.81 |
| 124548239 | 8/30/2018 | JOB | BURGLARY INSTALLATION | $13,054.37 | $13,054.37 |
| 124548230 | 8/30/2018 | JOB | PO 0020012283 | $3,060.00 | $3,060.00 |
| 124548065 | 8/30/2018 | JOB | Labor Install Charge | $17,384.62 | $17,384.62 |
| 124524110 | 8/29/2018 | JOB | Tech advised phones and battery tested fine | $90.00 | $90.00 |
| 124522675 | 8/29/2018 | JOB | BURG INSTALL PO 0900008832 | $3,281.78 | $3,281.78 |
| 124502054 | 8/28/2018 | JOB | Job Billing | $193.50 | $193.50 |
| 124484007 | 8/27/2018 | JOB | BURG ADD ON | $3,582.87 | $3,582.87 |
| 124447095 | 8/23/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $16.69 | $16.69 |
| 124446597 | 8/23/2018 | JOB | Job Billing | $90.00 | $90.00 |
| 124445957 | 8/23/2018 | JOB | Job Billing | $979.88 | $979.88 |
| 124434720 | 8/22/2018 | JOB | 180845827-Zone 66 showing normal.  Rtu showing  ba | $144.45 | $144.45 |
| 124401845 | 8/21/2018 | JOB | Administration Fee | $35.00 | $35.00 |
| 124400754 | 8/21/2018 | JOB | Job Billing | $787.53 | $787.53 |
| 124379733 | 8/20/2018 | JOB | CONTACT SURFACE MOUNT WHITE | $114.48 | $114.48 |
| 124379216 | 8/20/2018 | JOB | {1 of 2} Technician remove rollup door sensor on s | $216.19 | $216.19 |
| 124378766 | 8/20/2018 | JOB | Job Billing | $2,418.45 | $2,418.45 |
| 124353256 | 8/17/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 124332830 | 8/16/2018 | JOB | 180837371-Tech replaced popit zone 25 sump pump al | $241.25 | $241.25 |
| 124314146 | 8/15/2018 | JOB | Labor Charge | $145.13 | $145.13 |
| 124312979 | 8/15/2018 | JOB | Job Billing | $148.50 | $148.50 |
| 124312874 | 8/15/2018 | JOB | Job Billing | $2,268.28 | $2,268.28 |
| 124284862 | 8/14/2018 | JOB | Job Billing | $130.16 | $130.16 |
| 124284412 | 8/14/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 124271628 | 8/13/2018 | JOB | REPAIRED PHONE LINES | $90.00 | $90.00 |
| 124270634 | 8/13/2018 | JOB | Job Billing | $18,858.80 | $18,858.80 |
| 124270556 | 8/13/2018 | JOB | Labor Install Charge | $180.00 | $180.00 |
| 124244093 | 8/10/2018 | JOB | Labor Charge | $96.30 | $96.30 |
| 124243764 | 8/10/2018 | JOB | Job Billing | $116.97 | $116.97 |
| 124243676 | 8/10/2018 | JOB | Labor Charge | $96.53 | $96.53 |
| 124209843 | 8/9/2018 | JOB | Labor Charge | $146.98 | $146.98 |
| 124209379 | 8/9/2018 | JOB | Job Billing | $243.00 | $243.00 |
| 124200056 | 8/8/2018 | JOB | Job Billing | $2,268.90 | $2,268.90 |
| 124188664 | 8/7/2018 | JOB | Labor Charge | $135.00 | $135.00 |
| 124188119 | 8/7/2018 | JOB | Job Billing | $99.44 | $99.44 |
| 124187959 | 8/7/2018 | JOB | Job Billing | $270.00 | $270.00 |
| 124187781 | 8/7/2018 | JOB | Job Billing | $732.95 | $732.95 |
| 124146624 | 8/6/2018 | JOB | Job Billing | $405.00 | $405.00 |
| 124145743 | 8/6/2018 | JOB | Job Billing | $3,992.17 | $3,992.17 |
| 124137298 | 8/3/2018 | JOB | Labor Charge | $541.69 | $541.69 |
| 124120266 | 8/2/2018 | JOB | Job Billing | $130.45 | $130.45 |
| 124119736 | 8/2/2018 | JOB | burg install | $2,315.40 | $2,315.40 |
| 124090092 | 8/1/2018 | JOB | Job Billing | $139.44 | $139.44 |

| | Sears Holdings Corporation, et al. | | | | |
|---|---|---|---|---|---|
| | S.D. New York Bankruptcy No. 18-23538 (RDD) | | | | |
| | ADT LLC d/b/a Protection One | | | | |
| | Prepetition Amounts | | | | |
| | EXHIBIT A | | | | |
| Invoice# | Date | Type | Description | Amount | Balance |
| 124070588 | 7/31/2018 | JOB | Job Billing | $125.72 | $125.72 |
| 124070517 | 7/31/2018 | JOB | Job Billing | $184.04 | $184.04 |
| 124069775 | 7/31/2018 | JOB | Job Billing | $2,460.58 | $2,460.58 |
| 124045299 | 7/30/2018 | JOB | Labor Charge | $96.75 | $96.75 |
| 124044261 | 7/30/2018 | JOB | Job Billing | $765.36 | $765.36 |
| 124033410 | 7/29/2018 | RECUR | 8/1/18 To 8/31/18 | $121,255.38 | $119,099.45 |
| 124021106 | 7/27/2018 | JOB | Job Billing | $583.20 | $583.20 |
| 124020791 | 7/27/2018 | JOB | PO 0020012168 | $41,421.03 | $41,421.03 |
| 124002181 | 7/26/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 124002116 | 7/26/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 124001469 | 7/26/2018 | JOB | Labor Charge | $145.63 | $145.63 |
| 123983899 | 7/25/2018 | JOB | Labor Charge | $99.00 | $99.00 |
| 123983657 | 7/25/2018 | JOB | relocated and replaced contacts on door with 2- 10 | $121.80 | $121.80 |
| 123966151 | 7/24/2018 | JOB | Labor Charge | $97.43 | $97.43 |
| 123965693 | 7/24/2018 | JOB | Job Billing | $195.84 | $195.84 |
| 123965679 | 7/24/2018 | JOB | Job Billing | $355.10 | $355.10 |
| 123965251 | 7/24/2018 | JOB | Job Billing | $52.41 | $52.41 |
| 123965067 | 7/24/2018 | JOB | Job Billing | $5,461.39 | $5,461.39 |
| 123885597 | 7/18/2018 | JOB | Labor Charge | $135.00 | $135.00 |
| 123885188 | 7/18/2018 | JOB | Job Billing | $135.00 | $135.00 |
| 123884916 | 7/18/2018 | JOB | Job Billing | $435.38 | $435.38 |
| 123884775 | 7/18/2018 | JOB | Job Billing | $240.75 | $240.75 |
| 123884757 | 7/18/2018 | JOB | Job Billing | $75.00 | $75.00 |
| 123884393 | 7/18/2018 | JOB | FIRE INSTALLATION | $10,301.31 | $10,301.31 |
| 123858672 | 7/17/2018 | JOB | Job Billing | $226.53 | $226.53 |
| 123858425 | 7/17/2018 | JOB | Replaced all the low batteries in all 6 FireLite p | $662.40 | $662.40 |
| 123858059 | 7/17/2018 | JOB | Job Billing | $312.10 | $312.10 |
| 123837625 | 7/16/2018 | JOB | Labor Charge | $916.99 | $916.99 |
| 123837576 | 7/16/2018 | JOB | Job Billing | $826.90 | $826.90 |
| 123819151 | 7/13/2018 | JOB | Job Billing | $134.20 | $134.20 |
| 123818199 | 7/13/2018 | JOB | FIRE INSTALL ADD ON | $791.25 | $791.25 |
| 123778530 | 7/12/2018 | JOB | Job Billing | $360.00 | $360.00 |
| 123765108 | 7/11/2018 | JOB | Job Billing | $132.95 | $132.95 |
| 123764072 | 7/11/2018 | JOB | FIRE INSTALL ADD ON | $568.97 | $568.97 |
| 123020663 | 5/29/2018 | JOB | Job Billing | $525.67 | $525.67 |
| 122271047 | 4/12/2018 | JOB | Job Billing | $3,514.98 | $3,514.98 |
| 95085159 | 10/24/2013 | MANUAL | Manual Invoice Billing | $11,121.51 | $11,121.51 |
| 94839850 | 10/3/2013 | JOB | Job Billing | $10,369.93 | $10,369.93 |
| 98015 | 7/17/2018 | JOB | CCI Invoices | $1,070.40 | $1,070.40 |
| 98014 | 7/17/2018 | JOB | CCI Invoices | $2,092.63 | $2,092.63 |
| 98013 | 7/17/2018 | JOB | CCI Invoices | $1,031.48 | $1,031.48 |
| 98012 | 7/17/2018 | JOB | CCI Invoices | $1,031.47 | $1,031.47 |
| 98011 | 7/17/2018 | JOB | CCI Invoices | $1,028.12 | $1,028.12 |

| | Sears Holdings Corporation, et al. | | | | |
|---|---|---|---|---|---|
| | S.D. New York Bankruptcy No. 18-23538 (RDD) | | | | |
| | ADT LLC d/b/a Protection One | | | | |
| | Prepetition Amounts | | | | |
| | EXHIBIT A | | | | |
| Invoice# | Date | Type | Description | Amount | Balance |
| 98011 | 7/17/2018 | JOB | CCI Invoices | $1,041.21 | $1,041.21 |
| 98009 | 7/17/2018 | JOB | CCI Invoices | $1,056.77 | $1,056.77 |
| 98008 | 7/17/2018 | JOB | CCI Invoices | $1,031.48 | $1,031.48 |
| 98007 | 7/17/2018 | JOB | CCI Invoices | $2,101.88 | $2,101.88 |
| 98006 | 7/17/2018 | JOB | CCI Invoices | $2,121.34 | $2,121.34 |
| 98005 | 7/17/2018 | JOB | CCI Invoices | $1,041.21 | $1,041.21 |
| 98004 | 7/17/2018 | JOB | CCI Invoices | $1,046.32 | $1,046.32 |
| 98003 | 7/17/2018 | JOB | CCI Invoices | $1,041.21 | $1,041.21 |
| 98002 | 7/17/2018 | JOB | CCI Invoices | $1,037.56 | $1,037.56 |
| 98001 | 7/17/2018 | JOB | CCI Invoices | $1,061.88 | $1,061.88 |
| 98000 | 7/17/2018 | JOB | CCI Invoices | $2,075.11 | $2,075.11 |
| 97999 | 7/17/2018 | JOB | CCI Invoices | $2,118.91 | $2,118.91 |
| 97998 | 7/17/2018 | JOB | CCI Invoices | $1,043.64 | $1,043.64 |
| 97997 | 7/17/2018 | JOB | CCI Invoices | $1,037.56 | $1,037.56 |
| 97996 | 7/17/2018 | JOB | CCI Invoices | $1,014.44 | $1,014.44 |
| 97995 | 7/17/2018 | JOB | CCI Invoices | $1,060.67 | $1,060.67 |
| 97994 | 7/17/2018 | JOB | CCI Invoices | $1,063.10 | $1,063.10 |
| 97993 | 7/17/2018 | JOB | CCI Invoices | $1,055.81 | $1,055.81 |
| 97992 | 7/17/2018 | JOB | CCI Invoices | $2,114.04 | $2,114.04 |
| 97991 | 7/17/2018 | JOB | CCI Invoices | $1,031.48 | $1,031.48 |
| 97990 | 7/17/2018 | JOB | CCI Invoices | $1,024.01 | $1,024.01 |
| 97989 | 7/17/2018 | JOB | CCI Invoices | $1,041.20 | $1,041.20 |
| 97988 | 7/17/2018 | JOB | CCI Invoices | $2,149.37 | $2,149.37 |
| 97987 | 7/17/2018 | JOB | CCI Invoices | $1,041.21 | $1,041.21 |
| 97986 | 7/17/2018 | JOB | CCI Invoices | $1,063.11 | $1,063.11 |
| 97985 | 7/17/2018 | JOB | CCI Invoices | $1,039.38 | $1,039.38 |
| 125402564 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,041.21 | $1,041.21 |
| 125402563 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,053.37 | $1,053.37 |
| 125402562 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,044.86 | $1,044.86 |
| 125402561 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,031.48 | $1,031.48 |
| 125402560 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,048.50 | $1,048.50 |
| 125402558 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,041.21 | $1,041.21 |
| 125402557 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,031.48 | $1,031.48 |
| 125402556 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,058.24 | $1,058.24 |
| 125402554 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,050.94 | $1,050.94 |
| 125402553 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,038.77 | $1,038.77 |
| 125402552 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,053.37 | $1,053.37 |
| 125402551 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,041.21 | $1,041.21 |
| 125402550 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,067.97 | $1,067.97 |
| 125402549 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,065.53 | $1,065.53 |
| 125402547 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,058.24 | $1,058.24 |
| 125402545 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,031.48 | $1,031.48 |
| 125402544 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,050.94 | $1,050.94 |

| | | | Sears Holdings Corporation, et al. | | |
| --- | --- | --- | --- | --- | --- |
| | | | S.D. New York Bankruptcy No. 18-23538 (RDD) | | |
| | | | | | |
| | | | ADT LLC d/b/a Protection One | | |
| | | | Prepetition Amounts | | |
| | | | | | |
| | | | EXHIBIT A | | |
| | | | | | |
| Invoice# | Date | Type | Description | Amount | Balance |
| | | | | | |
| 125402543 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,058.24 | $1,058.24 |
| 125402542 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,041.21 | $1,041.21 |
| 125402541 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,041.21 | $1,041.21 |
| 125402540 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,053.37 | $1,053.37 |
| 125402539 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,067.97 | $1,067.97 |
| 125402538 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,065.53 | $1,065.53 |
| 125402537 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,038.77 | $1,038.77 |
| 125402534 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,046.07 | $1,046.07 |
| 125402532 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,065.53 | $1,065.53 |
| 125402531 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,053.37 | $1,053.37 |
| 125402530 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,053.37 | $1,053.37 |
| 125402529 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,053.37 | $1,053.37 |
| 125402528 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,048.50 | $1,048.50 |
| 125402527 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,053.37 | $1,053.37 |
| 125402526 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,031.48 | $1,031.48 |
| 125402525 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,065.53 | $1,065.53 |
| 125402523 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,053.37 | $1,053.37 |
| 125402522 | 10/17/2018 | JOB | CCI SP10 Series 16-Channel | $1,041.22 | $1,041.22 |
| | | | Subtotal | $829,311.71 | $594,899.52 |
| | | | Unapplied balance | $8,322.62 | $8,322.62 |
| | | | | | |
| | | | Total | $820,989.09 | **$586,576.90** |