# EXHIBIT B

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 127023332 | 1/24/2019 | JOB | Job Billing | $113.28 | $113.28 |
| 127023109 | 1/24/2019 | JOB | Job Billing | $284.49 | $284.49 |
| 127023084 | 1/24/2019 | JOB | Job Billing | $262.78 | $262.78 |
| 127022980 | 1/24/2019 | JOB | Kantech 12V (7Ah) Rechargeable | $0.00 | $0.00 |
| 127022679 | 1/24/2019 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 127022599 | 1/24/2019 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 127022317 | 1/24/2019 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 127022267 | 1/24/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 127005760 | 1/23/2019 | JOB | CONTACT SURFACE MOUNT BROWN | $0.00 | $0.00 |
| 127005757 | 1/23/2019 | JOB | CONTACT SURFACE MOUNT BROWN | $0.00 | $0.00 |
| 127005631 | 1/23/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 127005278 | 1/23/2019 | JOB | DETECTOR MOTION PIR 360 DEGREE | $0.00 | $0.00 |
| 126973461 | 1/22/2019 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126972975 | 1/22/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126972848 | 1/22/2019 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126972496 | 1/22/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126972488 | 1/22/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126953600 | 1/21/2019 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126933039 | 1/18/2019 | JOB | Labor Charge | $0.00 | $0.00 |
| 126932792 | 1/18/2019 | JOB | Labor Charge | $0.00 | $0.00 |
| 126932638 | 1/18/2019 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126932316 | 1/18/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126918806 | 1/17/2019 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126918793 | 1/17/2019 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126918440 | 1/17/2019 | JOB | 1076-M Magnetic Contact. 1 rec | $0.00 | $0.00 |
| 126918034 | 1/17/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126917702 | 1/17/2019 | JOB | Job Billing | $878.34 | $878.34 |
| 126886573 | 1/16/2019 | JOB | Trip Charge | $0.00 | $0.00 |
| 126886543 | 1/16/2019 | JOB | Blue Line G2 Pet Friendly TriT | $0.00 | $0.00 |
| 126886113 | 1/16/2019 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126873194 | 1/15/2019 | JOB | Labor Charge | $0.00 | $0.00 |
| 126873093 | 1/15/2019 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126873056 | 1/15/2019 | JOB | Job Billing | $123.53 | $123.53 |
| 126873006 | 1/15/2019 | JOB | IS3035,PIR ,35FT,G2, US | $0.00 | $0.00 |
| 126873003 | 1/15/2019 | JOB | Labor Charge | $90.00 | $90.00 |
| 126872960 | 1/15/2019 | JOB | Job Billing | $472.50 | $472.50 |
| 126854651 | 1/14/2019 | JOB | customer had cut power to power booster. turned br | $168.75 | $168.75 |
| 126854406 | 1/14/2019 | JOB | Job Billing | $97.43 | $97.43 |
| 126854267 | 1/14/2019 | JOB | Job Billing | $243.56 | $243.56 |
| 126854263 | 1/14/2019 | JOB | SVC JOB #190123570 | $0.00 | $0.00 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 126853953 | 1/14/2019 | JOB | KEYPAD SUBZONE-IDEPENDANT ZONE | $0.00 | $0.00 |
| 126853711 | 1/14/2019 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126853641 | 1/14/2019 | JOB | DETECTOR MOTION PIR LONG RANGE | $0.00 | $0.00 |
| 126816440 | 1/11/2019 | JOB | ADEMCO-WIDE GAP ST DR REC 3/4 | $0.00 | $0.00 |
| 126816421 | 1/11/2019 | JOB | CR123A - 3V Lithium Battery (3 | $0.00 | $0.00 |
| 126816412 | 1/11/2019 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126816347 | 1/11/2019 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126815659 | 1/11/2019 | JOB | Job Billing | $158.01 | $158.01 |
| 126815653 | 1/11/2019 | JOB | completed replaced poppit module in auto mechanic | $922.44 | $922.44 |
| 126802627 | 1/10/2019 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126786444 | 1/9/2019 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126786434 | 1/9/2019 | JOB | Job Billing | $143.10 | $143.10 |
| 126786380 | 1/9/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126786207 | 1/9/2019 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126786200 | 1/9/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126786188 | 1/9/2019 | JOB | DT8035,DUAL TEC,35FT,G2, US | $0.00 | $0.00 |
| 126786165 | 1/9/2019 | JOB | Labor Charge | $0.00 | $0.00 |
| 126786015 | 1/9/2019 | JOB | GE SECURITY MAGNETIC CONTACT A | $0.00 | $0.00 |
| 126785919 | 1/9/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126785885 | 1/9/2019 | JOB | Labor Charge | $90.00 | $90.00 |
| 126785498 | 1/9/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126746851 | 1/8/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126746761 | 1/8/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126746595 | 1/8/2019 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126687756 | 1/4/2019 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126687731 | 1/4/2019 | JOB | Job Billing | $90.00 | $90.00 |
| 126687671 | 1/4/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126687463 | 1/4/2019 | JOB | Labor Charge | $98.33 | $98.33 |
| 126686977 | 1/4/2019 | JOB | Job Billing | $157.50 | $157.50 |
| 126686778 | 1/4/2019 | JOB | INDUSTRL WD GAP CNTC ARMRD CBL | $0.00 | $0.00 |
| 126670635 | 1/3/2019 | JOB | Labor Charge | $0.00 | $0.00 |
| 126669939 | 1/3/2019 | JOB | Labor Charge | $0.00 | $0.00 |
| 126669696 | 1/3/2019 | JOB | GE SECURITY MAGCONTACTMAGNAPUL | $0.00 | $0.00 |
| 126669635 | 1/3/2019 | JOB | Job Billing | $0.00 | $0.00 |
| 126669487 | 1/3/2019 | JOB | WRLS,TRANSCEIVER HIGH | $0.00 | $0.00 |
| 126640421 | 1/2/2019 | JOB | check system  customer is having  problems with pu | $96.53 | $96.53 |
| 126622535 | 12/31/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126622414 | 12/31/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 126621720 | 12/31/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126621671 | 12/31/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 126621473 | 12/31/2018 | JOB | Job Billing | $304.23 | $304.23 |
| 126621470 | 12/31/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 126621410 | 12/31/2018 | JOB | per tech: Replace D192C Bell Supv. Module and NAC | $276.69 | $276.69 |
| 126621376 | 12/31/2018 | JOB | Motion detector, 70ft (21m) | $0.00 | $0.00 |
| 126621146 | 12/31/2018 | JOB | Job Billing | $878.93 | $878.93 |
| 126620837 | 12/31/2018 | JOB | Job Billing | $4,806.95 | $4,806.95 |
| 126620814 | 12/31/2018 | JOB | CCTV INSTALL | $1,808.00 | $1,808.00 |
| 126620813 | 12/31/2018 | JOB | BURG INSTALL | $6,080.00 | $6,080.00 |
| 126620785 | 12/31/2018 | JOB | BURG CONVERSION | $4,100.81 | $4,100.81 |
| 126620687 | 12/31/2018 | JOB | PO 0020012304 - BURG INSTALL | $5,650.00 | $5,650.00 |
| 126606891 | 12/30/2018 | RECUR | Recurring Services | $77,189.25 | $75,265.55 |
| | 1/16/2019 | CK# 129242 | Check | -$1,923.70 | |
| 126585755 | 12/28/2018 | JOB | Job Billing | $314.10 | $314.10 |
| 126585732 | 12/28/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126584686 | 12/28/2018 | JOB | BURG INSTALL | $6,774.79 | $6,774.79 |
| 126549827 | 12/27/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 126549489 | 12/27/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126549053 | 12/27/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126501658 | 12/26/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 126501406 | 12/26/2018 | JOB | Found panel with terminal board to Keypad and zone | $90.00 | $90.00 |
| 126501400 | 12/26/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 126501376 | 12/26/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126501309 | 12/26/2018 | JOB | Job Billing | $90.00 | $90.00 |
| 126501300 | 12/26/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 126501236 | 12/26/2018 | JOB | Labor Charge | $96.30 | $96.30 |
| 126501154 | 12/26/2018 | JOB | replaced pop it that showed up missing and verifie | $0.00 | $0.00 |
| 126501121 | 12/26/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126501103 | 12/26/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126501087 | 12/26/2018 | JOB | MOTION 70 TRITECH CEILNG MNT W | $0.00 | $0.00 |
| 126501019 | 12/26/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126500939 | 12/26/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126500861 | 12/26/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126471731 | 12/21/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $32.92 | $32.92 |
| 126471611 | 12/21/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 126471553 | 12/21/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126471384 | 12/21/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 126471273 | 12/21/2018 | JOB | Blue Line G2 Pet Friendly TriT | $0.00 | $0.00 |
| 126470959 | 12/21/2018 | JOB | Blue Line G2 Pet Friendly TriT | $0.00 | $0.00 |
| 126470831 | 12/21/2018 | JOB | Trip Charge | $0.00 | $0.00 |
| 126444822 | 12/20/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 126444430 | 12/20/2018 | JOB | GE SECURITY ALUMINUM HOUSING A | $0.00 | $0.00 |
| 126425874 | 12/19/2018 | JOB | GLASSBREAK ACOUSTIC 25 C&K | $0.00 | $0.00 |
| 126425678 | 12/19/2018 | JOB | Labor Charge | $317.73 | $317.73 |
| 126425091 | 12/19/2018 | JOB | Job Billing | $15,371.55 | $15,371.55 |
| 126411863 | 12/18/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $52.90 | $52.90 |
| 126411822 | 12/18/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126411550 | 12/18/2018 | JOB | Job Billing | $163.42 | $163.42 |
| 126411500 | 12/18/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 126411482 | 12/18/2018 | JOB | Job Billing | $95.85 | $95.85 |
| 126411440 | 12/18/2018 | JOB | Labor Charge | $97.54 | $97.54 |
| 126411364 | 12/18/2018 | JOB | Labor Charge | $143.94 | $143.94 |
| 126410946 | 12/18/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126385746 | 12/17/2018 | JOB | DETECTOR MOTION PIR 360 DEG. C | $0.00 | $0.00 |
| 126385595 | 12/17/2018 | JOB | ALERT NO TEMP 40 DEGREE S NC | $0.00 | $0.00 |
| 126365479 | 12/14/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126365195 | 12/14/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 126365016 | 12/14/2018 | JOB | KEYPAD D1255-ALPHA CMD CTR WH | $0.00 | $0.00 |
| 126347037 | 12/13/2018 | JOB | Job Billing | $98.28 | $98.28 |
| 126346916 | 12/13/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126346660 | 12/13/2018 | JOB | CONTACT SURFACE MOUNT WHITE | $0.00 | $0.00 |
| 126346326 | 12/13/2018 | JOB | DETECTOR MOTION PIR COVERAGE A | $0.00 | $0.00 |
| 126345987 | 12/13/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126307098 | 12/12/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126306851 | 12/12/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126306683 | 12/12/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 126306536 | 12/12/2018 | JOB | DETECTOR OUTDOOR | $0.00 | $0.00 |
| 126306359 | 12/12/2018 | JOB | GE SECURITY ALUMINUM HOUSING A | $0.00 | $0.00 |
| 126306145 | 12/12/2018 | JOB | Labor Install Charge | $5,072.57 | $5,072.57 |
| 126293847 | 12/11/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126292307 | 12/11/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126277364 | 12/10/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 126276932 | 12/10/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126276859 | 12/10/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126276857 | 12/10/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 126233250 | 12/7/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126233197 | 12/7/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126233120 | 12/7/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 126233074 | 12/7/2018 | JOB | Job Billing | $385.56 | $385.56 |
| 126232898 | 12/7/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 126232670 | 12/7/2018 | JOB | Job Billing | $0.00 | $0.00 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 126232288 | 12/7/2018 | JOB | SP10 SERIES 16-CHANNEL LOOPING | $1,070.40 | $1,070.40 |
| 126232287 | 12/7/2018 | JOB | CCTV NEW INSTALL | $1,063.10 | $1,063.10 |
| 126188178 | 12/6/2018 | JOB | Safe Contact for EVD1 System | $0.00 | $0.00 |
| 126187874 | 12/6/2018 | JOB | KEYPAD D1255-ALPHA CMD CTR WH | $0.00 | $0.00 |
| 126187747 | 12/6/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126187581 | 12/6/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126170230 | 12/5/2018 | JOB | KEYPAD D1255-ALPHA CMD CTR WH | $0.00 | $0.00 |
| 126170140 | 12/5/2018 | JOB | Blue Line G2 Pet Friendly TriT | $0.00 | $0.00 |
| 126169895 | 12/5/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126169662 | 12/5/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126169434 | 12/5/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126169377 | 12/5/2018 | JOB | Job Billing | $180.00 | $180.00 |
| 126153844 | 12/4/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126153792 | 12/4/2018 | JOB | MOTION WIRELESS PIR w PIR90 50 | $0.00 | $0.00 |
| 126153665 | 12/4/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126153615 | 12/4/2018 | JOB | Job Billing | $202.50 | $202.50 |
| 126153483 | 12/4/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126153393 | 12/4/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126153284 | 12/4/2018 | JOB | Site walked with fire Marshall that was on site wh | $233.47 | $233.47 |
| 126100871 | 11/30/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126100310 | 11/30/2018 | JOB | Labor Charge | $1,237.50 | $1,237.50 |
| 126099609 | 11/30/2018 | DBADJ | Tax Charge | $0.01 | $0.01 |
| 126099608 | 11/30/2018 | MANUAL | 24 Hour Alarm Monitoring | $0.15 | $0.15 |
| 126099538 | 11/30/2018 | JOB | Trip Charge | $0.00 | $0.00 |
| 126099533 | 11/30/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126099528 | 11/30/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126099518 | 11/30/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126099509 | 11/30/2018 | JOB | Labor Charge | $96.53 | $96.53 |
| 126099458 | 11/30/2018 | JOB | Blue Line G2 Pet Friendly TriT | $0.00 | $0.00 |
| 126099457 | 11/30/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126099233 | 11/30/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126088332 | 11/29/2018 | RECUR | Alarm Registration/Permit | $5.03 | $5.03 |
| 126088331 | 11/29/2018 | RECUR | Alarm Registration/Permit | $73.20 | $73.20 |
| 126088330 | 11/29/2018 | RECUR | Recurring Services | $88,399.35 | $88,399.35 |
| 126063642 | 11/29/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126063609 | 11/29/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126063222 | 11/29/2018 | JOB | Trip Charge | $0.00 | $0.00 |
| 126063135 | 11/29/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126062945 | 11/29/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 126062762 | 11/29/2018 | JOB | Job Billing | $90.00 | $90.00 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 126062650 | 11/29/2018 | JOB | DETECTOR MOTION PIR 360 DEG. C | $0.00 | $0.00 |
| 126062561 | 11/29/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126051572 | 11/28/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126051338 | 11/28/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126051260 | 11/28/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 126051063 | 11/28/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126050956 | 11/28/2018 | JOB | 3/4 DIA. RECESSED STEEL DOOR/C | $0.00 | $0.00 |
| 126050744 | 11/28/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126019988 | 11/27/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126019849 | 11/27/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 126019831 | 11/27/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126019760 | 11/27/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 126019265 | 11/27/2018 | JOB | WIRED ZN 37 AND ADDED POWER SUPPLY; REPLACED POPOI | $27.00 | $27.00 |
| 126019062 | 11/27/2018 | JOB | Octo-output module, form C rel | $0.00 | $0.00 |
| 125993780 | 11/26/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125993385 | 11/26/2018 | JOB | Labor Charge | $143.10 | $143.10 |
| 125993080 | 11/26/2018 | JOB | BELL SUPERVSN MOD 12V/24V | $0.00 | $0.00 |
| 125972804 | 11/21/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 125972530 | 11/21/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125972176 | 11/21/2018 | JOB | OHD CONTACT XTP FORM A ADJ MAG | $0.00 | $0.00 |
| 125972144 | 11/21/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 125971978 | 11/21/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 125971908 | 11/21/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125971353 | 11/21/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125971271 | 11/21/2018 | JOB | FIRE INSTALL ADD ON | $1,440.00 | $1,440.00 |
| 125946099 | 11/20/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 125945161 | 11/20/2018 | JOB | SSX-52S | $0.00 | $0.00 |
| 125927569 | 11/19/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125927340 | 11/19/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125889798 | 11/16/2018 | JOB | DVN-INDOOR 2 TONE SIREN | $0.00 | $0.00 |
| 125889793 | 11/16/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125888917 | 11/16/2018 | JOB | KEYPAD D1255-ALPHA CMD CTR WH | $0.00 | $0.00 |
| 125888552 | 11/16/2018 | JOB | BURG INSTALL | $21,545.80 | $0.00 |
|  | 1/23/2019 | EL | Electronic Pmt | -$21,545.80 |  |
| 125868806 | 11/15/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125868600 | 11/15/2018 | JOB | CONTACT SURFACE MOUNT BROWN | $0.00 | $0.00 |
| 125868398 | 11/15/2018 | JOB | Job Billing | $96.75 | $96.75 |
| 125868261 | 11/15/2018 | JOB | Job Billing | $114.24 | $114.24 |
| 125839787 | 11/14/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 125811963 | 11/13/2018 | JOB | Labor Charge | $97.76 | $97.76 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 125811948 | 11/13/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 125811920 | 11/13/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125811761 | 11/13/2018 | JOB | BATTERY 12V 7.0AH SLA | $0.00 | $0.00 |
| 125811568 | 11/13/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125811409 | 11/13/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 125810752 | 11/13/2018 | JOB | BURG ADD ON | $802.50 | $802.50 |
| 125810749 | 11/13/2018 | JOB | BURG INSTALL | $818.63 | $818.63 |
| 125798641 | 11/12/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125798554 | 11/12/2018 | JOB | Labor Charge | $145.13 | $0.00 |
|  | 1/16/2019 | EL | Electronic Pmt | -$145.13 |  |
| 125798439 | 11/12/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125798130 | 11/12/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125781872 | 11/9/2018 | JOB | repaired broken wire to back fire exit door point | $96.30 | $96.30 |
| 125781862 | 11/9/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125781371 | 11/9/2018 | JOB | {1 of 3} verify alarm system arm the store and tri | $57.38 | $57.38 |
| 125781262 | 11/9/2018 | JOB | Job Billing | $292.61 | $292.61 |
| 125781224 | 11/9/2018 | JOB | BATTERY 12V- 4AH SEALED LEAD | $0.00 | $0.00 |
| 125780955 | 11/9/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125780932 | 11/9/2018 | JOB | Labor Charge | $360.00 | $360.00 |
| 125780909 | 11/9/2018 | JOB | BATTERY 12V- 4AH SEALED LEAD | $0.00 | $0.00 |
| 125748736 | 11/8/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125748669 | 11/8/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125748388 | 11/8/2018 | JOB | Job Billing | $312.50 | $0.00 |
|  | 1/14/2019 | EL | Electronic Pmt | -$312.50 |  |
| 125748016 | 11/8/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125747843 | 11/8/2018 | JOB | FIRE INSTALL | $12,585.86 | $12,585.86 |
| 125738596 | 11/7/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125738538 | 11/7/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 125738121 | 11/7/2018 | JOB | Job Billing | $98.55 | $0.00 |
|  | 1/11/2019 | EL | Electronic Pmt | -$98.55 |  |
| 125738078 | 11/7/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125698216 | 11/6/2018 | JOB | GE SECURITY MINIATURE SURFACE | $0.00 | $0.00 |
| 125697929 | 11/6/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125697923 | 11/6/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 125697861 | 11/6/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125697851 | 11/6/2018 | JOB | Job Billing | $129.89 | $0.00 |
|  | 1/24/2019 | EL | Electronic Pmt | -$129.89 |  |
| 125697829 | 11/6/2018 | JOB | {1 of 2} Trouble shoot system, zone 18 (emergency | $217.18 | $0.00 |
|  | 1/24/2019 | EL | Electronic Pmt | -$217.18 |  |
| 125697708 | 11/6/2018 | JOB | Labor Charge | $97.43 | $0.00 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| | 1/24/2019 | EL | Electronic Pmt | -$97.43 | |
| 125688560 | 11/5/2018 | JOB | Labor Charge | $144.45 | $0.00 |
| | 1/24/2019 | EL | Electronic Pmt | -$144.45 | |
| 125688498 | 11/5/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125688473 | 11/5/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125688453 | 11/5/2018 | JOB | Job Billing | $675.00 | $0.00 |
| | 1/24/2019 | EL | Electronic Pmt | -$675.00 | |
| 125688176 | 11/5/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125688133 | 11/5/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125688118 | 11/5/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125687991 | 11/5/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125687909 | 11/5/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125687797 | 11/5/2018 | JOB | BATTERY 12V 7.0AH SLA | $0.00 | $0.00 |
| 125687586 | 11/5/2018 | JOB | CLASS 2 TRANSFORMER 16.5 V 40V | $0.00 | $0.00 |
| 125660831 | 11/2/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125660827 | 11/2/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125660792 | 11/2/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 125660710 | 11/2/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125660573 | 11/2/2018 | JOB | 1076CD RCSD 3/4IN DPDT | $0.00 | $0.00 |
| 125614137 | 11/1/2018 | RECUR | Recurring Services | $93,357.37 | $0.00 |
| | 1/8/2019 | EL | Electronic Pmt | -$86,036.35 | |
| | 1/8/2019 | CK# 129107 | Check | -$1,748.70 | |
| | 1/24/2019 | | | -$4,632.47 | |
| | 1/24/2019 | | | -$939.85 | |
| 125596311 | 10/31/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 125596033 | 10/31/2018 | JOB | Job Billing | $16,425.08 | $0.00 |
| | 1/8/2019 | EL | Electronic Pmt | -$16,425.08 | |
| 125595903 | 10/31/2018 | JOB | PO 861784 | $846.18 | $846.18 |
| 125595818 | 10/31/2018 | RECUR | Recurring Services | $51,118.82 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$51,118.82 | |
| 125595614 | 10/31/2018 | RECUR | Recurring Services | $35.00 | $0.00 |
| | 11/16/2018 | | | -$35.00 | |
| 125595613 | 10/31/2018 | RECUR | Recurring Services | $27.53 | $0.00 |
| | 11/16/2018 | | | -$27.53 | |
| 125595606 | 10/31/2018 | RECUR | Recurring Services | $42,349.42 | $0.00 |
| | 11/19/2018 | | | -$42,349.42 | |
| 125595605 | 10/31/2018 | RECUR | Alarm Registration/Permit | $10.00 | $0.00 |
| | 11/20/2018 | | | -$10.00 | |
| 125595480 | 10/31/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125595470 | 10/31/2018 | JOB | Job Billing | $0.00 | $0.00 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---:|---:|
| 125595469 | 10/31/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 125595467 | 10/31/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125595450 | 10/31/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 125595285 | 10/31/2018 | JOB | Labor Charge | $146.31 | $0.00 |
| | 1/8/2019 | EL | Electronic Pmt | -$146.31 | |
| 125595088 | 10/31/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125594771 | 10/31/2018 | JOB | Job Billing | $784.96 | $0.00 |
| | 1/8/2019 | EL | Electronic Pmt | -$784.96 | |
| 125594761 | 10/31/2018 | JOB | Job Billing | $773.97 | $0.00 |
| | 1/8/2019 | EL | Electronic Pmt | -$773.97 | |
| 125594760 | 10/31/2018 | JOB | Job Billing | $811.88 | $0.00 |
| | 1/8/2019 | EL | Electronic Pmt | -$811.88 | |
| 125594759 | 10/31/2018 | JOB | Job Billing | $811.88 | $0.00 |
| | 1/8/2019 | EL | Electronic Pmt | -$811.88 | |
| 125594754 | 10/31/2018 | JOB | Job Billing | $774.97 | $0.00 |
| | 1/8/2019 | EL | Electronic Pmt | -$774.97 | |
| 125570060 | 10/30/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125570005 | 10/30/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125569961 | 10/30/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125569879 | 10/30/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125569843 | 10/30/2018 | JOB | Job Billing | $393.31 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$393.31 | |
| 125569783 | 10/30/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125569710 | 10/30/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125569687 | 10/30/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125569581 | 10/30/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125569508 | 10/30/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125569355 | 10/30/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125568691 | 10/30/2018 | JOB | Job Billing | $4,067.83 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$4,067.83 | |
| 125568615 | 10/30/2018 | JOB | Job Billing | $1,189.38 | $1,189.38 |
| 125568081 | 10/30/2018 | RECUR | Recurring Services | $77.50 | $0.00 |
| | 11/19/2018 | | | -$77.50 | |
| 125568080 | 10/30/2018 | RECUR | Recurring Services | $60.95 | $0.00 |
| | 11/19/2018 | | | -$60.95 | |
| 125568079 | 10/30/2018 | RECUR | Recurring Services | $93,743.62 | $0.00 |
| | 11/19/2018 | | | -$93,743.62 | |
| 125567932 | 10/29/2018 | RECUR | Alarm Registration/Permit | $25.00 | $0.00 |
| | 11/20/2018 | | | -$25.00 | |
| 125567931 | 10/29/2018 | RECUR | Recurring Services | $50.00 | $0.00 |

Sears Holdings Corporation, et al.
S.D. New York Bankruptcy No. 18-23538 (RDD)

ADT LLC d/b/a Protection One
Postpetition Amounts

EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| | 11/20/2018 | | | -$50.00 | |
| 125532108 | 10/29/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125531796 | 10/29/2018 | JOB | Job Billing | $33.62 | $0.00 |
| | 1/3/2019 | EL | Electronic Pmt | -$33.62 | |
| 125531596 | 10/29/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125530814 | 10/29/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125530777 | 10/29/2018 | JOB | work competed added 3pir, 2 ohd, and 2 man doors t | $1,176.18 | $1,176.18 |
| 125530746 | 10/29/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 125513950 | 10/26/2018 | JOB | OVERHEAD DOOR CONTACT | $0.00 | $0.00 |
| 125513876 | 10/26/2018 | JOB | Job Billing | $196.66 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$196.66 | |
| 125513830 | 10/26/2018 | JOB | Job Billing | $311.79 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$311.79 | |
| 125513761 | 10/26/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 125513449 | 10/26/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 125512933 | 10/26/2018 | JOB | Job Billing | $809.06 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$809.06 | |
| 125503299 | 10/25/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125503297 | 10/25/2018 | JOB | Labor Charge | $90.00 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$90.00 | |
| 125503282 | 10/25/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125503164 | 10/25/2018 | JOB | POPIT ASIC  REPLACES D81274 D9 | $0.00 | $0.00 |
| 125502996 | 10/25/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125502656 | 10/25/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125502641 | 10/25/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125502517 | 10/25/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125502190 | 10/25/2018 | JOB | Job Billing | $730.69 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$730.69 | |
| 125484991 | 10/24/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125484976 | 10/24/2018 | JOB | Labor Charge | $90.00 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$90.00 | |
| 125484747 | 10/24/2018 | JOB | Replaced transformer and backup batteries. tested | $405.00 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$405.00 | |
| 125484437 | 10/24/2018 | JOB | CONTROL PANELS | $0.00 | $0.00 |
| 125484048 | 10/24/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125484042 | 10/24/2018 | JOB | Job Billing | $546.80 | $546.80 |
| 125484029 | 10/24/2018 | JOB | Job Billing | $546.69 | $546.69 |
| 125484027 | 10/24/2018 | JOB | Job Billing | $781.96 | $0.00 |
| | 1/4/2019 | EL | Electronic Pmt | -$781.96 | |
| 125484024 | 10/24/2018 | JOB | Job Billing | $787.95 | $0.00 |

## Sears Holdings Corporation, et al.
### S.D. New York Bankruptcy No. 18-23538 (RDD)

### ADT LLC d/b/a Protection One
### Postpetition Amounts

### EXHIBIT B

| Invoice# | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
|  | 1/4/2019 | EL | Electronic Pmt | -$787.95 |  |
| 125484023 | 10/24/2018 | JOB | Job Billing | $784.36 | $784.36 |
| 125474428 | 10/23/2018 | JOB | GE SECURITY MINIATURE SURFACE | $0.00 | $0.00 |
| 125474342 | 10/23/2018 | JOB | Labor Charge | $135.00 | $0.00 |
|  | 1/4/2019 | EL | Electronic Pmt | -$135.00 |  |
| 125474218 | 10/23/2018 | JOB | Job Billing | $128.06 | $128.06 |
| 125473954 | 10/23/2018 | JOB | BATTERY 12V-7AH SEALED LEAD AC | $0.00 | $0.00 |
| 125473928 | 10/23/2018 | JOB | Labor Charge | $0.00 | $0.00 |
| 125473781 | 10/23/2018 | JOB | ROOF HATCH CONTACT | $0.00 | $0.00 |
| 125473652 | 10/23/2018 | JOB | Surface Door Contact-(Gray), F | $45.00 | $0.00 |
|  | 1/4/2019 | EL | Electronic Pmt | -$45.00 |  |
| 125473634 | 10/23/2018 | JOB | Labor Charge | $90.00 | $90.00 |
| 125473458 | 10/23/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125473419 | 10/23/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 125463055 | 10/22/2018 | JOB | Job Billing | $96.30 | $0.00 |
|  | 1/4/2019 | EL | Electronic Pmt | -$96.30 |  |
| 125462975 | 10/22/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125462671 | 10/22/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125462363 | 10/22/2018 | JOB | Job Billing | $135.00 | $135.00 |
| 125462345 | 10/22/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125429480 | 10/19/2018 | JOB | KEYPAD D1255-ALPHA CMD CTR WH | $0.00 | $0.00 |
| 125429348 | 10/19/2018 | JOB | Job Billing | $132.04 | $0.00 |
|  | 1/4/2019 | EL | Electronic Pmt | -$132.04 |  |
| 125429289 | 10/19/2018 | JOB | Blue Line G2 Pet Friendly TriT | $0.00 | $0.00 |
| 125428591 | 10/19/2018 | JOB | Job Billing | $756.12 | $0.00 |
|  | 1/4/2019 | EL | Electronic Pmt | -$756.12 |  |
| 125428529 | 10/19/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125417608 | 10/18/2018 | JOB | CONTACT MINI SURFACE MOUNT | $0.00 | $0.00 |
| 125404040 | 10/17/2018 | JOB | ADT-1270/F1-1 PACK - 12V-7AH S | $0.00 | $0.00 |
| 125403840 | 10/17/2018 | JOB | Labor Charge | $90.00 | $0.00 |
|  | 1/4/2019 | EL | Electronic Pmt | -$90.00 |  |
| 125403654 | 10/17/2018 | JOB | POPIT ASIC REPLACES D81274 D9 | $0.00 | $0.00 |
| 125403467 | 10/17/2018 | JOB | Job Billing | $0.00 | $0.00 |
| 125403361 | 10/17/2018 | JOB | Job Billing | $181.53 | $0.00 |
|  | 1/4/2019 | EL | Electronic Pmt | -$181.53 |  |
| 125403057 | 10/17/2018 | JOB | Job Billing | $108.90 | $108.90 |
| 125402762 | 10/17/2018 | JOB | Job Billing | $797.63 | $797.63 |
| 125402756 | 10/17/2018 | JOB | Job Billing | $543.51 | $543.51 |
| 125402753 | 10/17/2018 | JOB | Job Billing | $777.98 | $777.98 |
| 125402564 | 10/17/2018 | JOB | SP10 SERIES 16-CHANNEL LOOPING | $1,041.21 | $1,041.21 |

| | | | Sears Holdings Corporation, et al. | | |
|---|---|---|---|---|---|
| | | | S.D. New York Bankruptcy No. 18-23538 (RDD) | | |
| | | | | | |
| | | | ADT LLC d/b/a Protection One | | |
| | | | Postpetition Amounts | | |
| | | | | | |
| | | | EXHIBIT B | | |
| | | | | | |
| Invoice# | Date | Type | Description | Amount | Balance |
| | | | | | |
| 125402563 | 10/17/2018 | JOB | SP10 SERIES 16-CHANNEL LOOPING | $1,053.37 | $1,053.37 |
| 125402562 | 10/17/2018 | JOB | SP10 SERIES 16-CHANNEL LOOPING | $1,044.86 | $1,044.86 |
| 125402561 | 10/17/2018 | JOB | SP10 SERIES 16-CHANNEL LOOPING | $1,031.48 | $1,031.48 |
| 125402560 | 10/17/2018 | JOB | SP10 SERIES 16-CHANNEL LOOPING | $1,048.50 | $1,048.50 |
| 125402559 | 10/17/2018 | JOB | 16-CHANNEL, 1 TB, SP10 SERIES | $1,048.50 | $1,048.50 |
| | | | | | |
| | | | Subtotal | $256,741.14 | $256,741.14 |
| | | | Unapplied balance | $24,590.45 | $24,590.45 |
| | | | | | |
| | | | Total | $232,150.69 | $232,150.69 |