Thomas R. Fawkes
GOLDSTEIN & MCCLINTOCK LLLP
375 Park Avenue, Suite 2670
New York, NY  10152
Phone:  (212) 203-5940
E-mail:  tomf@goldmclaw.com

*Attorneys for Infinite Peripherals, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| **In re** | **Chapter 11** |
| **SEARS HOLDING CORPORATION, *et al.*,[1]** | **Case No. 18-23538 (RDD)** |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND**
<u>**BANKRUPTCY RULES 2002(G) AND 9010**</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002(g) and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Goldstein & McClintock LLLP appears as counsel for and on behalf of Infinite Peripherals, Inc. ("Infinite Peripherals") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that Infinite Peripherals requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

Thomas R. Fawkes, Esq.
Goldstein & McClintock LLLP
375 Park Avenue, Suite 2670
New York, NY  10152
Phone:  (212) 203-5940
E-mail:  tomf@goldmclaw.com
tomf@goldmclaw.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors.

**NOTICE IS FURTHER GIVEN** that Infinite Peripherals does not intend this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case, or any right to arbitration; (iii) its right to have the District Court

4828-7440-7749, v. 1

withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

**NOTICE IS FURTHER GIVEN** that this Notice of Appearance does not constitute an agreement to accept service of initial process under Rule 4, Fed. R. Civ. P., or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed to be the agent of Infinite Peripherals for such purpose.

Dated:  January 26, 2019                Goldstein & McClintock LLLP

/s/ *Thomas R. Fawkes*
Thomas R. Fawkes
375 Park Avenue, Suite 2670
New York, NY  10152
Phone:  (212) 203-5940
E-mail:  tomf@goldmclaw.com

*Counsel to Infinite Peripherals, Inc.*

4828-7440-7749, v. 1

## **CERTIFICATE OF SERVICE**

    I, Thomas R. Fawkes, hereby certify that on January 26, 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers Pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(g) and 9010* to be served electronically through the Court's CM/ECF System on all parties receiving electronic notices in these cases. Parties may access this filing through the Court's CM/ECF System.

                                                         */s/ Thomas R. Fawkes*