UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No.   18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.,* | ) Jointly Administered <br> ) |
| Debtors.[1] | ) Hon. Robert D. Drain <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2019, the **Objection and Reservation of Rights of Pension Benefit Guaranty Corporation to Debtors' Sale Motion** was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing, and additionally on these parties by the method listed:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Chambers of the Hon. Judge Robert D. Drain<br>**United States Bankruptcy Court for the Southern District of New York**<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br><br>*Chambers Copy*<br>*Via Overnight Delivery* | Stephen Sitley Esq.<br>Luke J. Valentino, Esq.<br>**Sears Holdings Corporation**<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br><br><br><br>*Debtors*<br>*Via Overnight Delivery* |
| Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>**Weil, Gotshal & Manges LLP**<br>767 Fifth Avenue<br>New York, New York 10153<br><br>*Attorneys for the Debtors*<br>*Via Email* | Paul Schwartzberg, Esq.<br>**Office of the United States Trustee for Region 2**<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br><br><br><br><br>*U.S. Trustee*<br>*Via Overnight Delivery* |
| Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>4 Times Square<br>New York, NY 10036<br><br>*Attorneys for Bank of America, N.A.*<br>*Via Email* | Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>**Davis Polk & Wardell LLP**<br>450 Lexington Avenue<br>New York, NY, 10017<br><br><br><br>*Attorneys for Citibank, N.A.*<br>*Via Email* |
| Sean A. O'Neal, Esq.<br>**Cleary, Gottlieb**<br>One Liberty Plaza<br>New York, NY, 10006<br><br><br><br><br><br>*Attorneys for JPP, LLC*<br>*Via Email* | Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>**Kelley Drye & Warren LLP**<br>101 Park Avenue<br>New York, NY 10178<br><br>*Attorneys for Computershare Trust Company, N.A.*<br>*Via Email* |

| | |
|---|---|
| Edward M. Fox, Esq.<br>**Seyfarth Shaw LLP**<br>620 Eighth Avenue<br>New York, NY 10018<br><br>***Attorneys for Wilmington Trust, National Association***<br>***Via Email*** | James Gadsden, Esq.<br>**Carter Ledyard & Milburn LLP**<br>2 Wall Street<br>New York, NY 10015<br><br>***Attorneys for The Bank of New York Mellon Trust Company***<br>***Via Email*** |
| Philip C. Dublin, Esq.<br>Ira Dizengoff, Esq.<br>Sara Lynne Brauner, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br><br>***Attorneys for the Official Committee of Unsecured Creditors***<br>***Via Email*** | Kevin J. Simard, Esq.<br>Jonathan D. Marshall, Esq.<br>**Choate, Hall & Stewart LLP**<br>Two International Place<br>Boston, MA 02110<br><br>***Attorneys to Wells Fargo Bank, National Association***<br>***Via Email*** |
| Brandon Aebersold<br>Levi Quaintance<br>**Lazard Frères & Co., LLC**<br>30 Rockefeller Plaza,<br>New York, New York 10112<br><br>***Debtors' Investment Banker***<br>***Via Email*** | Kunal S. Kamlani<br>Harold Talisman<br>**Transform Holdco LLC**<br>c/o ESL Partners, Inc..<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154<br><br>***Buyer***<br>***Via Email*** |

                                          /s/ Michael Baird
                                          Michael Baird