IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION**, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kimberly A. Posin, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Extreme Networks, Inc. in the above-referenced proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California and the U.S. Court of Appeals for the Ninth Circuit.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated:  January 26, 2019
　　　　  Los Angeles California

LATHAM & WATKINS LLP

*/s/ Kimberly A. Posin*
 Kimberly A. Posin
 355 South Grand Avenue, Suite 1000
 Los Angeles, CA 90071-1560
 Telephone:  (213) 485-1234
 Facsimile:  (213) 891-8763

*Counsel to Extreme Networks, Inc.*