**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION**, et al., | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the Motion of Kimberly A. Posin, to be admitted, *pro hac vice*, to represent Extreme Networks, Inc. in the above-referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California, and if applicable, the U.S. District Court for the Central District of California and the U.S. Court of Appeals for the Ninth Circuit, it is hereby

ORDERED, that Kimberly A. Posin, Esq., is admitted to practice, *pro hac vice*, in the above-referenced proceeding to represent Extreme Networks, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____,New York

_____
UNITED STATES BANKRUPTCY JUDGE