**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION**, et al., | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 25, 2019, I caused the foregoing Motion for Admission to Practice Pro Hac Vice and accompanying Proposed Order to be served via ECF on all counsel of record registered to receive such service, and via e-mail and/or hard copy upon all entities entitled to such service.

Dated:  January 25, 2019
New York, New York

/s/ Kimberly A. Posin
Kimberly A. Posin