UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No.   18-23538 (RDD) ) Jointly Administered |
| Debtors.[1] | ) ) Hon. Robert D. Drain ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2019, the **Objection and Reservation of Rights of Pension Benefit Guaranty Corporation to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sales Transaction** was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing, and additionally on these parties by the method listed:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Chambers of the Hon. Judge Robert D. Drain<br>**United States Bankruptcy Court for the Southern District of New York**<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br><br>*Chambers Copy*<br>*Via Overnight Delivery* | Stephen Sitley Esq.<br>Luke J. Valentino, Esq.<br>**Sears Holdings Corporation**<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br><br><br>*Debtors*<br>*Via Overnight Delivery* |
| Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>**Weil, Gotshal & Manges LLP**<br>767 Fifth Avenue<br>New York, New York 10153<br><br>*Attorneys for the Debtors*<br>*Via Email* | Paul Schwartzberg, Esq.<br>**Office of the United States Trustee for Region 2**<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br><br><br><br><br>*U.S. Trustee*<br>*Via Overnight Delivery* |
| Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>4 Times Square<br>New York, NY 10036<br><br>*Attorneys for Bank of America, N.A.*<br>*Via Email* | Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>**Davis Polk & Wardell LLP**<br>450 Lexington Avenue<br>New York, NY, 10017<br><br><br><br>*Attorneys for Citibank, N.A.*<br>*Via Email* |
| Sean A. O'Neal, Esq.<br>**Cleary, Gottlieb**<br>One Liberty Plaza<br>New York, NY, 10006<br><br><br><br><br><br>*Attorneys for JPP, LLC*<br>*Via Email* | Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>**Kelley Drye & Warren LLP**<br>101 Park Avenue<br>New York, NY 10178<br><br>*Attorneys for Computershare Trust Company, N.A.*<br>*Via Email* |

| | |
|---|---|
| Edward M. Fox, Esq.<br>**Seyfarth Shaw LLP**<br>620 Eighth Avenue<br>New York, NY 10018<br><br>*Attorneys for Wilmington Trust, National Association*<br>*Via Email* | James Gadsden, Esq.<br>**Carter Ledyard & Milburn LLP**<br>2 Wall Street<br>New York, NY 10015<br><br>*Attorneys for The Bank of New York Mellon Trust Company*<br>*Via Email* |
| Philip C. Dublin, Esq.<br>Ira Dizengoff, Esq.<br>Sara Lynne Brauner, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br><br>*Attorneys for the Official Committee of Unsecured Creditors*<br>*Via Email* | Kevin J. Simard, Esq.<br>Jonathan D. Marshall, Esq.<br>**Choate, Hall & Stewart LLP**<br>Two International Place<br>Boston, MA 02110<br><br>*Attorneys to Wells Fargo Bank, National Association*<br>*Via Email* |
| Brandon Aebersold<br>Levi Quaintance<br>**Lazard Frères & Co., LLC**<br>30 Rockefeller Plaza,<br>New York, New York 10112<br><br>*Debtors' Investment Banker*<br>*Via Email* | Kunal S. Kamlani<br>Harold Talisman<br>**Transform Holdco LLC**<br>c/o ESL Partners, Inc..<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154<br><br>*Buyer*<br>*Via Email* |

/s/ Michael Baird
Michael Baird