UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                           :    Chapter 11
                                                 :
SEARS HOLDINGS CORPORATION, *et al*.,            :    Case No. 18-23538 (RDD)
                                                 :
            Debtors.                             :    (Jointly Administered)
                                                 :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Ira L. Herman, hereby certify that on the 26th day of January, 2019, I caused to be served the foregoing *Objection of GlobalTranz Enterprises, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* upon the persons or entities listed on the attached service list in the manner indicated thereon.

Dated: January 26, 2019

/s/ Ira L. Herman
Ira L. Herman
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Telephone:    (212) 885-5000
Facsimile:    (212) 885-5001
E-mail:       IHerman@BlankRome.com

-and-

Lauren N. Beslow
QUARLES & BRADY LLP
300 N. LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone:    (312) 715-5001
E-mail:       Lauren.Beslow@quarles.com

*Attorneys for GlobalTranz Enterprises, Inc.*

## SERVICE LIST

Chambers of the Honorable Judge Robert D. Drain
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street, Room 248
White Plains, New York 10601
*(Via Overnight Courier)*

SEARS HOLDINGS CORPORATION, ET AL.
Attn: Stephen Sitley Esq., and
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, Illinois 60179
*(Via Overnight Courier)*

Ray C. Schrock, P.C
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
*(Via Electronic Mail)*

OFFICE OF THE UNITED STATES
TRUSTEE FOR REGION 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014
paul.schwartzberg@usdoj.gov
*(Via Electronic Mail)*

Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
*(Via Electronic Mail)*

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, New York 10017
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
*(Via Electronic Mail)*

Christopher E. Austin, Esq.
Benet J. O'Reilly, Esq.
Sean A. O'Neal
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
caustin@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
*(Via Electronic Mail)*

Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
ewilson@kelleydrye.com
bfeder@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com
*(Via Electronic Mail)*

Edward M. Fox, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
emfox@seyfarth.com
*(Via Electronic Mail)*

James Gadsden, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10015
gadsden@clm.com
bankruptcy@clm.com
*(Via Electronic Mail)*

| | |
|---|---|
| Brian A. Raynor, Esq.<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>braynor@lockelord.com<br>***(Via Electronic Mail)*** | Philip C. Dublin, Esq.<br>Ira Dizengoff, Esq.<br>Sara Lynne Brauner, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>sbrauner@akingump.com<br>***(Via Electronic Mail)*** |