**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION**, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 26, 2019, I caused the foregoing Objection and Reservation of Rights of Extreme Networks, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Global Sale Transaction to be served via ECF on all counsel of record registered to receive such service, and via e-mail and/or hard copy upon all entities entitled to such service.

Dated:  January 26, 2019
New York, New York

/s/ Annemarie V. Reilly
Annemarie V. Reilly