Devon J. Eggert, Esq. (*pro hac vice pending*)
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:  312.360.6520
deggert@freeborn.com

*Counsel for Korpack, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                 :

In re:                                            :    Chapter 11
                                                 :

SEARS HOLDINGS CORPORATION, *et al.*,    :    Case No. 18-23538 (RDD)
                                                 :
                                               :    (Jointly Administered)
                         Debtors.[1]            :
                                               :
---------------------------------------------------------------x

### KORPACK, INC.'S OBJECTION TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION

       Korpack, Inc. ("Korpack"), by and through its undersigned counsel, hereby submits this

objection (the "Objection") to the *Notice of Cure Costs and Potential Assumption and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

1

*Assignment of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction* (the "Cure Notice") (Doc. No. 1731), and in support hereof states as follows:

1. On October 15, 2018, Sears Holding Corporation and its affiliated debtor entities (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the U.S. Bankruptcy Court for the Southern District of New York.

2. On January 18, 2019, the Debtors filed the Cure Notice which identified an executory contract between Sears Holdings Management Corporation and Korpack dated July 26, 2017 as having a cure cost of $174,656 (the "Proposed Cure Cost"). (Cure Notice, Exhibit A No. 4138.)

3. Korpack objects to the Cure Notice and the Proposed Cure Cost because the total amount due and owing to Korpack under the relevant agreement is $204,400.17.

4. Accordingly, Korpack objects to the assumption and assignment of executory contract identified as No. 4138 in the Cure Notice unless the Debtors agree to pay $204,400.17 in cure costs or such other amount as the parties may mutually agree.

Dated: January 26, 2019                          **FREEBORN & PETERS LLP**

                                                 /s/ Devon J. Eggert

                                                 Devon J. Eggert, Esq. (*pro hac vice pending*)
                                                 FREEBORN & PETERS LLP
                                                 311 South Wacker Drive, Suite 3000
                                                 Chicago, Illinois 60606
                                                 Telephone: 312.360.6000
                                                 Facsimile: 312.360.6995

                                                 *Counsel for Korpack, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2019, an electronic copy of the Objection was filed using the Court's ECF System and via e-mail to the Objection Recipients (as defined in the Cure Notice to include Bid Notice Parties, the Buyer Parties, and the Consultation Parties) identified on the Service List below.

/s/ Devon J. Eggert
Devon J. Eggert

### Service List

1. Bid Notice Parties
   a. Debtors
      i. Rob Riecker: rob.riecker@searshc.com
      ii. Luke Valentino: luke.valentino@searshc.com
      iii. Mohsin Meghji: mmeghji@miiipartners.com
      iv. General Counsel: counsel@searshc.com
   b. Debtors' counsel
      i. Ray Schrock, Esq.: ray.schrock@weil.com
      ii. Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
      iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
      iv. Sunny Singh, Esq.: sunny.singh@weil.com
      v. Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
      vi. Gavin Westerman, Esq.: Gavin.Westerman@weil.com
   c. Debtors' investment banker:
      i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com
2. Consultation Parties
   a. Bank of America
      i. Paul Leake, Esq.: Paul.Leake@skadden.com
      ii. Shana Elberg, Esq.: Shana.Eiberg@skadden.com
      iii. George Howard, Esq.: George.Howard@skadden.com
   b. Wells Fargo Bank
      i. Kevin J. Simard, Esq.: ksimard@choate.com
      ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com
   c. Committee
      i. Ira S. Dizengoff, Esq. : idizengoff@akingump.com
      ii. Philip C. Dublin, Esq.: pdublin@akingump.com
      iii. Abid Qureshi, Esq.: aqureshi@akingump.com
      iv. Sara L. Brauner, Esq.: sbrauner@akingump.com
3. Successful Bidder Parties
   a. Successful Bidder
      i. Kunal S. Kamlani: kunal@eslinvest.com
      ii. Harold Talisman: harold@eslinvest.com
   b. Counsel
      i. Christopher E. Austin, Esq.: caustin@cgsh.com
      ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      iii. Sean A. O'Neal, Esq.: soneal@cgsh.com