**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) ) |
| Debtors. | ) (Jointly Administered) ) |
| _____ | ) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF RETAILNEXT, INC. TO DEBTORS' PROPOSED CURE AMOUNT**

1. RetailNext, Inc. ("RetailNext") hereby objects to the Debtors' cure amount for their contract with RetailNext, as set forth in the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [Docket No. 1731] ("Assumption Notice").

2. In the Assumption Notice, the Debtor contends that the cure amount for the Debtors' contract with RetailNext is $336,667. While Retail Next is still reconciling unpaid invoices and investigating the matter, RetailNext believes that the actual cure amount is approximately $550,000. Accordingly, unless and until the proper cure amount is paid, Retail Next objects to the Debtors' proposed assumption of their contract with RetailNext pursuant to Bankruptcy Code section 365(1)(A).

Dated: January 26, 2019
      Los Angeles, CA

Respectfully submitted,

**DLA PIPER LLP (US)**

By:/s/ Eric D. Goldberg
Eric D. Goldberg (CA Bar # 157544)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400N
Los Angeles, CA 90067
Telephone: (310) 595-3085
eric.goldberg@dlapiper.com

*Counsel to RetailNext, Inc.*