**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | Case No. 18-23538 (RDD) |
| | |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2019 I electronically filed the *Limited Objection of Securian Financial Group, Inc. and Securian Life Insurance to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (Docket No. 2020) (the "Objection") with the Clerk of the Bankruptcy Court, which sent notification of such filing to all CM/ECF system participants, including the following Objection Recipients, and I also caused copies of the Objection to be served on the below by the indicated method of service.

Dated: January 26, 2019

 */s/ Sandra E. Mayerson*
Sandra E. Mayerson
Mayerson & Hartheimer, PLLC
845 Third Avenue, 11th Floor
New York, New York 10022
(646) 778-4380
sandy@mhlaw-ny.com

**VIA EMAIL:**
    I.    Bid Notice Parties

        a.  Debtors
            i.  Rob Riecker: rob.riecker@searshc.com
           ii.  Luke Valentino: luke.valentino@searshc.com
          iii.  Mohsin Meghji: mmeghji@miiipartners.com
          iv.  General Counsel: counsel@searshc.com
        b.  Debtors' counsel
            i.  Ray Schrock, Esq.: ray.schrock@weil.com
           ii.  Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
          iii.  Garrett A. Fail, Esq.: garrett.fail@weil.com
          iv.  Sunny Singh, Esq.: sunny.singh@weil.com
           v.  Ellen J. Odoner, Esq.: ellen.odoner@weil.com
          vi.  Gavin Westerman, Esq.: gavin.westerman@weil.com
        c.  Debtors' investment banker:
            i.  Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

    II.    Buyer Parties
        a.  Buyer
            i.  Kunal S. Kamlani: kunal@eslinvest.com
           ii.  Harold Talisman: harold@eslinvest.com
        b.  Counsel
            i.  Christopher E. Austin, Esq.: caustin@cgsh.com
           ii.  Benet J. O'Reilly, Esq.: boreilly@cgsh.com
          iii.  Sean A. O'Neal, Esq.: soneal@cgsh.com
    III.    Consultation Parties
        a.  Bank of America
            i.  Paul Leake, Esq.: paul.leake@skadden.com
           ii.  Shana Elberg, Esq.: shana.elberg@skadden.com
          iii.  George Howard, Esq.: george.howard@skadden.com
        b.  Wells Fargo Bank
            i.  Kevin J. Simard, Esq.: ksimard@choate.com
           ii.  Jonathan D. Marshall, Esq.: jmarshall@choate.com

**VIA FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn. Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn. Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006