Bradley S. Shraiberg, Esq.
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2019 I electronically filed the *Limited Objection of CompuCom Systems, Inc. to Cure Amounts and Potential Assumption of Executory Contracts* [ECF No. 1955] which was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case, and by First Class U.S. Mail and/or Email to the Objection Recipients listed on the attached Service List on January 25, 2019.

    Respectfully submitted,

    SHRAIBERG, LANDAU & PAGE, P.A.
    Attorneys for CompuCom Systems, Inc.
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047

    By: */s/ Bradley S. Shraiberg*
        Bradley S. Shraiberg, Esq
        FL Bar No. 121622
        *Pro Hac Vice Admission Pending*

{1031/000/00431373}

## SERVICE LIST

Sears Holdings Management Corporation
Attn: Rob Riecker (rob.riechker@searshc.com)
Attn: Luke Valentino (luke.valentino@searshc.com)
Attn: Mohsin Meghji (mmeghji@miiipartners.com)
Attn: General Counsel (counsel@searshc.com)
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock (ray.schrock@weil.com)
Attn: Jacqueline Marcus (jacqueline.marcus@weil.com)
Attn: Garret A. Fail (garrett.fail@weil.com)
Attn: Sunny Singh (sunny.singh@weil.com)
767 Fifth Avenue
New York, NY 10153

Lazard Fréres & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)
30 Rockefeller Plaza
New York, NY 10112

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake (Paul.Leake@skadden.com)
Attn: Shana A. Elberg (Shana.Elberg@skadden.com)
Attn: George R. Howard (George.Howard@skadden.com)
4 Times Square
New York, NY 10036

Bank of America, N.A.
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Wells Fargo Bank, National Association
c/o Choate, Hall & Stewart LLP
Attn: Kevin J. Simard (ksimard@choate.com)
Attn: Jonathan D. Marshall (jmarshall@choate.com)
Two International Place
Boston, MA 0211

{1031/000/00431373}

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin (pdublin@akingump.com)
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Attn: Abid Qureshi (aqureshi@akingump.com)
Attn: Sara L. Brauner (sbrauner@akingump.com)
One Bryant Park
New York, NY 10036

Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani (kunal@eslinvest.com)
Attn: Harold Talisman (harold@eslinvest.com)
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin (caustin@cgsh.com)
Attn: Benet J. O'Reilly (boreilly@cgsh.com)
Attn: Sean A. O'Neal (soneal@cgsh.com)
James L. Bromley, Esq. (jbromley@cgsh.com)
Andrew Weaver, Esq. (aweaver@cgsh.com)
Rahul Mukhi, Esq. (rmukhi@cgsh.com)
Jennifer Kennedy Park, Esq. (jkpark@cgsh.com)
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014