**BROWN RUDNICK LLP**
Andrew P. Strehle
One Financial Center
Boston, MA 02111
Telephone:     (617) 856-8200
Facsimile:     (617) 856-8201

Gerard T. Cicero
Seven Times Square
New York, NY 10036
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801

*Counsel to Primark US Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF ONTARIO    )

Carol S. Ennis being duly sworn, deposes and says:  I am not a party to the within action,

am over 18 years of age and reside in Canandaigua, New York.

On the 25th day of January, 2019, I caused to be served a true and correct copy of the

following document:

> *Primark US Corp.'s Limited Omnibus Objection to, and Reservation of Rights*
> *Respecting: (1) Approval of Debtors' Proposed Global Asset Sale Transaction to*
> *Transform Holdco, LLC; and (2) the Proposed Cure Amounts and Adequate Assurance in*
> *Connection with the Global Asset Sale Transaction*

in this proceeding on the attached Service List attached hereto as **Exhibit A**, by first class mail,

postage prepaid and by electronic mail upon the parties listed on the attached **Exhibit B**.

Carol S. Ennis

Subscribed and sworn to before me this
26th day of January, 2019.

Notary Public

63273258 v1

JAMIE OTTO TROTT
Notary Public, State of New York
Ontario County Reg. #01OT6310619
Commission Expires 09/02/ 2022

2

# EXHIBIT A

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607

Frenkel, Lambert, Weiss, Weisman
& Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Sears Holding Corporation
Attn: Stephen Sitley Esq.
    Luke J. Valentino, Esq
3333 Beverly Road
Hoffman Estates, IL 60179

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

BST International Fashion Ltd.
Attn: A.R. Shrinivasan, Managing Director
39 Wang Kwong Road, Suite 2301B,
Skyline Tower, Kowloon Bay
Kowloon, Hong Kong
China

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

The Bank of New York Mellon
Trust Company
Attn: Corporate Trust Administration
101 Barclay Street, Floor 8W
New York, NY 10286

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold
Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Avenue, Suite 149
Walnut Creek, CA 94596

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Sears Holding Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

# EXHIBIT B

**Members:**

| | |
|---|---|
| ajd@ansellgrimm.com | ajd@ansellgrimm.com |
| akadish@archerlaw.com | akadish@archerlaw.com |
| andrew.silfen@arentfox.com | andrew.silfen@arentfox.com |
| aqureshi@akingump.com | aqureshi@akingump.com |
| arainone@bracheichler.com | arainone@bracheichler.com |
| bankruptcy@borgeslawllc.com | bankruptcy@borgeslawllc.com |
| beth.brownstein@arentfox.com | beth.brownstein@arentfox.com |
| bnkatty@aldineisd.org | bnkatty@aldineisd.org |
| branchd@ballardspahr.com | branchd@ballardspahr.com |
| brian.lohan@arnoldporter.com | brian.lohan@arnoldporter.com |
| CSchael@AshfordNJLaw.com | CSchael@AshfordNJLaw.com |
| egoodman@bakerlaw.com | egoodman@bakerlaw.com |
| emiller@bayardlaw.com | emiller@bayardlaw.com |
| eneiger@askllp.com | eneiger@askllp.com |
| EZucker@BlankRome.com | EZucker@BlankRome.com |
| fkhan@bakerlaw.com | fkhan@bakerlaw.com |
| ginger.clements@arnoldporter.com | ginger.clements@arnoldporter.com |
| harnerp@ballardspahr.com | harnerp@ballardspahr.com |
| heilmanl@ballardspahr.com | heilmanl@ballardspahr.com |
| idizengoff@akingump.com | idizengoff@akingump.com |
| James.Vincequerra@alston.com | James.Vincequerra@alston.com |
| jarnold@aldridgepite.com | jarnold@aldridgepite.com |
| jchristian@askllp.com | jchristian@askllp.com |
| Jg5786@att.com | Jg5786@att.com |
| JRhodes@BlankRome.com | JRhodes@BlankRome.com |
| julie@bindermalter.com | julie@bindermalter.com |
| kcapuzzi@beneschlaw.com | kcapuzzi@beneschlaw.com |
| klove@bellnunnally.com | klove@bellnunnally.com |
| knewman@barclaydamon.com | knewman@barclaydamon.com |
| kutnera@ballardspahr.com | kutnera@ballardspahr.com |
| leib.lerner@alston.com | leib.lerner@alston.com |
| lschildkraut@archerlaw.com | lschildkraut@archerlaw.com |
| mbarrie@beneschlaw.com | mbarrie@beneschlaw.com |
| mcuellar45@austinenterpriseslp.com | mcuellar45@austinenterpriseslp.com |
| michael@bindermalter.com | michael@bindermalter.com |
| pdublin@akingump.com | pdublin@akingump.com |
| pollack@ballardspahr.com | pollack@ballardspahr.com |
| rmills@bellnunnally.com | rmills@bellnunnally.com |
| russ@bsavory.com | russ@bsavory.com |
| sbrauner@akingump.com | sbrauner@akingump.com |
| schin@borgeslawllc.com | schin@borgeslawllc.com |
| summersm@ballardspahr.com | summersm@ballardspahr.com |
| Tarr@BlankRome.com | Tarr@BlankRome.com |
| Tgaa@bbslaw.com | Tgaa@bbslaw.com |
| wborges@borgeslawllc.com | wborges@borgeslawllc.com |
| wschonberg@beneschlaw.com | wschonberg@beneschlaw.com |

**Members:**

aclark@cov.com
Anthony.Deleo@cwt.com
appleby@chapman.com
aweaver@cgsh.com
bankruptcy@clm.com
brotenberg@csglaw.com
cgriffiths@connollygallagher.com
christopher.schueller@bipc.com
cpark@choiandpark.com
davidtaxin@dahannowick.com
dblau@clarkhill.com
dcoffino@cov.com
Dennis.roemlein@bnymellon.com
duane.brescia@clarkhillstrasburger.com

Eric.Waxman@cwt.com
eschnitzer@ckrlaw.com
gadsden@clm.com
gsaydah@ckrlaw.com
hchoi@choiandpark.com
hward@cohenlaw.com
jbienstock@coleschotz.com
jbromley@cgsh.com
jkpark@cgsh.com
jlevitin@cahill.com
jmarshall@choate.com
jmontgomery@brownconnery.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
ksimard@choate.com
lkleist@choiandpark.com
mcatalfimo@carterconboy.com
mfelger@cozen.com
Michael.smith2@computershare.com
mstein@chuhak.com
mwarner@coleschotz.com
pweiser@buchalter.com
pzumbro@cravath.com
rdavis@cafarocompany.com
rmccord@certilmanbalin.com
rmukhi@cgsh.com
rnosek@certilmanbalin.com
rseltzer@cwsny.com
rstieglitz@cahill.com
scarnes@cooley.com
schristianson@buchalter.com
sjk@carmodymacdonald.com
soneal@cgsh.com
svanaalten@cooley.com
szuber@csglaw.com
terry.shulsky@bipc.com

aclark@cov.com
Anthony.Deleo@cwt.com
appleby@chapman.com
aweaver@cgsh.com
bankruptcy@clm.com
brotenberg@csglaw.com
cgriffiths@connollygallagher.com
christopher.schueller@bipc.com
cpark@choiandpark.com
davidtaxin@dahannowick.com
dblau@clarkhill.com
dcoffino@cov.com
Dennis.roemlein@bnymellon.com

duane.brescia@clarkhillstrasburger.com
Eric.Waxman@cwt.com
eschnitzer@ckrlaw.com
gadsden@clm.com
gsaydah@ckrlaw.com
hchoi@choiandpark.com
hward@cohenlaw.com
jbienstock@coleschotz.com
jbromley@cgsh.com
jkpark@cgsh.com
jlevitin@cahill.com
jmarshall@choate.com
jmontgomery@brownconnery.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
ksimard@choate.com
lkleist@choiandpark.com
mcatalfimo@carterconboy.com
mfelger@cozen.com
Michael.smith2@computershare.com
mstein@chuhak.com
mwarner@coleschotz.com
pweiser@buchalter.com
pzumbro@cravath.com
rdavis@cafarocompany.com
rmccord@certilmanbalin.com
rmukhi@cgsh.com
rnosek@certilmanbalin.com
rseltzer@cwsny.com
rstieglitz@cahill.com
scarnes@cooley.com
schristianson@buchalter.com
sjk@carmodymacdonald.com
soneal@cgsh.com
svanaalten@cooley.com
szuber@csglaw.com
terry.shulsky@bipc.com

tyler.dischinger@bipc.com
wilamowsky@chapman.com
wkelleher@cohenlaw.com

tyler.dischinger@bipc.com
wilamowsky@chapman.com
wkelleher@cohenlaw.com

## Members:

aguon@foxrothschild.com
awebb@fbtlaw.com
bethsolomon@discover.com
brad.eric.scheler@friedfrank.com
btheisen@gibbonslaw.com
Cheitzenrater@duanemorris.com
dcampbell@ghclaw.com
deggert@freeborn.com
dhw@dhclegal.com
dlwright@foley.com
eli.vonnegut@davispolk.com
ems@elliottgreenleaf.com
eweisgerber@debevoise.com
gchico@ferraiuoli.com
gseitz@gsbblaw.com
hcohen@gibbonslaw.com
jcurley@ddw-law.com
jfrank@fgllp.com
jkleinman@fgllp.com
kcatanese@foley.com
lbercovich@epicor.com
lbrymer@fmdlegal.com
Leopold.matt@Epa.gov
LJKotler@duanemorris.com
lmay@eisemanlevine.com
marita.erbeck@dbr.com
mark.wilson@fisherbroyles.com
marshall.huebner@davispolk.com
mcto@debevoise.com
mgensburg@gcklegal.com
mhall@foxrothschild.com
mherz@foxrothschild.com
msmall@foley.com
nreid@foxswibel.com
nsongonuga@gibbonslaw.com
patricia.fugee@fisherbroyles.com
peter.siroka@friedfrank.com
plabov@foxrothschild.com
pmartin@fmdlegal.com
ppascuzzi@ffwplaw.com
rgold@fbtlaw.com
rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
scott.luftglass@friedfrank.com
sears.service@davispolk.com
thoran@foxrothschild.com
tking@fbtlaw.com
tscannell@foley.com
WMSimkulak@duanemorris.com

aguon@foxrothschild.com
awebb@fbtlaw.com
bethsolomon@discover.com
brad.eric.scheler@friedfrank.com
btheisen@gibbonslaw.com
Cheitzenrater@duanemorris.com
dcampbell@ghclaw.com
deggert@freeborn.com
dhw@dhclegal.com
dlwright@foley.com
eli.vonnegut@davispolk.com
ems@elliottgreenleaf.com
eweisgerber@debevoise.com
gchico@ferraiuoli.com
gseitz@gsbblaw.com
hcohen@gibbonslaw.com
jcurley@ddw-law.com
jfrank@fgllp.com
jkleinman@fgllp.com
kcatanese@foley.com
lbercovich@epicor.com
lbrymer@fmdlegal.com
Leopold.matt@Epa.gov
LJKotler@duanemorris.com
lmay@eisemanlevine.com
marita.erbeck@dbr.com
mark.wilson@fisherbroyles.com
marshall.huebner@davispolk.com
mcto@debevoise.com
mgensburg@gcklegal.com
mhall@foxrothschild.com
mherz@foxrothschild.com
msmall@foley.com
nreid@foxswibel.com
nsongonuga@gibbonslaw.com
patricia.fugee@fisherbroyles.com
peter.siroka@friedfrank.com
plabov@foxrothschild.com
pmartin@fmdlegal.com
ppascuzzi@ffwplaw.com
rgold@fbtlaw.com
rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
scott.luftglass@friedfrank.com
sears.service@davispolk.com
thoran@foxrothschild.com
tking@fbtlaw.com
tscannell@foley.com
WMSimkulak@duanemorris.com

**Members:**

ahalperin@halperinlaw.net
alex.macias@impremedia.com
arthur.rosenberg@hklaw.com
atureaud@kblaw.com
Bankruptcy2@ironmountain.com
barbra.parlin@hklaw.com
bbazian@goodwinlaw.com
bfeder@kelleydrye.com
bgross@HuntonAK.com
caleb.holzaepfel@huschblackwell.com
Daniel.Swetnam@icemiller.com
dlieberman@halperinlaw.net
dlk@jasneflorio.com
drosner@goulstonstorrs.com
elio@higgslaw.com
elkinj@mac.com
elvin.ramos@hklaw.com
gfox@goodwinlaw.com
ghesse@huntonak.com
hgj@jasneflorio.com
howard.upchurch@hanes.com
jacarlino@kslnlaw.com
jfigueiredo@hahnhessen.com
jflaxer@golenbock.com
jjalemany@hklaw.com
joia.johnson@hanes.com
jose.casal@hklaw.com
jross@hopkinscarley.com
KDWBankruptcyDepartment@KelleyDrye.com

ktompsett@harrisbeach.com
kurtzman@kurtzmansteady.com
lgu@halperinlaw.net
lkiss@klestadt.com
llichtman@honigman.com
lynn.butler@huschblackwell.com
Marc.Antonecchia@hklaw.com
Mimi.M.Wong@irscounsel.treas.gov
mjb@hopkinscarley.com
mlegge@huntonak.com
msekowski@herrick.com
mweinstein@golenbock.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
ssouthard@klestadt.com
tannweiler@greerherz.com
taxcollector@co.imperial.ca.us
thoffmann@goulstonstorrs.com
tnixon@gklaw.com

ahalperin@halperinlaw.net
alex.macias@impremedia.com
arthur.rosenberg@hklaw.com
atureaud@kblaw.com
Bankruptcy2@ironmountain.com
barbra.parlin@hklaw.com
bbazian@goodwinlaw.com
bfeder@kelleydrye.com
bgross@HuntonAK.com
caleb.holzaepfel@huschblackwell.com
Daniel.Swetnam@icemiller.com
dlieberman@halperinlaw.net
dlk@jasneflorio.com
drosner@goulstonstorrs.com
elio@higgslaw.com
elkinj@mac.com
elvin.ramos@hklaw.com
gfox@goodwinlaw.com
ghesse@huntonak.com
hgj@jasneflorio.com
howard.upchurch@hanes.com
jacarlino@kslnlaw.com
jfigueiredo@hahnhessen.com
jflaxer@golenbock.com
jjalemany@hklaw.com
joia.johnson@hanes.com
jose.casal@hklaw.com
jross@hopkinscarley.com
KDWBankruptcyDepartment@KelleyDrye.com

ktompsett@harrisbeach.com
kurtzman@kurtzmansteady.com
lgu@halperinlaw.net
lkiss@klestadt.com
llichtman@honigman.com
lynn.butler@huschblackwell.com
Marc.Antonecchia@hklaw.com
Mimi.M.Wong@irscounsel.treas.gov
mjb@hopkinscarley.com
mlegge@huntonak.com
msekowski@herrick.com
mweinstein@golenbock.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
ssouthard@klestadt.com
tannweiler@greerherz.com
taxcollector@co.imperial.ca.us
thoffmann@goulstonstorrs.com
tnixon@gklaw.com

**Members:**

| | |
|---|---|
| ALeblanc@milbank.com | ALeblanc@milbank.com |
| alex.chase@leclairryan.com | alex.chase@leclairryan.com |
| andrew.cole@leclairryan.com | andrew.cole@leclairryan.com |
| asmith@lockelord.com | asmith@lockelord.com |
| bbuechler@lowenstein.com | bbuechler@lowenstein.com |
| bmcgrath@mcglinchey.com | bmcgrath@mcglinchey.com |
| bnathan@lowenstein.com | bnathan@lowenstein.com |
| braynor@lockelord.com | braynor@lockelord.com |
| cgruen@gruenlaw.com | cgruen@gruenlaw.com |
| cjm@msf-law.com | cjm@msf-law.com |
| cprice@milbank.com | cprice@milbank.com |
| dallas.bankruptcy@publicans.com | dallas.bankruptcy@publicans.com |
| dgragg@langleybanack.com | dgragg@langleybanack.com |
| dmeegan@mhksacto.com | dmeegan@mhksacto.com |
| dmiller@lubinolson.com | dmiller@lubinolson.com |
| dtabachnik@dttlaw.com | dtabachnik@dttlaw.com |
| dwirt@lockelord.com | dwirt@lockelord.com |
| echafetz@lowenstein.com | echafetz@lowenstein.com |
| gillazarus@gmail.com | gillazarus@gmail.com |
| harlan.lazarus@gmail.com | harlan.lazarus@gmail.com |
| hjschwartz@mckoolsmith.com | hjschwartz@mckoolsmith.com |
| hlazarus@lazarusandlazarus.com | hlazarus@lazarusandlazarus.com |
| houston_bankruptcy@publicans.com | houston_bankruptcy@publicans.com |
| ilan.markus@leclairryan.com | ilan.markus@leclairryan.com |
| ira.greene@lockelord.com | ira.greene@lockelord.com |
| janice.grubin@leclairryan.com | janice.grubin@leclairryan.com |
| jfarnum@linowes-law.com | jfarnum@linowes-law.com |
| jfifarek@laskyfifarek.com | jfifarek@laskyfifarek.com |
| jfroehlich@lockelord.com | jfroehlich@lockelord.com |
| jjorissen@losgs.com | jjorissen@losgs.com |
| jmueller@lippes.com | jmueller@lippes.com |
| kevin@ksnpc.com | kevin@ksnpc.com |
| kromano@mcglinchey.com | kromano@mcglinchey.com |
| luralene.schultz@fennelllaw.com | luralene.schultz@fennelllaw.com |
| marc.zelina@lw.com | marc.zelina@lw.com |
| mchaney@mcglinchey.com | mchaney@mcglinchey.com |
| niclas.ferland@leclairryan.com | niclas.ferland@leclairryan.com |
| nkenworthy@mrrlaw.net | nkenworthy@mrrlaw.net |
| office@fennelllaw.com | office@fennelllaw.com |
| peter.gilhuly@lw.com | peter.gilhuly@lw.com |
| pstarkesq@gmail.com | pstarkesq@gmail.com |
| raguilar@mcglinchey.com | raguilar@mcglinchey.com |
| rcerone@mcglinchey.com | rcerone@mcglinchey.com |
| RLiubicic@milbank.com | RLiubicic@milbank.com |
| rzucker@lasserhochman.com | rzucker@lasserhochman.com |
| sanantonio.bankruptcy@publicans.com | sanantonio.bankruptcy@publicans.com |
| sbryant@lockelord.com | sbryant@lockelord.com |
| ted.dillman@lw.com | ted.dillman@lw.com |
| tleday@mvbalaw.com | tleday@mvbalaw.com |
| william.fennell@fennelllaw.com | william.fennell@fennelllaw.com |

**Members:**

andrewtenzer@paulhastings.com
apetrakov@offitkurman.com
bankruptcy@morrisoncohen.com
bbutterfield@mofo.com
bob.bruner@nortonrosefulbright.com
bradley.schneider@mto.com
BrettMiller@mofo.com
cdesiderio@nixonpeabody.com
chipford@parkerpoe.com
christy.rivera@nortonrosefulbright.com

cmiller@mnat.com
cmomjian@attorneygeneral.gov
david.rosenzweig@nortonrosefulbright.com

dperry@munsch.com
dsklar@nixonpeabody.com
enid.stuart@ag.ny.gov
howard.seife@nortonrosefulbright.com
jaffeh@pepperlaw.com
jbarsalona@mnat.com
jhurwitz@paulweiss.com
jmarines@mofo.com
jody.bedenbaugh@nelsonmullins.com
kcordry@naag.org
kcornish@paulweiss.com
laura.mccarthy@morganlewis.com
lclayton@paulweiss.com
leslieplaskon@paulhastings.com
lily@pacogarment.com
listwakk@pepperlaw.com
Mlightner@mofo.com
mro@prbankruptcy.com
neil.herman@morganlewis.com
paul.schwartzberg@usdoj.gov
paul@orshanpa.com
pbasta@paulweiss.com
rachel.obaldo@oag.texas.gov
rbritton@paulweiss.com
richard.morrissey@usdoj.gov
rpedone@nixonpeabody.com
sbuergel@paulweiss.com
sdnyecf@dor.mo.gov
shane.ramsey@nelsonmullins.com
shlomomaza@paulhastings.com
smetz@offitkurman.com
smiller@morrisjames.com
sokeefe@okeefelc.com
ssmith@mwlaw.com
stephen.castro@nortonrosefulbright.com

andrewtenzer@paulhastings.com
apetrakov@offitkurman.com
bankruptcy@morrisoncohen.com
bbutterfield@mofo.com
bob.bruner@nortonrosefulbright.com
bradley.schneider@mto.com
BrettMiller@mofo.com
cdesiderio@nixonpeabody.com
chipford@parkerpoe.com

christy.rivera@nortonrosefulbright.com
cmiller@mnat.com
cmomjian@attorneygeneral.gov

david.rosenzweig@nortonrosefulbright.com
dperry@munsch.com
dsklar@nixonpeabody.com
enid.stuart@ag.ny.gov
howard.seife@nortonrosefulbright.com
jaffeh@pepperlaw.com
jbarsalona@mnat.com
jhurwitz@paulweiss.com
jmarines@mofo.com
jody.bedenbaugh@nelsonmullins.com
kcordry@naag.org
kcornish@paulweiss.com
laura.mccarthy@morganlewis.com
lclayton@paulweiss.com
leslieplaskon@paulhastings.com
lily@pacogarment.com
listwakk@pepperlaw.com
Mlightner@mofo.com
mro@prbankruptcy.com
neil.herman@morganlewis.com
paul.schwartzberg@usdoj.gov
paul@orshanpa.com
pbasta@paulweiss.com
rachel.obaldo@oag.texas.gov
rbritton@paulweiss.com
richard.morrissey@usdoj.gov
rpedone@nixonpeabody.com
sbuergel@paulweiss.com
sdnyecf@dor.mo.gov
shane.ramsey@nelsonmullins.com
shlomomaza@paulhastings.com
smetz@offitkurman.com
smiller@morrisjames.com
sokeefe@okeefelc.com
ssmith@mwlaw.com

stephen.castro@nortonrosefulbright.com

**Members:**

| | |
|---|---|
| afiedler@schiffhardin.com | afiedler@schiffhardin.com |
| andrewcorkhill@quinnemanuel.com | andrewcorkhill@quinnemanuel.com |
| Aron.hume@gmail.com | Aron.hume@gmail.com |
| asnow@ssbb.com | asnow@ssbb.com |
| cbelmonte@ssbb.com | cbelmonte@ssbb.com |
| cfilardi@rrlawpc.com | cfilardi@rrlawpc.com |
| cpugatch@rprslaw.com | cpugatch@rprslaw.com |
| dpick@picklaw.net | dpick@picklaw.net |
| ecobb@pbfcm.com | ecobb@pbfcm.com |
| ellisonmerkel@quinnemanuel.com | ellisonmerkel@quinnemanuel.com |
| etikkanen@reisspreuss.com | etikkanen@reisspreuss.com |
| fbr@robinsonbrog.com | fbr@robinsonbrog.com |
| gerald.kennedy@procopio.com | gerald.kennedy@procopio.com |
| gregg.galardi@ropesgray.com | gregg.galardi@ropesgray.com |
| greiss@reisspreuss.com | greiss@reisspreuss.com |
| hmagaliff@r3mlaw.com | hmagaliff@r3mlaw.com |
| james.wilton@ropesgray.com | james.wilton@ropesgray.com |
| jbanks@pbfcm.com | jbanks@pbfcm.com |
| jon@piercemccoy.com | jon@piercemccoy.com |
| jonpickhardt@quinnemanuel.com | jonpickhardt@quinnemanuel.com |
| joshua.sturm@ropesgray.com | joshua.sturm@ropesgray.com |
| jweinblatt@sakar.com | jweinblatt@sakar.com |
| kflorey@robbins-schwartz.com | kflorey@robbins-schwartz.com |
| kimberly.kodis@ropesgray.com | kimberly.kodis@ropesgray.com |
| ldelucia@schiffhardin.com | ldelucia@schiffhardin.com |
| lmbkr@pbfcm.com | lmbkr@pbfcm.com |
| mamato@rmfpc.com | mamato@rmfpc.com |
| matthewscheck@quinnemanuel.com | matthewscheck@quinnemanuel.com |
| mmccann@swc-law.com | mmccann@swc-law.com |
| nicholas.berg@ropesgray.com | nicholas.berg@ropesgray.com |
| nsmith@robbins-schwartz.com | nsmith@robbins-schwartz.com |
| NYROBankruptcy@sec.gov | NYROBankruptcy@sec.gov |
| osonik@pbfcm.com | osonik@pbfcm.com |
| patricia.chen@ropesgray.com | patricia.chen@ropesgray.com |
| pbosswick@ssbb.com | pbosswick@ssbb.com |
| prubin@rubinlawllc.com | prubin@rubinlawllc.com |
| rabiuso@swc-law.com | rabiuso@swc-law.com |
| rlp@pryormandelup.com | rlp@pryormandelup.com |
| Robert.e.michael.esq@gmail.com | Robert.e.michael.esq@gmail.com |
| rsteinberg@pricemeese.com | rsteinberg@pricemeese.com |
| sam.ashuraey@ropesgray.com | sam.ashuraey@ropesgray.com |
| searsteam@primeclerk.com | searsteam@primeclerk.com |
| secbankruptcy@sec.gov | secbankruptcy@sec.gov |
| serviceqa@primeclerk.com | serviceqa@primeclerk.com |
| skelly@s-d.com | skelly@s-d.com |
| srosen@rosenpc.com | srosen@rosenpc.com |
| ssally@ropesgray.com | ssally@ropesgray.com |
| susheelkirpalani@quinnemanuel.com | susheelkirpalani@quinnemanuel.com |
| timothy.farrell@ropesgray.com | timothy.farrell@ropesgray.com |

**Members:**

aconway@taubman.com
afeld@sheppardmullin.com
alves@sewkis.com
ashmead@sewkis.com
bankruptcynoticeschr@sec.gov
bk@svllaw.com
bsattin@szaferman.com
ckwu@sulmeyerlaw.com
cp@stevenslee.com
darolf@sorlinglaw.com
dietdericha@sullcrom.com
dkronenberg@sidley.com
dkupetz@sulmeyerlaw.com
dplon@sirlinlaw.com
efile@pbgc.gov
emfox@seyfarth.com
enotices@skijain.com
floridaservice@sbwh.law
fsosnick@shearman.com
George.Howard@skadden.com
jcanfield@stroock.com
jlemkin@stark-stark.com
joe@saracheklawfirm.com
jshafer@sbwh.law
khansen@stroock.com
lawyer@surilawoffice.com
mary.callahan@bnymellon.com
mccarron.william@pbgc.gov
mkish@sbwh.law
mshriro@singerlevick.com
mtsang@tsanglawfirm.com
Paul.Leake@skadden.com
pmryan@sorlinglaw.com
pstrok@swelawfirm.com
rhermann@sbwh.law
Riela@thsh.com
rkinas@swlaw.com
rreinert@shutts.com
rtucker@simon.com
sara.coelho@shearman.com
sbhattacharyya@stroock.com
Shana.Elberg@skadden.com
Starr.Judith@pbgc.gov
streusand@slollp.com
tcohen@sheppardmullin.com
tf@lawtaf.com
thomas.salerno@stinson.com
tonder@stark-stark.com
zylberbergd@sullcrom.com

aconway@taubman.com
afeld@sheppardmullin.com
alves@sewkis.com
ashmead@sewkis.com
bankruptcynoticeschr@sec.gov
bk@svllaw.com
bsattin@szaferman.com
ckwu@sulmeyerlaw.com
cp@stevenslee.com
darolf@sorlinglaw.com
dietdericha@sullcrom.com
dkronenberg@sidley.com
dkupetz@sulmeyerlaw.com
dplon@sirlinlaw.com
efile@pbgc.gov
emfox@seyfarth.com
enotices@skijain.com
floridaservice@sbwh.law
fsosnick@shearman.com
George.Howard@skadden.com
jcanfield@stroock.com
jlemkin@stark-stark.com
joe@saracheklawfirm.com
jshafer@sbwh.law
khansen@stroock.com
lawyer@surilawoffice.com
mary.callahan@bnymellon.com
mccarron.william@pbgc.gov
mkish@sbwh.law
mshriro@singerlevick.com
mtsang@tsanglawfirm.com
Paul.Leake@skadden.com
pmryan@sorlinglaw.com
pstrok@swelawfirm.com
rhermann@sbwh.law
Riela@thsh.com
rkinas@swlaw.com
rreinert@shutts.com
rtucker@simon.com
sara.coelho@shearman.com
sbhattacharyya@stroock.com
Shana.Elberg@skadden.com
Starr.Judith@pbgc.gov
streusand@slollp.com
tcohen@sheppardmullin.com
tf@lawtaf.com
thomas.salerno@stinson.com
tonder@stark-stark.com
zylberbergd@sullcrom.com

**Members:**

AGBankNewYork@ag.tn.gov
alipkin@willkie.com
awilliams@williamsadvisors.com
bankruptcy@evict.net
boreilly@cgsh.com
Carina.Schoenberger@usdoj.gov
caustin@cgsh.com
counsel@searshc.com
Curtis.Tuggle@ThompsonHine.com
David.Jones6@usdoj.gov
david.tillem@wilsonelser.com
Dclarke@wjslaw.com
ellen.odoner@weil.com
garrett.fail@weil.com
gavin.westerman@weil.com
gbrunswick@willkie.com
gtoering@wnj.com
harold@eslinvest.com
jacqueline.marcus@weil.com
Jared.Friedmann@weil.com
jdunn@vedderprice.com
Jeffrey.Oestericher@usdoj.gov
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Jessie.Mishkin@weil.com
jose.galarza@usbank.com
Joseph.Cordaro@usdoj.gov
kay.brock@traviscountytx.gov
ketzel@vedderprice.com
kunal@eslinvest.com
Lawrence.Fogelman@usdoj.gov
Linda.Riffkin@usdoj.gov
marva.m.levine@verizon.com
mbrofman@weisszarett.com
mfullington@wyattfirm.com
mmeghji@miiipartners.com
mschein@vedderprice.com
ncwitte@wittelaw.com
notice@waldrepllp.com
Paloma.VanGroll@weil.com
Peter.Aronoff@usdoj.gov
phealy@wsfsbank.com
powerwangtxks@vip.126.com
project.blue.rx@lazard.com
ray.schrock@weil.com
rob.riecker@searshc.com
saron@wrslawyers.com
scimalore@wilmingtontrust.com
sfalanga@walsh.law
sfink@weltman.com
sgerald@wtplaw.com

AGBankNewYork@ag.tn.gov
alipkin@willkie.com
awilliams@williamsadvisors.com
bankruptcy@evict.net
boreilly@cgsh.com
Carina.Schoenberger@usdoj.gov
caustin@cgsh.com
counsel@searshc.com
Curtis.Tuggle@ThompsonHine.com
David.Jones6@usdoj.gov
david.tillem@wilsonelser.com
Dclarke@wjslaw.com
ellen.odoner@weil.com
garrett.fail@weil.com
gavin.westerman@weil.com
gbrunswick@willkie.com
gtoering@wnj.com
harold@eslinvest.com
jacqueline.marcus@weil.com
Jared.Friedmann@weil.com
jdunn@vedderprice.com
Jeffrey.Oestericher@usdoj.gov
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Jessie.Mishkin@weil.com
jose.galarza@usbank.com
Joseph.Cordaro@usdoj.gov
kay.brock@traviscountytx.gov
ketzel@vedderprice.com
kunal@eslinvest.com
Lawrence.Fogelman@usdoj.gov
Linda.Riffkin@usdoj.gov
marva.m.levine@verizon.com
mbrofman@weisszarett.com
mfullington@wyattfirm.com
mmeghji@miiipartners.com
mschein@vedderprice.com
ncwitte@wittelaw.com
notice@waldrepllp.com
Paloma.VanGroll@weil.com
Peter.Aronoff@usdoj.gov
phealy@wsfsbank.com
powerwangtxks@vip.126.com
project.blue.rx@lazard.com
ray.schrock@weil.com
rob.riecker@searshc.com
saron@wrslawyers.com
scimalore@wilmingtontrust.com
sfalanga@walsh.law
sfink@weltman.com
sgerald@wtplaw.com

soneal@cgsh.com
sunny.singh@weil.com
tom@attorneyzim.com
vandermarkj@whiteandwilliams.com

soneal@cgsh.com
sunny.singh@weil.com
tom@attorneyzim.com
vandermarkj@whiteandwilliams.com