| Shipment # (OTM) | Delv Date | Total Shipment Charge | Balance Due | TOTE # |
|---|---|---|---|---|
| 18061500997 | 6/15/2018 | 331.43 | 331.43 | VSEA000466751 |
| 18080801777 | 8/21/2018 | 10871.13 | 10826.13 | VSEA000482274/A |
| 18082400999 | 8/24/2018 | 332.7 | 332.7 | VSEA000486247 |
| 18082301223 | 8/28/2018 | 1299.22 | 1299.22 | VSEA000485828 |
| 18083100935 | 8/31/2018 | 332.7 | 332.7 | VSEA000487059 |
| 18083001535 | 9/4/2018 | 1299.22 | 1299.22 | VSEA000487060 |
| 18083000082 | 9/4/2018 | 5430.03 | 5258.03 | VSEA000488565 |
| 18090701022 | 9/7/2018 | 332.7 | 332.7 | VSEA000489573 |
| 18090601845 | 9/10/2018 | 1299.22 | 1299.22 | VSEA000489572 |
| 18091401030 | 9/14/2018 | 332.7 | 332.7 | VSEA000491749 |
| TTOZ753098 / | 9/14/2018 | 1048.35 | 1048.35 | VSEA000492003 |
| 18091301199 | 9/17/2018 | 1299.22 | 1299.22 | VSEA000491578 |
| 18092100932 | 9/21/2018 | 333.96 | 333.96 | VSEA000493640 |
| 18092001338 | 9/24/2018 | 1304.16 | 1304.16 | VSEA000493277 |
| 18092800746 | 9/28/2018 | 333.96 | 333.96 | VSEA000495072 |
| 18092701221 | 10/1/2018 | 1304.16 | 1304.16 | VSEA000494948 |
| 18092500070 | 10/1/2018 | 7315.24 | 7315.24 | VSEA000495080 |
| 18092500068 | 10/1/2018 | 7315.24 | 7315.24 | VSEA000495079 |
| 18092100925 | 10/1/2018 | 10885.96 | 10840.96 | VSEA000493934 |
| 18091901560 | 10/1/2018 | 11747.92 | 11619.76 | VSEA000493309 |
| 18100500798 | 10/5/2018 | 333.96 | 333.96 | VSEA000497159 |
| 18100401080 | 10/8/2018 | 1304.16 | 1304.16 | VSEA000496556 |
| 18100200042 | 10/8/2018 | 7315.24 | 7315.24 | VSEA000496716 |
| 18092701413 | 10/8/2018 | 11894.32 | 11811.16 | VSEA000495442 |
| 18100400076 | 10/9/2018 | 5430.84 | 5258.84 | VSEA000497414 |
| 18101200357 | 10/12/2018 | 333.96 | 333.96 | VSEA000499118 |
| 18101200360 | 10/12/2018 | 333.96 | 333.96 | VSEA000499117 |

91050.34