| Invoice # | Inv Date | Date Range of work Performed | Inv Amount | Balance Due | Type ofService |
|---|---|---|---|---|---|
| VSEA000478159/A | 8/1/2018 | 8/6/2018 | 12115.89 | 45 | HAZ MAT |
| VSEA000480487/A | 8/8/2018 | 8/13/2018 | 12115.89 | 45 | HAZ MAT |
| VSEA000482274 | 8/15/2018 | 8/10/2018 | 10871.13 | 45 | HAZ MAT |
| VSEA000484879/A | 8/3/2018 | 8/28/2018 | 12111.84 | 45 | HAZ MAT |
| VSEA000487055/A | 8/29/2018 | 9/4/2018 | 12028.99 | 45 | HAZ MAT |
| VSEA000488687/A | 9/15/2018 | 9/10/2018 | 12028.99 | 45 | HAZ MAT |
| VSEA000488688 | 9/5/2018 | 9/11/2018 | 12111.84 | 45 | HAZ MAT |
| VSEA000489891/A | 9/12/2018 | 9/17/2018 | 12111.84 | 45 | HAZ MAT |
| VSEA000491758/A | 9/19/2018 | 9/24/2018 | 10885.96 | 45 | HAZ MAT |
| VSEA000493309/A | 9/26/2018 | 10/1/2018 | 11747.92 | 45 | HAZ MAT |
| VSEA000493934/A | 9/26/2018 | 10/1/2018 | 10885.96 | 45 | HAZ MAT |
| VSEA000480759/A | 8/3/2018 | 8/7/2018 | 7472.41 | 172 | HOT STOW |
| VSEA000484624 | 8/17/2018 | 8/21/2018 | 7472.41 | 172 | HOT STOW |
| VSEA000488565/A | 8/31/2028 | 9/4/2018 | 5430.03 | 172 | HOT STOW |
| VSEA000490299/A | 9/7/2018 | 9/11/2018 | 7486.43 | 172 | HOT STOW |
| VSEA000491996/A | 9/14/2018 | 9/18/2018 | 7486.43 | 172 | HOT STOW |
| VSEA000497414/A | 10/5/2018 | 10/9/2018 | 5430.84 | 172 | HOT STOW |

1527

| ASSOC SLS |
|---|
| 18072502013 |
| 18080201463 |
| 18080801777 |
| 18081900631 |
| 18082701193 |
| 18083101070 |
| 18083101065 |
| 18090601794 |
| 18091301170 |
| 18091901560 |
| 18092100925 |
| 18080200065 |
| 18081600118 |
| 18083000082 |
| 18090600113 |
| 18091300083 |
| 18100400076 |