Mark E. Felger, Esquire
Frederick (Erik) Schmidt, Esquire
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
Telephon: (212) 883-4948
Facsimile: (646) 588-1552
Email: mfelger@cozen.com
Email: eschmidt@cozen.com
*Counsel to National Distribution Centers, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify, pursuant to 28 U.S.C. § 1746, that on January 25, 2019, I caused a true and correct copy of the *Limited Objection of National Distribution Centers, LLC to the Global Asset Sale Transaction and Cure Notice* [D.I. 1864] to be served upon the parties listed below in the manner indicated:

*Electronic Mail:*

1.  **Bid Notice Parties**
    a.  **Debtors:**

    Rob Riecker:
    Email: rob.riecker@searshc.com
    Luke Valentino:
    Email: luke.valentino@searshc.com
    Mohsin Meghji:
    Email: mmeghji@miiipartners.com
    General Counsel:
    Email: counsel@searshc.com

LEGAL\39754149\1

    b.    **Debtors' counsel:**

Ray Schrock, Esq.:
Email: ray.schrock@weil.com
Jacqueline Marcus, Esq.:
Email: jacqueline.marcus@weil.com
Garrett A. Fail, Esq.:
Email: garrett.fail@weil.com
Sunny Singh, Esq.:
Email: sunny.singh@weil.com

    c.    **Debtors' investment banker:** project.blue.rx@lazard.com

2. **Buyer Parties**
   a. **Buyer:**

Kunal S. Kamlani:
Email: kunal@eslinvest.com
Harold Talisman:
Email: harold@eslinvest.com

    b.    **Counsel**

Christopher E. Austin, Esq.:
Email: caustin@cgsh.com
Benet J. O'Reilly, Esq.:
Email: boreilly@cgsh.com
Sean A. O'Neal, Esq.:
Email: soneal@cgsh.com

3. **Consultation Parties**

   a. **Bank of America**
      Paul Leake, Esq.:
      Email: Paul.Leake@skadden.com
      Simla Elberg, Esq.:
      Email: Shana.Elberg@skadden.com
      George Howard, Esq.:
      George.Howard@skadden.com

   b. **Wells Fargo Bank**
      Kevin J. Simard, Esq.:
      Email: ksimard@choate.com
      Jonathan D. Marshall, Esq.:
      Email: jmarshall@choate.com

LEGAL\39754149\1

      **c.**    **Committee**
Ira S. Dizengoff, Esq.:
Email: idizengoff@akingump.com
Philip C. Dublin, Esq.:
Email: pdublin@akingump.com
Abid Qureshi, Esq.:
Email: aqureshi@akingump.com
Sara L. Brauner, Esq.:
Email: sbrauner@akingump.com

*Fiurst Class Mail*
Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Dated: January 28, 2019

COZEN O'CONNOR

_____
Mark E. Felger, Esquire
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
Telephone: (212) 883-4948
Facsimile: (646) 588-1552
Email: mfelger@cozen.com
*Counsel to National Distribution Centers, LLC*

LEGAL\39754149\1