EXHIBIT A

## STANDARD PARTIES SERVICE LIST

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601
Via Priority Mail

c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.
Via Priority Mail

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.
Via Priority Mail

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.
ray.schrock@weil.com; jacqueline.marcus@weil.com garrett.fail@weil.com;
sunny.singh@weil.com
Via Priority Mail

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com
Via Priority Mail

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com
Via Priority Mail

Cleary, Gottlieb
One Liberty Plaza,
New York, NY, 10006
Attn: Sean A. O'Neal, Esq.

soneal@cgsh.com
Via Priority Mail

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com
Via Priority Mail

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com
Via Priority Mail

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com
Via Priority Mail

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com
Via Priority Mail

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com
Via Priority Mail

Choate, Hall & Stewart LLP
Attorneys to Wells Fargo Bank, National Association
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.
ksimard@choate.com; jmarshall@choate.com
Via Priority Mail

Lazard Frères & Co., LLC
Debtors' Investment Banker
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance
brandon.aebersold@lazard.com; levi.quaintance@lazard.com; project.blue.rx@lazard.com
Via Priority Mail

Transform Holdco LLC c/o ESL Partners, Inc.
Buyer
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com; harold@eslinvest.com
Via Priority Mail