**EXHIBIT "A"**

Option Period 3 Base Rent 5/30/2015 - 4/29/2020  $    332,687

|  | Rent Due | Rent Paid | Difference |
|---|---|---|---|
| 6/1/2015 | $ 27,723.92 | $ 26,403.42 | $ 1,320.50 |
| 7/1/2015 | $ 27,723.92 | $ 26,404.42 | $ 1,319.50 |
| 8/1/2015 | $ 27,723.92 | $ 26,405.42 | $ 1,318.50 |
| 9/1/2015 | $ 27,723.92 | $ 26,406.42 | $ 1,317.50 |
| 10/1/2015 | $ 27,723.92 | $ 26,407.42 | $ 1,316.50 |
| 11/1/2015 | $ 27,723.92 | $ 26,408.42 | $ 1,315.50 |
| 12/1/2015 | $ 27,723.92 | $ 26,409.42 | $ 1,314.50 |
| 1/1/2016 | $ 27,723.92 | $ 26,410.42 | $ 1,313.50 |
| 2/1/2016 | $ 27,723.92 | $ 26,411.42 | $ 1,312.50 |
| 3/1/2016 | $ 27,723.92 | $ 26,412.42 | $ 1,311.50 |
| 4/1/2016 | $ 27,723.92 | $ 26,413.42 | $ 1,310.50 |
| 5/1/2016 | $ 27,723.92 | $ 26,414.42 | $ 1,309.50 |
| 6/1/2016 | $ 27,723.92 | $ 26,415.42 | $ 1,308.50 |
| 7/1/2016 | $ 27,723.92 | $ 26,416.42 | $ 1,307.50 |
| 8/1/2016 | $ 27,723.92 | $ 26,417.42 | $ 1,306.50 |
| 9/1/2016 | $ 27,723.92 | $ 26,418.42 | $ 1,305.50 |
| 10/1/2016 | $ 27,723.92 | $ 26,419.42 | $ 1,304.50 |
| 11/1/2016 | $ 27,723.92 | $ 26,420.42 | $ 1,303.50 |
| 12/1/2016 | $ 27,723.92 | $ 26,421.42 | $ 1,302.50 |
| 1/1/2017 | $ 27,723.92 | $ 26,422.42 | $ 1,301.50 |
| 2/1/2017 | $ 27,723.92 | $ 26,423.42 | $ 1,300.50 |
| 3/1/2017 | $ 27,723.92 | $ 26,424.42 | $ 1,299.50 |
| 4/1/2017 | $ 27,723.92 | $ 26,425.42 | $ 1,298.50 |
| 5/1/2017 | $ 27,723.92 | $ 26,426.42 | $ 1,297.50 |
| 6/1/2017 | $ 27,723.92 | $ 26,427.42 | $ 1,296.50 |
| 7/1/2017 | $ 27,723.92 | $ 26,428.42 | $ 1,295.50 |
| 8/1/2017 | $ 27,723.92 | $ 26,429.42 | $ 1,294.50 |
| 9/1/2017 | $ 27,723.92 | $ 26,430.42 | $ 1,293.50 |
| 10/1/2017 | $ 27,723.92 | $ 26,431.42 | $ 1,292.50 |
| 11/1/2017 | $ 27,723.92 | $ 26,432.42 | $ 1,291.50 |
| 12/1/2017 | $ 27,723.92 | $ 26,433.42 | $ 1,290.50 |
| 1/1/2018 | $ 27,723.92 | $ 26,434.42 | $ 1,289.50 |
| 2/1/2018 | $ 27,723.92 | $ 26,435.42 | $ 1,288.50 |
| 3/1/2018 | $ 27,723.92 | $ 26,436.42 | $ 1,287.50 |
| 4/1/2018 | $ 27,723.92 | $ 26,437.42 | $ 1,286.50 |
| 5/1/2018 | $ 27,723.92 | $ 26,438.42 | $ 1,285.50 |
| 6/1/2018 | $ 27,723.92 | $ 26,439.42 | $ 1,284.50 |
| 7/1/2018 | $ 27,723.92 | $ 26,440.42 | $ 1,283.50 |
| 8/1/2018 | $ 27,723.92 | $ 26,441.42 | $ 1,282.50 |
| 9/1/2018 | $ 27,723.92 | $ 26,442.42 | $ 1,281.50 |
| 10/1/2018 | $ 27,723.92 | $ 26,443.42 | $ 1,280.50 |
|  |  |  | $ 53,320.36 |