UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| SEARS HOLDINGS CORPORATION, | : |  |
| INC., et al., | : | Case No. 18-23538 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. Rules 9010(b) and 2002(g), and Local Bankruptcy Rules 2002-5 and 9013-3, the undersigned hereby gives notice of his appearance on behalf of Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc., and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case be served upon the undersigned at the office address, facsimile number or email address set forth below.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Date: January 28, 2019

**GRAY, PLANT, MOOTY,
  MOOTY & BENNETT, P.A.**

/s/     Phillip Bohl
Phillip W. Bohl (#0139191)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: 612-632-3019
Fax: 612-632-4019
Email: phillip.bohl@gpmlaw.com

*Attorneys for Little Caesar Enterprises, Inc.
and Blue Line Foodservice Distribution, Inc.*