**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | * | |
| | | |
| SEARS HOLDINGS CORPORATION, et al. | * | Case No.: 18-23538-RDD (Lead) |
| | | (Chapter 11) |
| | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John T. Farnum, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent LTMAC Properties, LLC, a creditor in the above-captioned case.

I certify that I am a member in good standing in all state and federal bars in Virginia, Maryland and the District of Columbia.

The filing fee of $200.00 will be submitted herewith.

Dated:  Janaury 28, 2019                     Respectfully Submitted,

                                             **LINOWES AND BLOCHER LLP**

                                             /s/ John T. Farnum
                                             John T. Farnum, Esq.
                                             7200 Wisconsin Avenue, Suite 800
                                             Bethesda, Maryland 20814
                                             (301) 961-5275 (telephone)
                                             (301) 654-2801 (facsimile)
                                             jfarnum@linowes-law.com

                                             *Counsel for LTMAC Properties, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of January, 2019, I caused the foregoing Motion for Admission to Practice to be served via CM/ECF upon those entitled to receive ECF notices in this Chapter 11 case.

*/s/ John T. Farnum*
John T. Farnum

**L&B 7296906v1/13346.0002

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | * | |
| SEARS HOLDINGS CORPORATION, et al. | * | Case No.: 18-23538-RDD (Lead) |
| | | (Chapter 11) |
| | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the Motion of John T. Farnum, to be admitted, *pro hac vice,* to represent LTMAC Properties, LLC, in the above-captioned bankruptcy proceedings, and upon the movant's certification that the movant is a member in good standing in all state and federal bars in Virginia, Maryland and the District of Columbia, it is hereby

ORDERED, that JOHN T. FARNUM is admitted to practice, pro hac vice, in the above-captioned jointly administered cases to represent LTMAC Properties, LLC in the United States Bankruptcy Court for the Southern District of New York.

_____
UNITED STATES BANKRUPTCY JUDGE