**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | * | |
| SEARS HOLDINGS CORPORATION, et al. | * | Case No.: 18-23538-RDD (Lead) (Chapter 11) |
| | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of John T. Farnum, to be admitted, *pro hac vice,* to represent LTMAC Properties, LLC, in the above-captioned bankruptcy proceedings, and upon the movant's certification that the movant is a member in good standing in all state and federal bars in Virginia, Maryland and the District of Columbia, it is hereby

ORDERED, that JOHN T. FARNUM is admitted to practice, pro hac vice, in the above-captioned jointly administered cases to represent LTMAC Properties, LLC in the United States Bankruptcy Court for the Southern District of New York.

_____
UNITED STATES BANKRUPTCY JUDGE