HINSHAW & CULBERTSON LLP
800 Third Avenue
13th Floor
New York, NY 10022
Telephone: 212-471-6200
Concepcion A. Montoya
cmontoya@hinshawlaw.com

*Attorneys for Pratt Corrugated Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| SEARS HOLDING CORPORATION, et al,[1] | Chapter 11 |
| Debtors. | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS            )
                             )  s.s.:
COUNTY OF WINNEBAGO          )

RHONDA S. JONES, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Winnebago County, State of Illinois.

2. On January 25, 2019, I served a true and correct copy of the Limited Objection of Pratt Corrugated Holdings, Inc. the Debtors' Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Docket No. 1965].

    a. on the parties requesting ECF notifications via the Court's CM/ECF case notification system;

    b. via regular, first class mail upon the parties on the attached **Service List A**; and

    c. via electronic mail upon the parties on the attached **Service List B**.

Dated: January 28, 2019

HINSHAW & CULBERTSON LLP

By: _Rhonda Jones_
Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL 61101
815-490-4900

SUBSCRIBED and SWORN to before me this 28th day of January, 2019.

_Danita M Heaney_
Notary Public

OFFICIAL SEAL
DANITA M HEANEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/12/20

303136879v1 1009146

# SERVICE LIST A

**Chambers Copy**
Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Debtors**
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

**Office of the United States Trustee**
Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

303136879v1 1009146

## SERVICE LIST B

**Debtors**
Rob Riecker - rob.riecker@searshc.com
Luke Valentino- luke.valentino@searshc.com
Mohsin Meghji - mmeghji@miiipartners.com

**Debtors' Counsel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com

**Attorneys for Bank of America, N.A.,
administrative agent under the
First Lien Credit Facility and the DIP ABL Agent**
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com

**Attorneys for Citibank, N.A., as administrative agent
under the Stand-Alone L/C Facility**
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com

4

303136879v1 1009146

**Attorneys for JPP, LLC, as agent under the
Second Lien Credit Facility, IP/Ground Lease Term Loan Facility,
<u>and the Consolidated Secured Loan Facility</u>**
Cleary, Gottlieb
One Liberty Plaza
New York, NY  10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com


**Attorneys for Computershare Trust Company, N.A.,
as trustee for the Second Lien PIK Notes, the Holdings
<u>Unsecured PIK Notes, and the Holdings Unsecured Notes</u>**
Kelley Drye & Warren  LLP
101 Park Avenue
New York, NY  10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com


**Attorneys for Wilmington Trust,  National Association,
<u>as indenture trustee for the Second Lien Notes</u>**
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, NY  10018
Attn:  Edward M. Fox, Esq.
emfox@seyfarth.com


**Attorneys for The Bank of New York Mellon Trust Company,
as successor trustee for the SRAC Unsecured PIK Notes,
<u>SRAC Unsecured Notes, and the SRAC Medium Term Notes</u>**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10015
Attn: James Gadsden, Esq.
gadsden@clm.com

5

**Attorneys for the Pension Benefit Guaranty Corporation**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com


**Attorneys for the Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
pdublin@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com

**Attorneys to Wells Fargo Bank, National Association**
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
ksimard@choate.com
jmarshall@choate.com


**Debtors' Investment Banker**
Lazard Freres & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold
Levi Quaintance
project.blue.rx@lazard.com


**Buyer**
Transform Holdco LLC
c/o ESL Partners, Inc..
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attention: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com
harold@eslinvest.com

6