**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                :
                                                     :          Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.*,            :
                                                     :          Case No. 18-23538 (RDD)
                                                     :
         Debtors.                                    :          (Jointly Administered)
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Susan K. Cliffel, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Tri-County Mall, LLC in the above-referenced proceeding.

1.   I certify that I am a member in good standing of the bar of the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio, Southern District of Ohio and the U.S. Court of Appeals for the Sixth Circuit.

2.   I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  January 28, 2019

                                          Respectfully submitted,

                                          PORTER WRIGHT MORRIS & ARTHUR LLP

                                          */s/ Susan K. Cliffel*
                                          Susan K. Cliffel
                                          250 East Fifth Street, Suite 2200
                                          Cincinnati, OH 45202
                                          Telephone: 513.369.4215
                                          Fax: 513.421.0991
                                          [SCliffel@porterwright.com](mailto:SCliffel@porterwright.com)

                                          *Attorneys for Tri-County Mall, LLC*

4848-5568-4230.v1