**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Susan K. Cliffel, to be admitted, *pro hac vice*, to represent Tri-County Mall, LLC in the above-referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Ohio, and if applicable, the U.S. District Court for the Northern District of Ohio, Southern District of Ohio, and the U.S. Court of Appeals for the Sixth Circuit, it is hereby

ORDERED, that Susan K. Cliffel, Esq., is admitted to practice, *pro hac vice*, in the above-referenced proceeding to represent Tri-County Mall, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
_____,New York

_____
UNITED STATES BANKRUPTCY JUDGE

4851-2536-4870.v1