NW Gaithersburg Holdings LLC

| Pre Petition 10/15/18 Outstanding Charges | | |
|---|---|---|
| Charge | Date | Amount |
| CAM (July - Sept) | 8/31/2018 | $ 35,262.51 |
| Real Estate Tax | 10/1/2018 | $ 16,299.28 |
| | | $ 51,561.79 |

| Post Petition Outstanding Charges | | |
|---|---|---|
| Charge | Date | Amount |
| CAM (October) | 10/19/2018 | $ 11,754.00 |
| General Liability | 1/1/2019 | $ 1,752.82 |
| Real Estate Tax | 1/1/2019 | $ 17,156.58 |
| Rent | 1/1/2019 | $ 70,000.00 |
| CAM (Nov - Dec) | 1/9/2019 | $ 23,508.00 |
| Pollution Policy Insurance | 1/23/2019 | $ 8,750.03 |
| | | $ 132,921.43 |

| Total | $ 184,483.22 |
|---|---|