**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                               :

                                           :         **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*    :

                                           :         **Case No. 18-23538 (RDD)**

                                           :

            **Debtors.**                          :         **(Jointly Administered)**

---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019 I caused my law firm's staff to electronically file the *Limited Objection of Tri-County Mall, LLC To Notice Of Cure Costs And Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Global Sale Transaction* (the "Cure Objection") and *Motion for Admission for Susan K. Cliffel to Practice, Pro Hac Vice* (the PHV Motion)*,* with the Clerk of the Bankruptcy Court, which sent notification of such filing to all CM/ECF system participants. I also caused my law firm's staff to serve a copy of the Cure Objection and PHV Motion on the Objection Recipients by email and/or regular mail, on the Master Service list by email, and on the individuals listed below by the indicated method of service.

Dated: January 28, 2019

                                        CHIESA SHAHINIAN & GIANTOMASI PC
                                        *Attorneys for Tri-County Mall, LLC*

                                        */s/ Frank Peretore*
                                        Frank Peretore
                                         One Boland Drive
                                         West Orange, NJ 07052
                                         Telephone: (973) 325-1500
                                         Fax No.: (973) 325-1501
                                         fperetore@csglaw.com

**VIA EMAIL:**

I.  Bid Notice Parties
    a.  Debtors
        i.  Rob Riecker: rob.riecker@searshc.com
        ii.  Luke Valentino: luke.valentino@searshc.com
        iii.  Mohsin Meghji: mmeghji@miiipartners.com
        iv.  General Counsel: counsel@searshc.com
    b.  Debtors' counsel
        i.  Ray Schrock, Esq.: ray.schrock@weil.com
        ii.  Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
        iii.  Garrett A. Fail, Esq.: garrett.fail@weil.com
        iv.  Sunny Singh, Esq.: sunny.singh@weil.com
        v.  Ellen J. Odoner, Esq.: ellen.odoner@weil.com
        vi.  Gavin Westerman, Esq.: gavin.westerman@weil.com
    c.  Debtors' investment banker:
        i.  Brandon Aebersold and Levi Quaintance:
            project.blue.rx@lazard.com

II.  Buyer Parties
    a.  Buyer
        i.  Kunal S. Kamlani: kunal@eslinvest.com
        ii.  Harold Talisman: harold@eslinvest.com
    b.  Counsel
        i.  Christopher E. Austin, Esq.: caustin@cgsh.com
        ii.  Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        iii.  Sean A. O'Neal, Esq.: soneal@cgsh.com

III.  Consultation Parties
    a.  Bank of America
        i.  Paul Leake, Esq.: paul.leake@skadden.com
        ii.  Shana Elberg, Esq.: shana.elberg@skadden.com
        iii.  George Howard, Esq.: george.howard@skadden.com
    b.  Wells Fargo Bank
        i.  Kevin J. Simard, Esq.: ksimard@choate.com
        ii.  Jonathan D. Marshall, Esq.: jmarshall@choate.com

IV.  Standard Parties
    a.  Citibank N.A.
        i.  Marshall S. Huebner, Esq.:  marshall.huebner@davispolk.com
        ii.  Eli J. Vonnegut, Esq.:  eli.vonnegut@davispolk.com
    b.  Computershare Trust Company, N.A.
        i.  Eric R. Wilson, Esq.:  ewilson@kelleydrye.com
        ii.  Benjamin D. Feder, Esq.:  bfeder@kelleydrye.com
    c.  Wilmington Trust
        i.  Edward M. Fox, Esq.:  emfox@seyfarth.com
    d.  The Bank of New York Mellon Trust Company
        i.  James Gadsden, Esq.:  gadsden@clm.com

4820-7191-2582.v1

    e.  Pension Benefit Guaranty Corporation
        i.  Brian A. Raynor, Esq.:  braynor@lockelord.com
    f.  Official Committee of Unsecured Creditors
        i.  Philip C. Dublin, Esq.:  pdublin@akingump.com
        ii.  Ira Dizengoff, Esq.:  idizengoff@akingump.com
        iii. Sara Lynne Brauner, Esq.:  sbrauner@akingump.com

## V.    VIA REGULAR FIRST CLASS MAIL:

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New
York 300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn:  Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Ray C. Schrock, Esq.
      Jacqueline Marcus, Esq.
      Garrett A. Fail, Esq.
      Sunny Singh, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn:  Kunal S. Kamlani
      Harold Talisman

Sears Holdings Corporation
3333 Beverly Road Hoffman
Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:  Christopher E. Austin, Esq.
      Benet J. O'Reilly, Esq.
      Sean A. O'Neal, Esq.

4820-7191-2582.v1