WARNER NORCROSS + JUDD LLP
Gordon J. Toering, Esq. (admitted *Pro Hac Vice*)
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
T:  (616) 752-2185
F:  (616) 222-2185
gtoering@wnj.com
*Attorneys for Chervon (HK), Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2019, I caused true and accurate copies of the foregoing Limited Objection to be served via this Court's CM/ECF system on those parties receiving notice thereby, and on the parties listed below:

**EMAIL/ECF**

**I.     Bid Notice Parties**

a.    Debtors
    Rob Riecker: rob.riecker@searshc.com
    Luke Valentino: luke.valentino@searshc.com
    Mohsin Meghji: mmeghji@miiipartners.com
    General Counsel: counsel@searshc.com

b.    Debtors' counsel
    Ray Schrock, Esq.: ray.schrock@weil.com
    Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
    Garrett A. Fail, Esq.: garrett.fail@weil.com
    Sunny Singh, Esq.: sunny.singh@weil.com
    Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
    Gavin Westerman, Esq.: Gavin.Westerman@weil.com

c.  Debtors' investment banker:
    Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

**II.  Buyer Parties**

a.  Buyer
    Kunal S. Kamlani: kunal@eslinvest.com
    Harold Talisman: harold@eslinvest.com

b.  Counsel
    Christopher E. Austin, Esq.: caustin@cgsh.com
    Benet J. O'Reilly, Esq.: boreilly@cgsh.com
    Sean A. O'Neal, Esq.: soneal@cgsh.com

**III.  Consultation Parties**

a.  Bank of America
    Paul Leake, Esq.: Paul.Leake@skadden.com
    Shana Elberg, Esq.: Shana.Elberg@skadden.com
    George Howard, Esq.: George.Howard@skadden.com

b.  Wells Fargo Bank
    Kevin J. Simard, Esq.: ksimard@choate.com
    Jonathan D. Marshall, Esq.: jmarshall@choate.com

c.  Committee
    Ira S. Dizengoff, Esq.: idizengoff@akingump.com
    Philip C. Dublin, Esq.: pdublin@akingump.com
    Abid Qureshi, Esq.: aqureshi@akingump.com
    Sara L. Brauner, Esq.: sbrauner@akingump.com

**IV.  US Trustee**

(served electronically)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Paul Schwartzberg
Richard Morrissey

**Via First Class Mail**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

        WARNER NORCROSS + JUDD LLP

Dated: January 28, 2019  /s/ Gordon J. Toering
        Gordon J. Toering, Esq. (admitted *Pro Hac Vice*)
        900 Fifth Third Center
        111 Lyon Street, NW
        Grand Rapids, MI  49503-2487
        Telephone: (616) 752-2185
        Fax: (616) 222-2185
        gtoering@wnj.com

18076540