Stephen V. Falanga
Colleen M. Maker
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
Tel.: (973) 757-1100

*Counsel to Schindler Elevator Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| SEARS HOLDINGS CORPORATION, et al.[1] | Chapter 11 |
| Debtors. | Case No. 18-23538 (RDD) |

**AFFIDAVIT OF SERVICE**

Stephen V. Falanga, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am a partner at the law firm of Walsh Pizzi O'Reilly Falanga LLP.

2. I hereby certify that on January 26, 2019, I caused the *Limited Objection and Reservation of Rights of Schindler Elevator Corporation to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Global Sale Transaction* (Docket No. 2015) (the "Schindler Objection") to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/sears/.

      3.      I further certify that on January 26, 2019, I caused a true and correct copy of the Schindler Objection to be served via electronic mail on the Standard Parties, as defined in the *Amended Order Implementing Certain Notice and Case Management Procedures* (Docket No. 405).

      4.      I further certify that on January 28, 2019, I caused a true and correct copy of the Schindler Objection to be served via first class mail on the following parties:

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

Dated: January 28, 2019
New York, New York

*s/ Stephen V. Falanga*
Stephen V. Falanga
WALSH PIZZI O'REILLY FALANGA LLP
1037 Raymond Blvd., Ste 600
Newark, New Jersey 07102
sfalanga@walsh.law
Telephone: (973) 757-1100