# United States Bankruptcy Court

## For the Southern District of New York

In re Sears Holdings Corporation , Case No. 18-23538

PARTIAL

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CRG Financial LLC | Pace Shave |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim# (if known): |
| | Amount of Claim: |
| CRG Financial LLC | Scheduled:       $47,035.01- Kmart Corporation (only transferring $2,014.56) |
| 100 Union Ave | Proofs of Claim: |
| Cresskill, NJ 07626 | Date Claim Filed: |
| Phone:  (201) 266-6988 | Phone: |
| Last Four Digits of Acct#:_____ | Last Four Digits of Acct#:_____ |

Name and Address where Transferee payments should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Allison R. Axenrod      Date: 01/28/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

## For the Southern District of New York

<u>In re Sears Holdings Corporation , Case No. 18-23538</u>

PARTIAL

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/28/2019.

| | |
|---|---|
| <u>CRG Financial LLC</u> | <u>Pace Shave</u> |
| Name of Alleged Transferee | Name of Transferor |
| <u>100 Union Avenue, Cresskill, NJ 07626</u> | <u>9370 Sky Park Court Suite 100 , , San Diego , CA 92123</u> |
| Address of Alleged Transferee | Address of Transferor |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

Pace Shave ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under that portion of Seller's Claim that is entitled to an administrative expense priority pursuant to 11 U.S.C. §503(B)(9) (the "Claim") against Kmart Corporation or any of its co-debtor subsidiaries or affiliates (the "Debtor"), representing all administrative expense claims of Seller pending against Debtor in the United States Bankruptcy Court, for the Southern District of New York, jointly administered as Case No. 18-23538.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 01/22/2019.

By: /s/ Alice Chiquete
      Signature

   Alice Chiquete
   Print Name/Title
   Pace Shave

IN WITNESS WHEREOF, Purchaser has signed below as of Thursday, January 24, 2019.

By: /s/ Robert Axenrod
 Robert M. Axenrod, CRG Financial LLC