BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th Floor
New York, NY 10019-6102
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
Christopher P. Schueller

*Attorneys for FedEx Supply Chain, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDING CORPORATION, *et al.*,[1]** | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of January, 2019, I served or caused to be served a true and correct copy of the Limited Objection upon all interested parties via ECF notification and on parties on the attached service list via the methods noted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: January 28, 2019            **FEDEX SUPPLY CHAIN, INC.**
        New York, New York

                                                  */s/ Christopher P. Schueller*
                                                  Christopher P. Schueller
                                                  BUCHANAN INGERSOLL & ROONEY PC
                                                  640 5th Avenue, 9th Floor
                                                  New York, NY 10019-6102
                                                  Telephone: (212) 440-4400
                                                  Facsimile: (212) 440-4401

SERVICE LIST

Via Electronic Mail

Bid Notice Parties:

Debtors:

Rob Riecker:  rob.riecker@searshc.com
Luke Valentino: luke.valentino@searshc.com

Debtors' counsel:

Ray Schrock, Esq.:  ray.schrock@weil.com
Jacqueline Marcus, Esq.:  jacqueline.marcus@weil.com
Garrett A. Fail, Esq.  garrett.fail@weil.com
Sunny Singh, Esq.  sunny.singh@weil.com

Debtors' investment banker:

Brandon Aebersold and Levi Quaintance:  project.blue.rx@lazard.com

Buyer Parties:

Buyer:

Kunal S. Kamlani:  kunal@eslinvest.com
Harold Talisman:  harold@eslinvest.com

Counsel:

Christopher E. Austin, Esq.:  caustin@cgsh.com
Benet J. O'Reilly, Esq.:  boreilly@cgsh.com
Sean A. O'Neal, Esq.:  soneal@cgsh.com

Consultation Parties:

Bank of America:

Paul Leake, Esq.:  Paul.Leake@skadden.com
Shana Elberg, Esq.:  Shana.Eiberg@skadden.com
George Howard, Esq.:  George.Howard@skadden.com

Wells Fargo Bank:

Kevin J. Simard, Esq.:  ksimardachoate.com
Jonathan D. Marshall, Esq.:  jmarshall@choate.com

3

Creditors' Committee:

Ira S. Dizengoff, Esq.:  idizengoff@akingump.com
Philip C. Dublin, Esq.:  pdublin@akingump.com
Abid Qureshi, Esq.:  aqureshi@akingump.com
Sara L. Brauner, Esq.:  sbrauner@akingump.com


Via First Class Mail

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention:  Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL  33154

Sears Holdings Corporation
Attn:  General Counsel
3333 Beverly Road
Hoffman Estates, IL  60179

Weil, Gotshal & Manges LLP
Attention:  Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York  10153

Cleary Gottlieb Steen & Hamilton LLP
Attention:  Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY  10006