**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bernice C. Lee to be admitted, *pro hac vice,* to represent SVAP Pompano Citi Centre II, L.P., SVAP Golf Mill Retail II, L.P, and SVAP II Stones River, LLC as creditors and landlords (collectively, the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and the bar of the U.S. District Court for the Southern District of Florida, it is hereby

ORDERED**,** that Bernice C. Lee is admitted to practice, *pro hac vice,* in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York*,* provided that the filing fee has been paid.

Dated: January 25, 2019
       White Plains, New York

                                           /s/Robert D. Drain
                                           HONORABLE ROBERT D. DRAIN
                                           UNITED STATES BANKRUPTCY JUDGE

{1158/000/00431303}