**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

In re:

Sears Holding Corporation, et al.                    Case No. 18-23538-rdd
                                                     Chapter 11
Debtors                                              (Jointly Administered)

------------------------------------

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Casey Cantrell Swartz to be admitted, *pro hac vice*, to represent CIVF V-OH1M03, LLC (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bar for the U.S. District Court for the Southern District of Ohio, it is hereby

**ORDERED**, that Casey Cantrell Swartz, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York          /s/Robert D. Drain
       January 25, 2019                UNITED STATES BANKRUPTCY JUDGE