UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                Chapter 11

SEARS HOLDINGS CORPORATION, *et al.,*                Case No.: 18-23538 (RDD)
                                                                                      Jointly-Administered
                                        Debtors.
---------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                                 ) ss.:
COUNTY OF NASSAU         )

      ROSA R. LELLA, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

      On January 28, 2019, deponent served the **Objection of Amazon Web Services, Inc. To The Debtors' Notice of Cure Costs And Potential Assumption and Assignment Of Executory Contracts and Unexpired Leases In Connection with Global Sale Transaction [ECF Doc. No. 2057]** by First-Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, or by Electronic Mail.

TO:    **See annexed Service List**

                                              *s/Rosa R. Lella*
                                              ROSA R. LELLA

Sworn to before me this
28th day of January 2019

*s/ Angela Colucci*
Angela Colucci
Notary Public, State of New York
No. 01CO4674875
Qualified in Nassau County
Commission Expires July 31, 2022

m:\documents\company\cases\amazon web services\sears\aos - sears cure objection.docx

1

# SERVICE LIST

**Via Electronic Mail**

Richard C. Morrissey, Esq.
Greg M. Zipes, Esq.
**OFFICE OF THE U.S. TRUSTEE**
Richard.morrissey@usdoj.gov
Greg.zipes@usdoj.gov

Christopher E. Austin, Esq.
Benet J. O'Reilly, Esq.
Sean A. O'Neal, Esq.
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
caustin@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
*Counsel to Transform Holdco LLC, c/o ESL Partners, Inc., the Successful Bidder*

Transform Holdco LLC
**c/o ESL Partners, Inc.**
Attn:   Kunal S. Kamlani
        Harold Talisman
kunal@eslinvest.com
harold@eslinvest.com
*Successful Bidder*

**SEARS HOLDING CORPORATION,** *et al.,*
Attn:   Rob Riecker
        Luke Valentino
        Mohsin Meghji
rob.riecker@searshc.com
luke.valentino@searshc.com
mmeghji@miiipartners.com
*Debtors*

Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
**WEIL, GOTSHAL & MANGES LLP**
ray.schrock@weil.com
Jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com
*Attorneys for the Debtors*

Brandon Aebersold
Levi Quantance
**LAZARD FRÈRES & CO., LLC**
Project.blue.rx@lazard.com
*Investment Banker*

Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
*Counsel for Bank of America, N.A.*

Kevin J. Simard, Esq.
Jonathan D. Marshall, Esq.
**CHOATE, HALL & STEWART LLP**
ksimard@choate.com
jmarshall@choate.com
*Counsel for Wells Fargo Bank, National Association*

Ira S. Dizengoff, Esq.
**AKIN GUMP STRAUSS HAUER & FELD LLP**
idizengoff@akingump.com
*Counsel for The Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

Lacy Martin Lawrence, Esq.
**AKIN GUMP STRAUSS HAUER & FELD LLP**
llawrence@akingump.com
*Counsel for The Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

**_Via First-Class Mail_**

**BANK OF AMERICA, N.A.**
Legal Order Processing
PO Box 15047
Wilmington, DE 19850-5047
*In its Capacity as the Administrative Agent under The First Lien Credit Facility and DIP ABL Agent*

**WELLS FARGO BANK, NA**
Attn: C. Allen Parker, Esq.
     Senior V.P., General Counsel
420 Montgomery Street
San Francisco, CA 94163
*In its Capacity as Co-Collateral Agent under The First Lien Credit Facility and Co-Collateral Agent Under the DIP ABL Facility*

**_Official Committee of Unsecured Creditors:_**

**PENSION BENEFIT GUARANTY CORPORATION**
Attention: Adi Berger, Director
1200 K Street N.W.
Washington, D.C. 20005-4026

**OSWALDO CRUZ**
23002 Dolores Street
Carson, CA 90747

**WINIADAEWOO ELECTRONICS AMERICA, INC.**
Attention: Minje Kim, President
65 Challenger Road, #360
Ridgefield Park, NJ 07660

**APEX TOOL GROUP, LLC**
Attention: David E. Sturgess, Senior VP, General Counsel
13620 Reese Boulevard East, Suite 410
Huntersville, NC 28078

**COMPUTERSHARE TRUST COMPANY, N.A.**
Attention: Michael A. Smith, Vice President
2950 Express Drive South, Suite 210
Islandia, NY 11749

**THE BANK OF NEW YORK MELLON TRUST COMPANY**
Attention: Dennis Roemlein, Vice President
601 Travis – 16th Floor
Houston, TX 77002

**BASIL VASILIOU**
800 S. Pointe Drive – Apt. 2001
Miami Beach, FL 33139

**SIMON PROPERTY GROUP, L.P.**
Attention: Ronald M. Tucker, Vice President/Bankruptcy Counsel
225 W. Washington Street
Indianapolis, IN 46204

**BRIXMOR OPERATING PARTNERSHIP, L.P.**
Attention: Patrick Bennison, Vice President
450 Lexington Avenue – 13th Floor
New York, NY 10017

*Courtesy copy Via E-Mail to:*  Bryan T. Glover, Esq.
**FOSTER PEPPER PLLC**
bryan.glover@foster.com
*Counsel for Amazon Web Services, Inc.*