EXHIBIT A

Sears Holdings Corporation
Executory Contracts
Non-Real Estate Cure Amounts

| No | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Executed Date | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|---|
| 841 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASIAINSPECTIONLIMITED | AGREEMENT FOR SERVICES | N/A | N/A | N/A | $ - |
| 842 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | ASLESONS TRUE VALUE HARDWARE | FAC - ASLESONS HARDWARE - MASTER SERVICES AGREEMENT - 2016 | 11/2/2016 | 11/22/2021 | SHCLCW7968 | $ - |
| 843 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASPECT SOFTWARE INC | MSO - ASPECT SOFTWARE - MSA - 2003 | 1/18/2003 | 01/17/2020 | CW2308212 | $ - |
| 844 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASPECT SOFTWARE INC | | 1/18/2003 | 1/17/2020 | CW2308212 | $ - |
| 845 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASPECT SOFTWARE INC | | 11/20/2018 | 12/31/2018 | CW2340831 | $ - |
| 846 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASPECT SOFTWARE INC | | 11/20/2018 | 12/31/2018 | CW2340831 | $ - |
| 847 | SEARS, ROEBUCK AND CO. | ASPEN HEIGHTS | APEN HEIGHTS SALES ORDERS, ADDENDUMS | N/A | N/A | N/A | $ - |
| 848 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASPEN REFRIGERANTS, INC. | HS-AIRGAS REFRIGERANTS-REFRIGERANT AND RECLAMATION SERVICES AGREEMENT-2013 | 11/1/2012 | 10/31/2021 | SHCLCW4031 | $ 255,629 |
| 849 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASPEN REFRIGERANTS | | 11/1/2018 | 10/31/2021 | SHCLCW4031 INTERNAL ID | $ - |
| 850 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASPEN_REFRIGERANTS | | 11/1/2018 | 10/31/2021 | | $ - |
| 851 | SEARS HOLDINGS CORPORATION | ASPEN SPECIALTY INSURANCE COMPANY | CONTRACT OF INSURANCE | N/A | 06/01/2019 | PXAA52818 | $ - |
| 852 | KMART CORPORATION; SEARS, ROEBUCK AND CO.; | ASSEMBLERS INCORPORATED | FINANCE- ASSEMBLERS INCORPORATED- MASTER SERVICE AGREEMENT- 2014 | 4/30/2014 | 04/29/2019 | CW2275608 | $ 714 |
| 853 | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; | ASSET TECHNOLOGIES LLC | RETAIL SERVICES - ASSET TECHNOLOGIES MSA | 2/1/2017 | 01/31/2020 | CW2267414 | $ 2,813 |
| 854 | SEARS, ROEBUCK AND CO. | ASSOCIATED CONSTRUCTION | ASSOCIATED CONSTRUCTION WINDSOR STATION SALES ORDER/RIDER | N/A | N/A | N/A | $ - |
| 855 | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS/RAYMOND TRUCK LIFT | RETAIL SERVICES - ASSOCIATED INTEGRATED SOLUTIONS - PTC 2018 | 3/27/2018 | 03/26/2021 | CW2336496 | $ - |
| 856 | A&E FACTORY SERVICE, LLC | ASSURON LLC | | 11/13/2018 | PERPETUAL | CW2340709 | $ - |
| 857 | SEARS, ROEBUCK AND CO. | ASTORA CONSTRUCTION AND DEVELOPMENT | ASTORA CONSTRUCTION AND DEVELOPMENT SALES ORDER | N/A | N/A | N/A | $ - |
| 858 | A&E FACTORY SERVICE, LLC | ASURION, LLC | | 11/13/2018 | PERPETUAL | CW2340709 | $ - |
| 859 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT & T-406371 | IT OPS-AT AND T-MOBILITY TOWER ATTACHMENT FOR MOBILITY SERVICES-2012 | 4/1/2012 | 09/28/2020 | SHCLCW1488 | $ 85,181 |
| 860 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT & T-406371 | IT ATT PRICING SCHEDULE | 9/30/2016 | 09/29/2021 | CW2326131 | $ - |
| 861 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT & T-406371 | IT ATT SOW PBX MAINTENANCE_SUPPORT RENEWAL 2017 | 2/15/2017 | 02/14/2020 | CW2322196 | $ - |
| 862 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT & T-406371 | IT ATT NETBOND SERVICE | 3/31/2017 | 03/30/2019 | CW2324498 | $ - |
| 863 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT & T-406371 | IT ATT PRICING SCHEDULE VOIP | 10/9/2017 | 10/18/2022 | CW2332372 | $ - |
| 864 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT & T-406371 | IT ATAND T PRICING SCHEDULE 2017 | 12/15/2017 | 12/14/2018 | CW2333935 | $ - |

Sears Holdings Corporation
Executory Contracts
Non-Real Estate Cure Amounts

| No | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Executed Date | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|---|
| 865 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T CORP. | IT - AT AND T - AMENDED AND RESTATED MASTER AGREEMENT FOR OUTSOURCING AND TRANSPORT | 9/30/2016 | 10/18/2022 | SHCLCW7697 | $ - |
| 866 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T CORP. | SHMC - AT&T CORP. - CONFIDENTIAL AND PROPRIETARYAMENDED AND RESTATED MASTER | N/A | N/A | N/A | $ - |
| 867 | SEARS HOLDINGS CORPORATION | AT&T CORP. | | 1/17/2018 | 1/17/2019 | U1629351 | $ - |
| 868 | KMART CORPORATION; KMART OPERATIONS LLC; | AT CONSTRUCTION SOLUTIONS LLC | FAC - A.T. CONSTRUCTION SOLUTIONS - MASTER SERVICE AGREEMENT 2018 | 1/5/2018 | 01/04/2019 | CW2337051 | $ - |
| 869 | KMART CORPORATION | AT HOME STORES LLC | | N/A | N/A | N/A | $ - |
| 870 | KMART CORPORATION | AT HOME STORES, LLC | | N/A | N/A | N/A | $ - |
| 871 | SHC LICENSED BUSINESS LLC | ANTANACIO ERICES | LIC AGREMT WITH ATANACIO ERICES FOR STORE 1818 RANCHO CUCAMONGA, CA 91739 | 02/01/2017 | 03/31/2019 | N/A | $ 2,499 |
| 872 | SEARS, ROEBUCK AND CO. | ATC DEVELOPMENT | ATC DEVELOPMENT SALES ORDERS | N/A | N/A | N/A | $ - |
| 873 | KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; | ATC GROUP SERVICES INC | FAC - ATC GROUP SERVICES - MESA 2018 | 1/15/2018 | 01/14/2020 | CW2334694 | $ 180,770 |
| 874 | KMART CORPORATION | ATEB, INC. | PRERECORDED MESSAGE CALL AGREEMENT | N/A | N/A | N/A | $ 36,620 |
| 875 | SEARS, ROEBUCK AND CO. | ATEQ CORP | FACILITIES-AUTOMOTIVE-ATEQ TPMS TOOLS LLC-MSA-2017 | 10/10/2017 | 10/09/2020 | CW2332784 | $ - |
| 876 | SEARS, ROEBUCK AND CO. | ATEX RESTAURANT SUPPLY | ATEX RESTAURANT SUPPLY CONTRACT PKG CHECK LIST, SALES ORDER FOR PROJECT AUSTIN ENERGY | 06/11/2012 | N/A | SO 6746 | $ - |
| 877 | KMART CORPORATION; KMART OPERATIONS LLC; | ATKINS PAVING LLC | FAC - ATKINS PAVING LLC - MSA - 2018 | 5/7/2018 | 05/07/2019 | CW2337571 | $ - |
| 878 | KMART CORPORATION; KMART OPERATIONS LLC; | ATKINS PAVING LLC | FACILITIES UPTO $40K MSA | N/A | 05/06/2019 | N/A | $ - |
| 879 | KMART CORPORATION; KMART OPERATIONS LLC; | ATLANTIC SOUTHERN PAVING & SEALCOATING | FAC - ATLANTIC SOUTHERN PAVING AND SEALOCATING - MASTER SERVICE AGREEMENT | 12/11/2017 | 12/10/2018 | CW2333968 | $ - |
| 880 | SEARS, ROEBUCK AND CO. | ATLAS INTERNATIONAL | | N/A | N/A | N/A | $ - |
| 881 | SOE, INC. | ATRIA MANAGEMENT COMPANY | EXHIBIT A | N/A | N/A | N/A | $ - |
| 882 | SOE, INC. | ATRISAN COMMUNITIES | SUBCONTRACT AGREEMENT | N/A | N/A | 958012 | $ - |
| 883 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | ATVS AND MORE | HOME SERVICES - ATVS AND MORE INC - MASTER SERVICE AGREEMENT (GO LOCAL) - 2017 | 8/23/2016 | 08/22/2021 | CW2323145 | $ (1,000) |
| 884 | SEARS BRANDS MANAGEMENT CORP. | ATWOOD DISTRIBUTING L.P | KCD - ATWOOD DISTRIBUTING L P - PRODUCT SALE AGREEMENT - 2015 | 6/1/2015 | 01/31/2020 | SHCLCW7086 | $ - |
| 885 | SEARS HOLDINGS MANAGEMENT CORPORATION | AUDITEC SOLUTIONS | FIN - AUDITEC SOLUTIONS - MASTER SERVICES AGREEMENT - 2012 | 8/8/2012 | 07/31/2020 | SHCLCW5815 | $ 231,380 |
| 886 | SEARS HOLDINGS MANAGEMENT CORPORATION | AUDITEC SOLUTIONS | FIN - AUDITEC SOLUTIONS - STATEMENT OF WORK 1 TO MSA - 2012 | 10/16/2012 | 12/31/2018 | SHCLCW5816 | $ - |
| 887 | SEARS HOLDINGS MANAGEMENT CORPORATION | AUDITEC SOLUTIONS | FINANCE_AUDITEC SOLUTIONS_SOW 2_2016 | 8/1/2016 | 07/31/2020 | CW2316286 | $ - |
| 888 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | AUSTIN'S PARTS & HARDWARE | HOME SERVICES - AUSTINS PARTS AND HARDWARE - MASTER SERVICE AGREEMENT (GO LOCAL) - 2016 | 4/20/2016 | 04/19/2021 | SHCLCW7612 | $ - |