EXHIBIT B

Sears Holdings Corporation
Executory Contracts
Additional

| No | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Executed Date | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|---|
| 45 | SEARS PROTECTION COMPANY | AMAZON PAYMENTS, INC. | PROFESSIONAL SELLER PROGRAM ADDENDUM | | Not Applicable | | $ - |
| 46 | SEARS PROTECTION COMPANY | AMAZON SERVICES LLC | PROFESSIONAL SELLER PROGRAM ADDENDUM | | Not Applicable | | $ - |
| 47 | SEARS HOLDINGS MANAGEMENT CORPORATION | AMERICAN HOME SHIELD CORPORATION | EIGHTH AMENDMENT TO HOME WARRANTY SERVICE AGREEMENT | 07/29/2018 | 11/30/2019 | | $ - |
| 48 | SEARS, ROEBUCK AND CO. | AMERICAN NATIONAL INSURANCE COMPANY | GROUND LEASE | | 12/08/2018 | S2939-5-A | $ 1,751 |
| 49 | KMART CORPORATION | ANTHONY FUSCO | MASTER LEASE | | 12/31/2021 | K3800-1-A | $ 14,669 |
| 50 | KMART CORPORATION;SEARS, ROEBUCK AND CO. | ARCHER AIR | FACILITIES UPTO $40K MSA | | 01/09/2020 | | $ 15,164 |
| 51 | SEARS HOLDINGS CORPORATION | ARIBA TEST SUPPLIER | HOME SERVICES - NORTHERN TOOL AND DIE - GO LOCAL - 2017 | | 09/26/2022 | CW2333174 | $ - |
| 52 | | ARIBA TEST SUPPLIER | FAC - PARKING LOT REPAIRS - CANCELLATION LETTER 2018 | | 08/19/2019 | CW2339366 | $ - |
| 53 | SEARS HOLDINGS MANAGEMENT CORPORATION;KMART CORPORATION;SEARS, ROEBUCK AND CO. | ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUTIONS/RAYMOND TRUCK LIFT | RETAIL SERVICES - ASSOCIATED INTEGRATED SOLUTIONS - PTC 2018 | | 03/26/2021 | CW2336496 | $ - |
| 54 | SEARS HOLDINGS MANAGEMENT CORPORATION | ASSOCIATED MATERIALS, LLC, | FOURTH AMENDMENT TO SUPPLY AGREEMENT FOR VINYL SIDING | | 12/31/2018 | | $ - |
| 55 | A&E FACTORY SERVICE, LLC | ASURION, LLC. | SECOND AMENDMENT TO SERVICE AGREEMENT | 04/01/2016 | 03/31/2019 | | $ - |
| 56 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT & T-406371 | IT ATT SOW PBX MAINTENANCE_SUPPORT RENEWAL 2017 | | 02/14/2020 | CW2322196 | $ - |
| 57 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT & T-406371 | IT ATT NETBOND SERVICE | | 03/30/2019 | CW2324498 | $ - |
| 58 | KMART CORPORATION;SEARS, ROEBUCK AND CO. | AT HOME STORES LLC | ASSIGNMENT OF LEASE | | 06/12/2021 | | $ - |
| 59 | KMART CORPORATION | AUTOZONE PUERTO RICO, INC. | LEASE-9394 | | 01/31/2024 | | $ - |
| 60 | SEARS, ROEBUCK AND CO.;SEARS HOLDINGS CORPORATION | A-Z LAWN MOWER PARTS LLC | HOME SERVICES - A-Z LAWN MOWER PARTS LLC - MASTER SERVICE AGREEMENT (GO LOCAL) - 2017 | | 10/16/2021 | CW2323167 | $ 0 |
| 61 | SEARS HOLDINGS MANAGEMENT CORPORATION | AZAR LLC-714880 | HS - REMODELING.COM - MSA -2018 | | 08/31/2023 | CW2339592 | $ - |
| 62 | SEARS, ROEBUCK AND CO.;SEARS HOLDINGS CORPORATION | B & G POWER EQUIPMENT | HOME SERVICES - B AND G POWER EQUIPMENT - MASTER SERVICE AGREEMENT (GO LOCAL) - 2016 | | 06/16/2021 | SHCLCW7630 | $ 699 |
| 63 | SEARS, ROEBUCK DE PUERTO RICO, INC. | B V PROPERTIES, INC | MASTER LEASE | | 11/30/2059 | S2585-1-C | $ 62,902 |
| 64 | SEARS, ROEBUCK AND CO. | BABCOCK & BROWN (GREGORY GREENFIELD & ASSOC.) | MASTER LEASE | | 10/31/2021 | S26716-8-A | $ 1,667 |
| 65 | SEARS, ROEBUCK AND CO. | BAKER DISTRIBUTION COMPANY | PARTS SUPPLIER AGREEMENT | | Not Applicable | | $ - |
| 66 | A&E FACTORY SERVICE, LLC | BANKERS WARRANTY GROUP, INC. | FIRST AMENDMENT TO SERVICE AGREEMENT | 11/04/2016 | Not Applicable | | $ - |
| 67 | SEARS HOLDINGS MANAGEMENT CORPORATION | BCI ACRYLIC BATH SYSTEMS, INC | SECOND AMENDMENT TO SUPPLY AGREEMENT FOR BATHROOM REMODELING PRODUCTS | | 12/31/2019 | | $ - |