EXHIBIT C

**Cure Amount Summary: Pre-Petition and Post-Petition Amounts Owed and Outstanding Under Amended and Restated Master Agreement for Outsourcing and Transport Services by and among Sears Holdings Management Corporation and AT&T Corp., dated as of September 30, 2016**

Pre-Petition Amounts Owed and Outstanding

| Legacy T | $6,081,681.81 |
|---|---|
| Legacy S, B, UV | $528,004.10 |
| Mobility | $565,476.03 |
| **Total** | **$7,175,161.94** |

Post-Petition Amounts Owed and Outstanding

| Legacy T | $3,059,975.11 |
|---|---|
| Legacy S | $205,793.80 |
| Legacy B | $324,609.72 |
| Mobility | $234,692.35 |
| **Total** | **$3,825,070.98** |