## Exhibit A

List of Identified Leases and Cure Amounts

| # | Property Name | Landlord Entity | Sears' entity | Store Numbers | Debtors' Proposed Cure Amount | Simon's Cure Amount/Status | Attorneys' Fees | Actual Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Apple Blossom Mall | Mayflower Apple Blossom, LP | Sears, Roebuck and Co. | 2784 | $15,340.00 | $17,386.90 | $2,500.00 | $19,886.90 |
| 2 | Auburn Mall | Mall At Auburn, LLC | Sears, Roebuck and Co. | 1213 | $20,640.00 | $62,373.49 | $2,500.00 | $64,873.49 |
| 3 | Cielo Vista Mall | Simon Prop. Grp.(TX) LP | SRC Real Estate (TX), LP | 1317 | $0.00 | $0.00 | $2,500.00 | $2,500.00 |
| 4 | Del Amo Fashion Center | Del Amo Fashion Center Operating Co LLC | Sears, Roebuck and Co. | 1278 | $0.00 | $0.00 | $2,500.00 | $2,500.00 |
| 5 | McCain Mall | McCain Mall Company, L.P. | Seritage SRC Finance LLC | 1206 | $39,740.00 | Undisputed | $2,500.00 | $42,240.00 |
| 6 | Montgomery Mall | Mall at Montgomery, LP | Sears, Roebuck and Co. | 1834 | $5,000.00 | Undisputed | $2,500.00 | $7,500.00 |
| 7 | Newport Centre | Newport Centre LLC | Sears, Roebuck and Co. | 1044 | $12,500.00 | $100,434.03 | $2,500.00 | $102,934.03 |
| 8 | Pheasant Lane Mall | Pheasant Lane Realty Trust | Seritage SRC Finance LLC | 1313 | $0.00 | $0.00 | $2,500.00 | $2,500.00 |
| 9 | Plaza Carolina | Plaza Carolina Mall, L.P. | Sears Roebuck De Puerto Rico Inc. | 1925 | $84,051.00 | Undisputed | $2,500.00 | $86,551.00 |
| 10 | South Shore Plaza | Braintree Property Associates LP | Sears, Roebuck and Co. | 1283 | $10,510.00 | $175,915.21 | $2,500.00 | $178,415.21 |
| 11 | Square One Mall | Mayflower Square One, LLC | Seritage SRC Finance LLC | 1053 | $34,146.00 | Undisputed | $2,500.00 | $36,646.00 |
| 12 | The Avenues | Avenues Mall, LLC | Sears, Roebuck and Co. | 1066 | $30,302.00 | Undisputed | $2,500.00 | $32,802.00 |
| | | | | Total | $252,229.00 | $549,348.63 | $30,000.00 | $579,348.63 |

Note that certain descriptions of documents included in the Notice of Assumption and Assignment refer to documents in a manner that is inconsistent with the applicable documents (e.g., referring to Reciprocal Easement Agreements as "Master Leases"), and Simon reserves all rights in connection with the characterization of documents therein.

Note that the Actual Cure Amounts *do not* include Surviving Obligations (as defined above) all of which must be satisfied and be assumed by the assignee of any Lease.  Further, the Actual Cure Amounts may also increase prior to any actual date of assignment of the Leases if the Debtors do not timely and properly pay all amounts that accrue after the date hereof and Simon reserves all rights in connection therewith.