CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Scott A. Zuber, Esq.
Beth J. Rotenberg, Esq.
Telephone: (973) 325-1500

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**SEARS HOLDINGS CORPORATION,** *et al.,*<br>Debtors. [1] | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Joint Administration)<br>**Objection Deadline: October 28, 2019 at 4:00 P.M. (extended by consent of the Debtors)**<br>**Sale Hearing: February 4, 2019 at 10:00 A.M.** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019 I electronically filed *Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc.'s (I) Cure Objection to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWcst, LLC (5379); ST1 Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Leases in Connection with Global Sale Transaction [Doc. No. 1731]; (II) Limited Objection to the Global Asset Sale Transaction as Set Forth in the Notice of Successful Bidder and Sale Hearing [Doc. No. 1730]; and (III) Joinder with Amazon's Limited Objection and Reservation of Rights [Doc. No. 1986]* (the "<u>Objection</u>") with the Clerk of the Bankruptcy Court, which sent notification of such filing to all CM/ECF system participants, including the following Objection Recipients, and I also caused copies of the Objection to be served on the below by the indicated method of service.

Dated: January 28, 2019

            */s/ Beth J. Rotenberg*
            Beth J. Rotenberg, Esq.
            Chiesa, Shahinian & Giantomasi PC
            One Boland Drive
            West Orange, New Jersey 07052
            Tel:  973-530-2118
            brotenberg@csglaw.com

**VIA EMAIL:**
I. Bid Notice Parties
   a. Debtors
      i. Rob Riecker: rob.riecker@searshc.com
      ii. Luke Valentino: luke.valentino@searshc.com
      iii. Mohsin Meghji: mmeghji@miiipartners.com
      iv. General Counsel: counsel@searshc.com
   b. Debtors' counsel
      i. Ray Schrock, Esq.: ray.schrock@weil.com
      ii. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
      iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
      iv. Sunny Singh, Esq.: sunny.singh@weil.com
      v. Ellen J. Odoner, Esq.: ellen.odoner@weil.com
      vi. Gavin Westerman, Esq.: gavin.westerman@weil.com
   c. Debtors' investment banker:
      i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
   a. Buyer
      i. Kunal S. Kamlani: kunal@eslinvest.com
      ii. Harold Talisman: harold@eslinvest.com
   b. Counsel
      i. Christopher E. Austin, Esq.: caustin@cgsh.com
      ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      iii. Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
   a. Bank of America
      i. Paul Leake, Esq.: paul.leake@skadden.com
      ii. Shana Elberg, Esq.: shana.elberg@skadden.com
      iii. George Howard, Esq.: george.howard@skadden.com
   b. Wells Fargo Bank
      i. Kevin J. Simard, Esq.: ksimard@choate.com
      ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com

IV. Standard Parties
   a. Citibank N.A.
      i. Marshall S. Huebner, Esq.: marshall.huebner@davispolk.com
      ii. Eli J. Vonnegut, Esq.: eli.vonnegut@davispolk.com
   b. Computershare Trust Company, N.A.
      i. Eric R. Wilson, Esq.: ewilson@kelleydrye.com
      ii. Benjamin D. Feder, Esq.: bfeder@kelleydrye.com
   c. Wilmington Trust
      i. Edward M. Fox, Esq.: emfox@seyfarth.com
   d. The Bank of New York Mellon Trust Company
      i. James Gadsden, Esq.: gadsden@clm.com

  e. Pension Benefit Guaranty Corporation
    i. Brian A. Raynor, Esq.: braynor@lockelord.com
  f. Official Committee of Unsecured Creditors
    i. Philip C. Dublin, Esq.: pdublin@akingump.com
    ii. Ira Dizengoff, Esq.: idizengoff@akingump.com
    iii. Sara Lynne Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, Esq.
   Jacqueline Marcus, Esq.
   Garrett A. Fail, Esq.
   Sunny Singh, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani
   Harold Talisman

Sears Holdings Corporation
3333 Beverly Road Hoffman
Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Christopher E. Austin, Esq.
   Benet J. O'Reilly, Esq.
   Sean A. O'Neal, Esq.