# **EXHIBIT B**

# Order Form

**servicenow**

ServiceNow, Inc.
2225 Lawson Lane
Santa Clara, CA 95054

| **Order Number** |
|---|
| ORD0600766-1 |

*Pricing Expiration: 19 Dec 2017*

| SNC Account Exec | Steve Tito |
|---|---|
| Phone | +16307861592 |
| E-mail | Steve.Tito@servicenow.com |

| **Customer Invoice Address** | | **Customer Ship To Address** | |
|---|---|---|---|
| Company Name | Sears Holdings Corporation | Company Name | Sears Holdings Corporation |
| Address | 3333 Beverly Rd # 101 | Address | 3333 Beverly Rd # 101 |
| Suite | | Suite | |
| City | Hoffman Estates | City | Hoffman Estates |
| State/Province | IL - Illinois | State/Province | IL - Illinois |
| Zip/Postal Code | 60179-0001 | Zip/Postal Code | 60179-0001 |
| Country | United States | Country | United States |
| Website | http://www.searsholdings.com | Website | http://www.searsholdings.com |
| AP Contact Name | | Business Contact | |
| Title | | Title | |
| Phone | | Phone | |
| E-mail | | E-mail | |
| Account # | ACCT0001391 | | |

| Reference Contract #(s) | 28913ST | PO # | |
|---|---|---|---|
| | | Tax exempt? | No |
| | | Payment Terms | Net due in 60 days |
| Currency | USD | | |

| Product Code | Subscription Product Name | Type | Units | Term (mos) | Term Start Date | Term End Date | Net Price (Monthly) | Net Price (Annual) | Net Price (Total) |
|---|---|---|---|---|---|---|---|---|---|
| PROD03419 | ServiceNow® Orchestration Core | Transactions | 1 | 36 Months | 31 Jan 2018 | 30 Jan 2021 | $ 2,275.00 | $ 27,300.00 | $ 81,900.00 |
| PROD00528 | ServiceNow® ITSA Unlimited | Fulfiller User | 1500 | 36 Months | 31 Jan 2018 | 30 Jan 2021 | $ 56.63 | $ 1,019,340.00 | $ 3,058,020.00 |
| PROD00874 | ServiceNow® Service Management Suite | Fulfiller User | 1070 | 36 Months | 31 Jan 2018 | 30 Jan 2021 | $ 53.45 | $ 686,298.00 | $ 2,058,894.00 |
| | | | | | | **Subscription Product SubTotal** | | $ 1,732,938.00 | $ 5,198,814.00 |

| Education, Knowledge and Other | Units | Net Price (Per Unit) | Total Price |
|---|---|---|---|
| ServiceNow® Knowledge 18 - Early Bird Ticket | 2 | $ 1,495.00 | $ 2,990.00 |

| | |
|---|---|
| Education, Knowledge and Professional Services Subtotal | $ 2,990.00 |
| Pre-tax Total | $ 5,201,804.00 |
| Estimated Taxes | TBD |
| **Estimated Grand Total** | **$ 5,201,804.00** |

| Invoice Schedule | Invoice Date | Amount | Est Taxes | Grand Total |
|---|---|---|---|---|
| Annual Subscription Fee | Upon Signature | $ 1,732,938.00 | TBD | $ 1,732,938.00 |
| Knowledge & Other | Upon Signature | $ 2,990.00 | TBD | $ 2,990.00 |
| Annual Subscription Fee | December 01, 2018 | $ 1,732,938.00 | TBD | $ 1,732,938.00 |
| Annual Subscription Fee | December 01, 2019 | $ 1,732,938.00 | TBD | $ 1,732,938.00 |
| | | $ 5,201,804.00 | TBD | $ 5,201,804.00 |

| Hosting Details | |
|---|---|
| ServiceNow # of Instances: | 1 Production 4TB Storage Limit, 2 Non Production 4TB Storage Limit |
| Instance Names: | existing sears, searstest, searsdev |
| Customer ServiceNow Admin: | |
| Email: | |
| Data Center Region: | United States |

**Terms and Conditions**

Customer's purchase of the subscription products set forth herein for the term beginning on the Term Start Date, ending on the Term End Date (the "Subscription Term"). This order is on terms consisting of the signed definitive agreement(s) with the contract reference number(s) set forth above ("Agreement") as supplemented and modified by this Order Form, the ServiceNow subscription service guide ("Subscription Service Guide") and the service descriptions for the purchased packaged professional services ("Service Description"). If not attached to this Order Form, the Subscription Service Guide and Service Description are as set forth on www.servicenow.com/schedules.html and are INCORPORATED HEREIN BY THIS REFERENCE. Customer may request printed copies of the documents incorporated herein by reference by emailing us at legal.request@servicenow.com.

The parties hereby agree to the following terms and conditions with respect to the subject matter of this Order Form:

1. Order is not subject to acceptance;

2. Customer shall limit the types and number of Subscription Products ServiceNow applications, Customer-developed applications Custom Applications, Users and their permitted roles, and other use restrictions to those specified in this Order Form;

3. The Subscription Service includes a service level agreement with target service level availability of 99.8 percent in each month, and associated service credits for non- compliance at customer request, as provided in the Subscription Service Guide; and

4. Support, upgrades and data security commitments for the subscription service are set forth in the Subscription Service Guide. Customer and ServiceNow hereby expressly agree that the provisions of this Order Form, Subscription Service Guide and Service Descriptions shall control over any conflicting provisions of the agreement.

**Payment Terms**

If Customer issues a purchase order, any additional or conflicting terms appearing in a purchase order shall not amend the Order Form or the Agreement. Upon request, ServiceNow shall reference the purchase order number on its invoices (solely for administrative convenience) so long as Customer provides the purchase order at least fifteen (15) business days prior to the date of the invoice.

Please submit a PO for the amount set forth above to accountsreceivable@servicenow.com or fax to 877-824-0673 or ServiceNow, Inc., Attention: Accounts Receivable, 4810 Eastgate Mall, San Diego, CA 92121

PREPAID FEES FOR PROFESSIONAL SERVICES, EDUCATIONAL SERVICES AND EVENTS SHALL EXPIRE IF UNUSED WITHIN ONE (1) YEAR OF THE DATE OF ORDER, WITH NO REFUND OR CREDIT FOR UNUSED OR UNPERFORMED SERVICE HOURS.

PRICES ARE FINAL. THIS ORDER IS NON-CANCELLABLE AND, EXCEPT AS OTHERWISE PROVIDED IN THE AGREEMENT, NON-REFUNDABLE. The order is for the entire subscription term and is undividable. Payments are due as per the invoice schedule. All remaining fees are due immediately if ServiceNow terminates for non-payment.

Prices are stated exclusive of taxes, duties and similar assessments on Customer's use, which Customer agrees to pay, excluding taxes on ServiceNow's net income. Taxes shall not be deducted from the payments to ServiceNow, except as required by law, in which case Customer shall increase the amount payable as necessary so that after making all required deductions and withholdings, ServiceNow receives and retains (free from any tax liability) an amount equal to the amount it would have received had no such deductions or withholdings been made.

When applicable, Customer must provide its VAT or GST identification number(s) on this Order Form for (i) the country where Customer has established its business and/or (ii) any other country where Customer has a fixed establishment. Customer shall use the ordered Subscription Service and Professional Services for Customer's business use in the foregoing location(s).

**Education, Knowledge and Other**

KNOWLEDGE ORDERS ARE FINAL, NON-CANCELLABLE, NON-REFUNDABLE AND NON-TRANSFERABLE. Tickets are valid for the specified event year (ie - a pass purchased for Knowledge17 is not transferable to Knowledge18).

Terms for Knowledge offerings are set forth on http://knowledge.servicenow.com/terms-and-conditions.html.

**Product Overview**

The ServiceNow Product Overview containing descriptions of the ServiceNow applications and platform services included in the Subscription Products as described in the attached ServiceNow Order Form Product and Use Definitions are posted on www.servicenow.com/schedules.html

# ServiceNow® Order Form - Product and Use Definitions

## USER TYPE DEFINITIONS

**"User"** means any employee or contractor of Customer or Customer Affiliate that is assigned a unique username and password and has a user profile in the Subscription Service designated as "active". Only Users may be given access to the subscription service by Customer. A use right may not be shared or transferred. Customer shall not use the subscription service in a manner that circumvents usage restrictions.

**"Approver User"** is any User performing any of the functions set forth in the table below for an Approver User. An Approver User may only perform the functions set forth in the table below for an Approver User.

**"Requester User"** is any User that performs only the functions set forth in the table below for a Requester User.

**"End User"** has the same use rights as **"Requester User."**

**"Fulfiller User"** is any User other than an Approver User or Requester User. Without limitation, a Fulfiller User is any User that performs any function other than an Approver User function or Requester User function, including those set forth in the table below for a Fulfiller User.

**"Process User"** has the same use rights as **"Fulfiller User."**

| FUNCTION / USE RIGHTS AUTHORIZED | USER TYPES | | |
|---|---|---|---|
| | REQUESTER | APPROVER | FULFILLER |
| Create its own request | included | included | included |
| View its own request | included | included | included |
| Modify its own request | included | included | included |
| Search the Service Catalog | included | included | included |
| Search the Knowledge Base | included | included | included |
| Access public pages | included | included | included |
| Take surveys | included | included | included |
| Set its own notification preferences | included | included | included |
| View assets assigned to user | included | included | included |
| Access and post to Live Feed | included | included | included |
| Initiate Chat sessions | included | included | included |
| Participate in a Watch List | included | included | included |
| View a report published to them | included | included | included |
| Approve requests by email that are routed to user | included | included | included |
| Approve requests routed to user via system | - | included | included |
| Create any record | - | - | included |
| Delete any record | - | - | included |
| Modify any record | - | - | included |
| Drill through any report | - | - | included |
| Create any report | - | - | included |
| Delete any report | - | - | included |
| Modify any report | - | - | included |
| Perform development activities | - | - | included (see below) |
| Perform administrative activities | - | - | included |

## CONFIGURATION AND DEVELOPMENT

Use of the Subscription Service for application configuration allows Customer to, with respect to the Subscription Products for which Customer has purchased usage, change the values of pre-defined fields, add new fields to existing tables, add new tables that provide additional attributes around the process, build workflow for the process, modify the UI and form layouts, create business rules, integrate with external data sources, and tailor the process through custom scripting. Application configuration is restricted to configuring the processes included in the purchased Subscription Product to meet the customers specific needs without materially altering the purpose of the Subscription Product or the type of business processes that it seeks to automate. If Customer intends to alter the purpose of the Subscription Product or the types of business processes that it seeks to automate, then Customer may develop that new application in a non-production instance and purchase a Platform Runtime use right from ServiceNow to deploy that application on a production instance. Customer shall not access the Subscription Service to develop or use a competing product or service.

| SUBSCRIPTION PRODUCTS | |
|---|---|
| Subscription Product Code/Name | Included ServiceNow Applications and Use Rights |
| PROD03419 ServiceNow® Orchestration Core - Transactions | Orchestration includes: Activity Designer; Orchestration Activity Packs; Password Reset Application; and Client Software Distribution Application<br>Orchestration Core includes entitlement for up to 1000 Orchestration Transactions per month (unused Orchestration Transactions expire monthly).<br>An Orchestration Transaction is any external call from Workflow using Orchestration.<br>Additional monthly Orchestration Transactions require the purchase of Orchestration Core Transaction Packs.<br>Usage is measured monthly in production instance(s), based on the maximum Orchestration Transactions in a given 12 month period. |
| PROD00528 ServiceNow® ITSA Unlimited - Fulfiller User | Incident Management; Problem Management; Change Management; Release Management; Asset Management; Request Management; Cost Management; Field Service Management (Work Management); Project Portfolio Management; Resource Management; Demand Management; Agile Development (Software Development Lifecycle); Test Management; Policy and Compliance Management and Audit Management (Governance, Risk and Compliance); Vendor Performance Management; and Risk Management.<br><br>Customer is granted the rights for Fulfiller User as defined in the User Type Definitions Section.<br><br>The following application(s) became available according to the release indicated below.<br>Field Service Management – Calgary<br>Vendor Performance Management, Resource Management – Dublin<br>Demand – Eureka<br>Test Management – Fuji<br>Risk Management - Geneva<br>Agile Development, Policy and Compliance Management, Audit Management - Helsinki |
| PROD00874 ServiceNow® Service Management Suite - Fulfiller User | Incident Management; Problem Management; Change Management; Release Management; Asset Management; Request Management; Cost Management; HR Service Management; Facilities Service Management; Field Service Management; Finance Service Management; Legal Service Management; and Marketing Service Management.<br><br>Customer is granted the rights for Fulfiller User as defined in the User Type Definitions Section. |

**ACKNOWLEDGED AND AGREED:**

| End Customer: Sears Holdings Corporation | | ServiceNow, Inc. |
|---|---|---|
| Signature: | *Erin Middleton* (DocuSigned by: 2AA0406B2CC545F...) | Signature: *Curtis, Paul* (DocuSigned by: DCED73693EED4C6...) |
| Name: | Erin Middleton | Name: Curtis, Paul |
| Title: | DVP Member Technology – Engineering | Title: Senior Director, Orders to Cash |
| Date: | 12/15/2017 | Date: 12/7/2017 |

This purchase order was delivered by Ariba Network.   For more information about Ariba and Ariba Network, visit http://www.ariba.com.

| From:<br>Send Invoice To: aparibainv@searshc.com<br> Email:  aparibainv@searshc.com | To:<br>**ServiceNow, Inc.**<br>2225 Lawson Lane<br>Santa Clara, CA 95054<br>United States<br>Phone: +1 (858) 345-1823<br>Fax: +1 (877) 824-0673<br>Email: accountsreceivable@servicenow.com | **Purchase Order**<br>**(New)**<br>PO764330<br>Amount: $1,735,928.00 USD<br>Version: 1 |

**Payment Terms**
NET 0

**Comments**
Comment Type:
Approve
Comment Body:
This PO is governed by the terms and condition in place between supplier and SHC.
Comment By:
LAGUADIA DILSWORTH-FLOYD
Comment Date:
2018-01-04T07:06:15-08:00


Comment Type:
Submit
Comment Body:
"PO REQUESTED BY: Travis Gilligan

PURPOSE OF PO: This PO is for contract CW2333790 This PO is for Year 1 of the 3yr renewal of services. Coverage period Jan 31, 2018 through Jan 30, 2019. The contract was approved on 12/15/2017 by executive management and CAPCON. (Per Order # ORD060076 6-1)


JIRA ID #: N/A
SERVICENOW TICKET #:N/A
PROJECT #:N/A
PROJECT TYPE: (Capital or Expense): Expense

SPECIAL SHIPPING INSTRUCTIONS: Please send all correspondence for this order to Travis.Gilligan@searshc.com


PO SUMMARY:
(12) months of Service Now® Orchestration Core 1000 transaction per year
(12) months of Service Now® ITSA Unlimited 1500 licenses per year
(12) Months of Service Now® Service Management Suite 1070 licenses per year
(2) Service Now® Knowledge 18 - Early Bird Ticket to be used anytime over the 36 months of the contract
Comment By:
SUSAN EILERTSON
Comment Date:
2018-01-04T08:17:34-08:00

Comment Type:
General
Comment Body:

Comment By:
SUSAN EILERTSON
Comment Date:
2018-01-04T09:59:32-08:00

Comment Type: Terms and Conditions
Body:Visit our website http://searsholdings.com/docs/NonMerchPOTermsandConditions.pdf

**Other Information**
LDAP ID:          tgilli3

**ATTACHMENTS**
📎 ServiceNow Inc - signed Service agreement - CW2333790_-_Order_Form.pdf (application/pdf)

| SHIP ALL ITEMS TO | BILL TO | DELIVER TO |
|---|---|---|
| Sears Holdings Corp<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>United States<br>Ship To Code: 36585<br>Phone: +1 (847) 2861019<br>Email: Travis.Gilligan@searshc.com | **Send Invoice To: aparibainv@searshc.com**<br>Email: aparibainv@searshc.com | TRAVIS GILLIGAN _ B2-182A-A _<br>Travis.Gilligan@searshc.com _ +1 847 286 1019<br>Sears Holdings Corp |

**Line Items**

| Line # | Part # / Description | Type | Qty (Unit) | Need By | Price | Subtotal |
|---|---|---|---|---|---|---|
| 1 | PROD03419<br>Service Now® Orchestration Core 1000 transaction per year (Year 1 of 3 yr agreement- Per Order# ORD060076 6-1 ) | Material | 1 (EA) | 25 Jan 2018 | $27,300.00 USD | $27,300.00 USD |

**Other Information**
Req. Line No.:       1

| | | |
|---|---|---|
| Requester: | TRAVIS GILLIGAN | |
| PR No.: | PR537269 | |
| Phone: | +1 847 286 1019 | |

| Line # | Part # / Description | Type | Qty (Unit) | Need By | Price | Subtotal |
|---|---|---|---|---|---|---|
| 2 | PROD00528 | Material | 1 (EA) | 25 Jan 2018 | $1,019,340.00 USD | $1,019,340.00 USD |
| | Service Now® ITSA Unlimited 1500 licenses per year (Year 1 of 3 yr agreement - Per Order# ORD060076 6-1) | | | | | |

**Other Information**

| | |
|---|---|
| Req. Line No.: | 2 |
| Requester: | TRAVIS GILLIGAN |
| PR No.: | PR537269 |
| Phone: | +1 847 286 1019 |

| Line # | Part # / Description | Type | Qty (Unit) | Need By | Price | Subtotal |
|---|---|---|---|---|---|---|
| 3 | PROD00874 | Material | 1 (EA) | 25 Jan 2018 | $686,298.00 USD | $686,298.00 USD |
| | Service Now® Service Management Suite 1070 licenses per year (Year 1 of 3yr agreement - Per Order# ORD060076 6-1) | | | | | |

**Other Information**

| | |
|---|---|
| Req. Line No.: | 3 |
| Requester: | TRAVIS GILLIGAN |
| PR No.: | PR537269 |
| Phone: | +1 847 286 1019 |

| Line # | Part # / Description | Type | Qty (Unit) | Need By | Price | Subtotal |
|---|---|---|---|---|---|---|
| 4 | Not Available | Material | 2 (EA) | 25 Jan 2018 | $1,495.00 USD | $2,990.00 USD |
| | 2 Service Now® Knowledge 18 - Early Bird Ticket do be used anytime over the 36 months of the contract. (Per Order# ORD060076 6-1) | | | | | |

**Other Information**

| | |
|---|---|
| Req. Line No.: | 4 |
| Requester: | TRAVIS GILLIGAN |
| PR No.: | PR537269 |
| Phone: | +1 847 286 1019 |

Order submitted on: Monday 8 Jan 2018 8:51 AM GMT-06:00
Received by Ariba Network on: Monday 8 Jan 2018 3:45 PM GMT-06:00
This Purchase Order was sent by Sears Holdings Corporation (Non-Merchandise) AN01007090221 and delivered by Ariba Network.

| | | |
|---|---|---|
| Sub-total: | $ 1,735,928.00 | USD |

# servicenow

# Invoice

4810 Eastgate Mall  
San Diego, CA 92121  
Tax ID: 20-2056195

| | |
|---|---|
| **Invoice No.** | 90087729 |
| **Invoice Date** | 12/01/2018 |
| **Payment Terms** | Net due in 60 days |
| **Due Date** | 01/30/2019 |
| **Customer No.** | 102935 |
| **Order Form** | ORD0600766-1 |
| **Cust PO No.** | |

**Bill To:**

Sears Holdings Corporation  
3333 Beverly Rd Ste 101  
Hoffman Estates IL  60179-0001

**Ship To:**

Sears Holdings Corporation  
3333 Beverly Rd Ste 101  
Hoffman Estates IL  60179-0001

| Account Rep Name | Account Rep Email | End User | | |
|---|---|---|---|---|

| Material / Remarks | Quantity | Unit Price | Total Amount | Tax Rate |
|---|---|---|---|---|
| **Unit price per month for subscription items** | | | | |
| ServiceNow® Orchestration Core - Transactions<br>01/31/2019 to 01/30/2020 | 1 EA | 2,275.00 | 27,300.00 | 0.000 % |
| ServiceNow® ITSA Unlimited - Fulfiller User<br>01/31/2019 to 01/30/2020 | 1,500 EA | 56.63 | 1,019,340.00 | 0.000 % |
| ServiceNow® Service Management Suite - Fulfiller User<br>01/31/2019 to 01/30/2020 | 1,070 EA | 53.45 | 686,298.00 | 0.000 % |

**Order Summary**

| | | |
|---|---|---|
| | Extended Amount | 1,732,938.00 |
| | Sales Tax | 0.00 |
| | **Invoice Amount USD** | **1,732,938.00** |

Order Form: ORD0600766-1

**Remittance Instructions - ACH or Wire**  
Account Name:    ServiceNow, Inc. - USD  
Account:               938564267  
ABA/Routing:       021000021  
Swift Code:          CHASUS33  
Bank:                    JPMorgan Chase Bank, N.A.  
                            270 Park Avenue  
                            New York, NY 10017

**Check Payment**  
Lockbox Remittance Address:  
ServiceNow, Inc. - USD  
P.O. Box 731647  
Dallas, TX 75373-1647

For billing inquiries please contact roger.bardales@servicenow.com or (p) 858-876-6881 or (f) 877-824-0673