UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
SEARS HOLDINGS CORPORATION, *et al.*,              :    Case No. 18-23538 (RDD)
                                                   :
              Debtors.[1]                          :    (Jointly Administered)
------------------------------------------------------------x

## LIMITED OBJECTION OF ORKIN, LLC TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION

Orkin, LLC ("Orkin") submits this Limited Objection to the Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Docket 1731] (the "Assumption Notice") filed on January 18, 2019, and respectfully states as follows:

1.  Orkin and Sears, Roebuck and Co., a New York corporation ("Sears"), Sears Operations LLC, a Delaware limited liability company ("Sears Ops"), Kmart Corporation, a Michigan corporation ("Kmart"), Kmart Operations LLC, a Delaware limited liability company ("Kmart Ops"), Sears Roebuck de Puerto Rico, Inc., a Delaware corporation ("SRPR"), Innovel

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

13112286v1

Solutions, Inc., a Delaware corporation ("Innovel"), and Sears Home Improvement Products, Inc., a Pennsylvania corporation ("SHIP") (individually or collectively, Sears, Sears Ops, Kmart, Kmart Ops, SRPR, Innovel, and SHIP are referred herein to as "Company") are parties to that certain Master Services Agreement effective January 1, 2018 (as amended, the "Agreement"), under which Orkin provides pest control services to certain facilities.

2. Upon information and belief, the Debtors' Assumption Notice identifies the Agreement as Contract No. CW2334069, which includes Numbers 5385 through 5403 on Exhibit A of the Assumption Notice (the "Orkin Line Items").

3. The Assumption Notice identifies a single cure of $396,273, on Orkin Line Item 5384, for the Agreement. Given that all of the Orkin Line Items refer to the same contract number – CW2334069 - it appears the Debtors are asserting a total cure of $396,273 for the assumption of the Agreement.

4. Paragraph 17 of the Assumption Notice required objections to the Assumption Notice to be filed by January 25, 2019. In order to avoid filing this Limited Objection, Orkin attempted to clarify the relief it seeks with Debtors' counsel. In connection with the attempted clarification, Debtors' counsel extended the objection deadline until January 28, 2019, to give Debtors' counsel an opportunity to work through the issue with Orkin's counsel. Having not yet heard back from Debtors' counsel, Orkin has filed this Limited Objection out of an abundance of caution. In the event that Orkin receives the stated amount of $396,273 for assumption of the Agreement, Orkin does not object to assumption of the Agreement.

WHEREFORE, Orkin respectfully requests that the Court enter an Order requiring payment of $396,273 for any assumption of the Agreement, together with such other and further relief as is just and proper.

18-23538-shl    Doc 2091    Filed 01/28/19    Entered 01/28/19 16:03:08    Main Document
Pg 3 of 7


Dated: January 28, 2019 　　　　　　　　　ARNALL GOLDEN GREGORY LLP

By: */s/ Darryl S. Laddin*
Darryl S. Laddin
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031
Telephone: (404) 873-8500
Fax: (404) 873-8121
darryl.laddin@agg.com

*Attorneys for Orkin, LLC*

## **CERTIFICATE OF SERVICE**

I, Darryl S. Laddin, hereby certify that on January 28, 2019, the foregoing *Limited Objection of Orkin, LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* was served on the following:

1. The parties requesting ECF notifications via the Court's CM/ECF case notification system;

2. All other parties requesting notice pursuant to Rule 2002 and in accordance with this Court's Amended Order Implementing Certain Notice and Case Management Procedures entered on November 1, 2018 [Docket No. 405];

3. The parties set forth below by regular, first class mail:

   a. Chambers of the Honorable Judge Robert D. Drain
      United States Bankruptcy Court for the Southern District of New York
      300 Quarropas Street, Room 248
      White Plains, New York 10601

   b. Sears Holdings Corporation
      3333 Beverly Road
      Hoffman Estates, Illinois 60179
      Attn: Stephen Sitley Esq.
            Luke J. Valentino, Esq.

   c. Office of the United States Trustee for Region 2
      201 Varick Street, Suite 1006
      New York, New York 10014
      Attn: Paul Schwartzberg, Esq.

4. The parties set forth below by electronic mail:

   a. Debtors
      Rob Riecker - rob.riecker@searshc.com
      Luke Valentino - luke.valentino@searshc.com
      Mohsin Meghji - mmeghji@miiipartners.com

   b. Debtors' Counsel
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue New York, New York 10153
      Attn: Ray C. Schrock, P.C.

13112286v1

        Jacqueline Marcus, Esq.
        Garret A. Fail, Esq.
        Sunny Singh, Esq.
        ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com

c.    Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent
    Skadden, Arps, Slate, Meagher & Flom LLP
    4 Times Square New York, NY 10036
    Attn: Paul D. Leake, Esq.
    Shana A. Elberg, Esq.
    George R. Howard, Esq.
    paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com

d.    Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility
    Davis Polk & Wardell LLP
    450 Lexington Avenue New York, NY 10017
    Attn: Marshall S. Huebner, Esq.
    Eli J. Vonnegut, Esq.
    marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com

e.    Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility
    Cleary, Gottlieb
    One Liberty Plaza New York, NY 10006
    Attn: Sean A. O'Neal, Esq.
    soneal@cgsh.com

f.    Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes
    Kelley Drye & Warren LLP
    101 Park Avenue New York, NY 10178
    Attn: Eric R. Wilson, Esq.
    Benjamin D. Feder, Esq.
    T. Charlie Liu, Esq.
    ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com

g. Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes Seyfarth Shaw, LLP
620 Eighth Avenue New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

h. Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes
Carter Ledyard & Milburn LLP
2 Wall Street New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com

i. Attorneys for the Pension Benefit Guaranty Corporation
Locke Lord LLP
111 South Wacker Drive Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

j. Attorneys for the Official Committee of Unsecured Creditors
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park New York, New York 10036
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com

k. Attorneys to Wells Fargo Bank, National Association
Choate, Hall & Stewart LLP
Two International Place Boston, MA 02110
ksimard@choate.com; jmarshall@choate.com

l. Debtors' Investment Banker
Lazard Frères & Co., LLC
30 Rockefeller Plaza, New York, New York 10112
Attn: Brandon Aebersold
Levi Quaintance
project.blue.rx@lazard.com

      m.    Buyer
Transform Holdco LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200 Bay Harbor Islands, FL 33154
Attn.: Kunal S. Kamlani
Harold Talisman
kunal@eslinvest.com; harold@eslinvest.com

Dated:  January 28, 2019            */s/ Darryl S. Laddin*
Darryl S. Laddin
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031
Telephone: (404) 873-8500
Fax: (404) 873-8121
darryl.laddin@agg.com

*Attorneys for Orkin, LLC*