J. Michael Kelly, Esq.
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kellyjm@cooley.com

*Attorneys for ServiceNow, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
                                      :
In re:                                :   Chapter 11
                                      :
SEARS HOLDINGS CORPORATION,           :   Case No. 18-23538 (RDD)
                                      :
        Debtors[1].                   :
                                      :
------------------------------------- X

**CERTIFICATE OF SERVICE**

I, Mollie N. Canby, hereby certify that I am, and at all times during service of process,

not less than 18 years of age and not a party to this action concerning which service of process

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

was made. I further certify that the service of the ***Limited Objection and Reservation of Rights of ServiceNow, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction*** at docket number 2090 was made on January 28, 2019 in the manner as indicated upon the individuals listed on the Service Lists attached hereto and said document was electronically served on the participants via the Court's CM/ECF system.

Dated: January 28, 2019

Mollie N. Canby, Paralegal
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111

**VIA EMAIL:**

Bid Notice Parties:

    Rob Riecker: rob.riecker@searshc.com

    Luke Valentino: luke.valentino@searshc.com

    Mohsin Meghji: mmeghji@miiipartners.com

    General Counsel: counsel@searshc.com

    Ray Schrock, Esq.: ray.schrock@weil.com

    Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com

    Garrett A. Fail, Esq.: garrett.fail@weil.com

    Sunny Singh, Esq.: sunny.singh@weil.com

    Ellen J. Odoner, Esq.: ellen.odoner@weil.com

    Gavin Westerman, Esq.: gavin.westerman@weil.com

    Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

    Kunal S. Kamlani: kunal@eslinvest.com

    Harold Talisman: harold@eslinvest.com

    Christopher E. Austin, Esq.: caustin@cgsh.com

    Benet J. O'Reilly, Esq.: boreilly@cgsh.com

    Sean A. O'Neal, Esq.: soneal@cgsh.com

Consultation Parties:

    Paul Leake, Esq.: paul.leake@skadden.com

    Shana Elberg, Esq.: shana.elberg@skadden.com

    George Howard, Esq.: george.howard@skadden.com

    Kevin J. Simard, Esq.: ksimard@choate.com

    Jonathan D. Marshall, Esq.: jmarshall@choate.com

    Ira S. Dizengoff, Esq.: idizengoff@akingump.com

    Philip C. Dublin, Esq.: pdublin@akingump.com

    Abid Qureshi, Esq.: aqureshi@akingump.com

    Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA OVERNIGHT DELIVERY:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601


Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn. Paul Schwartzberg

**VIA FIRST CLASS MAIL:**

Weil, Gotshal & Manges LLP
Ray C. Schrock
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
767 Fifth Avenue
New York, NY 10153


Transform Holdco, LLC
c/o ESL Partners, Inc.
Kunal S. Kamlani
Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154


Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179


Cleary Gottlieb Steen & Hamilton LLP
Christopher E. Austin
Benet J. O'Reilly
Sean A. O'Neal
One Liberty Plaza
New York, NY 10006


Akin Gump Strauss Hauer & Feld LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
Sara L. Brauner
One Bryant Park
New York, NY 10036