**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                                                          Chapter 11

**SEARS HOLDINGS CORPORATION,** *et al.,*              Case No. 18-23538 (RDD)

                         Debtors.                                                   (Jointly Administered)
----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bradley S. Shraiberg to be admitted, *pro hac vice,* to represent CompuCom Systems, Inc. (the "Client") in the above reference cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and the bar of the U.S. District Court for the Southern District of Florida, it is hereby

**ORDERED**, that Bradley S. Shraiberg, Esq. is admitted to practice, *pro hac vice,* in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York*,* provided that the filing fee has been paid.

Dated: January 28, 2019
          White Plains, New York

                                                                      /s/Robert D. Drain
                                                                      HONORABLE ROBERT D. DRAIN
                                                                      UNITED STATES BANKRUPTCY JUDGE

{1031/000/00431344}