**EXHIBIT "B"**

# Home Services Print Program
# Statement of Work
# 9/1/16 through 8/31/18 (2 years)
# HS service contract Control Package
# HS Certificate 2 page
# HS Certificate 4 page
# Home Improvement Control Package
# HS Service contract Inactives Package
# PNG #10 Package Monthly
# Water Filter Post Card
# Parts Direct Post Card

Home Services Print Program Statement of Work (this "**SOW**") is effective as of September 1, 2016, (the "**SOW Date**") between Sears Holdings Publishing Company, LLC ("**Company**") and The Core Organization, ("**Supplier**"). This SOW is incorporated as part of, and is governed by the terms and conditions of, that certain Master Print Agreement dated August 1, 2013 and Amendment #1 Dated September 1, 2016 between Supplier and Company (the "**Agreement**"). Except as modified by this SOW, all terms and conditions of the Agreement and Amendments remain in full force and effect. Capitalized terms not otherwise defined in this SOW have the meaning set forth in the Agreement.

### I. Statement of Work Application Overview:
Supplier will print and prepare for distribution for the following projects for **September 2016 – August** 2018 *HS service contract Control Package, HS Certificate 2 page, HS Certificate 4 page, Home Improvement Control Package, HS Service contract Inactives Package, PNG #10 Package Monthly, Water Filter Post Card, Parts Direct Post Card* for Sears, Roebuck and Co. (each an "**Event**").

### II. Frequency/Timing:
Based on schedules provided by the Company from time to time. Due to changing business conditions, the number and frequency of events is subject to change in Company's sole discretion.

**Specifications:**

### HS service contract Control Package

- *Printing -Outer Envelope – 4 1/8"x9"; 24# White Wove; Poly Window; 4/0 Letter/Enrollment – 8 ½" x 14" flat; 70# White Offset; 4/1;(one version)*
- Reply Envelope – 3 5/8" x 8 5/8"; 20# White Wove; 2/0
- Data Processing -, Minimum run -Laser set-up required-Reformat tape -Postal qualify -Select/append -Finalist – append carrier route, address standardization.
- Lettershop Personalization/Bindery/Lettershop –Full text laser imaging, trim and fold form, insert components, seal, sort, tie, bag and mail.

### HS Certificate 2 page
Certificate:
- Outer Envelope : #10 window envelope with pistol window die, 24# white wove , 1/0
- Certificate/Terms # 1 (2 page):8 1/2" x 14", folded to 3 1/2", 2 page ,six versions, 60# white offset ink-1/0 - -- Slit, trimmed and nest folded ----Slit, trimmed and nest folded.
- Brochure-8" x 7" Flat; 8" x 3 ½" Folded; 60# Gloss; 4/4

### HS Certificate 4 page
Certificate:
- Outer Envelope : #10 window envelope with pistol window die, 24# white wove,1/0
- Certificate/Terms # 2 (4 page):8 1/2" x 14", folded to 3 1/2", 2 page ,three versions, 60# white offset ink-1/0 -- Slit, trimmed and nest folded.
- Brochure-8" x 7" Flat; 8" x 3 ½" Folded; 60# Gloss; 4/4

**Home Improvement Control Package**
Printing :
- Outer Envelope (3 Versions: Exterior, Interior & Windows) –6" x 9 ½"; 24# Brown Craft - single poly windows; All plates change
- Form/BRC Card (3 Versions: Exterior, Interior & Windows) – 8 1/2" x 14"; 7pt. High Bulk; Perforation Card(L) ; All versions 4/4; All plates change insert (3 Versions: Exterior, Interior & Windows) – 8.5" x 5.5" f; 60# Gloss Text; All versions 4/4;All plates change.
- Data Processing -, Minimum run -Laser set-up required-Reformat tape -Postal qualify -Select/append - Finalist – append carrier route, address standardization.
- Letter shop   Personalization/Bindery/Letter shop –Full text laser imaging, trim and fold form, insert components, seal, sort, tie, bag and mail.

**HS Service contract Inactives Package** 125,000 every other Month
Printing :
- Outer Envelope - 4.125 x 9"; 24# White Wove; single Poly Window; 4/0
- Letter/Enrollment - 8 ½" x 14" flat; 70# White Offset; 4/1;  Full Horizontal Perf.
- Reply Envelope - 3.625 x 8 .625; 20# White Wove; 2/0
- Data Processing-- Minimum run , Laser set-up , Reformat tape , Postal qualify , Select/append , Finalist - append carrier route, address standardization.
- Lettershop-Personalization/Bindery/Lettershop Full text laser imaging, trim and fold form. insert components, seal, sort, tie, bag and mail.

**PNG #10 Package Monthly**
- Project Description: #10 Package – quantity 500,000 per drop
- Letter / BRC Card    8 ½" x 14" Flat; 18" x 14" Form; 7pt. Hi Bulk; 4/1 ,Perffed ,
- Outer Envelope- #10  4.125 x 9.5;  24# White Wove; Single Poly Window; 2/0    Static/Preprinted  laser Imaged later. Same creative 4 copy versions. Shell   -yes
- Brochure-8" x 7" Flat; 8" x 3 ½" Folded; 60# Gloss; 4/4

**Water Filter Post Card**
- Size : 5.5 x 8.5,  2 page,  Ink 4/4, Paper: 9pt gloss,  Quantity :350,000

**Parts Direct Post Card**
- Size :6 x 4.25,  2 page,  Ink 3/3, Paper: 9pt High Bulk, Quantity :50,000 Monthly

All of the above in accordance with OSHA Regs.

## IV.    Terms and Conditions specific to this Statement of Work:

Supplier shall sell and Customer agrees to purchase the Services set forth in this SOW on a non-exclusive basis.

**Pricing**: Company shall pay Supplier in accordance with the pricing set forth on Schedule A, attached hereto, and shall remain fixed for during Term.

### Customer Furnished Paper Accounting:

If paper consumption for an Event exceeds the tonnage allowances set forth Schedule A, Company shall, in its sole discretion, determine the source of the additional paper necessary to complete production of an Event.  If such overconsumption results from Company's action or inaction and Company purchases the additional paper from Supplier, Company shall pay Supplier a mutually agreed upon amount in accordance with the payments terms set forth in this SOW.  If such over consumption results from Supplier's action or inaction, Supplier shall reimburse Company for the amount of additional paper required to complete production of the Event at a value calculated as the latest month's RISI index value. If the paper grade or basis weight is not published in the RISI index, a mutually agreed upon formula will be applied to arrive at an equivalent RISI value.  Supplier shall account for paper consumption on an Event by Event basis and shall provide Company with monthly paper consumption reports. Supplier shall provide Company with

an annual paper consumption reports, such reports shall include all information reasonably requested by Company. Supplier shall pay to Company the net amount, if any, owed to Company for overconsumption at the end of the last Event of Company's fiscal year shall be paid no later than January 31st of 2014 for fiscal 2013, January 31st of 2015 for fiscal 2014 and September 31st of 2015 for work completed through August 2015.

**Indemnification:**
The parties will indemnify and hold harmless the other party, pursuant to Section 21 of the Agreement.

**Termination:** Termination of this SOW shall not automatically result in termination of the Agreement or any other Statement of Work. Company may terminate this SOW upon thirty (30) days written notice to Supplier.

**V. Invoicing:**
All invoices are sent via email as attachment to:
Sears Holdings Publishing Company, LLC
Attn: Kim Newman Kimberly.newman@searshomepro.com
1024 Florida Central Parkway
Longwood, FL 32750

Email copy to: Dave Rogers at droge32@searshc.com.

**VI. Payment Terms:** Company shall pay Supplier pursuant to Section 4 of the Agreement.

| The Core Organization | SEARS HOLDINGS PUBLISHING COMPANY, LLC |
|---|---|
| By: *Stephen Lumley* (DocuSigned, 8841029DF2F4432...) | By: *John Baetz* (DocuSigned, B601EDCF656F4F7...) |
| Name: Stephen Lumley | Name: John Baetz |
| Title: President/CEO | Title: President |

# Schedule A

## Sears Holdings Fuel Surcharge Matrix

| DOE National Diesel Average | | | FS % |
|---|---|---|---|
| $1.30 | to | $1.40 | -8.00% |
| $1.40 | to | $1.50 | -7.00% |
| $1.50 | to | $1.60 | -6.00% |
| $1.60 | to | $1.70 | -5.00% |
| $1.70 | to | $1.80 | -4.00% |
| $1.80 | to | $1.90 | -3.00% |
| $1.90 | to | $2.00 | -2.00% |
| $2.00 | to | $2.10 | -1.00% |
| $2.10 | to | $2.20 | 0.00% |
| $2.20 | to | $2.30 | 1.00% |
| $2.30 | to | $2.40 | 2.00% |
| $2.40 | to | $2.50 | 3.00% |
| $2.50 | to | $2.60 | 4.00% |
| $2.60 | to | $2.70 | 5.00% |
| $2.70 | to | $2.80 | 6.00% |
| $2.80 | to | $2.90 | 7.00% |
| $2.90 | to | $3.00 | 8.00% |

The Fuel Surcharge is calculated at the time of shipping and is based on the U's National average price of Diesel fuel as provided by the Department Of Energy each Monday. This data can be accessed on the internet at www.doe.gov
**The Fuel Surcharge will Increase or decrease 1.0% for every 10-cent increments above and below $2.10 in the Matrix

5/24/16

HS service contract Control Package

I. **Printing** - Outer Envelope – 4 1/8"x9"; 24# White Wove; Poly Window; 4/0
Letter/Enrollment – 8 ½" x 14" flat; 70# White Offset; 4/1;(one version)    Reply Envelope – 3 5/8" x 8 5/8"; 20# White Wove; 2/0    II. **Data**
Processing -, Minimum run -Laser set-up required-Reformat tape -Postal qualify -Select/append -Finalist – append carrier route, address standardization
III.    Lettershop    Personalization/Bindery/Lettershop –Full text

| Quantity range | 500/m&1000/ | 500/m & 1000/ CORE | Quantity range | | 1,000,000-1500000 | | 1500001-2000000 | Quantity range | | 2000001-2500000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | per/m | Actual | | per/m | Actual | per/m | Actual | | per/m | Actual |
| **Printing** | | USE THIS | **Printing** | | USE THIS | | USE THIS | **Printing** | | USE THIS |
| Outer envelope | | 9.59 | Outer | | 9.59 | | 8.87 | Outer | | 8.84 |
| Letter/Enrollment | | 7.59 | Letter/Enrol | | 7.59 | | 6.98 | Letter/Enrol | | 6.93 |
| BRE | | 5.59 | BRE | | 5.59 | | 4.88 | Reply | | 4.87 |
| | | | | | | | | | | |
| Paper cost | | 19.59 | Paper cost | 18.9 | 19.59 | | 18.87 | Paper cost | | 18.47 |
| Paper lbs. required | 500/m:24000 | | Paper lbs. | 1000/m:47100 | | 1500/m:6985 | | Paper lbs. | 89350# | |
| Data Processing | | 0.75 | Data | | 0.75 | | 0.75 | Data | | 0.75 |
| Minium run @$ per version | | | Minium run | | | | | Minium run | | |
| Laser setup-INCLUDED | | | Laser setup- | | | | | Laser setup- | | |
| reformat tape | | 0.5 | reformat | | 0.5 | | 0.5 | reformat | | 0.5 |
| Postal qualify | | 0.75 | Postal | | 0.75 | | 0.75 | Postal | | 0.75 |
| select / append | | 0.75 | select / | | 0.75 | | 0.75 | select / | | 0.75 |
| Finalist-append carrier rout address | | 0.75 | Finalist- | | 0.75 | | 0.75 | Finalist- | | 0.75 |
| 1/4 fold wafer seal | 0 | | 1/4 fold | | | | | 1/4 fold | | |
| Lable/Handling/insert | 0 | | Lable/Handl | | | | | Lable/Handl | | |
| File sortation/list prep | 0 | 2 | File | | 2 | | 2 | File | | 2 |
| | | | | | | | | | | |
| **Letter shop** | | | **Letter** | | | | | **Letter** | | |
| Personalization/Bindery/Lettershop | | 22 | Personaliza | | 22 | | 22 | Personaliza | | 20 |
| | | | | | | | | | | |
| Non bar code and Carrier route sort | | | Non bar | | | | | Non bar | | |
| Full service IMB for std class @ | | | Full service | | | | | Full service | | |
| | | | | | | | | | | |
| Total | | 69.97 | Total | | 69.97 | | 67.1 | Total | | 64.61 |
| CPP | | $0.069 | CPP | | $0.069 | | $0.067 | CPP | | $0.064 |
| | | | | | | | | | | |
| BMC frieght | | 10 | BMC frieght | | 10 | | 10 | BMC frieght | | 10 |
| est posatage* | | 215 | est posatage* | | 215 | | 213 | est posatage* | | 212 |
| | | | | | | | | | | |
| total prnt,Frgt,and postage | | 294.97 | total prnt,Frgt,and postage | | 294.97 | | 290.1 | total prnt,Frgt,and post | | 286.61 |
| CPP | | $0.29 | CPP | | $0.29 | | $0.29 | CPP | | $0.28 |
| CPM | | 294.97 | CPM | | 294.97 | | 290.1 | CPM | | 286.61 |

NO versions charges, minimums, or set up charges
FREE GRAPHIC ALTERATIONS
*ACTUAL POSTAGE WILL BE BILLED
SOT Tax of 3.75% on all print material is additional and not included.

## Printing Plant Information

| | | |
|---|---|---|
| Please list the proposed plant and location for each format you are quoting on. | Comments: | CORE |
| Please list the total capacity of each plant listed above. | Comments: | 2,000,000/day |
| Please list open capacity of each plant listed above. | Comments: | 60% |
| Please attach an equipement list for each plant listed above. | Comments: | See Attached |

HS Certificate 2 page

### Certificate

**Outer Envelope**: #10 window envelope with pistol window die, 24# white wove, 1/0

**Certificate/Terms # 1 (2 page)**: 8 1/2" x 14", folded to 3 1/2", 2 page, six versions, 60# white offset ink-1/0 --- Slit, trimmed and nest folded ----Slit, trimmed and nest folded.

**Brochure**- 8" x 7" Flat; 8" x 3 ½" Folded; 60# Gloss; 4/4



| Quantity range | | 100,000 | 200,000 | | 200,000 | 300,000 | | 300,000 | 400,000 | | 400,000 | 500,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | per/m | CORE | | per/m | CORE | | per/m | CORE | | per/m | CORE | |
| **Printing** | | | | | | | | | | | | |
| Outer envelope | 17.67 | $18 | | 15.39 | $15 | | 12.6 | $13 | | 11.75 | $12 | |
| Certificate/Terms # 1 (2 page) | 25 | $25 | | 20 | $20 | | 16.68 | $17 | | 14.8 | $15 | |
| Brochure- | 9.85 | $10 | | 6.65 | $7 | | 4.67 | $5 | | 4.08 | $4 | |
| Paper cost | | $30 | | | $27 | | | $26 | | | $26 | |
| Paper lbs. required | 7,067lbs | | 12,873lbs | 12873# | | 18672lbs | 18672# | | 24738lbs | 24738# | | 30347lbs |
| Data Processing | | 1.5 | | | 1 | | | 0.75 | | | 0.75 | |
| Minium run @$300 per version | | | | | | | | | | | | |
| Laser setup- $450/version | | | | | | | | | | | | |
| reformat tape | | 0.5 | | | 0.5 | | | 0.5 | | | 0.5 | |
| Postal qualify | | 1.5 | | | 1 | | | 0.75 | | | 0.75 | |
| select / append | | 1.5 | | | 1 | | | 0.75 | | | 0.75 | |
| Finalist-append carrier rout | | 1.5 | | | 1 | | | 0.75 | | | 0.75 | |
| 1/4 fold wafer seal | | 0 | | | 0 | | | 0 | | | 0 | |
| Lable/Handling/insert | | 0 | | | 0 | | | 0 | | | 0 | |
| File sortation/list prep | | 1.5 | | | 1 | | | 0.75 | | | 0.75 | |
| **Letter shop** | | | | | | | | | | | | |
| Personalization/Bindery/Letters | | 38 | | | 38 | | | 31 | | | 31 | |
| Non bar code and Carrier route | | 0 | | | 0 | | | 0 | | | 0 | |
| Full service IMB for std class @ | | 0 | | | 0 | | | 0 | | | 0 | |
| Total | | $128 | | | $113 | | | $95 | | | $92 | |
| CPP | | $0.128 | | | $0.113 | | | $0.095 | | | $0.092 | |
| BMC frieght | | $10 | | | $10 | | | $10 | | | $10 | |
| est posatage* | | $230 | | | $225 | | | $220 | | | $215 | |
| total prnt,Frgt,and postage | | $368 | | | $348 | | | $325 | | | $317 | |
| CPP | | $0.36 | | | $0.34 | | | $0.32 | | | $0.31 | |
| CPM | | $368.00 | | | $348.00 | | | $325.00 | | | $317.00 | |

SOT Tax 3.75% on all print material
*ACTUAL POSTAGE WILL BE BILLED
FREE GRAPHIC ALTERATIONS

## Printing Plant Information

Please list the proposed plant and location for each format you are quoting on.

Comments: CORE

Please list the total capacity of each plant listed above.

Comments: 2,000,000/day

Please list open capacity of each plant listed above.

Comments: 60%

Please attach an equipement list for each plant listed above.

Comments: See Attached

HS Certificate 4 page

## Certificate

**Outer Envelope**: #10 window envelope with pistol window die, 24# whitewove, 1/0
**Certificate/Terms # 2 (4 page)**: 8 1/2" x 14", folded to 3 1/2", 2 page, three versions, 60# white offset ink-1/0 --- Slit, trimmed and nest folded ---- Slit, trimmed and nest folded.
**Brochure**- 8" x 7" Flat; 8" x 3 ½" Folded; 60# Gloss; 4/4

| Quantity range | | 100,000 | 200,000 | | 200,000 | 300,000 | | 300,000 | 400,000 | | 400,000 | 500,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | per/m | CORE | | per/m | CORE | | per/m | CORE | | per/m | CORE | |
| **Printing** | | | | | | | | | | | | |
| Outer envelope | 15.67 | $16 | | 13.39 | $13 | | 11.6 | $12 | | 10.75 | $11 | |
| Certificate/Terms #1 (2 page) | 15.12 | $15 | | 12.14 | $12 | | 11.14 | $11 | | 10.64 | $11 | |
| Brochure- | 8.85 | $9 | | 5.65 | $6 | | 4.67 | $5 | | 4.08 | $4 | |
| Paper cost | 28.77 | $29 | | 28 | $28 | | 25.89 | $26 | | 25.59 | $26 | |
| Paper lbs. required | 10517# | | 19848# | 19848# | | 29122 | 29122# | | 38488# | 38488# | | 47597# |
| Data Processing | | 1.5 | | | 1 | | | 0.75 | | | 0.75 | |
| Minium run @$300 per version | | | | | | | | | | | | |
| Laser setup- $450/version | | | | | | | | | | | | |
| reformat tape | | 0.5 | | | 0.5 | | | 0.5 | | | 0.5 | |
| Postal qualify | | 1.5 | | | 1 | | | 1 | | | 1 | |
| select / append | | 1.5 | | | 1 | | | 1 | | | 1 | |
| Finalist-append carrier rout | | 1.5 | | | 1 | | | 1 | | | 1 | |
| 1/4 fold wafer seal | | 0 | | | 0 | | | 0 | | | 0 | |
| Lable/Handling/insert | | 0 | | | 0 | | | 0 | | | 0 | |
| File sortation/list prep | | 1.5 | | | 1 | | | 1 | | | 1 | |
| **Letter shop** | | | | | | | | | | | | |
| Personalization/Bindery/Letter | | 50 | | | 50 | | | 46 | | | 46 | |
| Non bar code and Carrier route | | 0 | | | 0 | | | 0 | | | 0 | |
| Full service IMB for std class @ | | 0 | | | 0 | | | 0 | | | 0 | |
| Total | | $126 | | | $115 | | | $105 | | | $102 | |
| CPP | | $0.126 | | | $0.110 | | | $0.104 | | | $0.102 | |
| BMC frieght | | $10 | | | $10 | | | $10 | | | $10 | |
| est posatage* | | $240 | | | $230 | | | $225 | | | $215 | |
| total prnt,Frgt,and postage | | $376 | | | $355 | | | $340 | | | $327 | |
| CPP | | $0.38 | | | $0.35 | | | $0.34 | | | $0.33 | |
| CPM | | $376.00 | | | $355.00 | | | $340.00 | | | $327.00 | |

SOT Tax 3.75% on all print material
*ACTUAL POSTAGE WILL BE BILLED
FREE GRAPHIC ALTERATIONS

## Printing Plant Information

Please list the proposed plant and location for each format you are quoting on.

Comments: CORE

Please list the total capacity of each plant listed above.

Comments: 2,000,000/day

Please list open capacity of each plant listed above.

Comments: 60%

Please attach an equipement list for each plant listed above.

Comments: See Attached

## HS Service contract Inactives Package 125,000 every other Month

**I. Printing**
1) Outer Envelope - 4.125 x 9"; 24# White Wove; single Poly Window; 4/0
2) Letter/Enrollment - 8 ½" x 14" flat; 70# White Offset; 4/1; Full Horizontal Perf.
3) Reply Envelope - 3.625 x 8.625; 20# White Wove; 2/0

**II. Data Processing** -- Minimum run, Laser set-up, Reformat tape, Postal qualify, Select/append, Finalist - append carrier route, address standardization.

**III. Lettershop** - Personalization/Bindery/Lettershop Full text laser imaging, trim and fold form. insert

| Quantity range | | 500/m &1000/ | | 1000001-1500000 | | 1,500,001-2000000 | | 2,000,001 | 2000001-2500000 |
|---|---|---|---|---|---|---|---|---|---|
| | | CORE | | CORE | | CORE | | | CORE |
| | per/m | Actual USE THIS | per/m | Actual USE THIS | per/m | Actual USE THIS | per/m | CORE | Actual USE THIS |
| **Printing** | | | | | | | | | |
| Outer envelope | | 9.59 | | 9.59 | | 8.87 | | | 8.84 |
| Letter/Enrollment | | 7.59 | | 7.59 | | 6.98 | | | 6.93 |
| BRE | | 5.59 | | 5.59 | | 4.88 | | | 4.87 |
| Paper cost | | 19.59 | 18.9 | 19.59 | | 18.87 | | | 18.47 |
| Paper lbs. required | 500/m:24000 | | 1000/m:47100 | | 1500/m:6985 | | 89350# | | |
| Data Processing | | 0.75 | | 0.75 | | 0.75 | | | 0.75 |
| Minium run @$ per | | | | | | | | | |
| Laser setup-INCLUDED | | | | | | | | | |
| reformat tape | | 0.5 | | 0.5 | | 0.5 | | | 0.5 |
| Postal qualify | | 0.75 | | 0.75 | | 0.75 | | | 0.75 |
| select / append | | 0.75 | | 0.75 | | 0.75 | | | 0.75 |
| Finalist-append carrier | | 0.75 | | 0.75 | | 0.75 | | | 0.75 |
| 1/4 fold wafer seal | 0 | | | | | | | | |
| Lable/Handling/insert | 0 | | | | | | | | |
| File sortation/list prep | 0 | 2 | | 2 | | 2 | | | 2 |
| **Letter shop** | | | | | | | | | |
| Personalization/Bindery/ | | 22 | | 22 | | 22 | | | 20 |
| Non bar code and Carrier | | | | | | | | | |
| Full service IMB for std | | | | | | | | | |
| Total | | 69.97 | | 69.97 | | 67.1 | | | 64.61 |
| CPP | | $0.069 | | $0.069 | | $0.067 | | | $0.064 |
| BMC frieght | | 10 | | 10 | | 10 | | | 10 |
| est posatage* | | 215 | | 215 | | 213 | | | 212 |
| total prnt,Frgt,and postage | | 294.97 | | 294.97 | | 290.1 | | | 286.61 |
| CPP | | $0.29 | | $0.29 | | $0.29 | | | $0.28 |
| CPM | | 294.97 | | 294.97 | | 290.1 | | | 286.61 |

NO versions charges, minimums, or set up charges
FREE GRAPHIC ALTERATIONS
*ACTUAL POSTAGE WILL BE BILLED
SOT Tax of 3.75% on all print material is additional and not included.

### Printing Plant Inform

| | Comments: |
|---|---|
| Please list the proposed plant and location for each format you are quoting on. | CORE |
| Please list the total capacity of each plant listed above. | 2,000,000/day |
| Please list open capacity of each plant listed above. | 60% |
| Please attach an equipement list for each plant listed above. | See Attached |

Home Improvement Control Package

**I. Printing :**
**Outer Envelope** (3 Versions: Exterior, Interior & Windows) –6" x 9 ½";
24# Brown Craft - single poly windows; All plates change
**Form/BRC Card** (3 Versions: Exterior, Interior & Windows) – 8 1/2" x 14";
7pt. High Bulk; Perforation Card(L) ; All versions 4/4; All plates change
**Insert** (3 Versions: Exterior, Interior & Windows) – 8.5" x 5.5" f; 60# Gloss
Text; All versions 4/4;All plates change
**II. Data Processing -**, Minimum run -Laser set-up required–Reformat
tape -Postal qualify -Select/append -Finalist – append carrier route,
address standardization
**III. Lettershop Personalization/Bindery/Lettershop** –Full text laser
imaging, trim and fold form, insert components, seal, sort, tie, bag and
mail.

| Quantity range | | 500000-1000000 | | 1000001-1500000 | | 1500001-2000000 | | 2000001-2500000 | | 2500001-3000000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | CORE per/m | CORE Actual | CORE per/m | CORE Actual | CORE per/m | CORE Actual | CORE per/m | CORE Actual | CORE per/m | CORE Actual |
| **Printing** | | USE THIS | | USE THIS | | USE THIS | | USE THIS | | USE THIS |
| Outer envelope | | 11.01 | | 10.04 | | 10.07 | | 9.01 | | 9.01 |
| Form/BRC Card | | 11.01 | | 11.05 | | 9.23 | | 9.01 | | 8.02 |
| BRC Cards | | | | | | | | | | |
| Brochure | | 4.08 | | 4.06 | | 4.52 | | 3.05 | | 2.08 |
| Paper cost | | 27.47 | | 26.7 | | 25.95 | | 25.84 | | 25.76 |
| Paper lbs. required | 26979# | | 50381# | | 73527# | | 96885 | | 121826# | |
| Data Processing | | | | | | | | | | |
| Minium run @$300 per version | | | | | | | | | | |
| Laser setup- $450/version | | | | | | | | | | |
| reformat tape | | 0.5 | | 0.5 | | 0.5 | | 0.5 | | 0.5 |
| Postal qualify | | 0.75 | | 0.75 | | 0.75 | | 0.75 | | 0.75 |
| select / append | | 0.75 | | 0.75 | | 0.75 | | 0.75 | | 0.75 |
| Finalist-append carrier rout address standardization | | 0.75 | | 0.75 | | 0.75 | | 0.75 | | 0.75 |
| 1/4 fold wafer seal | | | | | | | | | | |
| Lable/Handling/insert | | | | | | | | | | |
| File sortation/list prep | | 0.75 | | 0.75 | | 0.75 | | 0.75 | | 0.75 |
| **Letter shop** | | | | | | | | | | |
| Personalization/Bindery/Lettershop | | 19.25 | | 19.25 | | 19.25 | | 18.25 | | 18 |
| Non bar code and Carrier route sort additional | | | | | | | | | | |
| Full service IMB for std class @ | | | | | | | | | | |
| Total | | 76.32 | | 74.6 | | 72.52 | | 68.7 | | 66.37 |
| CPP | | $0.076 | | $0.074 | | $0.072 | | $0.068 | | $0.066 |
| | | | | | | | | | | |
| BMC frieght | | 10 | | 10 | | 10 | | 10 | | |
| est posatage* | | 213 | | 213 | | 213 | | 210 | | |
| | | | | | | | | | | |
| total prnt,Frgt,and postage | | 299.32 | | 297.6 | | 295.52 | | 288.7 | | 286.37 |
| CPP | | 0.299 | | 0.297 | | 0.295 | | 0.288 | | 0.286 |
| CPM | | 299.32 | | 297.6 | | 295.52 | | 288.7 | | 286.37 |

SOT Tax 3.75% on all print material is additional and not included.
*ACTUAL POSTAGE WILL BE BILLED
FREE GRAPHIC ALTERATIONS

## Printing Plant Information

| | Comments: | |
|---|---|---|
| Please list the proposed plant and location for each format you are quoting on. | | CORE |
| Please list the total capacity of each plant listed above. | Comments: | 2,000,000/day |
| Please list open capacity of each plant listed above. | Comments: | 60% |
| Please attach an equipement list for each plant listed above. | Comments: | See Attached |

## PNG #10 Package Monthly

Project Description: #10 Package – quantity 500,000 per drop
**Outer Envelope-** #10 4.125 x 9.5; 24# White Wove; Single Poly Window; 2/0   Static/Preprinted
**Letter / BRC Card**   8 ½" x 14" Flat; 18" x 14" Form; 7pt. Hi Bulk; 4/1 ,Perffed , Preprinted, laser Imaged later.
Same creative 4 copy versions. Shell  -yes

| Quantity range | 1000/1500/m | 1500/2000/m | 2000/2500/m |
|---|---|---|---|
|  | CORE | CORE | CORE |
|  | ACTUAL | ACTUAL | ACTUAL |
| **Printing** | USE THIS | USE THIS | USE THIS |
| Outer envelope | 7.99 | 7.98 | 7.47 |
| Letter/BRE Card | 8.15 | 7.45 | 5.44 |
| Brochure | 3.98 | 3.86 | 3.69 |
| paper cost | 23.05 | 22.05 | 21.19 |
| Data Processing | 0.75 | 0.75 | 0.75 |
| Minium run @$300 per version |  |  |  |
| Laser setup- $450/version |  |  |  |
| reformat tape | 0.5 | 0.5 | 0.5 |
| Postal qualify | 0.75 | 0.75 | 0.75 |
| select / append | 0.75 | 0.75 | 0.75 |
| Finalist-append carrier rout address | 0.75 | 0.75 | 0.75 |
| 1/4 fold wafer seal |  |  |  |
| Lable/Handling/insert |  |  |  |
| File sortation/list prep | 0.75 | 0.75 | 0.75 |
| **Letter shop** |  |  |  |
| Personalization/Bindery/Lettershop | 19 | 19 | 19 |
| Non bar code and Carrier route sort |  |  |  |
| Full service IMB for std class @ |  |  |  |
| Total | $66.42 | $64.59 | $61.04 |
| CPP | $0.066 | $0.064 | $0.610 |
|  |  |  |  |
| BMC frieght | 10 | 10 | 10 |
| est posatage* | 212 | 212 | 210 |
|  |  |  |  |
| total prnt,Frgt,and postage | 288.42 | $286.59 | 281.04 |
| CPP | $0.29 | $0.28 | $0.28 |
| CPM | $288.42 | $286.59 | $281.04 |

SOT Tax of 3.75% on all print material is additional and not included
*ACTUAL POSTAGE WILL BE BILLED
FREE GRAPHIC ALTERATIONS

**Printing Plant Information**

Please list the proposed plant and location for each format you are quoting on.   Comments: CORE

Please list the total capacity of each plant listed above.   Comments: 2,000,000/day

Please list open capacity of each plant listed above.   Comments: 60%

Please attach an equipement list for each plant listed above.   Comments: See Attached

## Water Filter Post Card

Size : 5.5 x 8.5, 2 page, Ink 4/4, Paper: 9pt gloss        Quantity :350,000

| Quantity | 300,000 | 500,000 | 500,000 | 1,000,000 | 1000/m | 1,500,000 | 1500/m | 2,000,000 |
|---|---|---|---|---|---|---|---|---|
| | 9pt Gloss | | 9pt Gloss | | 9pt Gloss | | 9pt Gloss | |
| | per/m | | per/m | | per/m | | per/m | |
| **Printing** | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL |
| postcard | 5.17 | 3.57 | 3.57 | 3.57 | 3.57 | 3.31 | 3.31 | 3.19 |
| paper | 18 | 14.01 | 14.01 | 12.85 | 12.85 | 12.07 | 12.07 | 11.54 |
| Data Processing | | | | | | | | |
| Minium run @$300 per version | | | | | | | | |
| Laser setup $450/Version | | | | | | | | |
| reformat tape | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Postal qualify | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| select / append | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Finalist-append carrier rout address standardization | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| 1/4 fold wafer seal | | | | | | | | |
| Lable/Handling/insert | | | | | | | | |
| File sortation/list prep | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| **Letter shop** | | | | | | | | |
| Personalization/Bindery/Lettershop | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 | 7.25 |
| Non bar code and Carrier route sort additional | | | | | | | | |
| Full service IMB for std class @ | | | | | | | | |
| Total | 33.92 | $28.33 | $28.33 | $27.17 | $27.17 | $26.13 | $26.13 | $25.48 |
| CPP | $0.033 | $0.028 | $0.028 | $0.270 | $0.270 | $0.260 | $0.260 | $0.250 |
| | | | | | | | | |
| BMC frieght | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| est posatage* | 220 | 215 | 215 | 215 | 215 | 213 | 213 | 211 |
| | | | | | | | | |
| total prnt,Frgt,and postage | $263.92 | $253.33 | $253.33 | $252.17 | $252.17 | $249.13 | $249.13 | $246.48 |
| CPP | $0.26 | 0.253 | 0.253 | $0.25 | | $0.24 | $0.24 | $0.24 |
| CPM | $263.92 | $253.33 | $253.33 | $252.17 | | $249.13 | | $246.48 |

FREE GRAPHIC ALTERATIONS
SOT Tax of 3.75% on all print material is additional and not included.
*ACTUAL POSTAGE WILL BE BILLED

## Printing Plant Information

Please list the proposed plant and location for each format you are quoting on.    | Comments: |
                                                                                    |    CORE   |

Please list the total capacity of each plant listed above.    | Comments: |

Please list open capacity of each plant listed above.    | Comments: |

Please attach an equipement list for each plant listed above.    | Comments: |
                                                                  |  See Attached |

## Parts Direct Post Card

Size: 6 x 4.25, 2 page, Ink 3/3, Paper: 9pt High Bulk    Quantity: 50,000 Monthly

| Quantity | 25,000 | 200,000 | 200,000 | 500,000 | 500,000 | 750,000 | 750,000 | 1,000,000 |
|---|---|---|---|---|---|---|---|---|
|  | 9pt Gloss | | 9pt Gloss | | 9pt Gloss | | 9pt Gloss | |
|  | per/m | | per/m | | per/m | | per/m | |
| **Printing** | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL |
| postcard | 22.69 | 7.06 | 7.06 | 4.95 | 4.95 | 3.88 | 3.88 | 3.88 |
| paper | 7.88 | 6.83 | 6.83 | 6.26 | 6.26 | 4 | 4 | 4 |
| Data Processing | | | | | | | | |
| Minium run @$300 per version | | | | | | | | |
| Laser setup- $450/version | | | | | | | | |
| reformat tape | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Postal qualify | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| select / append | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Finalist-append carrier rout address standardization | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| 1/4 fold wafer seal | | | | | | | | |
| Lable/Handling/insert | | | | | | | | |
| File sortation/list prep | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| **Letter shop** | | | | | | | | |
| Personalization/Bindery/Lettershop | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Non bar code and Carrier route sort additional | | | | | | | | |
| Full service IMB for std class @ | | | | | | | | |
| Total | $42.07 | $25.39 | $25.39 | $22.71 | $22.71 | $19.38 | $19.38 | $19.38 |
| CPP | $0.042 | $0.250 | $0.250 | $0.022 | $0.022 | $0.019 | $0.019 | $0.019 |
| BMC frieght | | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| est posatage* | 240 | 220 | 220 | 215 | 215 | 213 | 213 | 213 |
| total prnt, Frgt, and postage | $282.07 | $255.39 | $255.39 | $247.71 | $247.71 | $242.38 | $242.38 | $242.38 |
| CPP | $0.28 | $0.25 | $0.25 | 0.248 | 0.248 | 0.24 | 0.24 | 0.24 |
| CPM | $282.07 | $255.39 | $255.39 | $247.71 | $247.71 | $242.38 | $242.38 | $242.38 |

FREE GRAPHIC ALTERATIONS
SOT Tax of 3.75% on all print material is additional and not included.
*ACTUAL POSTAGE WILL BE BILLED

### Printing Plant Information

Please list the proposed plant and location for each format you are quoting on.    Comments: CORE

Please list the total capacity of each plant listed above.    Comments:

Please list open capacity of each plant listed above.    Comments:

Please attach an equipement list for each plant listed above.    Comments: See Attached

FREE CREATIVE
CORE will provide four (4) FREE creative layouts per year [one (1) layout per quarter]. These layouts can be developed in any area of Sears' choosing.
FREE GRAPHICS
CORE will provide 100 hours of FREE graphics services per calendar year. This covers (up to 100 hours) any graphics changes required by Sears or its legal/compliance department.
FREE STORAGE
CORE will store all Sears components for FREE.



## Certificate Of Completion

Envelope Id: AAFFA9E5B9B24E98A4C2D71E048AB269                                    Status: Completed
Subject: The Core Organization - CW2321178 - SOW
Source Envelope:
Document Pages: 12                          Signatures: 2                        Envelope Originator:
Supplemental Document Pages: 0              Initials: 0                          Sears - Contract Management - P
Certificate Pages: 2
AutoNav: Enabled                                                                 3333 Beverly Rd.
EnvelopeId Stamping: Enabled                Payments: 0                          Hoffman Estates, IL 60179
Time Zone: (UTC-06:00) Central Time (US &                                        pitchaimani.marimuthu@searshc.com
Canada)                                                                          IP Address: 203.91.192.5

## Record Tracking

Status: Original                            Holder: Sears - Contract Management - P      Location: DocuSign
       2/16/2017 2:23:23 PM                         pitchaimani.marimuthu@searshc.com

## Signer Events | Signature | Timestamp

Stephen Lumley                              *DocuSigned by: Stephen Lumley*      Sent: 2/16/2017 2:30:19 PM
slumley@coreorg.com                         ——6841029DF2F4432...                 Resent: 2/17/2017 8:44:12 AM
President/CEO                                                                    Viewed: 2/17/2017 9:10:09 AM
Security Level: Email, Account Authentication                                    Signed: 2/17/2017 9:10:38 AM
(None)                                      Using IP Address: 208.46.243.34
                                            Signed using mobile

Electronic Record and Signature Disclosure:
   Not Offered via DocuSign
   ID:

John Baetz                                  *DocuSigned by: John Baetz*          Sent: 2/17/2017 9:10:38 AM
John.Baetz@searshc.com                      ——B801EDCF656F4F7...                 Viewed: 2/17/2017 9:30:26 AM
President                                                                        Signed: 2/17/2017 9:30:42 AM
Security Level: Email, Account Authentication
(None)                                      Using IP Address: 166.76.0.1

Electronic Record and Signature Disclosure:
   Not Offered via DocuSign
   ID:

## In Person Signer Events | Signature | Timestamp

## Editor Delivery Events | Status | Timestamp

## Agent Delivery Events | Status | Timestamp

## Intermediary Delivery Events | Status | Timestamp

## Certified Delivery Events | Status | Timestamp

## Carbon Copy Events | Status | Timestamp

David Rogers                                **COPIED**                           Sent: 2/17/2017 9:30:43 AM
David.J.Rogers@searshc.com                                                       Viewed: 2/17/2017 9:40:10 AM
Security Level: Email, Account Authentication
(None)

Electronic Record and Signature Disclosure:
   Not Offered via DocuSign
   ID:

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Procurement Savings Team<br>ProcurementSavings@searshc.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | COPIED | Sent: 2/17/2017 9:30:42 AM |
| SHC Contract Management<br>shccontractmgmt@searshc.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | COPIED | Sent: 2/17/2017 9:30:43 AM<br>Viewed: 2/20/2017 12:28:48 AM |

| Notary Events | | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/17/2017 9:30:43 AM |
| Certified Delivered | Security Checked | 2/17/2017 9:30:43 AM |
| Signing Complete | Security Checked | 2/17/2017 9:30:43 AM |
| Completed | Security Checked | 2/17/2017 9:30:43 AM |

| Payment Events | Status | Timestamps |
|---|---|---|