EXHIBIT "C"

# THE CORE ORGANIZATION, LLC.

## Statement

Sears SHIPS
PO Box 2217
Omaha, NE 68103-217

Account No.: SEARS
Statement Date: 01/25/19

| Invoice: | Date: | Payment Terms: | PO#: | Invoice Total: | Balance Due: |
|---|---|---|---|---|---|
| 28066 | 05/28/14 | Net 30\2% Int. after | | $6,834.65 | $-0.20 |
| | Job: 6673 - May 2014 Refinance Fulfillment | | | | |
| 29356 | 02/07/17 | Net 30\2% Int. after | | $14,776.60 | $20.00 |
| | Job: 7749 - February 2017 Water Filter Postcard Fulfillment | | | | |
| 29679 | 08/31/17 | Net 30\2% Int. after | | $11,566.67 | $11,566.67 |
| | Job: 8006 - September 2017 Water Filter Postcard Reprint & Fulfillment | | | | |
| 29705 | 09/25/17 | Net 30\2% Int. after | | $13,314.65 | $13,314.65 |
| | Job: 8065 - Q4 2017 Water Filter Postcard Print | | | | |
| 29733 | 09/29/17 | Net 30\2% Int. after | | $12,375.81 | $12,375.81 |
| | Job: 8033 - October 2017 Water Filter Postcard Fulfillment | | | | |
| 29800 | 11/27/17 | Net 30\2% Int. after | | $136,391.53 | $-0.02 |
| | Job: 8128 - December 2017 Tool Tech Brochure Print and Fulfillment | | | | |
| 29834 | 12/22/17 | Net 30\2% Int. after | | $8,703.55 | $8,703.55 |
| | Job: 8147 - December 2017 Certificate Fulfillment | | | | |
| 29835 | 12/22/17 | Net 30\2% Int. after | | $90,430.87 | $90,430.87 |
| | Job: 8154 - December 2017 Service Contract Fulfillment | | | | |
| 30112 | 06/19/18 | Net 30\2% Int. after | | $11,866.43 | $11,866.43 |
| | Job: 8424 - July 2018 Water Filter Postcard Fulfillment | | | | |
| 30148 | 06/30/18 | Net 30\2% Int. after | | $8,565.00 | $8,565.00 |
| | Job: 8423 - June 2018 Certificate Fulfillment | | | | |
| 30149 | 06/30/18 | Net 30\2% Int. after | | $14,271.37 | $14,271.37 |
| | Job: 8486 - June 2018 Inactives Fulfillment | | | | |
| 30166 | 07/18/18 | Net 30\2% Int. after | | $20,561.15 | $-10,000.00 |
| | Job: 8401 - June 2018 HWP Welcome Kit Print & Fulfillment | | | | |
| 30197 | 07/31/18 | Net 30\2% Int. after | | $2,324.00 | $2,324.00 |
| | Job: 8506 - August 2018 Certificate Control & Test Insert Print | | | | |
| 30201 | 07/31/18 | Net 30\2% Int. after | | $6,936.13 | $6,936.13 |
| | Job: 8467 - July 2018 Certificate Fulfillment | | | | |
| 30202 | 07/31/18 | Net 30\2% Int. after | | $66,972.59 | $66,972.59 |
| | Job: 8464 - July 2018 Service Contract Fulfillment | | | | |
| 30209 | 07/31/18 | Net 30\2% Int. after | | $21,944.49 | $21,944.49 |
| | Job: 8499 - August 2018 PA Brochure Print and Ship | | | | |
| 30168 | 08/01/18 | Net 30\2% Int. after | | $3,666.18 | $3,666.18 |
| | Job: 8498 - August 2018 Wally Tear Pads Print and Ship | | | | |
| 30216 | 08/09/18 | Net 30\2% Int. after | | $10,826.91 | $10,826.91 |
| | Job: 8519 - September 2018 Water Filter Postcard Fulfillment | | | | |



**THE CORE ORGANIZATION, LLC.**

# Statement

Sears SHIPS
PO Box 2217
Omaha, NE 68103-217

Account No.: SEARS
Statement Date: 01/25/19

| Invoice: | Date: | Payment Terms: | PO#: | Invoice Total: | Balance Due: |
|---|---|---|---|---|---|
| 30233 | 08/31/18 | Net 30\2% Int. after | | $6,980.33 | $6,980.33 |
| | Job: 8518 - August 2018 Certificate Fulfillment | | | | |
| 30234 | 08/31/18 | Net 30\2% Int. after | | $63,284.13 | $63,284.13 |
| | Job: 8515 - August 2018 Service Contract Fulfillment | | | | |
| 30237 | 08/31/18 | Net 30\2% Int. after | | $151,249.04 | $151,249.04 |
| | Job: 8501 - September 2018 PNG/SNS Print and Fulfillment | | | | |
| 30252 | 08/31/18 | Net 30\2% Int. after | | $20,838.17 | $20,838.17 |
| | Job: 8502 - September 2018 Home Improvement Print and Fulfillment | | | | |
| 30256 | 08/31/18 | Net 30\2% Int. after | | $3,770.60 | $3,770.60 |
| | Job: 8499 - August 2018 PA Brochure Print and Ship | | | | |
| 30164 | 09/01/18 | Net 30\2% Int. after | | $23,149.59 | $23,149.59 |
| | Job: 8497 - September 2018 - January 2019 Water Filter Postcard Print | | | | |
| 30215 | 09/01/18 | Net 30\2% Int. after | | $638.27 | $638.27 |
| | Job: 8497 - September 2018 - January 2019 Water Filter Postcard Print | | | | |
| 30273 | 09/14/18 | Net 30\2% Int. after | | $7,812.30 | $7,812.30 |
| | Job: 8570 - October 2018 Water Filter Postcard Fulfillment | | | | |
| 30289 | 09/30/18 | Net 30\2% Int. after | | $76,169.35 | $76,169.35 |
| | Job: 8566 - September 2018 Service Contract Fulfillment | | | | |
| 30290 | 09/30/18 | Net 30\2% Int. after | | $7,877.24 | $7,877.24 |
| | Job: 8569 - September 2018 Certificate Fulfillment | | | | |
| 30291 | 09/30/18 | Net 30\2% Int. after | | $144,550.75 | $144,550.75 |
| | Job: 8549 - October 2018 PNG/SNS Print and Fulfillment | | | | |
| 30292 | 09/30/18 | Net 30\2% Int. after | | $20,838.09 | $20,838.09 |
| | Job: 8550 - October 2018 Home Improvement Print and Fulfillment | | | | |
| 30294 | 10/01/18 | Net 30\2% Int. after | | $15,460.62 | $15,460.62 |
| | Job: 8600 - September 2018 Inactives Fulfillment | | | | |
| 30339 | 10/31/18 | Net 30\2% Int. after | | $849.38 | $849.38 |
| | Job: 8606 - Oak Brook Tear Pad Print | | | | |
| 30340 | 10/31/18 | Net 30\2% Int. after | | $1,484.38 | $1,484.38 |
| | Job: 8585 - Oak Brook Brochure Print | | | | |
| 30337 | 11/05/18 | Net 30\2% Int. after | | $7,874.67 | $7,874.67 |
| | Job: 8603 - November 2018 Water Filter Postcard Fulfillment | | | | |
| 30430 | 11/30/18 | Net 30\2% Int. after | | $1,162.00 | $1,162.00 |
| | Job: 8695 - Certificate Mailing Brochure Print | | | | |
| 30431 | 11/30/18 | Net 30\2% Int. after | | $40,149.18 | $40,149.18 |
| | Job: 8694 - Certificate Mailing Form Shell Print | | | | |

# THE CORE ORGANIZATION, LLC.

**Statement**

Sears SHIPS
PO Box 2217
Omaha, NE 68103-217

Account No.: SEARS
Statement Date: 01/25/19

| Invoice: | Date: | Payment Terms: | PO#: | Invoice Total: | Balance Due: |
|---|---|---|---|---|---|
| 30446 | 12/05/18 | Net 30\2% Int. after | | $2,781.49 | $2,781.49 |
| | Job: 8662 - November 2018 Certificate Fulfillment | | | | |
| 30526 | 01/15/19 | Net 30\2% Int. after | | $95,681.87 | $95,681.87 |
| | Job: 8742 - February 2019 PNG/SNS Print & Fulfillment | | | | |
| 30533 | 01/25/19 | Net 30\2% Int. after | | $50,842.00 | $50,842.00 |
| | Job: 8774 - Service Contracts OE & BRE Print | | | | |
| 30534 | 01/25/19 | Net 30\2% Int. after | | $2,379.20 | $2,379.20 |
| | Job: 8775 - Certificate Mailing OE Print | | | | |

**BALANCE DUE:** $1,019,607.08

| AGED BALANCES: | Current | 30-Day | 60-Day | 90-Day |
|---|---|---|---|---|
| | $148,903.07 | $44,092.67 | $10,208.43 | $816,402.91 |

*Please make checks payable to:*