**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,   :
                                                            :    Case No. 18-23538 (RDD)
                                                            :
                    Debtors.                            :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2019, a true copy of that certain *Limited Objection of The Core Organization to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction* was: (a) electronically filed with this Court and was served electronically via the Court's ECF/PACER system upon those parties entitled to receive electronic notice in connection with this case; and (b) served vie e-mail upon counsel to the Bid Notice Parties, the Consultation Parties, and the Successful Bidder.

Dated: January 28, 2019

                                                                       _____
                                                                             ERIC C. ZABICKI