Allen G. Kadish
Harrison H.D. Breakstone
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      hbreakstone@archerlaw.com

   and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

   and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

      CHRISTIAN HANSEN, being duly sworn, deposes and says that:

I am not a party to this action, am over 18 years of age and reside in New York, New York.

On January 28, 2019, I served true and correct copies of the *Limited Objection of Community Unit School District 300 to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [Docket No. 2087] by email on the parties identified on the service list attached hereto as Exhibit A and by first class mail on the parties identified on the service list attached as Exhibit B.

                                                                                                          s/ Christian Hansen
                                                                                                            Christian Hansen

Sworn to before me this
  28th  day of January, 2019

        s/ Allen G. Kadish
Notary Public


Allen G. Kadish
Notary Public, State of New York
No. 02KA4946891
Qualified in New York County
Commission Expires April 11, 2019

**Exhibit A**

ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
garrett.fail@weil.com
Ellen.Odoner@weil.com
Gavin.Westerman@weil.com
rob.riecker@searshc.com
luke.valentino@searshc.com
mmeghji@miiipartners.com
counsel@searshc.com
project.blue.rx@lazard.com
brandon.aebersold@lazard.com
levi.quaintance@lazard.com
kunal@eslinvest.com
harold@eslinvest.com
caustin@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
jbromley@cgsh.com
aweaver@cgsh.com
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
ksimard@choate.com
jmarshall@choate.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com
emfox@seyfarth.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
braynor@lockelord.com
asmith@lockelord.com
dwirt@lockelord.com
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
arkady.goldinstein@weil.com

**Exhibit B**

Sears Holdings Corporation
Attn:   Stephen Sitley, Esq.
        Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Office of the United States Trustee
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

215872756v1