UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                               :    Chapter 11
                                                    :
SEARS HOLDINGS CORPORATION., et al.,[1]  :    Case No. 18-23538-RDD
                                                    :
                    Debtors.                        :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Yann Geron, hereby certify that on **January 26, 2019**, I served a true and correct copy of the *Objection of Adam Levine Productions, Inc. to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [DE 2009] (i) upon the parties requesting ECF notification via the Court's CM/ECF case notification system; and (ii) via email to the following parties:

Rob Riecker: rob.riecker@searshc.com
Luke Valentino: luke.valentino@searshc.com
Moshin Meghji: mmeghji@miiipartners.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax Identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

General Counsel: counsel@searshc.com

Ray Schrock, Esq.: ray.schrock@weil.com

Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com

Garret A. Fail, Esq.: garrett.fail@weil.com

Sunny Singh, Esq.: sunny.singh@weil.com

Debtors' Investment Banker: project.blue.rx@lazard.com

Kunal S. Kamlani: kunal@eslinvest.com

Harold Talisman: harold@eslinvest.com

Chrisptopher E. Austin, Esq.: caustin@cgsh.com

Benet J. O'Reilly, Esq.: boreilly@cgsh.com

Sean A. O'Neal, Esq.: soneal@cgsh.com

Paul Leake, Esq.: Paul.Leake@skadden.com

Shana Elberg, Esq.: Shana.Elberg@skadden.com

George Howard, Esq.: George.Howard@skadden.com

Kevin J. Simard, Esq.: ksimard@choate.com

Jonathan D. Marshall, Esq.: jmarshall@choate.com

Ira S. Dizengoff, Esq.: idizengoff@akingump.com

Philip C. Dublin, Esq.: pdublin@akingump.com

Abid Qureshi, Esq.: aqureshi@akingump.com

Sara L. Brauner, Esq.: sbrauner@akingump.com

Dated: January 28, 2019

*/s/ Yann Geron*
Yann Geron, Esq.