UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
SEARS HOLDINGS CORPORATION., et al.,[1]                        :    Case No. 18-23538-RDD
                                                               :
                    Debtors.                                   :    (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Sarah McKemie, being sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age, am a resident of Kings County, New York and am an employee of Serling Rooks Hunter McKoy Worob & Averill LLP, 119 Fifth Avenue, 3rd Floor, New York, New York 10003.

2. On **January 26, 2019**, I served a true and correct copy of the *Objection of Adam Levine Productions, Inc. to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [DE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax Identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2009] upon the following parties by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of FedEx for overnight delivery, prior to the latest time designated by that service for overnight delivery:

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court, Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Stephen Sitley, Esq.
Luke J, Valentino, Esq.
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estate, IL 60179

Paul Schwartzberg, Esq.
Office of the US Trustee Region 2
201 Varick Street, Suite 1006
New York, NY 10014

*Sarah McKemie*

Sworn to before me this
28th day of January, 2019

Notary Public

WAYNE D. ROOKS
Notary Public, State of New York
No. 01-4903343
Qualified in New York County
Commission Expires _____

2