Law Offices of
Penny R. Stark
9861 Sunrise Lakes Boulevard
Suite 308
Fort Lauderdale, Florida  33322
(954) 774-4762
*Counsel for Caparra Center Associates/San Patricio Plaza*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDING CORPORATION, *et al.*, | : | Case No.: 18-23538 (RDD) |
| | : | |
| Debtors.1 | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

# **SUPPLEMENTAL CERTIFICATE OF SERVICE (Ref Doc # 1938)**

The undersigned attorney hereby certifies that on January 28, 2019, she caused a true and correct copy of CAPARRA CENTER ASSOCIATES, LLC'S  OBJECTION AND RESERVATION OF RIGHTS TO SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE  TRANSACTION (EFC Document No. 1938) to be served by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of:

_____

---

1  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc.(6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc.(2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
Att: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Office of the United States Trustee
Attn: Paul Schwartzberg, Esq. & Richard Morrissey
201Varick Street, Suite 1006
New York, NY 10014

Cleary Gottlieb Steen & Hamilton LLP
Attention: Sean A. O'Neal, Benet J. O'Reilly
Christopher E. Austin
One Liberty Plaza
New York, NY 10006


Dated: January 28, 2019
Ft Lauderdale, Florida                                     _s/s Penny Stark_____
                                                            Penny R. Stark