Peter M. Gilhuly, Esq.
Ted A. Dillman, Esq.
355 South Grand Ave, Ste. 100
Los Angeles, CA 90071-1560
and
Marc A. Zelina, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel:   (212) 906-1200
Fax:   (212) 751-4864

*Attorneys for Simon Property Group, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION., *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SRe Holding Corporation, filed as Case No. 19-22031 (the "**Additional Debtor**"). The Additional Debtor filed a motion in its separate chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules.

1.  I, Elizabeth Arnold, am not a party to this action, am over 18 years of age and am employed by the law firm of LATHAM & WATKINS LLP, 330 N. Wabash Ave., Ste. 2800, Chicago, IL 60611.

2.  On January 28, 2019, I caused true and correct copies of the 1) Limited Objection of Simon Property Group, L.P. to the Proposed Sale and Assumption and Assignment of Leases and Adequate Assurance of Future Performance (Docket No. 2080); and 2) Objection of Simon Property Group, L.P. to Debtors' Notice to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases (Docket No. 2082) to be served upon the parties identified in Exhibit A in the manner indicated. Additionally, I caused the above referenced documents to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

Dated: January 28, 2019

_____
Elizabeth Arnold

Sworn to before me this 28th
Day of January 2019.

_____
Notary Public
My commission expires: 03/31/2020

```
"OFFICIAL SEAL"
HEIDI KOLLMAYER MORLOCK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/31/2020
```

# EXHIBIT A

**VIA EMAIL:**

I. Bid Notice Parties
   a. Debtors
      i. Rob Riecker: rob.riecker@searshc.com
      ii. Luke Valentino: luke.valentino@searshc.com
      iii. Mohsin Meghji: mmeghji@miiipartners.com
      iv. General Counsel: counsel@searshc.com
   b. Debtors' counsel
      i. Ray Schrock, Esq.: ray.schrock@weil.com
      ii. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
      iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
      iv. Sunny Singh, Esq.: sunny.singh@weil.com
      v. Ellen J. Odoner, Esq.: ellen.odoner@weil.com
      vi. Gavin Westerman, Esq.: gavin.westerman@weil.com
   c. Debtors' investment banker:
      i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
   a. Buyer
      i. Kunal S. Kamlani: kunal@eslinvest.com
      ii. Harold Talisman: harold@eslinvest.com
   b. Counsel
      i. Christopher E. Austin, Esq.: caustin@cgsh.com
      ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      iii. Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
   a. Bank of America
      i. Paul Leake, Esq.: paul.leake@skadden.com
      ii. Shana Elberg, Esq.: shana.elberg@skadden.com
      iii. George Howard, Esq.: george.howard@skadden.com
   b. Wells Fargo Bank
      i. Kevin J. Simard, Esq.: ksimard@choate.com
      ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com

IV. Standard Parties
   a. Citibank N.A.
      i. Marshall S. Huebner, Esq.: marshall.huebner@davispolk.com
      ii. Eli J. Vonnegut, Esq.: eli.vonnegut@davispolk.com
   b. Computershare Trust Company, N.A.
      i. Eric R. Wilson, Esq.: ewilson@kelleydrye.com
      ii. Benjamin D. Feder, Esq.: bfeder@kelleydrye.com
   c. Wilmington Trust
      i. Edward M. Fox, Esq.: emfox@seyfarth.com
   d. The Bank of New York Mellon Trust Company
      i. James Gadsden, Esq.: gadsden@clm.com

      e. Pension Benefit Guaranty Corporation
          i. Brian A. Raynor, Esq.: braynor@lockelord.com
      f. Official Committee of Unsecured Creditors
          i. Philip C. Dublin, Esq.: pdublin@akingump.com
          ii. Ira Dizengoff, Esq.: idizengoff@akingump.com
          iii. Sara Lynne Brauner, Esq.: sbrauner@akingump. om

**VIA FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, Esq.
     Jacqueline Marcus, Esq.
     Garrett A. Fail, Esq.
     Sunny Singh, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani
     Harold Talisman

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Christopher E. Austin, Esq.
     Benet J. O'Reilly, Esq.
     Sean A. O'Neal, Esq.