Patrick Collins
Veronique A. Urban
FARRELL FRITZ, P.C.
400 RXR Plaza
Uniondale, New York 11556
Tel:   (516) 227-0700
Fax:   (516) 227-0777

*Attorneys for Midwood Management Corp., as agent*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                             :    Chapter 11
                                                   :
SEARS HOLDINGS CORPORATION, *et al.*,              :    Case No. 18-23538 (RDD)
                                                   :    (Jointly Administered)
                         Debtors.                  :
-----------------------------------------------------------------x

      The undersigned attorney hereby certifies that a true and correct copy of the *LIMITED OBJECTION OF CA, INC. TO DEBTORS' NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION* [Docket 1968] was served upon each of the parties identified in the attached Exhibit "A" in the manner and on the date set forth therein.

Dated: Uniondale, New York
      January 28, 2019      FARRELL FRITZ, P.C.

      By:  /s/ *Patrick Collins*
            Patrick Collins
            Veronique A. Urban
            400 RXR Plaza
            Uniondale, New York 11556
            Tel:  (516) 227-0700
            Fax:  (516) 227-0777

            *Attorneys for Midwood Management Corp., as agent*

FF\8087233.1

## EXHIBIT A

**Via FedEx on January 25, 2019**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Sears Holdings Corporation
Attn: Stephen Sitley Esq. and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

**Via E-Mail on January 25, 2019**

rob.riecker@searshc.com
luke.valentino@searshc.com
mmeghji@miiipartners.com
ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com
project.blue.rx@lazard.com
kunal@eslinvest.com
harold@eslinvest.com
caustin@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
ksimard@choate.com
jmarshall@choate.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com

FF\8087233.1