**CHAFFE McCALL, LLP**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Fax: (504) 585-7075
Fernand L. Laudumiey, IV (*admitted pro hac vice*)
*Attorneys for Richards Canal Street Property, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  x
SEARS HOLDING CORPORATION, *et al.* [1]  x         Case No: 18- 18-23538-rdd
           Debtors          x         Chapter 11
                                      x         Jointly Administered
-------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019 I caused my law firm's staff to electronically file the Objection And Reservation of Rights of Richards Canal Street Property, LLC with Respect to (i) Proposed Global Asset Sales Transaction and (ii) Supplemental Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3323166-1

Leases (the "Objection") with the Clerk of the Bankruptcy Court, which sent notification of such filing to all CM/ECF system participants.  I also caused my law firm's staff to serve a copy of the Objection on the Objection Recipients by email and/or regular mail, on the Master Service list by email, and on the individuals listed below by the indicated method of service.

New York, New York

Dated: January 28, 2019

>
> Respectfully submitted,
>
> CHAFFE McCALL, LLP
> 2300 Energy Centre
> 1100 Poydras Street
> New Orleans, Louisiana 70163-2300
> Telephone: (504) 585-7000
> Fax: (504) 585-7075
>
> By:  */s/ Fernand L. Laudumiey, IV*
>     Fernand L. Laudumiey, IV, LA #24518
>     *Admitted Pro Hac Vice*

**VIA EMAIL:**

I.   Bid Notice Parties
    a. Debtors
        i. Rob Riecker: rob.riecker@searshc.com
        ii. Luke Valentino: luke.valentino@searshc.com
        iii. Mohsin Meghji: mmeghji@miiipartners.com
        iv. General Counsel: counsel@searshc.com

    b. Debtors' counsel
        i. Ray Schrock, Esq.: ray.schrock@weil.com
        ii. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
        iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
        iv. Sunny Singh, Esq.: sunny.singh@weil.com
        v. Ellen J. Odoner, Esq.: ellen.odoner@weil.com
        vi. Gavin Westerman, Esq.: gavin.westerman@weil.com

    c. Debtors' investment banker:

        i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        i. Kunal S. Kamlani: kunal@eslinvest.com
        ii. Harold Talisman: harold@eslinvest.com

    b. Counsel
        i. Christopher E. Austin, Esq.: caustin@cgsh.com
        ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        iii. Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        i. Paul Leake, Esq.: paul.leake@skadden.com
        ii. Shana Elberg, Esq.: shana.elberg@skadden.com
        iii. George Howard, Esq.: george.howard@skadden.com
    b. Wells Fargo Bank
        i. Kevin J. Simard, Esq.: ksimard@choate.com
        ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com

IV. Standard Parties
    a. Citibank N.A.
        i. Marshall S. Huebner, Esq.: marshall.huebner@davispolk.com
        ii. Eli J. Vonnegut, Esq.: eli.vonnegut@davispolk.com
    b. Computershare Trust Company, N.A.
        i. Eric R. Wilson, Esq.: ewilson@kelleydrye.com
        ii. Benjamin D. Feder, Esq.: bfeder@kelleydrye.com
    c. Wilmington Trust
        i. Edward M. Fox, Esq.: emfox@seyfarth.com
    d. The Bank of New York Mellon Trust Company
        i. James Gadsden, Esq.: gadsden@clm.com
    e. Pension Benefit Guaranty Corporation
        i. Brian A. Raynor, Esq.: braynor@lockelord.com
    f. Official Committee of Unsecured Creditors
        i. Philip C. Dublin, Esq.: pdublin@akingump.com
        ii. Ira Dizengoff, Esq.: idizengoff@akingump.com
        iii. Sara Lynne Brauner, Esq.: sbrauner@akingump.com

V. **VIA REGULAR FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP 767 Fifth Avenue
New York, NY 10153
Attn:   Ray C. Schrock, Esq.
        Jacqueline Marcus, Esq.
        Garrett A. Fail, Esq.
        Sunny Singh, Esq.

Transform Holdco, LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn:   Kunal S. Kamlani
        Harold Talisman

Sears Holdings Corporation
3333 Beverly Road Hoffman Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:   Christopher E. Austin, Esq.
        Benet J. O'Reilly, Esq.
        Sean A. O'Neal, Esq.