**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
Natasha M. Songonuga
Email: nsongonuga@gibbonslaw.com
*Counsel for American Lebanese Syrian Associated Charities, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Natasha M. Songonuga, of full age, hereby certify as follows:

1. I am a director of the law firm of Gibbons P.C., counsel for the American Lebanese Syrian Associated Charities, Inc., creditor in the above-captioned chapter 11 cases.

2. On January 25, 2019, I caused to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).

electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System, a copy of the *American Lebanese Syrian Associated Charities, Inc.'s Limited Objection and Reservation of Rights to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (the "Limited Objection").

3. Further, on that same day, I caused the Limited Objection to be served via email to the parties on the attached Service List.

4. Further, on January 28, 2019, I caused the Limited Objection to be served via United States regular mail, postage prepaid to the parties on the attached Service List.

I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

Dated: January 29, 2019
Wilmington, Delaware

**GIBBONS P.C.**

By: */s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Ave, Suite 1015
Wilmington, DE 19801-1761
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
E-mail: nsongonuga@gibbonslaw.com

[and]

One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 613-2000
Facsimile: (212) 290-2018

*Counsel for American Lebanese Syrian Associated Charities, Inc.*

**SERVICE LIST**

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, and Jessie B. Mishkin, Esq.
767 Fifth Avenue
New York, NY  10153
Email:  ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
*Counsel to Debtors*

Cleary, Gottlieb, Steen & Hamilton LLP
Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, and Jennifer Kennedy Park
One Liberty Plaza
New York, NY  10006
Email:  soneal@cgsh.com,
jbromley@cgsh.com, aweaver@cgsh.com
rmukhi@cgsh.com, jkpark@cgsh.com
*Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC and JPP II, LLC)*

Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, and Sara L. Brauner
One Bryant Park
New York, NY  10036
Email:  idizengoff@akingump.com
pdublin@akingump.com,
aqureshi@akingump.com
sbrauner@akingump.com
*Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

Davis Polk & Wardwell LLP
Attn: Marshall S. Huebner, Esq and Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY  10017
Email:  marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
*Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility*

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY  10005
Email:  gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
*Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes*

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq. and Benjamin D. Feder, Esq.
101 Park Avenue
New York, NY  10178
Email:  KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
*Counsel to Computershare Trust Company, N.A., as Indenture Trustee*

Locke Lord LLP
Attn: Brian A. Raynor, Aaron C. Smith and David W. Wirt
111 South Wacker Drive
Chicago, IL  60606
Email:  braynor@lockelord.com,
asmith@lockelord.com,
dwirt@lockelord.com
*Counsel to Pension Benefit Guaranty Corporation*

Seyfarth Shaw LLP
Attn: Edward M. Fox
620 8th Avenue
New York, NY  10018
Email:  emfox@seyfarth.com
*Counsel to Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent*

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq.
4 Times Square
New York, NY  10036
Email:  Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
*Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent*

Office of The United States Trustee for Region 2
Attn: Paul Schwartzberg and Richard Morrissey
201 Varick St., Ste. 1006
New York, NY  10014
Email:  richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
*United States Trustee Southern District of New York*