The Honorable Robert D. Drain                                   January 22, 2019
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Sears Holdings Corporation, 18-23538-rdd

Dear Judge Drain,

My name is James Person; I am an adult male and resident of the State of Texas.  I am a former
shareholder in Sears Holdings Corporation ("Sears").  On August 20, 2018, I sent CEO Edward Lambert
the attached letter.

Neither Mr. Lambert nor anyone from Sears responded to my letter.   However, approximately, forty-
five days later, Sears filed for bankruptcy protection and Mr. Lambert resigned as CEO.

My understanding from published reports regarding the bankruptcy is that Sears was scheduled for
liquidation but you've determined that Mr. Lambert and ESL Investments will be allowed to purchase
remaining assets of Sears for $5.2 billion dollars and continue operation of the business.  It is also my
understanding that you will be allowing secured and unsecured creditors to pursue litigation against Mr.
Lambert and ESL Investments for past actions and business dealings during his tenure as CEO and
Chairman of the Board.

I am requesting you approve the attached letter as a direct informal claim and extend to me the ability
to pursue litigation against Sears and Mr. Lambert.

Thank you for your attention to this matter.

Respectfully Yours,

James L. Person
7422 Bearden Falls
Humble, Texas 77396
832-445-7904

Mr. Edward Scott Lampert, Chairman                    August 20, 2018
3333 Beverly Road
Hoffman Estates, IL 60179
United States of America

Dear Mr. Lambert,

I was a holder of 30000 shares of common stock in Sears Holdings Corporation until August 15, 2018 at which time I disposed of these shares at $1.72 per share.  I had acquired these shares over the past year in the hope you and your management team would be able to successfully implement your plan for turning around Sears into a profitable venture.

Specifically, in holding onto my SHLD shares, I relied on statements you made on or about May 29, 2018 concerning the "numerous" inquiries you received from potential partners in a deal to acquire Kenmore and other Sears Assets.  I'm curious based upon the numerous inquiries received why the resulting an offer by ESL Investments Inc. to purchase Kenmore Brand and Sears Home Services appears to be at or lower than what was tentatively proposed in May.  I'm also curious as to the timing of these statements in light of its close proximity to the pre-recorded release of second quarter earnings made the morning of May 31, 2018 which resulted in SHLD to drop 25% in value in 2 days and record its largest one week recorded loss in Sears's history. Perhaps, these other offers just never materialized or perhaps they never existed.

Regardless, these dual roles you've engaged in the course of your tenure as Chairman, CEO and largest shareholder in Sears while at the same time acting as its largest creditor and benefactor through ESL Investments Inc. appears conflicting.   I'm not a securities attorney nor would I pretend to be one but something just doesn't seem right.

Anyway, my request is you make me whole for the losses I've sustained in reliance upon your statements and actions as Chairman/CEO of SHLD over the last year.  My total loss from my SHLD holdings amounted to $37,378.01.  I would appreciate if you could provide me a certified check in that amount forwarded to

                    James L. Person
                    7422 Bearden Falls Lane
                    Humble, TX 77396.

I know this is an insignificant amount of money to someone of your financial stature but it is a great deal of money to me and will directly affect my ability to retire.  Please don't take this letter as a threat of legal action; this is just an opportunity for you to do the right thing for a long time Sears shopper and someone who thoroughly believed in your vision and aspirations of revitalizing Sears.

If you would like to discuss the matter further I can be reached at 832-445-7904.  Thank you for your time and consideration in this matter.

James L. Person