Jeffrey C. Wisler
Delaware Bar No. 2795
**CONNOLLY GALLAGHER LLP**
1000 West Street, Suite 1400
Wilmington, DE 19081
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
jwisler@connollygallagher.com
Counsel for Cigna Life Insurance Company of New York
and Life Insurance Company of North America

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 18-23538 (RDD) |
| Sears Holdings Corporation, *et al*., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey C. Wisler, request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent *Cigna Life Insurance Company of New York* and *Life Insurance Company of North America*, in the above-referenced cases.

I certify that I am a member in good standing of the bar in the State of Delaware and the bar of the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: January 29, 2019          CONNOLLY GALLAGHER LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (Delaware Bar No. 2795)
1000 West Street, Suite 1400
Wilmington, DE 19081
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
jwisler@connollygallagher.com

#05439663          Counsel for Cigna Life Insurance Company of New York
and Life Insurance Company of North America

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of January, 2019, a copy of the

**Motion for Admission to Practice** *Pro Hac Vice* was sent to all parties via CM/ECF.

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (DE Bar No. 2795)

#05439669