**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 18-23538 (RDD) |
| Sears Holdings Corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeffrey C. Wisler, Esq., to be admitted *pro hac vice*, to represent Cigna Life Insurance Company of New York and Life Insurance Company of North America, in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Jeffrey C. Wisler, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Cigna Life Insurance Company of New York and Life Insurance Company of North America, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: January __, 2019


_____, New York                    _____
                                                            United States Bankruptcy Judge


#05439666