LAW OFFICES
## GOLDSTEIN BERSHAD & FRIED
PROFESSIONAL CORPORATION

STANLEY M. BERSHAD
MARTIN L. FRIED*
AARON J. SCHEINFIELD
SCOTT M. KWIATKOWSKI

*Certified Business Bankruptcy
Specialist

4000 Town Center, Suite 1200
Southfield, MI 48075

(248) 355-5300
FAX (248) 355-4644
www.bk-lawyer.net

Attorneys and Counselors
Specializing in Creative
Solutions to Complex
Insolvency Situations

January 18, 2019

U.S. Bankruptcy Court
for the Southern District of New York
Clerk of the Court
300 Quarropas Street
White Plains, New York 10601

Re:   Sears Holdings Corporation
      Chapter 11 Case No. 18-23538
      Hon: Robert D. Drain

Dear Clerk:

A letter requesting that I no longer receive electronic notices in the captioned matter was filed with the Court on January 9, 2019. As of today I am still receiving electronic notices in the case.

A review of the ECF policies and procedures indicates if a person wants to removed from the electronic mailing list for a case they must submit a signed letter to the Clerk's Office indicating so. Please be advised that I want to be removed from the electronic mailing list for the captioned case.

I am thanking you in advance for your anticipated courtesy and cooperation. If you should have any questions, or concerns, please feel free to communicate with me.

Very truly yours,

GOLDSTEIN BERSHAD & FRIED PC

Aaron J. Scheinfield

AJS/jlg
Encls.