**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION[1], *et al.* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1.      I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to Valvoline LLC in the above referenced Chapter 11 Cases.

2.      On January 28, 2019, I caused the following documents to be electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings, as listed on Exhibit A hereto:

- *Limited Objection  and Reservation of Rights  of  Valvoline LLC to: (A) Global Asset Sale Transaction, as described and defined in the Notice of Successful Bidder and Sale Hearing; (B) Debtors' Notice of Cure Costs And Potential Assumption And Assignment of Executory Contracts And Unexpired Leases in Connection With Global Sale*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Transaction* [D.I. 2073] (the "<u>Objection</u>");

- *Amended Limited Objection  and Reservation of Rights  of  Valvoline LLC to: (A) Global Asset Sale Transaction, as described and defined in the Notice of Successful Bidder and Sale Hearing; (B) Debtors' Notice of Cure Costs And Potential Assumption And Assignment of Executory Contracts And Unexpired Leases in Connection With Global Sale Transaction* [D.I. 2114] (the "<u>Amended Objection</u>").

4.      Also on January 28, 2019, the Objection was served on the parties listed on Exhibit B via electronic mail.

5.      On January 29, 2019, the Amended Objection was served on the parties listed on Exhibit B via electronic mail.

6.      Also on January 29, 2019, the foregoing documents were served on the parties listed on Exhibit C via first class mail.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: January 29, 2019                                    */s/Elizabeth Lawler*
                                                                          Elizabeth Lawler

## EXHIBIT A - CM/ECF

Anne Marie Aaronson on behalf of Interested Party
James J. Thompson Trust
aaaronson@dilworthlaw.com

Robin S. Abramowitz on behalf of Creditor U.S.
Nonwovens Corp.
abramowitz@larypc.com, fox@larypc.com

Neil H. Ackerman on behalf of Interested Party c/o
Neil Ackerman Erica Natasha Moore
nackerman@ackermanfox.com,
kfox@ackermanfox.com;r52605@notify.bestcase.co
m

David G. Aelvoet on behalf of Creditor Bexar County
sanantonio.bankruptcy@publicans.com

Jaime Agnew on behalf of Creditor Joyce Franklin
jaimeagnew21@gmail.com

Richard A. Aguilar on behalf of Creditor ARI Fleet
LT
raguilar@mcglinchey.com,
aparish@mcglinchey.com

Justin Alaburda on behalf of Creditor Robertson
Heating Supply
jmalaburda@bmdllc.com

John C. Allerding on behalf of Interested Party
Luxottica Retail North America Inc.
john.allerding@thompsonhine.com

Arlene Rene Alves on behalf of Creditor Wilmington
Savings Fund Society, FSB, as Trustee
alves@sewkis.com

Michael S. Amato on behalf of Interested Party
Colonial Properties LLC
mamato@rmfpc.com,
dolsen@rmfpc.com;smcgrath@rmfpc.com

Tara B. Annweiler on behalf of Creditor American
National Insurance Company
tannweiler@greerherz.com

Joel D. Applebaum on behalf of Creditor Milton
Manufacturing, LLC
japplebaum@clarkhill.com

Laura E. Appleby on behalf of Creditor WSSR, LLC
appleby@chapman.com

Jenelle C Arnold on behalf of Creditor Bayview Loan
Servicing, LLC
bkecfinbox@aldridgepite.com,
jarnold@ecf.courtdrive.com

Simon Aron on behalf of Creditor Wolf Family
Series LP d/b/a Series III, Ontario Enterprises of the
Wolf Family Series LP
saron@wrslawyers.com, jnarcise@wrslawyers.com

Peter M. Aronoff on behalf of Interested Party United
States of America
peter.aronoff@usdoj.gov

Brandon K. Bains on behalf of Interested Party
Liberty Mutual Insurance Company
bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-
llp.com

Michael I. Baird on behalf of Creditor Pension
Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

John T. Banks on behalf of Creditor Fayette County,
Kerr County, City of Weslaco, Weslaco ISD, Kendall
County, Maverick County, & Uvalde Countys
jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com

Sedric Banks on behalf of Creditor Jerry and Esther
Vosburg
sedbanks@aol.com

Shari Barak on behalf of Creditor Wells Fargo Bank,
National Association
sbarak@logs.com, NYBKCourt@logs.com

Erika R. Barnes on behalf of Creditor Whitmor, Inc.
ebarnes@stites.com

Michael Jason Barrie on behalf of Creditor
MIDAMCO
mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschl
aw.com

Paul M. Basta on behalf of Debtor Sears Holdings
Corporation
pbasta@paulweiss.com

Christopher Robert Belmonte on behalf of Interested
Party Advance Magazine Publishers Inc.
cbelmonte@ssbb.com,
pbosswick@ssbb.com,managingclerk@ssbb.com

Richard J. Bernard on behalf of Unknown Briggs & Stratton Corporation
rbernard@foley.com

Jill B. Bienstock on behalf of Creditor Kellogg Sales Company
jbienstock@coleschotz.com,
fpisano@coleschotz.com

Karen C. Bifferato on behalf of Creditor IRC Marketplace at Six Corners, L.L.C.
kbifferato@connollygallagher.com

Jeffrey E Bjork on behalf of Unknown Simon Property Group, L.P.
jeff.bjork@lw.com

David M. Blau on behalf of Creditor AGREE LIMITED PARTNERSHIP
dblau@clarkhill.com

Michael V. Blumenthal on behalf of Creditor RD Management LLC, as agent for FB Billerica Realty Investors LLC
michael.blumenthal@tklaw.com

Melissa Boey on behalf of Unknown CFP Fire Protection, Inc.
melissa.boey@morganlewis.com

Phillip W. Bohl on behalf of Unknown Blueline Foodservice Distribution, Inc.
phillip.bohl@gpmlaw.com

Wanda Borges on behalf of Creditor Kenney Manufacturing Company
ecfcases@borgeslawllc.com

Dustin Parker Branch on behalf of Creditor Acadia Realty Limited Partnership
branchd@ballardspahr.com,
carolod@ballardspahr.com

Duane Brescia on behalf of Creditor Epicor Software Corporation
duane.brescia@clarkhillstrasburger.com,
bkrtcynotices@clarkhillstrasburger.com;donna.krupa @clarkhillstrasburger.com;Kathi.Alexander@clarkhil lstrasburger.com

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

Michael D. Brofman on behalf of Creditor CE Vernon II, LLC

mbrofman@weisszarett.com

James L. Bromley on behalf of Creditor ESL Investments, Inc.
maofiling@cgsh.com, jbromley@cgsh.com

Lynn Hamilton Butler on behalf of Creditor WC Independence Center LLC
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon @huschblackwell.com

CRG Financial LLC on behalf of Creditor CRG Financial LLC
allison@claimsrecoveryllc.com
Donald F. Campbell, Jr. on behalf of Interested Party Saker ShopRites, Inc.
dcampbell@ghclaw.com

Jeffrey A. Carlino on behalf of Creditor Voortman Cookies Limited
jacarlino@kslnlaw.com, rabacon@kslnlaw.com

Robert Carson on behalf of Creditor Forbes/Cohen Florida Properties, LP
rcarson@carsonfischer.com

Jamie S. Cassel on behalf of Creditor Graco Children's Products Inc.
jsc@renozahm.com, jsc@renozahm.com

Michael J. Catalfimo on behalf of Creditor BH North American Corporation
mcatalfimo@carterconboy.com,
hmclenithan@carterconboy.com;rmcfee@carterconb oy.com;jstein@carterconboy.com

Katherine R. Catanese on behalf of Creditor Victor Reagan Family Trust
kcatanese@foley.com

George B. Cauthen on behalf of Creditor Michelin North America, Inc.
george.cauthen@nelsonmullins.com,
Linnea.hann@nelsonmullins.com;joan.kishline@nels onmullins.com

Rocco A. Cavaliere on behalf of Creditor Alpine Creations Ltd.
rcavaliere@tarterkrinsky.com,
snobles@tarterkrinsky.com

Janine M. Cerbone on behalf of Creditor Criteo S.A.
jfigueiredo@hahnhessen.com,
jfigueiredo@hahnhessen.com

Rudy J Cerone on behalf of Creditor Automotive Rentals, Inc.
rcerone@mcglinchey.com

Mark J Chaney, III on behalf of Creditor Automotive Rentals, Inc.
mchaney@mcglinchey.com,
aparish@mcglinchey.com

Scott K. Charles on behalf of Debtor Sears Holdings Corporation
skcharles@wlrk.com, calert@wlrk.com

Michael Chatwin on behalf of Creditor Wells Fargo Bank, National Association
NYBKCourt@logs.com

Gustavo A Chico-Barris on behalf of Creditor Santa Rosa Mall, LLC
gchico@ferraiuoli.com

Hyun Suk Choi on behalf of Unknown Winiadaewoo Electronics America, Inc.
hchoi@choiandpark.com,
lkleist@choiandpark.com;cpark@choiandpark.com;j patten@choiandpark.com

Carol Chow on behalf of Creditor LBG Hilltop, LLC
Carol.Chow@ffslaw.com,
easter.santamaria@ffslaw.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com,
cmcintire@buchalter.com

Ronald Alexander Clark, Jr. on behalf of Creditor NCC Key Company
aclark@cov.com

Donald W. Clarke on behalf of Creditor Levcom Wall Plaza Associates
dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Marvin E. Clements, Jr. on behalf of Creditor TN Dept of Revenue
agbanknewyork@ag.tn.gov

Eboney Cobb on behalf of Creditor Carrollton-Farmers Branch ISD
ecobb@pbfcm.com

Joshua W. Cohen on behalf of Creditor Lakin Tire West, Inc.
jwcohen@daypitney.com, arametta@daypitney.com

Patrick Collins on behalf of Creditor CA, Inc.
pcollins@farrellfritz.com

Sonia E Colon on behalf of Creditor Santa Rosa Mall, LLC
scolon@ferraiuoli.com,
edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.co m;hruiz@ferraiuoli.com;soniaecolon@gmail.com

Michael J. Connolly on behalf of Creditor Michael & Margaret Reheis
mconnolly@formanlaw.com,
kanema@formanlaw.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
bankruptcy2@ironmountain.com

Julie Cvek Curley on behalf of Creditor National Health Information Network, Inc.
jcurley@ddw-law.com,
AttorneyCvek@gmail.com;dpons@ddw-law.com;lbarry@ddw-law.com

Kelly Rose Cusick on behalf of Creditor Pension Benefit Guaranty Corporation
cusick.kelly@pbgc.gov, efile@pbgc.gov

Brian Custy on behalf of Creditor Jenny Yednak
bcusty@custylaw.com

Anthony J D'Artiglio on behalf of Creditor Allen ISD
ajd@ansellgrimm.com,
carols@ansellgrimm.com;merediths@ansellgrimm.c om
Robert K. Dakis on behalf of Creditor Allure Gems, LLC
rdakis@morrisoncohen.com,
bankruptcy@morrisoncohen.com

Richard T. Davis on behalf of Creditor Cafaro Management Company
rdavis@cafarocompany.com

Louis Thomas DeLucia on behalf of Creditor Ciuffo Family Trust
ldelucia@schiffhardin.com

Sam Della Fera, Jr. on behalf of Creditor Eric I.B. Company, LLC
sdellafera@trenklawfirm.com

Christopher M. Desiderio on behalf of Trustee/Not Bankrupt U.S. BANK NATIONAL ASSOCIATION
cdesiderio@nixonpeabody.com

Andrew Devore on behalf of Interested Party Cross Country Home Services, Inc.
andrew.devore@ropesgray.com,
nova.alindogan@ropesgray.com

Andrew G. Dietderich on behalf of Creditor Fairholme Capital Management, LLC and Fairholme Funds, Inc.
dietdericha@sullcrom.com,
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM

John P. Dillman on behalf of Creditor Angelina County
houston_bankruptcy@publicans.com

Ted A. Dillman on behalf of Unknown Simon Property Group, L.P.
ted.dillman@lw.com

Ira S. Dizengoff on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.
idizengoff@akingump.com,
afreeman@akingump.com;apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com

Caroline R. Djang on behalf of Creditor Niagra Bottling, LLC
caroline.djang@bbklaw.com,
lisa.spencer@bbklaw.com;arthur.johnston@bbklaw.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
amish@doshilegal.com

Elizabeth L Doyaga on behalf of Creditor Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as successor trustee, on behalf of the holders of the
CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-24
edoyaga@flwlaw.com, jspiegelman@flwlaw.com

Leo B Dubler, III on behalf of Creditor SUZANNE MERCADO
leodubler@fast.net

Joshua A. Dunn on behalf of Creditor Village of Hoffman Estates
jdunn@vedderprice.com,
ecfnydocket@vedderprice.com

David W. Dykhouse on behalf of Interested Party MOAC Mall Holding LLC
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Rachel E. Edwards on behalf of Interested Party Liberty Mutual Insurance Company
redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Devon Eggert on behalf of Creditor Korpack, Inc.
deggert@freeborn.com, bkdocketing@freeborn.com
Judith Elkin on behalf of Creditor Lenox International, Inc.
elkinj@mac.com, elkinj@mac.com

Samuel G Encarnacion on behalf of Creditor Maria Gonzalez
same@haggertylaw.com

Marita S. Erbeck on behalf of Creditor Distribution Funding II, LLC
marita.erbeck@dbr.com

Carrie Essenfeld on behalf of Creditor Taubman Landlords
cessenfeld@halperinlaw.net,
cmitchell@halperinlaw.net

Daniel E. Etlinger on behalf of Creditor Sante Marcoccia
detlinger@jennislaw.com, karon@jennislaw.com

Kevin J Etzel on behalf of Creditor Agri-Fab, Inc.
ketzel@vedderprice.com

Michael Eversden on behalf of Creditor Pearl Global Industries, Ltd.
meversden@mcgrathnorth.com

Garrett A. Fail on behalf of Debtor Sears Holdings Corporation
garrett.fail@weil.com, Paloma.VanGroll@weil.com

Stephen Vincent Falanga on behalf of Creditor Schindler Elevator Corporation
sfalanga@walsh.law, mvargas@walsh.law

Thomas A. Farinella on behalf of Unknown Stockton Mariposa, LLC
tf@lawtaf.com, ecf@lawgmf.com

John T. Farnum on behalf of Creditor LTMAC
Properties, LLC
jfarnum@linowes-law.com, jcummings@linowes-law.com

Thomas R. Fawkes on behalf of Creditor Infinite
Peripherals, Inc.
tomf@goldmclaw.com

Alan Feld on behalf of Creditor Everlast World's
Boxing Headquarters Corp.
afeld@sheppardmullin.com

Mark E. Felger on behalf of Creditor National
Distribution Centers, LLC
MFelger@cozen.com,
MBrickley@cozen.com;mmillis@cozen.com

James R. Felton on behalf of Creditor Jackson
Shopping Village, LLP, Successor in Interest to
Flamingo Sandhill, a CA General Partnership
jfelton@greenbass.com, mtyndall@greenbass.com

William P Fennell on behalf of Creditor Dart
Warehouse Corporation
william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com,charles.bethel@fen
nelllaw.com,mblackburnjoniaux@fennelllaw.com

John R. Fifarek on behalf of Creditor 4th South Street
II, LLC
knelson@laskyfifarek.com

Charles J. Filardi, Jr. on behalf of Creditor
Southhaven Associates LLC
cfilardi@rrlawpc.com, abothwell@rrlawpc.com

Scott D. Fink on behalf of Creditor Toyota Industries
Commercial Finance, Inc.
brodellecf@weltman.com

Jonathan L. Flaxer on behalf of Creditor AMAV
Enterprises Ltd.
jflaxer@golenbock.com,
jsavitsky@golenbock.com;mweinstein@golenbock.c
om

Ken Florey on behalf of Creditor Community Unit
School District 300
kflorey@rsnlt.com
Christopher Fong on behalf of Unknown Cascade
Water Services
cfong@nixonpeabody.com

Kiah T Ford, IV on behalf of Creditor Hangzhou
GreatStar Industrial Co., Ltd

chipford@parkerpoe.com

Edward M. Fox on behalf of Unknown Wilmington
Trust, National Association
emfox@seyfarth.com

Gregory W. Fox on behalf of Creditor Waste
Management National Services, Inc. and its affiliates
gfox@goodwinprocter.com

Joseph D. Frank on behalf of Creditor Bottling
Group, LLC operating as Pepsi Beverages Company
jfrank@fgllp.com,
csucic@fgllp.com;csmith@fgllp.com
Elise S. Frejka on behalf of Consumer Privacy
Ombudsman Elise S. Frejka
efrejka@frejka.com

Michael Friedman on behalf of Creditor 4207602
Canada Inc. (dba Cameo Knitting)
friedman@chapman.com, iyassin@chapman.com
Joseph Froehlich on behalf of Unknown Cardtronics
USA, Inc.
jfroehlich@lockelord.com

Patricia B. Fugee on behalf of Creditor XPO Last
Mile, Inc.
Patricia.Fugee@FisherBroyles.com,
ecf@cftechsolutions.com

Mary L. Fullington on behalf of Creditor Fruit of the
Loom, Inc.
mfullington@wyattfirm.com,
lexbankruptcy@wyattfirm.com

Thomas M. Gaa on behalf of Creditor Oath
(Americas) Inc.
tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden on behalf of Sucessor Trustee The
Bank of New York Mellon Trust Company, N.A, as
Successor Trustee
bankruptcy@clm.com

Gregg M. Galardi on behalf of Interested Party Apex
Tool Group, LLC
gregg.galardi@ropesgray.com,
nova.alindogan@ropesgray.com

Alan E. Gamza on behalf of Creditor Rosy Blue, Inc.
Agamza@mosessinger.com,
dkick@mosessinger.com;jbonteque@mosessinger.co
m;kkolbig@mosessinger.com;rcorbi@mosessinger.c
om

Jeffrey K. Garfinkle on behalf of Creditor
Supplylogix LLC
jgarfinkle@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.com

Christopher Gartman on behalf of Creditor Matson
Navigation Company, Inc.
gartman@hugheshubbard.com, corp-reorg-
department-7318@ecf.pacerpro.com

Matthew Gensburg on behalf of Creditor Community
Unit School District 300
mgensburg@gcklegal.com

Charles George on behalf of Creditor Z.A. Sneeden's
Sons, Inc.
cgeorge@wyrick.com,
abray@wyrick.com;cabitbol@wyrick.com

Stephen B. Gerald on behalf of Creditor J. M.
Smucker Company
sgerald@wtplaw.com, clano@wtplaw.com

Yann Geron on behalf of Creditor Adam Levine
Productions, Inc.
ygeron@reitlerlaw.com,
ygeronnys@ecf.epiqsystems.com;jlitos@reitlerlaw.c
om;nsantucci@reitlerlaw.com;adaniszewski@reitlerl
aw.com;asuffern@epiqglobal.com

Peter M. Gilhuly on behalf of Unknown Simon
Property Group, L.P.
peter.gilhuly@lw.com, peter-gilhuly-
1776@ecf.pacerpro.com

Steven A. Ginther on behalf of Creditor Missouri
department of revenue
sdnyecf@dor.mo.gov

Jeffrey R. Gleit on behalf of Unknown Service.com
jgleit@sandw.com,
gschlack@sandw.com,bcooley@sandw.com;aweiss
@sandw.com,nkoslof@sandw.com,tkethro@sandw.c
om

Ronald Eric Gold on behalf of Creditor Macy's West
Stores, Inc.
rgold@fbtlaw.com,
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini
@fbtlaw.com

Brendan Goodhouse on behalf of Interested Party
Church Street LLC
bgoodhouse@cuddyfeder.com

Eric R Goodman on behalf of Creditor American
Greetings Corporation
egoodman@bakerlaw.com

Leon B Gordon on behalf of Creditor Anderson
County et al
cary.cain@mvbalaw.com,
bankruptcy@mvbalaw.com

David S. Gragg on behalf of Creditor Alatex, A Joint
Venture
dgragg@langleybanack.com,
cjohnston@langleybanack.com

Jonathan Adam Grasso on behalf of Attorney Pierce
McCoy, PLLC
jon@piercemccoy.com

Ira S. Greene on behalf of Interested Party DFS
Services, LLC
igreene@edwardswildman.com

Janice Beth Grubin on behalf of Creditor DXC
Technology Services LLC, successor in interest to
Computer Sciences Corporation and CSC Covansys
Corporation
Janice.Grubin@leclairryan.com

Charles A. Gruen on behalf of Unknown U.S. Bank
National Association d/b/a U.S. Bank Equipment
Finance
cgruen@gruenlaw.com

Allen J. Guon on behalf of Creditor SHERTHAL,
LLC
aguon@shawfishman.com

Harry M. Gutfleish on behalf of Creditor First Real
Estate Investment Trust of New Jersey
harry@gutfleishlaw.com

Mark E. Hall on behalf of Creditor CAPREF
Burbank LLC A Delaware LLC
mhall@foxrothschild.com,
cbrown@foxrothschild.com

Aaron L. Hammer on behalf of Creditor Horwood
Marcus & Berk Chartered
ahammer@hmblaw.com, ecfnotices@hmblaw.com

Paul E. Harner on behalf of Creditor Acadia Realty
Limited Partnership
paul.harner@lw.com

Jonathan Scott Hawkins on behalf of Interested Party
Great Lakes Technologies, LLC

jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com

Patrick L. Hayden on behalf of Creditor The Nielsen
Company (US), LLC
phayden@mcguirewoods.com

Leslie C. Heilman on behalf of Creditor Acadia
Realty Limited Partnership
heilmanl@ballardspahr.com,
lanoc@ballardspahr.com

Ira L. Herman on behalf of Creditor GlobalTranz
Enterprises, Inc.
iherman@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing
@blankrome.com

Neil E. Herman on behalf of Creditor Kimco Realty
Corporation
Nherman@morganlewis.com
Michael R. Herz on behalf of Creditor CAPREF
Burbank LLC A Delaware LLC
mherz@formanlaw.com, cbrown@formanlaw.com

George Bernard Hofmann on behalf of Creditor
Propel Trampolines LLC
ghofmann@cohnekinghorn.com,
mparks@cohnekinghorn.com

James J. Holman on behalf of Interested Party
Aramark Corporation
jjholman@duanemorris.com

Caleb T. Holzaepfel on behalf of Creditor CBL &
Associates Management Inc.
caleb.holzaepfel@huschblackwell.com

Robert Honeywell on behalf of Creditor Amazon
Payments, Inc.
robert.honeywell@klgates.com,
brian.koosed@klgates.com

Joon P. Hong on behalf of Creditor Thanh Cong
Textile Garment Investment Trading Joint Stock
Company
joonhong@chapman.com

Benjamin Hugon on behalf of Creditor Winners
Industry Co., Ltd.
bhugon@mckoolsmith.com,
nsauter@mckoolsmith.com

Allison Akiko Ito on behalf of Unknown Hawaii
Intercontinental Corporation
aito@hibklaw.com

Russell Jackson on behalf of Creditor Corrina Beth
Kenwisher
rjackson@thomasjhenrylaw.com

Hugh G. Jasne on behalf of Unknown Data Print
Technologies, Inc.
jf@jasneflorio.com, hgj@jasneflorio.com
Dwight Jefferson on behalf of Creditor DAVID
DEEDS
djefferson@coatsrose.com

Christian Paul Jensen on behalf of Stockholder
Thomas Tisch
jensenc@sullcrom.com

Monique Debrikka Jewett-Brewster on behalf of
Creditor John C. Adams
mjb@hopkinscarley.com,
eamaro@hopkinscarley.com

William Austin Jowers on behalf of Creditor
Husqvarna Consumer Outdoor Products N.A.
ajowers@kslaw.com

Allen G. Kadish on behalf of Creditor Community
Unit School District 300
akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@archerlaw.co
m;hbreakstone@archerlaw.com

Vera N Kanova on behalf of Creditor Commonwealth
of PA Dept. of Environmental Protection
verkanova@pa.gov

Alan H Katz on behalf of Creditor Pension Benefit
Guaranty Corporation
akatz@lockelord.com

Alan F. Kaufman on behalf of Creditor Pratt
Corrugated Holdings, Inc.
akaufman@hinshawlaw.com

William E. Kelleher, Jr. on behalf of Creditor Bonita
Casa, LLC
wkelleher@cohenlaw.com,
mgraeb@cohenlaw.com;hward@cohenlaw.com

Steven W. Kelly on behalf of Creditor AmCap
Wilson II, LLC
skelly@s-d.com

Gerald P. Kennedy on behalf of Creditor MCS Hemet
Valley Center LLC
gerald.kennedy@procopio.com,
kristina.terlaga@procopio.com;calendaring@procopi
o.com

Ferve E. Khan on behalf of Creditor American
Greetings Corporation
fkhan@bakerlaw.com

Erin C. Kim on behalf of Creditor Pension Benefit
Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Jane Kim on behalf of Creditor TmaxSoft, Inc.
jkim@kellerbenvenutti.com

Alan M Kindred on behalf of Creditor Beauty 21
Cosmetics, Inc.
akindred@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishm
an.com

Edward M. King on behalf of Creditor Sitel
Operating Corporation
tking@fbtlaw.com

Dawn Kirby on behalf of Creditor Bonnier Corp.
dkirby@ddw-law.com, btepper@ddw-
law.com;dap@ddw-law.com

Lauren Catherine Kiss on behalf of Creditor GLP US
Management, LLC and its affiliates
lkiss@klestadt.com

Richard Klass on behalf of Creditor Anthony Scullari
richklass@courtstreetlaw.com

Sarah J Klebolt on behalf of Creditor 14 Oaks
Associates, LLC
sjk@carmodymacdonald.com,
ala@carmodymacdonald.com

Jeremy C. Kleinman on behalf of Attorney Jeremy C.
Kleinman
jkleinman@fgllp.com

John R. Knapp, Jr. on behalf of Creditor
PeopleReady, Inc.
john.knapp@millernash.com,
lisa.petras@millernash.com

Lawrence J. Kotler on behalf of Creditor Riskonnect,
Inc.
ljkotler@duanemorris.com
Matthew Patrick Kremer on be
half of Interested Party [24]7.ai, Inc.
mkremer@omm.com, mpkremer@gmail.com

David S. Kupetz on behalf of Creditor Izek Shomof
and Alene Shomof Irrevocable Children's Trust

Dated February 11, 1999, Vegas Group, LLC, and
East River Group, LLC
dkupetz@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;dperez@sulmeyerla
w.com

Jeffrey Kurtzman on behalf of Creditor BET
Investments
jkurtzma@klehr.com

Alyssa E. Kutner on behalf of Creditor C.J.
Segerstrom & Sons
kutnera@ballardspahr.com

Michael Kwiatkowski on behalf of Creditor
Appalachian Power Company
mkwiatkowski@msek.com, lgomez@msek.com

Paul J. Labov on behalf of Creditor Cleva North
America and Cleva Hong Kong
plabov@foxrothschild.com,
msteen@foxrothschild.com

Keith A Langley on behalf of Interested Party Liberty
Mutual Insurance Company
klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-
llp.com

Fernand L Laudumiey, IV on behalf of Creditor
Richards Canal Street Property, LLC
laudumiey@chaffe.com

Lacy Martin Lawrence on behalf of Creditor
Committee Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.
llawrence@akingump.com,
txdocketing@akingump.com

Vincent Edward Lazar on behalf of Creditor
Electrolux Home Care Products, Inc.
vlazar@jenner.com

Gilbert A. Lazarus on behalf of Creditor Vandale
Industries, Inc.
gillazarus@gmail.com

Harlan Mitchell Lazarus on behalf of Creditor Cudlie
Accessories LLC
hmllaw@att.net, hlazarus@lazarusandlazarus.com

Robert L. LeHane on behalf of Creditor 1 Imeson
Park Blvd, LLC
KDWBankruptcyDepartment@Kelleydrye.com;MVi
cinanza@ecf.inforuptcy.com

Paul D. Leake on behalf of Interested Party Bank of America, N.A.
wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com

Andrew M Leblanc on behalf of Interested Party Cyrus Capital Partners, L.P.
aleblanc@milbank.com

Bernice C Lee on behalf of Creditor SVAP Golf Mill Retail II, L.P.
blee@slp.law, dwoodall@slp.law

Michael Skoy Legge on behalf of Creditor McLane Company, Inc.
mlegge@huntonak.com,
tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com

Joseph H. Lemkin on behalf of Creditor Conopco, Inc. dba Unilever
jlemkin@stark-stark.com

William J. Levant on behalf of Creditor Mac Dade Mall Associates, L.P.
efile.wjl@kaplaw.com

Richard B. Levin on behalf of Unknown Reynolds Consumer Products LLC
rlevin@jenner.com

Mark Levine on behalf of Respondent Lavarita Meriwether
mlevine@ssbny.com

Lawrence A. Lichtman on behalf of Creditor Aaron Gershenson Family Properties, LLC
llichtman@honigman.com, litdocket@honigman.com

Jessica Liou on behalf of Debtor Sears Holdings Corporation
jessica.liou@weil.com

Alan Jay Lipkin on behalf of Creditor Drayton Plains (MI), LLC
alipkin@willkie.com, maosbny@willkie.com

Robert Liubicic on behalf of Interested Party Cyrus Capital Partners, L.P.
rliubicic@milbank.com

Armando Llorens on behalf of Unknown Felix Calls , LLC
armando@furgang.com
Jacqulyn S. Loftin on behalf of Creditor Amazon Web Services, Inc.

jsl@lhmlawfirm.com

Brian J. Lohan on behalf of Creditor AT&T
brian.lohan@arnoldporter.com

John G. Loughnane on behalf of Creditor The Davis Companies
jloughnane@nutter.com

Howard P. Magaliff on behalf of Creditor Sante Marcoccia
hmagaliff@r3mlaw.com, hcolon@r3mlaw.com

Christopher J. Major on behalf of Creditor Royal Consumer Products, LLC
cjm@msf-law.com, bm@msf-law.com

Colleen Maker on behalf of Creditor Schindler Elevator Corporation
cmaker@walsh.law

Jacqueline Marcus on behalf of Debtor A&E Factory Service, LLC
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jennifer L. Marines on behalf of Creditor ICON Health & Fitness, Inc.
jmarines@mofo.com, docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com

Ilan Markus on behalf of Creditor Benenson Capital Partners, LLC and Brooks Shopping Centers, LLC
ilan.markus@leclairryan.com,
andrew.cole@leclairryan.com

Jonathan D. Marshall on behalf of Creditor Wells Fargo Bank, National Association
jmarshall@choate.com
Laurence May on behalf of Creditor Prestige Properties & Development Co., Inc.
lmay@eisemanlevine.com

Sandra E. Mayerson on behalf of Creditor - - Securian Life Insurance
sandy@mhlaw-ny.com

Shlomo Maza on behalf of Creditor GACP II, L.P.
shlomomaza@paulhastings.com

Matthew McCann on behalf of Creditor Ray Padula Holdings, LLC
mmccann@swc-law.com, mmccann@swc-law.com

William McCarron, Jr. on behalf of Creditor Pension
Benefit Guaranty Corporation
mccarron.william@pbgc.gov, efile@pbgc.gov

John G. McCarthy on behalf of Creditor Enhanced
Recovery Company, LLC, successor to TeleSight,
LLC d/b/a ERC Market Research
jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com

Richard J. McCord on behalf of Creditor Studio 1
Div. of Shazdeh Fashions
RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.
com;cglick@certilmanbalin.com;rnosek@certilmanb
alin.com

Sawnie A. McEntire on behalf of Interested Party
Cushman & Wakefield Inc.
smcentire@pmmlaw.com

Thomas James McGowan on behalf of Creditor
Lexington Tramk Manteca L.P.
tmcgowan@meltzerlippe.com,
sbrown@meltzerlippe.com;mwhiteman@meltzerlipp
e.com

Brian S. McGrath on behalf of Creditor ARI Fleet LT
bmcgrath@mcglinchey.com

David M. Meegan on behalf of Unknown CEMR
Properties
jhutton@mhksacto.com, jhutton@mhksacto.com
Deborah Jill Michelson on behalf of Unknown Arca
Industrial (NJ), Inc.
michelson@mgfl-law.com

Brett H. Miller on behalf of Interested Party SRC
O.P. LLC, SRC Facilities LLC and SRC Real Estate
(TX) LLC
bmiller@mofo.com, brett-miller-
1388@ecf.pacerpro.com

Curtis S. Miller on behalf of Interested Party
LEFMARK Tamiami, Inc.
cmiller@mnat.com

Dennis D. Miller on behalf of Creditor Trinet
Essential Facilities XXVII, Inc.
dmiller@steinlubin.com

Stephen M. Miller on behalf of Interested Party
Brighton Lease Management, L.L.C.
smiller@morrisjames.com,
wweller@morrisjames.com;jdawson@morrisjames.c
om

Russell W. Mills on behalf of Creditor M&G
Jewelers, Inc.
rmills@bellnunnally.com,
nsummerville@bellnunnally.com

Joseph Thomas Moldovan on behalf of Creditor
Allure Gems, LLC
bankruptcy@morrisoncohen.com

Carol E. Momjian on behalf of Creditor
Commonwealth of Pennsylvania, Department of
Revenue
cmomjian@attorneygeneral.gov

Laura J. Monroe on behalf of Creditor Lubbock
Central Appraisal District
lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Kevin P. Montee on behalf of Creditor Hudson
Concourse, LLC
kmontee@monteeassociates.com,
kmontee@monteeassociates.com

Julie F. Montgomery on behalf of Creditor SAP
Industries, Inc.
jmontgomery@brownconnery.com
Courtney Morgan on behalf of Creditor Pension
Benefit Guaranty Corporation
morgan.courtney@pbgc.gov, efile@pbgc.gov

Michael L. Moskowitz on behalf of Creditor Aspen
Refrigerants, Inc.
mlm@weltmosk.com,
mkj@weltmosk.com;mag@weltmosk.com

John Mueller on behalf of Creditor Maynardville
Pike LP
jmueller@lippes.com, rfink@lippes.com

Rahul Mukhi on behalf of Creditor ESL Investments,
Inc.
rmukhi@cgsh.com, maofiling@cgsh.com

Edgardo Munoz on behalf of Creditor SUNSHINE
SHOPPING CENTER INC
emunozpsc@gmail.com

Klaus Peter Muthig, I on behalf of Creditor Maricopa
County Treasurer
muthigk@mcao.maricopa.gov

Bruce S. Nathan on behalf of Interested Party LG
Electronics Alabama, Inc.
bnathan@lowenstein.com,
msavetsky@lowenstein.com

Edward E. Neiger on behalf of Creditor City Choice
Limited
eneiger@askllp.com, lmiskowiec@askllp.com

Kevin Michael Newman on behalf of Creditor
Aviation Mall NewCo, LLC
knewman@barclaydamon.com

Victor Newmark on behalf of Creditor 156 Tom Hill,
LLC
vnewmark@evict.net

Timothy F. Nixon on behalf of Creditor A.O. Smith
Corporation
tnixon@gklaw.com,
kboucher@gklaw.com;pbrellenthin@gklaw.com

Sean E. O'Donnell on behalf of Spec. Counsel
Proposed Special Conflicts Counsel to the Official
Committee of Unsecured Creditors
sodonnell@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com;rri
chards@herrick.com

Sean A. O'Neal on behalf of Creditor ESL
Investments, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe on behalf of Creditor JW Mitchell
Company, LLC
sokeefe@okeefelc.com, seanaokeefe@msn.com

Rachel R Obaldo on behalf of Creditor Texas
Comptroller of Public Accounts
bk-robaldo@oag.texas.gov,
sherri.simpson@oag.texas.gov

Thomas S. Onder on behalf of Creditor 67500 South
Main Street, Richmond, LLC
tonder@stark-stark.com

Mark Russell Owens on behalf of Interested Party
Urschel Development Corporation
mowens@btlaw.com,
mowens@btlaw.com;bankruptcyindy@btlaw.com

Jennifer Kennedy Park on behalf of Creditor ESL
Investments, Inc.
jkpark@cgsh.com

Richard J. Parks on behalf of Creditor Sun Industrial,
Inc.
rjp@pietragallo.com,
ms@pietragallo.com;jk@pietragallo.com

Barbra R. Parlin on behalf of Creditor Fringe Area
(II), S.E.
barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy
Company
ppascuzzi@ffwplaw.com

Jennifer Pastarnack on behalf of Interested Party
Whitebox Asymmetric Partners LP
jennifer.pastarnack@cliffordchance.com

Kristen N. Pate on behalf of Creditor Brookfield
Property REIT Inc.
bk@brookfieldpropertiesretail.com

Richard C. Pedone on behalf of Trustee/Not
Bankrupt U.S. BANK NATIONAL ASSOCIATION
rpedone@nixonpeabody.com

Melissa A. Pena on behalf of Creditor Ecolab, Inc.
mapena@nmmlaw.com, pfreda@nmmlaw.com

Eloy A Peral on behalf of Unknown Lake Plaza
Shopping Center LLC
eperal@wilkauslander.com

Frank Peretore on behalf of Creditor Tri-County
Mall, LLC
fperetore@csglaw.com, ecf@csglaw.com

Deborah M Perry on behalf of Creditor International
Airport Center, Inc.
dperry@munsch.com

Albena Petrakov on behalf of Unknown Saul
Subsidiary I, LP
apetrakov@offitkurman.com

Douglas J. Pick on behalf of Creditor Norton
Mailman Associates
dpick@picklaw.net, ezabicki@picklaw.net

Michael Ryan Pinkston on behalf of Unknown
Wilmington Trust, National Association
rpinkston@seyfarth.com

Curtis M. Plaza on behalf of Unknown The Joe and
Frances McCann Family Limited Partnership
cplaza@riker.com, tschellhorn@riker.com

Dana S. Plon on behalf of Creditor Loyal Holdings
DE LLC
dplon@sirlinlaw.com

David L. Pollack on behalf of Creditor Acadia Realty
Limited Partnership
pollack@ballardspahr.com

Cynthia L Pollick on behalf of Creditor Karen Smith
pollick@lawyer.com

Kimberly A. Posin on behalf of Interested Party
Extreme Networks, Inc.
kim.posin@lw.com

Constantine Dean Pourakis on behalf of Unknown
East Penn Manufacturing Co.
cp@stevenslee.com

Robert L. Pryor on behalf of Creditor ABC Supply
Co. Inc.
rlp@pryormandelup.com

Chad Pugatch on behalf of Creditor CM Grayson,
LLC
cpugatch.ecf@rprslaw.com

Anthony M. Rainone on behalf of Creditor iStar
Jewelry, LLC
arainone@bracheichler.com

Shane Ramsey on behalf of Creditor Retail
Opportunity Investments Corp.
shane.ramsey@nelsonmullins.com,
jennifer.murray@nelsonmullins.com;emiller@bayard
law.com;SMacon@bayardlaw.com

Paul L. Ratelle on behalf of Interested Party FG, LLC
pratelle@fwhtlaw.com

Gary O. Ravert on behalf of Creditor ADT LLC d/b/a
Protection One
gravert@ravertpllc.com, gary.ravertpllc@gmail.com

Jeffrey A. Reich on behalf of Creditor Union Center
Realty, LLC
reichlaw@reichpc.com

Norman Neville Reid on behalf of Creditor
Chamberlain Group, Inc.
nreid@foxswibel.com

Annemarie V. Reilly on behalf of Interested Party
Extreme Networks, Inc.
annemarie.reilly@lw.com

Ryan C. Reinert on behalf of Creditor Manco Florida
Associates, LLC
rreinert@shutts.com, juanitasanchez@shutts.com

Guy A. Reiss on behalf of Creditor Miele, Inc.
greiss@reisspreuss.com

Carol Ann Rich on behalf of Creditor Lockhart
Realty Inc
crich@dudleylaw.com

Steven Richman on behalf of Creditor Epicor
Software Corporation
srichman@clarkhill.com

Michael J. Riela on behalf of Creditor Vertical
Industrial Park Associates
riela@thsh.com

Fred B. Ringel on behalf of Creditor East End
Commons Associates LLC
fbr@robinsonbrog.com

Christy Rivera on behalf of Creditor One World
Technologies, Inc. d/b/a Techtronic Industries Power
Equipment
christy.rivera@nortonrosefulbright.com

Beth Ellen Rogers on behalf of Creditor Serta
Simmons Bedding, LLC
brogers@berlawoffice.com

Laurel D. Roglen on behalf of Interested Party
Magformers, LLC
roglenl@ballardspahr.com, lanoc@ballardspahr.com

Alexis J. Rogoski on behalf of Unknown XL
Specialty Insurance Company Ltd. c/o Michael B.
Chester, Esq., Boundas, Skarzynski, Walsh & Black,
LLC
arogoski@skarzynski.com
Mark S. Roher on behalf of Creditor Action Time,
Inc.
mroher@markroherlaw.com,
ecf@markroherlaw.com;ecf2@markroherlaw.com

Kristen D Romano on behalf of Creditor ARI Fleet
LT
kromano@mcglinchey.com

Julie H Rome-Banks on behalf of Creditor Wilshire
Investments, LLC
julie@bindermalter.com

Robert M. Rosen on behalf of Interested Party
Cushman & Wakefield Inc.
rrosen@pmmlaw.com

Sanford Philip Rosen on behalf of Creditor
Cranston/BVT Associates, LLP

srosen@rosenpc.com

Arthur E. Rosenberg on behalf of Interested Party
Cushman & Wakefield Inc.
arthur.rosenberg@hklaw.com

David A. Rosenzweig on behalf of Creditor Living
Spaces Furniture, LLC
david.rosenzweig@nortonrosefulbright.com

Douglas B. Rosner on behalf of Creditor Cape Town
Plaza LLC
drosner@goulstonstorrs.com

Beth J. Rotenberg on behalf of Unknown Cardinal
Health 110 LLC
brotenberg@csglaw.com, ecf@csglaw.com

Paul Alex Rubin on behalf of Creditor RubyRed
Garment Manufacturing S.A.E. (Jerseywear)/Egypt
prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

Myrna Ruiz-Olmo on behalf of Creditor Puerto Rico
Supplies Group, Inc.
mro@prbankruptcy.com,
tbp@prbankruptcy.com,lsg@prbankruptcy.com

Maura I. Russell on behalf of Creditor Sakar
International
mrussell@ckrlaw.com

Patrick Morgan Ryan on behalf of Creditor Charles
Pugh
pmryan@sorlinglaw.com, smjordan@sorlinglaw.com

CARL JOSEPH SORANNO on behalf of Creditor
iStar Jewelry, LLC
csoranno@bracheichler.com,
dfamula@bracheichler.com;jpmartin@bracheichler.c
om

Thomas James Salerno on behalf of Interested Party
Telesoft Corp
thomas.salerno@stinson.com,
Karen.graves@stinson.com

Diane W. Sanders on behalf of Creditor Aransas
county
austin.bankruptcy@lgbs.com

Joseph E. Sarachek on behalf of Creditor Helen
Andrews Inc.
joe@saracheklawfirm.com,
jon@saracheklawfirm.com

Robert M. Sasloff on behalf of Creditor Avenel
Realty Associates, LLC
rms@robinsonbrog.com

Bruce M. Sattin on behalf of Creditor Alexandria
Pelletteri
bsattin@szaferman.com

Russell W. Savory on behalf of Creditor BICO
Associates GP
russ@bsavory.com

Gilbert R. Saydah, Jr. on behalf of Creditor Bradshaw
Westwood Trust
gsaydah@ckrlaw.com

Courtney A Schael on behalf of Unknown Shinn Fu
Company of America, Inc.
cschael@ashfordnjlaw.com,
mrogers@ashfordnjlaw.com

Michael L. Schein on behalf of Creditor NorthStar
Group Services, Inc.
mschein@vedderprice.com,
ecfnydocket@vedderprice.com;docketing-
6992@ecf.pacerpro.com;michael-schein-
3874@ecf.pacerpro.com

Aaron J. Scheinfield on behalf of Creditor Alliance
Material Handling Corp.
aaron@bk-lawyer.net

Frederick E. Schmidt on behalf of Creditor Scents of
Worth, Inc.
eschmidt@cozen.com

Bradley Schneider on behalf of Creditor Whirlpool
Corporation
bradley.schneider@mto.com

Edward L. Schnitzer on behalf of Attorney Edward
L. Schnitzer
eschnitzer@ckrlaw.com

Ray C Schrock on behalf of Debtor Kmart Holding
Corporation
ray.schrock@weil.com, matthew.goren@weil.com

Christopher P. Schueller on behalf of Creditor FedEx
Supply Chain, Inc. and FedEx Custom Critical, Inc.
christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com

H. Jeffrey Schwartz on behalf of Creditor Winners
Industry Co., Ltd.

hjschwartz@mckoolsmith.com,
hjschwartz@mckoolsmith.com

Gary F Seitz on behalf of Creditor Yang Ming
(America) Corp.
gseitz@gsbblaw.com, gary.seitz@gmail.com

Michelle Marie Sekowski on behalf of Spec. Counsel
Proposed Special Conflicts Counsel to the Official
Committee of Unsecured Creditors
msekowski@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst on behalf of Spec. Counsel
Proposed Special Conflicts Counsel to the Official
Committee of Unsecured Creditors
sselbst@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com

Richard M. Seltzer on behalf of Creditor
International Union, UAW
rseltzer@cwsny.com, ecf@cwsny.com

Yaron Shaham on behalf of Creditor Panache
International LLC
yshaham@kahanafeld.com

Michael Abtin Shakouri on behalf of Creditor
Niagara Realty LLC
mshakouri@goodkinlynch.com

Ross G Shank on behalf of Creditor CenturyLink
Communications, LLC
rshank@kasowitz.com, courtnotices@kasowitz.com

Karen Sheehan on behalf of Creditor PennyMac
Corp.
ksheehan@flwlaw.com, jspiegelman@flwlaw.com

Bradley S. Shraiberg on behalf of Creditor
CompuCom Systems, Inc.
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail
@gmail.com

Michelle E. Shriro on behalf of Creditor Summit
Portraits, LLC
mshriro@singerlevick.com,
scotton@singerlevick.com;croote@singerlevick.com

Andrew I. Silfen on behalf of Interested Party
Cheddars Casual Cafe, Inc.
andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;lisa.indelicato@arent
fox.com

Kevin J. Simard on behalf of Creditor Wells Fargo
Bank, National Association
ksimard@choate.com

Wendy M. Simkulak on behalf of Creditor Chubb
Companies
wmsimkulak@duanemorris.com

Sunny Singh on behalf of Debtor Sears Holdings
Corporation
sunny.singh@weil.com,
Andriana.Georgallas@weil.com;Paloma.VanGroll@
weil.com;Vincent.Yiu@weil.com;Philip.DiDonato@
weil.com

Peter B. Siroka on behalf of Interested Party Seritage
Growth Properties
peter.siroka@friedfrank.com,
aaron_rothman@friedfrank.com;alix.brozman@fried
frank.com;ManagingAttorneysDepartment@friedfran
k.com

Doug Skierski on behalf of Creditor Quest Resource
Management Group LLC
enotices@skijain.com

Daniel W. Sklar on behalf of Creditor 266 Route 125,
LLC
dsklar@nixonpeabody.com,
ccarlin@nixonpeabody.com

Aaron C. Smith on behalf of Creditor Pension Benefit
Guaranty Corporation
asmith@lockelord.com,
chicagodocket@lockelord.com;jcataldo@lockelord.c
om

Neal Smith on behalf of Creditor Community Unit
School District 300
nsmith@robbins-schwartz.com

Steven B Smith on behalf of Spec. Counsel Proposed
Special Conflicts Counsel to the Official Committee
of Unsecured Creditors
ssmith@herrick.com, ssmith@herrick.com

Natasha M. Songonuga on behalf of Creditor
American Lebanese Syrian Associated Charities, Inc.
nsongonuga@gibbonslaw.com

Owen M. Sonik on behalf of Creditor Spring Branch
Independent School District, et al.
osonik@pbfcm.com,
tpope@pbfcm.com;osonik@ecf.inforuptcy.com

James E. Sorenson on behalf of Creditor Florida Self-Insurers Guaranty Association, Inc.
bk@svllaw.com, jim@svllaw.com

Fredric Sosnick on behalf of Creditor Sears Hometown and Outlet Stores, Inc.
fsosnick@shearman.com

Sean C. Southard on behalf of Creditor Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances
ssouthard@klestadt.com

Penny R. Stark on behalf of Creditor Caparra Center Associates/San Patricio Plaza
pstarkesq@gmail.com

Miriam R Stein on behalf of Creditor MJ Holding Company, LLC
mstein@chuhak.com

Rick Aaron Steinberg on behalf of Interested Party TOTE, Inc.
rsteinberg@pricemeese.com

Richard A. Stieglitz, Jr. on behalf of Creditor SHLD Lendco, LLC
RStieglitz@cahill.com,
MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com, prentice@slollp.com

Philip E. Strok on behalf of Creditor Paco (China) Garment Ltd.
pstrok@swelawfirm.com,
gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com

Enid Nagler Stuart on behalf of Creditor New York State Department of Taxation & Finance
enid.stuart@ag.ny.gov, ted.berkowitz@ag.ny.gov

Joshua Sturm on behalf of Interested Party Duff & Phelps, LLC
joshua.sturm@ropesgray.com

Matthew G. Summers on behalf of Creditor Acadia Realty Limited Partnership
summersm@ballardspahr.com

Vivek Suri on behalf of Creditor KG Denim Limited
info@viveksuri.com, lawyer@surilawoffice.com

Casey Cantrell Swartz on behalf of Creditor CIVF V-OH1M03, LLC
cswartz@taftlaw.com

Daniel R. Swetnam on behalf of Interested Party 5330 Crosswind, LLC
Daniel.Swetnam@icemiller.com,
Deborah.Martin@icemiller.com

Douglas T. Tabachnik on behalf of Creditor Certain Texas Taxing Entities
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Stanley B. Tarr on behalf of Creditor Hansae Co. Ltd.
tarr@blankrome.com

David R Taxin on behalf of Unknown 5525 S. Soto St. Associates
davidtaxin@dahannowick.com

Andrew Tenzer on behalf of Creditor GACP II, L.P.
andrewtenzer@paulhastings.com

Brett S. Theisen on behalf of Creditor Henkel Corporation
btheisen@gibbonslaw.com

David L. Tillem on behalf of Unknown Putnam County
tillemd@wemed.com

My Chi To on behalf of Creditor Cascade Investment, L.L.C. & SL Agent, LLC
mcto@debevoise.com, amcdermott@debevoise.com

Gordon J. Toering on behalf of Creditor Chervon (HK), Ltd.
gtoering@wnj.com

Kevin Tompsett on behalf of Creditor Van Hook Service Co., Inc.
ktompsett@harrisbeach.com,
frichenberg@harrisbeach.com

Michael Tsang on behalf of Creditor 1803, LLC
mtsang@tsanglawfirm.com

Ronald M. Tucker on behalf of Unknown Simon Property Group, L.P.
rtucker@simon.com, bankruptcy@simon.com

Curtis Lee Tuggle on behalf of Creditor Administration Agreement Parties c/o Thompson Hine, LLP
curtis.tuggle@thompsonhine.com,
ECFDocket@thompsonhine.com

Andrew P. Tureaud on behalf of Creditor 909 Group, L.P.
atureaud@kblaw.com, atureaud@kblaw.com

Bethany Turke on behalf of Creditor Brian Van
Vooren
brt@wexlerwallace.com, ecf@wexlerwallace.com

Marshall C. Turner on behalf of Creditor CBL &
Associates Management Inc.
marshall.turner@husch.com, marshall-turner-
8668@ecf.pacerpro.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Veronique Urban on behalf of Creditor Midwood
Management Corp.
vurban@farrellfritz.com

Seth Van Aalten on behalf of Creditor Washington
Prime Group Inc.
svanaalten@cooley.com, efiling-
notice@ecf.pacerpro.com

James Christopher Vandermark on behalf of Creditor
Cisco Systems Inc.
vandermarkj@whiteandwilliams.com

James J. Vincequerra on behalf of Creditor Cupid
Foundations, Inc.
James.Vincequerra@alston.com

Kaitlin R. Walsh on behalf of Creditor Suzhou
Chunju Electric Co. Ltd.
KRWalsh@mintz.com, docketing@mintz.com

David H. Wander on behalf of Creditor Electronics
for Imaging, Inc.
dhw@dhclegal.com

Eric Waxman on behalf of Creditor ARGONAUT
INSURANCE COMPANY
eric.waxman@cwt.com, nyecfnotice@cwt.com

Andrew W. Weaver on behalf of Creditor ESL
Investments, Inc.
aweaver@cgsh.com, maofiling@cgsh.com

Adam J. Webb on behalf of Creditor Washington
Prime Group Inc.
awebb@fbtlaw.com

William P. Weintraub on behalf of Unknown Wicked
Audio, Inc.
wweintraub@goodwinprocter.com,
gfox@goodwinprocter.com

Robert A Weisberg on behalf of Creditor
Forbes/Cohen Florida Properties, LP

rweisberg@carsonfischer.com,
njudge@carsonfischer.com

Erica Weisgerber on behalf of Creditor Cascade
Investment, L.L.C. & SL Agent, LLC
eweisgerber@debevoise.com,
eweisgerber@debevoise.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-
Perez@lgbs.com

Eric R. Wilson on behalf of Creditor Computershare
Trust Company, N.A.
KDWBankruptcyDepartment@Kelleydrye.com;MVi
cinanza@ecf.inforuptcy.com

Garth D. Wilson on behalf of Creditor Pension
Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Jeffrey C. Wisler on behalf of Creditor Cigna Life
Insurance Company of New York
jwisler@connollygallagher.com

Norman C Witte on behalf of Creditor 4th South
Street II, LLC
ncwitte@wittelaw.com, mmallswede@wittelaw.com
Lee E. Woodard on behalf of Creditor Van Hook
Service Co., Inc.
bkemail@harrisbeach.com,
ktompsett@harrisbeach.com;kgriffith@harrisbeach.c
om

Melissa S. Woods on behalf of Creditor International
Union, UAW
mwoods@cwsny.com, ecf@cwsny.com

Derek L. Wright on behalf of Unknown CenterPoint
Properties Trust
dlwright@foley.com

Thomas Yanega on behalf of Unknown Beauty Gem,
Inc.
ty@devacklaw.com

Rafael X. Zahralddin on behalf of Interested Party
McDonald's Corporation
rxza@elliottgreenleaf.com

Marc A. Zelina on behalf of Unknown Simon
Property Group, L.P.
marc.zelina@lw.com

Matthew C. Ziegler on behalf of Interested Party
Fanatics Licensed Sports Group, LLC F/K/A VF
Licensed Sports Group, LLC
matthew.ziegler@morganlewis.com

Tom Zimmerman on behalf of Attorney Thomas A.
Zimmerman, Jr.
tom@attorneyzim.com, firm@attorneyzim.com

Greg M. Zipes on behalf of U.S. Trustee United
States Trustee
greg.zipes@usdoj.gov

Scott A. Zuber on behalf of Unknown Cardinal
Health 110 LLC
szuber@csglaw.com, ecf@csglaw.com

Evan J. Zucker on behalf of Creditor Aleff LLC
ezucker@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing
@blankrome.com

Richard L. Zucker on behalf of Creditor Oster
Yorktown Properties, LLC
rzucker@lasserhochman.com

Paul H. Zumbro on behalf of Creditor Stanley Black
& Decker, Inc.
pzumbro@cravath.com, mao@cravath.com

## EXHIBIT B – VIA ELECTRONIC  MAIL

### BID NOTICE PARTIES:

| NOTICE NAME | EMAIL |
|---|---|
| Rob Riecker<br>Luke Valentino<br>Mohsin Meghji | rob.riecker@searsch.com<br>luke.valentino@searshc.com<br>mmeghji@miiipartners.com<br>counsel@searshc.com |
| Ray C. Schrock, P.C.<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh | ray.schrock@weil.com<br>jacqueline.marcus@weil.com<br>garrett.fail@weil.com<br>sunny.singh@weil.com |
| Brandon Aebersold<br>Levi Quaintance | project.blue.rx@lazard.com |

### CONSULTATION PARTIES:

| NOTICE NAME | EMAIL |
|---|---|
| Counsel to Bank of America, N.A., in its capacity as the administrative agent under the First Lien Credit Facility and DIP ABL Agent | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Counsel to Wells Fargo Bank, National Association, in its capacity as Co-Collateral Agent under the First Lien Credit Facility and Co-Collateral Agent under the DIP ABL Facility | ksimard@choate.com<br>jmarshall@choate.com |
| The Official Committee of Unsecured Creditors | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |

### STALKING HORSE BIDDER AND COUNSEL

| NOTICE NAME | EMAIL |
|---|---|
| Transform Holdco LLC | kunal@eslinvest.com<br>Harold@eslinvest.com |

| NOTICE NAME | EMAIL |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>Attention: Christopher E. Austin, Benet J. O'Reilly and Sean A. O'Neal | caustin@cgsh.com<br>boreilly@cgsh.com<br>soneal@cgsh.com |

## MASTER SERVICE LIST PARTIES:

| NOTICE NAME | EMAIL |
|---|---|
| Ira S. Dizengoff,<br>Philip C. Dublin,<br>Abid Qureshi,<br>Sara L. Brauner | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| Pamela H. Walters,<br>Johnetta Lang | bnkatty@aldineisd.org |
| Jenelle C. Arnold | jarnold@aldridgepite.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| Leib M. Lerner | leib.lerner@alston.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Anthony J. D'Artiglio,<br>Joshua S. Bauchner | ajd@ansellgrimm.com |
| Allen G. Kadish,<br>Lance A. Schildkraut | akadish@archerlaw.com<br>lschildkraut@archerlaw.com |
| Andrew I. Silfen,<br>Beth Brownstein | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Brian J. Lohan, Esq.,<br> Ginger Clements, Esq. | brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Edward E. Neiger,<br>Jennifer A. Christian | eneiger@askllp.com<br>jchristian@askllp.com |
| James W. Grudus, Esq. | Jg5786@att.com |
| Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Ferve Khan | fkhan@bakerlaw.com |
| David L. Pollack | pollack@ballardspahr.com |
| Dustin P. Branch | branchd@ballardspahr.com |

| NOTICE NAME | EMAIL |
|---|---|
| Leslie C. Heilman,<br>Matthew G. Summers | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com |
| Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com<br>kutnera@ballardspahr.com |
| Kevin M. Newman | knewman@barclaydamon.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Russell W. Savory | russ@bsavory.com |
| Russell W. Mills,<br>R. Kent Love | rmills@bellnunnally.com<br>klove@bellnunnally.com |
| Michael J. Barrie,<br>Kevin M. Capuzzi | mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com |
| William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Lawrence M. Schwab,<br>Thomas M. Gaa | Tgaa@bbslaw.com |
| Michael W. Malter,<br>Julie H. Rome-Banks | michael@bindermalter.com<br>julie@bindermalter.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |
| Stanley B. Tarr,<br>Evan J. Zucker | Tarr@BlankRome.com<br>EZucker@BlankRome.com |
| Wanda Borges, Esq.,<br>Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| Paul M. Weister | pweiser@buchalter.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Christopher P. Schueller | christopher.schueller@bipc.com |
| Christopher P. Schueller,<br>Terry A. Shulsky,<br>Tyler S. Dischinger | terry.shulsky@bipc.com<br>tyler.dischinger@bipc.com |
| Eric G. Waxman III,<br>Anthony De Leo | Eric.Waxman@cwt.com<br>Anthony.Deleo@cwt.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Joel H. Levitin,<br>Richard A. Stieglitz Jr. | jlevitin@cahill.com<br>rstieglitz@cahill.com |
| Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |

| NOTICE NAME | EMAIL |
|---|---|
| Michael J. Catalfimo, Esq.,<br>John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| James Gadsden, Esq. | gadsden@clm.com<br>bankruptcy@clm.com<br>Dennis.roemlein@bnymellon.com |
| Richard J. McCord, Esq.,<br>Robert D. Nosek, Esq. | rmccord@certilmanbalin.com<br>rnosek@certilmanbalin.com |
| Laura E. Appleby,<br>Steven Wilamowsky | appleby@chapman.com<br>wilamowsky@chapman.com |
| Beth J. Rotenberg,<br>Scott A. Zuber | brotenberg@csglaw.com<br>szuber@csglaw.com |
| Kevin J. Simard,<br>Jonathan D. Marshall | ksimard@choate.com<br>jmarshall@choate.com |
| Hyun Suk Choi,<br>Chull S. Park | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com |
| Miriam R. Stein | mstein@chuhak.com |
| Edward L. Schnitzer,<br>Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com<br>gsaydah@ckrlaw.com |
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| David M. Blau | dblau@clarkhill.com |
| Sean A. O'Neal,<br>James L. Bromley,<br>Andrew Weaver,<br>Rahul Mukhi,<br>Jennifer Kennedy Park | soneal@cgsh.com<br>jbromley@cgsh.com<br>aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com |
| William E. Kelleher, Jr.,<br>Helen Sara Ward | wkelleher@cohenlaw.com<br>hward@cohenlaw.com |
| Richard M. Seltzer,<br>Melissa S. Woods | rseltzer@cwsny.com |
| Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |

| NOTICE NAME | EMAIL |
|---|---|
| Karen C. Bifferato,<br>Kelly M. Conlan,<br>N. Christopher Griffiths | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com |
| Seth Van Aalten,<br> Sarah Carnes | svanaalten@cooley.com<br>scarnes@cooley.com |
| Dianne Coffino,<br>R. Alexander Clark | dcoffino@cov.com<br>aclark@cov.com |
| Marl E. Felger | mfelger@cozen.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| Marshall S. Huebner, Esq,<br>Eli J. Vonnegut, Esq. | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com |
| Erica S. Weisgerber,<br>My Chi To | mcto@debevoise.com<br>eweisgerber@debevoise.com |
| Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| Beth J. Solomon | bethsolomon@discover.com |
| Marita S. Erbeck | marita.erbeck@dbr.com |
| Lawrence J. Kotler,<br>Wendy M. Simkulak | LJKotler@duanemorris.com<br>WMSimkulak@duanemorris.com |
| Wendy M. Simkulak, Esquire &<br>Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com |
| Laurence May, Esq. | lmay@eisemanlevine.com |
| Rafael X. Zahralddin-Aravena,<br>Shelley A. Kinsella,<br>Eric M. Sutty | rxza@elliottgreenleaf.com<br>sak@elliottgreenleaf.com<br>ems@elliottgreenleaf.com |
| Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Larry Bercovich | lbercovich@epicor.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |

| NOTICE NAME | EMAIL |
|---|---|
| Derek L. Wright<br>Katherine R. Catanese | dlwright@foley.com<br>kcatanese@foley.com |
| Michael Small | msmall@foley.com |
| Thomas Scannell | tscannell@foley.com |
| Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Mark E. Hall,<br>Michael R. Herz | mhall@foxrothschild.com<br>mherz@foxrothschild.com |
| N. Neville Reid | nreid@foxswibel.com |
| Joseph D. Frank,<br>Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Devon J. Eggert, Esq. | deggert@freeborn.com |
| Michelle C. Marans, Esq. | |
| Brad Eric Scheler,<br>Scott B. Luftglass,<br>Peter B. Siroka | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com |
| Edward M. King | tking@fbtlaw.com |
| Ronald E. Gold<br>AJ Webb | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Phillip A. Martin,<br>Laura M. Brymer | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Matthew T. Gensburg | mgensburg@gcklegal.com |
| Brett S. Theisen,<br>Natasha M. Songonuga | btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Timothy F. Nixon | tnixon@gklaw.com |
| Jonathan L. Flaxer, Esq.,<br>Michael S. Weinstein, Esq. | jflaxer@golenbock.com<br>mweinstein@golenbock.com |
| Barry Z. Bazian | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Frederick Black,<br>Tara B. Annweiler,<br>Marc D. Young | tannweiler@greerherz.com |

| NOTICE NAME | EMAIL |
|---|---|
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Alan D. Halperin, Esq.,<br>Ligee Gu, Esq. | ahalperin@halperinlaw.net<br>lgu@halperinlaw.net |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Joia Johnson, Chief Administrative Officer and<br>General Counsel | joia.johnson@hanes.com<br>howard.upchurch@hanes.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Sean E. O'Donnell,<br>Stephen B. Selbst,<br>Steven B. Smith,<br>Michelle M. Sekowski | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Arthur E. Rosenberg, Esq.,<br>Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com<br>Marc.Antonecchia@hklaw.com |
| Barbra R. Parlin | barbra.parlin@hklaw.com<br>elvin.ramos@hklaw.com |
| Jose A. Casal, Esq.,<br>Joaquin J. Alemany, Esq. | jose.casal@hklaw.com<br>jjalemany@hklaw.com |
| Lawrence A. Lichtman | llichtman@honigman.com |
| Jay M. Ross,<br>Monique D. Jewett-Brewster | jross@hopkinscarley.com<br>mjb@hopkinscarley.com |
| Brett L. Gross,<br>Michael S. Legge | bgross@HuntonAK.com<br>mlegge@huntonak.com |
| Gregory G. Hesse | ghesse@huntonak.com |
| Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |
| Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Alex Macias | alex.macias@impremedia.com |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |

| NOTICE NAME | EMAIL |
|---|---|
| Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Hugh G. Jasne, Esq.,<br>Diane L. Klein, Esq. | hgj@jasneflorio.com<br>dlk@jasneflorio.com |
| Judith Elkin | elkinj@mac.com |
| Andrew P. Tureaud | atureaud@kblaw.com |
| Eric R. Wilson, Esq.,<br>Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com |
| Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Sean C. Southard,<br>Lauren C. Kiss | ssouthard@klestadt.com<br>lkiss@klestadt.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| David S. Gragg | dgragg@langleybanack.com |
| John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Peter M. Gilhuly,<br>Ted A. Dillman | peter.gilhuly@lw.com<br>ted.dillman@lw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| William P. Fennell | william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>office@fennelllaw.com |
| 381 Broadway | cgruen@gruenlaw.com |
| Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Penny R. Stark | pstarkesq@gmail.com |
| Harlan M. Lazarus | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com |
| Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com<br>andrew.cole@leclairryan.com |
| Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com<br>alex.chase@leclairryan.com |
| James M. Jorissen | jjorissen@losgs.com |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |

| NOTICE NAME | EMAIL |
|---|---|
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| John A. Mueller | jmueller@lippes.com |
| Brian A. Raynor, Aaron C. Smith,  David W. Wirt | braynor@lockelord.com<br>asmith@lockelord.com<br>dwirt@lockelord.com |
| Ira S. Green | ira.greene@lockelord.com |
| Joseph N. Froehlich | jfroehlich@lockelord.com |
| W. Steven Bryant | sbryant@lockelord.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Dennis D. Miller | dmiller@lubinolson.com |
| Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Brian S. McGrath,<br>Kristen D. Romano | bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com |
| Mark J. Chaney, Esq.,<br>Richard A. Aguilar, Esq.,<br>Rudy J. Cerone, Esq. | mchaney@mcglinchey.com<br>raguilar@mcglinchey.com<br>rcerone@mcglinchey.com |
| H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| David Meegan | dmeegan@mhksacto.com |
| Christopher J. Major | cjm@msf-law.com |
| Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Andrew M. Leblanc | ALeblanc@milbank.com |
| Craig M. Price | cprice@milbank.com |
| Robert J. Liubicic | RLiubicic@milbank.com |
| Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Stan D. Smith | ssmith@mwlaw.com |
| Laura McCarthy | laura.mccarthy@morganlewis.com |
| Neil E. Herman | neil.herman@morganlewis.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Curtis S. Miller,<br>Joseph C. Barsalona II | cmiller@mnat.com<br>jbarsalona@mnat.com |
| Brett H. Miller,<br>Mark Alexander Lightner | BrettMiller@mofo.com<br>Mlightner@mofo.com |
| Jennifer L. Marines,<br>Benjamin W. Butterfield | jmarines@mofo.com<br>bbutterfield@mofo.com |

| NOTICE NAME | EMAIL |
|---|---|
| Joseph T. Moldovan,<br>Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Bradley R. Schneider,<br>Thomas B. Walper | bradley.schneider@mto.com<br>thomas.walper@mto.com |
| Deborah M. Perry | dperry@munsch.com |
| Karen Cordry | kcordry@naag.org |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Richard C. Pedone | rpedone@nixonpeabody.com |
| Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Howard Seife, Esq.<br>Christy Rivera, Esq. | howard.seife@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
| Stephen Castro,<br>David A. Rosenzweig | stephen.castro@nortonrosefulbright.com<br>david.rosenzweig@nortonrosefulbright.com |
| Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov |
| Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Paul L. Orshan, Esq. | paul@orshanpa.com |
| Lily Wang | lily@pacogarment.com |

| NOTICE NAME | EMAIL |
|---|---|
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com<br>andrewtenzer@paulhastings.com<br>shlomomaza@paulhastings.com |
| Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com<br>kcornish@paulweiss.com<br>lclayton@paulweiss.com<br>sbuergel@paulweiss.com<br>rbritton@paulweiss.com<br>jhurwitz@paulweiss.com |
| Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com<br>listwakk@pepperlaw.com |
| Eboney Cobb, Esq. | ecobb@pbfcm.com |
| John T. Banks | jbanks@pbfcm.com |
| Ebony Cobb | ecobb@pbfcm.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Douglas J. Pick | dpick@picklaw.net |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Rick A. Steinberg | rsteinberg@pricemeese.com |
| Herb Baer, Richard M. Allen | searsteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Susheel Kirpalani,<br>Jonathan E. Pickhardt,<br>Andrew S. Corkhill,<br>Matthew Scheck,<br>Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Guy A. Reiss,<br>Erik Tikkanen | greiss@reisspreuss.com<br>etikkanen@reisspreuss.com |
| Chad P. Pugatch | cpugatch@rprslaw.com |
| Howard P. Magaliff | hmagaliff@r3mlaw.com |

| NOTICE NAME | EMAIL |
|---|---|
| Kenneth M. Florey,<br>M. Neal Smith | kflorey@robbins-schwartz.com<br>nsmith@robbins-schwartz.com |
| Robert E. Michael,<br>Aaron Hume | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gregg M. Galardi,<br>Kimberly J. Kodis,<br>Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |
| James M. Wilton,<br>Patricia I. Chen,<br>Stephen Moeller-Sally,<br>Joshua Y. Sturm | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com |
| Nicholas M. Berg,<br>Timothy Farrell | nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Paul A. Rubin | prubin@rubinlawllc.com |
| Michael S. Amato, Esq. | mamato@rmfpc.com |
| Steven W. Kelly, Esq. | skelly@s-d.com |
| Robert A. Abiuso,<br>Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| Christopher R. Belmonte,<br>Abigail Snow,<br>Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |
| Louis T. DeLucia, Esq.,<br>Alyson M. Fiedler, Esq. | ldelucia@schiffhardin.com<br>afiedler@schiffhardin.com |
| Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| John R. Ashmead, Esq<br>Arlene R. Alves, Esq. | ashmead@sewkis.com<br>alves@sewkis.com |
| Edward M. Fox | emfox@seyfarth.com |
| Richard P. Hermann,<br>Matthew Kish,<br>Jennifer Shafer | rhermann@sbwh.law<br>mkish@sbwh.law<br>jshafer@sbwh.law<br>floridaservice@sbwh.law |
| Fredric Sosnick,<br>Sara Coelho | fsosnick@shearman.com<br>sara.coelho@shearman.com |

| NOTICE NAME | EMAIL |
|---|---|
| Alan M. Feld, Esq.,<br>Ted Cohen, Esq. | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| David E. Kronenberg | dkronenberg@sidley.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
| Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Paul Leake, Esq.,<br>Shana Elberg, Esq.<br>George R. Howard, Esq. | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Doug Skierski,<br>Kristin H. Jain | enotices@skijain.com |
| Lei Lei Wang Ekvall,<br>Philip E. Strok | pstrok@swelawfirm.com |
| Robert R. Kinas | rkinas@swlaw.com |
| James E. Sorenson | bk@svllaw.com |
| David A. Rolf<br>Patrick M. Ryan | darolf@sorlinglaw.com<br>pmryan@sorlinglaw.com |
| Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Thomas S. Onder,<br>Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Constantine D. Pourakis | cp@stevenslee.com |
| Thomas J. Salerno | thomas.salerno@stinson.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Kristopher M. Hansen,<br>Jonathan D. Canfield,<br>Sayan Bhattacharyya | khansen@stroock.com<br>jcanfield@stroock.com<br>sbhattacharyya@stroock.com |
| Andrew G. Dietderich,<br>Brian D. Glueckstein,<br>David R. Zylberberg | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |
| David S. Kupetz<br>Claire K. Wu | dkupetz@sulmeyerlaw.com<br>ckwu@sulmeyerlaw.com |
| Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Michael J. Riela | Riela@thsh.com |
| Andrew S. Conway | aconway@taubman.com |

| NOTICE NAME | EMAIL |
|---|---|
| Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Judith Starr,<br>Kartar S. Khalsa,<br>William McCarron, Jr.<br>Adi Berger, Director | Starr.Judith@pbgc.gov<br>mccarron.william@pbgc.gov<br>efile@pbgc.gov |
| Joseph E. Sarachek | joe@saracheklawfirm.com |
| Michael Tsang | mtsang@tsanglawfirm.com |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Power Wang | powerwangtxks@vip.126.com |
| Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| Jose A Galarza, Vice President, Global<br>Structured Finance | jose.galarza@usbank.com |
| Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov |
| Joshua A. Dunn, Esq.,<br>Michael Schein | jdunn@vedderprice.com |
| Kevin J. Etzel | ketzel@vedderprice.com |
| Michael L. Schein | mschein@vedderprice.com |
| Marva M. Levine | marva.m.levine@verizon.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Gordon J. Toering | gtoering@wnj.com |
| Donald W. Clarke | Dclarke@wjslaw.com |

| NOTICE NAME | EMAIL |
|---|---|
| Ray C. Schrock, P.C.,<br>Jacqueline Marcus,<br>Garrett A. Fail,<br>Sunny Singh<br>Jared R. Friedmann,<br>Jessie B. Mishkin, Esq. | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Scott D. Fink | sfink@weltman.com |
| James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Alan J. Lipkin,<br>Gabriel Brunswick | alipkin@willkie.com<br>gbrunswick@willkie.com |
| Patrick J. Healy | phealy@wsfsbank.com |
| Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| David L. Tillem | david.tillem@wilsonelser.com |
| Norman C. Witte | ncwitte@wittelaw.com |
| Simon Aron | saron@wrslawyers.com |
| Mary L. Fullington | mfullington@wyattfirm.com |
| Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |

## EXHIBIT C – VIA FIRST CLASS MAIL

Chambers of Honorable Robert D. Drain
Sears Chambers Copy
US Bankruptcy Court SDNY, 300 Quarropas
Street, Room 248
White Plains, NY 10601

Office of The United States Trustee for Region 2
Attn: Paul Schwartzberg, Richard Morrissey
201 Varick St., Ste. 1006
New York, NY 10014

BST International Fashion Ltd.
Attn: A.R. Shrinivasan
Managing Director, 39 Wang Kwong Rd, Ste
2301B, Skyline Tower, Kowloon Bay
Kowloon, Hong Kong

Frenkel, Lambert, Weiss, Weisman & Gordon,
LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street,
Bay Shore, NY 11706

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596

The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W,
New York, NY 10286

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets, 50 South Sixth
Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road,
Rochester, NY 14624

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attention: General Counsel

Berkeley Research Group
250 Pehle Ave., Suite 301
Saddle Brook, NJ 07661