## CERTIFICATE OF SERVICE

    I, Joseph C. Barsalona II, certify that I am not less than 18 years of age, and that service of the foregoing **Objection Of Federal Construction, Inc. To Supplemental Notice Of Cure Costs And Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Global Sale Transaction [D.I. 1774]** was caused to be made on January 29, 2019, in the manner indicated upon the entities identified below.

Date: January 29, 2019                 */s/ Joseph C. Barsalona II*
                                                                   Joseph C. Barsalona II (No. 6102)

**Via First Class Mail**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

c/o Sears Holdings Corporation
Stephen Sitley
Luke J. Valentino
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Ray C. Schrock
Jacqueline Marcus
Garret A. Fail
Sunny Singh
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee for Region 2
Paul Schwartzberg
201 Varick Street, Suite 1006
New York, NY 10014

Akin Gump Strauss Hauer & Feld LLP
Philip C. Dublin
Ira Dizengoff
Sara Lynne Brauner
One Bryant Park
New York, NY 10036

Carter Ledyard & Milburn LLP
James Gadsden
2 Wall Street
New York, NY 10015

Skadden, Arps, Slate, Meagher & Flom LLP
Paul D. Leake
Shana A. Elberg
George R. Howard
4 Times Square
New York, NY 10036

Davis Polk & Wardell LLP
Marshall S. Huebner
Eli J. Vonnegut
450 Lexington Avenue
New York, NY 10017

Cleary, Gottlieb, Steen & Hamilton LLP
Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Kelley Drye & Warren LLP
Eric R. Wilson
Benjamin D. Feder
T. Charlie Liu
101 Park Avenue
New York, NY

Seyfarth Shaw LLP
Edward M. Fox
620 Eighth Avenue
New York, NY 10018

Locke Lord LLP
Brian A. Raynor
111 South Wacker Drive
Chicago, IL 60606
Akin Gump Strauss Hauer & Feld LLP

Philip C. Dublin
Ira Dizengoff
Sara Lynne Brauner
One Bryant Park
New York, NY 10036