# EXHIBIT C

| JACK A SNEEDEN CORPORATION | SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-5873 |
|---|---|
| 1015 ASHES DR STE 205 | BANK NO: 7 CHECK DATE : 10/01/2018<br>CHECK NO: 32035606<br>CHECK AMOUNT: 38,360.00 |

* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 0850001 | 2,640.00CR | | | 530 | Rent Deduction | | | |
| 0445001 | 21,000.00 | | | 400 | Minimum Rent Expense | Raleigh, North Carolina | | |
| 0311601 | 20,000.00 | | | 400 | Minimum Rent Expense | Wilmington, North Carolina | | |

DOCUMENT TOTAL     CHECK AMOUNT
38,360.00          38,360.00


| JACK A SNEEDEN CORPORATION | SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-5873 |
|---|---|
| 1015 ASHES DR STE 205 | BANK NO: 7 CHECK DATE : 11/01/2018<br>CHECK NO: 34000107<br>CHECK AMOUNT: 21,000.00 |

* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 0445001 | 21,000.00 | | | 400 | Minimum Rent Expense | Raleigh, North Carolina | | |

DOCUMENT TOTAL     CHECK AMOUNT
21,000.00          21,000.00