# EXHIBIT D

JACK A SNEEDEN CORPORATION  December 1 2018 Statement  SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-5873
                                                       BANK NO: 9   CHECK DATE :    12/01/2018
                                                                    CHECK NO:       34000531
1015 ASHES DR STE 205                                               CHECK AMOUNT:   21,000.00

\* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
\* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 0445001 | 21,000.00 | | | 400 | Minimum Rent Expense | Raleigh, North Carolina | | |
| 0311601 | 20,000.00 | | | 400 | DEC'18 RENT PAYMENT | Wilmington, North Carolina | | |
| 0311601 | 17,360.00CR | | | 400 | RDED ABATEMENT | Wilmington, North Carolina | | |
| 0311601 | 2,640.00CR | | | 400 | RDED ADJUSTMENT FOR LR | Wilmington, North Carolina | | |
| | DOCUMENT TOTAL | | | | | CHECK AMOUNT | | |
| | 21,000.00 | | | | | 21,000.00 | | |

DOCUMENT TOTAL       DISCOUNT TOTAL       1099 WTAX TOTAL       NET AMOUNT

DISCOUNT CODE:    A. ANTICIPATION    C. CASH    F. FREIGHT    T. TRADE