# EXHIBIT E

**JACK A SNEEDEN CORPORATION**

1015 ASHES DR STE 205

SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-5873
BANK NO: 7
CHECK DATE : 01/01/2019
CHECK NO: 34000935
CHECK AMOUNT: 21,000.00

* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 0850001 | 2,640.00CR | | 530 | Rent Deduction | | | | |
| 0850001 | 17,360.00CR | | 530 | RENT DEDUCTION PER CF681370610 | | | | |
| 0445001 | 21,000.00 | | 400 | Minimum Rent Expense | Raleigh, North Carolina | | | |
| 0311601 | 20,000.00 | | 400 | Minimum Rent Expense | Wilmington, North Carolina | | | |

DOCUMENT TOTAL         CHECK AMOUNT

21,000.00              21,000.00


DOCUMENT TOTAL    DISCOUNT TOTAL    1099 WTAX TOTAL    NET AMOUNT

DISCOUNT CODE:    A. ANTICIPATION    C. CASH    F. FREIGHT    T. TRADE