Alan M. Feld, Esq.
Ted Cohen, Esq. *Pro Hac Vice Motion to be Filed*
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

*Counsel for Everlast World's Boxing Headquarters Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS, *et. al.*[1],<br><br>           Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>Jointly Administered<br><br>Hearing Date:    February 4, 2019, 10:00 a.m. ET<br>Objection Deadline:    January 26, 2019, 4:00 p.m. ET |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that on January 26, 2019, this office caused the following document:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

SMRH:489282322.1

**RESPONSE OF EVERLAST WORLD'S BOXING HEADQUARTERS CORP. TO THE DEBTORS' CURE COSTS WITH RESPECT TO POTENTIAL ASSUMPTION AND ASSIGNMENT OF TRADEMARK LICENSE AGREEMENT AND RESERVATION OF RIGHTS IN CONNECTION WITH GLOBAL SALE TRANSACTION**

to be served upon the parties listed below via e-mail:

jon@piercemccoy.com
eamaro@hopkinscarley.com
rob.riecker@searshc.com
mmeghji@miiipartners.com
Monique D. Jewett-Brewster <mjb@hopkinscarley.com>
arigby@sidley.com
project.blue.rx@lazard.com
judith.c.taylor@baml.com
betsy.ratto@baml.com
ldorman@thinkbrg.com
john.runger@wellsfargo.com
keith.vercauteren@wellsfargo.com
samuel.star@fticonsulting.com
sburian@hl.com
sandy@service.com
aconway@taubman.com
Alan Feld <AFeld@sheppardmullin.com>
Indelicato, Lisa <Lisa.Indelicato@arentfox.com>
AGBankNewYork@ag.tn.gov
aguon@foxrothschild.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
lschildkraut@archerlaw.com
ALeblanc@milbank.com
alex.macias@impremedia.com
alipkin@willkie.com
gbrunswick@willkie.com
apetrakov@offitkurman.com
appleby@chapman.com
wilamowsky@chapman.com
arainone@bracheichler.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
ashmead@sewkis.com
alves@sewkis.com
atureaud@kblaw.com

awilliams@williamsadvisors.com
bankruptcy@borgeslawllc.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
bankruptcy@evict.net
bankruptcy@morrisoncohen.com
Bankruptcy2@ironmountain.com
bankruptcynoticeschr@sec.gov
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
bbuechler@lowenstein.com
bethsolomon@discover.com
bgross@HuntonAK.com
mlegge@huntonak.com
bk@svllaw.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
bnkatty@aldineisd.org
bob.bruner@nortonrosefulbright.com
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
bradley.schneider@mto.com
thomas.walper@mto.com
branchd@ballardspahr.com
braynor@lockelord.com
asmith@lockelord.com
dwirt@lockelord.com
BrettMiller@mofo.com
Mlightner@mofo.com
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
brotenberg@csglaw.com
szuber@csglaw.com
bsattin@szaferman.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
caleb.holzaepfel@huschblackwell.com
cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com
cdesiderio@nixonpeabody.com
cfilardi@rrlawpc.com
cgruen@gruenlaw.com
chipford@parkerpoe.com
christopher.schueller@bipc.com

cjm@msf-law.com
cmiller@mnat.com
jbarsalona@mnat.com
cmomjian@attorneygeneral.gov
cp@stevenslee.com
cprice@milbank.com
cpugatch@rprslaw.com
CSchael@AshfordNJLaw.com
Curtis.Tuggle@ThompsonHine.com
dallas.bankruptcy@publicans.com
Daniel.Swetnam@icemiller.com
darolf@sorlinglaw.com
pmryan@sorlinglaw.com
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
david.rosenzweig@nortonrosefulbright.com
david.tillem@wilsonelser.com
davidtaxin@dahannowick.com
dblau@clarkhill.com
dcampbell@ghclaw.com
Dclarke@wjslaw.com
dcoffino@cov.com
aclark@cov.com
deggert@freeborn.com
dgragg@langleybanack.com
dhw@dhclegal.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
dkronenberg@sidley.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
dlieberman@halperinlaw.net
dlwright@foley.com
kcatanese@foley.com
dmeegan@mhksacto.com
dmiller@lubinolson.com
dperry@munsch.com
dpick@picklaw.net
dplon@sirlinlaw.com
drosner@goulstonstorrs.com
dsklar@nixonpeabody.com

dtabachnik@dttlaw.com
duane.brescia@clarkhillstrasburger.com
echafetz@lowenstein.com
bnathan@lowenstein.com
ecobb@pbfcm.com
ecobb@pbfcm.com
egoodman@bakerlaw.com
elio@higgslaw.com
elkinj@mac.com
emfox@seyfarth.com
emiller@bayardlaw.com
eneiger@askllp.com
jchristian@askllp.com
enid.stuart@ag.ny.gov
enotices@skijain.com
Eric.Waxman@cwt.com
Anthony.Deleo@cwt.com
eschnitzer@ckrlaw.com
gsaydah@ckrlaw.com
fbr@robinsonbrog.com
fkhan@bakerlaw.com
fsosnick@shearman.com
sara.coelho@shearman.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
gchico@ferraiuoli.com
gerald.kennedy@procopio.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
ghesse@huntonak.com
gillazarus@gmail.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com
greiss@reisspreuss.com
etikkanen@reisspreuss.com
gseitz@gsbblaw.com
gtoering@wnj.com
harnerp@ballardspahr.com
kutnera@ballardspahr.com
hchoi@choiandpark.com
cpark@choiandpark.com
lkleist@choiandpark.com
hcohen@gibbonslaw.com
heilmanl@ballardspahr.com

summersm@ballardspahr.com
hgj@jasneflorio.com
dlk@jasneflorio.com
hjschwartz@mckoolsmith.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
hmagaliff@r3mlaw.com
houston_bankruptcy@publicans.com
howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
andrew.cole@leclairryan.com
ira.greene@lockelord.com
jacarlino@kslnlaw.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
James.Vincequerra@alston.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
joshua.sturm@ropesgray.com
janice.grubin@leclairryan.com
alex.chase@leclairryan.com
jarnold@aldridgepite.com
jbanks@pbfcm.com
jbienstock@coleschotz.com
jcurley@ddw-law.com
jdunn@vedderprice.com
jfarnum@linowes-law.com
jfifarek@laskyfifarek.com
jfigueiredo@hahnhessen.com
jflaxer@golenbock.com
mweinstein@golenbock.com
jfrank@fgllp.com
jkleinman@fgllp.com
jfroehlich@lockelord.com
Jg5786@att.com
jjorissen@losgs.com
jlevitin@cahill.com
rstieglitz@cahill.com
jmarines@mofo.com

bbutterfield@mofo.com
jmontgomery@brownconnery.com
jmueller@lippes.com
jody.bedenbaugh@nelsonmullins.com
joe@sarescheklawfirm.com
joia.johnson@hanes.com
howard.upchurch@hanes.com
jose.casal@hklaw.com
jjalemany@hklaw.com
jose.galarza@usbank.com
JRhodes@BlankRome.com
jweinblatt@sakar.com
kay.brock@traviscountytx.gov
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
kcordry@naag.org
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
ketzel@vedderprice.com
kevin@ksnpc.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
knewman@barclaydamon.com
ksimard@choate.com
jmarshall@choate.com
ktompsett@harrisbeach.com
kurtzman@kurtzmansteady.com
laura.mccarthy@morganlewis.com
lawyer@surilawoffice.com
lbercovich@epicor.com
ldelucia@schiffhardin.com
afiedler@schiffhardin.com
leib.lerner@alston.com
Leopold.matt@Epa.gov
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
lily@pacogarment.com
LJKotler@duanemorris.com
WMSimkulak@duanemorris.com
llichtman@honigman.com
lmay@eisemanlevine.com

lmbkr@pbfcm.com
lynn.butler@huschblackwell.com
mamato@rmfpc.com
marc.zelina@lw.com
marita.erbeck@dbr.com
mark.wilson@fisherbroyles.com
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
marva.m.levine@verizon.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
mbrofman@weisszarett.com
mcatalfimo@carterconboy.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
mcto@debevoise.com
eweisgerber@debevoise.com
mcuellar45@austinenterpriseslp.com
mfelger@cozen.com
mfullington@wyattfirm.com
mgensburg@gcklegal.com
mhall@foxrothschild.com
mherz@foxrothschild.com
Michael.smith2@computershare.com
michael@bindermalter.com
julie@bindermalter.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
mmccann@swc-law.com
rabiuso@swc-law.com
mro@prbankruptcy.com
mschein@vedderprice.com
mshriro@singerlevick.com
msmall@foley.com
mstein@chuhak.com
mtsang@tsanglawfirm.com
mwarner@coleschotz.com
ncwitte@wittelaw.com
neil.herman@morganlewis.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com
nkenworthy@mrrlaw.net

notice@waldrepllp.com
nreid@foxswibel.com
osonik@pbfcm.com
patricia.fugee@fisherbroyles.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
paul@orshanpa.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
peter.gilhuly@lw.com
ted.dillman@lw.com
phealy@wsfsbank.com
plabov@foxrothschild.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
pollack@ballardspahr.com
powerwangtxks@vip.126.com
ppascuzzi@ffwplaw.com
prubin@rubinlawllc.com
pstarkesq@gmail.com
pstrok@swelawfirm.com
pweiser@buchalter.com
pzumbro@cravath.com
rachel.obaldo@oag.texas.gov
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
rdavis@cafarocompany.com
rgold@fbtlaw.com
awebb@fbtlaw.com
rhermann@sbwh.law
mkish@sbwh.law
jshafer@sbwh.law
floridaservice@sbwh.law
richard.morrissey@usdoj.gov

paul.schwartzberg@usdoj.gov
Riela@thsh.com
rkinas@swlaw.com
RLiubicic@milbank.com
rlp@pryormandelup.com
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
rmills@bellnunnally.com
klove@bellnunnally.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
rpedone@nixonpeabody.com
rreinert@shutts.com
rseltzer@cwsny.com
rsteinberg@pricemeese.com
rtucker@simon.com
russ@bsavory.com
rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
ems@elliottgreenleaf.com
rzucker@lasserhochman.com
sanantonio.bankruptcy@publicans.com
saron@wrslawyers.com
sbryant@lockelord.com
schristianson@buchalter.com
scimalore@wilmingtontrust.com
sdnyecf@dor.mo.gov
searsteam@primeclerk.com
serviceqa@primeclerk.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
sfalanga@walsh.law
sfink@weltman.com
sgerald@wtplaw.com
shane.ramsey@nelsonmullins.com
sjk@carmodymacdonald.com
skelly@s-d.com
smetz@offitkurman.com
smiller@morrisjames.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
sokeefe@okeefelc.com
soneal@cgsh.com
jbromley@cgsh.com

aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
srosen@rosenpc.com
ssmith@mwlaw.com
ssouthard@klestadt.com
lkiss@klestadt.com
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
stephen.castro@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com
matthewscheck@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
svanaalten@cooley.com
scarnes@cooley.com
tannweiler@greerherz.com
Tarr@BlankRome.com
EZucker@BlankRome.com
taxcollector@co.imperial.ca.us
terry.shulsky@bipc.com
tyler.dischinger@bipc.com
tf@lawtaf.com
Tgaa@bbslaw.com
thoffmann@goulstonstorrs.com
thomas.salerno@stinson.com
thoran@foxrothschild.com
tking@fbtlaw.com
tleday@mvbalaw.com
tnixon@gklaw.com
tom@attorneyzim.com
tonder@stark-stark.com
jlemkin@stark-stark.com
tscannell@foley.com
vandermarkj@whiteandwilliams.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
wkelleher@cohenlaw.com
hward@cohenlaw.com
WMSimkulak@duanemorris.com
CHeitzenrater@duanemorris.com
wschonberg@beneschlaw.com

luke.valentino@searshc.com
mmeghji@miipartners.com
counsel@searshc.com
kunal@eslinvest.com
harold@eslinvest.com
caustin@cgsh.com
boreilly@cgsh.com

*/s/ Shadi Farzan*
Shadi Farzan