CAROLINE R. DJANG, Bar No. 216313
caroline.djang@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, CA  92612
Telephone:  (949) 263-2600
Facsimile:  (949) 260-0972

Attorneys for Niagara Bottling, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 7:18-bk-23538-rdd |
| Sears Holdings Corporation, *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**OBJECTION OF NIAGARA BOTTLING LLC[1] TO
NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH
GLOBAL SALE TRANSACTION**

**TO THE DEBTORS AND INTERESTED PARTIES:**

Niagara Bottling, LLC ("Niagara") by and through its undersigned counsel, hereby objects to the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction* (the "Notice") filed by Sears Holdings Corporation, *et al.* (the "Debtors") on January 18, 2019, and states:

1.    Niagara is a counterparty to that certain "PRIVATE LABEL SUPPLY AGREEMENT" (Agreement No. 5230 in the Notice) (the "Agreement") with Kmart Corporation, one of the Debtors herein.

2.    Debtors' Notice asserts that the applicable cure amount with respect to the Agreement is $287,859 ("Proposed Cure Amount").

---

[1] Erroneously named as "Niagra Bottling, LLC" in the Notice.  Niagara hereby requests that the Court accept this late-filed objection, as the misspelling of Niagara's name in the 300+ page Exhibits to the Notice caused Niagara's counsel to overlook Niagara's listing in the Exhibits to the Notice.

3.  Niagara objects to the Proposed Cure Amount because the correct cure amount, according to Niagara's books and records is $339,921.87 (the "Correct Cure Amount") (see Exhibit A).

4.  Niagara also objects to the Proposed Cure Amount to the extent that it fails to include attorneys' fees and expenses to which Niagara is expressly entitled under the terms of the Agreement.

5.  Further, Niagara objects to the Proposed Cure Amount to the extent that it fails to include amounts that may become due under the Agreement after it is assumed and assigned, but which nevertheless relate to the pre-assumption period.

6.  Niagara reserves all rights with respect to the Agreement, including, without limitation, its right to amend or supplement this Limited Objection and to raise any other arguments in connection herewith (including arguments related to adequate assurance of future performance under § 365(b) of the Bankruptcy Code).  Nothing herein shall be deemed to waive any of Niagara's procedural, substantive, or other rights, privileges and remedies in connection with the Agreement, all of which are hereby reserved.

7.  Niagara requests that the Court enter an order directing the Debtors to pay to Niagara the Correct Cure Amount pursuant to § 365(d)(1) of the Bankruptcy Code.

Dated: January 29, 2019

Respectfully submitted,

BEST BEST & KRIEGER LLP

By: /s/ Caroline R. Djang
    Caroline R. Djang, CA Bar No. 216313
    18101 Von Karman Avenue
    Suite 1000
    Irvine, CA  92612
    Telephone:  (949) 263-2600
    Facsimile:   (949) 260-0972
    Attorneys for Creditor
    Niagara Bottling, LLC

# EXHIBIT A

| PO Number | Number | Customer Name | Transaction Date | Due Date | Original | Balance Due | Status |
|---|---|---|---|---|---|---|---|
|  | 8236938 | KMART CORP. | 26-Sep-18 | 26-Oct-18 | 993.34 | 993.34 | Open |
|  | 8236939 | KMART CORP. | 26-Sep-18 | 26-Oct-18 | 2,115.89 | 2,115.89 | Open |
|  | 8236941 | KMART CORP. | 26-Sep-18 | 26-Oct-18 | 38,342.20 | 38,342.20 | Open |
|  | 8236942 | KMART CORP. | 26-Sep-18 | 26-Oct-18 | 2,329.30 | 2,329.30 | Open |
|  | 8237486 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 2,256.40 | 2,256.40 | Open |
|  | 8237483 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 989.63 | 989.63 | Open |
|  | 8237484 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 1,353.26 | 1,353.26 | Open |
|  | 8237485 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 28,984.78 | 28,984.78 | Open |
|  | 8240402 | KMART CORP. | 29-Nov-18 | 29-Dec-18 | 360.51 | 360.51 | Open |
|  | 8240403 | KMART CORP. | 29-Nov-18 | 29-Dec-18 | 415.91 | 415.91 | Open |
|  | 8240404 | KMART CORP. | 29-Nov-18 | 29-Dec-18 | 12,012.90 | 12,012.90 | Open |
|  | 8240406 | KMART CORP. | 29-Nov-18 | 29-Dec-18 | 788.30 | 788.30 | Open |
| 8289223794 | 15065879 | KMART CORP. | 4-Sep-18 | 4-Oct-18 | 2,527.20 | 2,527.20 | Open |
| 8289223793 | 15070160 | KMART CORP. | 5-Sep-18 | 5-Oct-18 | 2,527.20 | 2,476.66 | Open |
| 8305227308 | 15138376 | KMART CORP. | 26-Sep-18 | 26-Oct-18 | 2,386.80 | 2,386.80 | Open |
| 8275306619 | 15142475 | KMART CORP. | 27-Sep-18 | 27-Oct-18 | 2,499.84 | 2,499.84 | Open |
| 8289241976 | 15143373 | KMART CORP. | 27-Sep-18 | 27-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8289241978 | 15143007 | KMART CORP. | 27-Sep-18 | 27-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8305227309 | 15145399 | KMART CORP. | 28-Sep-18 | 28-Oct-18 | 1,736.28 | 1,736.28 | Open |
| 8275306564 | 15147104 | KMART CORP. | 28-Sep-18 | 28-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8289236647 | 15146235 | KMART CORP. | 28-Sep-18 | 28-Oct-18 | 2,782.08 | 2,782.08 | Open |
| 8289241975 | 15146976 | KMART CORP. | 28-Sep-18 | 28-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8305223590 | 15145137 | KMART CORP. | 28-Sep-18 | 28-Oct-18 | 4,521.15 | 4,521.15 | Open |
| 8305227294 | 15147364 | KMART CORP. | 28-Sep-18 | 28-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8305227296 | 15146035 | KMART CORP. | 28-Sep-18 | 28-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8305183828 | 15145630 | KMART CORP. | 28-Sep-18 | 28-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8289241977 | 15153042 | KMART CORP. | 1-Oct-18 | 31-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8305227297 | 15152246 | KMART CORP. | 1-Oct-18 | 31-Oct-18 | 2,404.08 | 2,404.08 | Open |
| 8305227303 | 15154063 | KMART CORP. | 1-Oct-18 | 31-Oct-18 | 2,527.20 | 2,527.20 | Open |
| 8305227306 | 15153938 | KMART CORP. | 1-Oct-18 | 31-Oct-18 | 2,527.20 | 2,527.20 | Status |
| 8287248230 | 15151749 | KMART CORP. | 1-Oct-18 | 31-Oct-18 | 2,527.20 | 2,527.20 | Open |
| 8292263425 | 15155718 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8273676599 | 15155052 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8273676600 | 15155739 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8273676602 | 15156673 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8273676605 | 15155340 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8273676606 | 15156391 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8305227293 | 15155279 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8305227301 | 15156927 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8305227305 | 15155829 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248212 | 15154979 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248215 | 15154978 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248213 | 15155733 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248214 | 15156048 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248216 | 15154771 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248217 | 15155068 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248218 | 15156877 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8287248211 | 15156085 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8292263426 | 15157372 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8292263427 | 15156130 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8292263428 | 15156958 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8292263429 | 15157509 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8292263431 | 15154832 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8292263432 | 15157390 | KMART CORP. | 2-Oct-18 | 1-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8273676601 | 15158839 | KMART CORP. | 3-Oct-18 | 2-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8273676603 | 15159588 | KMART CORP. | 3-Oct-18 | 2-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8273676604 | 15158255 | KMART CORP. | 3-Oct-18 | 2-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8273676608 | 15159881 | KMART CORP. | 3-Oct-18 | 2-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8273676607 | 15159451 | KMART CORP. | 3-Oct-18 | 2-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8289241979 | 15159411 | KMART CORP. | 3-Oct-18 | 2-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8289241972 | 15158008 | KMART CORP. | 3-Oct-18 | 2-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8289241973 | 15162036 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8289241974 | 15161363 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8305227298 | 15161704 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8292263424 | 15162871 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8292263430 | 15162450 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8292263442 | 15163375 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8292263443 | 15162068 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8292263444 | 15163402 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8292263445 | 15162147 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8292263446 | 15163691 | KMART CORP. | 4-Oct-18 | 3-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306584 | 15164912 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306592 | 15166074 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306595 | 15164705 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306585 | 15165628 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306586 | 15164405 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306589 | 15165574 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8305227299 | 15166220 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8305227300 | 15164126 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8305227302 | 15164329 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8305227304 | 15166325 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248220 | 15164387 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248221 | 15164661 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248219 | 15166005 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248222 | 15164226 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248223 | 15166408 | KMART CORP. | 5-Oct-18 | 4-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8275306582 | 15167775 | KMART CORP. | 6-Oct-18 | 5-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306587 | 15167836 | KMART CORP. | 6-Oct-18 | 5-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306588 | 15172541 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248225 | 15171471 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8275306591 | 15171574 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306593 | 15171701 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8305227307 | 15173300 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248224 | 15171667 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,404.08 | 2,404.08 | Open |
| 8287248226 | 15172055 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,404.08 | 2,404.08 | Open |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8287248229 | 15171528 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248231 | 15173136 | KMART CORP. | 8-Oct-18 | 7-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306583 | 15174621 | KMART CORP. | 9-Oct-18 | 8-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306590 | 15175815 | KMART CORP. | 9-Oct-18 | 8-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306594 | 15175436 | KMART CORP. | 9-Oct-18 | 8-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275306581 | 15176392 | KMART CORP. | 9-Oct-18 | 8-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248233 | 15174666 | KMART CORP. | 9-Oct-18 | 8-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248234 | 15175772 | KMART CORP. | 9-Oct-18 | 8-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248235 | 15175012 | KMART CORP. | 9-Oct-18 | 8-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248236 | 15174970 | KMART CORP. | 9-Oct-18 | 8-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248240 | 15178942 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248241 | 15179260 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8275309498 | 15178857 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 2,840.40 | 2,840.40 | Open |
| 8275306580 | 15178324 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248237 | 15178826 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248238 | 15179100 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 2,527.20 | 2,527.20 | Open |
| 8287248239 | 15179174 | KMART CORP. | 10-Oct-18 | 9-Nov-18 | 2,527.20 | 2,527.20 | Open |
| | | | | **TOTAL** | | **$339,921.87** | |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 29th day of January 2019, a true and correct copy of the foregoing was served via ECF filing system of the United States Bankruptcy Court for the Southern District of New York on all parties receiving notice in this case.

                                        /s/ Caroline R. Djang
                                        Caroline R. Djang