**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-23538-RDD<br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Carol Chow to be admitted, ***pro hac vice***, to represent LBG Medford, LLC and LBG Hilltop, LLC (the "Clients") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Central District of California, it is hereby

ORDERED, that Carol Chow, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent Clients, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.


Dated: January 29, 2019           /s/Robert D. Drain
       White Plains, New York     UNITED STATES BANKRUPTCY JUDGE


4043265.1  27051-901