UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:

SEARS HOLDINGS CORPORATION, et al., :

Debtors

------------------------------------------------------------ x

Case No. 18-23538 (RDD)

Chapter 11

(Jointly Administered)

ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

     Upon the motion (Dkt. 2120) of EDGARDO MUNOZ to be admitted, pro hac vice, to represent PLAZA JUANA DIAZ INC (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Puerto Rico and the bar of the U.S. District Court for the District of Puerto Rico, it is hereby

     ORDERED, that EDGARDO MUNOZ, Esq., is admitted to practice, pro hac vice, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        January 29, 2019

                                                            /s/Robert D. Drain
                                                            UNITED STATES BANKRUPTCY JUDGE