**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538(RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kevin M. Capuzzi to be admitted, *pro hac vice*, to represent PREP Hanover Real Estate LLC in the above-referenced cases, and upon movant's certification that movant is a member of good standing of the bars of the State of Delaware and the State of New Jersey, and the bars of the United States District Court for the District of Delaware, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court., it is hereby

**ORDERED**, that Kevin M. Capuzzi, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent PREP Hanover Real Estate LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
           January 29, 2019

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE