**CHAFFE McCALL, LLP**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Fax: (504) 585-7075
Fernand L. Laudumiey, IV (*admitted pro hac vice*)
*Attorneys for Richards Canal Street Property, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                                 x
SEARS HOLDING CORPORATION, *et al.* [1]   x        Case No: 18- 18-23538-rdd
               Debtors                         x        Chapter 11
                                                                 x        Jointly Administered
-------------------------------------------------------

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019 I caused my law firm's staff to electronically file the Objection And Reservation of Rights of Richards Canal Street Property, LLC with Respect to (i) Proposed Global Asset Sales Transaction and (ii) Supplemental Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3323736-1

Leases (the "Objection") with the Clerk of the Bankruptcy Court, which sent notification of such filing to all CM/ECF system participants. I also caused my law firm's staff to serve a copy of the Objection on the Objection Recipients by email on January 28, 2019 on the Master Service on the individuals listed below by the indicated method of service, and by regular US mail on January 29, 2019 on the individuals listed below by the indicated method of service.

New York, New York

Dated: January 29, 2019

> Respectfully submitted,
>
> CHAFFE McCALL, LLP
> 2300 Energy Centre
> 1100 Poydras Street
> New Orleans, Louisiana 70163-2300
> Telephone: (504) 585-7000
> Fax: (504) 585-7075
>
> By: /s/ Fernand L. Laudumiey, IV
> Fernand L. Laudumiey, IV, LA #24518
> *Admitted Pro Hac Vice*

**VIA EMAIL:**

I. Bid Notice Parties
   a. Debtors
      i. Rob Riecker: rob.riecker@searshc.com
      ii. Luke Valentino: luke.valentino@searshc.com
      iii. Mohsin Meghji: mmeghji@miiipartners.com
      iv. General Counsel: counsel@searshc.com

   b. Debtors' counsel
      i. Ray Schrock, Esq.: ray.schrock@weil.com
      ii. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
      iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
      iv. Sunny Singh, Esq.: sunny.singh@weil.com
      v. Ellen J. Odoner, Esq.: ellen.odoner@weil.com
      vi. Gavin Westerman, Esq.: gavin.westerman@weil.com

   c. Debtors' investment banker:

        i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II.    Buyer Parties
  a. Buyer
    i. Kunal S. Kamlani: kunal@eslinvest.com
    ii. Harold Talisman: harold@eslinvest.com

  b. Counsel
    i. Christopher E. Austin, Esq.: caustin@cgsh.com
    ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
    iii. Sean A. O'Neal, Esq.: soneal@cgsh.com

III.   Consultation Parties
  a. Bank of America
    i. Paul Leake, Esq.: paul.leake@skadden.com
    ii. Shana Elberg, Esq.: shana.elberg@skadden.com
    iii. George Howard, Esq.: george.howard@skadden.com
  b. Wells Fargo Bank
    i. Kevin J. Simard, Esq.: ksimard@choate.com
    ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com

IV.   Standard Parties
  a. Citibank N.A.
    i. Marshall S. Huebner, Esq.: marshall.huebner@davispolk.com
    ii. Eli J. Vonnegut, Esq.: eli.vonnegut@davispolk.com
  b. Computershare Trust Company, N.A.
    i. Eric R. Wilson, Esq.: ewilson@kelleydrye.com
    ii. Benjamin D. Feder, Esq.: bfeder@kelleydrye.com
  c. Wilmington Trust
    i. Edward M. Fox, Esq.: emfox@seyfarth.com
  d. The Bank of New York Mellon Trust Company
    i. James Gadsden, Esq.: gadsden@clm.com
  e. Pension Benefit Guaranty Corporation
    i. Brian A. Raynor, Esq.: braynor@lockelord.com
  f. Official Committee of Unsecured Creditors
    i. Philip C. Dublin, Esq.: pdublin@akingump.com
    ii. Ira Dizengoff, Esq.: idizengoff@akingump.com
    iii. Sara Lynne Brauner, Esq.: sbrauner@akingump.com

V. **VIA REGULAR FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP 767 Fifth Avenue
New York, NY 10153
Attn:   Ray C. Schrock, Esq.
        Jacqueline Marcus, Esq.
        Garrett A. Fail, Esq.
        Sunny Singh, Esq.

Transform Holdco, LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn:   Kunal S. Kamlani
        Harold Talisman

Sears Holdings Corporation
3333 Beverly Road Hoffman Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:   Christopher E. Austin, Esq.
        Benet J. O'Reilly, Esq.
        Sean A. O'Neal, Esq.