**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **SEARS HOLDINGS CORPORATION**, | ) | |
| *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Ross G. Shank, an attorney admitted to practice before this Court, certify under penalty of perjury, that, on January 25, 2019, I caused to be served the *Objection of CenturyLink Communications, LLC and Level 3 Communications, LLC to Proposed Cure Amount* [Docket No. 1963] by causing true and correct copies to be:

(a) filed and served upon all parties who receive electronic filings via the ECF Filing System in Case No. 18-23538,

(b) delivered via electronic mail to those parties listed on the annexed Exhibit A and

(c) delivered via first class mail to those parties listed on the annexed Exhibit B.

Dated: January 29, 2019
New York, New York

By: /s/ Ross G. Shank
Ross G. Shank

1

# Exhibit A

## Service List – Electronic Mail Recipients

<div style="border: 1px solid black;">

### Bid Notice Parties

Debtors:
    Rob Riecker (rob.riecker@searshc.com)
    Luke Valentino (luke.valentino@searshc.com)
    Mohsin Meghji (mmeghji@miiipartners.com)
    General Counsel (counsel@searshc.com)

Debtors' counsel:
    Ray Schrock, Esq. (ray.schrock@weil.com)
    Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com)
    Garrett A. Fail, Esq.: garrett.fail@weil.com)
    Sunny Singh, Esq.: sunny.singh@weil.com)

Debtors' investment banker:
    Lazard Freres & Co., LLC (project.blue.rx@lazard.com)

### Buyer Parties

Buyer:
    Kunal S. Kamlani (kunal@eslinvest.com)
    Harold Talisman (harold@eslinvest.com)

Buyer's Counsel:
    Christopher E. Austin, Esq. (caustin@cgsh.com)
    Benet J. O'Reilly, Esq. (boreilly@cgsh.com)
    Sean A. O'Neal, Esq. (soneal@cgsh.com

</div>

<div style="border:1px solid black; padding:10px;">

<u>Consultation Parties</u>

Bank of America:
  Paul Leake, Esq. (Paul.Leake@skadden.com)
  Shana Elberg, Esq. (Shana.Elberg@skadden.com)
  George Howard, Esq. (George.Howard@skadden.com)

Wells Fargo Bank:
  Kevin J. Simard, Esq. (ksimard@choate.com)
  Jonathan D. Marshall, Esq. (jmarshall@choate.com)

Creditors' Committee:
  Ira S. Dizengoff, Esq.  (idizengoff@akingump.com)
  Philip C. Dublin, Esq. (pdublin@akingump.com)
  Abid Qureshi, Esq. (aqureshi@akingump.com)
  Sara L. Brauner, Esq. (sbrauner@akingump.com)

</div>

## Exhibit B

## First Class Mail Service List

| |
|---|
| Office of the United States Trustee for Region 2<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg, Esq. |
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley Esq.<br>      Luke J. Valentino, Esq. |
| Transform Holdco, LLC<br>c/o ESL Partners, Inc.<br>Attn: Kunal S. Kamlani and Harold Talisman<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154 |