# SCHEDULE A

| | | |
|---|---|---|
| *Federal Realty Investment Trust* | | |
| Store No. 3486 | Assembly Row | Sommerville, MA |
| Store No. 1048 | Hastings Ranch Plaza | Pasadena, CA |
| *Acadia Realty Limited Partnership* | | |
| Store No. 9416 | Crossroads | White Plains, NY |
| Store No. 3266 | Mark Plaza | Kingston, PA |
| *C.E. John Company, Inc.* | | |
| Store No. 2119 | Lancaster Mall | Salem (Lancaster), OR |
| Store No. 2715 | Lancaster Mall | Salem (Lancaster), OR |
| *Cedar – Valley Plaza, LLC* | | |
| Store No. 3172 | Valley Plaza Shopping Center | Hagerstown, MD |
| *CenterCal Properties, LLC* | | |
| Store No. 2029 | Valley Mall | Union Gap, WA |
| *Starwood Retail Partners LLC* | | |
| Store No. 1410 | Belden Village | Canton, OH |
| Store No. 1740 | Louis Joliet Mall | Louis Joliet, IL |
| Store No. 6518 | Northridge Mall | Salinas, CA |
| Store No. 1189 | Plaza West Covina | West Covina, CA |
| Store No. 1345 | Westland Mall | Hialeah, FL |
| *Kravco Company* | | |
| Store No. Unknown | Hamilton Mall | Hamilton, NJ |
| *Brixmor Operating Partnership, L.P.* | | |
| Store No. 4478 | Hamilton Plaza | Hamilton, NJ |
| Store No. 4938 | Rollins Crossing | Round Lake Beach, IL |
| Store No. 2485 | Coastal Way | Brooksville, FL |
| Store No. 3393 | Collegetown Shopping Center | Glassboro, FL |
| Store No. 3713 | Covington Gallery | Covington, GA |
| Store No. 3807 | Fox Run Shopping Center | Prince Frederick, MD |
| *Weitzman, Helios IV, LLC* | | |
| Store No. Unknown | Golden Triangle Mall | Denton, TX |
| *GS Pacific ER, LLC* | | |
| Store No. 1488 | Eastridge Center | San Jose, CA |

| | *The Macerich Company* | |
|---|---|---|
| Store No. 1798 | Arrowhead Towne Center | Glendale, AZ |
| Store No. 1169 | Chandler Fashion Center | Chandler, AZ |
| Store No. 1303 | Danbury Fair Mall | Danbury, CT |
| Store No. 1464 | Deptford Mall | Deptford, NJ |
| Store No. 1708 | Desert Sky Mall | Phoenix, AZ |
| Store No. 1204 | Freehold Raceway | Freehold, NJ |
| Store No. 1924 | Green Acres Mall | Valley Stream, NY |
| Store No. 1398 | Inland Center | San Bernardino, CA |
| Store No. 2138 | La Cumbre Plaza | Santa Barbara, CA |
| Store No. 1518 | Los Cerritos Center | Cerritos, CA |
| Store No. 1148 | Pacific View | Ventura, CA |
| Store No. 1768 | Paradise Valley Mall | Phoenix, AZ |
| Store No. 1247 | South Plains Mall | Lubbock, TX |
| Store No. 1309 | Stonewood Center | Downey, CA |
| Store No. 2728 | Stonewood Center | Downey, CA |
| Store No. 1078 | Superstition Springs | Mesa, AZ |
| Store No. 2829 | The Mall of Victor Valley | Victorville, CA |
| Store No. 1618 | Vintage Faire Mall | Modesto, CA |
| Store No. 1079 | Washington Square | Portland, OR |
| Store No. 2173 | Wilton Mall | Saratoga Springs, NY |
| | *Vintage Real Estate, LLC* | |
| Store No. 1133 | The Mall at Whitney Field | Leominster, MA |
| | *White Plains Galleria Limited Partnership* | |
| Store No. 1674 | The Galleria at White Plains | White Plains, NY |
| | *S-Tract LLC* | |
| Store No. 1388 | Southcoast Plaza | Costa Mesa, CA |
| | *Centennial Real Estate Co.* | |
| Store No. 1134 | Connecticut Post | Milford, CT |
| | *Hart I-55 Industrial, LLC* | |
| Store No. 8934 | Romeoville I | Romeoville, IL |

2

| Store No. 8871 | Romeoville II | Romeoville, IL |
|---|---|---|
| *Heidenberg Properties LLC* | | |
| Store No. 7470 | Hershey Square | Hummelstown, PA |
| Store No. 9415 | Lake Plaza Shopping Center | Mahopac, NY |