## Exhibit 1. Cure Amounts for Sears Holdings Corporation Lease for Space in Crossroads (Kmart) Held by Crossroads Joint Venture, LLC

**Location**  Crossroads (Kmart)                              **Attorney Fees**[3]  $10,000.00

|  | Landlord's Cure Calculation[1] |  | Interest[2] | Landlord's Total Cure Amount |
|---|---:|---|---:|---:|
| **Rent and Charges:** | | | | |
| 6/1/2018 | $268.14 | CAM | $18.00 | $286.14 |
| 12/10/2018 | $372,779.09 | School Tax | $0.00 | $372,779.09 |
|  | $373,047.23 |  | $18.00 | $373,065.23 |

**Total Due:**                                              **$383,065.23**

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

Exhibit 2. Cure Amounts for Sears Holding Corporation Lease for Space in Coastal Way Held by Brixmor GA Coastal Way LLC

| Legal Entity Name | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Total Monthly Charges | Gross Amt | Total Amt Due on Acct as of 1/22/2019 | Pre-Petition Charges thru 10/14/18 | Post-Petition Charges 10/15-Present |
|---|---|---|---|---|---|---|---|---|---|---|
| Brixmor GA Coastal Way LLC | Sears #2485 | 10/17/2018 | STX | Hernando, FL | 9/1/17-8/31/18 | | 1,097.32 | 1,097.32 | 1,097.32 | |
| Brixmor GA Coastal Way LLC | Sears #2485 | 10/17/2018 | QCAM | CAM Reconciliation | 9/1/17-8/31/18 | | 17,417.75 | 17,417.75 | 17,417.75 | - |
| | | | | TOTALS | | 10,921.17 | 18,515.07 | 18,515.07 | 18,515.07 | - |

| Monthly Charges | |
|---|---|
| Annual Minimum Rent | 7,176.00 |
| CAM (Escrow / Deposit) | 3,097.91 |
| Hernando, FL | 195.17 |
| Hernando, FL | 452.09 |
| Total Monthly | 10,921.17 |

Exhibit 3. Cure Amounts for Sears Holding Corporation Lease for Space in Collegetown Shopping Center (Kmart) Held by KR Collegetown LLC (Brixmor)

| Legal Entity Name | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Total Monthly Charges | Gross Amt | Total Amt Due on Acct as of 1/22/2019 | Pre-Petition Charges thru 10/14/18 | Post-Petition Charges 10/15-Present |
|---|---|---|---|---|---|---|---|---|---|---|
| KR Collegetown LLC | Kmart #3393 | 12/10/2018 | RRET | Tax Reconciliation | 1/1/18-12/31/18 | | 80,098.48 | 80,098.48 | 62,981.54 | 17,116.94 |
| | | | | TOTALS | | 24,400.29 | 80,098.48 | 80,098.48 | 62,981.54 | 17,116.94 |

| Monthly Charges | |
|---|---|
| AMR | 24,400.29 |

7

## Exhibit 4. Cure Amounts for Sears Holdings Corporation Lease for Space in Lancaster Mall (Store 2119) Held by Lancaster Development Company, LLC

**Location**   Lancaster Mall (Store 2119)    **Attorney Fees[3]**   $10,000.00

| | **Landlord's Cure Calculation[1]** | | **Interest[2]** | **Landlord's Total Cure Amount** |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 10/17/2018 | $134,396.93 | Tax Reconciliation | $0.00 | $134,396.93 |
| 10/17/2018 | $14,398.02 | Tax Reconciliation | $0.00 | $14,398.02 |
| | $148,794.95 | | $0.00 | $148,794.95 |
| **Total Due:** | | $158,794.95 | | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 5. Cure Amounts for Sears Holdings Corporation Lease for Space in Lancaster Mall (Store 2715) Held by Lancaster Properties 52, LLC

| **Location** | Lancaster Mall (Store 2715) | | **Attorney Fees**[3] | $10,000.00 |
|---|---|---|---|---|
| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |
| **Rent and Charges:** | | | | |
| 10/22/2018 | $13,379.79 | Tax Reconciliation | $0.00 | $13,379.79 |
| | **$13,379.79** | | **$0.00** | **$13,379.79** |
| **Total Due:** | | | | **$23,379.79** |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

Exhibit 6. Cure Amounts for Sears Holdings Corporation Lease for Space in Valley Plaza Held by Cedar - Valley Plaza, LLC

| Database: | CEDARREALTY | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|
| Report ID: | CSC_CMAGEDEL | | Cedar Realty Trust, Inc. | | | Date: | 1/22/2019 |
| Style: | @ | | VALLEY PLAZA | | | Time: | 10:38 AM |
| BLDG: | 0300 | | Date: 1/22/2019 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

**0300-004459    KMART CORP #3172 - PRE**        Master Occupant Id: 000477-4    Suite: 004        Inactive

| | Monthly Rent | CAM Recovery | RETAX Recovery | | Day Due: 1 |
|---|---|---|---|---|---|
| Contact: | MS. DANNY WEAVER | ANNE O'NEILL | WALT CIESLIK | | Delq Day: 10 |
| Tel. No. | (214) 265-3420 | (847) 286-4709 | (847) 286-3367 | | |
| Fax No. | (214) 706-5527 | (847) 286-2805 | | | Last Payment: |
| E mail : | SHLDRE@searshc.com | | | | 10/10/2018    29,652.18 |

| Invoice Date | | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/2018 | TXY | Annual Real Estate Taxes | | CH | 6,596.98 | 0.00 | 0.00 | 0.00 | 0.00 | 6,596.98 |
| | TXY | Annual Real Estate Taxes | | | 6,596.98 | 0.00 | 0.00 | 0.00 | 0.00 | 6,596.98 |
| | **KMART CORP #3172 - PRE Total:** | | | | 6,596.98 | 0.00 | 0.00 | 0.00 | 0.00 | 6,596.98 |
| | TXY | Annual Real Estate Taxes | | | 6,596.98 | 0.00 | 0.00 | 0.00 | 0.00 | 6,596.98 |
| | **BLDG 0300 Total:** | | | | 6,596.98 | 0.00 | 0.00 | 0.00 | 0.00 | 6,596.98 |
| | TXY | Annual Real Estate Taxes | | | 6,596.98 | 0.00 | 0.00 | 0.00 | 0.00 | 6,596.98 |
| | **Grand Total:** | | | | 6,596.98 | 0.00 | 0.00 | 0.00 | 0.00 | 6,596.98 |

## Exhibit 7. Cure Amounts for Sears Holdings Corporation Lease for Space in Connecticut Post Held by Connecticut Post Limited Partnership

**Location**     Connecticut Post                                **Attorney Fees[3]**  $10,000.00

|  | Landlord's Cure Calculation[1] | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|
| **Rent and Charges:** |  |  |  |
|  |  | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
| **Total Due:** |  | **$10,000.00** |  |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 8. Cure Amounts for Sears Holdings Corporation Lease for Space in Valley Mall Held by Valley Mall, LLC

| Location | Valley Mall | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |

**Rent and Charges:**

| Date | Amount | Description | Interest | Total |
|---|---|---|---|---|
| 3/28/2018 | ($966.10) | Balance on Account | $0.00 | ($966.10) |
| 3/28/2018 | $603.62 | Prior Year Electricity Reimbursement | $0.00 | $603.62 |
| 3/28/2018 | ($2,640.48) | Prior Year Open Credit | $0.00 | ($2,640.48) |
| 3/28/2018 | $966.10 | Electricity Charge (1/3/18 - 2/1/18) | $82.05 | $1,048.15 |
| 5/11/2018 | $731.00 | Electricity Charge (4/2/18 - 5/1/18) | $53.27 | $784.27 |
| 7/13/2018 | $607.80 | Electricity Charge (5/2/18 - 6/1/18) | $33.80 | $641.60 |
| 9/13/2018 | $556.00 | Power (8/1/18 - 8/30/18) | $21.48 | $577.48 |
| 10/10/2018 | $601.38 | Power (8/30/18 - 10/1/18) | $18.78 | $620.16 |
| 11/9/2018 | $648.70 | Power (10/1/18 - 10/30/18) | $14.93 | $663.63 |
| 12/13/2018 | $386.33 | Power (10/30/18 - 12/3/18) | $5.29 | $391.62 |
| 12/24/2018 | ($345.97) | Prepay | $0.00 | ($345.97) |
| 1/14/2019 | $1.00 | Base Rent Short-pay | $0.00 | $1.00 |
| 1/15/2019 | $314.33 | Power (12/3/18 - 1/3/19) | $1.46 | $315.79 |
| | **$1,463.71** | | **$231.06** | **$1,694.77** |

| **Total Due:** | | **$11,694.77** | | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

Exhibit 9.  Cure Amounts for Sears Holdings Corporation Lease
for Space in Assembly Row Held by FR Assembly Row, LLC (Federal Realty)

Tenant: Kmart Corporation t/a Kmart
Guarantor: None
Security Deposit: None
Landlord: FR Assembly Row, LLC
Assembly Square, Somerville, MA
Date: January 28, 2019
Chapter 11 File Date: October 15, 2018
Lease Expiration Date:   October 31, 2020
Lease Rejection Date:

**Pre-petition**

| | |
|---|---:|
| 8/14/2018  2017 CAM Year End Adjustment | (41,354.49) |
| 9/19/2018  2018 Annual RE Taxes  (287 days) | 322,436.27 |
| Total: | 281,081.78 |

**Post-petition**

| | |
|---|---:|
| 9/19/2018  2018 Annual RE Taxes  (78 days) | 87,630.76 |
| 1/2/2019   Check #0140059496 | (88,947.16) |
| Total: | (1,316.40) |

| | |
|---|---:|
| **Total:** | **279,765.38** |

## Exhibit 10. Cure Amounts for Sears Holdings Corporation Lease for Space in Hershey Square (Kmart) Held by Hershey Square 2014, L.P.

**Location**    Hershey Square (Kmart)                    **Attorney Fees**[3] $10,000.00

| Date | Landlord's Cure Calculation[1] | Description | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 5/1/2017 | ($821.38) | Balance on Account | $0.00 | ($821.38) |
| 5/1/2017 | $11,296.03 | CAM Reconciliation (4/1/16 - 6/30/16) | $0.00 | $11,296.03 |
| 4/9/2018 | ($1,360.78) | Overpayment | $0.00 | ($1,360.78) |
| 5/1/2018 | $0.01 | Overpayment | $0.00 | $0.01 |
| 5/8/2018 | ($833.40) | Overpayment | $0.00 | ($833.40) |
| 6/1/2018 | $5,492.19 | CAM Catch-up (Jan - May 2018) | $368.65 | $5,860.84 |
| 8/1/2018 | $3,230.62 | Water & Sewer (1/9/18 - 6/27/18) | $162.86 | $3,393.48 |
| 8/7/2018 | ($7.01) | 2017 CAM Adjustment | $0.00 | ($7.01) |
| 9/1/2018 | $0.54 | CAM | $0.02 | $0.56 |
| 10/1/2018 | $0.54 | CAM | $0.02 | $0.56 |
| 11/1/2018 | $0.54 | CAM | $0.01 | $0.55 |
| 11/12/2018 | $2,236.95 | Water & Sewer (6/27/18 - 9/10/18) | $49.64 | $2,286.59 |
| 11/15/2018 | $15,169.32 | 2018-2019 Insurance Recovery | $0.00 | $15,169.32 |
| 12/1/2018 | $0.54 | CAM | $0.01 | $0.55 |
| 1/1/2019 | $0.54 | CAM | $0.00 | $0.54 |
| | **$34,405.25** | | **$581.21** | **$34,986.46** |
| **Total Due:** | | **$44,986.46** | | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 11. Cure Amounts for Sears Holdings Corporation Lease
## for Space in Lake Plaza Shopping Center (Kmart) Held by Lake Plaza Shopping Center LLC

| Location | Lake Plaza Shopping Center (Kmart) | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
| **Rent and Charges:** | | | | |
| 6/1/2018 | $18,584.20 | 2017 CAM Reconciliation | $0.00 | $18,584.20 |
| 6/1/2018 | ($2,261.82) | CAM Catch-Up Adjustment (1/18 - 5/18) | $0.00 | ($2,261.82) |
| 6/5/2018 | ($452.36) | Rent & Charges Overpayment | $0.00 | ($452.36) |
| 10/1/2018 | ($1,809.44) | Rent & Charges Overpayment (7/18 - 10/18) | $0.00 | ($1,809.44) |
| 10/17/2018 | $51,560.60 | School Tax | $0.00 | $51,560.60 |
| 11/1/2018 | $30.00 | CAM | $0.76 | $30.76 |
| 11/6/2018 | ($482.36) | Overpayment | $0.00 | ($482.36) |
| 12/7/2018 | ($452.36) | Overpayment | $0.00 | ($452.36) |
| 1/8/2019 | ($452.36) | Overpayment | $0.00 | ($452.36) |
| | **$64,264.10** | | **$0.76** | **$64,264.86** |
| **Total Due:** | | **$74,264.86** | | |

---

1 Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2 Interest calculated at 10% from the due date through 01-31-19 (Hearing Date:).

3 Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 12. Cure Amounts for Sears Holdings Corporation Lease for Space in Arrowhead Towne Center Held by Arrowhead Towne Center LLC

| Location | Arrowhead Towne Center | | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|---|
| | Landlord's Cure Calculation[1] | | | Interest[2] | Landlord's Total Cure Amount |
| **Rent and Charges:** | | | | | |
| 1/13/2019 | $97,593.87 | Property Taxes | | $0.00 | $97,593.87 |
| 1/13/2019 | $3,318.19 | Tax on Property Taxes | | $0.00 | $3,318.19 |
| | $100,912.06 | | | $0.00 | $100,912.06 |
| **Total Due:** | | | $110,912.06 | | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 13. Cure Amounts for Sears Holdings Corporation Lease for Space in Danbury Fair Mall Held by Danbury Mall, LLC

| Location | Danbury Fair Mall | | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|---|
| | Landlord's Cure Calculation[1] | | | Interest[2] | Landlord's Total Cure Amount |
| **Rent and Charges:** | | | | | |
| 12/12/2018 | $95,016.42 | Property Taxes | | $0.00 | $95,016.42 |
| | $95,016.42 | | | $0.00 | $95,016.42 |
| **Total Due:** | | | $105,016.42 | | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 14. Cure Amounts for Sears Holdings Corporation Lease for Space in Green Acres Mall Held by Brooks Shopping Centers, LLC

| Location | Green Acres Mall | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |

**Rent and Charges:**

| Date | Amount | Description | Interest | Total |
|---|---|---|---|---|
| 10/12/2013 | $2,445.33 | Property Taxes | $1,298.37 | $3,743.70 |
| 10/12/2013 | $840.52 | Property Taxes | $446.28 | $1,286.80 |
| 10/12/2013 | $829.99 | Property Taxes | $440.69 | $1,270.68 |
| 12/12/2013 | $2,516.07 | Property Taxes | $1,293.88 | $3,809.95 |
| 2/26/2014 | $818.80 | Property Taxes | $404.02 | $1,222.82 |
| 5/12/2014 | $2,777.29 | Property Taxes | $1,313.32 | $4,090.61 |
| 7/12/2014 | $703.75 | Property Taxes | $321.03 | $1,024.78 |
| 9/13/2014 | $2,122.88 | Property Taxes - Prior Year Reconciliation | $0.00 | $2,122.88 |
| 11/21/2014 | $2,610.92 | Property Taxes | $1,096.59 | $3,707.51 |
| 4/12/2015 | $926.74 | Property Taxes | $353.18 | $1,279.92 |
| 6/26/2015 | $136.99 | Property Taxes - Prior Year Reconciliation | $49.39 | $186.38 |
| 5/28/2016 | $7,319.72 | Property Taxes | $1,963.29 | $9,283.01 |
| 7/15/2016 | ($13,201.18) | Property Taxes - Prior Year Reconciliation | $0.00 | ($13,201.18) |
| 8/24/2016 | $22.16 | Property Taxes | $5.41 | $27.57 |
| 8/25/2017 | $22.17 | Property Taxes - Prior Year Reconciliation | $0.00 | $22.17 |
| 9/11/2017 | $1,573.15 | Property Taxes | $218.95 | $1,792.10 |
| 7/20/2018 | $4,308.75 | Property Taxes - Prior Year Reconciliation | $0.00 | $4,308.75 |
| 7/20/2018 | $928.03 | CAM - Prior Year Reconciliation | $49.83 | $977.86 |
| 7/26/2018 | $525.17 | Property Taxes | $27.34 | $552.51 |
| 11/25/2018 | $308,228.59 | Property Taxes | $5,742.34 | $313,970.93 |
| | **$326,455.84** | | **$15,023.91** | **$341,479.75** |

**Total Due:** **$351,479.75**

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 15. Cure Amounts for Sears Holdings Corporation Lease for Space in Paradise Valley Mall Held by Paradise Valley SPE LLC

**Location**   Paradise Valley Mall                                                **Attorney Fees[3]**   $10,000.00

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 7/23/2018 | ($11,265.96) | 2017 Property Taxes Reconciliation | $0.00 | ($11,265.96) |
| 7/23/2018 | ($326.71) | Tax on 2017 Property Taxes Reconciliation | $0.00 | ($326.71) |
| | $232,309.59 | Est. 2018 Tax Reconciliation | $0.00 | $232,309.59 |
| | **$220,716.92** | | **$0.00** | **$220,716.92** |
| **Total Due:** | | **$230,716.92** | | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 16. Cure Amounts for Sears Holdings Corporation Lease for Space in The Mall of Victor Valley Held by Macerich Victor Valley LP

| Location | The Mall of Victor Valley | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |
| **Rent and Charges:** | | | | |
| 12/12/2018 | $27,514.47 | Property Taxes Short-pay | $384.45 | $27,898.92 |
| | $27,514.47 | | $384.45 | $27,898.92 |
| **Total Due:** | | | $37,898.92 | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 17. Cure Amounts for Sears Holdings Corporation Lease for Space in Wilton Mall Held by Wilton Mall, LLC

| Location | Wilton Mall | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
| **Rent and Charges:** | | | | |
| 10/12/2018 | $38,040.63 | Property Taxes | $1,167.27 | $39,207.90 |
| | $38,040.63 | | $1,167.27 | $39,207.90 |
| **Total Due:** | | | $49,207.90 | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 18. Cure Amounts for Sears Holdings Corporation Lease for Space in The Mall at Whitney Field Held by VCG Whitney Field, LLC

**Location**  The Mall at Whitney Field            **Attorney Fees[3]**   $10,000.00

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 9/19/2018 | $100.00 | Tenant Billback | $3.70 | $103.70 |
| 11/27/2018 | $45,777.73 | Real Estate Tax | $827.76 | $46,605.49 |
| | $45,877.73 | | $831.46 | $46,709.19 |
| **Total Due:** | | | **$56,709.19** | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 19. Cure Amounts for Sears Holdings Corporation Lease for Space in Galleria at White Plains Held by White Plains Galleria Limited Partnership

**Location** Galleria at White Plains                                                   **Attorney Fees[3]** $10,000.00

|  | **Landlord's Cure Calculation[1]** |  | **Interest[2]** | **Landlord's Total Cure Amount** |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 9/1/2018 | $8,118.89 | September 2018 Rent & Charges Short-pay | $340.33 | $8,459.22 |
| 10/1/2018 | ($8,019.49) | Adjustment on Account | $0.00 | ($8,019.49) |
| 12/1/2018 | ($947.48) | December 2018 Rent & Charges Overpayment | $0.00 | ($947.48) |
| 1/1/2019 | ($947.48) | January 2019 Rent & Charges Overpayment | $0.00 | ($947.48) |
|  | ($1,795.56) |  | $340.33 | ($1,455.23) |
| **Total Due:** |  | **$8,544.77** | | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-31-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 01-25-19. Landlord will supplement with final attorneys fee and cost amounts when available.