## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al. | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |

## OBJECTION TO DEBTORS' DESIGNATED CURE AMOUNT

AmCap Wilson II, LLC and Wilson Norridge, LLC (collectively "Landlord"), by their attorneys, S&D Law, respectfully submit their Objection to Sears Holding Corporation, et al.'s ("Debtors") designated cure amount as identified in the January 23, 2019 Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Document number 1774].

1.      Debtors' associated entity, Kmart Stores of Illinois, LLC, is the tenant under a Lease Agreement with Landlord dated February 3, 1977, as amended and assigned, for Premises located in the Norridge Commons Shopping Center at 7000-7100 West Forest Preserve Drive and 4101-4259 North Harlem Avenue, Norridge, Illinois (Store No. 9348) ("Lease").

2.      Landlord objects to the designated cure amounts as identified by Debtors.  The Debtors list a cure amount of $13,333.48 for the Lease.   The correct amount as of January 25, 2019 is $156,071.78.  A current tenant ledger and a damages summary are attached as Exhibit A.

Dated:  January 29, 2019

Respectfully submitted,

S&D LAW


By:    s/ Steven W. Kelly
          Steven W. Kelly, Esq.
          1290 Broadway, Suite 1650
          Denver, Colorado 80203
          (303) 399-3000

AGENT FOR AMCAP WILSON II, LLC and WILSON NORRIDGE, LLC


## CERTIFICATE OF MAILING

I hereby certify that on January 29, 2019, I caused a copy of the foregoing **OBJECTION TO DEBTORS' DESIGNATED CURE AMOUNT** to be served to be served electronically through the Court's CM/ECF notification system upon the following and all other parties requesting electronic service:

Weil, Gotshal & Manges LLP
Ray C. Schrock, P.C.
Garrett A. Fail
Jacqueline Marcus
Sunny Singh
767 Fifth Avenue
New York, NY 10153

Paul Schwartzberg
Richard Morrissey
United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014


          s/ Vicki Pennington