# EXHIBIT A

**SEARS HOLDINGS CORPORATION, et al., Debtors**

**Chapter 11 Case No. 18-23538**

|  | 5/15/2017 | 6/15/2018 | 7/23/2018 | 8/21/2018 | 9/14/2018 | 10/15/2018 | 1/25/2019 | Totals |
|---|---|---|---|---|---|---|---|---|
|  | 396 | 38 | 29 | 24 | 31 |  |  |  |
| Year 2016 CAM Reconciliation | 63,679.31 |  |  |  |  |  |  | 63,679.31 |
| Year 2017 CAM Reconciliation |  | 22,001.65 |  |  |  |  |  | 22,001.65 |
| Payments |  |  | -46,408.84 |  | -16,000.18 |  |  | -62,409.02 |
| Year 2017 Tax Reconciliation |  |  |  | 100,226.98 |  |  |  | 100,226.98 |
| Year 2018 CAM Reconciliation |  |  |  |  |  |  | 14,430.72 | 14,430.72 |
| Subtotal | 63,679.31 | 85,680.96 | 39,272.12 | 139,499.10 | 123,498.92 |  | 137,929.64 |  |
| Interest 9% | 12,435.78 | 1,605.64 | 561.65 | 1,651.06 | 1,888.01 |  |  | 18,142.14 |

**TOTAL   156,071.78**

18-23538-shl    Doc 2151-1    Filed 01/29/19    Entered 01/29/19 15:49:44    Exhibit
Exhibit A to Objection to Debtors Designated Cure Amount    Pg 2 of 2

Page  1

**Lease Ledger**

## Lease Information

|  |  |
|---|---|
| Date | 01/25/2019 |
| Lease Id | t0000521 |
| Property | 045000 |
| Location | Norridge Commons Shopping Center |
| Assigned Space(s) | 101 |
| Customer |  |
| ICS Code |  |
| Lease Type | Retail Net |
| Sales Category | Retail |
| Lease Term | From 07/17/1998  To 01/31/2024 |
| Lease Area | 115,982(GLA) |
| Monthly Rent | 61566.42 |
| Office Phone |  |
| Fax No |  |
| E-Mail |  |

**Kmart Corporation**
**Sears Holdings Corporation**
**Attn: Tammi Banaszak**
**3333 Beverly Road**
**BC-131A**
**Hoffman Estates , IL , 60179**

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| 05/15/17 | 2016 CAM Reconciliation | 63,679.31 |  | 63,679.31 |
| 06/15/18 | 2017 CAM Reconciliation | 22,001.65 |  | 85,680.96 |
| 07/23/18 | Chk# 032033955 |  | 46,408.84 | 39,272.12 |
| 08/21/18 | 2017 RE Tax Reconciliation - 2nd Installment | 100,226.98 |  | 139,499.10 |
| 09/14/18 | Chk# 032035242 |  | 16,000.18 | 123,498.92 |
| 01/25/19 | 2018 CAM Reconciliation | 14,430.72 |  | 137,929.64 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 14,430.72 | 0.00 | 0.00 | 123,498.92 | 137,929.64 |

Friday, January 25, 2019