# CERTIFICATE OF SERVICE

I, Paul E. Harner, Esquire, do hereby certify that, on this 29th day of January 2019, I caused a true and correct copy of the foregoing *Limited Objection of Acadia Realty Limited Partnership, Avenues Mall, LLC, Brixmor Operating Partnership, L.P., CBL-Shops at Friendly, LLC, Cedar – Valley Plaza, LLC, Centercal Properties, LLC, FBA Holdings, Inc., Federal Realty Investment Trust, GS Pacific ER, LLC, Heidenberg Properties, Kravco Company, Passco Hanford Mall, LLC, PGIM Real Estate, S-Tract LLC, Starwood Retail Partners LLC, The Macerich Company, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center LLC, Weitzman – Helios IV, LLC, and White Plains Galleria Limited Partnership to Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement and (III) Granting Related Relief* to be served (i) via the Court's CM/ECF system upon all parties requesting electronic notice of all filings in this case; and (ii) the following parties on the attached service list in the manner indicated.

Dated: January 29, 2019

/s/ *Paul E. Harner*
Paul E. Harner
BALLARD SPAHR LLP

| | |
|---|---|
| Debtors<br>Sears Holding Corporation<br>333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley, Esq.<br>Luke J. Valentino, Esq.<br>**First-Class Mail**<br>**Email:** | Honorable Robert D. Drain<br>United States Bankruptcy Court<br> for the Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br>**Overnight Mail** |
| Weil, Gotshal & Manges LLP<br>767 Firth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>**First-Class Mail**<br>**Email: ray.schrock@weil.com**<br>**jacqueline.marcus@weil.com**<br>**garrett.fail@weil.com**<br>**sunny.singh@weil.com** | Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg, Esq.<br>Richard Morrissey, Esq.<br>**First-Class Mail** |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: James L. Bromley, Esq.<br>Sean A. O'Neal, Esq.<br>Jennifer Kennedy Park, Esq.<br>Andrew Weaver, Esq.<br>Rahul Mukhi, Esq.<br>**First-Class Mail**<br>**Email: jbromley@cgsh.com**<br>**soneal@cgsh.com**<br>**jkpark@cgsh.com**<br>**aweaver@cgsh.com**<br>**rmukhi@cgsh.com** | Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>**First-Class Mail**<br>**Email:**<br>**marshall.huebner@davispolk.com**<br>**eli.vonnegut@davispolk.com** |

| | |
|---|---|
| Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>**First-Class Mail**<br>**Email: paul.leake@skadden.com**<br>**shana.elberg@skadden.com**<br>**george.howard@skadden.com** | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>**First-Class Mail**<br>**Email: ewilson@kelleydrye.com**<br>**bfeder@kelleydrye.com** |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira S. Dizengoff, Esq.<br>Philip C. Dublin, Esq.<br>Aid Qureshi, Esq.<br>Joseph L. Sorkin, Esq.<br>**First-Class Mail**<br>**Email: idizengoff@akingump.com**<br>**aqureshi@akingump.com**<br>**pdublin@akingump.com**<br>**jsorkin@akingump.com** | Paul Weiss Rifking Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attn: Paul M. Basta, Esq.<br>**First-Class Mail**<br>**Email: pbasta@paulweiss.com** |
| Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq.<br>**First-Class Mail**<br>**Email: emfox@seyfarth.com** | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq.<br>**First-Class Mail**<br>**Email: gadsden@clm.com** |
| Locke Lord LLP<br>111 South Wacker Driver<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq.<br>**First-Class Mail**<br>**Email: braynor@lockelord.com** | Lazard Freres & Co., LLC<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Attn: Levi Quaintance<br>**First-Class Mail**<br>**Email: project.blue.rx@lazard.com** |