**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| SEARS HOLDINGS CORPORATIONS, *et al.* | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Dennis D. Miller, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Trinet Essential Facilities XXVII, Inc. in the above-referenced proceeding.

1. I certify that I am a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

2. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 29, 2019

Respectfully submitted,

LUBIN OLSON & NIEWIADOMSKI LLP

By: */s/ Dennis D. Miller*
Dennis D. Miller, Cal. Bar No. 138669
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Tel: (415) 981-0550
Fax: (415) 981-4343
Email: dmiller@lubinolson.com

ATTORNEYS FOR CREDITOR
Trinet Essential Facilities XXVII, Inc.