**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS | : | |
| CORPORATION, et al., | : | Case No. 18- 23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | Honorable Robert D. Drain |
| | : | |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Samuel C. Wisotzkey, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Ecolab Inc., a creditor or party in interest in the above-referenced Chapter 11 case. ***I certify that I am a member in good standing*** of the bar in the State of Wisconsin and the U.S. District Court for the Eastern District of Wisconsin.

| | |
|---|---|
| My mailing address is: | Kohner, Mann & Kailas, S.C.<br>Washington Building, Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1059 |
| My telephone number is: | (414) 962-5110 |
| My email address is: | swisotzkey@kmksc.com |

The fee of $200.00 is being paid with this Motion.

Dated: January 29, 2019.
Milwaukee, Wisconsin

/s/ Samuel C. Wisotzkey
Samuel C. Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
Washington Building, Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile:  (414) 962-8725
Email: swisotzkey@kmksc.com