**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x   Chapter 11

In re:

Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.

(Jointly Administered)

Debtors

-------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

    I William P. Fennell, certify that I am not less than 18 years of age, and that service of the following documents:

1.    OBJECTIONS TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DEDEAUX INLAND EMPIRE PROPERTIES RE ONTARIO WAREHOUSE LEASE, Lease No. 347, Contract No. S8729-73-A [Docket No. 2169]

2.    OBJECTIONS TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DART WAREHOUSE CORPORATION RE ONTARIO WAREHOUSE OPERATING AGREEMENT, List Nos. 1969, 1970, 1971, Contract No. SHCLCW5955 [Docket No. 2166]

3.    OBJECTIONS TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DART WAREHOUSE CORPORATION RE NAPERVILLE, IL., STATEMENT OF WORK, List No. 1964, Contract No. CW2330726 [Docket No. 2165]

4.    OBJECTIONS TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DART WAREHOUSE CORPORATION RE NAPERVILLE, IL., MASTER SERVICES AGREEMENT, List No. 1967, Contract No. CW2288705 [Docket No. 2167]

5.    OBJECTIONS TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DART WAREHOUSE CORPORATION RE NAPERVILLE, IL., WAREHOUSE SUBLEASE, List No. 1968, Contract No. SHCLCW5956 [Docket No. 2168]

6.    OBJECTIONS TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DART INTERNATIONAL RE FLEET TRANSPORTATION AGREEMENT, List Nos. 1965-1966, Contract Nos. 520768, 518187 [Docket No. 2170]

was caused to be made on January 29, 2019, in the manner indicated upon the entities identified below.


Dated: January 29, 2019
      San Diego, CA

                                   LAW OFFICE OF WILLIAM P. FENNELL, APLC


                                   By: /s/William P. Fennell_____

                                   William P. Fennell, Esq.
                                   401 West A Street, Suite 1800
                                   San Diego, CA 92101
                                   Telephone: (619) 325-1560
                                   Facsimile: (619) 325-1558
                                   Email: william.fennell@fennelllaw.com

**Via FedEx**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Paul Schwartzberg, Esq.
Office of the United States Trustee
Region 2
201 Varick Street, Suite 1006
New York, NY 10014

**Via Court Notice of Electronic Filing ("NEF")**

Anne Marie Aaronson    aaaronson@dilworthlaw.com
Robin S. Abramowitz    abramowitz@larypc.com, fox@larypc.com
Neil H. Ackerman    nackerman@ackermanfox.com, kfox@ackermanfox.com;
r52605@notify.bestcase.com
David G. Aelvoet    sanantonio.bankruptcy@publicans.com
Jaime Agnew    jaimeagnew21@gmail.com
Richard A. Aguilar    raguilar@mcglinchey.com, aparish@mcglinchey.com
Justin Alaburda    jmalaburda@bmdllc.com
John C. Allerding    john.allerding@thompsonhine.com
Arlene Rene Alves    alves@sewkis.com
Michael S. Amato    mamato@rmfpc.com, dolsen@rmfpc.com; smcgrath@rmfpc.com
Tara B. Annweiler    tannweiler@greerherz.com
Joel D. Applebaum    japplebaum@clarkhill.com
Laura E. Appleby    appleby@chapman.com
Jenelle C Arnold    bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
Simon Aron    saron@wrslawyers.com, jnarcise@wrslawyers.com
Peter M. Aronoff    peter.aronoff@usdoj.gov
Brandon K. Bains    bbains@l-llp.com, ehyman@l-llp.com; ltemp@l-llp.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
John T. Banks    jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
Sedric Banks    sedbanks@aol.com
Shari Barak    sbarak@logs.com, NYBKCourt@logs.com
Erika R. Barnes    ebarnes@stites.com
Michael Jason Barrie    mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;
kcapuzzi@beneschlaw.com
Joseph Charles Barsalona    jbarsalona@mnat.com
Paul M. Basta    pbasta@paulweiss.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com,
managingclerk@ssbb.com
Richard J. Bernard    rbernard@foley.com
Jill B. Bienstock    jbienstock@coleschotz.com, fpisano@coleschotz.com
Karen C. Bifferato    kbifferato@connollygallagher.com
Jeffrey E Bjork    jeff.bjork@lw.com
David M. Blau    dblau@clarkhill.com
Michael V. Blumenthal    michael.blumenthal@tklaw.com
Melissa Boey    melissa.boey@morganlewis.com

Phillip W. Bohl     phillip.bohl@gpmlaw.com

Wanda Borges     ecfcases@borgeslawllc.com

Dustin Parker Branch     branchd@ballardspahr.com, carolod@ballardspahr.com

Duane Brescia     duane.brescia@clarkhillstrasburger.com,
bkrtcynotices@clarkhillstrasburger.com; donna.krupa@clarkhillstrasburger.com;
Kathi.Alexander@clarkhillstrasburger.com

Kay Diebel Brock     bkecf@co.travis.tx.us

Michael D. Brofman     mbrofman@weisszarett.com

James L. Bromley     maofiling@cgsh.com, jbromley@cgsh.com

Lynn Hamilton Butler     lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com; christine.deacon@huschblackwell.com

CRG Financial LLC     allison@claimsrecoveryllc.com

Donald F. Campbell     dcampbell@ghclaw.com

Jeffrey A. Carlino     jacarlino@kslnlaw.com, rabacon@kslnlaw.com

Robert Carson     rcarson@carsonfischer.com

Jamie S. Cassel     jsc@renozahm.com, jsc@renozahm.com

Michael J. Catalfimo     mcatalfimo@carterconboy.com, hmclenithan@carterconboy.com;
rmcfee@carterconboy.com; jstein@carterconboy.com

Katherine R. Catanese     kcatanese@foley.com

George B. Cauthen     george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;
joan.kishline@nelsonmullins.com

Rocco A. Cavaliere     rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Janine M. Cerbone     jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com

Rudy J Cerone     rcerone@mcglinchey.com

Mark J Chaney     mchaney@mcglinchey.com, aparish@mcglinchey.com

Scott K. Charles     skcharles@wlrk.com, calert@wlrk.com

Michael Chatwin     NYBKCourt@logs.com

Gustavo A Chico-Barris     gchico@ferraiuoli.com

Hyun Suk Choi     hchoi@choiandpark.com, lkleist@choiandpark.com;
cpark@choiandpark.com; jpatten@choiandpark.com

Carol Chow     Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com

Ronald Alexander Clark     aclark@cov.com

Donald W. Clarke     dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Marvin E. Clements     agbanknewyork@ag.tn.gov

Eboney Cobb     ecobb@pbfcm.com

Joshua W. Cohen     jwcohen@daypitney.com, arametta@daypitney.com

Patrick Collins     pcollins@farrellfritz.com

Sonia E Colon     scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;
scolon@ecf.courtdrive.com; hruiz@ferraiuoli.com; soniaecolon@gmail.com

Michael J. Connolly     mconnolly@formanlaw.com, kanema@formanlaw.com

Andrew S. Conway     aconway@taubman.com

Joseph Corrigan     bankruptcy2@ironmountain.com

Julie Cvek Curley     jcurley@ddw-law.com,
AttorneyCvek@gmail.com;dpons@ddw-law.com;lbarry@ddw-law.com

Kelly Rose Cusick     cusick.kelly@pbgc.gov, efile@pbgc.gov

Brian Custy      bcusty@custylaw.com

Anthony J D'Artiglio      ajd@ansellgrimm.com, carols@ansellgrimm.com; merediths@ansellgrimm.com

Robert K. Dakis      rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com

Richard T. Davis      rdavis@cafarocompany.com

Louis Thomas DeLucia      ldelucia@schiffhardin.com

Sam Della Fera      sdellafera@trenklawfirm.com

Christopher M. Desiderio      cdesiderio@nixonpeabody.com

Andrew Devore      andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew G. Dietderich      dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com; andrew-dietderich-6008@ecf.pacerpro.com; BAKERR@SULLCROM.COM

John P. Dillman      houston_bankruptcy@publicans.com

Ted A. Dillman      ted.dillman@lw.com

Ira S. Dizengoff      idizengoff@akingump.com, afreeman@akingump.com; apreis@akingump.com; dkrasa-berstell@akingump.com; nymco@akingump.com

Caroline Djang      caroline.djang@bbklaw.com

Amish R. Doshi      amish@doshilegal.com

Elizabeth L Doyaga      edoyaga@flwlaw.com, jspiegelman@flwlaw.com

Leo B Dubler      leodubler@fast.net

Joshua A. Dunn      jdunn@vedderprice.com, ecfnydocket@vedderprice.com

David W. Dykhouse      dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Rachel E. Edwards      redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Devon Eggert      deggert@freeborn.com, bkdocketing@freeborn.com

Judith Elkin      elkinj@mac.com, elkinj@mac.com

Samuel G Encarnacion      same@haggertylaw.com

Marita S. Erbeck      marita.erbeck@dbr.com

Carrie Essenfeld      cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net

Daniel E. Etlinger      detlinger@jennislaw.com, karon@jennislaw.com

Kevin J Etzel      ketzel@vedderprice.com

Michael Eversden      meversden@mcgrathnorth.com

Garrett A. Fail      garrett.fail@weil.com, Paloma.VanGroll@weil.com

Stephen Vincent Falanga      sfalanga@walsh.law, mvargas@walsh.law

Thomas A. Farinella      tf@lawtaf.com, ecf@lawgmf.com

John T. Farnum      jfarnum@linowes-law.com, jcummings@linowes-law.com

Thomas R. Fawkes      tomf@goldmclaw.com

Alan Feld      afeld@sheppardmullin.com

Mark E. Felger      MFelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com

James R. Felton      jfelton@greenbass.com, mtyndall@greenbass.com

William P Fennell      william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com, charles.bethel@fennelllaw.com, mblackburnjoniaux@fennelllaw.com

John R. Fifarek      knelson@laskyfifarek.com

Charles J. Filardi      cfilardi@rrlawpc.com, abothwell@rrlawpc.com

Scott D. Fink      brodellecf@weltman.com

Jonathan L. Flaxer      jflaxer@golenbock.com, jsavitsky@golenbock.com; mweinstein@golenbock.com

Ken Florey      kflorey@rsnlt.com

Christopher Fong     cfong@nixonpeabody.com
Kiah T Ford     chipford@parkerpoe.com
Edward M. Fox     emfox@seyfarth.com
Gregory W. Fox     gfox@goodwinprocter.com
Shawn Randall Fox     sfox@mcguirewoods.com
Joseph D. Frank     jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
Elise S. Frejka     efrejka@frejka.com
Michael Friedman     friedman@chapman.com, iyassin@chapman.com
Joseph Froehlich     jfroehlich@lockelord.com
Patricia B. Fugee     Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com
Mary L. Fullington     mfullington@wyattfirm.com, lexbankruptcy@wyattfirm.com
Thomas M. Gaa     tgaa@bbslaw.com, yessenia@bbslaw.com
James Gadsden     bankruptcy@clm.com
Gregg M. Galardi     gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
Alan E. Gamza     Agamza@mosessinger.com, dkick@mosessinger.com;
jbonteque@mosessinger.com; kkolbig@mosessinger.com; rcorbi@mosessinger.com
Jeffrey K. Garfinkle     jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;
docket@buchalter.com
Christopher Gartman     gartman@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com
Matthew Gensburg     mgensburg@gcklegal.com
Charles George     cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com
Stephen B. Gerald     sgerald@wtplaw.com, clano@wtplaw.com
Yann Geron     ygeron@reitlerlaw.com, ygeronnys@ecf.epiqsystems.com;
jlitos@reitlerlaw.com; nsantucci@reitlerlaw.com; adaniszewski@reitlerlaw.com;
asuffern@epiqglobal.com
Peter M. Gilhuly     peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
Steven A. Ginther     sdnyecf@dor.mo.gov
Jeffrey R. Gleit     jgleit@sandw.com, gschlack@sandw.com, bcooley@sandw.com;
aweiss@sandw.com, nkoslof@sandw.com, tkethro@sandw.com
Ronald Eric Gold     rgold@fbtlaw.com,
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com
Brendan Goodhouse     bgoodhouse@cuddyfeder.com
Eric R Goodman     egoodman@bakerlaw.com
Leon B Gordon     cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com
Jonathan Adam Grasso     jon@piercemccoy.com
Ira S. Greene     igreene@edwardswildman.com
Janice Beth Grubin     Janice.Grubin@leclairryan.com
Charles A. Gruen     cgruen@gruenlaw.com
Allen J. Guon     aguon@shawfishman.com
Harry M. Gutfleish     harry@gutfleishlaw.com
Mark E. Hall     mhall@foxrothschild.com, cbrown@foxrothschild.com
Aaron L. Hammer     ahammer@hmblaw.com, ecfnotices@hmblaw.com
Paul E. Harner     paul.harner@lw.com
Jonathan Scott Hawkins     jonathan.hawkins@thompsonhine.com,

THDaytonECF@thompsonhine.com
    Patrick L. Hayden    phayden@mcguirewoods.com
    Leslie C. Heilman    heilmanl@ballardspahr.com, lanoc@ballardspahr.com
    Ira L. Herman    iherman@blankrome.com, nybankruptcydocketing@blankrome.com;
eDocketing@blankrome.com
    Neil E. Herman    Nherman@morganlewis.com
    Michael R. Herz    mherz@formanlaw.com, cbrown@formanlaw.com
    George Bernard Hofmann    ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
    James J. Holman    jjholman@duanemorris.com
    Caleb T. Holzaepfel    caleb.holzaepfel@huschblackwell.com
    Robert Honeywell    robert.honeywell@klgates.com, brian.koosed@klgates.com
    Joon P. Hong    joonhong@chapman.com
    Benjamin Hugon    bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
    Allison Akiko Ito    aito@hibklaw.com
    Russell Jackson    rjackson@thomasjhenrylaw.com
    Hugh G. Jasne    jf@jasneflorio.com, hgj@jasneflorio.com
    Dwight Jefferson    djefferson@coatsrose.com
    Christian Paul Jensen    jensenc@sullcrom.com
    Monique Debrikka Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
    William Austin Jowers    ajowers@kslaw.com
    Allen G. Kadish    akadish@archerlaw.com, lschildkraut@archerlaw.com;
chansen@archerlaw.com; hbreakstone@archerlaw.com
    Vera N Kanova    verkanova@pa.gov
    Alan H Katz    akatz@lockelord.com
    Alan F. Kaufman    akaufman@hinshawlaw.com
    William E. Kelleher    wkelleher@cohenlaw.com, mgraeb@cohenlaw.com;
hward@cohenlaw.com
    Steven W. Kelly    skelly@s-d.com
    Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;
calendaring@procopio.com
    Ferve E. Khan    fkhan@bakerlaw.com
    Erin C. Kim    kim.erin@pbgc.gov, efile@pbgc.gov
    Jane Kim    jkim@kellerbenvenutti.com
    Alan M Kindred    akindred@leechtishman.com, dtomko@leechtishman.com;
ghauswirth@leechtishman.com
    Edward M. King    tking@fbtlaw.com
    Dawn Kirby    dkirby@ddw-law.com, btepper@ddw-law.com;dap@ddw-law.com
    Lauren Catherine Kiss    lkiss@klestadt.com
    Richard Klass    richklass@courtstreetlaw.com
    Sarah J Klebolt    sjk@carmodymacdonald.com, ala@carmodymacdonald.com
    Jeremy C. Kleinman    jkleinman@fgllp.com
    John R. Knapp    john.knapp@millernash.com, lisa.petras@millernash.com
    Lawrence J. Kotler    ljkotler@duanemorris.com
    Matthew Patrick Kremer    mkremer@omm.com, mpkremer@gmail.com
    David S. Kupetz    dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;
dperez@sulmeyerlaw.com

Jeffrey Kurtzman     jkurtzma@klehr.com
Alyssa E. Kutner     kutnera@ballardspahr.com
Michael Kwiatkowski     mkwiatkowski@msek.com, lgomez@msek.com
Paul J. Labov     plabov@foxrothschild.com, msteen@foxrothschild.com
Darryl S. Laddin     bkrfilings@agg.com
Keith A Langley     klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
Fernand L Laudumiey     laudumiey@chaffe.com
Lacy Martin Lawrence     llawrence@akingump.com, txdocketing@akingump.com
Vincent Edward Lazar     vlazar@jenner.com
Gilbert A. Lazarus     gillazarus@gmail.com
Harlan Mitchell Lazarus     hmllaw@att.net, hlazarus@lazarusandlazarus.com
Robert L. LeHane     KDWBankruptcyDepartment@Kelleydrye.com;
MVicinanza@ecf.inforuptcy.com
Paul D. Leake     wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com
Andrew M Leblanc     aleblanc@milbank.com
Bernice C Lee     blee@slp.law, dwoodall@slp.law
Michael Skoy Legge     mlegge@huntonak.com, tkracht@huntonak.com;
rphair@huntonak.com;ghesse@huntonak.com
Joseph H. Lemkin     jlemkin@stark-stark.com
William J. Levant     efile.wjl@kaplaw.com
Richard B. Levin     rlevin@jenner.com
Mark Levine     mlevine@ssbny.com
Lawrence A. Lichtman     llichtman@honigman.com, litdocket@honigman.com
Jessica Liou     jessica.liou@weil.com
Alan Jay Lipkin     alipkin@willkie.com, maosbny@willkie.com
Robert Liubicic     rliubicic@milbank.com
Armando Llorens     armando@furgang.com
Jacqulyn S. Loftin     jsl@lhmlawfirm.com
Brian J. Lohan     brian.lohan@arnoldporter.com
John G. Loughnane     jloughnane@nutter.com
Howard P. Magaliff     hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
Christopher J. Major     cjm@msf-law.com, bm@msf-law.com
Colleen Maker     cmaker@walsh.law
Jacqueline Marcus     jacqueline.marcus@weil.com, jessica.liou@weil.com;
matthew.goren@weil.com; candace.arthur@weil.com
Jennifer L. Marines     jmarines@mofo.com, docketny@mofo.com;
jennifer-marines-1173@ecf.pacerpro.com
Ilan Markus     ilan.markus@leclairryan.com, andrew.cole@leclairryan.com
Jonathan D. Marshall     jmarshall@choate.com
Laurence May     lmay@eisemanlevine.com
Sandra E. Mayerson     sandy@mhlaw-ny.com
Shlomo Maza     shlomomaza@paulhastings.com
Matthew McCann     mmccann@swc-law.com, mmccann@swc-law.com
William McCarron     mccarron.william@pbgc.gov, efile@pbgc.gov
John G. McCarthy     jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
Richard J. McCord     RMcCord@CBAH.com, afollett@certilmanbalin.com;

cfollett@certilmanbalin.com; rnosek@certilmanbalin.com
   Sawnie A. McEntire   smcentire@pmmlaw.com
   Thomas James McGowan   tmcgowan@meltzerlippe.com,
sbrown@meltzerlippe.com;mwhiteman@meltzerlippe.com
   Brian S. McGrath   bmcgrath@mcglinchey.com
   David M. Meegan   jhutton@mhksacto.com, jhutton@mhksacto.com
   Deborah Jill Michelson   michelson@mgfl-law.com
   Brett H. Miller   bmiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
   Curtis S. Miller   cmiller@mnat.com
   Dennis D. Miller   dmiller@steinlubin.com
   Stephen M. Miller   smiller@morrisjames.com, wweller@morrisjames.com;
jdawson@morrisjames.com
   Russell W. Mills   rmills@bellnunnally.com, nsummerville@bellnunnally.com
   Joseph Thomas Moldovan   bankruptcy@morrisoncohen.com
   Carol E. Momjian   cmomjian@attorneygeneral.gov
   Laura J. Monroe   lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
   Kevin P. Montee   kmontee@monteeassociates.com, kmontee@monteeassociates.com
   Julie F. Montgomery   jmontgomery@brownconnery.com
   Courtney Morgan   morgan.courtney@pbgc.gov, efile@pbgc.gov
   Michael L. Moskowitz   mlm@weltmosk.com, mkj@weltmosk.com;mag@weltmosk.com
   John Mueller   jmueller@lippes.com, rfink@lippes.com
   Rahul Mukhi   rmukhi@cgsh.com, maofiling@cgsh.com
   Edgardo Munoz   emunozpsc@gmail.com
   Klaus Peter Muthig   muthigk@mcao.maricopa.gov
   Bruce S. Nathan   bnathan@lowenstein.com, msavetsky@lowenstein.com
   Edward E. Neiger   eneiger@askllp.com, lmiskowiec@askllp.com
   Kevin Michael Newman   knewman@barclaydamon.com
   Victor Newmark   vnewmark@evict.net
   Timothy F. Nixon   tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
   Sean E. O'Donnell   sodonnell@herrick.com, courtnotices@herrick.com;
lporetsky@herrick.com; rrichards@herrick.com
   Sean A. O'Neal   soneal@cgsh.com, maofiling@cgsh.com
   Sean A. OKeefe   sokeefe@okeefelc.com, seanaokeefe@msn.com
   Rachel R Obaldo   bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
   Thomas S. Onder   tonder@stark-stark.com
   Mark Russell Owens   mowens@btlaw.com, mowens@btlaw.com;
bankruptcyindy@btlaw.com
   Jennifer Kennedy Park   jkpark@cgsh.com
   Richard J. Parks   rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
   Barbra R. Parlin   barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,
glenn.huzinec@hklaw.com
   Paul J. Pascuzzi   ppascuzzi@ffwplaw.com
   Jennifer Pastarnack   jennifer.pastarnack@cliffordchance.com
   Kristen N. Pate   bk@brookfieldpropertiesretail.com
   Richard C. Pedone   rpedone@nixonpeabody.com
   Melissa A. Pena   mapena@nmmlaw.com, pfreda@nmmlaw.com

Eloy A Peral    eperal@wilkauslander.com
Frank Peretore    fperetore@csglaw.com, ecf@csglaw.com
Deborah M Perry    dperry@munsch.com
Albena Petrakov    apetrakov@offitkurman.com
Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
Michael Ryan Pinkston    rpinkston@seyfarth.com
Curtis M. Plaza    cplaza@riker.com, tschellhorn@riker.com
Dana S. Plon    dplon@sirlinlaw.com
David L. Pollack    pollack@ballardspahr.com
Cynthia L Pollick    pollick@lawyer.com
Kimberly A. Posin    kim.posin@lw.com
Constantine Dean Pourakis    cp@stevenslee.com
Robert L. Pryor    rlp@pryormandelup.com
Chad Pugatch    cpugatch.ecf@rprslaw.com
Anthony M. Rainone    arainone@bracheichler.com
Shane Ramsey    shane.ramsey@nelsonmullins.com, jennifer.murray@nelsonmullins.com;
emiller@bayardlaw.com; SMacon@bayardlaw.com
Paul L. Ratelle    pratelle@fwhtlaw.com
Gary O. Ravert    gravert@ravertpllc.com, gary.ravertpllc@gmail.com
Jeffrey A. Reich    reichlaw@reichpc.com
Norman Neville Reid    nreid@foxswibel.com
Annemarie V. Reilly    annemarie.reilly@lw.com
Ryan C. Reinert    rreinert@shutts.com, juanitasanchez@shutts.com
Guy A. Reiss    greiss@reisspreuss.com
Carol Ann Rich    crich@dudleylaw.com
Steven Richman    srichman@clarkhill.com
Michael J. Riela    riela@thsh.com
Fred B. Ringel    fbr@robinsonbrog.com
Christy Rivera    christy.rivera@nortonrosefulbright.com
Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
managingattorneysdepartment@friedfrank.com
Beth Ellen Rogers    brogers@berlawoffice.com
Laurel D. Roglen    roglenl@ballardspahr.com, lanoc@ballardspahr.com
Alexis J. Rogoski    arogoski@skarzynski.com
Mark S. Roher    mroher@markroherlaw.com,
ecf@markroherlaw.com;ecf2@markroherlaw.com
Kristen D Romano    kromano@mcglinchey.com
Julie H Rome-Banks    julie@bindermalter.com
Robert M. Rosen    rrosen@pmmlaw.com
Sanford Philip Rosen    srosen@rosenpc.com
Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
Douglas B. Rosner    drosner@goulstonstorrs.com
Beth J. Rotenberg    brotenberg@csglaw.com, ecf@csglaw.com
Paul Alex Rubin    prubin@rubinlawllc.com, hhuynh@rubinlawllc.com
Myrna Ruiz-Olmo    mro@prbankruptcy.com,

tbp@prbankruptcy.com,lsg@prbankruptcy.com
   Maura I. Russell   mrussell@ckrlaw.com
   Patrick Morgan Ryan   pmryan@sorlinglaw.com, smjordan@sorlinglaw.com
   CARL JOSEPH SORANNO   csoranno@bracheichler.com, dfamula@bracheichler.com;
jpmartin@bracheichler.com
   Thomas James Salerno   thomas.salerno@stinson.com, Karen.graves@stinson.com
   Diane W. Sanders   austin.bankruptcy@lgbs.com
   Joseph E. Sarachek   joe@saracheklawfirm.com, jon@saracheklawfirm.com
   Robert M. Sasloff   rms@robinsonbrog.com
   Bruce M. Sattin   bsattin@szaferman.com
   Russell W. Savory   russ@bsavory.com
   Gilbert R. Saydah   gsaydah@ckrlaw.com
   Courtney A Schael   cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
   Michael L. Schein   mschein@vedderprice.com, ecfnydocket@vedderprice.com;
docketing-6992@ecf.pacerpro.com; michael-schein-3874@ecf.pacerpro.com
   Aaron J. Scheinfield   aaron@bk-lawyer.net
   Frederick E. Schmidt   eschmidt@cozen.com
   Bradley Schneider   bradley.schneider@mto.com
   Edward L. Schnitzer   eschnitzer@ckrlaw.com
   Ray C Schrock   ray.schrock@weil.com, matthew.goren@weil.com
   Christopher P. Schueller   christopher.schueller@bipc.com, timothy.palmer@bipc.com;
donna.curcio@bipc.com
   H. Jeffrey Schwartz   hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com
   Gary F Seitz   gseitz@gsbblaw.com, gary.seitz@gmail.com
   Michelle Marie Sekowski   msekowski@herrick.com, courtnotices@herrick.com;
lporetsky@herrick.com
   Stephen B. Selbst   sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
   Richard M. Seltzer   rseltzer@cwsny.com, ecf@cwsny.com
   Yaron Shaham   yshaham@kahanafeld.com
   Michael Abtin Shakouri   mshakouri@goodkinlynch.com
   Ross G Shank   rshank@kasowitz.com, courtnotices@kasowitz.com
   Karen Sheehan   ksheehan@flwlaw.com, jspiegelman@flwlaw.com
   Bradley S. Shraiberg   bss@slp.law, dwoodall@slp.law;blee@slp.law;
bshraibergecfmail@gmail.com
   Michelle E. Shriro   mshriro@singerlevick.com,
scotton@singerlevick.com;croote@singerlevick.com
   Andrew I. Silfen   andrew.silfen@arentfox.com, beth.brownstein@arentfox.com;
lisa.indelicato@arentfox.com
   Kevin J. Simard   ksimard@choate.com
   Wendy M. Simkulak   wmsimkulak@duanemorris.com
   Sunny Singh   sunny.singh@weil.com,
Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Vincent.Yiu@weil.com;Philip.Di
Donato@weil.com
   Peter B. Siroka   peter.siroka@friedfrank.com, aaron_rothman@friedfrank.com;
alix.brozman@friedfrank.com; ManagingAttorneysDepartment@friedfrank.com
   Doug Skierski   enotices@skijain.com

Daniel W. Sklar      dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com
Aaron C. Smith      asmith@lockelord.com, chicagodocket@lockelord.com; jcataldo@lockelord.com
Neal Smith      nsmith@robbins-schwartz.com
Steven B Smith      ssmith@herrick.com, ssmith@herrick.com
Natasha M. Songonuga      nsongonuga@gibbonslaw.com
Owen M. Sonik      osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
James E. Sorenson      bk@svllaw.com, jim@svllaw.com
Fredric Sosnick      fsosnick@shearman.com
Sean C. Southard      ssouthard@klestadt.com
Penny R. Stark      pstarkesq@gmail.com
Miriam R Stein      mstein@chuhak.com
Rick Aaron Steinberg      rsteinberg@pricemeese.com
Richard A. Stieglitz      RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
Sabrina L. Streusand      streusand@slollp.com, prentice@slollp.com
Philip E. Strok      pstrok@swelawfirm.com, gcruz@swelawfirm.com; csheets@swelawfirm.com;jchung@swelawfirm.com
Enid Nagler Stuart      enid.stuart@ag.ny.gov, ted.berkowitz@ag.ny.gov
Joshua Sturm      joshua.sturm@ropesgray.com
Matthew G. Summers      summersm@ballardspahr.com
Vivek Suri      info@viveksuri.com, lawyer@surilawoffice.com
Casey Cantrell Swartz      cswartz@taftlaw.com
Daniel R. Swetnam      Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Douglas T. Tabachnik      dtabachnik@dttlaw.com, rdalba@dttlaw.com
Stanley B. Tarr      tarr@blankrome.com
David R Taxin      davidtaxin@dahannowick.com
Andrew Tenzer      andrewtenzer@paulhastings.com
Brett S. Theisen      btheisen@gibbonslaw.com
David L. Tillem      tillemd@wemed.com
My Chi To      mcto@debevoise.com, amcdermott@debevoise.com
Gordon J. Toering      gtoering@wnj.com
Kevin Tompsett      ktompsett@harrisbeach.com, frichenberg@harrisbeach.com
Michael Tsang      mtsang@tsanglawfirm.com
Ronald M. Tucker      rtucker@simon.com, bankruptcy@simon.com
Curtis Lee Tuggle      curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
Andrew P. Tureaud      atureaud@kblaw.com, atureaud@kblaw.com
Bethany Turke      brt@wexlerwallace.com, ecf@wexlerwallace.com
Marshall C. Turner      marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
United States Trustee      USTPRegion02.NYECF@USDOJ.GOV
Veronique Urban      vurban@farrellfritz.com
Seth Van Aalten      svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com
James Christopher Vandermark      vandermarkj@whiteandwilliams.com
James J. Vincequerra      James.Vincequerra@alston.com
Kaitlin R. Walsh      KRWalsh@mintz.com, docketing@mintz.com
David H. Wander      dhw@dhclegal.com
Eric Waxman      eric.waxman@cwt.com, nyecfnotice@cwt.com

Andrew W. Weaver     aweaver@cgsh.com, maofiling@cgsh.com

Adam J. Webb     awebb@fbtlaw.com

William P. Weintraub     wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

Robert A Weisberg     rweisberg@carsonfischer.com, njudge@carsonfischer.com

Erica Weisgerber     eweisgerber@debevoise.com, eweisgerber@debevoise.com

Elizabeth Weller     dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;
Dora.Casiano-Perez@lgbs.com

Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com;
MVicinanza@ecf.inforuptcy.com

Garth D. Wilson     wilson.garth@pbgc.gov, efile@pbgc.gov

Jeffrey C. Wisler     jwisler@connollygallagher.com

Norman C Witte     ncwitte@wittelaw.com, mmallswede@wittelaw.com

Lee E. Woodard     bkemail@harrisbeach.com, ktompsett@harrisbeach.com;
kgriffith@harrisbeach.com

Melissa S. Woods     mwoods@cwsny.com, ecf@cwsny.com

Derek L. Wright     dlwright@foley.com

Thomas Yanega     ty@devacklaw.com

Rafael X. Zahralddin     rxza@elliottgreenleaf.com

Marc A. Zelina     marc.zelina@lw.com

Matthew C. Ziegler     matthew.ziegler@morganlewis.com

Tom Zimmerman     tom@attorneyzim.com, firm@attorneyzim.com

Greg M. Zipes     greg.zipes@usdoj.gov

Scott A. Zuber     szuber@csglaw.com, ecf@csglaw.com

Evan J. Zucker     ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;
eDocketing@blankrome.com

Richard L. Zucker     rzucker@lasserhochman.com

Paul H. Zumbro     pzumbro@cravath.com, mao@cravath.com

## Via First Class Mail

c/o Sears Holdings Corporation
Stephen Sitley, Esq.
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Davis Polk & Wardell LLP
Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

Locke Lord LLP
Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

Aikin Gump Strauss Hauer & Feld LLP
Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Frenkel, Lambert, Weiss, Weisman &
Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

The Bank of New York Mellon Trust
Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

BST International Fashion Ltd.
Attn: A.R. Shinivasan
Managing Director, 39 Wang Kwong Rd, Ste.
2301B, Skyline Tower, Kowloon Bay
Kawloon, Hong Kong

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Weil, Gotshal & Manges LLP
Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

**<u>Via Email:</u>**
See Attached Service List

In re:  **Sears Holdings Corporation, *et al.***
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vinceuerra | James.Vinceuerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Counsel to Sayville Menlo, LLC | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Counsel to the Local Texas Tax Authorities | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| Counsel to Community Unit School District 300 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com<br>lschildkraut@archerlaw.com |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | Attn: Andrew I. Silfen, Beth Brownstein | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com<br>jchristian@askllp.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Interested Party | Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com summersm@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com kutnera@ballardspahr.com |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com klove@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com julie@bindermalter.com |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |

**In re:  Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | |
| Counsel to SAP Industries, Inc., SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com tyler.dischinger@bipc.com |
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com Anthony.Deleo@cwt.com |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com rstieglitz@cahill.com |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Local Counsel to BH North American Corporation | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions  and The Libman Company | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |
| Counsel to WSSR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com wilamowsky@chapman.com |

In re: **Sears Holdings Corporation**, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com jmarshall@choate.com |
| Counsel to Winiadaewoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com gsaydah@ckrlaw.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC and JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | soneal@cgsh.com jbromley@cgsh.com aweaver@cgsh.com rmukhi@cgsh.com jkpark@cgsh.com |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com hward@cohenlaw.com |
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com |
| Counsel to Washington Prime Group Inc. | Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com scarnes@cooley.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com aclark@cov.com |

In re: **Sears Holdings Corporation**, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | marshall.huebner@davispolk.com eli.vonnegut@davispolk.com sears.service@davispolk.com |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com eweisgerber@debevoise.com |
| Counsel to Namco USA Inc. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| DFS Services, LLC | DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com WMSimkulak@duanemorris.com |
| Counsel to the Chubb Companies | Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com Cheitzenrater@duanemorris.com |
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, and Hatim Yusuf | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Counsel to Prestige Bay Plaza Development  Corp. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com sak@elliottgreenleaf.com ems@elliottgreenleaf.com |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust | Foley & Lardner LLP | Attn: Derek L. Wright & Katherine R. Catanese | dlwright@foley.com kcatanese@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |

In re:  Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Counsel to Hanesbrands, Inc. and Sherthal, LLC | Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com mherz@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com |
| Counsel for True Value Company | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com scott.luftglass@friedfrank.com peter.siroka@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com lbrymer@fmdlegal.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Counsel to Community Unit School District 300 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com nsongonuga@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Counsel to Infinite Peripherals, Inc. | Godlstein & McClintock LLLP | Attn: Thomas R. Fawkes | tomf@goldmclaw.com |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc. | Goodwin Procter LLP | Attn: Barry Z. Bazian | gfox@goodwinlaw.com bbazian@goodwinlaw.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Counsel to Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Counsel to Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net lgu@halperinlaw.net |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com howard.upchurch@hanes.com |
| Counsel to Van Hook Service Co., Inc. | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski | sodonnell@herrick.com sselbst@herrick.com ssmith@herrick.com msekowski@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Counsel for Cushman & Wakefield Inc. | Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com Marc.Antonecchia@hklaw.com |
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com elvin.ramos@hklaw.com |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com jjalemany@hklaw.com |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |
| Counsel to John C. Adams and Kennylugenia Adams | Hopkins & Carley | Attn: Jay M. Ross, Monique D. Jewett-Brewster | jross@hopkinscarley.com mjb@hopkinscarley.com |
| Counsel to Matson Navigation Company, Inc. | Hughes Hubbard & Reed LLP | Attn: Christopher Gartman | chris.gartman@hugheshubbard.com |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com mlegge@huntonak.com |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq. | hgj@jasneflorio.com dlk@jasneflorio.com |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., and Amazon Services LLC. | K&L Gates LLP | Attn: Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Counsel to GBR Green Acress Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com lkiss@klestadt.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com ted.dillman@lw.com |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |

In re:  **Sears Holdings Corporation**, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Dart Warehouse Corporation | Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com office@fennelllaw.com |
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | 381 Broadway | cgruen@gruenlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, and Ikeddi Imports LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com andrew.cole@leclairryan.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com alex.chase@leclairryan.com |
| Counsel to 1803, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | jjorissen@losgs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith,  David W. Wirt | braynor@lockelord.com asmith@lockelord.com dwirt@lockelord.com |
| Counsel to DFS Services, LLC | Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |

In re: **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Counsel to LG Electronics USA, Inc. and Valvoline | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com bnathan@lowenstein.com |
| Counsel to Trinet Essential Facilities XXVII, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller | dmiller@lubinolson.com |
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com kromano@mcglinchey.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com raguilar@mcglinchey.com rcerone@mcglinchey.com |
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| Counsel to Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMR Properties | Meegan, Hanschu & Kassenbrock | Attn: David Meegan | dmeegan@mhksacto.com |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | ALeblanc@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq. | |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C., and Brighton Lease Management, L.L.C. | Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com<br>jbarsalona@mnat.com |
| Counsel to SRC O.P. LLC, SRC Facilities LLC and SRC Real Estate (TX) LLC | Morrison & Foerster LLP | Attn: Brett H. Miller, Mark Alexander Lightner | BrettMiller@mofo.com<br>Mlightner@mofo.com |
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com<br>bbutterfield@mofo.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Counsel to Whirpool Corporation | Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com<br>thomas.walper@mto.com |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Counsel to Coral Reef Asia Pacific a/k/a White Mountain Footwear and 266 Route 125, LLC | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Darren L. Patrick | dpatrick@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Matthew P. Kremer | mkremer@omm.com |
| Counsel to Invicta Watch Company of America, Inc. | Orshan, P.A. | Attn: Paul L. Orshan, Esq. | paul@orshanpa.com |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Counsel to GACP II, L.P. | Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com kcornish@paulweiss.com lclayton@paulweiss.com sbuergel@paulweiss.com rbritton@paulweiss.com jhurwitz@paulweiss.com |
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Counsel to Omega Advisors Inc. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com jonpickhardt@quinnemanuel.com andrewcorkhill@quinnemanuel.com matthewscheck@quinnemanuel.com ellisonmerkel@quinnemanuel.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com etikkanen@reisspreuss.com |
| Counsel to CM Grayson, LLC | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Counsel to Community Unit School District 300 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com nsmith@robbins-schwartz.com |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com Aron.hume@gmail.com |
| Counsel to East End Commons Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Counsel to Apex Tool Group, LLC and Icon DE Holdings LLC and Icon NY Holdings LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com kimberly.kodis@ropesgray.com sam.ashuraey@ropesgray.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| Counselt to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |
| Counsel to the Ciuffo Family Trust | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq. | ldelucia@schiffhardin.com<br>afiedler@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com<br>alves@sewkis.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Counsel to Oracle Elevator Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law<br>mkish@sbwh.law<br>jshafer@sbwh.law<br>floridaservice@sbwh.law |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com<br>sara.coelho@shearman.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |

In re:  **Sears Holdings Corporation, *et al.***
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Pennsee, LLC, Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com pmryan@sorlinglaw.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com jlemkin@stark-stark.com |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com jcanfield@stroock.com sbhattacharyya@stroock.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com zylberbergd@sullcrom.com |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com ckwu@sulmeyerlaw.com |
| Counsel to KG Denim Limited | Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Counsel to Alexandria Pelletteri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov |
| Counsel to Mien Co., Ltd., Helen Andrews Inc | The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| Counsel to 1803, LLC | The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |

In re:  **Sears Holdings Corporation, *et al.***
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| Indenture trustee for the KCD IP Asset Backed Notes | U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | jose.galarza@usbank.com |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Counsel to Village of Hoffman Estates | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| Counsel to Agri-Fab, Inc. | Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Counsel to NorthStar Group Services, Inc., and Village of Hoffman Estates | Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny SinghJared R. Friedmann, Jessie B. Mishkin, Esq. | ray.schrock@weil.com garrett.fail@weil.com jacqueline.marcus@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com Jared.Friedmann@weil.com Jessie.Mishkin@weil.com |
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., and Google LLC | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Counsel to Drayton Plains (MI), LLC | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com gbrunswick@willkie.com |
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | david.tillem@wilsonelser.com |
| Counsel to 4th Street South II, LLC | Witte Law Offices, PLLC | Attn: Norman C. Witte | ncwitte@wittelaw.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Counsel to Fruit of the Loom, Inc., Vanity Fair Brands, LP and Russell Brands, LLC | Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |
| Counsel to Movant Mario Aliano | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |