Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, New York 11042
Telephone: (516) 622-2335

And

Shawn M. Christianson, Esq.
Valerie Bantner Peo, Esq.
**BUCHALTER, A Professional Corporation**
55 Second Street, 17th Floor
San Francisco, California 94105-2126
Telephone: (415) 227-0900

Hearing Date: February 4, 2019
Hearing Time: 10:00 AM
Objection Date: January 26, 2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

**SEARS HOLDINGS CORPORATION, et. al.,**

Debtors.

Chapter 11

Case No.   18-23538 (RDD)

Jointly Administered

## AFFIRMATION OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NASSAU          )

      I, Amish R. Doshi, am over the age of 18 and am not a party to the within matter; my business address is:  1979 Marcus Avenue, Suite 210E, Lake Success, NY 11042.

      On January 26, 2019, I served a document entitled as *Oracle's Limited Objection To And Reservation Of Rights Regarding (1) Debtors' Motion For Approval Of Global Bidding Procedures; (2) Notice Of Cure Costs And Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Global Sale Transaction; And (3) Supplemental Notice Of Cure Costs And Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Global Sale Transaction* on the interested parties listed on the attached Service List by the methods listed above their names.

      With respect to regular mail service, a copy of the aforementioned document was enclosed in an envelope addressed as set forth in the Service List to be deposited in an official depository of the United States post office located in Lake Success, NY with proper pre-paid postage thereon.

      With respect to email service, a pdf copy of the aforementioned documents was sent to the email address listed in the Service List.

      Finally, in addition to the Service List, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System on January 26, 2019.

      I affirm under penalty of perjury under the laws of the State of New York that the above is true and correct.

Dated: January 29, 2019
      Lake Success, New York

                                      /s/   Amish R. Doshi
                                      Amish R. Doshi

## SERVICE LIST

| **By E-Mail Only** | **By E-Mail Only** |
|---|---|
| Ray Schrock, Esq.<br>Garrett Fail, Esq.<br>Jacqueline Marcus, Esq.<br>Sunny Singh, Esq.<br>Jessica Liou, Esq.<br>WEIL GOTSHAL & MANGES, LLP<br><br>E-Mail: ray.schrock@weil.com<br>garrett.fail@weil.com,<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>jessica.liou@weil.com | Ira Dizengoff, Esq.<br>Phillip Dublin, Esq.<br>Abed Qureshi, Esq.<br>Sara Brauner, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD, LLP<br><br>E-Mail: idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| **By E-Mail Only**<br><br>Sean O'Neal, Esq.<br>James Bromley, Esq.<br>Andrew Weaver, Esq.<br>Rakhi Mukhi, Esq.<br>Jennifer Kennedy Park, Esq<br>CLEARY GOTLIEB, STEEN & HAMILTON, LLP<br><br>E-Mail: soneal@cgsh.com<br>jbromley@cgsh.com<br>Aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com | **By Regular Mail**<br><br>Paul Schwartzberg, Esq.<br>Richard Morrisey, Esq.<br>US TRUSTEE'S OFFICE<br>201 Varick Street, Room 1006<br>New York, NY 10014 |
| **By E-Mail Only**<br><br>Paul Leake, Esq.<br>Shana Elberg, Esq.<br>George Howard, Esq.<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br><br>E-Mail: Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com | **By E-Mail Only**<br><br>Kevin Simard, Esq.<br>Jonathan Marshall, Esq.<br>CHOATE HALL STEWART, LLP<br><br>E-Mail: ksimard@choate.com<br>jmarshall@choate.com |