UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re :

**SEARS HOLDINGS CORPORATION, et al., :**

**Debtors**

--------------------------------------------------------

Case No. 18-23538 (RDD)

Chapter 11
**(Jointly Administered)**[1]

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

Please take notice that EDGARDO MUNOZ, PSC, and the undersigned Counsel hereby file their appearance as counsel representing creditor **PLAZA JUANA DIAZ INC**, landlord of Kmart store in Puerto Rico **(Store # 3993)**[2]**;** and respectfully request this Honorable Court to be included in the case's master address list.

The appearing party further requests from this Honorable Court and all parties in interest that all notices given, or required to be given, and all pleadings, motions, orders, applications, petitions, disclosures, plans, and any and all other documents filed and served, or required to be filed and served in connection with the captioned case, be given and served upon the undersigned attorneys, at the address set forth below.

Please take further notice that this appearance does not constitute, and must not be construed, as an acknowledgement or acceptance by the appearing party of the constitutionality, propriety, sufficiency,or validity of notices and papers heretofore served on the appearing party.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

(The case of caption is jointly administered with those listed in the note below.[3])

---

[1] Adminstered jointly with cases listed at the end of this motion.

[2]  The appearing landlord is identified in debtor's records with STORE # 3993.  In Dkt. 1774 (p.21), however, it is mentioned with Contract number S2153-1-A

[3]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identificationnumber, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart OperationsLLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC LicensedBusiness LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions,

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on January 30, 2019

EDGARDO MUÑOZ, PSC
364 Calle Lafayette
San Juan PR 00917-3113
Tel. (787) 753-3888


**s/ EDGARDO MUÑOZ**
USDC (PR) NO. 125713
emunozPSC@gmail.com

---

Inc. (7180); KmartCorporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); SearsHoldings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears HomeImprovement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.(0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHCPromotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.(6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC(8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears BrandsManagement Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporateheadquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179