18-23538-shl   Doc 2174-1   Filed 01/30/19   Entered 01/30/19 09:07:23   Exhibit 1.
Reconciliation   Amounts due (Period ending Oct-31-2018)   Pg 1 of 2

Exhibit 1

# PLAZA JUANA DIAZ, INC.

URB. VILLA CLEMENTINA  
6 ALEJANDRINO AVENUE  
GUAYNABO, PR 00969

TEL.: 787-720-6000  
FAX: 787-790-3000

January 23, 2019

Certified Mail and  
Return Receipt Request;  
No. 7014-2120-0001-1394-1343

Sears Holding Corporation  
Attn: Ms. Tammi Banaszak  
3333 Beverly Road; BC-131A  
Hoffman Estate, IL  60179

RE:   Cam Reconciliation  
　　　Year Ending October, 2018  
　　　Kmart (Store No. 3993)  
　　　Juana Diaz, Puerto Rico

Dear Ms. Banaszak:

　　We are including copy of all the supporting documents of the CAM Reconciliation of Year Ending October 31, 2018.

　　If you have any questions concerning this documents do not hesitate to contact our offices.

Cordially yours,

Blanca E. Rosa  
Treasurer

Enc.   Year Ending October, 2018  
　　　Cam Reconciliation & Invoices

POSTAL: URB. COLLEGEVILLE, 2004 ABERDEEN ST., GUAYNABO, PR 00969-4725

18-23538-shl    Doc 2174-1    Filed 01/30/19    Entered 01/30/19 09:07:23    Exhibit 1.
Reconciliation    Amounts due (Period ending Oct-31-2018)    Pg 2 of 2

**Exhibit 1**

KMART (STORE NO. 3993)
PLAZA JUANA DIAZ SHOPPING CENTER
CAM RECONCILIATION
AS OF OCTOBER 31, 2018

| DESCRIPTION | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRICITY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WATER | 0.00 | 0.00 | 8,910.50 | 3,029.59 | 1,395.51 | 1,105.33 | 2,466.55 | 1,132.78 | 1,332.71 | 1,788.30 | 1,175.07 | 967.98 | 23,304.32 |
| SUBTOTAL ELE & WATER | 0.00 | 0.00 | 8,910.50 | 3,029.59 | 1,395.51 | 1,105.33 | 2,466.55 | 1,132.78 | 1,332.71 | 1,788.30 | 1,175.07 | 967.98 | 23,304.32 |
| **CAM** | | | | | | | | | | | | | |
| PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYROLL TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STATE INSURANCE FUND | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALARY & MAINTENANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LANDSCAPING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 111.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 111.50 |
| REPAIRS & MAINTENANCE | 11,789.42 | 10,781.54 | 12,281.50 | 11,451.26 | 11,014.66 | 12,820.24 | 12,369.18 | 11,221.74 | 11,204.74 | 11,875.74 | 12,065.92 | 11,953.26 | 140,829.20 |
| MAINTENANCE SUPPLIES | 85.23 | 135.79 | 1,739.11 | 654.10 | 271.47 | 3,271.08 | 37.85 | 643.00 | 27.70 | 3,949.91 | 2,558.07 | 1,949.02 | 15,322.33 |
| MEDICAL INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL FEE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEASING EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MISCELLANEOUS PETTY CASH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPRECIATION AUTO EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VEHICLE EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUBTOTAL CAM | 11,874.65 | 10,917.33 | 14,020.61 | 12,105.36 | 11,286.13 | 16,202.82 | 12,407.03 | 11,864.74 | 11,232.44 | 15,825.65 | 14,623.99 | 13,902.28 | 156,263.03 |
| **SECURITY** | | | | | | | | | | | | | |
| PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYROLL TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALARY SECURITY | 17,163.67 | 16,936.88 | 17,752.69 | 17,295.97 | 17,458.19 | 25,299.79 | 17,286.51 | 16,933.74 | 17,513.31 | 25,696.68 | 16,965.24 | 18,596.86 | 224,899.53 |
| STATE INSURANCE FUND | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MISCELLANEOUS PETTY CASH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REPAIRS & MAINTENANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL FEE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER SECURITY EXPENSE | 0.00 | 0.00 | 110.39 | 110.39 | 110.39 | 110.39 | 110.39 | 110.39 | 110.39 | 110.39 | 110.39 | 0.00 | 993.51 |
| SUBTOTAL SECURITY | 17,163.67 | 16,936.88 | 17,863.08 | 17,406.36 | 17,568.58 | 25,410.18 | 17,396.90 | 17,044.13 | 17,623.70 | 25,807.07 | 17,075.63 | 18,596.86 | 225,893.04 |
| TOTAL WATER, CAM & SECURITY | 29,038.32 | 27,854.21 | 40,794.19 | 32,541.31 | 30,250.22 | 42,718.33 | 32,270.48 | 30,041.65 | 30,188.85 | 43,421.02 | 32,874.69 | 33,467.12 | **$405,460.39** |

| | THUS: | $ | 405,460.39 | X | 0.3499 | (KMART PRORATE SHARE) | = | $ | 141,870.59 |
|---|---|---|---|---|---|---|---|---|---|
| | LESS: KMART ADVANCED PAYMENTS | | $ 7,203.07 | X | 12 | MONTHS | = | $ | (86,436.84) |
| | AMOUNT DUE: | | | | | | = | $ | 55,433.75 |

Notes:
From May, 2012 to October 31, 2018 Common Area Maintenance was provided by ROA Cleanning Service Maintenance.
Security services was provided by Ranger American Of P.R. from November 2011 to October 2018