UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**In re :**

                    Case No. 18-23538 (RDD)

**SEARS HOLDINGS CORPORATION, et al.[1] :**

                    **Chapter 11**

                    **(Jointly Administered)**

**Debtors**

----------------------------------------------------------

## CERTIFICATE of SERVICE

    I hereby certify, pursuant to 28 U.S.C. §1746, that on on this date, I caused a true and correct copy of the LIMITED OBJECTION AND PRESERVATION OF RIGHTS TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION (Dkt. 2174) filed by PLAZA JUANA DIAZ INC (Store # 3993) to be sent to each of the persons named on the attached Service List by email (unless otherwise stated).

    In San Juan, Puerto Rico, on January 30, 2019

EDGARDO MUÑOZ, PSC
364 Calle Lafayette                         **s/ EDGARDO MUÑOZ**
San Juan PR 00917-3113                 USDC (PR) NO. 125713
Tel. (787) 753-3888                       emunozPSC@gmail.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identificationnumber, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart OperationsLLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC LicensedBusiness LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); KmartCorporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); SearsHoldings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears HomeImprovement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.(0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHCPromotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.(6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC(8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears BrandsManagement Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporateheadquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

2

**SERVICE LIST**

## I. Bid Notice Parties

### a. Debtors

Rob Riecker:  rob.riecker@searshc.com
Luke Valentino: luke.valentino@searshc.com
Mohsin Meghji: mmeghji@miiipartners.com
General Counsel: counsel@searshc.com

### b. Debtors' counsel

Ray Schrock, Esq.: ray.schrock@weil.com

Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com

Garrett A. Fail, Esq. garrett.fail@weil.com

Sunny Singh, Esq. sunny.singh@weil.com

### c. Debtors' investment banker: project.blue.rx@lazard.com

## II. Buyer Parties

### a. Buyer

Kunal S. Kamlani: kunal@eslinvest.com

Harold Talisman: harold@eslinvest.com

### b. Counsel

Christopher E. Austin, Esq.: caustin@cgsh.com

Benet J. O'Reilly, Esq.: boreilly@cgsh.com

Sean A. O'Neal, Esq.: soneal@cgsh.com

## III. Consultation Parties

### a. Bank of America

**Paul Leake, Esq.: Paul.Leake@skadden.com**

**Shana Elberg, Esq.: Shana.Elberg@skadden.com**

**George Howard, Esq.: George.Howard@skadden.com**

**b. Wells Fargo Bank**

**Kevin J. Simard, Esq.: ksimard@choate.com**

**Jonathan D. Marshall, Esq.: jmarshall@choate.com**

**c. Committee**

**Ira S. Dizengoff, Esq. : idizengoff@akingump.com**

**Philip C. Dublin, Esq.: pdublin@akingump.com**

**Abid Qureshi, Esq.: aqureshi@akingump.com**

**Sara L. Brauner, Esq.: sbrauner@akingump.com**

**Transform Holdco, LLC Via First Class Mail**
**c/o ESL Partners, Inc.**
    **Attention: Kunal S. Kamlani and Harold Talisman**
    **E-mails:**
    **kunal@eslinvest.com;**
    **harold@eslinvest.com**


**Cleary Gottlieb Steen & Hamilton LLP**

**Attention:**
**Christopher E. Austin, Benet J. O'Reilly and Sean A. O'Neal**
    **VIA E-mails:**
    **caustin@cgsh.com;**
    **boreilly@cgsh.com;**
    **soneal@cgsh.com**

SearsPJD-CertSvc.wpd

4