UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re :

SEARS HOLDINGS CORPORATION, et al.[1] :

Debtors

-----------------------------------------------------------

Case No. 18-23538 (RDD)

Chapter 11

(Jointly Administered)

## AMENDED CERTIFICATE of SERVICE

I hereby certify, pursuant to 28 U.S.C. §1746, that on January 29, 2019, I caused a true and correct copy of the CONDITIONAL OPPOSITION TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION (Dkt. 1929) filed by SUNSHINE SHOPPING CENTER INC (Store # 7413) to be sent to each of the persons named on the attached Service List, by email (unless otherwise stated).

In San Juan, Puerto Rico, on January 30, 2019

EDGARDO MUÑOZ, PSC
364 Calle Lafayette
San Juan PR 00917-3113
Tel. (787) 753-3888

s/ EDGARDO MUÑOZ
USDC (PR) NO. 125713
emunozPSC@gmail.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identificationnumber, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart OperationsLLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC LicensedBusiness LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); KmartCorporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); SearsHoldings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears HomeImprovement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.(0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHCPromotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.(6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC(8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears BrandsManagement Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporateheadquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

1

**SERVICE LIST**

I. Bid Notice Parties

    a. Debtors

    Rob Riecker:  rob.riecker@searshc.com
    Luke Valentino: luke.valentino@searshc.com
    Mohsin Meghji: mmeghji@miiipartners.com
    General Counsel: counsel@searshc.com

    b. Debtors' counsel

    Ray Schrock, Esq.: ray.schrock@weil.com

    Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com

    Garrett A. Fail, Esq. garrett.fail@weil.com

    Sunny Singh, Esq. sunny.singh@weil.com

    c. Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties

    a. Buyer

    Kunal S. Kamlani: kunal@eslinvest.com

    Harold Talisman: harold@eslinvest.com

    b. Counsel

    Christopher E. Austin, Esq.: caustin@cgsh.com

    Benet J. O'Reilly, Esq.: boreilly@cgsh.com

    Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties

    a. Bank of America

**Paul Leake, Esq.: Paul.Leake@skadden.com**

**Shana Elberg, Esq.: Shana.Elberg@skadden.com**

**George Howard, Esq.: George.Howard@skadden.com**

**b. Wells Fargo Bank**

**Kevin J. Simard, Esq.: ksimard@choate.com**

**Jonathan D. Marshall, Esq.: jmarshall@choate.com**

**c. Committee**

**Ira S. Dizengoff, Esq. : idizengoff@akingump.com**

**Philip C. Dublin, Esq.: pdublin@akingump.com**

**Abid Qureshi, Esq.: aqureshi@akingump.com**

**Sara L. Brauner, Esq.: sbrauner@akingump.com**

**Transform Holdco, LLC Via First Class Mail**
**c/o ESL Partners, Inc.**
    **Attention: Kunal S. Kamlani and Harold Talisman**
    **E-mails:**
    **kunal@eslinvest.com;**
    **harold@eslinvest.com**


**Cleary Gottlieb Steen & Hamilton LLP**

**Attention:**
**Christopher E. Austin, Benet J. O'Reilly and Sean A. O'Neal**
    **VIA E-mails:**
    **caustin@cgsh.com;**
    **boreilly@cgsh.com;**
    **soneal@cgsh.com**