**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>SEARS HOLDINGS CORPORATION, et al.[1]<br>Debtor. | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**CERTIFICATE OF SERVICE**

I, Paul Zumbro, hereby certify that I served a true and correct copy of the Objection of Stanley Black & Decker to Debtors' Potential Assumption and Assignment of Executory Contracts and Unexpired Leases Notice of Cure Costs and in Connection with Global Sale Transaction (i) upon the parties requesting ECF notification via the Court's CM/ECF case notification system on January 28, 2019 and (ii) upon each party as identified below and in accordance with the Case Management Notice [Docket No. 405] on January 29, 2019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

January 29, 2019

CRAVATH, SWAINE & MOORE LLP,

by
  /s/ Paul H. Zumbro
Paul H. Zumbro

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pzumbro@cravath.com

*Attorney for Stanley Black & Decker, Inc.*

**Service by Federal Express (January 29, 2019)**

The Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

**Service by First Class Mail (January 29, 2019)**

The Debtors, c/o Sears Holdings Corporation
3333 Beverly Road, Hoffman Estates IL 60179
(Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.);

Weil, Gotshal & Manges LLP
767 Fifth Avenue, New York, New York 10153
(Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.)
*Attorneys for the Debtors*

The Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006, New York, New York 10014
(Attn: Paul Schwartzberg, Esq.);
*The U.S. Trustee*

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square, New York, NY 10036
(Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.),
*Attorneys for Bank of America, N.A.*

Davis Polk & Wardell LLP
450 Lexington Avenue, New York, NY, 10017
(Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.)
*Attorneys for Citibank, N.A.*

Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza, New York, NY, 10006
(Attn: Sean A. O'Neal, Esq.)
*Attorneys for JPP, LLC*

Kelley Drye & Warren LLP
101 Park Avenue, New York, NY 10178
(Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.),
*Attorneys for Computershare Trust Company, N.A.,*

Seyfarth Shaw LLP
620 Eighth Avenue, New York, NY 10018

(Attn: Edward M. Fox, Esq.),
*Attorneys for Wilmington Trust, National Association*

Carter Ledyard & Milburn LLP
2 Wall Street, New York, NY 10015
(Attn: James Gadsden, Esq.)
*Attorneys for The Bank of New York Mellon Trust Company*

Locke Lord LLP
111 South Wacker Drive, Chicago, IL 60606
(Attn: Brian A. Raynor, Esq.)
*Attorneys for the Pension Benefit Guaranty Corporation*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, New York, NY 10036
(Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.),
*Attorneys for the Official Committee of Unsecured Creditors*

Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza, New York, NY 10006
(Attn: Sean A. O'Neal, Esq., James L. Bromley, Esq., Andrew Weaver, Esq., Rahul Mukhi, Esq., Jennifer Kennedy Park, Esq.)
*Attorneys for ESL Investments and its affiliates*