**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDING CORPORATION, *et al.,* | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Rayella Bergman, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 30th day of January, 2019, I served copies of:

- Limited Objection Shidler/West Finance Partners V L.P. to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Docket No. 2155]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

3. On the 30th day of January, 2019, I served copies of:

- Limited Objection Shidler/West Finance Partners V L.P. to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Docket No. 2155]

by electronic mail upon these parties listed on **Schedule B**.

                                                            */s/ Rayella Bergman*
                                                            Rayella Bergman

Sworn to and subscribed before me this
30th day of January, 2019

*/s/ Stephanie L. Nocella*
Notary Public, State of New York
No. 01NO6363034
Qualified in Kings County
Commission Expires August 14, 2021

## Schedule A

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY  10014
Attn: Paul Schwartzberg, Esq.

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

**Schedule B**

ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com; marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com; soneal@cgsh.com; ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com; emfox@seyfarth.com; gadsden@clm.com; braynor@lockelord.com; pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com; project.blue.rx@lazard.com; kunal@eslinvest.com; harold@eslinvest.com