UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., ) | |
| ) | Case No. 18-23538 (RDD) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket Nos. 1730, 2069 |

**THE TAUBMAN LANDLORDS' JOINDER TO THE OBJECTION OF
ALAN ROBBINS, ASTON PROPERTIES, BENDERSON DEVELOPMENT COMPANY
LLC, BROOKFIELD PROPERTIES RETAIL GROUP, GREGORY GREENFIELD &
ASSOCIATES, LTD., GRAY ENTERPRISES, LP, THE TRUSTEES OF THE ESTATE
OF BERNICE PAUAHI BISHOP, D/B/A KAMEHAMEHA SCHOOLS, LBA REALTY,
LLC, NASSIMI REALTY LLC, RADIANT PARTNERS LLC, REALTY INCOME
CORP., REGENCY CENTERS CORP., SHOPCORE PROPERTIES, L.P., SITE
CENTERS CORP., SUN VALLEY, LTD., TLM REALTY CORP. AND WEINGARTEN
REALTY INVESTORS' [Related Document No. 2069] TO DEBTORS' GLOBAL ASSET
SALE TRANSACTION, SALE ORDER, AND ASSET PURCHASE AGREEMENT
[Related Document Nos. 816, 1730 and 1731]**

The Taubman Landlords[1], by its counsel, Andrew S. Conway, hereby joins in the Objection of Alan Robbins, Aston Properties, Benderson Development Company LLC, Brookfield Properties Retail Group, Gregory Greenfield & Associates, Ltd., Gray Enterprises, LP, The Trustees of the Estate of Bernice Pauahi Bishop, D/B/A Kamehameha Schools, LBA Realty, LLC, Nassimi Realty LLC, Radiant Partners LLC, Realty Income Corp., Regency Centers Corp., Shopcore Properties, L.P., Site Centers Corp., Sun Valley, Ltd., TLM Realty Corp. and Weingarten Realty Investors' [Related Document No. 2069] to Debtors' Global Asset Sale Transaction, Sale

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers which includes: Fairfax Company of Virginia L.L.C., commonly known as Fair Oaks Mall located in Fairfax, Virginia; TVO Mall Owner LLC, commonly known as Twelve Oaks Mall located in Novi, Michigan; and Sunvalley Shopping Center LLC, commonly known as Sunvalley Shopping Center located in Concord, California.

1

2

Order, and Asset Purchase Agreement [Related Document Nos. 816, 1730 and 1731] for the reasons stated in that Objection.

Dated:   January 30, 2019 　　　　　　　　　/s/ Andrew S. Conway
　　　　　　　　　　　　　　　　　　　　　　　Andrew S. Conway, Esq.
　　　　　　　　　　　　　　　　　　　　　　　200 East Long Lake Road, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　　　　　　　　　　(248) 258-7427
　　　　　　　　　　　　　　　　　　　　　　　aconway@taubman.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for The Taubman Landlords*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., ) | |
| ) | Case No. 18-23538 (RDD) |
| Debtors. ) | |
| ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

Mona K. Jabr, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on January 30, 2019, she served a copy of the **Taubman Landlords' Joinder to the Objection of Alan Robbins, Aston Properties, Benderson Development Company LLC, Brookfield Properties Retail Group, Gregory Greenfield & Associates, Ltd., Gray Enterprises, LP, The Trustees of the Estate of Bernice Pauahi Bishop, D/B/A Kamehameha Schools, LBA Realty, LLC, Nassimi Realty LLC, Radiant Partners LLC, Realty Income Corp., Regency Centers Corp., Shopcore Properties, L.P., Site Centers Corp., Sun Valley, Ltd., TLM Realty Corp. and Weingarten Realty Investors' [Related Document No. 2069] to Debtors' Global Asset Sale Transaction, Sale Order, and Asset Purchase Agreement [Related Document Nos. 816, 1730 and 1731]** and this **Certificate of Service** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

OFFICE OF UNITED STATES TRUSTEE
U.S. Federal Office Building
201 Varick Street
Room 1006
New York, New York 10014
Telephone: (212) 510-0500

/s/ Mona K. Jabr
Mona K. Jabr

Subscribed and sworn to before me,
on this 30th day of January, 2019.

/s/ Deann Lynett Iloncai
Deann Lynett Iloncai, Notary Public
Lapeer County, Michigan
My Commission Expires: 03/23/2021
Acting in Oakland County, Michigan