UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

Danielle Braun, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On January 25, 2019, I served true and correct copies of the *Limited Objection and Reservation of Rights of United Parcel Service, Inc. and Its Affiliates to Proposed Cure Costs and Assumption of Executory Contracts* [Docket No. 1936] (the "UPS Cure Objection") via the Court's electronic case filing and noticing system.

3. In addition, on January 28, 2019, I served true and correct copies of the UPS Cure Objection via overnight mail upon the parties listed on Exhibit A attached hereto.

ny-1360144

Dated: January 30, 2019

/s/ Danielle E. Braun
Danielle E. Braun

Sworn to before me on this
30th day of January 2019

/s/ Laura Guido
Notary Public

Laura Guido
Notary Public – State of New York
No. 01GU6152891
Qualified in New York County
Commission Expires September 25, 2022

ny-1360144

# Exhibit A

<u>Service by Overnight Mail</u>:

Kirkland & Ellis LLP
Attn.: Gregory F. Pesce and Timothy R. Bow
300 North LaSalle, Chicago,
Illinois 60654

Kramer Levin Naftalis & Frankel LLP,
Attn.: Thomas Moers Mayer and Stephen D. Zide
1177 Avenue of the Americas
New York, New York 10036

Office of the United States Trustee
for the Southern District of Texas
Attn.: Stephen Statham
515 Rusk Street, Suite 3516
Houston, Texas 77002

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601