ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797
(562) 698-9771; (562) 309-8063 Fax
Ernie.park@bewleylaw.com

Attorneys for Creditor
BRIXTON PROVO MALL, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CASE NO. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, | Chapter: 11 |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS |

Please enter my appearance as attorney for Brixton Provo Mall, LLC, creditors and parties-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002 (g), 2015(c), and 3017(a), the undersigned request that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served

///
///
///
///

Notice of Appearance and Request for All Notices and Pleadings  1

upon the following:

Ernie Zachary Park

BEWLEY, LASSLEBEN & MILLER, LLP

13215 E. Penn St., Suite 510

Whittier, CA 90602

(562) 698-9771; (562) 309-8063 Fax

ernie.park@bewleylaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telex, telecopy, facsimile or otherwise, which affects the debtor or the property of the debtor.

Date: 1-29-19

BEWLEY, LASSLEBEN & MILLER, LLP

By: _____
Ernie Zachary Park
Attorneys for Creditor Brixton Provo Mall, LLC

# PROOF OF SERVICE
Code of Civil Procedure §§1013(a), 2015.5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 13215 E. Penn Street, Suite 510, Whittier, CA 90602.

On January 29, 2019, I served the foregoing document(s) described as NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Paul M. Basta<br>PAUL WEISS RIFKIND WHARTON & GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Scott K. Charles<br>WACHTELL LIPTON ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019 |
| Garrett A. Fail<br>Jessica Liou<br>Jacqueline Marcus<br>Ray C. Schrock<br>Sunny Singh<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | U.S. Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 |
| Richard C. Morrisey<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Greg M. Zipes<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

[X] **[BY U.S. MAIL]** The envelope was mailed with postage thereon fully paid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Whittier, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\* Executed on January 29 2019, at Whittier, California.

[ ]     (State)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]     (Federal)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
K. Ibarra

# BEWLEY, LASSLEBEN & MILLER, LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
SUITE 510 WHITTIER SQUARE
13215 EAST PENN STREET
WHITTIER, CALIFORNIA 90602-1797

E-Mail: Ernie.Park@Bewleylaw.com

January 28, 2019

J. TERRENCE MOOSCHEKIAN
ERNIE ZACHARY PARK*
RICHARD L. DEWBERRY*
KEVIN P. DUTHOY
JOSEPH A. VINATIERI
JASON C. DEMILLE
LEIGHTON M. ANDERSON
MICHAEL T. LEBEAU
DAVID A. BRADY
PATRICIA VERDUGO

*A PROFESSIONAL CORPORATION

J. TERRENCE MOOSCHEKIAN
CERTIFIED SPECIALIST,
TAXATION LAW
CALIFORNIA BOARD OF
SPECIALIZATION

(562)698-9771
(323)723-8062
(714)994-5131
FACSIMILE (562)696-6357

THOMAS W. BEWLEY
(1903-1986)

WILLIAM M. LASSLEBEN, JR.
(1923-2013)

EDWARD L. MILLER
RETIRED 2012

JEFFREY S. BAIRD
RETIRED 2016

WRITER'S DIRECT E-FAX NUMBER
(562) 309-8063

**<u>VIA FEDERAL EXPRESS</u>**
U.S. Bankruptcy Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Brixton (Provo) v. Sears
In Re Sears Holdings Corporation
Bankruptcy Case No. 18-23538 (RDD)

Dear Sir/Madam:

Enclosed concerning the above-referenced bankruptcy is an original and photocopy of a Notice of Appearance. Please process the same and return the photocopy conformed in the envelope provided for convenience. Thanks

Very truly yours,

BEWLEY, LASSLEBEN & MILLER, LLP

Karla Ibarra,
For Ernie Zachary Park

Enclosures