EXHIBIT A

Unisource TIC Group
1200 N Mayfair Road
Suite 310
Milwaukee, WI  53226

# O P E N   I T E M   S T A T E M E N T

Sears Holdings Management Co  
3333 Beverly Road  
824RE - Store #3692  
Hoffman Estates, IL  60179

Date:  01-29-2019  
Account:  210011SEAR

Amount enclosed: _____

**Please enclose this portion with your remittance.**

_____

Make checks payable to:  
  Wangard Partners Inc as Agent  
  for Unisource TIC Group  
  1200 N Mayfair Road, Suite 310  
  Milwaukee, WI  53226

Statement for:  
  Sears Holdings Management Co  
  3333 Beverly Road  
  824RE - Store #3692  
  Hoffman Estates, IL  60179

Statement date  
01-29-2019

| Unit   | Invoice | Due Date   | Description              | Amount    |
|--------|---------|------------|--------------------------|-----------|
| 1-1450 | 28300   | 07-31-2018 | Operating Expense Charge |     834.09 |
| 1-1450 | 28484   | 08-31-2018 | Operating Expense Charge |   1,079.50 |
| 1-1450 | 28654   | 09-30-2018 | Operating Expense Charge |   1,202.21 |
| 1-1450 | 28846   | 10-31-2018 | Operating Expense Charge |     566.65 |
| 1-1450 | 29033   | 11-30-2018 | Operating Expense Charge |   6,617.88 |
| 1-1450 | 29233   | 12-31-2018 | Operating Expense Charge |   5,035.87 |
| 1-1450 | 29371   | 12-31-2018 | Operating Expense Charge |     411.62 |
| 1-1450 | 29165   | 12-31-2018 | 2018 Real Estate Tax     |  52,681.81 |
| 1-1450 | 29326   | 02-01-2019 | Base Rent Charge         |  29,619.08 |

Balance:  **98,048.71**

**Payment due upon receipt.**