**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated:  January 28, 2019

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 28, 2019, by Timothy R. Quinn,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

## **Exhibit A**

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1299<br>1300 | PeopleShare LLC<br>Attn: Byron Solvason<br>100 Sprinhouse Drive, Suite 200<br>Collegeville, PA 19426 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | December 20, 2018 |
| 1309<br>1310<br>1311<br>1312<br>1314<br>1315<br>1316 | Permasteel, Inc.<br>c/o Law Office of Sandor T. Boxer<br>Attn: Sandor T. Boxer<br>5301 Orrville Avenue<br>Woodland Hills, CA 91367<br><br>Permasteel, Inc.<br>Attn: Hazel Hu<br>100 Exchange Place<br>Pomona, CA 91768 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | December 20, 2018 |
| 1317<br>1318<br>1319<br>1320 | Permasteel, Inc.<br>c/o Law Office of Sandor T. Boxer<br>Attn: Sandor T. Boxer<br>5301 Orrville Avenue<br>Woodland Hills, CA 91367<br><br>Permasteel, Inc.<br>Attn: Hazel Hu<br>100 Exchange Place<br>Pomona, CA 91768 | Whitebox Multi-Strategy<br>Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | January 25, 2019 |

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1343 | MTD Products Inc. Attn: Derek Kaesgen 5903 Grafton Road Valley City, OH 44280<br><br>MTD Products Inc. Attn: Mike Griffith 5903 Grafton Road Valley City, OH 44280 | Whitebox Multi-Strategy Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | January 25, 2019 |
| 1344 | MTD Products Inc. Attn: Derek Kaesgen 5903 Grafton Road Valley City, OH 44280<br><br>MTD Products Inc. Attn: Mike Griffith 5903 Grafton Road Valley City, OH 44280 | Whitebox Asymmetric Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | January 25, 2019 |
| 1345 | MTD Products Inc. Attn: Derek Kaesgen 5903 Grafton Road Valley City, OH 44280 | Whitebox Multi-Strategy Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | January 25, 2019 |
| 1346 | MTD Products Inc. Attn: Derek Kaesgen 5903 Grafton Road Valley City, OH 44280 | Whitebox Asymmetric Partners, LP Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | January 25, 2019 |
| 1532 | Lexington Tramk Manteca L.P. c/o Lexington Realty Trust One Penn Plaza, Suite 4015 New York, NY 10119 | BGK Real Estate Holdings LLC Attn: Gurpreet Singh 5370 Black Oak Drive Stockton, CA 95212 | January 25, 2019 |

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1744<br>1749 | Union Underwear Company, Inc. dba Fruit of the Loom<br>c/o Wyatt, Tarrant & Combs, LLP<br>Attn: Mary L. Fullington<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507<br><br>Union Underwear Company, Inc. dba Fruit of the Loom<br>Attn: Kathy L. Board<br>One Fruit of the Loom Drive<br>Bowling Green, KY 42103 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | January 25, 2019 |
| 1745<br>1746<br>1748 | Russell Brands, LLC<br>c/o Wyatt, Tarrant & Combs, LLP<br>Attn: Mary L. Fullington<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507<br><br>Russell Brands, LLC<br>Fruit of the Loom<br>Attn: Kathy L. Board<br>One Fruit of The Loom Drive<br>Bowling Green, KY 42103 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | January 25, 2019 |

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1750 | Vanity Fair Brands, LP c/o Wyatt, Tarrant & Combs, LLP Attn: Mary L. Fullington 250 West Main Street, Suite 1600 Lexington, KY 40507  Vanity Fair Brands, LP c/o Fruit of the LOOm Attn: Kathy L. Board One Fruit of the Loom Drive Bowling Green, KY 42103 | Cherokee Debt Acquisition, LLC Attn: Vladimir Jelisavcic 1325 Avenue of the Americas, 28th Floor New York, NY 10019 | January 25, 2019 |

In re: Sears Holdings Corporation, *et al* .

Case No. 18-23538 (RDD)

Page 4 of 4