# EXHIBIT F

Douglas S. Schwartz, Attorney I.D. 038771991
SISSELMAN & SCHWARTZ, LLP
75 Livingston Avenue
Roseland, N.J. 07068
(973) 533-0770
Attorney for Defendant
Sears, Roebuck and Co.

| | |
|---|---|
| Natalie Parker and Edward Parker, H/W<br><br>Plaintiffs<br><br>v.<br><br>Sears, Roebuck and Co. t/a Sears and Kellermeyer Building Services, LLC, a Delaware Limited Liability Company; and John Doe 1-10 (fictitious persons responsible for the damages suffered by the Plaintiffs) | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: GLOUCESTER COUNTY<br><br>DOCKET NO. GLO-L-274-17<br><br>**NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY** |
| And<br><br>Sears, Roebuck and Co.<br><br>Defendant/Third Party Plaintiff<br><br>v.<br><br>Zurich American Insurance Company<br><br>Third Party Defendant. | |

## NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on October 15, 2018, (the "**Commencement Date**"), Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for

the Southern District of New York (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered under Case No. 18-23538 (RDD) (the "**Bankruptcy Cases**"). A copy of the applicable [Debtor's/Debtors'] chapter 11 petitions is attached hereto as **Exhibit A**.

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3). Accordingly, the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310 8007
Ray C. Schrock P.C.

Jacqueline Marcus
Garrett A. Fail
Sunny Singh

Dated: October 18, 2018               Respectfully Submitted,

                                      /s/ Douglas S. Schwartz
                                      _____
                                      DOUGLAS S. SCHWARTZ
                                      ATTORNEY FOR DEFENDANT,
                                      SEARS ROEBUCK & CO.