# EXHIBIT H

**McCORMICK & PRIORE, P.C.**
By: David A. Semple, Esquire (Attorney I.D. #050581996)
301 Carnegie Center Blvd., Suite 101
Princeton, NJ 08540
Phone: 609-716-9550
Fax: 609-716-8140
Attorneys for Defendant, Kellermeyer Bergensons Services, LLC i/p/a Kellermeyer Building Services, LLC

| | |
|---|---|
| NATALIE PARKER and EDWARD PARKER, H/W, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: GLOUCESTER COUNTY |
| (Plaintiffs) | |
| v. | DOCKET NO.: GLO-L-274-17 |
| | CIVIL ACTION |
| SEARS, ROEBUCK AND CO. t/a SEARS and KELLERMEYER BUILDING SERVICES, LLC, a Delaware Limited Liability Company, and John Does 1-10 (fictitious persons responsible for the damages suffered by the Plaintiffs), | **ORDER STAYING ALL PROCEEDINGS** |
| (Defendants) | |

**THIS MATTER** having been opened to the Court by McCormick & Priore, P.C., attorneys for Defendant, Kellermeyer Bergensons Services, LLC, i/p/a Kellermeyer Building Services, LLC, for an Order staying all proceedings, and the Court having considered the arguments of all parties, and for good cause having been shown;

IT IS on this ____ day of November, 2018;

one hundred Twenty (120)
**ORDERED** that this matter is hereby stayed for ~~sixty (60)~~ days; and it is further,

**ORDERED** that a copy of this Order be served on all parties within ___ days of receipt by Movant.

_____
J.S.C.

____ Unopposed

____ Opposed

Determination Attached

Parker v. Sears
L-274-17

## Defendants' Motion to Stay Judgment

### Basis

Defendant, Kellermeyer Bergensons Services, LLC (KBS) moves to stay all proceedings. Sears filed bankruptcy and imposition of automatic stay. The Court stated that the stay will not apply to the remaining parties and that it intends to go forward with Trial scheduled for 11/13/18.

Sears filed Cross-Claims against KBS which not only include common law claims, but also claims based in contract and insurance coverage. Accordingly Sears and KBS are inseparably linked, as an assessment of liability between the parties directly impacts the other. If trial proceeds without Sears than at least one party will be irreparably harmed – if Sears is not involved all liability will be assessed against KBS or if Sears is on the verdict sheet it will not be present to defend itself or prosecute its cross-claims, and if KBS receives a defense verdict, then cross-claims of Sears will fail. Additionally, if the Stay as to Sears is lifted, presumably a second trial will be needed, as any verdict against Sears while the Stay was in place would be void. This also may cause KBS to be required to participate once again to defend the cross-claim of Sears. The interest of justice and judicial economy requires all matters be stayed.

Plaintiff consents to this motion.

### Opposition:
Plaintiff consents.

### Determination:
(✓) Granted as per form of order submitted; or
( ) As revised by the court or
( ) Denied

### Reasoning

To be entitled to a stay, the applicant must present clear and convincing evidence of each of the following factors: (1) relief is needed to prevent irreparable harm; (2) the applicant's claim rests on settled law and has a reasonable probability of succeeding on the merits; and (3) balancing the relative hardships to the parties reveals that greater harm would occur if a stay is not granted than if it were. A case that presents an issue of significant public importance requires the court to consider the public interest in addition to the traditional Crowe v. De Gioia factors. When the injunction sought is merely designed to preserve the status quo, the court may place less emphasis on a particular Crowe factor if another greatly requires the issuance of a remedy. New Jersey Election Law Enforcement Com'n v. DiVincenzo, 445 N.J. Super. 187, 189 (2016).

Here, as indicated above, KBS has detailed evidence of irreparable harm. Second, as stated above, there is evidence of a contract between KBS and Sears as well as insurance coverage that would affect liability for each party. Without opposition, and with consent by Plaintiff, the interest of justice and judicial economy favors granting the motion to stay all proceedings.

## SUPERIOR COURT OF NEW JERSEY - eCOURTS CIVIL LAW

The following notice is being sent from eCourts:

| | |
|---|---|
| Plaintiff Name: | EDWARD PARKER, NATALIE PARKER, SEARS ROEBUCK AND CO |
| Defendant Name: | SEARS ROEBUCK AND CO, ZURICH AMERICAN INSURANCE COMP, DOE 1-10   JOHN, KELLERMEYER BUILDING SERVICES,LLC |
| Case Caption: | PARKER VS SEARS ROEBUCK AND CO |
| Case Number: | GLO L 000274-17 |
| Docket Text: | CORRECTION: Order Result modified to Denied on 10/18/2018 re: ORDER FOR SUMMARY JUDGMENT |
| Transaction ID: | LCV2018181875B - Original has been updated |
| | LCV2018195B008 |

### Notice has been electronically mailed to:

| | | |
|---|---|---|
| Plaintiff Attorney | PAUL JOSEPH BARTOLOMEO | PJBARTESQ@AOL.COM |
| | | SUSANPHILA@GMAIL.COM |
| Plaintiff Attorney | PAUL JOSEPH BARTOLOMEO | PJBARTESQ@AOL.COM |
| | | SUSANPHILA@GMAIL.COM |
| Plaintiff Attorney | DOUGLAS S SCHWARTZ | DSCHWARTZ@SISSELMANSCHWARTZ.COM |
| | | MSISSELMAN@SISSELMANSCHWARTZ.COM |
| | | BFORD@SISSELMANSCHWARTZ.COM |
| Defendant Attorney | DOUGLAS S SCHWARTZ | DSCHWARTZ@SISSELMANSCHWARTZ.COM |
| | | MSISSELMAN@SISSELMANSCHWARTZ.COM |
| | | BFORD@SISSELMANSCHWARTZ.COM |
| Defendant Attorney | DAVID A SEMPLE | DSEMPLE@MCCORMICKPRIORE.COM |
| | | KHOLZER@MCCORMICKPRIORE.COM |

### Notice was not electronically mailed to:

| | | |
|---|---|---|
| Defendant | ZURICH AMERICAN INSURANCE COMP | 00000 |
| Defendant | DOE 1-10   JOHN | 00000 |

Login to eCourts to view the case jacket. You will need a valid user ID(Bar ID) to view the submitted documents.

For questions, please contact the Superior Court of New Jersey Civil Division in county of venue.

This communication is for notification purposes only.