UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SEARS HOLDING CORPORATION

Debtor

Case No. 18-23538

Chapter 11

### OBJECTION TO PROPOSED NOTICE OF CURE COSTS
### "CURE OBJECTION"

Grand Central Plaza, LLC objects to the proposed Cure Costs set forth in the Supplemental Notice of Cure Cost and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in connection with Global Sale Transaction based upon the following:

1. Grand Central Plaza is lessor of the Kmart Store 7065 located in Horseheads, New York.

2. Grand Central Plaza objects to the proposed cure amount of "0".

3. The Proposed Cure Cost is $55,546.27 as is set forth in the attached tax bills.

Dated: January 32, 2019

DAVIDSON FINK, LLP
Glenn M. Fjermedal, Esq.
David L. Rasmussen Esq
Attorney for Grand Central Plaza, Inc.,
28 East Main Street, Suite 1700
Rochester, New York  14614
Tel.: (585) 756-5954