

# Grand Central Plaza, Inc.
Commercial/Industrial Development

1020 Center Street, Suite 4
Horseheads, NY 14845
Phone: 607-737-5233
Fax: 607-732-4667
Web site: www.yunisinc.com

October 30, 2018

Sears Holdings Corp.
Property Tax Dept.; B2-110A
3333 Beverly Road
Hoffman Estates, IL 60179

Re: Kmart Store #7065, Grand Central Plaza, Horseheads, New York

2018-2019 Horseheads Central School Taxes

| | |
|---|---|
| **Tax On Expansion** | |
| Assessed Value of Expansion | $533,740.00 |
| 2018-2019 School Tax Rate (per thousand) | 18.925282 |
| Tax on Expansion | $ 10,101.18 |
| | |
| **Tax Before Kmart Expansion** | |
| Tax on Entire Plaza | $110,264.37 |
| Less: Tax Attributable to Kmart Expansion | $ 10,101.18 |
| Less: Tax Attributable to Dunkin Donuts | $ 8,415.39 |
| Tax Before Kmart Expansion | $ 91,747.80 |
| K-Mart 1969 School Base | $ 21,360.90 |
| Excess over Base | $ 70,386.90 |
| Kmart Prorata Percentage | 0.297500 |
| Kmart Tax Before Expansion | $ 20,940.10 |
| | |
| **Summary** | |
| 2018-2019 School Tax on Expansion | $10,101.18 |
| 2018-2019 School Tax on Original Building | $20,940.10 |
| **Total Due** | **$31,041.28** |

Receipted Tax Bill Enclosed

**Please Mail Remittance To:**
Grand Central Plaza, Inc.
1020 Center Street, Suite 4
Horseheads, New York 14845

*1.5% Per Month Finance Charge Will Apply On All Statements 30 Days Past Due*



# Grand Central Plaza, Inc.
Commercial/Industrial Development

1020 Center Street, Suite 4
Horseheads, NY 14845
Phone: 607-737-5233
Fax: 607-732-4667
Web site: www.yunisinc.com

January 30, 2019

Kmart Corporation
c/o Sears Holdings Corporation
Attn: Vice President, Lease and Development Department 824RE
3333 Beverly Road
Hoffman Estates, IL 60179

Cc: Kmart Corporation
c/o Sears Holdings Corporation
Attn: Vice President, Real Estate Law and Asset Management Department 824RE
3333 Beverly Road
Hoffman Estates, IL 60179

Re:   K-Mart Store #7065
      Grand Central Plaza, Horseheads, New York

K-Mart's Share of Insurance Reimbursement

November 30, 2017 - November 30, 2018 Policy Year

| | |
|---|---|
| Property | $70,877.88 |
| Liability - Plaza | $16,166.00 |
| | $87,043.88 |
| | x   36.75% |
| | $31,988.63 |
| | x   27% |
| **Total Due:** | **$ 8,636.93** |

Insurance Copy Enclosed

**Please Mail Remittance To:**

Grand Central Plaza, Inc.
1020 Center Street, Suite 4
Horseheads, New York 14845

*1.5 % Per Month Finance Charge Will Apply on All Statements 30 Days Past Due*



# Grand Central Plaza, Inc.
Commercial/Industrial Development

1020 Center Street, Suite 4
Horseheads, NY 14845
Phone: 607-737-5233
Fax: 607-732-4667
Web site: www.yunisinc.com

January 30, 2019

Sears Holdings Corp.
Property Tax Dept.; B2-110A
3333 Beverly Road
Hoffman Estates, IL 60179

Re:   K-Mart Store #7065 - Grand Central Plaza, Horseheads, New York
      2019 Town and County Tax

<u>Tax On Expansion</u>
| | |
|---|---:|
| Assessed Value of K-Mart Expansion | $533,740.00 |
| 2019 Town and County Tax Rate | 10.611947 |
| Tax On Expansion | $   5,664.02 |

<u>Tax Before K-Mart Expansion</u>
| | |
|---|---:|
| Tax On Entire Plaza | $ 61,958.97 |
| Less: Tax Attributable to K-Mart Expansion | $   5,664.02 |
| Less: Tax Attributable to Dunkin Donuts Building | $   4,718.75 |
| Tax Before K-Mart Expansion | $ 51,576.20 |
| K-Mart Town and County Base | $ 17,276.89 |
| Excess Over Base | $ 34,299.31 |
| K-Mart Prorata Percentage | 0.297500 |
| K-Mart Tax Before Expansion | $ 10,204.04 |

<u>Summary</u>
| | | |
|---|---:|---:|
| 2019 Town and County Tax On Expansion | $  5,664.02 | |
| 2019 Town and County Tax on Original Building | $ 10,204.04 | |
| **Total Due** | | **$ 15,868.06** |

Receipted Tax Bill Enclosed

<u>Please Mail Remittance To:</u>
Grand Central Plaza, Inc.
1020 Center Street, Suite 4
Horseheads, New York 14845

*1.5% Per Month Finance Charge Will Apply On All Statements 30 Days Past Due*