UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 18-23538

In Re:

SEARS HOLDING CORPORATION

Chapter 11

Debtor

STATE OF NEW YORK)
COUNTY OF MONROE )

## AFFIDAVIT OF SERVICE

I, Victoria Billups, being sworn say:

I am not a party to this action, am over 18 years of age and reside at Rochester, New York. On January 30, 2019, I served the **OBJECTION TO PROPOSED NOTICE OF CURE COSTS "CURE OBJECTION"** by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name. (See attached list)

_____
VICTORIA BILLUPS

Sworn to before me this
30th day of January, 2019.

_____
Notary Public

**DAVID L. RASMUSSEN**
**NOTARY PUBLIC, State of New York**
Qualified in Monroe County
Registration No. 02RA6254495
Commission Expires January 17, 2020

**SERVICE LIST**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.

Cleary, Gottlieb
One Liberty Plaza, New York, NY, 10006
Attn: Sean A. O'Neal, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.

Lazard Frères & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance

Transform Holdco LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attention: Kunal S. Kamlani and Harold Talisman