## **CERTIFICATE OF SERVICE**

    I, Joseph H. Lemkin, Esq., do hereby certify that on January 30, 2019 I caused a true and correct copy of the foregoing Limited Objection and Reservation of Rights of Canon Financial Services, Inc. to Debtors' Global Asset Sale Transaction and Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction to be served electronically and by U.S. Mail upon all those identified in the below Service List in accordance with this Court's Case Management Order.

                                              */s/ Joseph H. Lemkin*
                                              Joseph H. Lemkin
                                              STARK & STARK, P.C.

## SERVICE LIST

Honorable Robert D. Drain
U.S. Bankruptcy Court – SDNY
300 Quarropas Street, Room 248
White Plains, NY 10601
**Overnight Mail**

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
*Debtors*
**First Class Mail**

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq. and Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153
**First Class Mail**
**Email**: ray.schrock@weil.com
Jacqueline.marcus@weil.com
Garrett.fail@weil.com
Sunny.singh@weil.com

Office of the U.S. Trustee
Attn: Paul Schwartzsberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014
**First Class Mail**

Skadden, Arps, Slate Meagher & Flom LLP
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq. and George R. Howard, Esq.
4 Times Square
New York, NY 10036
**First Class**
**Email:** paul.leake@skadden.com
Shana.elberg@skadden.com
George.howard@skadden.com

Cleary Gottlieb Steen & Hamilton, LLP
Attn: Sean A. O'Neal, Esq., James L. Bromley, Esq., Jennifer Kennedy Park, Esq., Andrew Weaver, Esq., Rahul Mukhi, Esq.
One Liberty Plaza
New York, NY 10006
**First Class Mail**
**Email**: jbromley@cgsh.com
soneal@cgsh.com; jkpark@cgsh.com
aweaver@cgsh.com; rmukhi@cgsh.com

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. and T. Charlie Liu, Esq.
101 Park Ave.
New York, NY 10178
**First Class Mail**
**Email**: ewilson@kelleydrye.com
bfeder@kelleydrye.com

Carter Ledyard & Millburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015
**First Class Mail**
**Email**: gadsden@clm.com

Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606
**First Class Mail**
**Email:** braynor@lockelord.Com

Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
450 Lexington Ave.
New York, NY 10017
**First Class Mail**
**Email**: marshall.huebner@davispolk.com
Eli.vonnegut@davispolk.com

4829-2375-9494, v. 2

Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Esq., Phillip C. Dublin, Esq., Aid Qureshi, Esq., Joseph L. Sorkin, Esq.
One Bryant Park
New York, NY 10036\
**First Class Mail**
**Email:** idizengoff@akingumo.com
aquresjhi@akingump.com
pdublin@akingump.com
jsorkin@akingump.com

Paul Weiss Rifking Wharton & Garrison LLP
Attn:  Paul M. Basta, Esq.
1285 Avenue of the Americas
New York, NY 10019
**First Class Mail**
**Email:** pbasta@paulweiss.com

Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018
**First Class Mail**
**Email**: emfox@seyfarth.com