Jeffrey R. Gleit, Esq.
Allison H. Weiss, Esq.
**SULLIVAN & WORCESTER LLP**
1633 Broadway
New York, New York 10019
(212) 660-3000 (Telephone)
(212) 660-3001 (Facsimile)

*Counsel to Service.com*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) ) ) | Case No. 18-23538 (RDD) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2019, I caused a redacted copy of the *Limited Objection of Service.com to Global Asset Sale Transaction and Statement of Continued Interest*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

in Purchase of Sears Home Improvement Business [Docket No. 2029] and a copy of the *Motion of Service.com for Entry of Order Authorizing the Redacted Filing of the Limited Objection of Service.com to Global Asset Sale Transaction and Statement of Continued Interest in Purchase of Sears home Improvement Business* [Docket No. 2030] to be filed and served electronically via CM/ECF on all those registered to receive notices in this case, and on the Debtors' counsel as listed in Exhibit A.

I further certify that on January 29, 2019, I caused copies of the *Limited Objection of Service.com to Global Asset Sale Transaction and Statement of Continued Interest in Purchase of Sears Home Improvement Business* [Docket No. 2130] to be filed and served electronically via CM/ECF on all those registered to receive notices in this case, on the parties listed in Exhibit A, and on the Master Service List for this case.

DATED:     New York, New York
           January 30, 2019

                              SULLIVAN & WORCESTER LLP,

                              By:

                              /s/Jeffrey R. Gleit
                              Jeffrey R. Gleit, Esq.
                              Allison H. Weiss, Esq.
                              1633 Broadway
                              New York, New York 10019
                              (212) 660-3000 (Telephone)
                              (212) 660-3001 (Facsimile)
                              jgleit@sandw.com
                              aweiss@sandw.com

                              *Counsel to Service.com*

# EXHIBIT A

## SERVICE LIST

### BY EMAIL AND HAND

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

### BY E-MAIL AND HAND

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.
Paul.schwartzberg@usdoj.gov

*U.S. Trustee*

### BY E-MAIL

c/o Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker, Esq., Moshin Meghji, Esq.
rob.riecker@searshc.com
luke.valentino@searshc.com
mmeghji@miiipartners.com

*The Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.
ray.schrock@weil.com
Jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com

*Counsel to the Debtors*

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
Paul.leake@skadden.com
Shana.elberg@skadden
George.howard@skadden

*Counsel for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent*

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
Marshall.huebner@davispolk.com
Eli.vonnegut@davispolk.com

*Counsel for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility*

Cleary, Gottlieb
One Liberty Plaza
New York, New York 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

*Counsel for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.
ewilson@kelleydrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com

*Counsel for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
Attn: Edward M. Fox, Esq.
emfox@seyarth.com

*Counsel for Wilmington Trust, N.A., as indenture trustee for the Second Lien Notes*

Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10015
Attn: James Gadsden, Esq.
Gadsden@clm.com

*Counsel for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

*Counsel for the Pension Benefit Guaranty Corporation*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
pdublin@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com

*Counsel for the Official Committee of Unsecured Creditors*

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.
ksimard@choate.com
jmarshall@choate.com

*Attorneys to Wells Fargo Bank, N.A.*

Lazard Freres & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance
Project.blue.rx@lazard.com

*Debtors' Investment Banker*

Transform Holdco LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com
Harold@eslinvest.com

*Buyer*