YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis G. Buchanan

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

---------------------------------------------------------------x
In re:                                               :        **Chapter 11**
                                                     :
**SEARS HOLDINGS CORPORATION,** *et al.*,            :        **Case No. 18-23538 (RDD)**
                                                     :
           **Debtors.**[1]                           :        **(Jointly Administered)**
                                                     :
---------------------------------------------------------------x

## THIRD MONTHLY FEE STATEMENT OF
## YOUNG CONAWAY STARGATT & TAYLOR, LLP
## FOR COMPENSATION FOR SERVICES RENDERED
## AND REIMBURSEMENT OF EXPENSES INCURRED
## AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD
## FROM DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Conflicts Counsel for the Debtors |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | December 1, 2018 through December 31, 2018 |
| Monthly Fees Incurred: | $78,582.50 |
| 20% Holdback: | $15,716.50 |
| Total Compensation Less 20% Holdback: | $62,866.00 |
| Monthly Expenses Incurred: | $916.78 |
| Total Fees and Expenses Due: | $63,782.78 |

This is a:  __X__ monthly ____interim _____final application

       In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby submits this third monthly fee statement (the "Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as conflicts counsel to the Debtors for the period from December 1, 2018 through December 31, 2018 (the "Monthly Fee Period").  By this Monthly Fee Statement, Young Conaway seeks payment in the amount of $63,782.78 which is comprised of (i) $62,866.00, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Monthly Fee Period,

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

and (ii) reimbursement of $916.78, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

## Services Rendered and Expenses Incurred

1.     Attached as <u>Exhibit A</u> is a summary of Young Conaway's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Young Conaway's billing rates during the Monthly Fee Period, (iv) amount of fees earned by each Young Conaway professional, and (v) the number of years in practice for each attorney.  The blended hourly billing rate of Young Conaway attorneys during the Monthly Fee Period is approximately **$477.68**.  The blended hourly rate of paralegals and other non-legal staff during the Monthly Fee Period is approximately **$285.00**.

2.     Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Monthly Fee Period.

3.     Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Fee Period.

4.     Attached as <u>Exhibit D</u> is itemized time detail of Young Conaway professionals for the Monthly Fee Period and summary materials related thereto.  The description of the work done by counsel in the time detail may have been edited to protect the confidential and privileged nature of the work completed.

## Notice and Objection Procedures

Notice of this Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road,

Hoffman Estates, Illinois 60179 (Attn: Rob Riecker, Luke Valentino, Esq.);  (ii) the attorneys for

the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray

C. Schrock, P.C., Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.);

(iii) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul

Schwartzberg, Esq., and Richard Morrissey, Esq.); (iv) Akin Gump Strauss Hauer & Feld LLP,

One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and

Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors; and (v)

Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036 (Attn: Paul

D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.), attorneys for Bank of

America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent

(collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and

served upon the Notice Parties so as to be received no later than **February 14, 2019** (the

"Objection Deadline"), setting forth the nature of the objection and the amount of fees or

expenses at issue (an "Objection").

If no Objections to this Monthly Fee Statement are filed and served as set forth

above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent

(100%) of the expenses identified herein.

If an Objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.    To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: January 30, 2019

*/s/ Pauline K. Morgan*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2201
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis Buchanan

*Counsel for the Debtors, Acting at the Direction of the Restructuring Sub-Committee*

01:24119107.1

## Exhibit A

**Compensation by Professional**

01:24119107.1

**SUMMARY OF MONTHLY FEE STATEMENT OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR**
**SERVICES RENDERED FOR THE PERIOD**
**FROM DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

| Name of Partners and Counsel | Title | Department | Years in Practice | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Rolin Bissell | Partner | Corporate | 33 | 920.00 | 8.40 | 7,728.00 |
| Pauline K. Morgan | Partner | Bankruptcy | 31 | 920.00 | 13.20 | 12,144.00 |
| Ryan M. Bartley | Partner | Bankruptcy | 11 | 565.00 | 36.80 | 20,792.00 |
| **Total Partners and Counsel:** | | | | | **58.40** | **40,664.00** |

| Name of Associate | Title | Department | Years in Practice | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Travis Buchanan | Associate | Bankruptcy | 7 | 460.00 | 28.00 | 12,880.00 |
| James Deal | Associate | Corporate | 3 | 350.00 | 33.10 | 11,585.00 |
| Jared W. Kochenash | Associate | Bankruptcy | < 1 | 285.00 | 29.40 | 8,379.00 |
| Michael A. Laukaitis II | Associate | Corporate | < 1 | 300.00 | 6.00 | 1,800.00 |
| Kevin P. Rickert | Associate | Corporate | < 1 | 300.00 | 7.40 | 2,220.00 |
| **Total Associates/Law Clerks:** | | | | | **103.90** | **36,864.00** |

| Name of Paralegals and Other Non-Legal Staff | Title | Department | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Brenda Walters | Paralegal | Bankruptcy | 285.00 | 3.70 | 1,054.50 |
| **Total Paralegals:** | | | | **3.70** | **1,054.50** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 698.69 | 58.40 | 40,664.00 |
| Associates/Law Clerks | 354.80 | 103.90 | 36,864.00 |
| Paralegals/Non-Legal Staff | 285.00 | 3.70 | 1,054.50 |
| Blended Attorney Rate | 477.68 | | |
| **Total Fees Incurred:** | | **166.00** | **78,582.00** |

01:24119107.1

**<u>Exhibit B</u>**

**Compensation by Task Code**

01:24119107.1

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (B001) | .30 | 113.50 |
| Court Hearings (B002) | 6.40 | 3,493.00 |
| Cash Collateral/DIP Financing (B003) | .30 | 276.00 |
| Use, Sale or Lease of Property (B006) | 3.50 | 2,226.00 |
| Claims Analysis, Objections and Resolutions (B007) | 144.60 | 65,593.00 |
| Meetings | 4.60 | 3,344.50 |
| Retention of Professionals/Fee Issues (B017) | 1.30 | 658.50 |
| Fee Application Preparation (B018) | 5.00 | 2,878.00 |
| **TOTAL** | **166.00** | **78,582.50** |

**<u>Exhibit C</u>**

**Expense Summary**

01:24119107.1

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

| Expenses Category | Total Expenses ($) |
|---|---|
| Computerized Legal Research | 679.18 |
| Reproduction Charges | 30.60 |
| Teleconference / Video Conference | 207.00 |
| **TOTAL** | **916.78** |

01:24119107.1

Sears Holdings Corporation

| | | |
|---|---|---|
| Invoice Date: | | January 4, 2019 |
| Invoice Number: | | 50002266 |
| Matter Number: | | 072902.1003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/03/18 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 12/03/18 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 12/03/18 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 12/03/18 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 12/03/18 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 12/04/18 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 12/05/18 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 12/06/18 | Computerized Legal Research Lexis | 1.00 | 380.00 |
| 12/06/18 | Computerized Legal Research Lexis | 1.00 | 79.00 |
| 12/06/18 | Computerized Legal Research Westlaw Search by: KOCHENASH, JARED W | 27.00 | 58.86 |
| 12/06/18 | Computerized Legal Research Westlaw Search by: BUCHANAN, TRAVIS G | 47.00 | 102.46 |
| 12/07/18 | Computerized Legal Research Westlaw Search by: BUCHANAN, TRAVIS G | 27.00 | 58.86 |
| 12/07/18 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 12/07/18 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 12/07/18 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 12/07/18 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 12/11/18 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 12/13/18 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 12/19/18 | Teleconference / Video Conference Case Num: Sears Holdings Corporation / CCID 9499773 Appr Atty: Ryan M. Bartley Court Call | 1.00 | 65.00 |
| 12/20/18 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 12/20/18 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 12/27/18 | Teleconference / Video Conference Case Num: Sears Holdings Corporation / CCID 9501171 Appr Atty: Ryan M. Bartley Court Call | 1.00 | 142.00 |
| 12/28/18 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 12/28/18 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 12/28/18 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 12/28/18 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 12/28/18 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 12/31/18 | Photocopy Charges Duplication BW | 16.00 | 1.60 |

**Total** **$916.78**

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | January 4, 2019 |
| Invoice Number: | 50002266 |
| Matter Number: | 072902.1003 |

**Cost Summary**

| Description | Amount |
|---|---:|
| Computerized Legal Research | 679.18 |
| Reproduction Charges | 30.60 |
| Teleconference / Video Conference | 207.00 |
| **Total** | **$916.78** |

## **Exhibit D**

**Time Detail**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

Pg 15 of 27

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6707

Writer's E-Mail
pmorgan@ycst.com

Sears Holdings Corporation
333 Beverly Rd
c/o Alan Carr, Director
Hoffman Estates, IL 60178

| | |
|---|---|
| Invoice Date: | January 4, 2019 |
| Invoice Number: | 50002266 |
| Matter Number: | 072902.1003 |

Re:  Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 78,582.50 |
| Disbursements | $ | 916.78 |
| Total Due This Invoice | $ | 79,499.28 |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | January 4, 2019 |
| Invoice Number: | 50002266 |
| Matter Number: | 072902.1003 |

**Time Detail**

**Task Code:**     B001          Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/19/18 | RBART | Correspondence with T. Lii re: RSC meeting | 0.10 | 565.00 | 56.50 |
| 12/26/18 | JKOCH | Review R. Bartley's email re: status update | 0.20 | 285.00 | 57.00 |
| | | **Total** | **0.30** | | **113.50** |

**Task Code:**     B002          Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/17/18 | BWALT | Email from/to R. Bartley re: 12/18 hearing (.1); review agenda, and docket re: provider for 12/18 and 12/20 hearings (.2) | 0.30 | 285.00 | 85.50 |
| 12/18/18 | BWALT | Set-up R. Bartley for 12/18 hearing (.2); emails with R. Bartley re: status of 12/18 hearing (.2); set-up R. Bartley for 12/20 hearing (.2) | 0.60 | 285.00 | 171.00 |
| 12/18/18 | RBART | Participate in Omnibus hearing (sale process update, SHIP sale) | 1.10 | 565.00 | 621.50 |
| 12/18/18 | RBART | Discussions with J. Kochenash and P. Morgan to provide update from sale hearing | 0.30 | 565.00 | 169.50 |
| 12/18/18 | JKOCH | Discuss case status with R. Bartley | 0.30 | 285.00 | 85.50 |
| 12/18/18 | PMORG | Review hearing results re: status of sale, release issues | 0.30 | 920.00 | 276.00 |
| 12/20/18 | RBART | Participate in omnibus hearing re: Junior DIP, MTNs | 3.20 | 565.00 | 1,808.00 |
| 12/20/18 | PMORG | Review memo from R. Bartley re: results of 12/20 hearing and chambers conference; Emails with R. Bartley re: same | 0.30 | 920.00 | 276.00 |
| | | **Total** | **6.40** | | **3,493.00** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | January 4, 2019 |
| Invoice Number: | 50002266 |
| Matter Number: | 072902.1003 |

**Task Code:**  B003  Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/18 | PMORG | Email to T. Lii re: weekly carve-out reporting | 0.10 | 920.00 | 92.00 |
| 12/19/18 | PMORG | Emails with T. Lii re: carve-out reporting | 0.10 | 920.00 | 92.00 |
| 12/26/18 | PMORG | Emails with R. Britton re: weekly carve-out reporting | 0.10 | 920.00 | 92.00 |
| | | **Total** | **0.30** | | **276.00** |

**Task Code:**  B006  Use, Sale or Lease of Property (363 issues)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/18 | PMORG | Review ESL indication of interest and emails with R. Bartley re: same | 0.40 | 920.00 | 368.00 |
| 12/20/18 | RBART | Review materials related to bid | 0.40 | 565.00 | 226.00 |
| 12/26/18 | RBART | Correspondence with B. Britton and P. Morgan re: status of sale process/RSC's work plan and RSC meetings (.2); Call with R. Britton re: update on negotiations with ESL (.5) and prepare memo to file and update team re: same (.6) | 1.30 | 565.00 | 734.50 |
| 12/28/18 | PMORG | Review update from R. Bartley re: ESL bid and release proposals | 0.10 | 920.00 | 92.00 |
| 12/28/18 | RBART | Call with R. Britton and follow up to P. Morgan re: status of discussions with ESL re: bid | 0.30 | 565.00 | 169.50 |
| 12/31/18 | RBART | Correspondence with R. Britton and P. Morgan re: sales process and bidding (.2) and review bid summary materials (.6) | 0.80 | 565.00 | 452.00 |
| 12/31/18 | PMORG | Review update re: qualified bids | 0.20 | 920.00 | 184.00 |
| | | **Total** | **3.50** | | **2,226.00** |

**Task Code:**  B007  Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/18 | JDEAL | Review documents re: work plan | 2.30 | 350.00 | 805.00 |
| 12/02/18 | JDEAL | Analyze documents re: work plan | 8.10 | 350.00 | 2,835.00 |
| 12/02/18 | JKOCH | Review transaction documents and prepare summary | 3.50 | 285.00 | 997.50 |
| 12/03/18 | JKOCH | Review and discuss debt transactions with R. Bartley and T. Buchanan | 1.20 | 285.00 | 342.00 |

Sears Holdings Corporation

| | Invoice Date: | January 4, 2019 |
|---|---|---|
| | Invoice Number: | 50002266 |
| | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/18 | JKOCH | Discuss work plan with T. Buchanan | 0.20 | 285.00 | 57.00 |
| 12/03/18 | RBART | Correspondence with R. Bissell re: meeting (.1); meet with J. Kochenash and T. Buchanan (partial) re: analysis of transactions (1.2); review and analyze material and document production re: background to and implementation of transactions (4.9); Call with P. Morgan and R. Bissell re: same (.20) | 6.40 | 565.00 | 3,616.00 |
| 12/03/18 | JKOCH | Review transaction documents and prepare summary | 2.40 | 285.00 | 684.00 |
| 12/03/18 | RBISS | Review materials re transactions (2.8); email to P. Morgan and R. Bartley re updated research on legal theories (.4); teleconference with P. Morgan and R. Bartley re legal theories and facts concerning transactions (.2) | 3.40 | 920.00 | 3,128.00 |
| 12/03/18 | TBUCH | Research related to claims analysis (3.5); prepare for and meet with R. Bartley and J. Kochenash re: same (.8) | 4.30 | 460.00 | 1,978.00 |
| 12/03/18 | PMORG | Reviewed materials re: potential claims (1.30); Review emails from R. Bissell re: same (.10); Conference call with R. Bissell and R. Bartley re: same (.20) | 1.60 | 920.00 | 1,472.00 |
| 12/04/18 | RBART | Calls with P. Morgan and J. Hurwitz re: status of RSC's mandate/engagement and RSC meetings (.5); call with R. Britton (.1) and follow up to team re: upcoming RSC meetings (.5); review materials and follow up with YCST team re: review of transactions (.6); Work with J. Kochenash re: status of review of transactions (.3); review materials and comment on/revise summary (1.2); Meet with P. Morgan and R. Bissell (partial) re: work plan (1.0); correspondence with Evercore team re: transaction review and analysis (0.2) | 4.40 | 565.00 | 2,486.00 |
| 12/04/18 | JKOCH | Review transactions, update summary (1.40); discuss summary of debt transactions with R. Bartley (.30); update debt transaction summary chart with R. Bartley and T. Buchanan's comments (.2) | 1.90 | 285.00 | 541.50 |

Sears Holdings Corporation

| | Invoice Date: | January 4, 2019 |
|---|---|---|
| | Invoice Number: | 50002266 |
| | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 12/04/18 | RBISS | Review materials re transactions (.8); research developments in indenture cases (.6); conference with P. Morgan and R. Bartley re legal theories and facts concerning transactions (1.0) | 2.40 | 920.00 | 2,208.00 |
| 12/04/18 | TBUCH | Research related to claims analysis | 2.90 | 460.00 | 1,334.00 |
| 12/04/18 | PMORG | Review summary and timeline of debtor transactions (1.4); calls with J. Hurwitz and R. Bartley re: same (.5); emails with R. Bartley re: same (.1); meet with R. Bissell and R. Bartley re: same (1.0) | 3.00 | 920.00 | 2,760.00 |
| 12/05/18 | RBART | Call with Evercore re: analysis of transactions and prepare memo to file re: same (.8); outline issues for consideration to YCST team (.6); Call with P. Morgan re: work plan/status (0.2) | 1.60 | 565.00 | 904.00 |
| 12/05/18 | RBISS | Review materials re transactions (.4); teleconference and email with R. Bartley re Evercore analysis (.3) | 0.70 | 920.00 | 644.00 |
| 12/05/18 | JDEAL | Document review re: work plan | 0.20 | 350.00 | 70.00 |
| 12/05/18 | PMORG | Call with R. Bartley re: claim investigation (.20); Emails with R. Bartley re: same (.10); Review additional documents re: same (.40); Emails with clients re: same (.20) | 0.90 | 920.00 | 828.00 |
| 12/06/18 | JKOCH | Review transaction documents | 1.70 | 285.00 | 484.50 |
| 12/06/18 | JKOCH | Research re: causes of action | 1.80 | 285.00 | 513.00 |
| 12/06/18 | RBISS | Review IOI from ESL (.3); email with R. Bartley re analysis of claims (.1) | 0.40 | 920.00 | 368.00 |
| 12/06/18 | RBART | Correspondence with R. Britton and T. Lii re: ESL offer (.2); review and analyze same (.4); correspondence with RSC and P. Morgan re: update meeting (.2); Correspondence with R. Bissell (.1) and call with P. Morgan re: upcoming meeting with RSC (.4); correspondence with J. Deal, T. Buchanan and J. Kochenash re: status of work plan (.3) | 1.60 | 565.00 | 904.00 |
| 12/06/18 | TBUCH | Research related to claims analysis | 2.10 | 460.00 | 966.00 |
| 12/06/18 | JDEAL | Document review re: work plan | 1.60 | 350.00 | 560.00 |
| 12/06/18 | PMORG | Call with R. Bartley re: claims analysis | 0.40 | 920.00 | 368.00 |

Sears Holdings Corporation

| | | | Invoice Date: | January 4, 2019 |
| | | | Invoice Number: | 50002266 |
| | | | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/07/18 | RBART | Prepare for calls with Paul Weiss and RSC (.2); Call with R. Britton re: status (.2); call with P. Morgan in advance of meeting (.2); Call with RSC (.30) and follow up to YCST team re: meeting (.3); confer with T. Buchanan and J. Kochenash re: status of work plan (.5) and follow up with J Kochenash (.3); work with J. Deal re: status of work plan and review of materials (.3); review materials relative to review of transactions (.9) | 3.20 | 565.00 | 1,808.00 |
| 12/07/18 | JKOCH | Meet with T. Buchanan and R. Bartley re: work plan | 0.80 | 285.00 | 228.00 |
| 12/07/18 | RBISS | Follow up re analysis of claims | 0.20 | 920.00 | 184.00 |
| 12/07/18 | TBUCH | Research related to claims analysis (3.5); meet with R. Bartley and J. Kochenash re: same (.8) | 4.30 | 460.00 | 1,978.00 |
| 12/07/18 | JDEAL | Document review re: work plan | 1.70 | 350.00 | 595.00 |
| 12/07/18 | JDEAL | Meeting with R. Bartley re: work plan | 0.30 | 350.00 | 105.00 |
| 12/07/18 | PMORG | Call with clients and R. Bartley re: status of investigation, next steps (.3); calls with R. Bartley re: same (.2); Review file memo re: same (.1) | 0.60 | 920.00 | 552.00 |
| 12/08/18 | JKOCH | Assist with formulating search queries | 0.20 | 285.00 | 57.00 |
| 12/08/18 | TBUCH | Email correspondence with J. Deal (4x) and J. Kochenash (3x) re: claims analysis | 0.70 | 460.00 | 322.00 |
| 12/08/18 | JDEAL | Document review re: work plan | 0.80 | 350.00 | 280.00 |
| 12/09/18 | RBART | Correspondence and call with J. Deal re document review | 0.30 | 565.00 | 169.50 |
| 12/09/18 | TBUCH | Email correspondence with J. Deal and J. Kochenash (2x) re: claims analysis | 0.30 | 460.00 | 138.00 |
| 12/09/18 | JDEAL | Phone call with R. Bartley re: work plan | 0.20 | 350.00 | 70.00 |
| 12/09/18 | JDEAL | Document review re: work plan | 3.00 | 350.00 | 1,050.00 |
| 12/10/18 | JDEAL | Meeting with M. Laukaitis re: work plan | 0.30 | 350.00 | 105.00 |
| 12/10/18 | RBART | Correspondence and discussion with J. Deal re: document review | 0.20 | 565.00 | 113.00 |
| 12/10/18 | JDEAL | Document review re: work plan. | 6.90 | 350.00 | 2,415.00 |
| 12/10/18 | JDEAL | Meeting with T. Buchanan, J. Kochenash, K. Rickert re: work plan | 0.30 | 350.00 | 105.00 |
| 12/10/18 | JDEAL | Discussion with R. Bartley re: work plan | 0.20 | 350.00 | 70.00 |
| 12/10/18 | JKOCH | Review debt transaction documents | 8.60 | 285.00 | 2,451.00 |
| 12/10/18 | JKOCH | Meet with YCST team to discuss work plan | 0.30 | 285.00 | 85.50 |

Sears Holdings Corporation

| | Invoice Date: | January 4, 2019 |
|---|---|---|
| | Invoice Number: | 50002266 |
| | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/18 | KRICK | Review documents re: claims analysis (3.0); Meet with team re: same (.30) | 3.30 | 300.00 | 990.00 |
| 12/10/18 | TBUCH | Review documents re: claims analysis (7.3); prepare for and meet with J. Deal, J. Kochenash, and K. Rickert re: same (.3) | 7.60 | 460.00 | 3,496.00 |
| 12/10/18 | MLAUK | Review documents consistent with work plan (3.30); Meeting with team re: same (.30) | 3.60 | 300.00 | 1,080.00 |
| 12/11/18 | JDEAL | Discussion with J. Kochenash re: work plan | 0.20 | 350.00 | 70.00 |
| 12/11/18 | JDEAL | Document review re: work plan | 5.30 | 350.00 | 1,855.00 |
| 12/11/18 | JDEAL | Meeting with R. Bartley re: work plan | 0.30 | 350.00 | 105.00 |
| 12/11/18 | JDEAL | Draft email to R. Bartley re: work plan | 0.20 | 350.00 | 70.00 |
| 12/11/18 | RBART | Work with J. Deal re: finalizing review of document production and outcome (.3); discussion with J. Kochenash re: document review questions (.2) | 0.50 | 565.00 | 282.50 |
| 12/11/18 | RBART | Review docs selected from production | 1.40 | 565.00 | 791.00 |
| 12/11/18 | JKOCH | Review transaction documents | 6.20 | 285.00 | 1,767.00 |
| 12/11/18 | MLAUK | Document review pursuant to work plan | 2.40 | 300.00 | 720.00 |
| 12/11/18 | KRICK | Review documents re: claims analysis | 4.10 | 300.00 | 1,230.00 |
| 12/11/18 | TBUCH | Review documents re: claims analysis | 4.30 | 460.00 | 1,978.00 |
| 12/12/18 | RBART | Further consider and follow up to J. Deal re: document review | 0.50 | 565.00 | 282.50 |
| 12/12/18 | RBART | Continue review of documents within production with respect to work plan/RSC review | 3.50 | 565.00 | 1,977.50 |
| 12/12/18 | JDEAL | Draft email to D. Gillers (Paul Weiss) re: document access | 0.10 | 350.00 | 35.00 |
| 12/12/18 | JDEAL | Emails with R. Bartley re: work plan | 0.20 | 350.00 | 70.00 |
| 12/12/18 | JDEAL | Document review re: work plan | 0.60 | 350.00 | 210.00 |
| 12/12/18 | RBART | Call with T. Lii (.2) and P. Morgan (.1) re: RSC meeting; follow up correspondence to team re: status of RSC work plan, bid process (.3); Review ESL bid materials (.4); correspondence with J. Deal (.1) and review supplemental production materials (.7) | 1.80 | 565.00 | 1,017.00 |
| 12/12/18 | JDEAL | Phone call with J. Silberstein-Loeb (Paul Weiss) re: database access | 0.10 | 350.00 | 35.00 |
| 12/12/18 | TBUCH | Research related to claims analysis | 0.20 | 460.00 | 92.00 |

Sears Holdings Corporation

| | | Invoice Date: | January 4, 2019 |
| | | Invoice Number: | 50002266 |
| | | Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/12/18 | PMORG | Call (.10) and emails (.20) with R. Bartley re: update on claims and discovery and related sale process | 0.30 | 920.00 | 276.00 |
| 12/13/18 | RBART | Correspondence with T. Lii re: RSC communications re: ESL bid | 0.10 | 565.00 | 56.50 |
| 12/13/18 | TBUCH | Research related to claims analysis | 0.10 | 460.00 | 46.00 |
| 12/13/18 | RBISS | Review response to ESL bid from WGM (.4); review email from R. Bartley re next steps for RSC (.2) | 0.60 | 920.00 | 552.00 |
| 12/14/18 | RBART | Review materials relevant to debt obligations and MTN sale | 0.40 | 565.00 | 226.00 |
| 12/14/18 | RBART | Review RSC correspondence to ESL re: bid | 0.10 | 565.00 | 56.50 |
| 12/14/18 | RBISS | Review response to ESL bid from PW re release issues and follow up re same | 0.20 | 920.00 | 184.00 |
| 12/14/18 | TBUCH | Research related to claims analysis | 0.40 | 460.00 | 184.00 |
| 12/17/18 | RBISS | Further review of response to ESL bid from PW re release issues and follow up re same | 0.10 | 920.00 | 92.00 |
| 12/20/18 | RBART | Provided update to YCST team re: status of ESL bid and RSC work plan | 0.40 | 565.00 | 226.00 |
| 12/21/18 | RBISS | Attention to status report memo from R Bartley re developments | 0.10 | 920.00 | 92.00 |
| 12/21/18 | PMORG | Call with R. Bartley re: sale/release issues | 0.20 | 920.00 | 184.00 |
| 12/26/18 | PMORG | Review memo from R. Bartley re: developments on ESL bid and requested release of claims | 0.10 | 920.00 | 92.00 |
| 12/26/18 | TBUCH | Research related to claims analysis | 0.20 | 460.00 | 92.00 |
| 12/28/18 | JDEAL | Review emails from R. Bartley re: work plan | 0.20 | 350.00 | 70.00 |
| 12/31/18 | RBISS | Review email reports (x2) from R. Bartley re renewed ESL bid and release issues | 0.30 | 920.00 | 276.00 |
| | | **Total** | **144.60** | | **65,593.00** |

**Task Code:**   B008   Meetings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/14/18 | RBART | Call with RSC (.8) and follow up with P. Morgan (.2) re: status of work plan and consideration of ESL bid | 1.00 | 565.00 | 565.00 |
| 12/14/18 | PMORG | Participate on update call with clients and co-counsel (.8); follow-up discussion with R. Bartley re: same (.2) | 1.00 | 920.00 | 920.00 |

Sears Holdings Corporation

| | Invoice Date: | January 4, 2019 |
|---|---|---|
| | Invoice Number: | 50002266 |
| | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 12/20/18 | RBART | Discussion with P. Morgan and follow up emails with advisor group re: RSC meeting | 0.10 | 565.00 | 56.50 |
| 12/20/18 | PMORG | Conference call with clients and advisors re: analysis of ESL bid, response to same (.90); Emails with co-counsel, R. Bartley re: same (.20) | 1.10 | 920.00 | 1,012.00 |
| 12/20/18 | RBART | Participate in RSC meeting | 0.50 | 565.00 | 282.50 |
| 12/20/18 | RBART | Call with RSC re: ESL bid and work plan | 0.90 | 565.00 | 508.50 |
| | | **Total** | **4.60** | | **3,344.50** |

**Task Code:**   B017   Retention of Professionals/Fee Issues

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 12/17/18 | JKOCH | Emails (2) with R. Bartley and T. Lii re: disclosures | 0.10 | 285.00 | 28.50 |
| 12/17/18 | TBUCH | Email correspondence with R. Bartley (2x) and J. Kochenash re: revised billing rates | 0.30 | 460.00 | 138.00 |
| 12/19/18 | PMORG | Review email from Debtors' counsel re: fee application process and procedures; Emails with YCST team re: same | 0.10 | 920.00 | 92.00 |
| 12/19/18 | RBART | Correspondence with T. Lii, C. Diktaban, P. Morgan re: fee application process and November fee application filing/deadlines | 0.20 | 565.00 | 113.00 |
| 12/20/18 | PMORG | Review and Revise Correspondence to Weil re: payment on first fee statement | 0.10 | 920.00 | 92.00 |
| 12/20/18 | BWALT | Email to P. Morgan, R. Bartley and D. Willis re: payment of first fee statement | 0.20 | 285.00 | 57.00 |
| 12/26/18 | TBUCH | Review parties in interest re: supplemental disclosures | 0.20 | 460.00 | 92.00 |

Sears Holdings Corporation

| | | Invoice Date: | January 4, 2019 |
| | | Invoice Number: | 50002266 |
| | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 12/29/18 | TBUCH | Review parties in interest re: potential supplemental disclosures | 0.10 | 460.00 | 46.00 |
| | | **Total** | **1.30** | | **658.50** |

**Task Code:**    B018    Fee Application Preparation

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 12/20/18 | PMORG | Review November fee exhibits to ensure protection of privilege and compliance with local rules | 1.60 | 920.00 | 1,472.00 |
| 12/27/18 | PMORG | Review November fee exhibits to ensure protection of privilege and compliance with local rules | 0.50 | 920.00 | 460.00 |
| 12/28/18 | RBART | Review and approve November fee statement | 0.20 | 565.00 | 113.00 |
| 12/28/18 | BWALT | Prepare second monthly fee statement and coordinate filing and service with Paul Weiss | 2.60 | 285.00 | 741.00 |
| 12/28/18 | PMORG | Review/finalize November fee statement and notice of same; Confer with B. Walters re: same | 0.10 | 920.00 | 92.00 |
| | | **Total** | **5.00** | | **2,878.00** |

Sears Holdings Corporation

| | | |
|---|---|---|
| Invoice Date: | | January 4, 2019 |
| Invoice Number: | | 50002266 |
| Matter Number: | | 072902.1003 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 3.70 | 285.00 | 1,054.50 |
| JDEAL | James M. Deal | Associate | 33.10 | 350.00 | 11,585.00 |
| JKOCH | Jared W. Kochenash | Associate | 29.40 | 285.00 | 8,379.00 |
| KRICK | Kevin P. Rickert | Associate | 7.40 | 300.00 | 2,220.00 |
| MLAUK | Michael A. Laukaitis II | Associate | 6.00 | 300.00 | 1,800.00 |
| PMORG | Pauline K. Morgan | Partner | 13.20 | 920.00 | 12,144.00 |
| RBISS | Rolin Bissell | Partner | 8.40 | 920.00 | 7,728.00 |
| RBART | Ryan M. Bartley | Partner | 36.80 | 565.00 | 20,792.00 |
| TBUCH | Travis G. Buchanan | Associate | 28.00 | 460.00 | 12,880.00 |
| **Total** | | | **166.00** | | **$78,582.50** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | January 4, 2019 |
| Invoice Number: | 50002266 |
| Matter Number: | 072902.1003 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan M. Bartley | Partner | 0.10 | 565.00 | 56.50 |
| Jared W. Kochenash | Associate | 0.20 | 285.00 | 57.00 |
| **Total** | | **0.30** | | **113.50** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.60 | 920.00 | 552.00 |
| Ryan M. Bartley | Partner | 4.60 | 565.00 | 2,599.00 |
| Jared W. Kochenash | Associate | 0.30 | 285.00 | 85.50 |
| Brenda Walters | Paralegal | 0.90 | 285.00 | 256.50 |
| **Total** | | **6.40** | | **3,493.00** |

**Task Code:B003**          **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.30 | 920.00 | 276.00 |
| **Total** | | **0.30** | | **276.00** |

**Task Code:B006**          **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.70 | 920.00 | 644.00 |
| Ryan M. Bartley | Partner | 2.80 | 565.00 | 1,582.00 |
| **Total** | | **3.50** | | **2,226.00** |

**Task Code:B007**          **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 7.10 | 920.00 | 6,532.00 |
| Rolin Bissell | Partner | 8.40 | 920.00 | 7,728.00 |
| Ryan M. Bartley | Partner | 26.40 | 565.00 | 14,916.00 |
| James M. Deal | Associate | 33.10 | 350.00 | 11,585.00 |
| Jared W. Kochenash | Associate | 28.80 | 285.00 | 8,208.00 |
| Kevin P. Rickert | Associate | 7.40 | 300.00 | 2,220.00 |
| Michael A. Laukaitis II | Associate | 6.00 | 300.00 | 1,800.00 |
| Travis G. Buchanan | Associate | 27.40 | 460.00 | 12,604.00 |
| **Total** | | **144.60** | | **65,593.00** |

Sears Holdings Corporation

| Invoice Date: | January 4, 2019 |
|---|---|
| Invoice Number: | 50002266 |
| Matter Number: | 072902.1003 |

**Task Code:B008**                **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 2.10 | 920.00 | 1,932.00 |
| Ryan M. Bartley | Partner | 2.50 | 565.00 | 1,412.50 |
| **Total** | | **4.60** | | **3,344.50** |

**Task Code:B017**                **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.20 | 920.00 | 184.00 |
| Ryan M. Bartley | Partner | 0.20 | 565.00 | 113.00 |
| Jared W. Kochenash | Associate | 0.10 | 285.00 | 28.50 |
| Travis G. Buchanan | Associate | 0.60 | 460.00 | 276.00 |
| Brenda Walters | Paralegal | 0.20 | 285.00 | 57.00 |
| **Total** | | **1.30** | | **658.50** |

**Task Code:B018**                **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 2.20 | 920.00 | 2,024.00 |
| Ryan M. Bartley | Partner | 0.20 | 565.00 | 113.00 |
| Brenda Walters | Paralegal | 2.60 | 285.00 | 741.00 |
| **Total** | | **5.00** | | **2,878.00** |