KBS SHC Bankruptcy Invoices

| Invoice Number | Invoice Date | Service Period | Invoice Amount | Payment applied | Balance Due |
|---|---|---|---|---|---|
| INV2061632 | 9/15/2018 | KBS September 1st -15th Floor Care | $580,165.31 | $0.00 | $580,165.31 |
| INV2071562 | 10/1/2018 | KBS September 16th -30th Floor Care | $570,828.03 | $0.00 | $570,828.03 |
| ARB0157730 | 10/1/2018 | KBS Sears Auto Center September Services | $8,696.00 | $0.00 | $8,696.00 |
| INV2068971 | 10/1/2018 | KBS September services #1378 District Office | $250.00 | $0.00 | $250.00 |
| INV2065614 | 10/1/2018 | Sears September Porter Services | $13,129.66 | $0.00 | $13,129.66 |
| INV2076528 | 10/1/2018 | Kmart 6-day Porter September Services | $52,963.99 | $0.00 | $52,963.99 |
| INV2073995 | 10/1/2018 | KBS Sears # 1820: 75% complete strip & wax | $1,026.02 | $0.00 | $1,026.02 |
| INV2075933 | 10/2/2018 | Sears September Extra Service Billings | $6,230.02 | $0.00 | $6,230.02 |
| INV2075930 | 10/2/2018 | Kmart September Extra Service Billings | $18,811.47 | $0.00 | $18,811.47 |
| CRM0114546 | 10/4/2018 | Kmart September Missed Service Credits | ($3,539.48) | $0.00 | ($3,539.48) |
| CRM0114547 | 10/4/2018 | Sears September Missed Service Credits | ($607.56) | $0.00 | ($607.56) |
| INV2091568 | 10/14/2018 | KBS October 1st - 14th Floor care Services | $529,077.95 | $0.00 | $529,077.95 |
| INV2093757 | 10/14/2018 | Sears October 1st - 14th Porter Services | $5,833.80 | $0.00 | $5,833.80 |
| INV2094384 | 10/14/2018 | Kmart 6-day Porter October 1st - 14th | $23,794.31 | $0.00 | $23,794.31 |
| ARB0158845 | 10/14/2018 | Sears Auto Center Services October 1st -14th | $3,299.03 | $0.00 | $3,299.03 |
| INV2097195 | 10/14/2018 | Sears Unit 1378 District office services Oct. 1st - 14th | $112.90 | $0.00 | $112.90 |
| INV2101497 | 10/14/2018 | Sears Extra labor services | $3,584.35 | $0.00 | $3,584.35 |
| INV2101499 | 10/14/2018 | Kmart Extra labor services | $32,309.61 | $0.00 | $32,309.61 |

| Total for KBS Bankruptcy Claim : | $1,845,965.41 |
|---|---|

| Invoice Number | Invoice Date | Service Period | Invoice Amount | Payment applied | Balance |
|---|---|---|---|---|---|
| INV0018687 | 8/15/2018 | Floor Care Services 8/1 - 8/15 | $29,326.60 | 0.00 | $29,326.60 |
| INV0018702 | 9/1/2018 | Porter Services 8/1 - 8/31 | $3,360.00 | 0.00 | $3,360.00 |
| INV0018728 | 9/1/2018 | Floor Care Services 8/16 - 8/31 | $31,515.12 | 0.00 | $31,515.12 |
| INV0018820 | 9/15/2018 | Floor Care Services 9/1 - 9/15 | $27,739.55 | 0.00 | $27,739.55 |
| INV0018867 | 10/1/2018 | Floor Care Services 9/16 - 9/30 | $27,378.94 | 0.00 | $27,378.94 |
| INV0018839 | 10/1/2018 | Porter Services 9/1 - 9/30 | $3,840.00 | 0.00 | $3,840.00 |
| INV0018978 | 10/14/2018 | Floor Care Services 10/1 - 10/14 | $25,576.60 | 0.00 | $25,576.60 |
| INV0018979 | 10/14/2018 | Porter Services 10/1 - 10/14 | $1,600.00 | 0.00 | $1,600.00 |

| | | | Total for IFS Bankruptcy Claim : | | $150,336.81 |