Bernice C. Lee, Esq.
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| **In re** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

-----------------------------------------------------------------x

### LIMITED OBJECTION OF SVAP POMPANO CITI CENTRE II, L.P., SVAP GOLF MILL RETAIL II, L.P. AND SVAP II STONES RIVER, LLC TO POTENTIAL ASSUMPTION AND ASSIGNMENT OF LEASES AND CURE AMOUNTS

SVAP Pompano Citi Centre II, L.P., SVAP Golf Mill Retail II, L.P. and SVAP II Stones River, LLC (collectively, the "Landlords"), by and through undersigned counsel, file this Limited Objection to Potential Assumption and Assignment of Leases and Cure Amounts relating to the premises described below (the "Limited Objection"), and state as follows:

1.      SVAP Pompano Citi Centre II, L.P. is the owner of certain property on which Store No. 1205 is located.  The above-referenced debtors (collectively, the "Debtors") operated Store No. 1205 pursuant to the terms of that certain lease, which expired on December 31, 2018, and as same may have been amended (the "1205 Lease").

2.      SVAP Golf Mill Retail II, L.P. is the owner of certain property on which Store No. 1290 is located.  The Debtors operated Store No. 1290 pursuant to the terms of that certain lease, which expired on December 31, 2018, and as same may have been amended (the "1290 Lease").

3.      SVAP II Stones River, LLC is the owner of certain property on which Store No. 2226

is located.  The Debtors operate Store No. 2226 pursuant to the terms of that certain lease, which

expires on May 12, 2022, and as same may have been amended (the "2226 Lease").

4.      On January 23, 2019, the Debtors filed a *Supplemental Notice of Cure Costs and*

*Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection*

*with Global Sale Transaction* (the "Supplemental Notice") [ECF No. 1774], which included the

1205 Lease, 1290 Lease and 2226 Lease (collectively, the "Leases") as additional leases to be

potentially assumed and assigned by the Debtors.

5.      The Supplemental Notice lists:

    a.    1205 Lease for Store No. 1205 with a contract expiration date of December
        31, 2018 and no cure amount;

    b.    1290 Lease for Store No. 1290 with a contract expiration date of December
        31, 2018 and no cure amount; and

    c.    2226 Lease for Store No. 2226 with a contract expiration date of May 12,
        2022 and a cure amount of $15,726.00.

6.      The Supplemental Notice further provides that the deadline to object to the Debtors'

proposed cure amount is January 31, 2019 at 4:00 p.m. (Eastern Time).

**LIMITED OBJECTION TO ASSUMPTION OF LEASES AND CURE AMOUNTS**

7.      The 1205 Lease and the 1290 Lease expired on December 31, 2018.  In the

Supplemental Notice, the Debtors acknowledge that the contract expiration date is December 31,

2018. Because the 1205 Lease and 1290 Lease have expired, the Debtors cannot assume them.  Nor

can such leases be assigned to any third party.  As a result, SVAP Pompano Citi Centre II, L.P. and

SVAP Golf Mill Retail II, L.P. object to any proposed assumption and assignment of the 1205 Lease

and the 1290 Lease.  Further, even assuming *arguendo* that such leases could be assumed (which

{1158/000/00431576}

2

they cannot be), the proposed cure amount of no amount is incorrect, and the Debtors would be required to pay all amounts due and unpaid under the leases.

8.      In the Supplemental Notice, the Debtors' listed proposed cure amount of $15,726.00 is incorrect.  As of the date of filing the Limited Objection, the Debtors must pay SVAP II Stones River, LLC: i) an amount of $40,480.19 as set forth in the aging detail attached hereto as **EXHIBIT A** to cure known monetary defaults under the 2226 Lease, and ii) amounts that have not yet become due under the 2226 Lease or applicable law but that may become due prior to any proposed assumption of the 2226 Lease, including but not limited to $10,547.10 for city taxes that will be billed to the Debtors in or around February 2019 (collectively, the "Cure Amount").  Unless the Cure Amount is paid, the Debtors' request to assume the 2226 Lease should be denied.

9.      Further, any order approving the assumption of the 2226 Lease must provide that, in addition to payment of the actual cure amount, the Debtors shall be liable for any unbilled charges, and pay all year-end adjustments and other charges when due under the 2226 Lease, regardless of when the charges accrued.

10.      The Limited Objection is without prejudice to, and any assumption must be subject to, SVAP II Stones River, LLC's rights pursuant to the 2226 Lease, applicable law, and any obligations due to the landlord arising therefrom.

11.      SVAP II Stones River, LLC reserves the right to amend or supplement the Limited Objection in the event the Debtors fail to pay charges due under the 2226 Lease up to and including the date the 2226 Lease is assumed, including but not limited to any applicable attorneys' fees due under the 2226 Lease.

{1158/000/00431576}

12.    In the event the proposed assignee of the Lease changes, or for any other reason, the Landlords reserve their right to object to the proposed assignment based on any applicable grounds.

13.    The Landlords join in any objections filed by the Debtors' other landlords with respect to the Supplemental Notice and initial notice to the extent such objections are not inconsistent with the Limited Objection.

**WHEREFORE**, the Landlords respectfully request that the Court: i) sustain the Limited Objection, ii) deny any request to assume the 1205 Lease and the 1290 Lease as such leases expired on December 31, 2018, iii) require payment of the Cure Amount as a condition to assumption of the 2226 Lease, and iv) grant the Landlords such other and further relief as is just and proper.

Dated: January 30, 2019

                                        Respectfully submitted,

                                        SHRAIBERG, LANDAU & PAGE, P.A.
                                        Attorneys for SVAP Pompano Citi Center II,
                                        L.P., SVAP Golf Mill Retail II, L.P. and
                                        SVAP II Stones River, LLC
                                        2385 NW Executive Center Drive, #300
                                        Boca Raton, Florida 33431
                                        Telephone: 561-443-0800
                                        Facsimile: 561-998-0047
                                        blee@slp.law

                                        By:  */s/ Bernice C. Lee*
                                               Bernice C. Lee
                                               Florida Bar No. 0073535
                                               *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF

Notice of Electronic Filing to all parties registered to receive electronic noticing in this case, and by

First Class U.S. Mail and/or Email to the Objection Recipients listed on the below Service List on

January 30, 2019.

/s/ Bernice C. Lee
Bernice C. Lee

## SERVICE LIST

Sears Holdings Management Corporation
Attn: Rob Riecker (rob.riechker@searshc.com)
Attn: Luke Valentino (luke.valentino@searshc.com)
Attn: Mohsin Meghji (mmeghji@miiipartners.com)
Attn: General Counsel (counsel@searshc.com)
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock (ray.schrock@weil.com)
Attn: Jacqueline Marcus (jacqueline.marcus@weil.com)
Attn: Garret A. Fail (garrett.fail@weil.com)
Attn: Sunny Singh (sunny.singh@weil.com)
767 Fifth Avenue
New York, NY 10153

Lazard Fréres & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)
30 Rockefeller Plaza
New York, NY 10112

{1158/000/00431576}

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake (Paul.Leake@skadden.com)
Attn: Shana A. Elberg (Shana.Elberg@skadden.com)
Attn: George R. Howard (George.Howard@skadden.com)
4 Times Square
New York, NY 10036

Bank of America, N.A.
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Wells Fargo Bank, National Association
c/o Choate, Hall & Stewart LLP
Attn: Kevin J. Simard (ksimard@choate.com)
Attn: Jonathan D. Marshall (jmarshall@choate.com)
Two International Place
Boston, MA 0211

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin (pdublin@akingump.com)
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Attn: Abid Qureshi (aqureshi@akingump.com)
Attn: Sara L. Brauner (sbrauner@akingump.com)
One Bryant Park
New York, NY 10036

Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani (kunal@eslinvest.com)
Attn: Harold Talisman (harold@eslinvest.com)
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

{1158/000/00431576}

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin (caustin@cgsh.com)
Attn: Benet J. O'Reilly (boreilly@cgsh.com)
Attn: Sean A. O'Neal (soneal@cgsh.com)
James L. Bromley, Esq. (jbromley@cgsh.com)
Andrew Weaver, Esq. (aweaver@cgsh.com)
Rahul Mukhi, Esq. (rmukhi@cgsh.com)
Jennifer Kennedy Park, Esq. (jkpark@cgsh.com)
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

{1158/000/00431576}

# EXHIBIT A

# Aging Detail

JB Caption: **LIVE** SWAP & Legacy Properties
02/28/2019  Post To: 02/2019

Property: 2102  Tenant: srm008  Status: Current, Past, Future  Age As Of:

| Property | Customer Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stones River Town Centre (2102)** | | | | | | | | | | | | | |
| **Sears, Roebuck and Co. (srm008)** | | | | | | | | | | | | | |
| 2102 | Sears, Roebuck and Co. | Current | C-2388546 | oth_tmb | 09/19/2018 | 09/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 1,110.55 | 0.00 | 1,110.55 |
| 2102 | Sears, Roebuck and Co. | Current | C-245599 | cam_rec | 10/01/2018 | 10/2018 | 0.00 | 0.00 | 0.00 | 0.00 | -299.10 | 0.00 | -299.10 |
| 2102 | Sears, Roebuck and Co. | Current | C-245600 | cam_rec | 10/01/2018 | 10/2018 | 0.00 | 0.00 | 0.00 | 0.00 | -327.91 | 0.00 | -327.91 |
| 2102 | Sears, Roebuck and Co. | Current | C-245601 | relx_rec | 10/01/2018 | 10/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 15,992.02 | 0.00 | 15,992.02 |
| 2102 | Sears, Roebuck and Co. | Current | C-245602 | relx_rec | 10/01/2018 | 10/2018 | 0.00 | 0.00 | 0.00 | 0.00 | -16,763.16 | 0.00 | -16,763.16 |
| 2102 | Sears, Roebuck and Co. | Current | C-245603 | ins_rec | 10/01/2018 | 10/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 247.37 | 0.00 | 247.37 |
| 2102 | Sears, Roebuck and Co. | Current | C-245604 | ins_rec | 10/01/2018 | 10/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 379.64 | 0.00 | 379.64 |
| 2102 | Sears, Roebuck and Co. | Current | C-2578745 | relx_est | 01/27/2019 | 01/2019 | 23,322.70 | 0.00 | 23,322.70 | 0.00 | 0.00 | 0.00 | 23,322.70 |
| 2102 | Sears, Roebuck and Co. | Current | C-2613362 | cam_est | 02/01/2019 | 02/2019 | 1,035.08 | 1,035.08 | 0.00 | 0.00 | 0.00 | 0.00 | 1,035.08 |
| 2102 | Sears, Roebuck and Co. | Current | C-2613363 | ins_est | 02/01/2019 | 02/2019 | 57.00 | 57.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.00 |
| 2102 | Sears, Roebuck and Co. | Current | C-2613364 | rnt_br | 02/01/2019 | 02/2019 | 15,726.00 | 15,726.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,726.00 |
| | **Sears, Roebuck and Co.** | | | | | | **40,480.19** | **16,818.08** | **23,322.70** | **0.00** | **339.41** | **0.00** | **40,480.19** |
| | | | | | | | 40,480.19 | 16,818.08 | 23,322.70 | 0.00 | 339.41 | 0.00 | 40,480.19 |
| | | | | | | | 40,480.19 | 16,818.08 | 23,322.70 | 0.00 | 339.41 | 0.00 | 40,480.19 |