David W. Dykhouse (dwdykhouse@pbwt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: 9212) 336-2222

Thomas J. Flynn (tflynn@larkinhoffman.com)
Larkin Hoffman Daly & Lindgren, Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
Tel: (952) 835-3800
Fax: (952) 896-3333

*Attorneys for MOAC Mall Holding LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**MOAC MALL HOLDING LLC'S OBJECTION TO SUPPLEMENTAL NOTICE OF
CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH
GLOBAL SALE TRANSACTION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

MOAC Mall Holding LLC ("MOAC"), by and through its undersigned counsel, hereby submits this objection (the "Objection") to the Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction (the "Supplemental Cure Notice") (Doc. No. 1734), and in support hereof states as follows:

1. On October 15, 2018, Sears Holding Corporation and its affiliated debtor entities (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the U.S. Bankruptcy Court for the Southern District of New York.

2. On January 23, 2019, the Debtors filed the Supplemental Cure Notice which identifies a lease between Sears Holding Management Corporation and MOAC dated May 30, 1991 (as amended from time to time the "lease") with no amount indicated for a cure cost (the "Proposed Cure Cost"). (Supplemental Cure Notice, Exhibit B-1, identified as store 1722).

3. MOAC objects to the Assumption and Assignment of Its Executory Contract and Unexpired Lease. Debtor has failed to establish "Adequate Assurance" of future performance.

4. MOAC objects to the Supplemental Cure Notice and the Proposed Cure Costs. The Debtor is in default under the terms of the Lease for failing to timely pay of real estate taxes and electric utilities due and owing under the terms of the Lease. The Lease additionally provides for recovery of reasonable attorneys' fees and costs incurred in connection with the Debtor's failure to comply with certain Lease terms.

5. This Objection seeks to (a) hold Debtor to its burden of proof by showing Adequate Assurance of future performance and (b) provide the accurate cure amount of $531,561.50 as of December 31, 2018, plus all accruals and all attorneys' fees. A true and

correct copy of the Statement of Cure Costs as of December 31, 2018, is attached hereto as Exhibit A.

6. Accordingly, MOAC objects to the assumption and assignment of its lease and the amount listed in the Supplemental Cure Notice.

7. MOAC joins objections filed by Debtors' others landlords to the Global Bidding Procedures Order and Supplemental Notice to the extent that such objections are not inconsistent with this Objection. MOAC expressly reserves the right to supplement and amend this Objection including, without limitation, to update cure amounts due and owing under the Lease along with attorneys' fees and costs relating to the enforcement of same.

Dated: January 30, 2019

Respectfully submitted,

_____
Thomas J. Flynn (30570)
Larkin Hoffman Daly & Lindgren Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
(952) 835-3800
tflynn@larkinhoffman.com

Admitted Pro Hac Vice on December 26, 2018

Dated: January 30, 2019

/s/David W. Dykhouse
David W. Dykhouse
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000
dwdykhouse@pbwt.com

Attorneys for MOAC Mall Holding LLC

3.

EXHIBIT A

## INVOICE

DATE: January 10, 2019

TO: Sears

RE: MALL OF AMERICA
2018 COMMON AREA TAX CALCULATION

| | |
|---|---:|
| Total Parking Spaces | 12,750 |
| Less: Parking allocated by Hennepin County to the anchors | |
| Macys | (1,245) |
| Nordstrom's | (948) |
| Sears | (801) |
| Net Parking included on Main Parcel | 9,756 |
| | |
| Assessed Value per Space: | $ 12,755.88 |
| | |
| Parking Assessment | 124,446,400 |
| | |
| Total Main Parcel Assessment | 840,000,000 |
| | |
| % of Assessment Attributable to Parking | 14.8150% |
| | |
| | 2018 |
| GLA of the center | 2,940,567 |
| | |
| Common Area square footage | |
| First Floor | 268,626 |
| Second Floor | 237,387 |
| Third Floor | 270,116 |
| Fourth Floor | 75,569 |
| | |
| Total Mall Gross Square Footage | 3,792,265 |
| | |
| Less: Area Not on Tax Parcel | |
| Phase 1C (Expansion) | (160,413) |
| Macys | (276,581) |
| Nordstrom's | (210,664) |
| Sears | (177,904) |
| | |
| Gross GLA of Parcel | 2,966,703 |
| | |
| Total Common Area | 851,698 |
| | |
| Portion of Gross GLA Allocable to Common Area | 28.71% |
| | |
| Tenant's share of common areas taxes | |
| | |
| Total Main Parcel Taxes (01-027-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 & 0013) | 30,385,470.35 |
| Less: Taxes Attributable to Parking | 4,501,621.90 |
| Taxes Net of Parking | 25,883,848.45 |
| | |
| % Allocable to Common Area | 28.71% |
| | |
| Common Area Taxes | 7,430,882.69 |
| | |
| Gross Leasable Area | 2,780,154 |
| | |
| Common Area Taxes per Sq/ft | 2.6728 |
| | |
| Sears Square Footage | 177,904 |
| | |
| Tenants Share of Common Area Taxes for the year | 475,507.38 |

# Hennepin

A-600 Government Center
300 S. Sixth Street
Minneapolis, MN 55487-0060
612-348-3011    www.hennepin.us

## Property tax statement 2018
2017 values for taxes payable in 2018

Property ID number: 01-027-24 31 0017

### Property taxes statement schedule

**Step 1 — Value & classification**

| | TAX YEAR PAYABLE | 2017 | 2018 |
|---|---|---|---|
| | CLASS(ES): | COM PREFERRED | COM PREFERRED |
| Estimated Market Value: | | 840,000,000 | 840,000,000 |
| Homestead Exclusion: | | | |
| Other Exclusion/Deferral: | | | |
| New Improvements/ Expired Exclusions: | | 0 | 0 |
| Taxable Market Value: | | 840,000,000 | 840,000,000 |

**Step 2 — Proposed levies & taxes**

2018 Proposed: 29,973,295.02

**Step 3 — Property tax statement**

First-half Taxes: 15,192,735.19
Second-half Taxes: 15,192,735.19

Total Taxes 2018: 30,385,470.38

TAXPAYER(S):

MOAC MALL HOLDINGS
60 EAST BROADWAY
BLOOMINGTON MN 55425-5510

Owner: MOAC MALL HOLDINGS LLC

Property address:
8100 24TH AVE S

Property description:
LOT 001 BLK 001 ADDITION: MALL OF AMERICA 8TH ADDN

---

### Property tax refund information

| Taxes payable in year: | 2017 | 2018 |
|---|---|---|

1. Use this amount on Form M1PR to see if you are eligible for a property tax refund. File by August 15. If this box is checked, you owe delinquent taxes and are not eligible.    ☐ Taxes owed    .00

2. Use these amounts on Form M1PR to see if you are eligible for a special refund.    .00

*Don't forget to see if you qualify for a property tax refund!  Go to www.revenue.state.mn.us for Form M1PR.*

**Property Tax and Credits**

| | 2017 | 2018 |
|---|---|---|
| 3. Property tax before credits | 30,761,902.21 | 30,088,094.55 |
| 4. A. Agricultural and rural land credits | .00 | .00 |
| B. Other credits | .00 | .00 |
| 5. Property taxes after credits | 30,761,902.21 | 30,088,094.55 |

**Property Tax by Jurisdiction**

| | 2017 | 2018 |
|---|---|---|
| 6. A. County | 4,865,521.99 | 4,735,480.02 |
| B. Regional Rail Authority | 212,446.51 | 217,039.14 |
| 7. City or Town | 4,516,668.25 | 4,488,241.24 |
| 8. State General Tax | 7,694,392.48 | 7,368,333.03 |
| 9. School District: A. Voter approved levies | 2,049,208.10 | 2,339,249.68 |
| B. Other Local Levies | 1,788,281.36 | 1,668,016.64 |
| 10. Special Taxing Districts: A. Metropolitan Special Taxing Districts | 311,330.71 | 296,797.16 |
| B. Other Special Taxing Districts | 676,628.41 | 650,674.99 |
| C. Tax Increment | .00 | .00 |
| D. Fiscal Disparity | 8,647,424.40 | 8,324,262.65 |
| 11. Non-School Voter Approved Referenda Levies | .00 | .00 |
| 12. Total property tax before fees and Special Assessments | 30,761,902.21 | 30,088,094.55 |
| 13. A. Special Assessment Principal and Fees | 612,702.64 | 174,744.89 |
| B. Special Assessment Interest | 148,558.45 | 122,630.94 |
| 14. YOUR TOTAL PROPERTY TAX AND SPECIAL ASSESSMENTS | 31,523,163.30 | 30,385,470.38 |




Learn about property taxes: www.hennepin.us/propertytaxes

## 2018 ELECTRIC ADJUSTMENT INVOICE

| Tenant | Suite | Meter # | Rate |
|---|---|---|---|
| Sears | AD | 81023326 | A14 |

| Billing Month | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Metered Days | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 31 | 30 | 31 | 30 | 31 | 365 |
| Off Peak Consumption (kWh) | 119,564.5 | 91,676.1 | 104,458.5 | 100,482.9 | 118,814.7 | 121,311.1 | 132,304.5 | 123,070.4 | 128,636.4 | 98,415.4 | 101,014.1 | 123,479.3 | 1,363,227.9 |
| On Peak Consumption (kWh) | 82,101.6 | 71,383.5 | 78,813.4 | 83,819.2 | 111,603.0 | 115,241.8 | 119,561.1 | 129,799.4 | 95,993.1 | 93,482.3 | 72,451.0 | 76,239.8 | 1,130,489.3 |
| Total Consumption (kWh) | 201,666.1 | 163,059.6 | 183,271.9 | 184,302.1 | 230,417.7 | 236,552.9 | 251,865.5 | 252,869.9 | 224,629.6 | 191,897.7 | 173,465.1 | 199,719.1 | 2,493,717.2 |
| Off Peak Demand (kW) | 382.3 | 345.7 | 366.0 | 456.9 | 587.8 | 574.5 | 584.7 | 579.6 | 581.7 | 404.9 | 386.1 | 354.8 | |
| On Peak Demand (kW) | 381.5 | 346.7 | 390.1 | 484.6 | 566.9 | 576.1 | 582.2 | 586.7 | 581.2 | 470.4 | 361.7 | 371.3 | |
| Maximum Demand (kW) | 382.3 | 346.7 | 390.1 | 484.6 | 587.8 | 576.1 | 584.7 | 586.7 | 581.7 | 470.4 | 386.1 | 371.3 | |
| Customer Charge | $69.33 | $69.33 | $69.33 | $69.33 | $69.33 | $69.33 | $69.33 | $69.33 | $69.33 | $69.33 | $69.33 | $69.33 | $831.93 |
| Energy Charge (kWh) | $7,089.34 | $5,732.17 | $6,442.71 | $6,478.93 | $8,100.07 | $8,315.74 | $8,854.04 | $8,889.35 | $7,896.59 | $6,745.94 | $6,097.97 | $7,020.90 | $87,663.76 |
| Demand Charge (kW) | $4,503.23 | $4,084.32 | $4,595.99 | $5,709.08 | $6,923.90 | $9,414.63 | $9,555.76 | $9,588.97 | $9,505.95 | $5,541.51 | $4,548.11 | $4,374.56 | $78,346.01 |
| Energy Charge Credit | $(683.62) | $(526.42) | $(344.66) | $ - | $ - | $(95.89) | $(159.49) | $(162.07) | $ - | $ - | $(298.01) | $(723.82) | $(2,993.97) |
| Interim Rate Adjustment | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Environmental Improve Rider (kWh) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Environmental Improve Rider (kW) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Fuel Cost Charge (kWh) | $5,537.75 | $4,536.32 | $4,543.31 | $4,506.19 | $6,601.47 | $6,774.87 | $6,936.38 | $5,659.23 | $6,788.31 | $5,154.37 | $4,428.56 | $5,440.35 | $66,907.10 |
| Resource Adjustment | $586.65 | $474.34 | $533.14 | $536.13 | $670.29 | $688.13 | $732.68 | $735.60 | $653.45 | $600.83 | $543.12 | $625.32 | $7,379.67 |
| Sales Tax | $1,286.98 | $1,081.35 | $1,191.95 | $1,301.80 | $1,682.97 | $1,893.80 | $1,955.65 | $1,864.73 | $1,874.75 | $1,362.93 | $1,158.03 | $1,264.70 | $17,919.62 |
| Total Electric Due | $18,389.65 | $15,451.41 | $17,031.76 | $18,601.45 | $24,048.02 | $27,060.62 | $27,944.34 | $26,645.13 | $26,788.37 | $19,474.92 | $16,547.10 | $18,071.33 | $256,054.12 |
| Less Electric Billed Monthly | $(50,000.00) | $ - | $ - | $(50,000.00) | $ - | $ - | $(50,000.00) | $ - | $ - | $(50,000.00) | $ - | $ - | $(200,000.00) |
| Amount Due (Credit) | $(31,610.35) | $15,451.41 | $17,031.76 | $(31,398.55) | $24,048.02 | $27,060.62 | $(22,055.66) | $26,645.13 | $26,788.37 | $(30,525.08) | $16,547.10 | $18,071.33 | $56,054.12 |

2018 ELECTRIC ADJUSTMENT INVOICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors.[1] |  |

## CERTIFICATE OF SERVICE

     I, Gina M. Rice, hereby certify that on January 30, 2019, I caused to be served the foregoing MOAC Mall Holding LLCs Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction upon were served upon the parties listed by ECF notification and the persons or entities listed on the attached service list in the manner indicated thereon.

Dated: January 30, 2019

*/s/ Gina Rice*
Gina M. Rice
For Larkin Hoffman Daly & Lindgren, Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
(952) 835-3800

4828-8463-1686, v. 1

## SERVICE LIST

**VIA EMAIL**

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil,corn
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq.: garrett.fail@weil.com
        Sunny Singh, Esq.: sunny.singh@weil.corn

    c. Debtors' investment banker:
        Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard. corn

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Eiberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq. : idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

3.

**VIA FIRST CLASS MAIL**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C., Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin, Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, New York 10006

4828-8463-1686, v. 2