# Exhibit B

**Sears Holdings Corporation**
**Executory Contracts**
**Additional**

| No | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Executed Date | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|---|
| 226 | SEARS HOLDINGS MANAGEMENT CORPORATION | FIRST DATA MERCHANT SERVICES LLC | AMENDMENT NO. 5 TO THE MERCHANT SERVICES BANKCARD AGREEMENT BY AND BETWEEN FIRST DATA MERCHANT SERVICES LLC, WELLS FARGO BANK, N.A. AND SEARS HOLDINGS MANAGEMENT CORPORATION | | 07/31/2019 | | $ - |
| 227 | SEARS HOLDINGS MANAGEMENT CORPORATION;KMART CORPORATION;SEARS, ROEBUCK AND CO. | FISERV SOLUTIONS, INC. ("FISERV"), OWNER AND OPERATOR OF ACCEL/EXCHANGE NETWORK | AMENDMENT NO. 4 | | Not Applicable | | $ - |
| 228 | SEARS HOLDINGS MANAGEMENT CORPORATION;KMART CORPORATION;SEARS, ROEBUCK AND CO. | FISERV SOLUTIONS, INC. ("FISERV"), OWNER AND OPERATOR OF ACCEL/EXCHANGE NETWORK | ACCEL NETWORK PRICE VARIANCE | | Not Applicable | | $ - |
| 229 | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | AMENDMENT TO THE WAREHOUSE SERVICES AGREEMENT | | 11/30/2018 | | $ - |
| 230 | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICES AGREEMENT | | Not Applicable | 545465 | $ - |
| 231 | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICES AGREEMENT | | Not Applicable | 545356 | $ - |
| 232 | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICE AGREEMENT | | Not Applicable | | $ - |
| 233 | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICES AGREEMENT | | Not Applicable | | $ - |
| 234 | KMART CORPORATION | G & B INVESTMENTS | LEASE | | 06/30/2020 | | $ - |
| 235 | KMART CORPORATION;SEARS, ROEBUCK AND CO.;SEARS OPERATIONS LLC;KMART OPERATIONS LLC | GALLAGHER FIRE EQUIPMENT | FACILITIES SERVICES MASTER AGREEMENT UP TO $40,000 | | 08/08/2019 | | $ - |
| 236 | | GARDA ARMORED | RO-GARDA CASH LOGISTICS GREAT LAKES, INC.-ARMORED CAR SERVICES AGREEMENT-2009 | | 04/30/2019 | SHCLCW4142 | $ - |
| 237 | SEARS, ROEBUCK AND CO. | GATEWAY FAIRVIEW, INC. | GROUND LEASE | | 10/05/2021 | | $ - |
| 238 | SEARS, ROEBUCK AND CO. | GE GOSCHA & REAL ESTATE EQUITY GROUP | MASTER LEASE | | 12/11/2022 | S67036-8-C | $ 11,478 |
| 239 | A&E FACTORY SERVICE, LLC | GENERAL ELECTRIC COMPANY | SIXTH AMENDMENT TO SERVICE AGREEMENT | 10/01/2012 | 09/30/2019 | | $ - |
| 240 | SHC LICENSED BUSINESS LLC | GEORGE FREDERICK KOERBER, D.D.S | SECOND AMENDMENT TO LEASE AGREEMENT SEPTEMBER 14, 2015,TO LEASE AGREEMENT DATEDJANUARY 1, 2000, | | 12/31/2021 | | $ - |
| 241 | KMART CORPORATION;SEARS, ROEBUCK AND CO.;SEARS OPERATIONS LLC;KMART OPERATIONS LLC | GEORGE J. KULIK P.E., P.C. | MASTER GENERAL CONSULTING SERVICES AGREEMENT | | 12/28/2018 | | $ - |
| 242 | FLORIDA BUILDER APPLIANCES, INC. | GESTIDO CONSTRUCTION | BONTANIKO@WESTON | 11/3/12-11/13/17 | 12/31/2018 | | $ - |
| 243 | SEARS, ROEBUCK AND CO. | GGP | MASTER LEASE | | 09/24/2046 | S2092-6-A | $ 5,065 |
| 244 | SEARS, ROEBUCK AND CO. | GGP | MASTER LEASE | | 09/24/2046 | S1040-1-A | $ 20,258 |
| 245 | SEARS OPERATIONS LLC | GGP JV | MASTER LEASE | | 11/01/2018 | S1355-12-A | $ - |
| 246 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE INC | HOME SERVICES - GOOGLE - SUITE360 - ORDER FORM - 2018 | | 05/31/2020 | CW2334749 | $ - |
| 247 | SEARS HOLDINGS MANAGEMENT CORPORATION | GORSKI-OSTERHOLDT INC. | MASTER SOFTWARE AND SERVICES AGREEMENT | | Not Applicable | | $ 73,912 |