IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* <br><br> SEARS HOLDINGS CORPORATIONS[1], et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br> (Jointly Administered) <br><br> Re: Docket No. 1774 <br><br> Obj. Deadline: January 31, 2019 at 4:00 p.m. (ET) |

**OBJECTION OF TRINET ESSENTIAL FACILITIES XXVII, INC. TO SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION**

Landlord Trinet Essential Facilities XXVII, Inc. ("Trinet"), by and through its undersigned counsel, respectfully submits this objection and reservation of rights (the "Objection") to the Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transactions (the "Notice") [Docket No. 1774]. In support of this Objection, Trinet represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**BACKGROUND**

1. On October 15, 2018, the above captioned debtors and debtors-in-possession (collectively hereafter, "Debtors") filed their voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code.

2. Trinet is the lessor for the non-residential property commonly known as 8440 South Hardy Drive, Warner Crossing Building C, Tempe, Arizona (the "Property") pursuant to the Lease Agreement, dated February 13, 1997 and amended from time to time, including the Third Amendment to Lease, dated as of June 26, 2015 (collectively, the "Lease").

3. On January 23, 2019, Debtors filed and served the Notice proposing the potential assumption and assignment of the Lease in conjunction with the Global Asset Sale Transaction and providing a cure amount. Objections to said Notice are due on January 31, 2019.

**OBJECTION**

4. Trinet objects to the proposed cure amount of $52,217.50 as it is incorrect. The correct amount due as of February 1, 2019 is $76,199.46 (the "Cure Amount") as per the accounting attached hereto as Exhibit A. The amounts due consist of the February 2019 rent, 2018 CAM charges and various over and under payments by the Debtors.

5. The Cure Amount represents the amounts due to Trinet as of February 1, 2019. If the Cure Amount increases prior to any approved assumption and assignment of the Lease, Trinet reserves all rights to amend or supplement the Cure Amount.

6. The asset purchase agreement ("APA") between Debtors and Buyer [Docket No. 1730] provides that the Buyer may assign the subject leases to "Assignees" identified by the Buyer. APA sections 2.7(a) and 5.2(a). "Assignees" is broadly defined in the APA and thus a proposed assignee of Trinet's Lease may not be adequately disclosed at this time. To the extent

the proposed Assignee is not the Buyer, Trinet is entitled to receive adequate assurance information from a newly designated Assignee and reserves all rights to object further to the proposed assignment if the newly designated Assignee fail to prove it can perform all obligations under the Lease.

## **RESERVATION OF RIGHTS**

7. Trinet reserves all rights under the Lease, the Bankruptcy Code, or applicable law, including but not limited to supplementing or modifying its Cure Amount, to object to an improperly designated Assignee or assert any further objections as Trinet may deem to be appropriate.

## **JOINDER**

8. Trinet joins in the objections to the Debtors' requested relief asserted by other landlords and parties-in-interest to the extent said objections are not inconsistent with those asserted herein by Trinet.

## **CONCLUSION**

9. WHEREFORE, Trinet respectfully requests the Court to sustain Trinet's objections and require the assumption and assignment of the Lease be conditioned upon the prompt payment of the Cure Amount and the ongoing performance of the Debtors or the Assignee of all Lease terms. Trinet also requests it be granted such other and further relief as the Court deems appropriate.

Dated: January 30, 2019                    LUBIN OLSON & NIEWIADOMSKI LLP


By: */s/ Dennis D. Miller*
Dennis D. Miller, Cal. Bar No. 138669
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Tel:  (415) 981-0550
Fax: (415) 981-4343
Email:  dmiller@lubinolson.com

ATTORNEYS FOR CREDITOR
Trinet Essential Facilities XXVII, Inc.

1/28/2019 11:13 AM

## Aging Detail

DB Caption: **Live** ISTAR   Tenant: t0000071   Status: Current, Past, Future   Age As Of: 02/28/2019   Post To: 02/2019

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Warner Crossing 8440 (pwarn844)** | | | | | | | | | | | | | | |
| **Sears, Roebuck and Company (t0000071)** | | | | | | | | | | | | | | |
| pwarn844 | | Sears, Roebuck and Company | Current | R-8643 | Prepay | 3/6/2018 | 03/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,708.00 | -2,708.00 |
| pwarn844 | | Sears, Roebuck and Company | Current | R-9106 | Prepay | 4/3/2018 | 04/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -143.06 | -143.06 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-15976 | OPP | 7/31/2018 | 07/2018 | 13,676.42 | 0.00 | 0.00 | 0.00 | 13,676.42 | 0.00 | 13,676.42 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-15977 | STX | 7/31/2018 | 07/2018 | 314.56 | 0.00 | 0.00 | 0.00 | 314.56 | 0.00 | 314.56 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-15978 | REP | 7/31/2018 | 07/2018 | -1,783.14 | 0.00 | 0.00 | 0.00 | -1,783.14 | 0.00 | -1,783.14 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-15979 | STX | 7/31/2018 | 07/2018 | -41.02 | 0.00 | 0.00 | 0.00 | -41.02 | 0.00 | -41.02 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-15980 | INP | 7/31/2018 | 07/2018 | 594.09 | 0.00 | 0.00 | 0.00 | 594.09 | 0.00 | 594.09 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-15981 | STX | 7/31/2018 | 07/2018 | 13.67 | 0.00 | 0.00 | 0.00 | 13.67 | 0.00 | 13.67 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-18071 | BRO | 12/1/2018 | 12/2018 | 0.01 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-18901 | INC | 1/1/2019 | 01/2019 | 28.80 | 0.00 | 28.80 | 0.00 | 0.00 | 0.00 | 28.80 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-18902 | STX | 1/1/2019 | 01/2019 | 0.66 | 0.00 | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-18905 | OPC | 1/1/2019 | 01/2019 | 445.00 | 0.00 | 445.00 | 0.00 | 0.00 | 0.00 | 445.00 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-18906 | STX | 1/1/2019 | 01/2019 | 10.24 | 0.00 | 10.24 | 0.00 | 0.00 | 0.00 | 10.24 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-18907 | REC | 1/1/2019 | 01/2019 | 51.00 | 0.00 | 51.00 | 0.00 | 0.00 | 0.00 | 51.00 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-18908 | STX | 1/1/2019 | 01/2019 | 1.17 | 0.00 | 1.17 | 0.00 | 0.00 | 0.00 | 1.17 |
| pwarn844 | | Sears, Roebuck and Company | Current | R-12976 | Prepay | 1/14/2019 | 01/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -23.14 | -23.14 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19477 | BRO | 2/1/2019 | 02/2019 | 52,217.50 | 52,217.50 | 0.00 | 0.00 | 0.00 | 0.00 | 52,217.50 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19478 | STX | 2/1/2019 | 02/2019 | 1,201.00 | 1,201.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,201.00 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19479 | INC | 2/1/2019 | 02/2019 | 437.80 | 437.80 | 0.00 | 0.00 | 0.00 | 0.00 | 437.80 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19480 | STX | 2/1/2019 | 02/2019 | 10.07 | 10.07 | 0.00 | 0.00 | 0.00 | 0.00 | 10.07 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19481 | MGT | 2/1/2019 | 02/2019 | 1,250.38 | 1,250.38 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.38 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19482 | STX | 2/1/2019 | 02/2019 | 28.76 | 28.76 | 0.00 | 0.00 | 0.00 | 0.00 | 28.76 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19483 | OPC | 2/1/2019 | 02/2019 | 3,711.00 | 3,711.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,711.00 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19484 | STX | 2/1/2019 | 02/2019 | 85.35 | 85.35 | 0.00 | 0.00 | 0.00 | 0.00 | 85.35 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19485 | REC | 2/1/2019 | 02/2019 | 6,667.00 | 6,667.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,667.00 |
| pwarn844 | | Sears, Roebuck and Company | Current | C-19486 | STX | 2/1/2019 | 02/2019 | 153.34 | 153.34 | 0.00 | 0.00 | 0.00 | 0.00 | 153.34 |
| | | **Sears, Roebuck and Company** | | | | | | **79,073.66** | **65,762.20** | **536.87** | **0.01** | **12,774.58** | **-2,874.20** | **76,199.46** |
| **pwarn844** | | | | | | | | **79,073.66** | **65,762.20** | **536.87** | **0.01** | **12,774.58** | **-2,874.20** | **76,199.46** |
| **Grand Total** | | | | | | | | **79,073.66** | **65,762.20** | **536.87** | **0.01** | **12,774.58** | **-2,874.20** | **76,199.46** |

UserId : cilentol Date : 1/25/2019 Time : 2:58 PM

Page 1 of 1

**EXHIBIT A**