Dennis D. Miller (Cal. Bar No. 138669)
**LUBIN OLSON & NIEWIADOMSKI LLP**
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Tel:  (415) 981-0550
Fax: (415) 981-4343
Email:  dmiller@lubinolson.com

Attorneys for Creditor
Trinet Essential Facilities XXVII, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| SEARS HOLDINGS CORPORATIONS[1], et al. | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2019 I caused my law firm's staff to electronically file the Objection of Trinet Essential Facilities XXVII, Inc. to Supplemental Notice of Cure

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction (the "Objection") with the Clerk of the Bankruptcy Court, which sent notification of such filing to all CM/ECF system participants. I also caused my law firm's staff to serve a copy of the Objection by email on January 30, 2019 on the Master Service on the individuals listed below by the indicated method of service, and by regular U.S. Mail on January 30, 2019 on the individuals listed below by the indicated method of service.

Dated: January 30, 2019

Respectfully submitted,

LUBIN OLSON & NIEWIADOMSKI LLP

By: */s/ Dennis D. Miller*
    Dennis D. Miller, Cal. Bar No. 138669
    The Transamerica Pyramid
    600 Montgomery Street, 14th Floor
    San Francisco, CA 94111
    Tel: (415) 981-0550
    Fax: (415) 981-4343
    Email: dmiller@lubinolson.com

    ATTORNEYS FOR CREDITOR
    Trinet Essential Facilities XXVII, Inc.

**VIA EMAIL:**
I.    Bid Notice Parties
    a. Debtors:
            i. Rob Riecker: rob.riecker@searshc.com
            ii. Luke Valentino: luke.valentino@searshc.com
            iii. Mohsin Meghji: mmeghji@miiipartners.com
            iv. General Counsel: counsel@searshc.com

    b. Debtors' counsel:
            i. Ray Schrock, Esq.: ray.schrock@weil.com
            ii. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
            iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
            iv. Sunny Singh, Esq.: sunny.singh@weil.com
            v. Ellen J. Odoner, Esq.: ellen.odoner@weil.com
            vi. Gavin Westerman, Esq.: gavin.westerman@weil.com

    c. Debtors' investment banker:
            i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

2

II. Buyer Parties
    a. Buyer:
        i. Kunal S. Kamlani: kunal@eslinvest.com
        ii. Harold Talisman: harold@eslinvest.com

    b. Counsel:
        i. Christopher E. Austin, Esq.: caustin@cgsh.com
        ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        iii. Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America:
        i. Paul Leake, Esq.: paul.leake@skadden.com
        ii. Shana Elberg, Esq.: shana.elberg@skadden.com
        iii. George Howard, Esq.: george.howard@skadden.com
    b. Wells Fargo Bank:
        i. Kevin J. Simard, Esq.: ksimard@choate.com
        ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com

IV. Standard Parties
    a. Citibank N.A.:
        i. Marshall S. Huebner, Esq.: marshall.huebner@davispolk.com
        ii. Eli J. Vonnegut, Esq.: eli.vonnegut@davispolk.com
    b. Computershare Trust Company, N.A.:
        i. Eric R. Wilson, Esq.: ewilson@kelleydrye.com
        ii. Benjamin D. Feder, Esq.: bfeder@kelleydrye.com
    c. Wilmington Trust:
        i. Edward M. Fox, Esq.: emfox@seyfarth.com
    d. The Bank of New York Mellon Trust Company :
        i. James Gadsden, Esq.: gadsden@clm.com
    e. Pension Benefit Guaranty Corporation:
        i. Brian A. Raynor, Esq.: braynor@lockelord.com
    f. Official Committee of Unsecured Creditors:
        i. Philip C. Dublin, Esq.: pdublin@akingump.com
        ii. Ira Dizengoff, Esq.: idizengoff@akingump.com
        iii. Sara Lynne Brauner, Esq.: sbrauner@akingump.com

**V. VIA REGULAR FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn:   Paul Schwartzberg, Esq.

3

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, Esq.
      Jacqueline Marcus, Esq.
      Garrett A. Fail, Esq.
      Sunny Singh, Esq.

Transform Holdco, LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani
      Harold Talisman

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Christopher E. Austin, Esq.
      Benet J. O'Reilly, Esq.
      Sean A. O'Neal, Esq.