WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
**In re**                                              :          **Chapter 11**
:
**SEARS HOLDINGS CORPORATION,** *et al.*,   :          **Case No. 18-23538 (RDD)**
:
**Debtors.**[1]                           :          **(Jointly Administered)**
:
-------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**STATEMENT OF THE DEBTORS CERTIFYING
COMPLIANCE WITH ORDER AUTHORIZING DEBTORS TO
EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE
OF BUSINESS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

On November 16, 2018, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")[2] entered an *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 794) (the "**OCP Order**") authorizing Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE NOTICE** that the Debtors hereby certify compliance with the terms of the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that the following fees and expenses were paid to Ordinary Course Professionals from October 15, 2018 through December 31, 2018:

**Tier 1 Ordinary Course Professionals**

| Professional | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| | October 2018 | November 2018 | December 2018 | Total |
| Baker & Hostetler LLP | - | - | $2,009.40 | $2,009.40 |
| Quarles & Brady LLP | - | - | 353.70 | 353.70 |
| Schuster Aguiló LLC | - | - | 3,404.60 | 3,404.60 |
| **Total** | **-** | **-** | **$5,767.70** | **$5,767.70** |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Motion of Debtors for Authority to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* (ECF No. 396).

2

WEIL:\96895646\1\73217.0004

**Tier 2 Ordinary Course Professionals**

| Professional | Fees and Expenses Paid In | | | |
| --- | --- | --- | --- | --- |
| | October 2018 | November 2018 | December 2018 | Total |
| Akerman LLP | - | - | $450.00 | $450.00 |
| Dykema Gossett, PLLC | - | - | 12,000.00 | 12,000.00 |
| Ward, Hocker & Thornton, PLLC | - | - | 571.81 | 571.81 |
| **Total** | **-** | **-** | **$13,021.81** | **$13,021.81** |

Dated:  January 30, 2019
       New York, New York

                               /s/ Jessica Liou
                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York  10153
                               Telephone:  (212) 310-8000
                               Facsimile:  (212) 310-8007
                               Ray C. Schrock, P.C.
                               Jacqueline Marcus
                               Garrett A. Fail
                               Sunny Singh
                               Jessica Liou

                               *Attorneys for Debtors*
                               *and Debtors in Possession*

WEIL:\96895646\1\73217.0004