# Exhibit A

21458275.1

| Database: | CPROP20 | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|
| | | | Cabot (cprop20) | | | Date: | 1/24/2019 |
| BLDG: | 05OH1M03 | | 1615 Georgesville Road | | | Time: | 01:06 PM |
| | | | Date: 1/31/2019 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

05OH1M03-CP0054 **Innovel Solutions, Inc.**  Master Occupant Id: CPINNO05-1    Day Due: 1    Delq Day: 10
Innovel Solutions, Inc.    1    Current    Last Payment: 1/7/2019    29,326.78

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 3/1/2018 | RNT | Monthly Net Rent | CH | 220.02 | 0.00 | 0.00 | 0.00 | 0.00 | 220.02 |
| 4/1/2018 | RNT | Monthly Net Rent | CH | 5,389.34 | 0.00 | 0.00 | 0.00 | 0.00 | 5,389.34 |
| 4/19/2018 | PPI | A/R-P/T P/Y-Ins Billed | NC | -52.57 | 0.00 | 0.00 | 0.00 | 0.00 | -52.57 |
| 4/19/2018 | PPO | A/R -P/T P/Y Op Exp Bill | CH | 2,931.13 | 0.00 | 0.00 | 0.00 | 0.00 | 2,931.13 |
| 4/19/2018 | PPT | A/R-P/T P/Y RE Tax Bill | NC | -117.00 | 0.00 | 0.00 | 0.00 | 0.00 | -117.00 |
| 6/1/2018 | PTX | Add'l Rent-Real Est. Tax | CH | 146.68 | 0.00 | 0.00 | 0.00 | 0.00 | 146.68 |
| 7/1/2018 | POP | Add'l Rent- Operating Ex | CH | 73.34 | 0.00 | 0.00 | 0.00 | 0.00 | 73.34 |
| 8/1/2018 | POP | Add'l Rent- Operating Ex | CH | 73.34 | 0.00 | 0.00 | 0.00 | 0.00 | 73.34 |
| 9/1/2018 | PTX | Add'l Rent-Real Est. Tax | CH | 73.34 | 0.00 | 0.00 | 0.00 | 0.00 | 73.34 |
| 10/1/2018 | POP | Add'l Rent- Operating Ex | CH | 73.34 | 0.00 | 0.00 | 0.00 | 0.00 | 73.34 |
| 11/1/2018 | POP | Add'l Rent- Operating Ex | CH | 73.34 | 0.00 | 0.00 | 0.00 | 73.34 | 0.00 |
| 12/1/2018 | POP | Add'l Rent- Operating Ex | CH | 73.34 | 0.00 | 0.00 | 73.34 | 0.00 | 0.00 |
| 1/1/2019 | POP | Add'l Rent- Operating Ex | CH | 3,812.33 | 3,812.33 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Category | Description | | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| | POP | Add'l Rent- Operating Ex | | 4,179.03 | 3,812.33 | 0.00 | 73.34 | 73.34 | 220.02 |
| | PPI | A/R-P/T P/Y-Ins Billed | | -52.57 | 0.00 | 0.00 | 0.00 | 0.00 | -52.57 |
| | PPO | A/R -P/T P/Y Op Exp Bill | | 2,931.13 | 0.00 | 0.00 | 0.00 | 0.00 | 2,931.13 |
| | PPT | A/R-P/T P/Y RE Tax Bill | | -117.00 | 0.00 | 0.00 | 0.00 | 0.00 | -117.00 |
| | PTX | Add'l Rent-Real Est. Tax | | 220.02 | 0.00 | 0.00 | 0.00 | 0.00 | 220.02 |
| | RNT | Monthly Net Rent | | 5,609.36 | 0.00 | 0.00 | 0.00 | 0.00 | 5,609.36 |
| **Innovel Solutions, Inc. Total:** | | | | **12,769.97** | **3,812.33** | **0.00** | **73.34** | **73.34** | **8,810.96** |
| | POP | Add'l Rent- Operating Ex | | 4,179.03 | 3,812.33 | 0.00 | 73.34 | 73.34 | 220.02 |
| | PPI | A/R-P/T P/Y-Ins Billed | | -52.57 | 0.00 | 0.00 | 0.00 | 0.00 | -52.57 |
| | PPO | A/R -P/T P/Y Op Exp Bill | | 2,931.13 | 0.00 | 0.00 | 0.00 | 0.00 | 2,931.13 |
| | PPT | A/R-P/T P/Y RE Tax Bill | | -117.00 | 0.00 | 0.00 | 0.00 | 0.00 | -117.00 |
| | PTX | Add'l Rent-Real Est. Tax | | 220.02 | 0.00 | 0.00 | 0.00 | 0.00 | 220.02 |
| | RNT | Monthly Net Rent | | 5,609.36 | 0.00 | 0.00 | 0.00 | 0.00 | 5,609.36 |
| **BLDG 05OH1M03 Total:** | | | | **12,769.97** | **3,812.33** | **0.00** | **73.34** | **73.34** | **8,810.96** |
| | POP | Add'l Rent- Operating Ex | | 4,179.03 | 3,812.33 | 0.00 | 73.34 | 73.34 | 220.02 |
| | PPI | A/R-P/T P/Y-Ins Billed | | -52.57 | 0.00 | 0.00 | 0.00 | 0.00 | -52.57 |
| | PPO | A/R -P/T P/Y Op Exp Bill | | 2,931.13 | 0.00 | 0.00 | 0.00 | 0.00 | 2,931.13 |
| | PPT | A/R-P/T P/Y RE Tax Bill | | -117.00 | 0.00 | 0.00 | 0.00 | 0.00 | -117.00 |
| | PTX | Add'l Rent-Real Est. Tax | | 220.02 | 0.00 | 0.00 | 0.00 | 0.00 | 220.02 |
| | RNT | Monthly Net Rent | | 5,609.36 | 0.00 | 0.00 | 0.00 | 0.00 | 5,609.36 |
| | | **Grand Total:** | | **12,769.97** | **3,812.33** | **0.00** | **73.34** | **73.34** | **8,810.96** |