UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re :

**SEARS HOLDINGS CORPORATION, et al.**[1] :

**Debtors**

------------------------------------------------------------

Case No. 18-23538 (RDD)

Chapter 11
(Jointly Administered)

## SUPPLEMENTAL OPPOSITION
## TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION

TO THE HONORABLE COURT:

Creditor and landlord of Kmart store in Frederiksted, VI (Store # 7413) referred to in various papers as SUNSHINE SHOPPING CENTER INC, MALL OF SAINT CROIX, SUNSHINE MALL, and HATIM YUSUF, through its undersigned attorney respectfully states and prays:

1. On 1/23/2019 we received debtor's NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION (Dkt. 1731) without the exhibits.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identificationnumber, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart OperationsLLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC LicensedBusiness LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden,LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); KmartCorporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); SearsHoldings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears HomeImprovement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859);Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp.(0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHCPromotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc.(6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan,Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC(8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company,LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com,Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears BrandsManagement Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporateheadquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

1

2. On 1/25/2019 the appearing landlord (Store # 7413) filed a limited objection to preserve rights (Dkt. 1929) regarding the evident insufficiency of the proposed cure amount of $65,036 to cover amounts due under the contract.

3. Said limited objection is hereby supplemented by stating the amounts outstanding as of November 2018, totaling $100,522.58 (see attached itemization.), exclusive of other obligations of specific performance (such as post hurricane repairs), still underway, but currently incomplete.[2]

4. As stated in our objection, the appearing landlord reserves its right to contest any assumption which does not comply with the curing of any and all defaults, as mandated by §365, including any amounts that may become due under the Leases after the Leases are assumed, but which may relate to the pre-assumption period (i.e., real estate tax and common area maintenance reconciliations).

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

In San Juan, Puerto Rico, on January 31, 2019

EDGARDO MUÑOZ, PSC
364 Calle Lafayette
San Juan PR 00917-3113
Tel. (787) 753-3888

**s/ EDGARDO MUÑOZ**
USDC (PR) NO. 125713
emunozPSC@gmail.com

SearsMSC-OppNoProSe-CureNoticeSUPPLEMENTAL.wpd

---

[2] The parties have been in conversations regarding a consensual adjustment of rent, as part of the pre-auction endeavors by Debtor.

2

**Kmart #7413**

| Date | Inv# | Descript | Amount |
|---|---|---|---|
| 1/1/2010 | 93 | Water Meter | 2,000.00 |
| 7/1/2018 | 118-904 | CAM June | 3,139.25 |
| 8/1/2018 | 118-916 | Water | 953.57 |
| 8/1/2018 | 118-918 | CAM July | 3,711.39 |
| 9/1/2018 | 118-923 | CAM Aug | 4,651.31 |
| 9/3/2018 | 118-924 | Water | 995.67 |
| 9/27/2018 | 118-923D | Freight Charges | 5,070.00 |
| 9/30/2018 | | Percentage Rent due | 24,283.88 |
| 10/1/2018 | 118-930 | Water | 751.49 |
| 10/1/2018 | 118-935 | CAM Sept | 3,267.81 |
| 10/1/2018 | | Pre Petition October Rent | 33,633.21 |
| 11/28/2019 | CLH001550E | Carrier Credit Services | 9,625.00 |
| 11/28/2018 | CLV01091E | Carrier Credit Services | 8,470.00 |
| | | | 100,552.58 |