# United States Bankruptcy Court

Southern District of New York

<u>In re:</u> **Sears Holdings Corporation**                          <u>Case No.</u>: **18-23538**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| <u>**Hain Capital Investors Master Fund, Ltd**</u> | **BST International Fashion, Ltd**<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent<br>**Hain Capital Investors Master Fund, Ltd**<br>**301 Route 17, 7th Floor**<br>**Rutherford, NJ 07070**<br>**Attn: Cheryl Eckstein**<br>Phone: **(201) 896 - 6100**<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>**BST International Fashion, Ltd**<br>**c/o Edward L Schnitzer**<br>**CKR Law LLP**<br>**1330 Avenue of the Americas, 14th Floor**<br>**New York, NY 10019** |

**Court Claim # (if known): 7967**
**Amount of claim to transfer: $342,783.60**
**Court Claim # (if known): 7960**
**Amount of claim to transfer: $1,781,633.92**
**Date Claim Filed: 1/23/19**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cheryl Eckstein                          Date: 1/31/19
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                              CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, BST International Fashion Ltd ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Investors Master Fund, Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of **$342,783.60** associated with proof of claim number __7967__ (the "Claim") against Kmart Corporation (the "Debtor"), Chapter 11 Case No. 18-23549 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee, and all further notices shall be delivered to Assignee, with a copy of such notices to:

BST International Fashion Ltd
c/o Edward L. Schnitzer
CKR Law LLP
1330 Avenue of the Americas, 14th Floor
New York, New York 10019

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __28__ day of __January__, 2019.

| BST International Fashion Ltd | HAIN CAPITAL INVESTORS MASTER FUND, LTD |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Name: SHRINIVASAN ARUNACHALAM | Name: Robert Koltai |
| Title: DIRECTOR | Title: Manager |

{00210364.2 / 2009.006}

**EVIDENCE OF TRANSFER OF CLAIM**

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, BST International Fashion Ltd ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Investors Master Fund, Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of **$1,781,633.92** associated with proof of claim number 7960 (the "Claim") against Sears, Roebuck and Co. (the "Debtor"), Chapter 11 Case No. 18-23537 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that  all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee, and all further notices shall be delivered to Assignee, with a copy of such notices to:

BST International Fashion Ltd
c/o Edward L. Schnitzer
CKR Law LLP
1330 Avenue of the Americas, 14th Floor
New York, New York 10019

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28 day of January, 2019.

| BST International Fashion Ltd | HAIN CAPITAL INVESTORS MASTER FUND, LTD |
|---|---|
| By: _____ | By: _____ |
| Name: SHRINIVASAN ARUNACHALAM | Name: Robert Koltai |
| Title: DIRECTOR | Title: Manager |