**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                            :
                                                 :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,        :
                                                 :    **Case No. 18-23538 (RDD)**
                                                 :
    Debtors.                                     :    **(Jointly Administered)**
---------------------------------------------------------------x

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Motion for Relief from Automatic Stay filed by Corrina Kenwisher, a Creditor in the above styled and numbered cause, is set for hearing on **March 21, 2019 at 10:00 A.M.** in the United States Bankruptcy Court, Southern District of New York.

Respectfully submitted,

**LAW OFFICES OF THOMAS J. HENRY**
521 Starr Street
Corpus Christi, Texas 78401
Telephone: 361-985-0600
Facsimile: 361-985-0601

BY:    *[signature: Russell Jackson]*
       Russell T. Jackson
       Texas State Bar No. 24069978
       U.S. Southern District (Texas) No. 1072039
       Email address: *rjackson@tjhlaw.com*
       **\*E-service address:** *rjackson-svc@tjhlaw.com*
       **ATTORNEY FOR CREDITOR**
       **CORRINA KENWISHER**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the above and forgoing was served on all parties and/or attorneys of record via ***CM/ECF*** on this 31st day of January , 2019. Debtors' counsel in the State Court Action is likewise copied in the manner indicated below.

*/s/ Russell Jackson*
_____
Russell T. Jackson

**Via Email: katonal@ckl-lawyers.com**
Les Katona, Jr.
CAVAREITA, KATONA & LEIGHNER, PLLC
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 588-2901
Facsimile: (210) 588-2908
**ATTORNEY FOR DEFENDANTS ABRAHAM GONZALES, SEARS HOLDINGS MANAGEMENT CORPORATION, and SEARS, ROEBUCK AND CO.**