# EXHIBIT A

# PENDING SEALING MOTION (ECF DOCKET NO. 2142)