# EXHIBIT A

| Database: | RDMANAGEMENT | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | RD Management Company | | | | Date: | 1/30/2019 |
| BLDG: | 627-74 | | MFB UNIVERSITY MALL LLC (TIC) | | | | Time: | 4:00 PM |
| | | | Date: 1/30/2019 | | | | | |

| Invoice Date | Category | | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|

**627-74/74A**   **SEARS HOLDINGS CORP. #1465**   Master Occupant Id: 74A-1   Last Payment: 12/11/2018   47,827.55   Payment Plan: N   Bankrupt: Y
Suite: A   Status: Current   Rent Start: 3/1/2018   Expiration: 3/1/2021   Security Deposit:   Rent Amount: 40,833.35

| Invoice Date | Cat | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2018 | CAM | CAM ESCROW | - Mar-Oct 2018 CAM escrows | CH | 4,333.44 | 0.00 | 0.00 | 0.00 | 4,333.44 | 0.00 |
| 10/25/2018 | Z1 | SALES TAX | - 6.8% S. tax on Mar-Oct 18 CAM | CH | 294.64 | 0.00 | 0.00 | 0.00 | 294.64 | 0.00 |
| 11/1/2018 | FIR | FIRE INS | - AUTOCHRG @T11/30/2018 | CH | 309.98 | 0.00 | 0.00 | 0.00 | 309.98 | 0.00 |
| 11/1/2018 | Z1 | SALES TAX | - CURR for FIR | CH | 268.53 | 0.00 | 0.00 | 0.00 | 268.53 | 0.00 |
| 12/1/2018 | CAM | CAM ESCROW | - AUTOCHRG @T12/31/2018 | CH | 273.15 | 0.00 | 0.00 | 273.15 | 0.00 | 0.00 |
| 12/1/2018 | Z1 | SALES TAX | - CURR for CAM | CH | 36.83 | 0.00 | 0.00 | 36.83 | 0.00 | 0.00 |
| 12/1/2018 | Z1 | SALES TAX | - CURR for FIR | CH | 268.53 | 0.00 | 0.00 | 268.53 | 0.00 | 0.00 |
| 1/1/2019 | CAM | CAM ESCROW | - AUTOCHRG @T1/31/2019 | CH | 541.68 | 541.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/1/2019 | FIR | FIRE INS | - AUTOCHRG @T1/31/2019 | CH | 3,949.00 | 3,949.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/1/2019 | RNT | BASE RENT | - AUTOCHRG @T1/31/2019 | CH | 40,833.35 | 40,833.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/1/2019 | Z1 | SALES TAX | - CURR for RNT | CH | 3,348.33 | 3,348.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/1/2019 | Z1 | SALES TAX | - CURR for FIR | CH | 323.82 | 323.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/1/2019 | Z1 | SALES TAX | - CURR for CAM | CH | 44.42 | 44.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SEARS HOLDINGS CORP. #1465 Total:** | | | | | 54,825.70 | 49,040.60 | 0.00 | 578.51 | 5,206.59 | 0.00 |
| **BLDG 627-74 Total:** | | | | | 54,825.70 | 49,040.60 | 0.00 | 578.51 | 5,206.59 | 0.00 |
| | | | | **Grand Total:** | 54,825.70 | 49,040.60 | 0.00 | 578.51 | 5,206.59 | 0.00 |