## 5330 Crosswinds Drive Building, Columbus, Ohio

Amounts Currently Owed - Through January 31, 2019

| Expense | Amount |
|---|---|
| Jul 2018 Operating Expense Recoveries | $25,367.83 |
| Aug-Sept 2018 Operating Expense Recoveries | $31,329.90 |
| Oct-Dec 2018 Operating Expense Recoveries | $39,047.75 |
| Parcel 570-102689 real estate taxes (reimbursement for 1st 2018 half taxes paid in 1/2019) | $5,892.42 |
| Jan 2019 Estimated Expenses | $18,977.40 |
| Ice Miller Legal through December | $17,135.70 |
| Ice Miller Legal January (Est.) | $5,000.00 |
| **Total Currently Due** | **$142,751.00** |

Expenses incurred, but due at a future date

| Expense | Amount | Approx. Date Due |
|---|---|---|
| 570-102689 2nd half 2018 RE taxes | $5,892.42 | 6/15/2019 |
| 570-213092 2nd half 2018 RE taxes | $339,980.87 | 6/15/2019 |
| 570-234282 2nd half 2018 RE taxes | $4,686.29 | 6/15/2019 |
| 570-102689 Jan 2019 Estimated RE taxes | $982.07 | 1/15/2020 |
| 570-213092 Jan 2019 Estimated RE taxes | $56,663.48 | 1/15/2020 |
| 570-234282 Jan 2019 Estimated RE taxes | $781.05 | 1/15/2020 |
| **Total Due in Future** | **$408,986.18** | |

