Ralph R. Mabey (NY Bar No. 1993476)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: 801-328-3600
Facsimile: 801-212-2013
Email: rmabey@kmclaw.com

*Counsel for GFI-Glendale Investments Limited Partnership*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re SEARS HOLDINGS CORPORATION, *et al.*,[1] <br><br> Debtors. | Bankruptcy Case No. 18-23538 (RDD) <br><br> Chapter 11 <br><br> (Jointly Administered) |

**GFI-GLENDALE INVESTMENTS LIMITED PARTNERSHIP CURE CLAIM
OBJECTION FOR STORE NO. 30938 (GLENDALE, ARIZONA)**

GFI-Glendale Investments Limited Partnership ("GFI-Glendale") pursuant to the Order

Approving Global Bidding Procedures and Granting Related Relief, dated November 19, 2018

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

("Global Bidding Procedures Order") under Section 365(b) of the Bankruptcy Code for cure of defaults resulting from Kmart Corporation's proposed assumption and assignment of an unexpired nonresidential real property lease for Kmart Store No. 30938 located in Glendale, Arizona objects as follows:

1. On October 15, 2018 ("Petition Date"), Sears Holdings Corporation and several of its affiliates, including Kmart Corporation, filed voluntary petitions under chapter 11 of the Bankruptcy Code.

2. As of the Petition Date, GFI-Glendale was the landlord and Kmart Corporation ("Debtor") was the tenant under a lease of nonresidential real property located in Glendale, Arizona (Kmart Store No. 30938) dated as of March 12, 1993, and amended and modified from time to time ("Lease").

3. On January 23, 2019, the Debtor served GFI-Glendale with its Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction ("Assumption Notice"). See Docket No. 1774.

4. In the Assumption Notice, the Debtor indicated that the Lease may be assumed and assigned in connection with the sale of the Global Assets and asserted that no Cure Amount was due under the Lease.

5. The Debtor is in default of its monetary obligations under the Lease, including Sections 4 and 14 of the Lease, to pay real estate taxes and obligations for repairs and maintenance.

6. GFI-Glendale's monetary cure claim as of the filing of this Cure Claim Objection with respect to the Lease is an amount not less than $262,959.91.

7. The categorical breakdown of the monetary cure claim is as follows:

| Category | Amount |
|---|---|
| Real estate taxes for the period of January 1, 2018 – December 31, 2018 with Maricopa County Treasurer's Office, AZ | $161,397.01 related to property at 6767 W Bell RD, Glendale, AZ as described in **Exhibit A**.<br><br>$862.90 related to certain lot 1 and described in **Exhibit A**. |
| Estimated repairs and maintenance costs | $100,000.00 – for estimated repairs and maintenance, not limited to, the following: frontage access between parking lot and pads, landscaping, parking curbs, parking lot lights. |
| **TOTAL** | **An amount not less than $262,959.91** |

8. To assume the Lease, the Debtor must cure the aforementioned defaults.

9. This Cure Claim Objection is without prejudice to the fact that other and additional cure claim amounts (a) may exist and/or may become known at a future date and (b) will accrue on an ongoing basis between the filing of this Cure Claim Objection and any subsequent assumption of the Lease. GFI-Glendale expressly reserves its right to amend or supplement its Cure Claim Objection through and including the effective date of any proposed assumption and assignment of the Lease.

Dated: January 31, 2019

                                                  Respectfully submitted,

                                                  KIRTON MCCONKIE P.C.

                                                  By:   /s/ Ralph R. Mabey
                                                     Ralph R. Mabey (NY Bar No. 1993476)
                                                     *Counsel for GFI-Glendale Investments Limited*
                                                     *Partnership, a Utah limited partnership.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that on this 31st day of January, 2019, a true and correct copy of the foregoing *Objection* was electronically filed with the United States Bankruptcy Court for the Southern District of New York CM/ECF filing system and further certifies that the below listed are parties will be served:

**SERVICE LIST**

**VIA EMAIL**

I. Bid Notice Parties

    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.corn
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil,corn
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. garrett.fail@weil.com
        Sunny Singh, Esq. sunny.singh@weil.corn Ellen J.
        Odoner, Esq. Ellen.Odoner@weil.com
        Gavin Westerman, Esq. Gavin.Westerman@weil.com

    c. Debtors' investment banker:

        Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.corn

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Eiberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimardachoate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq.: idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Transform Holdco,
LLC c/o ESL
Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings
Corporation Attn:
General Counsel 3333
Beverly Road Hoffman
Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny
Singh  767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP  Attention: Christopher E. Austin,  Benet J. O'Reilly and Sean A. O'Neal  One Liberty Plaza
New York, NY 10006

        __/s/ Teena Sanders_____

# EXHIBIT A
(2018 Property Taxes)

4841-9658-6118, v. 2

18-23538-shl    Doc 2224    Filed 01/31/19    Entered 01/31/19 11:15:01    Main Document
Pg 7 of 9

**Maricopa County Treasurer's Office**

Royce T. Flora, Treasurer

## Tax Due 200-52-989 5

**Current Mailing Name & Address**
GFI-GLENDALE INVESTMENTS LTD PART
PO BOX 22799
HOUSTON, TX 77227

**Property (Situs) Address**
6767 W BELL RD
GLENDALE, AZ 85308

WE DO NOT PROVIDE FOR SCHEDULED PAYMENTS. PAYMENTS ARE PROCESSED THE DAY THEY ARE ENTERED.

Total amount due does not reflect any pending payments. Amount may change based on activity to this parcel.

**1. Select Tax Year:** 2018

**2. Select Payment Date**

To view an estimate of the amount due on a future date select a specific calendar date.

1/25/2019

### Estimated Tax Due if Paid By 1/25/2019

| Tax Breakdown | 1st Half | 2nd Half | Total |
|---|---|---|---|
| Tax Due: | $79,116.22 | $79,116.22 | $158,232.44 |
| Interest Due: | $3,164.57 | $0.00 | $3,164.57 |
| Fees Due: | $0.00 | $0.00 | $0.00 |
| Total Due: | $82,280.79 | $79,116.22 | $161,397.01 |

- Partial payments will be applied first to all interest and fees due, with the remaining payment balance applied to the tax amount.
- If you are delinquent on both 1st and 2nd Halves Due after the May delinquent date, you must add the interest and fees of both halves together when making a 1st Half Payment only.
- For payment terms and conditions, view our taxes due section on frequently asked questions.

## Maricopa County Treasurer's Office
**Royce T. Flora**, Treasurer

### Tax Due 200-52-012H 3

**Current Mailing Name & Address**
WGA - GLENDALE INC
C/O SEARS HOLDING CORP
3333 BEVERLY RD, DEPT. 36134
HOFFMAN ESTATES, IL 60179

**Legal Description**
Section/Lot 1  Township/Block 3N
Range/Tract 1E

TH PT LOT 1 (AKA NE4 NE4) SEC 1 DAF COM NE COR SD

WE DO NOT PROVIDE FOR SCHEDULED PAYMENTS. PAYMENTS ARE PROCESSED THE DAY THEY ARE ENTERED.

Total amount due does not reflect any pending payments. Amount may change based on activity to this parcel.

**1. Select Tax Year:** [ 2018 ▼ ]

**2. Select Payment Date**
To view an estimate of the amount due on a future date select a specific calendar date.

[ 1/25/2019 ]

### Estimated Tax Due if Paid By 1/25/2019

| Tax Breakdown | 1st Half | 2nd Half | Total |
|---|---|---|---|
| Tax Due: | $422.99 | $422.99 | $845.98 |
| Interest Due: | $16.92 | $0.00 | $16.92 |
| Fees Due: | $0.00 | $0.00 | $0.00 |
| Total Due: | $439.91 | $422.99 | $862.90 |

- Partial payments will be applied first to all interest and fees due, with the remaining payment balance applied to the tax amount.
- If you are delinquent on both 1st and 2nd Halves Due after the May delinquent date, you must add the interest and fees of both halves together when making a 1st Half Payment only.