NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: 212-318-3000
Facsimile: 212-318-3400
David A. Rosenzweig

*Attorneys for Living Spaces Furniture, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed as a legal assistant by the law firm of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, am not a party to this action and am over the age of eighteen.

2. On January 31, 2019, I caused to be served true and correct copies of the *Declaration of Jeff Seabrook in Support of Reservation of Rights and Limited Objection of Living Spaces Furniture, LLC* (Docket No. 2221) upon the parties identified on the attached Schedule A by electronic mail, and upon Bank of America, N.A., c/o Berkeley Research Group, LLC, 2200 Powell Street, Suite 1200, Emeryville, CA 94608 by first class mail, postage prepaid thereon.

CPAM: 33642143.1

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

          */s/ David M. Bava*
          David M. Bava

Sworn to before me this
31st day of January 2019

*/s/ Francisco Vazquez*
Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2022**

2

# SCHEDULE A – E-mail Service Parties

rob.riechker@searshc.com;
luke.valentino@searshc.com;
mmeghji@miiipartners.com;
counsel@searshc.com;
ray.schrock@weil.com;
jacqueline.marcus@weil.com;
garrett.fail@weil.com;
sunny.singh@weil.com;
ellen.odoner@weil.com;
gavin.westerman@weil.com;
project.blue.rx@lazard.com;
paul.leake@skadden.com;
shana.elberg@skadden.com;
george.howard@skadden.com;
ksimard@choate.com;
jmarshall@choate.com;
pdublin@akingump.com;
idizengoff@akingump.com;
aqureshi@akingump.com;
sbrauner@akingump.com;
kunal@eslinvest.com;
harold@eslinvest.com;
caustin@cgsh.com;
boreilly@cgsh.com;
soneal@cgsh.com;
paul.schwartzberg@usdoj.gov

CPAM: 33642143.1