UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 31, 2019, I caused to be served:

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF YODER-17TH STREET PROPERTIES, LLC TO DEBTORS' SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION**

Service was completed upon the Standard Parties, as defined in the Court's *Amended Order Implementing Certain Notice and Case Management Procedures*, dated November 1, 2018 [ECF No. 405]. Attached hereto is the Standard Parties service list and the method of service as indicated thereon.

Dated: January 31, 2019

/s/ William W. Weller
William W. Weller

SWORN AND SUBSCRIBED before me this 31th day of January, 2019.

_____
Notary

[Notary Seal: REBECCA ZERBE, MY COMMISSION EXPIRES JUNE 14, 2020, NOTARY PUBLIC STATE OF DELAWARE]

10727427/1

**VIA FIRST CLASS MAIL**
The Honorable Judge Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street, Room No. 248
White Plains, NY 10601

**VIA FIRST CLASS MAIL**
Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Attn: Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

**VIA E-MAIL**
Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
E-mail:  ray.schrock@weil.com
E-mail:  jacqueline.marcus@weil.com
E-mail:  garrett.fail@weil.com
E-mail:  sunny.singh@weil.com
[Counsel for the Debtors and Debtors in Possession]

**VIA E-MAIL**
Paul Schwartzberg, Esq.
Office of the United States Trustee
for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
E-mail:  paul.schwartzberg@usdoj.gov

**VIA E-MAIL**
Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
E-mail:  paul.leake@skadden.com
E-mail:  shana.elberg@skadden.com
E-mail:  george.howard@skadden.com
[Counsel for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent]

**VIA E-MAIL**
Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
E-mail:  marshall.huebner@davispolk.com
E-mail:  eli.vonnegut@davispolk.com
[Counsel for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility]

**VIA E-MAIL**
Sean A. O'Neal, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
E-mail:  soneal@cgsh.com
[Counsel for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility]

**VIA E-MAIL**
Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
E-mail: KDWBankruptcyDepartment@KelleyDrye.com
E-mail: bfeder@kelleydrye.com
E-mail: cliu@kelleydrye.com
[Counsel for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes]

**VIA E-MAIL**
Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
E-mail: emfox@seyfarth.com
[Counsel for for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes]

**VIA E-MAIL**
James Gadsden, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
E-mail: gadsden@clm.com
[Counsel for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes]

**VIA E-MAIL**
Brian A. Raynor, Esq.
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
E-mail: braynor@lockelord.com
[Counsel for the Pension Benefit Guaranty Corporation]

**VIA E-MAIL**
Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
E-mail: pdublin@akingump.com
E-mail: idizengoff@akingump.com
E-mail: sbrauner@akingump.com
[Counsel for the Official Committee of Unsecured Creditors]