Andrew L. Cole
Ilan Markus
LeClairRyan, PLLC
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut  06511
Telephone:  (203) 672-3212
Facsimile:  (203) 672-3231
ilan.markus@leclairryan.com

Counsel to the Concord Mall LP and Berkshire Mall LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Andrew L. Cole, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Concord Mall LP and Berkshire Mall LP (collectively the "Clients") in the above referenced case.

I certify that I am a member in good standing of the bars of the States of Delaware, Florida, Maryland and Virginia, and all federal district and bankruptcy courts in each said state.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: January 31, 2019    **LECLAIRRYAN, PLLC**
  Annapolis, Maryland

   /s/ Andrew L. Cole
  Andrew L. Cole, Esq.
  410 Severn Avenue, Suite 216
  Annapolis, MD 21403
  (443) 837-1135
  Email:  andrew.cole@leclairryan.com