**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Andrew L. Cole, to be admitted *pro hac vice*, to represent Concord Mall LP and Berkshire Mall LP (collectively the "Clients"), in their respective capacities as creditors, landlords and parties in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Delaware, Florida, Maryland and Virginia, and all federal district and bankruptcy courts in each said state, it is hereby:

ORDERED, that Andrew L. Cole, Esq., is admitted to practice *pro hac* vice, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
 _____, New York

/s/ _____
United States Bankruptcy Judge