**THOMPSON HINE LLP**
Curtis L. Tuggle
Jonathan S. Hawkins
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Telephone: 212.344.5680
Facsimile: 212.344.6101

*Counsel for Virginia Surety Company, Inc. and the Administration Agreement Parties*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | Chapter 11 |
| **SEARS HOLDING CORPORATION,** *et al.* | Case No. 18-23538-RDD |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned certifies that true and exact copies of the

(i) *Limited Objection and Reservation of Rights of the Administration Agreement Parties[2] to Debtors' Motion for Approval of Global Asset Sale Transaction and Assumption Notices* [Dkt. No. 2023]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] The "Administration Agreement Parties," for purposes of this limited objection, are, collectively, Federal Warranty Service Corporation, United Service Protection, Inc., Assurant Service Protection, Inc., and United Service Protection Corporation.

18-23538-shl    Doc 2229    Filed 01/31/19    Entered 01/31/19 11:50:56    Main Document
                                    Pg 2 of 2

    (ii)    *Limited Objection and Reservation of Rights of Virginia Surety Company, Inc. to Debtors' Motion for Approval of Global Asset Sale Transaction* [Dkt. No. 2027].

were served on the 26th day of January, 2019 by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: January 31, 2019

        */s/ Curtis L. Tuggle*
        Curtis L. Tuggle
        Jonathan S. Hawkins
        THOMPSON HINE LLP
        335 Madison Avenue, 12th Floor
        New York, New York 10017-4611
        Telephone: 212.344.5680
        Facsimile: 212.344.6101

        *Counsel for Virginia Surety Company, Inc. and the Administration Agreement Parties*