**EXHIBIT E**

**NW Northgate II LLC**

| Pre Petition 10/15/18 Outstanding Charges | | |
|---|---|---|
| Charge | Date | Amount |
| Storm Water Utility Chargeback | 9/14/2018 | $ 20.25 |
| Storm Water Utility Chargeback | 10/1/2018 | $ 40.50 |
| | | $ 60.75 |

| Post Petition Outstanding Charges | | |
|---|---|---|
| Charge | Date | Amount |
| General Liability | 1/1/2019 | $ 1,182.80 |
| Real Estate Tax | 1/1/2019 | $ 10,355.42 |
| Rent | 1/1/2019 | $ 37,917.67 |
| Pollution Policy Insurance | 1/23/2019 | $ 8,437.50 |
| | | $ 57,893.39 |

| **Total** | **$ 57,954.14** |
|---|---|