**EXHIBIT F**

**NW Centennial LLC**
**Sears #1331 - Centennial, CO**
Bankruptcy filed 10/15/18

| Pre Petition 10/15/18 Outstanding Charges | | |
|---|---|---|
| Charge | Date | Amount |
| N/A - None | | |
| | | $ - |

| Post Petition Outstanding Charges | | |
|---|---|---|
| Charge | Date | Amount |
| Tenant Rents | 12/1/2018 | $ 15.55 |
| Property Tax Recovery | 1/1/2019 | $ 604.80 |
| Prior Year Property Tax Recovery | 1/20/2019 | $ 21,445.24 |
| | | $ 22,065.59 |

| Total | $ 22,065.59 |
|---|---|