**EXHIBIT G**

**NW Springs Holdings, LLC**
**Sears #1221 Colorado Springs, CO**
Bankruptcy filed 10/15/18

| Pre Petition 10/15/18 Outstanding Charges | | |
|---|---|---|
| Charge | Date | Amount |
| Operating Expense Reimb | 7/1/2018 | 4,311.87 |
| Operating Expense Reimb | 8/1/2018 | 7,942.00 |
| Operating Expense Reimb | 9/1/2018 | 7,942.00 |
| Operating Expense Reimb (10/1/18-10/14/18) | 10/1/2018 | 3,586.71 |
| | | $ 23,782.58 |

| Post Petition Outstanding Charges | | |
|---|---|---|
| Charge | Date | Amount |
| Operating Expense Reimb (10/15/18-10/31/18) | 10/1/2018 | 4,355.29 |
| Operating Expense Reimb | 11/1/2018 | 7,942.00 |
| Operating Expense Reimb | 12/1/2018 | 7,942.00 |
| Insurance Recovery | 1/1/2019 | 206.33 |
| Operating Expense Reimb | 1/1/2019 | 7,942.00 |
| Property Tax Recovery | 1/1/2019 | 7,408.00 |
| Prior Yr. Property Tax Recovery | 1/20/2019 | 526.90 |
| | | $ 36,322.52 |

| Total | $ 60,105.10 |
|---|---|