UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 31, 2019, I caused to be served:

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF GREENSBORO LEASE MANAGEMENT, L.L.C. TO THE DEBTORS' SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO THE GLOBAL SALE TRANSACTION**

Service was completed upon the Standard Parties, as defined in the Court's *Amended Order Implementing Certain Notice and Case Management Procedures*, dated November 1, 2018 [ECF No. 405]. Attached hereto is the Standard Parties service list and the method of service as indicated thereon.

Dated: January 31, 2019

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 31th day of January, 2019.

_____
Notary

[Notary Seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES APRIL 14, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

10732739/1

**VIA FIRST CLASS MAIL**
The Honorable Judge Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street, Room No. 248
White Plains, NY 10601

**VIA FIRST CLASS MAIL**
Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Attn: Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

**VIA E-MAIL**
Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
E-mail: ray.schrock@weil.com
E-mail: jacqueline.marcus@weil.com
E-mail: garrett.fail@weil.com
E-mail: sunny.singh@weil.com
[Counsel for the Debtors and Debtors in Possession]

**VIA E-MAIL**
Paul Schwartzberg, Esq.
Office of the United States Trustee
for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
E-mail: paul.schwartzberg@usdoj.gov

**VIA E-MAIL**
Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
E-mail: paul.leake@skadden.com
E-mail: shana.elberg@skadden.com
E-mail: george.howard@skadden.com
[Counsel for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent]

**VIA E-MAIL**
Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
E-mail: marshall.huebner@davispolk.com
E-mail: eli.vonnegut@davispolk.com
[Counsel for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility]

**VIA E-MAIL**
Sean A. O'Neal, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
E-mail: soneal@cgsh.com
[Counsel for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility]

10732739/1

**VIA E-MAIL**
Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
E-mail: KDWBankruptcyDepartment@KelleyDrye.com
E-mail: bfeder@kelleydrye.com
E-mail: cliu@kelleydrye.com
[Counsel for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes]

**VIA E-MAIL**
Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
E-mail: emfox@seyfarth.com
[Counsel for for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes]

**VIA E-MAIL**
James Gadsden, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
E-mail: gadsden@clm.com
[Counsel for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes]

**VIA E-MAIL**
Brian A. Raynor, Esq.
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
E-mail: braynor@lockelord.com
[Counsel for the Pension Benefit Guaranty Corporation]

**VIA E-MAIL**
Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
E-mail: pdublin@akingump.com
E-mail: idizengoff@akingump.com
E-mail: sbrauner@akingump.com
[Counsel for the Official Committee of Unsecured Creditors]

10732739/1