GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Michael H. Goldstein
Barry Z. Bazian
*Counsel to Urban Edge Properties LP*
*and its subsidiaries*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **SEARS HOLDINGS CORPORATION,** *et al.***,** <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael H. Goldstein, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Urban Edge Properties LP and its subsidiaries (collectively, "Urban Edge") in the above-captioned chapter 11 cases.

***I certify that I am a member in good standing*** of the bars in the State of New York, the State of California, and the District of Columbia and have been admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, and the United States Court of Appeals for the Ninth Circuit.

ACTIVE/98263103.1

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   January 31, 2019
           New York, New York

                        /s/ Michael H. Goldstein
                        GOODWIN PROCTER LLP
                        The New York Times Building
                        620 Eighth Avenue
                        New York, New York 10018
                        T: 212.813.8800
                        F: 212.355.3333
                        Michael H. Goldstein
                        Barry Z. Bazian
                        mgoldstein@goodwinlaw.com
                        bbazian@goodwinlaw.com
                        *Counsel to Urban Edge Properties LP*
                        *and its subsidiaries*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.***,**<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael H. Goldstein (the "Movant"), to be admitted, ***pro hac vice***, to represent Urban Edge Properties LP and its subsidiaries (collectively, "Urban Edge") in the above-captioned chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing of the bars in the State of New York, the State of California, and the District of Columbia and has been admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, and the United States Court of Appeals for the Ninth Circuit, it is hereby:

**ORDERED**, that Michael H. Goldstein, is admitted to practice, ***pro hac vice***, in the above-captioned chapter 11 cases to represent Urban Edge in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
      White Plains, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE