PRYOR CASHMAN LLP
Marie Polito Hofsdal
7 Times Square
New York, NY 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806

*Attorneys for Broad Street Station, LLC c/o Collett*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDING CORPORATION.,** *et al.*, | Case No. 18-23538 (RDD) (Jointly Administered) |
| Debtor. | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Broad Street Station, LLC. I certify that I am admitted to practice in this Court.

Dated: New York, New York
January 31, 2019

PRYOR CASHMAN LLP

By:  */s/ Marie Polito Hofsdal*
Marie Polito Hofsdal
7 Times Square
New York, New York 10036
Telephone: (212) 326-0494
Fax: (212) 326-0806
E-mail: mhofsdal@pryorcashman.com

*Attorneys for Broad Street Station, LLC c/o Collett*