# EXHIBIT B



1111 METROPOLITAN AVE, STE 700
CHARLOTTE, NC 28204
Mailing: P.O. BOX 36799
CHARLOTTE, NC 28236-6799
704.206.8300 | WWW.COLLETT.BIZ

September 19, 2018

Sears Holding Corp.
Property Tax Department; B2-110A
3333 Beverly Road
Hoffman Estates, IL 60179

RE: **2017 Property Taxes Due - REVISED**
**Kmart #3808**
**Broad Street Station Shopping Center**
**Statesville, North Carolina**

Dear Sir or Madam:

Enclosed please find a revised copy of the 2017 property tax bill for the above referenced property. The building value was in error on the previous billing. Please see our calculation of your pro-rata share below:

|  | Land Acres | Bldg SF |
|---|---|---|
| Demised Premises: | 8.4234 | 86,479 |
| Total Ground Floor Area: | 15.6418 | 141,663 |
| Prorata Share: | 53.85% | 61.05% |

|  | Land | Building | Total |
|---|---|---|---|
| Value | 2,968,320 | 5,763,410 | 8,731,730 |
| Tax Rate | 0.9875 | 0.9875 | 0.9875 |
| Total Tax | 23,312.16 | 56,913.67 | 86,225.84 |
| Prorata Share | 53.85% | 61.05% |  |
| **TOTAL AMOUNT DUE** | $15,784.60 | $34,745.80 | $50,530.40 |
| **LESS AMOUNT PAID** |  |  | -$49,428.66 |
| **BALANCE DUE** |  |  | $ 1,101.74 |

Please send the check payable to: Broad Street Station Shopping Center, LLC
c/o Collett
PO Box 36799
Charlotte, NC  28236-6799

Your prompt attention to this matter would be greatly appreciated.

Sincerely,

**COLLETT AS AGENT FOR BROAD STREET STATION, LLC**

Margaret L. Frye
Lease Administration

Enclosure

BROKERAGE   DEVELOPMENT   MANAGEMENT   INVESTMENTS

IREDELL COUNTY TAX COLLECTOR
PO BOX 1027
STATESVILLE NC 28687-1027
www.co.iredell.nc.us

Tax Bills

**IMPORTANT INFORMATION - PLEASE READ**

<u>INTEREST:</u> Accrues at the rate of 2% for January & 3/4% each month thereafter. Taxes are delinquent after January 5, 2018.

<u>PROPERTY SOLD:</u> Ownership is determined as of Jan. 1, 2017 (NCGS 105-285). If you have sold the real property assessed to you, please forward this tax notice to the new owner. The new owner will not receive a bill but will receive a notice of taxes due.

<u>FAILURE TO PAY:</u> Delinquent taxes are subject to garnishment of wages, levy on personal property, attachment of bank accounts, and foreclosure proceedings AFTER January 5. See back of this bill for more information.

<u>PAYMENT OPTIONS:</u> See payment information on the back of this tax bill.
<u>START MAKING PAYMENTS TODAY IF YOU ARE UNABLE TO PAY IN FULL BY JANUARY 5, 2018 - SEE BACK OF TAX BILL.</u>

<u>APPEALS:</u> See reverse side of this bill for more information.

<u>SOLID WASTE FEE:</u> This annual fee supports the construction and operation of the Iredell County landfill. This is an availability fee charged for each home, mobile home site, and apartment unit. The landfill charges a non-residential waste fee by ton or load. <u>Landfill stickers are available at the Solid Waste Facility only.</u>

<u>ESCROW / MORTGAGE ACCOUNTS:</u> The property owner is responsible for ensuring full payment of this bill. If "YES" appears in the box below, a copy of this bill has been forwarded to an escrow company. If your taxes are escrowed, and the box below is blank, forward this bill to your mortgage holder.

TAXES ESCROWED: [ ]

*069246/1--S 208--B 1

BROAD STREET STATION SHOPPING
C/O COLLETT & ASSOCIATES
PO BOX 36799
CHARLOTTE NC 28236-6799

Page 1 of 1

SEE THE BACK OF THIS BILL FOR MORE INFORMATION

| ACCOUNT NUMBER | BILL NUMBER | TAX YEAR | BILL DATE | DUE DATE | PAST DUE AFTER |
|---|---|---|---|---|---|
| 77372457 | 2017012337 | 2017 | 08/04/2017 | 09/01/2017 | 01/05/2018 |

PARCEL ID: 4744875262.000
DESCRIPTION: L1-25 #1-11 CAROLINA ST
PROPERTY ADDRESS: 1670 E BROAD ST
ACREAGE OR LOTS: 15.46AC

REAL ESTATE VALUE: $8,731,730.00
PERSONAL PROPERTY VALUE: $.00
DEFERRED:
EXEMPTION APPLIED: $.00

TOTAL TAX VALUE: $8,731,730.00

**Personal Property Detail**

| TAX DISTRICT | TAX RATE | TAX AMOUNT | LATE LIST PENALTY |
|---|---|---|---|
| COUNTY | $.5275 | $46,059.88 | |
| STATESVILLE | $.4600 | $40,165.96 | |

**IT IS IMPORTANT THAT YOU CHECK THIS BILL FOR ACCURACY!**

Verify the Tax Districts listed and call the County Assessor's Office if errors exist. District taxes become a lien on property even if they do not appear on this bill. N.C.G.S. 105-348

| TOTAL TAX DUE | $86,225.84 |
|---|---|

See reverse side of this bill for a chart of County services paid for in part by your property tax payments.

You may pay in person at the Office of the Tax Collector 135 E. Water St. Statesville, NC 28677
OFFICE HOURS: 8:00 AM - 5:00 PM MONDAY - FRIDAY

**THIS SECTION MUST BE RETURNED WITH PAYMENT**

| ACCOUNT NUMBER | BILL NUMBER | DUE DATE | TAX YEAR | TOTAL AMOUNT DUE | 10% Penalty for checks returned by the bank |
|---|---|---|---|---|---|
| 77372457 | 2017012337 | 09/01/17 | 2017 | $86,225.84 | |

Mailing address changes may be made online at:
www.bttaxpayerportal.com/TaxpayerPortalIR/AddressChangeRequest

CONTACT PHONE NUMBERS ON REVERSE SIDE.

MAKE CHECK PAYABLE & REMIT TO:
(Include the account # and bill # on your payment)

IREDELL COUNTY TAX COLLECTOR
C/O FIRST CITIZENS BANK
PO BOX 63030
CHARLOTTE NC 28263-3030

   

**CREDIT CARD PAYMENTS THROUGH OUTSIDE AGENCY:**
By phone dial toll free 1-800-272-9829 or visit our website at www.co.iredell.nc.us. Jurisdiction Code 4342. A charge will be added if you choose to complete the transaction.

BROAD STREET STATION SHOPPING
C/O COLLETT & ASSOCIATES
PO BOX 36799
CHARLOTTE NC 28236-6799

0123371760008622584 4

[ View All Cards ]   [ Next Card ]

**IREDELL COUNTY**                                                                                  8/16/2017 4:23:43 PM

BROAD STREET STATION SHOPPING
1670 E BROAD ST
77372457

Return/Appeal Notes:
Parcel: 4744-87-5262.000
PLAT: / UNIQ ID 486061
BROAD STREET STAT/K-MART    ID NO: 0106H06000F085
CARD NO. 1 of 3

COUNTY (100), STATESVILLE (100)
Reval Year: 2015  Tax Year: 2017   L1-25 #1-11 CAROLINA ST BROAD ST STAT   15.460 AC         SRC=
Appraised by 41 on 01/01/2015  01000 SIGNAL HILL COMMERCIAL                TW-01          CI-01 FR-66 EX-   AT-           LAST ACTION 20170131

| CONSTRUCTION DETAIL | | MARKET VALUE | | | | | | | DEPRECIATION | | CORRELATION OF VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foundation - 4 | | | | | | | | | Standard | 0.41000 | | |
| Spread Footing | 8.00 | USE | MOD | Eff. Area | QUAL | BASE RATE | RCN | EYB | AYB | | CREDENCE TO | MARKET |
| Sub Floor System - 2 | | | | | | | | | | | | |
| Slab on Grade | 8.00 | 58 | 06 | 91,210 | 126 | 44.10 | 4022361 | 1992 | 1989 | % GOOD | 59.0 | DEPR. BUILDING VALUE - CARD | 2,373,190 |
| Exterior Walls - 11 | | TYPE: Retail Warehouse | | | | | | | WAREHOUSE/INDUSTRIAL | | DEPR. OB/XF VALUE - CARD | 285,110 |
| Concrete Block | 33.00 | | | | | | | | | | MARKET LAND VALUE - CARD | 2,968,320 |
| Exterior Walls - 21 | | STYLE: 1 - 1.0 Story | | | | | | | | | TOTAL MARKET VALUE - CARD | 5,626,620 |
| Face Brick | 0.00 | | | | | | | | | | | |
| Roofing Structure - 10 | | | | | | | | | | | | |
| Steel Frame or Truss | 18.00 | | | | | | | | | | TOTAL APPRAISED VALUE - CARD | 5,626,620 |
| Roofing Cover - 04 | | | | | | | | | | | TOTAL APPRAISED VALUE - PARCEL | 8,731,730 |
| Built Up Tar and Gravel | 5.00 | | | | | | | | | | | |
| Interior Wall Construction - 5 | | | | | | | | | | | | |
| Drywall/Sheetrock | 17.00 | | | | | | | | | | TOTAL PRESENT USE VALUE - PARCEL | 0 |
| Interior Floor Cover - 07 | | | | | | | | | | | TOTAL VALUE DEFERRED - PARCEL | 0 |
| Vinyl Tile | 8.00 | | | | | | | | | | TOTAL TAXABLE VALUE - PARCEL | 8,731,730 |
| Heating Fuel - 03 | | | | | | | | | | | | |
| Gas | 1.00 | | | | | | | | | | PRIOR | |
| Heating Type - 04 | | | | | | | | | | | BUILDING VALUE | 4,624,310 |
| Forced Air - Ducted | 7.00 | | | | | | | | | | OBXF VALUE | 362,690 |
| Air Conditioning Type - 03 | | | | | | | | | | | LAND VALUE | 3,561,980 |
| Central | 8.00 | | | | | | | | | | PRESENT USE VALUE | 0 |
| Commercial Heat & Air - 2 | | | | | | | | | | | DEFERRED VALUE | 0 |
| Packaged Unit | 0.00 | | | | | | | | | | TOTAL VALUE | 8,548,980 |
| Structural Frame - 06 | | | | | | | | | | | | |
| Steel | 15.00 | | | | | | | | | | | |
| Ceiling & Insulation - 03 | | +---------------360---------------+ | | | | | | | | | | |
| Suspended - Ceiling and Wall Insulated | 8.00 | I BAS     I | | | | | | | | | PERMIT | |
| Floor Number - 1 | | I         I | | | | | | | | | CODE | DATE | NOTE | NUMBER | AMOUNT |
| Floor | 0.00 | I         1 | | | | | | | | | | |
| Half-Bathrooms | | I         0 | | | | | | | | | ROUT: WTRSHD! | |
| BAS - 0 FUS - 0 LL - 0 | | I         I | | | | | | | | | SALES DATA | |
| Plumbing Fixtures | | I         I | | | | | | | | OFF. | | | | |
| 12.00 | 1.000 | I         I | | | | | | | | RECORD | DATE | DEED | | INDICATE |
| Office | | I        +18 | | | | | | | | BOOK | PAGE | MO | YR | TYPE | Q/U/V/I | SALES PRICE |
| BAS - 0 FUS - 0 LL - 0 | 0 | 2        I | | | | | | | | 00677 | 0185 | 6 | 1982 | WD | Q V | 450000 |
| TOTAL POINT VALUE | 137.000 | 4        I | | | | | | | | 00916 | 0036 | 3 | 1994 | WD | X I | 0 |
| BUILDING ADJUSTMENTS | | 5        I | | | | | | | | 00783 | 0239 | 4 | 1989 | WD | X V | 9000 |
| Market/Design | 2 | FACTOR 2 | 1.0000 | I | | | | | | 00779 | 0615 | 1 | 1989 | WD | X V | 600000 |
| Non-Std Wall Height | 0 | Non-Std Wall Height | 1.0000 | I | | | | | | 00677 | 0802 | 6 | 1982 | WD | X V | 1 |
| Quality | 3 | AVERAGE | 1.0000 | I | | | | | | | | |
| Size | Size | Size | 0.9200 | I | | | | | | | | |
| TOTAL ADJUSTMENT FACTOR | | | 0.920 | I | | | | | | | | |
| TOTAL QUALITY INDEX | | | 126 | I | | | | | | | | |
| | | +-47-+34+14-----------265------------+ | | | | | | | | BUILDING AREA 90,890 | |
| | | +CAN--95--+ | | | | | | | | NOTES | |

PN147587 2/08 PN151538 7/08 PN152952 10/08//NCV 10//PN147587 2/08 PN151538 7/08 PN152952 10/08//NCV '1 0//

| SUBAREA | | | | CODE | DESCRIPTION | COUNT | LTH | WTH | UNITS | UNIT PRICE | ORIG % COND | BLDG# | AYB | EYB | ANN DEP RATE | OVR | % COND | OB/XF DEPR. VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | GS AREA | % | RPL CS | 09 | ASP PAVING | 0 | 0 | 354,670 | | 1.90 | 100 | - | 1989 | 1999 | S5 | | 30 | 202160 |
| BAS | 90,890 | 100 | 4008249 | 10 | CON PAVING | 0 | 0 | 84,000 | | 2.55 | 100 | - | 1989 | 1999 | S5 | | 30 | 64260 |
| CAN | 1,065 | 030 | 14112 | 44 | YARD LTS | 0 | 0 | 24 | | 2,500.00 | 100 | - | 1989 | 1991 | S3 | | 30 | 18000 |
| FIREPLACE | 1 - None | | 0 | 06 | CL FENCE | 0 | 0 | 200 | | 11.45 | 100 | - | 1989 | 1999 | S5 | | 30 | 690 |
| SUBAREA TOTALS | 91,955 | | 4,022,361 | | TOTAL OB/XF VALUE | | | | | | | | | | | | | 285,110 |

BUILDING DIMENSIONS BAS=W18N100W360S245CAN=S13E95N13W14S5W34N5W47$E47S5E34N5E279N5E18N140$.

**LAND INFORMATION**

| HIGHEST AND BEST USE | USE CODE | LOCAL ZONING | FRONTAGE | DEPTH | DEPTH / SIZE | LND MOD | COND FACT | OTHER ADJUSTMENTS AND NOTES RF AC LC TO OT | ROAD TYPE | LAND UNIT PRICE | TOTAL LAND UNITS | UNT TYP | TOTAL ADJST | ADJUSTED UNIT PRICE | LAND VALUE | OVERRIDE VALUE | LAND NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMERCIAL | 0700 | B-4 | 0 | 0 | 1.0000 | 0 | 0.4000 | UPWSCG LOC CL | | 480,000.00 | 15.460 | AC | 0.400 | 192,000.00 | 2968320 | 0 | |
| TOTAL MARKET LAND DATA | | | | | | | | | | | 15.460 | | | | 2,968,320 | | |
| TOTAL PRESENT USE DATA | | | | | | | | | | | | | | | | | |

# Collett

1111 METROPOLITAN AVE, STE 700
CHARLOTTE, NC 28204
Mailing: P.O. BOX 36799
CHARLOTTE, NC 28236-6799
704.206.8300 | WWW.COLLETT.BIZ

September 19, 2018

Sears Holding Corp.
Property Tax Department; B2-110A
3333 Beverly Road
Hoffman Estates, IL 60179

RE:  2018 Property Taxes Due
     Kmart #3808
     Broad Street Station Shopping Center
     Statesville, North Carolina

Dear Sir or Madam:

Enclosed please find a copy of the 2018 property tax bill for the above referenced property. Please see our calculation of your pro-rata share below:

|  | **Land Acres** | **Bldg SF** |
|---|---|---|
| Demised Premises: | 8.4234 | 86,479 |
| Total Ground Floor Area: | 15.6418 | 141,663 |
| Prorata Share: | 53.85% | 61.05% |

|  | **Land** | **Building** | **Total** |
|---|---|---|---|
| Value | 2,968,320 | 5,763,410 | 8,731,730 |
| Tax Rate | 1.0086 | 1.0086 | 1.0086 |
| Total Tax | 29,938.48 | 58,129.75 | 88,068.23 |
| Prorata Share | 53.85% | 61.05% |  |
| **TOTAL AMOUNT DUE** | $16,121.87 | $35,488.21 | **$51,610.08** |

Please send the check payable to:    Broad Street Station Shopping Center, LLC
c/o Collett
PO Box 36799
Charlotte, NC  28236-6799

Your prompt attention to this matter would be greatly appreciated.

Sincerely,

**COLLETT AS AGENT FOR BROAD STREET STATION, LLC**

Margaret L. Frye
Lease Administration

Enclosure

cc:    Kim Fox

  



**IREDELL COUNTY TAX COLLECTOR**
PO BOX 1027
STATESVILLE NC 28687-1027
www.co.iredell.nc.us

**IREDELL COUNTY PROPERTY TAX BILL**
**IMPORTANT INFORMATION - PLEASE READ**

**INTEREST:** Accrues at the rate of 2% for January & 3/4% each month thereafter. Taxes are delinquent after January 7, 2019.
**PROPERTY SOLD:** Ownership is determined as of Jan. 1, 2018 (NCGS 105-285). If you have sold the real property assessed to you, please forward this tax notice to the new owner. The new owner will not receive a bill but will receive a notice of taxes due.
**FAILURE TO PAY:** Delinquent taxes are subject to garnishment of wages, levy on personal property, attachment of bank accounts, and foreclosure proceedings AFTER January 7, 2019. See back of this bill for more information.
**PAYMENT OPTIONS:** See payment information on the back of this tax bill.
**START MAKING PAYMENTS TODAY IF YOU ARE UNABLE TO PAY IN FULL BY JANUARY 7, 2019 - SEE BACK OF TAX BILL.**
**APPEALS:** See reverse side of this bill for more information.
**SOLID WASTE FEE:** This annual fee supports the construction and operation of the Iredell County landfill. This is an availability fee charged for each home, mobile home site, and apartment unit. The landfill charges a non-residential waste fee by ton or load. Landfill stickers are available at the Solid Waste Facility only.
**ESCROW / MORTGAGE ACCOUNTS:** The property owner is responsible for ensuring full payment of this bill. If "YES" appears in the box below, a copy of this bill has been forwarded to an escrow company. If your taxes are escrowed, and the box below is blank, forward this bill to your mortgage holder.

TAXES ESCROWED: [   ]

*071321/1--S 214--B 1

BROAD STREET STATION SHOPPING
C/O COLLETT & ASSOCIATES
PO BOX 36799
CHARLOTTE NC 28236-6799

Page 1 of 1

**SEE THE BACK OF THIS BILL FOR MORE INFORMATION**

| ACCOUNT NUMBER | BILL NUMBER | TAX YEAR | BILL DATE | DUE DATE | PAST DUE AFTER |
|---|---|---|---|---|---|
| 77372457 | 2018012670 | 2018 | 08/10/2018 | 09/01/2018 | 01/07/2019 |

PARCEL ID: 4744875262.000
DESCRIPTION: L1-25 #1-11 CAROLINA ST
PROPERTY ADDRESS: 1530 E BROAD ST
ACREAGE OR LOTS: 15.46AC

REAL ESTATE VALUE: $8,731,730.00
PERSONAL PROPERTY VALUE: $.00
DEFERRED:
EXEMPTION APPLIED: $.00

TOTAL TAX VALUE: $8,731,730.00

**Personal Property Detail**

| TAX DISTRICT | TAX RATE | TAX AMOUNT | LATE LIST PENALTY |
|---|---|---|---|
| COUNTY | $.5275 | $46,059.88 | |
| STATESVILLE | $.4811 | $42,008.35 | |

**TOTAL TAX DUE** $88,068.23

IT IS IMPORTANT THAT YOU CHECK THIS BILL FOR ACCURACY!

← Verify the Tax Districts listed and call the County Assessor's Office if errors exist. District taxes become a lien on property even if they do not appear on this bill. N.C.G.S. 105-348

See reverse side of this bill for a chart of County services paid for in part by your property tax payments.

You may pay in person at the Office of the Tax Collector 135 E. Water St. Statesville, NC 28677
OFFICE HOURS: 8:00 AM - 5:00 PM MONDAY - FRIDAY

---

**THIS SECTION MUST BE RETURNED WITH PAYMENT**

| ACCOUNT NUMBER | BILL NUMBER | DUE DATE | TAX YEAR | TOTAL AMOUNT DUE | 10% Penalty for checks returned by the bank |
|---|---|---|---|---|---|
| 77372457 | 2018012670 | 09/01/18 | 2018 | $88,068.23 | |

Mailing address changes may be made online at:
www.bttaxpayerportal.com/TaxpayerPortalIR/AddressChangeRequest

CONTACT PHONE NUMBERS ON REVERSE SIDE.

   

MAKE CHECK PAYABLE & REMIT TO:
(Include the account # and bill # on your payment)

IREDELL COUNTY TAX COLLECTOR
C/O FIRST CITIZENS BANK
PO BOX 63030
CHARLOTTE NC 28263-3030

**CREDIT CARD PAYMENTS THROUGH OUTSIDE AGENCY:**
By phone dial toll free 1-800-272-9829 or visit our website at www.co.iredell.nc.us. Jurisdiction Code 4342. A charge will be added if you choose to complete the transaction.

BROAD STREET STATION SHOPPING
C/O COLLETT & ASSOCIATES
PO BOX 36799
CHARLOTTE NC 28236-6799

0126701880000880682340

**IREDELL COUNTY**  9/19/2018 3:23:48 PM

BROAD STREET STATION SHOPPING
1530 E BROAD ST
77372457

Return/Appeal Notes:

Parcel: 4744-87-5262.000
PLAT: / UNIQ ID 486061
BROAD STREET STAT/K-MART   ID NO: 0106H06000F085
CARD NO. 1 of 3

COUNTY (100), STATESVILLE (100)
Reval Year: 2015  Tax Year: 2018   L1-25 #1-11 CAROLINA ST BROAD ST STAT   15.460 AC    SRC=
Appraised by 41 on 01/01/2015 01000 SIGNAL HILL COMMERCIAL    TW-01    CI-01 FR-66 EX-    AT-    LAST ACTION 20170919

### CONSTRUCTION DETAIL

| Item | Value |
|---|---|
| Foundation - 4 Spread Footing | 8.00 |
| Sub Floor System - 2 Slab on Grade | 8.00 |
| Exterior Walls - 11 Concrete Block | 33.00 |
| Exterior Walls - 21 Face Brick | 0.00 |
| Roofing Structure - 10 Steel Frame or Truss | 18.00 |
| Roofing Cover - 04 Built Up Tar and Gravel | 5.00 |
| Interior Wall Construction - 5 Drywall/Sheetrock | 17.00 |
| Interior Floor Cover - 07 Vinyl Tile | 8.00 |
| Heating Fuel - 03 Gas | 1.00 |
| Heating Type - 04 Forced Air - Ducted | 7.00 |
| Air Conditioning Type - 03 Central | 8.00 |
| Commercial Heat & Air - 2 Packaged Unit | 0.00 |
| Structural Frame - 06 Steel | 15.00 |
| Ceiling & Insulation - 03 Suspended - Ceiling and Wall Insulated | 8.00 |
| Floor Number - 1 Floor | 0.00 |
| Half-Bathrooms BAS - 0 FUS - 0 LL - 0 | |
| Plumbing Fixtures 12.00 | 1.000 |
| Office BAS - 0 FUS - 0 LL - 0 | 0 |
| **TOTAL POINT VALUE** | **137.000** |

### BUILDING ADJUSTMENTS

| | | | |
|---|---|---|---|
| Market/Design | 2 | FACTOR 2 | 1.0000 |
| Non-Std Wall Height | 0 | Non-Std Wall Height | 1.0000 |
| Quality | 3 | AVERAGE | 1.0000 |
| Size | Size | Size | 0.9200 |
| TOTAL ADJUSTMENT FACTOR | | | 0.920 |
| TOTAL QUALITY INDEX | | | 126 |

### MARKET VALUE

| USE | MOD | Eff. Area | QUAL | BASE RATE | RCN | EYB | AYB |
|---|---|---|---|---|---|---|---|
| 58 | 06 | 91,210 | 126 | 44.10 | 4022361 | 1992 | 1989 |

TYPE: Retail Warehouse
STYLE: 1 - 1.0 Story

### DEPRECIATION

Standard 0.41000
% GOOD  59.0
WAREHOUSE/INDUSTRIAL

### CORRELATION OF VALUE

CREDENCE TO    MARKET

| | |
|---|---|
| DEPR. BUILDING VALUE - CARD | 2,373,190 |
| DEPR. OB/XF VALUE - CARD | 285,110 |
| MARKET LAND VALUE - CARD | 2,968,320 |
| TOTAL MARKET VALUE - CARD | 5,626,620 |
| TOTAL APPRAISED VALUE - CARD | 5,626,620 |
| TOTAL APPRAISED VALUE - PARCEL | 8,731,730 |
| TOTAL PRESENT USE VALUE - PARCEL | 0 |
| TOTAL VALUE DEFERRED - PARCEL | 0 |
| TOTAL TAXABLE VALUE - PARCEL | 8,731,730 |

**PRIOR**

| | |
|---|---|
| BUILDING VALUE | 5,478,300 |
| OBXF VALUE | 285,110 |
| LAND VALUE | 2,968,320 |
| PRESENT USE VALUE | 0 |
| DEFERRED VALUE | 0 |
| TOTAL VALUE | 8,731,730 |

**PERMIT**

| CODE | DATE | NOTE | NUMBER | AMOUNT |
|---|---|---|---|---|

ROUT: WTRSHD;

### SALES DATA

| OFF. RECORD BOOK | PAGE | DATE MO | YR | DEED TYPE | Q/U | V/I | INDICATE SALES PRICE |
|---|---|---|---|---|---|---|---|
| 00677 | 0185 | 6 | 1982 | WD | Q | V | 450000 |
| 00916 | 0036 | 3 | 1994 | WD | X | I | 0 |
| 00783 | 0239 | 4 | 1989 | WD | X | V | 9000 |
| 00779 | 0615 | 1 | 1989 | WD | X | V | 600000 |
| 00677 | 0802 | 6 | 1982 | WD | X | V | 1 |

BUILDING AREA 90,890

**NOTES**

PN147587 2/08 PN151538 7/ 08 PN152952 10/08//NCV '
1 0//PN147587 2/08 PN151538 7/ 08 PN152952 10/08//
NCV '1 0//

```
+--------------- 360 ---------------+
I B A S                             I
I                                   I
I                                   I
I                                  1
I                                  0
I                                  0
I                                  I
I                                  +18
I                                   I
I                                   I
I                                  2
I                                  4
I                                  5
I                                   I
I                                   I
I                                  1
I                                  4
I                                  0
I                                   I
I                                   I
I                                  +18
+-47-+34+14 --------- 265 ---------+
+CAN--95--+
```

### SUBAREA

| TYPE | GS AREA | % | RPL CS |
|---|---|---|---|
| BAS | 90,890 | 100 | 4008249 |
| CAN | 1,065 | 030 | 14112 |
| FIREPLACE | 1 - None | | 0 |
| SUBAREA TOTALS | 91,955 | | 4,022,361 |

| CODE | DESCRIPTION | COUNT | LTH | WTH | UNITS | UNIT PRICE | ORIG % COND | BLDG# | AYB | EYB | ANN DEP RATE | % OVR COND | OB/XF DEPR. VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | ASP PAVING | 0 | 0 | | 354,670 | 1.90 | 100 | — | 1989 | 1999 | S5 | 30 | 202160 |
| 10 | CON PAVING | 0 | 0 | | 84,000 | 2.55 | 100 | — | 1989 | 1999 | S5 | 30 | 64260 |
| 44 | YARD LTS | 0 | 0 | | 24 | 2,500.00 | 100 | — | 1989 | 1991 | S3 | 30 | 18000 |
| 06 | FENCE - Chain Link/Com | 0 | 0 | | 200 | 11.45 | 100 | — | 1989 | 1999 | S5 | 30 | 690 |
| | TOTAL OB/XF VALUE | | | | | | | | | | | | 285,110 |

BUILDING DIMENSIONS BAS=W18N100W360S245CAN=S13E95N13W14S5W34N5W47$E47S5E34N5E279N5E18N140$.

### LAND INFORMATION

| HIGHEST AND BEST USE | USE CODE | LOCAL ZONING | FRONTAGE | DEPTH | DEPTH / SIZE | LND MOD | COND FACT | OTHER ADJUSTMENTS AND NOTES RF AC LC TO OT | ROAD TYPE | LAND UNIT PRICE | TOTAL LAND UNITS | UNT TYP | TOTAL ADJST | ADJUSTED UNIT PRICE | LAND VALUE | OVERRIDE VALUE | LAND NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMERCIAL | 0700 | B-4 | 0 | 0 | 1.0000 | 0 | 0.4000 | UPWSCG LOC CL | | 480,000.00 | 15.460 | AC | 0.400 | 192,000.00 | 2968320 | 0 | |
| TOTAL MARKET LAND DATA | | | | | | | | | | | 15.460 | | | | 2,968,320 | | |
| TOTAL PRESENT USE DATA | | | | | | | | | | | | | | | | | |