# EXHIBIT C

1/31/2019 9:00 AM

## KMART Lease Ledger
Broad Street Station    Date: 01/30/2019

| Date | Description | Unit | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 1/1/2018 | COMMON AREA MAINTENANCE (01/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 1/1/2018 | MINIMUM RENT (01/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 1/9/2018 | Chk# 32028708 | | 0.00 | 35,010.58 | 0.00 |
| 2/1/2018 | COMMON AREA MAINTENANCE (02/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 2/1/2018 | MINIMUM RENT (02/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 2/6/2018 | Chk# 32029555 | | 0.00 | 35,010.58 | 0.00 |
| 3/1/2018 | COMMON AREA MAINTENANCE (03/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 3/1/2018 | MINIMUM RENT (03/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 3/7/2018 | Chk# 32030365 | | 0.00 | 35,010.58 | 0.00 |
| 4/1/2018 | COMMON AREA MAINTENANCE (04/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 4/1/2018 | MINIMUM RENT (04/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 4/9/2018 | Chk# 32031143 | | 0.00 | 35,010.58 | 0.00 |
| 5/1/2018 | COMMON AREA MAINTENANCE (05/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 5/1/2018 | MINIMUM RENT (05/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 5/7/2018 | Chk# 32031914 | | 0.00 | 35,010.58 | 0.00 |
| 6/1/2018 | COMMON AREA MAINTENANCE (06/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 6/1/2018 | MINIMUM RENT (06/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 6/5/2018 | Chk# 032032684 :CHECKscan Payment | | 0.00 | 35,010.58 | 0.00 |
| 7/1/2018 | COMMON AREA MAINTENANCE (07/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 7/1/2018 | MINIMUM RENT (07/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 7/5/2018 | Chk# 032033393 :CHECKscan Payment | | 0.00 | 35,010.58 | 0.00 |
| 8/1/2018 | COMMON AREA MAINTENANCE (08/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 8/1/2018 | MINIMUM RENT (08/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 8/7/2018 | Chk# 032034102 :CHECKscan Payment | | 0.00 | 35,010.58 | 0.00 |
| 9/1/2018 | COMMON AREA MAINTENANCE (09/2018) | BS200 | 1,500.00 | 0.00 | 1,500.00 |
| 9/1/2018 | MINIMUM RENT (09/2018) | BS200 | 33,510.58 | 0.00 | 35,010.58 |
| 9/5/2018 | Chk# 032034797 :CHECKscan Payment | | 0.00 | 35,010.58 | 0.00 |
| 9/19/2018 | 2018 PROPERTY TAXES | | 51,610.08 | 0.00 | 51,610.08 |
| 9/19/2018 | REVISED 2017 PROPERTY TAX | | 1,101.74 | 0.00 | 52,711.82 |
| 10/1/2018 | COMMON AREA MAINTENANCE (10/2018) | BS200 | 1,500.00 | 0.00 | 54,211.82 |
| 10/1/2018 | MINIMUM RENT (10/2018) | BS200 | 33,510.58 | 0.00 | 87,722.40 |
| 10/8/2018 | Chk# 032035471 :CHECKscan Payment | | 0.00 | 35,010.58 | 52,711.82 |

Page 1 of 2

1/31/2019 9:00 AM

## KMART Lease Ledger
Broad Street Station    Date: 01/30/2019

| Date | Description | Unit | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 11/1/2018 | COMMON AREA MAINTENANCE (11/2018) | BS200 | 1,500.00 | 0.00 | 54,211.82 |
| 11/1/2018 | MINIMUM RENT (11/2018) | BS200 | 33,510.58 | 0.00 | 87,722.40 |
| 11/6/2018 | Chk# 034000018 :CHECKscan Payment | | 0.00 | 35,010.58 | 52,711.82 |
| 12/1/2018 | COMMON AREA MAINTENANCE (12/2018) | BS200 | 1,500.00 | 0.00 | 54,211.82 |
| 12/1/2018 | MINIMUM RENT (12/2018) | BS200 | 33,510.58 | 0.00 | 87,722.40 |
| 12/13/2018 | Chk# 034000443 :CHECKscan Payment | | 0.00 | 35,010.58 | 52,711.82 |
| 1/1/2019 | COMMON AREA MAINTENANCE (01/2019) | BS200 | 1,500.00 | 0.00 | 54,211.82 |
| 1/1/2019 | MINIMUM RENT (01/2019) | BS200 | 33,510.58 | 0.00 | 87,722.40 |
| 1/9/2019 | Chk# 034000849 :CHECKscan Payment | | 0.00 | 35,010.58 | 52,711.82 |
| 1/22/2019 | Chk# 140072767 :CHECKscan Pre-Payment | | 0.00 | -11,029.00 | 41,682.82 |

Page 2 of 2