DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Counsel for Greenhorn Ventures LLC*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors[1]. | : | |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF WESTCHESTER        )

      Bryn A. Leonardo, being duly sworn, deposes:

      Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One Lexington Avenue, White Plains, New York 10601.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); Service Live Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.1

On the 25th day of January, 2019, Deponent caused a true and correct copy of the *(1) Objection of Greenhorn Ventures LLC to Sale and Assignment of Lease and Proposed Cure Amount Pursuant to 11 U.S.C. §365(b)(1) related Exhibits thereto* [ECF Docket No. 1891], to be served via email upon all parties listed on Service List (unless otherwise stated).

                                                                                                 */s/ Bryn A. Leonardo*
                                                                                                 Bryn A. Leonardo

Sworn to before me this
25th day of January, 2019

*/s/ Erica R. Aisner*
Erica R. Aisner
Notary Public ~ State of New York

# SERVICE LIST

**Bid Notice Parties**

    i.    The Debtors

        Rob Riecker Rob.riecker@searshc.com
        Luke Valentino - luke.valentino@searshc.com
        Moshin Meghji - mmeghji@miiipartners.com

    ii.    Counsel to the Debtors, Weil, Gotshal & Manges

        Ray C. Schrock, P.C. - ray.schrock@weil.com
        Jacqueline Marcus, Esq. - Jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. - garrett.fail@weil.com
        Sunny Singh, Esq. - sunny.singh@weil.com

    iii.    Debtors' Investment Banker, Lazard Freres & Co., LLC

        Brandon Aebersold and Levi Quaintance - project.blue.rx@lazard.com

**Buyer Parties**

    i.    Buyers

        Kunal S. Kamlani - kunal@eslinvest.com
        Harold Talisman:  - harold@eslinvest.com

    ii.    Counsel

        Christopher E. Austin, Esq. - caustin@cgsh.com
        Benet J. O'Reilly, Esq. - boreilly@cgsh.com
        Sean A. O'Neal, Esq. - soneal@cgsh.com

**Consultation Parties**

    i.    Bank of America

        Paul Leake, Esq. - Paul.Leake@skadden.com
        Shana Elberg, Esq. - Shana.Elberg@skadden.com
        George Howard, Esq. - George.Howard@skadden.com

    **11.**    Wells Fargo Bank

        Kevin J. Simard, Esq. -ksimard@choate.com
        Jonathan D. Marshall, Esq. – jmarshall@choate.com

    iii.    Committee

        Ira S. Dizengoff, Esq. - idizengoff@akingump.com
        Philip C. Dublin, Esq. - pdublin@akingump.com
        Abid Qureshi, Esq. - aqureshi@akingymp.com
        Sara L. Brauner, Esq. - sbrauner@akingump.com

Transform Holdco, LLC
c/o ESL Partners, Inc.
1170 Kane Councorse, Ste 200                                    Via First Class Mail
Bay Harbor Island, FL 33154
Atten: Kunal S. Kamlani & Harold Talisman


Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179                                       Via First Class Mail
Attn: General Counsel


Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153                                        Via First Class Mail
Attn:   Ray C. Schrock, P.C.,
        Ellen J. Odoner, Esq.
        Gavin Westerman, Esq., and Sunny Singh, Esq.


Clearly Gottlieb Steen & Hamilton LP
One Liberty Plaza
New York, New York 10006                                        Via First Class Mail
Attn:   Christopher E. Austin
        Benet J. O'Reilly and Sean A. O'Neal