DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for National Health Information Network, Inc. and PDX Inc.*
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
(914) 681-0200
Julie Cvek Curley, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors[1]. | : | |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF WESTCHESTER  )

      Bryn A. Leonardo, being duly sworn, deposes:

      Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One Lexington Avenue, White Plains, New York 10601.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); Service Live Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On the 25th day of January, 2019, Deponent caused a true and correct copy of the *Limited Objection of National Health Information Network, Inc., and PDX Inc., to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts in Connection with Global Sale Transaction together with related Exhibits thereto* [ECF Docket No. 1910], to be served via email upon all parties listed on Service List (unless otherwise stated).

                                                                                         */s/ Bryn A. Leonardo*
                                                                                           Bryn A. Leonardo

Sworn to before me this
25th day of January, 2019

*/s/ Erica R. Aisner*
Erica R. Aisner
Notary Public ~ State of New York

# SERVICE LIST

**Bid Notice Parties**

    i.    The Debtors

        Rob Riecker Rob.riecker@searshc.com
        Luke Valentino - luke.valentino@searshc.com
        Moshin Meghji - mmeghji@miiipartners.com

    ii.    Counsel to the Debtors, Weil, Gotshal & Manges

        Ray C. Schrock, P.C. - ray.schrock@weil.com
        Jacqueline Marcus, Esq. - Jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. - garrett.fail@weil.com
        Sunny Singh, Esq. - sunny.singh@weil.com

    iii.    Debtors' Investment Banker, Lazard Freres & Co., LLC

        Brandon Aebersold and Levi Quaintance - project.blue.rx@lazard.com

**Buyer Parties**

    i.    Buyers

        Kunal S. Kamlani - kunal@eslinvest.com
        Harold Talisman:  - harold@eslinvest.com

    ii.    Counsel

        Christopher E. Austin, Esq. - caustin@cgsh.com
        Benet J. O'Reilly, Esq. - boreilly@cgsh.com
        Sean A. O'Neal, Esq. - soneal@cgsh.com

**Consultation Parties**

    i.    Bank of America

        Paul Leake, Esq. - Paul.Leake@skadden.com
        Shana Elberg, Esq. - Shana.Elberg@skadden.com
        George Howard, Esq. - George.Howard@skadden.com

    **11.**    Wells Fargo Bank

        Kevin J. Simard, Esq. -ksimard@choate.com
        Jonathan D. Marshall, Esq. – jmarshall@choate.com

    iii.    Committee

        Ira S. Dizengoff, Esq. - idizengoff@akingump.com
        Philip C. Dublin, Esq. - pdublin@akingump.com
        Abid Qureshi, Esq. - aqureshi@akingymp.com
        Sara L. Brauner, Esq. - sbrauner@akingump.com

Transform Holdco, LLC
c/o ESL Partners, Inc.
1170 Kane Councorse, Ste 200                      Via First Class Mail
Bay Harbor Island, FL 33154
Atten: Kunal S. Kamlani & Harold Talisman


Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179                         Via First Class Mail
Attn: General Counsel


Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153                          Via First Class Mail
Attn:   Ray C. Schrock, P.C.,
        Ellen J. Odoner, Esq.
        Gavin Westerman, Esq., and Sunny Singh, Esq.


Clearly Gottlieb Steen & Hamilton LP
One Liberty Plaza
New York, New York 10006                          Via First Class Mail
Attn:   Christopher E. Austin
        Benet J. O'Reilly and Sean A. O'Neal