DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for National Health Information Network, Inc. and PDX Inc.*
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
(914) 681-0200
Julie Cvek Curley, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors[1]. | : | |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) SS.:
COUNTY OF WESTCHESTER       )

      Bryn A. Leonardo, being duly sworn, deposes:

      Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One Lexington Avenue, White Plains, New York 10601.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); Service Live Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

      On the 25th day of January, 2019, Deponent caused a true and correct copy of the *Limited Objection of Team Design Lighting & Construction, LLC, to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts in Connection with Global Sale Transaction together with related Exhibits thereto* [ECF Docket No. 1901], to be served via email upon all parties listed on Service List (unless otherwise stated).

                                                    */s/ Bryn A. Leonardo*
                                                       Bryn A. Leonardo

Sworn to before me this
25th day of January, 2019

*/s/ Erica R. Aisner*
Erica R. Aisner
Notary Public ~ State of New York

# SERVICE LIST

**Bid Notice Parties**

    i.    The Debtors
           Rob Riecker Rob.riecker@searshc.com
           Luke Valentino - luke.valentino@searshc.com
           Moshin Meghji - mmeghji@miiipartners.com

    ii.    Counsel to the Debtors, Weil, Gotshal & Manges
           Ray C. Schrock, P.C. - ray.schrock@weil.com
           Jacqueline Marcus, Esq. - Jacqueline.marcus@weil.com
           Garrett A. Fail, Esq. - garrett.fail@weil.com
           Sunny Singh, Esq. - sunny.singh@weil.com

    iii.    Debtors' Investment Banker, Lazard Freres & Co., LLC
           Brandon Aebersold and Levi Quaintance - project.blue.rx@lazard.com

**Buyer Parties**

    i.    Buyers
           Kunal S. Kamlani - kunal@eslinvest.com
           Harold Talisman: - harold@eslinvest.com

    ii.    Counsel
           Christopher E. Austin, Esq. - caustin@cgsh.com
           Benet J. O'Reilly, Esq. - boreilly@cgsh.com
           Sean A. O'Neal, Esq. - soneal@cgsh.com

**Consultation Parties**

    i.    Bank of America
           Paul Leake, Esq. - Paul.Leake@skadden.com
           Shana Elberg, Esq. - Shana.Elberg@skadden.com
           George Howard, Esq. - George.Howard@skadden.com

    **11.**    Wells Fargo Bank
           Kevin J. Simard, Esq. - ksimard@choate.com
           Jonathan D. Marshall, Esq. – jmarshall@choate.com

    iii.    Committee
           Ira S. Dizengoff, Esq. - idizengoff@akingump.com
           Philip C. Dublin, Esq. - pdublin@akingump.com
           Abid Qureshi, Esq. - aqureshi@akingymp.com
           Sara L. Brauner, Esq. - sbrauner@akingump.com

Transform Holdco, LLC  
c/o ESL Partners, Inc.  
1170 Kane Councorse, Ste 200                    Via First Class Mail  
Bay Harbor Island, FL 33154  
Atten: Kunal S. Kamlani & Harold Talisman  


Sears Holding Corporation  
3333 Beverly Road  
Hoffman Estates, IL 60179                       Via First Class Mail  
Attn: General Counsel  


Weil Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, New York 10153                        Via First Class Mail  
Attn:   Ray C. Schrock, P.C.,  
        Ellen J. Odoner, Esq.  
        Gavin Westerman, Esq., and Sunny Singh, Esq.  


Clearly Gottlieb Steen & Hamilton LP  
One Liberty Plaza  
New York, New York 10006                        Via First Class Mail  
Attn:   Christopher E. Austin  
        Benet J. O'Reilly and Sean A. O'Neal