Derek L. Wright
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: dlwright@foley.com

- and -

Michael J. Small (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: msmall@foley.com

*Attorneys for CenterPoint Properties Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : Case No. 18-23538 (RDD) |
| | : |
| Debtors.[1] | : (Jointly Administered) |

------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of January, 2019, a true and correct copy of the *Limited Objection of CenterPoint Properties Trust to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [Docket No. 2193] was electronically filed with the United States Bankruptcy Court for the Southern District of New York CM/ECF filing system and further certifies that the below-listed parties will be served on January 31, 2019 as set forth below:

**VIA EMAIL**

I. **Bid Notice Parties**

   *Debtors*

   Rob Riecker: rob.riecker@searshc.com
   Luke Valentino: luke.valentino@searshc.corn
   Mohsin Meghji: mmeghji@miiipartners.com
   General Counsel: counsel@searshc.com

   *Debtors' Counsel*

   Ray Schrock, Esq.: ray.schrock@weil,corn
   Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
   Garrett A. Fail, Esq. garrett.fail@weil.com
   Sunny Singh, Esq. sunny.singh@weil.corn
   Ellen J. Odoner, Esq. Ellen.Odoner@weil.com
   Gavin Westerman, Esq. Gavin.Westerman@weil.com

   *Debtors' Investment Banker*

   Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.corn

II. **Buyer Parties**

   *Buyer*

   Kunal S. Kamlani: kunal@eslinvest.com
   Harold Talisman: harold@eslinvest.com

*Buyer's Counsel*

Christopher E. Austin, Esq.: caustin@cgsh.com
Benet J. O'Reilly, Esq.: boreilly@cgsh.com
Sean A. O'Neal, Esq.: soneal@cgsh.com

**III.    Consultation Parties**

*Bank of America*

Paul Leake, Esq.: Paul.Leake@skadden.com
Shana Elberg, Esq.: Shana.Eiberg@skadden.com
George Howard, Esq.: George.Howard@skadden.com

*Wells Fargo Bank*

Kevin J. Simard, Esq.: ksimardachoate.com
Jonathan D. Marshall, Esq.: jmarshall@choate.com

*Committee*

Ira S. Dizengoff, Esq.: idizengoff@akingump.com
Philip C. Dublin, Esq.: pdublin@akingump.com
Abid Qureshi, Esq.: aqureshi@akingump.com
Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and
Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza New York, NY 10006

Dated:  January 31, 2019               Respectfully submitted,


                                       */s/ Derek L. Wright*
                                       Derek L. Wright
                                       **FOLEY & LARDNER LLP**
                                       90 Park Avenue
                                       New York, NY 10016
                                       Telephone: (212) 682-7474
                                       Facsimile: (212) 687-2329
                                       Email: dlwright@foley.com

                                       - and -

                                       Michael J. Small (admitted *pro hac vice*)
                                       **FOLEY & LARDNER LLP**
                                       321 N. Clark Street, Suite 2800
                                       Chicago, IL 60654
                                       Telephone: (312) 832-4500
                                       Facsimile: (312) 832-4700
                                       Email: msmall@foley.com

                                       *Attorneys for CenterPoint Properties Trust*