# **<u>EXHIBIT A</u>**

Sears Robuck and Company
d/b/a Sear's - Lease ID sears17    salm1700
Filing Date -10/15/18
Salmon Run Shopping Center LLC
Closed 1/20/19

### Pre-Petition Amount Due

| | September & Prior | October 1-14 | Total |
|---|---|---|---|
| CAE | $0.00 | $0.00 | $0.00 |
| Minimum Rent | 0.00 | 0.00 | 0.00 |
| Annual School Taxes (10/1/17-9/30/18) | 41,537.66 | 0.00 | 41,537.66 |
| Total | $41,537.66 | $0.00 | $41,537.66 |
| Payments | | | |
| Balance | | | |
| Accum Balance ** | | | |

Annual Town & County Taxes $60,634.62
Post Petition Tax Amount to be adjusted upon closing date

| Check # | Date Posted | Amount |
|---|---|---|
| 000180555 | 11/6/2018 | 25,281.07 |
| 000181539 | 12/10/2018 | 25,281.07 |
| 000182544 | 1/8/2019 | 25,281.07 |

### Post-Petition Amount Due

| | October 15-31 | November | December | January 2019 | Total |
|---|---|---|---|---|---|
| | $0.00 | 5,697.07 | 5,697.07 | 5,697.07 | $17,091.21 |
| | 0.00 | 19,584.00 | 19,584.00 | 19,584.00 | 58,752.00 |
| | 0.00 | - | - | 60,634.62 ** | 60,634.62 |
| | $0.00 | 25,281.07 | 25,281.07 | 85,915.69 | $136,477.83 |
| | $0.00 | ($25,281.07) | ($25,281.07) | ($25,281.07) | ($75,843.21) |
| | $0.00 | $0.00 | $0.00 | $60,634.62 | $60,634.62 |
| | $0.00 | $0.00 | $0.00 | $60,634.62 | |

Sears Robuck and Company
d/b/a Kmart - Lease ID kmart20    west2000
Filing Date -10/15/18
S&R Company of West Seneca NewCo LLC

### Pre-Petition Amount Due

|  | September & Prior | October 1-14 | Total |
|---|---|---|---|
| CAM Adjustment (2016 & 2017) | $45,743.29 | $0.00 | $45,743.29 |
| Minimum Rent | 0.00 | 0.00 | 0.00 |
| Total | $45,743.29 | $0.00 | $45,743.29 |

| Check # | Date Posted | Amount |
|---|---|---|
| 034000198 | 11/5/2018 | 86,876.54 |
| 034000625 | 12/7/2018 | 86,876.54 |
| 034001029 | 1/8/2019 | 86,876.54 |

### Post-Petition Amount Due

|  | October 15-31 | November | December | January 2019 | Total |
|---|---|---|---|---|---|
|  | $0.00 | 5,000.00 | 5,000.00 | 5,000.00 | $15,000.00 |
|  | 0.00 | 81,876.54 | 81,876.54 | 81,876.54 | 245,629.62 |
|  | $0.00 | 86,876.54 | 86,876.54 | 86,876.54 | $260,629.62 |
| Payments | $0.00 | ($86,876.54) | ($86,876.54) | ($86,876.54) | ($260,629.62) |
| Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accum Balance | $0.00 |  |  |  |  |

Plus unpaid 2019 Town/County Taxes (see attached Tax bill)    $137,582.11

TOTAL POST-PETITION    $137,582.11

Collection: **Town & County 2019**

Fiscal Year Start: 1/1/2019    Fiscal Year End: 12/31/2019    Warrant Date: 12/31/2018

| | | | |
|---|---|---|---|
| Total Tax Due (minus penalties & interest) | $137,582.11 | $137,582.11 | Pay Full |

| Tax Bill # | SWIS | Tax Map # | Status |
|---|---|---|---|
| 011193 | 146800 | 143.05-1-27.112 | Unpaid |
| Address | Municipality | | School |
| 349 Orchard Park Rd | Town of West Seneca | | WEST SENECA |

**Owners**

NewCoLLC

Sears, Roebuck and Co.
Property Tax Compliance
Dept 768Tax
PO Box 927000
Hoffman Estates, IL 60192-9901

**Property Information**

Roll Section: 1
Property Class: 453
Lot Size: 7.57

**Assessment Information**

Full Market Value: 6923077.00
Total Assessed Value: 2700000.00
Uniform %: 39.00

| Description | Tax Levy | Percent Change | Taxable Value | Rate | Tax Amount |
|---|---|---|---|---|---|
| Library Tax | 24910939 | 2.0000 | 2700000.000 | 1.06658200 | $2,879.77 |
| County Service Tax | 270185414 | 2.7000 | 2700000.000 | 11.91746600 | $32,177.16 |
| General Town Tax | 14813693 | 8.8000 | 2700000.000 | 12.14669600 | $32,796.08 |
| Highway Tax | 11106245 | -0.5000 | 2700000.000 | 9.10672200 | $24,588.15 |
| Fire Dist 5 | 763353 | 0.8000 | 2700000.000 | 4.73031600 | $12,771.85 |
| San Sr 5 Ex Gallons | 300419 | 5.1000 | 523.480 Units | 0.40000000 | $209.39 |
| San Sr 5 Ex Gallons | 300419 | 5.1000 | 2700000.000 | 1.94293400 | $5,245.92 |
| San Sr 5 Ex Gallons | 300419 | 5.1000 | 2700000.000 | 9.31544400 | $25,151.70 |
| San Sr 5 Ex Gallons | 300419 | 5.1000 | 1231.000 Units | 1.10000000 | $1,354.10 |
| San Swr 5 Ext Area C | 0 | 0.0000 | 329750.000 Units | 0.00093400 | $307.99 |
| San Swr 5 Ext Area C | 0 | 0.0000 | 1.000 Units | 100.00000000 | $100.00 |

Total Taxes: $137,582.11

### FULL PAYMENT OPTION

| From: | To: | Tax Amount | Penalty | Notice Fee | Total Due |
|---|---|---|---|---|---|
| Dec 31 | Feb 15, 2019 | $137,582.11 | $0.00 | $0.00 | $137,582.11 |
| Feb 16 | Feb 28, 2019 | $137,582.11 | $2,063.73 | $0.00 | $139,645.84 |
| Mar 01 | Mar 15, 2019 | $137,582.11 | $4,127.46 | $0.00 | $141,709.57 |
| Mar 16 | Apr 01, 2019 | $137,582.11 | $6,191.19 | $0.00 | $143,773.30 |
| Apr 02 | Apr 15, 2019 | $137,582.11 | $8,254.93 | $0.00 | $145,837.04 |
| Apr 16 | Apr 30, 2019 | $137,582.11 | $10,318.66 | $0.00 | $147,900.77 |
| May 01 | May 31, 2019 | $137,582.11 | $12,537.17 | $2.00 | $150,121.28 |

| | Jun 01 | Jul 01, 2019 | $137,582.11 | $14,755.68 | $2.00 | $152,339.79 |

| Estimated State Aid - Type | Amount |
|---|---|
| County | 179208881.00 |
| Town | 890280.00 |

**Mail Payments To:**
Jacqueline A. Felser
Receiver of Taxes
1250 Union Road West Seneca, NY 14224