# **EXHIBIT A**

**VIA EMAIL:**

I. Bid Notice Parties
   a. Debtors
      i. Rob Riecker: rob.riecker@searshc.com
      ii. Luke Valentino: luke.valentino@searshc.com
      iii. Mohsin Meghji: mmeghji@miiipartners.com
      iv. General Counsel: counsel@searshc.com
   b. Debtors' counsel
      i. Ray Schrock, Esq.: ray.schrock@weil.com
      ii. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
      iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
      iv. Sunny Singh, Esq.: sunny.singh@weil.com
      v. Ellen J. Odoner, Esq.: ellen.odoner@weil.com
      vi. Gavin Westerman, Esq.: gavin.westerman@weil.com
   c. Debtors' investment banker:
      i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
   a. Buyer
      i. Kunal S. Kamlani: kunal@eslinvest.com
      ii. Harold Talisman: harold@eslinvest.com
   b. Counsel
      i. Christopher E. Austin, Esq.: caustin@cgsh.com
      ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      iii. Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
   a. Bank of America
      i. Paul Leake, Esq.: paul.leake@skadden.com
      ii. Shana Elberg, Esq.: shana.elberg@skadden.com
      iii. George Howard, Esq.: george.howard@skadden.com
   b. Wells Fargo Bank
      i. Kevin J. Simard, Esq.: ksimard@choate.com
      ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com

IV. Standard Parties
   a. Citibank N.A.
      i. Marshall S. Huebner, Esq.: marshall.huebner@davispolk.com
      ii. Eli J. Vonnegut, Esq.: eli.vonnegut@davispolk.com
   b. Computershare Trust Company, N.A.
      i. Eric R. Wilson, Esq.: ewilson@kelleydrye.com
      ii. Benjamin D. Feder, Esq.: bfeder@kelleydrye.com
   c. Wilmington Trust
      i. Edward M. Fox, Esq.: emfox@seyfarth.com
   d. The Bank of New York Mellon Trust Company
      i. James Gadsden, Esq.: gadsden@clm.com

   e. Pension Benefit Guaranty Corporation
     i. Brian A. Raynor, Esq.: braynor@lockelord.com
   f. Official Committee of Unsecured Creditors
     i. Philip C. Dublin, Esq.: pdublin@akingump.com
     ii. Ira Dizengoff, Esq.: idizengoff@akingump.com
     iii. Sara Lynne Brauner, Esq.: sbrauner@akingump.om

**VIA FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, Esq.
   Jacqueline Marcus, Esq.
   Garrett A. Fail, Esq.
   Sunny Singh, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani
   Harold Talisman

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Christopher E. Austin, Esq.
   Benet J. O'Reilly, Esq.
   Sean A. O'Neal, Esq.