# **EXHIBIT A**

# Kmart @ Shillington

## Monthly Charges

| Period | Type | | Amount |
|---|---|---|---|
| | Rent | $ | 21,750.00 |
| | CAM | $ | 4,643.07 |
| | | $ | 26,393.07 |
| 1/1/2016-12/31/2016 | | | 12 |
| | | **$ 316,716.84** | |
| | Rent | $ | 21,750.00 |
| | CAM | $ | 4,089.81 |
| | | $ | 25,839.81 |
| 1/1/2017-12/31/2017 | | | 12 |
| | | **$ 310,077.72** | |
| | Rent | $ | 21,750.00 |
| | CAM | $ | 3,512.35 |
| | | $ | 25,262.35 |
| 1/1/2018-12/31/2018 | | | 12 |
| | | **$ 303,148.20** | |
| | Rent | $ | 21,750.00 |
| | CAM | $ | 3,512.35 |
| | | $ | 25,262.35 |
| 1/1/2019-2/1/2019 | | | 2 |
| | | **$ 50,524.70** | |

## Additional Charges

| Date | Check # | Description | Amount |
|---|---|---|---|
| 5/17/2016 | | revised 2016 country & town ta | 24,977.46 |
| 5/17/2016 | | revised 2015 cam recovery | (1,563.71) |
| 1/25/2017 | | 2016 CAM Recovery | (6,639.11) |
| 3/22/2017 | | Water/Sewer 11/1/16-1/31/17 | 679.48 |
| 9/14/2017 | | 07/17 PCT RENT | 8,710.68 |
| 10/23/2017 | | Revised 2017 County & Town Tax | 24,977.46 |
| 10/23/2017 | | Revised 7/1/16-6/30/17 School | 49,947.55 |
| 10/23/2017 | | Revised 7/1/17-6/30/18 School | 50,869.09 |
| 11/6/2017 | | 5/1/17-7/31/17 WATER SEWER | 679.48 |
| 11/6/2017 | | 1/1/17-4/30/17 WATER SEWER | 27.18 |
| 1/30/2018 | | 2017 CAM Recovery | (6,929.50) |
| 4/9/2018 | | Sewer 11.1.17-1.31.18 | 619.85 |
| 4/9/2018 | | Sewer 8.1.17-10.31.17 | 667.55 |
| 6/11/2018 | | Water sewer 2.1.18-4.30.18 | 643.70 |
| 6/11/2018 | | revised 2018 County and Town | 25,539.60 |
| 8/31/2018 | | water sewer 5.1.18-7.31.18 | 631.76 |
| 11/8/2018 | | 7/1/18-6/30/19 School Tax | 51,790.63 |
| 11/29/2018 | | Swer 8.1.18 - 10.30.18 | 596.00 |
| 1/30/2019 | | 2018 CAM Recovery | 7,179.76 |
| | | | **$ 233,404.91** |

## Payments Received

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 1/5/2016 | 2010461 | $ (26,523.38) | 9/6/2017 | 2025581 | $ (25,839.91) |
| 2/3/2016 | 2011362 | $ (26,523.38) | 9/20/2017 | 141149 | $ (706.66) |
| 3/1/2016 | 2012262 | $ (26,523.38) | 10/10/2017 | 3206435 | $ (25,839.91) |
| 4/6/2016 | 13183 | $ (26,523.38) | 11/8/2017 | 2027297 | $ (25,839.91) |
| 5/4/2016 | 3201404 | $ (25,127.82) | 11/22/2017 | 50940 | $ (50,869.09) |
| 6/1/2016 | 2014742 | $ (26,557.01) | 12/4/2017 | 2028150 | $ (25,839.91) |
| 7/6/2016 | 15558 | $ (26,557.01) | 1/10/2018 | 144811 | $ (679.48) |
| 7/7/2016 | 18538 | $ (25,859.38) | 1/12/2018 | 2028954 | $ (25,839.91) |
| 8/3/2016 | 18344 | $ (26,557.01) | 2/13/2018 | 2029798 | $ (25,839.91) |
| 9/2/2016 | 2017074 | $ (26,557.01) | 3/7/2018 | 2030599 | $ (25,839.91) |
| 10/11/2016 | 0.7071 | $ (49,947.55) | 4/9/2018 | 2031364 | $ (25,839.91) |
| 10/11/2016 | 707104 | $ (26,557.01) | 5/7/2018 | 2032127 | $ (25,839.91) |
| 11/2/2016 | 18570 | $ (26,557.01) | 5/16/2018 | 149312 | $ (1,287.40) |
| 12/9/2016 | 2019276 | $ (26,557.01) | 6/7/2018 | 2032889 | $ (21,750.00) |
| 1/9/2017 | 2019964 | $ (26,557.01) | 7/10/2018 | 2033598 | $ (21,750.00) |
| 2/9/2017 | 2020655 | $ (26,557.01) | 8/8/2018 | 2034302 | $ (22,374.55) |
| 3/9/2017 | 2021329 | $ (26,557.01) | 8/27/2018 | 1240435 | $ (25,539.60) |
| 4/10/2017 | 2021999 | $ (26,557.01) | 9/1/2018 | 152278 | $ (643.70) |
| 5/8/2017 | 2022681 | $ (21,750.00) | 9/4/2018 | 3203499 | $ (25,262.35) |
| 6/6/2017 | 2023341 | $ (21,750.00) | 10/10/2018 | 2035661 | $ (25,262.35) |
| 7/17/2017 | 2023957 | $ (22,545.24) | 11/7/2018 | 148 | $ (25,262.35) |
| 8/10/2017 | 976156 | $ (24,977.46) | 12/10/2018 | 4000573 | $ (25,262.35) |
| 8/10/2017 | 2024692 | $ (25,839.91) | 1/8/2019 | 976 | $ (25,262.35) |
| 8/22/2017 | 2025252 | $ (8,710.69) | | | |
| | | **$ (624,728.68)** | | | **$ (504,471.42)** |

| | |
|---|---|
| Monthly Charges | $ 980,467.46 |
| Additional Charges | $ 233,404.91 |
| Payments Received | $ (1,129,200.10) |
| **Balance Due** | **$ 84,672.27** |

| Security Deposit on File | $ - |
|---|---|

# Sears @ 125 James

## Monthly Charges

| | | |
|---|---|---|
| CAM | $ | 913.45 |
| INS | $ | 139.00 |
| RNT | $ | 6,619.17 |
| TAX | $ | 383.91 |
| WAT | $ | 105.91 |
| | $ | 8,161.44 |
| 6/18-12/18 | | 7 |
| | **$ 57,130.08** | |

| | | |
|---|---|---|
| CAM | $ | 1,004.22 |
| INS | $ | 169.21 |
| RNT | $ | 6,619.17 |
| TAX | $ | 377.80 |
| WAT | $ | 125.23 |
| | $ | 8,295.63 |
| 1/1/2019-2/1/2019 | | 2 |
| | **$ 16,591.26** | |

## Additional Charges

| Date | Description | Amount |
|---|---|---|
| 6/19/2018 | Commercial construction c | $ 4,333.20 |
| 7/23/2018 | Electric 6.1.18-6.15.18 | $ 77.67 |
| 7/23/2018 | Electric 6.1.18-6.15.18 | $ 175.61 |
| 10/19/2018 | trnsfr cr bal frm sears 110 | $ (3,137.90) |
| 12/27/2018 | small dollar credit | $ (0.02) |
| | | $ 1,448.56 |

## Payments Received

| Check Date | Check # | Amount |
|---|---|---|
| 6/4/2018 | 740575 | $ (8,161.42) |
| 7/1/2018 | 741246 | $ (1,195.30) |
| 7/1/2018 | 741331 | $ (8,161.42) |
| 8/1/2018 | 741944 | $ (8,161.42) |
| 9/1/2018 | 742713 | $ (8,161.42) |
| 10/1/2018 | 743248 | $ (8,161.42) |
| 11/1/2018 | 743924 | $ (8,161.42) |
| 12/1/2018 | 744624 | $ (8,161.42) |
| 12/31/2018 | 745228 | $ (8,161.42) |
| | | **$ (66,486.66)** |

| | |
|---|---|
| Monthly Charges | $ 73,721.34 |
| Additional Charges | $ 1,448.56 |
| Payments Received | $ (66,486.66) |
| Total Balance | $ 8,683.24 |

Security Deposit on File    $ 13,238.34