# **EXHIBIT A**

Sears Robuck and Company
d/b/a Sear's - Lease ID sears21
Filing Date -10/15/18  mana2100
JPMG Manassas Mall Owner LLC

### Pre-Petition Amount Due

| | September & Prior | October 1-14 | Total |
|---|---|---|---|
| CAM-Maint Agree | $0.00 | $0.00 | $0.00 |
| CAM | 0.00 | 0.00 | 0.00 |
| Marketing Fund | 0.00 | 0.00 | 0.00 |
| Total | $0.00 | $0.00 | $0.00 |

Payments

| Check # | Date Posted | Amount |
|---|---|---|
| 000180331 | 11/6/2018 | 8,160.41 |
| 000181320 | 12/10/2018 | 8,160.41 |
| 000182331 | 1/8/2019 | 8,160.41 |

### Post-Petition Amount Due

| | October 15-31 | November | December | January 2019 | Total |
|---|---|---|---|---|---|
| | $0.00 | $2,631.46 | $2,631.46 | $2,631.46 | $7,894.38 |
| | 0.00 | 5,108.95 | 5,108.95 | 5,108.95 | 15,326.85 |
| | 0.00 | 420.00 | 420.00 | 420.00 | 1,260.00 |
| | $0.00 | 8,160.41 | 8,160.41 | 8,160.41 | $24,481.23 |
| Payments Balance | $0.00 | ($8,160.41) | ($8,160.41) | ($8,160.41) | ($24,481.23) |
| Accum Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Plus Estimated 2019 Real Property Taxes         $73,360.44
Plus Estimated 2019 Storm Water Management      $ 7,894.04
Plus Estimated 2019 Solid Waste Management Fees $17,038.00
(see attached Tax Year 2018 Statement)
Total Post-Petition:                            $98,292.48



# Real Estate Tax Statement

Prince William County, Tax Administration Division
PO Box 2467, Woodbridge VA 22195-2467
Phone: 703-792-6710  Email: TaxpayerServices@pwcgov.org

Statement As of January 25, 2019

| | |
|---|---|
| Parcel # | 021117 |
| Account # | 10547646 |
| Owner- | GREEN GAYLE J & LESLEY F GRIFFITH ET AL T-C |
| Location- | 8200 SUDLEY RD   MANASSAS VA |
| GPIN- | 7696-66-3688 |
| Legal Desc- | NONE |

GREEN GAYLE J & LESLEY F GRIFFITH ET AL T-C C/O GAYLE J GREEN
13985 DANCING TWIG DR
GAINESVILLE VA 20155

**Tax Year 2018**   Assessment  Land- $ 3,465,000  Building- $ 2,610,400  Total- $ 6,075,400

| Bill Type | Due Date | Tax Amount | Fee Amount | Penalty | Interest | Payments and Credits | Amount Due |
|---|---|---|---|---|---|---|---|
| R | 7/16/2018 | $36,680.22 | $12,466.02 | $0.00 | $0.00 | $49,146.24 | $0.00 |
| R | 12/5/2018 | $36,680.22 | $12,466.02 | $0.00 | $0.00 | $49,146.24 | $0.00 |
| | | $73,360.44 | $24,932.04 | $0.00 | $0.00 | $98,292.48 | $0.00 |

Type 'R' = Regular Bill   'S' = Supplemental Bill

### DETAIL OF FEES

Tax Year 2018
| | | |
|---|---|---|
| 7/16/2018 | $3,947.02 | Storm Water Mgmt |
| 7/16/2018 | $8,519.00 | Solid Waste Mgmt |
| 12/5/2018 | $3,947.02 | Storm Water Mgmt |
| 12/5/2018 | $8,519.00 | Solid Waste Mgmt |

Mail Payments to PRINCE WILLIAM COUNTY, PO BOX 2467, WOODBRIDGE VA 22195 or pay online at tax.pwcgov.org

Please reference Acct Num 10547646 on your payment

Sears Robuck and Company
d/b/a Sear's - Lease ID sears16
Filing Date -10/15/18
Poughkeepsie Galleria LLC

poug1600

### Pre-Petition Amount Due

| | September & Prior | October 1-14 | Total |
|---|---|---|---|
| CAE | ($313.91) | $0.00 | -$313.91 |
| Minimum Rent | (224.80) | 0.00 | -$224.80 |
| Annual School Taxes (7/1/18-10/14/18) | 11,919.47 | 0.00 | $11,919.47 |
| Annual School Taxes (10/15/18-6/30/19) | 0.00 | 0.00 | $0.00 |
| Annual Town & County Taxes | 0.00 | 0.00 | $0.00 |
| Water (5/31/17-5/31/18) | 179.20 | 0.00 | $179.20 |
| Total | $11,559.96 | $0.00 | $11,559.96 |

### Post-Petition Amount Due

| | October 15-31 | Taxes | November | December | January 2019 | Total |
|---|---|---|---|---|---|---|
| CAE | $0.00 | $0.00 | $9,059.00 | $9,059.00 | $9,059.00 | $27,177.00 |
| Minimum Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Annual School Taxes (7/1/18-10/14/18) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Annual School Taxes (10/15/18-6/30/19) | 0.00 | 29,123.99 ** | 0.00 | 0.00 | 0.00 | $29,123.99 |
| Annual Town & County Taxes | 0.00 | 31,444.19 ** | 0.00 | 0.00 | 0.00 | $31,444.19 |
| Water (5/31/17-5/31/18) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Total | $0.00 | $60,568.18 | 9,059.00 | 9,059.00 | 9,059.00 | $87,745.18 |
| Payments | $0.00 | $0.00 | ($9,059.00) | ($17,829.93) | ($9,059.00) | -$35,947.93 |
| Balance | $0.00 | $60,568.18 | $0.00 | ($8,770.93) | $0.00 | $51,797.25 |
| Accum Balance | $0.00 | $60,568.18 | $60,568.18 | $51,797.25 | $51,797.25 | |

$121,743.63

** Annual School Taxes $41,043.46
** Annual Town & County Taxes $31,444.19
*** Post Petition Tax Amount may be adjusted upon rejection date

Plus unpaid 2019 Town/County Taxes
(see attached tax bill)
TOTAL POST-PETITION    $173,540.88

| Check # | Date Posted | Amount |
|---|---|---|
| 000180506 | 11/6/2018 | 9,059.00 |
| 000181490 | 12/10/2018 | 9,059.00 |
| 140050140 | 12/18/2018 | 8,770.93 |
| 000182495 | 1/8/2019 | 9,059.00 |

1/24/2019                                                                                      Print Bill

Collection: Town & County 2019

Fiscal Year Start: 1/1/2019        Fiscal Year End: 12/31/2019        Warrant Date: 12/17/2018

| Total Tax Due (minus penalties & interest) | $121,743.63 | $121,743.63 | Pay Full |
| --- | --- | --- | --- |
| | | $40,581.21 | Pay 1st Installment |

| Tax Bill # | SWIS | Tax Map # | Status |
| --- | --- | --- | --- |
| 009252 | 134689 | 6159-03-219298-0000 | Unpaid |
| Address | Municipality | | School |
| 2001 South Rd | Town of Poughkeepsie | | WAPPINGERS |

| Owners | Property Information | | Assessment Information | |
| --- | --- | --- | --- | --- |
| Poughkeepsie Galleria LLC | Roll Section: | 1 | Full Market Value: | 7000000.00 |
| Sears, Roebuck and Company ATTN: D/768TAX 3333 Beverly Rd Hoffman Estates, IL 60179 | Property Class: | Reg shop ctr | Total Assessed Value: | 7000000.00 |
| | Lot Size: | 7.51 | Uniform %: | 100.00 |

| Description | Tax Levy | Percent Change | Taxable Value | Rate | Tax Amount |
| --- | --- | --- | --- | --- | --- |
| **NON-HOMESTEAD PARCEL** | | 0.0000 | 0.000 | 0.00000000 | $0.00 |
| County Tax | 106254848 | 0.0000 | 7000000.000 | 3.44736600 | $24,131.56 |
| Town Outside Tax | 24130679 | 5.8000 | 7000000.000 | 9.97638500 | $69,834.70 |
| Townwide Drain Imp | | 0.0000 | 32800.000 Units | 0.00334000 | $109.55 |
| Consolidated Light | 403298 | -0.3000 | 7000000.000 | 0.32877300 | $2,301.41 |
| Tri-muni 1st Ward | | 0.0000 | 53700.000 Units | 0.00813000 | $436.58 |
| Pok Lib District | 2056191 | 3.1000 | 7000000.000 | 1.67622800 | $11,733.60 |
| New Hamburg Ambulanc | | 0.0000 | 41000.000 | 0.01087500 | $445.88 |
| New Hamburg Fire | 912976 | 2.3000 | 7000000.000 | 1.57893200 | $11,052.52 |
| Town Wide Wat Imp | | 0.0000 | 56500.000 Units | 0.03005000 | $1,697.83 |

Total Taxes: $121,743.63

FULL PAYMENT OPTION

| From: | To: | Tax Amount | Penalty | Notice Fee | Total Due |
| --- | --- | --- | --- | --- | --- |
| Jan 01 | Feb 28, 2019 | $121,743.63 | $0.00 | $0.00 | $121,743.63 |
| Mar 01 | May 31, 2019 | $121,743.63 | $2,434.87 | $0.00 | $124,178.50 |
| Jun 01 | Aug 31, 2019 | $121,743.63 | $4,869.75 | $0.00 | $126,613.38 |

INSTALLMENT PAYMENT OPTION

| | From: | To: | Tax Amount | Penalty | Notice Fee | Total Due |
| --- | --- | --- | --- | --- | --- | --- |
| Installment 1 | Jan 01 | Feb 28, 2019 | $40,581.21 | $0.00 | $0.00 | $40,581.21 |
| | Mar 01 | May 31, 2019 | $40,581.21 | $811.63 | $0.00 | $41,392.84 |
| | Jun 01 | Aug 31, 2019 | $40,581.21 | $1,623.25 | $0.00 | $42,204.46 |
| Installment 2 | Jan 01 | Feb 28, 2019 | $40,581.21 | $0.00 | $0.00 | $40,581.21 |

1/24/2019 — Print Bill

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Mar 01 | May 31, 2019 | $40,581.21 | $811.62 | $0.00 | $41,392.83 |
|  | Jun 01 | Aug 31, 2019 | $40,581.21 | $1,623.25 | $0.00 | $42,204.46 |
| Installment 3 | Jan 01 | Feb 28, 2019 | $40,581.21 | $0.00 | $0.00 | $40,581.21 |
|  | Mar 01 | May 31, 2019 | $40,581.21 | $811.62 | $0.00 | $41,392.83 |
|  | Jun 01 | Aug 31, 2019 | $40,581.21 | $1,623.25 | $0.00 | $42,204.46 |

| Estimated State Aid - Type | Amount |
|---|---|
| County | 81777498.00 |
| Town | 802000.00 |

**Mail Payments To:**
Karen Schubert
Receiver of Taxes
1 Overocker Rd Poughkeepsie, NY 12603