## Schedule A

Berkshire Mall LP, Successor in Interest to Berkshire Mall, LLC

Store 1484

Contract No. S1484-1-B

**Scheduled Cure Amount:** $22,988.49

**Actual Cure Amount:**

Sears Auto

| | | |
|---|---|---|
| 12/12/18 | Utilities | $2,759.82 |

Sears Department Store

| | | |
|---|---|---|
| 8/27/18 | Real Estate Taxes (with credit for partial payment) | $327,829.91 |

Attorneys' Fees    $2,000.00

**Total:**    **$332,589.73**