|  |  |
|---|---|
| Paul E. Harner<br>Alyssa E. Kutner<br>**Ballard Spahr LLP**<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>Direct: (646) 346-8075; Fax: (212) 223-1942<br>E-mail: harnerp@ballardspahr.com<br>         kutnera@ballardspahr.com | Obj. Deadline: January 31, 2019 at 4:00 p.m. ET<br>Hearing Date:  February 4, 2019 at 10:00 a.m. ET |

*Attorneys for S-Tract, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

**JOINDER OF S-TRACT, LLC IN THE LIMITED OBJECTION OF ACADIA REALTY LIMITED PARTNERSHIP, *ET AL.*, TO MOTION OF DEBTORS FOR ENTRY OF ORDER (I)(A) APPROVING BIDDING PROCEDURES FOR SALE OF SEARS HOME IMPROVEMENT BUSINESS, (B) APPROVING STALKING HORSE BID PROTECTIONS, (C) SCHEDULING AUCTION FOR AND HEARING TO APPROVE SALE OF SEARS HOME IMPROVEMENT BUSINESS, (D) APPROVING FORM AND MANNER OF NOTICE OF SALE, AUCTION, AND SALE HEARING, (E) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES, (II) APPROVING THE SALE OF SEARS HOME IMPROVEMENT BUSINESS IN ACCORDANCE WITH THE STALKING HORSE AGREEMENT AND
(III) GRANTING RELATED RELIEF**

**TO THE HONORABLE ROBERT D. DRAIN,**
**UNITED STATES BANKRUPTCY JUDGE:**

S-Tract, LLC, in its capacity as landlord for two unexpired leases[1] of nonresidential real property entered into by certain of Sears Holdings Corporation and its affiliated co-debtors

---
[1] S-Tract, LLC is the landlord under leases for Store Nos. 1388 and 5382, located at the South Coast Plaza shopping center in Costa Mesa, California.

(collectively, the "Debtors") at the South Coast Plaza shopping center in Costa Mesa, California, hereby joins in the *Limited Objection of Acadia Realty Limited Partnership, et al.* [Docket No. 2153] *to Motion Of Debtors For Entry Of Order (I)(A) Approving Bidding Procedures For Sale Of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction For And Hearing To Approve Sale Of Sears Home Improvement Business, (D) Approving Form And Manner Of Notice Of Sale, Auction, And Sale Hearing, (E) Approving Assumption And Assignment Procedures, (II) Approving The Sale Of Sears Home Improvement Business In Accordance With The Stalking Horse Agreement And (III) Granting Related Relief* [Docket No. 450].

Dated:  January 31, 2019
New York, New York

Respectfully submitted,

*/s/ Paul E. Harner*
Paul E. Harner
Alyssa E. Kutner
**Ballard Spahr LLP**
1675 Broadway, 19th Floor
New York, NY 10019
Direct:  (646) 346-8075
Fax:  (212) 223-1942
Email: harnerp@ballardspahr.com
           kutnera@ballardspahr.com

*Attorneys for S-Tract, LLC*