## CERTIFICATE OF SERVICE

I, Paul E. Harner, Esquire, do hereby certify that, on this 31st day of January 2019, I caused a true and correct copy of the foregoing *Joinder of S-Tract, LLC in the Limited Objection of Acadia Realty Limited Partnership, et al., to Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Sears Home Improvement Business, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for and Hearing to Approve Sale of Sears Home Improvement Business, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, (II) Approving the Sale of Sears Home Improvement Business in Accordance with the Stalking Horse Agreement and (III) Granting Related Relief* to be served (i) via the Court's CM/ECF system upon all parties requesting electronic notice of all filings in this case; and (ii) the following parties on the attached service list in the manner indicated.

Dated: January 31, 2019

/s/ *Paul E. Harner*
Paul E. Harner
BALLARD SPAHR LLP

DMEAST #36630992 v1

| | |
|---|---|
| Debtors<br>Sears Holding Corporation<br>333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley, Esq.<br>Luke J. Valentino, Esq.<br>**First-Class Mail**<br>**Email: stephen.sitley@searshc.com**<br>**luke.valentino@searshc.com** | Honorable Robert D. Drain<br>United States Bankruptcy Court<br> for the Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br>**Overnight Mail** |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>**First-Class Mail**<br>**Email: ray.schrock@weil.com**<br>**jacqueline.marcus@weil.com**<br>**garrett.fail@weil.com**<br>**sunny.singh@weil.com** | Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg, Esq.<br>Richard Morrissey, Esq.<br>**First-Class Mail** |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: James L. Bromley, Esq.<br>Sean A. O'Neal, Esq.<br>Jennifer Kennedy Park, Esq.<br>Andrew Weaver, Esq.<br>Rahul Mukhi, Esq.<br>**First-Class Mail**<br>**Email: jbromley@cgsh.com**<br>**soneal@cgsh.com**<br>**jkpark@cgsh.com**<br>**aweaver@cgsh.com**<br>**rmukhi@cgsh.com** | Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>**First-Class Mail**<br>**Email:**<br>**marshall.huebner@davispolk.com**<br>**eli.vonnegut@davispolk.com** |

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
**First-Class Mail**
**Email: paul.leake@skadden.com**
**shana.elberg@skadden.com**
**george.howard@skadden.com**

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
**First-Class Mail**
**Email: ewilson@kelleydrye.com**
**bfeder@kelleydrye.com**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff, Esq.
Philip C. Dublin, Esq.
Aid Qureshi, Esq.
Joseph L. Sorkin, Esq.
**First-Class Mail**
**Email: idizengoff@akingump.com**
**aqureshi@akingump.com**
**pdublin@akingump.com**
**jsorkin@akingump.com**

Paul Weiss Rifking Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Attn: Paul M. Basta, Esq.
**First-Class Mail**
**Email: pbasta@paulweiss.com**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
**First-Class Mail**
**Email: emfox@seyfarth.com**

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.
**First-Class Mail**
**Email: gadsden@clm.com**

Locke Lord LLP
111 South Wacker Driver
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
**First-Class Mail**
**Email: braynor@lockelord.com**

Lazard Freres & Co., LLC
30 Rockefeller Plaza
New York, NY 10112
Attn: Levi Quaintance
**First-Class Mail**
**Email: project.blue.rx@lazard.com**