## EXHIBIT B-1

**Kin No.**     3641
Location:      236 N. Central Avenue (201 West California Avenue), Glendale, California
Landlord:      Sugensteve LLC (50%), Sugencole LLC (25%), and Sugengran LLC (25%)
Tenant:        Sears Roebuck and Co.
Store No.      1088

**Bankruptcy Filed 10/15/2018**

| Landlord's Description of Cure Claim and Reservation of Rights | Amount |
|---|---|
| Rent Due 2/1/2019 | $480.50 |
| 2018/2019 Real Estate Taxes 2nd Half Parcel #5642015045 Due 4/1/2019 | $56,890.07 |
| 2018/2019 Real Estate Taxes 2nd Half Parcel #5642015058 Due 4/1/2019 | $113,436.74 |
| 2018/2019 Real Estate Taxes 2nd Half Parcel #5643020038 Due 4/1/2019 | $15,104.32 |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through12/31/2018) | $4,158.74 |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |
| **Cure Claim Not Less Than**[*] | **$190,070.37** |

---

[*] The actual date of any potential assumption and assignment of the applicable Lease is not known at this time.  Landlord has therefore identified in this Cure Claim, where practicable, amounts that will come due under the Lease in the near term.  Moreover, under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof.  Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request.  The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances.  Any additional or further documentation shall be deemed to have been filed as of the date hereof.

**EXHIBIT B-2**

| | |
|---|---|
| **Kin No.** | **3362** |
| Location: | 423 Main Street, Hackensack, New Jersey |
| Landlord: | Arcolo Limited Partnership (50%), Sugensteve LLC (25%), Sugencole LLC (12.5%), and Sugengran LLC (12.5%) |
| Tenant: | Sears Roebuck and Co. |
| Store No. | 1094 |

**Bankruptcy Filed 10/15/2018**

| **Landlord's Description of Cure Claim and Reservation of Rights** | **Amount** |
|---|---:|
| Balance Rent Due 10/15/2018 ($725.00 Due; $362.50 Due) | $362.50 |
| Rent Due 2/15/2019 | $725.00 |
| 2019 2nd Quarter Real Estate Taxes (due 5/1/2019) | $108,510.00 |
| | |
| 2019 3rd & 4th Quarter Real Estate Taxes | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through12/31/2018) | $4,158.74 |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |

**Cure Claim Not Less Than***     **$113,756.24**

---

[*] The actual date of any potential assumption and assignment of the applicable Lease is not known at this time. Landlord has therefore identified in this Cure Claim, where practicable, amounts that will come due under the Lease in the near term. Moreover, under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.

## **EXHIBIT B-3**

**Kin No.**      4036
Location:        660 West Winton Avenue, Hayward, California
Landlord:        Hillsborough Associates
Tenant:          Sears Roebuck and Co.
Store No.        1248

**Bankruptcy Filed 10/15/2018**

| **Landlord's Description of Cure Claim and Reservation of Rights** | **Amount** |
|---|---|
| Rent Due 2/1/2019 | $629.14 |
| 2018/2019 Real Estate Taxes 2nd Half (Due 4/2019) | $188,555.92 |

**Reserve Landlord's rights, including but not limited to, the following:**

| | |
|---|---|
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through12/31/2018) | $4,158.74 |

**Post-Petition Inspection Fees and Deferred Maintenance:**

Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below:

| | |
|---|---|
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |

**Cure Claim Not Less Than**[*]                                             **$193,343.80**

---

[*] The actual date of any potential assumption and assignment of the applicable Lease is not known at this time. Landlord has therefore identified in this Cure Claim, where practicable, amounts that will come due under the Lease in the near term. Moreover, under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.