## **EXHIBIT C-1**

**Kin No.**     3375
Location:      1820 East Race Street, Allentown, Pennsylvania
Landlord:      Musue LLC (50%) and Hareff LLC (50%)
Tenant:        Innovel Solutions, Inc.
Store No.      8744

**Bankruptcy Filed 10/15/2018**

| Landlord's Description of Cure Claim and Reservation of Rights | Amount |
|---|---:|
| February Rent Due 2/1/2019 | $29,196.00 |
| County of LeHigh Tax Collector – Copies of tax receipts | $10.00 |
| 2019 City of Allentown Real Estate Taxes (due 4/2019) | t/b/d |
| 2019 County of Lehigh Real Estate Taxes (due 5/2019) | t/b/d |
| 2019-2020 Allentown School District Real Estate Taxes (due 7/2019) | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through12/31/2018) | $4,158.74 |
| **Cure Claim Not Less Than*** | **$33,364.74** |

---

*The actual date of any potential assumption and assignment of the applicable Lease is not known at this time. Landlord has therefore identified in this Cure Claim, where practicable, amounts that will come due under the Lease in the near term. Moreover, under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.

## EXHIBIT C-2

**Kin No.**       3439
Location:         One Kresge Road, Fairless Hills, Pennsylvania
Landlord:         Fairsan Company LLC
Tenant:           Kmart Corporation
Store No.         8275

**Bankruptcy Filed 10/15/2018**

| Landlord's Description of Cure Claim and Reservation of Rights | Amount |
|---|---|
| February Settlement Rent Due 2/1/2019 | $83,333.33 |
| 2019 Falls Township Real Estate Taxes | t/b/d |
| 2019 Falls Township School District Real Estate Taxes | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through 12/31/2018) | $4,158.74 |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | $25,000.00 |
| Roof | $92,800.00 |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |
| **Cure Claim Not Less Than**[*] | **$205,292.07** |

---

[*] The actual date of any potential assumption and assignment of the applicable Lease is not known at this time. Landlord has therefore identified in this Cure Claim, where practicable, amounts that will come due under the Lease in the near term. Moreover, under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.

## EXHIBIT C-3

**Kin No.**        3295
Location:         1502 South Fourth Street, Allentown, Pennsylvania
Landlord:         Nathan Alison LLC (50%) and Floreff LLC (50%)
Tenant:           Kmart Corporation
Store No.         3361

**Bankruptcy Filed 10/15/2018**

| Landlord's Description of Cure Claim and Reservation of Rights | Amount |
|---|---|
| Balance Rent Due 1/1/2018 ($22,500.00 Due; $19,200.00 Paid) | $3,300.00 |
| Water/Sewer/etc. Charges (billed 10/5/2018) | $1,361.00 |
| Water/Sewer Charges (billed 10/15/2018) | $371.24 |
| Water/Sewer Charges (billed 12/31/2018) | $608.40 |
| Rent Due 2/1/2019 | $22,500.00 |
| County of Lehigh Tax Collector – Copies of tax receipts | $20.00 |
| 2019 City of Allentown Real Estate Taxes (due 4/2019) | t/b/d |
| 2019 County of Lehigh Real Estate Taxes (due 5/2019) | t/b/d |
| 2019-2020 Allentown School District Real Estate Taxes (due 7/2019) | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through 12/31/2018) | $4,158.74 |

**Post-Petition Inspection Fees and Deferred Maintenance:**

| | |
|---|---|
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | $31,511.44 |
| Roof | t/b/d |
| Parking Lot | $66,000.00 |
| Maintenance Stormwater Detention Pond | $30,000.00 |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |

**Cure Claim Not Less Than**[*]                                             **$159,830.82**

---

[*] The actual date of any potential assumption and assignment of the applicable Lease is not known at this time. Landlord has therefore identified in this Cure Claim, where practicable, amounts that will come due under the Lease in the near term. Moreover, under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.

# **EXHIBIT C-4**

**Kin No.**       3637
Location:         1600 Boudreau Road, Manteno, Illinois
Landlord:         Mantkin LLC
Tenant:           Innovel Solutions, Inc.
Store No.         440

**Bankruptcy Filed 10/15/2018**

| **Landlord's Description of Cure Claim and Reservation of Rights** | **Amount** |
|---|---|
| February Rent Due 2/1/2019 | $228,290.00 |
| Estimated 2018 Real Estate Taxes Due 2019 [2017 + 3%] | $784,626.77 |
| General Contractor's Claim for Mechanic's Lien filed by N.L.M.S., Inc. for work performed at the request of Innovel Solutions Inc. | $540,298.50 |
| Estimated Cost of Completion of Innovel Solutions Contract | $334,465.60 |
| Estimated Legal Fees to Vacate Mechanic's Lien | $125,000.00 |
| | |
| 2018 Real Estate Taxes Due in 6/2019 & 9/2019 | t/b/d |
| 2019 Real Estate Taxes Due in 6/2020 & 9/2020 | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through 12/31/2018) | $4,665.73 |

**Post-Petition Inspection Fees and Deferred Maintenance:**
Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below:

| | |
|---|---|
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |

| **Cure Claim Not Less Than**[*] | **$2,017,346.60** |
|---|---|

---

[*] The actual date of any potential assumption and assignment of the applicable Lease is not known at this time. Landlord has therefore identified in this Cure Claim, where practicable, amounts that will come due under the Lease in the near term. Moreover, under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.

# **EXHIBIT C-5**

**Kin No.**     **3266**
Location:       7701/7705 Broadview Road, Seven Hills, Ohio
Landlord:       Fundamentals Company LLC (50%) and Aleff LLC (50%)
Tenant:         Kmart Corporation
Store No.       K-3013
**Bankruptcy Filed 10/15/2018**

| **Landlord's Description of Cure Claim and Reservation of Rights** | **Amount** |
|---|---:|
| Water/Sewer/Stormwater Charges (billed 8/10/2018) | $20,097.82 |
| Stormwater Charges (billed 10/15/2018) | $2,127.48 |
| 2018 1st Half Taxes (paid by Landlord, Landlord to be reimbursed) | $60,284.53 |
| 2018 2nd Half Taxes (due 7/12/2019) | $60,284.53 |
| February Rent Due 2/1/2019 [$20,833.34 - $1,894.76 concession] | $18,938.58 |
| 2019 Real Estate Taxes (due 1/2020 and 7/2020) | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Legal Fees & Expenses (through 12/31/2018) | $4,158.74 |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | $154,500.00 |
| Roof | $8,000.00 |
| Parking Lot | $625,000.00 |
| Structural | t/b/d |
| Fire Sprinkler System/Electrical | $1,000.00 |
| Inspection Costs | t/b/d |
| **Cure Claim Not Less Than**[*] | **$954,391.68** |

---

[*] The actual date of any potential assumption and assignment of the applicable Lease is not known at this time. Landlord has therefore identified in this Cure Claim, where practicable, amounts that will come due under the Lease in the near term. Moreover, under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.