UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
In Re:                                                    :        Chapter 11
                                                          :
SEARS HOLDINGS CORPORATION, *et al.*,     :        Case No. 18-23538 (RDD)
                                                          :
                              Debtors.                :        (Jointly Administered)
                                                          :
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      )
COUNTY OF NEW YORK)

    Patricia A. Wright, being duly sworn, deposes and says: I am over the age of eighteen years, am employed by Chapman and Cutler LLP and am not a party to the action herein.

    On January 31, 2019, I caused to be served a true copy of the ***Limited Objection and Reservation of Rights of WSSR, LLC to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction*** [Docket No. 2236] upon the Objection Recipients and Standard Parties as indicated on the attached Service List.

                                                          /s/Patricia A. Wright
                                                          Patricia A. Wright

Sworn to before me this
31st day of January 2019


/s/Wendy F. Reiner
Notary Public, State of New York
No. 01RE623298
Qualified in Queens County
Commission Expires 12/20/2022

**SERVICE LIST**

| OBJECTION RECEIPIENTS EMAIL SERVICE | |
|---|---|
| The Debtors<br><br>rob.riecker@searshc.com<br>luke.valentino@searshc.com<br>mmeghji@miiipartners.com | Lazard Freres & Co., LLC<br>(Debtors Investment Banker)<br><br>project.blue.rx@lazard.com |
| Buyer<br><br>kunal@eslinvest.com<br>harold@eslinvest.com | Buyer's Counsel<br><br>caustin@cgsh.com<br>boreilly@cgsh.com<br>soneal@cgsh.com |
| Counsel to Cardtronics USA, Inc.<br><br>jfroehlich@lockelord.com<br>sbryant@lockelord.com | Consultation Parties<br><br>a. Bank of America:<br>paul.leake@skadden.com<br>shana.elberg@skadden.com<br>george.howard@skadden.com<br><br>b.  Wells Fargo Bank:<br>ksimard@choate.com<br>jmarshall@choate.com |
| Environmental Authorities<br>Leopold.matt@Epa.gov | Federal, State and Local Taxing and<br>Regulatory Authorities, including the IRS<br><br>Mimi.M.Wong@irscounsel.treas.gov<br>rachel.obaldo@oag.texas.gov |
| United States Attorney General for the SDNY<br><br>David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | United States Attorney General<br><br>enid.stuart@ag.ny.gov<br>cmomjian@attorneygeneral.gov |

| STANDARD PARTIES EMAIL SERVICE | |
|---|---|
| Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Ray C. Schrock, P.C.,<br>    Jacqueline Marcus, Esq.,<br>    Garret A. Fail, Esq.,<br>    Sunny Singh, Esq.,<br>    JeriLeigh Miller, Esq.,<br>    Jessica. Liou, Esq. |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10026<br>Attn: Ira S. Dizengoff, Esq.<br>    Phillip C. Dublin, Esq.<br>    Abid Qureshi, Esq.<br>    Sara L. Brauner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.,<br>    Shana A. Elberg, Esq., and<br>    George R. Howard, Esq. |
| Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>    Attn: James Gadsden, Esq. | Cleary, Gottlieb, Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY, 10006<br>    Attn: Sean A. O'Neal, Esq. |
| Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Marshall S. Huebner, Esq. and<br>    Eli J. Vonnegut, Esq. | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.,<br>    Benjamin D. Feder, Esq., and<br>    T. Charlie Liu, Esq. |
| Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq. | Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn:  Edward M. Fox, Esq. |

| STANDARD PARTIES - FedEx Overnight Delivery | |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates IL 60179<br>Attn: Stephen Sitley Esq., and<br>        Luke J. Valentino, Esq. | Chambers of the Hon. Judge Robert D. Drain<br>United States Bankruptcy Court for the<br>Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, New York 10601 |
| Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. | |