**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, *et al.*,

                     Debtors.

---------------------------------------------------------------x

Chapter 11
Case No. 18-23538 (RDD)

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, David J. Coyle, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Kellermeyer Bergensons Services, LLC in the above-referenced cases.

    I certify that I am a member in good standing of the bar of the State of Ohio and the bars of the United States District Court for the Northern District of Ohio, United States District Court for the Southern District of Ohio, United States District Court for the Eastern District of Michigan, United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 31, 2019
Toledo, Ohio

By: /s/ David J. Coyle
David J. Coyle
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone: (419) 321-1418
Facsimile: (419) 241-6894
Email: dcoyle@slk-law.com