**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
                               |

In re:                               |      Chapter 11
                               |      Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, *et al.,*   |

                               |      (Jointly Administered)
                Debtors.         |

                               |
-------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the Motion of David J. Coyle ("Movant"), to be admitted, *pro hac vice*, to represent

Kellermeyer Bergensons Services, LLC in the above-referenced cases; and upon the Movant's

certification that the Movant is a member in good standing of the bar in the State of Ohio and the

bars of the United States District Court for the Northern District of Ohio, United States District

Court for the Southern District of Ohio, United States District Court for the Eastern District of

Michigan, United States Court of Appeals for the Sixth Circuit, and the United States Supreme

Court; it is hereby

      **ORDERED**, that David J. Coyle, is admitted to practice, *pro hac vice*, in the above-

referenced cases to represent Kellermeyer Bergensons Services, LLC in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been

paid.

Dated: _____, 2019

_____
UNITED STATES BANKRUPTCY JUDGE

{00285161.1 / 1293-001 }