## CERTIFICATE OF SERVICE

I, Matthew G. Summers, Esquire, do hereby certify that, on this 31st day of January 2019, I caused a true and correct copy of the foregoing *Supplemental Objection of Willis Towers Watson PLC, Willis Towers Watson US LLC, Towers Watson Investment Services, Inc., and Their Affiliates to Debtors' Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transactions* to be served (i) via the Court's CM/ECF system upon all parties requesting electronic notice of all filings in this case; and (ii) the following parties on the attached service list in the manner indicated.

Dated: January 31, 2019

/s/ *Matthew G. Summers*
Matthew G. Summers
BALLARD SPAHR LLP

| | |
|---|---|
| Debtors<br>Sears Holding Corporation<br>333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley, Esq.<br>Luke J. Valentino, Esq.<br>**First-Class Mail**<br>**Email: stephen.sitley@searshc.com**<br>**luke.valentino@searshc.com** | Honorable Robert D. Drain<br>United States Bankruptcy Court<br>for the Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br>**Overnight Mail** |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>**First-Class Mail**<br>**Email: ray.schrock@weil.com**<br>**jacqueline.marcus@weil.com**<br>**garrett.fail@weil.com**<br>**sunny.singh@weil.com** | Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg, Esq.<br>Richard Morrissey, Esq.<br>**First-Class Mail** |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: James L. Bromley, Esq.<br>Sean A. O'Neal, Esq.<br>Jennifer Kennedy Park, Esq.<br>Andrew Weaver, Esq.<br>Rahul Mukhi, Esq.<br>**First-Class Mail**<br>**Email: jbromley@cgsh.com**<br>**soneal@cgsh.com**<br>**jkpark@cgsh.com**<br>**aweaver@cgsh.com**<br>**rmukhi@cgsh.com** | Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>**First-Class Mail**<br>**Email:**<br>**marshall.huebner@davispolk.com**<br>**eli.vonnegut@davispolk.com** |

DMEAST #36631308 v1

| | |
|---|---|
| Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>Shana A. Elberg, Esq.<br>George R. Howard, Esq.<br>**First-Class Mail**<br>**Email: paul.leake@skadden.com**<br>**shana.elberg@skadden.com**<br>**george.howard@skadden.com** | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>T. Charlie Liu, Esq.<br>**First-Class Mail**<br>**Email: ewilson@kelleydrye.com**<br>**bfeder@kelleydrye.com** |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira S. Dizengoff, Esq.<br>Philip C. Dublin, Esq.<br>Aid Qureshi, Esq.<br>Joseph L. Sorkin, Esq.<br>**First-Class Mail**<br>**Email: idizengoff@akingump.com**<br>**aqureshi@akingump.com**<br>**pdublin@akingump.com**<br>**jsorkin@akingump.com** | Paul Weiss Rifking Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attn: Paul M. Basta, Esq.<br>**First-Class Mail**<br>**Email: pbasta@paulweiss.com** |
| Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq.<br>**First-Class Mail**<br>**Email: emfox@seyfarth.com** | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq.<br>**First-Class Mail**<br>**Email: gadsden@clm.com** |
| Locke Lord LLP<br>111 South Wacker Driver<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq.<br>**First-Class Mail**<br>**Email: braynor@lockelord.com** | Lazard Freres & Co., LLC<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Attn: Levi Quaintance<br>**First-Class Mail**<br>**Email: project.blue.rx@lazard.com** |