RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com
*Counsel for Manlaw Investment Company, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
                                       :
In re:                                 :   Chapter 11
                                       :
SEARS HOLDINGS CORPORATION, *et al.*,[1] :   Case No.: 18-23538 (RDD)
                                       :
          Debtors.                     :   (Jointly Administered)
---------------------------------------x

**CERTIFICATE OF SERVICE**

I, Hanh V. Huynh, hereby certify that, on January 31, 2019, I caused a true and correct copy of the *Objection of Manlaw Investment Company, Ltd. to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Connection with Global Sales Transaction* [ECF No.  ] to be served electronically upon the parties registered for electronic service in this case through the Court's CM/ECF system.

I further certify that, on January 31, 2019, I caused the foregoing to be served by electronic mail on the parties listed on Exhibit A.

I further certify that, on January 31, 2019, I caused the foregoing to be served by placing the same in a sealed envelope, postage prepaid therein, into an official depository under the exclusive care of the U.S. Postal Service, addressed to the persons on the service list annexed hereto as Exhibit B.

Dated: New York, New York
      January 31, 2019

                                        */s/ Hanh V. Huynh*
                                        Hanh V. Huynh

# EXHIBIT A

<u>Debtors</u>

Rob Riecker
rob.riechker@searshc.com

Luke Valentino
luke.valentino@searshc.com

Mohsin Meghji
mmeghji@searshc.com

<u>Counsel to the Debtors (Weil, Gothsal & Manges LLP)</u>

Ray C. Schrock
ray.schrock@weil.com

Jacqueline Marcus
Jacqueline.marcus@weil.com

Garret A. Fail
garrett.fail@weil.com

Sunny Singh
sunny.singh@weil.com

<u>Debtors' Investment Banker (Lazard Freres & Co., LLC)</u>

Brandon Abersold & Levi Quaintance
project.blue.rx@lazard.com

<u>Counsel to Bank of America, N.A. (Skadden, Arps, Slate, Meagher & Flom LLP)</u>

Paul D. Leake
Paul.Leake@skadden.com

Shana A. Elberg
Shana.Elberg@skadden.com

George R. Howard
George.Howard@skadden.com

<u>Counsel to Wells Fargo Bank, National Association (Choate, Hall & Stewart LLP)</u>

Kevin J. Simard
ksimard@choate.com

Jonathan D. Marshall
jmarshall@choate.com

Counsel to the Official Committee of Unsecured Creditors (Akin Gum Strauss Hauer & Feld LLP)

Phillip C. Dublin
pdublin@akingump.com

Ira S. Dizengoff
idizengoff@akingump.com

Abid Qureshi
aqureshi@akingump.com

Sara L. Brauner
sbrauner@akingump.com

Successful Bidder (Transform Holdco LLC c/o ESL Partners, Inc.)

Kunal S. Kamlani
kunal@eslinvest.com

Harold Talisman
harold@eslinvest.com

Counsel to the Successful Bidder (Cleary Gottlieb Steen & Hamilton LLP)

Christopher E. Austin
caustin@cgsh.com

Benet J. O'Reilly
boreilly@cgsh.com

Sean A. O'Neal
soneal@cgsh.com

## **EXHIBIT B**

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Sears Holding Corporation
333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq.
Luke J. Valentino, Esq.