UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, et al., | : | Case No. 18-23538 (RDD) |
| *Debtors* | : | (Jointly Administered) |

----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, true and accurate copies of the Objection and Reservation of Rights of Westfall Town Center JV to Proposed Cure Amount [Docket No. 2262], were served via ECF, with copies also sent via regular U.S. Mail to the following:

Chambers of the Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Suite 248
White Plains, NY  10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY  10014
Attn:  Paul Schwartzberg, Esquire

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Ray C. Schrock, Esquire
Jacqueline Marcus, Esquire
Garrett A. Fail, Esquire
Sunny Singh, Esquire

Transform Holdco, LLC
c/o ESL Partners
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL  33154
Attn:  Kunal S. Kamlani

Harold Talisman
Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL  60179
Attn:  General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Christopher E. Austin, Esquire
Benet J. O'Reilly, Esquire
Sean A. O'Neal, Esquire

Dated: January 31, 2019
Philadelphia, PA

SIRLIN LESSER & BENSON, P.C.
*Attorney for Westfall Town Center JV*

By: _____
Dana S. Plon, Esquire
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
Telephone: (215) 864-9700
Fax: (215) 864-9669
*dplon@sirlinlaw.com*