**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS | : | |
| CORPORATION, et al., | : | Case No. 18- 23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Samuel C. Wisotzkey to be admitted, ***pro hac vice,*** to represent Ecolab Inc. (the "Client") in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and the bar of the U.S. District Court for the Eastern District of Wisconsin, it is hereby

**ORDERED**, that Samuel C. Wisotzkey, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: January 31, 2019
        White Plains, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE