**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| SEARS HOLDINGS CORPORATIONS, *et al*. | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Dennis D. Miller to be admitted, *pro hac vice*, to represent Trinet Essential Facilities XXVII, Inc. in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and the U.S. District Court for the Northern District of California, it is hereby

ORDERED, that Dennis D. Miller, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Trinet Essential Facilities XXVII, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 31, 2019
      White Plains, New York

                                              /s/Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE

0338100078/667620v1