# EXHIBIT A

### SCHEDULE TO OBJECTION OF LAWRENCE MART, LLC TO SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH <u>GLOBAL SALE TRANSACTION [ECF 1774]</u>

Rent - September 1, 2010 - November 30, 2018                              $25,494.50*

\* Plus attorneys' fees, common area maintenance, real estate taxes, operating charges, deferred maintenance and other additional rent and related charges and expenses that may accrue through and including the date of assumption and assignment of the Lease.

835875