UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (rdd) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY ELECTRONIC MAIL ("E-MAIL"), ECF ("ELECTRONIC CASE FILING") AND REGULAR MAIL

STATE OF NEW YORK    )
                                         ss.:
COUNTY OF NASSAU    )

DONNA M. OLSEN, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Nassau County, New York.

On January 31, 2019, I served a true copy of the *OBJECTION OF LAWRENCE MART, LLC TO SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION*:

(i) via the Court's CM/ECF system upon all counsel of record and interested parties;

(ii) to the parties listed below at their last known e-mail addresses set forth after each name; and

(iii) by first class mail, by depositing true copies of same, enclosed in sealed envelopes with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, addressed to the parties listed below at the last known address set forth after each name:

I.   Bid Notice Parties
   a.   Debtors
        Rob Riecker:            rob.riecker@searshc.com
        Luke Valentino:        luke.valentino@searshc.com
        Mohsin Meghji:       mmeghji@miiipartners.com

832604

      b.    Debtors' counsel
- Ray Schrock, Esq.: ray.schrock@weil.com
- Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
- Garrett A. Fail, Esq.: garrett.fail@weil.com
- Sunny Singh, Esq.: sunny.singh@weil.com

      c.    Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
    a.    Buyer
- Kunal S. Kamlani: kunal@eslinvest.com
- Harold Talisman: harold@eslinvest.com

    b.    Counsel
- Christopher E. Austin, Esq.: caustin@cgsh.com
- Benet J. O'Reilly, Esq.: boreilly@cgsh.com
- Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a.    Bank of America
- Paul Leake, Esq.: Paul.Leake@skadden.com
- Shana Elberg, Esq.: Shana.Elberg@skadden.com
- George Howard, Esq.: George.Howard@skadden.com

    b.    Wells Fargo Bank
- Kevin J. Simard, Esq.: ksimard@choate.com
- Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c.    Committee
- Ira S. Dizengoff, Esq.: idizengoff@akingump.com
- Philip C. Dublin, Esq.: pdublin@akingump.com
- Abid Qureshi, Esq.: aqureshi@akingump.com
- Sara L. Brauner, Esq.: sbrauner@akingump.com

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn:   Stephen Sitley Esq.
         Luke J. Valentino, Esq.

832604

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn:  Paul Schwartzberg, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn:  Kunal S. Kamlani
       Harold Talisman

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Ray C. Schrock, P.C.
       Ellen J. Odoner, Esq.
       Sunny Singh
       Garrett A. Fail, Esq.

Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
Attn:  Christopher E. Austin, Esq.
       Benet J. O'Reilly, Esq.
       Sean A. O'Neal, Esq.

_____
DONNA M. OLSEN

Sworn to before me this
31st day of January, 2019.

_____
Notary Public

ANNA A. BLACKTON
NOTARY PUBLIC, State of New York
No. 01BL5033698 Qualified in Suffolk County
Commission Expires September 26, 20__

832604