TSEITLIN & GLAS, P.C.
345 Seventh Avenue, 21st Floor
New York, New York 10001
646-833-1639
Eduardo J. Glas, Esq.
Attorneys for Natalie and Edward Parker

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

The undersigned certifies that true copies of the following documents [ECF No. 2188]:

1. Notice of Hearing

2. Motion for Relief from the Automatic Stay

3. Certification of Paul Bartolomeo, Jr., in support of Motion

were served on the 30th of January 2019, by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: January 30, 2019
New York, New York

                                                    /s/*Eduardo J. Glas*
                                                  Eduardo J. Glas
                                                  Tseitlin & Glas, P.C.
                                                  345 Seventh Avenue, 21st Floor
                                                  New York, New York 10001
                                                  (646)833-1639
                                                  Attorneys for the Parkers