# EXHIBIT "A"

CAROLINA B. RICHARDSON, SUMTER COUNTY TREASURER
13 EAST CANAL STREET
SUMTER, S.C. 29150

**SUMTER COUNTY, S.C.**

TAX RECEIPT
KEEP THIS COPY FOR YOUR RECORDS

| RECEIPT NUMBER 041297-18-3 | PROPERTY VALUATION | TAX LEVY | PROPERTY TAX | FEES | LESS EXEMPTIONS | LESS SALES TAX CREDIT | NET TAX |
|---|---|---|---|---|---|---|---|
| SUMTER COUNTY | 134,720 | 333.3 | 44902.18 | 1.50 | .00 | 3311.84 | 41591.84 |
| CITY OF SUMTER | 134,720 | 102.0 | 13741.44 | .00 | .00 | 4297.53 | 9443.91 |

| DISTRICT | NO. ACRES | NO. LOTS | NO. BLDGS. | REAL ASSESSMENT | PERSONAL ASSESSMENT |
|---|---|---|---|---|---|
| 17 | 11.05 | | 1 | 134,720 | |

DUE DATE: 01/17/19

| COUNTY | SCHOOL | CENTRAL CAROLINA TEC | USC SUMTER | CAREER CENTER | CAPITAL IMPROVEMENT | | SOLID WASTE | SCH DEFICIT |
|---|---|---|---|---|---|---|---|---|
| 13701.03 | 28304.67 | 606.24 | 269.44 | | 134.72 | | 538.88 | 1347.20 |

PROPERTY LOCATION / DESCRIPTION
MAP# 2031202005
TR A
11.05 AC      K-MART
1143 BROAD ST

6% APPR 2245313

TOTAL PAID    51035.75

NAME AND ADDRESS OF PROPERTY OWNER(S)

LIBBY DIAL ENTERPRISES LLC
803 COMMONWEALTH DRIVE
WARRENDALE PA 15086

POSTMARK: 01/15/2019
51035.75  Tot Due
51035.75  Chk # 140052634

.00  Change
RCPT DATE 01/25/2019 PAID          THB
*** NOT FOR VEHICLE TAXES ***     2018

---

CAROLINA B. RICHARDSON, SUMTER COUNTY TREASURER
13 EAST CANAL STREET
SUMTER, S.C. 29150

**SUMTER COUNTY, S.C.**

| RECEIPT NUMBER 041297-18-3 | PROPERTY VALUATION | TAX LEVY | PROPERTY TAX | FEES | LESS EXEMPTIONS | LESS SALES TAX CREDIT | NET TAX |
|---|---|---|---|---|---|---|---|
| SUMTER COUNTY | 134,720 | 333.3 | 44902.18 | 1.50 | .00 | 3311.84 | 41591.84 |
| CITY OF SUMTER | 134,720 | 102.0 | 13741.44 | .00 | .00 | 4297.53 | 9443.91 |

| DISTRICT | NO. ACRES | NO. LOTS | NO. BLDGS. | REAL ASSESSMENT | PERSONAL ASSESSMENT |
|---|---|---|---|---|---|
| 17 | 11.05 | | 1 | 134,720 | |

DUE DATE: 01/17/19

PROPERTY LOCATION / DESCRIPTION
MAP# 2031202005
TR A
11.05 AC      K-MART
1143 BROAD ST

6% APPR 2245313

TOTAL PAID    51035.75

NAME AND ADDRESS OF PROPERTY OWNER(S)

LIBBY DIAL ENTERPRISES LLC
803 COMMONWEALTH DRIVE
WARRENDALE PA 15086

POSTMARK: 01/15/2019
51035.75  Tot Due
51035.75  Chk # 140052634

.00  Change
RCPT DATE 01/25/2019 PAID          THB
*** NOT FOR VEHICLE TAXES ***     2018

---

CAROLINA B. RICHARDSON, SUMTER COUNTY TREASURER
13 EAST CANAL STREET
SUMTER, S.C. 29150

**SUMTER COUNTY, S.C.**

TREASURER'S DUPLICATE

| RECEIPT NUMBER 041297-18-3 | PROPERTY VALUATION | TAX LEVY | PROPERTY TAX | FEES | LESS EXEMPTIONS | LESS SALES TAX CREDIT | NET TAX |
|---|---|---|---|---|---|---|---|
| SUMTER COUNTY | 134,720 | 333.3 | 44902.18 | 1.50 | .00 | 3311.84 | 41591.84 |
| CITY OF SUMTER | 134,720 | 102.0 | 13741.44 | .00 | .00 | 4297.53 | 9443.91 |

| DISTRICT | NO. ACRES | NO. LOTS | NO. BLDGS. | REAL ASSESSMENT | PERSONAL ASSESSMENT |
|---|---|---|---|---|---|
| 17 | 11.05 | | 1 | 134,720 | |

DUE DATE: 01/17/19

| COUNTY | SCHOOL | CENTRAL CAROLINA TEC | USC SUMTER | CAREER CENTER | CAPITAL IMPROVEMENT | | SOLID WASTE | SCH DEFICIT |
|---|---|---|---|---|---|---|---|---|
| 13701.03 | 28304.67 | 606.24 | 269.44 | | 134.72 | | 538.88 | 1347.20 |

PROPERTY LOCATION / DESCRIPTION
MAP# 2031202005
TR A
11.05 AC      K-MART
1143 BROAD ST

6% APPR 2245313

TOTAL PAID    51035.75

NAME AND ADDRESS OF PROPERTY OWNER(S)

LIBBY DIAL ENTERPRISES LLC
803 COMMONWEALTH DRIVE
WARRENDALE PA 15086

POSTMARK: 01/15/2019
51035.75  Tot Due
51035.75  Chk # 140052634

.00  Change
RCPT DATE 01/25/2019 PAID          THB
*** NOT FOR VEHICLE TAXES ***     2018



## Tax Receipt — Sumter County, S.C.

CAROLINA B. RICHARDSON, SUMTER COUNTY TREASURER
13 EAST CANAL STREET
SUMTER, S.C. 29150

**TAX RECEIPT — KEEP THIS COPY FOR YOUR RECORDS**

Receipt Number: 039117-18-4

| | Property Valuation | Tax Levy | Property Tax | Fees | Less Exemptions | Less Sales Tax Credit | Net Tax |
|---|---|---|---|---|---|---|---|
| Sumter County | 5,070 | 333.3 | 1689.83 | 1.50 | | 71.22 | 1620.11 |
| City of Sumter | 5,070 | 102.0 | 517.14 | .00 | | 92.42 | 424.72 |

District: 17

Real Assessment / Personal Assessment: 5,070

Due Date: 01/17/19

| County | School | Central Carolina Tec | USC Sumter | Career Center | Capital Improvement | Solid Waste | ACH Deficit |
|---|---|---|---|---|---|---|---|
| 515.61 | 1065.21 | 22.82 | 10.14 | | 5.07 | 20.28 | 50.70 |

Property Location / Description:
SCDOR 5-04192
1143 BROAD ST
SUMTER

Name and Address of Property Owner(s):
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN EST IL 60179 0001

TOTAL PAID: 2044.83

POSTMARK: 01/15/2019
2044.83  Tot Due
2044.83  Chk # 140052635

.00 Change
RCPT DATE 01/25/2019 PAID          THB
*** NOT FOR VEHICLE TAXES ***      2018

---

CAROLINA B. RICHARDSON, SUMTER COUNTY TREASURER
13 EAST CANAL STREET
SUMTER, S.C. 29150

**SUMTER COUNTY, S.C.**

Receipt Number: 039117-18-4

| | Property Valuation | Tax Levy | Property Tax | Fees | Less Exemptions | Less Sales Tax Credit | Net Tax |
|---|---|---|---|---|---|---|---|
| Sumter County | 5,070 | 333.3 | 1689.83 | 1.50 | | 71.22 | 1620.11 |
| City of Sumter | 5,070 | 102.0 | 517.14 | .00 | | 92.42 | 424.72 |

District: 17
Personal Assessment: 5,070
Due Date: 01/17/19

Property Location / Description:
SCDOR 5-04192
1143 BROAD ST
SUMTER

KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN EST IL 60179 0001

TOTAL PAID: 2044.83
POSTMARK: 01/15/2019
2044.83 Tot Due
2044.83 Chk # 140052635
.00 Change
RCPT DATE 01/25/2019 PAID   THB
*** NOT FOR VEHICLE TAXES ***   2018

---

**TREASURER'S DUPLICATE**

CAROLINA B. RICHARDSON, SUMTER COUNTY TREASURER
13 EAST CANAL STREET
SUMTER, S.C. 29150

Receipt Number: 039117-18-4

| | Property Valuation | Tax Levy | Property Tax | Fees | Less Exemptions | Less Sales Tax Credit | Net Tax |
|---|---|---|---|---|---|---|---|
| Sumter County | 5,070 | 333.3 | 1689.83 | 1.50 | | 71.22 | 1620.11 |
| City of Sumter | 5,070 | 102.0 | 517.14 | .00 | | 92.42 | 424.72 |

District: 17
Personal Assessment: 5,070
Due Date: 01/17/19

| County | School | Central Carolina Tec | USC Sumter | Career Center | Capital Improvement | Solid Waste | ACH Deficit |
|---|---|---|---|---|---|---|---|
| 515.61 | 1065.21 | 22.82 | 10.14 | | 5.07 | 20.28 | 50.70 |

Property Location / Description:
SCDOR 5-04192
1143 BROAD ST
SUMTER

KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN EST IL 60179 0001

TOTAL PAID: 2044.83
POSTMARK: 01/15/2019
2044.83 Tot Due
2044.83 Chk # 140052635
.00 Change
RCPT DATE 01/25/2019 PAID   THB
*** NOT FOR VEHICLE TAXES ***   2018