**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| SEARS HOLDINGS CORPORATION., *et al.*, § | |
| § | Case No. 18-23538 (RDD) |
| § | |
| Debtors. § | (Jointly Administered) |
| § | |
| § | |

**ORDER GRANTING MOTION OF LIVING SPACES FURNITURE, LLC FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO DECLARATION IN SUPPORT OF RESERVATION OF RIGHTS AND LIMITED OBJECTION**

Upon Living Spaces Furniture, LLC's ("Living Spaces") *Motion of Living Spaces Furniture, LLC for Leave to File Under Seal Certain Exhibits to Declaration in Support of Reservation of Rights and Limited Objection*, dated January 29, 2019 (the "Seal Motion"); and, after due deliberation, the Court having determined that the Subleases contain commercial information that is properly protected under 11 U.S.C. § 107(b); and no additional notice or hearing being required,

IT IS HEREBY ORDERED THAT:

1. The Seal Motion is GRANTED.

2. Living Spaces is authorized to file the Declaration on the public docket of this case without the Subleases attached as Exhibit A to the Seal Motion and Declaration. Living Spaces shall provide the foregoing Exhibit A to the Clerk of the Court, attn: Mimi Correa, with a copy of this Order, for filing under seal.

3. The Subleases shall remain under seal until further order of this Court.

4. Living Spaces shall retrieve the Subleases at the conclusion of this case or direct the Clerk of the Court, with a copy of this Order, to destroy the Subleases at such time.

1

5.      Living Spaces is directed to provide a copy of the Subleases to (i) counsel for the Debtors, (ii) the U.S. Trustee, (iii) counsel to the ESL, and (iv) counsel for the Official Committee of Unsecured Creditors, upon reasonable request; provided, however, any such disclosure shall not be published without approval of Living Spaces or order of the Court

6.      This Order is without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the Subleases.

7.      This Court shall retain jurisdiction to interpret and enforce this Order.

Dated:  January 31, 2019                        /s/Robert D. Drain
        White Plains, New York          THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE