| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, New York 10178-0600<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>Neil E. Herman, Esq.<br>  - and -<br>One Federal Street - 32nd Fl<br>Boston, MA  02110-1726<br>Telephone: (617) 341-7716<br>Facsimile: (617) 341-7701<br>Laura McCarthy, Esq.<br><br>*Counsel to Kimco Realty Corporation* | **Hearing Date:**    February 4, 2019 at 10:00 a.m.<br>**Objection Deadline:** January 26, 2019 at 4:00 p.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :  **Chapter 11**
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :  **Case No. 18-23538 (RDD)**
                                                               :
                                      Debtors.[1]              :  **(Jointly Administered)**
---------------------------------------------------------------x

## AMENDED OBJECTION AND JOINDER OF LANDLORD TO THE DEBTORS' NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Kimco Realty Corporation and certain of its affiliates (collectively, "Kimco"), by its attorneys, Morgan, Lewis & Bockius, LLP, file this Amended Objection and Joinder in response to Debtors' *Notice of Successful Bidder and Sale Hearing* filed on January 18, 2019 (the "Sale

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

DB1/ 101870396.1

Motion") [Dkt. No. 1730], Debtors' *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* filed on January 18, 2019 (the "Initial Cure Notice") [Dkt. No. 1731], and Debtors' Supplemental Notice of Cure Costs [Dkt. No. 1774] (together with the Initial Cure Notice, the "Cure Notices") respectfully state as follows:

1. Kimco restates and incorporates herein by reference its initial Objection and Joinder filed on January 25, 2019 at Dkt. No. 1839 (the "Initial Kimco Objection").

2. Kimco hereby amends its objection to the proposed cure amount for Store Number 3978. Kimco became aware of new information regarding real estate taxes, which have not been billed to this particular Kmart store since 2014.

3. The Debtors' asserted cure claim was $15,134.80. Kimco previously reported the correct cure amount to be $19,115.17. Kimco hereby amends the correct cure amount to add $287,022.67 in unpaid real estate taxes for a total corrected cure amount of **$306,137.84**, based on the real estate taxes which were not billed to Store 3978 since 2014.

4. Supporting documentation for this amount is attached hereto as **Exhibit A**.

5. As set forth above and in the Initial Kimco Objection, the Debtors have failed to sufficiently cure the arrearages for the subject leases. Consequently, the Sale Motion and Cure Notices must be denied as it relates to the cure amounts with respect to the subject leases.

6. Kimco reserves the right to supplement this Amended Objection and Joinder and make such other and further objections as may be necessary or appropriate.

*[remainder of this page intentionally left blank]*

**WHEREFORE**, Kimco respectfully requests that this Court enter an order (i) denying without prejudice the proposed assumption and assignment of the subject leases, and (ii) granting such further and other relief as this Court may deem just and proper.

Dated: New York, New York  
January 31, 2019

**MORGAN, LEWIS & BOCKIUS LLP**  
*Attorneys for Kimco Realty Corporation*

By:  /s/ Neil E. Herman  
    Neil E. Herman (NH-2513)

101 Park Avenue  
New York, New York 10178  
Tel: 212-309-6000  
Fax: 212-309-6001  
E-mail: neil.herman@morganlewis.com

- and -

Laura McCarthy, Esq.  
**Morgan, Lewis & Bockius LLP**  
One Federal Street - 32nd Fl  
Boston, MA 02110-1726  
Direct Phone: (617) 341-7716  
Fax: (617) 341-7701  
Email: laura.mccarthy@morganlewis.com

# **EXHIBIT A**

| Invoice # | Bill Date |
|---|---|
| G0524386 | JAN/30/2019 |
| **Amount Due** | **Due Date** |
| 73,424.85 | Upon Receipt |
| **Property ID** | **Lease ID** |
| SGAP1752/ | LKMAR//00 |
| **Unit ID** | |
| 100 | |

Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

Sears Holdings Corp.
Att: VP Real Estate Dept 824RE
3333 Beverly Road
Hoffman Estates, IL 60179
USA

Please remit check payable to:

Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

---

Remove Coupon Above and Return with Your Payment

| Tenant Name (DBA) | Unit ID | Store # | Property Name/Address |
|---|---|---|---|
| Kmart | 100 | STORE #3978 | Braelinn Village |

| Service Description | Amount |
|---|---|
| Real Estate Tax Reconciliation<br>2017 Real Estate Tax Reconciliation | 73,424.85 |

Invoice # G0524386      Date: JAN/30/2019      TERMS     Due upon receipt      Total Due:    $  73,424.85

For questions on your invoice, please contact Daweet Dagnachew at
704-362-6155 or DDagnachew@kimcorealty.com.
Please reference your Project ID and your Lease ID.
Please fax all inquiries to 704-367-0629.

Please remit check payable to:
Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

# Recoverable Cost Computation Summary

| | | | | | | Date | 1/30/2019 |
|---|---|---|---|---|---|---|---|
| RE: Project: | SGAP1752/ | Braelinn Village | | | | | |
| Tenant: | TSEARH000 | Sears Holding Corporation | | | | | |
| Lease: | LKMAR//00 | Kmart | | | | Page: | 1 |
| Space: | 001 | | Unit | 100 | | | |

| Recovery Category: T12 | TAX Close Month - Dec | Recovery from | 01/01/17 | to | 12/31/17 |
|---|---|---|---|---|---|
| Current Year Tax Assessment | | | | | 294,418.16 |
| Current Year Tax Rate | | | | | **24.94%** |
| Charge Commencement Date | | | | | 1/1/2015 |
| Total Number of Tenant Recovery Days | | | | | 365 |
| Total Number of Days Cost Incurred | | | | | 365 |
| Tenant Recovery Days as Fraction of Total Days (365/365) | | | | | 1.000000 |
| Total Chargeable to Tenant | | | | | 73,424.85 |
| Less Amount Previously Billed for Period | | | | | 0.00 |
| Additional Amount Due or (Credit) | | | | | 73,424.85 |

# 2017 Property Tax Statement

Kristie King
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

| Bill No | Due Date | TOTAL DUE |
|---|---|---|
| 2017-4259 | 01/15/2018 | 44,162.74 |

Map: 0611 009
Last payment made on: 10/16/2017
Location: 564 CROSSTOWN

Payment good through: 01/15/2018
Printed: 12/15/2017

MAKE CHECK OR MONEY ORDER PAYABLE TO:
Fayette County Tax Commissioner

ON-LINE PAYMENTS AT:
WWW.FAYETTECOUNTYTAXCOMM.COM
THERE WILL BE A FEE OF 2 1/2% IF PAID ONLINE.
YOUR NET MILLAGE RATE IS EQUAL TO YOUR COUNTY
SCHOOL OR CITY MILLAGE RATE LESS THE APPLICABLE
SALES TAX CREDIT.
REFER TO THE REVERSE SIDE OF YOUR TAX BILL FOR
INORMATION ABOUT STATE AND LOCAL EXEMPTIONS.
IF THIS BILL IS MARKED "APPEAL" IT IS CALCULATED AT
85% VALUE. AN ADJUSTED BILL WILL BE ISSUED WHEN
YOUR APPEAL IS FINALIZED.

*20174259*

1752
BRAELINN VILLAGE 1752, LLC
3333 NEW HYDE PARK RD
SUITE 100
NEW HYDE PARK, NY 11042

APPEAL SETTLED
Notify your mortgage
company if you have
an escrow account

RETURN THIS PORTION WITH PAYMENT
(Interest will be added per month if not paid by due date)

---

Kristie King
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

Phone: (770) 461-3652   Fax: (770) 461-8443

Fayette County GEORGIA
Where Quality Is A Lifestyle

Tax Payer: BRAELINN VILLAGE 1752, LLC
Map Code: 0611 009                    REAL
Description: CROSSTOWN RD
Location: 564 CROSSTOWN
Bill No: 2017-4259
District: 05   PEACHTREE CITY

| Building Value | Land Value | Acres | Fair Market Value | Due Date | Billing Date | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|
| 14,718,100 | 8,230,250 | 44.7900 | 22,948,350 | 01/15/2018 | | 01/15/2018 | |

| Entity | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| COUNTY M&O | 22,948,350.00 | 9,179,340.00 | | 9179340 | 6.4880 | 59,555.56 | | 41,389.65 |
| COUNTY SALES TAX CREDIT | | | | 9179340 | -1.9790 | | -18,165.91 | |
| 911 SERVICES | 22,948,350.00 | 9,179,340.00 | | 9179340 | .2100 | 1,927.66 | | 1,927.66 |
| COUNTY SCHOOL M&O | 22,948,350.00 | 9,179,340.00 | | 9179340 | 19.5000 | 178,997.13 | | 178,997.13 |
| COUNTY SCHOOL BOND | 22,948,350.00 | 9,179,340.00 | | 9179340 | 1.3500 | 12,392.11 | | 12,392.11 |
| CITY - PEACH TREE CITY | 22,948,350.00 | 9,179,340.00 | | 9179340 | 9.3100 | 85,459.66 | | 57,205.65 |
| PEACH-TREE CITY SLS TX 2017 | | | | 9179340 | -3.0780 | | -28,254.01 | |
| PTC-BOND | 22,948,350.00 | 9,179,340.00 | | 9179340 | .2730 | 2,505.96 | | 2,505.96 |
| TOTALS | | | | | 32.0740 | 340,838.08 | 46,419.92 | 294,418.16 |

PAY BY THE DUE DATE TO AVOID PENALTY AND INTEREST CHARGES:

INTEREST WILL ACCRUE EACH MONTH AT AN ANNUAL RATE EQUAL TO 3% PLUS
THE FEDERAL PRIME RATE PUBLISHED AS OF JANUARY 1, EACH YEAR.
A 5% PENALTY WILL BE ADDED 120 DAYS AFTER THE DUE DATE AND AT EACH 120
DAY MARK UNTIL A 20% CAP IS REACHED.

| | |
|---|---|
| Current Due | 294,418.16 |
| Penalty | 0.00 |
| Interest | 0.00 |
| Other Fees | 0.00 |
| Previous Payments | 250,255.42 |
| Back taxes | 0.00 |
| TOTAL DUE | 44,162.74 |

Printed: 12/15/2017

## 2017 Property Tax Statement

Kristie King
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

| Bill No. | Due Date | TOTAL DUE |
|---|---|---|
| 2017-4259 | 11/15/2017 | 250,255.42 |

Map: 0611 009
Location: 564 CROSSTOWN

Payment Good Through: 11/15/2017
Printed: 09/07/2017

MAKE CHECK OR MONEY ORDER PAYABLE TO:
Fayette County Tax Commissioner

1752



*****AUTO**MIXED AADC 373  123  131  29780  1 MB 0.423
BRAELINN VILLAGE 1752, LLC
3333 NEW HYDE PARK RD
SUITE 100
NEW HYDE PARK, NY 11042



ON-LINE PAYMENTS AT:
WWW.FAYETTECOUNTYTAXCOMM.COM

THERE WILL BE A FEE OF 2 1/2% IF PAID ONLINE. YOUR NET MILLAGE RATE IS EQUAL TO YOUR COUNTY SCHOOL OR CITY MILLAGE RATE LESS THE APPLICABLE SALES TAX CREDIT.

REFER TO THE REVERSE SIDE OF YOUR TAX BILL FOR INORMATION ABOUT STATE AND LOCAL EXEMPTIONS.

IF THIS BILL IS MARKED "APPEAL" IT IS CALCULATED AT 85% VALUE. AN ADJUSTED BILL WILL BE ISSUED WHEN YOUR APPEAL IS FINALIZED.

RETURN THIS PORTION WITH PAYMENT
(Interest will be added monthly if not paid by due date)

---

Kristie King
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

Phone: (770)461-3652    Fax: (770)461-8443



Tax Payer: BRAELINN VILLAGE 1752, LLC
Map Code: 0611-009   REAL
Description: CROSSTOWN RD
Location: 564 CROSSTOWN
Bill No: 2017-4259
District: 05 PEACHTREE CITY

| Building Value | Land Value | Acres | Fair Market Value | Due Date | | | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|---|
| 14,718,100 | 8,230,250 | 44.7900 | 22,948,350 | 11/15/2017 | | | 11/15/2017 | |

| | Gross Value | Assessed | Exemptions | Taxable Value | Millage | Gross Tax | Credits | Net Tax |
|---|---|---|---|---|---|---|---|---|
| COUNTY M&O | 19,506,098.00 | 7,802,439.00 | 0.00 | 7,802,439.00 | 6.488 | 50,622.22 | 0.00 | 35,181.19 |
| COUNTY SALES TAX CREDIT | 19,506,098.00 | 7,802,439.00 | 0.00 | 7,802,439.00 | -1.979 | 0.00 | -15,441.03 | 0.00 |
| 911 SERVICES | 19,506,098.00 | 7,802,439.00 | 0.00 | 7,802,439.00 | .210 | 1,638.51 | 0.00 | 1,638.51 |
| COUNTY SCHOOL M&O | 19,506,098.00 | 7,802,439.00 | 0.00 | 7,802,439.00 | 19.500 | 152,147.56 | 0.00 | 152,147.56 |
| COUNTY SCHOOL BOND | 19,506,098.00 | 7,802,439.00 | 0.00 | 7,802,439.00 | 1.350 | 10,533.29 | 0.00 | 10,533.29 |
| CITY -- PEACH TREE CITY | 19,506,098.00 | 7,802,439.00 | 0.00 | 7,802,439.00 | 9.310 | 72,640.71 | 0.00 | 48,624.80 |
| PEACH-TREE CITY SLS TX 2017 | 19,506,098.00 | 7,802,439.00 | 0.00 | 7,802,439.00 | -3.078 | 0.00 | -24,015.91 | 0.00 |
| PTC-BOND | 19,506,098.00 | 7,802,439.00 | 0.00 | 7,802,439.00 | .273 | 2,130.07 | 0.00 | 2,130.07 |

## APPEALED - TEMPORARY BILL

PAY BY THE DUE DATE TO AVOID PENALTY AND INTEREST CHARGES:

INTEREST WILL ACCRUE EACH MONTH AT AN ANNUAL RATE EQUAL TO 3% PLUS THE FEDERAL PRIME RATE PUBLISHED AS OF JANUARY 1, EACH YEAR.
A 5% PENALTY WILL BE ADDED 120 DAYS AFTER THE DUE DATE AND AT EACH 120 DAY MARK UNTIL A 20% CAP IS REACHED.

| Current Due | 250,255.42 |
|---|---|
| Penalty | 0.00 |
| Interest | 0.00 |
| Other Fees | 0.00 |
| Previous Payment | 0.00 |
| Back Taxes | 0.00 |
| TOTAL DUE | 250,255.42 |



| Invoice # | Bill Date |
|---|---|
| G0524387 | JAN/30/2019 |
| Amount Due | Due Date |
| 72,324.73 | Upon Receipt |
| Property ID | Lease ID |
| SGAP1752/ | LKMAR//00 |
| Unit ID | |
| 100 | |

Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

Sears Holdings Corp.
Att: VP Real Estate Dept 824RE
3333 Beverly Road
Hoffman Estates, IL 60179
USA

Please remit check payable to:

Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

---

Remove Coupon Above and Return with Your Payment

| Tenant Name (DBA) | Unit ID | Store # | Property Name/Address |
|---|---|---|---|
| Kmart | 100 | STORE #3978 | Braelinn Village |

| Service Description | Amount |
|---|---|
| Real Estate Tax Reconciliation<br>2018 Real Estate Tax Reconciliation | 72,324.73 |

Invoice # G0524387    Date: JAN/30/2019    TERMS    Due upon receipt    Total Due:    $    72,324.73

For questions on your invoice, please contact Daweet Dagnachew at 704-362-6155 or DDagnachew@kimcorealty.com.
Please reference your Project ID and your Lease ID.
Please fax all inquiries to 704-367-0629.

Please remit check payable to:
Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

## Recoverable Cost Computation Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| RE: Project: | SGAP1752/ | Braelinn Village | | | Date | 1/30/2019 |
| Tenant: | TSEARH000 | Sears Holding Corporation | | | | |
| Lease: | LKMAR//00 | Kmart | | | Page: | 1 |
| Space: | 001 | | Unit | 100 | | |

| | | | | |
|---|---|---|---|---|
| Recovery Category: T12 | TAX Close Month - Dec | Recovery from | 01/01/18 to | 12/31/18 |

| | |
|---|---:|
| Current Year Tax Assessment | 290,006.93 |
| Current Year Tax Rate | **24.94%** |
| Charge Commencement Date | 1/1/2015 |
| Total Number of Tenant Recovery Days | 365 |
| Total Number of Days Cost Incurred | 365 |
| Tenant Recovery Days as Fraction of Total Days (365/365) | 1.000000 |
| Total Chargeable to Tenant | 72,324.73 |
| Less Amount Previously Billed for Period | 0.00 |
| Additional Amount Due or (Credit) | 72,324.73 |

## 2018 Property Tax Statement

Kristie King
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

| Bill No: | Due Date | TOTAL DUE |
|---|---|---|
| 2018-4312 | 11/15/2018 | 290,006.93 |

Map: 0611 009
Location: 564 CROSSTOWN

Payment Good Through: 11/16/2018
Printed: 09/06/2018

**MAKE CHECK OR MONEY ORDER PAYABLE TO:**
Fayette County Tax Commissioner

ON-LINE PAYMENTS AT:
WWW.FAYETTECOUNTYTAXCOMM.COM

THERE WILL BE A FEE OF 2 1/2% IF PAID ONLINE. YOUR NET MILLAGE RATE IS EQUAL TO YOUR COUNTY SCHOOL OR CITY MILLAGE RATE LESS THE APPLICABLE SALES TAX CREDIT.

REFER TO THE REVERSE SIDE OF YOUR TAX BILL FOR INORMATION ABOUT STATE AND LOCAL EXEMPTIONS.

IF THIS BILL IS MARKED "APPEAL" IT IS CALCULATED AT 85% VALUE. AN ADJUSTED BILL WILL BE ISSUED WHEN YOUR APPEAL IS FINALIZED.



BRAELINN VILLAGE 1752, LLC
3333 NEW HYDE PARK RD
SUITE 100
NEW HYDE PARK, NY 11042

RETURN THIS PORTION WITH PAYMENT

---

Kristie King
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

Phone: (770) 461-3652    Fax: (770) 461-6443



Tax Payer: BRAELINN VILLAGE 1752, LLC
Map Code: 0611 009   REAL
Description: CROSSTOWN RD
Location: 564 CROSSTOWN
Bill No: 2018-4312
District: 06 PEACHTREE CITY

| Building Value | Land Value | Acres | Fair Market Value | Due Date | | | | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|---|---|
| 14,526,100 | 8,230,250 | 44.7900 | 22,756,350 | 11/15/2018 | | | | 11/16/2018 | |

| | Assessed | Exemptions | Taxable Value | Millage | Gross Tax | Credits | Net Tax |
|---|---|---|---|---|---|---|---|
| COUNTY M&O | 22,756,350.00 / 9,102,540.00 | 0.00 | 9,102,540.00 | 6.518 | 59,330.36 | 0.00 | 59,976.36 |
| COUNTY SALES TAX CREDIT | 22,756,350.00 | 9,102,540.00 | 0.00 | 9,102,540.00 | -2.128 | 0.00 | -19,362.00 | 0.00 |
| 911 SERVICES | 22,756,350.00 | 9,102,540.00 | 0.00 | 9,102,540.00 | .210 | 1,911.53 | 0.00 | 1,911.53 |
| COUNTY SCHOOL M&O | 22,756,350.00 | 9,102,540.00 | 0.00 | 9,102,540.00 | 19.500 | 177,499.53 | 0.00 | 177,499.53 |
| COUNTY SCHOOL BOND | 22,756,350.00 | 9,102,540.00 | 0.00 | 9,102,540.00 | 1.350 | 12,288.43 | 0.00 | 12,288.43 |
| CITY - PEACHTREE CITY | 22,756,350.00 | 9,102,540.00 | 0.00 | 9,102,540.00 | 9.533 | 86,774.51 | 0.00 | 86,727.03 |
| PEACHTREE CITY SALES TAX CRED | 22,756,350.00 | 9,102,540.00 | 0.00 | 9,102,540.00 | -3.301 | 0.00 | -30,047.48 | 0.00 |
| PTC-BOND | 22,756,350.00 | 9,102,540.00 | 0.00 | 9,102,540.00 | .176 | 1,602.05 | 0.00 | 1,602.05 |
| TOTALS | | | | | 339,406.41 | -49,399.48 | 290,006.93 |



| Bill No:2018-4312 | |
|---|---|
| Current Due | 290,006.93 |
| Penalty | 0.00 |
| Interest | 0.00 |
| Other Fees | 0.00 |
| Previous Payment | 0.00 |
| Back Taxes | 0.00 |
| TOTAL DUE | 290,006.93 |



**PAY BY THE DUE DATE TO AVOID PENALTY AND INTEREST CHARGES:**

INTEREST WILL ACCRUE EACH MONTH AT AN ANNUAL RATE EQUAL TO 3% PLUS THE FEDERAL PRIME RATE PUBLISHED AS OF JANUARY 1, EACH YEAR.

A 5% PENALTY WILL BE ADDED 120 DAYS AFTER THE DUE DATE AND AT EACH 120 DAY MARK UNTIL A 20% CAP IS REACHED.

(Errors and Omissions Expected)
Sep 28, 2018, 12:04 PM

Page 4 Of 4

| Invoice # | Bill Date |
|---|---|
| G0524384 | JAN/30/2019 |
| Amount Due | Due Date |
| 66,450.52 | Upon Receipt |
| Property ID | Lease ID |
| SGAP1752/ | LKMAR//00 |
| Unit ID | |
| 100 | |

Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

Sears Holdings Corp.
Att:VP Real Estate Dept 824RE
3333 Beverly Road
Hoffman Estates, IL 60179
USA

Please remit check payable to:

Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

Remove Coupon Above and Return with Your Payment

| Tenant Name (DBA) | Unit ID | Store # | Property Name/Address |
|---|---|---|---|
| Kmart | 100 | STORE #3978 | Braelinn Village |

| Service Description | Amount |
|---|---|
| Real Estate Tax Reconciliation<br>2015 Real Estate Tax Reconciliation | 66,450.52 |

Invoice # G0524384    Date: JAN/30/2019    TERMS    Due upon receipt    Total Due:    $    66,450.52

For questions on your invoice, please contact Daweet Dagnachew at
704-362-6155 or DDagnachew@kimcorealty.com.
Please reference your Project ID and your Lease ID.
Please fax all inquiries to 704-367-0629.

Please remit check payable to:
Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

## Recoverable Cost Computation Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| RE: Project: | SGAP1752/ | Braelinn Village | | | Date | 1/30/2019 |
| Tenant: | TSEARHO00 | Sears Holding Corporation | | | | |
| Lease: | LKMAR//00 | Kmart | | | Page: | 1 |
| Space: | 001 | | Unit | 100 | | |

| | | | | |
|---|---|---|---|---|
| Recovery Category: T12 | TAX Close Month - Dec | Recovery from | 01/01/15 to | 12/31/15 |

| | |
|---|---|
| Current Year Tax Assessment | 266,452.59 |
| Current Year Tax Rate | **24.94%** |
| Charge Commencement Date | 1/1/2015 |
| Total Number of Tenant Recovery Days | 365 |
| Total Number of Days Cost Incurred | 365 |
| Tenant Recovery Days as Fraction of Total Days (365/365) | 1.000000 |
| Total Chargeable to Tenant | 66,450.52 |
| Less Amount Previously Billed for Period | 0.00 |
| | --------- |
| Additional Amount Due or (Credit) | 66,450.52 |
| | --------- |

## 2015 Property Tax Statement

George Wingo
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

| Bill No | Due Date | TOTAL DUE |
|---|---|---|
| 2015-4155 | 11/15/2015 | 266,452.59 |

Map: 0611 009

Payment good through: 11/15/2015
Printed: 10/02/2015

Location: 564 CROSSTOWN

ON-LINE PAYMENTS AT:
WWW.FAYETTECOUNTYTAXCOMM.COM
THERE WILL BE A FEE OF 2 1/2% IF PAID ONLINE.
YOUR NET MILLAGE RATE IS EQUAL TO YOUR
COUNTY SCHOOL OR CITY MILLAGE RATE LESS THE
APPLICABLE SALES TAX CREDIT.
REFER TO THE REVERSE SIDE OF YOUR TAX BILL FOR
INORMATION ABOUT STATE AND LOCAL EXEMPTIONS.
IF THIS BILL IS MARKED "APPEAL" IT IS CALCULATED
AT 85% VALUE. AN ADJUSTED BILL WILL BE ISSUED
WHEN YOUR APPEAL IS FINALIZED.

*20154155*

**APPEAL SETTLED**

MAKE CHECK OR MONEY ORDER PAYABLE TO:
Fayette County Tax Commissioner

BRAELINN VILLAGE 1752, LLC
6060 PIEDMONT ROW DRIVE SOUTH
SUITE 200
CHARLOTTE, NC  28287

RETURN THIS PORTION WITH PAYMENT
(1% interest per month will be added if not paid by due date)

---

George Wingo
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214



Tax Payer: BRAELINN VILLAGE 1752, LLC
Map Code: 0611 009          REAL
Description: CROSSTOWN RD
Location: 564 CROSSTOWN
Bill No: 2015-4155
District: 05   PEACHTREE CITY

Phone: (770) 461-3652   Fax: (770) 461-8443    Where Quality Is A Lifestyle

| Building Value | Land Value | Acres | Full Market Value | Due Date | Bill Date | Payments Good Through | Exemptions |
|---|---|---|---|---|---|---|---|
| 12,270,500 | 7,407,840 | 44.7900 | 19,678,340 | 11/15/2015 | | 11/15/2015 | |

| Entity | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| STATE TAX | 19,678,340.00 | 7,871,336.00 | | 7,871,336.00 | .050 | 393.57 | | 393.57 |
| COUNTY M&O | 19,678,340.00 | 7,871,336.00 | | 7,871,336.00 | 7.316 | 57,578.82 | | 40,702.68 |
| COUNTY SALES TAX CREDIT | | | | 7,871,336.00 | -2.144 | | -16,876.14 | |
| 911 SERVICES | 19,678,340.00 | 7,871,336.00 | | 7,871,336.00 | .210 | 1,652.98 | | 1,652.98 |
| COUNTY SCHOOL M&O | 19,678,340.00 | 7,871,336.00 | | 7,871,336.00 | 20.000 | 157,426.72 | | 157,426.72 |
| COUNTY SCHOOL BOND | 19,678,340.00 | 7,871,336.00 | | 7,871,336.00 | 1.350 | 10,626.30 | | 10,626.30 |
| CITY - PEACHTREE CITY | 19,678,340.00 | 7,871,336.00 | | 7,871,336.00 | 10.189 | 80,201.04 | | 53,178.74 |
| PEACHTREE CITY SALES TAX CRE | | | | 7,871,336.00 | -3.433 | | -27,022.30 | |
| PTC-BOND | 19,678,340.00 | 7,871,336.00 | | 7,871,336.00 | .314 | 2,471.60 | | 2,471.60 |
| TOTALS | | | | | | | | 266,452.59 |

This gradual reduction and elimination of the state property tax millage rate is the result of
property tax relief passed by the Governor and the House of Representatives and the Georgia
State Senate.

---

PAY BY THE DUE DATE TO AVOID PENALTY AND INTEREST CHARGES:

1% INTEREST IS ADDED EVERY MONTH BEGINNING THE FIRST DAY AFTER THE DUE DATE.
10% PENALTY IS ADDED 90 DAYS AFTER THE DUE DATE PLUS FIFA AND ADDITIONAL CHARGES.

| | |
|---|---|
| Current Due | 266,452.59 |
| Penalty | 0.00 |
| Interest | 0.00 |
| Other Fees | 0.00 |
| Previous Payments | 0.00 |
| Back taxes | 0.00 |
| TOTAL DUE | 266,452.59 |

Printed: 10/02/2015

| Invoice # | Bill Date |
|---|---|
| G0524385 | JAN/30/2019 |
| Amount Due | Due Date |
| 74,822.57 | Upon Receipt |
| Property ID | Lease ID |
| SGAP1752/ | LKMAR//00 |
| Unit ID | |
| 100 | |

Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

Sears Holdings Corp.
Att: VP Real Estate Dept 824RE
3333 Beverly Road
Hoffman Estates, IL 60179
USA

Please remit check payable to:

Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

................................................................

Remove Coupon Above and Return with Your Payment

| Tenant Name (DBA) | Unit ID | Store # | Property Name/Address |
|---|---|---|---|
| Kmart | 100 | STORE #3978 | Braelinn Village |

| Service Description | Amount |
|---|---|
| Real Estate Tax Reconciliation<br>2016 Real Estate Tax Reconciliation | 74,822.57 |

Invoice # G0524385    Date: JAN/30/2019    TERMS    Due upon receipt    Total Due:    $   74,822.57

For questions on your invoice, please contact Daweet Dagnachew at
704-362-6155 or DDagnachew@kimcorealty.com.
Please reference your Project ID and your Lease ID.
Please fax all inquiries to 704-367-0629.

Please remit check payable to:
Braelinn Village 1752, LLC
P.O. Box 6203
Hicksville, NY 11802-6203
USA

## Recoverable Cost Computation Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| **RE:** Project: | **SGAP1752/** Braelinn Village | | | | Date | 1/30/2019 |
| Tenant: | TSEARH000 Sears Holding Corporation | | | | | |
| Lease: | LKMAR//00 Kmart | | | | Page: | 1 |
| Space: | 001 | Unit | 100 | | | |

| | | | | |
|---|---|---|---|---|
| **Recovery Category:** T12 | TAX Close Month - Dec | Recovery from | 01/01/16 to | 12/31/16 |
| Current Year Tax Assessment | | | | 300,022.72 |
| Current Year Tax Rate | | | | **24.94%** |
| Charge Commencement Date | | | | 1/1/2015 |
| Total Number of Tenant Recovery Days | | | | 365 |
| Total Number of Days Cost Incurred | | | | 365 |
| Tenant Recovery Days as Fraction of Total Days (365/365) | | | | 1.000000 |
| Total Chargeable to Tenant | | | | 74,822.57 |
| Less Amount Previously Billed for Period | | | | 0.00 |
| | | | | ----------- |
| Additional Amount Due or (Credit) | | | | 74,822.57 |
| | | | | ----------- |

## 2016 Property Tax Statement

George Wingo
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

| Bill No: | Due Date | TOTAL DUE |
|---|---|---|
| 2016-4220 | 11/15/2016 | 300,022.72 |

Map: 0611 009
Location: 584 CROSSTOWN

Payment Good Through: 11/15/2016
Printed: 09/07/2016

**MAKE CHECK OR MONEY ORDER PAYABLE TO:**
Fayette County Tax Commissioner



················AUTO··MIXED AADC 373  126  174  30005  1 MB 0 419
BRAELINN VILLAGE 1752, LLC
6060 PIEDMONT ROW DRIVE SOUTH
SUITE 200
CHARLOTTE, NC 28287



ON-LINE PAYMENTS AT:
WWW.FAYETTECOUNTYTAXCOMM.COM

THERE WILL BE A FEE OF 2 1/2% IF PAID ONLINE.
YOUR NET MILLAGE RATE IS EQUAL TO YOUR
COUNTY SCHOOL OR CITY MILLAGE RATE LESS THE
APPLICABLE SALES TAX CREDIT.
REFER TO THE REVERSE SIDE OF YOUR TAX
BILL FOR INORMATION ABOUT STATE AND LOCAL
EXEMPTIONS.
IF THIS BILL IS MARKED "APPEAL" IT IS
CALCULATED AT 85% VALUE. AN ADJUSTED BILL
WILL BE ISSUED WHEN YOUR APPEAL IS FINALIZED.

**RETURN THIS PORTION WITH PAYMENT**
(Interest will be added monthly if not paid by due date)

---

George Wingo
Fayette County Tax Commissioner
P. O. Box 70
Fayetteville, GA 30214

Phone: (770)461-3652    Fax: (770)461-6443



Tax Payer: BRAELINN VILLAGE 1752, LLC
Map Code: 0611 009  REAL
Description: CROSSTOWN RD
Location: 564 CROSSTOWN
Bill No: 2016-4220
District: 05 PEACHTREE CITY

| Building Value | Land Value | Acres | Fair Market Value | Due Date | | | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|---|
| 15,121,800 | 7,407,840 | 44.7900 | 22,529,640 | 11/15/2016 | | | 11/15/2016 | |

| Entity | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| COUNTY M&O | 22,529,640.00 | 9,011,856.00 | 0.00 | 9,011,856.00 | 7.020 | 63,263.23 | 0.00 | 44,311.30 |
| COUNTY SALES TAX CREDIT | 22,529,640.00 | 9,011,856.00 | 0.00 | 9,011,856.00 | -2.103 | 0.00 | -18,951.93 | 0.00 |
| 911 SERVICES | 22,529,640.00 | 9,011,856.00 | 0.00 | 9,011,856.00 | .210 | 1,892.49 | 0.00 | 1,892.49 |
| COUNTY SCHOOL M&O | 22,529,640.00 | 9,011,856.00 | 0.00 | 9,011,856.00 | 19.750 | 177,984.16 | 0.00 | 177,984.16 |
| COUNTY SCHOOL BOND | 22,529,640.00 | 9,011,856.00 | 0.00 | 9,011,856.00 | 1.350 | 12,166.01 | 0.00 | 12,166.01 |
| CITY - PEACHTREE CITY | 22,529,640.00 | 9,011,856.00 | 0.00 | 9,011,856.00 | 10.107 | 91,082.83 | 0.00 | 60,884.10 |
| PEACHTREE CITY SALES TAX CRE | 22,529,640.00 | 9,011,856.00 | 0.00 | 9,011,856.00 | -3.351 | 0.00 | -30,198.73 | 0.00 |
| PTC-BOND | 22,529,640.00 | 9,011,856.00 | 0.00 | 9,011,856.00 | .309 | 2,784.66 | 0.00 | 2,784.66 |
| **TOTALS** | | | | | 33.292 | 349,173.38 | -49,150.66 | 300,022.72 |

A gradual reduction and elimination of the state tax millage rate is the result of property tax relief passed by the Governor, the House of Representatives and the State Senate. Under the property tax relief legislation, the state tax millage rate will be reduced by .05 mill every year until completely eliminated in 2016.

**PAY BY THE DUE DATE TO AVOID PENALTY AND INTEREST CHARGES:**

INTEREST WILL ACCRUE EACH MONTH AT AN ANNUAL RATE EQUAL TO 3% PLUS THE FEDERAL PRIME RATE PUBLISHED AS OF JANUARY 1, EACH YEAR.
A 5% PENALTY WILL BE ADDED 120 DAYS AFTER THE DUE DATE AND AT EACH 120 DAY MARK UNTIL A 20% CAP IS REACHED.

| Current Due | 300,022.72 |
|---|---|
| Penalty | 0.00 |
| Interest | 0.00 |
| Other Fees | 0.00 |
| Previous Payment | 0.00 |
| Back Taxes | 0.00 |
| **TOTAL DUE** | **300,022.72** |