**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
Alan M. Kindred (NY ID #2086189)
Patrick W. Carothers, Esq. (PA ID #85721)
Gregory W. Hauswirth, Esq. (PA ID #307482)
545 Fifth Avenue, Suite 640
New York, NY 10017
Telephone: 646.351.0830
Facsimile: 412.227.5551
akindred@leechtishman.com
pcarothers@leechtishman.com
ghauswirth@leechtishman.com

*Attorneys for Libby Dial Enterprises, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) ) ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2019, a copy of the foregoing ***Objection of Libby Dial Enterprises, LLC to Notice Of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction*** was served on all parties receiving CM/ECF notices in this case and on the foregoing Objection Recipients by first class mail, postage prepaid, and email (unless otherwise indicated).

Bid Notice Parties

Sears Holding Corporation
Attn: Luke Valentino
3333 Beverly Road
Hoffman Estates, IL 60179
Luke Valentino: luke.valentino@searshc.com
Rob Riecker: rob.riecker@searshc.com
Moshin Meghji: mmeghji@miiipartners.com

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Jacqueline Marcus, Garrett A. Fail, Sunny Singh
767 Fifth Avenue
New York, NY 10153
Ray C. Schrock: ray.schrok@weil.com
Jacqueline Marcus: Jacqueline.marcus@weil.com
Garrett A. Fail: garrett.fail@weil.com
Sunny Singh: sunny.singh@weil.com

Lazard Freres & Co. LLC
Attn: Brandon Aebersold, Levi Quaintance
30 Rockefeller Plaza
New York, NY 10112
Levi Quaintance: project.blue.rx@lazard.com

Consultation Parties

Bank of America, N.A.
c/o Skadden, Arps, slate, Meagher & Flom LLP
Attn: Paul Leake, Shana Elberg, George Howard
4 Times Square
New York, NY 10036
Paul Leake: paul.leake@skadden.com
Shana Elberg: shana.elberg@skadden.com
George Howard: George.howard@skadden.com

Wells Fargo Bank, N.A.
c/o Choate Hall Steward, LLP
Attn: Kevin J. Simard, Jonathan D. Marshall
2 International Place
Boston, MA 02110
Kevin J. Simard: ksimard@choate.com
Jonathan D. Marshall: jmarshall@choate.com

Official Committee of Unsecured Creditors
c/o Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Ira S. Dizengoff, Sara L. Brauner
1 Bryant Park
New York, NY 10036
Philip C. Dublin: pdublin@akingump.com
Ira S. Dizengoff: idizengoff@akingump.com
Sara L. Brauner: sbrauner@akingump.com
Abid Qureshi: aqureshi@akingump.com

Stalking Horse Bidder and Counsel to stalking Horse Bidder
Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani, Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Kunal S. Kamlani: kunal@eslinvest.com
Harold Talisman: Harold@eslinvest.com

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin, Benet J. O'Reilly, Sean A. O'Neal
1 Liberty Plaza
New York, NY 10006
Christopher E. Austin: caustin@cgsh.com
Benet J. O'Reilly: boreilly@cgsh.com
Sean A. O'Neal: soneal@cgsh.com

Office of the United States Trustee for Region 2
Attn: Paul Schartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

                                                  /s/ *Alan M. Kindred*
                                                  Alan M. Kindred