# United States Bankruptcy Court
## Southern District of New York

In re: Sears Holdings Corporation                                Case No. 18-23538
                                                                 (jointly administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Olympus Peak Master Fund LP** | **Allure Gems, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

745 Fifth Avenue, Suite 1604
New York, NY 10151
Attn: Leah Silverman/Scott Friedman
Phone: (212) 373-1189/(212) 373-1188
Email : lsiverman@opeaklp.com/sfriedman@opeaklp.com

Court Claim No.: See attached

Amount of Claim Transferred: See attached

Date Claim Filed: See attached

Last Four Digits of Acct. #:                    Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Leah Silverman                          Date: January 31, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Sears Holdings Corporation                         Case No.18-23538
                                                          (jointly administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No(s), 8116, 8089, and 8115 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claims, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on           .

| Allure Gems, LLC<br>**Name of Alleged Transferor**<br><br>1212 Avenue of the Americas<br>14th Floor<br>New York, NY 10036<br>**Address of Alleged Transferor**: | Olympus Peak Master Fund LP<br>**Name of Transferee**<br><br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151<br>**Address of Transferee** |
|---|---|
| | |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____                              _____
                                                          CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIMS

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement, **Allure Gems, LLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Olympus Peak Master Fund LP** ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Seller's claims (including without limitation, any administrative expense claim §503(b)(9), general unsecured, or reclamation claims, in each case, as set forth below) (the "Claims") against Sears Holdings Corporation (the "Debtor"), and the affiliate debtors (collectively, with the Debtor, the "Debtors") as set forth below in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 18-23538 (RDD), Jointly Administered under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code")

| Proof of Claim/ Court Claim Number | Date Claim Filed | Debtors (Case No.) | Claim Amount |
|---|---|---|---|
| 8116 | January 25, 2019 | Sears Holdings Corporation, et al., Case No. 18-23538 | $1,151,883.75 |
| 8089 | January 25, 2019 | Kmart Corporation, Case No. 18-23549 | $1,151,883.75 |
| 8115 | January 25, 2019 | Sears Roebuck and Co. Case No., 18-23537 | $1,151,883.75 |

| Debtor (Case No.) | Scheduled Claim Amount |
|---|---|
| Kmart Corporation, Case No. 18-23549 | $196,029.65 |
| Sears Roebuck and Co. Case No. 18-23537 | $851,418.77 |

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, this Evidence of Transfer of Claims is executed on January 25, 2019.

**Allure Gems, LLC**   **Olympus Peak Master Fund LP**

By: Ravi Krishnan   By: Leah Silverman
Title: CFO   Title: Counsel