| | |
|---|---|
| BAYARD, P.A. | NELSON MULLINS RILEY & |
| Evan T. Miller | SCARBOROUGH LLP |
| 600 N. King Street, Suite 400 | Shane G. Ramsey |
| Wilmington, DE 19801 | 280 Park Avenue, 15th Floor West |
| Telephone: (302) 655-5000 | New York, NY 10017 |
| Facsimile: (302) 658-6395 | Phone: (646) 428-2600 |
| | Facsimile: (646) 428-2610 |

*Counsel for Retail Opportunity Investments Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2019, a copy of the *Objection and Reservation of Rights of Retail Opportunity Investments Corp. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Lease in Connection With Global Sale Transaction* [D.I. 2298] was served on all parties receiving CM/ECF notices in this case and on the Objection Recipients listed below by first class mail, postage prepaid.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

{BAY:03434828v1}

**Bid Notice Parties**:

Sears Holding Corporation
Attn: Luke Valentino
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Jacqueline Marcus, Garrett A. Fail, Sunny Singh
767 Fifth Avenue
New York, NY 10153

Lazard Freres & Co. LLC
Attn: Brandon Aebersold, Levi Quaintance
30 Rockefeller Plaza
New York, NY 10112

**Consultation Parties**:

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul Leake, Shana Elberg, George Howard
4 Times Square
New York, NY 10036

Wells Fargo Bank, N.A.
c/o Choate Hall Steward, LLP
Attn: Kevin J. Simard, Jonathan D. Marshall
2 International Place
Boston, MA 02110

Official Committee of Unsecured Creditors
c/o Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Ira S. Dizengoff, Sara L. Brauner
1 Bryant Park
New York, NY 10036

**Stalking Horse Bidder and Counsel to Stalking Horse Bidder**:

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani, Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin, Benet J. O'Reilly, Sean A. O'Neal
1 Liberty Plaza
New York, NY 10006

Office of the United States Trustee for Region 2
Attn: Paul Schartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

   Dated:  January 31, 2019                            */s/ Shane G. Ramsey*
            New York, New York