UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**LIMITED OBJECTION OF AND RESERVATION OF RIGHTS BY
SERITAGE SRC FINANCE LLC AND SERITAGE KMT FINANCE LLC, AS
LANDLORD, TO DEBTORS' NOTICES OF CURE COSTS AND POTENTIAL
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Seritage SRC Finance LLC and Seritage KMT Finance LLC (together, "Landlord") hereby submit this limited objection and reservation of rights in connection with the Debtors' (i) *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [ECF No. 1731] (the "Initial Cure Notice"), and (ii) *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [ECF No. 1774] (the "Supplemental Cure Notice" and, together with the Initial Cure Notice, the "Cure Notices"), and respectfully represent as follows[1]:

## BACKGROUND

1.     On October 15, 2018, Sears Holdings Corporation and its affiliated debtors (as such term is defined in the Cure Notices, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue

---

[1]     Terms not defined herein shall have the meaning ascribed to them in the Cure Notices, as applicable.

to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases.

2.      Debtors Sears Operations LLC and Kmart Operations LLC lease nonresidential real property at 82 separate locations across the United States (the "Demised Premises") from Landlord pursuant to a single, unitary and unexpired master lease, dated July 7, 2015 (as amended, the "Seritage Master Lease").

3.      On November 1, 2018, the Debtors filed the *Motion for Approval of Global Bidding Procedures* [ECF No. 429] (the "Bidding Procedures Motion"), which, among other things, requested approval of proposed procedures for (i) sales of the Debtors' assets, including the sale of "a smaller footprint of [the Debtors'] profitable stores . . . as a going concern," as well as sales of their non-core assets such as intellectual property and specialty businesses; and (ii) the assumption and assignment of the Debtors' executory contracts or unexpired real property leases in connection with these sales. *See* Bidding Procedures Motion ¶ 1, 13.

4.      On November 19, 2018, this Court entered an order approving the Bidding Procedures Motion. *See generally Order Approving Global Bidding Procedures and Granting Related Relief* [ECF No. 816] (the "Bidding Procedures Order"). Of particular relevance, the Bidding Procedures Order provides that any transfer of the Debtors' real property interests in a transaction under that order would not, absent separate and express notice, operate to sever or otherwise impair any master lease to which a Debtor is a party. The Bidding Procedures Order states, in relevant part:

> Nothing in this Order or the Global Bidding Procedures shall be deemed to authorize or shall be argued to permit the Debtors, their agents or advisors to take any action in connection with an unexpired master lease of nonresidential real property to which a Debtor is a party (each such lease, a

> "Master Lease") or other relief granted in this Order that is not in compliance with, or that would result in a default or breach under, such Master Lease, without either (a) an amendment to or waiver under such Master Lease, in accordance with its terms and all consents required for such amendment or waiver under such Master Lease or (b) the entry of a further order of the Court, in either case, permitting such action; ***provided that if any property subject to a Master Lease is included in a Sale Transaction and the Debtors or any other party seek to sever a Master Lease applicable to such property, such relief shall be sought by expressly stating that such party is seeking to sever such Master Lease and describing with particularity the Master Lease and any non-Debtor counterparty to that Master Lease will have fourteen (14) calendar days to file and serve an objection to such Sale Transaction***; provided further that all rights, remedies, and positions of all parties to any Master Leases are preserved.

Bidding Procedures Order ¶ 50 (emphasis added).

5. Following the Court's issuance of the Bidding Procedures Order, the Debtors filed the *Notice of Filing of Global Bidding Procedures Process Letter* [ECF No. 862] (Nov. 21, 2018), soliciting bids to purchase the Debtors' assets, including the Debtors' retail stores (or groups of stores) on a going concern or liquidation basis, and certain of the Debtors' individual businesses (as defined collectively in the Cure Notices, the "Global Assets"). The Debtors commenced an auction of the Global Assets pursuant to the Bidding Procedures Order on January 14, 2019 (the "Auction").

6. On January 18, 2019, following the conclusion of the Auction, the Debtors filed the *Notice of Successful Bidder and Sale Hearing* [ECF No. 1730] (the "Sale Notice"). The Sale Notice announced that the Debtors had selected a bid by Transform Holdco, LLC (the "Buyer") as the "highest or best offer" for the Global Assets. Sale Notice ¶ 4. The Debtors also filed as an exhibit to the Sale Notice a proposed Asset Purchase Agreement between the Debtors and the Buyer (the "APA"), which sets out the terms of the Buyer's purchase of the Global Assets from the Debtors (the "Proposed Sale"). The APA specifically provides for the assumption and assignment of the Seritage Master Lease in its entirety (if at all) in connection with the Proposed

3

Sale. In particular, section 9.15 of the APA states that "[a]ny assignment and assumption of Seritage Master Lease shall be an assignment and assumption of such Seritage Master Lease in its entirety, except as otherwise agreed by [Landlord]. . . ." APA § 9.15.

7.  Alongside the Sale Notice, the Debtors also filed the Initial Cure Notice on January 18, 2019. The Initial Cure Notice sets forth, among other things, a list of the executory contracts and unexpired leases that the Debtors may assume and assign in connection with the Proposed Sale, as well as the monetary amounts (if any) the Debtors propose to pay in order to cure defaults under those agreements. *See* Initial Cure Notice ¶ 6, Exs. A & B. Although the Seritage Master Lease is a single, unitary agreement and the Debtors agreed in the APA to assume and assign the Seritage Master Lease in its entirety, the Initial Cure Notice only includes 54 stores that are subject to the Seritage Master Lease. *See id.* Ex. B. The Initial Cure Notice does not expressly state that any party is seeking to sever the Seritage Master Lease. *See generally* Initial Cure Notice.

8.  Five days later, the Debtors filed the Supplemental Cure Notice, which, among other things, lists additional executory contracts and unexpired leases that the Debtors may assume and assign in connection with the Proposed Sale, as well as proposed cure costs for those agreements. *See* Supplemental Cure Notice ¶ 7, Exs. A-1 & B-1. The Supplemental Cure Notice includes 51 stores that are subject to the Seritage Master Lease. *See id.* Ex. B-1. And, like the Initial Cure Notice, the Supplemental Cure Notice does not expressly state that any party is seeking to sever the Seritage Master Lease. *See generally* Supplemental Cure Notice.

9.  .The Cure Notices also provide that Adequate Assurance Information (as defined in the Cure Notices) would "be distributed to applicable [c]ounterparties . . . to support the Buyer's ability to comply with the requirements of adequate assurance of future performance,

4

including the Buyer's financial wherewithal and willingness to perform" under the Debtors' assumed and assigned contracts and leases. *See* Initial Cure Notice ¶ 9; Supplemental Cure Notice ¶ 10.

## LIMITED OBJECTION

10. Landlord objects to the Cure Notices because the proposed cure amounts are incorrect and insufficient to cure all defaults under the Seritage Master Lease insofar as they do not appear to reflect accurately all of the Debtors' outstanding obligations under the terms of the Seritage Master Lease. Additionally, Landlord reserves all rights with respect to adequate assurance of the Buyer's future performance.

**I.    The Proposed Cure Amounts Are Insufficient to Cure All Defaults under the Seritage Master Lease**

11. Prior to any assumption and assignment of the Seritage Master Lease, the Debtors are required to cure, or provide adequate assurance that the Debtors will promptly cure, all outstanding defaults under that agreement. *See* 11 U.S.C. § 365(b)(1).[2]

12. The proposed cure costs listed in the Cure Notices are incorrect and do not accurately reflect the full amount required to cure all outstanding defaults under the Seritage Master Lease. Here, the cure amount must include (without offsets) all pre-petition and post-petition charges due and owing under the Seritage Master Lease. This amount includes, but is not limited to, all defaults on the Debtors' obligations under the Seritage Master Lease with respect to the base rent, real estate taxes, utility charges, common area maintenance expenses,

---

[2]    For the avoidance of doubt, the Debtors are required to cure all defaults under the Seritage Master Lease. It is well settled that a debtor must assume and assign its unexpired leases of real property in their entirety. *See, e.g.*, *N.L.R.B. v. Bildisco & Bildisco*, 465 U.S. 513, 531 (1984) ("Should the debtor-in-possession elect to assume the executory contract, . . . it assumes the contract *cum onere*."); *In re Texaco, Inc.*, 254 B.R. 536, 550 (Bankr. S.D.N.Y. 2000) ("The law is clear that a debtor who assumes a lease or other executory contract assumes the contract *cum onere*, without any diminution in its obligations or impairment of the rights of the lessor in the present or the future."). Landlord reserves all rights with respect to same, including with respect to the ability of the Debtors to cure non-monetary defaults.

5

operating expenses (including reasonable attorneys' fees), mechanics' liens, Landlord's insurance costs, and accrued interest. Furthermore, the Debtors must cure any defaults with respect to the costs, fees, and charges incurred in connection with all encumbrances upon the Demised Premises.[3]

13. A review of the books and records of Landlord with respect to the Demised Premises reveals an adequate actual cure amount of not less than $28,104,726.66 as of the date of this Objection. A schedule setting out the aggregate amount required to cure the defaults on the Seritage Master Lease is attached hereto as Exhibit A. Landlord reserves its rights with respect to the reconciliation of cure costs once it receives the Debtors' proposed aggregated cure cost amount for the defaults on the Seritage Master Lease as a whole.

14. Furthermore, as a result of year-end adjustments (or other adjustments) as provided for in the Seritage Master Lease, additional amounts may become due and owing by the Debtors after the date of this Objection but prior to any assumption and assignment of the Seritage Master Lease. Accordingly, Landlord also reserves the right to amend this Objection or assert additional objections in order to reflect any additional amounts that are outstanding or become outstanding under the Seritage Master Lease prior to any assumption and assignment (including any and all additional post-petition administrative expenses that accrue, but remain unpaid, prior to the assumption and assignment of the Seritage Master Lease).

---

[3] Relatedly, the encumbrances on the Demised Premises under the Seritage Master Lease (including, without limitation, covenants, conditions, easements, rights of way, and similar restrictions) must remain in full force and effect notwithstanding any sale of the Demised Premises. *See, e.g.*, *Gouveia v. Tazbir*, 37 F.3d 295, 298 (7th Cir. 1994) (finding that covenants running with the land are property interests and cannot be extinguished through bankruptcy). To the extent the Debtors ultimately seek to sell or otherwise transfer the Demised Premises free and clear of the encumbrances under the Seritage Master Lease, Landlord specifically reserves the right to further object to such sale or transfer.

**II.      Landlord Reserves Its Rights With Respect to Adequate Assurance Information**

15.     Pursuant to sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code, a debtor is required to provide "adequate assurance of future performance" with respect to its leases.  The debtor bears the burden of demonstrating to the Court that the requirements for assumption under section 365 have been met.  *See In re M. Fine Lumber Co., Inc.*, 383 B.R. 565, 573 (Bankr. E.D.N.Y. 2008); *In re Embers 86th Street, Inc.*, 184 B.R. 892, 902 (Bankr. S.D.N.Y. 1995).  In assessing adequate assurance of future performance, "the test is . . . whether it appears that the rent will be paid and other obligations met."  *Id.* (citing *In re THW Enterprises, Inc.*, 89 B.R. 351, 357 (Bankr. S.D.N.Y. 1988)).  In performing this analysis, courts "look for evidence of profitability[,] . . . a plan which would earmark money exclusively for the landlord[,] . . . or the willingness of debtor or debtor's assignee to fund the cure payments."  *Embers*, 184 B.R. at 902.

16.     Landlord is aware that certain counterparties have stated that they have received adequate assurance information from the Debtors in connection with the Proposed Sale.  Any assumption and assignment of the Seritage Master Lease must be subject to a finding by the Court that the Debtors have provided adequate assurance of future performance to Landlord.

17.     Landlord reserves its rights with respect to the form, manner, and substance of any adequate assurance of future performance that the Debtors may deliver in connection with any assumption and assignment of the Seritage Master Lease.

**RESERVATION OF RIGHTS**

18.     Landlord hereby reserves any and all rights, remedies and claims against the Debtors, and does not waive (and hereby reserves) any objections, available to Landlord under the Seritage Master Lease or applicable law in connection with any actions or omissions (whether arising from the Cure Notices or otherwise) that violate or are in any way inconsistent with the terms of the Seritage Master Lease.

7

19. Furthermore, Landlord reserves the right, at or prior to any hearing held with respect to the Proposed Sale or the Cure Notices, to modify, amend, or supplement this Objection and raise additional objections to any proposed order or transaction tendered in connection with the relief requested by the Debtors with respect to the Proposed Sale and the Cure Notices.

## JOINDER

20. Landlord joins in any other objections filed by the Debtors' landlords to the Proposed Sale and the Cure Notices to the extent such objections are not inconsistent with this Objection.

WHEREFORE, Landlord enters this limited objection in connection with the Cure Notices and requests that the Court enter an Order granting such relief as the Court deems just and proper.

Dated: New York, New York
January 31, 2019

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

By:  */s/ Peter B. Siroka*
Brad Eric Scheler
Scott B. Luftglass
Peter B. Siroka
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com

Attorneys for Landlords
 Seritage SRC Finance LLC and Seritage KMT Finance LLC

# EXHIBIT A

SERITAGE GROWTH PROPERTIES
CURE COSTS BY PROPERTY

| SITE | PROPERTY | GROSS AMOUNT |
|---|---|---|
| 1089 | AKAnchorage1089 | 1,214,215.82 |
| 9571 | ALCullman9571 | 18.71 |
| 9711 | ARRussellville9711 | 1,057.45 |
| 1206 | ARNorth Little Rock1206 | 26,128.70 |
| 3695 | AZSierra Vista3695 | 46.27 |
| 1078 | AZMesa1078 | 2,568.67 |
| 1338 | AZTucson1338 | 157,270.80 |
| 1708 | AZPhoenix 1708 | 10,784.22 |
| 2047 | AZSierra Vista2047 | 2,253.19 |
| 2078 | AZYuma2078 | 13,497.38 |
| 2218 | AZPrescott2218 | 5,685.19 |
| 2358 | AZFlagstaff2358 | 6,764.06 |
| 3678 | CARamona3678 | 228,088.77 |
| 1358 | CAChula Vista1358 | 36,925.17 |
| 1398 | CASan Bernardino1398 | 1,995.58 |
| 1408 | CAFlorin1408 | 1,922.35 |
| 1438 | CAEl Cajon1438 | 148,549.74 |
| 3945 | CADelano3945 | 46,994.35 |
| 4432 | CARiverside4432 | 34,485.59 |
| 1478 | CASan Bruno1478 | 2,693,792.68 |
| 1488 | CASan Jose1488 | 161,089.57 |
| 1508 | CANorthridge1508 | 115,642.32 |
| 1538 | CACitrus Heights1538 | 79,400.01 |
| 4762 | CAAntioch4762 | 13,480.90 |
| 1568 | CACarson1568 | 75,445.68 |
| 1608 | CAWestminster1608 | 766,329.65 |
| 1648 | CASan Diego1648 | 136,775.67 |
| 1688 | CASalinas1688 | 9,930.81 |
| 7390 | CAMcKinleyville7390 | 604.10 |
| 1698 | CANewark1698 | 79,293.66 |
| 1748 | CAMontclair1748 | 7,568.21 |
| 1868 | CAMoreno Valley1868 | 2,119.21 |
| 1968 | CAPalm Desert1968 | 1,875.52 |
| 7639 | CASanta Paula7639 | 4,371.78 |
| 1988 | CAEl Centro1988 | 14,073.58 |
| 2068 | CAVisalia2068 | 13,706.53 |
| 2088 | CASanta Maria2088 | 82,059.23 |
| 2298 | CAMerced2298 | 924.01 |
| 2308 | CASanta Cruz2308 | 203,432.77 |
| 2318 | CAThousand Oaks2318 | 154,355.15 |
| 2663 | CAPortsmouth2663 | 25,728.24 |
| 7653 | CABig Bear Lake7653 | 327,302.47 |

| | | |
|---|---|---:|
| 1108 | CATemecula1108 | 166,338.55 |
| 1148 | CAVentura1148 | 211,594.05 |
| 1156 | CARoseville1156 | 77,854.78 |
| 1159 | CAFairfield1159 | 401,232.30 |
| 1168 | CANorth Hollywood1168 | 262,284.01 |
| 1178 | CASanta Monica1178 | 1,102,815.49 |
| 1189 | CAWest Covina1189 | 8,154.50 |
| 1208 | CAFresno1208 | 11,604.70 |
| 1298 | CARiverside1298 | 178,165.95 |
| 4917 | COThornton4917 | 136.20 |
| 1071 | COLakewood1071 | 32,856.99 |
| 1063 | CTWest Hartford1063 | 5,859.03 |
| 1193 | CTWaterford1193 | 86,031.11 |
| 7725 | DERehoboth Beach7725 | 18,748.05 |
| 4292 | FLHialeah4292 | 22,774.68 |
| 4295 | FLNorth Miami4295 | 147,728.45 |
| 4355 | FLSt. Petersburg4355 | 23,006.04 |
| 1715 | FLDoral1715 | 31,652.89 |
| 1955 | FLLakeland1955 | 5,276.83 |
| 2245 | FLMelbourne2245 | 3,239.21 |
| 2565 | FLBradenton2565 | 2,220.93 |
| 7233 | FLKissimmee7233 | 90,820.00 |
| 2695 | FLNaples2695 | 20,636.40 |
| 2805 | FLPanama City2805 | 1,867.18 |
| 7321 | FLBradenton7321 | 2,307.22 |
| 1006 | FLOcala1006 | 8,271.00 |
| 1096 | FLPensacola1096 | 12,221.62 |
| 1225 | FLOrlando1225 | 112,039.99 |
| 1295 | FLSt. Petersburg1295 | 43,551.29 |
| 1345 | FLHialeah1345 | 68,352.55 |
| 1355 | FLAltamonte Springs1355 | 42,717.74 |
| 1365 | FLMiami1365 | 139,737.52 |
| 1415 | FLClearwater1415 | 257,214.89 |
| 1495 | FLFt. Myers1495 | 5,247.28 |
| 1535 | FLPlantation1535 | 136,421.12 |
| 1625 | FLSarasota1625 | 27,283.31 |
| 1645 | FLBoca Raton1645 | 604,767.09 |
| 1655 | FLMiami1655 | 81,133.30 |
| 1665 | FLGainsville1665 | 11,310.35 |
| 1305 | GASavannah1305 | 193,758.70 |
| 1385 | GAAtlanta1385 | 54.45 |
| 7480 | HIHonolulu7480 | 6,947.46 |
| 7767 | IACharles City7767 | 868.46 |
| 9220 | IAAlgona9220 | 14,428.53 |
| 9309 | IAWebster City9309 | 915.39 |
| 2212 | IACedar Rapids2212 | 26,185.02 |
| 1229 | IDBoise1229 | 2,234.94 |

| | | |
|---|---|---:|
| 3241 | ILSpringfield3241 | 14,586.21 |
| 3594 | ILChicago3594 | 21.11 |
| 4297 | ILMoline4297 | 90,213.19 |
| 7289 | ILSteger7289 | 22,697.27 |
| 1090 | ILChicago1090 | 287,518.09 |
| 1380 | ILChicago1380 | 281,790.15 |
| 1740 | ILJoliet1740 | 4,386.82 |
| 1750 | ILOrland Park1750 | 429,386.24 |
| 1212 | ILNorth Riverside1212 | 343,370.58 |
| 3180 | INMerrillville3180 | 27,557.58 |
| 3556 | INElkhart3556 | 346.66 |
| 1830 | INFt. Wayne1830 | 324,360.00 |
| 9647 | KSLeavenworth*9647 | 10,650.08 |
| 1101 | KSOverland Pk1101 | 94,613.17 |
| 7430 | KYOwensboro7430 | 6,654.82 |
| 7607 | KYHopkinsville7607 | 57,591.83 |
| 2176 | KYPaducah2176 | 37,479.28 |
| 3320 | LAHouma3320 | 110.41 |
| 7061 | LANew Iberia7061 | 444.18 |
| 1347 | LALafayette1347 | 43.70 |
| 3879 | MABraintree3879 | - |
| 1053 | MASaugus1053 | 179,895.13 |
| 7713 | MDEdgewater7713 | 171,045.96 |
| 1864 | MDCockeysville1864 | 39,752.37 |
| 2034 | MDBowie2034 | 417,095.16 |
| 2945 | MDHagerstown2945 | 229,429.55 |
| 9521 | MEMadawaska9521 | 687.97 |
| 4177 | MISt. Clair Shores4177 | 107,134.22 |
| 4845 | MIManistee4845 | 19.51 |
| 7733 | MIAlpena7733 | 25.68 |
| 9586 | MISault Ste. Marie9586 | 20.41 |
| 1250 | MILincoln Park1250 | 151,676.62 |
| 1450 | MIRoseville1450 | 200,296.07 |
| 1490 | MITroy1490 | 202,529.00 |
| 2050 | MIJackson2050 | 156,642.01 |
| 3775 | MNDetroit Lakes3775 | 81,124.71 |
| 1052 | MNSt. Paul1052 | 60,301.35 |
| 1122 | MNMaplewood1122 | 91,112.39 |
| 1132 | MNBurnsville1132 | 44.87 |
| 4304 | MOFlorissant4304 | 101,246.45 |
| 7018 | MOJefferson City7018 | 17,729.11 |
| 7021 | MOCape Girardeau7021 | 23,386.52 |
| 7719 | MSColumbus7719 | 198,713.05 |
| 4814 | MTHavre4814 | 917.08 |
| 4758 | NCConcord4758 | 92,626.09 |
| 1185 | NCAsheville1185 | 215,129.41 |
| 4353 | NDMinot4353 | 265,797.49 |

| | | |
|---|---|---:|
| 3814 | NEKearney3814 | 194.18 |
| 1003 | NHSalem1003 | 145,266.38 |
| 1313 | NHNashua1313 | 226.39 |
| 2443 | NHManchester2443 | 60,058.14 |
| 1294 | NJWatchung1294 | 112,626.15 |
| 1434 | NJWayne1434 | 67,084.89 |
| 1574 | NJMiddletown1574 | 314,489.48 |
| 7016 | NMHobbs7016 | 1,912.38 |
| 7035 | NMFarmington7035 | 25.85 |
| 7755 | NMDeming7755 | 19.73 |
| 9819 | NVHenderson9819 | 28.68 |
| 1668 | NVLas Vegas1668 | 1,001,637.95 |
| 1978 | NVReno1978 | 156,284.01 |
| 7676 | NYSidney7676 | 2,202.97 |
| 7695 | NYOlean7695 | 12,759.68 |
| 1103 | NYAlbany1103 | 123,868.42 |
| 1264 | NYHicksville1264 | 1,227,575.68 |
| 1524 | NYRochester1524 | 19,495.95 |
| 1584 | NYVictor1584 | 23,864.81 |
| 1623 | NYClay1623 | 46,213.97 |
| 1784 | NYJohnson City1784 | 15,023.05 |
| 1794 | NYEast Northport1794 | 3,369.30 |
| 1944 | NYYorktown Heights1944 | 507,061.06 |
| 3142 | OHTallmadge3142 | 86,107.89 |
| 3243 | OHNorth Canton3243 | 138,153.67 |
| 7477 | OHMarietta7477 | 11,105.56 |
| 7736 | OHKenton7736 | 20.02 |
| 1220 | OHToledo1220 | 52.80 |
| 1350 | OHMentor1350 | 52.65 |
| 1410 | OHCanton1410 | 416,663.18 |
| 1430 | OHMiddleburg Heights1430 | 47,125.21 |
| 1520 | OHChapel Hill1520 | 212,064.17 |
| 1560 | OHDayton1560 | 81,324.28 |
| 7003 | OKMuskogee7003 | 17.55 |
| 1091 | OKOklahoma City1091 | 11,921.24 |
| 3888 | ORThe Dalles3888 | 2,158.88 |
| 1119 | ORHappy Valley1119 | 92,246.90 |
| 3911 | PAColumbia3911 | 10,709.01 |
| 3954 | PAWalnutport3954 | 732.53 |
| 4313 | PAYork4313 | 2,634.83 |
| 7699 | PALebanon7699 | 4,473.46 |
| 7746 | PACarlisle7746 | 9,702.72 |
| 9770 | PAMount Pleasant9770 | 20.69 |
| 3882 | PRMayaguez3882 | 348,247.64 |
| 7741 | PRPonce7741 | 179,579.79 |
| 7768 | PRGuaynabo7768 | 1,325,903.04 |
| 7788 | PRBayamon7788 | 402,352.54 |

| | | |
|---|---|---:|
| 1085 | PRCaguas1085 | 1,844.25 |
| 1925 | PRCarolina1925 | 763,776.05 |
| 7043 | SCRock Hill7043 | 3,554.66 |
| 7754 | SCAnderson7754 | 17,218.21 |
| 1325 | SCCharleston1325 | 85,896.69 |
| 7318 | SDSioux Falls7318 | 11,549.79 |
| 1146 | TNCordova1146 | 11,428.51 |
| 1186 | TNMemphis1186 | 190.95 |
| 4205 | TXEl Paso4205 | 27,705.62 |
| 7077 | TXHarlingen7077 | 66.57 |
| 1057 | TXValley View1057 | 46,754.70 |
| 1067 | TXHouston1067 | 638,714.91 |
| 1167 | TXSan Antonio1167 | 76,002.60 |
| 1197 | TXWestwood1197 | 26,287.20 |
| 1227 | TXDallas1227 | 131,844.08 |
| 1257 | TXFriendswood1257 | 2,761.93 |
| 1277 | TXIngram1277 | 3,054.29 |
| 1847 | TXAustin1847 | 102,750.85 |
| 2147 | TXIrving2147 | 385,668.46 |
| 1127 | TXShepherd1127 | 2,535.87 |
| 7426 | UTLayton7426 | 53,504.68 |
| 1888 | UTWest Jordan1888 | 251,786.14 |
| 1265 | VAVirginia Beach1265 | 302,959.61 |
| 1284 | VAAlexandria1284 | 51,819.05 |
| 1575 | VAHampton1575 | 1,755.90 |
| 1615 | VAChesapeake1615 | 7,723.04 |
| 1814 | VAFairfax1814 | 85,815.38 |
| 2514 | VAWarrenton2514 | 11,926.20 |
| 4439 | WAYakima4439 | 36.65 |
| 1069 | WARedmond1069 | 458,970.61 |
| 2239 | WAVancouver2239 | 67,597.85 |
| 3970 | WIPlatteville3970 | 21.24 |
| 1082 | WIGreendale1082 | 28,391.26 |
| 2382 | WIMadison2382 | 55,496.88 |
| 3724 | WVScott Depot3724 | 38,525.22 |
| 3877 | WVElkins3877 | 47,245.82 |
| 4188 | WVCharleston4188 | 25,862.07 |
| 4736 | WYCasper4736 | 8,763.75 |
| 4837 | WYRiverton4837 | 155.63 |
| 4863 | WYGillette4863 | 36,507.33 |
| 1083 | RIWarwick1083 | 347,976.01 |
| | | **28,104,726.66** |