**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                              :
                                                                 :    Case No. 18-23538 (RDD)
                                                                 :
                  Debtors.¹                                      :    (Jointly Administered)
-----------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Jesse Offenhartz, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on (1) the Supplemental Cure Notice Parties Service List attached hereto as **Exhibit A** and (2) the Supplemental Cure Vendor Parties Service List attached hereto as **Exhibit B**:

- Supplemental Notice of Successful Bidder and Sale Hearing

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: January 31, 2019

_____
Jesse Offenhartz

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 31, 2019, by Jesse Offenhartz, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 22

**Exhibit A**

Exhibit A
Supplemental Cure Notice Parties Service List
Served via Overnight Mail

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| PC_001 | 21 SRL | MS MARIA TERESA GRASI MANTELLI | Via De Canis 3 | | Asti | | 1-14100 | ITALY |
| PC_002 | 24 7 CUSTOMER INC | Ronald Donohoe | 2001 ALL PROGRAMMABLE DRIVE | | San Jose | CA | 95124 | |
| PC_003 | 24 7 CUSTOMER INC | William Bose | 2001 All Programmable Dr | Suite 200 | San Jose | CA | 95124 | |
| PC_004 | 8X8 INC | | 2125 ONel Drive | | San Jose | CA | 95131 | |
| PC_005 | A1 SWITCHING | | 7949 Butcher Knife Rd | | Roseville | OH | 43777 | |
| PC_008 | ACE OFFICE AUTOMATION | DINESH DHADGE | E101 SHIVANAND GARDEN | | WANAWIRE PUNE | MAHARASHTRA | 411040 | India |
| PC_010 | ACTIVETRAIL LTD | | 48 MENACHEM BEGIN RD | | TEL AVIV | | 66184 | Israel |
| PC_011 | ADAM LEVINE PRODUCTIONS INC | Attn Kristen Sofge Associate Dir | 1600 NW 163 St | | Miami | FL | 33169 | |
| PC_006 | ADDAGAN LTD | | PO BOX 7132 | | PETACH TIKVA | | | ISRAEL |
| PC_016 | ALIGHT SOLUTIONS LLC | Diane Dove | 4 Overlook Point | | Lincolnshire | IL | 60069 | |
| PC_018 | AMAR V RAUT ADVOCATE & ASSOCAITES | MR AMAR V RAUT | OFCE NO3 &4 PJ | MKT SOCTY HOTL STAFI BLD | CHICHWAD PUNE | MAHARASHTRA | 411033 | India |
| PC_019 | AMAR V RAUT ADVOCATE & ASSOCIATES | AMAR V RAUT | OFFICE NO3 & 4 | PJ MRKT SCIETY HOTEL STAFI BLD | CHINCHWAD | PUNE | 411033 | India |
| 4143961 | ANDREW INGERSOLL | | 3128 Chalkstone Ave | | Elgin | IL | 60124 | |
| 4296933 | ANITA SHUNNARAH | | 3185 CORAL LANE | | GLENVIEW | IL | 60026 | |
| 4293974 | ANTHONY DATTILO | | 8 SHEFFIELD COURT | | ALGONQUIN | IL | 60102 | |
| PC_021 | ANUSHKA FOOD & WATER TSTNG LABRTRS | USHA PALWANKAR | AMAN B FLAT NO1 LANE | NO 1 DAHANUKAR COLONY | KOTHRUD PUNE | MAHARASHTRA | 411029 | India |
| PC_022 | APOLLO RETAIL SPECIALSTS LLC 692117 | | 1234 Tech Blvd | | Tampa | FL | 33619 | |
| PC_023 | ARGON HOTELS PVT LTD | MUKUND KARPE ANIL TRIPATHI | KHARADI MUNDHWA BYPASS ROAD | | KHARADI PUNE | MAHARASHTRA | 411014 | India |
| PC_024 | ASPECT SOFTWARE | Micheal DiModugno | 5 Technology Park Drive | Suite 9 | West Ford | MA | 01886- | |
| PC_027 | ASPEN REFRIGERANTS INC | Jay Kestenbaum | 38 18 33rd Street | | Long Island | NY | 11101 | |
| PC_029 | ASPEN REFRIGERANTS INC | Jay Kestenbaum | 38 18 33rd Street | | Long Island City | NY | 11101 | |
| PC_030 | AT&T CORP | WENDI WILSON | 225 W RANDOLPH ST | | CHICAGO | IL | 60606 | |
| PC_035 | AVISTA ADVANTAGE INC | Ted Steneer | 1313 North Atlantic | 5th Floor | Spokane | WA | 99201 | |
| PC_036 | B AND M | Marilyn Essian | 351 Chapple Rd | | Pittston | PA | 18640 | |
| PC_038 | BANK OF AMERICA NA | ATTN STEPHEN GARVIN | 100 Federal Street | 9th Floor | Boston | MA | 02110- | |
| 4286748 | BENEDICTO SAVILLO | | 1125 BOONE CREEK CT | | BULL VALLEY | IL | 60050-6406 | |
| PC_044 | BIRD OF PARADISE | SHRIKANT BANSODE | F 10 GERAS EMERALD CITY | | KHARADI PUNE | MAHARASHTRA | 411014 | India |
| PC_045 | BIRD OF PARADISE | SHRIKANT BANSODE | F 101 GERAS EMERALD CITY | NEAR EON SEZ IT PARK | KHARADI | PUNE | 14 | India |
| PC_046 | BONNIER CORPORATION | ATTN JORDAN FELDSTEIN | 1100 GLENDON AVENUE | SUITE 1100 | LOS ANGELES | CA | 90024 | |
| PC_049 | BOUNCE EXCHANGE INC | | 620 8th Avenue Floor 21 | | New York | NY | 10018 | |
| 4284406 | BRAD CHAPMAN | | 28617 W HERITAGE OAKS ROAD | | BARRINGTON | IL | 60010 | |
| 4291919 | BRETT BASSETT | | 20155 ALISON TRL | | MOKENA | IL | 60448 | |
| 4298748 | BRIAN FERGUSON | | 221 PRESTWICKE BLVD | | ALGONQUIN | IL | 60102 | |
| PC_052 | BRIGHTEDGE TECHNOLGIES INC | Brain Fukuji | 989 Hillsdale Blvd | Suite 300 | Foster | CA | 94404 | |
| PC_054 | C4CASTCOM | ATTN DR G MICHAEL PHILLIPS | 750 E Walnut Street | | Pasadena | CA | 91101 | |
| PC_055 | CALIDAD AUTO TECH INC | | 103 Gypsum Road | | Stroudsburg | PA | 18360 | |
| 4302373 | CANDACE TABOR | | 6 GLACIER CIRCLE | | S BARRINGTON | IL | 60010 | |
| PC_057 | CANON INDIA PVT LTD | D ALAGASWARAN | OFFICE NO 404 & 405 | PRIDE KUMAR SENATE SHIVAJI NAGAR | PUNE | MAHARASHTRA | 411016 | India |
| PC_058 | CAPITAL BUILDING SERVICES GROUP | Rick Aiello | 540 Capital Drive | Suite 100 | Lake Zurich | IL | 60047 | |
| PC_060 | CAREERBUILDER | Daniel Valavanis | 200 North LaSalle Street Ste 1100 | | Chicago | IL | 60601 | |
| PC_061 | CARIBBOUT DBA CC1 VI | Ada I Delgado | 3640 Estate Altona | | St Thomas | VI | 00802-6443 | |
| 4281696 | CAROL RICCHIO | | 123 NORTH HOME | | PARK RIDGE | IL | 60068 | |
| 4284422 | CARY COONCE | | 210 N WHEELING RD | | PROSPECT HEIGHTS | IL | 60070 | |
| 4855607 | CATHERINE MICHALSKI | | 995 ERICA DRIVE | | WAUCONDA | IL | 60084 | |
| 4294238 | CHARLES ROSE | | 9110 KEYSTONE AVE | | SKOKIE | IL | 60076 | |
| PC_064 | CHINTAMANI ENTERPRISE | MR SHIRISH KAMBLE | ANAND NAGAR SHOP NO 2 OPPTO | KRB ENGG KESHAVNAGAR | MUNDHWA-MANJIR ROAD PUNE | MAHARASHTRA | 411036 | India |
| 4279747 | CHRIS GOODRICH | | 9801 AMANDA LANE | | ALGONQUIN | IL | 60102 | |
| 4286323 | CHRIS ROMAS | | 561 WALKER ROAD | | HINSDALE | IL | 60521 | |
| 4299120 | CHRISTOPHER CHASE | | 10575 OAKLEAF LN | | HUNTLEY | IL | 60142 | |
| 4300220 | CHRISTOPHER KROHN | | 4N521 N ROBERT FROST CIRCLE | | SAINT CHARLES | IL | 60056 | |
| PC_065 | CHRYSLER GROUP LLC | Eric Anderson | 901 Warrenville Road | Suite 550 | Lisle | IL | 60532 | |
| PC_067 | CLASSIC HOSPITALITY SERVICES | PRASANNA SHETTY | SR NO 55 | TULJA BHAWANI NAGAR | KHARADI | PUNE | 411014 | India |
| PC_068 | CLINICAL DRUG INFORMATION LLC | Kay Janney | 8425 WOODFIELD CROSSING BOULEVARD | Suite 490 | Indianapolis | IN | 46240 | |
| 4248389 | CLINT FENN | | 9585 KENLEY CT | | PARKLAND | FL | 33076 | |
| PC_069 | COGNIZANT TECHNOLOGY SLTNS 352476 | GENERAL COUNSEL | COGNZNT TECH SOLTNS INDIA PRVTE LTD | 535 OLD MAHABALIPURAM ROAD | OKKIYAM THORAIPAKKAM | | | India |
| PC_070 | COLORCRAFT | FAISAL FIDVI | SHOP NO 4 5 SIDDHARTH | COMPLEX PUNE NAGAR ROAD | YERWADA PUNE | MAHARASHTRA | 411006 | India |
| PC_071 | COMMAND LINE SYSTEMS | Maria Allen | 4105 HICKORY HILL RD | STE 101 | Memphis | TN | 38115 | |
| PC_073 | COURTYARD AND FAIRFIELD BY MARRIOTT | LAKSHMI NARAYANAN | MARATHAHALLI OUTER RING ROAD | | BANGALORE | | 560037 | India |
| 4298641 | CRAIG HEISNER | | 255 N ADDISON AVE APT 617 | | ELMHURST | IL | 60126 | |
| PC_074 | CRECER TECHNOLOGIES PVT LTD | ANITHA DEVI RAMADOSS | NO 41 | 86TH STREET ASHOK NAGAR | CHENNAI | TAMIL NADU | 600083 | India |
| PC_528 | CS GROUP INC | | PO Box 2017 | | Littleton | CO | 80161 | |
| PC_532 | CS PACKAGING INC | Attn Bob Janik | 155 INTERNATIONALE BLVD | | GLENDALE HEIGHTS | IL | 60139 | |
| 4397974 | DALE LIFSON | | 14 REGENCY PL | | WEEHAWKEN | NJ | 07086-6600 | |
| 4286827 | DAN HOPP | | 652 BRIGHTON DRIVE | | PINGREE GROVE | IL | 60140 | |

Exhibit A
Supplemental Cure Notice Parties Service List
Served via Overnight Mail

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4359032 | DANIEL M DRIESELMAN | | 31761 BALMORAL | | LIVONIA | MI | 48154 | |
| PC_077 | DATACORE TECHNOLOGIES PVT LTD | Kashif Farooqui | Office No 202 & 203 2nd Fl | Eden Court Bld | Pune | | 411016 | India |
| 4279204 | DAVID ACQUAVIVA | | 1S050 E MALLORY DRIVE | | GENEVA | IL | 60134 | |
| 4298917 | DAVID SHELLENBERGER | | 115 FOUNTAIN GRASS CIRCLE | | BARTLETT | IL | 60103 | |
| PC_079 | DECCAN REAL VENTURES PVT LTD | | AVNCE BUS HUB SURVEY NOS 30P34P 35P | 38P GACHIBOWLI VILLAGE | HYDERABAD | TELANGANA | 500081 | India |
| PC_082 | DENNEMEYER & CO LLC | | 2 North Riverside Plaza | Suite 1500 | Chicago | IL | 60606 | |
| PC_083 | DHAKA TOURS RENT A CAR ASSOCIATION | MD ALI AKBAR | 4 2 SAKURA MARKET PARIBAGH SHAHBAGH | | DHAKA-1000 | | | Bangledesh |
| 4291563 | DON STRAND | | 1130 W CORNELIA AVE UNIT B | | CHICAGO | IL | 60657 | |
| PC_084 | DR LAKSHMI ARUNACHALM WEBXCHNGE INC | PI NET INTERNATIONL INC | ATTN DR LAKSHMI ARUNACHALAM | 222 Stanford Avenue | Menlo Park | CA | 94025 | |
| PC_086 | DROPLETS INC | | 555 Republic Drive | Suite 311 | Plano | TX | 75074 | |
| PC_087 | DROPLETS INC | DAVID BERBERIAN JR | 555 Republic Drive | Suite 311 | Plano | TX | 75074 | |
| PC_088 | DTC TECHONOLOGIES PRIVATE LIMITED | MRPRATYUSH JALAKSHAY NAIK | 1  KRISHNA KUNJ TAGORE ROAD | SANTA CRUZW | MUMBAI | MAHARASHTRA | 400054 | India |
| PC_089 | DULLES RESEARCH LLC | Yuri Galperin | 1900 Campus Commons Drive | | Reston | VA | 20191 | |
| PC_091 | ECLIPSE IP LLC | PETER A SIRIANNI III | 115 NW 17th Street | | Delray Beach | FL | 33444 | |
| PC_092 | ECOS MOBILITY & HOSPITALTY PVT LTD | SATPAL SINGH | SHOP NO 09 | CENTRAL MARKETLRC I | LODHI ROAD  NEW DELHI | | 110020 | India |
| 4287621 | EDGAR KRAYCHIK | | 803 SUMMER COURT | | BUFFALO GROVE | IL | 60089 | |
| 4289129 | EDWIN FRANKOWSKI | | 13134 W PIN OAK DRIVE | | HOMER GLEN | IL | 60491-8628 | |
| PC_093 | EL TRAVEL ELECT PRIVATE LIMITED | MEHBOOB SHAIKH | OFFICE NO 2016 GERA GARDENS | 7A KOREGAON PARK ROAD | KOREGAON PARK | MAHARASHTRA | 411001 | India |
| PC_094 | EL TRAVEL ELECT PRIVATE LIMITED | MR MEHBOOB SHAIKH | GERA GRDNS 7A KOREGN PRK RD | OFCE NO 206 KOREGAON PARK | PUNE | MAHARASHTRA | 411001 | India |
| PC_101 | ENGIE INSIGHT SERVICES INC | Paige Janson | 1313 North Atlantic | 5th Floor | Spokane | WA | 99201 | |
| PC_104 | EON KHARADI INFRASTRUCTURE PVTLTD | MR PRADEEP BANTHIA | TECH PARK ONE TOWER E 4TH FLOOR | | YERWADA  PUNE | MAHARASHTRA | 411006 | India |
| PC_105 | ESCREEN INC | | 7500 W Looth Suite 500 | | Overland Park | KS | 66210 | |
| 4855515 | ESPEN ZACHRISEN | | 312 Greenwood Pl | | OSWEGO | IL | 60543 | |
| 4294038 | EUI CHUNG | | 10728 BRAEMAR PKWY | | HUNTLEY | IL | 60142 | |
| PC_106 | EVERLAST WORLDS BOXING HQ CORP | GENERAL COUNSEL | 460 N ORLANDO AVENUE SUITE 200 | | WINTER PARK | FL | 32789 | |
| PC_118 | EXCEL BUILDING SERVICES LLC | Jack Fabrique | 7074 Commerce Circle Suite C | | Pleasanton | CA | 94588 | |
| PC_119 | FASTENAL COMPANY | Matt Hagan | 2001 Theurer blvd | | Winona | MN | 55987 | |
| PC_121 | FELL REAL ESTATE SERVICES LLC | Jamie Covert | 1415 W 22nd Street | | Oak Brook | IL | 60523 | |
| PC_125 | FORD MOTOR COMPANY | | 3025 Highland Parkway Suite 500 | | Downers Grove | IL | 60515 | |
| PC_126 | FOREHEADS CAR RENTAL SRVCS PVT LTD | TUKARAM LAD | CTS 973 S NO 24 1B NO2 | AKSHA APARTMENT VISHAL NAGAR | PIMPLE NILAKH  PUNE | MAHARASHTRA | 27 | India |
| PC_127 | FORTUNATE OFFICE SOLUTIONS | DINESH KAROTA | 6 6 51 PVR HI TECH SCHOOL | BLDNG BANSHILAL PET GANDHI NAGAR | SECUNDRABAD | TELANGANA | 500080 | India |
| 4202525 | FRANCK GOURLIN | | 767 CAMINO RICARDO | | MORAGA | CA | 94556 | |
| PC_131 | FUJI XEROX HONG KONG LIMITED FXHK | ATTN WENDY LEE | 11 F CITYPLAZA 4 12 TAIKOO WAN ROAD | | QUARRY BAY | HONG KONG | | ChIndiaa |
| PC_132 | GENEXT INTERNATIONAL PVT LTD | MR AJAY PATIL | OFFICE NO 18 SANGHARSH CHOWK | | CHANDAN NAGAR  PUNE | MAHARASHTRA | 411014 | India |
| 4300707 | GERARD MURPHY | | 3400 W STONEGATE BLVD APT 220 | | ARLINGTON HEIGHTS | IL | 60005 | |
| PC_136 | GOODERA NEXTGEN PROJECT | RICHA BAJPAI | MGMT SYSTEMS PVT LTD | NO 32 ARTSNE RPS TECH CNTR 1ST MAIN | JP NAGAR 3RD PHASE | BANGALORE | 560078 | India |
| PC_139 | GORDON BROTHERS FINANCE COMPANY | ATTN LISA GALEOTA | 800 Boylston Street | 27th Floor | Boston | MA | 02199- | |
| 4173202 | GRAHAM CUNDICK | | 149 HARTFORD ST | | SAN FRANCISCO | CA | 94114 | |
| PC_141 | GREEN PASTURES LANDSCAPE | MS ESTHER MARY | 28 CASTLE STREET | ASHOK NAGAR | BANGALORE | | 560025 | India |
| 4288776 | GREG RUSSELL | | 445 E ILLINOIS STREET 5206 | | CHICAGO | IL | 60611 | |
| 4223207 | GREGORY LADLEY | | 296 CARTER STREET | | NEW CANAAN | CT | 06840- | |
| PC_143 | GSF USA | | 1351 Abbott Court | | Buffalo Grove | IL | 60089 | |
| PC_145 | H&B HR SOLUTIONS PVT LTD | JETENDRA CHATURVEDI | 1ST FLOOR | ARJUN BLD 5 KOREGAON PARK | PUNE | MAHARASHTRA | 411001 | India |
| PC_146 | HANS RIDES PVT LTD | DURGESH CHATURVEDI | SHOP NO 2 | JETHI COMPLEX RING ROAD NO1 | TELIBANDHA | RAIPUR CHATTISGARH | | India |
| PC_151 | HOME IMPROVEMENT LEADS INC | Susan Olka | 350 Frank Ogawa Plaza | Suite 100 | Oakland | CA | 94612 | |
| 4298262 | HRISHIKESH POTDAR | | 307 N WAYNES COURT | | PALATINE | IL | 60067 | |
| PC_154 | HUEN ELECTRIC INC | | 1801 W 16th Street | | Broadview | IL | 60155 | |
| PC_155 | HYATT HYDERABAD GACHIBOWLI | RADHAKRISHNAN SAGADEVAN | ROAD NO 2 PLOT NO 7 IT PARK | GACHIBOWLI | HYDERABAD | TELANGANA | 500019 | India |
| PC_156 | HYATT PUNE IHHR HSPTLTY PVT LTD | HYATT PUNE | AASHISH ARORA | ADJCNT TO AGA KHAN PLCE 88 NAGAR RD | KALYANI NAGAR  PUNE | MAHARASHTRA | 411006 | India |
| PC_161 | ICON DE HOLDINGS LL | MIKE MORGAN | 103 FOULK ROAD | | WILMINGTON | DE | 19803 | |
| PC_163 | ICON PREMIER HOTEL | ANIKET BANERJEE | NO 18 MSR LAYOUT MUNNEKOLALA EXTN | MARATHAHALLI POST | BANGALORE | | 500037 | India |
| PC_554 | INFOSYS LIMITED | ATTN SHYJU VARGHESE | 3998 COLLECTIONS CTR DRIVE | | CHICAGO | IL | 60693 | |
| PC_164 | INFOSYS TECHNOLOGIES LIMITED | Shyju Varghese | 2300 Cabot Drive | Ste 250 | Lisle | IL | 60532 | |
| PC_555 | INFOSYS TECHNOLOGIES LIMITED | | 3998 COLLECTIONS CTR DRIVE | | CHICAGO | IL | 60693 | |
| PC_496 | INNOVEL SOLUTIONS INC | 100 BALTIMORE DRIVE | EAST MOUNTAIN CORPORATE CENTER | | WILKES-BARRE | PA | 18702 | |
| PC_497 | INNOVEL SOLUTIONS INC | Attn Robert K Mericle President | 100 Baltimore Drive | East Mountain Corporate Center | Wilkes-Barre | PA | 18702 | |
| PC_167 | INTEGRATED SERVICE MGT LLC 78602241 | Brian Mehnert | 45662 TERMINAL DRIVE | STE 200 | Dulles | VA | 20166 | |
| PC_168 | INTERGLOBE HOTELS PVT LTD | MS SHEETAL SHINDE | SURVEY NO 32 VIMAN NAGAR | PUNE NAGAR ROAD | PUNE | MAHARASHTRA | 411014 | India |
| PC_171 | Internat BUSINESS MACHINES CORP | | Route 100 | | Sommers | NY | 10589 | |
| PC_176 | Internat BUSINESS MACHINES CORP IBM | | 5500 Trillium Boulevard | EC 235A | Hoffman Estates | IL | 60912 | |
| PC_177 | INTERNATIONAL TECH PARK | | INNVTR BLDNG INTRNTNL TECH PRK FL1 | WHITEFIELD ROAD | BANGALORE | | 560066 | India |
| PC_178 | IRENES COFFEE COMPANY PVT LTD | MR NADEEM INAMDAR | REG OFFICEM 67 2ND FLOOR | GREATER KAILASH 2 | NEW DELHI | DELHI | 100048 | India |
| 4230829 | J MICHAEL O'CONNOR | | 657 NW 21ST ST | | WILTON MANORS | FL | 33311 | |
| PC_179 | JACLYN SMITH INTERNATIONAL | HEATHER FREMLING | 1450 BROADWAY 3RD FLOOR | | NEW YORK | NY | 10018 | |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 2 of 5

Exhibit A
Supplemental Cure Notice Parties Service List
Served via Overnight Mail

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| PC_181 | JACLYN SMITH INTERNATIONAL | CAST AND MARKAY | 1801 AVENUE OF THE STARS SUITE 1101 | | LOS ANGELES | CA | 90067 | |
| PC_182 | JACOBSON CAPITAL SERVICES | SETH JACOBSON | 22 West 38th Street | | New York | NY | 10080 | |
| 4235502 | JAMES DALEY | | 1240 OBISPO AVENUE | | CORAL GABLES | FL | 33134 | |
| 4367794 | JANE BORDEN | | 7802 VICTORIA CIRCLE | | MINNEAPOLIS | MN | 55426 | |
| 4194458 | JASON BARNES | | 2201 PUTNAM ST | | ANTIOCH | CA | 94509 | |
| PC_183 | JEHANGIR HOSPITAL | RAJU PARDESHI | 32 SASSON ROAD | | PUNE | MAHARASHTRA | 411001 | India |
| 4199395 | JENNIFER WHITE | | 208 CALLE FANILLIA | | OAK PARK | CA | 91377 | |
| 4286901 | JEREMY HOLBROOK | | 1417 S CYPRESS DR | | MOUNT PROSPECT | IL | 60056 | |
| 4284016 | JESSE GONZALEZ | | 15542 SKYRIDGE DRIVE | | CRYSTAL LAKE | IL | 60014 | |
| 4301495 | JIM RIDLE | | 507 COLE DR | | SOUTH ELGIN | IL | 60177 | |
| PC_185 | JND PEST CARE SERVICES | MR JAYANT SAWANT | RAMCHANDRA VIHAR 302 PLOT NO 11 | | WAKAD  PUNE | MAHARASHTRA | 411057 | India |
| PC_186 | JNJ FOODS | | SREENIDHI HILLTOP FLAT NO 402 | MADHURA HILLS COLONY | SHEKPET | HYDERABAD | 500008 | India |
| 4298979 | JOE JONES | | 235 N SMITH STREET UNIT 510 | | PALATINE | IL | 60067 | |
| 4289351 | JOE MACRO | | 8525 WATSON CIRCLE | | LAKEWOOD | IL | 60014 | |
| 4294012 | JOHN MURPHY | | 280 COPPER MOUNTAIN DR | | GILBERTS | IL | 60136 | |
| 4301543 | JONATHAN KLINKERT | | 1524 GLACIER TRAIL | | CARPENTERSVILLE | IL | 60110 | |
| 4284810 | JOSEPH ALVARADO | | 9310 S Winchester | | Chicago | IL | 60643 | |
| 4279411 | JUSTIN KURT | | 516 KIRKWALL LN | | SCHAUMBURG | IL | 60193 | |
| 4296886 | KAREN FRANCESCHI | | 5N924 E SUNSET VIEWS DRIVE | | ST CHARLES | IL | 60175 | |
| 4197723 | KATHERINE GREEN | | 421 PINE ST | | SAUSALITO | CA | 94965 | |
| 4288493 | KATHLEEN O'HARA | | 642 N RIDGELAND AVE | | OAK PARK | IL | 60302 | |
| 4296298 | KEITH HOBSON | | 39W574 NORTH HYDE PARK | | GENEVA | IL | 60134 | |
| 4151969 | KELLY ABNEY | | 11115 TIMARRON DRIVE | | BENTONVILLE | AR | 72712 | |
| 4223236 | KENNETH MOY | | 5 JANSON COURT | | WESTPORT | CT | 06880- | |
| 4189332 | KENNETH SWAGER | | 9 PETALUMA | | IRVINE | CA | 92602 | |
| 4284200 | KIMBERLEY SCHOENWOLF | | 38W480 BITTERSWEET LANE | | ELGIN | IL | 60124 | |
| PC_192 | KNIGHT FRANK INDIA PVT LTD | MILIND PIMPALKHARE | PAVILLE HOUSE NEAR TWIN TOWERS | OFF VEER SAVARKAR MARG | PRABHADEVI | MUMBAI | 400025 | India |
| PC_194 | KPMG | MANEESHA GRAG PARTNER | LODHA EXCELLUS 1ST FL APOLLO MILLS | COMPOUND NM JOSHI MAR MAHALAXMI | MUMBAI | MAHARASHTRA | 400011 | India |
| PC_564 | LABOR READY MIDWEST INC | Attn Tina Roesslein | 1002 SOLUTIONS CENTER | | CHICAGO | IL | 60677 | |
| PC_233 | LANDS END | Attn Head of Property & President | 5 Lands End Lane | | Dodgeville | WI | 53595 | |
| PC_293 | LANDS END | Attn SVP &  General Counsel | 5 Lands End Lane | | Dodgeville | WI | 53595 | |
| PC_294 | LANDS END INC | LUCIANA MARSICANO | 5 LANDS END LANE | | DODGEVILLE | WI | 53595 | |
| PC_295 | LAUGHLIN CONSTABLE | Attn: Sean Barry | BOX 1451 | | MILWAUKEE | WI | 53201 | |
| PC_296 | LAUNCHIO CONSULTING PVT LTD | MOHAN KUMAR P SAKET MITHILIA PLOT | 20 CO SAKET ENGNRS PVT LTD | ECIL POST KAPRA | HYDERABAD | TELANGANA | 500062 | India |
| PC_297 | LAUNCHIO CONSULTING PVT LTD | MOHAN KUMAR P | PLOT 21 SAKET MITHILIA | SAKT ENGINRS PVT LTD ECIL PST KAPRA | HYDERABAD | TELANGANA | 500063 | India |
| 4286764 | LAURENCE JENCHEL | | 1402 DEER CREEK LANE | | LAKE IN THE HILLS | IL | 60156 | |
| 4353123 | LAWRENCE MEERSCHAERT | | 4950 PICKFORD DRIVE | | TROY | MI | 48085 | |
| PC_301 | LDM GROUP | Mark Heinold | 10845 Olive Blvd 308 | | St  Louis | MI | 63141 | |
| 4294181 | LEENA MUNJAL | | 4341 BUNKER HILL DR | | ALGONQUIN | IL | 60102 | |
| PC_565 | LENNOX NATIONAL ACCOUNT SERVICES | LENNOX INDUSTRIES INC | P O BOX 731627 | | DALLAS | TX | 75373 | |
| 4296678 | LESLEY FLESHOOD | | 208 OAK STREET | | ELMHURST | IL | 60126 | |
| PC_568 | LEXISNEXIS | REED ELSEVIER | P O BOX 7247-0178 | | PHILADELPHIA | PA | 19170 | |
| 4289149 | LISA ANDERSON | | 716 BARBERRY TRAIL | | FOX RIVER GRV | IL | 60021 | |
| 4295940 | LUKE VALENTINO | | 1028 CHERRY STREET | | WHEATON | IL | 60187 | |
| PC_304 | LUMISERVE ELECTRONICS PVT LTD | MR PRADYUMNA KULKARNI | UNT 05 Fl2 S NO 82 1 BJRO DHWD PTIL | INDSTRIL ESTATE NDA RD | SHIVANE  PUNE | MAHARASHTRA | 411023 | India |
| PC_306 | LVI SERVICES INC | James Mc Neely | 200B Parker Drive | Suite 580 | Austin | TX | 78728 | |
| PC_308 | MACROSOLVE INC | CHIEF FINANCIAL OFFICER | 9521 B Riverside Pkwy | Suite 134 | Tulsa | OK | 74137 | |
| PC_309 | MAHENDRA SALES CORPORATION | MS MUNNI KUMARI | 198 20 1ST FLOOR SHANTAVANI MANSION | 13TH CROSS RT STREET | BANGALORE | | 560053 | India |
| 4299088 | MAJA KENJAR | | 6927 N KENTON AVE APT 1 | | LINCOLNWOOD | IL | 60712 | |
| PC_310 | MARINE TOYS FOR TOTS FOUNDATION | Felicia Cooke | 18251 Quantico Gateway Drive | | Triangle | VI | 22172 | |
| 4289371 | MARISA MCCLEARN | | 2045 WEST CHURCHILL STREET | | CHICAGO | IL | 60647 | |
| 4296908 | MATTHEW GLOWACKI | | 231 WALNUT STREET | | LIBERTYVILLE | IL | 60048 | |
| PC_317 | MCANDREWS HELD & MALLOY LTD | | 500 West Madison Street | 34th floor | Chicago | IL | 60661 | |
| PC_321 | METSAR TECHNOLOGIES PVT LTD | SREELATHA K | MODULE 1A 1ST FLOOR GARG | TEST CENTER OPP IDPL BALANAGAR | HYDERABAD | TELANGANA | 500037 | India |
| PC_322 | MI 10 HUMAN RESOURCES | | 7 8 SHANTAI VIHAR COMPLEX | | RASTAPETH  PUNE | MAHARASHTRA | 411011 | India |
| 4353140 | MICHAEL DYBOWSKI | | 54377 SWEETWOOD DRIVE | | SHELBY TOWNSHIP | MI | 48315 | |
| 4289076 | MICHAEL MORRIE | | 23644 DOUGLAS DRIVE | | PLAINFIELD | IL | 60585 | |
| 4293797 | MICHAEL PAZAK | | 2900 CANTERFIELD PKWY E 106 | | WEST DUNDEE | IL | 60118 | |
| 4289083 | MIKE ELLERBY | | 23W080 HACKBERRY DRIVE | | GLEN ELLYN | IL | 60137 | |
| 4541315 | MIKE MCCARTHY | | 14100 CROMER DRIVE | | NEWARK | TX | 76071 | |
| 4296426 | MISTEE C BUDROVIC | | 635 S SPRINGINSGUTH RD | | SCHAUMBURG | IL | 60193 | |
| 4855622 | MISTY REDMAN OPPENKOWSKI | | 1206 Fairfield Road | 304 | GLENCOE | IL | 60022 | |
| 4303615 | MITCH BOWLING | | 101 W COUNTY LINE ROAD | | BARRINGTON HILLS | IL | 60010 | |
| PC_330 | MUSTANG ENTERTAINMENT | MANALI DIXIT | FLAT NO 09 BUILDING BF SHREE VIHAR | | NIGDI PRADHIKARAN  PUNE | MAHARASHTRA | 411044 | India |

Exhibit A
Supplemental Cure Notice Parties Service List
Served via Overnight Mail

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| PC_332 | NALANDA GRAPHICS | DEEPALI GAONKAR | 2 HIMANSHU SOCIETY | | KARVE ROAD  PUNE | MAHARASHTRA | 411004 | India |
| PC_334 | NARENDRA ENTERPRISE | NARENDRA JAIN | B 303 ESHA EMRALD SURVEY | NO 612 2 TO 5 | BIBEWADI  PUNE | MAHARASHTRA | 411037 | India |
| 4855686 | NARENDRA N SINHA | | 9700 PALMER DRIVE | | LAKEWOOD | IL | 60014 | |
| PC_336 | NATHANS FAMOUS SYSTEMS INC | | One Jericho Plaza | Wing A 2nd Floor | Jericho | NY | 11753 | |
| PC_337 | NATURAL GREENERIES | MR PRASAD BUDAVARAPU | PLOT NO 302 8 3 288 1280 261 | JAWAHAR NAGAR YOUSUFGUDA | HYDERABAD | TELANGANA | 500045 | India |
| PC_338 | NEON MARKETING | ASHWIN | 216 JK MARKET TAPKIR GALLI | | 510 BUDHWAR PETH  PUNE | MAHARASHTRA | 411002 | India |
| PC_341 | NLMS | Attn: Jerri Merill | PO Box 178 | | Bethel | OH | 45106-1078 | |
| PC_342 | NSA MEDIA GROUP INC | Cathy Petritz | 3025 Highland Pkwy Suite 700 | | Downers Grove | IL | 60515 | |
| PC_344 | OFFICE SUPPLY SOLUTIONS | NANDE VENU | H NO 18 7 466 38 A HANUMAN NAGAR | UPPUGUDA | HYDERABAD | TELANGANA | 500053 | India |
| PC_346 | ONLINE INSTRUMENTS INDIA PVT LTD | MR PAVANKUMR NASHI MR AVINASH NEELI | JAI CMPLX PLOT NO 6 OPP ROSARY SCHL | SURVEY NO 691A B1 CTS NO 1902 | BIBWEWADI  PUNE | MAHARASHTRA | 411037 | India |
| PC_588 | OPENWORKS | | 4742 N 24TH ST STE 450 | | Phoenix | AZ | 85016 | |
| PC_348 | ORIX AUOT INFRASTRUCTURE SRVCE LTD | PN SUBRAMANIAN | B 501 509 | MEGA CENTER MAGARPATTA CITY | HADAPSAR | PUNE | 411013 | India |
| PC_350 | ORKIN LLC | Edward Donoghue | 2170 Piedmont Road NE | | Atlanta | GA | 30324 | |
| PC_351 | PANCHSHIL INFRSTRCTRE HLDNG PVT LTD | PUNE MARRIOTT SUITES | RAKESH LALCHANDANI | 81 MUNDHWA | KOREGAON PARK ANNEX PUNE | MAHARASHTRA | 411036 | India |
| PC_353 | PEOPLEREADY LABOR READY MIDWEST INC | | 1015 A Street | | Tacoma | WA | 98402 | |
| 4298965 | PERRY SCHWARTZ | | 6654 MAJESTIC WAY | | CARPENTERSVILLE | IL | 60110 | |
| 4855415 | PETER BOUTROS | | 1414 S BEVERLY GLEN BLVD | APT 302 | LOS ANGELES | CA | 90024 | |
| 4566092 | PETER LAI | | 6526 53RD AVE NE | | SEATTLE | WA | 98115 | |
| PC_355 | PETERSON TECHNOLOGY PARTNERS INC | | 1600 E Golf Road Suite 1200 | | Rolling Meadows | IL | 60008 | |
| PC_361 | PHOENIX ENERGY TECHNOLOGIES INC | Trisha LeCompte | 165 Technology Dr | Suite 150 | Irvine | CA | 92618 | |
| PC_362 | PHOENIX SOLUTIONS INC | ATTN R J TROJAN | TROJAN LAW OFFICES | 9250 Wilshire Blvd Suite 325 | Beverly Hills | CA | 90210 | |
| PC_363 | POONA TOURS & TRAVELS | MUNIR SHAIKH | 5 11 NEETA PARK | AIRPORT ROAD | YERWADA | PUNE | 411006 | India |
| PC_364 | POONAM IT CNSLTNG SVS PRIVATE LTD | | 2ND FLOOR 18 PALLAVALLI PLAZA | 1PHASE 2ND STAGE | BANGALORE | | 560076 | India |
| PC_366 | POWER TECHNOLOGY INC | Po Box 782 | | | Wilkes-Barre | PA | 18702 | |
| PC_367 | PRESTIGE MAINTENANCE USA | | 1808 10th St 300 | | Plano | TX | 75074 | |
| PC_369 | PRIMARK US CORP | Attn Head of Property & President | 101 Arch Street Suite 300 | | Boston | MA | 02110- | |
| PC_370 | PRINT!DEAS | SURESH GUDDANTI | FLAT NO 101 TAURUS NEST ADDAGUTTA | EAST MARREDPALLY | SECUNDRABAD | TELANGANA | 500026 | India |
| PC_372 | PRODIAN SOLUTIONS PRIVATE LIMITED | SUBASHINI D | OLD 550 7 NEW 1060 EVR PERIYR SALAI | POONAMALLEE HIGH ROAD | ARUMBAKKAM | CHENNAI | 600106 | India |
| PC_374 | QUINSTREET | Chad Kreutz | 1051 East Hillsdale Blvd | | Foster City | CA | 94404 | |
| PC_376 | QUINTEZE FACILTY MGMT INDIA PVT LTD | SWAPNIL GADEKAR | SR NO 243 | BEHIND BANK OF MAHARASHTRA | HINJEWADI  PUNE | MAHARASHTRA | 411057 | India |
| PC_377 | QUINTEZE FACILTY MGMT INDIA PVT LTD | SWAPNIL GADEKAR | SR NO 244 | BEHIND BANK OF MAHARASHTRA | HINJEWADI  PUNE | MAHARASHTRA | 411058 | India |
| PC_378 | QVS SOFTWARE INC | Lewis Ashmore | 5950 SIX FORKS ROAD | | RALEIGH | NC | 27609 | |
| 4204721 | RAMON MARQUEZ | | 33 8TH ST | APARTMENT 1409 | SAN FRANCISCO | CA | 94103 | |
| PC_379 | RE SOURCE PARTNERS ASSET MGMT INC | Jeffrey R Korana | 1101 Allen Rd | | Troy | MI | 48083 | |
| PC_380 | REED GROUP MANAGEMENT LLC | Harry Philbrick | 10355 Westmoor Drive | Suite200 | WestMinster | CO | 80021 | |
| PC_381 | REGUS RUBY BUSINESS CENTRE PVT LTD | SUSHANT CHAKRABORTY | WRLD TRDE CTR UNIT NO 801 | DHOLEPATIL FARMS ROAD | KHARADI  PUNE | MAHARASHTRA | 411014 | India |
| PC_384 | RENAISSANCE CITY DEVELOPMENT CO LTD | LING CHING MING ADRIAN | STE 3008 30TH FL GREAT EAGLE CNTR | 23 HARBOUR ROAD | WANCHAI | | HONG KONG | ChIndiaa |
| PC_383 | RENAISSANCE CITY DVLPMNT CO LTD | WONG KA KI ADA | SUITE 3008 30TH FLOOR | GREAT EAGLE CENTER 23 HARBOUR ROAD | WANCHAI | | HONG KONG | ChIndiaa |
| PC_385 | RETAILS SERVICES WIS CORP DBA WIS INTERNATIONAL | Attn: Tom John | Po Box 200081 | | Dallas | TX | 75320 | |
| 4574563 | RIC WEST | | 1069 SAUGANASH DRIVE | | FONTANA | WI | 53125 | |
| 4284230 | RICHARD DEMERT | | 815 WILDROSE DRIVE | | CARY | IL | 60013 | |
| PC_390 | RIMINI STREET INC | Thomas Shay | 3993 Howard Hughes Pkwy | Suite 500 | Las Vegas | NV | 89169 | |
| 4298939 | ROB GERLACH II | | 1206 THOROUGHBRED CIR | | ST CHARLES | IL | 60174 | |
| 4286698 | ROBERT MURTAGH | | 10328 OXFORD DR | | HUNTLEY | IL | 60142 | |
| 4281091 | ROBERT NAEDELE | | 22445 N GREENMEADOW DR | | KILDEER | IL | 60047 | |
| 4281780 | ROBERT PHELAN | | 1450 NORMANDY CT | | ELK GROVE | IL | 60007 | |
| 4294209 | ROBERT RIECKER | | 163 AVON | | ELMHURST | IL | 60126 | |
| 4289986 | ROBERT WALSH | | 5319 SWITCHGRASS LANE | | NAPERVILLE | IL | 60564 | |
| 4297525 | ROBERT WEBER | | 3602 FRANKLIN COURT | | CRYSTAL LAKE | IL | 60014 | |
| 4248342 | ROGER PUERTO | | 901 UNIVERSITY DRIVE | | CORAL GABLES | FL | 33134 | |
| PC_391 | ROHAN ENTERPRISE | MR ROBERT PRABHU | 30 GROUND FLOOR SGR | DENTAL COLLEGE ROAD MUNEKOLAL | MARATHAHALLI | BANGALORE | | India |
| PC_394 | ROSCOE COMPANY | Terry D Trimble | 3535 West Harrison Street | | Chicago | IL | 60624-3798 | |
| PC_396 | ROUTE 66 LP | HEAD OF LICENSING | 42 WEST 39TH STREET | 3RD FLOOR | NEW YORK | NY | 10018 | |
| PC_397 | ROUTE 66 LP | CHARLES DYAN | 499 SEVENTH AVENUE | SUITE 11N | NEW YORK | NY | 10018 | |
| PC_398 | ROYAL ORCHID HOTELS LTD | KOMAL BHOSALE | MARISOFT ANNEXE | KALYANI NAGAR | | PUNE | 411014 | India |
| PC_399 | ROYAL ORCHID HOTELS LTD | MS KOMAL BARHATE | MARISOFT ANNEXE | | KALYANI NAGAR  PUNE | MAHARASHTRA | 411014 | India |
| PC_402 | RTH MECHANICAL SERVICES INC | Traci Palmeri | 99 Pine Rd | | Brentwood | NH | 03833- | |
| PC_405 | SALIM NEWSPAPER AGENCY | MR RAZZAK MULANI | APLE GHAR HOUSING SOCIETY SR | NO 56 PUNE NAGAR ROAD | KHARADI  PUNE | MAHARASHTRA | 411014 | India |
| PC_408 | SAP INDUSTRIES INC | ATTN DIRECTOR OF CONTRACTS | 3010 Highland Parkway | Suite 900 | Downers Grove | IL | 60515 | |
| PC_409 | SAS INSTITUTE INC | Attn: Debbie Faircloth | PO BOX 406922 | | Atlanta | GA | 30384 | |
| PC_413 | SCENTAIR TECHNOLIGIES LLC | | 3810 Shutterfly Road | Suite 900 | Charlotte | NC | 28217 | |
| PC_419 | SEARS ATHRZD INDPNDNT ATO CNTRS LLC | PRESIDENT | 3333 Beverly Road | | Hoffman Estate | IL | 60179 | |
| PC_498 | SEARS HOLDINGS CORPORATION | Attn Melanie Colbert | 3347 Michelson Drive | Suite 200 | Irvine | CA | 92612 | |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 4 of 5

Exhibit A
Supplemental Cure Notice Parties Service List
Served via Overnight Mail

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| PC_430 | SEARS HOMETOWN & OUTLET STORES INC | ATTN PRESIDENT | 5500 Trillium Boulevard | | Hoffman Estates | IL | 60192 | |
| PC_431 | SEARS INTERNATIONAL MARKETING INC | MANAGING DIRECTOR | 3333 Beverly Road | | Hoffman Estate | IL | 60179 | |
| PC_432 | SEARS IT & MGMT SRVCS INDIA PVT LTD | RAKESH CHAWLA | LVL 01 BLDG H05 H06 HUB | SURVEY NO 30 P 34 P 35 P & 38 P | GARHIBOWLII VILLAGE | HYDERABAD | 500081 | India |
| PC_436 | SEARS OUTLET STORES LLC | ATTN PRESIDENT | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | |
| PC_437 | SEARS ROEBUCK AND CO | BRUCE JOHNSON | 3333 BEVERY RD | | HOFFMAN ESTATES | IL | 60179 | |
| PC_604 | SERVICE EXPRESS INC | Attn Kevin Havert | 3854 Broadmoor Ave SE | | Grand Rapids | MI | 49512 | |
| PC_439 | SHANGHAI HUANG PU LIU CHONG HING | PROPERTY DEVELOPMENT CO LTD | WINSTON LIU DAVID LAM HAZEL YEUNG | | SHANGHAI | | | ChIndiaa |
| PC_441 | SHERATON HYDERABAD HOTEL | JAYATI DAS | 115 1 FINANCIAL DISTRICT | NANAKRAM GUDA GACHIBOWLI | HYDERABAD | TELANGANA | 500032 | India |
| PC_442 | SHI INDIAISERCH CNSLTN SVCS PVT LTD | | 7th Fl Wing 2 Cluster C | Located at Plot No 1 | Prune | | 411 014 | India |
| 4341607 | SHRIPAL SHAH | | 11420 CUSHMAN ROAD | | NORTH BETHESDA | MD | 20852 | |
| PC_609 | SITEL OPERATING CORPORATION | Attn Peter Aranha Edward M King | co Frost Brown Todd LLC | 400 W Market St Ste 3200 | Louisville | KY | 40202 | |
| PC_446 | SMACLIFY TECHNOLOGIES PVT LTD | VIVEK JADE | C2 44 | ELITE EMPIRE SURVEY NO7 8 | BALEWADI  PUNE | MAHARASHTRA | 411045 | India |
| PC_447 | SODEXO SVC INDIA PVT LTD | HIRANANDANI FULCRUM | 503 & 504 5TH FLOOR B WING | SAHAR ROAD ANDHERI EAST | MUMBAI | MAHARASHTRA | 400099 | India |
| PC_448 | SOUTHWST SIGN GRP DBA APEX SIGNGRP | William Reavey | 7208 Soww White Rd | | San Antonio | TX | 78222 | |
| 4576004 | SPENCER INSOLIA | | 4775 CAMPO FIESTA LANE | | BOULDER JUNCTION | WI | 54512 | |
| PC_449 | SPHERE CONSULTING INC | Jenya Steinberg | 20 N Wacker Drive | Suite 2100 | Chicago | IL | 60606 | |
| PC_450 | SPOTDOCTOR BUILDING SERVICES | Bill Ellis | 6818 E HAYDEN LANE | E Hayden LANE | INVERNESS | FL | 34452 | |
| PC_451 | SRI LAKSHMI ENTERPRISE | CH S R C MURTHY | MASID BANDA KONDAPUR | RANGA REDDY DIST | HYDERABAD | TELANGANA | 500084 | India |
| 4343920 | SRINI KANDALA | | 5470 WOODBINE LN | | SALISBURY | MD | 21801-2316 | |
| PC_453 | ST JUDE CHILDRENS RESEARCH HOSPITAL | Steele Ford | 501 St | Jude Place | Memphis | TN | 38105 | |
| 4298989 | STEPHEN SITLEY | | 436 ANTHONY STREET | | GLEN ELLYN | IL | 60137 | |
| PC_455 | STERLING FREIGHTS PVT LTD | HITESH KANAKIA | WAKEFIELD HOUSE | SPROTT ROAD | BALLARD ESTATE | MUMBAI | 400009 | India |
| 4286653 | STEVEN RUTKOWSKI | | 8825 S 82ND COURT | | HICKORY HILLS | IL | 60457 | |
| PC_458 | SUBIZZ TRAVEL SOLUTIONS PVT LTD | MANINDER UPPAL | 37 A B | KUMAR PAVILLION | EAST STREET CAMP | PUNE | 411001 | India |
| PC_459 | SUPPLIES DISTRIBUTORS | | 505 Millennium Dr | | Allen | TX | 75013 | |
| PC_460 | SUPPLIES DISTRIBUTORS | Attn: Marilyn Essian | PO BOX 95418 | | Grapevine | TX | 76099 | |
| PC_462 | SYNERGY MARKETING | PRASHANT CHANDRASHEKHAR PARDESI | SHOP NO 1 VISHNUPRIYA BUILDING 41 | | KASBA PETH  PUNE | MAHARASHTRA | 411011 | India |
| PC_464 | TAROTI SERVICES | SHRINIVAS SULAKHE | 191 MAHATMA GANDHI ROAD | | PUNE | MAHARASHTRA | 411001 | India |
| PC_465 | TATA CONSULTANCY SERVICESLIMITED | | 101 Park Avenue 26th floor | | New York | NY | 10178 | |
| PC_466 | TELEFLORA LLC | KATHERINE KERR | 11444 WEST OLYMPIC BOULEVARD | 4TH FLOOR | LOS ANGELES | CA | 90064 | |
| 4297526 | TERRENCE ROLECEK | | 135 REDWOOD LANE | | BARRINGTON | IL | 60010 | |
| 4293229 | THOMAS KOREIS | | 2004 W HURON ST APT 2W | | CHICAGO | IL | 60612 | |
| PC_467 | THOUSAND GROWTH DEVELOPMENT LIMITED | | 12TH FLOOR TSIM SHA TSUI | CENTRE SALISBURY ROAD TSIM SHA TSUI | KOWLOON | HONG KONG | | ChIndiaa |
| 4176755 | TODD STECKBECK | | 2539 HOLLISTER TERRACE | | GLENDALE | CA | 91206 | |
| 4284115 | TOM ZIELECKI | | 1031 HUNT CLUB COURT | | ST CHARLES | IL | 60174 | |
| PC_474 | TOWERS WATSON DELAWARE INC | | 901 North Glebe Road | | Arlington | VA | 22203 | |
| PC_469 | TOWERS WATSON DELAWARE INC | Chad Spandet | 875 3rd Avenue | | NewYork | NY | 10022 | |
| PC_475 | TOWNE PLACE SUITES MARRIOTT | | 2185 MARRIOTT DRIVE | | WEST DUNDEE | IL | 60118 | |
| PC_476 | ULTIMATE SERVICES INC | Richard Goldring | 43 FEDEM ROAD | | SPRINGFIELD | NJ | 07081- | |
| PC_477 | UNISOFT TECHNOLOGIES | | FLOOR 2 PRANANDA BLDNG | DARAMPETH | NAGPUR | MAHARASHTRA | 440010 | India |
| PC_478 | UNITED AIRLINES INC | | 233 S Wacker Drive 16th floor | | Chicago | IL | 60606 | |
| PC_479 | USHA FIRE SAFETY EQUIPMENT PVT LTD | MR SURYANKANT MOLAWADE | SHREE DATTA SNKT ABHIMAN SET 20 1B | SUB PLOT NO1 KRISHNANAGAR | CHINCHWAD  PUNE | MAHARASHTRA | 411019 | India |
| PC_481 | VAN HOOK SERVICE CO INC | Michael | 76 SENECA AVE | | ROCHESTER | NY | 14621 | |
| PC_482 | VENDIMAN PRIVATE LIMITED | MR SHAILESH TULSYAN  MS SWATHI MORE | L4 403 THE SUMMIT BUSINESS BAY | VILE PARLE E | MUMBAI | MAHARASHTRA | 400057 | India |
| PC_483 | VERCIA SERVICES GROUP | | 3129 25th Street 389 | | Columbus | IN | 47203 | |
| PC_503 | VIBES MEDIA LLC | Attn Justin Kurt | 300 W Adams St | 7th Floor | Chicago | IL | 60606 | |
| PC_484 | VIKAS TELECOM PRIVATE LIMITED | MR MICHAEL DAVID HOLLAND | EMBASSY POINT 150 INFANTRY ROAD | | BANGALORE | | 560001 | India |
| PC_486 | WASTE MANAGEMENT | Paul Foody | 1001 fanninsuite 4000 | | HOUSTON | TX | 77002 | |
| PC_488 | WEISER SECURITY | Mickey Weiser | 3939 Tulane Ave | 3rd New Orleans | New Orleans | LA | 70119 | |
| PC_489 | WEISER SECURITY SERVICES INC | | 3939 Tulane Ave | 3rd New Orleans | New Orleans | LA | 70119 | |
| PC_511 | WHITE GRAPHICS INC | Attn Rich White | WHITE GRAPHICS PRINTING SERVICE INC | 1411 CENTRE CIRCLE | DOWNERS GROVE | IL | 60515 | |
| PC_512 | WHITE GRAPHICS INC | | WHITE GRAPHICS PRINTING SERVICE INC | 1411 CENTRE CIRCLE | DOWNERS GROVE | IL | 60515 | |
| 4290677 | WILLIAM LINNANE | | 22438 N GREEN MEADOW DRIVE | | KILDEER | IL | 60047 | |
| PC_513 | WIPRO LIMITED | Attn Office of the General Counsel | Doddakanneli | Sarjapur Road | Bangalore | | 560035 | India |
| PC_492 | WUNDERLAND | Sharon Potsch | 111 W Jackson Blvd Suite 750 | | Chicago | IL | 60604 | |
| PC_493 | WUNDERLAND GROUP | Sharon Potsch | 111 W Jackson Blvd Suite 750 | | Chicago | IL | 60604 | |
| 4280640 | ZINE MAZOUZI | | 1608 VERMONT DR | | ELK GROVE VILLAGE | IL | 60007 | |

**<u>Exhibit B</u>**

Exhibit B
Supplemental Cure Vendor Parties Service List
Served via Overnight Mail

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| PC_612 | 24 7 AI INC | Peter Aranha | 2001 All Programmable Drive | Suite 200 | San Jose | CA | 95124 | |
| PC_614 | A 1 SWITCHING | Vanessa Kassab | 2500 Ridge Road | | Zanesville | OH | 43701 | |
| PC_613 | A LA CONCIERGE SERVICES PRIVATE LTD | PRASHANT MURDESHWAR | 106 Golf View Sopariwala Estate | | Tardeo | Mumbai | 400034 | India |
| PC_616 | AKBAR TRAVELS OF INDIA PVT LTD | SHAILENDRA PURANDARE | 1st Floor 62 Janjikar Street | | Mumbai | | 400003 | India |
| PC_618 | APP INDIA PAPER PVT LTD | SUSHIL TRILOKCHANDANI | Time Tower 308 Fl3 DLF P 2 Mehrauli | Gurgaon Rd Sushant Lok P 1 Sctr 28 | Gurugram | Haryana | 122001 | India |
| PC_619 | APPLAUSE | Tina Roesslein | 100 PENSYLVANIA AVE | | FRAMINGHAM | MA | 01701- | |
| PC_620 | ARS HYDROJET SERVICES | MR UDAY CHOUGULE | No 4 1 Valluvar Salai | Ramapuram Ramapuram | Chennai | Tamil Nadu | 600089 | India |
| PC_623 | AT & T | | One AT&T Way | | Bedminster | NJ | 07921-0752 | |
| PC_624 | B & M SEASONAL SERVICES LLC | Bryan | RD6 Box 351 Chapel Rd | | Pittston | PA | 18640 | |
| PC_625 | BANGLADESH EXPORT IMPORT CO LTD | | Beximco IT Division SAM Towe | Level 8 4 Road No 22 | Dhaka | Bangladesh | 1212 | Bangladesh |
| PC_626 | BENINGTON LIMITED | | RM 3008 30 f Great Eagle | CTr 23 Harbour Rd | Wan Chai | Hong Kong | | China |
| PC_627 | BLUETARP FINANCIAL INC | | 7300 CARMEL EXECUTIVE PARK Ste 210 | | Charlotte | NC | 28226 | |
| PC_629 | BOUNCE EXCHANGE INC | Tina Roesslein | 535 FIFTH AVE 30TH FLOOR | | New York | NY | 10017 | |
| PC_630 | CAREER BUILDERCOM LLC | Sarah Mitchell | 200 N Lasalle Street Suite 1100 | | Chicago | IL | 60601 | |
| PC_631 | CAREERNET TECHNOLOGIES PVT LTD | ANSHUMAN DAS | CareerNet Campus Plot No 53 | Kariyammana Agrahara Road | Bengaluru | Karnataka | 560103 | India |
| PC_632 | CLICKSOFTWARE INC 801692161 | | DEPT 3657 P.O. BOX 123657 | | DALLAS | TX | 75312 | |
| PC_634 | CMS IT SERVICES PVT LTD | MS NATASHA S Knppa Agrhara Vlg Begur | No 236 Old Sy No 291 92 1A | Hobli Bnglre S Taluk Elecs City P 1 | Bangalore | Karnataka | 560 100 | India |
| PC_636 | CNERGYIS INFOTECH INDIA PRVTE LTD | VENKAT BALAN | 5th floor Kalpataru Plaza | Chincholi Bunder Rd Malad West | Mumbai | Maharashtra | 400064 | India |
| PC_637 | CORPORATE SOLUTIONS INC | BHARAT M | 490 15th Cross 4th Main Indiranagar | | Bangalore | | 560038, | India |
| PC_640 | COVENANT CONSULTANTS | JOSHUA MADAN | 1585 N Barrington Rd Bldg 2 Ste 502 | | Hoffman Estates | IL | 60169 | |
| PC_641 | DATACORE TECHNOLOGIES PVT LTD | ANKIT SRIVASTAVA | No 3 12th Main Rd Vasanth Nagar | | Bengaluru | Karnataka | 560052 | India |
| PC_642 | DATACORE TECHNOLOGIES PVT LTD | KASTURI R | No 3 12th Main Rd Vasanth Nagar | | Bengaluru | Karnataka | 560052 | India |
| PC_644 | DESTAR CONSULTING PVT LTD | NAKUL PASSI | 125 Village Blvd 2nd Floor Ste 290 | | Princeton | NJ | 08540- | |
| PC_645 | DXC TECHNOLOGY | Ankur Kashyap | 303 E Wacker 2840 | | Chicago | IL | 60601 | |
| PC_647 | ESSEN CONSULTING | SUDESH VERMA | 101 Echoing Greens | Near Hinjawadi Flyover Wakad | Pune | Maharashtra | 411057 | India |
| PC_648 | EXCEL BUILDING SERVICES LLC | | 1061 Serpentine Lane Suite H | | Pleasanton | CA | 94566 | |
| PC_650 | EYEMED VISION CARE LLC | Kevin Hilst | 4000 Luxoticca Place | | Mason | OH | 45040 | |
| PC_651 | FAIRFIELD BY MRRTTNT ARGN HOTLS PVT | MR AMAR HINDUJA | Dstct Cntr Xing Oppst Galaxy Toyota | Outer Ring Rd Haidrpr Shalimar Bagh | New Dehli | Dehli | 110088 | India |
| PC_729 | FLRIDA INTRN UNVRSTY BRD OF TRSTEES | | Modesto A Maidique Campus | 11200 SW 8th Street PC 548 | Miami | FL | 33199 | |
| PC_652 | GIPFEL & SCHNELL CONSLTING PVT LTD | H S SRIHARSHA | 81 1st & 2nd Floor Vijaya | Landmark EAT St Basavanagudi | Bengaluru | Karnataka | 560004 | India |
| PC_653 | GLOBAL MINERAL INDIA | MS SHIVAKUMAR | 43 Whitefield Immadihalli | Nagondanahalli | Bengaluru | Karnataka | 560066 | India |
| PC_654 | GOOGLE INC | | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | |
| PC_656 | GSS INFOTECH LTD | SANJAY HEDA | 1699 Wall St | | MT Prospect | IL | 60056 | |
| PC_658 | HGC | | 467 Grove Terrace | | Elk Grove Village | IL | 60007 | |
| PC_659 | HKT | | 650 Orange Ln | | Hoffman Estates | IL | 60169 | |
| PC_660 | IBIS HYDERABAD | MS SHILPI GUPTA | Huda Techno Enclave | Plot 3 2 Sector II | Hyperabad | Telangana | 500081 | India |
| PC_661 | INFOSYS | Tina Roesslein | 2300 Cabot Dr | | Lisle | IL | 60532 | |
| PC_662 | INTERNATIONAL PACKAGING | | 5800 Turnberry Dr | | Hanover Park | IL | 60133 | |
| PC_663 | ISS FACILITY SERVICES | | 1019 Central Parkway North Ste 100 | | San Antonio | TX | 78232 | |
| PC_664 | KELLERMEYER BERGENSONS SERVICE | | 1575 Henthorne Dr | | Maumee | OH | 43537 | |
| PC_668 | KORPACK INC | Nick Novy | 290 MADSEN DR STE 101 | | Bloomingdale | IL | 60108 | |
| PC_669 | KPMG | ANKIT MISHRA | 345 Park Avenue | | New York | NY | 10154 | |
| PC_673 | LINGRAPH PACKAGING SERVICES | Mike Boskovic | 15 N BRANDON | | GLENDALE HEIGHTS | IL | 60139 | |
| PC_674 | LINGRAPH PACKAGING SERVICES CO | | 15 N BRANDON | | GLENDALE HEIGHTS | IL | 60139 | |
| PC_676 | LIVE CONNECTIONS | S.K. RAGHAVENDRA | P.O. Box 42796 | | Philadelphia | PA | 19104 | |
| PC_678 | MASTERCARD INTERNATIONAL INC | JASMINDEN S | 2000 Purchase Street | | Purchase | NY | 10577 | |
| PC_679 | MERCEDES BENZ | | 303 Perimeter Cnter North 6th Floor | | Atlanta | GA | 30346 | |
| PC_680 | MICROSOFT | Bonnie Andary | One Microsoft Way | | Redmond | WA | 98052 | |
| PC_681 | MOHAMMED ENTERPRISE | TANVIR NOOR SHAIKH | 20th Floor Golden Jubilee Towers Ohio Street | PO Box 20660 | Dar Es Salaam | | | Tanzania |
| PC_682 | NAGARJUNA SUITES NCC LIMITED | SATISH KUMAR | NCC House | | Madhapur | Hyperabad | 500081 | India |
| PC_683 | NAGARJUNA SUITS | JAVED | NCC House | | Madhapur | Hyperabad | 500081 | India |
| PC_685 | NISA INDUSTRIAL SERVICES PVT LTD | BHALCHANDRA PAWAR | Santhosapuram Koramangala 3 Block | | Bangalore | | 560034 | India |
| PC_686 | NORTHWEST PALLET SUPPLY CO | | 3648 MORREIM DRIVE | | BELVIDERE | IL | 61008 | |
| PC_688 | OCS GROUP INDIA PVT LTD | CHETAN YADAV | THANE ONE A 501 5th Floor Kapurbawdi | | Thane West | | 400610 | India |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 1 of 2

Exhibit B
Supplemental Cure Vendor Parties Service List
Served via Overnight Mail

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| PC_687 | OCS GROUP INDIA PVT LTD | MR MOHAMMED THAKAI | THANE ONE A 501 5th Floor | Kapurbawdi | Thane West | | 400610 | India |
| PC_689 | PETERSON TECHNOLOGY PARTNERS LLC | Jay Johnson | 1600 E GOLF RD | STE 1200 | ROLLING MEADOWS | IL | 60008 | |
| PC_690 | PLUSONE SOLUTIONS | Peter Aranha | 11301 Corporate Blvd Suite 215 | | Orlando | FL | 32817 | |
| PC_691 | POWER TECHNOLOGY INC | | P.O. Box 782 | | Wilkes Barre | PA | 18702 | |
| PC_692 | PRAXIS INC | NEVILLE SCREWVALLA | 2518 N Lincoln Ave | | Chicago | IL | 60614 | |
| PC_693 | PROTECH MECHANICAL | Vanessa Kassab | 2556 Alamo Drive 50B | | Lansing | MI | 48911 | |
| PC_695 | RAHUL ENTERPRISE | ANAND SAKAT | No B 8 Karampura | | Delhi | | 110015 | India |
| PC_696 | RAHUL ENTERPRISES | ANEND SAKAT | No B 8 Karampura | | Delhi | | 110015 | India |
| PC_697 | RANGER AMERICAN | Lanyea Daggett | P.O. Box 29105 | | San Juan | PR | 00929-0105 | |
| PC_699 | RED HAT | Bonnie Andary | 1801 Varsity Drive | | Raleigh | NC | 27606 | |
| PC_700 | RENAISSANCE CITY DEVELOPMENT CO LTD | | 23 Harbour Road | | Hong Kong | | | Hong Kong |
| PC_701 | RIGHT MOVE STAFFING SOLUTNS PVT LTD | |  G 26 Ashoka Mall | Opp Sun N Sand Bund Garden Road | Pune | | 411001 | India |
| PC_702 | SAS INSTITUTE | Tina Roesslein | 100 SAS Campus Drive | | CARY | NC | 27513 | |
| PC_703 | SAVVY PURE AQUA PVT LTD | PREETI DUBBAL | 78 1 2 3 Shivane | | Pune | | 411023 | India |
| PC_704 | SHANGHAI HUAXU ASSET MANAGEMENT | | Room 2006 | No336 Xizang Middle Road | Huangpu District | Shanghai | 200003 | ChIndiaa |
| PC_707 | SHREE ANNAPURNA ENTERPRISE | SHAMBHU GUPTA | No 354 2 Kallubalu Road | Jigani Anekal | Taluk | Bangalore | 560105 | India |
| PC_708 | SKYLA HOSPITALITY PVT LTD | SRINIVAS | HNO2 16 119 2 NO3 | PRASHANTI NAGAR | Hyderabad | | 500039 | India |
| PC_711 | SKYONN TECHNOLOGIES PVT LTD | RAJV JHAMMAIA | 16th Floor Kapil Towers | ISB Road Finncl Dstrct Nanakramguda | Hyderabad | | 500032 | India |
| PC_713 | SURAJ TOURS & TRAVELS | VIJAY VETAL | New Bdd Building 18 Room 65 | Mahatma Phule Rd Naigaon Dadar East | Mumbai | | 400014 | India |
| PC_715 | SURVIK SOFTWARE PRIVATE LIMITED | RAJAT SENGUPTA | Tech Summit Sr No 87 Plot No 110 | Veerbhadra Nagar | Priyanka Park | Baner Pune | 411045 | India |
| PC_716 | SWAN SUITES AND SERVICES PVT LTD | NITIN NAIK | 504 Raghuram Heights Whitefields | HITEC City | Hyderabad | | 500084 | India |
| PC_724 | TATA COMMUNICATIONS LIMITED | | 350 E Cermak Rd | | CHICAGO | IL | 60616 | |
| PC_725 | TATA TELESERVICES LTD | | Jeevan Bharati Tower I | 10th Floor 124 | Connaught Circus | New Delhi | 110001 | India |
| PC_726 | TEKSHAPERS SOFTWARE SOLTNS PVT LTD | HIM A | 1441 E Maple Rd | Suite  301 | Troy | MI | 48083 | |
| PC_727 | TEKSHAPERS SOFTWARE SOLTNS PVT LTD | | 1441 E Maple Rd | Suite  301 | Troy | MI | 48083 | |
| PC_728 | TEMPRITE | Kathie Davey | 4170 S 124th St | | Milwaukee | WI | 53228 | |
| PC_730 | THERMODYNAMICS INC | | 3 Wells Road | | Broad Brook | CT | 06016- | |
| PC_732 | TRIGENT SOFTWARE LTD | JOSEPH JAYACHANDRAN | 1st Floor West Wing Khanija Bhavan | 49 Race Course Road | Bangalore | | 56001 | India |
| PC_733 | ULTIMATE SERVICES GROUP | Cheryl Hara | 51 Progress Street | | Union | NJ | 07083- | |
| PC_734 | USER TESTING INC | Sdave Ginsburg | 2672 Bayshore ParkwayÂ | Suite 703 | Mountain View | CA | 94043 | |
| PC_735 | VAN HOOK SERVICE | | 76 Seneca Av | | Rochester | NY | 14612 | |
| PC_736 | VERIFONE | Tina Roesslein | 5 Twosome Drive | | MOORESTOWN | NJ | 08057- | |
| PC_737 | VERSATA SOFTWARE INC | AND VERSATA DEVELOPMENT GROUP INC |  6011 W Courtyard Dr | | Austin | TX | 78730 | |
| PC_738 | VODAFONE CELLULAR LIMITED | | Old Pune Mumbai Highway | FP No 27 Survey No 21 Shivajinagar | | | 411003 | India |
| PC_740 | VODAFONE MOBILE SERVICES LIMITED | | Peninsula Corporate Park | Ganpatrao Kadam Marg | Lower Parel | Mumbai | 400013 | India |