GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
312.236.3003
Matthew A. Olins (admission *pro hac vice* pending)
Ellen M. Chapelle (admission *pro hac vice* pending)
Vanessa R. Tiradentes (admission *pro hac vice* pending)
*Attorneys for 233 S. Wacker, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Vanessa R. Tiradentes, respectfully request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent 233 S. Wacker, LLC in the above-captioned cases.

I certify that I am a member in good standing of the bar in the States of Illinois, Delaware, New Jersey, and Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Northern District of Illinois, the District of Delaware, the Eastern District of Pennsylvania, and the District of New Jersey.

My mailing address is: Gould & Ratner, LLP, 222 N. LaSalle Street, Suite 800, Chicago, Illinois 60601.

My email address is: vtiradentes@gouldratner.com. My telephone number is (312) 899-1628.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 1, 2019

                                           By: /s/ Vanessa R. Tiradentes
                                           Gould & Ratner LLP
                                           222 North LaSalle Street, Suite 800
                                           Chicago, Illinois 60601
                                           Telephone: (312) 899-1628
                                           vtiradentes@gouldratner.com
                                           *Counsel for 233 S. Wacker, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Vanessa R. Tiradentes (the "Movant"), to be admitted, *pro hac vice*, to represent 233 S. Wacker, LLC in the above-captioned cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the States of Illinois, Delaware, New Jersey, and Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Northern District of Illinois, the District of Delaware, the Eastern District of Pennsylvania, and the District of New Jersey, it is hereby

**ORDERED** that Vanessa R. Tiradentes is admitted to practice, *pro hac vice*, in the above-captioned cases to represent 233 S. Wacker, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE

4820-8218-0998, v. 1