GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
312.236.3003
Matthew A. Olins (admission *pro hac vice* pending)
Ellen M. Chapelle (admission *pro hac vice* pending)
Vanessa R. Tiradentes (admission *pro hac vice* pending)

*Attorneys for 233 S. Wacker, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ellen M. Chapelle, respectfully request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent 233 S. Wacker, LLC in the above-captioned cases.

I certify that I am a member in good standing of the bar in the State of Illinois and have been admitted to practice in the United States District Court for the Northern District of Illinois.

My mailing address is: Gould & Ratner, LLP, 222 N. LaSalle Street, Suite 800, Chicago, Illinois 60601.

My email address is: echapelle@gouldratner.com. My telephone number is (312) 899-1611.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 1, 2019

By: /s/ Ellen M. Chapelle
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois  60601
Telephone:  (312) 899-1611
echapelle@gouldratner.com
*Counsel for 233 S. Wacker, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ellen M. Chapelle (the "Movant"), to be admitted, *pro hac vice*, to represent 233 S. Wacker, LLC in the above-captioned cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Illinois and has been admitted to practice in the United States District Court for the Northern District of Illinois, it is hereby

**ORDERED** that Ellen M. Chapelle is admitted to practice, *pro hac vice*, in the above-captioned cases to represent 233 S. Wacker, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE

4843-7299-1110, v. 1