**REED SMITH LLP**
Christopher A. Lynch, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: clynch@reedsmith.com

**ADAMS AND REESE LLP**
Jamie W. Olinto, Esq.
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
Telephone: (904) 355-1700
Facsimile: (904) 355-1797
Email: Jamie.Olinto@arlaw.com

*Attorneys for Creditor, Beeline.com, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No.:18-23538-RDD |
| Debtors[1]. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases are as follows: Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations LLC; Sears Operations LLC; Sears, Roebuck and Co.; ServiceLive Inc.; SHC Licensed Business LLC; A&E Factory Service, LLC; A&E Home Delivery, LLC; A&E Lawn & Garden, LLC; A&E Signature Service, LLC; FBA Holdings Inc.; Innovel Solutions, Inc.; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home & Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; Sears, Roebuck de Puerto Rico, Inc.; SYW Relay LLC; Wally Labs LLC; SHC Promotions LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Sears Brands Business Unit Corporation; Sears Holdings Publishing Company, LLC.; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; Sears Brands Management Corporation; and SRe Holding Corporation.

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jamie Olinto, request admission, ***pro hac* vice**, before the Honorable Robert D. Drain, to represent Beeline.com, Inc. in the above-captioned chapter 11 cases.

***I certify that I am a member in good standing*** of the bar in the State of Florida and the U.S. District Court for the Middle, Southern and Northern Districts of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission. My office and email address and my telephone and fax numbers are:

**ADAMS AND REESE LLP**
Jamie W. Olinto, Esq.
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
Telephone: (904) 355-1700
Facsimile: (904) 355-1797
Email: Jamie.Olinto@arlaw.com

Dated: February 1, 2019
New York, New York

    Respectfully submitted,

    /s/ Jamie W. Olinto
    Jamie W. Olinto, Esq.
    **ADAMS AND REESE LLP**
    501 Riverside Avenue, Suite 601
    Jacksonville, FL 32202
    Telephone: (904) 355-1700
    Facsimile: (904) 355-1797
    Email: Jamie.Olinto@arlaw.com

    *Attorneys for Creditor, Beeline.com, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No.:18-23538-RDD |
| Debtors. / | (Jointly Administered) |

**ORDER GRANTING MOTION TO PRACTICE, *PRO HAC VICE*** 

Upon the motion of Jamie W. Olinto (the "Movant"), to be admitted, ***pro hac vice***, to represent Beeline.com, Inc., (the "Client") a creditor in the above-captioned chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Florida, it is hereby

**ORDERED**, that Jamie W. Olinto, Esq., is admitted to practice, ***pro hac vice***, in the above-captioned chapter 11 cases to represent the Beeline.com, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
     White Plains, New York

_____
UNITED STATES BANKRUPTCY JUDGE