David H. Hartheimer, Esq.
MAYERSON & HARTHEIMER PLLC
845 Third Avenue
New York City, 10022
Telephone:  646-778-4382
Facsimile:  501-423-8672
Email:  david@mhlaw-ny.com

*Counsel for City of Minneapolis*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  Sears Holdings Corporation, et al.,<br><br>Debtors. | Chapter 11<br>Case No.:  18-23538 (RDD)<br><br>(Jointly Administered) |

<u>**NOTICE OF APPEARANCE**</u>

**PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of the City of

Minneapolis and demands that all papers and pleadings be served upon the undersigned via the

Court's ECF filing system.

Dated: New York, New York
        February 1, 2019

Respectfully admitted,

**MAYERSON & HARTHEIMER. PLLC**

/s/ David H. Hartheimer
David H. Hartheimer
845 Third Avenue
New York City, NY 10022
Telephone:  646-778-4382
Facsimile:  501-423-8672
Email:  david@mhlaw-ny.com

ATTORNEYS FOR CITY OF
MINNEAPOLIS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 1, 2019 upon all parties receiving CM/ECF noticing.


*/s/ David H. Hartheimer*
David H. Hartheimer, Esq.


65844528.1