UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | (Jointly Administered) |
| DEBTOR | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Robert D. Bass, request admission to practice, *pro hac vice,* before the Honorable Robert D. Drain, to represent Jackson Shopping Village, LLLP, a Limited Liability Limited Partnership, Successor in Interest to Flamingo Sandhill, a California General Partnership ("Lessor") as a creditor/lessor in this case.

I certify that I am a member in good standing of the bar of the State of California, and admitted to practice before the United States District Courts for the Eastern, Northern, Central and Southern Districts of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   February 1, 2019

*/s/ Robert D. Bass*

ROBERT D. BASS, Esq. (CA State Bar No. 60528)
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Telephone: (818) 382-6200
Fax: (818) 986-6534
rbass@greenbass.com
*Pro Hac Vice* Application Pending

Attorneys for Jackson Shopping Village, LLLP, a Limited Liability Limited Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership

1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | (Jointly Administered) |
| DEBTOR | |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Robert D. Bass ("Movant") to be admitted, ***pro hac vice***, to represent Jackson Shopping Village, LLLP, a Limited Liability Limited Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership in this case and upon Movant's certification that Movant is a member in good standing of the State Bar of California, it is hereby

**ORDERED**, THAT Robert D. Bass is admitted to practice, ***pro hac vice***, in the above-referenced Chapter 11 case to represent the above-designated party.

Dated: _____

New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

1

1686386.1 -- 22044.0004