David H. Hartheimer, Esq.
MAYERSON & HARTHEIMER PLLC
845 Third Avenue
New York City, 10022
Telephone: 646-778-4382
Facsimile: 501-423-8672
Email: david@mhlaw-ny.com

*Counsel for City of Minneapolis*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Sears Holdings Corporation, et al., <br><br> Debtors.[1] | Chapter 11 <br> Case No.: 18-23538 (RDD) <br><br> (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David H. Hartheimer, Esq., request the *pro hac vice* admission of James C. Brand, Esq., before the Honorable Robert D. Drain in the above-referenced case.

I certify that Mr. Brand is a member in good standing of the bar in the State of Minnesota and the bar of the United States District Court for the District of Minnesota.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- 2 -

    I have submitted the filing fee of $200 with this Motion for Admission to Practice, *Pro Hac Vice.*

                                          Respectfully admitted,

                                          **MAYERSON & HARTHEIMER PLLC**

                                          /s/ David H. Hartheimer
                                          David H. Hartheimer, Esq.
                                          845 Third Avenue
                                          New York City, NY 10022
                                          Telephone:  646-778-4382
                                          Facsimile:  501-423-8672
                                          Email:  david@mhlaw-ny.com

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on February 1, 2019 upon all parties receiving CM/ECF noticing.

                      */s/ David H. Hartheimer*
                      David H. Hartheimer, Esq.

65844528.1