WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

## <u>DECLARATION OF MOHSIN Y. MEGHJI</u>

I, Mohsin Meghji, make this declaration under 28 U.S.C. § 1746:

1.      I submit this declaration ("**Declaration**") in support of the Debtors' *Motion for Entry of an Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection therewith and (IV) Granting Related Relief*, filed with the Bankruptcy Court on February 1, 2019 (ECF No. [●]) ("**Revised Proposed Sale Order**").[1]

---

[1] Capitalized terms used in this Declaration but not otherwise defined have the meanings given to them in the Proposed Sale Order.

2.      I am the Chief Restructuring Officer ("**CRO**") of Sears Holdings Corporation and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and, together with their non-debtor affiliates, the "**Company**" or "**Sears**").[2]  I am also the Managing Partner of M-III Advisory Partners, LP ("**M-III**").  In October 2018, Sears retained M-III to provide the Debtors with a CRO and to provide the Debtors and their other professionals with financial advisory services in connection with the Company's evaluation and development of strategic alternatives to wind-down and liquidation.

3.      In or around November 2018, the Debtors, with the assistance of Lazard Frères & Co. ("**Lazard**"), Weil, Gotshal & Manges LLP ("**Weil**"), and M-III, commenced a multi-staged process whose purpose was to effectuate a going-concern transaction for all or substantially all of the Debtors' assets and operations (the "**Sale Process**").  At an auction of the Debtors' assets held at Weil's New York offices on January 14 through January 17, 2019 (the "**Auction**"), ESL Investments, Inc. ("**ESL**") submitted a bid to purchase substantially all of the Debtors' assets, including the go-forward retail footprint and other assets and component businesses of the

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Company, as a going concern pursuant to Section 363 of the Bankruptcy Code (the "**ESL Bid**").

After extensive negotiations, the Debtors, in consultation with their advisors, determined that the

ESL Bid was the highest or otherwise best bid.  Subsequently, the Debtors entered into an Asset

Purchase Agreement with ESL, memorializing the terms of its successful bid (the "**APA**").  The

APA sets forth the key terms of the sale transaction between ESL and the Debtors.  That transaction

is scheduled to close on February 8, 2019 (the "**Closing Date**").

4.    Except as otherwise indicated, all statements in this Declaration are based upon my

personal knowledge of the Debtors' operations and finances gleaned during the course of my

engagement with the Debtors; my discussions with the Debtors' senior management, other

members of the M-III team, and the Debtors' other advisors; my review of relevant documents;

and my views based upon my experience.  If called to testify, I would testify competently to each

of the facts set forth in this Declaration.  I am authorized to submit this Declaration on behalf of

M-III for the Debtors.

## I.    <u>Qualifications and Background</u>

5.    As CRO, I provide strategic business advice to the Restructuring Committee of the

Company's Board of Directors in connection with the Debtors' chapter 11 cases.  Further, I am

responsible for carrying out the Debtors' chapter 11 strategy and objectives.  I am knowledgeable

about and familiar with the Debtors' day-to-day operations, business and financial affairs, books

and records, and the circumstances leading to the commencement of these chapter 11 cases.  I have

more than 25 years of financial restructuring, interim management, turnaround, and management

consulting experience across a wide variety of industries, including but not limited to the retail and

real-estate industries.

II.    **The Company and ESL Business Plans**

A.    **The Company Business Plan**

6.    In connection with my engagement as the Debtors' CRO, I worked with members

of the Company's Office of the CEO—Greg Ladley, Leena Munjal, and Robert Riecker—and

others to build a bottoms-up business plan (the "**Company Business Plan**"), starting with store-

by-store projections and business-by-business projections.[3]  Mr. Ladley joined the Company

sometime in October or November 2017 after spending twenty-seven years at Ralph Lauren in a

senior capacity, and Ms. Munjal, who had been at the Company in different roles for some time,

stepped into her role as the Company's Chief Digital Officer in January 2018.  Mr. Riecker is the

Company's Chief Financial Officer.  We developed the Company Business Plan in order to better

understand the viability of the Company's business on a going-forward basis and also to provide

prospective purchasers of the Company's assets and operations with an understanding of the

Company's potential to operate as a going concern.  In preparing the plan, I worked diligently and

collaboratively with management to, among other things, derive reasonable assumptions upon

which projections of various aspects of the Company's going forward business—liquidity and

profit margin, for example—would be based.  Those assumptions were based upon knowledge of

and experience in the retail industry held by management, myself, and other members of my team

at M-III as well as a thorough review and analysis of Company-related data, including but not

limited to same-store sales growth comparisons.

7.    The Company Business Plan demonstrates that the Company does, indeed, have a

reasonable probability of operating as a going concern upon emerging from chapter 11 bankruptcy.

M-III generated, for example, a projection of the new company's financial performance in the

---

[3] *See generally* Sears Holdings Corporation Preliminary Business Plan dated December 2018
(UCC_SEARS0000010), attached to this declaration as **Exhibit A** ("**Ex. A**").

twelve months following emergence from chapter 11 (the "**Company Financial Performance Projection**").[4]   The Company Financial Performance Projection assumes (a) same-store sales growth for 2019 of -2.4% and (b) gross margin improvement for 2019 of 220 bps.  In my opinion and based upon my experience, these assumptions were reasonable, as were the conclusions that followed from them—namely, that the new company would be liquid for at least the twelve months after emergence from chapter 11, and likely longer.

8.      As CRO, I was very focused on establishing that the Company had a credible path forward out of bankruptcy.  I spent a substantial amount of time poring over the Company's sales and other related data, including the Company's history of same-store sales comps.  I observed that, in August and September 2018, the Company's same-store sales numbers were healthier than they had been in the preceding months, and I sought to understand why.  As the Company's Chief Digital Officer, Ms. Munjal has worked to improve online and overall sales.  Her efforts have been centered on driving sales and marketing, among other things.  Ms. Munjal and Mr. Ladley implemented some changes concerning how the Shop Your Way program operated and took a new approach to the soft-line business for apparel.  The two began to apply a combination of points offerings along with pricing adjustments and began conducting experiments, so to speak, to determine which of their initiatives would positively impact performance.

9.      Ms. Munjal and Mr. Ladley initiated these new strategies in January or February 2018.  They expanded them to the brick-and-mortar apparel business over the course of time.  They then applied them to the hard-line businesses and got additional contribution from Citi, the Company's credit-card partner, to fund some of these changes.  From there, Ms. Munjal and Mr. Ladley implemented some changes around supply and logistics issues.  Finally, in July and August

---

[4] *Id.* at 8.

2018, they layered in some traditional television and other modes of advertising, and the combination of these efforts really started to improve the outlook for same-store sales comps.

10.    I spent a good deal of time with Ms. Munjal, Mr. Ladley, and others discussing the changes the two had implemented. Their efforts bore a lot of fruit—more than anything I had seen in the prior couple of years of my involvement with the Company. In August and September 2018, for example, the Company's same-store sales results were -2.0% and 0.0%, respectively.[5] The Company Business Plan's projection that it would achieve -2.4% same-store sales growth for 2019 was based, in part, on these recent results reflecting the Company's implementation of Mr. Ladley's and Ms. Munjal's Shop Your Way and other sales and marketing initiatives. That projection was also based—quite reasonably, in my view—upon the fact that a Sears emerging from bankruptcy would not be a Sears descending into bankruptcy. For many years, the Company had been cloaked in a shroud of negative media attention. Emerging from bankruptcy, the new company would enjoy increased consumer confidence, a healthier capital structure, and myriad opportunities to both continue and expand upon the good work that Ms. Munjal and Mr. Ladley had begun in the pre-petition period. Accordingly, I was more than satisfied that the Company could continue to improve the outlook for same-store sales comps and other measures of corporate success.

B.    **The ESL Business Plan**

11.    I have also become familiar with the proposed business plan for NewCo prepared by ESL (the "**ESL Business Plan**").[6] I reviewed and analyzed the ESL Business Plan—which, as I understand it, is based upon the Company Business Plan—in my capacity as CRO and financial

---

[5] *Id.* at 11.

[6] *See generally* Project Transform – Business Plan dated January 2019 (SEARS_UCC00280135), attached to this declaration as **Exhibit B** ("**Ex. B**").

advisor to the Debtors in order to better understand NewCo's liquidity picture and viability as a going concern. Like the Company Business Plan, the ESL Business Plan demonstrates that the Company has a reasonable probability of operating as a going concern upon emerging from chapter 11 bankruptcy. ESL generated a projection of NewCo's financial performance in the twelve months following emergence from chapter 11 (the "**ESL Liquidity Analysis**").[7] The ESL Liquidity Analysis assumes (a) same-store sales growth for 2019 of -1.0%; (b) gross margin improvement for 2019 of 125 bps; and (c) days payable outstanding ("**DPO**") of 32 days by July 2019, remaining constant for the rest of 2019.[8] In my opinion and based upon my experience and discussions with Sears management, these assumptions and the conclusions that flow from them are reasonable for the same reasons as those discussed at length above: new and effective sales and marketing initiatives, increased consumer confidence, healthier capital structure, and others. ESL's DPO assumption, specifically, is reasonable given that, according to data provided by the Company's inventory team, in 2018 the Company's mean and median vendor terms were 42 and 34 days, respectively.

## III.    M-III's Financial and Solvency Analyses

12.    In late November/early December, in connection with its role as financial advisor to the Debtors and in consultation with Lazard, Weil, and the Company's other professionals, M-III developed a wind-down and liquidation analysis (the "**Wind-Down Analysis**") that assessed the potential value of the Debtors' assets and any amounts the Debtors' creditors would recover on their claims in the context of an assumed orderly wind-down and liquidation.[9] M-III also

---

[7]    *See generally See* Project Transform Liquidity Analysis dated January 23, 2019 (UCC Ex. 7), attached to this declaration as **Exhibit C**, ("**Ex. C**").

[8]    *Id.* at 2-3.

[9]    *See generally* Sears Holdings Corporation Wind-Down Recoveries dated January 14, 2019 (UCC_SEARS0002236), attached to this declaration as **Exhibit D** ("**Ex. D**").

compared that value and those recoveries to the value and creditor recoveries implied in the context

of the sale transaction contemplated by the ESL Bid (the "**Variance Analysis**").[10]  Finally, M-III

evaluated the Debtors' ability to satisfy any and all administrative and other priority claims up to

and until the Closing Date (the "**Administrative Solvency Analysis**") (collectively, the

"**Analyses**").

13.    In preparing these detailed Analyses, M-III drew upon my decades-long

restructuring experience across a wide variety of industries, including but not limited to the retail

and real-estate industries and, specifically, with retailers like Toys 'R Us, Shopko, and Full Beauty

Brands, whose Boards I have served or currently serve on.  M-III also reviewed and analyzed vast

quantities of relevant data, including but not limited to data derived from (1) the going-out-of-

business ("**GOB**") sales of approximately 750 Sears stores and their inventory in the past three

years; (2) the recent wind-down and full-chain liquidation of Toys 'R Us; (3) bids to purchase

components of the Debtors' assets and operations received in connection with the Sale Process;

(4) bids to liquidate the Debtors' assets and operations received in connection with the Sale

Process; (5) the Company's detailed payroll, benefits, merchandise, tax, and other business

records; and (6) guidance and input from Lazard and Weil.  Finally, M-III reviewed and analyzed

appraisals of approximately 400 of the Debtors' real-estate assets, commissioned by the Debtors

in an effort to quantify the liquidity those assets would generate in the context of an orderly wind-

down and liquidation.  In my opinion and based upon my experience, M-III's Analyses are

reasonable and reliable projections.

---

[10] *See* Sears Holdings Corporation Discussion Materials: Wind-Down/ESL Bid dated January 12, 2019
(SEARS_UCC00365984) at 7, attached to this declaration as **Exhibit E** ("**Ex. E**").

## IV.    The Wind-Down Analysis

### A.    Assumptions

14.    M-III calculated wind-down recoveries based upon a twelve-month orderly wind-down and liquidation beginning January 14, 2019, the date of the Auction.  The preliminary wind-down budget assumed that all assets, including general merchandise inventory and real estate, would be liquidated in place.  The budget further assumed that self-supporting business units, such as Parts Direct, Sears Auto Centers, and Sears Home Services, would be sold as going concerns pursuant to Section 363 of the Bankruptcy Code.

15.    M-III assumed that, as of January 14, 2019, the Debtors would (1) commence liquidation of all remaining inventory in the Debtors' stores and distribution centers (with final GOB sales beginning on January 21, 2019); (2) reject all remaining store and distribution-center leases, other than valuable leases, which would be monetized; (3) reject all remaining non-essential contracts; (4) reduce management and staff to the minimum necessary to liquidate the collateral and perform transition services; and (5) sell or monetize all remaining encumbered and unencumbered assets.

16.    Substantial funding for the wind-down would be provided by (1) the gross proceeds from GOB sales of merchandise inventory; (2) proceeds from the sale of previously unencumbered assets, applied in the following order: (a) $240 million to fund the wind-down reserve, (b) repayment of the Junior DIP in full, and (c) to pay remaining claims in the order of their priority; (3) the imposition of a 4% charge on encumbered assets sold throughout the case, with the exception of the first lien and prepetition ABL collateral and Junior DIP collateral due to Section 506(c) waivers granted to these lenders in their capacity as DIP lenders; and (4) any proceeds above lien value realized from sales of encumbered collateral.

**B.      Repayment Priority Waterfall for Wind-Down Recoveries**

17.      Based upon its discussions with Weil, M-III deducted costs related to the liquidation of merchandise inventory—for example, store operating expenses during liquidation, severance claims, merchandise accounts payable, logistics expenses, and home-office support expenses—from gross inventory values.  The payment of these administrative claims, necessary and related to the orderly wind-down process, would provide them with a recovery that was, in effect, senior to other claims, including but not limited to those claims arising under the First Lien Asset-Based Loan ("**ABL**"), the Junior Debtor-in-Possession ("**DIP**") loan, and Section 507(b) of the Bankruptcy Code.

18.      M-III then applied the net proceeds of the liquidation of merchandise inventory to repay claims arising under the Senior DIP loan, First Lien ABL, FILO Facility, and Citi LC Facility.  The net proceeds of sales of previously unencumbered assets, other non-merchandise assets, and charges collected under Section 506(c) of the Bankruptcy Code were applied in the following order of priority: (1) the carve-out for professional fees as provided in the DIP loans and related orders; (2) the wind-down reserve (up to $240 million); (3) the Senior DIP (to the extent the merchandise collateral would be insufficient to provide a repayment in full); (4) the Junior DIP; (5) super-priority administrative claims arising under Section 507(b); (6) administrative claims not otherwise paid from the operating budget related to the liquidation or the wind-down reserve; (7) unsecured claims on a priority basis; and (8) general unsecured claims.

**C.      Key Assumptions in Wind-Down Recoveries: Generally**

19.      M-III made a number of key assumptions in connection with its preparation of the wind-down recoveries.  By way of example only:

- with respect to operating receipts, M-III assumed that GOB sales would run at a net negative margin resulting in a 90% net orderly liquidation value ("**NOLV**");

- with respect to operating disbursements, M-III assumed merchandise vendors to supply cash-in-advance terms with a four-day average shipping time in the period leading up to the wind-down and further assumed that outstanding merchandise would be paid down during the post-petition period;

- with respect to selling, general, and administrative ("**SG&A**") disbursements, M-III assumed an immediate reduction-in-force ("**RIF**") of non-core, non-key personnel beginning January 15, 2019, with sixty days of WARN Act liability to follow;

- with respect to the Junior DIP, M-III assumed a starting balance of $175 million to reflect a $75 million balance as of January 5, 2019 plus a $100 million draw on January 10, 2019; and

- M-III assumed, in consultation with Lazard, the following unencumbered asset values in a wind-down or liquidation scenario based upon the highest indications of interest ("**IOIs**") received during the Sale Process:

    o    credit-card tort claims - $35 million,

    o    unencumbered receivables - $63 million,

    o    Sears Home Improvement - $45 million,

    o    Sears Parts Direct - $60 million, and

    o    Sears Service Contracts - $80 million.

20.    These and M-III's other key assumptions were reasonable given the Company's history and present circumstances as well as the fact that the Company was anticipating a full-chain liquidation, which necessarily impacts what a company can expect to recover (or spend) in connection with a wind-down.  And, as discussed above, the assumptions were developed in the course of a thorough review and analysis of large quantities of relevant data.

**D.    Key Assumptions in Wind-Down Recoveries: Unencumbered Real-Estate Values**

21.    One of M-III's roles as financial advisors to the Debtors was to advise the Restructuring Committee concerning the liquidation proceeds the Debtors' estates could expect to recover from the sale of the Debtors' unencumbered real-estate assets in connection with an orderly wind-down and liquidation.  M-III did not purport to provide the Restructuring Committee with a

valuation of those unencumbered real-estate assets; rather, it provided what it believed was a reasonable estimate of the amount of liquidation proceeds—specifically, $561 million, net of $35 million transaction costs—that the Debtors' estates could expect to recover from the sale of the Debtors' unencumbered real-estate assets of which a material portion (approximately 64%) would be recovered from the sale or assignment of the Debtor's lease portfolio by May 13, 2019, the Debtors' deadline to accept or reject leases (the "**Outside Lease Rejection Date**").  The balance would be from the sale of fee-owned real estate over the course of 2019.

22.     In arriving at that amount, M-III considered (1) buyer IOIs received in the course of the Debtors' real-estate marketing and sales process (the "**Real-Estate Sales Process**"), undertaken in connection with and parallel to the Sales Process; (2) twenty-four property appraisals performed by Jones Lang LaSalle IP, Inc. ("**JLL**") in November 2018; (3) twenty-five broker opinions of value performed by A&G Realty Partners, LLC ("**A&G**") in October 2018; (4) approximately 400 appraisals performed by JLL in December 2018 and January 2019; and (5) the results of the 2018 lease auction and sale in the Toys 'R Us wind-down and liquidation.

### i.      The Real-Estate Sales Process

23.     The Real-Estate Sales Process was launched in the last week of November 2018 pursuant to the Global Bidding Procedures Process Letter filed with the Bankruptcy Court on November 21, 2018 (the "**Lazard Process Letter**").  The Lazard Process Letter referenced a list of 505 "go-forward" stores; the Debtors, in consultation with the Restructuring Committee, had decided to market the stores that would comprise the primary real-estate assets of the business that was being offered for sale (the "**Go-Forward Stores**").  The Debtors made a list of the Go-Forward Stores publicly available and posted the list to Prime Clerk.

24.     The Lazard Process Letter identified JLL as the Company's real-estate advisor and indicated that JLL would distribute a separate correspondence in the near future further describing

the Real-Estate Sales Process (the "**JLL Process Letter**").  JLL distributed the JLL Process Letter

on or about December 3, 2018.  The letter further described the Real-Estate Sales Process, the due

date for IOIs (December 28, 2018), who to contact at JLL, and where and how to get additional

information concerning the process.  JLL included an expanded list of the real-estate assets being

offered—all of the Company's real estate rather than just the Go-Forward Stores—in a separate

filing at Prime Clerk.  The Debtors and their advisors, including JLL, had decided to expand the

list of real-estate assets offered by the Company in order to make the Real-Estate Sales Process

more complete.  JLL advised any interested party who inquired that all of the Debtors' real estate

and leases were being offered for sale, not just the 505 Go-Forward Stores.

25.     On December 6, 2018, M-III sent JLL an updated list of real estate to provide to

interested parties who executed non-disclosure agreements ("**NDAs**"). The additional information

included square footage, lease termination dates, and information on the status of each store or

property listed (open, closed, or GOB). Interested parties could obtain additional information in

the Intralinks data room.

26.     JLL and the Company utilized Intralinks as its virtual data-room site for the Real-

Estate Sales Process.  The Debtors and their advisors, including JLL, populated the Intralinks site

with relevant information on the properties being offered, and the site was then made available to

interested parties on or about December 7, 2018.  Information uploaded to Intralinks included

leases, title documentation where available, site plans where available, and property tax and

common-area maintenance ("**CAM**") data.  Parties who requested data room access were required

to execute an NDA and provide a list of individuals seeking access.  JLL and M-III administered

the Intralinks data room and provided access to interested parties once approved.

27.     JLL contacted 842 entities ("**Prospective Bidder Contacts**") for both core and non-core properties.  In connection with this effort, JLL distributed a master list of the properties being offered for sale to these 842 Prospective Bidder Contacts.  495 of the 842 Prospective Bidder Contacts executed NDAs; JLL and M-III provided them with access to the data room.

28.     Three of the primary groups of parties that gained access to the data room were landlords, retailers, and consolidators of retail properties.  In my opinion based upon my knowledge and experience, JLL targeted the appropriate groups.  Many Prospective Bidder Contacts accessed the data room and the materials therein concerning the Company's real estate assets.  Furthermore, a substantial percentage of the real estate offered for sale was in the form of leases.  As a general matter, in my opinion, leases are primarily of interest to landlords, end users (retailers for most of the Debtors' properties), and consolidators.  Accordingly, the list of people and firms who were interested in purchasing the Company's real estate would be more limited than in a typical real-estate offering.

29.     The advisory team engaged by the Debtors manages JLL's Disposition Services Group.  This unit focuses exclusively on the sale of retail properties, including but not limited to big-box stores for national retailers.  The unit's past assignments include the sale of approximately 200 stores for Walmart.  The unit's marketing strategies included direct outreach to potential buyers, as well as working with and through JLL's nationwide brokerage network.  JLL utilized both of these approaches in their marketing of the Company's real estate and was successful in bringing in a number of parties to the Company's data room.

30.     In connection with the Real-Estate Sales Process, JLL undertook among the following internal and external outreach measures:

- JLL implemented an email campaign to national and regional retail companies, particularly users of big-box real estate, as well as to JLL brokers who covered this sector.  In all, JLL

sent 464 separate emails, including to at least eighty large retail companies who regularly occupy big-box stores.

- On November 30, 2018, Naveen Jaggi, head of JLL's Retail Property Brokerage, sent an internal email to JLL senior leadership, industrial brokers (273 in this group), capital markets brokers (900 brokers and analysts), and retail property brokers (159) describing the assignment and the properties being offered.

- On December 6 and 11, 2018, Craig Meyer, head of JLL's Industrial Property brokerage group, sent emails to his team of 273 brokers discussing the properties being offered. This group would have focused on the Company's distribution centers and warehouses.

- On December 12, 2018, Jay Koster and Blake Lacher, the co-heads of Capital Markets, sent an email to the 900 brokers and analysts in their division discussing the properties being offered.

- On December 16, 2018, JLL enabled a "Real Capital Markets Property Marketing" website for approximately 129 non-core properties. This website covered properties which were separately chosen for sale in mid-November 2018.

- Individual JLL brokers conducted their own outreach and email campaigns in an effort to find buyers for the Debtors' properties.

- JLL representatives, including Naveen Jaggi, attended the December International Council of Shopping Centers conference in New York in early December 2018. JLL representatives discussed the Real-Estate Sales Process with potential investors/buyers at this conference.

- As mentioned above, the Disposition Services team also reached out to interested parties on multiple occasions to inform them of the Real-Estate Sales Process. This included the email blast sent to approximately 80 national retailing companies on or about December 19, 2018. As part of this email blast, JLL's retail brokerage team contacted and discussed the Company's real-estate offering with a number of representatives at these national retailing companies. My understanding is that the retailers contacted included Walmart, Target, Lowes, Home Depot, TJX, Kohl's, Dick's Sporting Goods, Raymour & Flanigan, and At Home Stores.

31.    These efforts, taken together, represented a reasonable and robust marketing effort targeted at the parties who would have the greatest possible need for and interest in the types of stores and properties owned by Sears. A number of these parties signed NDAs and gained access to the data room. A number of them also submitted IOIs for various leases and real-estate assets.

32.    JLL maintained a marketing report to log the calls and contacts with interested parties.  JLL and M-III provided this report to the UCC's advisors in mid-December.   The JLL call report was ultimately supplanted by an Excel "offer tracker" report prepared by JLL in late December.  The offer tracker was provided to the UCC advisors so that they would have regular access to the offers submitted.

33.    In terms of bids received, the Real-Estate Sales Process was successful by any reasonable measure.  In aggregate, Prospective Bidder Contacts submitted 440 separate IOIs.  The total value of these offers exceeded $1 billion when only the highest offer for assets were considered.  Approximately $360 million of the IOIs were for unencumbered properties, many of which were for leases, and $640 million for encumbered properties, most of which are fee simple or ground leased assets.   While the bids on some assets were low, some were reasonable and potentially actionable.  To characterize all of the bids as low ball is misleading.

34.    It is also misleading to consider all of the Company's real-estate assets (approximately 900 leases and 300 fee-owned properties as of December 2018) when measuring the number of offers received.  M-III believes that approximately 500 of the Company's leases offered for sale had no value; accordingly, it should not be surprising that most of these did not receive an IOI.  This is not a reflection on the adequacy or reasonableness of the Real-Estate Sales Process.

35.    Finally, it is worth reiterating that leases, by their nature, are not as liquid as fee-owned real estate. The existence of a large number of lease contracts would have limited the number and the types of potential buyers and goes some way to explain why there may not have been as many IOIs for the Company's real-estate assets as one might see under typical circumstances.

36.    These, however, were not typical circumstances.  It is unprecedented for 400 big-box properties to be offered for sale in the real-estate market all at once.  The odds of selling all such properties at high prices by the Outside Lease Rejection Date were low.  The closest parallel in recent years was the wind-down and liquidation of Toys 'R Us.  In my deposition I testified that it was my understanding that, when Toys 'R Us offered its leases for sale in the context of its full-chain liquidation, only 40% of the those leases were sold, and that they were sold for somewhere approaching 50% of the appraised values.  Since my deposition, I have learned that only 35% of the company's leases sold at auction in 2018 and that the recovery rate on those leases was 44% (sales price to appraised dark value).  And, in my opinion, the Toys 'R Us properties were generally more desirable and thus more marketable than those being offered by the Company because they were smaller than the Sears/K-mart big boxes.

### ii.    The Appraisals

37.    In connection with the process to obtain DIP and Junior DIP financing, in late October 2018, M-III asked A&G to prepare broker opinions of the value of twenty-five of the Company's high-value leased properties (the "**A&G BOVs**").  These A&G BOVs formed the initial basis for prospective DIP lenders' collateral valuations.

38.    A&G conducted its work in connection with the A&G BOVs in the last week of October and into the first ten days of November and ultimately presented the Company and M-III with a spreadsheet containing valuation data as well as a summary memorandum concerning the ten largest properties valued.  In conducting the A&G BOVs, A&G made a determination of what each lease might be worth were it to be terminated or assigned to the landlord.  The property owner could then re-lease the space at market rents and create value via the rent increase.  The Company and M-III shared this data with prospective DIP and Junior DIP lenders and the UCC (through an electronic data room maintained by Lazard).

39.     To provide prospective Junior lenders with a more robust, appraised collateral pool, in the first week of November, the Company and M-III determined that the Company should augment the A&G BOVs with additional appraisals of some of its real-estate assets.  This was done because the Debtors were interested in obtaining appraisals from a nationally recognized group to assess the value of some of their more valuable leases and fee-owned properties.  The Debtors, with assistance from M-III, prepared a list of twenty-five predominantly, but not exclusively, leased properties and provided that list to JLL so that it could begin the appraisal process.  JLL performed appraisals on twenty-four properties (the "**JLL 2018 Appraisals**").[11]  In conducting the JLL 2018 Appraisals, JLL made a determination of what each fee-owned property would be worth were it to be sold as a standalone property outside the context of a wind-down or liquidation or what each lease would be worth if subleased at market rental rates.

40.     During the week of November 19, 2018, the Debtors and their advisors had a number of calls concerning the Sales Process.  The Debtors and their advisors determined that obtaining appraisals on the Go-Forward Stores would help inform the Sales Process, including by allowing the Debtors to compare the value of one bid or IOI to another and to compare the value of the Company's individual primary assets to a proposal to acquire substantially all of the Company's assets as a going concern.  The Debtors and their advisors decided that they did not need to commission appraisals of the twenty-four already appraised stores, and they did not need to commission an appraisal of the Seritage properties.  The Debtors ultimately requested, in December, that JLL provide appraisals for approximately 400 of the Go-Forward Stores.  JLL provided those appraisals to the Debtors and to M-III in January 2019 (the "**JLL 2019**

---

[11] One of the twenty-five properties (located in Puerto Rico) was determined to be encumbered; accordingly, JLL did not ultimately complete the appraisal and did not assign a value to that property.  The Debtors' objective was to value unencumbered properties.

Appraisals"). In conducting the JLL 2019 Appraisals, JLL's central focus was to determine the value of the unencumbered properties and leases on an unoccupied or "dark" basis in the context of a wind-down and liquidation.

41.    M-III reviewed and analyzed (1) the IOIs received in the course of the Real-Estate Sales Process; (2) the twenty-five A&G BOVs; (3) the twenty-four JLL 2018 Appraisals; (4) the approximately 400 JLL 2019 Appraisals; and (5) the results of the 2018 auction and sale of leases in the Toys 'R Us wind-down and liquidation in order to estimate the amount of cash the Debtor could raise from the liquidation of its unencumbered real-estate assets including its leases by the Outside Lease Rejection Date.

### iii.    M-III's Calculation of Likely Liquidation Proceeds

42.    M-III estimated that the Debtors would recover $561 million, net of transaction costs, from the liquidation of the Debtors' unencumbered real-estate assets in context of a wind-down and liquidation. M-III arrived at an estimate of the liquidation proceeds for the Debtors' leases by discounting and averaging (1) IOIs, (2) A&G BOVs, and (3) the JLL 2018 Appraisals. M-III also included the undiscounted liquidation value contained in the JLL 2019 Appraisals in the averages it calculated to estimate liquidation proceeds for each asset. The discount rate applied to IOIs, A&G BOVs, and JLL 2018 Appraisals was 50%.

43.    M-III applied a 50% discount to the A&G BOVs and JLL 2018 Appraisals because those BOVs and Appraisals assessed market value, not liquidation value. As discussed above, they sought to determine what each lease would be worth were it terminated or assigned to the property owner or re-leased at market rental rates or what each fee-owned property would be worth were it sold as a standalone property outside the context of a wind-down or liquidation. The JLL 2018 Appraisals also assumed the leases would be sold in a normal market and in a normal manner, not on an accelerated basis in a full-chain liquidation scenario.

44.    M-III used discounted IOIs in its calculation to estimate liquidation proceeds because M-III viewed these prices as relevant data points.  In general, there is limited information on lease sale prices and values, particularly in a large-scale liquidation scenario; M-III therefore included the discounted IOIs as one of a limited number of actual data points.  M-III applied a 50% discount to the IOIs, as it had to the A&G BOVs and JLL 2018 Appraisals, because the IOIs were uncommitted and subject to further due diligence by prospective buyers.

45.    M-III did not apply a discount to the JLL 2019 Appraisals but, rather, used the liquidation value determined by JLL.  It is my understanding that, in connection with the JLL 2019 Appraisals, JLL discounted its determined market values to account for the distressed nature of the contemplated sale, as well as a lack of purchasers for hundreds of big-box stores flooding the market at one time.  Because the JLL 2019 Appraisals were already discounted to determine the liquidation value, M-III did not further discount these amounts in its liquidation estimate modeling.

46.    Finally, M-III employed the above described discounting methodology because it reasonably concluded that the Debtors would likely sell most of their leases at liquidation rather than market value because hundreds of leases would be offered for sale at the same time and sales would need to be completed on an accelerated basis by the Outside Lease Rejection Date.  The view that high discounts to market values were appropriate is further informed by the results of the 2018 auction of Toys 'R Us leases.  Based upon my understanding of those auctions, Toys 'R Us only sold 35% of the leases it offered for sale at three separate auctions in 2018 and the average recovery rate of the leases that did sell was 44% of the appraised dark value.

47.    M-III arrived at the estimate of liquidation proceeds for the Debtors' leases as follows:

- Where there was a JLL 2018 Appraisal, an A&G BOV, and an IOI received in the course of the Real-Estate Sales Process for a subject property, M-III averaged the JLL 2018

Appraisal and the A&G BOV with the current high IOI and then applied 50% discount to that average. If there were two values, they were discounted and averaged. If there was one, it was discounted and utilized.

- Where there was a JLL 2019 Appraisal and an IOI received in the course of the Real-Estate Sales Process for a subject property, M-III averaged the JLL 2019 Appraisal with 50% of the current high IOI and 50% of the A&G BOV, to the extent it existed.

- Where there was only a JLL 2019 Appraisal for a subject property, M-III used that number as the liquidation proceeds for the property.

- For owned and non-core properties, M-III calculated the average of (1) the JLL 2018 Appraised Value, (2) the A&G BOV, and (3) the IOI. In many instances for owned and non-core properties, only one of these values existed. In such cases, the liquidation proceeds amount was based upon the one data point. The liquidation proceeds for owned and non-core properties was discounted by 17%, rather than 50%. This group was primarily owned rather than leased properties; accordingly, the sales would not be under pressure to be completed by the Outside Lease Rejection Date.

48.    M-III then summed the estimated liquidation proceeds calculated for each of the subject properties; applied a 6% discount to account for transaction costs; and arrived at the total of $561 million in estimated liquidation proceeds. This estimate was ultimately incorporated into M-III's Wind-Down Analysis.[12]

49.    In summary, M-III applied a discounting methodology that it concluded was reasonable based upon (a) its knowledge; (b) its experience; (c) its review and analysis of the data available to it, including but not limited to the IOIs received in connection with the Real-Estate Sales Process; and (d) the results of the 2018 auction and sale of leases in the Toys 'R Us bankruptcy. For these reasons, among others, it is my opinion that the method employed by M-III to estimate liquidation proceeds from the sale of the Debtors' real-estate assets was reasonable and that its resulting conclusion ($561 million estimated liquidation proceeds) was a reasonable estimate of the liquidation proceeds the Debtors could expect to recover from the sale of their unencumbered real-estate assets in context of a wind-down and liquidation

---

[12] **Ex. D** at 5.

### E.    Creditor Recoveries Under the Wind-Down Analysis

50.    In consultation with Weil and Lazard, M-III prepared a creditor recovery matrix that illustrates how the Debtors would apply the liquidity generated in an orderly wind-down and liquidation, including that generated by the sale of the Debtors' real-estate assets, to the claims of the Debtors' creditors (the "**Wind-Down Recovery Matrix**").[13]  The current iteration of the Wind-Down Recovery Matrix projects that, after repayment in a manner consistent with the priority waterfall described above, six of the Debtors' categories of secured creditors would recover 100% of their claims.  Two other categories of secured creditors would recover substantially less than that (69% and 44%, respectively), and the remaining four categories of secured creditors would recover nothing.  Holders of second-lien 507(b) claims would recover 41% of their claims, and the Debtors' general unsecured and other creditors would recover nothing.

51.    The Debtors and their advisors shared the Wind-Down Analysis with the UCC on December 3, 2018, and continually shared updated versions of the analysis all the way up to and throughout the Auction.  In addition, M-III had multiple "advisor-to-advisor" conversations and multiple in-person meetings with the UCC's financial advisors, walking them through the Debtors' Wind-Down Analysis step by step.  In stark contrast, the UCC did not share its wind-down analysis until days before the Auction.

## V.    The Variance Analysis

52.    M-III undertook, at the request of the Debtors and the Restructuring Committee, to develop a creditor recovery matrix that illustrated creditor recoveries in the context of a sale of substantially all of the Debtors' assets to ESL as a going concern (the "**ESL Recovery Matrix**").  The current iteration of the ESL Recovery Matrix illustrates that, in an ESL/going-concern

---

[13] *Id.* at 7.

scenario, seven of the Debtors' categories of secured creditors will recover 100% of their claims. Four other categories of secured creditors will recover less than that (60%, 41%, 41%, and 41%, respectively), and only one secured creditor will recover nothing. Notably, the ESL Recovery Matrix shows that general unsecured creditors will recover 1% of their claims.[14]

53.    M-III's Variance Analysis sets these two recovery matrices side by side and shows, quite clearly, that the Debtors' secured and unsecured creditors will recover significantly more in the context of an ESL/going-concern scenario than in a wind-down/liquidation scenario.

## VI.    The Administrative Solvency Analysis

54.    In addition to preparing the Wind-Down and Variance Analyses, M-III prepared an administrative and other priority claims schedule that estimated the Debtors' outstanding administrative claims, excluding budgeted GOB expenses, reflected in the net proceeds from GOB sales. That claims schedule, among other inputs, provided the basis for M-III's Administrative Solvency Analysis, which was reflected in discussion materials prepared by Lazard for the Restructuring Committee.[15] Administrative claims included but were not limited to Section 503(b)(9) claims, accounts payable, severance claims, employee claims, franchise taxes, and property taxes. As of January 16, 2019, those claims totaled $615 million. Other priority claims included, but were not limited to, the ABL DIP, the Junior DIP, professional fees, cure costs, transfer taxes, and mechanics' liens. As of January 16, 2019, those claims totaled $1.67 billion. In total, the Debtors' administrative and other priority claims totaled $2.281 billion.

---

[14] The sale transaction, at its baseline, provides for 96% recovery on account of administrative claims. However, the Debtors reasonably believe that under the sale transaction all administrative claims will be paid in full and that the remaining 4% (or approximately $62 million) gap can be bridged with mitigating items such as outperformance of the DIP Budget, maintained inventory levels, and the like. Assuming such measures can bridge the gap, the Debtors believe the $35 million received as consideration for the credit-bid release will flow to general unsecured creditors. If the gap remains unfilled, the Debtors will utilize the $35 million to fill that gap rather than flowing through the waterfall to general unsecured creditors.

[15] *See generally* Project Blue Discussion Materials dated January 16, 2019 (RS_UCC_00002953), attached to this declaration as **Exhibit F** ("**Ex. F**").

55.    According to the Administrative Solvency Analysis, ESL would satisfy $1.925 billion of that amount under the terms of the ESL APA.  Less company cash available at close, a professional-fee carve out, various sale proceeds, insurance proceeds, and the SHIP security deposit, $62 million additional value would be required to close.  The Debtors, in consultation with M-III, have identified a number of opportunities to recover that additional value.[16] Committed to the success of the ESL transaction—which, among other advantages, preserves a century-old department-store icon as well as tens of thousands of jobs—the Debtors are now diligently pursuing those opportunities.  For example, the Debtors are (1) using critical vendor payments and accounts receivable credits to reduce Section 503(b)(9) liability; (2) managing down disputed payables and reducing non-essential spend; (3) actively managing operating disbursements and potential conservatism in the SG&A forecast, as well as receipt outperformance; (4) recovering cash in transit and in regional banks and stores; and (5) working to recover credit-card proceeds held back by credit-card processing company First Data on or shortly after the Debtors' petition date.  In my opinion, based upon my long experience in the restructuring arena and my experience with the Debtors and their professionals, these efforts will succeed and the Debtors will be administratively solvent at closing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and after reasonable inquiry.

---

[16] *See* Sears Holdings Corporation Transform Transaction – Weekly Tracking dated January 25, 2019 (Diaz Ex. 3) at 4, attached to this declaration as **Exhibit G** ("**Ex. G**").

Dated: February 1, 2019          By:  /s/ Mohsin Y. Meghji
   New York, New York     Mohsin Y. Meghji
             Chief Restructuring Officer
             Debtors and Debtors in Possession

# EXHIBIT A



# Preliminary Business Plan

*Sears Holdings Corporation*

December 2018

**DRAFT**

SEARS HOLDINGS

UCC_SEARS0000010

[DRAFT – Subject to Review]

# Table of Contents

| I. | The Network Benefit | 3 |
| II. | Financial Estimates and Projections | 5 |
| III. | Our Go-Forward Initiatives | 16 |
| IV. | Our Go-Forward Growth Initiatives | 36 |
| V. | Why Sears Holdings Can Make it | 43 |
| | Appendix | 46 |

Highly Confidential

UCC_SEARS0000011

# I. The Network Benefit



Highly Confidential

UCC_SEARS0000012

**[DRAFT – Subject to Review]**

# Sears Holdings is a retailer with an integrated network of businesses using its retail footprint to provide synergistic value to many businesses

## KENMORE

*Value* – Significant amount of customers go to Sears specifically to purchase Kenmore products

*Synergy* – Drives store revenues and Protection Agreement sales at Sears Home Services

*Growth* – Expand existing and target new third-party distributors

## SEARS HOME SERVICES

*Value* – Market leading repair, parts, installation and protection business

*Synergy* – Protection Agreement revenue driven by appliance sales at Sears locations

*Growth* – A re-organized and properly capitalized Sears could bring in partners to help drive growth

## SHOPYOURWAY

*Value* – Provides robust rewards program for Sears network

*Synergy* – ShopYourWay activity and corresponding value is directly related to the store footprint

*Growth* – Grow existing and add new third-party ShopYourWay partners

## INNOVEL

*Value* – One of a few logistics companies with cross-country, 2-day delivery and installation fulfillment capabilities

*Synergy* – Core part of Sears supply chain

*Growth* – Cultivate existing and target new 3rd party partners

## E-COMMERCE BUSINESS

*Value* – Retailers require strong online presence in an era of ever-expanding technology

*Synergy* – Local store presence drives customers online and vice versa

*Growth* – Additional investments Driving growth via higher conversion and traffic



NewCo 505 Brick and Mortar Footprint

## SEARS AUTO

*Value* – Leading brand in auto center repair industry

*Synergy* – Drives business at co-located Sears locations and DieHard economics

*Growth* – Open new detached locations and/or partner with 3rd party providers

## FINANCIAL SERVICES

*Value* – Revenue share program with Citi

*Synergy* – Integration with ShopYourWay and size and store footprint drives economics

*Growth* – Add to existing product portfolio; scales with other business

## REAL ESTATE

*Value* – Attractive assets and a diversified geographic footprint (located in all 50 states, as well as Puerto Rico and Guam), is key to an integrated retail solution

4

UCC_SEARS0000013

# II. Financial Estimates and Projections



SEARS HOLDINGS

Highly Confidential

UCC_SEARS0000014

**[DRAFT – Subject to Review]**

## The 505 stores in our go-forward plan delivered over $7BN of revenue and $338MM of store-level EBITDA in 2015[1]



(1)    Sears and Kmart store 4-wall financials only; excludes Sears Auto Center, Online and ShopYourWay

Highly Confidential

UCC_SEARS0000015

[DRAFT – Subject to Review]

# Our business plan is driven by a robust, store-level financial model

| | Assumptions and Methodology by Business Unit | |
|---|---|---|
| | **Methodology** | **Assumptions** |
| **Retail** **(Brick & Mortar,** **Sears Auto Center,** **Online & ShopYourWay)** | • <u>Brick and Mortar</u>: By store revenue and EBITDA build<br>• <u>Sears Auto Center</u>: By store revenue and EBITDA build<br>• <u>Online</u>: Growth off of historical performance<br>• <u>ShopYourWay ("SYW")</u>: Based on percentage of sales realized historically | • Footprint reduced to 505 total stores (266 Sears & and 239 Kmart)<br>• Forecast driven off LTM actual performance through October 2018<br>• Management operational initiatives drive improving same-store sales comps of:<br>  – 2019 FY: (2.4%)<br>  – 2020 FY: +2.7%<br>  – 2021 FY: +3.5%<br>• Due to limited seasonal inventory purchasing in softlines, there may be downside risk to 1H19 same-store sales comps, but upside in 2H19<br>• Management initiatives also result in 250-300 bps of gross margin improvement in 2019<br>• Fixed operating expenses held flat in 2019; grown at 2% thereafter<br>• Inventory by Kmart / FLS format per company management forecast; 5 day terms ramping to 60 day terms over 2.5 year period through 2021<br>• <u>Online</u>: 2019-2021 revenue growth of 5% per annum<br>• <u>ShopYourWay</u>: ~1.9% of total online and retail sales (based on LTM actuals) |
| **Home Services** | • Underlying business segments forecasted based on key drivers; based on management team's detailed financial model | • SHIP sold to stalking horse buyer and is excluded from forecast<br>• Protection agreement business continues to originate policies through new agreement with Assurant<br>• Business segment initiatives (e.g. website rebuild, B2B refocus, etc.) will continue positive operating momentum |
| **Other Businesses** | • Financial Services based on percentage of sales realized historically<br>• Kenmore driven by historical trends by sales channel | • <u>Financial Services</u>: ~1.7% of total FLS retail sales (based on LTM actuals)<br>• <u>Kenmore / DieHard</u>:<br>  – Same store sales grown 5% per annum<br>  – Amazon growth based on management projections<br>  – No new third-party distributors<br>• <u>Monark</u>: Same store sales grown 5% per annum |
| **Overhead, SG&A and Supply Chain & Logistics** | • Management forecast based on result of three week long review of costs at each business unit by Office of the CEO and M-III | • <u>Home Office SG&A</u>: Reduced from ~$850MM current run-rate to ~$420MM on a run-rate basis<br>• <u>Supply Chain & Logistics</u>: 9 conveyable distribution centers reduced to 5<br>• <u>Innovel</u>: Third party revenue ramps from $73MM in 2018 to $500MM+ in 2021 |

7

UCC_SEARS0000016

**[DRAFT – Subject to Review]**

# A smaller, balanced Sears and Kmart footprint delivers $329MM of retail EBITDA in 2019 (comprised of 505 stores, Sears Auto, Online, and ShopYourWay)

| Business Overview |
|---|

- Sears' Retail Business consists of its 266 Sears Stores, 239 Kmart Stores and their respective Online presences
- The business is broken into the primary categories below:
  - Hardlines: Home Appliances ("HA"), consumer electronics, tools, lawn & garden, outdoor living, sporting goods, mattresses, and Monark businesses
  - Softlines: Apparel, footwear, home, and jewelry businesses; these businesses sell an assortment of proprietary brands as well as third party retail options
  - Sears Auto Centers: Multi-channel automotive aftermarket service provider offering replacement tires, mechanical diagnostics and repair, vehicle maintenance products and services, batteries and battery-related accessories, as well as automotive accessories and chemicals for cars and light trucks
  - Grocery & Drugstore, Pharmacy, and Children's Entertainment & Seasonal: Grocery, household and pet supplies, beauty care, over-the-counter health & wellness, stationery, party supplies, children's entertainment products, seasonal merchandise, dispenses prescription drugs and performs clinical services

| Revenue by Segment |
|---|



ShopYourWay 2%
SAC 5%
Online 13%
Store 80%

| FY 2019E Revenue: $6.3BN Revenue |
|---|

| FY2019 Forecasted Financials | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in MM) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY2019 |
| *Same Store Sales (% Change)* | *(3.1%)* | *(3.3%)* | *(4.0%)* | *(3.8%)* | *(5.0%)* | *(4.6%)* | *(4.1%)* | *(4.9%)* | *(0.6%)* | *1.0%* | *1.1%* | *(0.3%)* | *(2.4%)* |
| Brick and Mortar Revenue | $323 | $416 | $331 | $396 | $477 | $346 | $362 | $410 | $337 | $514 | $732 | $401 | $5,045 |
| Sears Auto Center Revenue | 21 | 26 | 20 | 21 | 27 | 21 | 22 | 26 | 23 | 25 | 31 | 27 | 291 |
| Online Revenue | 62 | 75 | 59 | 74 | 93 | 57 | 68 | 80 | 34 | 80 | 83 | 62 | 826 |
| ShopYourWay | 6 | 12 | 7 | 8 | 11 | 7 | 8 | 10 | 6 | 8 | 17 | 8 | 108 |
| **Total Revenue** | **$412** | **$530** | **$417** | **$499** | **$607** | **$431** | **$459** | **$526** | **$401** | **$627** | **$863** | **$498** | **$6,270** |
| (-) COGS | (294) | (370) | (276) | (342) | (424) | (294) | (334) | (377) | (273) | (451) | (599) | (370) | (4,402) |
| **Gross Margin** | **$118** | **$160** | **$141** | **$157** | **$183** | **$138** | **$125** | **$149** | **$128** | **$176** | **$264** | **$128** | **$1,868** |
| *Margin (%)* | *29%* | *30%* | *34%* | *32%* | *30%* | *32%* | *27%* | *28%* | *32%* | *28%* | *31%* | *26%* | *30%* |
| (-) Operating Expenses | ($118) | ($131) | ($110) | ($118) | ($134) | ($117) | ($118) | ($132) | ($119) | ($139) | ($162) | ($140) | ($1,539) |
| **Retail EBITDA** | **$0** | **$29** | **$30** | **$39** | **$48** | **$21** | **$8** | **$17** | **$9** | **$37** | **$103** | **($12)** | **$329** |
| *Margin (%)* | *0%* | *5%* | *7%* | *8%* | *8%* | *5%* | *2%* | *3%* | *2%* | *6%* | *12%* | *(2%)* | *5%* |

8

UCC_SEARS0000017

**[DRAFT – Subject to Review]**

# Sears Home Services is a major EBITDA contributor to SHC

## Business Overview

- Sears Home Services ("SHS") is the largest broad line provider of service contracts, services, and parts with a national footprint
- Service Contracts:
  1) Protection agreements – extended warranty for a single appliance or large lawn equipment
  2) Home warranty – protects all appliances and/or all HVAC systems
- In-Home Repair:
  1) Protection agreement service – traditional service of Sears-sold protection agreements
  2) B2B[1] – serving industry – original equipment manufacturers ("OEMs"), home warranty companies, etc.
  3) D2C[2] – serving customers with no warranty; pay cash for repairs
- PartsDirect: Serving the DIY customers
  – Searspartsdirect.com is the largest e-commerce website for appliance and lawn & garden parts
  – Parts sales on 3rd party marketplaces such as Amazon and eBay using DIY repair parts brands
- Franchise: National footprint of franchisees
  – Carpet & upholstery care, air duct cleaning & indoor air quality, garage solutions, maid services and handyman solutions

## Revenue by Segment



Parts Direct 15%
Franchise 1%
Service Contracts 47%
Repair 38%

FY 2019E Revenue: $1.7BN Revenue

## FY2019 Forecasted Financials

| ($ in MM) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $127 | $160 | $131 | $133 | $166 | $135 | $132 | $162 | $125 | $126 | $155 | $129 | $1,681 |
| (-) COGS | (32) | (41) | (36) | (37) | (46) | (38) | (38) | (43) | (30) | (32) | (39) | (33) | (444) |
| Gross Margin | $94 | $119 | $95 | $96 | $120 | $97 | $95 | $119 | $95 | $94 | $116 | $96 | $1,237 |
| Margin (%) | 74% | 74% | 73% | 72% | 72% | 72% | 72% | 73% | 76% | 75% | 75% | 75% | 74% |
| (-) Operating Expenses | ($75) | ($92) | ($77) | ($78) | ($97) | ($79) | ($78) | ($95) | ($77) | ($78) | ($93) | ($76) | ($994) |
| EBITDA | $19 | $27 | $18 | $18 | $22 | $18 | $17 | $24 | $18 | $17 | $22 | $20 | $242 |
| Margin (%) | 15% | 17% | 14% | 14% | 14% | 14% | 13% | 15% | 14% | 13% | 14% | 16% | 14% |

Note: Excludes Sears Home Improvement
(1)    Refers to "business-to-business"
(2)    Refers to "direct-to-consumer"

Highly Confidential

9

UCC_SEARS0000018

**[DRAFT – Subject to Review]**

# Financial Services drives an incremental $142MM of profitability for Sears[1]

## Business Overview

- The ShopYourWay Financial Services business unit provides credit, financial products, and payments solutions through a number of retail formats, as well as in online and commercial channels
- Diverse product portfolio includes:
  - Consumer credit (private label and general purpose cards)
  - Third party payment options (Visa, MasterCard, American Express, Discover, PIN Debit)
  - Layaway
  - Gift card
  - Alternative financial services (check cashing, bill pay, etc.)
- Provides financing options to support customers' ability to pay and drive incremental visits and profits to Sears Holding Corporation ("SHC") retail locations and increase loyalty and of customers to SHC via the SYW rewards program
- **Financial Services contributes $142MM[3] of profitability at Sears through three categories:**
  - Financial services generates $51MM of revenue
  - Amortization of the Citi agreement generates $57MM of revenue per year (non-cash)
  - Citi card agreement also saves ~$45MM of interchange fees which are not included as part of the business unit's EBITDA (included in SHC/store financials)

## Revenue by Segment



### Store Related Revenue [2]

- 57% Store Credit Sales Revenue
- 43% Store New Account Revenue

### Non-Pass Through Revenue

- 53% Accrued Interest
- 14% Credit Sales Revenue
- 8% Leasing Income
- 10% New Account Revenue
- 11% Contractual Admin Fee
- 3% Other Income / One -Time

FY 2019E Revenue: $107MM Revenue

## FY2019 Forecasted Financials

| ($ in MM) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $3 | $4 | $3 | $4 | $5 | $4 | $4 | $4 | $3 | $5 | $7 | $4 | $51 |
| Non-Cash Citi Agreement Revenue | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 57 |
| **Total Revenue** | $8 | $9 | $8 | $9 | $10 | $8 | $9 | $9 | $8 | $10 | $12 | $9 | $107 |
| (-) Operating Expenses | (0) | 0 | (0) | (0) | (1) | (0) | (1) | (1) | (0) | (1) | (1) | (0) | (5) |
| **EBITDA** | $8 | $9 | $8 | $8 | $9 | $8 | $8 | $8 | $8 | $9 | $11 | $8 | $102 |

(1) See detailed breakdown below in "Business Overview"
(2) Revenue by segment based on LTM revenue as reported by the Company
(3) Net of $5MM of operating expenses

Highly Confidential

UCC_SEARS0000019

# Same-store sales comps improved significantly prior to the Chapter 11 filing

## Initiatives by Segment

### Softlines Initiatives

- ShopYourWay cashback offers are underway, plus prices have been adjusted upwards by lowering promotional marketing dollars to fund points and improve margin dollars
- Adjusting pricing further to lower promotional depth due to increased demand driven by SYW Points to improve margin dollars

  

### Hardlines Initiatives

- Investment in digital marketing (e.g. search engine marketing, data-feeds, affiliates, retargeting)
- Free delivery
- "Mores of Kenmore"
- Creative offers (e.g. bundled promotions; value-positioned product upgrades, etc.)
- Launch of "leasing online"
- Increased focus on shopping recaps (e.g. "abandoned carts" in store to drive purchase online after store visit)
- Leverage of Home Services data to find potential future home appliance buyers (e.g. higher frequency of service on existing old appliances and declined service estimates / quotes)
- Increased television marketing spend

  

## 2018 YTD Same Store Sales Comps (% change)[1]



(1)    Same-store comps based on Company data; includes online and Sears Auto, and is adjusted for the retail week calendar

11

UCC_SEARS0000020

[DRAFT – Subject to Review]

# With modest same-store sales growth from post-filing levels, SHC can return to operating profitability in 2019...

## Consolidated Historical and Projected Financials

| ($ in MM) | 2015A | 2016A | 2017A | 2018E [1] | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|
| *Same Store Sales Comps (%)* [2] | (8.0%) | (7.7%) | (14.3%) | (7.9%) | (2.4%) | 2.7% | 3.5% |
| **Revenue** | **$24,533** | **$21,543** | **$16,248** | **$11,846** | **$8,553** | **$8,742** | **$9,172** |
| (-) COGS | (16,272) | (14,312) | (10,525) | (7,609) | (5,255) | (5,491) | (5,773) |
| **Gross Margin** | **$8,262** | **$7,230** | **$5,723** | **$4,237** | **$3,298** | **$3,250** | **$3,399** |
| *Margin (%)* | 33.7% | 33.6% | 35.2% | 35.8% | 38.6% | 37.2% | 37.1% |
| (-) Operating Expenses | (7,005) | (6,240) | (4,889) | (3,765) | (2,613) | (2,554) | (2,586) |
| (-) Supply Chain & Logistics | (483) | (389) | (326) | (300) | (227) | (187) | (163) |
| (-) Home Office SG&A | (1,642) | (1,434) | (1,112) | (848) | (424) | (355) | (362) |
| (+) SHC Level PA EBITDA Adjustment [3] | 33 | 36 | 46 | 54 | 84 | 50 | 23 |
| **EBITDA** | **($836)** | **($798)** | **($557)** | **($621)** | **$117** | **$204** | **$311** |
| *Margin (%)* | (3.4%) | (3.7%) | (3.4%) | (5.2%) | 1.4% | 2.3% | 3.4% |

## 2019E EBITDA Sensitivity to Retail Same Store Sales (%) and Gross Margin (%)

| | | Same Store Sales Growth / (Decrease) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (10.0%) | (8.0%) | (6.0%) | (4.0%) | (2.4%) | (2.0%) | – | 2.0% | 4.0% | 6.0% | 8.0% | 10.0% |
| **Margin Expansion (bps)** | – | ($149) | ($118) | ($86) | ($55) | ($30) | ($24) | $7 | $39 | $70 | $101 | $132 | $164 |
| | 50 | (125) | (93) | (61) | (30) | (4) | 2 | 34 | 66 | 97 | 129 | 161 | 193 |
| | 100 | (101) | (69) | (36) | (4) | 22 | 28 | 60 | 93 | 125 | 157 | 190 | 222 |
| | 150 | (77) | (44) | (12) | 21 | 48 | 54 | 87 | 120 | 153 | 185 | 218 | 251 |
| | 200 | (53) | (20) | 13 | 47 | 73 | 80 | 113 | 147 | 180 | 214 | 247 | 280 |
| | 250 | (30) | 4 | 38 | 72 | 99 | 106 | 140 | 174 | 208 | 242 | 276 | 310 |
| | 280 | (13) | 21 | 55 | 90 | $117 | 124 | 158 | 192 | 227 | 261 | 295 | 329 |
| | 300 | (6) | 29 | 63 | 98 | 125 | 132 | 167 | 201 | 235 | 270 | 304 | 339 |

(1)  YTD 9-month actuals through October 2018
(2)  Go-forward 505 stores only. Excludes Sears Auto Centers.
(3)  SHC level EBITDA adjustment related to the protection agreement business

Highly Confidential

UCC_SEARS0000021

**[DRAFT – Subject to Review]**

# Retail, Home Services, and Financial Services drive profitability

| Business Unit Historical and Projected Financials | | | | | | |
|---|---|---|---|---|---|---|
| ($ in MM) | 2015A | 2016A | 2017A | 2018E [1] | 2019E | 2020E | 2021E |
| **Retail (4-Wall + Online + SYW)** | | | | | | | |
| Revenue | $21,381 | $18,492 | $13,531 | $9,140 | $6,265 | $6,318 | $6,437 |
| Gross Margin | 6,541 | 5,476 | 4,119 | 2,629 | 1,868 | 1,933 | 2,056 |
| EBITDA | 959 | 628 | 531 | 233 | 329 | 360 | 444 |
| **Home Services [2]** | | | | | | | |
| Revenue | $2,139 | $2,159 | $1,953 | $1,749 | $1,681 | $1,573 | $1,593 |
| Gross Margin | 1,582 | 1,592 | 1,433 | 1,251 | 1,237 | 1,107 | 1,099 |
| EBITDA | 195 | 266 | 222 | 126 | 242 | 208 | 210 |
| **Financial Services** | | | | | | | |
| Revenue | $66 | $68 | $74 | $107 | $107 | $101 | $102 |
| EBITDA | 55 | 59 | 68 | 99 | 102 | 97 | 97 |
| **Other Businesses** | | | | | | | |
| Kenmore / Craftsman / DieHard EBITDA | $11 | $11 | ($2) | ($6) | $14 | $34 | $64 |
| Monark EBITDA | 7 | 3 | 3 | 1 | (3) | (2) | (1) |
| **Overhead and Adjustments** | | | | | | | |
| Home Office / Corporate SG&A | ($1,642) | ($1,434) | ($1,112) | ($848) | ($424) | ($355) | ($362) |
| Supply Chain and Innovel | (483) | (389) | (326) | (300) | (227) | (187) | (163) |
| PA Corporate Level EBITDA Adjustment [3] | 33 | 36 | 46 | 54 | 84 | 50 | 23 |
| Other Adjustments | 29 | 23 | 13 | 19 | – | – | – |
| **Total SHC EBITDA** | **($836)** | **($798)** | **($557)** | **($621)** | **$117** | **$204** | **$311** |
| **Retail EBITDA Detail** | | | | | | | |
| 505 Store Go-Forward 4-Wall EBITDA | $338 | $162 | $135 | $35 | $87 | $109 | $182 |
| All Other 4-Wall EBITDA+ Online | 81 | (144) | (84) | (140) | 9 | 11 | 13 |
| Vendor Discounts & Other Adjustments | 239 | 304 | 238 | 183 | 89 | 91 | 93 |
| Sears Auto Center EBITDA | 152 | 117 | 83 | 50 | 41 | 43 | 46 |
| ShopYourWay EBITDA | 149 | 190 | 160 | 105 | 102 | 105 | 109 |
| **Total Retail EBITDA** | **$959** | **$628** | **$531** | **$233** | **$329** | **$360** | **$444** |

(1)    YTD 9-month actuals through October 2018
(2)    Excludes SHIP in forecast; SHIP EBITDA was ($0.7)MM, $17.1MM and $19.0MM in 2015, 2016, and 2017, respectively
(3)    SHC level EBITDA adjustment related to the protection agreement business

13

UCC_SEARS0000022

[DRAFT – Subject to Review]

# Working Draft / Preliminary FY2019E Monthly Budget

## Working Draft / Preliminary FY2019E Monthly Budget

| ($ in MM) | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | 2019E Total | 2020E Total | 2021E Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Retail (4-Wall + Online + SYW)** | | | | | | | | | | | | | | | |
| *Same Store Sales (% Change)* | *(3.1%)* | *(3.3%)* | *(4.0%)* | *(3.8%)* | *(5.0%)* | *(4.6%)* | *(4.1%)* | *(4.9%)* | *(0.6%)* | *1.0%* | *1.1%* | *(0.3%)* | *(2.4%)* | *2.7%* | *3.5%* |
| Revenue | $412 | $530 | $417 | $499 | $607 | $431 | $459 | $526 | $401 | $627 | $863 | $498 | $6,270 | $6,456 | $6,697 |
| Gross Margin | 118 | 160 | 141 | 157 | 183 | 138 | 125 | 149 | 128 | 176 | 264 | 128 | 1,868 | 1,933 | 2,056 |
| EBITDA | 0 | 29 | 30 | 39 | 48 | 21 | 8 | 17 | 9 | 37 | 103 | (12) | 329 | 360 | 444 |
| **Home Services** | | | | | | | | | | | | | | | |
| Revenue | $127 | $160 | $131 | $133 | $166 | $135 | $132 | $162 | $125 | $126 | $155 | $129 | $1,681 | $1,573 | $1,593 |
| Gross Margin | 94 | 119 | 95 | 96 | 120 | 97 | 95 | 119 | 95 | 94 | 116 | 96 | 1,237 | 1,107 | 1,099 |
| EBITDA | 19 | 27 | 18 | 18 | 22 | 18 | 17 | 24 | 18 | 17 | 22 | 20 | 242 | 208 | 210 |
| **Financial Services** | | | | | | | | | | | | | | | |
| Revenue | $3 | $4 | $3 | $4 | $5 | $4 | $4 | $4 | $3 | $5 | $7 | $4 | $107 | $101 | $102 |
| EBITDA | 8 | 9 | 8 | 8 | 9 | 8 | 8 | 8 | 8 | 9 | 11 | 8 | 102 | 97 | 97 |
| **Other Businesses** | | | | | | | | | | | | | | | |
| Kenmore / Craftsman / DieHard EBITDA | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $14 | $34 | $64 |
| Monark EBITDA | (1) | 0 | (1) | (1) | (0) | (0) | (0) | 1 | (1) | (0) | (0) | (1) | (3) | (2) | (1) |
| **Overhead and Adjustments** | | | | | | | | | | | | | | | |
| Home Office / Corporate SG&A | (43) | (42) | (41) | (41) | (41) | (36) | (30) | (31) | (30) | (29) | (30) | (29) | (424) | (355) | (362) |
| Supply Chain and Innovel | (23) | (18) | (22) | (21) | (16) | (19) | (19) | (16) | (23) | (22) | (11) | (17) | (227) | (187) | (163) |
| PA Corporate Level EBITDA Adjustment [1] | 8 | 10 | 7 | 7 | 9 | 7 | 6 | 8 | 6 | 6 | 7 | 5 | 84 | 50 | 23 |
| **Total SHC EBITDA** | **($30)** | **$15** | **($0)** | **$11** | **$32** | **$0** | **($9)** | **$12** | **($12)** | **$18** | **$103** | **($24)** | **$117** | **$204** | **$311** |
| **Retail EBITDA Detail** | | | | | | | | | | | | | | | |
| Brick and Mortar 4-Wall EBITDA | ($15) | $6 | $13 | $18 | $23 | $3 | ($12) | ($4) | ($2) | $15 | $72 | ($30) | $87 | $109 | $182 |
| Vendor Discounts & Other Adjustments | 6 | 7 | 5 | 7 | 8 | 6 | 7 | 7 | 6 | 9 | 13 | 8 | 89 | 91 | 93 |
| Sears Auto Center EBITDA | 3 | 4 | 3 | 3 | 4 | 3 | 4 | 3 | 4 | 3 | 5 | 4 | 41 | 43 | 46 |
| Online EBITDA | 1 | 0 | 3 | 5 | 3 | 2 | 2 | 1 | (4) | 2 | (4) | (1) | 9 | 11 | 13 |
| ShopYourWay EBITDA | 6 | 12 | 6 | 7 | 10 | 7 | 7 | 9 | 6 | 8 | 17 | 7 | 102 | 105 | 109 |
| **Total Retail EBITDA** | **$0** | **$29** | **$30** | **$39** | **$48** | **$21** | **$8** | **$17** | **$9** | **$37** | **$103** | **($12)** | **$329** | **$360** | **$444** |

### Refer to page 16 for transition risks and upsides to the preliminary FY2019 plan

(1)   SHC level EBITDA adjustment related to the protection agreement business.

14

[DRAFT – Subject to Review]

# 1H 2019 risks associated with filing-driven headwinds also present potential upside for outperformance vs. plan in 2H 2019

## 2019 Business Risks & Opportunities

| | Q1 2019 | Q2 2019 | Q3 2019 | Q4 2019 |
|---|---|---|---|---|
| **Risks** | • Spring seasonal inventory purchasing has been limited during the bankruptcy period. Given large lead times, the Company may have potential in-stock issues on seasonal products<br><br>• Consumer confidence overhang on appliance sales as Sears needs to win back the member base | • During bankruptcy, Spring / Summer inventory orders were limited, which could have a negative impact to the in-stock rate during the quarter<br><br>• Will be difficult to replicate post Hurricane Maria sales levels in offshore stores given the significant demand created from destruction of personal property | • Potential issues with Fall / Winter supply if the Company does not purchase adequate levels in early 2019<br><br>• Continued potential overhang in offshore stores affected by Hurricane Maria | • Limited risk given Q4 2018 faced bankruptcy headwinds, vendor constraints, limited liquidity, and damaged consumer confidence. Expect the Company to perform strongly if given adequate time to plan inventory buys and sufficient capital to invest |
| **Opportunities** | • Opportunity to negotiate better terms with vendors than were seen prior to filing where a significant portion of major vendors were CIA<br><br>• Merchants could pursue opportunities to source seasonal goods domestically with shorter lead times | • Large opportunity to push appliance sales and win back members with significant marketing campaigns for 4th of July – historically a large appliance sales weekend<br><br>• Lower Spring / Summer seasonal inventory levels create opportunity to see lower markdowns during the quarter<br><br>• Large opportunity to have completed filling vacant positions and stabilize the workforce | • The Company is annualizing Q3 2018 which had a relatively worse-than-normal product offering due to cash constraints in June 2018 as liquidity began to tighten<br><br>• Lower Spring / Summer seasonal inventory levels create opportunity to see lower markdowns in September | • Company should see significant growth off of Q4 2017, which experienced significant headwinds from vendor issues and limited consumer confidence<br><br>• Opportunity to see growth in Protection Agreement sales as the Company was unable to sell the product in 34 states for a period of time<br><br>• Company will be lapping Q4 2018 which had lower marketing spend due to bankruptcy liquidity constraints |

15

UCC_SEARS0000024

# III. Our Go-Forward Initiatives



SEARS HOLDINGS    16

Highly Confidential

UCC_SEARS0000025

[DRAFT – Subject to Review]

# Key initiatives will drive margin and EBITDA growth from FY2018 to FY2019

| Initiative | Description |
|---|---|
| **Base Case Forecast** ||
| ① **SG&A:** | • Initiatives to reduce corporate SG&A expense from ~$1.2BN to an annual run-rate of ~$700MM by the end of 2019 and $577MM by the end of 2021<br>• Payroll reductions on over 1,000 positions in November – and planned reductions of over 1,400 positions in January<br>• >$250MM in non-payroll reductions focused in marketing, IT, contracts, and professional services across back-office groups<br>• Supply chain costs reduced by $73MM through a reduction in non-core distribution centers |
| ② **Assortment Optimization:** | • Reduce the number of SKUs across the company – includes better use of distribution center storage and favorable vendor costs<br>• Leverage brands between Kmart and Sears formats – includes rollout of Jaclyn Smith and Adam Levine product lines<br>• Develop competitor data scraping capabilities to help identify pricing and trend opportunities early on |
| ③ **In Stock & Replenishment:** | • In-stock: continuously improve in-stocks while minimizing non-productive inventory<br>• Replenishment: differentiation between basics and seasonal items and implementation of pack/size optimization |
| ④ **Marketing - Traditional:** | • Utilizing "always on" strategy for broadcast / online video to improve unaided consideration scores for hardlines<br>• Launch brand equity messaging prior to key promotional selling periods<br>• Focus all media buys to go forward store locations |
| ⑤ **Marketing - Digital ROI:** | • Leverage the online team's tracking and modeling to improve return on investment for the various digital marketing channels |
| ⑥ **SHS Initiatives:** | • Direct to Consumer ("D2C") – continued technician investment, improved pricing techniques, and optimized marketing efforts<br>• Business to Business ("B2B") – improvements to pricing strategy, service quality, and job-completion turnover times<br>• PartsDirect website rebuild – enable multi-touch marketing analytics to better understand and improve the customer journey |
| **Upside Growth Scenario** ||
| ⑦ **Small Store Footprint:** | • Rollout of a modified store model with enhanced customer services capabilities better positioned to cater to local communities |
| ⑧ **Online Investment:** | • Initiatives include personalization with machine learning, redesign of the website to improve user experience for key categories, and integration of "Marketplace" into core online business strategy |

17

UCC_SEARS0000026

[DRAFT – Subject to Review]

# Financial impact from key initiatives driving positive EBITDA in FY2019



**EBITDA Bridge from FY2018E to FY2019E**

Total SG&A Savings: +$496MM

Base Initiatives    Growth Initiatives

(1)    Same-store sales based on pre-bankruptcy 3-month trend from July 2018 – September 2018
(2)    Includes $17MM incremental EBITDA from Digital Marketing initiatives, $17MM incremental EBITDA from Traditional Marketing initiatives, and $73MM incremental EBITDA from ShopYourWay Points Reductions
(3)    Includes EBITDA impact from other business units, including Financial Services, Kenmore, ShopYourWay, and Sears Auto Center, as well as a reduced store footprint other corporate level adjustments
(4)    Based on 44 new stores requiring $64MM of capex; run-rate EBITDA impact will total $18MM in 2020 once fully ramped.
(5)    Online growth initiative requires $5mm of upfront one-time capex in 2019 and $7mm of ongoing maintenance capex.

Highly Confidential                                                                                                                                                            UCC_SEARS0000027

**[DRAFT – Subject to Review]**

# SG&A reductions deliver ~$496MM in cuts from FY2018 to FY2019

| ($ in millions) | Quarterly Pacing | | | | | Annual | | | | FY2018 to |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q4 2018 | Q1 2019 | Q2 2019 | Q3 2019 | Q4 2019 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY2019 |
| ***Core (Retailing)*** | | | | | | | | | | |
| Buying Organization | $27 | $20 | $18 | $14 | $14 | $142 | $67 | $58 | $60 | ($75) |
| Retail Services & Online | 22 | 14 | 14 | 14 | 14 | 109 | 57 | 58 | 59 | (52) |
| Marketing[1] | 12 | 5 | 5 | 5 | 5 | 46 | 20 | 21 | 21 | (25) |
| **Total CORE (Retailing)** | **$61** | **$39** | **$37** | **$34** | **$34** | **$297** | **$144** | **$137** | **$140** | **($152)** |
| ***Back Office*** | | | | | | | | | | |
| Legal | 4 | 4 | 4 | 4 | 4 | 37 | 16 | 16 | 16 | (21) |
| Accounting | 5 | 5 | 5 | 5 | 5 | 30 | 19 | 19 | 20 | (11) |
| FP&A | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 | (1) |
| GM Team | 0 | - | - | - | - | 1 | - | - | - | (1) |
| Internal Audit | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 1 | 1 | (2) |
| Procurement | 1 | 0 | 0 | 0 | 0 | 6 | 2 | 2 | 2 | (4) |
| Risk Management | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | (1) |
| Treasury | 2 | 1 | 1 | 1 | 1 | 11 | 6 | 6 | 6 | (5) |
| Real Estate[2] | 7 | 7 | 7 | 7 | 7 | 33 | 27 | 27 | 28 | (6) |
| HR | 4 | 2 | 2 | 2 | 2 | 32 | 9 | 9 | 9 | (23) |
| IT[3] | 44 | 48 | 43 | 20 | 16 | 216 | 127 | 64 | 65 | (89) |
| Call Centers[3] | 7 | 6 | 6 | 6 | 6 | 35 | 23 | 24 | 24 | (12) |
| Holding Company & Other | 2 | 1 | 1 | 1 | 1 | 3 | 4 | 3 | 3 | 1 |
| **Total Back Office** | **$77** | **$75** | **$70** | **$47** | **$43** | **$409** | **$236** | **$175** | **$178** | **($173)** |
| ***Home Services and Other*** | | | | | | | | | | |
| Home Services | 6 | 6 | 6 | 6 | 6 | 45 | 23 | 23 | 23 | (22) |
| Sears Auto Centers | 1 | 2 | 2 | 2 | 2 | 15 | 7 | 7 | 7 | (8) |
| Kenmore, Craftsman & Diehard | 3 | 2 | 1 | 1 | 1 | 16 | 6 | 5 | 5 | (11) |
| Contract Appliances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (0) |
| Builder Distributors | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | (1) |
| Connected Living | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | (1) |
| Service Live | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | (1) |
| Supply Chain Home Office | 3 | 3 | 3 | 3 | 3 | 16 | 12 | 12 | 12 | (5) |
| Shop Your Way | 8 | 5 | 5 | 5 | 5 | 51 | 20 | 20 | 21 | (31) |
| Gross Healthcare & Benefits | 9 | 7 | 6 | 6 | 6 | 43 | 25 | 26 | 26 | (18) |
| **Total HS & Other Businesses** | **$30** | **$24** | **$23** | **$23** | **$23** | **$192** | **$94** | **$94** | **$96** | **($98)** |
| **Total Home Office** | **$168** | **$139** | **$131** | **$104** | **$100** | **$898** | **$474** | **$406** | **$414** | **($423)** |
| Supply Chain DC Operations[4] | 60 | 63 | 56 | 58 | 49 | 300 | 227 | 187 | 163 | (72) |
| **Total** | **$228** | **$202** | **$187** | **$163** | **$149** | **$1,197** | **$701** | **$593** | **$577** | **($496)** |
| *Memo: Bridge to Corporate SG&A* | | | | | | | | | | |
| *Gross Home Office / Corporate SG&A* | | | | | | 898 | 474 | 406 | 414 | (423) |
| *(-) SHO and Lands' End Overhead Reimbursement* | | | | | | (50) | (50) | (51) | (52) | - |
| *Net Forecasted Home Office / Corporate SG&A* | | | | | | 848 | 424 | 355 | 362 | (423) |

(1)   All of digital marketing spend is allocated to the stores and reductions are included in the marketing initiatives
(2)   Real estate current run-rate removes the $8.9MM EDA tax credit from the city of Hoffman Estates
(3)   Primarily composed of online; total reduction as reported by the MSO team
(4)   Includes $73.0MM of total internal margin charge from the stores; 2021E includes Innovel estimated 3rd party revenue of $511MM

Highly Confidential

19

UCC_SEARS0000028

[DRAFT – Subject to Review]

# We have already taken action on over 1,000 total positions (effective November 15th 2018)

*($ in 000s)*

| Business | Active | | | Open Positions | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Active | Total Salary | Average Salary | Open | Total Salary | Average Salary | Positions | Total Salary | Average Salary |
| Home Services | 161 | $13,059 | $81 | 4 | $431 | $108 | 165 | $13,490 | $82 |
| Call Centers | 16 | 1,041 | 65 | - | - | NA | 16 | 1,041 | 65 |
| Retail (Central support) | 224 | 10,828 | 48 | 13 | 602 | 46 | 237 | 11,430 | 48 |
| Merchants-Off Price | 8 | 563 | 70 | 4 | 410 | 102 | 12 | 973 | 81 |
| Health and Wellness Solutions | 3 | 474 | 158 | 1 | 105 | 105 | 4 | 579 | 145 |
| Sourcing - US | 1 | 109 | 109 | - | - | NA | 1 | 109 | 109 |
| KCD | 7 | 856 | 122 | 4 | 315 | 79 | 11 | 1,171 | 106 |
| Human Resources | 28 | 1,680 | 60 | 5 | 300 | 60 | 33 | 1,980 | 60 |
| Legal | 20 | 1,804 | 90 | 11 | 987 | 90 | 31 | 2,790 | 90 |
| Finance | 13 | 1,323 | 102 | - | - | NA | 13 | 1,323 | 102 |
| Pricing | 3 | 350 | 117 | - | - | NA | 3 | 350 | 117 |
| Procurement | 16 | 1,357 | 85 | 2 | 250 | 125 | 18 | 1,607 | 89 |
| Asset Profit & Protection | 41 | 2,693 | 66 | 9 | 611 | 68 | 50 | 3,305 | 66 |
| Supply Chain/Innovel - Corp | - | - | NA | - | - | NA | - | - | NA |
| Inventory Mgmt | - | - | NA | 6 | 628 | 105 | 6 | 628 | 105 |
| Marketing/IMX/Studio | 54 | 4,292 | 79 | - | - | NA | 54 | 4,292 | 79 |
| Analytics | 6 | 627 | 105 | 2 | 392 | 196 | 8 | 1,019 | 127 |
| Online | 9 | 934 | 104 | 33 | 1,884 | 57 | 42 | 2,818 | 67 |
| Financial Services | 3 | 450 | 150 | 2 | 156 | 78 | 5 | 606 | 121 |
| Real Estate | 42 | 2,130 | 51 | 4 | 451 | 113 | 46 | 2,581 | 56 |
| Kenmore Direct - CS (Field) | 83 | 2,431 | 29 | 1 | 65 | 65 | 84 | 2,496 | 30 |
| Kenmore Direct - CD (Seattle) | 17 | 1,595 | 94 | - | - | NA | 17 | 1,595 | 94 |
| SYW[1] | 183 | 16,853 | 92 | 1 | 116 | 116 | 184 | 16,969 | 92 |
| MT | - | - | NA | - | - | NA | - | - | NA |
| SHI Analytics | 19 | 815 | 43 | - | - | NA | 19 | 815 | 43 |
| **Total Salary** | **957** | **$66,265** | **$69** | **102** | **$7,702** | **$76** | **1,059** | **$73,967** | **$70** |
| | | | | | | | | | |
| Assumed 14% Avg Benefits | 957 | 9,277 | 10 | 102 | 1,078 | 11 | 1,059 | 10,355 | 10 |
| | | | | | | | | | |
| **Total Salary & Benefits** | **957** | **$75,542** | **$79** | **102** | **$8,781** | **$86** | **1,059** | **$84,323** | **$80** |

(1)　SYW has identified 80 positions to be impacted in Israel

Highly Confidential

UCC_SEARS0000029

[DRAFT – Subject to Review]

# Projected key dates and anticipated milestones
# ~1,400 additional positions targeted in January for reduction

### OCTOBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

### NOVEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

### DECEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

### JANUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

 Internal Date     Key Date

| DATE(S) | EVENT |
|---|---|
| October 29 | Commenced wave 1 of store closures (142 stores) ✓ |
| October 30 | Initial SG&A reduction by month due from businesses with by month pacing including any investment if applicable ✓ |
| October 31 | Finalize SG&A reduction plan along with names of any initial cuts to be done before Thanksgiving. HR to begin RIF process ✓ |
| November 2 | HR submission of impacted names to Legal for review ✓ |
| November 8 | Potential buyer to notify which stores to purchase. All other stores to commence closure process ✓ |
| November 14 & 15 | SG&A wave 1 employee notices ✓ |
| November 15 | Commenced wave 2 of store closures (40 stores) ✓ |
| November 30 | SG&A wave 2 names of cuts due to HR ✓ |
| January 17 | SG&A wave 2 reduction targeted to ~1,400 positions |

21

UCC_SEARS0000030



# Assortment optimization will deliver $28MM in incremental EBITDA in FY2019 (and up to $67MM by 2021)

| Key Objectives |
| --- |

| | |
| --- | --- |
| **Reduce the number of SKUs across the company** | • Reduce inventory levels at end of the season<br>• Optimize the fabric use through creation of a fabric library<br>• Leverage distribution storage capacity<br>• Negotiate better Free on Board ("FOB") costs with vendors<br>  – Apparel and footwear divisions reduced their respective SKU numbers by 31% in 2018 and 33% in 2017<br>  – 2019 SKU reduction is projected at 20%<br>  – Reduced FOB by $110MM since end of 2016 by moving receipt from domestic to import and increasing sourcing mix of Bangladesh and India<br>  – Reduced markdown liability by $120MM in 2018 |
| **Leverage Brands between Kmart and Sears formats** | • Expand Jaclyn Smith to Sears stores → started this year<br>• Expand Adam Levine to Sears → planning to be fully rolled out planned by end of 2018<br>• Simply Style moved from Sears to Kmart in Q3<br>• Plan to expand outdoor life to Kmart in early Q1 |
| **Develop competitor data scraping capabilities** | • Leverage price opportunity by product category<br>• Identify color, style gap earlier in the season |

| Year Over Year Markdown Improvement (Softlines) |
| --- |



| Financial Impact |
| --- |

| ($ in millions) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY 2019 | FY 2020 | FY 2021 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **New Revenue** | $5 | $6 | $4 | $7 | $7 | $4 | $6 | $8 | $7 | $13 | $14 | $6 | $86 | $155 | $210 |
| (-) Required Incremental COGS | ($3) | ($4) | ($2) | ($4) | ($4) | ($2) | ($4) | ($5) | ($4) | ($8) | ($8) | ($4) | ($52) | ($93) | ($126) |
| **Gross Margin** | **$2** | **$2** | **$2** | **$3** | **$3** | **$2** | **$2** | **$3** | **$3** | **$5** | **$6** | **$2** | **$34** | **$28** | **$50** |
| **Operating Expense** | | | | | | | | | | | | | | | |
| (-) Variable cost 8% | ($0) | ($0) | ($0) | ($1) | ($1) | ($0) | ($0) | ($1) | ($1) | ($1) | ($1) | ($0) | ($7) | ($12) | ($17) |
| **(-) Required Incremental Operating Expense** | **($0)** | **($0)** | **($0)** | **($1)** | **($1)** | **($0)** | **($0)** | **($1)** | **($1)** | **($1)** | **($1)** | **($0)** | **($7)** | **($12)** | **($17)** |
| Initiative EBITDA | $2 | $2 | $1 | $2 | $2 | $1 | $2 | $2 | $2 | $4 | $5 | $2 | $28 | $50 | $67 |
| *Margin (%)* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* | *32%* |

Highly Confidential

UCC_SEARS0000031

**[DRAFT – Subject to Review]**

# In-stock & replenishment initiative will deliver $10MM in incremental EBITDA in FY2019 (and up to $22MM by 2021)

## Key Objectives

| | |
|---|---|
| **Objective** | • Continuously improve in-stocks while minimizing non-productive inventory<br>• 95% in-stock goal by store & product vs ~92% currently<br>• 52-week rolling forecast and refined planning algorithms |
| **Initiatives** | • <u>Lost Sales Reduction</u>: Lost sales improvement realized in both basic and seasonal areas through improved demand forecasting<br>• <u>Reduction of Aged Inventory</u>: Aged inventory including inventory greater than 80 days ("GT80") will be reduced, specifically demand forecasting improvement and incremental single item replenishment exposure<br>• <u>Supply Chain Savings</u>: Single item replenishment are balanced with the costs of picking vs replenishing size packs |
| **Impacts** | • Gains realized in basic replenishment and seasonal product<br>• Basics split between two tracks to accommodate packaging and replenishment differences<br>• Seasonal product focus will be on flowing product to maximize sales and minimize markdowns<br>• Pack size optimization enhances size; improvements to assortment mix<br>• EBITDA is compressed due to high distribution center costs from size pack to SIR (17% today)<br>• Single apparel distribution center with pick and pack will reduce costs to 5% |

## Select 2018 Weekly In-stock Rates

| Format | In-stock Type | Week | In-stock Rate |
|---|---|---|---|
| **Apparel** | | | |
| Kmart | Basics | 3 | 94.9% |
| Sears | Basics | 3 | 93.4% |
| Kmart | Basics | 29 | 93.7% |
| Sears | Basics | 29 | 92.2% |
| Kmart | Footwear | 29 | 92.3% |
| Sears | Footwear | 29 | 94.9% |
| Kmart | Spring / Summer | 6 | 90.0% |
| Sears | Spring / Summer | 6 | 96.1% |
| **Footwear** | | | |
| Kmart | Basics | 3 | 78.9% |
| Sears | Basics | 3 | 80.1% |
| Kmart | Basics | 29 | 87.3% |
| Sears | Basics | 29 | 86.7% |
| Kmart | Footwear | 29 | 97.0% |
| Sears | Footwear | 29 | 98.2% |
| Kmart | Spring / Summer | 6 | 89.1% |
| Sears | Spring / Summer | 6 | 98.2% |

## Financial Impact

| ($ in millions) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Revenue** | $1 | $1 | $2 | $3 | $4 | $3 | $3 | $4 | $5 | $7 | $12 | $3 | $48 | $64 | $67 |
| (-) Required Incremental COGS | ($0) | ($1) | ($1) | ($2) | ($3) | ($2) | ($2) | ($2) | ($3) | ($4) | ($7) | ($2) | ($30) | ($40) | ($42) |
| **Gross Margin** | $0 | $0 | $1 | $1 | $2 | $1 | $1 | $1 | $2 | $3 | $4 | $1 | $18 | $42 | $67 |
| **Operating Expense** | | | | | | | | | | | | | | | |
| (-) Initiative Support Cost | ($0) | ($0) | ($0) | ($1) | ($1) | ($0) | ($0) | ($1) | ($1) | ($1) | ($2) | ($0) | ($8) | ($3) | ($3) |
| **(-) Required Incremental Operating Expense** | ($0) | ($0) | ($0) | ($1) | ($1) | ($0) | ($0) | ($1) | ($1) | ($1) | ($2) | ($0) | ($8) | ($3) | ($3) |
| **Initiative EBITDA** | $0 | $0 | $0 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $2 | $1 | $10 | $21 | $22 |
| *Margin (%)* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *33%* | *21%* | *33%* | *33%* |

Highly Confidential

UCC_SEARS0000032

# Example: Apparel and Footwear have demonstrated a major turnaround over the past 18 months

**YTD Business Operating Profit Up $80MM vs. Adjusted LY and 2017 up $300MM Over 2016**

- **Right size of the buy**
  - Discipline around seasonal buys; by category and by store
  - Sales plan target communicated to merchandising team ahead of the overseas buying trip
  - Simulation done by finance on expected in-season and post-season revenue and margin for each of the divisions and total business units
  - $64MM in lower markdowns vs. last year at the end of October
- **Assortment rationalization and brand consolidation**
  - Number of SKUs has been reduced by 31% in FW18 vs. FW17 and by 61% vs 2016
  - Brand consolidation or expansion since we merged buying teams serving both Sears and Kmart in July 2017
  - Jaclyn Smith brand at Kmart rolled out to Sears
  - Key sellers rolled out into both formats (Basic Edition from Kmart into Sears)
- **Product cost savings**
  - $12MM FOB savings in 2018 on top of $80MM in 2017 as a result of moving from domestic to import vendors
  - Receipts moved from 30% import to 60% vs. domestic from 2016 to 2018
  - Built cross-sourcing capabilities, including vendor's direct design
- **Execution excellence**
  - Implemented forecast by product and store by week since 2017
  - Put in place drilled-down reporting capabilities by key demographic, store, product, and day to identify exceptions and drive replenishment actions and inform allocation
  - Weekly trading meeting focused on immediate actions based on last week's results including members, store, pricing, inventory, and sourcing metrics
  - Implemented competitor data tool in order to identify assortment gap and pricing opportunities

24

UCC_SEARS0000033


**[DRAFT – Subject to Review]**

# Marketing spend to be reduced by ~30%; emphasis will be on ROI



## Marketing Spend by Category

- Traditional Marketing   Digital marketing   Shop Your Way (SYW)

| | 2018 | 2018 Go-Forward | 2019 Go-Forward |
|---|---|---|---|
| Shop Your Way (SYW) | $479 | $301 | $228 |
| Digital marketing | $124 | $107 | $59 |
| Traditional Marketing | $75 | $47 | $48 |

## Planned Drop in Total Marketing Spend

($ in MM)

| | | Go Forward Strategy | | Reduction in Spend | Incr. GM Impact[5] | Impact to EBITDA |
|---|---|---|---|---|---|---|
| | 2018 | 2018 | 2019 | | | |
| Traditional marketing | $75 | $47 | $48 | ($1) | $16 | $15 |
| Digital marketing | 124 | 107 | 59 | $49 | ($32) | $17 |
| ShopYourWay (SYW) | 479 | 301 | 228 | $73 | $0 | $73 |
| **Total marketing spend** | **$679** | **$455** | **$335** | **$121** | **($16)** | **$105** |
| *Growth Y-o-Y (%)* | *NM* | *(33%)* | *(26%)* | | | |
| *Marketing / sales (%)* | *8%* | *8%* | *6%* | | | |

2019 versus 2018[2]

*Marketing spend is planned to drop both on a dollar basis and as a percentage of sales, however, the marketing budget will be re-balanced with a stronger emphasis and focus on improving ROI*

## Cost Allocation Process (2019 Go-Forward)[1,3]

| Traditional Marketing | → | $48MM (100%) booked to stores |
|---|---|---|
| Digital Marketing | → | $59MM (100%) booked to stores[4] |
| ShopYourWay (SYW) | → | $228MM (100%) booked to cost of goods sold |

(1)   Go-forward refers to remaining 505 stores
(2)   Comparison versus 2018 estimates based on go-forward store count
(3)   Allocated dollar amount determined by corresponding percentage times planned annual spend; differences may arise due to rounding
(4)   Historically, ~40% of digital marketing spend was booked to Stores, while ~60% was booked to SG&A
(5)   Refers to "Incremental Gross Margin Impact" which includes the impact to both sales and COGS

Highly Confidential

UCC_SEARS0000034



**4**

# Traditional marketing refocuses on high impact ROI spend to drive profitability

## Key Objectives

| Objective | • Align and synergize most effective marketing channels directed to value enhancing categories |
|---|---|
| Initiatives | • Utilize "always on" strategy for broadcast/online video to improve lagging unaided consideration scores for hardlines<br>• Launch brand equity messaging prior to key promotional selling periods<br>• Focus all media buys to go forward store locations<br>• Over invest in peak opportunities and scale back in lower demand periods to maximize impact while managing spend |
| Impacts | • Higher conversion of shoppers aware of Sears hardlines will lead to improved performance of lower funnel marketing messaging<br>• Improved ROI driven by improving consideration, matching the channel to the business and marketing in proximity of the store locations<br>• As of January 2017, Sears' Aided Awareness score was 90%<br>• Stronger brand equity messaging plus improved efficiencies are expected to drive higher conversion rate from Awareness to Consideration by +0.8%<br>• Holding the conversion rate from "Consideration to Shopping" and "Shopping to Purchase" will result in a 40 basis point purchase improvement – a modest improvement in comparison to the higher conversion rate of Sears' competitors<br>• Purchase score improvement of 0.4 points equates incremental revenue of $56MM or 1.4% |

## Impact from Marketing Efforts to Select KPIs[1]

|  | **Current** | *Change* | **2019** |
|---|---|---|---|
| Aided Awareness | 90 |  | 90 |
| *Conversion* | 58% | *80 bps* | 59% |
| Aided Consideration | 52.2 | *0.7* | 52.9 |
| *Conversion* | 60% |  | 60% |
| Shopping (6 mo. Period) | 31.3 | *0.4* | 31.7 |
| *Conversion* | 84% |  | 84% |
| Purchase (6 mo. Period) | 26.3 | *0.4* | 26.7 |
| Incremental Sales Impact |  | *140 bps* |  |

## Financial Impact

| ($ in millions) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Revenue** | $4 | $5 | $4 | $5 | $6 | $4 | $4 | $5 | $4 | $6 | $8 | $3 | $56 | $56 | $56 |
| (-) Required Incremental COGS | ($3) | ($3) | ($3) | ($3) | ($4) | ($3) | ($3) | ($3) | ($3) | ($4) | ($5) | ($2) | ($40) | ($40) | ($40) |
| **Gross Margin** | **$1** | **$1** | **$1** | **$1** | **$2** | **$1** | **$1** | **$1** | **$1** | **$2** | **$2** | **$1** | **$16** | **$16** | **$16** |
| **Operating Expense** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| (-) Traditional Marketing | ($2) | $2 | $1 | ($1) | ($0) | ($0) | $1 | $3 | $0 | ($2) | ($3) | ($1) | ($1) | ($1) | ($1) |
| **(-) Required Incremental Operating Expense** | **($2)** | **$2** | **$1** | **($1)** | **($0)** | **($0)** | **$1** | **$3** | **$0** | **($2)** | **($3)** | **($1)** | **($1)** | **($1)** | **($1)** |
| Initiative EBITDA | ($0) | $3 | $2 | $0 | $1 | $1 | $2 | $4 | $1 | $0 | ($1) | $0 | $15 | $15 | $15 |
| *Margin (%)* | *(12%)* | *64%* | *65%* | *1%* | *25%* | *21%* | *49%* | *88%* | *37%* | *2%* | *(9%)* | *6%* | *26%* | *26%* | *26%* |

(1)    Data source from Ipsos ASI Marcom Tracker; key performance indicators ("KPIs") are scored based on participant responses from surveys / polls (out of 100)

26

Highly Confidential

UCC_SEARS0000035



**4**

[DRAFT – Subject to Review]

# Traditional marketing transitioning to cohesive company strategy vs. individual business unit approach

## 2018 Traditional Marketing Strategy: Traffic and Conversion Improvement

| 2018 | 2019 |
|---|---|
| Separate TV campaigns for mattress and home appliances for national holidays. Not synergistic, did not build the Sears/Kmart brands<br>▪ 30" Home Appliance spot was 60% more effective than a 15" spot but the cost was 100% more reducing the ROI | Portfolio campaigns will achieve efficiencies – delivering a more holistic message on promotional offers and build the brands<br>▪ Portfolio campaign of mattresses, appliances, and home services costs partially offset by vendor funding will improve ROI |
| Marketing support 'on-and-off' throughout the year driven by peaks and troughs of events, seasons and BU priorities | Deploy an 'always-on' support plan focused on TV for Home Appliances supported by other various media channels<br>▪ Provide seasonal support (e.g. spring apparel, outdoor living in May/June) |
| 2 FSI's (vendor funded) + a circular for each national holiday<br>▪ Pure transactional messaging, no Sears/Kmart brand building | Deploy circular strategy during high traffic periods to draw high frequency shoppers in apparel and adjacency categories<br>▪ Transactional offers underpinned by Sears/Kmart brand sentiment message |
| Circulars deployed during national holiday events supporting big ticket products (focus on home appliances)<br>▪ Presidents Day, Black Friday, etc. | ▪ Use vendor funds as contribution to a holistic circular |
| Kmart media was earmarked but was reduced during the year | For Kmart, support high traffic periods with broadcast media which have historically delivered high ROI |
| Did not monetize marketing assets by seeking sponsor funding from vendors, service providers and 3rd parties<br>▪ Did not treat marketing collateral as a valuable marketing channel to monetize | Dedicate a focused effort framing-up a value proposition as rationale for vendor funding<br>▪ Featured products in circulars, coupon drops in e-commerce boxes etc. |

**In 2019 all elements of the marketing mix will be connected by a cohesive brand strategy to build brand sentiment for Sears and Kmart vs. in 2018 marketing was fragmented by being conducted at a business unit level**

27

UCC_SEARS0000036



**[DRAFT – Subject to Review]**

# Digital marketing drives profitability by eliminating low ROI spend

## Key Objectives

| | |
|---|---|
| **Objective** | • Increase incremental revenue generated from our paid digital channels while increasing efficiency and improving ROI<br>• Develop a consistent operating focus on visits, conversion rate, and average order value |
| **Initiatives** | • Take a greater omnichannel approach to concentrate on personalization, maximizing efficiency, and channel diversification to drive incremental revenue and drive return on investment<br>• Use automation, audience implementation, attribution to optimize spend efficiency, and diversification of revenue streams with additional partners to drive incremental revenue and margin<br>• Identify the most critical drop-offs in the online conversion funnel and deliver simplified experiences that reduce friction and increase conversion rate<br>• Battle the increased costs associated with digital marketing along with declining web traffic by leveraging search engine optimization ("SEO") which aims to improve traffic by deploying optimized metadata, structural fixes and content enhancements targeted to Sears' best categories |
| **Impacts** | • Spend on digital marketing will be filtered based an ROI threshold, which should cause a slight decline in revenue that will be more than offset by savings in marketing expense |

## Planned Monthly Digital Marketing Spend



## Financial Impact

| ($ in millions) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Revenue** | ($11) | ($15) | ($15) | ($20) | ($29) | ($18) | ($19) | ($26) | ($9) | ($10) | ($9) | ($5) | | ($184) | ($184) | ($184) |
| (-) Required Incremental COGS | $9 | $12 | $12 | $16 | $24 | $15 | $16 | $22 | $7 | $8 | $7 | $4 | | $153 | $153 | $153 |
| **Gross Margin** | **($2)** | **($3)** | **($3)** | **($3)** | **($5)** | **($3)** | **($3)** | **($4)** | **($2)** | **($2)** | **($1)** | **($1)** | | **($31)** | **($31)** | **($31)** |
| **Operating Expense** | | | | | | | | | | | | | | | | |
| (-) Digital Marketing | $3 | $4 | $4 | $5 | $7 | $5 | $5 | $7 | $2 | $3 | $2 | $1 | | $48 | $48 | $48 |
| **(-) Required Incremental Operating Expense** | **$3** | **$4** | **$4** | **$5** | **$7** | **$5** | **$5** | **$7** | **$2** | **$3** | **$2** | **$1** | | **$48** | **$48** | **$48** |
| Initiative EBITDA | $1 | $1 | $1 | $2 | $3 | $2 | $2 | $2 | $1 | $1 | $1 | $0 | | $17 | $17 | $17 |
| *Margin (%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | *(9%)* | | *(9%)* | *(9%)* | *(9%)* |

28

UCC_SEARS0000037


# Digital marketing utilizes data-driven strategy to increase efficiency

| 2018 Digital Marketing Strategy: ROI Improvement | |
|---|---|
| **2018** | **2019** |
| Target users nationally making small bid adjustments regionally based on Return on adjusted spend ("ROAS") | Target users by designated market area ("DMA"), making aggressive bid adjustments based on ROAS by DMA and zip code |
| Point all users from all channels to the desktop and mobile websites | Point users from channels to customized landing pages built specifically for that channel and by device |
| Affiliates - track users who come to the desktop site or mobile site | Affiliates - implement app to app tracking with publishers to diversify methods of publishing deals and acquire better data insight to improve personalization targeting |
| Focus on individual business units and the top keywords and products within each | Focus on top keywords and products regardless of business unit |
| ShopYourWay, Google and Microsoft audience implementation accounts for 31% of total clicks for paid search and data-feeds | Increase ShopYourWay, Google and Microsoft audience implementation to account for 50% of total clicks for paid search and data-feeds |
| Average Cost Per Click continues to increase across Google, Bing and Yahoo | Integrate new search platforms with a much lower average cost per click to bring down spend and increase ROAS |
| Social – integrated with Facebook, Twitter, Pinterest, Instagram, etc. to communicate with members | Social - integrate more deeply with current and new vendors to expand how we reach members. Implement greater targeted communications with members and test new strategies/tactics to improve conversion |
| Target users nationally making small bid adjustments regionally based on ROAS | Target users by DMA making aggressive bid adjustments based on ROAS by DMA and zip code |
| **$124MM Spend with 0% ROI** | **$59MM Spend with 30% ROI** |

29

Highly Confidential

UCC_SEARS0000038


# Key initiatives and partnerships at Sears Home Services will drive significant EBITDA growth in FY2019



**2019E EBITDA Bridge**

2018E EBITDA: $126
PA Accounting Change: +$50
Protection Agreements (PA) decline: ($22)
Home Warranty Growth: +$40
Repair B2B Call Growth: +$5
Repair Volume Mix (less PA): +$3
Repair B2B Claims Process: +$7
In Home Repair D2C Call Growth: +$2
Repair Field Alignment: +$5
Repair Efficiencies: +$4
Parts Direct Website: +$9
Parts Direct Other: +$2
SHIP Take-out of Overhead / Admin: +$5
Other: +$5
2019E EBITDA: $242

**EBITDA Variance: 2019E vs. 2018E**

|  | 2018E | 2019E | Var |
|---|---|---|---|
| Service Contracts (incl HW) | $203 | $272 | $68 |
| Repair | ($108) | ($82) | $26 |
| Franchise | $1 | $1 | ($0) |
| Parts Direct / PRC | $42 | $53 | $11 |
| Admin | ($13) | ($8) | $5 |
| Other | $0 | $5 | $5 |
| **EBITDA Subtotal** | $126 | $242 | $116 |

Highly Confidential

UCC_SEARS0000039

 **[DRAFT – Subject to Review]**

# Sears Home Services: Service Contracts

## Protection Agreements

- SHC signed an agreement with Assurant on November 19th to provide underwriting for all go-forward protection agreements
  - Assurant provided best overall economics, three year term, lowest upfront reserve payment, and additional B2B service volume
- New agreement results in an EBITDA increase of ~$50 million in 2019 due to accounting change
  - Year one (one-time) 3x per policy profit improvement to Sears Home Services driven by immediate revenue recognition (i.e. pull-forward of profit)
  - $20 per policy profit increase assuming 2.5MM new and renewed policies → $50MM in EBITDA benefit
- Cost savings due to reduction of lower value leads by using a 3rd party underwriter resulting in an improved cost-to-sales ratio



### Impact from Revenue Recognition (per Policy)

**EBITDA Timing**

| Year: | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|
| Assurant Underwritten | $29 | $0 | $0 | $0 | $0 | $0 | $29 |
| Sears Underwritten | 9 | 13 | 7 | 3 | 2 | 1 | 34 |
| Variance | $20 | ($13) | ($7) | ($3) | ($2) | ($1) | ($5) |

### Illustrative Economics (per Policy)

**Assurant Underwritten vs. Sears Underwritten**

| | Assurant Underwritten | Sears Underwritten | Variance |
|---|---|---|---|
| Blended average | $ 170 | $ 170 | |
| SHS EBITDA % | 17% | 20% | (3%) |
| **EBITDA / policy** | $ 29 | $ 34 | $ (5) |

Slightly lower economics, but better upfront EBITDA

## Home Warranty

- Continued growth in Home Warranty should deliver ~$40MM of EBITDA; partially offsets decline in protection agreements
- D2C channel enrollments expected to increase ~5% year-over-year based on overall improvements to the paid repair business; this is a primary channel for home warranty sales
- Integrating Sears Home Warranty promotional offer into the SHS.com repair scheduling experience
  - Promotional offer currently only available on the phone or in the home
  - This represents a new channel for sales in 2019
- Improved phone agent and tech sales anticipated through performance management and launch of refreshed coaching tools
- Underwriting provided by Cross Country Home Warranty



### Home Warranty by Year ($ in 000s)

Highly Confidential

UCC_SEARS0000040


**[DRAFT – Subject to Review]**

# In-Home Repair Improvements: Business to Business (B2B)

| Commentary |
| --- |

**Volume increases**

- Business-to-Business (B2B) volume assumption in 2019 results in 10.3% market share of industry service volume, up from 8.1%
- ~20% below the traditional B2B volumes in 2016 and a 27% growth over 2018
- Win back B2B partners by reducing rates where we were priced out of the market
- Business-to-Business creates over the last four weeks were up 56% versus the same period last year – up 7% over the four weeks prepetition
- Increased calls due to improved service levels resulting from continued technician investment and improved margins through pricing and marketing optimization effort

**Efficiency Improvements**

- Revenue optimization through re-engineering of B2B claims collections process expected to drive ~$7MM improvement
- Attrition improvements from company stabilization post bankruptcy emergence
- Currently running ~35% compared to historical average of closer to 25%
- Field realignment to increase span of control resulting in lower indirect field costs of ~$5MM annually
- Reducing 1099 reliability for preventive maintenance checks to help lower direct labor costs
- Improved service levels - improved response time, more efficient marketing, call center proficiency, and improvements to the web channel tools

| Business-to-Business Service Incidents versus Total Service Incidents by Year |
| --- |



Note: 2018 estimate based on pre-filing trend rates

Highly Confidential

UCC_SEARS0000041

**[DRAFT – Subject to Review]**

# In-Home Repair Improvements: Direct to Consumer (D2C)

## Commentary

**Volume increases**

- Direct to Consumer (D2C) service volume assumption in 2019 moves us from 9.2% market share of 16M Total Addressable Market of service calls, to 9.7%
  - Still 15% below our 2016 volume and only 5% growth over 2018
- Tactics for success will be optimized and local SEM, in addition, TV advertising at SHC that will include elements of In-Home Repair awareness
- Prior to filing, YTD Direct-to-Customer (D2C) creates were only down 5% year-over-year and had actually been trending better than prior year in the 4 weeks leading up to the filing

**Efficiency Improvements**

- Attrition improvements from company stabilization post bankruptcy emergence
- Currently running ~35% compared to historical average of closer to 25%
- Field realignment to increase span of control resulting in lower indirect field costs of ~$5MM annually
- Reducing 1099 reliability for Preventive Maintenance checks to help lower direct labor costs
- Improved service levels - improved response time, more efficient marketing, call center proficiency, and improvements to the web channel tools

## Direct-to-Consumer Service Incidents versus Total Service Incidents by Year



Note: 2018 estimate based on pre-filing trend rates

33

UCC_SEARS0000042



**[DRAFT – Subject to Review]**

# PartsDirect improvements

| PartsDirect Planned to Sustain EBITDA Level on a YoY Basis |
|---|

| Offset | Description |
|---|---|
| **Supplier parts cost increases offset with improvements listed below** | |
| **SPD.com website rebuild (completion April 2019)** | ▪ Improvements to website performance will drive higher customer conversion and total revenue<br>▪ Enhanced experience for customers by providing unexpected value added solutions that should increase order size<br>▪ Designed to easily support new branding opportunities |
| **Third Party Sales** | ▪ Fulfillment by Amazon replenishment automation<br>▪ Seller Fulfilled Prime enabled in all Home Services parts distribution centers<br>▪ Increase catalog through direct drop shipments<br>▪ Addition of parts sales on GoogleXpress marketplace<br>▪ Increase product assortment sold by DIY Repair brand |
| **Pricing optimization** | ▪ Leverage competitive scrapes from "Feedonomics" for improved market view<br>▪ Supplement with new tools |
| **Reduced care contacts (contacts per sale)** | ▪ Expedite and priority shipments moved from vendors to Home Services parts distribution centers<br>▪ Parts supply chain flow returns to normal |
| **Improved call center conversion** | ▪ New and improved sales call flow embedded into new hire training<br>▪ Continued integration of six sources of behavioral influence to support vital behaviors |
| **Marketing effectiveness** | ▪ SEM vs SEO optimization |

| 2019 PartsDirect EBITDA Bridge |
|---|



| Annual Conversion Rates |
|---|



34

Highly Confidential

UCC_SEARS0000043

[DRAFT – Subject to Review]



# Website rebuild driving conversion

## Enhanced Capabilities

- Strategic Pillars
  - Improved search tool to allow customers to quickly find and order the correct part, which will lead to an increased conversion rate
  - Enhanced experience for customers by providing unexpected value added solutions that should increase order size
  - Provides consistent customer experience across device platforms
  - Designed to easily support new branding opportunities
  - Showcase SPD's ability to provide expert advice
- Improvements to website architecture will lower page load times and will directly correlate to increased conversions
- Simplified search tool to allow user to quickly find the model, part and repair content provided by Do It Yourself ("DIY") experts and emerging DIYers
- Customer preferences (i.e., purchase history and frequent purchases) are stored to allow for easy reorders and one click checkout
  - Logged in customers convert 18% vs 2% guest
- Leverage data to guarantee the part fits, highlight most common problems and which parts are used to fix the problem
- Accepts additional payment types
- Responsive design to support mobile device users
- Allows for mobile users to take a picture of the model number on their product to quickly initiate their search for the correct part or content
- Execution
  - Scaled agile framework
  - Total anticipated time of completion is 40 weeks (with first sprint started in June 2018)

## Conversion Over Time



### Quarterly (3Q'17A – 2Q'19E)



### Annual (2017A – 2021E)

35

UCC_SEARS0000044

# IV. Our Go-Forward Growth Initiatives



SEARS HOLDINGS    36

Highly Confidential

# Small footprint store upside represents a large opportunity to outperform the base 2019 plan (not included; will require capital investment)

## Business Overview

- Targeting 100 locations by the end of 2020
- Store size: 7,500 to 20,000 sq/f (leased)
- Local personalized shopping experience benefiting the community through the Sears and ShopYourWay ecosystem
- Products & services tailored to the community:
  - Home appliances
  - Home services (protection, repair, parts, home improvement)
  - Connected solutions (IoT products)
  - Financing options for every member
    - ShopYourWay 5-3-2-1 card
    - Leasing
    - Layaway
  - ShopYourWay products and services
  - Mattresses
  - Other community relevant products when space permits and based on local demographics and needs (seasonal product, tools, fitness, etc.)
- Highly trained consultative experts that focus on helping customers with in-home support
- Large purchases and home solutions
- In-home support and consultation
- Unlimited service opportunities and solutions

## Financial Summary (2018E)

*(4 Operating Stores)*

**Proof of Concept**

| ($ in 000s) | 2018F |
|---|---|
| Sales | $ 23,882 |
| Gross Margin | 7,435 |
| GM % | 31% |
| Operating Expenses | 5,557 |
| EBITDA | 1,878 |
| EBITDA % | 8% |
| EBITDAR | 3,065 |
| EBITDAR % | 13% |
| IRR | 36% |
| Payback | 3.75 yrs |

* Assumes $475k for corporate home office expenses

| Description | Store Economics |
|---|---|
| Gross SF | 7,500 to 20,000 |
| Selling SF | 6,750 to 18,000 |
| Annualized Sales | $4M - $8M |
| Sales per/GSF | $400 - $500 |
| EBITDA $ | $.4m - $1.0m |
| EBITDA % | ~8% |
| EBITDAR $ | $.6m - $1.4m |
| EBITDAR % | ~13% |
| Capital Investment | $1.4m - $1.8m |
| IRR | 30% -60% |
| Payback | 3 - 4 yrs |

Highly Confidential

UCC_SEARS0000046

**[DRAFT – Subject to Review]**

# Opening small footprint stores represents a major growth opportunity



*excludes working capital (inventory, etc.)

Highly Confidential

UCC_SEARS0000047

**[DRAFT – Subject to Review]**

# With a payback period of 3 − 4 years, small footprint stores have a high IRR and can scale quickly

| Financial Summary | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| ($ in 000s) | 2018 $ | 2019 $ | 2020 $ | 2021 $ | 2022 $ | 2023 $ | Total $ | % Sales |
|---|---|---|---|---|---|---|---|---|
| Store Count: | 4 | 44 | 100 | 120 | 138 | 154 | 154 | |
| Net Sales | $23,882 | $160,536 | $437,323 | $622,770 | $729,333 | $819,289 | $2,793,134 | |
| **Gross Margin** | **$7,435** | **$51,895** | **$141,368** | **$201,316** | **$235,763** | **$264,842** | **$902,619** | 32.3% |
| Fixed Payroll Expense | $526 | $3,815 | $10,393 | $14,801 | $17,333 | $19,471 | $66,339 | 2.4% |
| Variable Payroll Expense | $1,349 | $9,782 | $26,647 | $37,947 | $44,440 | $49,922 | $170,087 | 6.1% |
| Corporate Overhead | $478 | $3,211 | $8,746 | $12,455 | $14,587 | $16,386 | $55,863 | 2.0% |
| Other Expenses | $2,016 | $14,620 | $39,826 | $56,714 | $66,418 | $74,610 | $254,204 | 9.1% |
| **Expenses (Excl Rent, Depr)** | **$4,370** | **$31,427** | **$85,613** | **$121,917** | **$142,778** | **$160,388** | **$546,493** | 19.6% |
| Rent, CAM & Tax | $1,187 | $7,028 | $19,145 | $27,263 | $31,929 | $35,867 | $122,418 | 4.4% |
| Per Square Foot | 20 | 20 | 20 | 20 | 20 | 20 | 20 | |
| **EBITDA** | **$1,879** | **$13,439** | **$36,611** | **$52,136** | **$61,056** | **$68,587** | **$233,708** | 8.4% |
| **EBITDAR** | **$3,065** | **$20,467** | **$55,756** | **$79,399** | **$92,985** | **$104,454** | **$356,126** | 12.8% |
| Store Capital | $ 6,400 | $ 64,000 | $ 89,600 | $ 32,000 | $ 28,800 | $ 25,600 | $ 246,400 | |
| Depreciation | $ 200 | $ 1,800 | $ 6,200 | $ 10,200 | $ 11,700 | $ 12,500 | $ 42,600 | |

Highly Confidential

UCC_SEARS0000048

 **8**

[DRAFT – Subject to Review]

# Online Growth Initiatives: Personalization with Machine Learning

| Key Objectives |
|---|
| **Objective** • Enhance personalization capabilities beyond isolated widgets and dynamic components<br>• Develop an integrated approach that optimizes one-to-one interactions with members through advanced analytics and machine learning |
| **Initiatives** • Maximize current capabilities with product recommendation engines, personalized notifications, personalized promotional messaging, and personalized marketing strategies<br>• Enhance the data foundation to implement a data discovery and learning system that tracks, analyzes, and learns from member behavior across all touch points<br>• Develop a structured library of available offer constructs, creative assets, and promotional messaging to deliver in real time<br>• Implement a decision engine with machine learning that matches members with specific products, messages, offers, and creative based on individualized behavioral signals<br>• Distribute integrated personalized experiences across all touch points |
| **Impacts** • Personalization improvements to conversion seen over a 10 month period reaching an 8% improvement in conversion by the end of 2019[1]<br>• Customer conversion increases from 2.0% to 2.3%, driving increased revenue on existing customer visits<br>• Given efficacy in driving volume through the site, management has determined that focusing in improved conversion represents the best path to increasing online sales<br>• The financial impact of this growth initiative requires additional investment beyond the base plan |

| Financial Impact | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | | FY 2019 | FY 2020 | FY 2021 |
| **New Revenue** | – | – | – | – | $3 | $2 | $3 | $4 | $3 | $9 | $8 | $4 | | $36 | $134 | $188 |
| (-) Required Incremental COGS | – | – | – | – | ($3) | ($2) | ($2) | ($3) | ($2) | ($6) | ($6) | ($3) | | ($27) | ($100) | ($141) |
| **Gross Margin** | – | – | – | – | $1 | $1 | $1 | $1 | $1 | $2 | $2 | $1 | | $9 | $33 | $47 |
| **Operating Expense** | | | | | | | | | | | | | | | | |
| (-) Tech. headcount/ contractors (15, 10 SHI, 5 SHC) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | | ($1) | ($1) | ($1) |
| (-) Product Mgmt headcount / contractors (1 SHC) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | | ($0) | ($0) | ($0) |
| **(-) Required Incremental Operating Expense** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | | **($1)** | **($1)** | **($1)** |
| Initiative EBITDA | ($0) | ($0) | ($0) | ($0) | $1 | $0 | $1 | $1 | $1 | $2 | $2 | $1 | | $8 | $33 | $46 |
| *Margin (%)* | *NA* | *NA* | *NA* | *NA* | *23%* | *21%* | *23%* | *23%* | *22%* | *24%* | *24%* | *23%* | | *22%* | *24%* | *25%* |

(1)    Based on industry average achieved conversion improvements when implementing personalization capabilities

40

Highly Confidential

UCC_SEARS0000049


# Online Growth Initiatives: Redesign Experience for Best Categories

| Key Objectives |
| --- |

| | |
| --- | --- |
| **Objective** | • Re-design site experience and functionality to deliver a Best-in-Class User Experience for Appliances, Apparel, and other key categories |
| **Initiatives** | • Implement user-centric design practices to redesign product finding, research, and buying experience and deliver an immersive experience that instills confidence in considered purchases<br>• Reduce friction and focus on surfacing the most relevant information<br>• Update visual design with more engaging photography<br>• Focus on innovation, design, and industry trends with less emphasis on price and promo<br>• Implement responsive design to optimize mobile and desktop experience to increase mobile conversion |
| **Impacts** | • Experience redesign drives improved conversion rates, ramping to a 10% conversion improvement by November 2020<br>• The launch of the experience redesign would require 6 months of increased headcount prior to providing projected revenue improvements<br>• The improved customer experience would increase customer conversion from 2.0% to 2.4%, driving increased revenue on existing customer visits<br>• The improvement to customer experience would require additional ramp time vs. other initiatives as the improved experience also has the added additional benefit of improving brand equity<br>• The financial impact of this growth initiative requires additional investment beyond the base plan |

| Financial Impact |
| --- |

| ($ in millions) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY 2019 | FY 2020 | FY 2021 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **New Revenue** | – | – | – | – | $3 | $2 | $3 | $5 | $2 | $8 | $7 | $5 | $35 | $158 | $177 |
| (-) Required Incremental COGS | – | – | – | – | ($3) | ($2) | ($2) | ($4) | ($2) | ($6) | ($5) | ($4) | ($26) | ($118) | ($133) |
| **Gross Margin** | – | – | – | – | $1 | $1 | $1 | $1 | $1 | $2 | $2 | $1 | $9 | $39 | $44 |
| | | | | | | | | | | | | | | | |
| **Operating Expense** | | | | | | | | | | | | | | | |
| (-) Tech. headcount/ contractors (15, 10 SHI, 5 SHC) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($1) | ($1) | ($1) |
| (-) Product Mgmt headcount / contractors (1 SHC) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) |
| **(-) Required Incremental Operating Expense** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($0)** | **($1)** | **($1)** | **($1)** |
| | | | | | | | | | | | | | | | |
| Initiative EBITDA | ($0) | ($0) | ($0) | ($0) | $1 | $0 | $1 | $1 | $1 | $2 | $2 | $1 | $8 | $39 | $43 |
| *Margin (%)* | *NA* | *NA* | *NA* | *NA* | *23%* | *21%* | *23%* | *23%* | *22%* | *24%* | *24%* | *23%* | *22%* | *24%* | *24%* |

41


**[DRAFT – Subject to Review]**

# Online Growth Initiatives: Grow Sears Marketplace

| Key Objectives | |
|---|---|
| **Objective** | • Drive Marketplace growth by integrating Marketplace into the core online business strategy and integrated retail capabilities Members will have broader selection, increased convenience and fewer reasons to buy elsewhere |
| **Initiatives** | • Drive Marketplace of Marketplaces Model – Maximize eBay on Sears Marketplace, launch new marketplaces including Etsy, Groupon, Rakuten, etc.<br>• Focus on Auto Category – Launch Carvana (used car marketplace), expand selection of auto parts and services<br>• Launch integrated retail experience to enable Buy Online Pickup In-store<br>• Expand into new categories and fill assortment gaps with asset light model |
| **Impacts** | • The projected impact of the Sears Marketplace can be broken into four primary drivers:<br>• eBay – Improving eBay conversion via emphasis on the channel presents a $176MM sales opportunity in 2019 (2.1% conversion), growing to a $360MM sales opportunity in 2021 (3.4% conversion)<br>• Leasing, PA and Points – Drive a go-forward revenue opportunity of $13MM per annum<br>• Other Partnerships – Cultivation of the other partnerships present an opportunity to grow Other Partnership revenue from $16MM in 2019E to $50MM in 2021E<br>• New Category – Expanding into new categories represents an opportunity to add $6MM of revenue in 2019E growing to $24MM in 2021E<br>• The financial impact of this growth initiative requires additional investment beyond the base plan |

| Financial Impact | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY 2019 | FY 2020 | FY 2021 |
| **New GMV** | $14 | $18 | $14 | $17 | $22 | $15 | $17 | $20 | $12 | $23 | $22 | $17 | $211 | $329 | $447 |
| (-) Required Incremental COGS | ($14) | ($17) | ($14) | ($17) | ($21) | ($14) | ($16) | ($19) | ($11) | ($22) | ($20) | ($17) | ($200) | ($311) | ($421) |
| **Gross Margin** | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $11 | $18 | $26 |
| | | | | | | | | | | | | | | | |
| **Operating Expense** | | | | | | | | | | | | | | | |
| (-) eBay Program Manager (1 SHC) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) |
| (-) Required Incremental Operating Expense | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) | ($0) |
| | | | | | | | | | | | | | | | |
| Initiative EBITDA | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $11 | $18 | $26 |
| *Margin (%)* | 5% | 5% | 5% | 5% | 5% | 5% | 6% | 6% | 6% | 6% | 6% | 5% | 5% | 5% | 6% |

42

UCC_SEARS0000051

# V. Why Sears Holdings can Make it



SEARS HOLDINGS    43

UCC_SEARS0000052

**[DRAFT – Subject to Review]**

# Why Sears Holdings can make it

- Despite our recent headwinds Sears is still the 3rd largest appliance retailer in the US with 15.3% market share

  – Lowes has 25.8% share; Home Depot has 17.1%; Best Buy has 13.7%

- Sears is the number one home service and direct delivery provider

  – Amazon, Costco, Icon Home Fitness and others are leveraging Sears' capabilities, which adds revenue & value to Innovel and Home Services; this is a unique strength that Sears has over other market competitors with high barriers to entry

- Sears' physical presence with strategic locations support a showroom concept that is important on big ticket, considered purchases; combined with our online business (40% of purchases), delivery capabilities and Home Services capabilities are a powerful differentiating combination

- We have the ability to expand our reach in the hardlines categories through scaling the small format concept.

  – We are moving into urban markets as millennials are choosing to live and work downtown

  – Moving into fast growing geographies with greater speed and agility, as well as replacing some of our recently closed store locations, further leveraging our overhead and unique delivery & service capabilities

- In addition to the hardlines opportunity (40% of sales), Sears also has a strong and growing softlines business (40% of sales) which complements hardlines more considered purchase behavior, adding frequency and everyday accessibility for our members; members who purchase tools are the biggest purchasers of men's denim and work boots

  – Diehard work boots are the market share leader and are another Sears differentiator

- Sears has an expansive financial services platform that supports member purchases and generates significant profitability through its Citi credit card agreement

  – The Citi credit card agreement also has multiple avenues growth

44

Highly Confidential

**[DRAFT – Subject to Review]**

# Why Sears Holdings can make it *(cont'd)*

- Kmart is profitable, adds diversity and has a complimentary network that leverages corporate resources

  – Kmart's members shop more frequently than Sears' customers do

  – Kmart's business is less cyclical and less reliant on big ticket purchases

  – Kmart has a profitable off-shore business where it has a competitive advantage

  – Kmart allows sourcing to leverage additional volume to achieve better costing with more preferred vendors

  – Kmart provides an additional loyalty benefit to members who earn points on larger purchases

- Sears Holdings has a robust digital platform that supports both Sears and Kmart, with 145MM total registered users including 61MM contactable members and 28MM 12-month active users; of the active users, 13.5MM have redeemed points in the last 12 months

**To capture this opportunity, we would address our physical presence through strategic store upgrades and a consumer confidence campaign, reinforcing its unique product & service offering that will make it relevant for years to come**

45

UCC_SEARS0000054

# Appendix



Highly Confidential

**[DRAFT – Subject to Review]**

# The Online team is focused on delivering significant growth to retail

## Online Growth Strategy

- The online growth plan emphasizes on driving 3 areas of focus:

    1. Improve the basics – visits, conversion rates, and average order value (AOV)

    2. Deliver needle mover initiatives

    3. Instill operational excellence

> **To achieve this growth plan ($1.3BN incremental revenue by '21 and $3.5BN by '23), we will need to invest primarily in talent acquisition and technology improvements**



**Online Sales Growth (Inc. Marketplace GMV)**

| Year | Value |
|------|-------|
| 2018 | $1.4 |
| 2019 | $1.7 |
| 2020 | $2.2 |
| 2021 | $3.0 |
| 2022 | $4.0 |
| 2023 | $5.2 |

## Key Growth Initiatives

- Improve conversion metrics over time to industry average (each 20 bps increase on a $1.5BN business equates to $150MM)

- Drive personalization with machine learning

- Leverage marketplace to accelerate selection growth with all core platform capabilities (e.g. leasing)

- Deliver a best-in-class experience for our best categories (Home Appliances and Apparel)

- Continue Mobile First – Accelerate app adoption (2x higher conversion rate than mobile web)

- Test new business models: test before you buy (apparel and footwear), appliance upgrade payment model (allow members to upgrade to latest innovation), subscription services (consumables, apparel, and other frequency categories)

- Reconfigure our fulfillment network to be "less dependent" on fusion sales

47

UCC_SEARS0000056

[DRAFT – Subject to Review]

# IT is performing an exhaustive contract review to take advantage of the chapter 11 contract rejection opportunity

| **Detailed Contract Analysis** | | | | | | |

| | Reject | Eliminate | Reduce | Renegotiate | Review | Total |
|---|---|---|---|---|---|---|
| **MT Contracts** | | | | | | |
| Number | 1 | 102 | 17 | - | 7 | 127 |
| $ Value | $1,628,151 | $62,348,847 | $30,101,120 | - | $2,603,728 | $96,681,846 |
| Number Prepaid | - | 6 | 1 | - | - | 7 |
| $ Value Prepaid | - | $6,149,100 | $252,000 | - | - | $6,401,100 |
| | | | | | | |
| **Contracts that Cover MT & Non-MT** | | | | | | |
| Number | - | 2 | 13 | 1 | - | 16 |
| $ Value | - | $89,743 | $61,264,935 | $5,287,539 | - | $66,642,217 |
| Number Prepaid | - | - | - | - | - | - |
| $ Value Prepaid | - | - | - | - | - | - |
| | | | | | | |
| **Non-MT Contracts Managed by MT** | | | | | | |
| Number | - | 2 | 21 | 1 | 1 | 25 |
| $ Value | - | $8,047,945 | $13,460,133 | $1,313,264 | $582,530 | $23,403,872 |
| Number Prepaid | - | - | 1 | - | 1 | 2 |
| $ Value Prepaid | - | - | $6,353 | - | $4,253 | $10,606 |
| | | | | | | |
| **Total Contracts** | | | | | | |
| Number | 1 | 106 | 51 | 2 | 8 | 168 |
| $ Value | $1,628,151 | $70,486,535 | $104,826,188 | $6,600,803 | $3,186,258 | $186,727,935 |
| Number Prepaid | - | 6 | 2 | - | 1 | 9 |
| $ Value Prepaid | - | $6,149,100 | $258,353 | - | $4,253 | $6,411,706 |

| **Summary** |

168 contracts reviewed with an annual expense of $187MM (out of 210 total contracts with spend of $198MM)

Summary Status:
- Reject – 1
- Eliminate – 106
- Reduce – 51
- Renegotiate – 2
- Review – 8

Key
- Reject – will reject contract
- Eliminate – will not renew
- Reduce – will reduce spend
- Renegotiate – will need to negotiate new terms – we cannot just reduce
- Review – decision not made

48

Highly Confidential

# Kenmore Business Summary

## Business Overview

- Kenmore is broken into two business units
  - Major Home Appliance: Markets and sells refrigerators and freezers, laundry washers and dryers, cooking ranges and ovens, and dishwashers (#5 overall ranked leader in major appliances (11% U.S. sales share))
  - Small Appliance: Markets and sells small kitchen appliances, water softeners, electric air cleaners, vaporizers, vacuums, steam cleaners, room air conditioners, outdoor grills and over the counter microwaves
- The majority of its products manufactured via contracts with OEMs
- The majority of its current distribution via Sears-branded retail stores but with rapidly growing third-party distribution (e.g. Amazon)
- No. of Households: ~100MM as of 2017E (cumulative)

## Historical Revenue[1]



## Leading U.S. Market Share

*(2017E Sales Share by Brands, %)*



## Financial Overview

*(LTM Dec 2017 Sales)*



(1) Gross retail sales per CIM – Kenmore records revenue based on gross retail sales (included in Hardlines) or its license revenue from Sears sales of Kenmore branded products and third party sales

49

**[DRAFT – Subject to Review]**

# DieHard Business Summary

## Business Overview

- Leading provider of power solutions since 1967
- Current U.S. sales share of 4% for vehicle batteries
- Products sold primarily through Sears channels, with select external retail distribution
- All products are manufactured by leading contract manufacturers, required to comply with DieHard high quality standards
- Well-balanced portfolio of vehicle batteries, with well-developed strategies for new product introductions in adjacent and peripheral industries
  - Adjacent (Power): Connected Lighting Solutions, Solar Power Solutions
  - Peripheral (Lifestyle): Rugged Wear, Extreme Wear

## Revenue by Segment



- Batteries and Battery Accessories 60%
- Footwear 28%
- Tires 8%
- Other 4%

## Brand Awareness



| DieHard | ACDelco | Duracell | Duralast | Interstate Batteries |
| --- | --- | --- | --- | --- |
| 71% | 53% | 49% | 48% | 47% |

## Select Products



**Vehicle Batteries**
- Offered for Auto, Marine & RV, PowerSport and Lawn & Tractor



**Vehicle Battery Back Up**
- Various applications range from jumping a car battery to powering laptop within a car



**Portable Power and Lights**
- Categories include tool batteries, alkaline batteries, flashlights and LED lights



**Work Boots**
- High-performance boots, offered in both slip-ons and lace-ups



**Tires**
- Mid-Tier Passenger car tires manufactured by Kumho sold in SAC



**Consumer Electronics**
- Categories include Powerbanks, Chargers, Charging station, Phone cases and headsets

Highly Confidential

UCC_SEARS0000059

**[DRAFT – Subject to Review]**

# Monark Business Summary

## Business Unit Overview

- Monark Premium Appliance Company and its affiliates form a nationwide distributor of premium home appliances that serve architects, builders, designers, developers and homeowners

- Monark represents a partnership between three leading distributors: Florida Builder Appliances, Westar Kitchen & Bath and Standards of Excellence

- Showrooms provide customers with premium cooking, cooling and cleaning appliances

- Monark operates within the larger Hardlines business

- Established June, 2015

## Store Locations

20 showrooms across Arizona, California, Florida and Nevada



## Select Brands

  

  

 

  

  

   

51

UCC_SEARS0000060

**[DRAFT – Subject to Review]**

# ShopYourWay Business Summary

## Business Unit Overview

- ShopYourWay (SYW) is an integrated B2C, B2B, and B2B2C platform that provides personalized data & insights, analytics, marketing and rewards capabilities to customers and partners

- Data and Insights platform draws on more than 100 billion data elements across 160 data sources and 4,000 variables enabling thousands of unique member segments

- Dynamic analytics engines & algorithms identify changes in behaviors, score members in real time, and power decisions through relevant marketing channels

- Targeted marketing capabilities optimize communications, offers, timing, and channel driving the desired member behavior

- Rewards program provides one currency earned across multiple partners to drive member loyalty

## ShopYourWay and the Sears Ecosystem



1. Compelling Value Prop + Easy Linkage drives sign-ups for programs, services, partners
2. Engagement in the ecosystem rewards members with SYW points and builds profiles for members
3. Personalization and Service platforms connect members to products and services
4. SYW Points and Partner Funding deliver value for members and create a multiplier/leveraged model for Sears/Kmart
5. Ecosystem Engagement provides feedback needed to expand / tailor the offering
6. Member Engagement / Redemption create more demand and performance for partners, which creates more opportunities for members and profitable growth
7. Journeys/ Categories creates and curate new product offerings (7a), develops the value proposition (7b), uses data to tag, target and deliver personalized offers (7c), and connects the online/instore experience (7d)
8. Markets Team drives the end-to-end system at a member, store, and community level, creating new capabilities for the go-forward integrated retail business

Highly Confidential

# In Home Repair Overview

## Business Overview

- In-Home Repair is a leading national provider of appliance repair services in the U.S.
- Provides B2C + B2B repair services for appliances, consumer electronics, outdoor power equipment, fitness equipment, power tools and HVAC systems under the Sears and A&E Factory Service brand names
  - Customers can book an appointment in-store or by phone / online and receive a preliminary diagnosis from trained professionals
  - Appliance repairs are covered by a 90-day satisfaction guarantee
- Approximately 4,500 trained in-house service techs complemented by over 800 independent contractor firms within 1099 labor network
  - Home Services has access to total network of 1.5M+ units of repair capacity via its 1099 network(1)
- Over 40% of technicians have more than 10 years of experience
- Provides services in 50 states, the District of Columbia, Guam and Puerto Rico through ~50 district locations and other support locations

## In-Home Call Volume



## Appliance Repair Marketplace

## Top B2B Customers














53

**[DRAFT – Subject to Review]**

# Assurant is providing a 3rd party protection agreement solution to ensure SHC can continue to sell protection agreements to its members

| Commentary |
|---|

- Assurant has best overall economics (especially in the aftermarket), 3 year term, no upfront reserve payment, additional B2B service volume
- Pre-petition, we were collecting ~$12.5M of cash per week
  - Currently collecting ~$2.5M of cash per week due to suspended sales in 34 states
  - With Assurant solution, we will collect ~$3.5M-$4.0M of cash per week
- Margin impact over the life of a PA contract is $4 less than pre-petition
  - Year one (one time) 4x improvement to SHS PA contract EBITDA due to immediate revenue recognition; $8 increasing to $32 on a per policy basis
- Will be live in 39 states immediately after contract signing, final 11 states will have various timing depending on state procedures
  - Goal is to have all states live by Thanksgiving
- We will continue to use our existing programs, so no need for re-training or operational change other than collateral for term and conditions
  - Retail continues to get full commission on sales
- Sears Home Services retains ownership of the customer

| Summary of Terms |
|---|

| No Underwriter | | | | | Assurant | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Retail** | | | **Aftermarket** | | | **Retail - Sears** | | | **Aftermarket** | |
| | Price | $200 | | Price | $144 | | Price | $200 | | Price | $144 |
| 25% | Loss cost | ($49) | 58% | Loss cost | ($84) | 25% | Loss cost | ($49) | 58% | Loss cost | ($84) |
| 100% | TLR | $0 | 100% | TLR | $0 | 90% | TLR | ($5) | 90% | TLR | ($9) |
| | Dealer Net | ($49) | | Dealer Net | ($84) | | Dealer Net | ($54) | | Dealer Net | ($93) |
| 4% | Admin Reserve | ($9) | 10% | Admin Reserve | ($15) | 4% | Admin Reserve | ($9) | 10% | Admin Reserve | ($15) |
| 0.0% | Risk/UW/IPT Fee | $0 | 0.0% | Risk/UW/IPT Fee | $0 | 6.5% | Risk/UW/IPT Fee | ($4) | 6.5% | Risk/UW/IPT Fee | ($6) |
| | Total Reserves | ($58) | | Total Reserves | ($99) | | Total Reserves | ($67) 16% | | Total Reserves | ($114) |
| | Revenue (Initial Cash) | $200 | | Revenue (Initial Cash) | $144 | | Revenue (Initial Cash) | $133 -33% | | Revenue (Initial Cash) | $30 |
| 50% | Retail | ($100) | 12% | Acquisition | ($17) | 50% | Retail | ($100) | 12% | Acquisition | ($17) |
| | SHS (Excess) | $100 | | SHS (Excess) | $127 | | SHS (Excess) | $33 | | SHS (Excess) | $12 |
| | Total Expenses | ($58) | | Total Expenses | ($99) | | Total Expenses | $0 | | Total Expenses | $0 |
| 100% | Profit Share | $0 | 100% | Profit Share | $0 | 80% | Profit Share | $4 | 80% | Profit Share | $7 |
| | Home Services | $42 | | Home Services | $28 | | Home Services | $38 -11% | | Home Services | $20 |
| | *Sears Total (excl 9.5% comm)* | *$142* | | *Sears Total* | *$28* | | *Sears Total (excl 9.5% comm)* | *$138* -3% | | *Sears Total* | *$20* |
| | *Margin %* | *21%* | | *Margin %* | *19%* | | *Margin %* | *19%* | | *Margin %* | *14%* |

54

UCC_SEARS0000063

**[DRAFT – Subject to Review]**

# Service Contracts Overview

## Business Overview

- Service Contracts: Leading national provider of service, replacement and home warranty contracts under the Sears, Kmart and A&E Factory Service brand names

- Two primary contracts: Protection Agreements and Home Warranty

  - Various coverage and term offers to meet customer repair and replacement needs

  - Contracts cover appliances, consumer electronics, outdoor power equipment, fitness equipment, power tools, HVAC systems and select other merchandise

  - In 2014, began offering the Sears Home Warranty Plan

    - Single protection plan that covers the repair or replacement of major home appliances and systems regardless of their age, brand or point of sale

- Contracts sold via SHC retail locations (point of sale) and through post purchase / point of need channels, including telemarketing, direct mail, In-Home Repair Services technicians and call center associates

  - Currently approximately 10M contracts in force

- In-Home: Provides repair services for appliances, consumer electronics, outdoor power equipment, fitness equipment, power tools and HVAC systems under the Sears and A&E Factory Service brand names

  - Approximately 5.2 million in-home repair and maintenance events performed for all major brands during 2017

- Will begin offer Protection Agreements underwritten by Assurant in the coming weeks

## Portfolio Mix (Service Contracts)

### By Origin | By Contract Type



## In Home (by Repair Type)

*(Represents call volume by type)*



Highly Confidential

UCC_SEARS0000064

[DRAFT – Subject to Review]

# PartsDirect Overview

## Business Overview

- PartsDirect provides repair parts & accessories for most major brand appliances, outdoor power equipment, water heaters and treatment to DIY consumers

- Primarily offer OEM approved replacement parts, with accessories and maintenance products driving incremental sales

- Peak sales period: March through September, coinciding with the Spring and Lawn & Garden season

- Core business in consumer space (via website and phone), with growing marketplace / third party

## Channel Strategy

- Provide solutions via web, phone, commercial and third party marketplaces

- Fast-growing third party marketplaces (e.g., Amazon, eBay) primarily under the DIY Repair Parts brand

- Monetization strategy to leverage parts catalog

- Digital and social media marketing strategy driving increased visits to SPD.com and website rebuild improving conversion rate of users

- ~640 dedicated expert advisors located in 8 call centers assist consumers by phone

## Customer / Need Overview

- 60% of customers primary reason for visiting site is to purchase a replacement part for their product (16% to research part replacement)

- 11.5% of purchasers are new to PartsDirect and 42% have done business with PartsDirect in the last 5 years

Note:
(1) As of FY2017

## Portfolio Business Mix[1]



### By Channel



Marketplace 2%
Other 2%
Commercial 15%
Consumer Web 53%
Consumer Phone 28%

### By Product



Other 11%
Laundry 10%
Cook & Dish 17%
Lawn & Garden 23%
Refrigeration 39%

56

UCC_SEARS0000065

# PartsDirect Existing Website Infrastructure

| Current Site Architecture | Commentary |
| --- | --- |



**Commentary**

- Current application was built ~10 years ago

- Despite piecemeal improvement, legacy architecture limits delivery of fast and reliable business features

- Application is not scalable and also limited by on-prem infrastructure

- Application performance has been a lagging factor because of the old architecture

- Application is not resilient to downstream systems' outages

- Lots of inter-dependencies causes multiple failures

Highly Confidential

UCC_SEARS0000066

# Franchise Overview

## Business Overview

- Franchise services is a leading multi-service franchisor in the residential home service sector

- Services include carpet & upholstery care, air duct cleaning & indoor air quality, garage solutions, maid services and handyman solutions

- Franchise agreements are generally for a term of 10 years and are renewable

    - Revenue stream includes initial fee, royalty fee (6-10% of net revenue), monthly IT Support fee, renewal and transfer fee

- Franchise network managed through operational visits, phone calls, review of vendor statements and sales trends, customer satisfaction scores, background and insurance compliance and annual independent audits

- Over 390 active franchise territories across current franchise business models

    - In more than 375K homes annually

    - Approximately 76% service area coverage nationwide across business models

- In 2014, began offering handyman and maid services

- Approximately 40 corporate employees supporting the franchise network and branches

    - Functions include operations, IT, marketing and advertising, finance, customer service, R&D and search engine optimization

- Headquartered in Columbus, OH

## Business Mix



## Franchise Locations



Highly Confidential

UCC_SEARS0000067

# EXHIBIT B

CONFIDENTIAL
NOT FOR DISTRIBUTION

# Project Transform – Business Plan

**January 2019**

CONFIDENTIAL
NOT FOR DISTRIBUTION

# Table of Contents

| | | |
|---|---|---|
| I. | Executive Summary | 3 |
| II. | Delivering a Highly Personalized Experience | 8 |
| III. | Retail Footprint | 13 |
| IV. | Small Store Footprint | 16 |
| V. | Core Operating Businesses | 19 |
| | A. Kenmore | 20 |
| | B. Sears Home Services | 26 |
| | C. Innovel | 30 |
| | D. Credit Card Portfolio | 34 |
| | E. Sears Auto Center | 36 |
| | F. E-Commerce Business | 39 |
| | G. DieHard and Monark | 41 |
| VI. | Overview of Key Initiatives | 44 |

SEARS_UCC00280136

CONFIDENTIAL
NOT FOR DISTRIBUTION

# Disclaimer

This presentation has been prepared by ESL Investments ("ESL") based on confidential information provided by the Company and publicly available information. ESL and its representatives have not assumed any responsibility for independently verifying the information herein, ESL and its representatives make no representation or warranty as to the accuracy, completeness or reasonableness of the information herein and ESL and its representatives disclaim any liability with respect to the information herein. This presentation may include projections, forecasts or other forward-looking statements with respect to the Company and there can be no assurance as to ESL's or the Company's future performance. This presentation speaks only as of its date, and ESL and its representatives assume no obligation to update it or to advise any person that any of its conclusions has changed.

The assessments of Sears situation and the proposal described in this document are solely an expression of ESL's views. Sears has not approved or endorsed this document. Any action or response of Sears in connection with the items discussed in this presentation will require prior review and approval by Sears' Board, the Restructuring Sub-Committee, the Special Committee and/or the Related Party Committee. There can be no assurance that any action will be taken in response to ESL's proposals contained herein, and any action plan that is adopted could vary materially from the proposals described in this document.

This presentation is solely for informational purposes. This presentation is not intended to provide the basis for any decision on any transaction. The recipient should make its own independent business and legal decisions based on all other information, advice and the recipient's own judgment. **This presentation is not an offer to sell or a solicitation of an indication of interest to purchase any security, option, commodity, future, loan or currency. It is not a commitment to underwrite any security, to loan any funds or to make any investment.**

CONFIDENTIAL
NOT FOR DISTRIBUTION

# I. Executive Summary

[ 4 ]

CONFIDENTIAL
NOT FOR DISTRIBUTION

# Executive Summary

- **ESL is pleased to present its go-forward business plan for NewCo which would achieve positive EBITDA in FY2019 through revenue growth initiatives, significant cost savings and strategic investments**

  — Base Case assumes Brick & Mortar SSS growth of -1% in 2019 based on its performance prior to filing, as well as 125bps of margin improvement

  — NewCo's Brick & Mortar 425 store footprint is projected to generate $338mm of EBITDA in FY2019 and continue on a positive trajectory thereafter

- **ESL believes that 425 strategic and geographically diversified Brick & Mortar locations is the optimal go-forward footprint which would achieve value maximization across the NewCo ecosystem**

- **Leveraging the synergistic network and interdependent ecosystem across the various NewCo business segments is key to unlocking the value of the franchise**

  — NewCo will leverage its state of the art Shop Your Way intelligence platform and integrated retail platform to deliver value and convenience to its members

- **Emerging from Chapter 11 with a right-sized and flexible balance sheet will enable NewCo to appropriately invest capital in attractive new opportunities**

  — Strategic initiatives include externalizing Kenmore, extending the Diehard brand, investing in the SHS platform, accelerating investment in Innovel technology, capex in select large format stores and expansion of the new small footprint concept

SEARS_UCC00280139

CONFIDENTIAL
NOT FOR DISTRIBUTION

[ 5 ]

# Executive Summary (Cont'd)

- **ESL, with input from Sears' management has worked to identify significant cost savings across both Corporate SG&A and Supply Chain expense line-items**
  - Run-rate expenses are currently $1.2 billion and are expected to be reduced to below $600 million by FY2019

- **ESL is actively looking for a CEO with a proven track record in effectuating large scale dynamic transformations**
  - Certain core operating business units require talent upgrades as these businesses have underperformed despite being positioned for leadership in their respective industries

SEARS_UCC00280140

CONFIDENTIAL
NOT FOR DISTRIBUTION

# Why NewCo Will Be Successful

**1** **Brand Recognition:**

- Currently, Sears is the 3rd largest appliance retailer in the U.S. with a 15.3% market share

— Lowes has 25.8% share; Home Depot has 17.1%; Best Buy has 13.7%

**2** **Competitive Advantage:**

- Sears is a leading B2C delivery & installation provider through its Innovel logistics business

— Competitive advantage over other market participants with high barriers to entry

— Amazon and others continue to seek to leverage Sears' capabilities through its Innovel network

- Expansive Financial Services platform with profitable Citi credit card agreement and multiple avenues for continued growth under the partnership

**3** **Ecosystem Value:**

- Strong physical presence and unique locations to support the digital showroom concept - which is important on big ticket and considered purchases - combined with online penetration, home services, credit, and delivery capabilities make for a powerful network value proposition

**4** **Strategic Initiatives:**

- Increased focus and investment on a right-sized footprint should command higher market share and feed into the overall NewCo ecosystem

- Ability to expand reach in hardline categories through scaling the small format concept

**5** **Technological Advancements:**

- Robust digital platform (SYW) which boasts 145mm total registered users including 49mm active users in the last 24 months, 33mm users in the last 15 months, and 15mm redeemers in the past 15 months

— Personalize pricing capabilities at the member level driven by machine learning data and analytics platform

SEARS_UCC00280141

CONFIDENTIAL
NOT FOR DISTRIBUTION

# NewCo's Synergistic and Interdependent Ecosystem



CONFIDENTIAL
NOT FOR DISTRIBUTION

# II. Delivering a Highly Personalized Experience



SEARS_UCC00280143

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Shop Your Way*

# Integrating & Digitizing the Sears Platform

Shop Your Way is one of the most sophisticated data, analytics, marketing and rewards engine platforms in the United States. Its advanced data capabilities are the cornerstone of the new Sears experience.

## KEY HIGHLIGHTS

- **Shop Your Way leverages unique analytical capabilities and corporate partnerships to create a robust member experience**
  — Creating strong customer relationships is at the core of modern-day retail and building brand equity
  — By leveraging Shop Your Way data, the Company can actively cater to the latest customer trends and effectively plan for the future in an agile manner
- **Shop Your Way provides substantial intelligence to Sears Brick and Mortar Business, as well as its other core operating businesses**



**Members**
Approximately fifty million members with billions of data elements stored at the most granular level – the individual.

**Data Insights**
Thousands of lifestyle and purchase segments used to create personalized communications and offers.

**Machine Learning**
Using data insights to score members in real time, and power decisions and experiences through relevant marketing channels.

**Digital Platforms**
Seamlessly connecting the right channels at the right time to drive the desired member behavior.

**Partner Network**
Creating a network that's valuable and rewarding for everyday earning – from gas, groceries, payroll, wireless, healthcare, travel, entertainment, and more.

**Points**
One currency earned across multiple partners to reward members for the things they do every day.

CONFIDENTIAL
NOT FOR DISTRIBUTION

## Shop Your Way
## SYW Offers a Large Network of Members Value Everyday



CONFIDENTIAL
NOT FOR DISTRIBUTION

*Shop Your Way*

# The ShopYourWay Framework For Success

**SYW is built around a triumvirate framework focused on (i) Essentials (ii) Gift Giving and Celebration, and (iii) Considered Purchases**

## Focus Areas

### Essentials
- Prepared foods
- Wine / Beer
- Coffee / Tea
- Snacks
- Household Consumables

### Gift Giving and Celebration
- Birthdays
- Anniversaries
- Graduations
- Weddings
- New Baby

### Considered Purchases
- Refrigerators
- Washing Machines
- Dishwashers
- Fitness Equipment

## Member Journey



Member Journey

- Marriage
- Having A Baby
- Vacations
- Pets
- Bar Mitzvahs
- Weekly Essentials
- Moving / Relocation

## Member Experience

| | |
|---|---|
| Stores | Sales Associates |
| Call Centers | Personal Shoppers |
| Websites | Home Services Technicians |
| Email | Delivery & Installation Services |
| Credit Card / Payments | Points Awards & Redemptions |

*Machine learning capabilities embedded in the SYW architecture will allow the Company to deliver an unrivaled consumer experience*

SEARS_UCC00280146

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Targeted Offers*
## SYW Capabilities

### Mass Offer



**Friday and Saturday Only**

- Offer available to all regardless of intent - higher incremental need to breakeven

**vs.**

### Targeted Offer





- Targeted based on propensity and members value able to scale up and down to control investment

### Target Member Offers

- Through the use of Targeted Offers through various members-facing channels such as email, text, and app experiences, SYW has the ability to cater individual member level offers at a broad level such as format (Sears & Kmart) or the ability to target directly to an individual item level (a specific model of refrigerator)

- This allows for the ability to drive a behavior/purchase at a member level and not allow for the remaining population of shoppers to be given a discount/points that does not drive an incremental trip or spend thus creating a higher ROI

SEARS_UCC00280147

[ 12 ]

CONFIDENTIAL
NOT FOR DISTRIBUTION

# III. Retail Footprint



CONFIDENTIAL
NOT FOR DISTRIBUTION

## *Retail Footprint*
## Overview

**NewCo boasts an attractive footprint with geographically diversified assets including retail, industrial and office assets**

### Overview & Criteria for Selection

- 425 retail locations diversified across all 50 U.S. states including Puerto Rico and Guam
  - Associated with the 425 retail locations are 196 Sears Auto Center ("SAC") locations, 6 standalone SAC locations and the DC and MDO (Market Delivery Operations) network
- Majority of footprint has remained EBITDA positive since 2013
  - 2013A EBITDA[1] of $580mm
- Hoffman Estates headquarters included in the portfolio (~2.275mm sq. ft)

### Footprint Breakdown

| Type | Amount of Properties |
|---|---|
| Sears | 223 |
| Kmart | 202 |
| **Total Retail** | **425** |
| SAC (Including Standalone) | 196 |
| Pharmacy | 89 |
| Supply Chain | 119 |
| Sears Home Services | 48 |



**NewCo Footprint**

Sears
Kmart
MDO
Other

Guam

Puerto Rico &
US Virgin Islands

Hawaii

Alaska

1.  Includes SAC performance at the 4-Wall
2.  Includes 22 Direct Distribution Centers and 1 Conveyable Supply Chain Facilities
3.  Includes 2 Pad Centers, 1 Central Return Facility and 3 PS Central Services

HIGHLY CONFIDENTIAL

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Retail Footprint*
## Overview (Cont'd)

### Real Estate Breakdown

| ($ in 000's) | Property Count | Total Square Feet | Appraised Lit Value | Appraised Dark Value |
|---|---|---|---|---|
| **Owned** | | | | |
| Sears | 78 | 12,626,759 | $781,780 | $524,625 |
| Kmart | 12 | 1,298,102 | 135,452 | 98,400 |
| **Total Owned** | **90** | **13,924,861** | **$917,232** | **$623,025** |
| **Ground Lease** | | | | |
| Sears | 51 | 8,450,184 | $562,850 | $218,400 |
| Kmart | 14 | 2,071,316 | 39,790 | 14,000 |
| **Total Ground Lease** | **65** | **10,521,500** | **$602,640** | **$232,400** |
| **Leased** | | | | |
| Sears | 94 | 12,766,836 | $310,032 | N/A |
| Kmart | 176 | 16,315,242 | 155,781 | N/A |
| **Total Leased** | **270** | **29,082,078** | **$465,813** | **N/A** |
| **All Properties** | **425** | **53,528,439** | **$1,985,685** | **$855,425** |

Note:    Appraisals by Cushman & Wakefield

SEARS_UCC00280150

CONFIDENTIAL
NOT FOR DISTRIBUTION

# IV. Small Store Footprint



CONFIDENTIAL
NOT FOR DISTRIBUTION

## *Small Store Footprint*
## Investment Highlights

**NewCo intends to increase investment in the smaller footprint strategy as it reduces its large box footprint**

### Store Overview

- The Company has recently been testing the concept of opening smaller footprint digital stores, marketed as "Sears Appliances" to leverage and highlight their most popular and profitable categories

  — Small footprint stores range from 7,000 – 20,000 sq. feet, while typical Sears locations average ~138,000 sq. feet

    • Allows the company to substantially reduce rent expense and personnel costs

    • On-demand inventory helps the Company improve its cash conversion at the retail level

  — Locations have successfully opened in Texas, Colorado, Hawaii and Pennsylvania

  — Most orders are placed on demand and can be shipped to customers or store locations

  — Stores specialize in selling appliances, but also offer the ability for consumers to order all Sears products in-store

- Locations offer interactive displays and trained experts to assist customers with their appliance & non-appliance needs

SEARS_UCC00280152

CONFIDENTIAL
NOT FOR DISTRIBUTION

## *Small Store Footprint*
# Expansion of Small Footprint

### Business Overview

- Store size: 7,000 to 20,000 sq/ft (leased)
- Local personalized shopping experience benefiting the community through the Sears and ShopYourWay ecosystem
- Products & services tailored to the community:
  - Home Appliances
  - Home Services (Repair, Parts, Home Improvement)
  - Connected Solutions (IoT products)
  - Financing options for every member
    - ShopYourWay 5-3-2-1 card
    - Leasing
    - Layaway
  - Shop Your Way Products and Services
  - Mattresses (when over 10k ft²)
  - Other community relevant products when space permits and based on local demographics and needs (seasonal product, tools, fitness, etc.)
- Highly trained consultative experts that focus on helping customers with
- large purchases and home solutions
- In-home support and consultation
- Unlimited service opportunities and solutions; Service Live

### Financial Summary (2018E)

| (4 Operating Stores), Proof of concept ($000s) | 2018F |
| --- | --- |
| Sales | $23,882 |
| Gross Margin | 7,435 |
| *GM%* | *31%* |
| Operating Expenses | 5,557 |
| EBITDA | 1,878 |
| *EBITDA %* | *8%* |
| EBITDAR | 3,065 |
| *EBITDAR %* | *13%* |
| IRR | 36% |
| **Payback** | **3.75 yrs** |

| Description | Store Economics |
| --- | --- |
| Gross SF | 7,000 to 20,000 |
| Selling SF | 6,750 to 18,000 |
| Annualized Sales | $4m - $8m |
| *Sales per/GSF* | *$400 - $500* |
| EBITDA $ | $.4m - $1.0m |
| *EBITDA %* | *~8%* |
| EBITDAR $ | $.6m - $1.4m |
| *EBITDAR %* | *~13%* |
| Capital Investment | $1.4m - $1.8m |
| IRR | 30% - 60% |
| Payback | 3 - 4 yrs |

SEARS_UCC00280153

CONFIDENTIAL
NOT FOR DISTRIBUTION

# V. Core Operating Businesses

HIGHLY CONFIDENTIAL

CONFIDENTIAL
NOT FOR DISTRIBUTION

# A. Kenmore



SEARS_UCC00280155

CONFIDENTIAL
NOT FOR DISTRIBUTION

## *Kenmore*
## Value Creation

### How Do We Get There

- Establish diversified sourcing partnerships
- Externalize the brand beyond Sears and Amazon
- Invest in innovation particularly with respect to connected living solutions
- Evaluate merits of an OEM strategic alliance

### Relationship to Store Network

- Leading appliance brand attracts customers to Brick + Mortar locations
- PA revenue stream directly connected to Brick + Mortar P&L
- Kenmore appliances are focal point of small footprint stores

### Attributes of the Right CEO

- Proven track record of forging strong partnerships in an industry with few players
- Strong deal maker
- Understands technology and specifically innovations that enable customer convenience

### Peer Benchmark

- **Public comparables (EV/2018E EBITDA)**
  — Haier (9.0x)
  — Whirlpool (7.6x)
  — Arcelik (7.4x)
  — Electrolux (6.1x)

- **Precedent Transactions**
  — Jan 2016: Haier acquired GE Appliances for ~10.0x LTM EBITDA
  — Sep 2014: Electrolux bid for GE Appliances for 7.2x LTM EBITDA (withdrawn)
  — Aug 2005: Whirlpool acquired Maytag for 8.3x LTM EBITDA

SEARS_UCC00280156

CONFIDENTIAL
NOT FOR DISTRIBUTION

## Kenmore
## Investment Highlights

| | Highlights | Externalization and Other Opportunities for Partner |
|---|---|---|
| **1. Iconic American Brand that is Synonymous with Quality** | • Earned 7 "Best of 2018", 4 #1 Products, 3 "Top Ten" and 2 "Best Buy" awards from Consumer Reports in 2018 | • Further expand and externalize an already established, iconic American brand |
| **2. Industry Leadership in Major Appliances** | • Significant market share despite Sears performance and capital constraints | • Recover share recently ceded as result of Sears store closures and comp sales performance |
| **3. Access to a Robust National Distribution Platform** | • Robust distribution and service platform supported by Sears service network (Innovel and Sears Home Services)<br>• Successful nationwide launch of major appliances on Amazon.com (first in the industry) | • Accelerate externalization through other channels outside of Sears (e.g. mass discounters, big box specialty, online) |
| **4. Delivering Turn Key Solution to Retailers** | • Partnership with Innovel and Sears Home Services enables scalable, national network for "one-stop-shop" and "purchase-everyday use-replacement" coverage<br>• Success on Amazon.com demonstrates "Turn Key" potential for external channel expansion | • Drive Amazon and future external retail partnerships with last-mile "through-the door" delivery and expert installation services |
| **5. Significant Opportunity from Connected Home Strategy** | • Access to key data on customers' usage patterns and preferences across entire nation through smart products<br>• Smart data collected facilitates new targeted offers (for customer retention), after-sales service leads and other revenue opportunities | • Gain sales, after-sales leads and other revenue opportunities generated by data from smart products<br>• Expand into other adjacent areas of home automation |
| **6. Track Record of Successful Innovation** | • A long history of successful product launches with patented intellectual property<br>• Strong product development pipeline with more than 290 new product launches in last two years | • Expand R&D efforts and innovation through strategic OEM partnership |
| **7. Strategic Supply Chain Relationships with Leading Vendors** | • 3 of 4 major OEM agreements secured through 2020 with 1 key OEM negotiation expected to conclude shortly | • 1 of 3 major vendors secured through 2020, with other two key vendor negotiations expected to conclude in Q3 2018 |

Kenmore.

1.   Based on IBISWorld data

SEARS_UCC00280157

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Kenmore*
# Industry Leader in the U.S.



**Kenmore is a Leading Brand in the Overall U.S. Major Appliance Category Despite its Constrained Distribution to Date ...**

*(Q1 2018A Sales Share by Brands, based on major appliance category)*

| Samsung | GE | LG | Whirlpool | Kenmore |
|---------|-----|-----|-----------|---------|
| 18.6% | 15.5% | 15.5% | 13.7% | 8.8% |

**... and the Only Major Brand to be Successful Across Product Categories**

**Financial Overview**

*(LTM Dec 2017 Sales)*

Major Home Appliances

- Refrigeration 43.0%
- Large Cooking 34.0%
- Laundry 16.0%
- Dishwasher 7.0%

Small Appliances

- Air Treatment 25.0%
- Microwave 17.0%
- Small Cooking 17.0%
- Floorcare 27.0%
- Grills 7.0%
- Watershop 7.0%

**Kenmore Market Share Across Industries (Q1 2018A)**

| Freezer | Home Laundry | Cooking | Refrigerator |
|---------|--------------|---------|--------------|
| 3rd 16.1% | 6th 9.4% | 4th 8.5% | 6th 8.0% |

Source: Traqline as of Q1 2018 A

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Kenmore*

# An Integrated Consumer-Focused Business Model

**Provides an end-to-end solution throughout the entire value-chain that is unmatched in the major appliances industry and encourages brand-loyalty**

## Consumer-Focused Business Model

Retail Stores and Online → Innovel Delivery and Installation → SHS Protection Agreements → SHS Home Maintenance → Consumer Replacement Need

*Kenmore is the only major appliance brand which can deliver an end-to-end suite of customer products and related services*

- ✓ Kenmore/Sears
- ✗ LG
- ✗ Samsung
- ✗ Whirlpool
- ✗ General Electric/Haier
- ✗ Home Depot
- ✗ Lowes
- ✗ Amazon

## Amazon Case Study

- Sears began distributing Kenmore products through Amazon in 2017
- Retail demand for Kenmore products on Amazon is growing rapidly since launch
- Warehousing, delivery and installation network has scaled to nationwide coverage as of March 2018
  - Turn Key model outlined on earlier slides is fully-implemented and delivering high-quality customer service above expectations
  - Consistent Net Promoter Score >75%
  - >97% on-time delivery within three-hour slot (day and time) selected by customers at checkout
- Sears has also leveraged this Turn Key model for other Sears products and brands (e.g., DieHard tires, batteries and battery accessories)
- Kenmore, Innovel and SHS are prepared to rapidly expand the Turn Key model to other retail accounts

SEARS_UCC00280159

[24]

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Kenmore*

# Growth Strategy Overview

## External Channel Growth

- Amazon partnership driving non-Sears Kenmore business

- Success of Amazon partnership clearly demonstrates:
  - — Kenmore brand strength and product quality
  - — Innovel's market leading white product delivery capabilities
  - — Market opportunity for externalizing Kenmore sales

- Kenmore is evaluating other potential external partnerships with online and traditional retailers (regionals and nationals)

- External growth will improve brand awareness for younger consumers and create a virtuous cycle improving internal sales

- The Turn Key licensing solution could be leveraged to expand Kenmore into other retailers

## Kenmore Smart Platform

- Kenmore is committed to including connectivity features on 100% of powered appliances
  - — As of May 2018 thirty-five Kenmore major appliance models include Smart features
  - — Kenmore has a robust pipeline of connected products in key categories coming to market

- Proprietary Capabilities
  - — Platform is significantly easier to set-up compared to competitors
  - — App allows users to experience the benefit of connectivity
  - — Cloud provides information and analytics for future product development and generates an opportunity for downstream revenue through integration with online retailers and emerging voice-activated retail platforms (e.g. Amazon Alexa, Google Home, Apple Home Kit)

- Increasing penetration of connected appliances will provide downstream revenue opportunities for Kenmore, either through vertical or affiliate business models

Source: Company management.

[25]

CONFIDENTIAL
NOT FOR DISTRIBUTION

# B. Sears Home Services



SEARS_UCC00280161

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Sears Home Services*
# Value Creation

## How Do We Get There

- Expand the solution set beyond appliance repairs (electric, plumbing, etc.)
- Transform the brand to stand for expertise in connecting the home
- Become the Chief Information/Operator Officer of the home
- Leverage Service Live capabilities to become the Uber platform for Home Services

## Relationship to Store Network



- Trusted repair and installation company attracts a loyal customer to the Brick + Mortar store base
- Intimate appliance and protection knowledge is key to owning the customer lifecycle

## Attributes of the Right CEO

- Understands platform businesses and connectivity of supply and demand
- Proven leader in transformation (need to transform into a 21st century customer solution technology driven business)
- Experience in both B2B, B2C and B2B2C
  - E.g. Partnership with ABC apartment management company which in turn connects Sears to renters

## Peer Benchmark

- No national competitor
- **Public comparables**
  — ANGI Homeservices Inc. (~9bn Market Cap; ~33x TEV / 2018E EBITDA)
- **Precedent Transactions**
  — Recent spin-off of Frontdoor (American Home Shield)
    - $2.6bn EV and $2.0bn market cap
    - LTM EBITDA of $237mm
    - TEV / EBITDA of 11.0x

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Sears Home Services*

# Investment Highlights

**Total Addressable Home Services Spend is ~$270B[1]; SHS Is Positioned to Expand Services to Customers via a Comprehensive Nationwide Network**

**1. Difficult-to-Replicate National Repair Network**
- Leader in national appliance repair, utilizing Sears brand and A&E Factory Service (white label) workforce to complete ~5.2M repairs 2017
- Approximately 4,500 trained in-house service technicians complemented by over 650 active independent contractor firms within a 1,099 labor network

**2. Highly Attractive, Fragmented Marketplace with Strong Growth Potential**
- SHS is a leader in a fragmented marketplace
- ~$270B[1] total spend with 250M+ service events per annum; SHS directly participates in three-fourths of total available marketplaces
- Opportunity to further penetrate households within existing service capabilities and expand coverage by entering new service verticals

**3. Comprehensive Suite of Home Services**
- Complete services suite to attract business at point of sale (Protection Agreements), point of need (Home Warranty), DIY (Parts Direct) and full spectrum of in-home remodeling and maintenance services (Home Improvement and Franchise)
- Broadest diversity of offerings across competitive landscape

**4. Industry-Leading Selling Capabilities / Conversion**
- Superior training of customer-facing associates across sales channels
- Effective access to customers with robust retail and post purchase / point of need Protection Agreement ("PA") and Home Warranty selling network
- Attractive service contract attachment and best-in-class lead generation and customer conversion

**5. Attractive Customer Demographics**
- SHS caters to a diverse base of commercial and residential customers
- Provides fulfillment services for industry-leading retailers, OEMs and financial service firms
- Core residential customers are primarily affluent, married homeowners

**6. Strong Operational Expertise and Scalable Infrastructure**
- 125-year history of providing highest quality services
- Infrastructure investment in place to support future growth of service network
- 5-star customer ratings

1.  Based on IBISWorld data

SEARS_UCC00280163

[29]

CONFIDENTIAL
NOT FOR DISTRIBUTION

## *Sears Home Services*

# Industry-Leading Products, Services and Fulfillment Capabilities

**Sears Home Services ("SHS") provides repair services and service contracts for appliances, electronics, outdoor power equipment, residential heating & cooling systems, power tools and fitness equipment**



*"House Experts for Homeowners"*

### How SHS Adds Network Value

- Continued customer relationship
- Provides opportunity for after market value
- Opportunity for technicians to make incremental sales

## SHS

| **Protect (Service Contracts)** | **Fix (In-Home Repair)** | **Do-It-Yourself ("DIY") (Parts Direct)** | **Maintain (Franchise)** | **Improve (Home Improvement)** |
|---|---|---|---|---|
| ▪ Protection Agreements | ▪ In-Home Service & Repair | ▪ Parts Sales | ▪ Carpet & Upholstery Cleaning | ▪ Roofing, Siding, Windows |
| ▪ Home Warranty | | | ▪ Duct Cleaning | ▪ Bath, Kitchen |
| ▪ Replacement Plans | | | ▪ Floor & Tile Cleaning | ▪ HVAC Service & Install |
| | | | ▪ Handyman & Maid | ▪ Flooring & Garage Doors |

**Current Services Portfolio**

**Utilizing an end-to-end customer solution across a suite of services & product offerings is central to the broader Sears strategy**

Source:   Company management

CONFIDENTIAL
NOT FOR DISTRIBUTION

# C. Innovel



SEARS_UCC00280165

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Innovel*
## Value Creation

### Peer Benchmark

■ **Public comparables**

— XPO (~$11bn Market Cap; ~9x TEV / 2018E EBITDA)

— CHRW (~$12bn Market Cap; ~14x TEV / 2018E EBITDA)

■ **Precedent Transactions**

— HD Investment of $1.2bn over 5 years

— 2018 Ryder acquisition of MXD for $120mm at a 15x multiple



### Attributes of the Right CEO

■ Extreme customer experience focus

■ Data driven decision making and operational excellence

■ In depth knowledge of 3 PL markets (first, middle and last mile)

■ Proven track record in closing new business

### Relationship to Store Network

■ One of a few logistics companies with cross-country, 2-day last mile fulfillment capabilities

■ Creates customer convenience and draw to Brick + Mortar locations



### How Do We Get There

■ Accelerate BD process to drive 3rd party business

■ Leverage DC/MDO facilities to expand into other categories beyond bulky goods

■ Build/Buy/Partner to bring robotics technology into DCs/MDOs to drive efficiencies

■ Merger or IPO candidate

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Innovel*

# Investment Highlights

**Innovel has ample room for organic, profitable growth via externalization and footprint optimization**

### 1 — Difficult-to-Replicate National Distribution Network

- World-class distribution network, utilizing 11 up-to-date distribution facilities and 108 MDO facilities, collectively occupying ~9.3mm square feet and over 500 acres
- Approximately 2,200 employees and strong relationships with third party carriers, enabling industry-leading delivery times
- Strategically located footprint catered to middle mile and last mile fulfillment for store network

### 2 — Ability to Strengthen Member Relationships

- Superior instillation capabilities offers opportunity to develop stronger customer relationships and brand equity
- Can further leverage in-home instillation assignments to cross-sell additional Sears related products (e.g. protection agreements, Shop Your Way Credit Cards and Home Services offerings)

### 3 — Attainable 3rd Party Revenue Opportunity

- Revenue externalization process has launched with success, quickly entering into new contracts with blue-chip clients
- Substantial capacity, especially with a right-sized store footprint, will allow for quick integration of 3rd party customers
- Highly-trained network of instillation and delivery professionals offers opportunity to expand into adjacent instillation services for 3rd party clients
- By 2021, total volume is expected to increase by ~80% from 2.9mm in 2018 to 5.3mm with increasing diversification away from Sears; decreased Sears exposure by ~55 percentage points from 2018 to 2021

### 4 — Achievable Opportunities To Cut Substantial Costs

- Current capacity, given reduced Sears store footprint, provides opportunity to ramp up 3rd party business with virtually no additional infrastructure investment
- High degree of operating leverage is conducive to margin enhancing growth
- Management has identified several initiatives, such as IT investment, that will improve labor productivity and enhance long-term cost structure

### 5 — Strong Operational Expertise and Scalable Infrastructure

- Strong, experienced management team with industry-leading knowledge and experience in logistics and supply-chain
- Management has demonstrated an ability to invest in new MDO's in key geographies in a capital efficient manner

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Innovel*

# Overview & Strategic Logic

### Innovel Overview

- World class third-party logistics provider with unique end-to-end nationwide capability to execute both the middle mile and final mile for Big and Bulky items

- Provide a variety of services including 2-day and next day delivery, complex installation, industry leading online fulfillment capability, U.S.-based customer service, commercial sales B2B support, transportation solutions and warehousing

- Substantial opportunity for profitable growth by continuing to centralize externalizing business

### Key Figures

- ~2,200 employees located across the country

- 11 middle mile distribution centers placed across the country

  — Collectively occupy ~9.3mm square feet and over 500 acres

- 3 offshore retail distribution centers

- 108 final mile cross-dock centers, capable of home delivery

  — Collectively occupy ~9.3mm square feet

### Next Day and 2 Day Capabilities



*24-48-hour delivery capability for 85% of households and 93% of orders*

■ 24-Hour Turnaround
■ 48-Hour Turnaround

CONFIDENTIAL
NOT FOR DISTRIBUTION

# D. Credit Card Portfolio



CONFIDENTIAL
NOT FOR DISTRIBUTION

# *Credit Card Portfolio*
## Overview

### Overview of Current Program

| ShopYourWay/ Private Label | | | |
|---|---|---|---|
| 20mm Accounts | 1.8mm New Accounts | $1,748mm New Account Spend | |
| $4,408mm Internal Spend | $10,389mm External Spend | $13,660mm Avg. Receivables | |
| $132mm Cash Payments to Sears | $221mm Other Program Economics[1] | **Sears Share 10.5 % / 17.5 % 2017 Pre-Tax Income** | |

**Thank You/ Non Rewards**

### Legacy Portfolios





| $8,923mm Spend |
|---|
| $8,384mm Avg. Receivables |
| $31mm Cash Payments to Sears |
| $85mm Other Program Economics[1] |

### New Account Portfolios

| | |
|---|---|
| $4,332mm Spend | $1,543mm Spend |
| $3,508mm Avg. Receivables | $1,768mm Avg. Receivables |
| $101mm Cash Payments to Sears | |
| $135mm Other Program Economics[1] | |

### Terms & Economics

- 5-year extension through November 2025
  - Optional extension of 2 additional years through 11/27, predicated upon Sears meetings performance hurdles
- Sears has the option to repurchase / arrange for 3rd party repurchase of program assets
  - Repurchase option is only for SYW/PL program and eligible at the end of the 2-year extension (11/27)
- 2018 – 2020 Economics: Economic sharing largely in line with the current program agreement
- After 2020 Economics: Economic sharing predicated upon Sears opening new accounts / total program sales for SYW/PLCC and on total program sales for TY/NR
- Marketing support to include permanent support of SYW externalization; non-contractual support on good faith terms
- Continuation of Commercial Lending Program and Private Label program (subject to certain triggers) in full line stores

### Strategic Benefits

- Revenue sharing program with the Credit Card Partner (Citi)
- Synergy generated from the integration of the Credit Card portfolio with SYW
- Size and store footprint of NewCo will continue to drive the economics of the Credit Card Portfolio

1. Other program economics includes rewards reimbursement, marketing support, merchant subsidies, member value proposition, interchange savings, and deferred interest financing costs paid by Sears. Does not include direct cash payments to Sears

SEARS_UCC00280170

CONFIDENTIAL
NOT FOR DISTRIBUTION

# E. Sears Auto Center

SEARS_UCC00280171

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Sears Auto Center*

# Investment Highlights

**① Unique Industry Player With National Footprint**

- Large, national player with strong brand equity competing against mostly regional and local businesses
- Beneficiary of traffic to Sears FLS, giving the segment enhanced customer visibility
- Ability to leverage Sears' national supply chain contributes to enhanced lead times and customer service
- Base of 2,163 trained and accredited technicians provides unique opportunity to take advantage of excess capacity

**② Diverse Product Offering**

- Mix of service and merchandise product offering allows Sears Auto Center to be a one-stop-shop for automotive needs, leading to recurring revenue and high customer satisfaction
- Proven ability to cross-sell merchandise to customers seeking mechanical service (and vice-versa)
- Strong relationships with blue-chip vendors provides for attractive merchandise offering

**③ Leasing Opportunity**

- Only national retailer that offers leasing as a payment option for automotive products and services
- Ability to attract sub-prime customers with limited financing options, while maintaining no balance sheet risk due to strong financing relationships
- High margin opportunity with the ability to lease out under-utilized bays for DIY'ers
- Opportunity to create lease-based standalone Auto Centers in key markets

**④ Ride-Sharing Platform Exposure**

- Recently entered into partnerships with Uber and Lyft
  - Partnership is predicated on the creation of service stations for both ride-sharing platforms within Sears Auto Centers, where drivers can have their cars certified and purchase regular maintenance
- 5 Uber hub locations, generating 200-300 certifications per week each, as well as 10 Lyft locations, with expansion plans

**⑤ External Channel Growth Opportunity**

- Opportunity to leverage strong team of experienced associates to take advantage of tire instillation market
  - Online tire sales have grown over past few years, with vendors not having the appropriate network to complete instillation
- Recently rolled out partnership with Amazon, selling DieHard tires through the platform and installing at Sears Auto Center
  - Opportunity to expand through additional online mediums and install non-DieHard tires at store locations

**sears**
AUTO CENTER

CONFIDENTIAL
NOT FOR DISTRIBUTION

# Sears Auto Center
## Overview

### Business Highlights

- One of the largest, scaled providers of automotive aftermarket services, with a nationwide footprint of 231 locations across 38 states and Puerto Rico
  - Stores are ~17,700 square feet on average with ~17 service bays
- Service offerings include tire replacement, rapid wheel alignment, precision brake service, battery replacement, comprehensive oil / fluid change and diagnostic & mechanical services
- Attractive, diverse customer base of individual consumers and commercial / corporate accounts
- Employs one of the most tenured labor networks in the industry, with 2,163 trained and accredited technicians across store base
- Executing multi-faceted strategy across operations, merchandise, marketing, real estate, customer base and sourcing to grow revenue and improve profitability
- FY2017A Sales (All Locations): $333mm
- FY2017A 4-Wall EBITDAR (All Locations): $26mm

### Customer Segmentation

Commercial Customers ⟶ Key Customers

Commercial Customers 8%

Retail / Individual Customers 92%



### FY2017A Revenue Breakdown

Merchandise    Service

**Merchandise**
- Tires 45%
- Undercar 26%
- Battery & Related 17%
- OTC, Valves & Other 12%

71% of Total Sales

**Service**
- Tires 43%
- Fluids / Other 32%
- Mechanical / Undercar 20%
- Battery 5%

29% of Total Sales

### Key Brands Distributed

Tires    Battery & Related    OTC, Valves & Other    Undercar Parts

CONFIDENTIAL
NOT FOR DISTRIBUTION

# F. E-Commerce Business



SEARS_UCC00280174

CONFIDENTIAL
NOT FOR DISTRIBUTION

*E-Commerce Business*

# Online Business in the SHC Ecosystem

**The Online business leverages and supports the Sears ecosystem by delivering a integrated retail experience for members**

- **Traffic:** Generate traffic by making investments in Points, Digital Marketing, and Owned Marketing (email, text, social)

- **Selection:** Online assortment consists of store assortment, online exclusive owned inventory, drop-ship vendors, and marketplace sellers

- **Fulfillment:** Integrated retail capability to ship from warehouse, ship from store, pickup in store, and deliver and install (Innovel)



| ($ in million) | 2018 Sales (FCST) | | Integrated Retail Channel % | | | | |
|---|---|---|---|---|---|---|---|
| | Sales $ | % of Total SHC | Ship from DC% | Ship from Store % | Store Pickup % | Delivery (Innovel) % |
| Total Online | $1,449 | 16% | 13% | 14% | 13% | 50% |
| Sears.com | $1,170 | 22% | 12% | 11% | 22% | 55% |
| Kmart.com | $156 | 5% | 24% | 34% | 39% | 3% |
| Marketplace GMV | $122 | 0% | 0% | | | |

SEARS_UCC00280175

CONFIDENTIAL
NOT FOR DISTRIBUTION

# G. DieHard and Monark

HIGHLY CONFIDENTIAL

SEARS_UCC00280176

CONFIDENTIAL
NOT FOR DISTRIBUTION

# *DieHard*
# Business Summary

## Business Overview

- Leading provider of power solutions since 1967

- Current U.S. sales share of 4% for vehicle batteries

- Products sold primarily through Sears channels, with select external retail distribution

- All products are manufactured by leading contract manufacturers, required to comply with DieHard high quality standards

- Well-balanced portfolio of vehicle batteries, with well-developed strategies for new product introductions in adjacent and peripheral industries

  — Adjacent (Power): Connected Lighting Solutions, Solar Power Solutions

  — Peripheral (Lifestyle): Rugged Wear, Extreme Wear

## Brand Awareness[1]

DieHard 71%
53% ACDelco
49% DURACELL
48%
47%

## Revenue by Segment

Batteries and Battery Accessories 60%
Footwear 28%
Tires 8%
Other 4%

## Select Products

**Vehicle Batteries**
- Offered for Auto, Marine & RV, PowerSport and Lawn & Tractor

**Vehicle Battery Back Up**
- Various applications range from jumping a car battery to powering laptop within a car

**Portable Power and Lights**
- Categories include tool batteries, alkaline batteries, flashlights and LED lights

**Work Boots**
- High-performance boots, offered in both slip-ons and lace-ups

**Tires**
- Mid-Tier Passenger car tires manufactured by Kumho sold in SAC

**Consumer Electronics**
- Categories include Powerbanks, Chargers, Charging station, Phone cases and headsets

1. Source: The Link Group

SEARS_UCC00280177
[ 42 ]

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Monark*
## Business Summary

### Business Unit Overview

- Monark Premium Appliance Company and its affiliates form a nationwide distributor of premium home appliances that serve architects, builders, designers, developers and homeowners

- Monark represents a partnership between three leading distributors: Florida Builder Appliances, Westar Kitchen & Bath and Standards of Excellence

- Showrooms provide customers with premium cooking, cooling and cleaning appliances

- Established in June 2015

### Store Locations

20 showrooms across Arizona, California, Florida and Nevada



### Select Brands

             

CONFIDENTIAL
NOT FOR DISTRIBUTION

# VI. Overview of Key Initiatives

SEARS_UCC00280179

CONFIDENTIAL
NOT FOR DISTRIBUTION

# A smaller but Balanced Sears and Kmart Footprint Delivers $330MM of 4-wall EBITDA in 2019

## Business Overview

- Sears' Retail Business consists of its 266 Sears Stores, 239 Kmart Stores and their respective Online presences

- The business is broken into the primary categories below

  — Hardlines – composed of Home Appliances (HA), Consumer Electronics, Tools, Lawn & Garden, Outdoor Living, Sporting Goods, Mattresses, and Monark businesses

  — Softlines – composed of Apparel, Footwear, Home, and Jewelry businesses; these businesses sell an assortment of proprietary brands as well as third-party retail options

  — Sears Auto Centers – a multi-channel automotive aftermarket service provider offering replacement tires, mechanical diagnostics and repair, vehicle maintenance products and services, batteries and battery-related accessories, as well as automotive accessories and chemicals for cars and light trucks

  — Grocery & Drugstore, Pharmacy, and Children's Entertainment & Seasonal – sells grocery, household and pet supplies, beauty care, OTC health & wellness, stationery, party supplies, children's entertainment products, seasonal merchandise, dispenses prescription drugs and performs clinical services

## 2018 YTD Same Store Sales Comps (% Change)



## Preliminary 2019E Forecasted Financials

| ($ mm) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Retail** | | | | | | | | | | | | | |
| Brick and Mortar Revenue | $330 | $427 | $342 | $408 | $498 | $360 | $374 | $428 | $337 | $506 | $720 | $400 | $5,128 |
| Sears Auto Center Revenue | 21 | 26 | 20 | 21 | 27 | 21 | 22 | 26 | 23 | 25 | 31 | 27 | 291 |
| Online Revenue | 62 | 75 | 59 | 74 | 93 | 57 | 68 | 80 | 34 | 80 | 83 | 62 | 826 |
| ShopYourWay | 6 | 13 | 7 | 8 | 11 | 8 | 8 | 10 | 6 | 8 | 17 | 8 | 110 |
| **Total Revenue** | **$420** | **$541** | **$428** | **$611** | **$628** | **$446** | **$471** | **$544** | **$401** | **$619** | **$851** | **$497** | **$6,356** |
| (-) COGS | (303) | (384) | (288) | (352) | (446) | (308) | (349) | (402) | (284) | (441) | (592) | (366) | (4,515) |
| **Gross Margin** | **$117** | **$166** | **$140** | **$160** | **$182** | **$137** | **$122** | **$142** | **$117** | **$178** | **$269** | **$130** | **$1,840** |
| *Margin (%)* | *28%* | *29%* | *33%* | *31%* | *29%* | *31%* | *26%* | *26%* | *29%* | *29%* | *30%* | *26%* | *29%* |
| (-) Operating Expenses | ($114) | ($131) | ($110) | ($116) | ($135) | ($115) | ($117) | ($136) | ($115) | ($133) | ($153) | ($135) | ($1,510) |
| **Retail EBITDA** | **$3** | **$25** | **$30** | **$44** | **$47** | **$22** | **$5** | **$6** | **$2** | **$45** | **$106** | **($4)** | **$330** |
| *Margin (%)* | *1%* | *5%* | *7%* | *9%* | *7%* | *5%* | *1%* | *1%* | *0%* | *7%* | *12%* | *(1%)* | *5%* |

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Optimize SG&A*

## Summary – Description of Key Initiatives

| | Initiative | Description |
|---|---|---|
| 1 | **SG&A:** | ▪ Initiatives to reduce corporate SG&A expense, including Supply Chain, from ~$1.2 billion to an annual run-rate of ~$600mm<br>▪ Payroll reductions on over 1,000 positions in November<br>▪ >$250mm in non-payroll reductions focused in marketing, IT, contracts, and professional services across back-office groups |
| 2 | **Assortment Optimization:** | ▪ Reduce the number of SKUs across the company – includes better use of distribution center storage and favorable vender costs<br>▪ Leverage brands between Kmart and Sears format – includes rollout of Jaclyn Smith, Adam Levine product lines<br>▪ Develop competitor data scrapping capabilities to help identify pricing and trend opportunities early on |
| 3 | **In Stock & Replenishment:** | ▪ In-stock: continuously improve in-stocks while minimizing non-productive inventory<br>▪ Replenishment: differentiation between basics and seasonal items and implementation of pack/size optimization |
| 4 | **Marketing - Digital ROI:** | ▪ Leverage of the online team's tracking and modeling to improve return on investment for the various digital marketing channels |
| 5 | **Marketing - Traditional:** | ▪ Utilizing "always on" strategy for broadcast/online video to improve unaided consideration scores for hardlines<br>▪ Launch brand equity messaging prior to key promotional selling periods<br>▪ Focus all media buys to go forward store locations |
| 6 | **SHS Initiatives:** | ▪ Direct to Consumer (D2C) – continued technician investment, improved pricing techniques, and optimized marketing efforts<br>▪ Business to Business (B2B) – improvements to pricing strategy, service quality, and job-completion turnover times<br>▪ Parts Direct website rebuild– enable multi-touch marketing analytics to better understand and improve the customer journey |

HIGHLY CONFIDENTIAL

SEARS_UCC00280181

[ 46 ]

CONFIDENTIAL
NOT FOR DISTRIBUTION

## *Optimize SG&A*

**1** Expected SG&A of $545mm in 2019F

| ($mm) | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | FY 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Core (Retailing)* | | | | | | | | | | | | | |
| Buying Organization | 7 | 7 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 67 |
| Retail Services & Online | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 57 |
| Marketing[1] | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 7 | 7 | 7 | 65 |
| **Total CORE (Retailing)** | **16** | **16** | **16** | **16** | **16** | **14** | **14** | **14** | **14** | **17** | **17** | **17** | **189** |
| *Back Office* | | | | | | | | | | | | | |
| Legal | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 16 |
| Accounting | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 19 |
| FP&A | 0 | 0 | 0 | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| GM Team | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Internal Audit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Procurement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Risk Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Treasury | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Real Estate[2] | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 27 |
| HR | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 9 |
| IT | 16 | 16 | 16 | 16 | 15 | 12 | 7 | 7 | 7 | 5 | 5 | 5 | 127 |
| Holding Company & Other | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| **Total Back Office** | **24** | **23** | **23** | **23** | **22** | **19** | **14** | **14** | **14** | **12** | **12** | **12** | **212** |
| *Home Services and Other* | | | | | | | | | | | | | |
| Home Services | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 23 |
| Sears Auto Centers | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| Kenmore, Craftsman & Diehard | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Contract Appliances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Builder Distributors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Connected Living | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Service Live | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| **Total Home Services & Other Businesses** | **3** | **4** | **3** | **3** | **3** | **3** | **3** | **3** | **3** | **3** | **3** | **3** | **37** |
| **Shop Your Way** | **1** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **20** |
| **Gross Healthcare & Benefits** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **2** | **25** |
| Supply Chain Home Office | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| **Total Home Office** | **49** | **49** | **48** | **48** | **48** | **42** | **37** | **37** | **37** | **38** | **39** | **38** | **506** |
| Supply Chain DC Operations[4] | 23 | 18 | 22 | 21 | 16 | 19 | 19 | 17 | 22 | 23 | 10 | 16 | 228 |
| ShC Level PA Adjustment | (8) | (10) | (7) | (7) | (9) | (7) | (6) | (8) | (6) | (6) | (7) | (5) | (84) |
| SHO / Land's End Margin | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (50) |
| Reallocated SHS Expense | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (55) |
| **Total** | **55** | **49** | **54** | **53** | **47** | **46** | **41** | **38** | **44** | **46** | **33** | **40** | **545** |

1. Additional reduction of $48mm related to digital marketing is included in the marketing initiatives.
2. Real Estate current run-rate removes the $8.9mm EDA tax credit from the city of Hoffman Estates.
3. $31.8mm of Call Centers is not allocated (primarily composed of $21mm of online); MSO reduction target based on the total reduction reported by the MSO team.
4. Includes $73.0mm of total internal margin charge from the stores; pro forma run-rate assumes Immowell is maintained at a cost of ~$50mm.

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Optimize SG&A*

# ① Review Contract Spend

- SHC has a total of 77,990 contracts for a total annual spend of ~$2.4 billion
  - 1,066 contracts represent 80% of total spend of ~$1.9 billion
- Full review of all contracts is underway in all of the businesses

| Vendor | 80% of Total Contract Spend | |
|---|---|---|
| | Spend | # of Vendors |
| Supply Chain | $928,981,566 | 78 |
| Member Technology | 203,909,706 | 210 |
| Marketing | 192,606,486 | 29 |
| Sears Retail | 111,044,319 | 63 |
| Online | 96,713,788 | 47 |
| Kmart Retail | 92,738,000 | 66 |
| Home Services | 77,183,539 | 69 |
| SAC Business Unit | 52,772,018 | 54 |
| Finance & Procurement, GMIT & Pricing Support Unit | 25,806,119 | 14 |
| T&HCS Support Unit | 17,851,715 | 21 |
| Shop Your Way Rewards | 15,839,395 | 21 |
| Corporate | 12,762,243 | 14 |
| Legal Support Unit | 11,576,566 | 16 |
| Real Estate Support Unit | 11,006,587 | 20 |
| SHIP | 6,709,297 | 12 |
| Holding Company | 6,022,115 | 16 |
| Sears Jewelry Overhead | 4,563,880 | 7 |
| Finance & Procurement, Audit, GMIT & Pricing Support | 4,150,199 | 14 |
| Sears Appliances Overhead | 4,099,175 | 7 |
| Commercial Sales Business Unit | 3,999,401 | 29 |
| KCD Support Unit | 2,323,071 | 28 |
| Corporate Retail Services | 1,765,650 | 22 |
| Financial Services Support Unit | 1,690,571 | 13 |
| Inventory Management Support Unit | 1,371,442 | 15 |
| Other | 15,551,984 | 181 |
| **Total** | **$1,903,038,833** | **1,066** |

SEARS_UCC00280183

[48]

CONFIDENTIAL
NOT FOR DISTRIBUTION

## *Optimize SG&A*

### (1) IT – Reduction to an Annual Run-Rate of ~$63mm

| ($ in 000s) | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | FY 2019 | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Monthly Pacing | | | | | | | | | | |
| **IT** | | | | | | | | | | | | | | | | | |
| Total Current Expenses | 16,061 | 16,280 | 15,178 | 16,442 | 17,391 | 14,440 | 14,392 | 13,978 | 14,024 | 13,928 | 13,729 | 13,688 | 13,779 | 13,616 | 12,333 | 171,738 | 158,911 |
| Less: Expense Reductions | (633) | (2,263) | (518) | (172) | (1,710) | 1,288 | 1,355 | 1,345 | (1,772) | (7,104) | (7,039) | (7,003) | (8,542) | (8,410) | (7,061) | (44,827) | (96,053) |
| Go-Forward Expenses | 15,427 | 14,017 | 14,660 | 16,269 | 15,680 | 15,728 | 15,747 | 15,323 | 12,252 | 6,824 | 6,689 | 6,685 | 5,237 | 5,207 | 5,271 | 126,912 | 62,858 |
| CapEx Requirements | – | – | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | 30,044 | – |

~$30mm investment required to achieve a $96mm reduction in annual spend to an annual run-rate of $63mm

### Strategy to Achieve Reduction

- Fundamental strategy change – replace legacy applications with SaaS solutions and exit internal data centers

  — Requires less FTEs to operate – less infrastructure heads and less developers ($6mm/month to $2.1mm)

- Deliverables achieved by Q3 2019:

  — Implementation of an ERP application – enables the deprecation of mainframes

  — Implementation of CRM and cloud based contact center – improves member experience as the agent will have a full 360 view of the member from a single screen and take out cost such as deprecation of legacy telephone infrastructure

  — Creation of a single product master (hierarchy) – simplifies the business. For example, same SKU used across all format. It also enables the Company to consolidate technology. For example, a single conveyable warehousing system, a single POS

  — Non FTE spend drops from $9mm/month to $2.5mm. ~ $5mm (65%) is mainframe + outsourced infrastructure support resources

HIGHLY CONFIDENTIAL

SEARS_UCC00280184

[49]

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Optimize SG&A*

# 1 Opportunity to Right-Size Headcount

| ($mm) | Active | | | Open Positions | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Active | Total Salary | Average Salary | Open | Total Salary | Average | Positions | Total Salary | Average Salary |
| *Home Services* | 161 | 13,059,052 | 81,112 | 4 | 431,000 | 107,750 | 165 | 13,490,052 | 81,758 |
| Call Centers | 16 | 1,041,485 | 65,093 | - | - | NA | 16 | 1,041,485 | 65,093 |
| Retail (Central support) | 224 | 10,827,899 | 48,339 | 13 | 602,392 | 46,338 | 237 | 11,430,291 | 48,229 |
| Merchants–Off Price | 8 | 563,073 | 70,384 | 4 | 409,555 | 102,389 | 12 | 972,628 | 81,052 |
| Health and Wellness Solutions | 3 | 473,640 | 157,880 | 1 | 105,000 | 105,000 | 4 | 578,640 | 144,660 |
| Sourcing - US | 1 | 109,490 | 109,490 | - | - | NA | 1 | 109,490 | 109,490 |
| KCD | 7 | 856,200 | 122,314 | 4 | 315,000 | 78,750 | 11 | 1,171,200 | 106,473 |
| Human Resources | 28 | 1,680,000 | 60,000 | 5 | 300,000 | 60,000 | 33 | 1,980,000 | 60,000 |
| Legal | 20 | 1,803,906 | 90,195 | 11 | 986,500 | 89,682 | 31 | 2,790,406 | 90,013 |
| Finance | 13 | 1,322,804 | 101,754 | - | - | NA | 13 | 1,322,804 | 101,754 |
| Pricing | 3 | 349,500 | 116,500 | - | - | NA | 3 | 349,500 | 116,500 |
| Procurement | 16 | 1,356,901 | 84,806 | 2 | 250,000 | 125,000 | 18 | 1,606,901 | 89,272 |
| Asset Profit & Protection | 41 | 2,693,427 | 65,693 | 9 | 611,300 | 67,922 | 50 | 3,304,727 | 66,095 |
| Supply Chain/Innovel - Corp | - | - | NA | - | - | NA | - | - | NA |
| Inventory Mgmt | - | - | NA | 6 | 627,500 | 104,583 | 6 | 627,500 | 104,583 |
| Marketing/IMX/Studio | 54 | 4,292,210 | 79,485 | - | - | NA | 54 | 4,292,210 | 79,485 |
| Analytics | 6 | 627,244 | 104,541 | 2 | 392,000 | 196,000 | 8 | 1,019,244 | 127,406 |
| Online | 9 | 934,019 | 103,780 | 33 | 1,884,000 | 57,091 | 42 | 2,818,019 | 67,096 |
| Financial Services | 3 | 450,000 | 150,000 | 2 | 156,000 | 78,000 | 5 | 606,000 | 121,200 |
| Real Estate | 42 | 2,129,817 | 50,710 | 4 | 451,208 | 112,802 | 46 | 2,581,025 | 56,109 |
| Kenmore Direct - CS (Field) | 83 | 2,430,827 | 29,287 | 1 | 65,000 | 65,000 | 84 | 2,495,827 | 29,712 |
| Kenmore Direct - CD (Seattle) | 17 | 1,595,218 | 93,836 | - | - | NA | 17 | 1,595,218 | 93,836 |
| SYW | 183 | 16,852,941 | 92,093 | 1 | 116,000 | 116,000 | 184 | 16,968,941 | 92,223 |
| MT | - | - | NA | - | - | NA | - | - | NA |
| SHI Analytics | 19 | 815,000 | 42,895 | - | - | NA | 19 | 815,000 | 42,895 |
| **Total Salary** | 957 | 66,264,653 | 69,242 | 102 | 7,702,455 | 75,514 | 1,059 | 73,967,108 | 69,846 |
| Assumed 14% Avg Benefits | 957 | 9,277,051 | 9,694 | 102 | 1,078,344 | 10,572 | 1,059 | 10,355,395 | 9,778 |
| **Total Salary & Benefits** | 957 | 75,541,704 | 78,936 | 102 | 8,780,799 | 86,086 | 1,059 | 84,322,503 | 79,625 |

SEARS_UCC00280185

[50]

CONFIDENTIAL
NOT FOR DISTRIBUTION

*In Stock & Replenishment*

## ② Ability to Learn from Data and Optimize Offering

### Key Objectives

**Objective**

- Continuously improve in-stocks while minimizing nonproductive inventory
- 95% in-stock goal by store & product vs ~92% currently
- 52-week rolling forecast and refined planning algorithms

**Initiatives**

- **Lost Sales Reduction** – Lost sales improvement realized in both basic and seasonal areas through improved demand forecasting
- **Reduction of Aged Inventory** – Aged inventory including inventory greater than 80 days ("GT80") will be reduced, specifically demand forecasting improvement and incremental single item replenishment exposure
- **Supply Chain Savings** – Single item replenishment are balanced with the costs of picking vs replenishing size packs.

**Impacts**

- Gains realized in: Basic Replenishment and Seasonal product
- Basics split between two tracks to accommodate packaging and replenishment differences
- Seasonal product focus will be on flowing the product as to maximize sales and minimize markdowns
- Pack size optimization enhances Size and Pack Optimization overrides and improvements to improve assortment mix. EBITDA is compressed due to high distribution center costs from Size pack to SIR (17% today). 2019 revenue is $38MM, margin $14MM, and distribution center expenses $6.6MM. Single apparel distribution center with pick and pack and pack will reduce costs to 5%.

SEARS_UCC00280186

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Digital Marketing*

③ **Refine Platform to Focus on High ROI Programs**

## 2018 Digital Marketing Strategy: ROI Improvement

### 2019

Target users by DMA making aggressive bid adjustments based on ROAS by DMA and zipcode

Point users from channels to customized landing pages built specifically for that channel and by device

Affiliates - Implement app to app tracking with publishers to diversify methods of publishing deals and acquire better data insight to improve personalization Targeting

Focus on top keywords and products regardless of business unit

Increase Shop Your Way, Google and Microsoft audience implementation to account for 50% of total clicks for Paid Search and Datafeeds

Integrate new search platforms with a much lower Average Cost Per Click to bring down spend and increase ROAS

Social - Integrate more deeply with current and new vendors to expand how we reach members. Implement greater targeted communications with members and test new strategies/tactics to improve conversion

**$58MM Spend with 30% ROI**

### 2018

Target users nationally making small bid adjustments regionally based on ROAS

Point all users from all channels to the desktop and mobile websites

Affiliates - Track users who come to the desktop site or mobile site

Focus on individual business units and the top keywords and products within each

Shop Your Way, Google and Microsoft audience implementation accounts for 31% of total clicks for Paid Search and Datafeeds

Average Cost Per Click continues to increase across Google, Bing and Yahoo

Social – Integrated with Facebook, Twitter, Pinterest, Instagram, etc. to communicate with memers

**$124MM Spend with 0% ROI**

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Traditional Marketing*

(4) Strategic Utilization of Traditional Channels

## 2018 Traditional Marketing Strategy: Traffic and Conversion Improvement

### 2018

Separate TV campaigns for mattress and HA for national holidays. Not synergistic, did not build the Sears/Kmart brands
- 30" HA spot was 60% more effective than a 15" spot but the cost was 100% more reducing the ROI

Marketing support 'on-and-off' throughout the year driven by peaks and troughs of events, seasons and BU priorities

FSI's (vendor funded) + a circular for each national holiday
- Pure transactional messaging, no Sears/Kmart brand building

Circulars deployed during national holiday events supporting big ticket products (focus on HA)
- Presidents Day, Black Friday, etc.

Kmart media was earmarked but was reduced during the year

Did not monetize marketing assets by seeking sponsor funding from vendors, service providers and 3rd parties
- Did not treat marketing collateral as a valuable marketing channel to monetize

### 2019

Portfolio campaigns will achieve efficiencies – delivering a more holistic message on promotional offers and build the brands
- Portfolio campaign of mattresses, appliances, and home services costs partially offset by vendor funding will improve ROI

Deploy an 'always-on' marketing support plan across various media channels to message promotions and underpinned by brand building
- Provide seasonally support e.g.: spring apparel, grills in June

One free-standing insert (FSI) and circular redeploying vendor funds holistically
- Transactional messaging underpinned by Sears/Kmart brands

Deploy circular strategy during high traffic periods to draw high frequency shoppers in apparel and adjacency categories
- In addition to big ticket circular events, support Mother's/Father's Day, back-to-school, Christmas

For Kmart, support high traffic periods with broadcast media which have historically delivered high ROI

Dedicate a focused effort framing-up a value proposition as rationale for vendor funding
- Featured products in circulars, coupon drops in e-commerce boxes etc.

**In 2019 all elements of the marketing mix will be connected by a cohesive brand strategy to build brand sentiment for Sears and Kmart vs. in 2018 marketing was fragmented by being conducted at a business unit level**

CONFIDENTIAL
NOT FOR DISTRIBUTION

## *Key SHS Initiatives*

### 5 Sears Home Services Cash Flow Protection

### Protection Agreements

- In process of signing an external underwriting contract for all go-forward Protection Agreements that will increase EBITDA ~$50 million in 2019 due to accounting change

- Assurant has best overall economics (especially in the aftermarket), 3 year term, lowest upfront reserve payment, additional B2B service volume

- Year one (one time) 3x improvement to Sears Home Services Protection Agreement contract EBITDA due to immediate revenue recognition; $9 increasing to $29 on a per policy basis

- Cost savings due to reduction of lower-value leads by using a 3rd party underwriter resulting in an improved cost-to-sales ratio

- Optimize mix of administration work between internal and external call centers



**Economics of the Policy**

| ($mm) | Assurant Underwritten vs. Sears Underwritten | | |
|---|---|---|---|
| | Assurant Underwritten | Sears Underwritten | Variance |
| *Blended average* | $170 | $170 | – |
| SHS EBITDA % | 17% | 20% | (3%) |
| EBITDA / policy | $29 | $34 | ($5) |

Slightly lower economics but better cash flow upfront

**Impact from Revenue Recognition**

| Year | EBITDA Timing | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| *Assurant Underwritten* | $29 | $0 | $0 | $0 | $0 | $0 |
| Sears Underwritten | 9 | 13 | 7 | 3 | 2 | 1 |
| Variance | $20 | ($13) | ($7) | ($3) | ($2) | ($1) |

### Home Warranty

- Continued growth in HomeWarranty should deliver ~$40MM of EBITDA, partially offset by natural decline in Protection Agreements

- D2C Channel Enrollments expected to increase ~5% YoY based on overall improvements to the paid repair business; this is a primary channel for home warranty sales

- Launching Sears Home Warranty as part of our web scheduling experience for repairs on SHS.com
  - This represents a new channel for sales in 2019

- Improved phone agent and tech sales anticipated through performance management and launch of refreshed coaching tools



**Home Warranty by Year ($ in 000s)**

New Sales ▪ Ending Balance ▬ Renewal %

| | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|
| New Sales | 128 | 223 | 300 | 336 | 376 | 421 | 464 |
| Ending Balance | 135 | 249 | 360 | 430 | 480 | 530 | 577 |
| Renewal % | 40% | 43% | 44% | 44% | 44% | 45% | 46% |

CONFIDENTIAL
NOT FOR DISTRIBUTION

[55]

## *Key SHS Initiatives*
# Website Rebuild Driving Conversion

### Enhanced Capabilities

- **Strategic Pillars**
  - Improved search tool to allow customers to quickly find and order the correct part, which will lead to an increased conversion rate
  - Enhanced experience for customers by providing unexpected value added solutions that should increase order size
  - Provides consistent customer experience across device platforms
  - Designed to easily support new branding opportunities
  - Showcase SPD's ability to provide Expert Advice
- **Improvements to website architecture will lower page load times and will directly correlate to increased conversions**
- **Simplified search tool to allow user to quickly find the model, part and repair content provided by DIY experts and emerging DIYers**
- **Customer preferences (i.e., purchase history and frequent purchases) are stored to allow for easy reorders and one click checkout**
  - Logged in customers convert 18% vs 2% guest
- **Leverage data to guarantee the part fits, highlight most common problems and which parts are used to fix the problem**
- **Accepts additional payment types**
- **Responsive design to support mobile device users**
- **Allows for mobile users to take a picture of the model number on their product to quickly initiate their search for the correct part or content**
- **Execution**
  - Scaled Agile Framework
  - Total anticipated time of completion is 40 weeks (with first sprint started in June 2018)

### Conversion Over Time

**Quarterly (3Q'17A – 2Q'19E)**



| 1Q 18A | 2Q 18A | 3Q 18A | 4Q 18E | 1Q 19E | 2Q 19E |
|--------|--------|--------|--------|--------|--------|
| 2.4%   | 2.6%   | 2.1%   | 1.9%   | 2.3%   | 2.6%   |

**Annual (2017A – 2021E)**



| 2017A | 2018E | 2019E | 2020E | 2021E |
|-------|-------|-------|-------|-------|
| 2.3%  | 2.3%  | 2.5%  | 2.6%  | 2.7%  |

Source:   Company management

SEARS_UCC00280190

# EXHIBIT C

CONFIDENTIAL
NOT FOR DISTRIBUTION

ESL-UCC-00004458

EXHIBIT UCC 7
DATE 1/23/19
MARK RICHMAN, CSR, RPR

# Project Transform – Liquidity Analysis

HIGHLY CONFIDENTIAL

CONFIDENTIAL
NOT FOR DISTRIBUTION

# Disclaimer

This presentation has been prepared by ESL Investments ("ESL") based on confidential information provided by the Company and publicly available information. ESL and its representatives have not assumed any responsibility for independently verifying the information herein, ESL and its representatives make no representation or warranty as to the accuracy, completeness or reasonableness of the information herein and ESL and its representatives disclaim any liability with respect to the information herein. This presentation may include projections, forecasts or other forward-looking statements with respect to the Company and there can be no assurance as to ESL's or the Company's future performance. This presentation speaks only as of its date, and ESL and its representatives assume no obligation to update it or to advise any person that any of its conclusions has changed.

The assessments of Sears situation and the proposal described in this document are solely an expression of ESL's views. Sears has not approved or endorsed this document. Any action or response of Sears in connection with the items discussed in this presentation will require prior review and approval by Sears' Board, the Restructuring Sub-Committee, the Special Committee and/or the Related Party Committee. There can be no assurance that any action will be taken in response to ESL's proposals contained herein, and any action plan that is adopted could vary materially from the proposals described in this document.

This presentation is solely for informational purposes. This presentation is not intended to provide the basis for any decision on any transaction. The recipient should make its own independent business and legal decisions based on all other information, advice and the recipient's own judgment. This presentation is not an offer to sell or a solicitation of an indication of interest to purchase any security, option, commodity, future, loan or currency. It is not a commitment to underwrite any security, to loan any funds or to make any investment.

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Financial Overview*

# Financial Forecast – Key Assumptions

| BUSINESS SEGMENT | KEY ASSUMPTIONS |
|---|---|
| **Brick and Mortar** | ▪ Assumes 223 Sears stores and 202 Kmart stores<br>▪ Assumes same store sales growth of -1% in 2019F, 2% in 2020F and 3% in 2021F<br>▪ Assumes 125bps margin improvement in 2019F and assumes 200bps margin improvement in 2020F and 2021F, respectively |
| **Kenmore 3rd Party** | ▪ Amazon revenue expected to increase from $80M in 2018 to $300M by 2021F, conservatively assumes ~50% less incremental Amazon revenue than Company's projections<br>▪ Assumes one additional 3rd party account coming online in 2020F with expected sales of $500mm and $1,000mm in 2020F and 2021F respectively<br>  – Assumes 4% licensing fee on all associated 3rd party sales |
| **Sears Home Services** | ▪ Assumes 2018B to 2021E will be driven by a 30% increase in B2B volume, D2C growth, and improvements in the PartsDirect website and IHR mobile technology over the next two years, offset by the cumulative effect of 3rd party underwriting transaction<br>  – Projections exclude SHIP business segment which will either be sold to Service.com with the proceeds distributed to NewCo or, if the contemplated sale to Service.com fails to close, the SHIP business will be acquired by NewCo as part of NewCo acquisition transaction |
| **Innovel** | ▪ Assumes increased 3rd party revenue, growing to $300mm by 2021F, conservatively $200mm less than Company's projections |
| **Sears Auto Center** | ▪ Assumes same store sales growth of -1% in 2019F, 2% in 2020F and 3% in 2021F<br>▪ Assumes 125bps margin improvement in 2019F and assumes 200bps margin improvement in 2020F and 2021F, respectively |
| **E-Commerce** | ▪ Assumes 5% year over year growth throughout the projection period<br>  – Traffic, AOV and conversion ratios are held constant based on historicals |
| **ShopYourWay** | ▪ Assumes historical % of total revenue through the projection period |
| **Monark** | ▪ Assumes $1mm, $2mm and $3mm of EBITDA 2019F, 2020F and 2021F respectively |

HIGHLY CONFIDENTIAL                    ESL-UCC-00004460

ESL-UCC-00004461

CONFIDENTIAL
NOT FOR DISTRIBUTION

*Financial Overview*

## Financial Forecast – Key Assumptions (Cont'd)

### WORKING CAPITAL ASSUMPTIONS

**Accounts Payables (days)**
- 10 days in February, 12.5 days in March, 15 days in April, 17.5 days in May, 20 days in June and 32 days in July, then remaining constant for the rest of 2019F
- 37 days in 2020F and 42 days in 2021F
  - Pre-petition DPO was 22 days
  - Industry average ~50 days
- Assumes starting A/P balance of $166mm of assumed AP payable in November

**Accounts Receivables (days)**
- Adjusted for seasonality based off of historical accounts receivable as a percentage of inventory

**Inventory**
- Assumes starting inventory of $1,553mm
- Adjusted for seasonality based off of historicals

### OVERHEAD ASSUMPTIONS

**2019F SG&A Forecast (including supply chain costs)**
- $545mm, representing ~6% of total 2019F sales
  - Pre-petition SG&A of $1.2bn, representing ~10% of total 2018B sales

**Vendor Discount & Other Adjustments**
- Assumes ~2.8% of COGS

### CAPITAL STRUCTURE ASSUMPTIONS

**ABL Balance**
- $655mm Revolver¹; $250mm Term Loan at close

**ABL Interest Rate**
- L + 375 Revolver; L + 800 Term Loan

**NewCo L/C Facility**
- L + 1100; Matures 1/22

**Real Estate Debt**
- Assumes $175mm of new Real Estate debt with an interest rate of L + 850 cash and L + 1050 PIK; 3 year term

**Exit Financing**
- Assumes $350mm roll over of Junior DIP into Exit Financing at L + 1000 cash and L + 1300 PIK

### OTHER ASSUMPTIONS

**Dove & Sparrow Real Estate**
- Assumes $200mm of annual proceeds from dispositions from 2019 to 2021, with 80% of proceeds used to pay down any outstanding real estate debt, and the remaining 20% used to pay down the ABL facility (first 120 days 100% of proceeds to ABL)

**CapEx**
- Assumes approximately ~$550mm of store growth CapEx per year

**ABL L/C**
- The company is targeting $35mm of L/C reduction under the ABL in February 2019; for conservatism, the model assumes $17.5mm of L/C reduction in March 2019

**2022 – 2023**
- Assumes top line growth of 4% annually and a 25 bps EBITDA margin improvement in 2022 and 2023
- All working capital assumptions are kept constant from 2021, other than days payable which are assumed to be 3 days higher

1. Represents amount pre-paydown using real estate debt

3

CONFIDENTIAL
NOT FOR DISTRIBUTION

## Financial Overview
## Consolidated Projections

($ in millions)

| | 2015A | 2016A | 2017A | 2018B | 2019F | 2020F | 2021F | 2022F | 2023F |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | $24,533 | $21,543 | $16,248 | $11,648 | $7,939 | $8,075 | $8,502 | $8,842 | $9,196 |
| (-) COGS | (16,272) | (14,312) | (10,525) | (7,427) | (4,882) | (4,984) | (5,155) | (5,361) | (5,576) |
| Gross Margin | $8,262 | $7,230 | $5,723 | $4,220 | $3,057 | $3,091 | $3,347 | $3,481 | $3,620 |
| Margin (%) | 34% | 34% | 35% | 36% | 39% | 38% | 39% | 39% | 39% |
| (-) Operating Expenses | (7,034) | (6,263) | (4,902) | (3,769) | (2,487) | (2,422) | (2,443) | (2,684) | (2,940) |
| (-) Supply Chain & Logistics | (483) | (389) | (326) | (291) | (228) | (210) | (207) | (227) | (249) |
| (-) Home Office SG&A | (1,580) | (1,376) | (1,052) | (786) | (317) | (287) | (320) | (351) | (385) |
| EBITDA | ($836) | ($798) | ($557) | ($625) | $25 | $171 | $378 | $415 | $454 |
| Margin (%) | (3%) | (4%) | (3%) | (5%) | 0% | 2% | 4% | 5% | 5% |
| Memo: Store Count | 1,646 | 1,405 | 979 | 505 | 425 | 425 | 425 | 425 | 425 |

1.    S+C level EBITDA adjustment related to the protection agreement business
2.    Reflects 2019F-4 wall gross margin expansion

HIGHLY CONFIDENTIAL

ESL-UCC-00004462

4

CONFIDENTIAL
NOT FOR DISTRIBUTION

ESL-UCC-00004463

HIGHLY CONFIDENTIAL

## Financial Overview
## 2015A – 2021F Performance By Business Unit

($ in millions)

| | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|
| **Memo: Store Count** | 1,646 | 1,405 | 979 | 505 | 425 | 425 | 425 |
| **Retail (4-Wall + Online + SYW)** | | | | | | | |
| Revenue | $21,381 | $18,492 | $13,531 | $8,991 | $5,768 | $5,909 | $6,166 |
| Gross Margin | 6,541 | 5,476 | 4,119 | 2,572 | 1,697 | 1,829 | 2,046 |
| EBITDA | $959 | $628 | $531 | $242 | $338 | $444 | $634 |
| **Home Services** | | | | | | | |
| Revenue | $2,139 | $2,159 | $1,953 | $1,762 | $1,681 | $1,573 | $1,593 |
| Gross Margin | $1,582 | $1,592 | $1,433 | 1,276 | 1,237 | 1,107 | 1,099 |
| EBITDA | $195 | $266 | $222 | $123 | $183 | $148 | $148 |
| **Financial Services** | | | | | | | |
| Revenue | $66 | $68 | $74 | $103 | $49 | $42 | $44 |
| EBITDA | $55 | $59 | $68 | $99 | $44 | $37 | $39 |
| **Other Businesses** | | | | | | | |
| Kenmore / Craftsman / DieHard EBITDA [1] | $11 | $11 | ($2) | ($10) | $3 | $37 | $79 |
| Monark EBITDA | $7 | $3 | $3 | ($3) | $1 | $2 | $3 |
| **Overhead and Adjustments** | | | | | | | |
| Supply Chain and Innovel | ($483) | ($389) | ($326) | ($291) | ($228) | ($210) | ($207) |
| Home Office / Corporate SG&A | (1,580) | (1,376) | (1,052) | (786) | ($317) | ($287) | ($320) |
| **Total SHC EBITDA** | ($836) | ($798) | ($557) | ($625) | $25 | $171 | $378 |
| **Retail EBITDA Detail** | | | | | | | |
| 425 Store Go-Forward 4-Wall EBITDA | $338 | $162 | $135 | $35 | $117 | $214 | $390 |
| All Other 4-Wall EBITDA+ Online | 81 | (144) | (84) | (163) | (6) | (5) | (3) |
| Vendor Discounts & Other Adjustments | 239 | 304 | 238 | 183 | 92 | 91 | 91 |
| Sears Auto Center EBITDA | 152 | 117 | 83 | 45 | 42 | 48 | 56 |
| ShopYourWay EBITDA | 149 | 190 | 160 | 142 | 94 | 96 | 101 |
| **Total Retail EBITDA** | $959 | $628 | $531 | $242 | $338 | $444 | $634 |

1    SHC level EBITDA adjustment related to the protection agreement business
2    2015 – 2018E numbers are based off of SOS stores

5

ESL-UCC-00004464

*Financial Overview*

# 2019F - Key Operating Units & 2020F - 2021F Forecast

CONFIDENTIAL
NOT FOR DISTRIBUTION

($ in millions)

| | 2019F Monthly Budget | | | | | | | | | | | | 2019E Total | 2020E Total | 2021E Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | | | |
| **Retail (4-Wall + Online + SYW)** | | | | | | | | | | | | | | | |
| *B&M Same Store Sales (% Change)* | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | 2.0% | 3.0% |
| Revenue | $382 | $491 | $390 | $465 | $573 | $405 | $429 | $495 | $362 | $559 | $765 | $452 | $5,768 | $5,909 | $6,166 |
| Gross Margin | 108 | 144 | 129 | 147 | 169 | 127 | 114 | 132 | 107 | 163 | 235 | 121 | 1,597 | 1,829 | 2,046 |
| EBITDA | 5 | 26 | 30 | 43 | 47 | 23 | 9 | 9 | 3 | 44 | 97 | 0 | 338 | 444 | 634 |
| **Home Services** | | | | | | | | | | | | | | | |
| Revenue | $127 | $160 | $131 | $133 | $166 | $135 | $132 | $162 | $125 | $126 | $155 | $129 | $1,681 | $1,573 | $1,593 |
| Gross Margin | 94 | 119 | 95 | 96 | 120 | 97 | 95 | 119 | 95 | 94 | 116 | 96 | 1,237 | 1,107 | 1,099 |
| EBITDA | 14 | 22 | 13 | 14 | 18 | 13 | 12 | 19 | 13 | 12 | 17 | 15 | 183 | 148 | 148 |
| **Financial Services** | | | | | | | | | | | | | | | |
| Revenue | $3 | $4 | $3 | $4 | $5 | $3 | $4 | $4 | $3 | $5 | $7 | $4 | $49 | $42 | $44 |
| EBITDA | 3 | 4 | 3 | 4 | 4 | 3 | 3 | 4 | 3 | 4 | 6 | 4 | 44 | 37 | 39 |
| **Other Businesses** | | | | | | | | | | | | | | | |
| Kenmore / Craftsman / DieHard EBITDA | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3 | $37 | $79 |
| Monark EBITDA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 |
| **Overhead and Adjustments** | | | | | | | | | | | | | | | |
| Supply Chain and Innovel | ($23) | ($18) | ($22) | ($21) | ($16) | ($19) | ($20) | ($16) | ($22) | ($22) | ($12) | ($17) | ($228) | ($210) | ($207) |
| Home Office / Corporate SG&A | (37) | (35) | (36) | (36) | (35) | (31) | (26) | (25) | (27) | (28) | (28) | (29) | (317) | (287) | (320) |
| **Total SHC EBITDA** | ($33) | $4 | ($57) | $7 | $24 | ($6) | ($17) | ($3) | ($25) | $15 | $87 | ($22) | $25 | $171 | $378 |
| **Retail EBITDA Detail** | | | | | | | | | | | | | | | |
| Brick and Mortar 4-Wall EBITDA | ($9) | $4 | $14 | $23 | $24 | $7 | ($9) | ($10) | ($56) | $24 | $70 | ($16) | $117 | $214 | $390 |
| Vendor Discounts & Other Adjustments | 6 | 8 | 6 | 7 | 9 | 6 | 7 | 3 | 6 | 9 | 13 | 8 | 92 | 91 | 91 |
| Sears Auto Center EBITDA | 3 | 4 | 3 | 4 | 4 | 3 | 4 | 4 | 4 | 3 | 5 | 4 | 42 | 48 | 56 |
| Online EBITDA | (0) | (1) | 2 | 4 | 1 | 1 | 0 | (0) | (6) | 1 | (5) | (3) | (6) | (5) | (3) |
| ShopYourWay EBITDA | 5 | 11 | 6 | 7 | 10 | 6 | 7 | 5 | 5 | 7 | 15 | 7 | 94 | 96 | 101 |
| **Total Retail EBITDA** | $5 | $26 | $30 | $43 | $47 | $23 | $9 | $9 | $3 | $44 | $97 | $0 | $338 | $444 | $634 |
| **Ending Stores** | | | | | | | | | | | | | | | |
| Sears | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 |
| Kmart | 191 | 188 | 185 | 182 | 179 | 176 | 173 | 170 | 167 | 164 | 161 | 158 | 158 | 158 | 158 |
| **Total Ending Stores** | 422 | 419 | 416 | 413 | 410 | 407 | 404 | 401 | 398 | 395 | 392 | 389 | 389 | 389 | 389 |

1   Call-center support allocated at corporate level

6

HIGHLY CONFIDENTIAL

CONFIDENTIAL
NOT FOR DISTRIBUTION

ESL-UCC-00004465

# Financial Overview

## 2019 Monthly Budget & 2020F-2023F Annual Forecast

($ in millions)

### Debt Overview

### Key ABL Assumptions

### Budget Overview

### Real Estate Debt

Note:

1. Assumes 2% OID on Term Loan; Excludes any annual fee on real estate debt; Assumes Jr. DIP PIK interest with maturity of 12/23
2. L/C Facility priced 1300bps wider than Term Loan
3. Model illustrates payment of L+450bps cash interest; Facility has PIK Toggle with PIK interest rate of L+1050bps
4. Model illustrates payment of L+1200bps PIK interest; Facility has PIK Toggle with cash interest rate of L+1000bps
5. Initial draw prior to re-payment from available proceeds
6. Capex includes $50mm maintenance capex, $50mm IT capex, $100mm supply chain capex and $500mm store growth capex
7. Assumes store re-base lease transactions from 2019-2021; pro rata by months; does not account for associated lease expense; assumes 100% of proceeds are used to pay down any the ABL in the first 4 months, and then 80% of proceeds
   used starting June 2019, where if remaining 80% is used to pay down the ABL facility. Assumes facility is fully paid down at end of 2021
8. Conservatively assumes the sale of previously unencumbered assets acquired in conjunction with the rollover of the Jr. DIP of in $100mm in June 2019, $100mm in June 2020 and $30mm in December 2020. All proceeds assumed to pay down Jr. Dip Rollover
9. Includes mandatory repayment of real estate debt. Jr. Dip Facility and CH L/C facility
10. Assumes consolidated EBITDA wedge of-built EBITDA (which does not reflect associated EBITDA benefit associated with sale of stores
11. Finding Availability at Closing is subject to continued diligence of outstanding L/C balance at close
    Reflects $17.5mm of L/C reduction under ABL in March 2019

CONFIDENTIAL
NOT FOR DISTRIBUTION

## Financial Overview
# 2019 Monthly Working Capital Budget & 2020F-2023F Annual Forecast

($ in millions)

### Forecasted Working Capital Overview

| Working Capital Forecast[1] | Closing | Feb-2019 | Mar-2019 | Apr-2019 | May-2019 | Jun-2019 | Jul-2019 | Aug-2019 | Sep-2019 | Oct-2019 | Nov-2019 | Dec-2019 | Jan-2020 | 2019F | 2020F | 2021F | 2022F | 2023F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ending Cash Balance | 1,553.0 | 1,730.2 | 1,594.3 | 1,740.2 | 533.3 | 1,464.4 | 1,376.5 | 1,483.3 | 1,654.6 | 1,523.3 | 1,599.6 | 1,566.0 | 1,418.0 | 1,418.0 | 1,418.0 | 1,418.0 | 524.0 | 515.1 |
| Inventory | 64.0 | 44.0 | 42.0 | 47.2 | 57.1 | 51.4 | 39.5 | 49.8 | 38.7 | 55.6 | 127.7 | 47.8 | 32.7 | 32.7 | 32.7 | 32.7 | 33.8 | 35.1 |
| Accounts Receivable | 153.2 | 153.2 | 114.9 | 76.6 | 18.3 | | | | | | | | | | | | 1,466.5 | 1,519.0 |
| Vendor Accounts Receivable | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 |
| Pharmacy Receivables | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 |
| Accounts Payable | 166.0 | 274.7 | 338.3 | 323.7 | 216.8 | 328.0 | 361.8 | 401.9 | 463.2 | 327.6 | 483.5 | 641.7 | 429.6 | 609.6 | 477.8 | 551.6 | 634.1 | 659.4 |
| Accounts Payable Days | | 10 | 11 | 15 | 18 | 20 | 22 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 37 | 42 | 45 | 45 |
| SRS Deferred Acquisition Cost | 352.7 | 334.6 | 317.4 | 303.5 | 284.2 | 267.5 | 251.4 | 234.9 | 218.6 | 202.2 | 186.9 | 170.6 | 154.3 | 154.3 | 53.7 | 14.9 | 7.5 | 7.5 |
| SRS Unearned Revenue | 550.3 | 908.3 | 866.3 | 824.3 | 782.3 | 740.3 | 698.3 | 656.3 | 614.3 | 572.3 | 530.3 | 488.3 | 446.3 | 446.3 | 177.5 | 57.5 | 28.7 | 28.7 |

1. Represents forecast for period ending balance; working capital under further diligence

ESL-UCC-00004466

HIGHLY CONFIDENTIAL

# EXHIBIT D



**Subject to Material Change**

# Wind Down Recoveries

January 14th 2019

SEARS HOLDINGS

UCC_SEARS0002236

# Wind Down Executive Summary

- **With assistance from its professionals, the Company has prepared wind-down recoveries showing a twelve-month orderly liquidation commencing 1/14/19**

    - The preliminary wind-down budget assumes that all assets are orderly liquidated in-place, including general merchandise inventory and real estate. Self-supporting business units are assumed to be sold as going concerns pursuant to section 363 of the bankruptcy code

    - The analysis is on a consolidated basis for the Company

    - At 1/14/19, we assume the Company will:

        - Commence liquidation of all remaining inventory in the stores and distribution centers (with final GOB sales beginning on 1/21/19)

        - Reject all remaining store and DC leases, other than valuable leases, which will be monetized

        - Reject all remaining non-essential contracts

        - Reduce management and staff to the minimum necessary to liquidate the collateral and perform transition services

        - Sell or monetize all remaining encumbered and unencumbered assets on a non-going concern basis

    - Substantial funding for the wind-down is provided by:

        - The gross proceeds from GOB sales of merchandise inventory. As this inventory is sold, expenses related to the inventory liquidation are deducted from proceeds, resulting in an assumed net orderly liquidation inventory value to the estate of ~90%

        - The first $240mm of previously unencumbered asset sale proceeds realized (which are segregated into a separate account), after which previously unencumbered asset sale proceeds are used to repay the $350mm Junior DIP in full; after the Junior DIP has been repaid in full, additional asset proceeds are used to pay administrative expenses and unsecured creditors

        - The imposition of a 4% charge on encumbered assets sold throughout the case pursuant to 506(c) of the Bankruptcy code, with the exception of the first lien and prepetition ABL collateral (including non-insider portions of the FILO and Citi L/C), and Junior DIP collateral, due to the 506(c) waivers granted to these lenders solely in their capacity as DIP lenders

        - Excess proceeds (proceeds above lien value) from sales of encumbered collateral

- **Prior to 1/14/19, the Company is assumed to operate in the ordinary course while transitioning from a 505 to 425 store footprint**

2

Confidential

UCC_SEARS0002237

# Key Assumptions in Wind Down Recoveries

- **Operating Receipts**
  - Cash receipts are assumed to be generated through the following channels during the wind-down period:
    - Sales of merchandise in the normal course in the weeks leading up to the GOBs
    - Continued service revenues (direct-to-consumer repair services, B2B repair, warranty commissions)
    - Continued non-operating receipts (pass-through and non-pass-through) such as Citi credit card accrued interest sharing, insurance proceeds, dividends from foreign subsidiaries and litigation recoveries
    - Asset sales including both encumbered and unencumbered collateral
  - Same-store sales
    - Analysis assumes negative 15% same-store sales for all stores until the final GOB sales begins on 1/21/19
    - Stores are assumed to maintain a 29% gross margin throughout the projection period, excluding GOBs, which are assumed to run at a net negative margin resulting in an ~90% Net Orderly Liquidation Value
    - All sales shown net of taxes, including sales taxes, pass-through, and royalties
  - The wind-down recoveries assumes 4 waves of GOBs
    - Wave 1: 142 Stores beginning 10/28/18 ending 1/6/19
    - Wave 2: 40 Stores beginning 11/18/18 ending 1/26/19
    - Wave 3: 80 Stores starting on 1/3/2019
    - Wave 4: 425 Stores starting on 1/21/2019
  - Other Inflows
    - Minimal PA sales during GOB ($200k per week)
    - Negative 15% YoY declines in Other Revenues, including Service Revenues
- **Operating Disbursements**
  - COGS Disbursements
    - Merchandise vendors assumed to be primarily on cash-in-advance terms with 4-day average shipping time in the period leading up to the wind-down with some merch AP and non-merch AP based post-filing actuals;
      - Outstanding merchandise AP is paid down out during the case
    - Following the transition to the wind-down mode, no additional merchandise disbursements are made (last week of disbursements assumed to be the week ending 1/6/19) and merchant teams are immediately rationalized other than a small number of key employees to oversee vendor relations as the remaining on order inventory is shipped to the stores

3

UCC_SEARS0002238

# Key Assumptions in Wind Down Recoveries (cont'd)

- **Operating Disbursements (Continued)**
  - SG&A Disbursements
    - Assumes all dark store leases are rejected immediately (Company rejected 234 leases on 10/16/18) and GOB leases are rejected at the end of the GOB sales period; as the last set of GOBs is projected to run from the week ending 1/26/19 to the week ending 4/13/19, lease payments would be made for March and rejected in April
    - Immediate RIF of non-core; non-key personnel beginning 1/15/19 – 60 days of WARN following RIF announcement
    - Uses the Company's detailed Payroll, Benefits, Non-Merch and Tax projection to project cost
      - Assumes logistics costs are right-sized to reflect lower score count
    - GOB store payroll and other expenses are removed at the end of the GOB sales
      - GOBs expected to last 11 weeks in line with historical actuals
    - Capex assumes historical levels of maintenance with reductions in line with store closures
- **Other Disbursements**
  - Assumes $10mm of utility deposits paid, and are subsequently forfeit during the wind-down
  - Assumes no additional spend on critical vendor payments during the post-petition period
  - Accrued professional fees estimated based on current carve out reserve amount
    - After case begins to wind down, professional fees drop to an eventual monthly run rate of ~$5mm
    - Professional fees (full projected pipeline to 1/15/19 + general carve-out + success fees) accrued in the carveout reserve until the wind-down begins; fees then paid for by the liquidation of the first lien collateral after the ABL, non-insider FILO and non-insider Citi L/C have been fully amortized
  - Assumes total severance of $41mm through December 2019 (exclusive of WARN notice costs)
- **Junior DIP**
  - Starting balance of $175mm Junior DIP, which is pro forma to reflect $75mm balance as of 1/5/19 plus $100mm draw on 1/10/19
    - Junior DIP facility assumed to have a lien junior only to the First Lien DIP facility on prepetition unencumbered collateral other than specified collateral; on specified collateral, the Junior DIP liens are pari passu with the First Lien DIP facility after the first $240mm of proceeds have gone to fund the earlier of a) the wind-down reserve or b) the wind-down of business operations
      - Interest Expense of L+1,000

4

UCC_SEARS0002239

# Key Assumptions in Wind Down Recoveries (cont'd)

▪ **Unencumbered Asset Values**
  – Credit Card Tort Claim: Assumes $35mm
  – Unencumbered Receivables: Assumes $63mm, estimated using 25% recovery on $251mm book value
  – Sears Auto Centers (SAC): Assumed to be immediately liquidated simultaneously with the stores, with proceeds reflected in GOB recoveries – no going concern value
  – Includes actual sale of SRAC MTNs for net proceeds of approximately $81mm, which is included in the wind-down reserve
  – Monark: No value assumed
  – Net Operating Losses: No value assumed
  – Initial estimates of the following assets used per consultation with Lazard
    ▪ Sears Home Improvement: $45mm
    ▪ Sears Parts Direct: $60mm
    ▪ Sears Service Contracts: $80mm
    ▪ TSA modeled in place for all going concern assets such that any and all costs incurred by wind-down entity are assumed to be passed through directly to the purchaser

▪ **Unencumbered Real Estate Values**
  – Recoveries assumes $561mm net of transaction costs
  – Values for unencumbered real estate updated to incorporate JLL appraisals received on 1/11/19
  – Excludes values for indications of interest on unencumbered real estate received to date, which totals in excess of $350mm

▪ **Encumbered Asset Values**
  – Sparrow real estate excludes from analysis
  – Dove real estate assumed to be sold at 70% of dark value and incur a 6% broker fee
  – IPGL GL real estate assumed to be sold at 70% of dark value and incur a 6% broker fee
  – IPGL IP collateral assumed to be sold for $50mm, which represents ~15% of the low-end estimate of distressed fair market value of $345mm as stated in the Ocean Tomo appraisal document dated 1/12/18

▪ **Kenmore and Diehard**
  – Excluded from the analysis
  – Excludes asserted KCD Royalty administrative claim of $112mm

▪ **Excludes any recoveries for avoidance actions and any potentially asserted claims against ESL**
▪ **Excludes any potential going concern value under one or more plans of reorganization including potential reorganization plans involving Sears Home Services, Innovel, and other business units, as well as attendant tax attributes distributed to creditors**

5

Confidential

**Certain assumptions in this document may be subject to material change, including:**

- **Go-forward financial performance of the store base**
- **Go-forward financial performance of the non-store businesses**
- **Feasibility and timing of SG&A reductions**

- **Assets**
  - Certain island stores and the Guam stores may be sold as going concern stores which would change recoveries on those assets
  - Carry costs and timing of real estate liquidations
    - The analysis does not include real estate related expenses past the end of GOB periods for potential additional time and carrying costs that may be required to sell real estate assets
  - This document excludes all avoidance action recoveries and any recoveries for litigation related to prepetition transactions
  - Assumes no proceeds from collateral charges are paid to the estate from the Sparrow collateral

- **Claims**
  - 503(b)(9) and GUC claims as of the petition date are estimated by SHC; subject to change based on further inventory receipt reconciliation
  - The initial estimate of the size of the general unsecured claim pool may change materially
  - WARN, severance, and PTOs costs associated with RIFs occurring past 11/15/18 are based on average salary and benefits of employees, and will change as employees subject to future RIFs are finalized

- **PBGC Claim**
  - This analysis does not reflect any view or estimate regarding a) the size of the PBGC claim, b) the priority of the PBGC claim, or c) any proceeds associated with the liquidation or transfer of securities held by the PBGC
    - The PBGC is likely to have a significant unsecured claim, which is excluded from this analysis
    - The Company is still performing diligence on the plan termination claim

6

Confidential

# Creditor Recovery Matrix
## *Wind-down / Orderly Liquidation (Debt and Other Starting Balances As of 1/5/2019)*

| Creditor Recovery Matrix | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | | | | | Remaining Assets | | | | | |
| **Creditors** | **Gross Claim[1] as of 1/5/19** | **1st Lien Collateral** | **Jr. DIP Collateral (Previously Unencumbered)** | **Sparrow R.E** | **Dove R.E.** | **IP/GL Collateral** | **Wind-down Reserve** | **Carve-Out** | **$ Recovery** | **% Recovery** |
| Admin and Other Priority Claims | $1,405 | ($551) | ($500) | – | ($19) | ($7) | ($240) | ($89) | $1,405 | 100% |
| DIP ABL [2] | 894 | (894) | – | – | – | – | – | – | 894 | 100% |
| Junior DIP [3] | 175 | – | (175) | – | – | – | – | – | 175 | 100% |
| FILO (1.5) | 125 | (125) | – | – | – | – | – | – | 125 | 100% |
| Citi LC Facility (1.75) | 271 | (271) | – | – | – | – | – | – | 271 | 100% |
| Adequate Protection - 507(b)[4a] | 331 | (136) [4b] | – | – | – | – | – | – | 136 | 41% |
| 2nd Lien Line of Credit Loans | 570 | – | – | – | – | – | – | – | – | – |
| ESL 2nd Lien Term Loan (PIK) | 320 | – | – | – | – | – | – | – | – | – |
| 2nd Lien Notes (PIK) | 175 | – | – | – | – | – | – | – | – | – |
| 2nd Lien Notes (2.5; Cash) | 89 | – | – | – | – | – | – | – | – | – |
| Dove Loans | 831 | – | – | – | (429) | – | – | – | 429 | 52% |
| Sparrow Loans [5] | NA | – | – | – | – | – | – | – | NA | NA |
| GL / IP Loan | 231 | – | – | – | – | (159) | – | – | 159 | 69% |
| **Total Secured Debt / Claims** | **$5,417** | **($1,976)** | **($675)** | **–** | **($448)** | **($166)** | **($240)** | **($89)** | **$3,594** | **66%** |
| Unsecured and Deficiency Claims [6] | 5,864 | – | – | – | – | – | – | – | – | – |
| **Total Unsecured Debt / Claims** | **$5,864** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** |

**Notes:**
(1) Gross claim does not mean such claim is allowed, unless allowed pursuant to a bankruptcy court order or otherwise
(2) Pro forma balance as of 1/5/19. Company has requested $100mm Jr. DIP draw for week ending 1/12/19 which would reduce the pro forma ABL balance to $894mm.
(3) Pro forma balance as of 1/5/19. Company has requested $100mm Jr. DIP draw for week ending 1/12/19 which will increase the Jr. DIP balance to $175mm.
(4a) Includes $331mm of claims under section 507(b) of the Bankruptcy Code for diminution in the value of second-lien collateral are shown based on advice from Weil. The ultimate value of these claims could vary materially given a number of factors including the use going concern or liquidation values, inclusion or exclusion of certain administrative costs such as professional fees that benefit from the Carve-Out and charges and the ultimate validity of the second-lien liens and claims. In addition, the validity and amount of such diminution claims is expected to be a disputed among the parties, including the debtors.
(4b) Recovery takes into account disputed nature of claim
(5) Sparrow entities are non-debtors and excluded from analysis.
(6) Draft estimate of gross liability per Deloitte of $3.4bn, plus ~$1bn of PA Liability, plus deficiency claims of ~$1.8bn.

7

# EXHIBIT E



Preliminary Draft; Subject to Material Change

# Discussion Materials: Wind-Down / ESL Bid

January 12th 2019

SEARS HOLDINGS

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# Wind-down Executive Summary

- **With assistance from its professionals, the Company has prepared wind-down recoveries showing a twelve-month orderly liquidation commencing 1/14/19**

  - The preliminary wind-down budget assumes that all assets are orderly liquidated in-place, including general merchandise inventory and real estate. Self-supporting business units are assumed to be sold as going concerns pursuant to section 363 of the bankruptcy code

  - The analysis is on a consolidated basis for the Company

  - At 1/14/19, we assume the Company will:

    - Commence liquidation of all remaining inventory in the stores and distribution centers (with final GOB sales beginning on 1/21/19)

    - Reject all remaining store and DC leases, other than valuable leases, which will be monetized

    - Reject all remaining non-essential contracts

    - Reduce management and staff to the minimum necessary to liquidate the collateral and perform transition services

    - Sell or monetize all remaining encumbered and unencumbered assets on a non-going concern basis

  - Substantial funding for the wind-down is provided by:

    - The gross proceeds from GOB sales of merchandise inventory. As this inventory is sold, expenses related to the inventory liquidation are deducted from proceeds, resulting in an assumed net orderly liquidation inventory value to the estate of ~90%

    - The first $240mm of previously unencumbered asset sale proceeds realized (which are segregated into a separate account), after which previously unencumbered asset sale proceeds are used to repay the $350mm Junior DIP in full; after the Junior DIP has been repaid in full, additional asset proceeds are used to pay administrative expenses and unsecured creditors

    - The imposition of a 4% charge on encumbered assets sold throughout the case pursuant to 506(c) of the Bankruptcy code, with the exception of the first lien and prepetition ABL collateral (including non-insider portions of the FILO and Citi L/C), and Junior DIP collateral, due to the 506(c) waivers granted to these lenders solely in their capacity as DIP lenders

    - Excess proceeds (proceeds above lien value) from sales of encumbered collateral

- **Prior to 1/14/19, the Company is assumed to operate in the ordinary course while transitioning from a 505 to 425 store footprint**

2

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# Key Assumptions in Wind-down Recoveries

- **Operating Receipts**
  - Cash receipts are assumed to be generated through the following channels during the wind-down period:
    - Sales of merchandise in the normal course in the weeks leading up to the GOBs
    - Continued service revenues (direct-to-consumer repair services, B2B repair, warranty commissions)
    - Continued non-operating receipts (pass-through and non-pass-through) such as Citi credit card accrued interest sharing, insurance proceeds, dividends from foreign subsidiaries and litigation recoveries
    - Asset sales including both encumbered and unencumbered collateral
  - Same-store sales
    - Analysis assumes negative 15% same-store sales for all stores until the final GOB sales begins on 1/21/19
    - Stores are assumed to maintain a 29% gross margin throughout the projection period, excluding GOBs, which are assumed to run at a net negative margin resulting in an ~90% Net Orderly Liquidation Value
    - All sales shown net of taxes, including sales taxes, pass-through, and royalties
  - The wind-down analysis assumes 4 waves of GOBs
    - Wave 1: 142 Stores beginning 10/28/18 ending 1/6/19
    - Wave 2: 40 Stores beginning 11/18/18 ending 1/26/19
    - Wave 3: 80 Stores starting on 1/3/2019
    - Wave 4: 425 Stores starting on 1/21/2019
  - Other Inflows
    - Minimal PA sales during GOB ($200k per week)
    - Negative 15% YoY declines in Other Revenues, including Service Revenues
- **Operating Disbursements**
  - COGS Disbursements
    - Merchandise vendors assumed to be primarily on cash-in-advance terms with 4-day average shipping time in the period leading up to the wind-down with some merch AP and non-merch AP based post-filing actuals;
      - Outstanding merchandise AP is paid down out during the case
    - Following the transition to the wind-down mode, no additional merchandise disbursements are made (last week of disbursements assumed to be the week ending 1/6/19) and merchant teams are immediately rationalized other than a small number of key employees to oversee vendor relations as the remaining on order inventory is shipped to the stores

3

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# Key Assumptions in Wind-down Recoveries (cont'd)

- **Operating Disbursements (Continued)**
  - SG&A Disbursements
    - Assumes all dark store leases are rejected immediately (Company rejected 234 leases on 10/16/18) and GOB leases are rejected at the end of the GOB sales period; as the last set of GOBs is projected to run from the week ending 1/26/19 to the week ending 4/13/19, lease payments would be made for March and rejected in April
    - Immediate RIF of non-core; non-key personnel beginning 1/15/19 – 60 days of WARN following RIF announcement
    - Uses the Company's detailed Payroll, Benefits, Non-Merch and Tax projection to project cost
      - Assumes logistics costs are right-sized to reflect lower score count
    - GOB store payroll and other expenses are removed at the end of the GOB sales
      - GOBs expected to last 11 weeks in line with historical actuals
    - Capex assumes historical levels of maintenance with reductions in line with store closures
- **Other Disbursements**
  - Assumes $10mm of utility deposits paid, and are subsequently forfeit during the wind-down
  - Assumes no additional spend on critical vendor payments during the post-petition period
  - Accrued professional fees estimated based on current carve out reserve amount
    - After case begins to wind down, professional fees drop to an eventual monthly run rate of ~$5mm
    - Professional fees (full projected pipeline to 1/15/19 + general carve-out + success fees) accrued in the carveout reserve until the wind-down begins; fees then paid for by the liquidation of the first lien collateral after the ABL, non-insider FILO and non-insider Citi L/C have been fully amortized
  - Assumes total severance of $41mm through December 2019 (exclusive of WARN notice costs)
- **Junior DIP**
  - Starting balance of $175mm Junior DIP, which is pro forma to reflect $75mm balance as of 1/5/19 plus $100mm draw on 1/10/19
    - Junior DIP facility assumed to have a lien junior only to the First Lien DIP facility on prepetition unencumbered collateral other than specified collateral; on specified collateral, the Junior DIP liens are pari passu with the First Lien DIP facility after the first $240mm of proceeds have gone to fund the earlier of a) the wind-down reserve or b) the wind-down of business operations
      - Interest Expense of L+1,000

4

SEARS_UCC00365987

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# Key Assumptions in Wind-down Recoveries (cont'd)

- **Unencumbered Asset Values**
  - Credit Card Tort Claim: Assumes $35mm
  - Unencumbered Receivables: Assumes $63mm, estimated using 25% recovery on $251mm book value
  - Sears Auto Centers (SAC): Assumed to be immediately liquidated simultaneously with the stores, with proceeds reflected in GOB recoveries – no going concern value
  - Includes actual sale of SRAC MTNs for net proceeds of approximately $81mm, which is included in the wind-down reserve
  - Monark: No value assumed
  - Net Operating Losses: No value assumed
  - Initial estimates of the following assets used per consultation with Lazard
    - Sears Home Improvement: $45mm
    - Sears Parts Direct: $60mm
    - Sears Service Contracts: $80mm
    - TSA modeled in place for all going concern assets such that any and all costs incurred by wind-down entity are assumed to be passed through directly to the purchaser

- **Unencumbered Real Estate Values**
  - Recoveries assumes $561mm net of transaction costs
  - Values for unencumbered real estate updated to incorporate JLL appraisals received on 1/11/19

- **Encumbered Asset Values**
  - Sparrow real estate excludes from analysis
  - Dove real estate assumed to be sold at 70% of dark value and incur a 6% broker fee
  - IPGL GL real estate assumed to be sold at 70% of dark value and incur a 6% broker fee
  - IPGL IP collateral assumed to be sold for $50mm, which represents ~15% of the low-end estimate of distressed fair market value of $345mm as stated in the Ocean Tomo appraisal document dated 1/12/18

- **Kenmore and Diehard**
  - Excluded from the analysis
  - Excludes asserted KCD Royalty  administrative claim of $111mm

5

SEARS_UCC00365988

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

**Certain assumptions in this document may be subject to material change, including:**

- **Go-forward financial performance of the store base**
- **Go-forward financial performance of the non-store businesses**
- **Feasibility and timing of SG&A reductions**

- **Assets**
  - Certain island stores and the Guam stores may be sold as going concern stores which would change recoveries on those assets
  - Carry costs and timing of real estate liquidations
    - The analysis does not include real estate related expenses past the end of GOB periods for potential additional time and carrying costs that may be required to sell real estate assets
  - This document excludes all avoidance action recoveries and any recoveries for litigation related to prepetition transactions
  - Assumes no proceeds from collateral charges are paid to the estate from the Sparrow collateral

- **Claims**
  - 503(b)(9) and GUC claims as of the petition date are estimated by SHC; subject to change based on further inventory receipt reconciliation
  - The initial estimate of the size of the general unsecured claim pool may change materially
  - WARN, severance, and PTOs costs associated with RIFs occurring past 11/15/18 are based on average salary and benefits of employees, and will change as employees subject to future RIFs are finalized

- **PBGC Claim**
  - This analysis does not reflect any view or estimate regarding a) the size of the PBGC claim, b) the priority of the PBGC claim, or c) any proceeds associated with the liquidation or transfer of securities held by the PBGC
    - The PBGC is likely to have a significant unsecured claim, which is excluded from this analysis
    - The Company is still performing diligence on the plan termination claim

6

SEARS_UCC00365989

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# Illustrative Creditor Recovery Summary
## *Comparison of ESL Going Concern Bid to Winddown*

| ESL Going Concern Bid Compared to Winddown | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claim and Distributable Value Variance* | | | | | | | | | | | | | |
| | ESL Bid | | | | | Winddown[1] | | | | | Variance | | |
| | Claim | Recovery | | Total Recovery | | Claim | Recovery | | Total Recovery | | Claim | Total Recovery | |
| Claim | Amount | Cash | Non-Cash | $ | % | Amount | Cash | Non-Cash | $ | % | Amount | $ | % |
| Admin and Other Priority Claims [2] | $723 | $108 | $467 | $575 | 80% | $1,422 | $1,422 | – | $1,422 | 100% | NA | NA | NA |
| Cure Costs | 200 | – | 200 | 200 | 100% | – | – | – | – | – | NA | NA | NA |
| Senior DIP ABL | 950 | 950 | – | 950 | 100% | 894 | 894 | – | 894 | 100% | NA | NA | NA |
| Junior DIP | 350 | 102 | 230 | 332 | 95% | 175 | 175 | – | 175 | 100% | NA | NA | NA |
| FILO (1.5) | 125 | – | 125 | 125 | 100% | 125 | 125 | – | 125 | 100% | – | – | – |
| Citi LC Facility (1.75) | 271 | – | 271 | 271 | 100% | 271 | 271 | – | 271 | 100% | – | – | – |
| Adequate Protection - 507(b)[3] | – | – | – | NA | NA | 331 | 119 | – | 119 | 36% | (331) | (119) | 36% |
| 2nd Lien Line of Credit Loans | 570 | – | 387 | 387 | 68% | 570 | – | – | – | – | – | 387 | 68% |
| ESL 2nd Lien Term Loan (PIK) | 320 | – | 30 | 30 | 9% | 320 | – | – | – | – | – | 30 | 9% |
| 2nd Lien Notes (PIK) | 175 | – | 16 | 16 | 9% | 175 | – | – | – | – | – | 16 | 9% |
| 2nd Lien Notes (2.5; Cash) | 89 | – | – | – | – | 89 | – | – | – | – | – | – | – |
| Dove Loans | 831 | – | 544 | 544 | 65% | 831 | 429 | – | 429 | 52% | NA | 115 | 14% |
| Sparrow Loans | NA | – | – | NA | NA | NA | NA | – | NA | NA | NA | NA | NA |
| GL / IP Loan | 231 | – | 231 | 231 | 100% | 231 | 159 | – | 159 | 69% | – | 72 | 31% |
| **Total Sec. & Admin. Claims** | **$4,835** | **$1,160** | **$2,501** | **$3,661** | **76%** | **$5,434** | **$3,594** | **$–** | **$3,594** | **66%** | **($331)** | **$502** | **NA** |
| Protection Agreement Liability | 1,009 | – | 1,009 | 1,009 | 100% | – | – | – | – | NA | $1,009 | $1,009 | 100% |
| SYW Points and Gift Cards | 81 | – | 81 | 81 | 100% | – | – | – | – | NA | 81 | 81 | 100% |
| Unsecured Claims Incl. Deficiency Claims | 4,420 | – | – | – | – | 5,881 | – | – | – | – | (1,461) | – | – |

Note: Claims under section 507(b) of the Bankruptcy Code for diminution in the value of second-lien collateral are shown based on advice from Weil. The ultimate value of these claims could vary materially given a number of factors including the use of going concern or liquidation values, inclusion or exclusion of certain administrative costs such as professional fees that benefit from the Carve-Out and the ultimate validity of the second-lien liens and claims. In addition, the validity and amount of such diminution claims is expected to be a disputed among the parties.
1) Detailed analysis and assumptions on page 8. Recoveries shown are in cash. Debt and other starting balances as of 1/5/2019.
2) Company cannot confirm a plan unless all admin claims are paid in cash, in full, at the time of plan effectiveness.
3) Based on historical NOLV.

7

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# Creditor Recovery Matrix

*Wind-down / Orderly Liquidation (Debt and Other Starting Balances As of 1/5/2019)*

| Creditor Recovery Matrix | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | | Remaining Assets | | | | | | | | |
| Creditors | Gross Claim as of 1/5/19 | 1st Lien Collateral | Jr. DIP Collateral (Previously Unencumbered) | Sparrow R.E | Dove R.E. | IP/GL Collateral | Wind-down Reserve | Carve-Out | $ Recovery | % Recovery |
| Admin and Other Priority Claims | $1,422 | ($568) | ($500) | – | ($19) | ($7) | ($240) | ($89) | $1,422 | 100% |
| DIP ABL [1] | 894 | ($894) | – | – | – | – | – | – | 894 | 100% |
| Junior DIP [2] | 175 | – | (175) | – | – | – | – | – | 175 | 100% |
| FILO (1.5) | 125 | (125) | – | – | – | – | – | – | 125 | 100% |
| Citi LC Facility (1.75) | 271 | (271) | – | – | – | – | – | – | 271 | 100% |
| Adequate Protection - 507(b)[3] | 331 | (119) | – | – | – | – | – | – | 119 | 36% |
| 2nd Lien Line of Credit Loans | 570 | – | – | – | – | – | – | – | – | – |
| ESL 2nd Lien Term Loan (PIK) | 320 | – | – | – | – | – | – | – | – | – |
| 2nd Lien Notes (PIK) | 175 | – | – | – | – | – | – | – | – | – |
| 2nd Lien Notes (2.5; Cash) | 89 | – | – | – | – | – | – | – | – | – |
| Dove Loans | 831 | – | – | – | (429) | – | – | – | 429 | 52% |
| Sparrow Loans [4] | NA | – | – | – | – | – | – | – | NA | NA |
| GL / IP Loan | 231 | – | – | – | – | (159) | – | – | 159 | 69% |
| **Total Secured Debt / Claims** | **$5,434** | **($1,976)** | **($675)** | **–** | **($448)** | **($166)** | **($240)** | **($89)** | **$3,594** | **66%** |
| Unsecured and Deficiency Claims [5] | 5,881 | | | | | | | | | |
| **Total Unsecured Debt / Claims** | **$5,881** | **–** | **–** | | | | | | **–** | **–** |

Notes:
(1) Pro forma balance as of 1/5/19. Company has requested $100mm of DIP draw for week ending 1/12/19 which would reduce the pro forma ABL balance to $894mm.
(2) Pro forma balance as of 1/5/19. Company has requested $100mm Jr. DIP draw for week ending 1/12/19 which will increase the Jr. DIP balance to $175mm.
(3) Includes $331mm of claims under section 507(b) of the Bankruptcy Code for diminution in the value of second-lien collateral are shown based on advice from Weil. The ultimate value of these claims could vary materially given a number of factors including the use going concern or liquidation values, inclusion or exclusion of certain administrative costs such as professional fees that benefit from the Carve-Out and charges and the ultimate validity of the second-lien liens and claims. In addition, the validity and amount of such diminution claims is expected to be a disputed among the parties.
(4) Sparrow entities are non-debtors and excluded from analysis.
(5) Draft estimate of gross liability per Deloitte of $3.4bn, plus ~$1bn of PA Liability, plus deficiency claims of ~$1.8bn

8

HIGHLY CONFIDENTIAL

# EXHIBIT F

PRIVILEGED AND CONFIDENTIAL – PREPARED AT THE REQUEST OF COUNSEL
PRELIMINARY DRAFT – SUBJECT TO MATERIAL CHANGE

CONFIDENTIAL                                                                                                    18 JANUARY 2019

## DISCUSSION MATERIALS

### Project Blue



PRIVILEGED AND CONFIDENTIAL – PREPARED AT THE REQUEST OF COUNSEL
PRELIMINARY DRAFT – SUBJECT TO MATERIAL CHANGE

PROJECT BLUE

# Additional Value Required
($ in millions)

**The following summarizes the administrative and other priority claims based on M-III claim schedule and the proposed ask of ESL, sources of value available to address these claims and the incremental value required (other than for settlement and release)**

| Admin & Other Priority Claims Uses of Value | | Less: ESL Value [1] | Remaining Claims | Additional Value Required after Application of Other Sources of Value | |
|---|---|---|---|---|---|
| **Admin** | | | | | |
| 503(b)(9) | $173 | ($139) | $34 | **Additional Value Required** | **$356** |
| Accounts Payable | 196 | (166) | 30 | Less: Company Cash Available at Close [5] | (50) |
| Severance & WARN | 20 | (20) | -- | Less: Company Cash Available Post Close [5] | (29) |
| Employee Claims | 8 | (8) | -- | Less: Professional Fee Carve-out Account | (108) |
| Franchise Taxes | 3 | -- | 3 | Less: MTN Sale Proceeds | (81) |
| Property Taxes [4] | 135 | (134) | 1 | Less: U-Haul Sale Proceeds | (7) |
| RemainCo Winddown Costs | 80 | -- | 80 | Less: Insurance Proceeds | (13) |
| **Total Admin** | **$615** | **($467)** | **$148** | Less: SHIP Security Deposit | (6) |
| | | | | **Pro Forma Additional Value Required [2]** | **$62** |
| **Other** | | | | | |
| ABL DIP | $950 | ($850) | $100 | **Memo:** | |
| Junior DIP | 350 | (350) | -- | KCD Royalties [3] | $112 |
| Professional Fees | 108 | -- | 108 | **Adjusted Pro Forma Additional Value Required** | **$173** |
| Cure Costs | 200 | (200) | -- | | |
| Transfer Taxes (Purchase Price Deduction) | 19 | (19) | -- | **Memo: Required Deposit** | **$120** |
| Mechanics' Liens (Purchase Price Deduction) | 4 | (4) | -- | | |
| Expense Reimbursement (Purchase Price Deduction) | -- | -- | -- | | |
| DIP Floor Adjustment (Purchase Price Deduction) | -- | -- | -- | | |
| UCC Release Cash Consideration | 35 | (35) | -- | | |
| **Total Other** | **$1,665** | **($1,458)** | **$207** | | |
| **Total** | **$2,281** | **($1,925)** | **$356** | | |

 

Source: M-III projection of administrative and other priority claims; ESL proposal.
Note: Does not include any required payments on account of releases other than for credit bid.
1. Includes value provided by ESL via assumption of liabilities and/or debt paydown.
2. Requested Administrative Claim Backstop does not include amounts necessary for settlement and release but is inclusive of Restructuring Subcommittee support for Court order to allow ESL to credit bid claims included in ESL bid.
3. Assumes $112 million of post-petition royalties owed to KCD based on preliminary and ongoing analysis conducted by M-III; figures subject to change.
4. Property Taxes estimate is preliminary and subject to further review.
5. Company cash assumed to include $50 million available at close and $29 million available post close. Additional detail in appendix.

LAZARD    M-III PARTNERS    Weil    1

PRIVILEGED AND CONFIDENTIAL – PREPARED AT THE REQUEST OF COUNSEL
PRELIMINARY DRAFT – SUBJECT TO MATERIAL CHANGE

PROJECT BLUE

## Additional Value Required – Illustrative Allocation
($ in millions)

The following summarizes the administrative and other priority claims based on the M-III claim schedule and the ESL bid, sources of value available to address these claims and the incremental value required (other than for settlement and release)

- For illustrative purposes, the schedule below allocates available sources of value to specific claims based on restrictions on the use of each asset
  - Allocation of cash and winddown reserve amounts is purely illustrative

| Admin & Other Priority Claims | Less: ESL Value [1] | Remaining Claims | Allocation of Other Sources [2] | | | Remaining Claims / (Surplus) |
|---|---|---|---|---|---|---|
| | | | Cash at Close [6] | Carve Out | Winddown & Other [3] | |
| **Admin** | | | | | | |
| 503(b)(9) | $173 | ($139) | $34 | $— | $— | ($34) | $— |
| Accounts Payable | 196 | (166) | 30 | — | — | (30) | — |
| Severance & WARN | 20 | (20) | — | — | — | — | — |
| Employee Claims | 8 | (8) | — | — | — | — | — |
| Franchise Taxes | 3 | — | 3 | — | — | (3) | — |
| Property Taxes [4] | 135 | (134) | 1 | — | — | (1) | — |
| RemainCo Winddown Costs | 80 | — | 80 | — | — | (68) | 12 |
| Total Admin | $615 | ($467) | $148 | $— | $— | ($136) | $12 |
| **Other** | | | | | | |
| ABL DIP [2] | $950 | ($850) | $100 | ($50) | $— | $— | $50 |
| Junior DIP | 350 | (350) | — | — | — | — | — |
| Professional Fees | 108 | — | 108 | — | (108) | — | — |
| Cure Costs | 200 | (200) | — | — | — | — | — |
| Transfer Taxes (Purchase Price Deduction) | — | — | — | — | — | — | — |
| Mechanics' Liens (Purchase Price Deduction) | — | — | — | — | — | — | — |
| Expense Reimbursement (Purchase Price Deduction) | — | — | — | — | — | — | — |
| DIP Floor Adjustment (Purchase Price Deduction) | — | — | — | — | — | — | — |
| UCC Release Cash Consideration | 35 | (35) | — | — | — | — | — |
| Total Other | $1,642 | ($1,435) | $207 | ($50) | ($108) | $— | $50 |
| **Total** | $2,258 | ($1,902) | $356 | ($50) | ($108) | ($136) | $62 |
| Memo: Total incl. KCD Claim ($112 mm) [5] | $2,369 | ($1,902) | $467 | ($50) | ($108) | ($136) | $173 |

LAZARD   M-III PARTNERS   Weil

Source:   M-III projection of administrative and other priority claims; ESL proposal.
Note:   Does not include any required payments on account of releases other than for credit bid.
1.   Includes value provided by ESL via assumption of liabilities and/or debt paydown.
2.   ABL DIP balance assumed to be $950 at close.
3.   Allocation of Winddown Reserve amount is illustrative. Other includes sources of value available post-closing; e.g., utility deposit release.
4.   Property Taxes estimate is preliminary and subject to further review.
5.   Assumes $112 million of post-petition royalties owed to KCD based on preliminary and ongoing analysis conducted by M-III; figures subject to change.
6.   Company cash assumed to include $50 million available at close and $29 million available post close. Additional detail in appendix.

2

PRIVILEGED AND CONFIDENTIAL – PREPARED AT THE REQUEST OF COUNSEL
PRELIMINARY DRAFT – SUBJECT TO MATERIAL CHANGE

PROJECT BLUE

# Incremental Sources of Value & Risks
($ in millions)

The following provides an analysis of incremental sources of value the Company and ESL could potentially contribute to cover the administrative claim shortfall; as well as risks to the proceeds assumed to be received by the Company

| | Incremental Sources of Value | Availability At Close | Availability Post-Close | Total | Notes |
|---|---|---|---|---|---|
| **Potential Incremental Sources** | Residual Value in GOB | $ -- | $43 | $43 | Based on M-III analysis |
| | Additional Budget Savings | 8 | -- | 8 | Based on M-III analysis |
| | Reduction in Winddown Cost | [20] | -- | [20] | Reduction due to inclusion of additional assets in ESL bid |
| | First Data | 28 | -- | 28 | Reserve established prior to bankruptcy to offset customer returns |
| | Disputed Accounts Payable | 15 | -- | 15 | Assumes 50% of disputed accounts payable |
| | **Total** | **$71** | **$43** | **$114** | |
| | Additional ABL Reduction | $39 | $ -- | $39 | Based on 2/16/19 Close; excludes $8 million of outperformance accounted for above |
| | **Total at Low ABL Estimate** | **$110** | **$43** | **$153** | Assumes incremental value of ~$47 million through operational adjustments and budget variance |
| **Risks to Proceeds** | Cash | (25) | (15) | (40) | Assumes company is only able to recover 50% of projected cash |
| | SHIP Deposit | -- | (6) | (6) | Reflects risk that estate does not recover SHIP deposit |
| | Other | TBD | TBD | TBD | |
| | **Total** | **($25)** | **($21)** | **($46)** | |
| **Net Total** | | **$46** | **$23** | **$69** | |
| **Net Total at Low ABL Estimate** | | **$85** | **$23** | **$108** | Assumes incremental value of ~$47 million through operational adjustments and budget variance |

See appendix for additional detail on potential actions and savings which could reduce the DIP balance at close vis-à-vis baseline estimate

Source: M-III projections; company estimates; 3rd party bids.

LAZARD  M-III PARTNERS  Weil

3

CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL – PREPARED AT THE REQUEST OF COUNSEL
PRELIMINARY DRAFT – SUBJECT TO MATERIAL CHANGE

## Appendix



PRIVILEGED AND CONFIDENTIAL – PREPARED AT THE REQUEST OF COUNSEL
PRELIMINARY DRAFT – SUBJECT TO MATERIAL CHANGE

PROJECT BLUE                                                                                              APPENDIX

## Additional Value Required Detail
($ in millions)

**The following provides supporting schedules for the ABL DIP balance and other sources of value assumed in the analysis on the prior page**

- **Based on M-III estimates and projections**

| ABL DIP Detail | | Notes |
|---|---|---|
| Projected ABL DIP Balance (2/9/19) | $992 | Company / M-III projected DIP balance per latest forecast |
| Adjustment for Week 49 Actuals | (20) | Update to include Week 49 positive variance |
| Reduction in Critical Vendor Payments | (20) | Assumed reduction in critical vendor payments vs. budget |
| KEIP / KERP | (10) | ~$25 million is forecasted through closing. Acceleration of the remaining payments is TBD |
| Other | 8 | Adjustment |
| **PF ABL DIP Balance (2/9/19)** | **$950** | Pro forma ABL DIP balance |

| Other Sources of Value Detail | |
|---|---|
| **Carve Out** | |
| **Professional Fee Carve Out Account** | $108 | Projected Carve Out at closing |
| | |
| **Winddown Reserve** | |
| MTN Sale | $81 | |
| Insurance Proceeds | 13 | |
| U-Haul Proceeds | 7 | |
| SHIP Security Deposit | 6 | Assumes close of SHIP sale prior to close of ESL transaction. |
| **Total Winddown Reserve** | **$107** | |

*Source: M-III projections; company estimates; 3rd party bids.*



4

PRIVILEGED AND CONFIDENTIAL – PREPARED AT THE REQUEST OF COUNSEL
PRELIMINARY DRAFT – SUBJECT TO MATERIAL CHANGE

PROJECT BLUE                                                                                              APPENDIX

## Additional Value Required Detail – Company Cash
($ in millions)

**The following provides further detail into the Company's projected cash balance at close identified by M-III**

| Company Cash Schedule | | | | |
|---|---|---|---|---|
| | Available: | | | |
| **Source** | **At Close** | **Post-Close** | **Total** | **Notes** |
| Store Cash [1] | $16.0 | $ -- | $16.0 | Cash in registers based on M-III expectations; (excludes assumed $2 million for GOB stores) |
| Cash in Transit | 15.0 | 15.0 | 30.0 | $33 million total, assumes $15 million available at close and $15 million post close |
| Regional Bank Cash | 10.0 | 4.0 | 14.0 | $14 million in regional banks; assumes $10 million available at close |
| Subsidiary Businesses | 3.0 | -- | 3.0 | Cash in Monark, Innovel, SHS and other subsidiary businesses |
| Israel Cash | 7.0 | -- | 7.0 | Based on M-III estimate of $8.5 million of cash in Israeli Banks; assumes $1.5 million trapped |
| Utility Deposit | -- | 10.0 | 10.0 | Assumes Utility deposit released 45 days after close |
| **Estimated Total Available** | **$50.0** | **$29.0** | **$79.0** | |
| Trapped / Unavailable Cash | 15.0 | $ -- | 15.0 | Includes cash in India, trapped cash, accounting adjustments and other cushion |
| **Total Avail. & Unavail. Cash** | **$65.0** | **$29.0** | **$84.0** | |

*Source: M-III analysis.*
1.    *Company cash in registers to be purchased by buyer.*



5

PRIVILEGED AND CONFIDENTIAL – PREPARED AT THE REQUEST OF COUNSEL
PRELIMINARY DRAFT – SUBJECT TO MATERIAL CHANGE

PROJECT BLUE                                                                                                    APPENDIX

## Incremental Sources of Value & Risks – ABL Detail
($ in millions)

**The following provides further detail into the ABL projections and potential avenues to reduce the balance at close identified by M-III**

| Closing Senior DIP and 1L Balance Sensitivity | | | | |
|---|---|---|---|---|
| **Case** | **Low** | **Mid** | **Low** | **Mid** |
| Date | 2/8/2019 | 2/8/2019 | 2/16/2019 | 2/16/2019 |
| **Senior DIP & 1L Balance at Closing** | **$992** | **$992** | **$1,027** | **$1,027** |
| | | | | |
| ***Adjustments / (Risks)*** | | | | |
| Week Ending 1/12/19 Positive Cash Variance | $20 | $20 | $20 | $20 |
| Disbursements - Critical Vendor Payments | 20 | 20 | 20 | 20 |
| Inflows - Normal Course Net Merchandise Receipts | – | 18 | – | 22 |
| Inflows - Other Cash Receipts | – | 15 | – | 20 |
| Disbursements - Other SG&A | – | 10 | – | 12 |
| Disbursements - Merchandise Disbursements | – | 15 | – | 20 |
| Disbursements - KEIP / KERP | 10 | 10 | 10 | 10 |
| **Total Adjustments / (Risks)** | **$50** | **$108** | **$50** | **$124** |
| **Adjusted Senior DIP & 1L Balance at Closing** | **$942** | **$884** | **$977** | **$903** |
| **Variance from Assumed Senior DIP Balance of $950mm** | **$8** | **$66** | **($27)** | **$47** |

*Source: M-III analysis.*



6

# EXHIBIT G





# Transform Transaction - Weekly Tracking

January 25 2019



EXHIBIT

Diaz-3
1/30/19



SEARS HOLDINGS

# Admin Solvency Tracker

**Under the revised estimates, the Company is projecting a ($62mm) administrative shortfall; the Company has identified ~$201mm of potential mitigating items**

| Claims | Admin & Other Priority Claims — Uses of Value | | | | | | Potential Mitigating Items | Notes |
|---|---|---|---|---|---|---|---|---|
| | Original Estimate | ESL Assumed Liabilities | Original Gap | Change in Estimates | Identified Favorable Variance | Revised Gap | | |
| 503(b)9 | $ 173 | $ (139) | $ (34) | 1 | | $ (33) | $ 5 | (1) |
| Accounts Payable | 196 | (166) | (30) | | 30 | - | 15 | (2) |
| Severance & WARN | 28 | (28) | - | | | - | - | |
| Franchise Taxes | 3 | - | (3) | | | (3) | - | |
| Property Taxes | 135 | (135) | - | | | - | - | |
| RemainCo Winddown Costs | 80 | - | (80) | | | (80) | | |
| ABL DIP | 950 | (850) | (100) | (29) | 25 | (104) | 118 | (3) |
| Junior DIP | 350 | (350) | - | | | - | - | |
| Professional Fees | 108 | | (108) | 6 | | (102) | | (4) |
| Cure Costs | 200 | (200) | | | | - | - | |
| Transfer Taxes (Purchase Price Deduction) | 19 | (19) | | | | - | | |
| Mechanics' Liens (Purchase Price Deduction) | 4 | (4) | | | | - | | |
| UCC Release Cash Consideration | 35 | (35) | | | | - | | |
| **Total** | **2,281** | **(1,926)** | **(355)** | **(22)** | **55** | **(322)** | **138** | |
| **Additional Value Identified** | | | | | | | | |
| Company Cash Available at Close | 50 | | 50 | (50) | 30 | 30 | | |
| Company Cash Available Post Close | 29 | | 29 | | | 29 | 20 | |
| Professional Fee Carve-Out Account | 108 | | 108 | (6) | | 102 | | |
| MTN Sale Proceeds | 81 | | 81 | | | 81 | | |
| U-Haul Sale Proceeds | 7 | | 7 | | | 7 | | |
| Insurance Proceeds | 13 | | 13 | (8) | | 5 | | |
| SHIP Security Deposit | 6 | | 6 | | | 6 | | |
| GOB Inventory Post-Close | - | | | | | | 43 | |
| **Total** | **294** | **-** | **294** | **(64)** | **30** | **260** | **63** | |
| **Solvency / (Gap)** | | | $ (61) | $ (86) | $ 85 | $ (62) | $ 201 | |

**Notes:**

(1) Potential mitigating items reflect $5mm in opportunity identified through the application of trapped vendor credits, and mitigation of amounts owed to 503(b)(9) claimants through identified cure

(2) Offsets and mitigating items reflect $15mm-30mm in opportunity identified through managing disputed payables, reducing non-essential spend and potentially recovering pre-petition cash deposits

(3) Pipeline initiatives of $118mm relate to $25mm of operating receipts, $20mm of operating disbursements, $20mm of pro-rata February rent, $15mm of AP headroom, $10mm of critical vendor payments, $9mm of Amazon Inventory Recovery, and $14mm in First Data proceeds (50% of total possible)

(4) Revised to reflect latest professional fee estimate

## Conditions to Close Summary

| | Conditions to Close | | Cushion / (Gap) | Identified Favorable Variance | Revised Cushion / (Gap) | Potential Mitigating Items | Notes |
|---|---|---|---|---|---|---|---|
| | Projected Balance at Close | Target per APA | | | | | |
| New ABL Collateral | $ 1,678 | $ 1,657 | $ 21 | $ - | $ 21 | $ 15 | (1) |
| Specified Receivables | 292 | 255 | 36 | - | 36 | 36 | (2) (A) |
| Warranty Receivables | 55 | 54 | 2 | - | 2 | - | (A) |
| Prepaid Inventory | 151 | 147 | 4 | - | 4 | - | (A) |
| ABL DIP | 954 | 850 | (104) | - | (104) | 118 | (3) |
| Junior DIP | $ 350 | $ 350 | $ - | $ - | $ - | $ - | |

**Notes:**

(1) Pipeline initiatives reflect $15mm estimated in additional borrowing base availability as a result of revised script appraisals

(2) Assumes $36mm in favorability related to credit balance negotiation and additional AR conversion to cash

(3) Pipeline initiatives of $118mm relate to $25mm of operating receipts, $20mm of operating disbursements, $20mm of pro-rata february rent, $15mm of AP headroom, $10mm of critical vendor payments, $9mm of Amazon Inventory Recovery, and $14mm in First Data proceeds (50% of total possible)

(A) In the event the Company delivers less than the target amount for these items, there will be a dollar for dollar reduction in ESL's obligation to first assume Severance liabilities, then 503(b)(9) claims. To the extent the Company delivers excess Prepaid Inventory or Warranty Receivables at close, this excess amount can be used to offset any shortfall in the other dollar for dollar.

# Opportunity and Actions as of 1/25/19

| | Identified Favorable Variance | Identified Opportunity | Potential Actions | Responsible Parties | Comments |
|---|---|---|---|---|---|
| RX Scripts | NA | $0 - $15mm | Script Appraisal | Rob Riecker, Brian Griffith | Current borrowing base of $7.50/script, resulting in $25mm of availability. Appraisal expected 1/28 |
| Inventory | NA | $30mm | Sale of excess inventory / Transfer to GOB / Reduce or cancel P.O.s / Increase receiving days to 6 days per week | TJ Koreis, Brian Griffith, Chris Good | Inventory potentially higher in DIP budget than target / $9.4mm of Amazon inventory will be brought back into inventory and has already been paid for |
| GOBs | NA | $43mm | Continue to harvest GOBs after close | Abacus | GOB cash remains with estate |
| Specified Receivables | NA | TBD | Identify specific accounts receivable that can be monetized pre or post closing: • UPS rebate ($8mm) • SHO receivable ($34mm) • Monark receivable (TBD) | Trent Bonnell, Jon Boffi, Chris Good, Bob Phelan | Convert A/R to cash to the extent above required target / Potential to use 503(b)(9) negotiation to reduce A/R / Look at timing of SHO, Citi and other AR payments |
| 503(b)(9) | NA | $5mm-$10mm | Review vendor credits / Mitigate through vendor cures | Enrique Acevedo | Use critical vendor payments to reduce 503(b)(9) liability / Potential to use A/R credits to offset balances |
| Accounts Payable | $30mm | NA | Manage AP balance based on deliverable under the APA | Jeff Butz, Chris Good | Decrease operating expense / Increase payables to offset DIP |
| Property Tax | NA | NA | Revised estimate from SHC Real Estate team for go-forward stores is approximately $60mm lower | Mike Morrie, Brian Griffith, Estate team | Reviewing the revised schedule provided by SHC Real |
| Other Assets | NA | TBD | $245mm of Other balance sheet assets | Chris Good | Other assets on the balance sheet not identified in APA |
| Cash | $30mm | $20mm | Speed regional cash collection ($17mm) / Repatriate cash from Israel ($6mm) / Store cash ($17mm) / Utility deposits ($10mm) / Cash from 2/8/19 sales (TBD) | Rajat Prakash, Chris Good, Enrique A., Naren Sinha | Working with armored carriers and regional banks to decrease the time it takes to make cash available / Determining amount of cash that would come in from sales on 2/8/19 |
| Senior DIP Balance | $25mm | $104mm | Operating Receipts ($25mm) / Operating Disbursement ($20mm) / Pro Rate February rent ($20mm) / Critical Vendors ($10mm) / Hurricane Proceeds ($5mm) / Accounts payable build ($15mm) / Amazon Inventory recovery ($9mm) / Reduction in other AR and other assets (TBD) | Rob Riecker, Naren Sinha, Rajat Prakash, Bob Walsh, Brian Griffith, Wesley Sima, Chris Good | Actively managing operating disbursements and potential conservatism in SG&A forecast, as well as receipt outperformance |
| | NA | $14mm (up to $28mm) | First Data Proceeds | Mo Meghji | Credit card holdback release / Look at other holdback release opportunities |
| Subtotal | $85mm | $231mm | | | |

# 1/11/19 to 1/23/19 DIP Budget Bridge

| DIP Budget as of: / For Four Weeks Ending: | 1/11/19 2/9/19 | 1/23/19 2/9/19 | Variance 1/16 to 1/11 | Commentary |
|---|---|---|---|---|
| Total Operating Receipts | $512 | $512 | $0 | No change |
| Merch Vendors | (248) | (231) | 18 | Decreased merchandise spend estimate |
| Rent/Occupancy | (20) | (36) | (16) | Paid Sparrow rent |
| Payroll/Bens/Taxes | (151) | (159) | (8) | Decreased payroll estimate |
| Other SG&A Disbursements | (192) | (186) | 7 | Increased other SG&A estimate |
| CapEx | (4) | (4) | 1 | Updated for actuals |
| Total Operating Cash Flow | ($104) | ($102) | $1 | |
| NON-OPERATING CASH FLOW | | | | |
| Bankruptcy Related Disbursements | ($74) | ($43) | $30 | Removed KCD and decreased critical vendor estimate |
| Cash Interest | ($13) | ($12) | $1 | Slight increase of interest expense |
| Financing Fees | (0) | 0 | 0 | No Change |
| Professional Fees | (18) | (19) | (1) | Revised estimate |
| Intercompany Inflows | 0 | 0 | 0 | No Change |
| Total Other Non-Operating Disbursements | ($32) | ($31) | $1 | |
| Net Cash Flows before Financing | ($209) | ($176) | $33 | |
| Financing | 209 | 169 | (40) | NA |
| Net Cash Flow after Financing | $0 | ($7) | ($7) | NA |
| Beginning Cash | $0 | $7 | $7 | NA |
| Cash Flow Before Financing | (209) | (176) | 33 | NA |
| Financing | 209 | 169 | (40) | NA |
| Change in Carveout Account | 0 | 0 | 0 | NA |
| Ending Available Cash Balance | $0 | ($0) | ($0) | |
| Beginning ABL | $976 | $952 | ($24) | Updated for actuals |
| Draw (Paydown) | 16 | 2 | (14) | NA |
| Ending ABL | $992 | $954 | ($37) | |