**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

In re                                                :

                                                     :          **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,  :

                                                     :          **Case No. 18-23538 (RDD)**

                                                     :

            Debtors.[1]                          :          **(Jointly Administered)**

--------------------------------------------------------------- x

### NOTICE OF FILING INITIAL ASSIGNED AGREEMENTS IN CONNECTION WITH GLOBAL SALE TRANSACTION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On November 19, 2018, the Bankruptcy Court entered the *Order Approving Global Bidding Procedures and Granting Related Relief* (the "**Global Bidding Procedures Order**") (ECF No. 816),[2] approving global bidding and sale procedures (the "**Global Bidding Procedures**"), substantially in the form attached to the Global Bidding Procedures Order as Exhibit 1, in connection with the sale or disposition of substantially all of the Debtors' assets (the "**Assets**"), among other relief.

2.      On November 21, 2018, the Debtors filed the *Notice of Filing of Global Bidding Procedures Process Letter* (ECF No. 862) (the "**Global Process Letter**") soliciting bids on the Assets, including the Debtors' retail stores or groups of stores (the "**Retail Stores**") on a going

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Global Bidding Procedures Order, the Global Bidding Procedures, or the Asset Purchase Agreement (as defined herein), as applicable.

concern or liquidation basis and individual target businesses, including Sears Home Services, the business unit PartsDirect, Sears Auto Centers, and Innovel (the "**Target Businesses**") (the Retail Stores together with the Target Businesses, the "**Global Assets**").

3.      On January 14, 2019, the Debtors commenced an auction for the sale of the Global Assets (the "**Auction**").  As announced on the record of the Auction, the Debtors, as directed by the Restructuring Committee, determined that the offer submitted by Transform Holdco, LLC (the "**Successful Bidder**" or "**Buyer**"), established by ESL Investments, Inc. to acquire substantially all of the Global Assets, was the highest or best offer for the Global Assets (the "**Successful Bid**"). The Debtors executed an asset purchase agreement with the Buyer for purchase of the Acquired Assets (as defined in the Asset Purchase Agreement) dated January 17, 2019 (the "**Asset Purchase Agreement,**" and the transaction effected thereby, the "**Global Asset Sale Transaction**").  A copy of the Asset Purchase Agreement and description of the material terms thereof are provided in the *Notice of Successful Bidder and Sale Hearing* (ECF No. 1730).

4.      On January 18, 2019, the Debtors filed and served on the applicable Sale Notice Parties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "**Initial Notice**").  On January 23, 2019, the Debtors filed and served on the applicable Sale Notice Parties the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) (the "**Supplemental Notice**").  On January 31, 2019, the Debtors filed and served on the applicable Sale Notice Parties the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Global Sale Transaction* (ECF No. 2314) (the "**Second Supplemental Notice**").

## Assumption and Assignment Procedures

5.      The Buyer may elect to assume from the Sellers and assign to the Buyer (i) all Leases (as defined in the Asset Purchase Agreement) and (ii) all other Contracts related to the Business to which a Seller is a party and all IP Licenses (excluding certain agreements), which are listed on Schedule 2.7(a) to the Asset Purchase Agreement (the "**Potential Transferred Agreements**").  The Debtors provided the schedule of Potential Transferred Agreements to the Buyer on **January 25, 2019**.

6.      Buyer delivered to the Seller a list of those Potential Transferred Agreements proposed to be assigned to Buyer or assumed by Seller and assigned to Buyer on the Closing Date (the "**Initial Assigned Agreements**").  The list of Initial Assigned Agreements is attached hereto as **Exhibit A**.  The Initial Assigned Agreements shall be assigned to the Buyer or assumed by the Seller and assigned to the Buyer on the Closing Date.  The Buyer can amend the list of Initial Assigned Agreements in accordance with the terms of the Asset Purchase Agreement until the second (2nd) Business Day prior to the Closing Date.

7.      **You are receiving this notice because you may be a Counterparty to a Contract or Lease of the Debtors that the Buyer has designated to be assigned to Buyer or assumed by Seller and assigned to Buyer on the Closing Date**.

**Additional Information**

8.      Copies of the Global Bidding Procedures Order, the Global Bidding Procedures, the Initial Notice, the Supplemental Notice, and the Second Supplemental Notice may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent and administrative advisor, Prime Clerk LLC, located at https://restructuring.primeclerk.com/Sears.

Dated: February 1, 2019

/s/ Sunny Singh_____
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

## Exhibit A

**Initial Assigned Agreements**

**Schedule 1 – Executory Contracts**

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 1. | N/A | Sears Holdings Management Corp | Citibank USA | Fin - Citibank Na - Prepaid Card Program Master Agreement - 2009 | Shclcw6486 | $00.00 | No Objection Filed. |
| 2. | N/A | Sears Holdings Management Corporation | Citibank USA | Fin - Citibank Na - Payroll Card Addendum - 2009 | Shclcw6487 | $00.00 | No Objection Filed. |
| 3. | N/A | N/A | N/A | Citibank Merchant Agreement Sears Card Conditions | N/A | $00.00 | No Objection Filed. |
| 4. | N/A | N/A | N/A | Citibank Merchant Agreement Sears Card Conditions | N/A | $00.00 | No Objection Filed. |
| 5. | N/A | Sears Holdings Management Corporation | American Express Business Travel | Fin Services - American Express Card Acceptance - Amendment | Cw2338277 | $00.00 | No Objection Filed. |

---

[1]    This column reflects the ECF number of any applicable objection filed by the counterparty.

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 6. | N/A | Sears Holdings Management Corporation | American Express Business Travel | Fin - American Express Travel Related Services<br><br>Company Inc (Gbt Us Llc) - Master Services | Shclcw7058 | $00.00 | No Objection Filed. |
| 7. | N/A | Sears Holdings Management Corporation | American Express Travel Related Services<br><br>Company, Inc. | American Express Card Acceptance Agreement | N/A | $00.00 | No Objection Filed. |
| 8. | N/A | Sears Holdings Management Corporation | American Express Travel Related Services<br><br>Company, Inc. | Amendment To Agreement For American<br><br>Express Card Acceptance | N/A | $00.00 | No Objection Filed. |
| 9. | N/A | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Tax Sharing Agreement | N/A | $00.00 | Not disputed in objection. |
| 10. | N/A | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. |  | N/A | $00.00 | Not disputed in objection. |
| 11. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Syw - Sears Hometown And Outlet Stores Inc - Retail Establishment Agreement - 2016 | Cw2323625 | $00.00 | Not disputed in objection. |
| 12. | 1835 | Kmart Corporation; Sears Holdings Corporation; | Sears Hometown And Outlet Stores, Inc. | Amended And Restated Merchandising Agreement | 509443 | $00.00 | $1,144,154.00[2] |

---

[2]      Disputed amount represents total disputed amount under the Amended And Restated Merchandising Agreement.

WEIL:\96901112\2\73217.0004

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 13. | 1893 | Sears Holdings Management Corporation | Cross Country Home Services (HMW) | HS OPS-Cross Country Home Service Inc – Agreement - 2014 | SHCLCW3606 | $00.00 | Not disputed in objection. |
| 14. | 1893 | Sears Roebuck and Co. | Cross Country Home Services (HMW) | | CW2340683 | $00.00 | Not disputed in objection. |
| 15. | 1893 | Sears Roebuck and Co. | Cross Country Home Services, Inc. | Home Services Agreement 2016 | | $00.00 | Not disputed in objection. |
| 16. | 1893 | Sears Holdings Management Corporation | Cross Country Home Services, Inc.., Homesure Of America, Inc., Homesure Protection of. | Amended and Restated Total Home Management Program Agreement 2017 | | $00.00 | Not disputed in objection. |
| 17. | 1893 | Sears Holdings Management Corporation | Cross Country Home Services, Inc.., Homesure Of America, Inc., Homesure Protection of. | Guarantee and Security Agreement | | $00.00 | Not disputed in objection. |
| 18. | 1893 | Sears Holdings Management Corporation | Cross Country Home Services, Inc.., Homesure Of America, Inc., Homesure Protection of California Inc. and Homesure OF Virginia, Inc. | Third Party Warranty Agreement | | $00.00 | Not disputed in objection. |
| 19. | 1893 | Sears Roebuck and CO. | Cross Country Home Services, Inc. | Fifth Amendment to Home Warranty Service Agreement | | $00.00 | Not disputed in objection. |
| 20. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Shop Your Way Rewards Retail Establishment Agreement & Amendment #2 | 396577 | $00.00 | Not disputed in objection. |

3

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|-----|-----|--------|--------------|----------------|--------------|-------------|-----------------|
| 21. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Trademark License Agreement | 536493 | $00.00 | Not disputed in objection. |
| 22. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Office Space Lease | 431288 | $00.00 | Not disputed in objection. |
| 23. | 1835 | Innovel Solutions, Inc. | Sears Hometown And Outlet Stores, Inc. | Purchase Agreement For Excess And Salvage Merchandise | 534857 | $00.00 | Not disputed in objection. |
| 24. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Security Interest In Assets Of Sears Hometown And Outlet Stores, Inc. | N/A | $00.00 | Not disputed in objection. |
| 25. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment #1 To Employee Transition And Administrative Services Agreement | 509440 | $00.00 | Not disputed in objection. |
| 26. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Transition Of Sears Procurement Services | 546403 | $00.00 | Not disputed in objection. |
| 27. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Agreement And Authorization For Sho Franchisee Leasing Business | 537252 | $00.00 | Not disputed in objection. |
| 28. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 10 To Service Agreement | 543771 | $00.00 | Not disputed in objection. |
| 29. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Service Level Agreement Between Sears Holdings Corporation And Sho | 509456 | $00.00 | Not disputed in objection. |
| 30. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Shop Your Way Rewards Retail Establishment Agreement | N/A | $00.00 | Not disputed in objection. |
| 31. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 8 To Services Agreement | N/A | $00.00 | Not disputed in objection. |

WEIL:\96901112\2\73217.0004

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 32. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment To Amended And Restated Merchandising Agreement | | $00.00 | See item 12. |
| 33. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment No. 2 To The Amended And Restated Merchandising Agreement | | $00.00 | See item 12. |
| 34. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment No. 3 To The Amended And Restated Merchandising Agreement | | $00.00 | See item 12. |
| 35. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment No. 4 To The Amended And Restated Merchandising Agreement | | $00.00 | See item 12. |
| 36. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Services Agreement | | $00.00 | Not disputed in objection. |
| 37. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Services Agreement | | $00.00 | Not disputed in objection. |
| 38. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 2 To Services Agreement | | $00.00 | Not disputed in objection. |
| 39. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 3 To Services Agreement | | $00.00 | Not disputed in objection. |
| 40. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 4 To Services Agreement | | $00.00 | Not disputed in objection. |
| 41. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 5 To Services Agreement | | $00.00 | Not disputed in objection. |
| 42. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 6 To Services Agreement | | $00.00 | Not disputed in objection. |
| 43. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 7 To Services Agreement | | $00.00 | Not disputed in objection. |

5

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 44. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 9 To Services Agreement | | $00.00 | Not disputed in objection. |
| 45. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Employee Transition And Administrative Services Agreement | | $00.00 | Not disputed in objection. |
| 46. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Shop Your Way Rewards Retail Establishment Agreement | | $00.00 | Not disputed in objection. |
| 47. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment #2 To Shop Your Way Rewards Retail Establishment Agreement | | $00.00 | Not disputed in objection. |
| 48. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Separation Agreement | | $00.00 | Not disputed in objection. |
| 49. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Separation Agreement | | $00.00 | Not disputed in objection. |
| 50. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Trademark License Agreement | | $00.00 | Not disputed in objection. |
| 51. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Supplemental Agreement | | $00.00 | Not disputed in objection. |
| 52. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Supplemental Agreement | | $00.00 | Not disputed in objection. |
| 53. | 1835 | Sears Brands, L.L.C. | Sears Hometown And Outlet Stores, Inc. | License And Intellectual Property Management Agreement | N/A | $00.00 | Not disputed in objection. |
| 54. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Tax Sharing Agreement | N/A | $00.00 | Not disputed in objection. |
| 55. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | | N/A | $00.00 | Not disputed in objection. |

6

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 56. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Syw - Sears Hometown And Outlet Stores Inc - Retail Establishment Agreement - 2016 | Cw2323625 | $00.00 | Not disputed in objection. |
| 57. | 1835 | Kmart Corporation; Sears Holdings Corporation; | Sears Hometown And Outlet Stores, Inc. | Amended And Restated Merchandising Agreement | 509443 | $00.00 | See item 12. |
| 58. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Shop Your Way Rewards Retail Establishment Agreement & Amendment #2 | 396577 | $00.00 | Not disputed in objection. |
| 59. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Trademark License Agreement | 536493 | $00.00 | Not disputed in objection. |
| 60. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Office Space Lease | 431288 | $00.00 | Not disputed in objection. |
| 61. | N/A | Sears Holdings Management Corporation | First Data Corporation- 1000623488 \ Telecheck Services Inc | Lp Ops - Telecheck Services Inc - Warranty Service Agreement - 2008 | Shclcw5528 | $ 277,962 | No Objection Filed. |
| 62. | 2024 | Kmart Corporation | Dfs Services Llc, Successor In Interest To Discover Card Services, Inc. | Notice Of Changes Of Fees Under Merchant Services Agreement Dates November 15, 1987 | N/A | N/A | Not disputed in objection. |
| 63. | 2024 | Kmart Corporation | Discover Financial Services | Letter Of Amendment Dated 9/8/04 To The November 15, 1987 Merchant Services | N/A | N/A | Not disputed in objection. |
| 64. | 2024 | Kmart Corporation | Discover Financial Services | Letter Of Amendment Dated 9/9/03 To The November 15, 1987 Merchant Services | N/A | N/A | Not disputed in objection. |
| 65. | 2024 | Kmart Corporation | Discover Financial Services, Inc. | Supplemental Agreement | N/A | N/A | Not disputed in objection. |

7

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 66. | 2072 | Sears Holdings Corporation | Stanley Black & Decker, Inc. | Acquired Ip License Agreement | N/A | $00.00 | $516,784.54 |
| 67. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Trademark License Agreement | 509438 | $00.00 | Not disputed in objection. |
| 68. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment No. 3 To The Amended And Restated Merchandising Agreement | 537251 | $00.00 | Not disputed in objection. |
| 69. | 1992 | Sears Holdings Management Corporation | Oracle America, Inc. – 402651 | SYW – Oracle – OD for Email Marketing – 2018 | CW2339264 | $2,149,380.00 | Not disputed in objection. |
| 70. | 1992 | Sears Holdings Management Corporation | Oracle America, Inc. – 402651 | MKTG – Home Services – OracleMaxymiser – 2018 | CW2340060 | $00.00 | Not disputed in objection. |
| 71. | 1992 | Sears Holdings Management Corporation | Oracle America, Inc. – 402651 | SYW – Oracle – MSA – 2016 | CW2311500 | $00.00 | Not disputed in objection. |
| 72. | 1992 | Sears Holdings Management Corporation | Oracle America, Inc. – 402651 | HS-Oracle - OD for HS Email Services - 2018 | CW2339405 | $00.00 | Not disputed in objection. |
| 73. | 1992 | Sears Holdings Management Corporation | Oracle America, Inc. – 402651 | SYW – Oracle – OD - 2018 | CW2339388 | $00.00 | Not disputed in objection. |
| 74. | 1992 | Kmart Corporation; Sears, Roebuck and Co. | Oracle America, Inc | IT OPS – Oracle USA Inc – MSSA-2005 | SHCLCW1600 | $00.00 | Not disputed in objection. |
| 75. | 1992 | Sears Holdings Management Corporation | Oracle America, Inc | ITG – Oracle Amendment 2 to MSA-2005 | CW2309081 | $00.00 | Not disputed in objection. |
| 76. | 1992 | Sears Holdings Management Corporation | Oracle | IT – Oracle – Cloud Services Agreement – 20160531 | CW2318109 | $00.00 | Not disputed in objection. |
| 77. | 1992 | Sears Holdings Management Corporation | Oracle America, Inc. | ORACLE CLOUD SERVICES AGREEMENT | CW2340060 | $00.00 | Not disputed in objection. |

8

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| | | | | US-CSA-QT600571 EFFECTIVE 31-MAY-2016 | | | |
| 78. | 1992 | Sears Holdings Corporation | Oracle America | SYW - ORACLE - OD FOR DELIVERABILITY - 2018 | CW2335726 | $00.00 | Not disputed in objection. |
| 79. | 1992 | Sears Holdings Corporation | Oracle America | Oracle BI/Fusion 2018 Annual Maintenance | | $00.00 | Not disputed in objection. |
| 80. | 1992 | Sears Holdings Corporation | Oracle America | Oracle G-Log GC3 Bundle 2018 Annual Renewal | | $00.00 | Not disputed in objection. |
| 81. | 1992 | Sears Holdings Corporation | Oracle America | Oracle Weblogic OTM Renewal 2018 | | $00.00 | Not disputed in objection. |
| 82. | 1992 | Sears Holdings Corporation | Oracle America | Oracle Weblogic OTM 12K Renewal 2018 | | $00.00 | Not disputed in objection. |
| 83. | 1992 | Kmart Corporation; Sears, Roebuck and Co. | Rimini Street | IT-Rimini Street – Statement of Work 01 (Peoplesoft Support Services (2016) | CW2319307 | $00.00 | Not disputed in objection. |
| 84. | 1992 | Sears Holdings Management Corporation | Oracle America, Inc. – 402651 | SYW – Oracle – OD FOR DELIVERABILITY - 2018 | CW2335726 | $00.00 | Not disputed in objection. |
| 85. | 1995 / 2201 | Sears Holdings Management Corporation | Google Inc. | Online – Google – DFP Premium – 2018 | | $00.00 | $1,115,563.36[3] |
| 86. | 1995 / 2201 | Sears Holdings Management Corporation | Google Inc. | Home Service – Google – Suite360 – Order Form – 2018 | | $00.00 | See item 85. |
| 87. | 1995 / 2201 | Sears Holdings Management Corporation | Google Inc. | MKTG – Online – Google – ADSENSE – 2018 | | $00.00 | See item 85. |

---

[3]    Disputed amount represents disputed amount for all Google Inc. contracts.

WEIL:\96901112\2\73217.0004

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|-----|-----------|--------|--------------|----------------|--------------|-------------|-----------------|
| 88. | 1995 / 2201 | Sears Home & Business Franchise | Google Inc. | Google Advertising Service Agreement | | $00.00 | See item 85. |
| 89. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 9 To Services Agreement | 537250 | $00.00 | Not disputed in objection. |
| 90. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment No. 2 To The Amended And Restated Merchandising Agreement | 534598 | $00.00 | Not disputed in objection. |
| 91. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment To Amended And Restated Merchandising Agreement | 534596 | $00.00 | Not disputed in objection. |
| 92. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 8 To Services Agreement | 534593 | $00.00 | Not disputed in objection. |
| 93. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 7 To Services Agreement | 529128 | $00.00 | Not disputed in objection. |
| 94. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 5 To Services Agreement | 525479 | $00.00 | Not disputed in objection. |
| 95. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 6 To Services Agreement | 525037 | $00.00 | Not disputed in objection. |
| 96. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 3 To Services Agreement | 511414 | $00.00 | Not disputed in objection. |
| 97. | 1835 | Sears, Roebuck And Co. | Sears Hometown And Outlet Stores, Inc. | Amendment No. 4 To The Amended And Restated Merchandising Agreement | 509442 | $00.00 | Not disputed in objection. |
| 98. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 4 To Services Agreement | 509441 | $00.00 | Not disputed in objection. |
| 99. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 2 To Services Agreement | 459349 | $00.00 | Not disputed in objection. |

10

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 100. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Services Agreement | 444110 | $00.00 | Not disputed in objection. |
| 101. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Services Agreement | 396576 | $00.00 | Not disputed in objection. |
| 102. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment #2 To Shop Your Way Rewards Retail Establishment Agreement | 547382 | $00.00 | Not disputed in objection. |
| 103. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Shop Your Way Rewards Retail Establishment Agreement | 547382 | $00.00 | Not disputed in objection. |
| 104. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Supplemental Agreement | 509445 | $00.00 | Not disputed in objection. |
| 105. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Supplemental Agreement | 444115 | $00.00 | Not disputed in objection. |
| 106. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 1 To Separation Agreement | 444114 | $00.00 | Not disputed in objection. |
| 107. | 1835 | Sears Holdings Corporation | Sears Hometown And Outlet Stores, Inc. | Separation Agreement | 396575 | $00.00 | Not disputed in objection. |
| 108. | 1835 | Sears Holdings Management Corporation | Sears Hometown And Outlet Stores, Inc. | Amendment No. 8 To Services Agreement | (blank in notice) | $00.00 | Not disputed in objection. |
| 109. | N/A | Sears Brands Management Corporation | FLI Charge, Inc. | Patent License & Technology Agreement | N/A | $00.00 | No Objection Filed. |
| 110. | N/A | Kmart Corporation; Sears, Roebuck and Co. | ABG Sportcraft, L.L.C. | License Agreement, as amended through 4/5/2018 | | $00.00 | No Objection Filed. |

WEIL:\96901112\2\73217.0004

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 111. | 2000 | Sears Roebuck and Co. (as assignee from Kmart Corporation) | ICON DE Holdings (as successor to IP Holdings LLC) | License Agreement, as amended through 1/23/2018 | | $00.00 | a.  Joe Boxer License Agreement<br><br>$7,771,992.00<br><br>b.  Bongo License Agreement<br><br>$250,000.00<br><br>c.  Cannon License Agreement<br><br>$4,131,850.00 |
| 112. | 1981 / 2252 | Sears Holdings Management Corporation | Salesforce.com, Inc. | Invoice No. 1252781 | | $ 460,880 | $119,471.27[4] |
| 113. | 1981 / 2252 | Sears Holdings Management Corporation | Salesforce.com | Master Subscription Agreement | SHC-68113 | | See item 112. |
| 114. | 1981 / 2252 | Sears Holdings Management Corporation | Salesforce.com, Inc. | Invoice No. 1252781 | | | See item 112. |
| 115. | 1988 | Sears Holdings Management Corporation | Cisco Systems, Inc. | IT-Cisco Systems, Inc. – Master Procurement Agreement | SHCLCW52 | $ 424,905 | $94,255.56 (plus $94,703.02 after February 1, 2019) |
| 116. | 1988 | Sears Holdings Management Corporation | Cisco Systems, Inc. | Amendment 4 to MPA - 2018 | CW2338855 | $00.00 | See item 115. |
| 117. | 1842 | Sears Holdings Management Corporation | MICROSOFT CORP | Sub Agreement | CW2340816 | $00.00 | See item 119. |

---

[4]    Dispute amount represents disputed amount for all Salesforce.com and Salesforce.com, Inc. contracts.

WEIL:\96901112\2\73217.0004

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 118. | 1842 | Sears Holdings Management Corporation | MICROSOFT CORP | Sub Agreement | CW2340816 | $00.00 | See item 119. |
| 119. | 1842 | Sears, Roebucks and Co. | Microsoft Licensing GP -695814 | ITG- Microsoft Licensing GP Business Agreement | CS2212211 | $00.00 | $1581,584.41[5] |
| 120. | 1842 | Sears Holdings Management Corporation | Microsoft Corporation | IT MICROSOFT ENTERPRISE SERVICES WORK ORDER | CW2333269 | $00.00 | See item 119. |
| 121. | 1842 | Sears Holdings Management Corporation | Microsoft Corporation | IT MICROSOFT VOLUME LICENSING SIGNATURE FORM AND ORDER | CW2333336 | $00.00 | See item 119. |
| 122. | 1842 | Sears Holdings Management Corporation | Microsoft Corporation | IT - MICROSOFT - CW2320569 - ENTERPRISE SUBSCRIPTION ENROLLMENT (DIRECT) - 2011 | CW2320569 | $00.00 | See item 119. |
| 123. | 1842 | Sears Holdings Management Corporation | MICROSOFT ENTERPRISE SERVICES-569749 | IT - MICROSOFT - CW2320569 - ENTERPRISE SUBSCRIPTION ENROLLMENT (DIRECT) - 2011 | CW2320569 | $00.00 | See item 119. |
| 124. | 1842 | Sears Holdings Management Corporation | MICROSOFT ENTERPRISE SERVICES-569749 | IT MICROSOFT ENTERPRISE SERVICES WORK ORDER | CW2333269 | $00.00 | See item 119. |
| 125. | 1852 | Sears Holdings Management Corporation | LinkedIn | THCS-LinkedIn Corporation-LinkedIn Corporation Subscription Agreement-2008 | SHCLCW3535 | $124,466.00 | $153,633.17[6] |
| 126. | 1852 | Sears Holdings Management Corporation | LinkedIn | LinkedIn 2018 Order Form to Corporate Subscription Agreement | CW2335071 | $00.00 | See item 125. |

---

[5]     Disputed amount represents disputed amount for all Microsoft contracts.
[6]     Disputed amount represents disputed amount for all LinkedIn contracts.

13

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 127. | 1865 | Kmart Corporation | Little Caesar Enterprises, Inc. | Second Addendum to Franchise Agreement | | $00.00 | See item 128. |
| 128. | 1865 | Kmart Corporation | Little Caesar Enterprises, Inc. | | | $112,207 | $268,040.52 (as of 1/24/2019)[7] |
| 129. | 1886 | Sears Holdings Management Corporation | Concur Technologies Inc- 867262263 | SC – Concur Technologies – Master Software Agreement - 2009 | SHCLCW5873 | $92,474 | Not disputed in objection. |
| 130. | 1886 | Sears Holdings Management Corporation | Concur Technologies Inc- 867262263 | FIN-CONCUR-SOW-2015 | CW2295022 | $00.00 | Not disputed in objection. |
| 131. | 1886 | Sears Holdings Management Corporation | Concur Technologies Inc- 867262263 | FIN-CONCUR-SOF 9- OCTOBER 2017 | CW2332790 | $00.00 | Not disputed in objection. |
| 132. | 1886 | Sears Holdings Management Corporation | SAP America, Inc. | Support Selection Addendum (DIRECT) | | $00.00 | Not disputed in objection. |
| 133. | 1886 | Sears Holdings Management Corporation | SAP America, Inc. | Software End-User License Agreement | | $00.00 | Not disputed in objection. |
| 134. | 1842 | N/A | Microsoft Online, Inc. | Microsoft Bing Ads Agreement | | $00.00 | See item 119. |
| 135. | 1842 | Sears Holdings Management Corporation | MICROSOFT ENTERPRISE SERVICES-569749 | IT MICROSOFT VOLUME LICENSING SIGNATURE FORM AND ORDER | CW2333336 | $00.00 | See item 119. |
| 136. | 1821 | Sears Brands Management Corporation | Cleva North America, Inc. | License Agreement | N/A | $00.00 | Not disputed in objection with respect to this agreement. |
| 137. | N/A | Sears Brands Management Corporation | Drinkpod LLC | License Agreement | N/A | $1,675 | No Objection Filed. |

---

[7]    Disputed amount represents disputed amount for all Little Caesar Enterprises, Inc. contracts.

14

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 138. | N/A | Sears Brands Management Corporation | Permasteel, Inc. | License Agreement, as amended through August 28, 2017 | | | No Objection Filed. |
| 139. | N/A | Sears Brands Management Corporation | Gibson Overseas, Inc. | License Agreement | N/A | $7,889 | No Objection Filed. |
| 140. | N/A | Sears Brands Management Corporation | Algert Company | Distribution Agreement | | $00.00 | No Objection Filed. |
| 141. | N/A | Sears Brands Management Corporation | Globistic Co., Inc. | Distributorship Agreement | N/A | $00.00 | No Objection Filed. |
| 142. | N/A | Sears Brands Management Corporation | Homemart, S.A. | Retail Store License Agreement, as amended through [ ] | N/A | $00.00 | No Objection Filed. |
| 143. | N/A | Sears Brands Management Corporation | Distribuidora y Comercializadora Master Brands SpA – Chile | Distributorship Agreement | N/A | $00.00 | No Objection Filed. |
| 144. | N/A | Sears, Roebuck and Co. | Lands' End, Inc. and its Affiliates | Retail Operations Agreement | N/A | $00.00 | No Objection Filed. |
| 145. | N/A | Sears, Roebuck and Co.; Sears Brands Management Corporation | Sears, Roebuck de Mexico, S.A. de C.V. | Amended and Restated Trademark License Agreement, as Amended through Jan. 1, 2010 | N/A | $00.00 | No Objection Filed. |
| 146. | 1835 | Sears, Roebuck and Co. | Sears Authorized Hometown Stores, LLC and franchise sublicensees | Store License Agreement, as amended July 10, 2017 | | $00.00 | No Objection Filed. |
| 147. | 1835 | Sears Roebuck and Co. | Sears Outlet Stores, L.L.C. and its franchisees | Store License Agreement, as amended through May 1, 2016 | | $00.00 | No Objection Filed. |
| 148. | 2000 | Kmart Corporation | Icon NY Holdings LLC | License Agreement | N/A | $00.00 | No Objection Filed. |

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|-----|-----|--------|-------------|---------------|-------------|-------------|-----------------|
| 149. | 2009 | Kmart Corporation and its Affiliates | Adam Levine Productions, Inc. | Trademark License Agreement, as amended through 9/14/2018 | N/A | $180,854 | $210,037.09 (plus any additional post-petition quarterly payments due through the closing) |
| 150. | 2005 | Sears, Roebuck and Co. | Bonnier Corporation | License Agreement as amended through 10/12/2017 | N/A | $00.00 | $288,250.89 (plus any royalties due post-petition) |
| 151. | N/A | Kmart Corporation | Route 66 Holdings, LLC | Amended and Restated License Agreement as amended through 5/12/2010 | N/A | $00.00 | No Objection Filed. |
| 152. | 1980 | Sears, Roebuck and Co.; Kmart Corporation | Everlast World's Boxing Headquarters Corporation | License Agreement as amended through 11/11/2015 | N/A | $683,206 | ($91,022.61) ($2,751,039.94 if assigned after March 4, 2019) |
| 153. | 2000 | Kmart Corporation | Icon DE Holdings LLC (as successor to IP Holdings LLC) | License as amended through 8/1/2015 | N/A | $00.00 | a.  Joe Boxer License Agreement<br><br>$7,771,992.00<br><br>b.  Bongo License Agreement<br><br>$250,000.00<br><br>c.  Cannon License Agreement<br><br>$4,131,850.00 |
| 154. | N/A | Sears Brands Management Corporation | Afero, Inc. | License and Services Agreement | N/A | $552,300 | No Objection Filed. |

16

| No. | ECF No.[1] | Debtor | Counterparty | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|---|---|---|---|---|---|---|---|
| 155. | N/A | Sears Brands Management Corporation | Afero, Inc. | Master License and Services Agreement | N/A | $00.00 | No Objection Filed. |
| 156. | N/A | Sears Brands Management Corporation | Ayla Networks | Master Subscription Agreement | CW2308670 | $00.00 | No Objection Filed. |
| 157. | N/A | Sears International Marketing, Inc. | Sears, Roebuck de Mexico, S.A. DE C.V. | Amendment to Merchandise Sale Agreement Dated April 17, 1997 | N/A | $00.00 | No Objection Filed. |
| 158. | N/A | Sears Roebuck and Co. | Sears Home Appliance Showrooms, LLC | Store License Agreement | 396580 | $00.00 | No Objection Filed. |
| 159. | N/A | Sears, Roebuck and Co. | Sears International Marketing, Inc. and Sears, Roebuck de Mexico, S.A. de C.V. | Amendment to Merchandise Service and Quality Control Agreement dated April 28, 1997 | N/A | $00.00 | No Objection Filed. |
| 160. | N/A | Sears, Roebuck and Co., Sears Brands Management Corporation; Sears | Roebuck de Mexico, S.A de C.V.; Sears International Marketing, Inc. | Second Amendment to Merchandise Service and Quality Control Agreement | N/A | $00.00 | No Objection Filed. |
| 161. | N/A | Sears, Roebuck and Co., Sears Brands Management Corporation; Sears, | Roebuck de Mexico, S.A de C.V.; Sears International Marketing, Inc. | Third Amendment to Merchandise Service and Quality Control Agreement | N/A | $00.00 | No Objection Filed. |
| 162. | N/A | Sears, Roebuck and Co. | Sears International Marketing, Inc. and Sears, Roebuck de Mexico, S.A. de C.V. | Mexico Merchandise Service and Quality Control Agreement | N/A | $00.00 | No Objection Filed. |

17

18-23538-shl    Doc 2349    Filed 02/01/19    Entered 02/01/19 15:24:13    Main Document
Pg 22 of 22

**Schedule 2 – Leases**

| No. | ECF No. | Counterparty | Debtor | Contract Title | Contract No. | Cure Amount | Disputed Amount |
|-----|---------|--------------|--------|----------------|--------------|-------------|-----------------|
| 163. | N/A | SRC Facilities LLC | Kmart Corporation; Sears, Roebuck and Co. | Amended and Restated Master Lease Agreement | N/A | $00.00 | TBD[8] |
| 164. | N/A | SRC O.P LLC | Kmart Corporation; Sears, Roebuck and Co | Amended and Restated Master Lease Agreement | N/A | $00.00 | TBD[9] |

---

[8]   Sparrow entities reserve rights with respect to payment of post-petition rent under MLA with respect to dark stores.
[9]   Sparrow entities reserve rights with respect to payment of post-petition rent under MLA with respect to dark stores.

WEIL:\96901112\2\73217.0004