**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

SEARS HOLDING CORPORATION, *et al.*

Debtors.

---

Chapter 11
Case No. 18-23538-rdd
Jointly Administered

## AFFIDAVIT OF SERVICE

*STATE OF NEW YORK*    )
*COUNTY OF ONONDAGA*    ) *ss.:*

**DEBORAH S. MILLER**, being duly sworn, deposes and says:

1. That she is in the employ of Barclay Damon LLP, attorneys for *DGI LS, LLC, Shillington Plaza, LLC and Light 125 James West, LLC* in the above-captioned bankruptcy cases.

2. That on the 31st day of January, 2019, she electronically filed the *Limited Objection and Reservation of Rights of DGI LS, LLC, Shillington Plaza, LLC and Light 125 James West, LLC to the Debtors' (1) Notice of Successful Bidder and Sale Hearing; (2) Global Asset Sale Transaction; (3) Proposed Asset Purchase Agreement; and (4) Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief* (Dkt. 2294) with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to all counsel of record.

3. That on the 31st day of January, 2019, she served a copy of the *Limited Objection and Reservation of Rights of DGI LS, LLC, Shillington Plaza, LLC and Light 125 James West, LLC to the Debtors' (1) Notice of Successful Bidder and Sale Hearing; (2) Global Asset Sale Transaction; (3) Proposed Asset Purchase Agreement; and (4) Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief* (Dkt. 2294) upon the parties set forth on the attached **Service List A** via electronic mail by transmitting copies of same to their designated respective email addresses.

4. That on the 31st day of January, 2019, she served a copy of the *Limited Objection and Reservation of Rights of DGI LS, LLC, Shillington Plaza, LLC and Light 125 James West, LLC to the Debtors' (1) Notice of Successful Bidder and Sale Hearing; (2) Global Asset Sale Transaction; (3) Proposed Asset Purchase Agreement; and (4) Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief* (Dkt. 2294) upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                                                    */s/Deborah S. Miller*
                                                                                                   DEBORAH S. MILLER

Sworn to before me this
1st day of February, 2019.

   */s/Audrey A. Vrooman*
Notary Public, State of New York
Qual. In Onondaga Cty No. 01VR4762616
Commission Expires July 31, 2022

## Service List A

| NOTICE NAME | EMAIL |
|---|---|
| Ira S. Dizengoff | idizengoff@akingump.com |
| Philip C. Dublin | pdublin@akingump.com |
| Abid Qureshi | aqureshi@akingump.com |
| Sara L. Brauner | sbrauner@akingump.com |
| Pamela H. Walters | |
| Johnetta Lang | bnkatty@aldineisd.org |
| Jenelle C. Arnold | jarnold@aldridgepite.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| Leib M. Lerner | leib.lerner@alston.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Anthony J. D'Artiglio | |
| Joshua S. Bauchner | ajd@ansellgrimm.com |
| Allen G. Kadish | akadish@archerlaw.com |
| Lance A. Schildkraut | lschildkraut@archerlaw.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Beth Brownstein | beth.brownstein@arentfox.com |
| Brian J. Lohan, Esq. | brian.lohan@arnoldporter.com |
| Ginger Clements, Esq. | ginger.clements@arnoldporter.com |
| Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Edward E. Neiger | eneiger@askllp.com |
| Jennifer A. Christian | jchristian@askllp.com |
| James W. Grudus, Esq. | Jg5786@att.com |
| Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Ferve Khan | fkhan@bakerlaw.com |
| David L. Pollack | pollack@ballardspahr.com |
| Dustin P. Branch | branchd@ballardspahr.com |
| Leslie C. Heilman | heilmanl@ballardspahr.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Paul E. Harner | harnerp@ballardspahr.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Kevin M. Newman | knewman@barclaydamon.com |
| Mark R. Owens | mowens@btlaw.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Russell W. Savory | russ@bsavory.com |
| Russell W. Mills | rmills@bellnunnally.com |
| R. Kent Love | klove@bellnunnally.com |
| Michael J. Barrie | mbarrie@beneschlaw.com |
| Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Lawrence M. Schwab | |
| Thomas M. Gaa | Tgaa@bbslaw.com |
| Michael W. Malter | michael@bindermalter.com |
| Julie H. Rome-Banks | julie@bindermalter.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |
| Stanley B. Tarr | Tarr@BlankRome.com |
| Evan J. Zucker | EZucker@BlankRome.com |

| Name | Email |
|---|---|
|  | bankruptcy@borgeslawllc.com |
| Wanda Borges, Esq. | wborges@borgeslawllc.com |
| Sue L. Chin, Esq. | schin@borgeslawllc.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| Kristen N. Pate | bk@brookfieldpropertiesretail.com |
| Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| Paul M. Weister | pweiser@buchalter.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Christopher P. Schueller | christopher.schueller@bipc.com |
| Terry A. Shulsky | terry.shulsky@bipc.com |
| Tyler S. Dischinger | tyler.dischinger@bipc.com |
| Eric G. Waxman III | Eric.Waxman@cwt.com |
| Anthony De Leo | Anthony.Deleo@cwt.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Joel H. Levitin | jlevitin@cahill.com |
| Richard A. Stieglitz Jr. | rstieglitz@cahill.com |
| Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Michael J. Catalfimo, Esq. |  |
| John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
|  | gadsden@clm.com |
|  | bankruptcy@clm.com |
| James Gadsden, Esq. | Dennis.roemlein@bnymellon.com |
| Richard J. McCord, Esq. | rmccord@certilmanbalin.com |
| Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Laura E. Appleby | appleby@chapman.com |
| Steven Wilamowsky | wilamowsky@chapman.com |
| Beth J. Rotenberg | brotenberg@csglaw.com |
| Scott A. Zuber | szuber@csglaw.com |
| Kevin J. Simard | ksimard@choate.com |
| Jonathan D. Marshall | jmarshall@choate.com |
|  | hchoi@choiandpark.com |
| Hyun Suk Choi | cpark@choiandpark.com |
| Chull S. Park | lkleist@choiandpark.com |
| Miriam R. Stein | mstein@chuhak.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Gilbert R. Saydah Jr. | gsaydah@ckrlaw.com |
| Steven M. Richman | srichman@clarkhill.com |
| Steven M. Richman | srichman@clarkhill.com |
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| David M. Blau | dblau@clarkhill.com |
| Sean A. O'Neal | soneal@cgsh.com |
| James L. Bromley | jbromley@cgsh.com |
| Andrew Weaver | aweaver@cgsh.com |
| Rahul Mukhi | rmukhi@cgsh.com |
| Jennifer Kennedy Park | jkpark@cgsh.com |
| William E. Kelleher, Jr. | wkelleher@cohenlaw.com |
| Helen Sara Ward | hward@cohenlaw.com |
| Richard M. Seltzer |  |
| Melissa S. Woods | rseltzer@cwsny.com |
| Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Michael D. Warner, Esq. | mwarner@coleschotz.com |

| | |
|---|---|
| Michael A. Smith | Michael.smith2@computershare.com |
| Karen C. Bifferato | kbifferato@connollygallagher.com |
| Kelly M. Conlan | kconlan@connollygallagher.com |
| N. Christopher Griffiths | cgriffiths@connollygallagher.com |
| Seth Van Aalten | svanaalten@cooley.com |
| Sarah Carnes | scarnes@cooley.com |
| Dianne Coffino | dcoffino@cov.com |
| R. Alexander Clark | aclark@cov.com |
| Marl E. Felger | mfelger@cozen.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| Marshall S. Huebner, Esq, | marshall.huebner@davispolk.com |
| Eli J. Vonnegut, Esq. | eli.vonnegut@davispolk.com |
| | sears.service@davispolk.com |
| Joshua W. Cohen | jwcohen@daypitney.com |
| Erica S. Weisgerber | mcto@debevoise.com |
| My Chi To | eweisgerber@debevoise.com |
| Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| Beth J. Solomon | bethsolomon@discover.com |
| Marita S. Erbeck | marita.erbeck@dbr.com |
| Lawrence J. Kotler | LJKotler@duanemorris.com |
| Wendy M. Simkulak | WMSimkulak@duanemorris.com |
| Wendy M. Simkulak Catherine B. Heitzenrater | WMSimkulak@duanemorris.com Cheitzenrater@duanemorris.com |
| Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Laurence May, Esq. | lmay@eisemanlevine.com |
| Rafael X. Zahralddin-Aravena | rxza@elliottgreenleaf.com |
| Shelley A. Kinsella | sak@elliottgreenleaf.com |
| Eric M. Sutty | ems@elliottgreenleaf.com |
| Matthew Leopold | Leopold.matt@Epa.gov |
| Larry Bercovich | lbercovich@epicor.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Derek L. Wright | dlwright@foley.com |
| Katherine R. Catanese | kcatanese@foley.com |
| Michael Small | msmall@foley.com |
| Thomas Scannell | tscannell@foley.com |
| Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Mark E. Hall | mhall@foxrothschild.com |
| Michael R. Herz | mherz@foxrothschild.com |
| N. Neville Reid | nreid@foxswibel.com |
| Joseph D. Frank | jfrank@fgllp.com |
| Jeremy C. Kleinman | jkleinman@fgllp.com |
| Devon J. Eggert, Esq. | deggert@freeborn.com |
| Brad Eric Scheler | brad.eric.scheler@friedfrank.com |
| Scott B. Luftglass | scott.luftglass@friedfrank.com |

| | |
|---|---|
| Peter B. Siroka | peter.siroka@friedfrank.com |
| Edward M. King | tking@fbtlaw.com |
| Ronald E. Gold | rgold@fbtlaw.com |
| AJ Webb | awebb@fbtlaw.com |
| Phillip A. Martin | pmartin@fmdlegal.com |
| Laura M. Brymer | lbrymer@fmdlegal.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Matthew T. Gensburg | mgensburg@gcklegal.com |
| Brett S. Theisen | btheisen@gibbonslaw.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Timothy F. Nixon | tnixon@gklaw.com |
| Thomas R. Fawkes | tomf@goldmclaw.com |
| Jonathan L. Flaxer, Esq., Michael S. | jflaxer@golenbock.com |
| Weinstein, Esq. | mweinstein@golenbock.com |
| | gfox@goodwinlaw.com |
| Barry Z. Bazian | bbazian@goodwinlaw.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Frederick Black | |
| Tara B. Annweiler | |
| Marc D. Young | tannweiler@greerherz.com |
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Alan D. Halperin, Esq. | ahalperin@halperinlaw.net |
| Ligee Gu, Esq. | lgu@halperinlaw.net |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| | joia.johnson@hanes.com |
| Joia Johnson | howard.upchurch@hanes.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Sean E. O'Donnell | sodonnell@herrick.com |
| Stephen B. Selbst | sselbst@herrick.com |
| Steven B. Smith | ssmith@herrick.com |
| Michelle M. Sekowski | msekowski@herrick.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Arthur E. Rosenberg, Esq. | arthur.rosenberg@hklaw.com |
| Marc L. Antonecchia, Esq. | Marc.Antonecchia@hklaw.com |
| | barbra.parlin@hklaw.com |
| Barbra R. Parlin | elvin.ramos@hklaw.com |
| Jose A. Casal, Esq. | jose.casal@hklaw.com |
| Joaquin J. Alemany, Esq. | jjalemany@hklaw.com |
| Lawrence A. Lichtman | llichtman@honigman.com |
| Jay M. Ross | jross@hopkinscarley.com |
| Monique D. Jewett-Brewster | mjb@hopkinscarley.com |
| Christopher Gartman | chris.gartman@hugheshubbard.com |
| Brett L. Gross | bgross@HuntonAK.com |
| Michael S. Legge | mlegge@huntonak.com |
| Gregory G. Hesse | ghesse@huntonak.com |
| Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |

| | |
|---|---|
| Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| Karen Vogel | taxcollector@co.imperial.ca.us |
| Alex Macias | alex.macias@impremedia.com |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Hugh G. Jasne, Esq. | hgj@jasneflorio.com |
| Diane L. Klein, Esq. | dlk@jasneflorio.com |
| Judith Elkin | elkinj@mac.com |
| Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Andrew P. Tureaud | atureaud@kblaw.com |
| Eric R. Wilson, Esq. | KDWBankruptcyDepartment@KelleyDrye.com |
| Benjamin D. Feder, Esq. | bfeder@kelleydrye.com |
| Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Lauren C. Kiss | lkiss@klestadt.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| David S. Gragg | dgragg@langleybanack.com |
| John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Peter M. Gilhuly | peter.gilhuly@lw.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| | william.fennell@fennelllaw.com |
| | luralene.schultz@fennelllaw.com |
| William P. Fennell | office@fennelllaw.com |
| 381 Broadway | cgruen@gruenlaw.com |
| Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Penny R. Stark | pstarkesq@gmail.com |
| | hlazarus@lazarusandlazarus.com |
| Harlan M. Lazarus | harlan.lazarus@gmail.com |
| | ilan.markus@leclairryan.com |
| Ilan Markus | niclas.ferland@leclairryan.com |
| Niclas A. Ferland | andrew.cole@leclairryan.com |
| Janice B. Grubin | janice.grubin@leclairryan.com |
| Alex J. Chase | alex.chase@leclairryan.com |
| James M. Jorissen | jjorissen@losgs.com |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Diane Wade Sanders | Austin.bankruptcy@lgbs.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| John A. Mueller | jmueller@lippes.com |
| Brian A. Raynor | braynor@lockelord.com |
| Aaron C. Smith | asmith@lockelord.com |
| David W. Wirt | dwirt@lockelord.com |
| Ira S. Green | ira.greene@lockelord.com |
| Joseph N. Froehlich | jfroehlich@lockelord.com |
| W. Steven Bryant | sbryant@lockelord.com |

| | |
|---|---|
| Bruce Buechler | bbuechler@lowenstein.com |
| Bruce S. Nathan, Esq. | echafetz@lowenstein.com |
| Eric S. Chafetz, Esq. | bnathan@lowenstein.com |
| Dennis D. Miller | dmiller@lubinolson.com |
| Lee Gordon | |
| Tara LeDay | tleday@mvbalaw.com |
| Brian S. McGrath | bmcgrath@mcglinchey.com |
| Kristen D. Romano | kromano@mcglinchey.com |
| Mark J. Chaney, Esq. | mchaney@mcglinchey.com |
| Richard A. Aguilar, Esq. | raguilar@mcglinchey.com |
| Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| David Meegan | dmeegan@mhksacto.com |
| Christopher J. Major | cjm@msf-law.com |
| Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Andrew M. Leblanc | ALeblanc@milbank.com |
| Craig M. Price | cprice@milbank.com |
| Robert J. Liubicic | RLiubicic@milbank.com |
| Steven A. Ginther | sdnyecf@dor.mo.gov |
| Stan D. Smith | ssmith@mwlaw.com |
| Laura McCarthy | laura.mccarthy@morganlewis.com |
| Neil E. Herman | neil.herman@morganlewis.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Curtis S. Miller | cmiller@mnat.com |
| Joseph C. Barsalona II | jbarsalona@mnat.com |
| Brett H. Miller | BrettMiller@mofo.com |
| Mark Alexander Lightner | Mlightner@mofo.com |
| Jennifer L. Marines | jmarines@mofo.com |
| Benjamin W. Butterfield | bbutterfield@mofo.com |
| Joseph T. Moldovan | |
| Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Bradley R. Schneider | bradley.schneider@mto.com |
| Thomas B. Walper | thomas.walper@mto.com |
| Deborah M. Perry | dperry@munsch.com |
| Karen Cordry | kcordry@naag.org |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Enid Nagler Stuart | enid.stuart@ag.ny.gov |
| Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Richard C. Pedone | rpedone@nixonpeabody.com |
| Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Howard Seife | howard.seife@nortonrosefulbright.com |
| Christy Rivera | christy.rivera@nortonrosefulbright.com |
| Stephen Castro | stephen.castro@nortonrosefulbright.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Carol E. Momjian | |
| Josh Shapiro | cmomjian@attorneygeneral.gov |
| Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |
| Paul Schwartzberg | richard.morrissey@usdoj.gov |

| | |
|---|---|
| Richard Morrissey | paul.schwartzberg@usdoj.gov |
| Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Darren L. Patrick | dpatrick@omm.com |
| Jennifer Taylor | jtaylor@omm.com |
| Matthew P. Kremer | mkremer@omm.com |
| Paul L. Orshan, Esq. | paul@orshanpa.com |
| Lily Wang | lily@pacogarment.com |
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Leslie A. Plaskon, Esq. | leslieplaskon@paulhastings.com |
| Andrew V. Tenzer, Esq. | andrewtenzer@paulhastings.com |
| Shlomo Maza, Esq. | shlomomaza@paulhastings.com |
| Paul M. Basta | pbasta@paulweiss.com |
| Kelley A. Cornish | kcornish@paulweiss.com |
| Lewis R. Clayton | lclayton@paulweiss.com |
| Susanna M. Buergel | sbuergel@paulweiss.com |
| Robert Britton | rbritton@paulweiss.com |
| Jonathan Hurwitz | jhurwitz@paulweiss.com |
| Henry Jaffe | jaffeh@pepperlaw.com |
| Kenneth A. Listwak | listwakk@pepperlaw.com |
| Eboney Cobb, Esq. | ecobb@pbfcm.com |
| John T. Banks | jbanks@pbfcm.com |
| Ebony Cobb | ecobb@pbfcm.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Douglas J. Pick | dpick@picklaw.net |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Rick A. Steinberg | rsteinberg@pricemeese.com |
| Herb Baer | searsteam@primeclerk.com |
| Richard M. Allen | serviceqa@primeclerk.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Susheel Kirpalani | susheelkirpalani@quinnemanuel.com |
| Jonathan E. Pickhardt | jonpickhardt@quinnemanuel.com |
| Andrew S. Corkhill | andrewcorkhill@quinnemanuel.com |
| Matthew Scheck | matthewscheck@quinnemanuel.com |
| Ellison Ward Merkel | ellisonmerkel@quinnemanuel.com |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Guy A. Reiss | greiss@reisspreuss.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Chad P. Pugatch | cpugatch@rprslaw.com |
| Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Kenneth M. Florey | kflorey@robbins-schwartz.com |
| M. Neal Smith | nsmith@robbins-schwartz.com |
| Robert E. Michael | Robert.e.michael.esq@gmail.com |
| Aaron Hume | Aron.hume@gmail.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gregg M. Galardi | gregg.galardi@ropesgray.com |
| Kimberly J. Kodis | kimberly.kodis@ropesgray.com |

| | |
|---|---|
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |
| James M. Wilton | james.wilton@ropesgray.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Stephen Moeller-Sally | ssally@ropesgray.com |
| Joshua Y. Sturm | joshua.sturm@ropesgray.com |
| Nicholas M. Berg | nicholas.berg@ropesgray.com |
| Timothy Farrell | timothy.farrell@ropesgray.com |
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Paul A. Rubin | prubin@rubinlawllc.com |
| Michael S. Amato, Esq. | mamato@rmfpc.com |
| Steven W. Kelly, Esq. | skelly@s-d.com |
| Robert A. Abiuso | mmccann@swc-law.com |
| Matthew C. McCann | rabiuso@swc-law.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| Christopher R. Belmonte | cbelmonte@ssbb.com |
| Abigail Snow | asnow@ssbb.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Louis T. DeLucia, Esq. | ldelucia@schiffhardin.com |
| Alyson M. Fiedler, Esq. | afiedler@schiffhardin.com |
| Stephen Sitley Esq. | |
| Luke J. Valentino, Esq | Luke.valentino@searshc.com |
| | secbankruptcy@sec.gov |
| Secretary of the Treasury | NYROBankruptcy@sec.gov |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| John R. Ashmead, Esq. | ashmead@sewkis.com |
| Arlene R. Alves, Esq. | alves@sewkis.com |
| Edward M. Fox | emfox@seyfarth.com |
| | rhermann@sbwh.law |
| Richard P. Hermann | mkish@sbwh.law |
| Matthew Kish | jshafer@sbwh.law |
| Jennifer Shafer | floridaservice@sbwh.law |
| Fredric Sosnick | fsosnick@shearman.com |
| Sara Coelho | sara.coelho@shearman.com |
| Alan M. Feld, Esq. | afeld@sheppardmullin.com |
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
| Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Paul Leake, Esq. | Paul.Leake@skadden.com |
| Shana Elberg, Esq. | Shana.Elberg@skadden.com |
| George R. Howard, Esq. | George.Howard@skadden.com |
| Doug Skierski | |
| Kristin H. Jain | enotices@skijain.com |
| Lei Lei Wang Ekvall | |
| Philip E. Strok | pstrok@swelawfirm.com |
| Robert R. Kinas | rkinas@swlaw.com |
| James E. Sorenson | bk@svllaw.com |
| David A. Rolf | darolf@sorlinglaw.com |
| Patrick M. Ryan | pmryan@sorlinglaw.com |
| Mary A. Callahan | mary.callahan@bnymellon.com |

| | |
|---|---|
| Mary A. Callahan | mary.callahan@bnymellon.com |
| Thomas S. Onder | tonder@stark-stark.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |
| Constantine D. Pourakis | cp@stevenslee.com |
| Thomas J. Salerno | thomas.salerno@stinson.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Kristopher M. Hansen | khansen@stroock.com |
| Jonathan D. Canfield | jcanfield@stroock.com |
| Sayan Bhattacharyya | sbhattacharyya@stroock.com |
| Andrew G. Dietderich | |
| Brian D. Glueckstein | dietdericha@sullcrom.com |
| David R. Zylberberg | zylberbergd@sullcrom.com |
| David S. Kupetz | dkupetz@sulmeyerlaw.com |
| Claire K. Wu | ckwu@sulmeyerlaw.com |
| Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Michael J. Riela | Riela@thsh.com |
| Andrew S. Conway | aconway@taubman.com |
| Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Judith Starr | |
| Kartar S. Khalsa | Starr.Judith@pbgc.gov |
| William McCarron, Jr. | mccarron.william@pbgc.gov |
| Adi Berger, Director | efile@pbgc.gov |
| Joseph E. Sarachek | joe@sarscheklawfirm.com |
| Michael Tsang | mtsang@tsanglawfirm.com |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Power Wang | powerwangtxks@vip.126.com |
| Herbert H. Slatery III | |
| Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| David Escamilla | |
| Kay D. Brock | kay.brock@traviscountytx.gov |
| Jose A Galarza | jose.galarza@usbank.com |
| | David.Jones6@usdoj.gov |
| | Jeffrey.Oestericher@usdoj.gov |
| | Joseph.Cordaro@usdoj.gov |
| | Carina.Schoenberger@usdoj.gov |
| | Lawrence.Fogelman@usdoj.gov |
| | Peter.Aronoff@usdoj.gov |
| Bankruptcy Division | Linda.Riffkin@usdoj.gov |
| Joshua A. Dunn, Esq. | |
| Michael Schein | jdunn@vedderprice.com |
| Kevin J. Etzel | ketzel@vedderprice.com |
| Michael L. Schein | mschein@vedderprice.com |
| Marva M. Levine | marva.m.levine@verizon.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Gordon J. Toering | gtoering@wnj.com |
| Donald W. Clarke | Dclarke@wjslaw.com |
| Ray C. Schrock, P.C. | ray.schrock@weil.com |
| Jacqueline Marcus | garrett.fail@weil.com |
| Garrett A. Fail | jacqueline.marcus@weil.com |

| | |
|---|---|
| Sunny Singh | sunny.singh@weil.com |
| Jared R. Friedmann | JeriLeigh.Miller@weil.com |
| Jessie B. Mishkin, Esq. | jessica.liou@weil.com |
| | Paloma.VanGroll@weil.com |
| | Jared.Friedmann@weil.com |
| | Jessie.Mishkin@weil.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Scott D. Fink | sfink@weltman.com |
| James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Alan J. Lipkin | alipkin@willkie.com |
| Gabriel Brunswick | gbrunswick@willkie.com |
| Patrick J. Healy | phealy@wsfsbank.com |
| Steven Cimalore, VP | scimalore@wilmingtontrust.com |
| David L. Tillem | david.tillem@wilsonelser.com |
| Norman C. Witte | ncwitte@wittelaw.com |
| Simon Aron | saron@wrslawyers.com |
| Mary L. Fullington | mfullington@wyattfirm.com |
| Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |
| Rob Riecker | Rob.riecker@searshc.com |
| Mohsin Meghji | mmeghji@miiipartners.com |
| General Counsel | counsel@searshc.com |
| Ellen J. Odoner, Esq. | Ellen.odoner@weil.com |
| Gavin Westerman, Esq. | Gavin.westerman@weil.com |
| Brandon Aebersold | |
| Levi Quaintance | Project.blue.rx@lazard.com |
| Kunal S. Kamlani | kunal@eslinvest.com |
| Harold Talisman | Harold@eslinvest.com |
| Christopher E. Austin, Esq. | caustin@cgsh.com |
| Sean A. O'Neal, Esq. | soneal@cgsh.com |

## Service List B

United States Bankruptcy Court for
the Southern District of New York
Honorable Judge Robert D. Drain
300 Quarropas Street, Room 248
White Plains, New York 10601

Office of the United States Trustee for
Region 2
U.S. Federal Office Building
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Room 1006
New York, New York 10014

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
PO Box 17428
Austin, TX 78760

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J.
Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

The Bank of New York Mellon Trust
Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Travis County Attorney
Attn: David Escamilla
PO Box 1748
Austin, TX 78767

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani & Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006