DAVID MEEGAN
**MEEGAN, HANSCHU & KASSENBROCK**
11341 Gold Express Drive, Suite 110
Gold River, CA  95670
Telephone:  (916) 925-1800
Facsimile:  (916) 925-1265

Attorneys for Creditors Loki Investments, LLC,
Michael Rue, J. Terry Eager and Susan B. Eager,
as Co-Trustees of the J. Terry Eager Family
Trust-1995, and CEMER Properties

**Hearing Date: February 4, 2019 at 10:00 a.m. E.T.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, et al.,** | **Case No. 18-23538 (RDD)** |
| | **(Joint Administered)** |
| **Debtor.** | |

## OBJECTION OF STORE NO. 8768 LESSORS TO CURE AMOUNT SET FORTH IN EXHIBIT B-1 TO THE SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION

The lessors of Store No. 8768 ("Lessors") located at 1200 Blumenfeld Drive,

Sacramento, California represent as follows:

1.      The Lessors have reviewed Exhibit B-1 to the supplemental Notice of Cure

Costs and Potential Assumption and Assignment of Executory Contracts and

Unexpired Leases in Connection with Global Sale Transaction ("Supplemental Notice").

Exhibit B-1 of the Supplemental Notice lists the Lessors' lease as No. 357 on page 13

1

and provides a cure amount of $29,500.00.  That cure amount is inaccurate and should be $31,710.67.

The Lessors reserve their rights to object to the actual assumption and assignment of their lease at a later time should circumstances warrant such an objection after further evidence related to the financial wherewithal of the proposed assignee/purchaser is obtained.

**MEEGAN, HANSCHU & KASSENBROCK**

DATED: February 1, 2019          ___/s/ *David M. Meegan*_____

**DAVID M. MEEGAN**
Attorneys for Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMER Properties

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 1st day of February, 2019, upon all counsel of record.


<u>    /s/ **_David M. Meegan_**                                </u>