**BROWN & CONNERY, LLP**
Donald K. Ludman, Esquire
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com
*Attorneys for SAP Industries, Inc., SAP America, Inc., Sybase, Inc.,*
*Ariba, Inc., and Concur Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
|  | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.,*[1] | ) Case No. 18-23538 (RDD) |
|  | ) |
| **Debtors.** | ) (Jointly Administered) |
|  | ) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Donald K. Ludman, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent SAP Industries, Inc. and its affiliates SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc., creditors in the above-referenced cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*I certify that I am a member in good standing* of the States of New Jersey and Delaware and have been admitted to practice in the U.S. District Court for the District of New Jersey and the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

**BROWN & CONNERY, LLP**

Dated: February 1, 2019        /s/ Donald K. Ludman
Donald K. Ludman
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (fax)
dludman@brownconnery.com

*Attorneys for SAP Industries, Inc., SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc.*