MORGAN, LEWIS & BOCKIUS LLP
Rachel Jaffe Mauceri, Esq.
1701 Market Street
Philadelphia, PA 10103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: rachel.mauceri@morganlewis.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATE OF SERVICE**

I, Rachel Jaffe Mauceri, hereby certify that on I caused to be served the *Limited Objection and Reservation of Rights of Maersk Agency, U.S.A., Inc. with Respect to Cure Amount* [ECF 2206] upon the parties listed below in the manner and on the dates set forth therein.

        /s/ Rachel Jaffe Mauceri
        Rachel Jaffe Mauceri

| | |
|---|---|
| **Chambers of the Honorable Robert D. Drain**<br>U.S. Bankruptcy Court,<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4140 | By overnight mail (sent Jan. 31, 2019) |
| **Office of the United States Trustee**<br>Att'n: Richard C. Morrissey; Greg M. Zipes;<br>     Paul Schwartzberg<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | By overnight mail (sent Jan. 31, 2019) |

| | |
|---|---|
| **Objection Recipients**, as defined in the *Order Approving Global Bidding Procedures and Granting Related Relief* (ECF No. 816) | Via ECF and e-mail (sent Jan. 30, 2019) |
| **Standard Parties**, as defined in the *Amended Order Implementing Certain Notice and Case Management Procedures* (ECF No. 405) | Via ECF and e-mail (sent Jan. 30, 2019) |