UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x

In re:

    Sears Holdings Corp.,

              Debtor.

Case No. 18-23538

Chapter 11

―――――――――――――――――――――――――― x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, P. RUSSELL PERDEW, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Pension Benefit Guaranty Corporation, an interested party, in the above-referenced case.

I certify that I am a member in good standing of the bar in the States of Illinois, Indiana and Wisconsin, and the bar of the federal courts listed in the annexed Exhibit A.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  February 1, 2019
        Chicago, Illinois

*/s/ P. Russell Perdew*
P. Russell Perdew
Locke Lord LLP
111 South Wacker Drive
Suite 4100
Chicago, IL 60606
312-443-1712
rperdew@lockelord.com

**EXHIBIT A**

**P. RUSSELL PERDEW COURT ADMISSIONS:**

| COURT | ADDRESS | DATE ADMITTED | STATUS | REGISTRATION NO. |
|---|---|---|---|---|
| Supreme Court of Illinois | Supreme Court Building 200 East Capitol Springfield, IL 62701 | 11/04/1999 | Active | 6270420 |
| Supreme Court of Indiana | 315 Indiana State House 200 W. Washington Street Indianapolis, IN 46204 | 12/28/2000 | Active | 22617-45 |
| Supreme Court of Wisconsin | 110 East Main Street Suite 715 P.O. Box 2748 Madison, WI 53701-2748 | 5/31/13 | Active | 1092777 |
| U.S. District Court for the Northern District of Illinois | Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 | 1999 | Active | None |
| U.S. District Court for the Southern District of Illinois | 750 Missouri Avenue East St. Louis, IL 62201 | 2/10/2012 | Active | None |
| U.S. District Court for the Northern District of Indiana | Fort Wayne Division 1300 S. Harrison St. Fort Wayne, IN 46802 | 2001 | Active | None |
| U.S. District Court for the Western District of Wisconsin | 120 N. Henry Street Room 320 Madison, WI 53703 | 2005 | Active | None |
| U.S. District Court of Appeals for the Seventh Circuit | 219 S. Dearborn Street Room 2722 Chicago, IL 60604 | 8/10/2007 | Active | None |
| U.S. District Court for the Central District of Illinois | Peoria Division 309 U.S. Courthouse 100 N.E. Monroe Street Peoria IL 61602 | 2007 | Active | None |
| U.S. District Court for the Southern District of Indiana | 46 East Ohio Street Room 105 Indianapolis, IN 46204 | 2007 | Active | None |
| U.S. District Court for the Northern District of Florida | 111 N. Adams St. Tallahassee, FL 32301-7730 | 2009 | Active | None |

70578228v.1

# EXHIBIT A

**P. RUSSELL PERDEW COURT ADMISSIONS:**

| Court | Address | Date | Status | Disciplinary |
|---|---|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 95 Seventh Street<br>San Francisco, CA 94103 | 2009 | Active | None |
| U.S. District Court for the District of Colorado | Alfred A. Arraj U.S. Courthouse<br>901 19th Street<br>Denver, CO 80294-3589 | 07/27/2012 | Active | None |
| U.S. Court of Appeals for the Fifth Circuit | 777 Florida Street<br>Suite 139<br>Baton rouge, LA 70801 | 02/06/2013 | Active | None |
| U.S. District Court for the Eastern District of Wisconsin | Jefferson Court Building<br>125 S. Jefferson St., Suite 203<br>Green Bay, WI 5439104541 | 06/21/2013 | Active | None |
| U.S. District Court for the Eastern District of Michigan | 231 W. Lafayette Blvd.<br>Detroit, MI 48226 | 02/28/2014 | Active | None |
| U.S. District Court for the District of Nebraska | Roman Hruska Federal Courthouse<br>111 South 18th Plaza<br>Suite 1152<br>Omaha, NE 68102 | 12/10/2015 | Active | None |
| U.S. Bankruptcy Court for the Northern District of Illinois | 219 S. Dearborn Street<br>Room 713<br>Chicago, IL 60604. | 1999 | Active | None |
| U.S. Bankruptcy Court for the Southern District of Illinois | Melvin Price Federal Courthouse<br>750 Missouri Ave<br>East St. Louis, IL 62201 | 2/10/2012 | Active | None |
| U.S. Bankruptcy Court for the Northern District of Indiana | E. Ross Adair Federal Building and United States Courthouse<br>Room 1188<br>1300 South Harrison Street<br>Fort Wayne IN 46802-3435 | 2001 | Active | None |
| U.S. Bankruptcy Court for the Southern District of Indiana | 116 U.S. Courthouse<br>46 East Ohio Street<br>Indianapolis, IN 46204 | 2007 | Active | None |

70578228v.1