UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

In re:

    Sears Holdings Corp.,

              Debtor.

Case No. 18-23538

Chapter 11

_____ x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

UPON the motion of P. RUSSELL PERDEW to be admitted, *pro hac vice*, to represent Pension Benefit Guaranty Corporation (the "Client"), an interested party, in the above referenced case, and upon the movant's certification that he is a member in good standing of the bar in the States of Illinois, Indiana and Wisconsin, and the bar of the federal courts listed in Exhibit A to the Motion for Admission to Practice *Pro Hac Vice*, it is hereby,

ORDERED, that P. RUSSELL PERDEW, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2019        _____
       White Plains, New York               HON. ROBERT D. DRAIN
                                                  U.S. Bankruptcy Judge