Rafael X. Zahralddin-Aravena, Esq. (DE Bar No. 4166)
Shelley A. Kinsella, Esq. (DE Bar No. 4023)
Eric M. Sutty, Esq. (DE Bar No. 4007)
ELLIOTT GREENLEAF, P.C.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
*Attorneys for McDonald's Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:  | Chapter 11 |
|---|---|
| SEARS HOLDING CORPORATION, | Case No. 18-23538 (RDD) |
| Debtors[1]. | (Joint Administration) |
|  | Re: Docket No. 2365 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   )
                    ) ss.:
COUNTY OF NEW CASTLE )

I, Michele A. Flynn, being duly sworn, hereby deposes and says:

1. I am a competent adult and am otherwise capable of making this sworn statement.

2. I am a paralegal with the law firm of Elliott Greenleaf, P.C. in Wilmington, Delaware, which is counsel to McDonald's Corporation in this action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); Bluel.brht.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Koart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3.  On February 1, 2019, I served true and correct copies of the *Supplement to Limited Objection of McDonald's Corporation to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [Docket No. 2365] by email on the parties identified on the service list attached hereto as **Exhibit A** and by first class mail on the parties identified on the service list attached as **Exhibit B**.

4.  I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2019

*/s/ Michele A. Flynn*
Michele A. Flynn
ELLIOTT GREENLEAF, P.C.
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Phone: (302) 384-9400
Fax: (302) 384-9399

Sworn to and subscribed
before me this 1st day
of February, 2019.

*/s/ Alice Concetta Hernandez*
Notary Public

My Commission Expires:

ALICE CONCETTA HERNANDEZ
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES AUG. 17, 2020

2