# EXHIBIT B

| Company | Name | Address 1 | Address 2 | City | State | Zip | Country | Counsel to |
|---|---|---|---|---|---|---|---|---|
| BST International Fashion Ltd. | Attn: A.R. Shrinivasan | Managing Director | 39 Wang Kwong Rd., Ste 2301B, Skyline Tower, | Kowloon | | | Hong Kong | BST International Fashion Ltd. |
| Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court | 300 Quarropas Street, Room | White Plains | NY | 10601 | | United States Bankruptcy Court for the |
| Frankel, Lambert, Weiss, Weisman & Gordon, | Attn: Michelle C. Marans, Esq. | 53 Gibson Street | | Bay Shore | NY | 11706 | | Counsel to Select Portfolio Servicing, Inc. |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | | Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, |
| Montee & Associates | Attn: Kevin P. Montee, Esq. | 1250-1 Newell Ave. | Suite 149 | Walnut Creek | CA | 94596 | | Counsel to Creditor Hudson Concourse, LLC. |
| Sears Holding Corporation | Attn: Stephan Silvey Esq., Luce J. | 3333 Beverly Road | | Hoffman | IL | 60179 | | Debtors |
| The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | 101 Barclay St., Floor 8W | | New York | NY | 10286 | | Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the |
| Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | Corporate Capital Markets | 50 South Sixth Street, Suite | Minneapolis | MN | 55402 | | Indenture Trustee for the Second Lien Notes |
| Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. | 1265 Scottsville Road | | Rochester | NY | 14624 | | Counsel to Eastview Mall, LLC., Greece |