WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                        :
                                                                              :        **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al*.,**        :
                                                                              :        **Case No. 18-23538 (RDD)**
                                                                              :
              **Debtors.**[1]                                       :        **(Jointly Administered)**
---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 4, 2019 AT 10:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

## I.    CONTESTED MATTER:

A.    Debtors' Motion for Approval of Global Bidding Procedures **[ECF No. 429]**

Response Deadline:    January 26, 2019 at 4:00 p.m.; extended for certain parties.

Responses to Sale:

1.    Objection and Reservation of Rights of Pension Benefit Guaranty Corporation to Debtors' Sale Motion **[ECF No. 2002]**

2.    Objection of Service.com **[ECF Nos. 2029, 2037 and 2130]**

3.    Objection of the Official Committee of Unsecured Creditors to Sale of Substantially All of the Debtors Assets to ESL Investments, Inc. (Unredacted) **[ECF No. 2309]**

   a.    Preliminary Omnibus Objection of the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al*. to the ESL Proofs of Claim **[ECF No. 2025]**

Responses to Cure Amounts and Adequate Assurance:

4.    Objection of Waste Management National Services, Inc. and its Affiliates **[ECF No. 1783]**

5.    Limited Objection of Sears Hometown and Outlet Stores, Inc. [ECF No. **1835]**

6.    Cure Objection by Microsoft **[ECF No. 1842]**

7.    Cure Objection by LinkedIn **[ECF No. 1852]**

8.    Ramco Jackson Crossing SPE, LLC's Limited Objection and Reservation of Rights **[ECF No. 1859]**

9.    Limited Objection of National Distribution Centers, LLC **[ECF No. 1864]**

10.    Objection of Little Caesar Enterprises, Inc. **[ECF No. 1865]**

11.    Objection of Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve **[ECF No. 1876]**

WEIL:\96900142\4\73217.0004

12.    Limited Objection and Reservation of Rights of SAP Industries, Inc. **[ECF No. 1886]**

13.    Limited Objection of Cross Country Home Services, Inc. **[ECF No. 1893]**

14.    Limited Objection and Reservation of Rights of Relator Carl Ireland, Administrator of the Estate of James Garbe **[ECF No. 1931]**

15.    Response of Everlast World's Boxing Headquarters Corp. **[ECF No. 1980]**

16.    Objection of Salesforce.com, Inc. **[ECF No. 1981]**

17.    Supplemental Objection of Salesforce.com, Inc. **[ECF No. 2252]**

18.    Objection of Cisco Systems, Inc. **[ECF No. 1988]**

19.    Cure and Adequate Assurance Objection by Brooks Shopping Center Partners, LLC **[ECF No. 1990]**

20.    Sale, Cure, and Adequate Assurance Objection by Westfield, LLC and Certain of its Affiliates **[ECF No. 1991]**

21.    Oracle's Limited Objection to and Reservation of Rights **[ECF No. 1992]**

22.    Google LLC's Limited Objection and Reservation of Rights to the Potential Assumption and Assignment of Executory Contracts **[ECF No. 1995]**

23.    Limited Objection of Icon DE Holdings LLC and Icon NY Holdings LLC **[ECF No. 2000]**

24.    Objection of Bonnier Corporation **[ECF No. 2005]**

25.    Objection of Adam Levine Productions, Inc. **[ECF No. 2009]**

26.    Limited Objection and Reservation of Rights of Luxottica Retail North America Inc. **[ECF No. 2011]**

27.    Objection of Santa Rosa Mall, LLC **[ECF No. 2013]**

28.    Royal Consumer Products, LLC's Limited Objection and Reservation of Rights **[ECF No. 2014]**

29.    Limited Objection of DFS Services LLC **[ECF No. 2024]**

30.    Objection of Site Centers Corp., *et al*. **[ECF No. 2069]**

WEIL:\96900142\4\73217.0004

31.  Objection of Stanley Black & Decker **[ECF No. 2072]**

32.  Limited Objection of Simon Property Group, L.P. **[ECF No. 2082]**

    a.  Objection of Simon Property Group, L.P. **[ECF No. 2214]**

33.  Response of Wilmington Trust, National Association, as Collateral Agent **[ECF No. 2089]**

34.  Supplemental Objection of Weingarten Realty Investors **[ECF No. 2093]**

    a.  Declaration of Lee Brody **[ECF No. 2218]**

35.  Limited Objection of Acadia Realty Limited Partnership, *et al*. **[ECF No. 2153]**

Related Documents:

36.  Debtors' Omnibus Reply **[ECF No. 2328]**

37.  Restructuring Subcommittee's Response **[ECF No. 2320]**

38.  ESL's Omnibus Response **[ECF No. 2352]**

39.  Notice of Revised Proposed Sale Order **[ECF No. 2332]**

40.  Declaration of Brandon Aebersold in Support of Sale **[ECF No. 2335]**

41.  Declaration of Mohsin Meghji in Support of Sale **[ECF No. 2336]**

42.  Declaration of William Transier in Support of Sale **[ECF No. 2341]**

43.  Declaration of Michael Welch in Support of Sale **[ECF No. 2342]**

44.  Declaration of Sunny Singh in Support of Sale **[ECF No. 2344]**

45.  Declaration of Alan Carr in Support of Sale **[ECF No. 2321]**

46.  Declaration of Robert A. Riecker in Support of Sale **[ECF No. 2339]**

47.  Declaration of Andrew Weaver in Support of Sale **[ECF No. 2355]**

48.  Declaration of Kunal S. Kamlani in Support of Sale **[ECF No. 2356]**

49.  Notice of Initial Assigned Agreements **[ECF No. 2349]**

WEIL:\96900142\4\73217.0004

50.   Notice of Successful Bidder and Sale Hearing **[ECF No. 1730]**

51.   Order Approving Global Bidding Procedures and Granting Related Relief **[ECF No. 816]**

52.   Ombudsman Report for the Period of 11/1/2018 through 2/1/2019 **[ECF No. 2340]**

Related Cure Notices:

53.   Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 1731]**

54.   Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 1774]**

55.   Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business **[ECF No. 901]**

56.   Supplemental Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business **[ECF No. 1054]**

Adjourned Responses:

57.   Cure Objection of MacDade Mall Associates, L.P. (Store #3597) **[ECF No. 1733]**

58.   Objection of PREIT Services, LLC, as Agent for PR North Dartmouth LLC **[ECF No. 1747]**

59.   Limited Objection of Apex Tool Group, LLC to the Debtors' Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 1759]**

60.   Sherthal LLC's Cure Claim Objection for Store No. 4421 (North Hollywood, California) **[ECF No. 1769]**

61.   Objection of Union Center Realty, LLC (Store No. 3268) **[ECF No. 1771]**

62.   ePossibilites USA Ltd.'s Limited Objection **[ECF No. 1804]**

63.   Objection of Van Hook Service Co., Inc. **[ECF No. 1805]**

WEIL:\96900142\4\73217.0004

64.    Objection of BT Granite Run, LP, BT Pleasant Hills LP, Capital Enterprises, Inc., and PREIT Services, LLC, as Agent for PR Financing Limited Partnership and PR Capital City Limited Partnership **[ECF No. 1806]**

65.    Objection of Lennox International Inc. and Lennox National Account Services, LLC **[ECF No. 1807]**

66.    Limited Objection of Winiadaewood Electronics America, Inc. **[ECF No. 1809]**

67.    Objection by West Orange Plaza (Store No. 9413) **[ECF No. 1810]**

68.    Objection of Levcom Wall Plaza Associates (Store No. 7602) **[ECF No. 1813]**

69.    Objection of First Real Estate Investment Trust of New Jersey (Store #3202) **[ECF No. 1815]**

70.    Objection of RD Management LLC, as agent for FB Billerica Realty Investors LLC **[ECF No. 1817]**

71.    Objection of Cascade Water Services **[ECF No. 1818]**

72.    Objection of Cigna Entities **[ECF No. 1820]**

73.    Cure Claim Objection of Cleva North America and Cleva Hong Kong **[ECF No. 1821]**

74.    Objection of K-Bay Plaza, LLC **[ECF No. 1824]**

75.    Objection of WashREIT Frederick County Square LLC (Store No. 3131) **[ECF No. 1829]**

76.    Objection of John C. Adams and Kennylugenia Adams **[ECF No. 1830]**

77.    247.ai, Inc.'s Objection to Cure Amount and Reservation of Rights **[ECF No. 1831]**

78.    CBL & Associates Management, Inc.'s Limited Objection **[ECF No. 1832]**

79.    CBL & Associates Management, Inc.'s Limited Objection **[ECF No. 1833]**

80.    Objection of Izek Shomof and Aline Shomof Irrevocable Children's Trust dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC **[ECF No. 1837]**

81. Limited Objection of East Penn Manufacturing Co. **[ECF No. 1838]**

82. Objection and Joinder of Kimco Realty Corporation **[ECF No. 1839]**

83. Seven Springs Limited Partnership's Objection **[ECF No. 1840]**

84. Limited Objection of Urschel Development Corporation (Store No. 7042) **[ECF No. 1844]**

85. Lakewood Shopping Center, LLC's Objection and Reservation of Rights **[ECF No. 1845]**

86. Objection of Accertify, Inc. **[ECF No. 1846]**

87. Objection of Colonial Properties, LLC **[ECF No. 1847]**

88. Objection of JW Mitchell Company, LLC **[ECF No. 1848]**

89. 4th Street South II, LLC's Cure Objection, Adequate Assurance Objection and Demand for Adequate Protection **[ECF No. 1850]**

90. Objection by Oster Yorktown Properties, LLC (Store Number 9414) **[ECF No. 1853]**

91. Objection of The Davis Companies **[ECF No. 1854]**

92. Cure Objection of Saul Subsidiary I Limited Partnership (Store #1304) **[ECF No. 1855]**

93. Objection to Proposed Assumption and Assignment of Contracts with TeleSight, LLC d/b/a ERC Market Research (Nos. 2690, 2691, and 2692) on Account of Proposed Cure Costs **[ECF No. 1856]**

94. Limited Objection of Globant LLC **[ECF No. 1858]**

95. Objection of Haier US Appliance Solutions, Inc. d/b/a GE Appliances **[ECF No. 1860]**

96. Limited Objection of Southwest Sign Group, Inc., d/b/a Apex Sign Group **[ECF No. 1861]**

97. Limited Objection of Rebuilding Together, Inc. **[ECF No. 1863]**

98. FG, LLC's Cure Claim Objection for Store No. 7648 (Mauston, Wisconsin) and Reservation of Rights **[ECF No. 1866]**

99. Objection of Tutu Park Limited (Store No. 3829) **[ECF No. 1867]**

100.   Objection of Willis Towers Watson PLC, Willis Towers Watson US LLC, Towers Watson Investment Services, Inc., and Their Affiliates **[ECF No. 1868]**

101.   Tata America International Corporation's Objection **[ECF No. 1869]**

102.   Objection of MCS Hemet Valley Center LLC **[ECF No. 1870]**

103.   Limited Response of Cardtronics USA, Inc. **[ECF No. 1871]**

104.   R.R. Donnelley & Sons Company's Objection **[ECF No. 1873]**

105.   Limited Objection of QKC Maui Owner, LLC **[ECF No. 1874]**

106.   Objection of the Nielsen Company (US), LLC **[ECF No. 1875]**

107.   Objection of McLane Company, Inc. **[ECF No. 1877]**

108.   Limited Objection of McDonald's Corporation **[ECF No. 1878]**

109.   The Taubman Landlords' Cure Claim Objection **[ECF No. 1879]**

110.   Limited Objection and Reservation of Rights of Royal Appliance Mfg. Co., Inc., d/b/a TTI Floor Care North America, Inc. **[ECF No. 1880]**

111.   Objection of Scents of Worth, Inc. **[ECF No. 1881]**

112.   Objection of Luxottica Retail North America Inc. **[ECF No. 1882]**

113.   Alatex-Tenn, Ltd's Cure Claim Objection for Store 9621 (Lebanon, Tennessee) **[ECF No. 1883]**

114.   Objection of the Joe and Frances McCann Family Limited Partnership (Store #7033) **[ECF No. 1887]**

115.   Objection of Vehicle Service Group, LLC d/b/a Rotary Lift-Dover Company **[ECF No. 1888]**

116.   Objection of Wolf Family Series LP d/b/a Series III, Wolf Family Series LP d/b/a Series VII, Ontario Enterprises of the Wolf Family Series LP **[ECF No. 1889]**

117.   Objection of Greenhorn Ventures LLC **[ECF No. 1891]**

118.   Walter Investments, LP Cure Claim Objection for Store 4389 (McAllen, Texas) **[ECF No. 1895]**

8

119.   Limited Objection of Midwest Tool and Cutlery Company **[ECF No. 1898]**

120.   Objection of the Chubb Companies **[ECF No. 1900]**

121.   Limited Objection of Team Design Lighting & Construction, LLC **[ECF No. 1901]**

122.   Objection of Prep Hanover Real Estate LLC **[ECF No. 1903]**

123.   Wal-go Associates LLC's Cure Claim Objection for Store 9122 (Warsaw, Indiana) **[ECF No. 1905]**

124.   Objection of Horwood Marcus & Berk Chartered **[ECF No. 1908]**

125.   Limited Objection of National Health Information Network, Inc. and PDX Inc. **[ECF No. 1910]**

126.   Limited Objection of DXC Technology Services LLC to Proposed Cure Amount and Reservation of Rights **[ECF No. 1911]**

127.   Objection of Matson Navigation Company, Inc. **[ECF No. 1913]**

128.   Limited Cure Claim Objection of the Chamberlain Group, Inc., and Request for Confirmation of Identification of Executory Contract **[ECF No. 1915]**

129.   International Business Machines Corporation's Objection **[ECF No. 1917]**

130.   Limited Objection of DXC Technology Services LLC **[ECF No. 1918]**

131.   Objection of Aspen Refrigerants, Inc. **[ECF No. 1919]**

132.   Objection of Infosys Limited **[ECF No. 1920]**

133.   Objection of NorthStar Group Services, Inc. **[ECF No. 1921]**

134.   Primark US Corp.'s Limited Omnibus Objection **[ECF No. 1923]**

135.   Limited Objection and Reservation of Rights of the J.M. Smucker Company **[ECF No. 1925]**

136.   Ecolab Inc.'s Limited Objection and Reservation of Rights **[ECF No. 1926]**

137.   Limited Objection of Fringe Area (II), S.E. **[ECF No. 1927]**

WEIL:\96900142\4\73217.0004

138.  Objection of Church Street, LLC (Store No. 4016) **[ECF No. 1928]**

139.  Conditional Opposition of Sunshine Shopping Center Inc. **[ECF No. 1929]**

140.  Objection and Reservation of Rights of the Kin Landlords **[ECF No. 1930]**

141.  Objection of Forbes/Cohen Florida Properties, L.P. **[ECF No. 1932]**

142.  Affidavit of Molly Stengel in Support of Church Street LLCs (Store No. 4016) Objection **[ECF No. 1933]**

143.  Objection of Mauldin at Butler, LLC (Store No. 7274) **[ECF No. 1934]**

144.  Limited Objection and Reservation of Rights of United Parcel Service, Inc. and Its Affiliates **[ECF No. 1936]**

145.  Objection of Avenel Realty Associates, LLC to the Cure Notice for the Lease of the Property Located at 1550 St. George Avenue, Avenel, N.J. and Reservation of Rights **[ECF No. 1937]**

146.  Objection and Reservation of Rights of Caparra Center Associates, LLC (Store No. 4490) **[ECF No. 1938]**

147.  Limited Objection of Garda CL Great Lakes, Inc. **[ECF No. 1939]**

148.  Statement of Jackson Shopping Village, LLLP, a Nevada Limited Liability Limited Partnership, Successor in Interest to Flamingo Sandhill, a California General Partnership, of Cure Amount for Store 7139 and Objection to Cure Amount Stated by Debtor **[ECF No. 1941]**

149.  Objection of Johnson Controls, Inc. **[ECF No. 1942]**

150.  Limited Objection of Argonaut Insurance Company **[ECF No. 1943]**

151.  Objection and Reservation of Rights of Washington Prime Group Inc. **[ECF No. 1945]**

152.  Objection and Reservation of Rights of HomeGoods, Inc. **[ECF No. 1946]**

153.  American Lebanese Syrian Associated Charities, Inc.'s Limited Objection and Reservation of Rights **[ECF No. 1947]**

WEIL:\96900142\4\73217.0004

154.    Reservation of Rights of the Kroger Co. **[ECF No. 1948]**

155.    Reservation of Rights of Macy's West Stores, Inc. **[ECF No. 1949]**

156.    Limited Objection of Experian Information Solutions, Inc. **[ECF No. 1950]**

157.    Limited Objection of Automotive Rentals, Inc. and ARI Fleet LT **[ECF No. 1952]**

158.    Objection of Epicor Software Corporation F/K/A Activant Solutions, Inc. **[ECF No. 1953]**

159.    Objection of City of Minneapolis **[ECF No. 1954]**

160.    Limited Objection of CompuCom Systems, Inc. **[ECF No. 1955]**

161.    Objection of Midwood Management Corp. **[ECF No. 1957]**

162.    Objection of CFP Fire Protection, Inc. **[ECF No. 1958]**

163.    Limited Objection and Reservation of Rights of Riskonnect, Inc. **[ECF No. 1959]**

164.    Limited Objection of Plaza Las Americas, Inc. **[ECF No. 1961]**

165.    Objection of CenturyLink Communications, LLC and Level 3 Communications, LLC **[ECF No. 1963]**

166.    Objection of Werner Enterprises, Inc. **[ECF No. 1964]**

167.    Limited Objection of Pratt Corrugated Holdings, Inc. **[ECF No. 1965]**

168.    Limited Objection of CA, Inc. **[ECF No. 1968]**

169.    Limited Objection of Plaza del Caribe, S.E. **[ECF No. 1970]**

170.    Limited Objection and Reservation of Rights of Cheddars Casual Café, Inc., Rare Hospitality International Inc., and Rare Hospitality Management, LLC **[ECF No. 1973]**

171.    LBG Hilltop, LLC's Cure Claim Objection for Store No. 1788 (Richmond, California) **[ECF No. 1975]**

172.    Objection of PeopleReady, Inc. **[ECF No. 1976]**

173.    LBG Medford, LLC's Protective Cure Claim Objection **[ECF No. 1977]**

11

174.    Objection by SupplyLogix LLC **[ECF No. 1979]**

175.    Limited Objection and Reservation of Rights of Aramark Corporation and Certain of its Affiliates **[ECF No. 1982]**

176.    Objection of CAPREF Burbank LLC to Proposed Cure Amount **[ECF No. 1983]**

177.    Amazon's Limited Objection and Reservation of Rights **[ECF No. 1986]**

178.    Limited Protective Objection of XPO Last Mile, Inc. **[ECF No. 1987]**

179.    Limited Objection by Concord Mall LP **[ECF No. 1993]**

180.    Limited Objection and Reservation of Rights of ADT LLC d/b/a Protection One **[ECF No. 1996]**

181.    Cure Costs and Adequate Assurance Objection of Infinite Peripherals, Inc. **[ECF No. 1999]**

182.    Lakin Tire West Incorporated's Limited Objection and Reservation of Rights **[ECF No. 2001]**

183.    Objection and Reservation of Rights of Washington Prime Group Inc. **[ECF No. 2003]**

184.    Objection of Bonnier Corporation **[ECF No. 2005]**

185.    Objection of Felix Calls, LLC **[ECF No. 2006]**

186.    Objection of GlobalTranz Enterprises, Inc. **[ECF No. 2008]**

187.    Supplemental Objection of Luxottica Retail North America Inc. **[ECF No. 2010]**

188.    Reservation of Rights and Limited Objection of Living Spaces Furniture, LLC **[ECF No. 2012]**

    a.    Declaration of Jeff Seabrook **[ECF No. 2221]**

189.    Limited Objection and Reservation of Rights of Schindler Elevator Corporation **[ECF No. 2015]**

190.    Objection and Reservation of Rights of Extreme Networks, Inc. **[ECF No. 2016]**

191.    Objection and Reservation of Rights of Sitel Operating Corporation **[ECF No. 2017]**

192.    Korpack, Inc.'s Objection **[ECF No. 2018]**

193.    Limited Objection and Reservation of Rights of Wolverine World Wide, Inc. **[ECF No. 2019]**

194.    Limited Objection of Securian Financial Group, Inc. and Securian Life Insurance **[ECF No. 2020]**

195.    Limited Objection and Reservation of Rights of ICON Health & Fitness, Inc. **[ECF No. 2021]**

196.    Limited Objection and Reservation of Rights of RetailNext, Inc. **[ECF No. 2022]**

197.    Limited Objection and Reservation of Rights of the Administration Agreement Parties **[ECF No. 2023]**

198.    Stockton Mariposa, LLC's Objection and Reservation of Rights **[ECF No. 2026]**

199.    Limited Objection and Reservation of Rights of Virginia Surety Company, Inc. **[ECF No. 2027]**

200.    Objection of TOTE, Inc. **[ECF No. 2036]**

201.    Objection of Norton Mailman Associates **[ECF No. 2049]**

202.    Limited Objection of CrossCom National LLC **[ECF No. 2050]**

203.    Limited Objection of Tri-County Mall, LLC **[ECF No. 2054]**

204.    Objection and Reservation of Rights of NW Gaithersburg LLC **[ECF No. 2056]**

205.    Objection of Amazon Web Services, Inc. **[ECF No. 2057]**

206.    Chervon (HK), Ltd.'s Limited Objection **[ECF No. 2059]**

207.    Reservation of Rights of TmaxSoft, Inc. **[ECF No. 2060]**

208.    Objection of Site Centers Corp., Trustees of the Estate of Bernice Pauahi Bishop, et al. **[ECF No. 2063]**

209.    Limited Objection of 1055 Hanover, LLC and Joinder in Limited Objection of 1 Imeson Park Blvd., LLC **[ECF No. 2064]**

210.    Limited Objection of Fedex Supply Chain, Inc. **[ECF No. 2065]**

211.    Limited Objection of Fedex Custom Critical, Inc. **[ECF No. 2066]**

WEIL:\96900142\4\73217.0004

212. Limited Objection and Reservation of Rights of Valvoline LLC **[ECF No. 2073]**

213. Cure Objection of Liberty Property Limited Partnership **[ECF No. 2074]**

214. Limited Objection of Cape Town Plaza LLC and New Westgate Mall LLC **[ECF No. 2075]**

215. Limited Objection of American Greetings Corporation **[ECF No. 2076]**

216. Objection of AT&T **[ECF No. 2077]**

217. Objection of Cardinal Health 110 LLC **[ECF No. 2078]**

218. Limited Objection and Reservation of Rights of LG Electronics USA, Inc. and LG Electronics Alabama, Inc. **[ECF No. 2079]**

219. Objection of Simon Property Group, L.P. **[ECF No. 2080]**

220. Limited Objection of Community Unit School District 300 **[ECF No. 2087]**

221. Limited Objection of Apex Systems, LLC **[ECF No. 2088]**

222. Limited Objection and Reservation of Rights of ServiceNow, Inc. **[ECF No. 2090]**

223. Limited Objection of Orkin, LLC **[ECF No. 2091]**

224. Limited Objection of The Core Organization **[ECF No. 2098]**

225. Objection of Interprop Bedford, LLC, as Landlord **[ECF No. 2107]**

226. Objection of Vornado Realty L.P. and Certain of its Wholly-Owned and Controlled Subsidiaries, as Landlord **[ECF No. 2109]**

227. Notice of Errata Regarding Reservation of Rights of TmaxSoft, Inc. (ECF No. 2060) **[ECF No. 2113]**

228. Amended Limited Objection and Reservation of Rights of Valvoline LLC **[ECF No. 2114]**

229. Objection and Reservation of Rights of Richards Canal Street Property, LLC **[ECF No. 2115]**

230. Objection of Federal Construction, Inc. **[ECF No. 2126]**

231.    Objection of Manco Florida Associates, LLC **[ECF No. 2128]**

232.    Objection of Niagra Bottling, LLC **[ECF No. 2131]**

233.    Limited Objection of Drayton Plains (MI), LLC **[ECF No. 2140]**

234.    Limited Objection of Acadia Realty Limited Partnership, et al. **[ECF No. 2147]**

235.    Objection of AmCap Wilson II, LLC and Wilson Norridge, LLC **[ECF No. 2151]**

236.    Limited Objection of Shidler/West Finance Partners V L.P. **[ECF No. 2155]**

237.    Limited Objection and Reservation of Rights of U.S. Bank National Association d/b/a U.S. Bank Equipment Finance **[ECF No. 2156]**

238.    Cure Objection and Reservation of Rights of Shaler Zamagias Limited Partnership **[ECF No. 2157]**

239.    Limited Objection and Reservation of Rights of Maynardville Pike LP **[ECF No. 2160]**

240.    Objection to Cure and Adequate Assurance Information of DART Warehouse Corporation Re Naperville, IL, Statement of Work, List No. 1964, Contract No. CW2330726 **[ECF No. 2165]**

241.    Objection to Cure and Adequate Assurance Information of Dart Warehouse Corporation Re Ontario Warehouse Operating Agreement, List Nos. 1969, 1970, 1971, Contract No. SHCLCW5955 **[ECF No. 2166]**

242.    Objection to Cure and Adequate Assurance Information of DART Warehouse Corporation Re Naperville, IL, Master Services Agreement, List No. 1967, Contract No. CW2288705 **[ECF No. 2167]**

243.    Objection to Cure and Adequate Assurance Information of DART Warehouse Corporation Re Naperville, IL, Warehouse Sublease, List No. 1968, Contract No. SHCLCW5956 **[ECF No. 2168]**

244.    Objection to Cure and Adequate Assurance of Dart Warehouse Corporation Re: Dedeaux Inland Empire Properties Re Ontario Warehouse Lease, Lease No. 347, Contract No. S8729-73-A **[ECF No. 2169]**

WEIL:\96900142\4\73217.0004

245. Objection to Cure and Adequate Assurance Information of DART International Re Fleet Transportation Agreement, List Nos. 1965-1966, Contract Nos. 520768-518187 **[ECF No. 2170]**

246. Limited Objection and Preservation of Rights of Plaza Juana Diaz Inc. **[ECF No. 2174]**

247. Objection and Joinder of Alan Robbins, et al. **[ECF No. 2179]**

248. Ciuffo Family Trust/Trust A Limited Objection and Reservation of Rights **[ECF No. 2181]**

249. Objection of Wangard Partners, Inc. **[ECF No. 2184]**

250. Objection of Grand Central Plaza, LLC **[ECF No. 2189]**

251. Objection of Phillips Edison & Company **[ECF No. 2190]**

252. Objection of Canon Financial Services, Inc. **[ECF No. 2191]**

253. Objection of SWZ, LLC **[ECF No. 2192]**

254. Limited Objection of Centerpoint Properties Trust **[ECF No. 2193]**

255. Kelleymeyer Bergensons Services, LLC's Limited Objection and Reservation of Rights **[ECF No. 2196]**

256. Objection of SVAP Pompano Citi Centre II, L.P., SVAP Golf Mill Retail II, L.P. and SVAP II Stones River, LLC **[ECF No. 2197]**

257. MOAC Mall Holding LLC's Objection **[ECF No. 2199]**

258. Objection and Reservation of Rights of North Plaza III, LLC, North Plaza II, LLC, North Plaza I, LLC **[ECF No. 2200]**

259. Google LLC's Limited Objection and Reservation of Rights **[ECF No. 2201]**

260. Objection of Trinet Essential Facilities XXVII, Inc. **[ECF No. 2203]**

261. Objection of A.R.E. Investment Co. **[ECF No. 2205]**

262. Limited Objection and Reservation of Rights of Maersk Agency, U.S.A., Inc. **[ECF No. 2206]**

263. Limited Objection and Reservation of Rights of U.S. Security Associates, Inc. **[ECF No. 2207]**

16

264.    Objection of Great Eastern Corporation d/b/a North River Village GEC, LLC **[ECF No. 2211]**

265.    Limited Objection and Reservation of Rights of CIVF V-OH1M03, LLC **[ECF No. 2212]**

266.    Objection of Starboard Platform Brighton JV LLC **[ECF No. 2213]**

267.    Objection of Sunshine Shopping Center Inc. **[ECF No. 2215]**

268.    Limited Objection of East Penn Manufacturing Co. **[ECF No. 2219]**

269.    Objection of RD Management LLC, as agent for Fitchburg MFB, LLC and MFB University Mall S LLC **[ECF No. 2222]**

270.    Objection of 5330 Crosswind, LLC **[ECF No. 2223]**

271.    Objection of GFI-Glendale Investments Limited Partnership **[ECF No. 2224]**

272.    Limited Objection and Reservation of Rights of Yoder-17th Street Properties, LLC **[ECF No. 2226]**

273.    Statement of the KCD Indenture Trustee Regarding **[ECF No. 2227]**

274.    Objection and Reservation of Rights of Certain NW Properties Landlords **[ECF No. 2230]**

275.    Limited Objection and Reservation of Rights of Greensboro Lease Management, L.L.C. **[ECF No. 2232]**

276.    Limited Objection and Reservation of Rights of Direct Energy Business, LLC **[ECF No. 2235]**

277.    Limited Objection and Reservation of Rights of WSSR, LLC **[ECF No. 2236]**

278.    Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired of Broad Street Station LLC c/o Collett **[ECF No. 2238]**

279.    Limited Objection and Reservation of Rights of Berkeley Mall, LLC **[ECF No. 2239]**

280.    Objection and Reservation of Rights of JPMG Manassas Mall Owner LLC and Poughkeepsie Galleria LLC **[ECF No. 2241]**

17

281.    Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases of GC Columbia, LLC, El Centro Mall, LTD. **[ECF No. 2244]**

282.    Objection and Reservation of Rights of Salmon Run Shopping Center, L.L.C. and S&R Company of West Seneca NewCo LLC **[ECF No. 2246]**

283.    Objection and Reservation of Rights of DGI LS, LLC **[ECF No. 2247]**

284.    Objection and Reservation of Rights of Shillington Plaza, LLC and Light 125 James West LLC **[ECF No. 2248]**

285.    Limited Objection of Electrolux Home Products, Inc. **[ECF No. 2249]**

286.    Amended Limited Objection and Reservation of Rights of Shillington Plaza, LLC and Light 125 James West LLC **[ECF No. 2252]**

287.    Amended Limited Objection and Reservation of Rights of JPMG Manassas Mall Owner LLC and Poughkeepsie Galleria LLC **[ECF No. 2253]**

288.    Objection of Berkshire Mall LP **[ECF No. 2254]**

289.    Amended Limited Objection and Reservation of Rights of Salmon Run Shopping Center, L.L.C. and S&R Company of West Seneca Newco LLC **[ECF No. 2255]**

290.    Joinder of S-Tract, LLC in the Limited Objection of Acadia Realty Limited Partnership, et al. **[ECF No. 2258]**

291.    Objection of Manlaw Investment Company, Ltd. **[ECF No. 2259]**

292.    Objection of International Union, UAW, United Steelworkers, Workers United **[ECF No. 2260]**

293.    Objection and Reservation of Rights of the Kin Landlords **[ECF No. 2261]**

294.    Objection and Reservation of Rights of Westfall Town Center JV **[ECF No. 2262]**

295.    Objection of Landlords Affiliated with LBA Realty LLC **[ECF No. 2264]**

WEIL:\96900142\4\73217.0004

296. Objection of Urban Edge Properties LP and its subsidiaries **[ECF No. 2265]**

297. Declaration of Perry Schonfeld Supporting Objection of Landlords Affiliated with LBA Realty LLC **[ECF No. 2267]**

298. Objection and Reservation of Rights of Camegaran, LLC **[ECF No. 2268]**

299. Supplemental Objection of Willis Towers Watson PLC, Willis Towers Watson US LLC, Towers Watson Investment Services, Inc., and Their Affiliates **[ECF No. 2269]**

300. Objection and Reservation of Rights **[ECF No. 2275]**

301. Objection of Prologis, L.P., KTR LV Loan LLC and KTR Ohio LLC **[ECF No. 2277]**

302. Objection of Steel 1111 LLC **[ECF No. 2278]**

303. Limited Objection of Stag IV Cheektowaga, LLC **[ECF No. 2279]**

304. Objection of Colonial Properties, LLC **[ECF No. 2280]**

305. Objection of Steven Bruce as Trustee of the Steven Bruce Revocable Trust, a trust formed under the laws of the State of California **[ECF No. 2281]**

306. Objection of GroupBy USA, Inc. **[ECF No. 2282]**

307. Objection and Reservation of Rights of Santa Rosa Mall, LLC **[ECF No. 2283]**

308. Objection of Biltmore Commercial Properties I, LLC **[ECF No. 2284]**

309. Objection of Groveport Lynx, LLC of Groveport Lynx LLC **[ECF No. 2285]**

310. Objection of Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP. **[ECF No. 2286]**

311. Objection of Lawrence Mart, LLC **[ECF No. 2287]**

312. Objection of GLP US Management, LLC and its affiliates **[ECF No. 2288]**

313. Objection of Libby Dial Enterprises, LLC **[ECF No. 2291]**

WEIL:\96900142\4\73217.0004

314.  Limited Objection of JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C. and S&R Company of West Seneca Newco, LLC **[ECF No. 2293]**

315.  Limited Objection and Reservation of Rights of DGI LSs, LLC, Shillington Plaza, LLC and Light 125 James West, LLC **[ECF No. 2294]**

316.  Amended Objection and Joinder of Kimco Realty Corporation **[ECF No. 2297]**

317.  Objection of Bradshaw Westwood Trust **[ECF No. 2299]**

318.  Objection and Reservation of Rights of Retail Opportunity Investments Corp. **[ECF No. 2305]**

319.  Objection of and Reservation of Rights by Seritage SRC Finance LLC and Seritage KMT Finance LLC, as Landlord **[ECF No. 2308]**

320.  Limited Objection and Reservation of Rights of Beeline.com, Inc. **[ECF No. 2310]**

WEIL:\96900142\4\73217.0004

321. Response of Samil Solutions, Strong Progress Garment Factory Company LTD, Helen Andrews Inc., Mien Co., Ltd. **[ECF No. 2318]**

322. Objection of Quest Resource Management Group LLC **[ECF No. 2330]**

323. Supplemental Objection of The Trustees of the Estate of Bernice Pauahi Bishop, d/b/A Kamehameha Schools **[ECF No. 2346]**

324. Objection of Store No. 8768 Lessors **[ECF No. 2354]**

Status:  This matter is going forward.

Dated:  February 1, 2019
New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and Debtors in Possession*

21