Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
James M. Jorissen (pro hac vice admission pending)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
jjorissen@losgs.com

-and-

The Tsang Law Firm, P.C.
Michael Tsang
40 Wall Street, 26th Floor
New York, NY 10005
mtsang@tsanglawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.,

Debtors[1].

-------------------------------------------------------------x

Chapter 11

Lead Case No. 18-23538 (RDD)

(Jointly Administered)

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179. The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616, and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "Additional Debtors"). The Additional Debtors each filed a motion in their respective chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

I certify that on January 31, 2019, this office caused the following document(s):
**OBJECTION AND RESERVATION OF RIGHTS OF CAMEGARAN, LLC TO THE DEBTORS' NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION**

<u>Debtors</u>
**(served via attorneys)**

**Debtors' Counsel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Ray Schrock, Esq.: ray.schrock@weil.com
Jaqueline Marcus, Esq.: Jacqueline.marcus@weil.com
Garrett A. Fail, Esq.: garrett.fail@weil.com
Sunny Singh, Esq.: sunny.singh@weil.com
Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
Gavin Westerman, Esq. Gavin.Westerman@weil.com

**Restructuring Advisors**
M-III Partners, LP
130 West 42nd Street
17th Floor
New York, NY 10036
https://miiipartners.com
Phone: 212-716-1491
Fax: 212-531-4532
Colin M. Adams
Brian Griffith

**Buyer Parties:**
Kunal S. Kamlani: kunal@eslinvest.com
Harold Talisman: harold@eslinvest.com

**Counsel for Buyer Parties**
Christopher E. Austin, Esq.: caustin@cgsh.com
Benet J. O'Reilly, Esq.: boreilly@cgsh.com
Sean A. O'Neal, Esq.: soneal@cgsh.com

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake (Paul.Leake@skadden.com)
Attn: Shana A. Elberg (Shana.Elberg@skadden.com)
Attn: George R. Howard (George.Howard@skadden.com)
4 Times Square

New York, NY 10036

Bank of America, N.A.
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Wells Fargo Bank, National Association
c/o Choate, Hall & Stewart LLP
Attn: Kevin J. Simard (ksimard@choate.com)
Attn: Jonathan D. Marshall (jmarshall@choate.com)
Two International Place
Boston, MA 02110

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin (pdublin@akingump.com)
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Attn: Abid Qureshi (aqureshi@akingump.com)
Attn: Sara L. Brauner (sbrauner@akingump.com)
One Bryant Park
New York, NY 10036

Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani: kunal@eslinvest.com
Attn: Harold Talisman: harold@eslinvest.com
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin (caustin@cgsh.com)
Attn: Benet J. O'Reilly (boreilly@cgsh.com)
Attn: Sean A. O'Neal (soneal@cgsh.com)
One Liberty Plaza
New York, NY 10006

US Trustee
(served electronically)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Paul Schwartzberg
Richard Morrissey

Date: January 31, 2019                **LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

By:   /s/  James M. Jorissen
      James M. Jorissen, MN #262833
      Pro Hac Vice Admission Pending
      *jjorissen@losgs.com*
      100 South Fifth Street, Suite 2500
      Minneapolis, Minnesota 55402
      Telephone: (612) 332-1030

ATTORNEYS FOR CAMEGARAN, LLC