UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - WHITE PLAINS

In Re:                                                                                   Case No. 18-23538-RDD

SEARS HOLDINGS CORPORATION,                                           Chapter 11

          Debtor(s).                                                                    Honorable Robert D. Drain
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

TO:  Clerk of the Court                     Jacqueline Marcus
       US Bankruptcy Court               767 5th Avenue
       US Courthouse                       New York, NY 10153
       300 Quarropas St.
       White Plains, NY 10601

                                                 Prime Clerk
                                                 830 3rd Ave
                                                 New York, NY 10022

    PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General, and Juandisha M. Harris, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                 DANA NESSEL
                                                Attorney General

                                                */s/ Juandisha M. Harris*
                                                Juandisha M. Harris (P62978)
                                                Assistant Attorney General
                                                Cadillac Place, Ste. 10-200
                                                3030 W. Grand Blvd.
                                                Detroit, MI 48202
                                                Telephone: (313) 456-0140
                                                E-Mail: harrisj12@michigan.gov

Dated: January 29, 2019