UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - WHITE PLAINS

In Re:                                                           Case No. 18-23538-RDD

SEARS HOLDINGS CORPORATION,                                      Chapter 11

              Debtor(s).                              Honorable Robert D. ~~Drain~~
_____/

## PROOF OF SERVICE

The undersigned certifies that on January 29, 2019, a copy of the Notice of Appearance and Request for Service of Notices, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Jacqueline Marcus                          Prime Clerk
767 5th Avenue                             830 3rd Ave
New York, NY  10153                        New York, NY  10022

                                                        /s/ Aida Garmo   A G
                                                        Aida Garmo
                                                        Legal Secretary
                                                        Juandisha M. Harris  (P62978)
                                                        Cadillac Place, Ste. 10-200
                                                        3030 W. Grand Blvd.
                                                        Detroit, MI  48202
                                                        Telephone:  (313) 456-0140
                                                        E-mail:  harrisj12@michigan.gov

Dated: January 29, 2019