**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.

               Debtors

----------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

**JOINDER BY DART WAREHOUSE CORPORATION AND DEDEAUX INLAND EMPIRE PROPERTIES IN OBJECTION OF VARIOUS LANDLORDS TO NOTICES OF FILING OF REVISED PROPOSED ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT AMONG SELLERS AND BUYER, (II) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND LEASES IN CONNECTION THEREWITH AND (IV) GRANTING RELATED RELIEF**

DART Warehouse Corporation and Dedeaux Inland Empire Properties (collectively "DART Warehouse"), by its undersigned counsel, hereby Joins in Objection of Various Landlords as stated in Docket Numbers 2380 and 2380-1 to the *Notice of Filing Revised Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (IV) Granting Related Relief* [Docket No. 2332] (the "First Revised Proposed Sale Order") and the *Notice of Filing Second Revised Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of*

- 1 -

*Certain Executory Contracts and Unexpired Leases in Connection Therewith and (IV) Granting Related Relief* [Docket No. 2378] (the "Second Revised Proposed Sale Order").cure amount (the "Cure Objection").

## CONCLUSION

WHEREFORE, the DART Warehouse Corporation and Dedeaux Inland Empire Properties respectfully request that the Court (i) if the Court approves the proposed sale of substantially all of the Debtors' business assets to the Buyer, any order approving the sale incorporate the changes outlined in the Landlords' Proposed Sale Order and (ii) grant to the Landlords such other and further relief as is just and appropriate.

Dated: February 4, 2019
      San Diego, CA

                              LAW OFFICE OF WILLIAM P. FENNELL, APLC

                              By: /s/William P. Fennell
                              William P. Fennell, Esq.
                              401 West A Street, Suite 1800
                              San Diego, CA 92101
                              Telephone: (619) 325-1560
                              Facsimile: (619) 325-1558
                              Email: william.fennell@fennelllaw.com

                              *Attorneys for Dedeaux Inland Empire Properties and DART Warehouse Corp.*