**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No.:18-23538-RDD |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING MOTION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jamie W. Olinto (the "Movant"), to be admitted, ***pro hac vice***, to represent Beeline.com, Inc. (the "Client") in the above-captioned chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Florida, it is hereby

**ORDERED**, that Jamie W. Olinto, Esq., is admitted to practice, ***pro hac vice***, in the above-captioned chapter 11 cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  February 4, 2019
         White Plains, New York

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE