**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL | CASE NO. 18-23538 (RDD) |
| | (Jointly Administered) |
| DEBTORS | |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Robert D. Bass ("Movant") to be admitted, *pro hac vice*, to represent Jackson Shopping Village, LLLP, a Limited Liability Limited Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership (the "Client") in the above referenced cases; and upon Movant's certification that Movant is a member in good standing of the State Bar of California, it is hereby

**ORDERED**, that Robert D. Bass, Esq. is admitted to practice, *pro hac vice*, in the above-referenced Chapter 11 cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   White Plains, New York
         February 4, 2019

/s/ Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

1

1686386.1 -- 22044.0004