**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administrated) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon counsel Ramón Coto Ojeda's *Motion for admission to practice, Pro hac vice* filed on February 4, 2019, to represent Payco Foods Corporation (the "Client"), a creditor in connection with the Chapter 11 case filed by Sears, Roebuck de Puerto Rico, Inc., Case No. 18-23561(RDD)-which is jointly administered by the above referenced lead case-, and upon the movant's certification that the movant is a member in good standing of the bar in the United States District Court for the District of Puerto Rico, it is hereby

**ORDERED**, that Ramón Coto Ojeda, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2019

White Plains, New York

/s/_____
Hon. Robert D. Drain
United States Bankruptcy Judge