# EXHIBIT "A"

| Store | Invoice # | Date | Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | Balance | 2% Interest | | Balance+Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEARS #1504 WILLIAMSVILLE | 30025828 | 10/11/2018 | | | | | 150.00 | 150.00 | 3 | 9.00 | $ 159.00 |
| SEARS #1514 NIAGRA FALLS | 30025829 | 10/11/2018 | | | | | 150.00 | 150.00 | 3 | 9.00 | $ 159.00 |
| SEARS #2584 LAKEWOOD | 30025830 | 10/11/2018 | | | | | 160.42 | 160.42 | 3.2084 | 9.63 | $ 170.05 |
| KMART #4123 NIAGARA FALLS | 30025831 | 10/11/2018 | | | | | 200.42 | 200.42 | 4.0084 | 12.03 | $ 212.45 |
| SEARS #1303 DANBURY CT | 30025832 | 10/11/2018 | | | | | 208.33 | 208.33 | 4.1666 | 12.50 | $ 220.83 |
| SEARS #1333 POUGHKEEPSIE | 30025833 | 10/11/2018 | | | | | 208.34 | 208.34 | 4.1668 | 12.50 | $ 220.84 |
| SEARS #1414 NANUET | 30025834 | 10/11/2018 | | | | | 308.32 | 308.32 | 6.1664 | 18.50 | $ 326.82 |
| SEARS #1674 WHITE PLAINS | 30025835 | 10/11/2018 | | | | | 308.33 | 308.33 | 6.1666 | 18.50 | $ 326.83 |
| SEARS #1733 YONKERS | 30025836 | 10/11/2018 | | | | | 742.49 | 742.49 | 14.8498 | 44.55 | $ 787.04 |
| SEARS #1944 YORKTOWN HEIGHTS | 30025837 | 10/11/2018 | | | | | 108.33 | 108.33 | 2.1666 | 6.50 | $ 114.83 |
| SEARS #2744 HORSEHEADS | 30025838 | 10/11/2018 | | | | | 86.46 | 86.46 | 1.7292 | 5.19 | $ 91.65 |
| KMART #4867 SOUTHBURY CT | 30025839 | 10/11/2018 | | | | | 308.33 | 308.33 | 6.1666 | 18.50 | $ 326.83 |
| KMART #9420 BRONX | 30025840 | 10/11/2018 | | | | | 571.25 | 571.25 | 11.425 | 34.28 | $ 605.53 |
| SEARS #45062 WEST HAVEN CT | 30025841 | 10/11/2018 | | | | | 385.42 | 385.42 | 7.7084 | 23.13 | $ 408.55 |
| SEARS #45059(2) BUFFALO | 30025842 | 10/11/2018 | | | | | 45.83 | 45.83 | 0.9166 | 2.75 | $ 48.58 |
| SEARS #8254 HENRIETTA | 30025843 | 10/11/2018 | | | | | 20.83 | 20.83 | 0.4166 | 1.25 | $ 22.08 |
| SEARS #45156 ROCHESTER | 30025844 | 10/11/2018 | | | | | 26.25 | 26.25 | 0.525 | 1.58 | $ 27.83 |
| SEARS #45064 MENANDS | 30025845 | 10/11/2018 | | | | | 36.81 | 36.81 | 0.7362 | 2.21 | $ 39.02 |
| SEARS #24593 NEW ROCHELLE | 30025857 | 10/11/2018 | | | | | 113.44 | 113.44 | 2.2688 | 6.81 | $ 120.25 |
| KMART#7065 HORSEHEADS | 10035853 | 10/12/2018 | | | | | 311.85 | 311.85 | 6.237 | 18.71 | $ 330.56 |
| SEARS #2744 HORSEHEADS | 10037392 | 10/12/2018 | | | | | 267.30 | 267.30 | 5.346 | 16.04 | $ 283.34 |
| SEARS PARTS AND SERVICE CENTER / HENRIETTA | 10037591 | 10/12/2018 | | | | | 178.20 | 178.20 | 3.564 | 10.69 | $ 188.89 |
| SEARS #1504 WILLIAMSVILLE | 20006186 | 10/12/2018 | | | | | 1639.41 | 1639.41 | 32.7882 | 98.36 | $ 1,737.77 |
| SEARS #2744 HORSEHEADS | 20006362 | 10/12/2018 | | | | | 11135.84 | 11135.84 | 222.7168 | 668.15 | $ 11,803.99 |
| SEARS #2744 HORSEHEADS | 20006562 | 10/12/2018 | | | | | 267.30 | 267.30 | 5.346 | 16.04 | $ 283.34 |
| KMART #4713 TOWANDA PA | 20006785 | 10/12/2018 | | | | | 3673.25 | 3673.25 | 73.465 | 220.40 | $ 3,893.65 |
| SEARS #1504 WILLIAMSVILLE | 10036178 | 10/12/2018 | | | | | 89.72 | 89.72 | 1.7944 | 5.38 | $ 95.10 |
| SEARS #24593 NEW ROCHELLE | 30026465 | 12/21/2018 | | | | 113.04 | | 113.04 | 2.2608 | 2.26 | $ 115.30 |
| SEARS #24593 NEW ROCHELLE | 30027091 | 12/28/2018 | | | | 113.04 | | 113.04 | 2.2608 | 2.26 | $ 115.30 |
| SEARS PARTS AND SERVICE CENTER / Henrietta | 10040279 | 1/7/2019 | | 1104.25 | | | | 1104.25 | 22.085 | 0.00 | $ 1,104.25 |
| KMART #4928 QUEENSBURY | 10040325 | 1/7/2019 | | 441.38 | | | | 441.38 | 8.8276 | 0.00 | $ 441.38 |
| KMART #7065 HORSEHEADS | 10040262 | 1/10/2019 | | 133.65 | | | | 133.65 | 2.673 | 0.00 | $ 133.65 |
| KMART #4034 MATTYDALE | 10040439 | 1/11/2019 | | 965.5 | | | | 965.5 | 19.31 | 0.00 | $ 965.50 |
| SEARS #1894 MARKETPLACE MALL | 30027862 | 1/11/2019 | | 172.92 | | | | 172.92 | 3.4584 | 0.00 | $ 172.92 |
| SEARS #1353 SYRACUSE | 30027863 | 1/11/2019 | | 120.83 | | | | 120.83 | 2.4166 | 0.00 | $ 120.83 |
| KMART #4034 MATTYDALE | 30027864 | 1/11/2019 | | 373.33 | | | | 373.33 | 7.4666 | 0.00 | $ 373.33 |
| SEARS #1504 WILLIAMSVILLE | 30027865 | 1/11/2019 | | 150.34 | | | | 150.34 | 3.0068 | 0.00 | $ 150.34 |
| SEARS #1514 NIAG. FALLS | 30027866 | 1/11/2019 | | 150 | | | | 150 | 3 | 0.00 | $ 150.00 |
| SEARS #2584 LAKEWOOD | 30027867 | 1/11/2019 | | 160.42 | | | | 160.42 | 3.2084 | 0.00 | $ 160.42 |
| KMART #4123 NIAG. FALLS | 30027868 | 1/11/2019 | | 200.42 | | | | 200.42 | 4.0084 | 0.00 | $ 200.42 |
| SEARS #1303 DANBURY CT | 30027869 | 1/11/2019 | | 208.33 | | | | 208.33 | 4.1666 | 0.00 | $ 208.33 |
| SEARS #1333 POUGHKEEPSIE | 30027870 | 1/11/2019 | | 208.09 | | | | 208.09 | 4.1618 | 0.00 | $ 208.09 |
| SEARS #1414 NANUET | 30027871 | 1/11/2019 | | 307.25 | | | | 307.25 | 6.145 | 0.00 | $ 307.25 |
| SEARS #1674 WHITE PLAINS | 30027872 | 1/11/2019 | | 307.26 | | | | 307.26 | 6.1452 | 0.00 | $ 307.26 |
| SEARS #1733 YONKERS | 30027873 | 1/11/2019 | | 743.35 | | | | 743.35 | 14.867 | 0.00 | $ 743.35 |
| SEARS #1944 YORKTOWN HEIGHTS | 30027874 | 1/11/2019 | | 107.95 | | | | 107.95 | 2.159 | 0.00 | $ 107.95 |
| SEARS #2744 HORSEHEADS | 30027875 | 1/11/2019 | | 86.46 | | | | 86.46 | 1.7292 | 0.00 | $ 86.46 |
| KMART #4867 SOUTHBURY CT | 30027876 | 1/11/2019 | | 308.33 | | | | 308.33 | 6.1666 | 0.00 | $ 308.33 |
| KMART #9420 BRONX | 30027877 | 1/11/2019 | | 571.25 | | | | 571.25 | 11.425 | 0.00 | $ 571.25 |
| SEARS #45062 WEST HAVEN CT | 30027878 | 1/11/2019 | | 385.42 | | | | 385.42 | 7.7084 | 0.00 | $ 385.42 |
| SEARS #45059(2) BUFFALO | 30027879 | 1/11/2019 | | 45.93 | | | | 45.93 | 0.9186 | 0.00 | $ 45.93 |
| SEARS #8254 HENRIETTA | 30027880 | 1/11/2019 | | 20.83 | | | | 20.83 | 0.4166 | 0.00 | $ 20.83 |
| SEARS #45156 ROCHESTER | 30027881 | 1/11/2019 | | 26.25 | | | | 26.25 | 0.525 | 0.00 | $ 26.25 |
| SEARS #45064 MENANDS | 30027882 | 1/11/2019 | | 36.81 | | | | 36.81 | 0.7362 | 0.00 | $ 36.81 |
| SEARS #24593 NEW ROCHELLE | 30027886 | 1/11/2019 | | 113.04 | | | | 113.04 | 2.2608 | 0.00 | $ 113.04 |
| **Customer Total:** | | | 0 | 7,449.59 | 226.08 | - | 155,717.67 | 163,393.34 | 3267.867 | 14,887.17 | $ 178,280.51 |

|  |  | Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 90 | Balance | 2% Interest | Total Interest | Balance+Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL INTEREST WORKSHEET TOTAL: | | 0 | 0 | 0 | 0 | 155717.67 | 155,717.67 | 3114.3534 | 14,882.64 | $ 170,600.31 |
| PREFERRED VENDOR INTEREST WORKSHEET TOTAL: | | 0 | 7449.59 | 226.08 | 0 | 0 | 7,675.67 | 153.5134 | 4.52 | $ 7,680.19 |
| **GRAND TOTAL OWED:** | | 0 | 7,449.59 | 226.08 | - | 155,717.67 | 163,393.34 | 3267.867 | $ 14,887.17 | $ 178,280.51 |