ELISE S. FREJKA, CIPP/US
Frejka PLLC
420 Lexington Avenue – Suite 310
New York, New York 10170
Telephone: (212) 641-0800
Facsimile: (212) 641-0820

*Consumer Privacy Ombudsman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                   :
In re:                                             :     Chapter 11
                                                   :
SEARS HOLDINGS CORPORATION, *et al.*,[1]           :     Case No.: 18-23538 (RDD)
                                                   :
          Debtors.                                 :     (Jointly Administered)
                                                   :
------------------------------------------------------------------- X

## (CORRECTED) REPORT OF THE CONSUMER PRIVACY OMBUDSMAN
### (*GLOBAL ASSET SALE TRANSACTION*)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616 and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "Additional Debtors").  The Additional Debtors each filed a motion in their respective chapter 11 cases requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules.

## <u>TABLE OF CONTENTS</u>

Preliminary Statement ................................................................................................ 1

Background ................................................................................................................. 2

Review of the Debtors' Privacy Policies and Practices ............................................ 4

Consumer Information Collected and the Debtors' Privacy Policy ........................... 5

Analysis ...................................................................................................................... 7

    Shop Your Way ...................................................................................................... 9

    Sears Automotive ................................................................................................. 10

    Sears Home Services ............................................................................................ 11

    Innovel .................................................................................................................. 12

    Wally .................................................................................................................... 13

    Videos/Video Games/DVDs (Applicable to all Customer Records) ...................... 14

    Other Sources and Uses of Personally Identifiable Information ........................... 16

    SHIP ..................................................................................................................... 16

PCI DSS Compliant Vault ....................................................................................... 16

Pharmacy Records ................................................................................................... 17

Implementation ........................................................................................................ 20

Conclusion ............................................................................................................... 22

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Elise S. Frejka, the consumer privacy ombudsman[1] (the "Ombudsman"), files this report

(the "Report")[2] in the above-captioned cases to assist the Bankruptcy Court in its consideration

of the facts, circumstances, and conditions of the proposed sale (the "Global Asset Sale") of

substantially all of the assets of Sears Holdings Corporation and its debtor affiliates (collectively,

the "Debtors"), including personally identifiable information ("Personally Identifiable

Information")[3] and Protected Health Information (defined below) (collectively, "Customer

Data"), to Transform Holdco, LLC (together with any affiliated designee) (the "Proposed

Buyer") pursuant to the Asset Purchase Agreement dated as of January 17, 2019, as may be

amended or supplemented, (the "Asset Purchase Agreement").

### PRELIMINARY STATEMENT

The Ombudsman is pleased to acknowledge the extraordinary cooperation and assistance

she received from the Debtors in ascertaining the sources, uses and safeguards for the Debtors'

---

[1] See Stipulation and Agreed Order with Respect to Appointment of Consumer Privacy [Dkt. No. 999]; Notice of Appointment of Consumer Privacy Ombudsman [Dkt. No. 1009].

[2] The Ombudsman provided earlier drafts of this Report to counsel for the Debtors and counsel for the Proposed Buyer. The Proposed Buyer has agreed to implement the recommendations contained in this Report.

[3] Pursuant to 11 U.S.C. § 101(41A), [t]he term "PII" means—

(A) if provided by an individual to the debtor in connection with obtaining a product or a service from the debtor primarily for personal, family, or household purposes—

    (i) the first name (or initial) and last name of such individual, whether given at birth or time of adoption, or resulting from a lawful change of name;

    (ii) the geographical address or a physical place of residence of such individual;

    (iii) an electronic address (including an e-mail address) of such individual;

    (iv) a telephone number dedicated to contacting such individual at such physical place of residence;

    (v) a social security account number issued to such individual; or

    (vi) the account number of a credit card issued to such individual[.]

11 U.S.C. § 101(41A)

customer data and associated Personally Identifiable Information.  The Debtors' commitment to

protecting customer information and Personally Identifiable Information is evidenced by the

rigorous policies implemented and the diligence exercised by the Debtors in carrying out these

policies.  The Ombudsman wishes to strongly commend the relevant and knowledgeable

personnel and counsel who made themselves readily available to answer the Ombudsman's

extensive information requests and who provided thought provoking and legitimate business

reasons for the majority of the Debtors' data retention practices.  It is because of the dedication

and involvement of these professionals in gathering, applying, and protecting Customer Data and

the use of an affirmative "opt-in" process that the Ombudsman can recommend that the Court

approve a broad sale of Personally Identifiable Information.

The recommendations contained herein regarding the transfer of Customer Data are

specific to a going concern sale and would likely change if the Global Asset Sale is not approved

and business segments are sold separately.

## BACKGROUND

1.      Beginning on October 15, 2018 (the "Commencement Date") and continuing

thereafter, each of the Debtors commenced with this Bankruptcy Court a voluntary case under

chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors are

authorized to continue to operate their business and manage their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On October 24, 2018, the United States Trustee for Region 2 appointed an official

committee of unsecured creditors.  No trustee or examiner has been appointed in these chapter 11

cases.

3.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4.      On November 1, 2018, the Debtors filed their Motion for Approval of Global Bidding Procedures (the "Global Sale Motion") [Dkt. No. 429].

5.      On November 19, 2018, the Bankruptcy Court entered that certain Order Approving Bidding Procedures and Granting Related Relief (the "Global Bidding Procedures Order") in connection with the Global Asset Sale [Dkt. No. 816].

6.      On November 21, 2018, the Debtors filed the Notice of Filing of Global Bidding Procedures Process Letter soliciting bids for the Global Assets, on a going concern or liquidation basis and individual target businesses, including Sears Home Services and the business units PartsDirect, Sears Auto Centers, Innovel and Wally Home [Dkt. No. 862].

7.      On January 14, 2019, the Debtors commenced an auction for the sale of the Global Assets.  The bid submitted by the Proposed Buyer was selected by the Debtors, as directed by the Debtors' Restructuring Committee, as the highest or best offer for the Global Assets.

8.      On January 17, 2019, the Debtors and the Proposed Buyer entered into the Asset Purchase Agreement pursuant to which the Proposed Buyer will acquire all or substantially all of the Global Assets [Dkt. No. 1730].

9.      Among the assets to be sold to the Proposed Buyer pursuant to the Asset Purchase Agreement is Customer Data.  Customer Data is defined in the Asset Purchase Agreement as meaning:

all data (including personal data and personally identifiable information) owned or controlled (meaning any data [the Debtors] have the ability to transfer in compliance with applicable Law) by or on behalf of [the Debtors] related to [the Debtors'] customers, consumers or end users, including (i) customer, consumer and end user files and lists and contact information, (ii) purchasing, transaction and installation histories (namely, the product purchased, date of purchase, location of purchase, date of installation and whether a warranty was purchased), (iii) customer, consumer and end-user complaints and returns, (iv) customer, consumer or end user opt-outs, unsubscribe or opt-ins requests in relation to the use or processing of their information, (v) all analytics relating to any of the foregoing and other customer-based analyses or reports and, (vi) all loyalty program data and participation information (including all information and data with respect to Shop Your Way).

Asset Purchase Agreement at Section 1.1.

10.     A hearing to consider the Global Asset Sale is scheduled before the Bankruptcy Court on February 4, 2019.

### REVIEW OF THE DEBTORS' PRIVACY POLICIES AND PRACTICES

11.     In performing her duties, the Ombudsman has relied upon and reviewed, among other things, the following:

a.     The Debtors' privacy policies in effect on the Commencement Date and all prior privacy policies;

b.     Telephone interviews, discussions, and emails with (1) counsel to the Debtors, Weil Gotshal & Manges LLP (Randi Singer, Lauren Springer and Meggin Bednarczyk); (2) internal representatives of the Debtors including Jeremy Holbrook (Deputy General Counsel), Gregory Russell (Chief Information Officer), Justin Kurt (Divisional Vice President – Mobile Marketing and Targeted Interactions), Michelle Johnson (Senior Director – I&TG, Financial Services and Point of Sale), Carol Ricchio (Vice President – Retail Solutions), Eui Chung (Vice President – Social Commerce), Vatsala Dubey (Director – Information Security and Compliance), Espen Zachrisen (Vice President – Online and Telluride), Ajay Sharma (Senior Director, Technology – Home Services), Ramesh Nallabelli (Senior Director, Technology – Home Services), and Jonathan Ramesbottom (Senior Manager, I&TG); (3) special health law counsel to the Debtors, Quarles & Brady LLP (Edward D. Rickert); and (4) counsel to the Proposed Buyers, Cleary Gottlieb Steen & Hamilton LLP (Daniel

4

Ilan, Michelle Elsner and Jane Rosen);

c.    The Global Sale Motion, the Global Bidding Procedures Order, and the Global Bidding Procedures Process Letter;

d.    The Debtors' privacy practices and collection procedures concerning Personally Identifiable Information, including the Debtors' database maintenance procedures for Personally Identifiable Information, and their procedures for the sharing and use of such information;

e.    Research and review of case law, commentaries, and court orders from bankruptcy cases involving the sale of Personally Identifiable Information and Protected Health Information;

f.    Public filings by the Debtors;

g.    Applicable United States federal and state privacy laws, regulations, enforcement actions, guidance and industry best practices; and

h.    The Asset Purchase Agreement.

### CONSUMER INFORMATION COLLECTED AND THE DEBTORS' PRIVACY POLICY

12.    The facts in this Report are based solely upon the Ombudsman's information and belief, based upon her discussions with representatives of the Debtors, information provided by the Debtors, and historical information provided by the Debtors in public filings with the SEC and elsewhere.

13.    The Debtors operate multiple business segments where Personally Identifiable Information is collected including, brick and mortar stores under the Sears and Kmart banners, websites under the sears.com, kmart.com, shopyourway.com and mypartsdirect.com domains, automotive repair and maintenance at Sears Auto Centers ("Sears Auto"), appliance and home service solutions through Sears Home Services ("Sears Home Services"), cutting edge sensor technology offered by Wally Labs LLC ("Wally"), warehousing, transportation, installation, and home delivery services by Innovel Solutions Inc. ("Innovel"), and full-service pharmacies operated under the Kmart banner.

14.    The centerpiece of the Debtors' consumer data collection is the Shop Your Way loyalty program ("Shop Your Way") which was created in November 2009.  The Shop Your Way program provides a free, comprehensive, membership-based program that allows consumers to shop, compare, purchase items, and earn rewards points that can be used towards future purchases at the Debtors or other participating vendors.  Purchases at all of the Debtors' brands feed into the Shop Your Way program but participation in the program is voluntary.  In addition, members of the loyalty program enjoy the benefit of aggregating their purchasing history in one place with in-store and on-line transactions stored within a consumer's profile for access through either the Shop Your Way app or at shopyourway.com.  Similarly, consumers can manage their email and marketing preferences from within the Shop Your Way platform.

15.    The Shop Your Way program has grown and evolved over the years with advances in technology.  When the program first began, customers signed up in store at the point of sale and were identified by a loyalty card with a bar code.  Now, there are multiple entrance points to the program and a member need never set foot in a store and a cell phone number replaces the bar code.  Throughout the evaluation of the loyalty program one thing has remained constant:  members have always been required to affirmatively acknowledge and accept the Privacy Policy and terms of use through a pin pad acknowledgment at the cash register, by accepting text messaging charges and text marketing on a cellphone, or through an email confirmation process.  This two-step process of enrollment ensures that all Shop Your Way members with active profiles, i.e., those that took the required second affirmative step after obtaining a loyalty number, consented, or opted-in, to the Shop Your Way privacy policy.  Since the inception of the loyalty program, over 145 million loyalty numbers have been assigned to

customers but only 86 million loyalty profiles contain Personally Identifiable Information

because of this extra level of protection instituted by the Debtors.[4]

16.    The Debtors have instituted a consistent privacy policy (the "Privacy Policy")

applicable across all business lines.  Since September 8, 2008, each iteration of the privacy

policy has contained a nearly identical statement that:

> Sears Holdings may sell, transfer and/or share PII with
> third parties in connection with a merger, reorganization,
> joint venture, assignment, spin-off, transfer or sale or
> disposition of all or any portion of our business, and in the
> event of a store closing or bankruptcy.

See Privacy Policy attached hereto as Exhibit A.  The Debtors' predecessor privacy policy,

effective October 26, 2011 through July 5, 2015, permitted the transfer or sale of Personally

Identifiable Information but contained a requirement that the Debtors notify consumers of any

such transaction, but this requirement was not carried forward to the current Privacy Policy that

was adopted on July 6, 2015.  The pre-2008 privacy policy did not contain this explicit language.

However, as discussed more specifically with respect to Personally Identifiable Information that

is relevant to different business lines, there is a legitimate business need, adequately articulated

by the Debtors, for certain Personally Identifiable Information associated with specific segments

of the Debtors' business to be transferred to the Proposed Purchaser even though it was collected

pursuant to one of the earlier privacy policies.

## ANALYSIS

17.    Section 363(b)(1) of the Bankruptcy Code governs a debtor's ability to "use, sell,

or lease" Personally Identifiable Information.  Generally, a debtor may not sell or lease Personally

---

[4]  Consumers can also create accounts at sears.com and kmart.com.  These accounts are subject to the Privacy
    Policy.

Identifiable Information if, at the time of the commencement of a bankruptcy case, the debtor's

privacy policy prohibits the transfer of Personally Identifiable Information to unaffiliated

entities.[5]  Notwithstanding this general prohibition, a sale is permitted, pursuant to section

363(b)(1)(B) of the Bankruptcy Code, if:

> after the appointment of a consumer privacy ombudsman,
> the court approves the sale (i) giving consideration to the
> facts, circumstances, and conditions of the sale and (ii)
> finding that no showing was made that the sale would
> violate applicable nonbankruptcy law.[6]

18.     Here, the Privacy Policy does not contain a restriction on the Debtors' ability to

sell or transfer Personally Identifiable Information to a third party with respect to Personally

Identifiable Information collected on or after September 8, 2008.  However, the Ombudsman

recommends, and the Debtors and the Proposed Purchaser have agreed to limit or expand, as

discussed herein, the transfer of Personally Identifiable Information.

19.     The Ombudsman's recommendations are based upon discussions with the

Debtors' personnel at the business unit level about the sources and uses of information, what

information is necessary to continue to seamlessly service consumers and meet expectations, and

how limiting the scope of Personally Identifiable Information to the Proposed Buyer would

impact operations post-closing.  Certain of the Debtors' business units provide specialty goods

and services to consumers and the Personally Identifiable Information that is required to

appropriately operate is specific to that business.  Except where otherwise indicated, the

recommendations that follow are organized by business unit and apply only to that business unit:

---

[5]  See 11 U.S.C. § 363(b)(1).

[6]  See 11 U.S.C. § 363(b)(1)(B).

### *Shop Your Way*

20.     The Shop Your Way loyalty program is the primary focus of the Debtors' targeted marketing campaigns because these consumers represent the Debtors' most loyal customers.  All loyalty program members enrolled in Shop Your Way when the Privacy Policy was in effect therefore affirmatively consented to the transfer of Personally Identifiable Information in the event of a business transaction.

21.     After discussions with the Debtors, the Ombudsman recommends that all Shop Your Way accounts be transferred to the Proposed Buyer provided that (a)(i) all incomplete[7] Shop Your Way accounts be purged to the extent the consumer does not complete his/her profile within one (1) year from the date of closing of the Global Asset Sale; (ii) all foreign addresses[8] associated with a Shop Your Way account where the address is located within the European Union be anonymized; (iii) all foreign addresses that are not associated with a Shop Your Way account be purged; (iv) all consumers who previously requested that their accounts be de-activated be purged; and (v) all video, video game and DVD titles (discussed below) be de-identified, and (b) consumers receive notification, either via email or through the Shop Your Way app or desktop site that (i) the Global Asset Sale occurred; (ii) Personally Identifiable Information has been transferred to the Proposed Buyer as part of the Global Asset Sale; and (iii)

---

[7]  The Ombudsman intends incomplete Shop Your Way accounts to mean accounts that have a loyalty number assigned but the consumer did not complete the registration process by affirmatively verifying their membership account.

[8]  Shop Your Way members resident in Mexico and Canada will, on occasion, shop in the United States and these consumers have agreed to the Debtors' Privacy Policy.  Non-US online shoppers have their orders fulfilled by a third-party and Personally Identifiable Information is not retained by the Debtors unless these consumers are members of the Shop Your Way program.  Finally, the Debtors are compliant with the General Data Protection Regulation (EU) 2016/679 and do not have any transactional data for EU residents.  However, to the extent these EU consumers are also members of the Shop Your Way program, the Debtors do have Personally Identifiable Information and this information will be anonymized.

the Proposed Buyer will adhere to the Privacy Policy or a privacy policy that is at least as protective of consumer privacy.[9]

### *Sears Automotive*

22.    Sears Automotive, a business segment of the Debtors, offers complete automotive services including tires, batteries, diagnostic and engine services, brakes, and more to both Shop Your Way members and guests.  Personally Identifiable Information is collected and maintained by Sears Automotive in a separate database in order to record historical repairs and parts.  The Personally Identifiable Information collected by Sears Automotive is governed by the Privacy Policy.  Sears Automotive engages in targeted marketing campaigns to its customers with the customer's affirmative opt-in consent with such consent from non-Shop Your Way members[10] being revisited during each visit to an auto center.

23.    Sears Automotive has articulated to the Ombudsman a strong basis establishing its legitimate business need for Personally Identifiable Information that may have been collected under the Debtors' predecessor privacy policies related to delivering effective service, maintenance, and repair work to its customers.  These reasons include the ability to service parts installed by Sears Automotive that have a warranty, the increasing average lifespan of automobiles, and recall and regulatory issues.

24.    After discussions with the Debtors, the Ombudsman recommends that all Sears Automotive customer records be transferred to the Proposed Buyer provided that (a) all consumer records related to the period prior to January 1, 2004 be purged; and (b) consumers

---

[9]  These same recommendations apply to consumers with kmart.com and sears.com accounts.

[10] Shop Your Way members are not queried each visit as they are able to control their marketing preferences from within the Shop Your Way platform.

receive notification, via email, to the extent email addresses are available, that (i) the Global

Asset Sale occurred; (ii) Personally Identifiable Information has been transferred to the Proposed

Buyer as part of the Global Asset Sale; and (iii) the Proposed Buyer will adhere to the Privacy

Policy or a privacy policy that is at least as protective of consumer privacy.

### *Sears Home Services*

25.    Sears Home Services, a division of the Debtors, provides consumers with on

demand appliance repair and appliance and home warranties.  Like Sears Automotive, Sears

Home Services maintains its own database to track warranties, warranty renewals, repairs,

service contracts, and service orders and Sears Home Services has legacy records dating back

decades.

26.    Sears Home Services has articulated to the Ombudsman strong business needs for

Personally Identifiable Information that may have been collected under the Debtors' predecessor

privacy policies related to delivering effective service, maintenance, and repair work to its

customers.  These reasons include the ability to service appliances purchased from the Debtors,

the general lifespan of appliances, and recall and regulatory issues.

27.    After discussions with the Debtors, the Ombudsman recommends that all Sears

Home Services customer records be transferred to the Proposed Buyer except for consumer

records related to products purchased on or before January 1, 2006 provided; however, that the

Debtors may transfer to the Proposed Buyer Personally Identifiable Information and related

customer files for products purchased earlier than December 31, 2006 if such product is (i)

currently under warranty or a service contract; (ii) eligible to renew a service contract; (iii)

subject to a lifetime warranty; or (iv) the consumer has an active subscription for parts.  In

addition, the Ombudsman recommends that consumers receive notification, via email, to the

extent email addresses are available, that (i) the Global Asset Sale occurred; (ii) Personally Identifiable Information has been transferred to the Proposed Buyer as part of the Global Asset Sale; and (iii) the Proposed Buyer will adhere to the Privacy Policy or a privacy policy that is at least as protective of consumer privacy.

### *Innovel*

28.    Innovel was launched by the Debtors in 2016 to provide warehousing and final-mile delivery to third parties as well as customers of the Debtors.

29.    The Debtors maintain a separate database containing delivery information that includes a customer's name and associated contact information to facilitate a delivery. The Ombudsman has been advised that Innovel intends to maintain this information for a maximum of seven (7) years for historical purposes in the event of litigation relating to the delivery. In addition, only customer information obtained by Innovel from the Debtors' customers is Personally Identifiable Information; delivery information related to products purchased from third parties but delivered by Innovel is subject to an agreement between the Debtors and that third-party and is excluded from the definition of Personally Identifiable Information contained in section 101(41A) (Personally Identifiable Information is information provided by an individual to the debtor in connection with obtaining a product or service from the debtor).

30.    The Ombudsman recognizes that there are legitimate reasons to retain the limited Personally Identifiable Information associated with the Innovel business and recommends that the Debtors be permitted to transfer all customer records without limitation. The Ombudsman does not believe that notice to consumers is necessary as the business transaction between Innovel and the consumer is complete, and the retention of records is for a limited purpose.

12

### *Wally*

31.     As part of the Global Asset Sale, the Proposed Buyer will acquire the assets of Wally, a debtor subsidiary since 2015.  Wally is a sensor and service platform company operating under the brand Wally that uses wireless technology to gauge moisture and temperature in homes and businesses.  Owners are alerted to leaks and other potentially hazardous conditions through either the Wally app or the wallyhome.com website.  Other smart home products, such as the Amazon Alexa, can be connected to Wally to enhance a consumer's digital experience.

32.     The collection of Personally Identifiable Information from Wally consumers is governed by a separate privacy policy (the "Wally Privacy Policy").  For purposes of this Report and the recommendations contained herein, the Wally Privacy Policy, last updated on August 28, 2017, permits the sale, transfer and/or sharing of Personally Identifiable Information with third parties in connection with a merger, reorganization, joint venture, assignment, spin-off, transfer or sale or disposition of all or any portion of the business, and in the event of a store closing or bankruptcy.  See Wally Privacy Policy annexed hereto as Exhibit B.

33.     Accordingly, the proposed sale of the Personally Identifiable Information collected by Wally is consistent with the Wally Privacy Policy.  The Ombudsman does not believe that there should be any limitation on the scope of the Personally Identifiable Information collected by Wally given that consumers affirmatively consented to the Wally Privacy Policy when accessing the Wally app or creating an account at wallyhome.com.  However, based upon her review of the relevant facts and circumstances, the Ombudsman recommends that Wally consumers receive notification, either via email or through the Wally app or desktop site that (a) the Global Asset Sale occurred; (b) Personally Identifiable Information has been transferred to

the Proposed Buyer as part of the Global Asset Sale; and (c) the Proposed Buyer will adhere to

the Wally Privacy Policy or a privacy policy that is at least as protective of consumer privacy.

### *Videos/Video Games/DVDs (Applicable to all Customer Records)*

34.    The Video Privacy Protection Act of 1988 (the "VPPA") restricts the disclosure

of consumer's "personally identifiable information"[11] by a company "engaged in the business . . .

of rental, sale, or delivery of prerecorded video cassette tapes or similar audio visual

materials."[12]   Under both the Kmart and Sears banners, the Debtors sold video games, CDs, and

DVDs (collectively, "Videos Titles")and the plain language of the statute covers the sale of

media such as DVDs, which are "similar audio visual materials."[13]   The Customer Database

contains records of the titles and other details about specific "video" purchases by consumers.

This information is "personally identifiable information" within the meaning of the VPPA.   The

legislative history of the VPPA clarifies that a business "that sells video tapes would be required

to extend privacy protection to only those transactions involving the purchase of video tapes and

---

[11] 18 U.S.C. § 2710; see also In re Hulu Privacy Litigation, No. 11-cv-03764-LV (N.D. Cal. Mar. 31, 2015) (Three key elements that must be met to constitute "personally identifiable information" under the VIPPA: (i) the identity of the individual; (ii) the identity of the video material; and (iii) a connection between the individual and the video material).

[12] 18 U.S.C. § 2710(b)(1).

[13] 18 U.S.C. § 2710(a)(4); see also S. Rep. No. 100-599, at 12 (1988), reprinted in 1988 U.S.C.C.A.N. 4342-1, 4342-10 ("similar audio visual materials" include "laser disks, open reel movies, [and] CDI technology").

not other products."[14] [15] Courts have limited the scope of the VPPA's restriction to the disclosure of records showing that an individual requested or obtained specific video materials.[16]

35.     A covered entity may not disclose "personally identifiable information" unless one of the VPPA's exceptions permits such disclosure.[17] Under the VPPA disclosure is permitted "if the disclosure is incident to the ordinary course of business".[18] "Ordinary course of business" is defined to mean, among other things, the "transfer of ownership".[19] There is limited case law interpreting this exception where the personally identifiable information related to video materials is obtained incidental to the primary business of the provider such as the Debtors.[20]

36.     The Debtors have identified certain fields in their database that would identify titles of Videos that were purchased by consumers. To comply strictly with the VPPA and without any temporal limitation, the Debtors, with the consent of the Proposed Purchaser, have begun the process of de-identifying Video titles from a consumer's transaction history and loyalty program prior to transmittal to the Proposed Buyer and replace specific titles and item numbers with a generic reference to "DVD purchase" or something similar.

---

[14] S. Rep. No. 100-599, at 12 (1988), reprinted in 1988 U.S.C.C.A.N. 4342-1, 4342-10 (the definition of personally identifiable information "includes the term 'video' to make clear that simply because a business is engaged in the sale or rental of video materials or services does not mean that all of its products or services are within the scope of the bill").

[15] While there is consensus that the VPPA applies to video game titles, no cases have, as of the date of this Report, been asked to decide this issue. See Electronic Privacy Information Center, https://epic.org/privacy/vppa/

[16] See, e.g., Costanzo v. City of Omaha, No. 8:04 CV 99, 2004 WL 2359722, at *2 (D. Neb. Oct. 19, 2004) (VPPA "protects people from having records of videotape rentals and purchases disclosed").

[17] 18 U.S.C. § 2710(b)(2).

[18] Id. § 2710(b)(2)(E).

[19] Id. § 2710(a)(2).

[20] See Rodriguez v. Sony Computer Entertainment America LLC, No. C 11-4084 PJH (N.D. Cal. Sept. 25, 2012) (civil litigant does not have a cause of action under the VPPA for retention of PII and disclosures made as a result of the transfer of ownership do not violate the provisions of the Act).

### *Other Sources and Uses of Personally Identifiable Information*

37.    The Ombudsman has undertaken an extensive factual investigation of the many

ways that the Debtors collect and use Personally Identifiable Information.  To the extent a

specific business segment is not mentioned in this Report it is because the use of Personally

Identifiable Information was contemplated by the Privacy Policy, governed by a contractual

agreement with a third-party, or otherwise not at issue.

### *SHIP*

38.    To the extent the Sears Home Improvement Business ("SHIP") is included among

the assets subject to the Global Asset Sale, the Ombudsman adopts in full her report dated

December 17, 2018 [Dkt. No. 1273].

### PCI DSS COMPLIANT VAULT

39.    The Debtors process credit and debit card payments for their customers in

compliance with the Payment Card Industry Data Security Standard ("PCI DSS") a worldwide

information security standard defined by the Payment Card Industry Security Standards Council.

This standard applies to all organizations that hold, process, or exchange cardholder information

from any card branded with the logo of one of the card brands which include American Express,

Discover Financial Services, JCB International, MasterCard, and Visa Inc.

40.    Rather than storing customer payment details locally at the point of sale, which is

a violation of the PCI DSS, the Debtors utilize a PCI DSS compliant vault (the "PCI Vault")

which converts sensitive payment information to a token[21].  Payments are processed through

encrypted payment gateway channels without exposing actual account details that could

---

[21] Tokenization is the process of replacing sensitive data with surrogate values.  For example, a consumer's 16-digit account number is replaced by unique digital identifier called a "token".

potentially be compromised in a security breach.  Each time a consumer makes a purchase with a

new debit or credit card, this payment method is added to PCI Vault.  Similarly, any customer

return is processed using the corresponding token that was issued to make the purchase.  Shop

Your Way members and other online customers with user profiles, to facilitate their seamless

and secure digital payment experience, have the option of saving preferred payment methods to

their accounts.  For all of these reasons, there is adequate support for recommending that some

portion of the PCI Vault be transferred to the Proposed Buyer.

41.     The Ombudsman, the Debtors and the Proposed Buyer, however, are cognizant of

the data security risks associated with providing too many specifics about the PCI Vault and the

volume of credit card records stored.  Accordingly, the Ombudsman, the Debtors and the

Proposed Buyer are in discussions regarding the appropriate scope of credit card records that

should be transferred to the Proposed Buyer that meets consumer expectations and allows the

Proposed Buyer to operate without any business interruption.  The specific details regarding the

PCI Vault will be shared with the Bankruptcy Court, *in camera*, to the extent the Court has any

questions, comments or concerns.  Because the collection and retention of credit card

information in a safe and secure manner is part of the Debtors' ordinary course of business and is

handled on the back end, the Ombudsman does not recommend that any notice be given to

consumers that this transfer has, or will, occur.

### PHARMACY RECORDS

42.     Under the Kmart banner, the Debtors currently operate 90 licensed in-store

pharmacies offering full-service pharmacy services such as pharmacy counseling,

immunizations, and medicines for pets.  Mobile pharmacy services are also available to permit

17

customers to refill their prescriptions through on-line portals, including a smart phone mobile app, for in-store pickup or home delivery.

43.    The Ombudsman understands that as part of the Sale, the Debtors intend to transfer to the Proposed Buyer the Debtors' hard copy and electronic prescription files and records, pharmacy customer lists and patient profiles (the "Pharmacy Records").  These Pharmacy Records are deemed protected health information ("Protected Health Information"), a subset of individually identifiable health information, each as defined under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") (Pub. L. 104-191) and are entitled to heightened privacy protections.

44.    The privacy of a consumer's individually identifiable health information is regulated by HIPAA, the Health Information Technology for Economic and Clinical Health Act ("HITECH Act"), 45 C.F.R. § 164.504, and various regulations promulgated under those laws, including the Modifications to the HIPAA Privacy, Security, Enforcement, and Breach Notification Rules under the Health Information Technology for Economic and Clinical Health Act and the Genetic Information Nondiscrimination Act; Other Modifications to the HIPAA Rules (the "Omnibus Rule"), 78 Fed. Reg. 5566 (Jan. 25, 2013).  The term Protected Health Information is defined in the Privacy Rule issued under HIPAA to mean any health information that identifies, or reasonably could be used to identify, an individual, and that relates to physical or mental health or condition of the individual, the provision of health care to the individual, or the payment for the provision of health care to the individual, in each case if maintained or transmitted by a healthcare provider or other "Covered Entity," other than certain limited exceptions.  45 C.F.R. § 160.103.

45.    Pharmacies are considered Covered Entities and are required to comply with HIPAA regarding the acceptable uses and disclosures of Protected Health Information and the secure storage and transmission of Protected Health Information.  All Protected Health Information maintained by the Debtors is subject to the applicable privacy policy of the Debtors under which it was collected and HIPAA.

46.    The Debtors have advised the Ombudsman that all Protected Health Information is stored in a HIPAA-compliant separate database and the Debtors have systems in place to prevent inadvertent disclosure or access by unauthorized employees.  For example, pharmacy customers often participate in the Shop Your Way loyalty program and earn points for pharmacy purchases, but all prescription information is de-identified on cash register receipts with a generic reference to "prescription" and purchasing history is added to an individual's Shop Your Way account in the same manner.  These protections are designed to appropriately protect Protected Health Information while allowing a consumer to have a complete, multi-purpose shopping experience.

47.    Under § 164.508 of the Privacy Rule of HIPAA, a "Covered Entity" may not use or disclose Protected Health Information for purposes not otherwise permitted under that rule, unless the "Covered Entity" has obtained a valid authorization from the subject of the Protected Health Information.  Similarly, under § 13405(d)(1) of the HITECH Act, a "Covered Entity" may not receive direct or indirect remuneration in exchange for the disclosure of Protected Health Information unless the "Covered Entity" has obtained a valid authorization consistent with § 164.508.  The Omnibus Rule added § 164.502(a)(5)(ii) to the Privacy Rule, which permits the disclosure of Protected Health Information without obtaining authorization from the subject of the Protected Health Information in certain limited circumstances, including when a "Covered

Entity" seeks to transfer Protected Health Information pursuant to a sale, transfer, merger or consolidation of all or part of such "Covered Entity" with another "Covered Entity" or an entity that following such activity will become a "Covered Entity".  See 45 C.F.R. § 164.502(a)(5)(ii).

48.     Once[22] the Proposed Buyer is authorized under state pharmacy law to engage in the practice of pharmacy and thereby becomes a "Covered Entity,"[23] the proposed sale of the Pharmacy Records to such "Covered Entity" is permitted by law and consistent with the Debtors' privacy practices and should be approved without limitation.  The Ombudsman does not believe that any notice to consumers about the proposed sale is necessary since the Proposed Buyer intends to operate the pharmacies under the same banner and at the same location such that the transition, from a consumer's perspective, should be seamless.

**IMPLEMENTATION**

49.     The implementation of the recommendations contained in this Report will not be complete as of the date of the closing of the Global Asset Sale due to the volume of Personally Identifiable Information implicated and the multiple databases impacted.  The Ombudsman proposes, and the Proposed Buyer has agreed, to work with the Ombudsman to implement these procedures over the next six (6) months, subject to extension, and file a certificate of completion with the Bankruptcy Court.

50.     The Ombudsman anticipates that during the implementation process the Proposed Buyer will identify other areas where there is a legitimate business need to transfer previously excluded Personally Identifiable Information.  The Ombudsman expects that the scope will be

---

[22] The Ombudsman understands that this process is underway.

[23] Due to state and federal licensing requirements, the Debtors and the Proposed Buyer will enter into a transition services agreement/management agreement to, among other things, maintain compliance with HIPAA pending satisfaction of all licensing requirements.

narrow and that the failure to explicitly include a particular category of information was inadvertent given the magnitude of customer data that has been collected, the need to coordinate among many business lines in a short period of time, and other operational realities.  However, the Ombudsman respectfully requests that the Bankruptcy Court afford the parties an opportunity to address these issues in a consensual basis as they arise without the need for a further order of the court.

<u>**CONCLUSION**</u>

In summary, the Ombudsman believes that the recommendations in this Report strike an appropriate balance between the privacy rights of consumers after taking into consideration the Debtors' privacy policies in effect on the Commencement Date and practical considerations associated with the Global Asset Sale.

Dated: New York, New York
      February 4, 2019

                    RESPECTFULLY SUBMITTED,

                    ELISE S. FREJKA, CIPP/US
                    Frejka PLLC
                    420 Lexington Avenue – Suite 310
                    New York, New York 10170
                    Telephone:  (212) 641-0800
                    Facsimile:  (212) 641-0820

                    *Consumer Privacy Ombudsman*

**EXHIBIT A**

Sears

## Policies

Terms of Use (/en_us/customer-service/policies/terms-of-use.html)

License Information (/en_us/customer-service/policies/license-information.html)

Price Match Policy (/en_us/customer-service/policies/price-match-policy.html)

Sears Return Policy (/en_us/customer-service/policies/sears-store-returnpolicy.html)

California Transparency Act (/en_us/customer-service/policies/california-transparencyact.html)

California Privacy Policy (/en_us/customer-service/policies/california-privacypolicy.html)

Pricing Policy (/en_us/customer-service/policies/pricing-policy.html)

Privacy Policy

Payment Methods (/en_us/customer-service/policies/payment-methods.html)

Interest-Based Ads (/en_us/customer-service/policies/interest-based-ads.html)

Secure Transactions (/en_us/customer-service/policies/secure-transactions.html)

Nutritional Policy (/en_us/customer-service/policies/nutritional-policy.html)

Recycling (/en_us/customer-service/policies/recycling.html)

Sears Holdings Associate (/en_us/customer-service/policies/sears-holdings-associates.html)

Auctions (/en_us/customer-service/policies/Auctions.html)

Price Match Form (/en_us/customer-service/policies/price-match-form.html)

Price Protection Form (/en_us/customer-service/policies/price-protectionform.html)

## More Information

Store Info (https://www.sears.com/stores.html?adcell=customer-service-contact-local-store)

Shipping (https://www.sears.com/en_us/customer-service/shipping-delivery-returns/shipping-methods.html)

Product Info (https://www.sears.com/en_us/dap/sears-protection-agreements.html)

# Privacy Policy

**Last Updated July 6, 2015:**

This website or mobile application ("Site") is owned and operated by a Sears Holdings Corporation entity or licensee (which does not include Sears Hometown and Outlet Stores, Inc.). At Sears Holdings, we want to ensure that you understand what information we gather about you, how we use it, and the safeguards we have in place designed to protect it. This Privacy Policy applies to information collected through this Site.

**Please note that on April 7, 2014 Sears Holdings completed a spinoff of our subsidiary Lands' End, which maintains its own privacy policy. You may view Lands' End's privacy policy by clicking here:** http://www.landsend.com/customerservice/legal_policies/privacy/ (http://www.landsend.com/customerservice/legal_policies/privacy/).

Sears Holdings may update this Privacy Policy from time to time. Please check this Privacy Policy periodically for changes. If we make any changes, the updated policy will be posted to this Site with a revised "last updated" date. We encourage you to periodically review this page for the latest information on our privacy practices.

Your use of this Site, and any disputes arising from it, are subject to this Privacy Policy as well as our Terms of Use and all of its dispute resolution provisions, including arbitration, class action waiver, limitation on damages and choice of law.

**Get answers and information about:**

What Type of Information Do We Collect and How Do We Use It?

What Information Do We Share and with Whom?

Can I Disable Cookies?

How Do We Handle Personally Identifiable Information Collected from Children?

I Am a Minor, How Can I Remove My Posted Content?

What About Links to Other Sites?

Interest-Based Ads - Online Advertisements

Is My Information Secure?

How Can I Access My Information?

Can I "Opt-Out" of Receiving Promotional E-mails?

Where Is My Information Stored?

How May I Contact You?

---

## What Type of Information Do We Collect and How Do We Use It?

We may collect personally identifiable information ("PII" - for example, your full name, email address, mailing address, telephone number, mobile phone number or credit card number) from you when you voluntarily submit the information to us, such as when you purchase items from us, sign up for one of our services or programs or register with our Site. We may also collect PII from you--either directly or via a third party--in other ways, including, without limitation, if you choose to subscribe to our email program; participate in sweepstakes, contests, surveys, and polls; participate in our Personal Shopper program; post content or suggestions on this Site; or use any of this Site's other features that otherwise permit you to provide information or other content.

We also may collect other information about you, including, without limitation, demographic information (such as number of household members, age, and gender) and information about your purchase preferences directly from you (whether online or offline) or from third parties such as public databases, social media platforms, data append services and others. In addition, we may collect information (such as your interests, hobbies, lifestyle choices, groups with which you are affiliated, products you want, like or own) from you as you use this Site and when you choose to provide this information to us through any interaction with this Site or otherwise.

We may use the information we collect from and about you to: process and fulfill your order, notify you of your order status, prevent fraud and otherwise provide you with customer service; respond to your inquiries and requests; create an account and register you as a registered Site user ("Registered User") and/or Shop Your Way member ("Member"); for marketing purposes and to send you information regarding this Site and other Sears Holdings Sites, as well as about our products, programs or services; provide you with mobile alerts, if you have requested them; customize your experience on this Site and on other Sears Holdings Sites; provide you with relevant offers, products and services; permit you to use this Site's social networking features; or provide you with other services. Please note that message and data fees may apply if you register for mobile alerts. We may also use the PII we collect from and about you for our business purposes, such as data analysis, audits, developing new products and services, enhancing our Sites, improving our services, personalizing your experiences, identifying usage trends and determining the effectiveness of our promotional campaigns.

We use single sign-on services that allow you to sign into this Site using your third-party social networking login credentials for accounts such as Facebook, Google or Yahoo. This allows you to link your existing social network profile to your Site account. Once connected, you will be able to post content on the third-party website from this Site and interact with your friends from the third-party site(s). Any information or content that you post to the third-party website will be subject to that website's own privacy policy. We may also access and use available information from your third-party social network profile, such as your name, location, profile picture and information, gender, list of friends, friends' profiles or postings, email address, wall postings and news feed.

We may use your PII to allow you to send messages to a friend through this Site. By using this functionality, you are telling us that you are entitled to use and provide us with your friend's name and email address.

Some Site features may make use of your device attributes and settings that will allow our Site to determine your physical location. Such technologies may include IP address mapping, WiFi, GPS signals, cell tower positioning or other technologies. We use this information to enhance and personalize your experience and provide you with offers, products and services that may be of interest to you. For example, this Site may help you find your closest store or send you messages that may be of interest to you based on your current location. Sears Holdings has no control over your device settings, but we do recommend enabling location services on your device so you can take advantage of the location based features and functionality offered by this Site.

Non-PII may be collected from you by means of cookies, pixel tags (also called web beacons or clear gifs), local shared objects and other technologies. Cookies are small bits of information that this Site places on your computer. We and our third party service providers use these technologies to identify your IP address, browser type, device characteristics, domain name, referring urls and specific links and web pages through which you click. This data is collected automatically and utilized for data analytics, site operations, fraud prevention and to help us improve this Site and your overall experience. This technology also allows us to recognize you when you return to this Site and to provide you with a customized experience that we feel will be of value to you. We may use and disclose non-PII in any manner for any purpose, except where prohibited under applicable law.

## What Information Do We Share and With Whom?

We may share your PII with members of the Sears Holdings family of businesses to provide you with products or services that you have requested, to provide you with promotional offers we believe will be of interest to you and for any other purpose described in this Privacy Policy. The Sears Holdings family of businesses includes all Sears Holdings affiliates, as well as other selected third party businesses with which Sears Holdings or its affiliates have a relationship and which have agreed to appropriate restrictions on the disclosure and use of your information. We do not rent or sell your PII to marketers outside the Sears Holdings family of businesses, unless indicated in this Privacy Policy or you otherwise authorize us to do so.

Sears Holdings may make third party applications available to you on our Sites and you may choose to authorize us to share your information with the application and its publisher. We require third parties who publish applications on our Sites to give you notice of their own privacy policy, which you should review prior to authorizing the application to access your information.

We may disclose your PII to identify you to anyone to whom you send messages through this Site. You may disclose your own PII on message boards, chat, profile pages, blogs and other social networking features and services to which you are able to post information and materials. Please note that any information you post or disclose through these services may be available to Site visitors and to the general public, depending on the particular service and any privacy settings in place (such as through your profile).

We may disclose your PII to identify you to anyone to whom you send messages through this Site. You may disclose your own PII on message boards, chat, profile pages, blogs and other social networking features and services to which you are able to post information and materials. Please note that any information you post or disclose through these services may be available to Site visitors and to the general public, depending on the particular service and any privacy settings in place (such as through your profile).

We may share your PII with service providers and other third parties that need access to your information to provide operational or other support services, such as payment processors, shipping agents, and product fulfillment vendors. These third parties must agree to appropriate restrictions on the disclosure and use of your information. Unless otherwise disclosed to you, these third parties are prohibited from using your PII for their own marketing purposes.

We may provide information about you, which may include PII, to regulatory authorities and law enforcement officials in accordance with applicable law, when we otherwise believe in good faith that the law requires it or to respond to requests from government authorities. There may be instances when we may use or disclose your PII in order to protect or defend the legal rights, property or operations of Sears Holdings or our employees or agents; to protect the rights, privacy, safety or security of users, members or others; to protect against fraud; and to allow us to pursue available remedies or limit the damages that we may sustain.

Sears Holdings may sell, transfer and/or share PII with third parties in connection with a merger, reorganization, joint venture, assignment, spin-off, transfer or sale or disposition of all or any portion of our business, and in the event of a store closing or bankruptcy.

## Can I Disable Cookies?

Most web browsers allow you to exercise control over cookie files on your computer by erasing them, blocking them, or notifying you when such a file is stored. Please take a look at your particular browser for instructions on this function.

We may also use Flash Cookies, LSOs and other technologies to, among other things, collect and store information about your use of the Services, fraud prevention and other site operations. If you do not want Flash LSOs stored on your computer, you can adjust the settings of your Flash player to block Flash LSO storage using the tools contained in the Website Storage Settings Panel (http://www.macromedia.com/support/documentation/en/flashplayer/help/settings_manager07.html). You can also control Flash LSOs by going to the Global Storage Settings Panel (http://www.macromedia.com/support/documentation/en/flashplayer/help/settings_manager03.html) and following the instructions (which may include instructions that explain, for example, how to delete existing Flash LSOs (referred to "information" on the Macromedia site), how to prevent Flash LSOs from being placed on your computer without your being asked, and (for Flash Player 8 and later) how to block Flash LSOs that are not being delivered by the operator of the page you are on at the time). Please note that setting the Flash Player to restrict or limit acceptance of Flash LSOs may reduce or impede the functionality of some Flash applications, including, potentially, Flash applications used in connection with the Services or our online content.

If you do elect to disable cookies, please note that you may not be able to take full advantage of a personalized experience on this Site and on other Sears Holdings Sites.

## How Do We Handle Personally Identifiable Information Collected from Children?

This Site is a general audience site and we do not knowingly collect personal information from children under 13 years of age. In the event a Sears Holdings Site or portion thereof is directed to children under 13, the Site will contain a Children's Online Privacy Policy that complies with the Children's Online Privacy Protection Act.

If you are under 18 and a Registered User or Member, you may ask us to remove content or information that you have posted to the Site. To remove posted content or information on shopyourway.com, please write to support@shopyourway.com (mailto:support@shopyourway.com). To remove posted content or information from any other Site, please write to CAPrivacyRights@Customerservice.sears.com (mailto:CAPrivacyRights@Customerservice.sears.com). Please note that your request does not ensure complete or comprehensive removal of the content or information, as, for example, some of your content may have been reposted by another user.

## What About Links to Other Sites?

This Site may contain links to other websites or applications that are not owned and operated by Sears Holdings. In addition, some of our Sites feature content drawn directly from third party websites using a technique known as i-framing or simply "framing." These frames allow you to view and interact directly with the third party website from within our Site. Sears Holdings is not responsible for the privacy practices of non-affiliated websites or applications, including, without limitation, those that are linked to or framed on this Site. You should read the privacy statements of each and every website and application that collects PII.

## Interest-Based Ads - Online Advertisements

This Site may display ads from other companies. We also partner with third-party service providers to serve ads on our behalf on other non-affiliated third party sites or apps. Some of the ads on this Site or on third party sites or apps may be personalized, meaning that they are intended to be relevant to you based on what we or the online advertising network serving the ad know about you or your device's browsing activity. For example, anonymous information collected by our ad networks or other third-party service providers across multiple sites that you visit may enable the ad network to predict your preferences and show you ads that are most likely to be of interest to you. We may share your information with our service providers to permit them to recognize and serve targeted ads to you across the different devices you use. Before we share your information, we transform, or "hash", it so that it is not in personally identifiable form.

If you do not wish to receive personalized advertising from us on other mobile or desktop sites, please visit the Network Advertising Initiative Opt-Out page (http://www.networkadvertising.org/managing/opt_out.asp). You may download the AppChoices app at www.aboutads.info/appchoices (http://www.aboutads.info/appchoices) to opt out of personalized in-app advertising.

The Network Advertising Initiative offers useful information about internet advertising companies, including information about how to opt-out of interest-based advertising by their members. See http://www.networkadvertising.org (http://www.networkadvertising.org/) for general information about the NAI andhttp://www.networkadvertising.org/managing/opt_out.asp (http://www.networkadvertising.org/managing/opt_out.asp) for the opt-out page. You may also visit http://www.aboutads.info/consumers/ (http://www.aboutads.info/consumers/) tto learn about online behavioral advertising and how to opt-out from online or in-app behavioral ads served by some or all participating companies.

To learn more about interest based advertising and to manage your preferences for Sears and Kmart branded online ads, please visit the Sears Online Advertising Preference Center (http://preferences-mgr.truste.com/?pid=sears01&aid=sears01&type=sears) or the Kmart Online Advertising Preference Center (http://preferences-mgr.truste.com/?pid=sears01&aid=sears01&type=kmart).

These opt-out mechanisms rely on cookies to remember your choices with respect to ad-serving on websites. If you delete your cookies, use another computer or device, or change browsers, you will need to repeat this process. In addition, opting out of interest-based ads will not opt you out of all ads, but rather only those ads that are personalized to your interests based on activities observed on our Site and/or web sites or mobile apps not owned and operated by Sears Holdings.

## Is My Information Secure?

We maintain reasonable and appropriate physical, electronic and procedural safeguards to protect your PII. While we work very hard to protect your privacy, no method of security is 100% effective, and we cannot be responsible for the actions of those who may gain unauthorized access to your PII. Sears Holdings makes no warranties, express, implied or otherwise, as to the ultimate effectiveness of its reasonable and appropriate safeguards.

## How Can I Access My Information?

You can personalize your experience on this Site and other Sears Holdings Sites by becoming a Registered User or Member. By registering, you will be able to tell us what products and services interest you, and whether you wish to receive information about special sales, promotions and other events. Once registered, you can submit, review and maintain your account profile information at any time by accessing your profile from within the particular Site. Your account information is accessible by using a password that you select or by using third-party social networking login credentials for accounts such as Facebook, Google or Yahoo if you choose to enable this feature.

## Can I "Opt-Out" of Receiving Promotional E-mails?

From time to time, we may send you e-mails with promotional offers and messages. If you would no longer like to receive e-mails with promotional offers and messages from this Site, you can unsubscribe from these e-mails by following the unsubscribe link located at the bottom of each promotional e-mail. Please note that you may still receive transactional or relationship or other non-promotional e-mails (e.g. order confirmations, shipping notices, statements, important information regarding a product you have purchased).

## Where Is My Information Stored?

Your PII may be stored and processed in any country where we have facilities or in which we engage service providers, and by using our Site, you consent to the transfer of information to countries outside of your country of residence, including the United States, which may have different data protection rules than in your country. This Site is controlled and operated by us from the United States and is not intended to subject us to the laws or jurisdiction of any state, country or territory other than that of the United States.

## How May I Contact You?

If you have any questions about this Privacy Policy, please contact us at PrivacyOffice@searshc.com (mailto:PrivacyOffice@searshc.com). Because email communications are not always secure, please do not include credit card or other financial information, health or prescription-related information or other sensitive information in your email to us. If you prefer to contact us via US Mail, please address your inquiry to

**Sears Holdings Management Corporation**
**ATTN: Legal Intake**
**3333 Beverly Road**
**Hoffman Estates, IL 60179**

**EXHIBIT B**



PRODUCTS (/PRODUCTS)    WORKS WITH WALLY (/WORKS-WITH-WALLY)

# All of our fine print, here in one spot.

Find our privacy policy, legal information and resources related to products and services.

Terms of Use    Privacy Policy    FCC Compliance    FTC Compliance    Apple Terms    Open Source    Warranty

## Privacy Policy

### WALLY™ SYSTEM

### Last Updated August 28th, 2017

This website or mobile application ("Site") is owned and operated by Wally Labs, LLC. At Wally, we want to ensure that you understand what information we gather about you, how we use it, and the safeguards we have in place designed to protect it. This Privacy Policy applies to information collected through this Site. Wally Labs LLC is a Sears Holdings Corporation entity or licensee.

Wally may update this Privacy Policy from time to time. Please check this Privacy Policy periodically for changes. If we make any changes, the updated Privacy Policy will be posted to this Site with a revised "last updated" date. We encourage you to periodically review this page for the latest information on our privacy practices.

Your use of this Site, and any disputes arising from it, are subject to this Privacy Policy as well as our Terms of Use and all of its dispute resolution provisions including arbitration, class action waiver, limitation on damages and choice of law.

### Get answers and information about:

What Type of Information Do We Collect and How Do We Use It?

What Information Do We Share and with Whom?

Can I Disable Cookies?

How Do We Handle Personally Identifiable Information Collected from Children?

I Am a Minor, How Can I Remove My Posted Content?

What About Links to Other Sites?

Interest-Based Ads – Online AdvertisementsIs My Information Secure?

How Can I Access My Information?

Can I "Opt-Out" of Receiving Promotional E-mails?

Where Is My Information Stored?

How May I Contact You?

## What Type of Information Do We Collect and How Do We Use It?

Some Site features may make use of your device attributes and settings that will allow our Site to determine your physical location. Such technolo include IP address mapping, WiFi, GPS signals, cell tower positioning or other technologies. We use this information to enhance and personalize yo experience and provide you with offers, products and services that may be of interest to you. For example, this Site may help you find your closest send you messages that may be of interest to you based on your current location. Sears Holdings has no control over your device settings, but we recommend enabling location services on your device so you can take advantage of the location based features and functionality offered by this S may be collected from you by means of cookies, pixel tags (also called web beacons or clear gifs), local shared objects and other technologies. Coo small bits of information that this Site places on your computer. We and our third party service providers use these technologies to identify your IP browser type, device characteristics, domain name, referring urls and specific links and web pages through which you click. This data is collected automatically and utilized for data analytics, site operations, fraud prevention and to help us improve this Site and your overall experience. This te also allows us to recognize you when you return to this Site and to provide you with a customized experience that we feel will be of value to you. W Google Analytics to improve the performance of the Site and for analytics purposes. For more information about how Google Analytics collects an data when you use our website, visit www.google.com/policies/privacy/partners/ (www.google.com/policies/privacy/partners/), and to opt out of Analytics, visit tools.google.com/dlpage/gaoptout/ (tools.google.com/dlpage/gaoptout/). We may use and disclose non-PII in any manner for any except where prohibited under applicable law.

## What Information Do We Share and With Whom?

We may share your PII with members of the Sears Holdings family of businesses to provide you with products or services that you have requested you with promotional offers we believe will be of interest to you and for any other purpose described in this Privacy Policy. The Sears Holdings fam businesses includes all Sears Holdings affiliates, as well as other selected third party businesses with which Sears Holdings or its affiliates have a and which have agreed to appropriate restrictions on the disclosure and use of your information. We do not rent or sell your PII to marketers outs Sears Holdings family of businesses, unless indicated in this Privacy Policy or you otherwise authorize us to do so.

Sears Holdings may make third party applications available to you on our Sites and you may choose to authorize us to share your information with application and its publisher. We require third parties who publish applications on our Sites to give you notice of their own privacy policy, which yo review prior to authorizing the application to access your information. We may disclose your PII to identify you to anyone to whom you send messa through this Site. You may disclose your own PII on message boards, chat, profile pages, blogs and other social networking features and services t you are able to post information and materials. Please note that any information you post or disclose through these services may be available to S and to the general public, depending on the particular service and any privacy settings in place (such as through your profile).

We may disclose your PII to identify you to anyone to whom you send messages through this Site. You may disclose your own PII on message boar profile pages, blogs and other social networking features and services to which you are able to post information and materials. Please note that o information you post or disclose through these services may be available to Site visitors and to the general public, depending on the particular ser any privacy settings in place (such as through your profile).

We may share your PII with service providers and other third parties that need access to your information to provide operational or other support such as payment processors, shipping agents, and product fulfillment vendors. These third parties must agree to appropriate restrictions on the d and use of your information. Unless otherwise disclosed to you, these third parties are prohibited from using your PII for their own marketing purp

We may provide information about you, which may include PII, to regulatory authorities and law enforcement officials in accordance with applicab when we otherwise believe in good faith that the law requires it or to respond to requests from government authorities. There may be instances w may use or disclose your PII in order to protect or defend the legal rights, property or operations of Sears Holdings or our employees or agents; to rights, privacy, safety or security of users, members or others; to protect against fraud; and to allow us to pursue available remedies or limit the d that we may sustain.

Sears Holdings may sell, transfer and/or share PII with third parties in connection with a merger, reorganization, joint venture, assignment, spin-o or sale or disposition of all or any portion of our business, and in the event of a store closing or bankruptcy.

## Can I Disable Cookies?

Most web browsers allow you to exercise control over cookie files on your computer by erasing them, blocking them, or notifying you when such a f Please take a look at your particular browser for instructions on this function.

We may also use Flash Cookies, LSOs and other technologies to, among other things, collect and store information about your use of the Services, prevention and other site operations. If you do not want Flash LSOs stored on your computer, you can adjust the settings of your Flash player to b LSO storage using the tools contained in the Website Storage Settings Panel. You can also control Flash LSOs by going to the Global Storage Sett and following the instructions (which may include instructions that explain, for example, how to delete existing Flash LSOs (referred to "informatio Macromedia site), how to prevent Flash LSOs from being placed on your computer without your being asked, and (for Flash Player 8 and later) ho Flash LSOs that are not being delivered by the operator of the page you are on at the time). Please note that setting the Flash Player to restrict o acceptance of Flash LSOs may reduce or impede the functionality of some Flash applications, including, potentially, Flash applications used in con with the Services or our online content.

If you do elect to disable cookies, please note that you may not be able to take full advantage of a personalized experience on the Wally Site and other Sears Holdings Sites.

## How Do We Handle Personally Identifiable Information Collected from Children?

This Site is a general audience site and we do not knowingly collect personal information from children under 13 years of age. In the event a Sears Site or portion thereof is directed to children under 13, the Site will contain a Children's Online Privacy Policy that complies with the Children's Online Protection Act.

## I Am a Minor, How Can I Remove My Posted Content?

If you are under 18 and a Registered User or Member, you may ask us to remove content or information that you have posted to the Site. To remove content or information on www.shopyourway.com (//www.shopyourway.com), please write to support@shopyourway.com (mailto:support@shopyourway.com). To remove posted content or information from any other Site, please write to CAPrivacyRights@Customerservice.sears.com (mailto:CAPrivacyRights@Customerservice.sears.com). Please note that your request does not ensure complete or comprehensive removal of the content or information, as, for example, some of your content may have been reposted by another user.

## What About Links to Other Sites?

This Site may contain links to other websites or applications that are not owned and operated by Sears Holdings. In addition, some of our Sites feature content drawn directly from third party websites using a technique known as i-framing or simply "framing." These frames allow you to view and interact directly with the third party website from within our Site. Sears Holdings is not responsible for the privacy practices of non-affiliated websites or content including, without limitation, those that are linked to or framed on this Site. You should read the privacy statements of each and every website and application that collects PII.

## Interest-Based Ads – Online Advertisements

This Site may display ads from other companies. We also partner with third-party service providers to serve ads on our behalf on other non-affiliated party sites or apps. Some of the ads on this Site or on third party sites or apps may be personalized, meaning that they are intended to be relevant based on what we or the online advertising network serving the ad know about you or your device's browsing activity. For example, anonymous information collected by our ad networks or other third-party service providers across multiple sites that you visit may enable the ad network to predict your preferences and show you ads that are most likely to be of interest to you. We may share your information with our service providers to permit them to recognize and serve targeted ads to you across the different devices you use. Before we share your information, we transform, or "hash", it so that it is not in personally identifiable form.If you do not wish to receive personalized advertising from us on other mobile or desktop sites, please visit the Network Advertising Initiative Opt-Out page (//www.networkadvertising.org/choices/). You may download the AppChoices app at (//www.aboutads.info/appchoices (//www.aboutads.info/appchoices) to opt-out of personalized in-app advertising. The Network Advertising Initiative offers useful information about advertising companies, including information about how to opt-out of interest-based advertising by their members. See http://www.networkadvertising.org (//www.networkadvertising.org) for general information about the NAI and http://www.networkadvertising.org (//www.networkadvertising.org) for its opt out page. You may also visit http://www.aboutads.info/consumers/ (//www.aboutads.info/consumers/) to learn about online behavioral advertising and to opt-out from online or in-app behavioral ads served by some or all participating companies.To learn more about interest based advertising and to manage your preferences for Sears and Kmart branded online ads, please visit the Sears Online Advertising Preference Center (//preferences-mgr.truste.com/?pid=sears01&aid=sears01&type=sears) or the Kmart Online Advertising Preference Center (//preferences-mgr.truste.com/?pid=sears01&aid=sears01&type=kmart).

These opt-out mechanisms rely on cookies to remember your choices with respect to ad-serving on websites. If you delete your cookies, use another computer or device, or change browsers, you will need to repeat this process. In addition, opting out of interest-based ads will not opt you out of all ads, but rather only those ads that are personalized to your interests based on activities observed on our Site and/or web sites or mobile apps not owned or operated by Sears Holdings.

## Is My Information Secure?

We maintain reasonable and appropriate physical, electronic and procedural safeguards to protect your PII. While we work very hard to protect your PII, no method of security is 100% effective, and we cannot be responsible for the actions of those who may gain unauthorized access to your PII. Sears makes no warranties, express, implied or otherwise, as to the ultimate effectiveness of its reasonable and appropriate safeguards.

## How Can I Access My Information?

You can personalize your experience on this Site and other Sears Holdings Sites by becoming a Registered User or Member. By registering, you will tell us what products and services interest you, and whether you wish to receive information about special sales, promotions and other events. Once registered, you can submit, review and maintain your account profile information at any time by accessing your profile from within the particular Site. Your account information is accessible by using a password that you select or by using third-party social networking login credentials for accounts such as Facebook, Google or Yahoo if you choose to enable this feature.

## Can I "Opt-Out" of Receiving Promotional E-mails?

WallyHome Legal Information | Wally          18-23538-shl    Doc 2392    Filed 02/04/19    Entered 02/04/19 16:29:10    Main Document          1/28/19, 4:40 PM

Pg 35 of 35

From time to time, we may send you e-mails with promotional offers and messages. If you would no longer like to receive e-mails with promotional messages from this Site, you can unsubscribe from these e-mails by following the unsubscribe link located at the bottom of each promotional e-mail. Please note that you may still receive transactional or relationship or other non-promotional e-mails (e.g. order confirmations, shipping notices, statements or important information regarding a product you have purchased).

## Where Is My Information Stored?

Your PII may be stored and processed in any country where we have facilities or in which we engage service providers, and by using our Site, you consent to the transfer of information to countries outside of your country of residence, including the United States, which may have different data protection rules than those in your country. This Site is controlled and operated by us from the United States and is not intended to subject us to the laws or jurisdiction of any state, country or territory other than that of the United States.

## How May I Contact You?

If you have any questions about this Privacy Policy, please contact us at PrivacyOffice@searshc.com (mailto:PrivacyOffice@searshc.com). Because communications are not always secure, please do not include credit card or other financial information, health or prescription-related information or other sensitive information in your email to us. If you prefer to contact us via US Mail, please address your inquiry to

Sears Holdings Management Corporation

ATTN: Legal Intake

3333 Beverly Road

Hoffman Estates, IL 60179

Products (/products/)

Works with Wally (/works-with-wally/)

Contact Us (/contact-us/)

Share your Story (/my-story/)

Support (/support/)

Legal (/legal/)

(/)

 (https://twitter.com/WallyHome)

 (https://www.facebook.com/wallyhome)

 (https://www.youtube.com/channel)

fb Like

(//itunes.apple.com/us/app/wally-home-sensor-network/id802934324?mt=8)

(//play.google.com/store/apps/details?id=com.snupitechnologies.wally&hl=en)

Copyright © 2018 Wally Labs LLC. All rights reserved