**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x    Chapter 11

In re:

                                              Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.

                                              (Jointly Administered)

                             Debtors

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I William P. Fennell, certify that I am not less than 18 years of age, and that service of the following document:

**JOINDER BY DART WAREHOUSE CORPORATION AND DEDEAUX INLAND EMPIRE PROPERTIES IN OBJECTION OF VARIOUS LANDLORDS TO NOTICES OF FILING OF REVISED PROPOSED ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT AMONG SELLERS AND BUYER, (II) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND LEASES IN CONNECTION THEREWITH AND (IV) GRANTING RELATED RELIEF [Docket No. 2382]**

was caused to be made on February 4, 2019, in the manner indicated upon the entities identified below.

Dated: February 4, 2019
      San Diego, CA

                                    LAW OFFICE OF WILLIAM P. FENNELL, APLC

                                    By: /s/William P. Fennell
                                    William P. Fennell, Esq.
                                    401 West A Street, Suite 1800
                                    San Diego, CA 92101
                                    Telephone: (619) 325-1560
                                    Facsimile: (619) 325-1558
                                    Email: william.fennell@fennelllaw.com

**Via FedEx**

Chambers of the Honorable Judge Robert D.
Drain
United States Bankruptcy Court
Southern District New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Paul Schwartzberg, Esq.
Office of the United States Trustee
Region 2
201 Varick Street, Suite 1006
New York, NY 10014

**Via Court Notice of Electronic Filing ("NEF")**

Anne Marie Aaronson    aaaronson@dilworthlaw.com
Robin S. Abramowitz    abramowitz@larypc.com, fox@larypc.com
Neil H. Ackerman    nackerman@ackermanfox.com, kfox@ackermanfox.com;
r52605@notify.bestcase.com
David G. Aelvoet    sanantonio.bankruptcy@publicans.com
Jaime Agnew    jaimeagnew21@gmail.com
Richard A. Aguilar    raguilar@mcglinchey.com, aparish@mcglinchey.com
Justin Alaburda    jmalaburda@bmdllc.com
John C. Allerding    john.allerding@thompsonhine.com
Arlene Rene Alves    alves@sewkis.com
Michael S. Amato    mamato@rmfpc.com, dolsen@rmfpc.com; smcgrath@rmfpc.com
Tara B. Annweiler    tannweiler@greerherz.com
Joel D. Applebaum    japplebaum@clarkhill.com
Laura E. Appleby    appleby@chapman.com
Jenelle C Arnold    bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
Simon Aron    saron@wrslawyers.com, jnarcise@wrslawyers.com
Peter M. Aronoff    peter.aronoff@usdoj.gov
Brandon K. Bains    bbains@l-llp.com, ehyman@l-llp.com; ltemp@l-llp.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
John T. Banks    jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
Sedric Banks    sedbanks@aol.com
Shari Barak    sbarak@logs.com, NYBKCourt@logs.com
Erika R. Barnes    ebarnes@stites.com
Michael Jason Barrie    mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;
kcapuzzi@beneschlaw.com
Joseph Charles Barsalona    jbarsalona@mnat.com
Robert D. Bass    rbass@greenbass.com
Paul M. Basta    pbasta@paulweiss.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com,
managingclerk@ssbb.com
Richard J. Bernard    rbernard@foley.com
Jill B. Bienstock    jbienstock@coleschotz.com, fpisano@coleschotz.com
Karen C. Bifferato    kbifferato@connollygallagher.com
Jeffrey E Bjork    jeff.bjork@lw.com
David M. Blau    dblau@clarkhill.com
Michael V. Blumenthal    michael.blumenthal@tklaw.com
Melissa Boey    melissa.boey@morganlewis.com

Phillip W. Bohl    phillip.bohl@gpmlaw.com
Wanda Borges    ecfcases@borgeslawllc.com
Dustin Parker Branch    branchd@ballardspahr.com, carolod@ballardspahr.com
Duane Brescia    duane.brescia@clarkhillstrasburger.com,
bkrtcynotices@clarkhillstrasburger.com; donna.krupa@clarkhillstrasburger.com;
Kathi.Alexander@clarkhillstrasburger.com
Kay Diebel Brock    bkecf@co.travis.tx.us
Michael D. Brofman    mbrofman@weisszarett.com
James L. Bromley    maofiling@cgsh.com, jbromley@cgsh.com
Lynn Hamilton Butler    lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com; christine.deacon@huschblackwell.com
CRG Financial LLC    allison@claimsrecoveryllc.com
Donald F. Campbell    dcampbell@ghclaw.com
Jeffrey A. Carlino    jacarlino@kslnlaw.com, rabacon@kslnlaw.com
Robert Carson    rcarson@carsonfischer.com
Jamie S. Cassel    jsc@renozahm.com, jsc@renozahm.com
Michael J. Catalfimo    mcatalfimo@carterconboy.com, hmclenithan@carterconboy.com;
rmcfee@carterconboy.com; jstein@carterconboy.com
Katherine R. Catanese    kcatanese@foley.com
George B. Cauthen    george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;
joan.kishline@nelsonmullins.com
Rocco A. Cavaliere    rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
Janine M. Cerbone    jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com
Rudy J Cerone    rcerone@mcglinchey.com
Mark J Chaney    mchaney@mcglinchey.com, aparish@mcglinchey.com
Scott K. Charles    skcharles@wlrk.com, calert@wlrk.com
Michael Chatwin    NYBKCourt@logs.com
Gustavo A Chico-Barris    gchico@ferraiuoli.com
Hyun Suk Choi    hchoi@choiandpark.com, lkleist@choiandpark.com;
cpark@choiandpark.com; jpatten@choiandpark.com; kmclaughlin@choiandpark.com
Carol Chow    Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com
Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
Jeffrey Chubak    jchubak@storchamini.com
Ronald Alexander Clark    aclark@cov.com
Donald W. Clarke    dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
Marvin E. Clements    agbanknewyork@ag.tn.gov
Eboney Cobb    ecobb@pbfcm.com
Joshua W. Cohen    jwcohen@daypitney.com, arametta@daypitney.com
Patrick Collins    pcollins@farrellfritz.com
Sonia E Colon    scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;
scolon@ecf.courtdrive.com; hruiz@ferraiuoli.com; soniaecolon@gmail.com
Michael J. Connolly    mconnolly@formanlaw.com, kanema@formanlaw.com
Andrew S. Conway    aconway@taubman.com
Joseph Corrigan    bankruptcy2@ironmountain.com
Ramon Coto-Ojeda    wmm@crlawpr.com, wmm@crlawpr.com
Julie Cvek Curley    jcurley@ddw-law.com, AttorneyCvek@gmail.com;
dpons@ddw-law.com; lbarry@ddw-law.com

Kelly Rose Cusick    cusick.kelly@pbgc.gov, efile@pbgc.gov
Brian Custy    bcusty@custylaw.com
Anthony J D'Artiglio    ajd@ansellgrimm.com, carols@ansellgrimm.com;
merediths@ansellgrimm.com
Robert K. Dakis    rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
Richard T. Davis    rdavis@cafarocompany.com
Louis Thomas DeLucia    ldelucia@schiffhardin.com
Sam Della Fera    sdellafera@trenklawfirm.com
Christopher M. Desiderio    cdesiderio@nixonpeabody.com
Andrew Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
Andrew G. Dietderich    dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;
andrew-dietderich-6008@ecf.pacerpro.com; BAKERR@SULLCROM.COM
John P. Dillman    houston_bankruptcy@publicans.com
Ted A. Dillman    ted.dillman@lw.com
Ira S. Dizengoff    idizengoff@akingump.com, afreeman@akingump.com;
apreis@akingump.com; dkrasa-berstell@akingump.com; nymco@akingump.com
Caroline Djang    caroline.djang@bbklaw.com
Amish R. Doshi    amish@doshilegal.com
Elizabeth L Doyaga    edoyaga@flwlaw.com, jspiegelman@flwlaw.com
Leo B Dubler    leodubler@fast.net
Joshua A. Dunn    jdunn@vedderprice.com, ecfnydocket@vedderprice.com
David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
Rachel E. Edwards    redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
Devon Eggert    deggert@freeborn.com, bkdocketing@freeborn.com
Judith Elkin    elkinj@mac.com, elkinj@mac.com
Samuel G Encarnacion    same@haggertylaw.com
Marita S. Erbeck    marita.erbeck@dbr.com
Carrie Essenfeld    cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
Daniel E. Etlinger    detlinger@jennislaw.com, karon@jennislaw.com
Kevin J Etzel    ketzel@vedderprice.com
Michael Eversden    meversden@mcgrathnorth.com
Garrett A. Fail    garrett.fail@weil.com, Paloma.VanGroll@weil.com
Stephen Vincent Falanga    sfalanga@walsh.law, mvargas@walsh.law
Thomas A. Farinella    tf@lawtaf.com, ecf@lawgmf.com
John T. Farnum    jfarnum@linowes-law.com, jcummings@linowes-law.com
Thomas R. Fawkes    tomf@goldmclaw.com
Alan Feld    afeld@sheppardmullin.com
Mark E. Felger    MFelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
James R. Felton    jfelton@greenbass.com, mtyndall@greenbass.com
William P Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com,
charles.bethel@fennelllaw.com, mblackburnjoniaux@fennelllaw.com
John R. Fifarek    knelson@laskyfifarek.com
Charles J. Filardi    cfilardi@rrlawpc.com, abothwell@rrlawpc.com
Scott D. Fink    brodellecf@weltman.com
Glenn M. Fjermedal    gfjermedal@davidsonfink.com, vbillups@davidsonfink.com
Jonathan L. Flaxer    jflaxer@golenbock.com, jsavitsky@golenbock.com;
mweinstein@golenbock.com

Ken Florey    kflorey@rsnlt.com
Christopher Fong    cfong@nixonpeabody.com
Kiah T Ford    chipford@parkerpoe.com
Edward M. Fox    emfox@seyfarth.com
Gregory W. Fox    gfox@goodwinprocter.com
Shawn Randall Fox    sfox@mcguirewoods.com
Joseph D. Frank    jfrank@fgllp.com, csucic@fgllp.com; csmith@fgllp.com
Mark A. Frankel    mfrankel@bfklaw.com, mfrankel@bfklaw.com;
mark_frankel@yahoo.com; frankel.mark@gmail.com; frankelmr74702@notify.bestcase.com
Elise S. Frejka    efrejka@frejka.com
Alana M. Friedberg    alana.friedberg@dlapiper.com
Michael Friedman    friedman@chapman.com, iyassin@chapman.com
Joseph Froehlich    jfroehlich@lockelord.com
Patricia B. Fugee    Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com
Mary L. Fullington    mfullington@wyattfirm.com, lexbankruptcy@wyattfirm.com
Thomas M. Gaa    tgaa@bbslaw.com, yessenia@bbslaw.com
James Gadsden    bankruptcy@clm.com
Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;
jbonteque@mosessinger.com; kkolbig@mosessinger.com; rcorbi@mosessinger.com
Jeffrey K. Garfinkle    jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;
docket@buchalter.com
Christopher Gartman    gartman@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com
Matthew Gensburg    mgensburg@gcklegal.com
Charles George    cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com
Stephen B. Gerald    sgerald@wtplaw.com, clano@wtplaw.com
Yann Geron    ygeron@reitlerlaw.com, ygeronnys@ecf.epiqsystems.com;
 jlitos@reitlerlaw.com; nsantucci@reitlerlaw.com; adaniszewski@reitlerlaw.com;
asuffern@epiqglobal.com
Peter M. Gilhuly    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
Steven A. Ginther    sdnyecf@dor.mo.gov
Eduardo J. Glas    ejglas@gmail.com
Jeffrey R. Gleit    jgleit@sandw.com, gschlack@sandw.com, bcooley@sandw.com;
aweiss@sandw.com, nkoslof@sandw.com, tkethro@sandw.com
Ronald Eric Gold    rgold@fbtlaw.com, awebb@fbtlaw.com; bmparker@fbtlaw.com;
eseverini@fbtlaw.com
Michael Goldstein    mgoldstein@goodwinlaw.com
Brendan Goodhouse    bgoodhouse@cuddyfeder.com
Eric R Goodman    egoodman@bakerlaw.com
Leon B Gordon    cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
Jonathan Adam Grasso    jon@piercemccoy.com
Ira S. Greene    igreene@edwardswildman.com
Janice Beth Grubin    Janice.Grubin@leclairryan.com
Charles A. Gruen    cgruen@gruenlaw.com
Allen J. Guon    aguon@shawfishman.com

Harry M. Gutfleish    harry@gutfleishlaw.com
Mark E. Hall    mhall@foxrothschild.com, cbrown@foxrothschild.com
Aaron L. Hammer    ahammer@hmblaw.com, ecfnotices@hmblaw.com
Paul E. Harner    paul.harner@lw.com
Juandisha Harris    harrisj12@michigan.gov
David Henry Hartheimer    david@mhlaw-ny.com, david@clearbid.com
Jonathan Scott Hawkins    jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com
Patrick L. Hayden    phayden@mcguirewoods.com
Leslie C. Heilman    heilmanl@ballardspahr.com, lanoc@ballardspahr.com
Christopher Matthew Hemrick    chemrick@walsh.law, chemrick@walsh.law
Ira L. Herman    iherman@blankrome.com, nybankruptcydocketing@blankrome.com;
eDocketing@blankrome.com
Neil E. Herman    Nherman@morganlewis.com
Michael R. Herz    mherz@formanlaw.com, cbrown@formanlaw.com
George Bernard Hofmann    ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
Marie Polito Hofsdal    mhofsdal@pryorcashman.com
James J. Holman    jjholman@duanemorris.com
Caleb T. Holzaepfel    caleb.holzaepfel@huschblackwell.com
Robert Honeywell    robert.honeywell@klgates.com, brian.koosed@klgates.com
Joon P. Hong    joonhong@chapman.com
Benjamin Hugon    bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
Hanh Vinh Huynh    hhuynh@rubinlawllc.com, hhuynh@rubinlawllc.com
Allison Akiko Ito    aito@hibklaw.com
Russell Jackson    rjackson@thomasjhenrylaw.com
Hugh G. Jasne    jf@jasneflorio.com, hgj@jasneflorio.com
Dwight Jefferson    djefferson@coatsrose.com
Christian Paul Jensen    jensenc@sullcrom.com
Monique Debrikka Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
William Austin Jowers    ajowers@kslaw.com
Allen G. Kadish    akadish@archerlaw.com, lschildkraut@archerlaw.com;
chansen@archerlaw.com; hbreakstone@archerlaw.com
Vera N Kanova    verkanova@pa.gov
Alan H Katz    akatz@lockelord.com
Alan F. Kaufman    akaufman@hinshawlaw.com
William E. Kelleher    wkelleher@cohenlaw.com, mgraeb@cohenlaw.com;
hward@cohenlaw.com
Steven W. Kelly    skelly@s-d.com
Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;
calendaring@procopio.com
Ferve E. Khan    fkhan@bakerlaw.com
Erin C. Kim    kim.erin@pbgc.gov, efile@pbgc.gov
Jane Kim    jkim@kellerbenvenutti.com
Alan M Kindred    akindred@leechtishman.com, dtomko@leechtishman.com;
ghauswirth@leechtishman.com
Edward M. King    tking@fbtlaw.com
Dawn Kirby    dkirby@ddw-law.com, btepper@ddw-law.com;dap@ddw-law.com

Lauren Catherine Kiss     lkiss@klestadt.com
Richard Klass     richklass@courtstreetlaw.com
Sarah J Klebolt     sjk@carmodymacdonald.com, ala@carmodymacdonald.com
Jeremy C. Kleinman     jkleinman@fgllp.com
Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@yahoo.com
John R. Knapp     john.knapp@millernash.com, lisa.petras@millernash.com
Lawrence J. Kotler     ljkotler@duanemorris.com
Matthew Patrick Kremer     mkremer@omm.com, mpkremer@gmail.com
David S. Kupetz     dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;
dperez@sulmeyerlaw.com
Jeffrey Kurtzman     jkurtzma@klehr.com
Alyssa E. Kutner     kutnera@ballardspahr.com
Michael Kwiatkowski     mkwiatkowski@msek.com, lgomez@msek.com
Paul J. Labov     plabov@foxrothschild.com, msteen@foxrothschild.com
Darryl S. Laddin     bkrfilings@agg.com
Keith A Langley     klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
Fernand L Laudumiey     laudumiey@chaffe.com
Lacy Martin Lawrence     llawrence@akingump.com, txdocketing@akingump.com
Vincent Edward Lazar     vlazar@jenner.com
Gilbert A. Lazarus     gillazarus@gmail.com
Harlan Mitchell Lazarus     hmllaw@att.net, hlazarus@lazarusandlazarus.com
Robert L. LeHane     KDWBankruptcyDepartment@Kelleydrye.com;
MVicinanza@ecf.inforuptcy.com
Paul D. Leake     wendy.lamanna@skadden.com;andrea.chouprouta@skadden.com
Andrew M Leblanc     aleblanc@milbank.com
Bernice C Lee     blee@slp.law, dwoodall@slp.law
Michael Skoy Legge     mlegge@huntonak.com, tkracht@huntonak.com;
rphair@huntonak.com;ghesse@huntonak.com
Joseph H. Lemkin     jlemkin@stark-stark.com
William J. Levant     efile.wjl@kaplaw.com
Richard B. Levin     rlevin@jenner.com
Mark Levine     mlevine@ssbny.com
Lawrence A. Lichtman     llichtman@honigman.com, litdocket@honigman.com
Jessica Liou     jessica.liou@weil.com
Alan Jay Lipkin     alipkin@willkie.com, maosbny@willkie.com
Robert Liubicic     rliubicic@milbank.com
Armando Llorens     armando@furgang.com
Jacqulyn S. Loftin     jsl@lhmlawfirm.com
Brian J. Lohan     brian.lohan@arnoldporter.com
John G. Loughnane     jloughnane@nutter.com
Donald K. Ludman     dludman@brownconnery.com
Christopher A. Lynch     clynch@reedsmith.com
Howard P. Magaliff     hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
Christopher J. Major     cjm@msf-law.com, bm@msf-law.com
Colleen Maker     cmaker@walsh.law
Jacqueline Marcus     jacqueline.marcus@weil.com, jessica.liou@weil.com;
matthew.goren@weil.com; candace.arthur@weil.com

Jennifer L. Marines    jmarines@mofo.com, docketny@mofo.com;
jennifer-marines-1173@ecf.pacerpro.com
Ilan Markus    ilan.markus@leclairryan.com, andrew.cole@leclairryan.com
Jonathan D. Marshall    jmarshall@choate.com
Rachel J. Mauceri    rmauceri@morganlewis.com
Laurence May    lmay@eisemanlevine.com
Sandra E. Mayerson    sandy@mhlaw-ny.com
Shlomo Maza    shlomomaza@paulhastings.com
Matthew McCann    mmccann@swc-law.com, mmccann@swc-law.com
William McCarron    mccarron.william@pbgc.gov, efile@pbgc.gov
John G. McCarthy    jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
Richard J. McCord    RMcCord@CBAH.com, afollett@certilmanbalin.com;
cfollett@certilmanbalin.com; rnosek@certilmanbalin.com
Sawnie A. McEntire    smcentire@pmmlaw.com
Thomas James McGowan    tmcgowan@meltzerlippe.com, sbrown@meltzerlippe.com;
mwhiteman@meltzerlippe.com
Brian S. McGrath    bmcgrath@mcglinchey.com
David M. Meegan    jhutton@mhksacto.com, jhutton@mhksacto.com
Deborah Jill Michelson    michelson@mgfl-law.com
Brett H. Miller    bmiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
Curtis S. Miller    cmiller@mnat.com
Dennis D. Miller    dmiller@steinlubin.com
Stephen M. Miller    smiller@morrisjames.com, wweller@morrisjames.com;
jdawson@morrisjames.com
Russell W. Mills    rmills@bellnunnally.com, nsummerville@bellnunnally.com
Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
Carol E. Momjian    cmomjian@attorneygeneral.gov
Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
Kevin P. Montee    kmontee@monteeassociates.com, kmontee@monteeassociates.com
Julie F. Montgomery    jmontgomery@brownconnery.com
Courtney Morgan    morgan.courtney@pbgc.gov, efile@pbgc.gov
Michael L. Moskowitz    mlm@weltmosk.com, mkj@weltmosk.com;mag@weltmosk.com
John Mueller    jmueller@lippes.com, rfink@lippes.com
Rahul Mukhi    rmukhi@cgsh.com, maofiling@cgsh.com
Edgardo Munoz    emunozpsc@gmail.com
Klaus Peter Muthig    muthigk@mcao.maricopa.gov
Bruce S. Nathan    bnathan@lowenstein.com, msavetsky@lowenstein.com
Edward E. Neiger    eneiger@askllp.com, lmiskowiec@askllp.com
Kevin Michael Newman    knewman@barclaydamon.com
Victor Newmark    vnewmark@evict.net
Timothy F. Nixon    tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
Sean E. O'Donnell    sodonnell@herrick.com, courtnotices@herrick.com;
lporetsky@herrick.com; rrichards@herrick.com
Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com
Sean A. OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
Rachel R Obaldo    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
Thomas S. Onder    tonder@stark-stark.com

Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com;
bankruptcyindy@btlaw.com
Jennifer Kennedy Park     jkpark@cgsh.com
Richard J. Parks     rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
Barbra R. Parlin     barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,
glenn.huzinec@hklaw.com
Paul J. Pascuzzi     ppascuzzi@ffwplaw.com
Jennifer Pastarnack     jennifer.pastarnack@cliffordchance.com
Kristen N. Pate     bk@brookfieldpropertiesretail.com
Richard C. Pedone     rpedone@nixonpeabody.com
Melissa A. Pena     mapena@nmmlaw.com, pfreda@nmmlaw.com
Eloy A Peral     eperal@wilkauslander.com
Phillip Russell Perdew     rperdew@lockelord.com, jwebb@lockelord.com;
jastaton@lockelord.com
Frank Peretore     fperetore@csglaw.com, ecf@csglaw.com
Deborah M Perry     dperry@munsch.com
Albena Petrakov     apetrakov@offitkurman.com
Douglas J. Pick     dpick@picklaw.net, ezabicki@picklaw.net
Michael Ryan Pinkston     rpinkston@seyfarth.com
Curtis M. Plaza     cplaza@riker.com, tschellhorn@riker.com
Dana S. Plon     dplon@sirlinlaw.com
David L. Pollack     pollack@ballardspahr.com
Cynthia L Pollick     pollick@lawyer.com
Kimberly A. Posin     kim.posin@lw.com
Constantine Dean Pourakis     cp@stevenslee.com
Jennifer L. Pruski     jpruski@trainorfairbrook.com
Robert L. Pryor     rlp@pryormandelup.com
Chad Pugatch     cpugatch.ecf@rprslaw.com
Anthony M. Rainone     arainone@bracheichler.com
Shane Ramsey     shane.ramsey@nelsonmullins.com, jennifer.murray@nelsonmullins.com;
emiller@bayardlaw.com; SMacon@bayardlaw.com
Paul L. Ratelle     pratelle@fwhtlaw.com
Gary O. Ravert     gravert@ravertpllc.com, gary.ravertpllc@gmail.com
Jeffrey A. Reich     reichlaw@reichpc.com
Norman Neville Reid     nreid@foxswibel.com
Annemarie V. Reilly     annemarie.reilly@lw.com
Ryan C. Reinert     rreinert@shutts.com, juanitasanchez@shutts.com
Guy A. Reiss     greiss@reisspreuss.com
Carol Ann Rich     crich@dudleylaw.com
Steven Richman     srichman@clarkhill.com
Michael J. Riela     riela@thsh.com
Fred B. Ringel     fbr@robinsonbrog.com
Christy Rivera     christy.rivera@nortonrosefulbright.com
Jennifer L. Rodburg     jennifer.rodburg@friedfrank.com,
managingattorneysdepartment@friedfrank.com
Beth Ellen Rogers     brogers@berlawoffice.com
Laurel D. Roglen     roglenl@ballardspahr.com, lanoc@ballardspahr.com

Alexis J. Rogoski     arogoski@skarzynski.com
Mark S. Roher     mroher@markroherlaw.com, ecf@markroherlaw.com;
ecf2@markroherlaw.com
Kristen D Romano     kromano@mcglinchey.com
Julie H Rome-Banks     julie@bindermalter.com
Robert M. Rosen     rrosen@pmmlaw.com
Sanford Philip Rosen     srosen@rosenpc.com
Arthur E. Rosenberg     arthur.rosenberg@hklaw.com
David A. Rosenzweig     david.rosenzweig@nortonrosefulbright.com
Douglas B. Rosner     drosner@goulstonstorrs.com
Beth J. Rotenberg     brotenberg@csglaw.com, ecf@csglaw.com
Paul Rubin     prubin@rubinlawllc.com, hhuynh@rubinlawllc.com
Myrna Ruiz-Olmo     mro@prbankruptcy.com,
tbp@prbankruptcy.com,lsg@prbankruptcy.com
Maura I. Russell     mrussell@ckrlaw.com
Patrick Morgan Ryan     pmryan@sorlinglaw.com, smjordan@sorlinglaw.com
CARL JOSEPH SORANNO     csoranno@bracheichler.com, dfamula@bracheichler.com;
jpmartin@bracheichler.com
Thomas James Salerno     thomas.salerno@stinson.com, Karen.graves@stinson.com
Diane W. Sanders     austin.bankruptcy@lgbs.com
Joseph E. Sarachek     joe@saracheklawfirm.com, jon@saracheklawfirm.com
Robert M. Sasloff     rms@robinsonbrog.com
Bruce M. Sattin     bsattin@szaferman.com
Russell W. Savory     russ@bsavory.com
Gilbert R. Saydah     gsaydah@ckrlaw.com
Courtney A Schael     cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
Michael L. Schein     mschein@vedderprice.com, ecfnydocket@vedderprice.com;
docketing-6992@ecf.pacerpro.com; michael-schein-3874@ecf.pacerpro.com
Aaron J. Scheinfield     aaron@bk-lawyer.net
Frederick E. Schmidt     eschmidt@cozen.com
Bradley Schneider     bradley.schneider@mto.com
Edward L. Schnitzer     eschnitzer@ckrlaw.com
Ray C Schrock     ray.schrock@weil.com, matthew.goren@weil.com
Christopher P. Schueller     christopher.schueller@bipc.com, timothy.palmer@bipc.com;
donna.curcio@bipc.com
H. Jeffrey Schwartz     hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com
Gary F Seitz     gseitz@gsbblaw.com, gary.seitz@gmail.com
Michelle Marie Sekowski     msekowski@herrick.com, courtnotices@herrick.com;
lporetsky@herrick.com
Stephen B. Selbst     sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com
Richard M. Seltzer     rseltzer@cwsny.com, ecf@cwsny.com
Yaron Shaham     yshaham@kahanafeld.com
Michael Abtin Shakouri     mshakouri@goodkinlynch.com
Ross G Shank     rshank@kasowitz.com, courtnotices@kasowitz.com
Karen Sheehan     ksheehan@flwlaw.com, jspiegelman@flwlaw.com
Bradley S. Shraiberg     bss@slp.law, dwoodall@slp.law; blee@slp.law;
bshraibergecfmail@gmail.com

Michelle E. Shriro     mshriro@singerlevick.com, scotton@singerlevick.com;
croote@singerlevick.com
Andrew I. Silfen     andrew.silfen@arentfox.com, beth.brownstein@arentfox.com
Leah Silverman     lsilverman@opeaklp.com
Kevin J. Simard     ksimard@choate.com
Wendy M. Simkulak     wmsimkulak@duanemorris.com
Sunny Singh     sunny.singh@weil.com, Andriana.Georgallas@weil.com;
Paloma.VanGroll@weil.com; Vincent.Yiu@weil.com; Philip.DiDonato@weil.com
Peter B. Siroka     peter.siroka@friedfrank.com, aaron_rothman@friedfrank.com;
alix.brozman@friedfrank.com; ManagingAttorneysDepartment@friedfrank.com
Doug Skierski     enotices@skijain.com
Daniel W. Sklar     dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com
Aaron C. Smith     asmith@lockelord.com, chicagodocket@lockelord.com;
jcataldo@lockelord.com
Neal Smith     nsmith@robbins-schwartz.com
Steven B Smith     ssmith@herrick.com, ssmith@herrick.com; lporetsky@herrick.com;
courtnotices@herrick.com
Natasha M. Songonuga     nsongonuga@gibbonslaw.com
Owen M. Sonik     osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
James E. Sorenson     bk@svllaw.com, jim@svllaw.com
Fredric Sosnick     fsosnick@shearman.com
Sean C. Southard     ssouthard@klestadt.com
Penny R. Stark     pstarkesq@gmail.com
Matthew Benjamin Stein     mstein@kasowitz.com, courtnotices@kasowitz.com
Miriam R Stein     mstein@chuhak.com
Rick Aaron Steinberg     rsteinberg@pricemeese.com
Richard A. Stieglitz     RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
Sabrina L. Streusand     streusand@slollp.com, prentice@slollp.com
Philip E. Strok     pstrok@swelawfirm.com, gcruz@swelawfirm.com;
csheets@swelawfirm.com; jchung@swelawfirm.com
Enid Nagler Stuart     enid.stuart@ag.ny.gov, ted.berkowitz@ag.ny.gov
Joshua Sturm     joshua.sturm@ropesgray.com
Matthew G. Summers     summersm@ballardspahr.com
Vivek Suri     info@viveksuri.com, lawyer@surilawoffice.com
Casey Cantrell Swartz     cswartz@taftlaw.com
Daniel R. Swetnam     Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Douglas T. Tabachnik     dtabachnik@dttlaw.com, rdalba@dttlaw.com
Stanley B. Tarr     tarr@blankrome.com
David R Taxin     davidtaxin@dahannowick.com
Andrew Tenzer     andrewtenzer@paulhastings.com
Brett S. Theisen     btheisen@gibbonslaw.com
David L. Tillem     tillemd@wemed.com
My Chi To     mcto@debevoise.com, amcdermott@debevoise.com
Gordon J. Toering     gtoering@wnj.com
Kevin Tompsett     ktompsett@harrisbeach.com, frichenberg@harrisbeach.com
Michael Tsang     mtsang@tsanglawfirm.com
Ronald M. Tucker     rtucker@simon.com, bankruptcy@simon.com

Curtis Lee Tuggle     curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
Andrew P. Tureaud     atureaud@kblaw.com, atureaud@kblaw.com
Bethany Turke     brt@wexlerwallace.com, ecf@wexlerwallace.com
Marshall C. Turner     marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
Veronique Urban     vurban@farrellfritz.com
Seth Van Aalten     svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com
James Christopher Vandermark     vandermarkj@whiteandwilliams.com
Lori V. Vaughan     lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com
James J. Vincequerra     James.Vincequerra@alston.com
Kaitlin R. Walsh     KRWalsh@mintz.com, docketing@mintz.com
David H. Wander     dhw@dhclegal.com
Eric Waxman     eric.waxman@cwt.com, nyecfnotice@cwt.com
Andrew W. Weaver     aweaver@cgsh.com, maofiling@cgsh.com
Adam J. Webb     awebb@fbtlaw.com
William P. Weintraub     wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
Robert A Weisberg     rweisberg@carsonfischer.com, njudge@carsonfischer.com
Erica Weisgerber     eweisgerber@debevoise.com, eweisgerber@debevoise.com
Elizabeth Weller     dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;
Dora.Casiano-Perez@lgbs.com
Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com;
MVicinanza@ecf.inforuptcy.com
Garth D. Wilson     wilson.garth@pbgc.gov, efile@pbgc.gov
Jeffrey C. Wisler     jwisler@connollygallagher.com
Samuel C. Wisotzkey     swisotzkey@kmksc.com, kmksc@kmksc.com
Norman C Witte     ncwitte@wittelaw.com, mmallswede@wittelaw.com
Lee E. Woodard     bkemail@harrisbeach.com, ktompsett@harrisbeach.com;
kgriffith@harrisbeach.com
Melissa S. Woods     mwoods@cwsny.com, ecf@cwsny.com
Derek L. Wright     dlwright@foley.com
Thomas Yanega     ty@devacklaw.com
Megan Young     megan.john@mhllp.com
Rafael X. Zahralddin     rxza@elliottgreenleaf.com
Marc A. Zelina     marc.zelina@lw.com
Matthew C. Ziegler     matthew.ziegler@morganlewis.com
Tom Zimmerman     tom@attorneyzim.com, firm@attorneyzim.com
Scott A. Zuber     szuber@csglaw.com, ecf@csglaw.com
Evan J. Zucker     ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;
eDocketing@blankrome.com
Richard L. Zucker     rzucker@lasserhochman.com
Paul H. Zumbro     pzumbro@cravath.com, mao@cravath.com


**Via First Class Mail**

c/o Sears Holdings Corporation
Stephen Sitley, Esq.
Luke J. Valentino, Esq.
Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179

Locke Lord LLP
Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Davis Polk & Wardell LLP
Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

Aikin Gump Strauss Hauer & Feld LLP
Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

Frenkel, Lambert, Weiss, Weisman &
Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

The Bank of New York Mellon Trust
Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

BST International Fashion Ltd.
Attn: A.R. Shinivasan
Managing Director, 39 Wang Kwong Rd, Ste.
2301B, Skyline Tower, Kowloon Bay
Kawloon, Hong Kong

Weil, Gotshal & Manges LLP
Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

**<u>Via Email:</u>**
See Attached Service List

**In re: Sears Holdings Corporation, et al.**

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Counsel to Sayville Menlo, LLC | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Counsel to the Local Texas Tax Authorities | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| Counsel to Community Unit School District 300 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com lschildkraut@archerlaw.com |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | Attn: Andrew I. Silfen, Beth Brownstein | andrew.silfen@arentfox.com beth.brownstein@arentfox.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com ginger.clements@arnoldporter.com |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com jchristian@askllp.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Interested Party | Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com summersm@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com kutnera@ballardspahr.com |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com klove@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Counsel to Brixton Provo Mall, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | Ernie.park@bewleylaw.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com julie@bindermalter.com |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | |
| Counsel to SAP Industries, Inc., SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| BST International Fashion Ltd. | BST International Fashion Ltd. | Attn: A.R. Shrinivasan | |
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com tyler.dischinger@bipc.com |
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com Anthony.Deleo@cwt.com |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com rstieglitz@cahill.com |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Local Counsel to BH North American Corporation | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |

In re: **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions  and The Libman Company | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |
| Counsel to WSSR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com wilamowsky@chapman.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com jmarshall@choate.com |
| Counsel to Winiadaewoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com gsaydah@ckrlaw.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC and JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | soneal@cgsh.com jbromley@cgsh.com aweaver@cgsh.com rmukhi@cgsh.com jkpark@cgsh.com |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com hward@cohenlaw.com |
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com |

In re:  **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com |
| Counsel to Washington Prime Group Inc. | Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com scarnes@cooley.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com aclark@cov.com |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | sears.service@davispolk.com |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com eweisgerber@debevoise.com |
| Counsel to Namco USA Inc. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| DFS Services, LLC | DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com WMSimkulak@duanemorris.com |
| Counsel to the Chubb Companies | Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com Cheitzenrater@duanemorris.com |
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, Hatim Yusuf, and Plaza Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #3993) | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Counsel to Prestige Bay Plaza Development  Corp. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com sak@elliottgreenleaf.com ems@elliottgreenleaf.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust | Foley & Lardner LLP | Attn: Derek L. Wright & Katherine R. Catanese | dlwright@foley.com kcatanese@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Counsel to Hanesbrands, Inc. and Sherthal, LLC | Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com mherz@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com |
| Counsel for True Value Company | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com scott.luftglass@friedfrank.com peter.siroka@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com lbrymer@fmdlegal.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Counsel to Community Unit School District 300 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com nsongonuga@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Counsel to Infinite Peripherals, Inc. | Godlstein & McClintock LLLP | Attn: Thomas R. Fawkes | tomf@goldmclaw.com |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc. | Goodwin Procter LLP | Attn: Barry Z. Bazian | gfox@goodwinlaw.com bbazian@goodwinlaw.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Counsel to Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Counsel to Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net lgu@halperinlaw.net |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com howard.upchurch@hanes.com |
| Counsel to Van Hook Service Co., Inc. | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski | sodonnell@herrick.com sselbst@herrick.com ssmith@herrick.com msekowski@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Counsel for Cushman & Wakefield Inc. | Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia. | arthur.rosenberg@hklaw.com Marc.Antonecchia@hklaw.com |
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com elvin.ramos@hklaw.com |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com jjalemany@hklaw.com |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |
| Counsel to John C. Adams and Kennylugenia Adams | Hopkins & Carley | Attn: Jay M. Ross, Monique D. Jewett-Brewster | jross@hopkinscarley.com mjb@hopkinscarley.com |
| Counsel to Matson Navigation Company, Inc. | Hughes Hubbard & Reed LLP | Attn: Christopher Gartman | chris.gartman@hugheshubbard.com |

In re:  Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com<br>mlegge@huntonak.com |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq. | hgj@jasneflorio.com<br>dlk@jasneflorio.com |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., and Amazon Services LLC. | K&L Gates LLP | Attn: Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Counsel to GBR Green Acress Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com<br>lkiss@klestadt.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com ted.dillman@lw.com |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Counsel to Dart Warehouse Corporation | Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com office@fennelllaw.com |
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | 381 Broadway | cgruen@gruenlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, and Ikeddi Imports LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com andrew.cole@leclairryan.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com alex.chase@leclairryan.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | jjorissen@losgs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |

In re:  **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith,  David W. Wirt | braynor@lockelord.com<br>asmith@lockelord.com<br>dwirt@lockelord.com |
| Counsel to DFS Services, LLC | Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Counsel to LG Electronics USA, Inc. and Valvoline | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com<br>bnathan@lowenstein.com |
| Counsel to Trinet Essential Facilities XXVII, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller | dmiller@lubinolson.com |
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com<br>raguilar@mcglinchey.com<br>rcerone@mcglinchey.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| Counsel to Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMR Properties | Meegan, Hanschu & Kassenbrock | Attn: David Meegan | dmeegan@mhksacto.com |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | ALeblanc@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq. | |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C., and Brighton Lease Management, L.L.C. | Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com jbarsalona@mnat.com |
| Counsel to SRC O.P. LLC, SRC Facilities LLC and SRC Real Estate (TX) LLC | Morrison & Foerster LLP | Attn: Brett H. Miller, Mark Alexander Lightner | BrettMiller@mofo.com Mlightner@mofo.com |
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com bbutterfield@mofo.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Counsel to Whirpool Corporation | Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com thomas.walper@mto.com |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Counsel to Coral Reef Asia Pacific a/k/a White Mountain Footwear and 266 Route 125, LLC | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Darren L. Patrick | dpatrick@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Matthew P. Kremer | mkremer@omm.com |
| Counsel to Invicta Watch Company of America, Inc. | Orshan, P.A. | Attn: Paul L. Orshan, Esq. | paul@orshanpa.com |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Counsel to GACP II, L.P. | Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com kcornish@paulweiss.com lclayton@paulweiss.com sbuergel@paulweiss.com rbritton@paulweiss.com jhurwitz@paulweiss.com |

In re:  **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Counsel to Broad Street Station, LLC c/o Collett | Pryor Cashman LLP | Attn: Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Counsel to Omega Advisors Inc. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com jonpickhardt@quinnemanuel.com andrewcorkhill@quinnemanuel.com matthewscheck@quinnemanuel.com ellisonmerkel@quinnemanuel.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com etikkanen@reisspreuss.com |
| Counsel to CM Grayson, LLC | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Community Unit School District 300 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com<br>nsmith@robbins-schwartz.com |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Counsel to East End Commons Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Counsel to Apex Tool Group, LLC and Icon DE Holdings LLC and Icon NY Holdings LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| Counsel to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |
| Counsel to the Ciuffo Family Trust | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq. | ldelucia@schiffhardin.com<br>afiedler@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com<br>alves@sewkis.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Oracle Elevator Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law mkish@sbwh.law jshafer@sbwh.law floridaservice@sbwh.law |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com sara.coelho@shearman.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for Pennsee, LLC, Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com pmryan@sorlinglaw.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com jlemkin@stark-stark.com |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com jcanfield@stroock.com sbhattacharyya@stroock.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com zylberbergd@sullcrom.com |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com ckwu@sulmeyerlaw.com |
| Counsel to KG Denim Limited | Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Alexandria Pelletieri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov |
| Counsel to Mien Co., Ltd., Helen Andrews Inc | The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| Counsel to 1803, LLC, and Camegaran, LLC | The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Counsel to MP Holdings LLC and Larry D. Kelley | Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Counsel to Village of Hoffman Estates | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| Counsel to Agri-Fab, Inc. | Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Counsel to NorthStar Group Services, Inc., and Village of Hoffman Estates | Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |

In re:  **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny SinghJared R. Friedmann, Jessie B. Mishkin, Esq. | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., and Google LLC | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Counsel to Drayton Plains (MI), LLC | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com<br>gbrunswick@willkie.com |
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | david.tillem@wilsonelser.com |
| Counsel to 4th Street South II, LLC | Witte Law Offices, PLLC | Attn: Norman C. Witte | ncwitte@wittelaw.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Counsel to Fruit of the Loom, Inc., Vanity Fair Brands, LP and Russell Brands, LLC | Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |
| Counsel to Movant Mario Aliano | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |