**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
In re                                    :
                                         :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,      :
                                         :    Case No. 18-23538 (RDD)
                                         :
                Debtors.¹                :    (Jointly Administered)
---------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

I, Gerhald R. Pasabangi, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Supplemental Cure Notice Parties Service List attached hereto as **Exhibit A**:

- Supplemental Notice of Successful Bidder and Sale Hearing

[*Remainder of the page intentionally left blank*]

---

[1] The Dbtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: February 4, 2019

_____
Gerhald R. Pasabangi

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 4, 2019, by Gerhald R. Pasabangi, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 22

**Exhibit A**

# Exhibit A

Supplemental Cure Notice Parites Service List

Served via Email

| NAME | EMAIL |
| --- | --- |
| AHO, JIMMY | Redacted |
| ANDRESEN, RANDALL | Redacted |
| ARVIA, THOMAS | Redacted |
| BAKER, ROB | Redacted |
| BHANAWAT, GEET | Redacted |
| BUCKNER, MICHAEL | Redacted |
| CONNOW, KAREN | Redacted |
| CONRAD, JEFF | Redacted |
| DASTAGIR, MOHAMMED | Redacted |
| DESALVO, THOMAS | Redacted |
| DIMMITT, STEVEN | Redacted |
| DONOHOE, RONALD | Redacted |
| EBERT, GREG | Redacted |
| ECHEGARAY, CAROLINA | Redacted |
| ERLECHMAN, DAVID | Redacted |
| FINNEY, STEPHEN | Redacted |
| GORECKI, RYAN | Redacted |
| GRABAU, AIMEE | Redacted |
| HAND, ANNE | Redacted |
| HICKS, MARK | Redacted |
| HOWARD, NASHIRA | Redacted |
| JEFFERSON, SHARRON | Redacted |
| JOHNSON, MARK | Redacted |
| JOSEPHS, SCOT | Redacted |
| LAM, ANTHONY | Redacted |
| LEGAC, KURT | Redacted |
| LEISMER, ANDREW | Redacted |
| LEMMERT, TODD | Redacted |

# Exhibit A

Supplemental Cure Notice Parites Service List

Served via Email

| NAME | EMAIL |
| --- | --- |
| LORENZ, JOHN | Redacted |
| MARSELLA, DAVID | Redacted |
| MCLEOD, GENE | Redacted |
| NUZZO, DARCY | Redacted |
| PALUCH, PAUL | Redacted |
| PEPPERNEY, JEFFREY | Redacted |
| PRICE, CARRIE | Redacted |
| SCHIELE, TYRONE | Redacted |
| SPARACINO, PETER | Redacted |
| STECKO, ERIC | Redacted |
| TAYLOR, VICTORIA | Redacted |
| THOMAS, WILLIAM | Redacted |
| WOOD, LORI | Redacted |