UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                          Chapter 11

SEARS HOLDINGS CORPORATION, et al.,:          Case No. 18-23538
                                                :
          Debtors.                              :         (Jointly Administered)
---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      COMES NOW Luvell L. Glanton of the Law Offices of Luvell L. Glanton, PLLC, 915 Jefferson Street, 2nd Floor, Nashville, Tennessee, 37208, pursuant to Loc. R. 2090-1 of the U.S. Bankruptcy Court for the Southern District of New York, and hereby files this motion for permission to appear as counsel pro *hac vice* for Tracee M. Britton and Antonio D. Roberts, creditors in the above-captioned action. A copy of a proposed order is submitted herewith.

      1.    I, Luvell L. Glanton certify that I am a member in good standing of the bar of the State of Tennessee and the U.S. District Court for the Middle District of Tennessee. I, Luvell L. Glanton do not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of New York.

      2.    I, Luvell L. Glanton give consent to be subject to the jurisdiction and rules of the New York Supreme Court governing professional conduct and am familiar with the Local Rules and agree to abide by them.

      3.    I have submitted the filing fee of $200.00 with motion for *pro hac vice* admission.

Dated: February 5, 2019.

Respectfully submitted,

LAW OFFICES OF
LUVELL GLANTON, PLLC


/s Luvell L. Glanton
Luvell L. Glanton, TN BPR No. 14172
915 Jefferson Street, 2nd Floor
Nashville, Tennessee 37208
(615) 244-4511 telephone
(615) 244-7226 facsimile
E-service address: glantonfirm@gmail.com
ATTORNEY FOR CREDITORS TRACEE M. BRITTON AND ANTONIO ROBERTS