# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **VICKI R. KINKADE,** Acting Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**LUVELL L. GLANTON**

was duly admitted to practice in said Court on

**August 19, 1997**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on    January 3, 2019    .

VICKI R. KINKADE, ACTING CLERK

By: *[signature]*

Deputy Clerk