**Exhibit 1**

**Schedule of Rejected Leases**

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|---|
| 67036 | GE Goscha 11500 West 175th Street Olathe KS 66062 | O'Reilly Auto Enterprises LLC 233 South Patterson Springfield, MO 65801 | Sears, Roebuck and Co. | 3407 W Northwest Hwy DALLAS, TX 75220 | 12/20/2018 | N/A |
| 67409 | Mackey Investments Sears, LLC 2087 East 250 North Layton UT 84040 | Halle Properties LLC 20225 North Scottsdale Road Scottsdale, AZ 85255 | Sears, Roebuck and Co. | 881 W Hillfield Rd LAYTON, UT 84041 | 12/20/2018 | N/A |
| 2371 | Triple G. Ranch, LLC c/o Greenlee Investments, LLLP Attn: Stephen Greenlee 3555 Stanford Road, Suite 204 Fort Collins CO 80525 | | Sears, Roebuck and Co. | 1400 Del Range Blvd Cheyenne, WY 82009 | 12/20/2018 | IT equipment, shelving, and furniture located within the Property. |
| 1072 | Waterloo Center LLC c/o Namdar Realty Group, LLC 150 Great Neck Road Suite 304 Great Neck NY 11021 | Richman Gordman Stores Inc 12100 West Center Road Omaha, NE 68144 | Sears, Roebuck and Co. | 2060 Crossroads Blvd Waterloo, IA 50702 | 12/20/2018 | Commercial equipment located within the Property. |
| 1334 | South Hills Village Associates LP c/o Simon Property Group Attn: EVP, Corporate Real Estate Development 225 W. Washington Street Indianapolis IN 46204 | | Sears, Roebuck and Co. | 300 S Hills Vlg South Hills, PA 15241 | 12/20/2018 | N/A |
| 1129 | Tacoma Mall Partnership c/o Simon Property Group LP 225 West Washington Street Indianapolis IN 46204 | | Sears, Roebuck and Co. | 4502 S Steele St Ste 100 Tacoma, WA 98409 | 12/20/2018 | Furniture, commercial equipment, material handling equipment, fixtures, and shelving located within the Property. |
| 24548 | RIF III - Avenue Stanford , LLC 11620 Wilshire Blvd., Suite 1000, Los Angeles, CA 90025 | | Sears Home Improvement Products, Inc. | 28159 Avenue Stanford, Unit 180, Santa Clarita, CA 91355 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |
| 24023 | Duke Realty LTD Partnership 75 Remittance Dr, Suite 3205. Chicago, IL 60675-3205 | | Sears Home Improvement Products, Inc. | 4713 Oak Fair Blvd, Tampa, FL 33610 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |
| 24509 | Regent O'Hare, L.L.C.; c/o NAI Hiffman Asset Management, LLC, 921 Busse Road, Elk Grove Village, IL 60007; Attn: Amanda Moore | | Sears Home Improvement Products, Inc. | 1500 B Higgins Rd, Elk Grove Village, IL 60007 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |
| 24005 | Arrowridge Acquisitions, LLC c/o Childress Klein, 301 S. College St., Suite 2800, Charlotte, NC 28202 | | Sears Home Improvement Products, Inc. | 8301-A Arrowbridge Blvd, Charlotte, NC 28273 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |
| 24538 | Galaxy Corporate Center, LLC 24700 Chagrin Blvd., Suite 303, Bechwood, Ohio 44122 | | Sears Home Improvement Products, Inc. | 4829 Galaxy Pkwy, Unit E, Warrensville, OH 44128 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |
| 24517 | Ridilla Delmont II 757 Lloyd Avenue, Latrobe, PA 15650 | | Sears Home Improvement Products, Inc. | 1022 Corporate Ln, Export, PA 15632 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ESTIMATED REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|---|
| 24560 | Milton Brazell<br>P.O. Box 728, 598 Flowers Court, Edisto Island, SC 29438 | | Sears Home Improvement Products, Inc. | 2110 Commerce Dr, Cayce, SC 29033 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |
| 24611 | Linbar Business Center Associates, LLC<br>Attn: Bert Mathews<br>P.O. Box 22149, Nashville, TN 37202 | | Sears Home Improvement Products, Inc. | 5010 Linbar Dr, Ste 125, Nashville, TN 37211 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |
| 24019 | Terhaar & Cronley Property Company, Inc.<br>Attn: Tony Terhaar<br>1401 East Belmont Street, Pensacola, FL 32501 | | Sears Home Improvement Products, Inc. | 8792 Ely Rd, Unit B, Pensacola, FL 32514 | 12/31/2018 | Furniture, commercial equipment, and shelving located within the Property. |