UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al.,: | Case No. 18-23538 |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## NOTICE OF FILING PROPOSED ORDER

COME NOW Creditors, Antonio D. Roberts and Tracee M. Britton, by and through their counsel of record, Luvell L. Glanton, and hereby gives notice of the filing of the attached proposed Order.

DATED this 5th day of February, 2019.

Respectfully submitted,

LAW OFFICES OF
LUVELL GLANTON, PLLC

s/Luvell L. Glanton
Luvell L. Glanton, TN BPR #14172
Attorney for Plaintiff
915 Jefferson St., 2nd Floor
Nashville, TN 37208
(615) 244-4511 / (615) 244-7226 Fax
glantonfirm@gmail.com