Stephen M. Miller (admitted *pro hac vice*)
Douglas N. Candeub
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750

Attorneys for Greensboro Lease Management, L.L.C.,
through its Liquidating Trustee, John H. Newcomer, Jr.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                      :
**In re**                                             :         **Chapter 11**
                                                      :
**SEARS HOLDINGS CORPORATION,** *et al.,*             :         **Case No. 18-23538 (RDD)**
                                                      :
        **Debtors.[1]**                               :         **(Jointly Administered)**
                                                      :
----------------------------------------------------------------x

**JOINDER OF GREENSBORO LEASE MANAGEMENT, L.L.C. IN OBJECTION OF**
**VARIOUS LANDLORDS TO NOTICES OF FILING OF REVISED PROPOSED ORDER (I)**
**APPROVING THE ASSET PURCHASE AGREEMENT AMONG SELLERS AND BUYER,**
**(II) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND**
**CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (III) AUTHORIZING**
**THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS,**
**AND LEASES IN CONNECTION THEREWITH AND (IV) GRANTING RELATED RELIEF**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Greensboro Lease Management, L.L.C., through its Liquidating Trustee, John H. Newcomer, Jr.[2] ("Greensboro"), the landlord of a lease[3] with debtor Kmart Corporation ("Kmart") as tenant, located in Greensboro, North Carolina, by its undersigned counsel, hereby joins and adopts the Objection of Various Landlords as stated in Docket Numbers 2380 and 2380-1, as if the same were set forth fully herein, to the *Notice of Filing Revised Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (IV) Granting Related Relief* [Docket No. 2332] (the "First Revised Proposed Sale Order") and the *Notice of Filing Second Revised Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (IV) Granting Related Relief* [Docket No. 2378] (the "Second Revised Proposed Sale Order" and collectively with the First Revised Sale Order, the "Landlords' Proposed Sale Order").

## RESERVATION OF RIGHTS

Greensboro expressly reserves the right to amend, supplement, and/or modify this Joinder and to file in the future additional appropriate pleadings.

---

[2]    John H. Newcomer, Jr., Esq., not in his individual capacity but solely as Liquidating Trustee under the Amended and Supplemented Order Appointing Liquidating Trustee dated August 29, 2017 in the *Matter of Arbitration between Holtzman Family Partnership and Net Lease Management Partners, L.L.C. ("NLMP"), et al.*, American Arbitration Association, Case No. 01-14-0001-6795 SL.

[3]    Greensboro is the lessor of premises leased by debtor Kmart pursuant to an unexpired lease (the "Lease") dated March 20, 1997, for nonresidential real property at 300 Penry Road, Greensboro, NC (the "Premises"). The Premises, which consist of a warehouse (not a retail store), are identified in the Lease as Kmart lease #8288. Subsequently, Sears changed the location number in its internal records, and currently refers to the property as #30961.

## **CONCLUSION**

WHEREFORE, Greensboro requests that (i) if the Court approves the proposed sale of substantially all of the Debtors' business assets to the Buyer, any order approving the sale incorporate the changes outlined in the Landlords' Proposed Sale Order and (ii) grant to Greensboro such other and further relief as is just and appropriate.

Dated:  February 5, 2019                              **MORRIS JAMES LLP**


By: _/s/ Stephen M. Miller_____
Stephen M. Miller (*Admitted Pro Hac Vice*)
Douglas N. Candeub
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:  smiller@morrisjames.com

*Attorneys for Greensboro Lease Management, L.L.C., through its Liquidating Trustee, John H. Newcomer, Jr.*