**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

Thomas J. McGowan, Esq.
*Partner*
Direct Ext.: 123
Facsimile: (516) 237-2893
Email: TomM@meltzerlippe.com

February 5, 2019

ECF Help Desk
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **Sears Holding Corporation**
                **Case No. 18-23538 (RDD)**

Dear Sir/Madam:

      By this letter I respectfully request that the following email addresses be removed from receiving any electronic filing notifications in the above-referenced action and Thomas J. McGowan, Esq. be disassociated with representing Creditor Lexington Tramk Manteca L.P.

      Email 1: tmcgowan@meltzerlippe.com

      Email 2: sbrown@meltzerlippe.com

      Email 3: mwhiteman@meltzerlippe.com

Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

Thomas J. McGowan

TJM:mw