**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x     Chapter 11

In re:

                                                        Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.

                                                         (Jointly Administered)

                                   Debtors

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, Alexander R. Tiktin, certify that I am not less than 18 years of age, and that service of the following document:

**JOINDER BY K-BAY PLAZA, LLC IN OBJECTION OF VARIOUS LANDLORDS TO NOTICES OF FILING OF REVISED PROPOSED ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT AMONG SELLERS AND BUYER, (II) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND LEASES IN CONNECTION THEREWITH AND (IV) GRANTING RELATED RELIEF [Docket No. 2407]**

was caused to be made on February 5, 2019, in the manner indicated upon the entities identified below.

Dated: February 5, 2019
      New York, NY

                                        Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.

                                        By: /s/ Alexander R. Tiktin, Esq.
                                        Alexander R. Tiktin,
                                        805 Third Avenue
                                        New York, NY 10022
                                        Telephone: (212) 752-1000
                                        Facsimile: (212)-355-4608

**Via FedEx**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Paul Schwartzberg, Esq.
Office of the United States Trustee
Region 2
201 Varick Street, Suite 1006
New York, NY 10014

**Via Court Notice of Electronic Filing ("NEF")**

Anne Marie Aaronson on behalf of
Interested Party James J. Thompson Trust
aaaronson@dilworthlaw.com

Robin S. Abramowitz on behalf of Creditor
U.S. Nonwovens Corp.
abramowitz@larypc.com, fox@larypc.com

Neil H. Ackerman on behalf of Interested
Party c/o Neil Ackerman Erica Natasha
Moore
nackerman@ackermanfox.com,
kfox@ackermanfox.com;r52605@notify.be
stcase.com

David G. Aelvoet on behalf of Creditor
Bexar County
sanantonio.bankruptcy@publicans.com

Jaime Agnew on behalf of Creditor Joyce
Franklin
jaimeagnew21@gmail.com

Richard A. Aguilar on behalf of Creditor
ARI Fleet LT
raguilar@mcglinchey.com,
aparish@mcglinchey.com

Justin Alaburda on behalf of Creditor
Robertson Heating Supply
jmalaburda@bmdllc.com

John C. Allerding on behalf of Interested
Party Luxottica Retail North America Inc.
john.allerding@thompsonhine.com

Arlene Rene Alves on behalf of Creditor
Wilmington Savings Fund Society, FSB, as
Trustee

alves@sewkis.com

Michael S. Amato on behalf of Interested
Party Colonial Properties LLC
mamato@rmfpc.com,
dolsen@rmfpc.com;smcgrath@rmfpc.com

Tara B. Annweiler on behalf of Creditor
American National Insurance Company
tannweiler@greerherz.com

Joel D. Applebaum on behalf of Creditor
Milton Manufacturing, LLC
japplebaum@clarkhill.com

Laura E. Appleby on behalf of Creditor
WSSR, LLC
appleby@chapman.com

Jenelle C Arnold on behalf of Creditor
Bayview Loan Servicing, LLC
bkecfinbox@aldridgepite.com,
jarnold@ecf.courtdrive.com

Simon Aron on behalf of Creditor Wolf
Family Series LP d/b/a Series III, Ontario
Enterprises of the Wolf Family Series LP
saron@wrslawyers.com,
jnarcise@wrslawyers.com

Peter M. Aronoff on behalf of Interested
Party United States of America
peter.aronoff@usdoj.gov

Brandon K. Bains on behalf of Interested
Party Liberty Mutual Insurance Company
bbains@l-llp.com, ehyman@l-
llp.com;ltemp@l-llp.com

Michael I. Baird on behalf of Creditor

Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

John T. Banks on behalf of Creditor Fayette
County, Kerr County, City of Weslaco,
Weslaco ISD, Kendall County, Maverick
County, & Uvalde County
jbanks@pbfcm.com,
jbanks@ecf.inforuptcy.com

Sedric Banks on behalf of Creditor Jerry
and Esther Vosburg
sedbanks@aol.com

Shari Barak on behalf of Creditor Wells
Fargo Bank, National Association
sbarak@logs.com, NYBKCourt@logs.com

Erika R. Barnes on behalf of Creditor
Whitmor, Inc.
ebarnes@stites.com

Michael Jason Barrie on behalf of Creditor
MIDAMCO
mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@
beneschlaw.com

Joseph Charles Barsalona, II on behalf of
Interested Party KBTS-Tamiami, Ltd. c/o
Federal Construction, Inc.
jbarsalona@mnat.com

Robert D. Bass on behalf of Creditor
Jackson Shopping Village, LLP, Successor
in Interest to Flamingo Sandhill, a CA
General Partnership
rbass@greenbass.com

Paul M. Basta on behalf of Debtor Sears
Holdings Corporation
pbasta@paulweiss.com

Christopher Robert Belmonte on behalf of
Interested Party Advance Magazine
Publishers Inc.
cbelmonte@ssbb.com,
pbosswick@ssbb.com,managingclerk@ssb
b.com

Richard J. Bernard on behalf of Unknown
Briggs & Stratton Corporation
rbernard@foley.com

Jill B. Bienstock on behalf of Creditor
Kellogg Sales Company
jbienstock@coleschotz.com,
fpisano@coleschotz.com

Karen C. Bifferato on behalf of Creditor
IRC Marketplace at Six Corners, L.L.C.
kbifferato@connollygallagher.com

Jeffrey E Bjork on behalf of Unknown
Simon Property Group, L.P.
jeff.bjork@lw.com

David M. Blau on behalf of Creditor
AGREE LIMITED PARTNERSHIP
dblau@clarkhill.com

Michael V. Blumenthal on behalf of
Creditor RD Management LLC, as agent for
FB Billerica Realty Investors LLC
michael.blumenthal@tklaw.com

Melissa Boey on behalf of Unknown CFP
Fire Protection, Inc.
melissa.boey@morganlewis.com

Phillip W. Bohl on behalf of Unknown
Blueline Foodservice Distribution, Inc.
phillip.bohl@gpmlaw.com

Wanda Borges on behalf of Creditor
Kenney Manufacturing Company
ecfcases@borgeslawllc.com

Dustin Parker Branch on behalf of Creditor
Acadia Realty Limited Partnership
branchd@ballardspahr.com,
carolod@ballardspahr.com

Duane Brescia on behalf of Creditor Epicor
Software Corporation
duane.brescia@clarkhillstrasburger.com,
bkrtcynotices@clarkhillstrasburger.com;don
na.krupa@clarkhillstrasburger.com;Kathi.A
lexander@clarkhillstrasburger.com

Kay Diebel Brock on behalf of Creditor
Travis County
bkecf@co.travis.tx.us

Michael D. Brofman on behalf of Creditor
CE Vernon II, LLC

mbrofman@weisszarett.com

James L. Bromley on behalf of Creditor
ESL Investments, Inc.
maofiling@cgsh.com, jbromley@cgsh.com

Lynn Hamilton Butler on behalf of Creditor
WC Independence Center LLC
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christin
e.deacon@huschblackwell.com

CRG Financial LLC on behalf of Creditor
CRG Financial LLC
allison@claimsrecoveryllc.com

Donald F. Campbell, Jr. on behalf of
Interested Party Saker ShopRites, Inc.
dcampbell@ghclaw.com

Jeffrey A. Carlino on behalf of Creditor
Voortman Cookies Limited
jacarlino@kslnlaw.com,
rabacon@kslnlaw.com

Robert Carson on behalf of Creditor
Forbes/Cohen Florida Properties, LP
rcarson@carsonfischer.com

Jamie S. Cassel on behalf of Creditor Graco
Children's Products Inc.
jsc@renozahm.com, jsc@renozahm.com

Michael J. Catalfimo on behalf of Creditor
BH North American Corporation
mcatalfimo@carterconboy.com,
hmclenithan@carterconboy.com;rmcfee@c
arterconboy.com;jstein@carterconboy.com

Katherine R. Catanese on behalf of Creditor
Victor Reagan Family Trust
kcatanese@foley.com

George B. Cauthen on behalf of Creditor
Michelin North America, Inc.
george.cauthen@nelsonmullins.com,
Linnea.hann@nelsonmullins.com;joan.kishl
ine@nelsonmullins.com

Rocco A. Cavaliere on behalf of Creditor
Alpine Creations Ltd.
rcavaliere@tarterkrinsky.com,
snobles@tarterkrinsky.com

Janine M. Cerbone on behalf of Creditor
Criteo S.A.
jfigueiredo@hahnhessen.com,
jfigueiredo@hahnhessen.com

Rudy J Cerone on behalf of Creditor
Automotive Rentals, Inc.
rcerone@mcglinchey.com

Mark J Chaney, III on behalf of Creditor
Automotive Rentals, Inc.
mchaney@mcglinchey.com,
aparish@mcglinchey.com

Scott K. Charles on behalf of Debtor Sears
Holdings Corporation
skcharles@wlrk.com, calert@wlrk.com

Michael Chatwin on behalf of Creditor
Wells Fargo Bank, National Association
NYBKCourt@logs.com

Gustavo A Chico-Barris on behalf of
Creditor Santa Rosa Mall, LLC
gchico@ferraiuoli.com

Hyun Suk Choi on behalf of Unknown
Winiadaewoo Electronics America, Inc.
hchoi@choiandpark.com,
lkleist@choiandpark.com;cpark@choiandpa
rk.com;jpatten@choiandpark.com;kmclaug
hlin@choiandpark.com

Carol Chow on behalf of Creditor LBG
Hilltop, LLC
Carol.Chow@ffslaw.com,
easter.santamaria@ffslaw.com

Shawn M. Christianson on behalf of
Creditor Oracle America, Inc.
schristianson@buchalter.com,
cmcintire@buchalter.com

Jeffrey Chubak on behalf of Creditor Shaler
Zamagias Limited Partnership
jchubak@storchamini.com

Ronald Alexander Clark, Jr. on behalf of
Creditor NCC Key Company
aclark@cov.com

Donald W. Clarke on behalf of Creditor

Levcom Wall Plaza Associates
dclarke@wjslaw.com,
dclarke@ecf.inforuptcy.com

Marvin E. Clements, Jr. on behalf of
Creditor TN Dept of Revenue
agbanknewyork@ag.tn.gov

Eboney Cobb on behalf of Creditor
Carrollton-Farmers Branch ISD
ecobb@pbfcm.com

Joshua W. Cohen on behalf of Creditor
Lakin Tire West, Inc.
jwcohen@daypitney.com,
arametta@daypitney.com

Patrick Collins on behalf of Creditor CA,
Inc.
pcollins@farrellfritz.com

Sonia E Colon on behalf of Creditor Santa
Rosa Mall, LLC
scolon@ferraiuoli.com,
edocketslit@ferraiuoli.com;scolon@ecf.cou
rtdrive.com;hruiz@ferraiuoli.com;soniaecol
on@gmail.com

Michael J. Connolly on behalf of Creditor
Michael & Margaret Reheis
mconnolly@formanlaw.com,
kanema@formanlaw.com

Andrew S. Conway on behalf of Creditor
Taubman Landlords
aconway@taubman.com

Joseph Corrigan on behalf of Creditor Iron
Mountain Information Management, LLC
bankruptcy2@ironmountain.com

Ramon Coto-Ojeda on behalf of Debtor
Sears Holdings Corporation
wmm@crlawpr.com, wmm@crlawpr.com

Julie Cvek Curley on behalf of Creditor
National Health Information Network, Inc.
jcurley@ddw-law.com,
AttorneyCvek@gmail.com;dpons@ddw-
law.com;lbarry@ddw-law.com

Kelly Rose Cusick on behalf of Creditor
Pension Benefit Guaranty Corporation

cusick.kelly@pbgc.gov, efile@pbgc.gov

Brian Custy on behalf of Creditor Jenny
Yednak
bcusty@custylaw.com

Anthony J D'Artiglio on behalf of Creditor
Allen ISD
ajd@ansellgrimm.com,
carols@ansellgrimm.com;merediths@ansell
grimm.com

Robert K. Dakis on behalf of Creditor
Allure Gems, LLC
rdakis@morrisoncohen.com,
bankruptcy@morrisoncohen.com

Richard T. Davis on behalf of Creditor
Cafaro Management Company
rdavis@cafarocompany.com

Louis Thomas DeLucia on behalf of
Creditor Ciuffo Family Trust
ldelucia@schiffhardin.com

Sam Della Fera, Jr. on behalf of Creditor
Eric I.B. Company, LLC
sdellafera@trenklawfirm.com

Christopher M. Desiderio on behalf of
Trustee/Not Bankrupt U.S. BANK
NATIONAL ASSOCIATION
cdesiderio@nixonpeabody.com

Andrew Devore on behalf of Interested
Party Cross Country Home Services, Inc.
andrew.devore@ropesgray.com,
nova.alindogan@ropesgray.com

Andrew G. Dietderich on behalf of Creditor
Fairholme Capital Management, LLC and
Fairholme Funds, Inc.
dietdericha@sullcrom.com,
s&cmanagingclerk@sullcrom.com;andrew-
dietderich-
6008@ecf.pacerpro.com;BAKERR@SULL
CROM.COM

John P. Dillman on behalf of Creditor
Angelina County
houston_bankruptcy@publicans.com

Ted A. Dillman on behalf of Unknown

Simon Property Group, L.P.
ted.dillman@lw.com

Ira S. Dizengoff on behalf of Creditor
Committee Official Committee of
Unsecured Creditors of Sears Holdings
Corporation, et al.
idizengoff@akingump.com,
afreeman@akingump.com;apreis@akingum
p.com;dkrasa-
berstell@akingump.com;nymco@akingump
.com

Caroline Djang on behalf of Creditor Niagra
Bottling, LLC
caroline.djang@bbklaw.com

Amish R. Doshi on behalf of Creditor
Oracle America, Inc.
amish@doshilegal.com

Elizabeth L Doyaga on behalf of Creditor
Select Portfolio Servicing, Inc. as servicer
for U.S. Bank National Association, as
successor trustee, on behalf of the holders
of the CSFB Mortgage-Backed Pass-
Through Certificates, Series 2002-24
edoyaga@flwlaw.com,
jspiegelman@flwlaw.com

Leo B Dubler, III on behalf of Creditor
SUZANNE MERCADO
leodubler@fast.net

Joshua A. Dunn on behalf of Creditor
Village of Hoffman Estates
jdunn@vedderprice.com,
ecfnydocket@vedderprice.com

David W. Dykhouse on behalf of Interested
Party MOAC Mall Holding LLC
dwdykhouse@pbwt.com,
mcobankruptcy@pbwt.com

Rachel E. Edwards on behalf of Interested
Party Liberty Mutual Insurance Company
redwards@l-llp.com, ehyman@l-
llp.com;ltemp@l-llp.com

Devon Eggert on behalf of Creditor
Korpack, Inc.
deggert@freeborn.com,
bkdocketing@freeborn.com

Judith Elkin on behalf of Creditor Lenox
International, Inc.
elkinj@mac.com, elkinj@mac.com

Samuel G Encarnacion on behalf of
Creditor Maria Gonzalez
same@haggertylaw.com

Marita S. Erbeck on behalf of Creditor
Distribution Funding II, LLC
marita.erbeck@dbr.com

Carrie Essenfeld on behalf of Creditor
Taubman Landlords
cessenfeld@halperinlaw.net,
cmitchell@halperinlaw.net

Daniel E. Etlinger on behalf of Creditor
Sante Marcoccia
detlinger@jennislaw.com,
karon@jennislaw.com

Kevin J Etzel on behalf of Creditor Agri-
Fab, Inc.
ketzel@vedderprice.com

Michael Eversden on behalf of Creditor
Pearl Global Industries, Ltd.
meversden@mcgrathnorth.com

Garrett A. Fail on behalf of Debtor Sears
Holdings Corporation
garrett.fail@weil.com,
Paloma.VanGroll@weil.com

Stephen Vincent Falanga on behalf of
Creditor Schindler Elevator Corporation
sfalanga@walsh.law, mvargas@walsh.law

Thomas A. Farinella on behalf of Unknown
Stockton Mariposa, LLC
tf@lawtaf.com, ecf@lawgmf.com

John T. Farnum on behalf of Creditor
LTMAC Properties, LLC
jfarnum@linowes-law.com,
jcummings@linowes-law.com

Thomas R. Fawkes on behalf of Creditor
Infinite Peripherals, Inc.
tomf@goldmclaw.com

Alan Feld on behalf of Creditor Everlast
World's Boxing Headquarters Corp.
afeld@sheppardmullin.com

Mark E. Felger on behalf of Creditor
National Distribution Centers, LLC
MFelger@cozen.com,
MBrickley@cozen.com;mmillis@cozen.com

James R. Felton on behalf of Creditor
Jackson Shopping Village, LLP, Successor
in Interest to Flamingo Sandhill, a CA
General Partnership
jfelton@greenbass.com,
mtyndall@greenbass.com

William P Fennell on behalf of Creditor
Dart Warehouse Corporation
william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com,charles.be
thel@fennelllaw.com,mblackburnjoniaux@
fennelllaw.com

John R. Fifarek on behalf of Creditor 4th
South Street II, LLC
knelson@laskyfifarek.com

Charles J. Filardi, Jr. on behalf of Creditor
Southhaven Associates LLC
cfilardi@rrlawpc.com,
abothwell@rrlawpc.com

Scott D. Fink on behalf of Creditor Toyota
Industries Commercial Finance, Inc.
brodellecf@weltman.com

Glenn M. Fjermedal on behalf of Creditor
Grand Central Plaza, LLC
gfjermedal@davidsonfink.com,
vbillups@davidsonfink.com

Jonathan L. Flaxer on behalf of Creditor
AMAV Enterprises Ltd.
jflaxer@golenbock.com,
jsavitsky@golenbock.com;mweinstein@gol
enbock.com

Ken Florey on behalf of Creditor
Community Unit School District 300
kflorey@rsnlt.com

Christopher Fong on behalf of Unknown

Cascade Water Services
cfong@nixonpeabody.com

Kiah T Ford, IV on behalf of Creditor
Hangzhou GreatStar Industrial Co., Ltd
chipford@parkerpoe.com

Edward M. Fox on behalf of Unknown
Wilmington Trust, National Association
emfox@seyfarth.com

Gregory W. Fox on behalf of Creditor
Waste Management National Services, Inc.
and its affiliates
gfox@goodwinprocter.com

Shawn Randall Fox on behalf of Creditor
Apex Systems, LLC
sfox@mcguirewoods.com

Joseph D. Frank on behalf of Creditor
Bottling Group, LLC operating as Pepsi
Beverages Company
jfrank@fgllp.com,
csucic@fgllp.com;csmith@fgllp.com

Mark A. Frankel on behalf of Creditor 233
S. Wacker, LLC
mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yaho
o.com;frankel.mark@gmail.com;frankelmr7
4702@notify.bestcase.com

Elise S. Frejka on behalf of Consumer
Privacy Ombudsman Elise S. Frejka
efrejka@frejka.com

Alana M. Friedberg on behalf of Creditor
North Plaza I, LLC
alana.friedberg@dlapiper.com

Michael Friedman on behalf of Creditor
4207602 Canada Inc. (dba Cameo Knitting)
friedman@chapman.com,
iyassin@chapman.com

Joseph Froehlich on behalf of Unknown
Cardtronics USA, Inc.
jfroehlich@lockelord.com

Patricia B. Fugee on behalf of Creditor XPO
Last Mile, Inc.
Patricia.Fugee@FisherBroyles.com,

ecf@cftechsolutions.com

Mary L. Fullington on behalf of Creditor
Fruit of the Loom, Inc.
mfullington@wyattfirm.com,
lexbankruptcy@wyattfirm.com

Thomas M. Gaa on behalf of Creditor Oath
(Americas) Inc.
tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden on behalf of Sucessor
Trustee The Bank of New York Mellon
Trust Company, N.A, as Successor Trustee
bankruptcy@clm.com

Gregg M. Galardi on behalf of Interested
Party Apex Tool Group, LLC
gregg.galardi@ropesgray.com,
nova.alindogan@ropesgray.com

Alan E. Gamza on behalf of Creditor Rosy
Blue, Inc.
Agamza@mosessinger.com,
dkick@mosessinger.com;jbonteque@moses
singer.com;kkolbig@mosessinger.com;rcor
bi@mosessinger.com

Jeffrey K. Garfinkle on behalf of Creditor
Supplylogix LLC
jgarfinkle@buchalter.com,
dcyrankowski@buchalter.com;docket@buc
halter.com

Christopher Gartman on behalf of Creditor
Matson Navigation Company, Inc.
gartman@hugheshubbard.com, corp-reorg-
department-7318@ecf.pacerpro.com

Matthew Gensburg on behalf of Creditor
Community Unit School District 300
mgensburg@gcklegal.com

Charles George on behalf of Creditor Z.A.
Sneeden's Sons, Inc.
cgeorge@wyrick.com,
abray@wyrick.com;cabitbol@wyrick.com

Stephen B. Gerald on behalf of Creditor J.
M. Smucker Company
sgerald@wtplaw.com, clano@wtplaw.com

Yann Geron on behalf of Creditor Adam

Levine Productions, Inc.
ygeron@reitlerlaw.com,
ygeronnys@ecf.epiqsystems.com;jlitos@rei
tlerlaw.com;nsantucci@reitlerlaw.com;adan
iszewski@reitlerlaw.com;asuffern@epiqglo
bal.com

Peter M. Gilhuly on behalf of Unknown
Simon Property Group, L.P.
peter.gilhuly@lw.com, peter-gilhuly-
1776@ecf.pacerpro.com

Steven A. Ginther on behalf of Creditor
Missouri department of revenue
sdnyecf@dor.mo.gov

Luvell L Glanton on behalf of Creditor
Antonio D. Roberts
glantonfirm@gmail.com

Eduardo J. Glas on behalf of Unknown
Natalie Parker
ejglas@gmail.com

Jeffrey R. Gleit on behalf of Unknown
Service.com
jgleit@sandw.com,
gschlack@sandw.com,bcooley@sandw.com
;aweiss@sandw.com,nkoslof@sandw.com,t
kethro@sandw.com

Ronald Eric Gold on behalf of Creditor
Macy's West Stores, Inc.
rgold@fbtlaw.com,
awebb@fbtlaw.com;bmparker@fbtlaw.com
;eseverini@fbtlaw.com

Michael Goldstein on behalf of Creditor
Urban Edge Properties LP and its
subsidiaries
mgoldstein@goodwinlaw.com

Brendan Goodhouse on behalf of Interested
Party Church Street LLC
bgoodhouse@cuddyfeder.com

Eric R Goodman on behalf of Creditor
American Greetings Corporation
egoodman@bakerlaw.com

Leon B Gordon on behalf of Creditor
Anderson County et al
cary.cain@mvbalaw.com,

bankruptcy@mvbalaw.com

David S. Gragg on behalf of Creditor
Alatex, A Joint Venture
dgragg@langleybanack.com,
cjohnston@langleybanack.com

Jonathan Adam Grasso on behalf of
Attorney Pierce McCoy, PLLC
jon@piercemccoy.com

Ira S. Greene on behalf of Interested Party
DFS Services, LLC
igreene@edwardswildman.com

Janice Beth Grubin on behalf of Creditor
DXC Technology Services LLC, successor
in interest to Computer Sciences
Corporation and CSC Covansys
Corporation
Janice.Grubin@leclairryan.com

Charles A. Gruen on behalf of Unknown
U.S. Bank National Association d/b/a U.S.
Bank Equipment Finance
cgruen@gruenlaw.com

Allen J. Guon on behalf of Creditor
SHERTHAL, LLC
aguon@foxrothschild.com,
aguon@foxrothschild.com

Harry M. Gutfleish on behalf of Creditor
First Real Estate Investment Trust of New
Jersey
harry@gutfleishlaw.com

Mark E. Hall on behalf of Creditor
CAPREF Burbank LLC A Delaware LLC
mhall@foxrothschild.com,
cbrown@foxrothschild.com

Aaron L. Hammer on behalf of Creditor
Horwood Marcus & Berk Chartered
ahammer@hmblaw.com,
ecfnotices@hmblaw.com

Paul E. Harner on behalf of Creditor Acadia
Realty Limited Partnership
paul.harner@lw.com

Juandisha Harris on behalf of Creditor State
of Michigan, Department of Treasury

harrisj12@michigan.gov

David Henry Hartheimer on behalf of
Unknown City of Minneapolis
david@mhlaw-ny.com,
david@clearbid.com

Jonathan Scott Hawkins on behalf of
Interested Party Great Lakes Technologies,
LLC
jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com

Patrick L. Hayden on behalf of Creditor The
Nielsen Company (US), LLC
phayden@mcguirewoods.com

Leslie C. Heilman on behalf of Creditor
Acadia Realty Limited Partnership
heilmanl@ballardspahr.com,
lanoc@ballardspahr.com

Christopher Matthew Hemrick on behalf of
Creditor GroupBy USA, Inc.
chemrick@walsh.law,
chemrick@walsh.law

Ira L. Herman on behalf of Creditor
Berkeley Mall, LLC
iherman@blankrome.com,
nybankruptcydocketing@blankrome.com;e
Docketing@blankrome.com

Neil E. Herman on behalf of Creditor
Kimco Realty Corporation
Nherman@morganlewis.com

Michael R. Herz on behalf of Creditor
CAPREF Burbank LLC A Delaware LLC
mherz@formanlaw.com,
cbrown@formanlaw.com

George Bernard Hofmann on behalf of
Creditor Propel Trampolines LLC
ghofmann@cohnekinghorn.com,
mparks@cohnekinghorn.com

Marie Polito Hofsdal on behalf of Creditor
Broad Street Station LLC c/o Collett
mhofsdal@pryorcashman.com

James J. Holman on behalf of Interested
Party Aramark Corporation

jjholman@duanemorris.com

Caleb T. Holzaepfel on behalf of Creditor
CBL & Associates Management Inc.
caleb.holzaepfel@huschblackwell.com

Robert Honeywell on behalf of Creditor
Amazon Payments, Inc.
robert.honeywell@klgates.com,
brian.koosed@klgates.com

Joon P. Hong on behalf of Creditor Thanh
Cong Textile Garment Investment Trading
Joint Stock Company
joonhong@chapman.com

Benjamin Hugon on behalf of Creditor
Winners Industry Co., Ltd.
bhugon@mckoolsmith.com,
nsauter@mckoolsmith.com

Hanh Vinh Huynh on behalf of Creditor
Manlaw Investment Company, Ltd.
hhuynh@rubinlawllc.com,
hhuynh@rubinlawllc.com

Allison Akiko Ito on behalf of Unknown
Hawaii Intercontinental Corporation
aito@hibklaw.com

Russell Jackson on behalf of Creditor
Corrina Beth Kenwisher
rjackson@thomasjhenrylaw.com

Hugh G. Jasne on behalf of Unknown Data
Print Technologies, Inc.
jf@jasneflorio.com, hgj@jasneflorio.com

Dwight Jefferson on behalf of Creditor
DAVID DEEDS
djefferson@coatsrose.com

Christian Paul Jensen on behalf of
Stockholder Thomas Tisch
jensenc@sullcrom.com

Monique Debrikka Jewett-Brewster on
behalf of Creditor John C. Adams
mjb@hopkinscarley.com,
eamaro@hopkinscarley.com

William Austin Jowers on behalf of
Creditor Husqvarna Consumer Outdoor

Products N.A.
ajowers@kslaw.com

Allen G. Kadish on behalf of Creditor
Community Unit School District 300
akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@arch
erlaw.com;hbreakstone@archerlaw.com

Vera N Kanova on behalf of Creditor
Commonwealth of PA Dept. of
Environmental Protection
verkanova@pa.gov

Alan H Katz on behalf of Creditor Pension
Benefit Guaranty Corporation
akatz@lockelord.com

Alan F. Kaufman on behalf of Creditor Pratt
Corrugated Holdings, Inc.
akaufman@hinshawlaw.com

William E. Kelleher, Jr. on behalf of
Creditor Bonita Casa, LLC
wkelleher@cohenlaw.com,
mgraeb@cohenlaw.com;hward@cohenlaw.
com

Steven W. Kelly on behalf of Creditor
AmCap Wilson II, LLC
skelly@s-d.com

Gerald P. Kennedy on behalf of Creditor
MCS Hemet Valley Center LLC
gerald.kennedy@procopio.com,
kristina.terlaga@procopio.com;calendaring
@procopio.com

Ferve E. Khan on behalf of Creditor
American Greetings Corporation
fkhan@bakerlaw.com

Erin C. Kim on behalf of Creditor Pension
Benefit Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Jane Kim on behalf of Creditor TmaxSoft,
Inc.
jkim@kellerbenvenutti.com

Alan M Kindred on behalf of Creditor
Beauty 21 Cosmetics, Inc.
akindred@leechtishman.com,

dtomko@leechtishman.com;ghauswirth@leechtishman.com

Edward M. King on behalf of Creditor Sitel Operating Corporation
tking@fbtlaw.com

Dawn Kirby on behalf of Creditor Bonnier Corp.
dkirby@ddw-law.com, btepper@ddw-law.com;dap@ddw-law.com

Lauren Catherine Kiss on behalf of Creditor GLP US Management, LLC and its affiliates
lkiss@klestadt.com

Richard Klass on behalf of Creditor Anthony Scullari
richklass@courtstreetlaw.com

Sarah J Klebolt on behalf of Creditor 14 Oaks Associates, LLC
sjk@carmodymacdonald.com, ala@carmodymacdonald.com

Jeremy C. Kleinman on behalf of Attorney Jeremy C. Kleinman
jkleinman@fgllp.com

Tracy L. Klestadt on behalf of Creditor Shidler/West Finance Partners V L.P.
tklestadt@klestadt.com, tklestadt@yahoo.com

John R. Knapp, Jr. on behalf of Creditor PeopleReady, Inc.
john.knapp@millernash.com, lisa.petras@millernash.com

Lawrence J. Kotler on behalf of Creditor Riskonnect, Inc.
ljkotler@duanemorris.com

Matthew Patrick Kremer on behalf of Interested Party [24]7.ai, Inc.
mkremer@omm.com, mpkremer@gmail.com

David S. Kupetz on behalf of Creditor Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group,

LLC
dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com

Jeffrey Kurtzman on behalf of Creditor BET Investments
jkurtzma@klehr.com

Alyssa E. Kutner on behalf of Creditor C.J. Segerstrom & Sons
kutnera@ballardspahr.com

Michael Kwiatkowski on behalf of Creditor Appalachian Power Company
mkwiatkowski@msek.com, lgomez@msek.com

Paul J. Labov on behalf of Creditor Cleva North America and Cleva Hong Kong
plabov@foxrothschild.com, msteen@foxrothschild.com

Darryl S. Laddin on behalf of Unknown Orkin, LLC
bkrfilings@agg.com

Keith A Langley on behalf of Interested Party Liberty Mutual Insurance Company
klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com

Fernand L Laudumiey, IV on behalf of Creditor Richards Canal Street Property, LLC
laudumiey@chaffe.com

Lacy Martin Lawrence on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.
llawrence@akingump.com, txdocketing@akingump.com

Vincent Edward Lazar on behalf of Creditor Electrolux Home Care Products, Inc.
vlazar@jenner.com

Gilbert A. Lazarus on behalf of Creditor Vandale Industries, Inc.
gillazarus@gmail.com

Harlan Mitchell Lazarus on behalf of

Creditor Cudlie Accessories LLC
hmllaw@att.net,
hlazarus@lazarusandlazarus.com

Robert L. LeHane on behalf of Creditor 1
Imeson Park Blvd, LLC
KDWBankruptcyDepartment@Kelleydrye.
com;MVicinanza@ecf.inforuptcy.com

Paul D. Leake on behalf of Interested Party
Bank of America, N.A.
wendy.lamanna@skadden.com;andrea.chou
prouta@skadden.com

Andrew M Leblanc on behalf of Interested
Party Cyrus Capital Partners, L.P.
aleblanc@milbank.com

Bernice C Lee on behalf of Creditor SVAP
Golf Mill Retail II, L.P.
blee@slp.law, dwoodall@slp.law

Michael Skoy Legge on behalf of Creditor
McLane Company, Inc.
mlegge@huntonak.com,
tkracht@huntonak.com;rphair@huntonak.c
om;ghesse@huntonak.com

Joseph H. Lemkin on behalf of Creditor
Canon Financial Services, Inc.
jlemkin@stark-stark.com

William J. Levant on behalf of Creditor
Mac Dade Mall Associates, L.P.
efile.wjl@kaplaw.com

Richard B. Levin on behalf of Unknown
Reynolds Consumer Products LLC
rlevin@jenner.com

Mark Levine on behalf of Respondent
Lavarita Meriwether
mlevine@ssbny.com

Lawrence A. Lichtman on behalf of
Creditor Aaron Gershenson Family
Properties, LLC
llichtman@honigman.com,
litdocket@honigman.com

Jessica Liou on behalf of Debtor Sears
Holdings Corporation
jessica.liou@weil.com

Alan Jay Lipkin on behalf of Creditor
Drayton Plains (MI), LLC
alipkin@willkie.com,
maosbny@willkie.com

Robert Liubicic on behalf of Interested
Party Cyrus Capital Partners, L.P.
rliubicic@milbank.com

Armando Llorens on behalf of Unknown
Felix Calls , LLC
armando@furgang.com

Jacqulyn S. Loftin on behalf of Creditor
Amazon Web Services, Inc.
jsl@lhmlawfirm.com

Brian J. Lohan on behalf of Creditor AT&T
brian.lohan@arnoldporter.com

John G. Loughnane on behalf of Creditor
The Davis Companies
jloughnane@nutter.com

Donald K. Ludman on behalf of Creditor
SAP Industries, Inc.
dludman@brownconnery.com

Christopher A. Lynch on behalf of Creditor
Beeline.com, Inc.
clynch@reedsmith.com

Howard P. Magaliff on behalf of Creditor
Sante Marcoccia
hmagaliff@r3mlaw.com,
hcolon@r3mlaw.com

Christopher J. Major on behalf of Creditor
Royal Consumer Products, LLC
cjm@msf-law.com, bm@msf-law.com

Colleen Maker on behalf of Creditor
Schindler Elevator Corporation
cmaker@walsh.law

Jacqueline Marcus on behalf of Debtor
A&E Factory Service, LLC
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@wei
l.com;candace.arthur@weil.com

Jennifer L. Marines on behalf of Creditor

ICON Health & Fitness, Inc.
jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-
1173@ecf.pacerpro.com

Ilan Markus on behalf of Creditor Benenson
Capital Partners, LLC and Brooks Shopping
Centers, LLC
ilan.markus@leclairryan.com,
andrew.cole@leclairryan.com

Jonathan D. Marshall on behalf of Creditor
Wells Fargo Bank, National Association
jmarshall@choate.com

Rachel J. Mauceri on behalf of Unknown
Maersk Agency U.S.A., Inc., as agent for
Maersk Line A/S
rmauceri@morganlewis.com

Laurence May on behalf of Creditor K-Bay
Plaza, LLC
lmay@eisemanlevine.com

Sandra E. Mayerson on behalf of Creditor -
- Securian Life Insurance
sandy@mhlaw-ny.com

Shlomo Maza on behalf of Creditor GACP
II, L.P.
shlomomaza@paulhastings.com

Matthew McCann on behalf of Creditor Ray
Padula Holdings, LLC
mmccann@swc-law.com, mmccann@swc-
law.com

William McCarron, Jr. on behalf of Creditor
Pension Benefit Guaranty Corporation
mccarron.william@pbgc.gov,
efile@pbgc.gov

John G. McCarthy on behalf of Creditor
Enhanced Recovery Company, LLC,
successor to TeleSight, LLC d/b/a ERC
Market Research
jmccarthy@sgrlaw.com,
nyoecf@sgrlaw.com

Richard J. McCord on behalf of Creditor
Studio 1 Div. of Shazdeh Fashions
RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certil

manbalin.com;rnosek@certilmanbalin.com

Sawnie A. McEntire on behalf of Interested
Party Cushman & Wakefield Inc.
smcentire@pmmlaw.com

Thomas James McGowan on behalf of
Creditor Lexington Tramk Manteca L.P.
tmcgowan@meltzerlippe.com,
sbrown@meltzerlippe.com;mwhiteman@m
eltzerlippe.com

Brian S. McGrath on behalf of Creditor ARI
Fleet LT
bmcgrath@mcglinchey.com

David M. Meegan on behalf of Unknown
CEMR Properties
jhutton@mhksacto.com,
jhutton@mhksacto.com

Deborah Jill Michelson on behalf of
Unknown Arca Industrial (NJ), Inc.
michelson@mgfl-law.com

Brett H. Miller on behalf of Interested Party
SRC O.P. LLC, SRC Facilities LLC and
SRC Real Estate (TX) LLC
bmiller@mofo.com, brett-miller-
1388@ecf.pacerpro.com

Curtis S. Miller on behalf of Interested
Party LEFMARK Tamiami, Inc.
cmiller@mnat.com

Dennis D. Miller on behalf of Creditor
Trinet Essential Facilities XXVII, Inc.
dmiller@steinlubin.com

Stephen M. Miller on behalf of Creditor
Yoder-17th Street Properties, LLC
smiller@morrisjames.com,
wweller@morrisjames.com;jdawson@morri
sjames.com

Russell W. Mills on behalf of Creditor
M&G Jewelers, Inc.
rmills@bellnunnally.com,
nsummerville@bellnunnally.com

Joseph Thomas Moldovan on behalf of
Creditor Allure Gems, LLC
bankruptcy@morrisoncohen.com

Carol E. Momjian on behalf of Creditor
Commonwealth of Pennsylvania,
Department of Revenue
cmomjian@attorneygeneral.gov

Laura J. Monroe on behalf of Creditor
Lubbock Central Appraisal District
lmbkr@pbfcm.com,
krobertson@ecf.inforuptcy.com

Kevin P. Montee on behalf of Creditor
Hudson Concourse, LLC
kmontee@monteeassociates.com,
kmontee@monteeassociates.com

Julie F. Montgomery on behalf of Creditor
SAP Industries, Inc.
jmontgomery@brownconnery.com

Courtney Morgan on behalf of Creditor
Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov,
efile@pbgc.gov

Michael L. Moskowitz on behalf of
Creditor Aspen Refrigerants, Inc.
mlm@weltmosk.com,
mkj@weltmosk.com;mag@weltmosk.com

John Mueller on behalf of Creditor
Maynardville Pike LP
jmueller@lippes.com, rfink@lippes.com

Rahul Mukhi on behalf of Creditor ESL
Investments, Inc.
rmukhi@cgsh.com, maofiling@cgsh.com

Edgardo Munoz on behalf of Creditor
PLAZA JUANA DIAZ INC
emunozpsc@gmail.com

Klaus Peter Muthig, I on behalf of Creditor
Maricopa County Treasurer
muthigk@mcao.maricopa.gov

Bruce S. Nathan on behalf of Interested
Party LG Electronics Alabama, Inc.
bnathan@lowenstein.com,
msavetsky@lowenstein.com

Edward E. Neiger on behalf of Creditor
City Choice Limited

eneiger@askllp.com,
lmiskowiec@askllp.com

Kevin Michael Newman on behalf of
Creditor Aviation Mall NewCo, LLC
knewman@barclaydamon.com

Victor Newmark on behalf of Creditor 156
Tom Hill, LLC
vnewmark@evict.net

Timothy F. Nixon on behalf of Creditor
A.O. Smith Corporation
tnixon@gklaw.com,
kboucher@gklaw.com;pbrellenthin@gklaw.com

Sean E. O'Donnell on behalf of Spec.
Counsel Proposed Special Conflicts
Counsel to the Official Committee of
Unsecured Creditors
sodonnell@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com

Sean A. O'Neal on behalf of Creditor ESL
Investments, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe on behalf of Creditor JW
Mitchell Company, LLC
sokeefe@okeefelc.com,
seanaokeefe@msn.com

Rachel R Obaldo on behalf of Creditor
Texas Comptroller of Public Accounts
bk-robaldo@oag.texas.gov,
sherri.simpson@oag.texas.gov

Thomas S. Onder on behalf of Creditor
67500 South Main Street, Richmond, LLC
tonder@stark-stark.com

Mark Russell Owens on behalf of Interested
Party Urschel Development Corporation
mowens@btlaw.com,
mowens@btlaw.com;bankruptcyindy@btlaw.com

Jennifer Kennedy Park on behalf of Creditor
ESL Investments, Inc.
jkpark@cgsh.com

Richard J. Parks on behalf of Creditor Sun
Industrial, Inc.
rjp@pietragallo.com,
ms@pietragallo.com;jk@pietragallo.com

Barbra R. Parlin on behalf of Creditor
Fringe Area (II), S.E.
barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com,glenn.huzinec@hk
law.com

Paul J. Pascuzzi on behalf of Creditor The
McClatchy Company
ppascuzzi@ffwplaw.com

Jennifer Pastarnack on behalf of Interested
Party Whitebox Asymmetric Partners LP
jennifer.pastarnack@cliffordchance.com

Kristen N. Pate on behalf of Creditor
Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

Richard C. Pedone on behalf of Trustee/Not
Bankrupt U.S. BANK NATIONAL
ASSOCIATION
rpedone@nixonpeabody.com

Melissa A. Pena on behalf of Creditor
Ecolab, Inc.
mapena@nmmlaw.com,
pfreda@nmmlaw.com

Eloy A Peral on behalf of Unknown Lake
Plaza Shopping Center LLC
eperal@wilkauslander.com

Phillip Russell Perdew on behalf of
Interested Party Pension Benefit Guaranty
Corporation
rperdew@lockelord.com,
kmorehouse@lockelord.com;chicagodocket
@lockelord.com

Frank Peretore on behalf of Creditor Tri-
County Mall, LLC
fperetore@csglaw.com, ecf@csglaw.com

Deborah M Perry on behalf of Creditor
International Airport Center, Inc.
dperry@munsch.com

Albena Petrakov on behalf of Unknown

Saul Subsidiary I, LP
apetrakov@offitkurman.com

Douglas J. Pick on behalf of Creditor
Norton Mailman Associates
dpick@picklaw.net, ezabicki@picklaw.net

Michael Ryan Pinkston on behalf of
Unknown Wilmington Trust, National
Association
rpinkston@seyfarth.com

Curtis M. Plaza on behalf of Unknown The
Joe and Frances McCann Family Limited
Partnership
cplaza@riker.com, tschellhorn@riker.com

Dana S. Plon on behalf of Creditor Loyal
Holdings DE LLC
dplon@sirlinlaw.com

David L. Pollack on behalf of Creditor
Acadia Realty Limited Partnership
pollack@ballardspahr.com

Cynthia L Pollick on behalf of Creditor
Karen Smith
pollick@lawyer.com

Kimberly A. Posin on behalf of Interested
Party Extreme Networks, Inc.
kim.posin@lw.com

Constantine Dean Pourakis on behalf of
Unknown East Penn Manufacturing Co.
cp@stevenslee.com

Jennifer L. Pruski on behalf of Creditor MP
Holdings LLC and Larry D. Kelley
jpruski@trainorfairbrook.com

Robert L. Pryor on behalf of Creditor ABC
Supply Co. Inc.
rlp@pryormandelup.com

Chad Pugatch on behalf of Creditor CM
Grayson, LLC
cpugatch.ecf@rprslaw.com

Anthony M. Rainone on behalf of Creditor
iStar Jewelry, LLC
arainone@bracheichler.com

Shane Ramsey on behalf of Creditor Retail
Opportunity Investments Corp.
shane.ramsey@nelsonmullins.com,
jennifer.murray@nelsonmullins.com;emille
r@bayardlaw.com;SMacon@bayardlaw.co
m

Paul L. Ratelle on behalf of Interested Party
FG, LLC
pratelle@fwhtlaw.com

Gary O. Ravert on behalf of Creditor ADT
LLC d/b/a Protection One
gravert@ravertpllc.com,
gary.ravertpllc@gmail.com

Jeffrey A. Reich on behalf of Creditor
Union Center Realty, LLC
reichlaw@reichpc.com

Norman Neville Reid on behalf of Creditor
Chamberlain Group, Inc.
nreid@foxswibel.com

Annemarie V. Reilly on behalf of Interested
Party Extreme Networks, Inc.
annemarie.reilly@lw.com

Ryan C. Reinert on behalf of Creditor
Manco Florida Associates, LLC
rreinert@shutts.com,
juanitasanchez@shutts.com

Guy A. Reiss on behalf of Creditor Miele,
Inc.
greiss@reisspreuss.com

Carol Ann Rich on behalf of Creditor
Lockhart Realty Inc
crich@dudleylaw.com

Steven Richman on behalf of Creditor
Epicor Software Corporation
srichman@clarkhill.com

Michael J. Riela on behalf of Creditor
Vertical Industrial Park Associates
riela@thsh.com

Fred B. Ringel on behalf of Creditor East
End Commons Associates LLC
fbr@robinsonbrog.com

Christy Rivera on behalf of Creditor One
World Technologies, Inc. d/b/a Techtronic
Industries Power Equipment
christy.rivera@nortonrosefulbright.com

Jennifer L. Rodburg on behalf of Creditor
770 Broadway Owner LLC
jennifer.rodburg@friedfrank.com,
managingattorneysdepartment@friedfrank.c
om

Beth Ellen Rogers on behalf of Creditor
Serta Simmons Bedding, LLC
brogers@berlawoffice.com

Laurel D. Roglen on behalf of Interested
Party Magformers, LLC
roglenl@ballardspahr.com,
lanoc@ballardspahr.com

Alexis J. Rogoski on behalf of Unknown
XL Specialty Insurance Company Ltd. c/o
Michael B. Chester, Esq., Boundas,
Skarzynski, Walsh & Black, LLC
arogoski@skarzynski.com

Mark S. Roher on behalf of Creditor Action
Time, Inc.
mroher@markroherlaw.com,
ecf@markroherlaw.com;ecf2@markroherla
w.com

Kristen D Romano on behalf of Creditor
ARI Fleet LT
kromano@mcglinchey.com

Julie H Rome-Banks on behalf of Creditor
Wilshire Investments, LLC
julie@bindermalter.com

Robert M. Rosen on behalf of Interested
Party Cushman & Wakefield Inc.
rrosen@pmmlaw.com

Sanford Philip Rosen on behalf of Creditor
Cranston/BVT Associates, LLP
srosen@rosenpc.com

Arthur E. Rosenberg on behalf of Interested
Party Cushman & Wakefield Inc.
arthur.rosenberg@hklaw.com

David A. Rosenzweig on behalf of Creditor

Living Spaces Furniture, LLC
david.rosenzweig@nortonrosefulbright.com

Douglas B. Rosner on behalf of Creditor
Cape Town Plaza LLC
drosner@goulstonstorrs.com

Beth J. Rotenberg on behalf of Unknown
Cardinal Health 110 LLC
brotenberg@csglaw.com, ecf@csglaw.com

Paul Rubin on behalf of Creditor RubyRed
Garment Manufacturing S.A.E.
(Jerseywear)/Egypt
prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Myrna Ruiz-Olmo on behalf of Creditor
Puerto Rico Supplies Group, Inc.
mro@prbankruptcy.com,
tbp@prbankruptcy.com,lsg@prbankruptcy.
com

Maura I. Russell on behalf of Creditor
Sakar International
mrussell@ckrlaw.com

Patrick Morgan Ryan on behalf of Creditor
Charles Pugh
pmryan@sorlinglaw.com,
smjordan@sorlinglaw.com

CARL JOSEPH SORANNO on behalf of
Creditor iStar Jewelry, LLC
csoranno@bracheichler.com,
dfamula@bracheichler.com;jpmartin@brac
heichler.com

Thomas James Salerno on behalf of
Interested Party Telesoft Corp
thomas.salerno@stinson.com,
Karen.graves@stinson.com

Diane W. Sanders on behalf of Creditor
Aransas county
austin.bankruptcy@lgbs.com

Joseph E. Sarachek on behalf of Creditor
Helen Andrews Inc.
joe@saracheklawfirm.com,
jon@saracheklawfirm.com

Robert M. Sasloff on behalf of Creditor

Avenel Realty Associates, LLC
rms@robinsonbrog.com

Bruce M. Sattin on behalf of Creditor
Alexandria Pelletteri
bsattin@szaferman.com

Russell W. Savory on behalf of Creditor
BICO Associates GP
russ@bsavory.com

Gilbert R. Saydah, Jr. on behalf of Creditor
Bradshaw Westwood Trust
gsaydah@ckrlaw.com

Courtney A Schael on behalf of Unknown
Shinn Fu Company of America, Inc.
cschael@ashfordnjlaw.com,
mrogers@ashfordnjlaw.com

Michael L. Schein on behalf of Creditor
NorthStar Group Services, Inc.
mschein@vedderprice.com,
ecfnydocket@vedderprice.com;docketing-
6992@ecf.pacerpro.com;michael-schein-
3874@ecf.pacerpro.com

Aaron J. Scheinfield on behalf of Creditor
Alliance Material Handling Corp.
aaron@bk-lawyer.net

Frederick E. Schmidt on behalf of Creditor
Scents of Worth, Inc.
eschmidt@cozen.com

Bradley Schneider on behalf of Creditor
Whirlpool Corporation
bradley.schneider@mto.com

Edward L. Schnitzer on behalf of Attorney
Edward L. Schnitzer
eschnitzer@ckrlaw.com

Ray C Schrock on behalf of Debtor Kmart
Holding Corporation
ray.schrock@weil.com,
matthew.goren@weil.com

Christopher P. Schueller on behalf of
Creditor FedEx Supply Chain, Inc. and
FedEx Custom Critical, Inc.
christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@b

ipc.com

H. Jeffrey Schwartz on behalf of Creditor
Winners Industry Co., Ltd.
hjschwartz@mckoolsmith.com,
hjschwartz@mckoolsmith.com

Gary F Seitz on behalf of Creditor Yang
Ming (America) Corp.
gseitz@gsbblaw.com,
gary.seitz@gmail.com

Michelle Marie Sekowski on behalf of
Spec. Counsel Proposed Special Conflicts
Counsel to the Official Committee of
Unsecured Creditors
msekowski@herrick.com,
courtnotices@herrick.com;lporetsky@herri
ck.com

Stephen B. Selbst on behalf of Spec.
Counsel Proposed Special Conflicts
Counsel to the Official Committee of
Unsecured Creditors
sselbst@herrick.com,
courtnotices@herrick.com;lporetsky@herri
ck.com

Richard M. Seltzer on behalf of Creditor
International Union, UAW
rseltzer@cwsny.com, ecf@cwsny.com

Yaron Shaham on behalf of Creditor
Panache International LLC
yshaham@kahanafeld.com

Michael Abtin Shakouri on behalf of
Creditor Niagara Realty LLC
mshakouri@goodkinlynch.com

Ross G Shank on behalf of Creditor
CenturyLink Communications, LLC
rshank@kasowitz.com,
courtnotices@kasowitz.com

Karen Sheehan on behalf of Creditor
PennyMac Corp.
ksheehan@flwlaw.com,
jspiegelman@flwlaw.com

Bradley S. Shraiberg on behalf of Creditor
CompuCom Systems, Inc.
bss@slp.law,

dwoodall@slp.law;blee@slp.law;bshraiberg
ecfmail@gmail.com

Michelle E. Shriro on behalf of Creditor
Summit Portraits, LLC
mshriro@singerlevick.com,
scotton@singerlevick.com;croote@singerle
vick.com

Andrew I. Silfen on behalf of Interested
Party Cheddars Casual Cafe, Inc.
andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com

Leah Silverman on behalf of Creditor
Olympus Peak Master Fund LP
lsilverman@opeaklp.com

Kevin J. Simard on behalf of Creditor Wells
Fargo Bank, National Association
ksimard@choate.com

Wendy M. Simkulak on behalf of Creditor
Chubb Companies
wmsimkulak@duanemorris.com

Sunny Singh on behalf of Debtor Sears
Holdings Corporation
sunny.singh@weil.com,
Andriana.Georgallas@weil.com;Paloma.Va
nGroll@weil.com;Vincent.Yiu@weil.com;
Philip.DiDonato@weil.com

Peter B. Siroka on behalf of Interested Party
Seritage Growth Properties
peter.siroka@friedfrank.com,
aaron_rothman@friedfrank.com;alix.brozm
an@friedfrank.com;ManagingAttorneysDep
artment@friedfrank.com

Doug Skierski on behalf of Creditor Quest
Resource Management Group LLC
enotices@skijain.com

Daniel W. Sklar on behalf of Creditor 266
Route 125, LLC
dsklar@nixonpeabody.com,
ccarlin@nixonpeabody.com

Aaron C. Smith on behalf of Creditor
Pension Benefit Guaranty Corporation
asmith@lockelord.com,
chicagodocket@lockelord.com;jcataldo@lo

ckelord.com

Neal Smith on behalf of Creditor
Community Unit School District 300
nsmith@robbins-schwartz.com

Steven B Smith on behalf of Spec. Counsel
Proposed Special Conflicts Counsel to the
Official Committee of Unsecured Creditors
ssmith@herrick.com,
ssmith@herrick.com;lporetsky@herrick.co
m;courtnotices@herrick.com

Natasha M. Songonuga on behalf of
Creditor American Lebanese Syrian
Associated Charities, Inc.
nsongonuga@gibbonslaw.com

Owen M. Sonik on behalf of Creditor
Spring Branch Independent School District,
et al.
osonik@pbfcm.com,
tpope@pbfcm.com;osonik@ecf.inforuptcy.
com

James E. Sorenson on behalf of Creditor
Florida Self-Insurers Guaranty Association,
Inc.
bk@svllaw.com, jim@svllaw.com

Fredric Sosnick on behalf of Creditor Sears
Hometown and Outlet Stores, Inc.
fsosnick@shearman.com

Sean C. Southard on behalf of Creditor GLP
US Management, LLC and its affiliates
ssouthard@klestadt.com

Penny R. Stark on behalf of Creditor
Caparra Center Associates/San Patricio
Plaza
pstarkesq@gmail.com

Matthew Benjamin Stein on behalf of
Creditor Steel 1111 LLC
mstein@kasowitz.com,
courtnotices@kasowitz.com

Miriam R Stein on behalf of Creditor MJ
Holding Company, LLC
mstein@chuhak.com

Rick Aaron Steinberg on behalf of

Interested Party TOTE, Inc.
rsteinberg@pricemeese.com

Richard A. Stieglitz, Jr. on behalf of
Creditor SHLD Lendco, LLC
RStieglitz@cahill.com,
MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand on behalf of Creditor
Dell Financial Services L.L.C.
streusand@slollp.com, prentice@slollp.com

Philip E. Strok on behalf of Creditor Paco
(China) Garment Ltd.
pstrok@swelawfirm.com,
gcruz@swelawfirm.com;csheets@swelawfi
rm.com;jchung@swelawfirm.com

Enid Nagler Stuart on behalf of Creditor
New York State Department of Taxation &
Finance
enid.stuart@ag.ny.gov,
ted.berkowitz@ag.ny.gov

Joshua Sturm on behalf of Interested Party
Duff & Phelps, LLC
joshua.sturm@ropesgray.com

Matthew G. Summers on behalf of Creditor
Acadia Realty Limited Partnership
summersm@ballardspahr.com

Vivek Suri on behalf of Creditor KG Denim
Limited
info@viveksuri.com,
lawyer@surilawoffice.com

Casey Cantrell Swartz on behalf of Creditor
CIVF V-OH1M03, LLC
cswartz@taftlaw.com

Daniel R. Swetnam on behalf of Interested
Party 5330 Crosswind, LLC
Daniel.Swetnam@icemiller.com,
Deborah.Martin@icemiller.com

Douglas T. Tabachnik on behalf of Creditor
Certain Texas Taxing Entities
dtabachnik@dttlaw.com,
rdalba@dttlaw.com

Stanley B. Tarr on behalf of Creditor
Hansae Co. Ltd.

tarr@blankrome.com

David R Taxin on behalf of Unknown 5525
S. Soto St. Associates
davidtaxin@dahannowick.com

Andrew Tenzer on behalf of Creditor
GACP II, L.P.
andrewtenzer@paulhastings.com

Brett S. Theisen on behalf of Creditor
Henkel Corporation
btheisen@gibbonslaw.com

David L. Tillem on behalf of Unknown
Putnam County
tillemd@wemed.com

My Chi To on behalf of Creditor Cascade
Investment, L.L.C. & SL Agent, LLC
mcto@debevoise.com,
amcdermott@debevoise.com

Gordon J. Toering on behalf of Creditor
Chervon (HK), Ltd.
gtoering@wnj.com

Kevin Tompsett on behalf of Creditor Van
Hook Service Co., Inc.
ktompsett@harrisbeach.com,
frichenberg@harrisbeach.com

Michael Tsang on behalf of Creditor 1803,
LLC
mtsang@tsanglawfirm.com

Ronald M. Tucker on behalf of Unknown
Simon Property Group, L.P.
rtucker@simon.com,
bankruptcy@simon.com

Curtis Lee Tuggle on behalf of Creditor
Administration Agreement Parties c/o
Thompson Hine, LLP
curtis.tuggle@thompsonhine.com,
ECFDocket@thompsonhine.com

Andrew P. Tureaud on behalf of Creditor
909 Group, L.P.
atureaud@kblaw.com,
atureaud@kblaw.com

Bethany Turke on behalf of Creditor Brian

Van Vooren
brt@wexlerwallace.com,
ecf@wexlerwallace.com

Marshall C. Turner on behalf of Creditor
CBL & Associates Management Inc.
marshall.turner@husch.com, marshall-
turner-8668@ecf.pacerpro.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Veronique Urban on behalf of Creditor
Midwood Management Corp.
vurban@farrellfritz.com

Seth Van Aalten on behalf of Creditor
Washington Prime Group Inc.
svanaalten@cooley.com, efiling-
notice@ecf.pacerpro.com

James Christopher Vandermark on behalf of
Creditor Cisco Systems Inc.
vandermarkj@whiteandwilliams.com

Lori V. Vaughan on behalf of Creditor
Great Eastern Corporation d/b/a North
River Village GEC, LLC
lvaughan@trenam.com,
mmosbach@trenam.com;mwoods@trenam.
com

James J. Vincequerra on behalf of Creditor
Cupid Foundations, Inc.
James.Vincequerra@alston.com

Kaitlin R. Walsh on behalf of Creditor
Suzhou Chunju Electric Co. Ltd.
KRWalsh@mintz.com,
docketing@mintz.com

David H. Wander on behalf of Creditor
Electronics for Imaging, Inc.
dhw@dhclegal.com

Eric Waxman on behalf of Creditor
ARGONAUT INSURANCE COMPANY
eric.waxman@cwt.com,
nyecfnotice@cwt.com

Andrew W. Weaver on behalf of Creditor
ESL Investments, Inc.
aweaver@cgsh.com, maofiling@cgsh.com

Adam J. Webb on behalf of Creditor
Washington Prime Group Inc.
awebb@fbtlaw.com

William P. Weintraub on behalf of
Unknown Wicked Audio, Inc.
wweintraub@goodwinprocter.com,
gfox@goodwinprocter.com

Robert A Weisberg on behalf of Creditor
Forbes/Cohen Florida Properties, LP
rweisberg@carsonfischer.com,
njudge@carsonfischer.com

Erica Weisgerber on behalf of Creditor
Cascade Investment, L.L.C. & SL Agent,
LLC
eweisgerber@debevoise.com,
eweisgerber@debevoise.com

Elizabeth Weller on behalf of Creditor
Dallas County
dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-
Perez@lgbs.com

Eric R. Wilson on behalf of Creditor
Computershare Trust Company, N.A.
KDWBankruptcyDepartment@Kelleydrye.
com;MVicinanza@ecf.inforuptcy.com

Garth D. Wilson on behalf of Creditor
Pension Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Jeffrey C. Wisler on behalf of Creditor
Cigna Life Insurance Company of New
York
jwisler@connollygallagher.com

Samuel C. Wisotzkey on behalf of Creditor
Ecolab, Inc.
swisotzkey@kmksc.com,
kmksc@kmksc.com

Norman C Witte on behalf of Creditor 4th
South Street II, LLC
ncwitte@wittelaw.com,
mmallswede@wittelaw.com

Lee E. Woodard on behalf of Creditor Van
Hook Service Co., Inc.

bkemail@harrisbeach.com,
ktompsett@harrisbeach.com;kgriffith@harr
isbeach.com

Melissa S. Woods on behalf of Creditor
International Union, UAW
mwoods@cwsny.com, ecf@cwsny.com

Derek L. Wright on behalf of Unknown
CenterPoint Properties Trust
dlwright@foley.com

Thomas Yanega on behalf of Unknown
Beauty Gem, Inc.
ty@devacklaw.com

Megan Young on behalf of Creditor Direct
Energy Business, LLC
megan.john@mhllp.com

Rafael X. Zahralddin on behalf of Interested
Party McDonald's Corporation
rxza@elliottgreenleaf.com

Marc A. Zelina on behalf of Unknown
Simon Property Group, L.P.
marc.zelina@lw.com

Matthew C. Ziegler on behalf of Interested
Party Fanatics Licensed Sports Group, LLC
F/K/A VF Licensed Sports Group, LLC
matthew.ziegler@morganlewis.com

Tom Zimmerman on behalf of Attorney
Thomas A. Zimmerman, Jr.
tom@attorneyzim.com,
firm@attorneyzim.com

Scott A. Zuber on behalf of Unknown
Cardinal Health 110 LLC
szuber@csglaw.com, ecf@csglaw.com

Evan J. Zucker on behalf of Creditor Aleff
LLC
ezucker@blankrome.com,
nybankruptcydocketing@blankrome.com;e
Docketing@blankrome.com

Richard L. Zucker on behalf of Creditor
Oster Yorktown Properties, LLC
rzucker@lasserhochman.com

Paul H. Zumbro on behalf of Creditor

Stanley Black & Decker, Inc.
pzumbro@cravath.com, mao@cravath.com

**<u>Via Email:</u>**

See Attached Service List

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Counsel to Sayville Menlo, LLC | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Counsel to the Local Texas Tax Authorities | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| Counsel to Community Unit School District 300 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com<br>lschildkraut@archerlaw.com |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | Attn: Andrew I. Silfen, Beth Brownstein | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com<br>jchristian@askllp.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Interested Party | Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com summersm@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com kutnera@ballardspahr.com |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com klove@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Counsel to Brixton Provo Mall, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | Ernie.park@bewleylaw.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com julie@bindermalter.com |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | |
| Counsel to SAP Industries, Inc., SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| BST International Fashion Ltd. | BST International Fashion Ltd. | Attn: A.R. Shrinivasan | |
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com tyler.dischinger@bipc.com |
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com Anthony.Deleo@cwt.com |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com rstieglitz@cahill.com |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Local Counsel to BH North American Corporation | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions  and The Libman Company | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |
| Counsel to WSSR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com wilamowsky@chapman.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com jmarshall@choate.com |
| Counsel to Winiadaewoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com gsaydah@ckrlaw.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC and JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | soneal@cgsh.com jbromley@cgsh.com aweaver@cgsh.com rmukhi@cgsh.com jkpark@cgsh.com |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com hward@cohenlaw.com |
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, Christopher Griffiths | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com |
| Counsel to Washington Prime Group Inc. | Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com<br>scarnes@cooley.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com<br>aclark@cov.com |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | sears.service@davispolk.com |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com<br>eweisgerber@debevoise.com |
| Counsel to Namco USA Inc. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| DFS Services, LLC | DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com<br>WMSimkulak@duanemorris.com |
| Counsel to the Chubb Companies | Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com |
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, Hatim Yusuf, and Plaza Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #3993) | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Counsel to Prestige Bay Plaza Development  Corp. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com<br>sak@elliottgreenleaf.com<br>ems@elliottgreenleaf.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust | Foley & Lardner LLP | Attn: Derek L. Wright & Katherine R. Catanese | dlwright@foley.com kcatanese@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Counsel to Hanesbrands, Inc. and Sherthal, LLC | Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com mherz@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com |
| Counsel for True Value Company | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com scott.luftglass@friedfrank.com peter.siroka@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com lbrymer@fmdlegal.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Counsel to Community Unit School District 300 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com nsongonuga@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Counsel to Infinite Peripherals, Inc. | Godlstein & McClintock LLLP | Attn: Thomas R. Fawkes | tomf@goldmclaw.com |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc. | Goodwin Procter LLP | Attn: Barry Z. Bazian | gfox@goodwinlaw.com bbazian@goodwinlaw.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Counsel to Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Counsel to Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net lgu@halperinlaw.net |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com howard.upchurch@hanes.com |
| Counsel to Van Hook Service Co., Inc. | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski | sodonnell@herrick.com sselbst@herrick.com ssmith@herrick.com msekowski@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Counsel for Cushman & Wakefield Inc. | Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com Marc.Antonecchia@hklaw.com |
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com elvin.ramos@hklaw.com |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com jjalemany@hklaw.com |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |
| Counsel to John C. Adams and Kennylugenia Adams | Hopkins & Carley | Attn: Jay M. Ross, Monique D. Jewett-Brewster | jross@hopkinscarley.com mjb@hopkinscarley.com |
| Counsel to Matson Navigation Company, Inc. | Hughes Hubbard & Reed LLP | Attn: Christopher Gartman | chris.gartman@hugheshubbard.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com mlegge@huntonak.com |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq. | hgj@jasneflorio.com dlk@jasneflorio.com |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., and Amazon Services LLC. | K&L Gates LLP | Attn: Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Counsel to GBR Green Acress Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com lkiss@klestadt.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com ted.dillman@lw.com |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Counsel to Dart Warehouse Corporation | Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com office@fennelllaw.com |
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | 381 Broadway | cgruen@gruenlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Counsel to Cudlie Accessories, LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, and Ikeddi Imports LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com andrew.cole@leclairryan.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com alex.chase@leclairryan.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | jjorissen@losgs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith,  David W. Wirt | braynor@lockelord.com asmith@lockelord.com dwirt@lockelord.com |
| Counsel to DFS Services, LLC | Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Counsel to LG Electronics USA, Inc. and Valvoline | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com bnathan@lowenstein.com |
| Counsel to Trinet Essential Facilities XXVII, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller | dmiller@lubinolson.com |
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com kromano@mcglinchey.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com raguilar@mcglinchey.com rcerone@mcglinchey.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| Counsel to Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMR Properties | Meegan, Hanschu & Kassenbrock | Attn: David Meegan | dmeegan@mhksacto.com |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | ALeblanc@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq. | |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C., and Brighton Lease Management, L.L.C. | Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com jbarsalona@mnat.com |
| Counsel to SRC O.P. LLC, SRC Facilities LLC and SRC Real Estate (TX) LLC | Morrison & Foerster LLP | Attn: Brett H. Miller, Mark Alexander Lightner | BrettMiller@mofo.com Mlightner@mofo.com |
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com bbutterfield@mofo.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Counsel to Whirlpool Corporation | Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com thomas.walper@mto.com |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Counsel to Coral Reef Asia Pacific a/k/a White Mountain Footwear and 266 Route 125, LLC | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Darren L. Patrick | dpatrick@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Matthew P. Kremer | mkremer@omm.com |
| Counsel to Invicta Watch Company of America, Inc. | Orshan, P.A. | Attn: Paul L. Orshan, Esq. | paul@orshanpa.com |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Counsel to GACP II, L.P. | Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com kcornish@paulweiss.com lclayton@paulweiss.com sbuergel@paulweiss.com rbritton@paulweiss.com jhurwitz@paulweiss.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Counsel to Broad Street Station, LLC c/o Collett | Pryor Cashman LLP | Attn: Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Counsel to Omega Advisors Inc. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com jonpickhardt@quinnemanuel.com andrewcorkhill@quinnemanuel.com matthewscheck@quinnemanuel.com ellisonmerkel@quinnemanuel.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com etikkanen@reisspreuss.com |
| Counsel to CM Grayson, LLC | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Community Unit School District 300 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com nsmith@robbins-schwartz.com |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com Aron.hume@gmail.com |
| Counsel to East End Commons Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Counsel to Apex Tool Group, LLC and Icon DE Holdings LLC and Icon NY Holdings LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com kimberly.kodis@ropesgray.com sam.ashuraey@ropesgray.com |
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com patricia.chen@ropesgray.com ssally@ropesgray.com joshua.sturm@ropesgray.com |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com timothy.farrell@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| Counselt to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com rabiuso@swc-law.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com asnow@ssbb.com pbosswick@ssbb.com |
| Counsel to the Ciuffo Family Trust | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq. | ldelucia@schiffhardin.com afiedler@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com alves@sewkis.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Oracle Elevator Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law<br>mkish@sbwh.law<br>jshafer@sbwh.law<br>floridaservice@sbwh.law |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com<br>sara.coelho@shearman.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for Pennsee, LLC, Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com<br>pmryan@sorlinglaw.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Counsel for East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com<br>jcanfield@stroock.com<br>sbhattacharyya@stroock.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com<br>ckwu@sulmeyerlaw.com |
| Counsel to KG Denim Limited | Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Alexandria Pelletteri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov |
| Counsel to Mien Co., Ltd., Helen Andrews Inc | The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| Counsel to 1803, LLC, and Camegaran, LLC | The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Counsel to MP Holdings LLC and Larry D. Kelley | Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Counsel to Village of Hoffman Estates | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| Counsel to Agri-Fab, Inc. | Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Counsel to NorthStar Group Services, Inc., and Village of Hoffman Estates | Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny SinghJared R. Friedman, Jessie B. Mishkin, Esq. | ray.schrock@weil.com garrett.fail@weil.com jacqueline.marcus@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com Jared.Friedmann@weil.com Jessie.Mishkin@weil.com |
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., and Google LLC | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Counsel to Drayton Plains (MI), LLC | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com gbrunswick@willkie.com |
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | david.tillem@wilsonelser.com |
| Counsel to 4th Street South II, LLC | Witte Law Offices, PLLC | Attn: Norman C. Witte | ncwitte@wittelaw.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Counsel to Fruit of the Loom, Inc., Vanity Fair Brands, LP and Russell Brands, LLC | Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |
| Counsel to Movant Mario Aliano | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |