Christopher M. Hemrick
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
Tel.: (973) 757-1100
chemrick@walsh.law
*Counsel to GroupBy USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, et al.,** | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

### CERTIFICATION OF SERVICE

Christopher M. Hemrick, of full age, hereby certifies as follows:

1.      I am a partner at the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel to GroupBy USA, Inc. ("GroupBy") in the above captioned cases.

2.      On January 31, 2019 prior to 4 p.m. prevailing eastern time, I caused the *Limited Objection of GroupBy USA, Inc., to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (Dkt. No. 2282) (the "GroupBy Objection") to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in these chapter 11 cases.

3.      On January 31, 2019, I further caused a true and correct copy of the GroupBy Objection to be served via electronic mail on the Standard Parties, as defined in the *Amended Order Implementing Certain Notice and Case Management Procedures* (Dkt. No. 405).

4.      On January 31, 2019, I further caused a true and correct copy of the GroupBy

Objection to be served via first class mail, postage prepaid, on the following parties:

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2019

/s/ Christopher M. Hemrick
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
Tel.: (973) 757-1100
chemrick@walsh.law
*Counsel to GroupBy USA, Inc.*