LASSER HOCHMAN, L.L.C.
Richard L. Zucker, Esq.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700
Attorneys for Oster Yorktown Properties, LLC
rzucker@lasserhochman.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                                                  Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.
                                                                               Chapter 11
        Debtors.

**JOINDER BY OSTER YORKTOWN PROPERTIES, LLC WITH OBJECTION OF VARIOUS LANDLORDS TO NOTICES OF FILING OF REVISED PROPOSED ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT AMONG SELLERS AND BUYER, (II) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND LEASES IN CONNECTION THEREWITH, AND (IV) GRANTING RELATED RELIEF**

Oster Yorktown Properties, LLC, the landlord of store number 9414 located in Yorktown Heights, New York, joins in the February 4, 2019 objection of various landlords to notices of filing of revised proposed order (I) approving the asset purchase agreement among sellers and buyer, (II) authorizing the sale of certain of the debtors' assets free and clear of liens, claims, interests and encumbrances, (III) authorizing the assumption and assignment of certain executory contracts and leases in connection therewith, and (IV) granting related relief (Docket Entry 2380).

WHEREFORE, Oster Yorktown Properties, LLC respectfully requests that the court (I) if

1

the court approves the proposed sale of substantially all of the debtors' business and assets to the buyer, any order approving the sale incorporate the changes outlined in the Landlord Proposed Sale Order, (ii) and grant to Oster Yorktown Properties, LLC such other and further relief as if just and appropriate.

LASSER HOCHMAN, LLC
Attorneys for Oster Yorktown
Properties, LLC

DATED:     February 5, 2019,     By:    /s/ Richard L. Zucker
                                 RICHARD L. ZUCKER, ESQ.

P:\Docs\SEC\RLZ\BANKR DOCS\Sears Holdings Corporation\Oster Yorktown Properties, LLC\Pleadings\Joinder with Objections of Variousl Landlords to Proposed Form of Order.WPD