WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.[1]** | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS SCHEDULED <br> FOR HEARING ON FEBRUARY 6, 2019 AT 9:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

## I.    CONTESTED MATTER:

A.    Debtors' Motion for Approval of Global Bidding Procedures **[ECF No. 429]**

Response Deadline:    January 26, 2019 at 4:00 p.m.; extended for certain parties.

Responses Going Forward:

1.    Objection and Reservation of Rights of Pension Benefit Guaranty Corporation to Debtors' Sale Motion **[ECF No. 2002]**

2.    Objection of Service.com **[ECF Nos. 2029, 2037 and 2130]**

3.    Objection of the Official Committee of Unsecured Creditors to Sale of Substantially All of the Debtors Assets to ESL Investments, Inc. (Unredacted) **[ECF No. 2309]**

    a.    Preliminary Omnibus Objection of the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al*. to the ESL Proofs of Claim **[ECF No. 2025]**

4.    Limited Objection of National Distribution Centers, LLC **[ECF No. 1864]**

    a.    Supplement to Limited Objection of National Distribution Centers, LLC **[ECF No. 2376]**

5.    Primark US Corp.'s Limited Omnibus Objection **[ECF No. 1923]**

6.    Objection and Reservation of Rights of the Kin Landlords **[ECF No. 1930]**

7.    Limited Objection and Reservation of Rights of Relator Carl Ireland, Administrator of the Estate of James Garbe **[ECF No. 1931]**

8.    American Lebanese Syrian Associated Charities, Inc.'s Limited Objection and Reservation of Rights **[ECF No. 1947]**

9.    Oracle's Limited Objection to and Reservation of Rights **[ECF No. 1992]**

10.    Objection and Reservation of Rights of Washington Prime Group Inc. **[ECF No. 2003]**

11.     Limited Objection and Reservation of Rights of Luxottica Retail North America Inc. **[ECF No. 2011]**

12.     Reservation of Rights and Limited Objection of Living Spaces Furniture, LLC **[ECF No. 2012]**

   a.     Declaration of Jeff Seabrook **[ECF No. 2221]**

13.     Objection of Santa Rosa Mall, LLC **[ECF No. 2013]**

   a.     Supplement to Santa Rosa Mall, LLC's Standing Objection **[ECF No. 2425]**

14.     Limited Objection of DFS Services LLC **[ECF No. 2024]**

15.     Objection of Site Centers Corp., *et al*. **[ECF No. 2069]**

   a.     Supplemental Objection of Weingarten Realty Investors **[ECF No. 2093]**

   b.     Declaration of Lee Brody **[ECF No. 2218]**

16.     Objection of Stanley Black & Decker **[ECF No. 2072]**

17.     Limited Objection and Reservation of Rights of Valvoline LLC **[ECF No. 2073]**

   a.     Amended Limited Objection and Reservation of Rights of Valvoline LLC **[ECF No. 2114]**

18.     Limited Objection and Reservation of Rights of LG Electronics USA, Inc. and LG Electronics Alabama, Inc. **[ECF No. 2079]**

19.     Limited Objection of Simon Property Group, L.P. **[ECF No. 2082]**

   a.     Objection of Simon Property Group, L.P. **[ECF No. 2214]**

20.     Response of Wilmington Trust, National Association, as Collateral Agent **[ECF No. 2089]**

21.     Limited Objection of Acadia Realty Limited Partnership, *et al*. **[ECF No. 2153]**

22.     Objection of Various Landlords **[ECF No. 2380]**

   a.     Joinder by DART Warehouse Corporation and Dedeaux Inland Empire Properties **[ECF No. 2382]**

WEIL:\96903564\3\73217.0004

b.      Joinder of Kin Landlords in Objection of Various Landlords **[ECF No. 2395]**

c.      Joinder by K-Bay Plaza, LLC **[ECF No 2407]**

d.      Joinder of Richards Canal Street Property, LLC **[ECF No. 2415]**

e.      Joinder of MCG Landlords **[ECF No. 2416]**

f.      Joinder of Prep Hanover Real Estate LLC **[ECF No. 2418]**

g.      Joinder by Vornado Realty L.P. **[ECF No. 2422]**

<u>Related Documents</u>:

23.      Debtors' Omnibus Reply **[ECF No. 2328]**

24.      Restructuring Subcommittee's Response **[ECF No. 2320]**

25.      ESL's Omnibus Response **[ECF No. 2352]**

a.      (Corrected) ESL's Omnibus Response in Support of the Going Concern Sale Transaction **[ECF No. 2379]**

26.      Notice of Revised Proposed Sale Order **[ECF No. 2332]**

27.      Notice of Filing Second Revised Proposed Order **[ECF No. 2378]**

28.      Declaration of Brandon Aebersold in Support of Sale **[ECF No. 2335]**

29.      Declaration of Mohsin Meghji in Support of Sale **[ECF No. 2336]**

30.      Declaration of William Transier in Support of Sale **[ECF No. 2341]**

31.      Declaration of Michael Welch in Support of Sale **[ECF No. 2342]**

32.      Declaration of Sunny Singh in Support of Sale **[ECF No. 2344]**

33.      Declaration of Alan Carr in Support of Sale **[ECF No. 2321]**

34.      Declaration of Robert A. Riecker in Support of Sale **[ECF No. 2339]**

35.      Declaration of Andrew Weaver in Support of Sale **[ECF No. 2355]**

36.      Declaration of Kunal S. Kamlani in Support of Sale **[ECF No. 2356]**

WEIL:\96903564\3\73217.0004

37.    Notice of Initial Assigned Agreements **[ECF No. 2349]**

38.    Notice of Successful Bidder and Sale Hearing **[ECF No. 1730]**

39.    Order Approving Global Bidding Procedures and Granting Related Relief **[ECF No. 816]**

40.    Ombudsman Report for the Period of 11/1/2018 through 2/1/2019 **[ECF No. 2340]**

    a.    (Corrected) Report of the Consumer Privacy Ombudsman *(Global Asset Sale Transaction)* **[ECF No. 2392]**

Related Cure Notices:

41.    Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 1731]**

42.    Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 1774]**

43.    Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business **[ECF No. 901]**

44.    Supplemental Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business **[ECF No. 1054]**

45.    Notice of Filing of Revised List of Initial Assigned Agreements in Connection with Global Sale Transaction **[ECF No. 2377]**

Adjourned Responses:

46.    Cure Objection of MacDade Mall Associates, L.P. (Store #3597) **[ECF No. 1733]**

47.    Objection of PREIT Services, LLC, as Agent for PR North Dartmouth LLC **[ECF No. 1747]**

48.    Limited Objection of Apex Tool Group, LLC **[ECF No. 1759]**

49.    Sherthal LLC's Cure Claim Objection for Store No. 4421 (North Hollywood, California) **[ECF No. 1769]**

50.    Objection of Union Center Realty, LLC (Store No. 3268) **[ECF No. 1771]**

WEIL:\96903564\3\73217.0004

51.     Objection of Waste Management National Services, Inc. and its Affiliates **[ECF No. 1783]**

52.     ePossibilites USA Ltd.'s Limited Objection **[ECF No. 1804]**

53.     Objection of Van Hook Service Co., Inc. **[ECF No. 1805]**

      a.     Objection of Van Hook Service Co., Inc. **[ECF No. 2390]**

54.     Objection of BT Granite Run, LP, BT Pleasant Hills LP, Capital Enterprises, Inc., and PREIT Services, LLC, as Agent for PR Financing Limited Partnership and PR Capital City Limited Partnership **[ECF No. 1806]**

55.     Objection of Lennox International Inc. and Lennox National Account Services, LLC **[ECF No. 1807]**

56.     Limited Objection of Winiadaewood Electronics America, Inc. **[ECF No. 1809]**

57.     Objection by West Orange Plaza (Store No. 9413) **[ECF No. 1810]**

58.     Objection of Levcom Wall Plaza Associates (Store No. 7602) **[ECF No. 1813]**

59.     Objection of First Real Estate Investment Trust of New Jersey (Store #3202) **[ECF No. 1815]**

60.     Objection of RD Management LLC, as agent for FB Billerica Realty Investors LLC **[ECF No. 1817]**

61.     Objection of Cascade Water Services **[ECF No. 1818]**

62.     Objection of Cigna Entities **[ECF No. 1820]**

63.     Cure Claim Objection of Cleva North America and Cleva Hong Kong **[ECF No. 1821]**

64.     Objection of K-Bay Plaza, LLC **[ECF No. 1824]**

65.     Objection of WashREIT Frederick County Square LLC (Store No. 3131) **[ECF No. 1829]**

66.     Objection of John C. Adams and Kennylugenia Adams **[ECF No. 1830]**

67.     247.ai, Inc.'s Objection to Cure Amount and Reservation of Rights **[ECF No. 1831]**

WEIL:\96903564\3\73217.0004

          a.      Renewed Objection to Cure Amount and Reservation of Rights **[ECF No. 2389]**

68.      CBL & Associates Management, Inc.'s Limited Objection **[ECF No. 1832]**

69.      CBL & Associates Management, Inc.'s Limited Objection **[ECF No. 1833]**

70.      Limited Objection of Sears Hometown and Outlet Stores, Inc. [ECF No. **1835]**

71.      Objection of Izek Shomof and Aline Shomof Irrevocable Children's Trust dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC **[ECF No. 1837]**

72.      Limited Objection of East Penn Manufacturing Co. **[ECF No. 1838]**

73.      Objection and Joinder of Kimco Realty Corporation **[ECF No. 1839]**

74.      Seven Springs Limited Partnership's Objection **[ECF No. 1840]**

75.      Cure Objection by Microsoft **[ECF No. 1842]**

76.      Limited Objection of Urschel Development Corporation (Store No. 7042) **[ECF No. 1844]**

77.      Lakewood Shopping Center, LLC's Objection and Reservation of Rights **[ECF No. 1845]**

78.      Objection of Accertify, Inc. **[ECF No. 1846]**

79.      Objection of Colonial Properties, LLC **[ECF No. 1847]**

80.      Objection of JW Mitchell Company, LLC **[ECF No. 1848]**

81.      4th Street South II, LLC's Cure Objection, Adequate Assurance Objection and Demand for Adequate Protection **[ECF No. 1850]**

82.      Cure Objection by LinkedIn **[ECF No. 1852]**

83.      Objection by Oster Yorktown Properties, LLC (Store Number 9414) **[ECF No. 1853]**

84.      Objection of The Davis Companies **[ECF No. 1854]**

85.      Cure Objection of Saul Subsidiary I Limited Partnership (Store #1304) **[ECF No. 1855]**

86.    Objection to Proposed Assumption and Assignment of Contracts with TeleSight, LLC d/b/a ERC Market Research (Nos. 2690, 2691, and 2692) on Account of Proposed Cure Costs **[ECF No. 1856]**

87.    Limited Objection of Globant LLC **[ECF No. 1858]**

88.    Ramco Jackson Crossing SPE, LLC's Limited Objection and Reservation of Rights **[ECF Nos. 1859]**

89.    Objection of Haier US Appliance Solutions, Inc. d/b/a GE Appliances **[ECF No. 1860]**

90.    Limited Objection of Southwest Sign Group, Inc., d/b/a Apex Sign Group **[ECF No. 1861]**

91.    Limited Objection of Rebuilding Together, Inc. **[ECF No. 1863]**

92.    Objection of Little Caesar Enterprises, Inc. **[ECF No. 1865]**

93.    FG, LLC's Cure Claim Objection for Store No. 7648 (Mauston, Wisconsin) and Reservation of Rights **[ECF No. 1866]**

94.    Objection of Tutu Park Limited (Store No. 3829) **[ECF No. 1867]**

95.    Objection of Willis Towers Watson PLC, Willis Towers Watson US LLC, Towers Watson Investment Services, Inc., and Their Affiliates **[ECF No. 1868]**

96.    Tata America International Corporation's Objection **[ECF No. 1869]**

97.    Objection of MCS Hemet Valley Center LLC **[ECF No. 1870]**

98.    Limited Response of Cardtronics USA, Inc. **[ECF No. 1871]**

99.    R.R. Donnelley & Sons Company's Objection **[ECF No. 1873]**

100.   Limited Objection of QKC Maui Owner, LLC **[ECF No. 1874]**

101.   Objection of the Nielsen Company (US), LLC **[ECF No. 1875]**

102.   Objection of McLane Company, Inc. **[ECF No. 1877]**

103.   Limited Objection of McDonald's Corporation **[ECF No. 1878]**

      a.    Supplement to Limited Objection of McDonald's Corporation **[ECF No. 2365]**

104.   The Taubman Landlords' Cure Claim Objection **[ECF No. 1879]**

WEIL:\96903564\3\73217.0004

105. Limited Objection and Reservation of Rights of Royal Appliance Mfg. Co., Inc., d/b/a TTI Floor Care North America, Inc. **[ECF No. 1880]**

106. Objection of Scents of Worth, Inc. **[ECF No. 1881]**

107. Objection of Luxottica Retail North America Inc. **[ECF No. 1882]**

108. Alatex-Tenn, Ltd's Cure Claim Objection for Store 9621 (Lebanon, Tennessee) **[ECF No. 1883]**

109. Objection of the Joe and Frances McCann Family Limited Partnership (Store #7033) **[ECF No. 1887]**

110. Objection of Vehicle Service Group, LLC d/b/a Rotary Lift-Dover Company **[ECF No. 1888]**

111. Objection of Wolf Family Series LP d/b/a Series III, Wolf Family Series LP d/b/a Series VII, Ontario Enterprises of the Wolf Family Series LP **[ECF No. 1889]**

112. Objection of Greenhorn Ventures LLC **[ECF No. 1891]**

113. Walter Investments, LP Cure Claim Objection for Store 4389 (McAllen, Texas) **[ECF No. 1895]**

114. Limited Objection of Midwest Tool and Cutlery Company **[ECF No. 1898]**

115. Limited Objection of Team Design Lighting & Construction, LLC **[ECF No. 1901]**

116. Objection of Prep Hanover Real Estate LLC **[ECF No. 1903]**

117. Wal-go Associates LLC's Cure Claim Objection for Store 9122 (Warsaw, Indiana) **[ECF No. 1905]**

118. Objection of Horwood Marcus & Berk Chartered **[ECF No. 1908]**

119. Limited Objection of National Health Information Network, Inc. and PDX Inc. **[ECF No. 1910]**

120. Limited Objection of DXC Technology Services LLC to Proposed Cure Amount and Reservation of Rights **[ECF No. 1911]**

121. Objection of Matson Navigation Company, Inc. **[ECF No. 1913]**

122. Limited Cure Claim Objection of the Chamberlain Group, Inc. **[ECF No. 1915]**

WEIL:\96903564\3\73217.0004

123.   International Business Machines Corporation's Objection **[ECF No. 1917]**

124.   Limited Objection of DXC Technology Services LLC **[ECF No. 1918]**

125.   Objection of Aspen Refrigerants, Inc. **[ECF No. 1919]**

    a.   Renewed Objection and Reservation of Rights of Aspen Refrigerants, Inc. **[ECF No. 2406]**

126.   Objection of Infosys Limited **[ECF No. 1920]**

127.   Objection of NorthStar Group Services, Inc. **[ECF No. 1921]**

128.   Limited Objection and Reservation of Rights of the J.M. Smucker Company **[ECF No. 1925]**

129.   Ecolab Inc.'s Limited Objection and Reservation of Rights **[ECF No. 1926]**

130.   Limited Objection of Fringe Area (II), S.E. **[ECF No. 1927]**

131.   Objection of Church Street, LLC (Store No. 4016) **[ECF No. 1928]**

132.   Conditional Opposition of Sunshine Shopping Center Inc. **[ECF No. 1929]**

133.   Objection of Forbes/Cohen Florida Properties, L.P. **[ECF No. 1932]**

134.   Affidavit of Molly Stengel in Support of Church Street LLCs (Store No. 4016) Objection **[ECF No. 1933]**

135.   Objection of Mauldin at Butler, LLC (Store No. 7274) **[ECF No. 1934]**

136.   Limited Objection and Reservation of Rights of United Parcel Service, Inc. and Its Affiliates **[ECF No. 1936]**

137.   Objection of Avenel Realty Associates, LLC to the Cure Notice for the Lease of the Property Located at 1550 St. George Avenue, Avenel, N.J. and Reservation of Rights **[ECF No. 1937]**

138.   Objection and Reservation of Rights of Caparra Center Associates, LLC (Store No. 4490) **[ECF No. 1938]**

139.   Limited Objection of Garda CL Great Lakes, Inc. **[ECF No. 1939]**

10

140. Statement of Jackson Shopping Village, LLLP, a Nevada Limited Liability Limited Partnership, Successor in Interest to Flamingo Sandhill, a California General Partnership **[ECF No. 1941]**

141. Objection of Johnson Controls, Inc. **[ECF No. 1942]**

142. Limited Objection of Argonaut Insurance Company **[ECF No. 1943]**

143. Objection and Reservation of Rights of Washington Prime Group Inc. **[ECF No. 1945]**

144. Objection and Reservation of Rights of HomeGoods, Inc. **[ECF No. 1946]**

145. Reservation of Rights of the Kroger Co. **[ECF No. 1948]**

146. Reservation of Rights of Macy's West Stores, Inc. **[ECF No. 1949]**

147. Limited Objection of Experian Information Solutions, Inc. **[ECF No. 1950]**

148. Limited Objection of Automotive Rentals, Inc. and ARI Fleet LT **[ECF No. 1952]**

149. Objection of Epicor Software Corporation F/K/A Activant Solutions, Inc. **[ECF No. 1953]**

150. Objection of City of Minneapolis **[ECF No. 1954]**

151. Limited Objection of CompuCom Systems, Inc. **[ECF No. 1955]**

152. Objection of Midwood Management Corp. **[ECF No. 1957]**

153. Objection of CFP Fire Protection, Inc. **[ECF No. 1958]**

154. Limited Objection and Reservation of Rights of Riskonnect, Inc. **[ECF No. 1959]**

155. Limited Objection of Plaza Las Americas, Inc. **[ECF No. 1961]**

156. Objection of CenturyLink Communications, LLC and Level 3 Communications, LLC **[ECF No. 1963]**

157. Objection of Werner Enterprises, Inc. **[ECF No. 1964]**

158. Limited Objection of Pratt Corrugated Holdings, Inc. **[ECF No. 1965]**

WEIL:\96903564\3\73217.0004

159.   Limited Objection of CA, Inc. **[ECF No. 1968]**

160.   Limited Objection of Plaza del Caribe, S.E. **[ECF No. 1970]**

161.   Limited Objection and Reservation of Rights of Cheddars Casual Café, Inc., Rare Hospitality International Inc., and Rare Hospitality Management, LLC **[ECF No. 1973]**

162.   LBG Hilltop, LLC's Cure Claim Objection for Store No. 1788 (Richmond, California) **[ECF No. 1975]**

163.   Objection of PeopleReady, Inc. **[ECF No. 1976]**

164.   LBG Medford, LLC's Protective Cure Claim Objection **[ECF No. 1977]**

165.   Objection by SupplyLogix LLC **[ECF No. 1979]**

166.   Response of Everlast World's Boxing Headquarters Corp. **[ECF No. 1980]**

    a.   Supplemental Response of Everlast World's Boxing Headquarters Corp. **[ECF No. 2372]**

167.   Limited Objection and Reservation of Rights of Aramark Corporation and Certain of its Affiliates **[ECF No. 1982]**

168.   Objection of CAPREF Burbank LLC to Proposed Cure Amount **[ECF No. 1983]**

169.   Amazon's Limited Objection and Reservation of Rights **[ECF No. 1986]**

170.   Limited Protective Objection of XPO Last Mile, Inc. **[ECF No. 1987]**

171.   Cure and Adequate Assurance Objection by Brooks Shopping Center Partners, LLC **[ECF No. 1990]**

172.   Sale, Cure, and Adequate Assurance Objection by Westfield, LLC and Certain of its Affiliates **[ECF No. 1991]**

173.   Limited Objection by Concord Mall LP **[ECF No. 1993]**

174.   Google LLC's Limited Objection and Reservation of Rights **[ECF No. 1995]**

    a.   Google LLC's Limited Objection and Reservation of Rights **[ECF No. 2201]**

WEIL:\96903564\3\73217.0004

175.   Limited Objection and Reservation of Rights of ADT LLC d/b/a
       Protection One **[ECF No. 1996]**

176.   Cure Costs and Adequate Assurance Objection of Infinite
       Peripherals, Inc. **[ECF No. 1999]**

177.   Limited Objection of Icon DE Holdings LLC and Icon NY
       Holdings LLC **[ECF No. 2000]**

       a.     Statement and Request for Clarification of Icon DE
              Holdings LLC and Icon NY Holdings LLC **[ECF No.
              2370]**

178.   Lakin Tire West Incorporated's Limited Objection and Reservation
       of Rights **[ECF No. 2001]**

179.   Objection of Bonnier Corporation **[ECF No. 2005]**

180.   Objection of Felix Calls, LLC **[ECF No. 2006]**

181.   Objection of GlobalTranz Enterprises, Inc. **[ECF No. 2008]**

182.   Objection of Adam Levine Productions, Inc. **[ECF No. 2009]**

183.   Supplemental Objection of Luxottica Retail North America Inc.
       **[ECF No. 2010]**

184.   Royal Consumer Products, LLC's Limited Objection and
       Reservation of Rights **[ECF No. 2014]**

185.   Limited Objection and Reservation of Rights of Schindler Elevator
       Corporation **[ECF No. 2015]**

186.   Objection and Reservation of Rights of Extreme Networks, Inc.
       **[ECF No. 2016]**

187.   Objection and Reservation of Rights of Sitel Operating
       Corporation **[ECF No. 2017]**

188.   Korpack, Inc.'s Objection **[ECF No. 2018]**

189.   Limited Objection and Reservation of Rights of Wolverine World
       Wide, Inc. **[ECF No. 2019]**

190.   Limited Objection of Securian Financial Group, Inc. and Securian
       Life Insurance **[ECF No. 2020]**

191.   Limited Objection and Reservation of Rights of ICON Health &
       Fitness, Inc. **[ECF No. 2021]**

WEIL:\96903564\3\73217.0004

192.    Limited Objection and Reservation of Rights of RetailNext, Inc. **[ECF No. 2022]**

193.    Limited Objection and Reservation of Rights of the Administration Agreement Parties **[ECF No. 2023]**

194.    Stockton Mariposa, LLC's Objection and Reservation of Rights **[ECF No. 2026]**

195.    Limited Objection and Reservation of Rights of Virginia Surety Company, Inc. **[ECF No. 2027]**

196.    Objection of TOTE, Inc. **[ECF No. 2036]**

197.    Objection of Norton Mailman Associates **[ECF No. 2049]**

198.    Limited Objection of CrossCom National LLC **[ECF No. 2050]**

199.    Limited Objection of Tri-County Mall, LLC **[ECF No. 2054]**

200.    Objection and Reservation of Rights of NW Gaithersburg LLC **[ECF No. 2056]**

201.    Objection of Amazon Web Services, Inc. **[ECF No. 2057]**

202.    Chervon (HK), Ltd.'s Limited Objection **[ECF No. 2059]**

203.    Reservation of Rights of TmaxSoft, Inc. **[ECF No. 2060]**

204.    Objection of Site Centers Corp., Trustees of the Estate of Bernice Pauahi Bishop, et al. **[ECF No. 2063]**

       a.    Supplemental Objection of The Trustees of the Estate of Bernice Pauahi Bishop, d/b/A Kamehameha Schools **[ECF No. 3246]**

205.    Limited Objection of 1055 Hanover, LLC and Joinder in Limited Objection of 1 Imeson Park Blvd., LLC **[ECF No. 2064]**

206.    Limited Objection of Fedex Supply Chain, Inc. **[ECF No. 2065]**

207.    Limited Objection of Fedex Custom Critical, Inc. **[ECF No. 2066]**

208.    Cure Objection of Liberty Property Limited Partnership **[ECF No. 2074]**

209.    Limited Objection of Cape Town Plaza LLC and New Westgate Mall LLC **[ECF No. 2075]**

210.    Limited Objection of American Greetings Corporation **[ECF No. 2076]**

211.    Objection of AT&T **[ECF No. 2077]**

212.    Objection of Cardinal Health 110 LLC **[ECF No. 2078]**

213.    Objection of Simon Property Group, L.P. **[ECF No. 2080]**

214.    Limited Objection of Community Unit School District 300 **[ECF No. 2087]**

215.    Limited Objection of Apex Systems, LLC **[ECF No. 2088]**

216.    Limited Objection and Reservation of Rights of ServiceNow, Inc. **[ECF No. 2090]**

217.    Limited Objection of Orkin, LLC **[ECF No. 2091]**

218.    Limited Objection of The Core Organization **[ECF No. 2098]**

219.    Objection of Interprop Bedford, LLC, as Landlord **[ECF No. 2107]**

220.    Objection of Vornado Realty L.P. and Certain of its Wholly-Owned and Controlled Subsidiaries, as Landlord **[ECF No. 2109]**

221.    Notice of Errata Regarding Reservation of Rights of TmaxSoft, Inc. (ECF No. 2060) **[ECF No. 2113]**

222.    Objection and Reservation of Rights of Richards Canal Street Property, LLC **[ECF No. 2115]**

223.    Objection of Federal Construction, Inc. **[ECF No. 2126]**

224.    Objection of Manco Florida Associates, LLC **[ECF No. 2128]**

225.    Objection of Niagra Bottling, LLC **[ECF No. 2131]**

226.    Limited Objection of Drayton Plains (MI), LLC **[ECF No. 2140]**

227.    Limited Objection of Acadia Realty Limited Partnership, et al. **[ECF No. 2147]**

228.    Objection of AmCap Wilson II, LLC and Wilson Norridge, LLC **[ECF No. 2151]**

229.    Limited Objection of Shidler/West Finance Partners V L.P. **[ECF No. 2155]**

WEIL:\96903564\3\73217.0004

230. Limited Objection and Reservation of Rights of U.S. Bank National Association d/b/a U.S. Bank Equipment Finance **[ECF No. 2156]**

231. Cure Objection and Reservation of Rights of Shaler Zamagias Limited Partnership **[ECF No. 2157]**

232. Limited Objection and Reservation of Rights of Maynardville Pike LP **[ECF No. 2160]**

233. Objection to Cure and Adequate Assurance Information of DART Warehouse Corporation Re Naperville, IL, Statement of Work, List No. 1964, Contract No. CW2330726 **[ECF No. 2165]**

234. Objection to Cure and Adequate Assurance Information of DART Warehouse Corporation Re Ontario Warehouse Operating Agreement, List Nos. 1969, 1970, 1971, Contract No. SHCLCW5955 **[ECF No. 2166]**

235. Objection to Cure and Adequate Assurance Information of DART Warehouse Corporation Re Naperville, IL, Master Services Agreement, List No. 1967, Contract No. CW2288705 **[ECF No. 2167]**

236. Objection to Cure and Adequate Assurance Information of DART Warehouse Corporation Re Naperville, IL, Warehouse Sublease, List No. 1968, Contract No. SHCLCW5956 **[ECF No. 2168]**

237. Objection to Cure and Adequate Assurance of DART Warehouse Corporation Re: Dedeaux Inland Empire Properties Re Ontario Warehouse Lease, Lease No. 347, Contract No. S8729-73-A **[ECF No. 2169]**

238. Objection to Cure and Adequate Assurance Information of DART International Re Fleet Transportation Agreement, List Nos. 1965-1966, Contract Nos. 520768-518187 **[ECF No. 2170]**

239. Limited Objection and Preservation of Rights of Plaza Juana Diaz Inc. **[ECF No. 2174]**

240. Objection and Joinder of Alan Robbins, et al. **[ECF No. 2179]**

241. Ciuffo Family Trust/Trust A Limited Objection and Reservation of Rights **[ECF No. 2181]**

242. Objection of Wangard Partners, Inc. **[ECF No. 2184]**

243. Objection of Grand Central Plaza, LLC **[ECF No. 2189]**

WEIL:\96903564\3\73217.0004

244.  Objection of Phillips Edison & Company **[ECF No. 2190]**

245.  Objection of Canon Financial Services, Inc. **[ECF No. 2191]**

246.  Objection of SWZ, LLC **[ECF No. 2192]**

247.  Limited Objection of Centerpoint Properties Trust **[ECF No. 2193]**

248.  Kelleymeyer Bergensons Services, LLC's Limited Objection and Reservation of Rights **[ECF No. 2196]**

249.  Objection of SVAP Pompano Citi Centre II, L.P., SVAP Golf Mill Retail II, L.P. and SVAP II Stones River, LLC **[ECF No. 2197]**

250.  MOAC Mall Holding LLC's Objection **[ECF No. 2199]**

251.  Objection and Reservation of Rights of North Plaza III, LLC, North Plaza II, LLC, North Plaza I, LLC **[ECF No. 2200]**

252.  Objection of Trinet Essential Facilities XXVII, Inc. **[ECF No. 2203]**

253.  Objection of A.R.E. Investment Co. **[ECF No. 2205]**

254.  Limited Objection and Reservation of Rights of Maersk Agency, U.S.A., Inc. **[ECF No. 2206]**

255.  Limited Objection and Reservation of Rights of U.S. Security Associates, Inc. **[ECF No. 2207]**

256.  Objection of Great Eastern Corporation d/b/a North River Village GEC, LLC **[ECF No. 2211]**

257.  Limited Objection and Reservation of Rights of CIVF V-OH1M03, LLC **[ECF No. 2212]**

258.  Objection of Starboard Platform Brighton JV LLC **[ECF No. 2213]**

259.  Objection of Sunshine Shopping Center Inc. **[ECF No. 2215]**

260.  Limited Objection of East Penn Manufacturing Co. **[ECF No. 2219]**

261.  Objection of RD Management LLC, as agent for Fitchburg MFB, LLC and MFB University Mall S LLC **[ECF No. 2222]**

262.  Objection of 5330 Crosswind, LLC **[ECF No. 2223]**

263.  Objection of GFI-Glendale Investments Limited Partnership **[ECF No. 2224]**

264.  Limited Objection and Reservation of Rights of Yoder-17th Street Properties, LLC **[ECF No. 2226]**

265.  Statement of the KCD Indenture Trustee Regarding **[ECF No. 2227]**

266.  Objection and Reservation of Rights of Certain NW Properties Landlords **[ECF No. 2230]**

267.  Limited Objection and Reservation of Rights of Greensboro Lease Management, L.L.C. **[ECF No. 2232]**

    a.  Joinder of Greensboro Lease Management, L.L.C **[ECF No. 2405]**

268.  Limited Objection and Reservation of Rights of Direct Energy Business, LLC **[ECF No. 2235]**

269.  Limited Objection and Reservation of Rights of WSSR, LLC **[ECF No. 2236]**

270.  Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired of Broad Street Station LLC c/o Collett **[ECF No. 2238]**

271.  Limited Objection and Reservation of Rights of Berkeley Mall, LLC **[ECF No. 2239]**

272.  Objection and Reservation of Rights of JPMG Manassas Mall Owner LLC and Poughkeepsie Galleria LLC **[ECF No. 2241]**

    a.  Amended Limited Objection and Reservation of Rights of JPMG Manassas Mall Owner LLC and Poughkeepsie Galleria LLC **[ECF No. 2253]**

    b.  Limited Objection of JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C. and S&R Company of West Seneca Newco, LLC **[ECF No. 2293]**

273.  Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases of GC Columbia, LLC, El Centro Mall, LTD. **[ECF No. 2244]**

WEIL:\96903564\3\73217.0004

274. Objection and Reservation of Rights of Salmon Run Shopping Center, L.L.C. and S&R Company of West Seneca NewCo LLC **[ECF No. 2246]**

    a. Amended Limited Objection and Reservation of Rights of Salmon Run Shopping Center, L.L.C. and S&R Company of West Seneca Newco LLC **[ECF No. 2255]**

275. Objection and Reservation of Rights of DGI LS, LLC **[ECF No. 2247]**

276. Objection and Reservation of Rights of Shillington Plaza, LLC and Light 125 James West LLC **[ECF No. 2248]**

    a. Amended Limited Objection and Reservation of Rights of Shillington Plaza, LLC and Light 125 James West LLC **[ECF No. 2251]**

277. Limited Objection of Electrolux Home Products, Inc. **[ECF No. 2249]**

278. Objection of Berkshire Mall LP **[ECF No. 2254]**

279. Joinder of S-Tract, LLC in the Limited Objection of Acadia Realty Limited Partnership, et al. **[ECF No. 2258]**

280. Objection of Manlaw Investment Company, Ltd. **[ECF No. 2259]**

281. Objection of International Union, UAW, United Steelworkers, Workers United **[ECF No. 2260]**

282. Objection and Reservation of Rights of the Kin Landlords **[ECF No. 2261]**

283. Objection and Reservation of Rights of Westfall Town Center JV **[ECF No. 2262]**

284. Objection of Landlords Affiliated with LBA Realty LLC **[ECF No. 2264]**

285. Objection of Urban Edge Properties LP and its subsidiaries **[ECF No. 2265]**

286. Declaration of Perry Schonfeld Supporting Objection of Landlords Affiliated with LBA Realty LLC **[ECF No. 2267]**

287. Objection and Reservation of Rights of Camegaran, LLC **[ECF No. 2268]**

WEIL:\96903564\3\73217.0004

288.    Supplemental Objection of Willis Towers Watson PLC, Willis Towers Watson US LLC, Towers Watson Investment Services, Inc., and Their Affiliates **[ECF No. 2269]**

289.    Objection and Reservation of Rights **[ECF No. 2275]**

290.    Objection of Prologis, L.P., KTR LV Loan LLC and KTR Ohio LLC **[ECF No. 2277]**

291.    Objection of Steel 1111 LLC **[ECF No. 2278]**

292.    Limited Objection of Stag IV Cheektowaga, LLC **[ECF No. 2279]**

293.    Objection of Colonial Properties, LLC **[ECF No. 2280]**

294.    Objection of Steven Bruce as Trustee of the Steven Bruce Revocable Trust, a trust formed under the laws of the State of California **[ECF No. 2281]**

295.    Objection of GroupBy USA, Inc. **[ECF No. 2282]**

296.    Objection and Reservation of Rights of Santa Rosa Mall, LLC **[ECF No. 2283]**

297.    Objection of Biltmore Commercial Properties I, LLC **[ECF No. 2284]**

298.    Objection of Groveport Lynx, LLC of Groveport Lynx LLC **[ECF No. 2285]**

299.    Objection of Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP. **[ECF No. 2286]**

300.    Objection of Lawrence Mart, LLC **[ECF No. 2287]**

301.    Objection of GLP US Management, LLC and its affiliates **[ECF No. 2288]**

302.    Objection of Libby Dial Enterprises, LLC **[ECF No. 2291]**

303.    Limited Objection and Reservation of Rights of DGI LSs, LLC, Shillington Plaza, LLC and Light 125 James West, LLC **[ECF No. 2294]**

304.    Amended Objection and Joinder of Kimco Realty Corporation **[ECF No. 2297]**

305.    Objection of Bradshaw Westwood Trust **[ECF No. 2299]**

306.    Objection and Reservation of Rights of Retail Opportunity Investments Corp. **[ECF No. 2305]**

307.    Objection of and Reservation of Rights by Seritage SRC Finance LLC and Seritage KMT Finance LLC, as Landlord **[ECF No. 2308]**

308.    Limited Objection and Reservation of Rights of Beeline.com, Inc. **[ECF No. 2310]**

309.    Response of Samil Solutions, Strong Progress Garment Factory Company LTD, Helen Andrews Inc., Mien Co., Ltd. **[ECF No. 2318]**

310.    Objection of Quest Resource Management Group LLC **[ECF No. 2330]**

311.    Objection of Store No. 8768 Lessors **[ECF No. 2354]**

312.    Objection and Reservation of Rights of Whirlpool Corporation **[ECF No. 2368]**

313.    Objection and Reservation of Rights of the MCG Landlords **[ECF No. 2375]**

314.    Limited Objection of M&G Jewelers, Inc. **[ECF No. 2397]**

315.    Amendment to Objection of Forbes/Cohen Florida Properties, L.P. **[ECF No. 2411]**

<u>Resolved Responses</u>:

316.    Objection of Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve **[ECF No. 1876]** (cure and adequate assurance objections remain adjourned)

317.    Limited Objection and Reservation of Rights of SAP Industries, Inc. **[ECF No. 1886]**

318.    Limited Objection of Cross Country Home Services, Inc. **[ECF No. 1893]**

319.    Objection of the Chubb Companies **[ECF No. 1900]**

320.    Objection of Salesforce.com, Inc. **[ECF No. 1981]** (cure objection remains adjourned)

21

      a.      Supplemental Objection of Salesforce.com, Inc.
**[ECF No. 2252]**

321.    Objection of Cisco Systems, Inc. **[ECF No. 1988]** (cure objection
remains adjourned)

<u>Status</u>:  This matter is going forward on a contested basis with respect to the responses identified under Responses Going Forward other than Cure Objections for contracts or leases that are Initial Assigned Agreements, which are adjourned to a date to be announced.

Dated:  February 5, 2019
      New York, New York

            ***/s/ Sunny Singh***
            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York  10153
            Telephone:  (212) 310-8000
            Facsimile:  (212) 310-8007
            Ray C. Schrock, P.C.
            Jacqueline Marcus
            Garrett A. Fail
            Sunny Singh
            Jessica Liou

            *Attorneys for Debtors and*
            *Debtors in Possession*

WEIL:\96903564\3\73217.0004