EXHIBIT A

# STANDARD PARTIES SERVICE LIST

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601
Via Priority Mail

c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.
Via Priority Mail

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.
Via Priority Mail

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.
ray.schrock@weil.com; jacqueline.marcus@weil.com garrett.fail@weil.com;
sunny.singh@weil.com
Via Email

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com
Via Email

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com
Via Email

Cleary, Gottlieb
One Liberty Plaza,
New York, NY, 10006
Attn: Sean A. O'Neal, Esq.

soneal@cgsh.com
Via Email

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com
Via Email

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com
Via Email

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com
Via Email

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com
Via Email

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com
Via Email

Choate, Hall & Stewart LLP
Attorneys to Wells Fargo Bank, National Association
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.
ksimard@choate.com; jmarshall@choate.com
Via Email

Lazard Frères & Co., LLC
Debtors' Investment Banker
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance
brandon.aebersold@lazard.com; levi.quaintance@lazard.com; project.blue.rx@lazard.com
Via Email

Transform Holdco LLC c/o ESL Partners, Inc.
Buyer
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com; harold@eslinvest.com
Via Email



 *Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0409 5228 50**

| | | |
|---|---|---|
| Trans. #: | 456069906 | Priority Mail® Postage: **$7.35** |
| Print Date: | 02/06/2019 | Total **$7.35** |
| Ship Date: | 02/06/2019 | |
| Expected Delivery Date: | 02/09/2019 | |

**From:**  SONIA COLON
390 N ORANGE AVE STE 2300
ORLANDO FL 32801-1684

**To:**  PAUL SCHWARTZBERG
OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
201 VARICK ST
UNIT 1006
NEW YORK NY 10014-9449

\* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



- - - - - - -  - - - - - - - - - - - - - - - *Cut on dotted line.* - - - - - - - - - - - - - - - - - - - -

## Instructions

**1.** Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.

**2.** Place your label so it does not wrap around the edge of the package.

**3.** Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.

**4.** To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

**5.** Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0409 5228 67**

| | | Priority Mail® Postage: | **$7.35** |
|---|---|---|---|
| Trans. #: | 456069906 | Total | **$7.35** |
| Print Date: | 02/06/2019 | | |
| Ship Date: | 02/06/2019 | | |
| Expected Delivery Date: | 02/09/2019 | | |

**From:**   SONIA COLON
           390 N ORANGE AVE STE 2300
           ORLANDO FL 32801-1684

**To:**     ROBERT D DRAIN
           U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF NY
           300 QUARROPAS ST RM 248
           WHITE PLAINS NY 10601-4140

\* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



*Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0409 5228 74**

| | | | |
|---|---|---|---|
| Trans. #: | 456069906 | Priority Mail® Postage: | **$7.35** |
| Print Date: | 02/06/2019 | Total | **$7.35** |
| Ship Date: | 02/06/2019 | | |
| Expected Delivery Date: | 02/08/2019 | | |

**From:**   SONIA COLON
390 N ORANGE AVE STE 2300
ORLANDO FL 32801-1684

**To:**   STEPHEN STILEY
SEARS HOLDINGS CORPORATION
3333 BEVERLY RD
HOFFMAN EST IL 60179-0001

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

 *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



*Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0409 5228 81**

| | | Priority Mail® Postage: | **$7.35** |
|---|---|---|---|
| Trans. #: | 456069906 | Total | **$7.35** |
| Print Date: | 02/06/2019 | | |
| Ship Date: | 02/06/2019 | | |
| Expected Delivery Date: | 02/08/2019 | | |

**From:**   SONIA COLON
            390 N ORANGE AVE STE 2300
            ORLANDO FL 32801-1684

**To:**     LUKE J VALENTINO
            SEARS HOLDINGS CORPORATION
            3333 BEVERLY RD
            HOFFMAN EST IL 60179-0001

\* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*