Law Offices of
Penny R. Stark
9861 Sunrise Lakes Boulevard
Suite 308
Fort Lauderdale, Florida  33322
(954) 774-4762
*Counsel for Caparra Center Associates/San Patricio Plaza*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDING CORPORATION, *et al.*, | : | Case No.: 18-23538 (RDD) |
| | : | |
| Debtors.1 | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**JOINDER BY CAPARRA CENTER ASSOCIATES, LLC., IN THE OBJECTION OF VARIOUS LANDLORDS TO NOTICES OF FILING REVISED PROPOSED ORDER (I) AUTHORIZING THE ASSET PURCHASE AGREEMENT AMONG SELLERS AND BUYER, (II) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND LEASES IN CONNECTION THEREWITH AND (IV) GRANTING RELATED RELIEF**
_____

Caparra Center Associates, LLC, ("Landlord"), by and through the undersigned counsel, hereby submits this joinder (the "Joinder") and joins in the Objections of Landlords (Docket Nos. 2380, 2380-1 and 2395) (the "Landlord Objections") to the *Notice of Filing Revised Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (IV) Granted Related Relief* [Docket No. 2332*]  and the Notice of Filing Second Revised Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (IV) Granted Related Relief* [Docket No. 2378].

# JOINDER

Landlord joins in and adopts the Landlord Objections and respectfully requests that any order approving the sale of substantially all of the Debtors' business and assets to the Buyer incorporate the changes outlined in the Landlords' Proposed Sale Order.

# RESERVATION OF RIGHTS

Landlord expressly reserves the right to supplement this Joinder and make such other and further objections as it deems necessary and appropriate.

**WHEREFORE**, Landlord respectfully requests that (i) if the Court approves the proposed sale of substantially all of the Debtors' business and assets to the Buyer, any order approving the sale incorporate the changes outlined in the Landlords' Proposed Sale Order and (ii) the Court grant to Landlord such other and further relief as is just and appropriate.

Dated: Ft Lauderdale, Florida
February 6, 2019

Respectfully Submitted,

LAW OFFICE OF PENNY R. STARK

9861 Sunrise Lakes Blvd., Suite 308
Fort Lauderdale, Florida 33322
Telephone 954.774.4762
Email: pstarkesq@gmail.com

*Attorney for Caparra Center Associates,
San Patricio Plaza, as Landlord*