Thomas R. Slome                           Hearing Date and Time: February 14, 2019 at 10:00 a.m.
Michael Kwiatkowski
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
Email: tslome@msek.com
       mkwiatkowski@msek.com

and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com
        john@russelljohnsonlawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF WALT LARNERD IN SUPPORT MOTION OF CERTAIN UTILITY COMPANIES TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE [Docket No. 1395]**

I, Walter Larnerd declare as follows:

1.  I am the Supervisor, Revenue Assurance & Compliance for FirstEnergy Service Corp. and I have been the Supervisor for five years and with FirstEnergy Service Corp. for ten years. In my current position with FirstEnergy Service Corp. I assist in the credit and bankruptcy

operations of the following operating companies: West Penn Power Company, Monongahela Power Company, Potomac Edison Company, Toledo Edison Company, Metropolitan Edison Company, Jersey Central Power & Light Company, Pennsylvania Electric Company, The Cleveland Electric Illuminating Company, Ohio Edison Company and Pennsylvania Power Company (collectively, "FirstEnergy").

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of FirstEnergy's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of FirstEnergy. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of FirstEnergy, I submit this Declaration in support of the *Motion of Certain Utility Companies To Determine Adequate Assurance of Future Payment Motion* (the "Motion") [Docket No. 1395]

4. In making this Declaration, I am familiar with the contents of the Motion (Docket No. 1395), *Motion of Debtors Requesting Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* (the "Utility Motion")(Docket No. 196) (the "Utility Order") and the *Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* [Docket No. 461] (the "Utility Order").

2

5. It is part of my job responsibility with FirstEnergy Service Corp. to: (A) review customer accounts with FirstEnergy; (B) address credit issues with FirstEnergy's customers; and (C) address issues concerning customers that file for bankruptcy protection, including requests for adequate assurance of payment.

6. FirstEnergy's relationship with the Debtors is governed by the following tariffs (the "FirstEnergy Tariffs") that are on file with the applicable state utility commissions and can be obtained at:

Penn Power, West Penn, Met-Ed and Penelec:
https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html

Mon Power:
https://www.firstenergycorp.com/customer_choice/west_virginia/west_virginia_tariffs.html

Potomac Edison:
https://www.firstenergycorp.com/content/customer/customer_choice/maryland/maryland_tariffs.html

Ohio Edison, CEI and TE:
https://www.firstenergycorp.com/content/customer/customer_choice/ohio_/ohio_tariffs.html

JCP&L:
https://www.firstenergycorp.com/content/customer/customer_choice/new_jersey/new_jersey_tariffs.html

7. The FirstEnergy Tariffs establish: (a) the amount of security that FirstEnergy is entitled to seek from its customers under applicable state law; (b) that FirstEnergy must bill the Debtors monthly; and (c) the billing and payment terms for all of FirstEnergy's customers. Specifically, under the billing cycle established by the FirstEnergy Tariffs, a customer receives approximately one month of utility goods and/or services before FirstEnergy issues a bill for such charges, which is due on presentation. If payment is not made within 15-21 days of the invoice

3

18-23538-shl    Doc 2440    Filed 02/06/19    Entered 02/06/19 14:11:23    Main Document
                                    Pg 4 of 11

date, a late payment charge at the rate of 1.5-2% percent per monthly billing period is applied to the account. Service may be terminated upon a customer's failure to pay a bill for utility service within 14-30 days from the date payment is due, but not until FirstEnergy has provided the customer with written notice that is mailed to the customer at the premises where service is rendered and 10-21 days to cure the payment default. Accordingly, a customer's account will not be terminated for non-payment of bills until at least 29-51 days after the service is provided.

8. FirstEnergy provided the Debtors with utility goods and services prior to the Petition Date and continues to provide post-petition utility goods and services to the Debtors at the Debtors' accounts that are listed on the chart attached to this Declaration as **Exhibit "A."** Exhibit A also lists the prepetition losses incurred by each FirstEnergy Operating Company.

9. The information regarding West Penn's prepetition accounts with the Debtors is as follows:

    A. West Penn held a prepetition cash deposit in the amount of $23,742 on the Debtor Sears' accounts. After the deposit was applied to the final prepetition balances on those accounts, there is a credit in the amount of $6,870.84 that remains (the "West Penn Sears Credit").

10. As adequate assurance of payment pursuant to Section 366(c) of the Bankruptcy Code, West Penn is seeking a two-month cash deposit in the amount of $221,372, which can be paid as follow:

    A. West Penn to move the $6,870.84 West Penn Sears Credit to the Debtor Sears' post-petition accounts with West Penn as a partial deposit payment; and

    B. The Debtors tender a payment of $214,501.16

11. Pursuant to the FirstEnergy Tariffs, FirstEnergy is entitled to seek adequate

4

assurance of payment from the Debtors in the form of a two-month cash deposit in the amounts set forth in Exhibit A, which is the amount FirstEnergy is seeking from the Debtors in these cases for the remaining active post-petition accounts that the Debtors have with FirstEnergy.

12. FirstEnergy is seeking a two-month deposit in this case because: (1) of the exposure created by its billing cycle.

13. For its non-bankrupt customers, FirstEnergy accepts security in the form of cash deposits, letters of credit or surety bonds, which are forms of security maintained by FirstEnergy.

14. Although FirstEnergy does not want its post-petition security to be in the form of money maintained in the Adequate Assurance Account, if the Court were to hold that the security provided to FirstEnergy is to be in that form, FirstEnergy would ask that the Utility Order be amended to include the following additional provisions to ensure that the money held in the Adequate Assurance Account is sufficient in amount and would be available for payment of unpaid post-petition bills:

A. The amount for the FirstEnergy operating companies be increased to the following amounts, which represent two times the average monthly bills for the active accounts that the Debtors still have with FirstEnergy:

    i. West Penn Power Company - $214,501.16, with the balance to come from the West Penn Sears Credit of $6,870.84;

    ii. Monongahela Power Company - $12,758

    iii. Potomac Edison Company - $43,150

    iv. Toledo Edison Company - $7,896

    v. Metropolitan Edison Company - $50,116

      vi.    Jersey Central Power & Light Company - $171,860

      vii.    Pennsylvania Electric Company - $80,832

      viii.    The Cleveland Electric Illuminating Company - $114,828

      ix.    Ohio Edison Company - $188,706

      x.    Pennsylvania Power Company - $15,818

B.    The portion of the Adequate Assurance Deposit attributable to each Utility Provider shall be returned to the Debtors after the Debtors' payment in full of all post-petition obligations due and owing to the applicable Utility Provider, which the Debtors shall confirm in writing with the applicable Utility Provider.

C.    The Debtors agree to pay all post-petition charges of the Utility Providers by the applicable due date of the invoice, which is a due date established in accordance with applicable state laws, regulations and/or tariffs.

D.    If the Debtors fail to pay a utility bill when due (including the passage of any cure period), the relevant Utility Provider shall provide notice of such default to the Debtors, and if within five (5) business days of such notice, the bill is not paid, the Utility Provider may file an application with the Court certifying that payment has not been made and requesting the amount due up to an aggregate maximum equal to the Adequate Assurance Deposit allocable to such Utility Provider.

E.    Notwithstanding anything in the Motion, the Order or (i) the orders approving the Debtors' use of cash collateral and/or post-petition debtor-in-possession financing facilities (collectively, the "**DIP Orders**"); (ii) the other documentation governing the Debtors' use of cash collateral and post-petition financing facilities; and (iii) the Approved Budget (as defined in

the DIP Orders) to the contrary, there shall be no liens on the amounts in the Adequate Assurance Account for the Utility Providers that are higher in priority to the Utility Providers' rights and interests in the amounts contained and allocated in the Adequate Assurance Account for the Utility Providers. Moreover, the amounts contained in the Adequate Assurance Account shall remain available to the Utility Providers for the payment of post-petition charges even if the Debtors cases are converted to cases under Chapter 7 of the Bankruptcy Code.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 4th day of February 2019, at Fairmont/Marion County, WV

_____
Walter Larnerd

Company Name

**EXHIBIT "A"**

Sears Holdings Corporation

**Penn Power**

### CHAPTER 11 - CASE # 18-23538
### Filed 10/15/2018

| Petition Account | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 6156 | Sears Roebuck & Co | 2500 W STATE ST | NEW CASTLE | PA | $595.08 | $1,242.00 |
|  |  |  |  | Total | $595.08 | $1,242.00 |

**Ohio Edison**

### CHAPTER 11 - CASE # 18-23538
### Filed 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 6719 | Sears Roebuck & Co | 4900 MIDWAY MALL BLVD | ELYRIA | OH | $18,557.18 | $30,510.00 |
| 0810 | Sears Roebuck & Co | 600 RICHLAND MALL | MANSFIELD | OH | $21,172.27 | $24,042.00 |
| 7053 | Sears Roebuck & Co | 1475 UPPER VALLEY PIKE | SPRINGFIELD | OH | $10,222.00 | $11,948.00 |
| 6757 | Cole Vision Corp | 4260 KENT RD | STOW | OH | $385.09 | $460.00 |
| 4804 | Sears | 1274 STATE ROUTE 303 | STREETSBORO | OH | $484.79 | $1,204.00 |
| 8103 | Sears Dental #072 | 3750 W MARKET ST M | FAIRLAWN | OH | $873.84 | $1,426.00 |
| 4228 | Sears Roebuck & Co | 1091 N COURT ST | MEDINA | OH | $411.36 | $588.00 |
|  |  |  |  | Total | $52,106.53 | $70,178.00 |

**Toledo Edison**

### CHAPTER 11 - CASE # 18-23538
### Filed 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 1536 | Sears | 6645 STORE AIRPORT HWY | HOLLAND | OH | $7,335.90 | $7,896.00 |
|  |  |  |  | Total | $7,335.90 | $7,896.00 |

**CEI**

### CHAPTER 11 - CASE # 18-23538
### Filed 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 7415 | Norman Adler & Assoc / Sears H | 4829 ESEARS GALAXY PKWY | WARRENSVI | OH | $811.53 | $782.00 |
| 4399 | Sears Roebuck & Co | 4620 D HINCKLEY INDUSTRIAL PKWY | CLEVELAND | OH | $2,175.94 | $2,126.00 |
| 0048 | Sears Roebuck & Co | 17271 SOUTHPARK CTR | STRONGSVIL | OH | $6,652.57 | $21,686.00 |
| 0720 | Sears Roebuck & Co | 35101 EUCLID AVE | WILLOUGHB | OH | $3,958.99 | $6,206.00 |
| 6568 | Sears | 6656 N RIDGE RD | MADISON | OH | $1,919.26 | $1,232.00 |
| 0634 | Sears Roebuck & Co | 8251 DAY DR | PARMA | OH | $259.23 | $432.00 |
| 2179 | Sears Roebuck & Co | 470 GREAT NORTHERN MALL | NORTH OLM | OH | $24,070.82 | $23,114.00 |
| 0053 | Sears Roebuck & Co | 7490 Broadview Rd | Parma | OH | $4,809.53 | $6,550.00 |
| 7200 | Sears Roebuck & Co | 4620 Hinckley Industrial Pkwy Ste C | Cleveland | OH | $391.69 | $592.00 |
| 0711 | Sears | 15661 W High St | Middlefield | OH | $893.05 | $718.00 |
| 7202 | Sears Roebuck & Co | 6950 W 130th St | Middleburg | OH | $7,104.12 | $15,646.00 |
|  |  |  |  | Total | $53,046.73 | $79,084.00 |

**Potomac Edison**

### CHAPTER 11 - CASE # 18-23538
### Filed 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 1944 | Sears #2774A | WINCHESTER RD | LAVALE | MD | $6,905.50 | $13,574.00 |
|  |  |  |  | Total | $6,905.50 | $13,574.00 |

**Mon Power**

### CHAPTER 11 - CASE # 18-23538
### Filed 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 1146 | Sears | MEADOWBROOK MALL | BRIDGEPORT | WV | $1,421.99 | $2,156.00 |
| 3467 | Sears #2304A | MORGANTOWN MALL | WESTOVER | WV | $11,869.22 | $10,602.00 |
|  |  |  |  | Total | $13,291.21 | $12,758.00 |

**West Penn Power**

### CHAPTER 11 - CASE # 18-23538
### Filed 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 5243 | Sears Automotive | NITTANY MALL | STATE COLLE | PA | $0.00 | $1,060.00 |
| 3295 | Sears #1714A | WESTMORELAND MALL | GREENSBUR | PA | ($5,347.96) | $27,546.00 |
| 5791 | Sears #2114A | 100 WASH CROWN CTR | WASHINGTO | PA | $0.00 | $9,632.00 |
| 2831 | Sears Roebuck & Co | 300 BURSCA DR | BRIDGEVILLE | PA | $0.00 | $0.00 |
| 7863 | Sears Roebuck & Co | 300 BURSCA DR | BRIDGEVILLE | PA | $0.00 | $526.00 |
| 8154 | Sears Optical #1317 | GREENE PLZ | WAYNESBUR | PA | $101.56 | $218.00 |
| 3888 | Sears Optical #1374 | HILLTOP DR | KITTANNING | PA | ($1,624.44) | $0.00 |
|  |  |  |  | Total | ($6,870.84) | $38,982.00 |

**JCP&L**

CASE # 18-23538
FILED 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 9250 | Sears Holdings | Rockaway Townsquare Mall Mt Hope A | Rockaway | NJ | $10,617.47 | $21,258.00 |
| 4377 | Sears Holdings | 112 Eisenhower Pky | Livingston | NJ | $23,426.19 | $31,848.00 |
| 0352 | Sears Holdings | 1500 Rte 35 | Middletown | NJ | $16,718.81 | $28,122.00 |
| 0535 | Sears Holdings | Seaview square Mall 2341 RT 66 | Ocean | NJ | $14,952.21 | $22,254.00 |
| 0642 | Sears Holdings | Blk 605 Lot 64 1500 Hwy 35 | Middletown | NJ | $1,723.71 | $3,928.00 |
| 5797 | Sears Holdings | 1324 Wyckoff Rd | Neptune | NJ | $1,084.02 | $1,748.00 |
| 0785 | Sears Holdings MGT CORP | 4010 RYTE 9 S | Howell | NJ | $0.00 | $3,364.00 |
| 1768 | Sears Holding | Sussex County Mall 13 RT 206 | Newton | NJ | $4,273.49 | $4,174.00 |
|  |  |  |  | Total | $72,795.90 | $116,696.00 |

**MET ED**

CASE # 18-23538
FILED 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 2125 | Sears Roebuck & Co | N Hanover Mall Carlisle St Str. 100 | Hanover | PA | $0.00 | $8,828.00 |
| 1573 | Sears Holdings | 3864 Easton Nazareth Hwy | Easton | PA | $2,811.50 | $3,942.00 |
|  |  |  |  | Total | $2,811.50 | $12,770.00 |

**PENELEC**

CASE # 18-23538
FILED 10/15/2018

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 1225 | Sears Roebuck & Co | 540 Galleria Dr | Johnstown | PA | $2,778.18 | $10,870.00 |
| 9706 | Sears Holdings Corporation | Logan Valley | Altoona | PA | $14,571.81 | $21,364.00 |
| 2388 | Sears Authorized Dealer | 926 1/2 W High St | Ebensburg | PA | $105.63 | $474.00 |
|  |  |  |  | Total | $17,455.62 | $32,708.00 |

Company Name     **EXHIBIT "A"**
Kmart

### Penn Power

| Pre-Petition Account | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
|  | CHAPTER 11 - CASE # 18-23538 Filed 10/15/2018 |
| 2578 | S S Kresge Co 7083 | 2650 LAWVLG ELLWOOD RD | NEW CASTLE | PA | $4,146.38 | $14,576.00 |
| | | | | Total | $4,146.38 | $14,576.00 |

### Ohio Edison

| Pre-Petition Account | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 6093 | Kmart Corp | 555 SOUTH AVE | TALLMADGE | OH | $11,941.55 | $16,010.00 |
| 5932 | Kmart Corp | 241 WOOSTER RD N | BARBERTON | OH | $10,792.70 | $13,616.00 |
| 7806 | Kmart Corp | 9059 STATE ROUTE 14 | STREETSBORO | OH | $3,452.63 | $2,782.00 |
| 7784 | Kmart Corp | 3301 CENTER RD | BRUNSWICK | OH | $12,811.73 | $16,686.00 |
| 5383 | Kmart Corp | 541 OAL PERKINS JONES RD NE | WARREN | OH | $64,450.97 | $69,434.00 |
| | | | | Total | $103,449.58 | $118,528.00 |

### Toledo Edison

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 5348 | Kmart Corp | 1821 SIGN W ALEXIS RD | TOLEDO | OH | $58.58 | $0.00 |
| | | | | Total | $58.58 | $0.00 |

### CEI

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 6967 | Kmart Corp | 7701 BROADVIEW RD | SEVEN HILLS | OH | $15,553.41 | $16,012.00 |
| 7655 | Kmart Corp | 17840 E BAGLEY RD | MIDDLEBURG HEIGH | OH | $12,965.71 | $19,118.00 |
| 3094 | Kmart Corp | 7705 BROADVIEW RD | SEVEN HILLS | OH | $239.69 | $614.00 |
| | | | | Total | $28,758.81 | $35,744.00 |

### Potomac Edison

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 6282 | Kmart Store #3172 | 1 VALLEY PLZ | HAGERSTOWN | MD | $14,163.34 | $16,950.00 |
| 3392 | Kmart Holding #1139 | 1003 W PATRICK ST | FREDERICK | MD | $7,586.25 | $12,626.00 |
| | | | | Total | $21,749.59 | $29,576.00 |

### West Penn Power

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 0035 | Kmart Corporation | 280 TOWER RD | CHAMBERSBURG | PA | $214.69 | $596.00 |
| 5333 | Kmart Holding | 1475 NITTERHOUSE DR | CHAMBERSBURG | PA | $0.00 | $6,460.00 |
| 6513 | Kmart Corp DIP | NITTERHOUSE DR | CHAMBERSBURG | PA | $37.38 | $0.00 |
| 6752 | Kmart Corp DIP | NITTERHOUSE DR | CHAMBERSBURG | PA | $74.79 | $0.00 |
| 4792 | Kmart Holding #7372 | 451 HYDE PARK PLZ | LEECHBURG | PA | $0.00 | $10,312.00 |
| 8785 | SS Kresge Co Kmart DI | RIVERVIEW PLZ | NEW KENSINGTON | PA | $6,166.85 | $10,900.00 |
| 0948 | Kmart Holding | 1475 NITTERHOUSE DR | CHAMBERSBURG | PA | $29,548.15 | $62,622.00 |
| 1243 | Kmart Holding | 1475 NITTERHOUSE DR | CHAMBERSBURG | PA | $900.15 | $44,090.00 |
| 1565 | Kmart Holding | 1475 NITTERHOUSE DR | CHAMBERSBURG | PA | $6,883.26 | $47,410.00 |
| | | | | Total | $43,825.27 | $182,390.00 |

### JCP&L

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 9532 | Kmart Corporation | 108 Monmouth Rd | West Long Branch | NJ | $2,474.77 | $17,258.00 |
| 5631 | Kmart Corporation | RT 36 | West Long Branch | NJ | $43.48 | $72.00 |
| 2209 | Kmart Corporation | Plaza 35 1825 Rte 35 | Wall | NJ | $8,605.54 | $15,194.00 |
| 9643 | Kmart Corporation | Kmart Plaza 213 Rt 37 E | Toms River | NJ | $12,318.92 | $22,640.00 |
| | | | | Total | $23,442.71 | $55,164.00 |

### Met Ed

| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
|---|---|---|---|---|---|---|
| 5053 | Kmart Corporation | 1745 Quentin Rd | Lebanon | PA | $9,833.90 | $14,766.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5244 | Kmart Corporation | 803 Male Rd | Wind Gap | PA | $11,201.63 | $11,120.00 |
| 7786 | Kmart Corporation | 320 S 25th St | Easton | PA | $13,093.41 | $11,460.00 |
| | | | | Total | $34,128.94 | $37,346.00 |

Penelec

| CHAPTER 11 - CASE # 18-23538 Filed 10/15/2018 | | | | | | |
|---|---|---|---|---|---|---|
| Pre-Petition Account# | Customer Name | Address | City | State | Final Balance | 2 Month S/D |
| 3293 | Kmart Corporation | 2873 W 26th St | Erie | PA | $10,364.02 | $12,938.00 |
| 0838 | Kmart Corporation | W Plank Rd | Altoona | PA | $11,445.52 | $17,748.00 |
| 2271 | Kmart Corporation | RT 6 Unit 1 | Wysox | PA | $7,729.97 | $17,438.00 |
| | | | | Total | $29,539.51 | $48,124.00 |