Jeffrey R. Gleit, Esq.
Allison H. Weiss, Esq.
**SULLIVAN & WORCESTER LLP**
1633 Broadway
New York, New York 10019
(212) 660-3000 (Telephone)
(212) 660-3001 (Facsimile)

*Counsel to Service.com*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I caused a copy of the *Declaration of Robert Schostak* [Docket No. 2362] in support of the *Limited Objection to the Global Asset Sale*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Transaction and Statement of Continued Interest in Purchase of Sears Home Improvement Business* [Docket No. 2130] by Service.com, Inc. to be filed and served electronically via CM/ECF on all those registered to receive notices in this case, on the parties listed in Exhibit A, and on the Master Service List.

I further certify that on February 1, 2019, I caused a redacted copy of the *Motion of Service.com for Entry of an Order Authorizing the Redacted Filing of the Declaration of Robert Cell* [Docket No. 2364] to be filed and served electronically via CM/ECF on all those registered to receive notices in this case, on the parties listed in Exhibit A, and on the Master Service List.

I further certify that on February 3, 2019, I caused a copy of the *Declaration of Robert Cell* [Docket No. 2374] in support of the *Limited Objection to the Global Asset Sale Transaction and Statement of Continued Interest in Purchase of Sears Home Improvement Business* [Docket No. 2130] by Service.com, Inc. to be filed and served electronically via CM/ECF on all those registered to receive notices in this case, the parties listed in Exhibit A, and, on February 4, 2019, on the Master Service List.

DATED:    New York, New York
          February 6, 2019

                              SULLIVAN & WORCESTER LLP,

                              By:

                              /s/Jeffrey R. Gleit
                              Jeffrey R. Gleit, Esq.
                              Allison H. Weiss, Esq.
                              1633 Broadway
                              New York, New York 10019
                              (212) 660-3000 (Telephone)
                              (212) 660-3001 (Facsimile)
                              jgleit@sandw.com
                              aweiss@sandw.com

                              *Counsel to Service.com*

2

# EXHIBIT A

## SERVICE LIST

**BY EMAIL**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

**BY E-MAIL**

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.
Paul.schwartzberg@usdoj.gov

*U.S. Trustee*

**BY E-MAIL**

c/o Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker, Esq., Moshin Meghji, Esq.
rob.riecker@searshc.com
luke.valentino@searshc.com
mmeghji@miiipartners.com

*The Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.
ray.schrock@weil.com
Jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com

*Counsel to the Debtors*

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
Paul.leake@skadden.com
Shana.elberg@skadden
George.howard@skadden

*Counsel for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent*

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
Marshall.huebner@davispolk.com
Eli.vonnegut@davispolk.com

*Counsel for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility*

Cleary, Gottlieb
One Liberty Plaza
New York, New York 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

*Counsel for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.
ewilson@kelleydrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com

*Counsel for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
Attn: Edward M. Fox, Esq.
emfox@seyarth.com

*Counsel for Wilmington Trust, N.A., as indenture trustee for the Second Lien Notes*

Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10015
Attn: James Gadsden, Esq.
Gadsden@clm.com

*Counsel for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

*Counsel for the Pension Benefit Guaranty Corporation*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
pdublin@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com

*Counsel for the Official Committee of Unsecured Creditors*

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.
ksimard@choate.com
jmarshall@choate.com

*Attorneys to Wells Fargo Bank, N.A.*

Lazard Freres & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance
Project.blue.rx@lazard.com

*Debtors' Investment Banker*

Transform Holdco LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com
Harold@eslinvest.com

*Buyer*