**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                    Case No.: _____

                                                                                                Chapter ___

                                    Debtor

---------------------------------------------------------------x

                                                                                                Adversary Proceeding No.: _____

                                    Plaintiff

                                v.

                                    Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the Northern, Southern, Central, Eastern District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____

_____                                        _____

                                                                                    *Mailing Address*:

                                                                                    _____

                                                                                    _____

                                                                                    _____

                                                                                    *E-mail address*: _____

                                                                                    *Telephone number*: _____