**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST**

PLEASE TAKE NOTICE that Anne M. Aaronson, of Dilworth Paxson LLP hereby withdraws her appearance as counsel for the James J. Thompson Trust and request to be removed from the Court's mailing matrix and service list with respect to the bankruptcy cases of the above-captioned debtors.

Dated: February 6, 2019

By: /s/ Anne M. Aaronson
Anne M. Aaronson
*Dilworth Paxson LLP*
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

*Attorney for the James J. Thompson Trust*

120752328_1

## CERTIFICATE OF SERVICE

I hereby certify that the *Notice of Withdrawal of Appearance and Request for Removal from Court Matrix and Service List* was served to the parties receiving notice via the Court's ECF system upon its filing on February 6, 2019.

Dated:  February 6, 2019               /s/ Anne M. Aaronson
                                                             Anne M. Aaronson