Law Offices of
Penny R. Stark
9861 Sunrise Lakes Boulevard
Suite 308
Fort Lauderdale, Florida  33322
(954) 774-4762
*Counsel for Caparra Center Associates/San Patricio Plaza*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDING CORPORATION, *et al.*, | : | Case No.: 18-23538 (RDD) |
| | : | |
| Debtors.1 | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE (Ref Doc # 2437)

The undersigned attorney hereby certifies that on February 6, 2019, she caused a true and

correct copy of

JOINDER BY CAPARRA CENTER ASSOCIATES, LLC., IN THE OBJECTION OF VARIOUS
LANDLORDS TO NOTICES OF FILING REVISED PROPOSED ORDER (I) AUTHORIZING THE
ASSET PURCHASE AGREEMENT AMONG SELLERS AND BUYER, (II) AUTHORIZING THE
SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
INTERESTS AND ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND LEASES IN CONNECTION
WITH AND (IV) GRANTING RELATED RELIEF (Docket # 2734)

was served on February 6, 2019 through the Court's CM/ECF System on all parties registered to receive

service through the Court's CM/ECF system and was caused to be served in accordance with the Order

Approving Global Bidding Procedures and Granting Related Relief entered November 19, 2018 (Docket

No. 816) and the service requirements established thereby.


Dated:  February 7, 2019
        Ft Lauderdale, Florida                          *s/s Penny Stark_____*
                                                         Penny R. Stark