FERRAIUOLI, LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**SANTA ROSA MALL'S CERTIFICATE OF SERVICE OF CREDITOR'S**
**SUBPOENA *DUCES TECUM* DIRECTED TO SEARS HOLDINGS CORPORATION**

TO THE HONORABLE COURT:

COMES NOW Santa Rosa Mall, LLC ("Santa Rosa Mall"), by and through its undersigned counsel, and respectfully states and prays as follows:

1. On February 1, 2019, Santa Rosa Mall issued *Creditor's Subpoena Duces Tecum* (the "Subpoena") directed to Sears Holdings Corporation (collectively, the "Debtors") and to the care of Candance Arthur, Esq. ("C. Arthur" or "Debtors' counsel"), an associate attorney at Weil, Gotshal & Manges LLP, to produce and permit the inspection and copying of the documents specified on Exhibit "A" thereto, at the New York offices of Ferraiuoli LLC on February 11, 2019, at 10:00 AM. A copy of the *Creditor's Subpoena Duce Tecum* is attached hereto as **Exhibit A**.

2. On even date, February 1, 2019, at 2:43 PM and 2:54 PM, the undersigned counsel communicated with C. Arthur as to whether the Debtors would accept service of the *Subpoena* by email. A copy of the electronic communication exchanged is attached hereto as **Exhibit B**.

3. By email dated February 1, 2019, at 8:10 PM, C. Arthur accepted service of process of the

1

*Subpoena* on behalf of the Debtors. See **Exhibit B**.

4. For the forgoing reasons, Santa Rosa Mall cancelled the personal service of process and returns the *Subpoena* as unexecuted.

WHEREFORE, Santa Rosa Mall respectfully requests this Court takes notice of the forgoing, accepts the service of process of *Creditor's Subpoena Duces Tecum,* and grant any other remedy that is fair and equitable.

Respectfully submitted.
Dated: February 7, 2019.

**Ferraiuoli** LLC
221 Ponce de León Avenue
5th Floor
San Juan, PR 00917

PO Box 195168
San Juan, PR 00919-5168
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

-and-

390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*