2/5/2019 18-23538-shl Doc 2466-2 Filed 02/07/19 Entered 02/07/19 14:02:10 Exhibit B-
Re: 18-bk-23538 | Sears Holdings Corporation
Electronic Communication Pg 1 of 2

EXHIBIT B

# Re: 18-bk-23538 | Sears Holdings Corporation

**Arthur, Candace** <Candace.Arthur@weil.com>

Fri 2/1/2019 8:10 PM

To: Sonia Colón <scolon@ferraiuoli.com>;

Cc: Naida Parkhurst <nparkhurst@ferraiuoli.com>; Friedmann, Jared <Jared.Friedmann@weil.com>; Marcus, Jacqueline <jacqueline.marcus@weil.com>;

Thank you for the clarification. I accept the email service.

Thanks,
Candace

On Feb 1, 2019, at 2:54 PM, Sonia Colón <scolon@ferraiuoli.com> wrote:

> Dear Candace,
>
> I wanted to clarify that the subpoena is for the hearing to be held on February 14th. I will await your response.
>
> Thank you.
>
> **Sonia E. Colón**
>
> _____
>
> <image001.jpg>
>
> 390 N Orange Ave., Suite 2300
> Orlando, FL 32801
> T. 407-982-7310
>
> PO Box 195168 • San Juan, PR 00919
> 221 Ponce de León Avenue, Suite 500
> San Juan, PR 00917
> T. 787-766-7000
> F. 787.766.7001
> E. scolon@ferraiuoli.com
>
> _____
>
> *The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication by error, please notify us immediately by e-mail, and delete the original message.*
> *P Before you print this E-mail, ask if it's really necessary. Our environment concerns us all...*
>
> **From:** Sonia Colón
> **Sent:** Friday, February 1, 2019 2:43 PM
> **To:** Candace M. Arthur <candace.arthur@weil.com>
> **Cc:** Naida Parkhurst <nparkhurst@ferraiuoli.com>
> **Subject:** 18-bk-23538 | Sears Holdings Corporation
> **Importance:** High

Dear Candace,

Hope that this email finds you well.

In preparation for our hearing scheduled for February 4th, please let me know if you will accept service by email of this subpoena.

Thank you,

**Sonia E. Colón, Esq.**

———————————————————————————

<image002.jpg>

390 N. Orange Ave., Suite 2300, Orlando, FL 32801
**T** (407) 982-7310  **F** (787)766.7001  **E** scolon@ferraiuoli.com

221 Ponce de León Avenue, 5th Floor • San Juan, PR 00917
PO Box 195168  • San Juan, PR 00919-5168
**T** (787)766-7000  **F** (787)766.7001  **E** scolon@ferraiuoli.com

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.