**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

Sears Holdings Corporation, et al.

Debtor

Case No.: 18-23538

Chapter 11

-------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Christopher A. Grosman (P58894)   , request admission, *pro hac vice*, before the Honorable Robert D. Drain        , to represent Forbes/Cohen Florida Properties, LP , a creditor/landlord/party-in-interest     in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan           and, if applicable, the bar of the U.S. District Court for the Eastern      District of Michigan                 .

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Feb. 7, 2019

_____, New York

/s/ Christopher A. Grosman

*Mailing Address:*

Carson Fischer, P.L.C.

4111 Andover Rd., West-2nd Floor

Bloomfield Hills, MI 48302

*E-mail address*: cgrosman@carsonfischer.com

*Telephone number*: ( 248 ) 644-4840