Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 18-23538-rdd

4  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5  In the Matter of:

6

7  SEARS HOLDINGS CORPORATION,

8

9         Debtor.

10 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12             United States Bankruptcy Court

13             300 Quarropas Street, Room 248

14             White Plains, NY 10601

15

16             January 8, 2019

17             1:04 PM

18

19

20

21 B E F O R E :

22 HON ROBERT D. DRAIN

23 U.S. BANKRUPTCY JUDGE

24

25 ECRO:  NAROTAM RAI

Page 2

1  HEARING re Notice of Hearing / Notice of Status Conference
2
3  HEARING re Notice of Agenda for Hearing on January 8, 2019
4  at 10:00 a.m.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   WEIL, GOTSHAL & MANGES LLP

 4        Attorneys for the Debtors

 5        767 Fifth Avenue

 6        New York, NY 10153

 7

 8   BY:   RAY SCHROCK

 9         SUNNY SINGH

10

11   AKIN GUMP STRAUSS HAUER & FELD LLP

12        Attorneys for the Official Committee of

13        Unsecured Creditors

14        One Bryant Park

15        New York, NY 10036

16

17   BY:   ABID QURESHI

18

19

20

21

22

23

24

25
```

```
 1   GOULSTON & STORRS, P.C.
 2        Attorney for New Westgate Mall, LLC
 3        Capetown Plaza, LLC
 4        OND Property LLC
 5        885 Third Avenue, 18th Floor
 6        New York, NY 10022
 7
 8   BY:  TREVOR R. HOFFMAN
 9
10   ALSO PRESENT TELEPHONICALLY:
11   ELIZABETH A. BEITLER
12   JULIAN BULAON
13   GREG W. HAUSWIRTH
14   COLLEEN MAKER
15   NICHOLAS R. MARDCUS
16   XU PANG
17   RYAN P. QUINN
18   STEVEN SMITH
19   ROLAND YOUNG
20   JOHN ALLERDING
21   ARLENE R. ALVES
22   LARA E. APPLEBY
23   JOSEPH BADTKE-BERKOW
24   DEREK J. BAKER
25   NEGISA BALLUKU
```

1  JOSEPH C. BARSALONA, II
2  RYAN M. BARTLEY
3  JAMES T. BENTLEY
4  LAUREN N. BESLOW
5  NADAV BESNER
6  ALIX BROZMAN
7  JONATHAN D. CANFIELD
8  KEVIN M. CAPUZZI
9  JEFFREY L. CARESS
10 PATRICIA CHEN
11 STEVEN H. CHURCH
12 BRYAN M. CIMALA
13 PATRICK T. COLLINS
14 ANDREW S. CONWAY
15 ANNE D'INNOCENZIO
16 ERIC C. DUACHER
17 ANDREW DIAZ
18 JASON DIBATTISTA
19 TED A. DILLMAN
20 DANIEL M. EGGERMANN
21 MARITA ERBECK
22 MICHAEL T. EVERSDEN
23 WILLIAM P. FENNELL
24 PATRICK FITZGERALD
25 ROBERT E. FITZGERALD

1  DEBORAH L. FLETCHER
2  JONATHAN FORSTOT
3  ELISE S. FREJKA
4  KIMBERLY B. GIANIS
5  STEPHANIE J. GLEASON
6  IVAN M. GOLD
7  RONALD E. GOLD
8  MICHAEL S. GREGER
9  THOMAS HALS
10 MARC HANKIN
11 TAYLOR B. HARRISON
12 CATHERINE HEITZENRATER
13 MICHAEL HERZ
14 ANA LUCIA HURTADO
15 CHRISTOPHER ISIDORE
16 VLADIMIR JELISAVCIC
17 WILLIAM M. JONES
18 GERALD P. KENNEDY
19 JOSEPH KINNEY
20 MATTHEW KOCH
21 STEVEN KOSSON
22 NICHOLAS KRISLOV
23 JEFFREY KURTZMAN
24 ZACHARY D. LANIER
25 FERNAND L. LAUDUMLEY

1  LAWRENCE A. LICHTMAN
2  DONNA LIEBERMAN
3  TERESA LI
4  MICHAEL G. LINN
5  CATHERINE LOTEMPIO
6  D. BRETT MARKS
7  KATHERINE E. MASSEY
8  MAEGHAN J. MCLOUGHLIN
9  AARON MILLER
10 BRETT H. MILLER
11 DENNIS D. MILLER
12 STEPHEN MILLER
13 MICHAEL MITTELMAN
14 JULIE F. MONTGOMERY
15 DAN MOSS
16 KEVIN M. NEWMAN
17 BRYANT OBERG
18 THOMAS ONDER
19 LAWRENCE PARK
20 RICHARD PEDONE
21 JON P0RUCHANSKY
22 RYAN REINERT
23 STEVEN J. REISMAN
24 MICHAEL RICHARDS
25 LILLIAN A. RIZZO

Page 8

1. ELIZA RONALDS-HANNON
2. DAVID ROSENZWEIG
3. CHRISTOPHER SAFAYA
4. SARAH J. SALANIC
5. EVEN E. SCHLADOW
6. EDWARD L. SCHNITZER
7. MICHELLE E. SHRIRO
8. WESLEY SIMA
9. FREDRIC SOSNICK
10. MIKE SPECTOR
11. CHRIS STAUBLE
12. RICHARD A. STIEGLITZ
13. BRAD SWEENEY
14. DAN SWETNAM
15. AUSTIN H. VINY
16. DAVID WANDER
17. ADAM J. WEBB
18. ROBERT WEISBERG
19. ALAN ZIMMERMAN
20. EVAN J. ZUCKER
21. LAUREN E. ZUMBACH
22. DAVID R. ZYBERBERG
23.
24.
25.

1                    P R O C E E D I N G S

2               THE COURT:  Please be seated.  Okay, good

3   afternoon in re: Sears Holding Corporation for those of you

4   who've been waiting since 11 and that includes people on the

5   phone, I apologize, but as often happens in large chapter 11

6   cases a number of very capable and talented people have been

7   working very hard to see if important agreements can be

8   reached or at least agreements as to the process can be

9   reached, and I think the time while you were waiting was

10  spent productively by those people.

11              MR. SCHROCK:  Thank you very much, Your Honor. Ray

12  Schrock, Weil, Gotshal, Manges here for the debtors along

13  with my partner, Sunny Singh.  Your Honor, first of all,

14  thank you very much for your time this morning, and for the

15  patience of frankly all the parties involved. We have what

16  we believe is some very good news for Sears and its

17  stakeholders. After you know, several days of virtually

18  around the clock negotiations and you know, some

19  conversations with the court and our consultation parties

20  the debtors have determined that they will not be adjourning

21  the auction on January 14th, and that subject to ESL putting

22  in a revised form of bid letter, APA as well as a deposit

23  for 120 million dollars by 4:00PM tomorrow, that the debtors

24  will be reviewing that bid and comparing it against the

25  company's other alternatives at an auction on January 14th.

1           THE COURT:  And this is assuming that that bid is

2   consistent with what the parties have been discussing over

3   the weekend and today?

4           MR. SCHROCK:  That is correct, Your Honor.

5   They've been round the clock, so we haven't had time for the

6   documentation to catch up.

7           THE COURT:  Okay.

8           MR. SCHROCK:  With everyone, or with all of the

9   changes. A couple of important points. As part of this

10  deposit there will be a -- as part of the 120 million dollar

11  deposit the -- they -- we have agreed that a portion of that

12  will be effectively non-refundable and paid to the -- to the

13  estate in the event -- will be paid to the estate in the

14  event that ESL does not win the auction, and so that will

15  cover that, and this is intended to cover the actual costs

16  of comparing what the company's expenses would be if they

17  were to commence GOB sales now versus, you know, moving it

18  out to a week from now.

19          THE COURT:  To get the results of the auction?

20          MR. SCHROCK:  To get the results of the auction,

21  exactly Judge.  So, you know, that number is I believe 17.9

22  million dollars.  There's also an agreement to subject to

23  approval by Your Honor, to enter, or to shorten the time

24  required in this one occasion for going out of business --

25  GOB notices, which is 10 calendar days under the GOB order

1   to seven calendar days, and then finally there is a
2   provision in the global bidding procedures order, which is
3   found at docket number 816, and specifically in those
4   procedures that paragraph 4A, there is a proviso that reads,
5   "Provided that if an affiliate or insider of the debtors
6   includes the credit bid for part or all of their applicable
7   stalking-horse bid, the debtor's will schedule a hearing
8   prior to the commencement of the auction for determination
9   of such affiliate's ability to credit bid, and such
10  affiliate shall not be entitled to credit bid at the auction
11  unless it is received in order of the court, approving the
12  ability of the credit bid prior -- the ability to credit bid
13  prior to the auction and complaint with the ABL orders."
14           And what the parties have agreed, subject to
15  approval by the Court is that that proviso would be
16  effectively waived for purposes of this auction so that
17  there's not going to be a determination on the ability to
18  credit bid prior to the auction.  The debtors will consider
19  the ability of ESL to credit bid at the auction and will,
20  you know, should they make that determination that they're,
21  you know, in -- if ESL were to win the auction they would be
22  bringing that forward to the Court for the sale hearing.
23  All party's rights are reserved with respect to ESL's
24  ability to credit bid, but that just given the timing issues
25  that we were dealing with with, you know, running up against

```
 1   the auction on the 14th and the cash burn that occurs at the
 2   company that one modification would help us, we believe, be
 3   able to hopefully get to an auction and have a chance to
 4   save Sears as a going concern.
 5             THE COURT:  So, just to be clear then, if I --
 6   correct me if I'm wrong.  That waiver means that if a
 7   portion of ESL's proposal includes a credit bid, it is not
 8   pre-approved.
 9             MR. SCHROCK:  That is correct.
10             THE COURT:  ESL is free to include a credit bid as
11   part of its proposal, but the debtors and the other parties
12   and interests will be reviewing that aspect of the proposed
13   transaction as well as all the other aspects in comparison
14   to the debtor's other alternatives.
15             MR. SCHROCK:  Yes, Your Honor.
16             THE COURT:  Okay.
17             MR. SCHROCK:  Your Honor, with that, you know, we
18   are, you know, moving forward and looking forward to the
19   auction on January 14th, and you know, we're very hopeful
20   that we have a great result.  In the event that, you know,
21   in the unfortunate event that if asked to clarify one issue
22   for the debt lenders, and the unfortunate event that we were
23   to have to pivot to a liquidation.  They just -- I believe
24   that they're -- they're not quite there on the debtors.
25   We're still going over the wind-down budget, we're still
```

1   going over certain issues related to that, and so I believe

2   that they wanted me to note that their rights are reserved

3   as to those issues.  We're still working through it.

4            THE COURT:  Okay.  But otherwise, the so-called --

5   the consulting parties, which include the two dip lenders

6   and the committee are on board with the process that you

7   just outlined?

8            MR. SCHROCK:  Yes, Judge that's -- I believe so.

9            THE COURT:  And I just want to make clear, because

10  obviously, this is a large company, or group of companies

11  that affects a lot of people.  The auction, as -- at, I

12  believe has always been the case, will involve the debtors

13  and their key consulting parties evaluating not only ESL's

14  proposal, but all their alternatives?

15           MR. SCHROCK:  That's correct.

16           THE COURT:  Including the potential liquidation

17  under the auspices of one or other group of liquidators and

18  the realization by the debtors on their other assets that

19  wouldn't be involved in a liquidation.  So, the bankruptcy

20  code gives debtors a great deal of flexibility in

21  consultation and ultimately with the requirement to get

22  approval from the Court of how best to maximize their assets

23  and deal with all of their creditors, and that's what this

24  process is intended to enable.  But it does appear to me to

25  be subject to getting the written documentation tomorrow.  A

1  good development that there's a prospect for a potential

2  stand-alone proposal that might -- at the conclusion of that

3  auction, either in that form or as -- in a revised form, in

4  light of the results of the auction, enable the debtors to

5  survive is a growing concern, at least in part.

6         MR. SCHROCK:  That is certainly our hope, Judge.

7         THE COURT:  Okay, but of course, again, the

8  debtors have an obligation to review all of their

9  alternatives and will do so at the auction.

10        MR. SCHROCK:  Your Honor, subject to any of the

11 other parties wanting to speak, I -- that's all the debtors

12 have.

13        THE COURT:  Okay.

14        MR. QURESHI:  Good afternoon, Your Honor.  For the

15 record, Abid Qureshi, Akin, Gump, Strauss, Hauer, and Feld

16 on behalf of the official committee of unsecured creditors.

17 Your Honor, notwithstanding the fact that we are a

18 consultation party under the bid procedures order, the

19 committee has not been privy to the negotiations that have

20 taken place with ESL over the course of the last several

21 days.  While we of course welcome the prospect of an auction

22 resulting in increased recovery for creditors, I think it's

23 fair to say that the committee has significant concerns

24 concerning whether ESL can get theirs.  Your Honor has heard

25 the committee say in the past we do believe there are

1  significant viable claims against ESL and we will continue
2  to assess those.  It is our expectation, Your Honor, that as
3  a consultation party we will be kept fully apprised of the
4  developments as things move forward between today and the
5  bid deadline and the auction.
6          THE COURT:  All right.  And then that's my
7  expectation, too.  I appreciate that a lot of work has taken
8  place over the weekend and yesterday that I think
9  necessitated not leaving you and your colleagues and the dip
10 lenders and their professionals somewhat in the dark, but
11 obviously, you'll have some time between now and the 14th to
12 come up to speed, and if, you know, the debtors are not
13 forthcoming on that, you can reach me by email or setting up
14 a chambers conference call.  The -- I just also want to make
15 clear that when I say the debtors, the debtors have set up a
16 special committee structure to enable them to review ESL
17 related transactions, but that doesn't relieve them from
18 sharing important and relevant information with the
19 committee and the dip lenders.
20         MR. SCHROCK:  And we have Your Honor, and we will.
21 There were certainly some developments over the -- overnight
22 and over the last couple of days that --
23         THE COURT:  Right.
24         MR. SCHROCK:  Things are moving quickly, but we
25 will do our very best and I hope the committee knows we're

1    doing our very best.

2             THE COURT: Okay. All right. Anyone else?

3             MR. HOFFMANN: Good afternoon, Your Honor, Trevor

4    Hoffmann from Goulston and Storrs, and I represent several

5    landlords. Just trying to understand, I know Your Honor

6    said that the debtor's obliged to consider all alternatives,

7    what I -- what I just need to understand is I know from the

8    perspective of my clients they put in indicative bids with

9    respect to premises on which they have leases. I understand

10   other landlords did as well. Are we invited to the auction,

11   are we not invited? What is the process going forward?

12            THE COURT: To my mind the debtors will be

13   evaluating the ESL proposal as against their alternatives.

14   Those alternatives are somewhat open ended. They include

15   not only bids that have been made so far by people like your

16   clients, by sort of the larger liquidation firms, but also

17   their assessment of the value of assets that are not

18   included in those bids, and that includes potential

19   litigation claims. So, my expectation is that they have

20   that information already from the bids that have been

21   submitted. If people want to submit additional or improved

22   bids, they should do so. And that the debtor's financial

23   advisors will inform you whether it makes sense for you to

24   attend the auction or not.

25            MR. HOFFMANN: Thank you, Your Honor.

Page 17

1           THE COURT:  Okay.

2           MR. HOFFMANN:  Again, thank you very much.

3           THE COURT:  Okay, the last thing is I'm not

4    amending then the procedures order, that condition for pre-

5    approval or not of a credit bid is waived with parties'

6    rights reserved on that issue.  And -- but that includes the

7    fact that we currently have scheduled a hearing to confirm

8    the results of the auction, I believe for the 31st.  January

9    31st.

10          MR. SCHROCK:  Yes, Your Honor.

11          THE COURT:  Okay, so, that's probably the next

12   important court date.  All right, thank you very much.

13          MR. SCHROCK:  Thank you, Judge.

14          (Whereupon these proceedings were concluded at

15   1:19 PM)

16

17

18

19

20

21

22

23

24

25

# INDEX

## RULINGS

|  | Page | Line |
|---|---|---|
| Not amending procedures order | 17 | 3 |

1            C E R T I F I C A T I O N

2

3      I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6   *Sonya Ledanski Hyde*

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o, ou, email=digital1@veritext.com, c=US
Date: 2019.01.09 16:03:25 -05'00'

7

8   **Sonya Ledanski Hyde**

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  January 9, 2019