**Hearing Date: February 14, 2019 @ 10:00 a.m. ET**
**Objection Deadline: February 7, 2019 @ 4:00 p.m. ET**

Eric R. Reimer (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Robert J. Liubicic
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000

Andrew M. Leblanc
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

Craig M. Price
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: February 14, 2019 |
| | Re: Docket No. 1557 |

**RESPONSE OF CYRUS CAPITAL PARTNERS, L.P. TO THE EX-PARTE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 1103 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016 AUTHORIZING <u>THE EXAMINATION OF THE CDS PARTICIPANTS</u>**

**Hearing Date: February 14, 2019 @ 10:00 a.m. ET**
**Objection Deadline: February 7, 2019 @ 4:00 p.m. ET**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Cyrus Capital Partners, L.P. ("Cyrus") respectfully submits this response to the Official Committee of Unsecured Creditors' (the "Committee") *Ex-Parte Motion for the Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 1103 and Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing the Examination of the CDS Participants* (the "Rule 2004 Motion") [Dkt. No. 1557]. In support of its Response, Cyrus respectfully represents as follows:

1. Cyrus does not oppose the Rule 2004 Motion.

2. Cyrus and the Committee (collectively, the "Parties") have conferred regarding the Rule 2004 Motion and, in the event the Rule 2004 Motion is granted, have agreed to discuss in good faith the discovery requested by the Committee.

3. The Parties have agreed that Cyrus reserves the right to object to the timing of Cyrus's response to discovery requests and the scope of any discovery requests served on Cyrus by the Committee, in the event the Rule 2004 Motion is granted.

Dated: February 7, 2019
New York, New York

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By:  /s/ Thomas R. Kreller

Eric R. Reimer (admitted *pro hac vice*)
Thomas R. Kreller (admitted *pro hac vice*)
Robert J. Liubicic
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000

Andrew M. Leblanc
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

Craig M. Price
28 Liberty Street
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*