Briggs and Morgan, P.A.
James M. Jorissen (pro hac vice)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
jjorissen@briggs.com

-and-

The Tsang Law Firm, P.C.
Michael Tsang
40 Wall Street, 26th Floor
New York, NY 10005
mtsang@tsanglawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.,

               Debtors[1].

-----------------------------------------------------------x

Chapter 11

Lead Case No. 18-23538 (RDD)

(Jointly Administered)

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179. The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616, and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "Additional Debtors"). The Additional Debtors each filed a motion in their respective chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned counsel appears for 1803, LLC and Camegaran, LLC, parties in interest in this proceeding, and requests that all notice given or required to be given in this action and all related actions, be given and served upon the following:

James M. Jorissen
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
jjorissen@briggs.com

and

The Tsang Law Firm, P.C.
Michael Tsang
40 Wall Street, 26th Floor
New York, NY 10005
mtsang@tsanglawfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, ex parte or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after de novo review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

**BRIGGS AND MORGAN, P.A.**

Dated:  February 7, 2019                    By:     /s/  James M. Jorissen

James M. Jorissen, MN #262833
Pro Hac Vice Pending
*jjorissen@briggs.com*
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 977-8400

-and-

Michael Tsang
mtsang@tsanglawfirm.com
The Tsang Law Firm, P.C.
40 Wall Street, 26th Floor
New York, NY 10005

ATTORNEYS FOR 1803, LLC AND
CAMEGARAN, LLC