Thomas R. Slome
Michael Kwiatkowski
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300, P.O. Box 9194
Garden City, New York 11530-9194
Telephone:  (516) 741-6565
Facsimile:  (516) 741-6706
Email:  tslome@msek.com
        mkwiatkowski@msek.com

    and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:  russell@russelljohnsonlawfirm.com
         john@russelljohnsonlawfirm.com

*Co-Counsel for Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Kingsport Power Company, Ohio Power Company, Public Service Company of Oklahoma and Southwestern Electric Power Company (collectively, "AEP"), Arizona Public Service Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, City of Ocala, Florida, Consolidated Edison Company of New York, Inc., Orange & Rockland Utilities, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, The Dominion East Ohio Gas Company d/b/a Dominion East Ohio, Connecticut Light & Power Company, Public Service Company of New Hampshire, Yankee Gas Services Company, NStar Electric Company, Eastern Massachusetts and NStar Electric Company, Western Massachusetts, West Penn Power Company, Monongahela Power Company, Potomac Edison Company, Toledo Edison Company, Metropolitan Edison Company, Jersey Central Power & Light Company, Pennsylvania Electric Company, The Cleveland Electric Illuminating Company, Ohio Edison Company, Pennsylvania Power Company, Florida Power & Light Company, Georgia Power Company, Boston Gas Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Salt River Project, San Diego Gas and Electric Company, Southern California Gas Company, Sacramento Municipal Utility District, Southern California Edison Company, Tucson Electric Power Company, UNS Electric, Inc., UNS Gas, Inc. and Public Service Electric and Gas Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Michael Kwiatkowski, hereby certify that February 7, 2019, I caused true and correct copies of the following documents to be served via CM/ECF electronic notice on all parties who receive such notice, upon the individuals and/or entities listed on the attached **Service List A** via first-class mail (international mail, if applicable) (postage pre-paid), and upon the individuals listed on the attached **Service List B** via electronic mail (email):

- *Declaration of Jennifer Davy in Support of Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code* [ECF Dkt. No. 2458];

- *Declaration of Emory L. Roberts Jr. in Support of Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code* [ECF Dkt. No. 2459];

- *Declaration of Louise Williams in Support of Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code* [ECF Dkt. No. 2460];

- *Declaration of Dora Hargrove in Support of Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code* [ECF Dkt. No. 2461];

- *Declaration of Carlandra Edwards in Support of Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code* [ECF Dkt. No. 2462];

- *Declaration of Brent Cochran in Support of Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code* [ECF Dkt. No. 2463]; and

2

- *Declaration of Stephanie Lemmond in Support of Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code* [ECF Dkt. No. 2467].

                                       */s/ Michael Kwiatkowski*
                                       Michael Kwiatkowski

**Service List A**
(First-Class Mail)

Sears Holding Corporation
333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq.
     Luke J. Valentino, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, P.C.
     Jacqueline Marcus, Esq.
     Garret A. Fail, Esq.
     Sunny Singh, Esq.

Office of the United States Trustee
 for Region 2
201 Varick Strreet, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq.
     Shana A. Elberg, Esq.
     George R. Howard, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
     Eli J. Vonnegut, Esq.

Cleary, Gottlieb
One Liberty Plaza
New York, NY 10005
Attn: Sean A. O'Neal, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
     Benjamin D. Feder, Esq.
     T. Charlie Liu, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10014
Attn: James Gadsden, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryan Park
New York, NY 10036
Attn: Philip C. Dublin, Esq.
     Ira Dizengoff, Esq.
     Sara Lynne Brauner, Esq.

Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago IL  60654-1607
*Counsel to Brookfield Property REIT Inc., as Agent Brookfield Property REIT Inc.*

Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin TX 78760
Attn: Diane Wade Sanders
*Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County*

Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY  10286

Travis County Attorney
P.O. Box 1748
Austin, TX  78767
Attn: David Escamilla
*Counsel to Travis County Travis County Attorney*

Indenture Trustee for the Second Lien Note
  Wilmington Trust, National Association
Attn: Sears Holding Corp. Administrator
  Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
1265 Scottsville Road
Rochester, NY 14624
Attn: Donald C. Cowan, Jr.

Montee & Associates
1250-I Newell Ave., Suite 149
Walnut Creek  CA 94596
Attn: Kevin P. Montee, Esq.

BST International Fashio Ltd.
Attn: A.R. Shrinivasan, Managing Director
39 Wang Kwong Rd, Sutie 2301B
Skyline Tower
Kowloon Bay
Kowloon, Hong Kong

2

**Service List B**
(by Email)

| NOTICE NAME | EMAIL |
|---|---|
| Ira S. Dizengoff | idizengoff@akingump.com |
| Philip C. Dublin | pdublin@akingump.com |
| Abid Qureshi | aqureshi@akingump.com |
| Sara L. Brauner | sbrauner@akingump.com |
| Pamela H. Walters | |
| Johnetta Lang | bnkatty@aldineisd.org |
| Jenelle C. Arnold | Jarnold@aldridgepite.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| Leib M. Lerner | leib.lerner@alston.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Anthony J. D'Artiglio | |
| Joshua S. Bauchner | ajd@ansellgrimm.com |
| Allen G. Kadish | akadish@archerlaw.com |
| Lance A. Schildkraut | lschildkraut@archerlaw.com |
| Brian J. Lohan, Esq. | brian.lohan@arnoldporter.com |
| Ginger Clements, Esq. | ginger.clements@arnoldporter.com |
| Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Edward E. Neiger | eneiger@askllp.com |
| Jennifer A. Christian | jchristian@askllp.com |
| James W. Grudus, Esq. | Jg5786@att.com |
| Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Ferve Khan | fkhan@bakerlaw.com |
| David L. Pollack | pollack@ballardspahr.com |
| Dustin P. Branch | branchd@ballardspahr.com |
| Eslie C. Heilman | heilmanl@ballardspahr.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Paul E. Harner, | harnerp@ballardspahr.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Kevin M. Newman | knewman@barclaydamon.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Russell W. Savory | russ@bsavory.com |
| Russell W. Mills | rmills@bellnunnally.com |
| R. Kent Love | klove@bellnunnally.com |
| Michael J. Barrie | mbarrie@beneschlaw.com |
| Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Lawrence M. Schwab | |
| Thomas M. Gaa | Tgaa@bbslaw.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |
| Stanley B. Tarr | Tarr@BlankRome.com |
| Evan J. Zucker | EZucker@BlankRome.com |

| | |
|---|---|
| | bankruptcy@borgeslawllc.com |
| Wanda Borges, Esq. | wborges@borgeslawllc.com |
| Sue L. Chin, Esq. | schin@borgeslawllc.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Joel H. Levitin | jlevitin@cahill.com |
| Richard A. Stieglitz Jr. | rstieglitz@cahill.com |
| Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Michael J. Catalfimo, Esq. | |
| John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| | gadsden@clm.com |
| | bankruptcy@clm.com |
| James Gadsden, Esq. | Dennis.roemlein@bnymellon.com |
| Richard J. McCord, Esq. | rmccord@certilmanbalin.com |
| Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Laura E. Appleby | appleby@chapman.com |
| Steven Wilamowsky | wilamowsky@chapman.com |
| Beth J. Rotenberg | brotenberg@csglaw.com |
| Scott A. Zuber | szuber@csglaw.com |
| Kevin J. Simard | ksimard@choate.com |
| Jonathan D. Marshall | jmarshall@choate.com |
| | hchoi@choiandpark.com |
| Hyun Suk Choi | cpark@choiandpark.com |
| Chull S. Park | lkleist@choiandpark.com |
| Miriam R. Stein | mstein@chuhak.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Gilbert R. Saydah Jr. | gsaydah@ckrlaw.com |
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| David M. Blau | dblau@clarkhill.com |
| Sean A. O'Neal | soneal@cgsh.com |
| James L. Bromley | jbromley@cgsh.com |
| Andrew Weaver | aweaver@cgsh.com |
| Rahul Mukhi | rmukhi@cgsh.com |
| Jennifer Kennedy Park | jkpark@cgsh.com |
| Richard M. Seltzer | |
| Melissa S. Woods | rseltzer@cwsny.com |
| Michael A. Smith | |
| Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Karen C. Bifferato | kbifferato@connollygallagher.com |
| Kelly M. Conlan | kconlan@connollygallagher.com |
| N. Christopher Griffiths | cgriffiths@connollygallagher.com |
| Seth Van Aalten | svanaalten@cooley.com |
| Sarah Carnes | scarnes@cooley.com |

2

| | |
|---|---|
| Dianne Coffino | dcoffino@cov.com |
| R. Alexander Clark | aclark@cov.com |
| Marl E. Felger | mfelger@cozen.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| | marshall.huebner@davispolk.com |
| Marshall S. Huebner, Esq | eli.vonnegut@davispolk.com |
| Eli J. Vonnegut, Esq. | sears.service@davispolk.com |
| Erica S. Weisgerber | mcto@debevoise.com |
| My Chi To | eweisgerber@debevoise.com |
| Beth J. Solomon | bethsolomon@discover.com |
| Lawrence J. Kotler | LJKotler@duanemorris.com |
| Wendy M. Simkulak | WMSimkulak@duanemorris.com |
| Wendy M. Simkulak, Esquire | WMSimkulak@duanemorris.com |
| Catherine B. Heitzenrater, Esquire | Cheitzenrater@duanemorris.com |
| Laurence May, Esq. | lmay@eisemanlevine.com |
| Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Larry Bercovich | lbercovich@epicor.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Derek L. Wright | dlwright@foley.com |
| Katherine R. Catanese | kcatanese@foley.com |
| Thomas Scannell | tscannell@foley.com |
| Michael Small | msmall@foley.com |
| Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Mark E. Hall | mhall@foxrothschild.com |
| Michael R. Herz | mherz@foxrothschild.com |
| N. Neville Reid | nreid@foxswibel.com |
| Joseph D. Frank | jfrank@fgllp.com |
| Jeremy C. Kleinman | jkleinman@fgllp.com |
| Devon J. Eggert, Esq. | deggert@freeborn.com |
| Brad Eric Scheler | brad.eric.scheler@friedfrank.com |
| Scott B. Luftglass | scott.luftglass@friedfrank.com |
| Peter B. Siroka | peter.siroka@friedfrank.com |
| Edward M. King | tking@fbtlaw.com |
| Ronald E. Gold | rgold@fbtlaw.com |
| AJ Webb | awebb@fbtlaw.com |
| Phillip A. Martin | pmartin@fmdlegal.com |
| Laura M. Brymer | lbrymer@fmdlegal.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Matthew T. Gensburg | mgensburg@gcklegal.com |

3

| | |
|---|---|
| Brett S. Theisen | btheisen@gibbonslaw.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Timothy F. Nixon | tnixon@gklaw.com |
| Jonathan L. Flaxer, Esq. | jflaxer@golenbock.com |
| Michael S. Weinstein, Esq. | mweinstein@golenbock.com |
| | gfox@goodwinlaw.com |
| Barry Z. Bazian | bbazian@goodwinlaw.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Frederick Black | |
| Tara B. Annweiler | |
| Marc D. Young | tannweiler@greerherz.com |
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Alan D. Halperin, Esq. | ahalperin@halperinlaw.net |
| Ligee Gu, Esq. | lgu@halperinlaw.net |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com howard.upchurch@hanes.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Stephen B. Selbst | sselbst@herrick.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Arthur E. Rosenberg, Esq. | arthur.rosenberg@hklaw.com |
| Marc L. Antonecchia, Esq. | Marc.Antonecchia@hklaw.com |
| | barbra.parlin@hklaw.com |
| Barbra R. Parlin | elvin.ramos@hklaw.com |
| Jose A. Casal, Esq. | jose.casal@hklaw.com |
| Joaquin J. Alemany, Esq. | jjalemany@hklaw.com |
| Lawrence A. Lichtman | llichtman@honigman.com |
| Brett L. Gross | bgross@HuntonAK.com |
| Michael S. Legge | mlegge@huntonak.com |
| Gregory G. Hesse | ghesse@huntonak.com |
| Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |
| Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Carol Rodas | carol.rodas@impremedia.com |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Judith Elkin | elkinj@mac.com |
| Eric R. Wilson, Esq. | KDWBankruptcyDepartment@KelleyDrye.com |
| Benjamin D. Feder, Esq. | bfeder@kelleydrye.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Lauren C. Kiss | lkiss@klestadt.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |

4

| | |
|---|---|
| David S. Gragg | dgragg@langleybanack.com |
| John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Peter M. Gilhuly | peter.gilhuly@lw.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| | william.fennell@fennelllaw.com |
| | luralene.schultz@fennelllaw.com |
| William P. Fennell | office@fennelllaw.com |
| 381 Broadway | cgruen@gruenlaw.com |
| Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Penny R. Stark | pstarkesq@gmail.com |
| | hlazarus@lazarusandlazarus.com |
| Harlan M. Lazarus | harlan.lazarus@gmail.com |
| | ilan.markus@leclairryan.com |
| Ilan Markus | niclas.ferland@leclairryan.com |
| Niclas A. Ferland | andrew.cole@leclairryan.com |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| John A. Mueller | jmueller@lippes.com |
| Brian A. Raynor | braynor@lockelord.com |
| Aaron C. Smith | asmith@lockelord.com |
| David W. Wirt | dwirt@lockelord.com |
| Ira S. Green | ira.greene@lockelord.com |
| Joseph N. Froehlich | jfroehlich@lockelord.com |
| W. Steven Bryant | sbryant@lockelord.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Bruce S. Nathan, Esq. | echafetz@lowenstein.com |
| Eric S. Chafetz, Esq. | bnathan@lowenstein.com |
| Lee Gordon | |
| Tara LeDay | tleday@mvbalaw.com |
| Brian S. McGrath | bmcgrath@mcglinchey.com |
| Kristen D. Romano | kromano@mcglinchey.com |
| Mark J. Chaney, Esq. | mchaney@mcglinchey.com |
| Richard A. Aguilar, Esq. | raguilar@mcglinchey.com |
| Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| Christopher J. Major | cjm@msf-law.com |
| Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Craig M. Price | cprice@milbank.com |
| Robert J. Liubicic | RLiubicic@milbank.com |

| | |
|---|---|
| Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Stan D. Smith | ssmith@mwlaw.com |
| Laura McCarthy | laura.mccarthy@morganlewis.com |
| Neil E. Herman | neil.herman@morganlewis.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Curtis S. Miller | cmiller@mnat.com |
| Joseph C. Barsalona II | jbarsalona@mnat.com |
| Jennifer L. Marines | jmarines@mofo.com |
| Benjamin W. Butterfield | bbutterfield@mofo.com |
| Joseph T. Moldovan | |
| Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Deborah M. Perry | dperry@munsch.com |
| Karen Cordry | kcordry@naag.org |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Stephen Castro | stephen.castro@nortonrosefulbright.com |
| Carol E. Momjian | |
| Josh Shapiro | cmomjian@attorneygeneral.gov |
| Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| Paul Schwartzberg | richard.morrissey@usdoj.gov |
| Richard Morrissey | paul.schwartzberg@usdoj.gov |
| Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Lily Wang | lily@pacogarment.com |
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Leslie A. Plaskon, Esq. | leslieplaskon@paulhastings.com |
| Andrew V. Tenzer, Esq. | andrewtenzer@paulhastings.com |
| Shlomo Maza, Esq. | shlomomaza@paulhastings.com |
| Henry Jaffe | jaffeh@pepperlaw.com |
| Kenneth A. Listwak | listwakk@pepperlaw.com |
| Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Ebony Cobb | ecobb@pbfcm.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Douglas J. Pick | dpick@picklaw.net |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Rick A. Steinberg | rsteinberg@pricemeese.com |

| | |
|---|---|
| Herb Baer | searsteam@primeclerk.com |
| Richard M. Allen | serviceqa@primeclerk.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Guy A. Reiss | greiss@reisspreuss.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Chad P. Pugatch | cpugatch@rprslaw.com |
| Kenneth M. Florey | kflorey@robbins-schwartz.com |
| M. Neal Smith | nsmith@robbins-schwartz.com |
| Robert E. Michael | Robert.e.michael.esq@gmail.com |
| Aaron Hume | Aron.hume@gmail.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gregg M. Galardi | gregg.galardi@ropesgray.com |
| Kimberly J. Kodis | kimberly.kodis@ropesgray.com |
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |
| James M. Wilton | james.wilton@ropesgray.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Stephen Moeller-Sally | ssally@ropesgray.com |
| Joshua Y. Sturm | joshua.sturm@ropesgray.com |
| Nicholas M. Berg | nicholas.berg@ropesgray.com |
| Timothy Farrell | timothy.farrell@ropesgray.com |
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Michael S. Amato, Esq. | mamato@rmfpc.com |
| Robert A. Abiuso | mmccann@swc-law.com |
| Matthew C. McCann | rabiuso@swc-law.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| Christopher R. Belmonte | cbelmonte@ssbb.com |
| Abigail Snow | asnow@ssbb.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Dipesh Patel | dipesh.patel@saul.com |
| Phillip M. Hudson III | phil.hudson@saul.com |
| Carmen Contreras-Martinez | carmen.contreras-martinez@saul.com |
| Louis T. DeLucia, Esq. | ldelucia@schiffhardin.com |
| Alyson M. Fiedler, Esq. | afiedler@schiffhardin.com |
| | secbankruptcy@sec.gov |
| Secretary of the Treasury | NYROBankruptcy@sec.gov |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| John R. Ashmead, Esq. | ashmead@sewkis.com |
| Arlene R. Alves, Esq. | alves@sewkis.com |
| Edward M. Fox | emfox@seyfarth.com |
| Fredric Sosnick | fsosnick@shearman.com |
| Sara Coelho | sara.coelho@shearman.com |
| Alan M. Feld, Esq. | afeld@sheppardmullin.com |
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |

7

| | |
|---|---|
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
| Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Paul Leake, Esq. | Paul.Leake@skadden.com |
| Shana Elberg, Esq. | Shana.Elberg@skadden.com |
| George R. Howard, Esq. | George.Howard@skadden.com |
| Doug Skierski | |
| Kristin H. Jain | enotices@skijain.com |
| Lei Lei Wang Ekvall | |
| Philip E. Strok | pstrok@swelawfirm.com |
| Robert R. Kinas | rkinas@swlaw.com |
| James E. Sorenson | bk@svllaw.com |
| David A. Rolf | darolf@sorlinglaw.com |
| Patrick M. Ryan | pmryan@sorlinglaw.com |
| Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Thomas S. Onder | tonder@stark-stark.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |
| Constantine D. Pourakis | cp@stevenslee.com |
| Thomas J. Salerno | thomas.salerno@stinson.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Andrew G. Dietderich | |
| Brian D. Glueckstein | dietdericha@sullcrom.com |
| David R. Zylberberg | zylberbergd@sullcrom.com |
| David S. Kupetz | dkupetz@sulmeyerlaw.com |
| Claire K. Wu | ckwu@sulmeyerlaw.com |
| Michael J. Riela | Riela@thsh.com |
| Andrew S. Conway | aconway@taubman.com |
| Judith Starr | |
| Kartar S. Khalsa | Starr.Judith@pbgc.gov |
| William McCarron, Jr. | mccarron.william@pbgc.gov |
| Adi Berger, Director | efile@pbgc.gov |
| Joseph E. Sarachek | joe@sarcheklawfirm.com |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Power Wang | powerwangtxks@vip.126.com |
| Herbert H. Slatery III | |
| Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| | David.Jones6@usdoj.gov |
| | Jeffrey.Oestericher@usdoj.gov |
| | Joseph.Cordaro@usdoj.gov |
| | Carina.Schoenberger@usdoj.gov |
| | Lawrence.Fogelman@usdoj.gov |
| | Peter.Aronoff@usdoj.gov |
| Bankruptcy Division | Linda.Riffkin@usdoj.gov |
| Joshua A. Dunn, Esq. | |
| Michael Schein | jdunn@vedderprice.com |

8

| | |
|---|---|
| Kevin J. Etzel | ketzel@vedderprice.com |
| Michael L. Schein | mschein@vedderprice.com |
| Marva M. Levine | marva.m.levine@verizon.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Gordon J. Toering | gtoering@wnj.com |
| Donald W. Clarke | Dclarke@wjslaw.com |
| | ray.schrock@weil.com |
| | garrett.fail@weil.com |
| | jacqueline.marcus@weil.com |
| Ray C. Schrock, P.C. | sunny.singh@weil.com |
| Jacqueline Marcus | JeriLeigh.Miller@weil.com |
| Garrett A. Fail | jessica.liou@weil.com |
| Sunny Singh | Paloma.VanGroll@weil.com |
| Jared R. Friedmann | Jared.Friedmann@weil.com |
| Jessie B. Mishkin, Esq. | Jessie.Mishkin@weil.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Scott D. Fink | sfink@weltman.com |
| James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Alan J. Lipkin | alipkin@willkie.com |
| Gabriel Brunswick | gbrunswick@willkie.com |
| Patrick J. Healy | phealy@wsfsbank.com |
| Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| David L. Tillem | david.tillem@wilsonelser.com |
| Simon Aron | saron@wrslawyers.com |
| Mary L. Fullington | mfullington@wyattfirm.com |
| Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |
| Mark R. Owens | mowens@btlaw.com |
| Ernie Zachary Park | ernie.park@bewleylaw.com |
| Steven M. Richman | srichman@clarkhill.com |
| Joshua W. Cohen | jwcohen@daypitney.com |
| Marita S. Erbeck | Marita.erbeck@dbr.com |
| Edwardo Munoz PSC | emunozpsc@gmail.com |
| Rafael X. Zahralddin-Aracen | rxza@elliottgreenleaf.com |
| Shelley A. Kinsella | sak@elliottgreenleaf.com |
| Eric M. Sutty | ems@elliottgreenleaf.com |
| Thomas R. Fawkes | tomf@goldmclaw.com |
| Phillip W. Bohl | Phillip.bohl@gpmlaw.com |
| Jay M. Ross | jross@hopkinscarley.com |
| Monique D. Jewett-Brewster | mjb@hopkinscarley.com |
| Christopher Gartman | Chris.gartman@hugheshubbard.com |
| Robert I. Honeywell | Robert.honeywell@klgates.com |
| Jeffrey A. Carlino | jacarlino@kslnlaw.com |
| Janice B. Grubin | janice.grubin@leclairryan.com |

9

| | |
|---|---|
| Alex J. Chase | alex.chase@leclairryan.com |
| James M. Jorissen | jjorissen@losgs.com |
| Brett H. Miller | brettmiller@mofo.com |
| Mark Alexander Lightner | mlightner@mofo.com |
| Bradley R. Schneider | bradley.schneider@mto.com |
| Thomas B. Walper | thomas.walper@mto.com |
| Darren L. Patrick | dpatrick@omm.com |
| Jennifer Taylor | jtaylor@omm.com |
| Matthew P. Kremer | mkremer@omm.com |
| John T. Banks | jbanks@pbfcm.com |
| Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Paul A. Rubin | prubin@rubinlawllc.com |
| Thomas A. Farinella | tf@lawtaf.com |
| Michael Tsang | mtsang@tsanglawfirm.com |
| Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Norman C. Witte | ncwitte@wittelaw.com |
| Alex Macias | alex.macias@impremedia.com |
| Michael Renetzky | mrenetzky@lockelord.com |