GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Michael H. Goldstein *(pro hac vice pending)*
Barry Z. Bazian
mgoldstein@goodwinlaw.com
bbazian@goodwinlaw.com
*Counsel to Urban Edge Properties LP
and its subsidiaries*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.***,**<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019, a true and correct copy of the *Objection of Urban Edge Properties LP to Notice and Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction*, filed through the Court's CM/ECF System [Docket No. 2265], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). In addition, a copy was served by <u>Electronic Mail (Email)</u> and/or <u>USPS First Class Mail</u> on January 31, 2019 upon the individuals listed below by the indicated method of service.

I hereby further certify that on February 4, 2019, a true and correct copy of the *Objection of Various Landlords to Notices of Filing of Revised Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the*

ACTIVE/98415277.1

*Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection therewith and (IV) Granting Related Relief*, filed through the Court's CM/ECF System [Docket No. 2380], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). In addition, a copy was served by Electronic Mail (Email) and/or USPS First Class Mail on February 4, 2019 upon the individuals listed below by the indicated method of service.

Dated:   New York, New York
         February 7, 2019

                                               */s/ Michael H. Goldstein*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Michael H. Goldstein *(pro hac vice pending)*
Barry Z. Bazian
mgoldstein@goodwinlaw.com
bbazian@goodwinlaw.com
*Counsel to Urban Edge Properties LP
and its subsidiaries*

**EMAIL:**
Rob Riecker - rob.riecker@searshc.com
Luke Valentino - luke.valentino@searshc.com
Mohsin Meghji - mmeghji@miiipartners.com
Ray Schrock - ray.schrock@weil.com
Jacqueline Marcus - jacqueline.marcus@weil.com
Garrett Fail - garrett.fail@weil.com
Sunny Singh - sunny.singh@weil.com
Brandon Aebersold and Levi Quaintance - project.blue.rx@lazard.com
Kunal Kamlani - kunal@eslinvest.com
Harold Talisman - harold@eslinvest.com
Christopher Austin - caustin@cgsh.com
Benet J. O'Reilly - boreilly@cgsh.com
Sean O'Neal - soneal@cgsh.com
Paul Leake - Paul.Leake@skadden.com

Shana Elberg - Shana.Elberg@skadden.com
George Howard - George.Howard@skadden.com
Kevin Simard - ksimard@choate.com
Jonathan D. Marshall - jmarshall@choate.com
Ira Dizengoff - idizengoff@akingump.com
Philip C. Dublin - pdublin@akingump.com
Abid Qureshi - aqureshi@akingump.com
Sara Lynne Brauner - sbrauner@akingump.com

**USPS FIRST CLASS MAIL:**
Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
Attn: Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.

Transform Holdco, LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani
Harold Talisman

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Christopher E. Austin, Esq.
Benet J. O'Reilly, Esq.
Sean A. O'Neal, Esq.