Devon J. Eggert, Esq. (*pro hac vice pending*)
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6520
deggert@freeborn.com

*Counsel for Korpack, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
SEARS HOLDINGS CORPORATION, *et al.*,                       :   Case No. 18-23538 (RDD)
                                                            :
                                                            :   (Jointly Administered)
                Debtors.[1]                                 :
                                                            :
------------------------------------------------------------x

**KORPACK, INC.'S RENEWED OBJECTION TO THE SECOND SUPPLEMENTAL
NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN
<u>CONNECTION WITH GLOBAL SALE TRANSACTION</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

1

Korpack, Inc. ("Korpack"), by and through its undersigned counsel, hereby submits this objection (the "Renewed Objection") to the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction* (the "Second Cure Notice") (Doc. No. 2314), and in support hereof states as follows:

1. On October 15, 2018, Sears Holding Corporation and its affiliated debtor entities (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the U.S. Bankruptcy Court for the Southern District of New York.

2. On January 18, 2019, the Debtors filed the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction* (the "First Cure Notice") (Doc. No. 1731), which identified executory contracts between the Debtors and as having a cure cost of $174,656.

3. On January 26, 2019, Korpack filed an objection (the "First Objection") to the First Cure Notice, asserting that the amount due and owing to Korpack under the relevant agreements totals $204,400.17.

4. The Second Cure Notice also lists Korpack agreements, and asserts a cure amount of $0.00. (Second Cure Notice, Exhibit A, Nos. 199-202.)

5. Korpack objects to the Second Cure Notice because the amount due and owing to Korpack under the relevant agreements totals $204,400.17.

6. Accordingly, Korpack objects to the assumption and assignment of executory contracts identified as Nos. 199-202 in the Second Cure Notice unless the Debtors agree to pay $204,400.17 in cure costs or such other amount as the parties may mutually agree.

|  |  |
|---|---|
| Dated: February 8, 2019 | **FREEBORN & PETERS LLP** |
|  | /s/ Devon J. Eggert |
|  | Devon J. Eggert, Esq. (*pro hac vice pending*)<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: 312.360.6000<br>Facsimile: 312.360.6995 |
|  | *Counsel for Korpack, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, an electronic copy of the Objection was filed using the Court's ECF System and via e-mail to the Objection Recipients (as defined in the Cure Notice to include Bid Notice Parties, the Buyer Parties, and the Consultation Parties) identified on the Service List below.

/s/ Devon J. Eggert
Devon J. Eggert

## Service List

1. Bid Notice Parties
    a. Debtors
        i. Rob Riecker: rob.riecker@searshc.com
        ii. Luke Valentino: luke.valentino@searshc.com
        iii. Mohsin Meghji: mmeghji@miiipartners.com
        iv. General Counsel: counsel@searshc.com
    b. Debtors' counsel
        i. Ray Schrock, Esq.: ray.schrock@weil.com
        ii. Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
        iv. Sunny Singh, Esq.: sunny.singh@weil.com
        v. Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
        vi. Gavin Westerman, Esq.: Gavin.Westerman@weil.com
    c. Debtors' investment banker:
        i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com
2. Consultation Parties
    a. Bank of America
        i. Paul Leake, Esq.: Paul.Leake@skadden.com
        ii. Shana Elberg, Esq.: Shana.Elberg@skadden.com
        iii. George Howard, Esq.: George.Howard@skadden.com
    b. Wells Fargo Bank
        i. Kevin J. Simard, Esq.: ksimard@choate.com
        ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com
    c. Committee
        i. Ira S. Dizengoff, Esq.: idizengoff@akingump.com
        ii. Philip C. Dublin, Esq.: pdublin@akingump.com
        iii. Abid Qureshi, Esq.: aqureshi@akingump.com
        iv. Sara L. Brauner, Esq.: sbrauner@akingump.com
3. Successful Bidder Parties
    a. Successful Bidder
        i. Kunal S. Kamlani: kunal@eslinvest.com
        ii. Harold Talisman: harold@eslinvest.com
    b. Counsel
        i. Christopher E. Austin, Esq.: caustin@cgsh.com
        ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        iii. Sean A. O'Neal, Esq.: soneal@cgsh.com