| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Hearing Date: April 18, 2019 |
| | Time: 10:00 am. |
| **SOUTHERN DISTRICT OF NEW YORK** | Objection Deadline: April 11, 2019 |
| | Time: 4:00 pm. |

―――――――――――――――――――――x

In re:

**SEARS HOLDING CORPORATION,** *et al.,*   Case No.: 18-23538 (RDD)

                                                 **Chapter 11**

        **Debtors**

―――――――――――――――――――――x

## NOTICE OF HEARING
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that, upon the Motion of Stephen Tuttle, a Creditor in this action, by his attorney Harris A. Phillips, dated February 8, 2019, Creditor will move this Court before the Hon. Robert D. Drain at the Courthouse located at 300 Quarropas Street, White Plains, NY 10601, on April 18, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order:

    a) pursuant to U.S.C. §362(d), terminating, lifting, or modifying the automatic stay arising from the filing of Debtor's petition for the limited purposes of allowing the Mr. Tuttle's appeal filed in the Oklahoma Supreme Court, No. 116,639 to proceed to a conclusion and allowing Mr. Tuttle's case in the District Court of Bryan County, State of Oklahoma, No. CJ-2013-186 to proceed to the extent of liability insurance coverage, in the event the trial court judgment is reversed in whole or part;

    b) in the alternative, pursuant to 11 U.S.C. §362(d) terminating, lifting, or modifying the automatic stay arising from the filing of the Debtor's petition for the limited purpose of allowing

1

Mr. Tuttle's appeal filed in the Oklahoma Supreme Court, No. 116,639 to proceed to a conclusion.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion shall be in writing and shall be filed with the Bankruptcy Court no later than April 11, 2019 at 4:00 p.m. (Eastern Time) (with a hard copy delivered directly to Chambers), and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures,* entered on November 1, 2018 (ECF No. 405) and upon the undersigned and the parties entitled to notice thereof.

PLEASE TAKE FURTHER NOTICE that, if no Objections are timely filed and served with respect to the Motion, the relief requested may be granted without a hearing.

Dated: Oklahoma City, Oklahoma
February 8, 2019

Respectfully submitted,

s/Harris A. Phillips
Harris A. Phillips, OBA No. 14134
Niemeyer, Alexander & Phillips, P.C.
300 North Walker Avenue
Oklahoma City, OK 73102-1822
(405) 232-2725 Tel.
(405) 239-7185 Fax
harrisphillips@niemeyerfirm.com