GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8839
F: 212.419.0964
William P. Weintraub
WWeintraub@goodwinlaw.com

*Counsel to Interactions Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| **Debtors.** | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2019, a true and correct copy of the *Limited Objection of Interactions Corporation to Notice and Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction*, filed through the Court's CM/ECF System [Docket No. 2464], was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

In addition, a copy was served by <u>Electronic Mail (Email)</u> and/or <u>USPS First Class Mail</u> on February 7, 2019 upon the individuals listed below by the indicated method of service.

[*Remainder of the Page Left Intentionally Blank*]

ACTIVE/98454378.1

Dated:   New York, New York
         February 8, 2019

/s/ William P. Weintraub
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8839
F: 212.419.0964
William P. Weintraub
WWeintraub@goodwinlaw.com

*Counsel to Interactions Corporation*

**EMAIL:**
Rob Riecker - rob.riecker@searshc.com
Luke Valentino - luke.valentino@searshc.com
Mohsin Meghji - mmeghji@miiipartners.com
Ray Schrock - ray.schrock@weil.com
Jacqueline Marcus - jacqueline.marcus@weil.com
Garrett Fail - garrett.fail@weil.com
Sunny Singh - sunny.singh@weil.com
Brandon Aebersold and Levi Quaintance - project.blue.rx@lazard.com
Kunal Kamlani - kunal@eslinvest.com
Harold Talisman - harold@eslinvest.com
Christopher Austin  - caustin@cgsh.com
Benet J. O'Reilly - boreilly@cgsh.com
Sean O'Neal - soneal@cgsh.com
Paul Leake - Paul.Leake@skadden.com
Shana Elberg - Shana.Elberg@skadden.com
George Howard - George.Howard@skadden.com
Kevin Simard - ksimard@choate.com
Jonathan D. Marshall - jmarshall@choate.com
Ira Dizengoff - idizengoff@akingump.com
Philip C. Dublin - pdublin@akingump.com
Abid Qureshi - aqureshi@akingump.com
Sara Lynne Brauner - sbrauner@akingump.com

**USPS FIRST CLASS MAIL:**
Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

2

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
Attn: Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.

Transform Holdco, LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani
Harold Talisman

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: General Counsel

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Christopher E. Austin, Esq.
Benet J. O'Reilly, Esq.
Sean A. O'Neal, Esq.

3

ACTIVE/98454378.1