UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD)<br>(Jointly Administered) |
| Debtors. | |

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Christopher V. Fenlon, and the law firm of Hinckley Allen & Snyder LLP, as counsel for Greenwood Industries, Inc., in its capacity as creditor. The undersigned requests that notices of all matters be served as follows:

>Christopher V. Fenlon, Esq.
>Hinckley, Allen & Snyder LLP
>30 South Pearl Street, Suite 901
>Albany, New York 12207
>Telephone: (518) 396-3100
>Facsimile: (518) 396-3101
>Email: cfenlon@hinckleyallen.com

---

[1] The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the Debtors or the property of the Debtors filed by any party in the above-captioned case.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a consent to jurisdiction or as a waiver of any rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, defense, claims, actions, setoffs, or recoupments in law or equity.

Respectfully submitted,

Greenwood Industries, Inc.

By its attorneys,

/s/ *Christopher V. Fenlon*
Christopher V. Fenlon
Hinckley, Allen & Snyder LLP
30 South Pearl Street, Suite 901
Albany, New York 12207
P: (518) 396-3100
F: (518) 396-3101

Dated:  February 8, 2019

58407295 v1

## CERTIFICATE OF SERVICE

      I, Christopher V. Fenlon hereby certify that on this 8th day of February, 2019, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings filed herewith to be served by this Court's CM/ECF System.

                                                    /s/ *Christopher V. Fenlon*
                                                    Christopher V. Fenlon

58407295 v1