In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)
Master Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com |
| Attorney for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Adreinne Lang | 2520 W.W. Thorne Drive | | Houston | TX | 77073 | | 281-985-6331 | 281-985-6331 | bwalters@edtxlaw.org |
| As Agent Servicing LLC, the Bank of New York Mellon First, the Bank of New York | Alcrdge Pite, LLP | Attn: Ferris C. Campbell | 4375 Jutland Drive, Suite 200 | P.O. Box 17933 | San Diego | CA | 92177-0933 | | 922-579-0300 | 922-579-0933 | |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Allison & Bird LLP | Attn: James L. Vlassopoulos | 90 Park Avenue | | New York | NY | 10016-1387 | | 212-210-9444 | 212-210-9444 | james.vlassopoulos@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Allison & Bird LLP | Attn: John Lenca | 3535 South Hope Street | 16th Floor | Los Angeles | CA | 90071 | | 213-576-1000 | 213-576-1100 | john.lenca@alston.com |
| Counsel to Benefit Menu, LLC | Allison & Bird LLP | Attn: Leib M. Lerner | 3535 South Hope Street | | Los Angeles | CA | 90071 | | 213-576-1000 | 213-576-1100 | leib.lerner@alston.com |
| Counsel to the Look Texas Tax Authorities | Anerel Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | 365 Rifle Camp Road | | Woodland Park | NJ | 07424 | | 973-509-7307 | | adartiglio@ansellgrimm.com |
| Counsel to Community Unit School District 300 | Anerel Grimm & Aaron, P.C. | Attn: Joshua S. Bauchner | 365 Rifle Camp Road | | Woodland Park | NJ | 07424 | | 973-509-7307 | | jb@ansellgrimm.com |
| Counsel to Sears Hospitality Management, LLC, Sears Hospitality International, Inc., Cheddars Casual Café, Inc. and Boraen Restaurants, Inc. | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | 630 Third Avenue | | New York | NY | 10017 | | 212-682-4940 | | akadish@archerlaw.com; lschildkraut@archerlaw.com |
| Counsel for AT&T and AT&T Corp | Arent Fox LLP | | 1301 Avenue of the Americas, Floor 42 | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | www.arentfox.com; beth.brownstein@arentfox.com |
| Counsel for AT&T and AT&T Corp | Arnall Golden Gregory LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | 70 West Madison Street | Suite 4200 | Chicago | IL | 60602 | | 312-583-2300 | 312-583-2360 | brian.lohan@arnoldporter.com; ginger.clements@arnoldporter.com |
| Counsel to BMW of America LLC | Arnold & Porter Kaye Scholer LLP | | 70 West Madison Street | Suite 4200 | Chicago | IL | 60602 | | 312-583-2300 | 312-583-2360 | |
| Counsel to Sif Chassis Limited | Ashford - Schein LLC | Attn: Courtney A. Schael, Esq. | 100 Quimby Street | Suite 1 | Westfield | NJ | 07090 | | 908-729-6131 | 908-729-6131 | |
| | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | 151 West 46th Street | 4th Floor | New York | NY | 10036 | | 212-267-7342 | 212-519-0942 | eneiger@askllp.com; christian@askllp.com |
| Counsel to AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | One AT&T Way | Room 3A115 | Bedminster | NJ | 07921 | | 908-221-3318 | 832-213-0157 | jg257@att.com |
| Interested Party | Avanti Properties L.P. | Attn: Magdalena Cortez | 536 N. Long Lake Way | Ste. 109 | Fresno | CA | 93727 | | | | |
| Counsel to American General Corporation | Baker & Hostetler LLP | Attn: Eric R. Goodman | Key Tower | 127 Public Square, Suite 2000 | Cleveland | OH | 44114 | | 216-621-0200 | 216-696-0740 | egoodman@bakerlaw.com |
| Counsel to American General Corporation | Baker & Hostetler LLP | Attn: Ferve Khan | 45 Rockefeller Plaza | | New York | NY | 10111 | | 212-589-4200 | 212-589-4201 | fkhan@bakerlaw.com |
| Counsel to Bremar Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack | 51st Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | | 215-864-8125 | 215-864-9473 | pollack@ballardspahr.com |
| | Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4400 | 424-204-4350 | branchd@ballardspahr.com |
| | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | | heilmanl@ballardspahr.com; summersm@ballardspahr.com |
| | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | | 646-346-8020 | 212-223-1942 | harnerp@ballardspahr.com; kutnera@ballardspahr.com |
| Plaza LLC | Barclay Damon LLP | Barclay Damon Tower | 125 East Jefferson Street | | Syracuse | NY | 13202 | | 315-413-7315 | | kroemma@barclaydamon.com |
| | Barday & Thompson LLP | Attn: Kevin M. Newman | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-713-3500 | | knewman@barclaydamon.com |
| | Beyard LLP | Attn: Evan T. Miller | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | | 302-655-5000 | | emiller@bayardlaw.com |
| Counsel to BDO Associates GP | Beard & Beverty, PLLC | Attn: Russell W. Savory | 119 South Main Street | Suite 500 | Memphis | TN | 38103 | | 901-523-1110 | 901-523-1139 | russ@bsavory.com |
| Counsel to M&G Investments, Inc. | Bell Nunnally & Martin LLP | | 2323 Ross Avenue | Suite 1900 | Dallas | TX | 75201 | | 214-740-1400 | 214-740-1499 | rbarrett@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | 222 Delaware Avenue | Suite #801 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Counsel to MGM-MCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | 200 Public Square | Suite 2300 | Cleveland | OH | 44114 | | 216-363-4588 | 216-363-4588 | wschonberg@beneschlaw.com |
| Counsel to Brixton Plaza Mall, LLC | Berkley, Jensen & Miller LLP | | | Suite 510 | | CA | 90012-1797 | | 562-499-8771 | | |
| Counsel to sales@force.com, Inc., Dtach (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | 633 Menlo Ave. | Suite 100 | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com; tgaa@bbslaw.com |
| Center, a California General Partnership | Binder & Malter LLP | Attn: Michael W. Malter, Julie A. Rome-Banks | 2775 Park Avenue | | Santa Clara | CA | 95050 | | 408-295-1700 | 408-295-1531 | julie@bindermalter.com |
| | Blank Rome LLP | | 1825 Eye Street NW | | Washington | DC | 20006 | | 202-420-3150 | 202-379-9387 | |

In re Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Axcess Co, Ltd., Ikh Properties, Inc., Amfil LLC, Amoda Limited Partnership, Osream Company, Inc., Farman Company LLC, Flonolf LLC, Fundamentals Co LLC, Geremstio LLC, Harefi LLC, Hillsborough Associates; Grisham LLC, Superabrin LLC, Superabran LLC and Superstore LLC of the Pauan Family Mamoklor LLC, Mauzar LLC, Nathan Allison LLC, Sagarow Co LLC, Southwest LLC, Sun-Tyron Group Southeast, Inc., Kenney Manufacturing Company | Bank Roma LLP | Attn: Stanley B. Tarr, Evan J. Zucker | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5001 | Tarr@blankrome.com Zucker@blankrome.com |
| Counsel to Star Jannery LLC | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | 575 Underhill Blvd. | Suite 118 | Syosset | NY | 11791 | | 516-677-8200x224 | 516-677-0806 | bankruptcy@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to Roumell Property REIT Inc., as Agent | Brookfield Property REIT, Inc. | Attn: Anthony M. Ravana | 350 N. Orleans St. | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-5000 | 312-442-6374 | anthony.ravana@brookfield.com |
| Counsel to SAP Industries, Inc., SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Julie A. Montgomery, Esq. | 6 North Broad Street | Suite 100 | Woodbury | NJ | 08096 | | 856-812-8900 | 856-812-8533 | jmontgomery@brownconnery.com |
| BST International Fashion Ltd. | BST International Fashion Ltd. | Managing Director | 39 Wong Kwong Rd, Ste 2501B, Skyline Tower, Kowloon Bay | | Kowloon | | | Hong Kong | | | |
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weiser | 16435 North Scottsdale Road | Suite 440 | Scottsdale | AZ | 85254-1754 | | 480-383-1800 | 480-824-9400 | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | 640 5th Avenue | 9th Floor | New York | NY | 10019 | | 212-440-4400 | 212-440-4401 | christopher.schueller@bipc.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Mark A. Shotty, Timothy P. Palmer, Tyler S. Dischinger | 301 Grant Street, 20th Floor | | Pittsburgh | PA | 15219-1410 | | 412-562-8800 | 412-562-1041 | Mark.Shotty@bipc.com |
| Counsel to Argonaut Insurance Company | Carbunkabeel, Wickersham & Taft LLP | Attn: Eric D. Wannman, Anthony De Leo | 200 Liberty St. | | New York | NY | 10281 | | 212-504-6000 | 212-504-6666 | Eric.Wannman@cwt.com Anthony.DeLeo@cwt.com |
| Counsel to the Maricar Plaza, Inc. dba Eastwood Mall, Governor's Square | Cafaro Management Company | Attn: Richard T. Davis | 5577 Youngstown-Warren Rd. | | Niles | OH | 44446 | | 330-747-2661 | 330-743-2902 | rdavis@cafarocompany.com |
| Counsel to SRS Distribution LLC | Cash, Gordon & Rende, LLP | Attn: Richard A. Steeple, Jr. | Eighty Pine Street | | New York | NY | 10005 | | 212-269-5400 | 212-269-5420 | rsteeple@cashgordon.com |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Janet L. Groeck, Esq. | 120 South Central Avenue | Suite 1800 | St. Louis | MO | 63105 | | 314-854-8600 | 314-854-8660 | jlg@carmodymacdonald.com |
| Counsel to SPAR Group | Carter Century Care Ballinance | Attn: Michael J. Catalfimo, Esq., John K. Carney, III, Esq. | 20 Corporate Woods Blvd. | Suite 500 | Albany | NY | 12211 | | 518-465-3484 | 518-465-1843 | mcatalfimo@carterconboy.com |
| Counsel to Wells Fargo Bank, National Association | Chapter, Inc. & Stewart LLP | | Two International Place | | Boston | MA | 02110 | | 617-248-5000 | 617-248-4000 | pmarshall@choate.com gpark@choate.com kwood@choate.com |
| Counsel to Windstream Electronics America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | 11 Broadway | Suite 615 | New York | NY | 10004 | | 212-695-0010 | 212-695-0015 | hchoi@choipark.com cpark@choipark.com |
| Counsel to Northland Alliance Mall | Chuhak & Tecson, P.C. | Attn: Laura E. Appleby, Steven Wilamowsky | 30 South Wacker Drive | Suite 2600 | Chicago | IL | 60606 | | 312-444-9300 | | sappleby@chuhak.com swilamowsky@chapman.com |
| Counsel to WPBR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | 1270 Avenue of the Americas | | New York | NY | 10020 | | 212-655-2532 | 212-655-2532 | appleby@chapman.com wilamowsky@chapman.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 112, Inc. subsidiaries and affiliates of Cardinal Health, Inc. in Ohio | Ohina Shekhdar & Giamberasi PC | Attn: Beth I. Rosenberg, David A. Crichlow | 210 Carnegie Center, Suite 102 | | Princeton | NJ | 07902 | | 979-530-0218, 979-530-2046 | 979-530-0218, 979-530-2046 | brosenberg@cslaw.com dcrichlow@cslaw.com |
| Counsel to Espica Software Corporation f/b/a Actimove Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Ritchan | 1301 Avenue of the Americas | 14th Floor | New York | NY | 10019 | | 212-239-0300 | 212-239-0200 | sritchan@clarkhill.com |
| Counsel to Espica Software Corporation f/b/a Actimove Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Ritchan | 150 Carnegie Center, Suite 102 | | Princeton | NJ | 08540 | | 609-785-2911 | 609-785-2999 | sritchan@clarkhill.com |
| Counsel to Espica Software Corporation f/b/a Actimove Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Ritchan | 830 Third Avenue, Suite 200 | | New York | NY | 10022 | | 646-905-8700 | 646-905-8700 | sritchan@clarkhill.com |
| Counsel to Espica Software Corporation f/b/a Actimove Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | 720 Brazos | Suite 700 | Austin | TX | 78701 | | 512-499-3647 | 512-499-3660 | duane.brescia@clarkhillstrasburger.com |
| Corporate Centre, LLC and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | 151 S. Old Woodward Ave. | Ste. 200 | Birmingham | MI | 48009 | | 248-988-1817 | 248-988-3386 | dblau@clarkhill.com |
| Counsel to JPJ LLC, as agent under the Second Lien Credit Facility, JPJGround Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP LLC and JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2416, 212-225-2000 | 212-225-3999 | soneal@cgsh.com jbromley@cgsh.com rmukhi@cgsh.com jkpark@cgsh.com |
| Counsel to Entico Stainless Steel, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | 625 Liberty Avenue | | Pittsburgh | PA | 15222-3152 | | 412-297-4648 | 412-209-1905 | wkelleher@cohenlaw.com hward@cohenlaw.com |
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | 900 Third Avenue | 21st Floor | New York | NY | 10022-4869 | | 212-356-0219 | 646-473-8219 | rseltzer@cwsny.com |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)
Master Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | 1325 Avenue of the Americas, 19th Fl. | Suite 1700 | New York | NY | 10019 | | 212-752-8000 | 201-678-6328 | jbienstock@coleschotz.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com |
| Trustee for the Secured Lien PIK Notes, and the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Kamel A. Smith, Vice President – Corporate Trust | 2950 Express Drive South, Suite 210 | | Islandia | NY | 11749 | | 309-526-0707 | | Michael.smith@computershare.com |
| Counsel to Washington Prime Group Inc. | Connolly Gallagher LLP | Attn: N. Christopher Griffiths | The Brandywine Building | 1000 West Street, Suite 1400 | Wilmington | DE | 19801 | | 302-757-7299 | 302-757-7299 | ngriffiths@connollygallagher.com |
| Counsel to Verizon Capital Corp. and IHC Key Company | Centerview | Attn: Jeff Van Aaken, Sean Dumpes | 1114 Avenue of the Americas | | White Plains | NY | 10036 | | 212-474-1000 | | |
| Counsel to National Distribution Centers, L.P. | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | | 212-841-1000 | 212-841-1010 | dcoffino@cov.com |
| Counsel to the Stanley Companies | Covington & Burling LLP | Attn: Neil F. Quinn | 1201 N. Market Street | | Wilmington | DE | 19801 | | | | aclark@cov.com |
| Counsel to S3522 S. Sonnet & Associates, S3523 S. Solo Street Associates LLC | Covington & Burling LLP | Attn: Ronald A. DeKoven | Worldwide Plaza | 825 Eighth Avenue | New York | NY | 10019 | | 212-841-1000 | | rdekoven@cov.com |
| Counsel to Electronics for Imaging, Inc. | Cozen O'Connor | Attn: Andrea C. Tracy | 99 Park Avenue | | New York | NY | 10016 | | | | |
| Counsel to Citibank, N.A. as administrative agent under the Stand-Alone LC facility | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq. | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4000 | 212-701-5800 | marshall.huebner@davispolk.com |
| Counsel to Levin The West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen | 195 Church Street, 15th Floor | | New Haven | CT | 06510 | | 203-752-5000 | | jwcohen@daypitney.com |
| Counsel to Castald Investment, L.L.C. and M. Agriss, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | 919 Third Avenue | | New York | NY | 10022 | | 212-909-6000 | | eweisgerber@debevoise.com |
| Counsel to Nuveco / SSA Inc. | DelBello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Jonah Cook Cooley, Esq. | One North Lexington Avenue | 11th Floor | White Plains | NY | 10601 | | 914-681-0200 | 914-684-0288 | jcooley@ddw-law.com |
| | BT5 Services, LLC | Attn: Beth L. Solomon | 2500 Lake Cook Road | | Riverwoods | IL | 60015 | | 224-405-3441 | 224-405-4191 | bethsolomon@discover.com |
| Counsel to Procaps-AA Co VI, LP, Distribution Funding I, LLC, Procaps, L.P., DFG LLC, Procaps LP and RTE LV Loan LLC | Dilworth Paxson LLP | Attn: Martha S. Krebs | 600 Canyon Drive | | Florham Park | NJ | 07932-0947 | | 973-549-7016 | 973-360-9831 | mkrebs@dilworthlaw.com |
| Counsel to W. Retail Investment, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak, & H. Heisner Segure | 1540 Broadway | | New York | NY | 10036-4086 | | 212-692-1000 | | ljkotler@duanemorris.com |
| | Duane Morris LLP | Attn: Paul J. Pascuzzi | 30 South 17th Street | | Philadelphia | PA | 19103 | | 215-979-1000 | | wmsimkulak@duanemorris.com |
| Various papers in a Sunshine Shopping Center, Inc. Mall of Saint Croix, all other mall entities, and Paul J. Pascuzzi | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | 364 Calle Lafayette | | San Juan | PR | 00917-3113 | | 787-793-3888 | | emunoz765@gmail.com |
| Various papers in the Ovaldo Corporation, Sunshine Supermarket, and Mall Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #4906) | | | | | | | | | | | |
| Counsel to Nexus / SSA Inc. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | 805 Third Avenue | 10th Floor | New York | NY | 10022 | | 212-599-0777 | 212-599-6409 | emay@eisemanlevine.com |
| Counsel to McDonald's Corporation | | | | | | | | | | | |
| Environmental Protection Agency | Elliot Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | 1105 N. Market Street | Suite 1700 | Wilmington | DE | 19801 | | 302-384-9400 | 302-384-9399 | rxza@elliotgreenleaf.com |
| United States Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Office of General Counsel, 2310A | 1200 Pennsylvania Ave NW, 2301A | Washington | DC | 20460 | | | | Leopold.matt@epa.gov |
| Counsel to Global Software Corporation f/k/a Acresso Solutions, Inc. | Feldmann Fitzgerald Willoughby & McGrail LLP | Attn: Larry Jameson | Senior Legal Counsel | 4120 Dublin Blvd, Suite 300 | Dublin | CA | 94568 | | 925-543-0502 | | |
| Counsel to the McClatchy Company and its Affiliates | Ferraiuoli LLC | Attn: Sonia Colon | 221 Plaza | 221 Ponce de Leon Avenue, 5th Floor | San Juan | PR | 00917 | | 787-766-7000 | 787-766-7001 | scolon@ferraiuoli.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | 221 Plaza | 5th Floor | San Juan | PR | 00917 | | 787-766-7000 | | gchico@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | 203 North LaSalle Street | Suite 2100 | Chicago | IL | 60601 | | 312-698-6076 | | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patrick D. Clarke | 27200 Oakmead Drive | #306 | Perrysburg | OH | 43559 | | 419-874-6626 | | patrick.clarke@fisherbroyles.com |
| Counsel to PGR Dean Properties Trust, and Victor Ruggle Family Trust | Fox & Luckner LLP | Attn: David L. Wright & Katherine A. Catanese | 90 Park Avenue | | New York | NY | 10016 | | 212-682-7474 | 212-687-2329 | dwright@foxny.com |
| Counsel to PGR Dean Properties Trust | Fox & Luckner LLP | Attn: Michael Small | 321 N. Clark Street | Suite 2800 | Chicago | IL | 60654 | | 312-832-4500 | 312-832-4700 | msmall@foxny.com |
| Counsel to Sherrill Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | 2021 McKinney Avenue | Suite 1600 | Dallas | TX | 75201 | | 214-999-3000 | 214-999-4667 | tscannell@foley.com |
| Counsel to Sherrill | Foley & Lardner LLP | Attn: Geoffrey S. Goodman | 321 N. Clark Street | Suite 2800 | Chicago | IL | 60654 | | 312-832-4500 | 312-832-4700 | ggoodman@foley.com |
| Counsel to Haneda Brands, Inc. and Sherrill, LLC | Fox Rothschild LLP | Attn: Paul J. Labov | 101 Park Avenue | Suite 1700 | New York | NY | 10017 | | 212-878-7900 | 212-692-0940 | plabov@foxrothschild.com |
| Counsel to Haneda Brands, Inc. and Sherrill, LLC | Fox Rothschild LLP | Attn: Thomas M. Horan | 919 North Market Street | Suite 300 | Wilmington | DE | 19801 | | 302-654-7444 | 302-656-8920 | thoran@foxrothschild.com |
| Counsel to Capitol Burbank, LLC | Fox Rothschild LLP | Attn: Mark E. Hall, Michael R. Herz | 49 Market Street | | Morristown | NJ | 07960 | | 973-992-4800 | 973-992-9125 | mhall@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Rothschild Lewis & Castrii LLP | Attn: Henrick Reid | 200 West Madison Street | Suite 3000 | Chicago | IL | 60606 | | 312-541-2300 | | hreid@foxrothschild.com |
| Counsel to Bonning Group, LLC and its affiliates and subsidiaries, operating as Kraft Foods LLC | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | 325 North LaSalle Street | Suite 625 | Chicago | IL | 60654 | | 312-276-1400 | 312-276-0035 | jfrank@fgllp.com |
| Counsel for That Value Corporation | FrankGecker LLP | | 325 North LaSalle Street | Suite 625 | Chicago | IL | 60654 | | 312-276-1400 | 312-276-0035 | jkleinman@fgllp.com |
| Counsel to Sprint Operating Corporation | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | 311 South Wacker Drive | Suite 3000 | Chicago | IL | 60606 | | 312-360-6000 | 312-360-6520 | deggert@freeborn.com |
| Counsel to Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Certificates, and Santiago Growth Properties, Santiago SP2 Finance LLC | Frenkel, Lambert, Weiss, Weisman & Gordon, LLP | | 53 Gibson Street | | Bay Shore | NY | 11706 | | 631-969-3100 | | bred.mrgucker@flwlaw.com |
| Counsel to Sprint Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | 400 W Market St | Suite 3200 | Louisville | KY | 40202 | | 502-589-5400 | 502-581-1087 | tking@fbtlaw.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, The Appraisal District of Bell County, The County of Bexas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, etc. | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 / 646-362-4000 / 646-362-4044 | 512-323-3205 | tleday@mvbalaw.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McEldow, Kristen D. Romano | 112 West 34th Street | Suite 1515 | New York | NY | 10120 | | 646-362-4044 | 646-304-8383 | bicromano@mcglinchey.com |
| Counsel to McKinney Industry Co., Ltd. | McGlinchey Stafford, PLLC | Attn: Mark A. Cheney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | 601 Poydras Street | 12th Floor | New Orleans | LA | 70130 | | 504-596-2786, 504-596-510- 2886, 504-596-2786 | 504-910-0985, 504-910- 8071, 504-910-0982 | mcheney@mcglinchey.com, raguilar@mcglinchey.com |
| Counsel to Meridian Smith, Inc. | Meraux Smith, Inc. | Attn: H. Jeffrey Schwartz | 1900 Avenue of the Stars | 4th Floor | Los Angeles | CA | 90067 | | | | |
| Counsel to Creditors LLC Investments, LLC, Michael Ruiz, L., Terry Rager and Patrick T. Mergel as Co-Trustees of the T. Terry Rager Family Trust 1995, and Susan S. Rager | Morgan, Nannola & Kasenchak | Attn: David Mergel | 11341 Gold Express Drive | Suite 110 | Gold River | CA | 95670 | | 916-635-1800 | 916-635-1285 | dmergel@mnklaw.com |
| Counsel to Royal Consumer Products, LLC | Meisner Sertig & Frisch LLP | Attn: Christopher J. Major | 125 Park Avenue | 7th Floor | New York | NY | 10017 | | 212-655-3500 | 212-655-3535 | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | 6801 Kenilworth Avenue | Suite 400 | Riverdale | MD | 20737-1385 | | 301-699-5800 | | bdept@mrrlaw.com |
| Counsel to Dynos Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | 1850 K Street, NW | Suite 1100 | Washington | DC | 20006 | | 202-835-7500 | 202-263-7586 | ALeblanc@milbank.com |
| Counsel to Dynos Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | 28 Liberty Street | | New York | NY | 10005-1413 | | 212-530-5000 | 212-530-5219 | cprice@milbank.com |
| Counsel to Dynos Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | 2029 Century Park East | 33rd Floor | Los Angeles | CA | 90067 | | 424-386-4000 | 213-629-5063 | RLiubicic@milbank.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnmo@dor.mo.gov |
| Counsel to Adelon Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Robert J. Smith | 425 West Capitol Avenue | Suite 1800 | Little Rock | AR | 72201-3525 | | 501-688-8800 | 501-688-8807 | rsmith@mwlaw.com |
| Counsel to Adelon Corporation | Montes & Associates | Attn: Kevin P. Montes, Esq. | 1250 Newell Ave. | Suite 240 | Walnut Creek | CA | 94596 | | 925-482-5513 | 925-556-1438 | kevin@monteslaw.com |
| Counsel to Boston Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | One Federal Street | 32nd Fl. | Boston | MA | 02110-1726 | | 617-341-7700 | 617-341-7701 | laura.mccarthy@morganlewis.com |
| Counsel to MB Lease Management Company, LLC, Greensboro Lease Management, LLC, and Brighton Lease Management, LLC | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | | neil.herman@morganlewis.com |
| Counsel to Empire State Realty OP, L.P. | Morris James LLP | Attn: Stephen M. Miller | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 | | 302-888-6800 | 302-571-1750 | smiller@morrisjames.com |
| Counsel to Software Tamper, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney | 1201 North Market Street | P.O. Box 1347 | Wilmington | DE | 19899 | | 302-658-9200 | 302-658-3989 | rdehney@mnat.com |
| Counsel to Creditor | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | | | | | | | | | jbarsalona@mnat.com |
| Counsel to SRS Co II, LLC, SRSF Facilities LLC and SRS Real Estate (TX) LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman, Deborah M. Perry | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | | 214-855-7500 | 214-855-7584 | klippman@munsch.com |
| Counsel to Ocean Health & Fitness, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Jennifer L. Martinez, Benjamin W. Butterfield | 250 West 55th Street | | New York | NY | 10019 | | 212-668-9900 | | jmartinez@munsch.com |
| Counsel to Allare Gems, LLC | Norton Rose Fulbright US LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | 909 Third Avenue | | New York | NY | 10022 | | 212-715-4500 | 212-715-8708 | bankruptcy@morrisoncohen.com |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, including Caribe Distribution, etc. | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | PO Box 367819 | | San Juan | PR | 00936-7819 | | 787-404-0204 | | mro@prbankruptcy.com |
| Counsel to Whitecap Corporation | Murray, Torres & Olsen, LLP | Attn: Brian A. Schroder, Thomas B. Walper | 350 South Grand Avenue | 50th Floor | Los Angeles | CA | 90071-1560 | | 213-683-9100 | 213-687-3702 | bradley.schroder@mto.com, thomas.walper@mto.com |
| Counsel to International Airport Centers, Inc. | Murtagh Hersh Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201 | | 214-855-7500 | 214-855-7584 | dperry@munsch.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW | 12th Floor | Washington | DC | 20036 | | 202-326-6000 | 202-331-1427 | kcordry@naag.org |
| Counsel to Medallion North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | 1320 Main Street, 17th Floor | Post Office Box 11070 (29211) | Columbia | SC | 29201 | | 803-799-2000 | 803-256-7500 | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Medallion North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | 280 Park Avenue | 15th Floor West | New York | NY | 10017 | | 646-428-2610 | | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Bankruptcy Counsel, Special Bankruptcy Section, Office of the New York State Attorney General | 28th Liberty Street, 17th Floor | | New York | NY | 10005 | | 212-416-8666 | | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A. as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio | 55 West 46th Street | | New York | NY | 10036 | | 855-900-8613 | | cdesiderio@nixonpeabody.com |
| Counsel to Smith Point Area Pacific A/K/A Whole Mountain Forward and 266 Route 125, LLC | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | 900 Elm Street | | Manchester | NH | 03101 | | 603-628-4000 | 603-628-4040 | dsklar@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A. as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone | 100 Summer Street | | Boston | MA | 02110 | | 617-345-1000 | 617-345-1300 | rpedone@nixonpeabody.com |
| Counsel to Innovel Solutions Partners, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | 1301 McKinney | Suite 5100 | Houston | TX | 77010 | | 713-651-5151 | 713-651-5246 | bob.bruner@nortonrosefulbright.com |

In re: Sears Holdings Corporation, et al.
Master Service List
Case No. 18-23538 (SHL)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; and Counsel under the Supersedeas Junior Lien Secured 2P Credit Agreement) | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | 1301 Avenue of the Americas | | New York | NY | 10019-6022 3900 | | 212-408-5100; 212-318-3400 | 212-541-5369; 212-318-3400 | howard.seife@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com; david.rosenzweig@nortonrosefulbright.com |
| United States Attorney | The Pretoria Building | Attn: Bankruptcy & Collections Division MC 008 | 1600 Arch Street, Suite 300 | | Philadelphia | PA | 19103 | | 215-560-2318 | 717-772-4526 | |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro, Assistant Attorney General | | | Austin | TX | 78711-2548 | | 512-475-4551 | 512-936-1409 | |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of The United States Attorney General | | P.O. Box 12548 | | | | | | | | rachel.obaldo@oag.texas.gov |
| | General | | 201 Varick St. | Ste. 1006 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | richard.morrissey@usdoj.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee | Attn: Paul Schwartzberg, Richard Morrissey | 101 East 40th Street | | New York | NY | 10016 | | | | paul.schwartzberg@usdoj.gov |
| Counsel to Stuart Subsidiary I, LP | O'Melveny & Myers LLP | Attn: John J. Rapisardi, P.A. | | 9th Floor | New York | NY | 10016 | | | | jrapisardi@omm.com |
| Counsel to Stuart Subsidiary I, LP | O'Melveny & Myers LLP | Attn: Alpana Pandey, Esq. | 4800 Montgomery Lane | 9th Floor | Bethesda | MD | 20814 | | | | apandey@offitkurman.com |
| Counsel to A/M Mitchell Company, LLC | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | | | | | | | | | smetz@offitkurman.com |
| Counsel to A/M Mitchell Company, LLC | Offit & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | 130 Newport Center Drive | Suite 140 | Newport Beach | CA | 92660 | | 949-334-4155 | 949-274-8039 | sokeefe@okeefelc.com |
| Counsel to DKM Inc. | O'Melveny & Myers LLP | Attn: Darren L. Patrick | 400 South Hope Street | 18th Floor | Los Angeles | CA | 90071-2899 | | 213-430-6000 | 213-430-6407 | dpatrick@omm.com |
| Counsel to DKM Inc. | O'Melveny & Myers LLP | Attn: Jennifer Taylor | Two Embarcadero Center | 28th Floor | San Francisco | CA | 94111 | | 415-984-8500 | 415-984-8701 | jtaylor@omm.com |
| Counsel to DKM as Servicer | O'Melveny & Myers LLP | Attn: Matthew P. Kremer | 7 Times Square | | New York | NY | 10036 | | 212-326-2000 | 212-326-2061 | mkremer@omm.com |
| Counsel to Wells Fargo Bank, National Association of America, Inc. | O'Melveny & Myers LLP | Attn: Paul S. Orphan, Esq. | Suite 3000 | 7 Times Square | Miami | FL | 33131 | | 305-539-3300 | 305-539-3300 | porphan@omm.com |
| | | | | | | | | | | | paul@orphanlaw.com |
| Top 20 Unsecured Creditor | Pea (China) Garment Ltd | Attn: Jie Wang | No.9 Nanyang Road, Building 8 | | Qingdao | | 266000 | China | | | liy@peagarment.com |
| Counsel to Hangzhou Greatstar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | 401 South Tryon Street | Suite 3000 | Charlotte | NC | 28202 | | 704-372-9000 | | kiahford@parkerpoe.com |
| | | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | 212-319-4090 | leslieplaskon@paulhastings.com; andrewtenzer@paulhastings.com; shlomomaza@paulhastings.com |
| Counsel to GACP II, L.P. | Paul Hastings LLP | | | | | | | | | | |
| | | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-373-3000 | 212-757-3990 | pbasta@paulweiss.com; kcornish@paulweiss.com; lclayton@paulweiss.com; sbuergel@paulweiss.com; rbritton@paulweiss.com; jhurwitz@paulweiss.com |
| Counsel to Second Certified Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | | | | | | | |
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19801-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| Counsel for the Cortez / Texas Taxing Entities | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb, Esq. | 1500 East Border Street | Suite 460 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Harlingen and Rio Hondo | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: John T. Banks | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 | | 512-302-0190 | 512-302-1802 | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrollton-Farmers | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | 806-744-8953 | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| Counsel to Norman Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | 369 Lexington Avenue | 12th Floor | New York | NY | 10017 | | 212-695-6000 | 212-695-6007 | dpick@picklaw.net |
| Served to via the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Kanawha Mall Company dba Kanawha Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Sandusky Mall Company dba Sandusky Mall and the Meadowbrook Mall Company dba Meadowbrook Mall and Centre and Kentwood Commons, LLC dba Howland Commons | Pierce McCoy, PLLC / Prime Mesos Shulman & D'Amico, P.C. | Attn: Jonathan A. Grasso | 85 Broad Street | Suite 17-063 | New York | NY | 10004 | | 757-257-0387 | | jon@piercemccoy.com |
| Counsel to Ti Ne, Inc. | D'Amico, P.C. | Attn: Nicole A. Steinberg | 50 Tice Boulevard | Suite 380 | Woodcliff Lake | NJ | 07677 | | 201-591-3737 | 201-291-4960 | nsteinberg@primeclerk.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | | 212-257-5450 | 646-328-2851 | serviceqa@primeclerk.com |
| Counsel to MC3 Internet Valley Center LLC | Proskauer Rose LLP | Attn: Jeff S. Kimmel | 529 5 Street | Suite 2200 | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | jkimmel@proskauer.com |
| Counsel to KM Supply Co, Inc. | Reid & Riege, P.C. | Attn: Robert L. Pryor | 675 Old Country Road | | Westbury | NY | 11590 | | 516-997-7999 | 516-333-7333 | rlp@prymandelup.com |
| Counsel to Broad Street Station, LLC (d/b Client) | Attn: Marie A Polito Hofsdal | 7 Times Square | | | New York | NY | 10036 | | 212-216-4100 | 212-216-4806 | mhofsdal@proskauer.com |
| | | Attn: Suzhesd Kravaiini, Jonathan E. Polakoff, Andrew S. Conkilti, Matthew Kravcik, Ellison Ward Merkel | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | quinnracie 618@quinnemanuel.com; andrewconkilti618@quinnemanuel.com; matthewkravcik618@quinnemanuel.com; ellisonmerkel@quinnemanuel.com |
| Reid & Riege, P.C. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Charles J. Filardi, Jr. | One Financial Plaza | 21st Floor | Hartford | CT | 06103 | | 860-278-1150 | 860-240-1002 | cfilardi@reidandriege.com |
| Counsel to Southwestern Association LLC | Reid & Riege, P.C. | Attn: Guy A. Reiss, Erik Titkemen | 200 West 41st Street | 20th Floor | New York | NY | 10036 | | 646-731-2770 | | ereiss@reisspreuss.com; etitkemen@reisspreuss.com |
| Counsel to Melek, Inc. | ReissPreuss LLP | Attn: Chad P. Pugatch | 101 Northeast Third Avenue | Suite 1800 | Fort Lauderdale | FL | 33301 | | 954-462-8000 | 954-462-4300 | cpugatch@rprslaw.com |
| Counsel to Oak Grayson, LLC | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Howard P. Magaliff | 335 Madison Avenue | 9th Floor | New York | NY | 10017 | | 646-453-7851 | | hmagaliff@r3mlaw.com |
| Counsel to Sears Minnesota | R3M Law LLP | Attn: Kenneth M. Neal Smith | 631 E. Boughton Road | Suite 200 | Bolingbrook | IL | 60440 | | 630-529-3639 | | ksmith@rsbrn.com; kdilay@robertsonschwartz.com |
| Counsel to Community Unit School District 800 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | | | | | | | | | | Robert.a.michael.esq@gmail.com |
| Counsel to Melek, Inc. | Robert L. Michael & Associates PLLC | Attn: Robert L. Michael, Aaron Name | 5911 Riverdale Avenue | | New York | NY | 10022 | | 212-736-4406 | | |
| Counsel to Reef R2 Commons Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | 875 Third Avenue | 9th Floor | New York | NY | 10022 | | 212-603-6300 | | fbr@robinsonbrog.com |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (SHL)

Master Service List

Page 8 of 9

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Apex Tool Group, LLC and Icon DK Holdings LLC | | Attn: Gregg M. Galardi, Kimberly A. Kodis, Sam N. Ashuraey | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212.596.9000 | 212.596.9090 | gregg.galardi@ropesgray.com; kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com |
| Counsel to Dow Country Home Services, Inc. and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia L. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | 800 Boylston Street | | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7050 | james.wilton@ropesgray.com; patricia.chen@ropesgray.com; stephen.moeller-sally@ropesgray.com; joshua.sturm@ropesgray.com |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | 191 North Wacker Drive | 32nd Floor | Chicago | IL | 60606-4302 | | 312-845-1200 | 312-845-5500 | nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com |
| Counsel to Ropes & Gray LLP | Ropes & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | 747 Third Avenue | | New York | NY | 10017-2803 | | 212-223-1100 | 212-223-1102 | srosen@rosenpc.com |
| Counsel to Ropes Family Trust | Rubin LLC | Attn: Paul A. Rubin | 345 Seventh Avenue | 21st Floor | New York | NY | 10001 | | 212-390-8054 | 212-390-8064 | prubin@rubinlawllc.com |
| USP Aerospace Solutions, Inc. | Rubin Masschusetts Pathelek, P.C. | Attn: Michael S. Amato, Esq. | East Tower, 15th Floor | 1425 RXR Plaza | Uniondale | NY | 11556-1425 | | 516-663-6600 | | mamato@rmfpc.com |
| Counsel to AmeriGas Wilson, LLC, Wilson Partridge, LLC, and HSA Partridge LP | R&D Law | Attn: Steven M. Kelly, Esq. | 1280 Broadway | Suite 1650 | Denver | CO | 80203 | | 303.899.3000 | | skelly@rkllaw.com |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - New York Regional Office | Attn: Regional Director | 200 Vesey Street, Suite 400 | | New York | NY | 10281-1022 | | | | |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | | | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| Debtors | Sears Holding Corporation | | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | | | | |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com; asnow@ssbb.com; pbosswick@ssbb.com |
| Counsel to the Cuffs Family Trust | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson A. Fiedler, Esq. | 666 Fifth Avenue | Suite 1700 | New York | NY | 10103 | | 212-753-5000 | 212-753-5044 | ldelucia@schiffhardin.com; afiedler@schiffhardin.com |
| Counsel to Seritage SRC Finance LLC | Seward & Kissel LP | Attn: Stephen Stifry Esq., Luke J. Valentino, Esq. | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | 212-480-8421 | |
| Notice Agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | 620 8th Avenue | | New York | NY | 10018 | | 212-218-6646 | 917-344-1339 | emfox@seyfarth.com |
| Counsel to Duffell Brewster Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Jennifer Shafer | 7777 Glades Road | Suite 400 | Boca Raton | FL | 33434 | | 561-477-7800 | 561-477-7722 | jshafer@sbwh.law; hhermann@sbwh.law; jblasi@sbwh.law; floridaservice@sbwh.law |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Sheppard Mullin Richter & Hampton LLP | 599 Lexington Avenue | | New York | NY | 10022 | | 212-848-4000 | | floridaservice@sheppardmullin.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-653-8700 | 212-653-8701 | afeld@sheppardmullin.com; tcohen@sheppardmullin.com |
| Counsel to Menco Florida Associates, LLC | Shraiberg, Landau & Page, P.A. | Attn: Eric V. Moyer, Esq. | 2385 NW Executive Center Drive | Suite 300 | Boca Raton | FL | 33431 | | 561-443-0801 | 561-998-0047 | emoyer@slp.law |
| Counsel to Smith Manufacturing Co. | Simley Wang-Cheval, LLP | Attn: Lei (Aaron) Binni, Philip L. Barak | 200 Howard Avenue | Parkway | West Haven | | | | | | |
| Counsel to Real Bad North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert B. Gross | PO Box 5831 | #3100 | Phoenix | AZ | 85016-9534 | | 602-382-6000 | 602-382-6070 | rgross@swlaw.com |
| Corporate Financial Department, Tennessee Securities Associates, Inc. | Sorenson Van Leuven, PLLC | Attn: James I. Sorenson | 1311 Old State Capitol, Suite 300 | | Tallahassee | FL | 32311-5047 | | 850-388-0500 | 850-391-6800 | bk@svv.law.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Southwg | Attn: David A. Rosenzweig | P.O. Box 5331 | | Springfield | MO | 62705-5331 | | 417-522-3773 | | |
| Top 5 Secured Creditor | SRAC Medium Term Notes | | The Bank of New York Mellon Trust Company | 2 N. LaSalle Street – Suite 700 | Chicago | IL | 60602 | | | | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543 | | 609-219-7458, 609-791-7022 | 609-896-0013, 609-896-0629 | tonder@stark-stark.com; jlemkin@stark-stark.com |
| Corporate, Inc. d/b/a Univero | Stephens & Byrne, P.C. | Attn: Konstantin D. Preyaniks | 489 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-9550 | | |
| Counsel for Network Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | 1850 N. Central Avenue | Suite 2100 | Phoenix | AZ | 85004-4584 | | 602-279-1600 | 602-240-6835 | thomas.salerno@stinson.com |
| Counsel to Stinson Property Group, L.P. | Strauss, Lenczin, Osborn & Lemes, LLP | Attn: Sabrina L. Streusand | 1801 S. Mopac Expressway | Suite 320 | Austin | TX | 78746 | | 512-236-9901 | 512-236-9904 | streusand@slollp.com |
| Counsel to AirGate Wireless, LLC | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com; jcanfield@stroock.com; sbhattacharyya@stroock.com |
| Counsel for Painplate Capital Management, LLC and Pres Corporation | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | 125 Broad Street | | New York | NY | 10004-2498 | | 212-558-4000 | 212-558-3588 | dietderich@sullcrom.com; gluecksteinb@sullcrom.com; zylberberg@sullcrom.com |
| Counsel for the Ad Hoc Second Lien Group and Whitebox Children's Fund Trust Donor | Sullivan & Cromwell LLP | Attn: David S. Aspell & Claire K. Wu | 333 South Grand Avenue | Suite 2100 | Los Angeles | CA | 90071 | | 213-426-2321 | | aspelld@sullcrom.com; wuc@sullcrom.com |
| February 11, 1999, Trade Group, LLC, and East River Group, LLC | Sumner&Greer, A Professional Corporation | | | | | | | | | | |
| Counsel to Alcon Capital | Surf LLP | | | | | | | | | | |
| Counsel to Apperella Preferred & Thomas Pallenter | Bixler P.C. | Attn: Vivek Suri, Esq. | Suite 300 | | | | | | | | |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)
Master Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Vornado Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | 900 Third Avenue | 13th Floor | New York | NY | 10022 | | 212-508-6700 | 212-371-1084 | Riela@thsh.com |
| Counsel to The Macerich Company | Tischler Ventone | | | | | | | | | | |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon | Attn: Andrew J. Gahan | 240 Greenwich Street | | New York | NY | 10286 | | 917-319-6579 | | |
| Counsel to Toyota Motor Credit Corporation | The Law Office of Thomas A. Farinella, P.C. | Thomas A. Farinella, Esq. | 260 Madison Avenue | Suite 8200 | New York | NY | 10016 | | | | tf@lawtf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation (PBGC) | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Justin J. Skordas, William McCarron, Jr., & Adi Berger, Director | 1200 K Street, N.W. | | Washington | DC | 20005-4026 | | 202-326-4020, 202-326-4000 | 202-326-4112 | mccarron.william@pbgc.gov efile@pbgc.gov |
| Counsel to Hain Celestial Group, Inc. | The Sarachek Law Firm | Attn: Joseph E. Sarachek | 670 White Plains Road | 27th Floor | New York | NY | 10178 | | 646-350-0100 | 646-861-4950 | joe@saracheklawfirm.com |
| Counsel to SABGL Holdings LLC and Cormatrix LLC | The Stang Law Firm, P.C. | Attn: Michael Stang | 40 Wall Street | 28th Floor | New York | NY | 10005 | | | | |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | 3900 Key Center | 127 Public Square | Cleveland | OH | 44114-1291 | | 216-566-5500 | 216-566-5800 | Curtis.Tuggle@ThompsonHine.com |
| Top 20 Unsecured Creditor | Thomson Reuters | | | | | | | | | | |
| | Tianenyang Leather | Production Co., Ltd | | | Tianjin | | 301200 | China | 86-22-29245922 | | powerwang@pulu126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | P.O. Box 20207 | Nashville | TN | 37202-0207 | | 615-741-1955 | 615-741-3334 | powerwang@pulu126.com |
| Counsel to SHIP Holdings LLC and Larry D. Keller | Trainor Fairbrook | Attn: Jennifer L. Pruski | 980 Fulton Avenue | | Sacramento | CA | 95825 | | 916-929-7000 | 916-929-7111 | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock | P.O. Box 1748 | | Austin | TX | 78767 | | 512-854-9100 | 512-854-9316 | kay.brock@traviscountytx.gov |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney's Office for the Southern District of New York | | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | | 212-637-2200 | 212-637-2685 | |
| Counsel to Village of Hoffman Estates | Vedder Price P.C. | Attn: Bankruptcy Division | 1633 Broadway | 31st Floor | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | |
| Counsel to AgriVida, Inc. | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | 1633 Broadway | 31st Floor | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | jdunn@vedderprice.com |
| | Vedder Price P.C. | Attn: Kevin L. Etzel | 1633 Broadway | 31st Floor | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | ketzel@vedderprice.com |
| Counsel to Verizon Wireless Services, Inc. and Village of Hoffman Estates | Verizon | Attn: William S. Schein | 1515 Woodfield Road | | Schaumburg | IL | 60173 | | | | william.s.schein@verizon.com |
| Counsel to 150 Tom Hill LLC | Verizon Capital Corp. | Attn: Marcia M. Lerine | 221 East 9th Street | 7th Floor | New York | NY | 10016 | | 212-407-7700 | 212-407-7799 | marcia.m.lerine@verizon.com |
| Counsel to SHIP Holdings LLC | Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany S. Cobb | 1515 Woodland Blvd | | Winston-Salem | NC | 27104 | | 336-721-3600 | 336-721-3660 | tscobb@vorys.com |
| Agent to Scheduled Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | One Riverfront Plaza | 1037 Raymond Blvd, Ste. 600 | Newark | NJ | 07102 | | 973-757-1100 | 973-757-1090 | sfalanga@walsh.law |
| Counsel to Weinstein World Wide, Inc. and its affiliates, Chevron (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Stephen B. Grow | 900 Fifth Third Center | | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | sgrow@wnj.com |
| Counsel to Eastwood Mall Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | 110 Allen Rd. | Ste. 304 | Basking Ridge | NJ | 07920 | | 973-467-2700 | 973-467-8126 | dclarke@wjslaw.com |
| Agent to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | ray.schrock@weil.com jacqueline.marcus@weil.com garrett.fail@weil.com sunny.singh@weil.com jared.friedmann@weil.com |
| Counsel to Estate Successors Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | 3333 New Hyde Park Road | Suite 211 | New Hyde Park | NY | 11042 | | 516-627-7000 | | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. and Toyota Motor Credit Corporation, LP.A. | Weltman, Weinberg & Reis Co., LPA | Attn: James Vanderkam | Lakeside Plaza, Suite 200 | | Cleveland | OH | 44114-1098 | | 216-739-5644 | | efile@weltman.com |
| Counsel to Avalon Real Estate Company, Cisco Systems, Inc., and Single LLC | White and Williams LLP | Attn: James C. Vandermark | 7 Times Square | Suite 2900 | New York | NY | 10036-6524 | | 212-244-9500 | | vandermark@whiteandwilliams.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801 | | 302-357-3266 | 302-357-3288 | sgerald@wtplaw.com |
| Counsel to 150 Tom Hill LLC | Wilkie Farr & Gallagher LLP | Attn: Victor W. Newmark, Esq. | 800 Benristate Avenue | Suite 400 | Menlo Park | CA | 94025 | | 650-801-5000 | | bnewmark@willkie.com |
| | Williams Legal Advisory Group | Attn: Amy M. Williams | 1015 Sherwood Road | | Oakland | NJ | 07436 | | 908-475-5522 | | amy.m.williams@thewilliamsgroup.com |
| Counsel to Estate Successors Shopping Center LLC | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | 169 Ramapo Valley Road | Suite 105 | Oakland | NJ | 07436 | | | | |
| | Wilmington Trust, National Association | Attn: Alan J. Lipkin, Gabriel Brunswick | 1166 Avenue of the Americas | | New York | NY | 10036 | | 212-728-8111 | | |
| Counsel to Garret Motion LLC | FSB | | 50 South Sixth Street, Suite 1290 | | Minneapolis | MN | 55402 | | | | |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Corporate Capital Markets | 50 South Sixth Street, Suite 1290 | | Minneapolis | MN | 55402 | | | | |
| Wilmington Savings Fund Society, FSB, as Trustee of the PYSN 12.00% Pre-Petition Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | 501 Carr Road | Suite 100 | New York | NY | 10019 | | | | |
| Counsel to Garret Motion LLC | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | 501 Carr Road | Suite 100 | New York | NY | 10019 | | | | |
| Indenture Trustee for the Second Lien Notes and transfer agent | Wilmington Trust Company, Vice President | Rodney Square North | 1100 North Market Street | | Wilmington | DE | 19890-0001 | | 302-651-4149 | 302-651-4749 | schellcenthy@wilmingtontrust.com |
| Counsel to Rainbow Mall, LLC, Greece Ridge, LLC & The Marketplace | Wilmington Management Group LLC | | 1285 Scottsville Road | | Rochester | NY | 14624 | | 585-424-9400 | 585-464-8419 | |
| Counsel to Pulsano County and Tonnelle, LLC | Winters Ernst, Mulkahy & Frondeld & Chase LLP | | 1133 Westchester Avenue | | White Plains | NY | 10604 | | 914-872-7104 | 914-323-7001 | david.titus@wilsonelser.com |
| Counsel to 4th Street South LLC | White Law Offices, PLLC | Attn: David L. Titus | 113 E. Kalamazoo Street | | Lansing | MI | 48933-2111 | | 517-485-0070 | 517-485-0187 | davidtitus@whitelaw.com |
| Counsel to Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Marc J. White | 11400 West Olympic Boulevard | 9th Floor | Los Angeles | CA | 90064-1582 | | 310-478-4100 | 310-479-1422 | service@wrslawyers.com |
| | Zimmerman Law Offices, PC | Attn: Thomas A. Zimmerman, Jr. | 77 West Washington Street | Suite 1220 | Chicago | IL | 60602 | | 312-440-0020 | 312-440-4180 | tom@attorneyzim.com |