UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:  Sears Holding Corporation, et al.            Case No. 18-23538
                                                     Chapter 11
                        Debtor.
---------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Christopher A. Grosman to be admitted, *pro hac vice*, to represent Forbes/Cohn Florida Properties, LP (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

ORDERED, that Christopher A. Grosman, Esq. is admitted to practice *pro hac vice*, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       February 8, 2019

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE