Thomas R. Slome
Michael Kwiatkowski
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
Email: tslome@msek.com
       mkwiatkowski@msek.com

and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com
        john@russelljohnsonlawfirm.com

Hearing Date and Time: February 14, 2019 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF VICKI PIAZZA IN SUPPORT MOTION
OF CERTAIN UTILITY COMPANIES TO DETERMINE ADEQUATE ASSURANCE
OF PAYMENT PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE**
[Docket No. 1395]

I, Vicki Piazzi declare as follows:

1. I am a Lead Analyst, US Shared Services Credit and Collections for National Grid, and I have been a Lead Analyst for 4 years and with National Grid for 29 years. In my current

position with National Grid, I assist in the credit and bankruptcy operations of the following operating companies: Boston Gas Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company and Niagara Mohawk Power Corporation (collectively, "National Grid").

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of National Grid's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of National Grid. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of National Grid, I submit this Declaration in support of the *Motion of Certain Utility Companies To Determine Adequate Assurance of Future Payment Motion* (the "Motion") (Docket No. 1395).

4. In making this Declaration, I am familiar with the contents of the Motion (Docket No. 1395), *Motion of Debtors Requesting Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* (the "Utility Motion") (Docket No. 196) and the *Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* (the "Utility Order")(Docket No. 461).

5. It is part of my job responsibility with National Grid to: (A) review customer accounts with National Grid; (B) address credit issues with National Grid's customers; and (C)

address issues concerning customers that file for bankruptcy protection, including requests for adequate assurance of payment.

6. National Grid's relationship with the Debtors is governed by the following tariffs (the "National Grid Tariffs") that are on file with the applicable state utility commissions and can be obtained at:

Boston Gas Company and Colonial Gas Company:
http://gasrates.nationalgridus.com/ne/index-rates-afternov.jsp

KeySpan Energy Delivery Long Island:
https://www.nationalgridus.com/Upstate-NY-Business/Rates/Tariff-Provisions
https://www.nationalgridus.com/NY-Business/Default

KeySpan Energy Delivery New York: https://www.nationalgridus.com/NY-Business/Default

Massachusetts Electric Company:
http://www.nationalgridus.com/masselectric/non_html/rates_tariff.pdf

Narragansett Electric Company:
http://www.nationalgridus.com/Narragansett/non_html/rates_tariff.pdf

Niagara Mohawk Power Corporation:
http://www.nationalgridus.com/niagaramohawk/business/rates/rates.asp

7. The National Grid Tariffs establish: (a) the amount of security that National Grid is entitled to seek from its customers under applicable state law; (b) that National Grid must bill the Debtors monthly; and (c) the billing and payment terms for all of National Grid's customers. Specifically, under the billing cycles established by the National Grid Tariffs, a customer receives approximately one month of utility goods and/or services before National Grid issues a bill for such charges, which is due on presentation. The billing cycles for each National Grid Company are established pursuant to the National Grid tariffs listed in Paragraph 6 above.

8. National Grid provided the Debtors with utility goods and services prior to the

Petition Date and continues to provide post-petition utility goods and services to the Debtors at the Debtors' accounts that are listed on the chart attached to this Declaration as **Exhibit "A."** Exhibit A also lists the pre-petition losses incurred by each National Grid Company.

9. Pursuant to the National Grid Tariffs, National Grid is entitled to seek adequate assurance of payment from the Debtors in the form of a two-month cash deposit in the amounts set forth in Exhibit "A," which are the amounts that National Grid is seeking from the Debtors in these cases for the remaining active post-petition accounts that the Debtors have with National Grid.

10. National Grid is seeking a two-month deposit in this case because of the exposure created by its billing cycle.

11. For its non-bankrupt customers, National Grid accepts security in the form of cash deposits, letters of credit or surety bonds, which are forms of security maintained by National Grid.

12. Although National Grid does not want its post-petition security to be in the form of money maintained in the Adequate Assurance Account, if the Court were to hold that the security provided to National Grid is to be in that form, National Grid would ask that the Utility Order be amended to include the following additional provisions to ensure that the money held in the Adequate Assurance Account is sufficient in amount and would be available for payment of unpaid post-petition bills:

    A. The amount for the National Grid operating companies be increased to the following amounts, which represent two times the average monthly bills for the active accounts that the Debtors still have with National Grid:

        i. Boston Gas Company - $19,340

        ii. Colonial Gas Company - $13,720

4

   iii. KeySpan Energy Delivery Long Island - $31,654

   iv. KeySpan Energy Delivery New York - $4,100

   v. Massachusetts Electric Company - $185,942

   vi. Niagara Mohawk Power Corporation - $197,560

  B. The portion of the Adequate Assurance Deposit attributable to each National Grid operating company shall be returned to the Debtors after the Debtors' payment in full of all post-petition obligations due and owing to the applicable operating company, which the Debtors shall confirm in writing with the applicable operating company.

  C. The Debtors agree to pay all post-petition charges of the National Grid operating companies by the applicable due date of the invoice, which is a due date established in accordance with applicable state laws, regulations and/or tariffs.

  D. If the Debtors fail to pay a utility bill when due (including the passage of any cure period), the relevant National Grid operating company shall provide notice of such default to the Debtors, and if within five (5) business days of such notice, the bill is not paid, the operating company may file an application with the Court certifying that payment has not been made and requesting the amount due up to an aggregate maximum equal to the Adequate Assurance Deposit allocable to such operating company.

  E. Notwithstanding anything in the Motion, the Order or (i) the orders approving the Debtors' use of cash collateral and/or post-petition debtor-in-possession financing facilities (collectively, the "**DIP Orders**"); (ii) the other documentation governing the Debtors' use of cash collateral and post-petition financing facilities; and (iii) the Approved Budget (as defined in the DIP Orders) to the contrary, there shall be no liens on the amounts in the Adequate Assurance

Account for the National Grid operating company that are higher in priority to National Grid's rights and interests in the amounts contained and allocated in the Adequate Assurance Account for the Utility Providers. Moreover, the amounts contained in the Adequate Assurance Account shall remain available to the Utility Providers for the payment of post-petition charges even if the Debtors cases are converted to cases under Chapter 7 of the Bankruptcy Code.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 8th day of February 2019, at Syracuse, New York

*/s/ Vicki Piazza*
Vicki Piazza

# Exhibit A

| Redacted Post-Petition Account # | Service Address | Pre-Petition Account Balance | 2 Month Depo |
|---|---|---|---|
| 5581 | 26 COMMERCIAL RD LEOMINSTER MA 01453 | $0.00 | $3,390.00 |
| 0982 | 254 MAIN ST STO ACTON MA 01720 | $321.36 | $2,940.00 |
| 2102 | 5 MIDDLESEX AVE SOMERVILLE MA 02145 | $236.11 | $2,320.00 |
| 4443 | 0 WORCESTER RD STORE WEBSTER MA 01570 | $124.70 | $3,060.00 |
| 9991 | 250 GRANITE ST N/A BRAINTREE MA 02184 | $0.00 | $3,290.00 |
| 5061 | 0 MILL ST N/A LEOMINSTER MA 01453 | $0.00 | $4,340.00 |
| | **Boston Gas** | **$682.17** | **$19,340.00** |
| 5131 | 793 ROUTE 132 CCM BARNSTABLE MA 02601 | $165.00 | $2,770.00 |
| 0291 | 793 ROUTE 132 N/A BARNSTABLE MA 02601 | $36.26 | $3,390.00 |
| 6542 | 768 ROUTE 132 BARNSTABLE MA 02601 | $182.59 | $4,740.00 |
| 5462 | 484 BOSTON RD BILLERICA MA 01821 | $152.54 | $2,820.00 |
| | **Colonial Gas** | **$536.39** | **$13,720.00** |
| 3011 | GREEN-ACRES MALL, AUTO CTR VALLEY STRM NY 11581 | $203.08 | $1,166.00 |
| 4013 | 225 ROBBINS LN SYOSSET NY 11791 | $254.92 | $1,890.00 |
| 4019 | 800 SUNRISE MALL, EMCOR MASSAPEQUA NY 11758 | $0.00 | $1,152.00 |
| 6014 | MIDDLE-COUNTRY RD LAKE GROVE NY 11755 | $102.54 | $1,324.00 |
| 0040 | 5151 SUNRISE HWY SAYVILLE NY 11782 | $0.00 | $1,020.00 |
| 0087 | 5151 SUNRISE HWY, WALDEN BOHEMIA NY 11720 | $0.00 | $688.00 |
| 0025 | 5151 SUNRISE HWY BOHEMIA NY 11720 | $0.00 | $1,492.00 |
| 5019 | 1000 MONTAUK HWY W BABYLON NY 11704 | $550.73 | $2,632.00 |
| 4010 | 2044 MONTAUK HWY, STR 6368 BRIDGEHMPTN NY 11932 | $39.34 | $246.00 |
| 1014 | 1000 W MONTAUK HWY W BABYLON NY 11704 | $439.66 | $6,768.00 |
| 3018 | 839 NEW-YORK AVE, K MART HUNTINGTON NY 11743 | $244.06 | $874.00 |
| 5013 | 1111 FRANKLIN AVE, STR 1004 GARDEN CITY NY 11530 | $294.81 | $3,136.00 |
| 9012 | JERICHO TPKE, MALL LAKE GROVE NY 11755 | $150.79 | $1,756.00 |
| 6018 | 34 CARMANS RD MASSAPEQUA NY 11758 | $69.72 | $818.00 |
| 4011 | 2310 NORTH OCEAN AVE *UNIT 4871 FARMNGVILLE NY 11738 | $65.96 | $688.00 |
| 2019 | 5151 SUNRISE HWY BOHEMIA NY 11720 | $45.33 | $3,008.00 |
| 6017 | MONTAUK HWY, ST 6368 BRIDGEHMPTN NY 11932 | $195.67 | $1,156.00 |
| 6011 | GREEN-ACRES MALL, STORE VALLEY STRM NY 11581 | $68.70 | $246.00 |
| 6010 | 800 SUNRISE MALL, EMCOR MASSAPEQUA NY 11758 | $304.85 | $494.00 |
| 8015 | 35 MELVILLE-PARK DR MELVILLE NY 11747 | $504.57 | $1,100.00 |
| | **KEDLI** | **$3,534.73** | **$31,654.00** |
| 1371 | 2359 BEDFORD AVE STR BROOKLYN NY 11226 | $325.22 | $2,360.00 |
| 0201 | 2307 BEVERLY RD BROOKLYN NY 11226 | $48.74 | $1,370.00 |
| 0212 | 2307 BEVERLY RD STR BROOKLYN NY 11226 | $95.00 | $370.00 |
| | **KEDNY** | **$468.96** | **$4,100.00** |
| 7025 | 0 AUBURN ST AUBURN MA 01501 | $179.19 | $126.00 |
| 3048 | 109 MARIANO BISHOP BLVD FALL RIVER MA 02721 | $5,547.50 | $4,032.00 |
| 3018 | 200 WESTGATE DR, TO BAU POLE 23A BROCKTON MA 02301 | $1,714.59 | $2,018.00 |
| 2028 | 159 WILBRAHAM RD *APT D PALMER MA 01069 | $10.67 | $1,004.00 |
| 0021 | 100 COMMERCIAL RD LEOMINSTER MA 01453 | $14,590.48 | $23,498.00 |
| 5031 | 0 WILBRAHAM RD *APT 1 PALMER MA 01069 | $11.33 | $592.00 |
| 2021 | 0 WILBRAHAM RD *APT 4 PALMER MA 01069 | $11.33 | $504.00 |
| 7024 | 0 WILBRAHAM RD *APT 6 PALMER MA 01069 | $11.00 | $782.00 |
| 4023 | 0 WILBRAHAM RD, POLE 3--1 PALMER MA 01069 | $4,837.50 | $10,714.00 |

| | | | |
|---|---|---|---|
| 0025 | 0 WILBRAHAM RD, POLE 3--1 PALMER MA 01069 | $0.00 | $388.00 |
| 9022 | 159 WILBRAHAM RD *APT 5 PALMER MA 01069 | $26.75 | $662.00 |
| 1026 | 1941 MAIN ST BROCKTON MA 02301 | $9,970.33 | $19,868.00 |
| 2032 | 484 BOSTON RD BILLERICA MA 01821 | $10,302.49 | $19,208.00 |
| 8022 | 70 WORCESTER RD WEBSTER MA 01570 | $9,440.85 | $20,038.00 |
| 5028 | 0 DONALD LYNCH BLVD MARLBOROUGH MA 01752 | $23,236.91 | $25,896.00 |
| 4022 | 200 WESTGATE DR, RE BSTO POLE 19-1 BROCKTON MA 02301 | $16,051.34 | $21,284.00 |
| 9061 | 385 SOUTHBRIDGE ST *APT 220 AUBURN MA 01501 | $27,461.44 | $10,600.00 |
| 1020 | 1775 WASHINGTON ST *APT 68, 68 BMAL HANOVER MA 02339 | $17,953.08 | $24,728.00 |
| | MECO | $141,356.78 | $185,942.00 |
| 4118 | 0 ROUTE 50 SARATOGA SPRINGS NY 12866 | $11,808.57 | $10,248.00 |
| 8116 | 93 W CAMPBELL RD SCHENECTADY NY 12306 | $5,418.58 | $13,762.00 |
| 0012 | WASHINGTON AVENUE EXT *UNIT 208, STR# 03160 ALBANY NY | $1,269.42 | $5,208.00 |
| 3117 | 318 E FAIRMOUNT AVE *STR 430 LAKEWOOD NY 14750 | $4,879.15 | $9,490.00 |
| 3118 | 20951 ARLSENAL ST WATERTOWN NY 13601 | $9,628.87 | $9,008.00 |
| 9116 | 6929 WILLIAMS RD, * NIAGARA FALLS NY 14304 | $3,546.86 | $10,922.00 |
| 8111 | 3649 ERIE BLVD E, * DEWITT NY 13214 | $12,978.96 | $16,146.00 |
| 9115 | 3649 ERIE BLVD E, ****** DEWITT NY 13214 | $559.44 | $1,724.00 |
| 5113 | 1001 HERTEL AVE BUFFALO NY 14216 | $13,358.92 | $17,068.00 |
| 9117 | 1251 STATE ROUTE 29 *STE 10 GREENWICH NY 12834 | $3,274.32 | $12,370.00 |
| 5116 | 2590 MILITARY RD *SIGN NIAGARA FALLS NY 14304 | $22.26 | $46.00 |
| 7110 | 2803 BREWERTON RD, * MATTYDALE NY 13211 | $11,415.74 | $13,426.00 |
| 8026 | 349 ORCHARD PARK RD WEST SENECA NY 14224 | $11,221.90 | $18,646.00 |
| 7018 | 49 DIX AVE, * QUEENSBURY NY 12801 | $14,939.35 | $21,928.00 |
| 1110 | 8363 LEWISTON RD BATAVIA NY 14020 | $13,051.08 | $12,994.00 |
| 8011 | 1195 NIAGARA FALLS BLVD AMHERST NY 14226 | $3,201.81 | $4,314.00 |
| 5118 | 2590 MILITARY RD NIAGARA FALLS NY 14304 | $8,348.86 | $17,466.00 |
| 3118 | 1300 ARSENAL ST WATERTOWN NY 13601 | $79.24 | $464.00 |
| 2019 | 3649 ERIE BLVD E, * DEWITT NY 13214 | $46.07 | $700.00 |
| 9113 | 3649 ERIE BLVD E, **** DEWITT NY 13214 | $101.35 | $352.00 |
| 6119 | 2803 BREWERTON RD, , MATTYDALE NY 13211 | $46.17 | $582.00 |
| 8102 | 308 DIX AVE QUEENSBURY NY 12804 | $96.89 | $696.00 |
| | NMPC | $129,293.81 | $197,560.00 |