**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Andrew L. Cole to be admitted *pro hac vice*, to represent Concord Mall LP and Berkshire Mall LP (together, the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Delaware, Florida, Maryland and Virginia, and all federal district and bankruptcy courts in each such state, it is hereby:

ORDERED, that Andrew L. Cole, Esq., is admitted to practice *pro hac* vice, in the above referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 8, 2019
      White Plains, New York      /s/Robert D. Drain
      _____      United States Bankruptcy Judge