**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                                              :
In re:                                                        :
                                                              :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                         :     Case No. 18-23538 (RDD)
                                                              :
                                                              :     (Jointly Administered)
                Debtors.                                      :
------------------------------------------------------------- x

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul L. Ratelle to be admitted, *pro hac vice*, to represent FG, LLC, in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Minnesota and Wisconsin and has been admitted to practice in the United States District Courts for Minnesota, North Dakota, Eastern and Western Districts of Wisconsin, and the United States Court of Appeals for the Eighth Circuit, it is hereby:

**ORDERED**, that Paul L. Ratelle, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent FG, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 8, 2019
      White Plains, New York

/s/Robert D. Drain
Honorable Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE