**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ellen M. Chapelle (the "Movant"), to be admitted, *pro hac vice*, to represent 233 S. Wacker, LLC in the above-captioned cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Illinois and has been admitted to practice in the United States District Court for the Northern District of Illinois, it is hereby

**ORDERED** that Ellen M. Chapelle, Esq. is admitted to practice, *pro hac vice*, in the above-captioned cases to represent 233 S. Wacker, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
         February 8, 2019                                                        /s/Robert D. Drain
                                                                                        UNITED STATES BANKRUPTCY JUDGE

4843-7299-1110, v. 1