**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Vanessa R. Tiradentes (the "Movant"), to be admitted, *pro hac vice*, to represent 233 S. Wacker, LLC in the above-captioned cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the States of Illinois, Delaware, New Jersey, and Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Northern District of Illinois, the District of Delaware, the Eastern District of Pennsylvania, and the District of New Jersey, it is hereby

**ORDERED** that Vanessa R. Tiradentes, Esq. is admitted to practice, *pro hac vice*, in the above-captioned cases to represent 233 S. Wacker, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
February 8, 2019

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

4820-8218-0998, v. 1