

**WYATT, TARRANT & COMBS, LLP**

Lexington Financial Center
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
859.233.2012
Fax: 859.259.0649

Mary L. Fullington
859.288.7424
mfullington@wyattfirm.com

February 8, 2019

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

  Re: *Sears Holdings Corporation, et al.,*
    Case No. 18-23538-rdd

Dear Clerk:

I hereby request withdrawal and removal from the Court's electronic notification system in the above-styled case on behalf of Fruit of the Loom, Inc. (Notice of Appearance filed at Docket No. 437), Vanity Fair Brands, LP (Notice of Appearance filed at Docket No. 438), and Russell Brands, LLC (Notice of Appearance filed at Docket No. 439). The proofs of claim that I filed on behalf of my clients, Fruit of the Loom, Vanity Fair, and Russell Brands, have been transferred to Cherokee Debt Acquisition, LLC, and my clients no longer have an interest in the bankruptcy case.

       Sincerely,

       WYATT, TARRANT & COMBS, LLP

       Mary L. Fullington

MLF/rgb
cc: Prime Clerk LLC

61808554.1