**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew A. Olins (the "Movant"), to be admitted, *pro hac vice*, to represent 233 S. Wacker, LLC in the above-captioned cases, and upon the Movant's certification that the Movant is a member in good standing of the bar of the State of Illinois and has been admitted to practice in the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, and the United States District Court for the Southern District of Illinois, it is hereby

**ORDERED** that Matthew A. Olins, Esq. is admitted to practice, *pro hac vice*, in the above-captioned cases to represent 233 S. Wacker, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       February 8, 2019

                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE

4823-7840-3718, v. 1