Joseph D. Frank (IL 6216085)
Jeremy C. Kleinman (IL 6270080)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5G-H
Chicago, IL 60607
Phone: (312) 276-1400
Fax:    (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

*Counsel for Bottling Group, LLC and its affiliates and subsidiaries,*
*operating as Pepsi Beverages Company and Frito-Lay North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| | **(Jointly Administered)** |
| **Debtors.** | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address for FrankGecker LLP, counsel to **Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. (collectively, "Pepsi")** has changed to:

> FrankGecker LLP
> 1327 W. Washington Boulevard
> Suite 5G-H
> Chicago, IL 60607

PLEASE TAKE FURTHER NOTICE that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with counsel remain the same.

PLEASE TAKE FURTHER NOTICE that all future pleadings, correspondence and other documents that require receipt of service by Pepsi are to be directed to the new address.

By: ___/s/ Joseph D. Frank___
One of its attorneys

Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
1327 W. Washington Boulevard, Suite 5G-H
Chicago, Illinois  60607
Phone: (312) 276-1400
Fax:    (312) 276-0035
jfrank@fgllp.com; jkleinman@fgllp.com

{PBG/001/00055951.DOCX/}