UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                              :
                                                                 :    Case No. 18-23538 (RDD)
                                                                 :
               Debtors.¹                                         :    (Jointly Administered)
-----------------------------------------------------------------x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) N E Construction LLC, Attn: Serghei Negru, 5060 Firewood Boulevard, Tacoma, WA, 98422; and (2) Priestley Siding & Windows, Attn: Randolph Priestley, 3245 W. 58th Street, Cleveland, OH, 44102.

- Supplemental Notice of Assumption and Assignment in Connection with Sale of Sears Home Improvement Business [Docket No. 1054]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On February 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on LDK Construction, Attn: Mantas Alonderis, 536 Lawler Street, Philadelphia, PA, 19116.

- Notice of Assumed and Assigned Contracts Designated by Service.com in Connection with Sale of Sears Home Improvement Business [Docket No. 1208]

On February 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on (1) Riverstone USA LLC, 712 5th Avenue #36, New York, NY, 10019 and (2) Wells Fargo Bank, National Association, as Collateral Agent, 101 North Phillips Avenue, Sioux Falls, SD, 57104.

- Final Junior DIP Order (1) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Grant Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Modifying the Automatic Stay; and (III) Granting Related Relief [Docket No. 1436]

- Order Approving the Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith [Docket No. 1441]

On February 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) Echo Bridge Acquisition Corp. LLC, 3089 Airport Road, La Crosse, WI, 54603 and (2) Prime Art Jewelers, Attn: Jessica Stephens, 18325 Waterview Parkway, Dallas, TX, 75252.

- Notice of Intent to Conduct Store Closing Sales [Docket No. 1444]

On February 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) Bank of America, N.A., as Control Co-Collateral Agent, 100 N. Tryon Street, Charlotte, NC, 28255, (2) Wells Fargo Bank, National Association, as Collateral, 10 S. Wacker Drive Suite 2800, Chicago, IL, 60606 and (3) Wells Fargo Bank, National Association, as Collateral agent, 420 Montgomery Street, San Francisco, CA, 94104.

- Notice of Extended Objection Deadline with Respect to the December 19 2018 Lease Rejection Notice [Docket No. 1507]

On February 5, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) Blackhawk Network, Attn: Craig Peterson, 6220 Stoneridge Mall Road, Pleasanton, CA, 94588 and (2) Vijay Gold Designs, 1212 Avenue of the Americas, New York, NY, 10036.

- Notice of Intent to Conduct Store Closing Sales [Docket No. 1720]

Dated: February 8, 2019

_____
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 8, 2019, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2023