**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
IN RE:                                                  :
                                                        :
**SEARS HOLDINGS CORPORATION,** *et als*  :  CHAPTER 11
                                                        :
                                                        : Case No. 18-23538(rdd)
                       Debtors                          :
                                                        : (Jointly Administered)
-------------------------------------------------------------x

### NOTICE of WITHDRAWAL WITHOUT PREJUDICE of CURE OBJECTION of MACDADE MALL ASSOCIATES, L.P. (Store #3597)

TO THE CLERK:

Because the Debtors filed and served a Notice of Amended Cure Costs on January 23, 2019, (D.I. #1774) which set forth a revised cure figure acceptable to the Objector, kindly mark the Cure Objection filed by MacDade Mall Associates, L.P. on January 22, 2019, as D.I. #1733) as **"WITHDRAWN"**, without prejudice to reassert it (or to assert a new cure objection) if the Debtors further amend the stated cure cost for the Objector's Lease.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   /S/ William J. Levant, Esquire
      William J. Levant, Esquire
      **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
      910 Harvest Drive
      Post Office Box 3037
      Blue Bell, PA 19422
      (610)260-6000
      (610)684-2020 – Telecopier
      wlevant@kaplaw.com
      Counsel for MacDade Mall Associates, L.P.

Date : February 11, 2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
IN RE:                                              :
                                                    :
**SEARS HOLDINGS CORPORATION,** *et als*  :   CHAPTER 11
                                                    :
                                                    :  Case No. 18-23538(rdd)
                        Debtors                     :
                                                    :  (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE of SERVICE

    I hereby certify, pursuant to 28 U.S.C. §1746, that on February 11, 2019, I caused a true and correct copy of the foregoing Withdrawal of Cure Objection to be sent to each of the persons named on the attached Service List, by email (unless otherwise stated).

                                         **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    /S/ William J. Levant, Esquire
           William J. Levant, Esquire
           **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
           910 Harvest Drive
           Post Office Box 3037
           Blue Bell, PA 19422
           (610)260-6000
           (610)684-2020 – Telecopier
           wlevant@kaplaw.com
           Counsel for MacDade Mall Associates, L.P.

**SERVICE LIST**

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. garrett.fail@weil.com
        Sunny Singh, Esq. sunny.singh@weil.com

    c. Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Elberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq. : idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

**[CONTINUED on NEXT PAGE]**

**[CONTINUED from PREVIOUS PAGE]**

| | |
|---|---|
| Transform Holdco, LLC<br>c/o ESL Partners, Inc.<br>Attention: Kunal S. Kamlani and Harold Talisman<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154 | Via First Class Mail |
| Sears Holdings Corporation<br>Attn: General Counsel<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Via First Class Mail |
| Weil, Gotshal & Manges LLP<br>Attention: Ray C. Schrock, P.C.,<br>   Ellen J. Odoner, Gavin Westerman and Sunny Singh<br>767 Fifth Avenue<br>New York, New York 10153 | Via First Class Mail |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attention: Christopher E. Austin,<br>  Benet J. O'Reilly and Sean A. O'Neal<br>One Liberty Plaza<br>New York, NY 10006 | Via First Class Mail |