# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Andrew T. Houston, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent MCG VA Sears, LLC, VCP Hampton Sears, LLC, MCG Rock Hill, LLC, and VCP Rock Hill Storage, LLC (collectively, the "MCG Landlords"), landlords in the above-referenced case.

I certify that I am a member in good standing of the bars of the State of North Carolina, and the bar of the United States District Court for the Western District of North Carolina.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 10, 2019

                                                           */s/ Andrew T. Houston*
Andrew T. Houston (NC Bar No. 36208)
MOON WRIGHT AND HOUSTON, PLLC
121 West Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
Facsimile:  (704) 944-0380

*Counsel to the MCG Landlords*