**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538(RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Andrew T. Houston, to be admitted, ***pro hac vice***, to represent the MCG Landlords, landlords in the above-referenced case, and upon movant's certification that movant is a member of good standing of the bars of the State of North Carolina, and the bar of the United States District Court for the Western District of North Carolina, it is hereby

**ORDERED**, that Andrew T. Houston, is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the MCG Landlords, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

                                                         HONORABLE ROBERT D. DRAIN
                                                         UNITED STATES BANKRUPTCY JUDGE