# Exhibit C

18-23538-rdd Doc 2541-3 Filed 02/11/19 Entered 02/11/19 14:52:44 Exhibit C
Pg 2 of 2

18-23538-rdd Doc 2314-1 Filed 01/31/19 Entered 01/31/19 22:56:56 Main Document
Pg 15 of 37

**Sears Holdings Corporation**
*For Executory Contracts - Estimated Cure Amounts*

| No. | Debtor Counterparty(s) | Counterparty Name | Contract Title / Description | Contract Expiration Date | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 138 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | FOREHEADS CAR RENTAL SERVICES PVT. LTD. | SERVICE AGREEMENT AMENDMENT #7 (STAFF TRANSPORTATION) | 5/26/2019 | N/A | $ - |
| 139 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | FORTUNATE OFFICE SOLUTIONS | AMENDMENT #5 RATE CONTRACT #2016-17/ SHI-H/004 DATED 1ST OCTOBER. 2018 | 9/30/2019 | N/A | $ - |
| 140 | SEARS HOLDING GLOBAL SOURCING LIMITED | FUJI XEROX (HONG KONG) LIMITED (FXHK) | ADDENDUM TO DOCUMENT SOLUTION AGREEMENT | N/A | N/A | $ - |
| 141 | SEARS HOLDING GLOBAL SOURCING LIMITED | FUJI XEROX (HONG KONG) LIMITED (FXHK) | ADDENDUM TO DOCUMENT SOLUTION AGREEMENT (REFERENCE NO. PD0000129) | EXPIRED | N/A | $ - |
| 142 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | GENEXT INTERNATIONAL PVT. LTD. | AMENDMENT #1 RATE CONTRACT #2017-18/03 DATED 1ST APRIL, 2018 | 3/31/2019 | N/A | $ - |
| 143 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | GIPFEL & SCHNELL CONSULTING PVT. LTD. | AMENDMENT #1 TO STATEMENT OF WORK #1 TO THE MASTER SERVICE AGREEMENT | 8/31/2019 | N/A | $ - |
| 144 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | GLOBAL MINERAL INDIA | AMENDMENT #2 RATE CONTRACT #2016-17/ SHI-B/004 DATED 1ST APRIL. 2018 | 3/31/2019 | N/A | $ - |
| 145 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | GOODERA (NEXTGEN PROJECT MANAGEMENT SYSTEMS PVT. LTD.) | SERVICE AGREEMENT (SUPPORT FOR CSR ACTIVITIES) | 4/1/2019 | N/A | $ - |
| 146 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | ORDER FORM | N/A | N/A | $ - |
| 147 | SEARS HOLDINGS CORPORATION, SEARS ROEBUCK AND CO, KMART CORPORATION | GORDON BROTHERS FINANCE COMPANY | LENDER TRI-PARTY AGREEMENT AMENDED AND RESTATED AGREEMENT | N/A | N/A | $ - |
| 148 | SEARS HOLDINGS MANAGEMENT CORPORATION | GORDON BROTHERS FINANCE COMPANY | RE: SECURITY INTEREST IN ASSETS OF SEARS HOMETWON AND OUTLET STORES, INC | N/A | N/A | $ - |
| 149 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | GREEN PASTURES LANDSCAPE | AMENDMENT #2 RATE CONTRACT #2015-16/ SHI-B/001 DATED 1ST APRIL. 2018 | 3/31/2019 | N/A | $ - |
| 150 | SEARS HOLDINGS MANAGEMENT CORPORATION | GSF USA | AMENDMENT 3 - MASTER SERVICES AGREEMENT | N/A | SHCLCW2410 | $ - |
| 151 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | GSS INFOTECH LTD. | AMENDMENT #1 TO MASTER SERVICE AGREEMENT | 12/31/2018 | N/A | $ - |
| 152 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | GSS INFOTECH LTD. | AMENDMENT #1 TO STATEMENT OF WORK #1 TO THE MASTER SERVICE AGREEMENT | 12/31/2018 | N/A | $ - |
| 153 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | H&B HR SOLUTIONS PVT. LTD. | MASTER SERVICES AGREEMENT (STAFF AUGMENTATION) | 11/1/2018 | N/A | $ - |
| 154 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | H&B HR SOLUTIONS PVT. LTD. | STATEMENT OF WORK #1 (STAFF AUGMENTATION) | EXPIRED | N/A | $ - |
| 155 | SEARS IT & MANAGEMENT SERVICES INDIA PRIVATE LIMITED | HANS RIDES PVT. LTD. | SERVICE AGREEMENT AMENDMENT #1 | N/A | N/A | $ - |
| 156 | SEARS HOLDING GLOBAL SOURCING LIMITED | HGC | PRIMARY INTERNET CIRCUIT - PRIMARY INTERNET ACCESS FOR LANDS' END USE | N/A | N/A | $ - |
| 157 | SEARS HOLDING GLOBAL SOURCING LIMITED | HGC | METRO ETHERNET NETWORK - PRIMARY INTERNET ACCESS FOR LANDS' END USE | N/A | N/A | $ - |