**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James C. Vandermark, hereby certify that a true and correct copy of the foregoing Google LLC's Limited Objection and Reservation of Rights to the Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts was filed electronically with the Court on February 11, 2019. Notice of this filing will be sent today to all parties receiving notice via the Court's electronic filing system, including counsel for the Debtors.

Respectfully submitted,

By: /s/ James C. Vandermark

Dated: February 11, 2019

New York, NY

James C. Vandermark, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, New York 10036
(212) 244-9500
vandermarkj@whiteandwilliams.com

*Attorneys for Google LLC*

22294251v.2