**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for BT Granite Run, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEARS HOLDINGS CORPORATION, INC., et al., | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL**
**MOTION OF BT GRANITE RUN, LP, FOR AN ORDER**
**COMPELLING THE PAYMENT OF POST-PETITION RENT AND**
**RELATED LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §365(d)(3)**

BT Granite Run, LP hereby withdraws the Motion for an Order Compelling the Payment of Post-Petition Rent and Related Lease Obligations Pursuant to 11 U.S.C. §365(d)(3) [Doc. No. 1466] in the above-captioned Chapter 11 case, without prejudice.

Dated: February 11, 2019

KURTZMAN | STEADY, LLC

By: *[signature]*
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for BT Granite Run, LP