## **CERTIFICATE OF SERVICE**

    I, Matthew G. Summers, Esquire, do hereby certify that, on this 11th day of February 2019, I caused a true and correct copy of the foregoing ***Second Supplemental Objection of Willis Towers Watson PLC, Willis Towers Watson US LLC, Towers Watson Investment Services, Inc., and Their Affiliates to Debtors' Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction*** to be served (i) via the Court's CM/ECF system upon all parties requesting electronic notice of all filings in this case; and (ii) the following parties on the attached service list in the manner indicated.

Dated: February 11, 2019

                /s/ *Matthew G. Summers*
                Matthew G. Summers
                BALLARD SPAHR LLP

DMEAST #36771084 v1

| | |
|---|---|
| Debtors<br>Sears Holding Corporation<br>333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley, Esq.<br>Luke J. Valentino, Esq.<br>**First-Class Mail**<br>**Email: stephen.sitley@searshc.com**<br>**luke.valentino@searshc.com** | Honorable Robert D. Drain<br>United States Bankruptcy Court<br>  for the Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br>**Overnight Mail** |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus, Esq.<br>Garret A. Fail, Esq.<br>Sunny Singh, Esq.<br>**First-Class Mail**<br>**Email: ray.schrock@weil.com**<br>**jacqueline.marcus@weil.com**<br>**garrett.fail@weil.com**<br>**sunny.singh@weil.com** | Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg, Esq.<br>Richard Morrissey, Esq.<br>**First-Class Mail** |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: James L. Bromley, Esq.<br>Sean A. O'Neal, Esq.<br>Jennifer Kennedy Park, Esq.<br>Andrew Weaver, Esq.<br>Rahul Mukhi, Esq.<br>**First-Class Mail**<br>**Email: jbromley@cgsh.com**<br>**soneal@cgsh.com**<br>**jkpark@cgsh.com**<br>**aweaver@cgsh.com**<br>**rmukhi@cgsh.com** | Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>**First-Class Mail**<br>**Email:**<br>**marshall.huebner@davispolk.com**<br>**eli.vonnegut@davispolk.com** |

DMEAST #36771084 v1

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
**First-Class Mail**
**Email: paul.leake@skadden.com**
**shana.elberg@skadden.com**
**george.howard@skadden.com**

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
**First-Class Mail**
**Email: ewilson@kelleydrye.com**
**bfeder@kelleydrye.com**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff, Esq.
Philip C. Dublin, Esq.
Aid Qureshi, Esq.
Joseph L. Sorkin, Esq.
**First-Class Mail**
**Email: idizengoff@akingump.com**
**aqureshi@akingump.com**
**pdublin@akingump.com**
**jsorkin@akingump.com**

Paul Weiss Rifking Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Attn: Paul M. Basta, Esq.
**First-Class Mail**
**Email: pbasta@paulweiss.com**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
**First-Class Mail**
**Email: emfox@seyfarth.com**

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.
**First-Class Mail**
**Email: gadsden@clm.com**

Locke Lord LLP
111 South Wacker Driver
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
**First-Class Mail**
**Email: braynor@lockelord.com**

Lazard Freres & Co., LLC
30 Rockefeller Plaza
New York, NY 10112
Attn: Levi Quaintance
**First-Class Mail**
**Email: project.blue.rx@lazard.com**