## Exhibit 1. Cure Amounts for Sears Holdings Corporation Lease for Space in Pueblo Mall Held by Renaissance Partners I, LLC

**Location** Pueblo Mall                                                                                  **Attorney Fees[3]**   $10,000.00

| Date | Landlord's Cure Calculation[1] | Description | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 4/30/2013 | ($149.96) | Base Rent Overpayment | $0.00 | ($149.96) |
| 8/1/2014 | ($377.59) | Prior Year CAM Reconciliation | $0.00 | ($377.59) |
| 5/20/2015 | $13,970.95 | Prior Year CAM Reconciliation | $0.00 | $13,970.95 |
| 6/30/2015 | ($589.92) | Prepay | $0.00 | ($589.92) |
| 1/1/2016 | $1,179.92 | CAM | $367.88 | $1,547.80 |
| 2/1/2016 | $9,636.01 | CAM | $2,922.48 | $12,558.49 |
| 2/2/2016 | ($7,456.44) | Prepay | $0.00 | ($7,456.44) |
| 3/1/2016 | $9,636.01 | CAM | $2,845.92 | $12,481.93 |
| 3/1/2016 | ($8,456.09) | Prepay | $0.00 | ($8,456.09) |
| 4/1/2016 | $1,179.92 | CAM | $338.46 | $1,518.38 |
| 12/1/2016 | $9,439.36 | CAM (5/16 - 12/16) | $2,076.66 | $11,516.02 |
| 1/1/2017 | $1,221.67 | CAM | $258.39 | $1,480.06 |
| 4/1/2017 | $3,665.01 | CAM (2/17 - 4/17) | $684.80 | $4,349.81 |
| 5/4/2017 | ($449.97) | Prepay | $0.00 | ($449.97) |
| 1/1/2018 | $9,773.36 | CAM (6/17 - 1/18) | $1,089.80 | $10,863.16 |
| 1/31/2018 | ($9,262.65) | Prior Year CAM Reconciliation | $0.00 | ($9,262.65) |
| 4/1/2018 | $3,665.01 | CAM (2/18 - 4/18) | $318.30 | $3,983.31 |
| 4/23/2018 | $2,356.56 | Prior Year CAM Reconciliation | $0.00 | $2,356.56 |
| 1/1/2019 | $10,995.03 | CAM (5/18 - 1/19) | $126.52 | $11,121.55 |
| | **$49,976.19** | | **$11,029.21** | **$61,005.40** |

**Total Due:**                                                                                                   **$71,005.40**

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 02-11-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 2. Cure Amounts for Sears Holdings Corporation Lease for Space in Vancouver Mall Held by US Centennial Vancouver Mall LLC

| Location | Vancouver Mall | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |
| **Rent and Charges:** | | | | |
| 9/14/2016 | $3,752.32 | 2015 CAM Settlement Short-pay | $0.00 | $3,752.32 |
| 12/11/2017 | $1,814.99 | 2016 CAM Settlement Short-pay | $0.00 | $1,814.99 |
| | $5,567.31 | | $0.00 | $5,567.31 |

**Total Due:** $15,567.31

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 02-11-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit 3. Cure Amounts for Sears Holdings Corporation Lease for Space in Arden Fair Mall Held by Arden Fair Mall Associates, L.P.

**Location** Arden Fair Mall    **Attorney Fees[3]** $10,000.00

| Date | Landlord's Cure Calculation[1] | Description | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 3/28/2017 | ($595.38) | Water & Sewer - prior year reconciliation | $0.00 | ($595.38) |
| 4/27/2018 | ($1,116.84) | Water & Sewer - prior year reconciliation | $0.00 | ($1,116.84) |
| 5/1/2018 | $1,192.47 | Water & Sewer | $93.76 | $1,286.23 |
| 7/31/2018 | $1,192.47 | Water & Sewer | $64.03 | $1,256.50 |
| 10/31/2018 | $1,192.47 | Water & Sewer | $33.98 | $1,226.45 |
| 11/20/2018 | $16,116.00 | Interior & Exterior Expense Reimbursement | $0.00 | $16,116.00 |
| 1/1/2019 | $654.00 | January 2019 Rent & Charges Short-pay | $7.53 | $661.53 |
| | **$18,635.19** | | **$199.30** | **$18,834.49** |

**Total Due:**    $28,834.49

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 02-11-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.