UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
SEARS HOLDINGS CORPORATION., et al.,[1]                  :    Case No. 18-23538-RDD
                                                         :
                       Debtors.                          :    (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Jeannette Litos, being sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age, am a resident of Richmond County, New York and am an employee of Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, New York 10022.

2. On **February 11, 2019**, I served a true and correct copy of *Adam Levine Productions, Inc. Reservation of Rights regarding Debtors' Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax Identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*in Connection with Global Sale Transaction* [DE 2550] upon the following parties by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of FedEx for overnight delivery, prior to the latest time designated by that service for overnight delivery:

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court, Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Stephen Sitley, Esq.
Luke J, Valentino, Esq.
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estate, IL 60179

Paul Schwartzberg, Esq.
Office of the US Trustee Region 2
201 Varick Street, Suite 1006
New York, NY 10014

3.      On **February 11, 2019**, I also served a true and correct copy of *Adam Levine Productions, Inc. Reservation of Rights regarding Debtors' Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [DE 2550] via email upon the following parties:

    Rob Riecker: rob.riecker@searshc.com
    Luke Valentino: luke.valentino@searshc.com
    Moshin Meghji: mmeghji@miiipartners.com
    General Counsel: counsel@searshc.com
    Ray Schrock, Esq.: ray.schrock@weil.com
    Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
    Garret A. Fail, Esq.: garrett.fail@weil.com
    Sunny Singh, Esq.: sunny.singh@weil.com
    Debtors' Investment Banker: project.blue.rx@lazard.com
    Kunal S. Kamlani: kunal@eslinvest.com
    Harold Talisman: harold@eslinvest.com

18-23538-shl    Doc 2556    Filed 02/11/19    Entered 02/11/19 17:09:00    Main Document
                                    Pg 3 of 3

18-23538-shl    Doc 2556    Filed 02/11/19    Entered 02/11/19 17:09:00    Main Document
Pg 3 of 3

Christoptopher E. Austin, Esq.: caustin@cgsh.com

Benet J. O'Reilly, Esq.: boreilly@cgsh.com

Sean A. O'Neal, Esq.: soneal@cgsh.com

Paul Leake, Esq.: Paul.Leake@skadden.com

Shana Elberg, Esq.: Shana.Elberg@skadden.com

George Howard, Esq.: George.Howard@skadden.com

Kevin J. Simard, Esq.: ksimard@choate.com

Jonathan D. Marshall, Esq.: jmarshall@choate.com

Ira S. Dizengoff, Esq.: idizengoff@akingump.com

Philip C. Dublin, Esq.: pdublin@akingump.com

Abid Qureshi, Esq.: aqureshi@akingump.com

Sara L. Brauner, Esq.: sbrauner@akingump.com

_Jeannette Litos_

Sworn to before me this
11th day of February, 2019

_Jason Froehlich_
Notary Public

JASON M. FROEHLICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FR6285240
Qualified in New York County
My Commission Expires 07-01-2021

3