| Professional | Address | Contact | Services Performed By Professional |
|---|---|---|---|
| Seyfarth Shaw LLP | 233 South Wacker Drive, Suite 8000 Chicago, Illinois 60606-6448 | Attn: Brian Stolzenbach | Provides employment, benefits, labor, and immigration legal advice |