**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Andrew T. Houston to be admitted, ***pro hac vice***, to represent the MCG Landlords in the above-referenced cases, and upon movant's certification that movant is a member in good standing of the bars of the State of North Carolina and the bar of the United States District Court for the Western District of North Carolina, it is hereby

**ORDERED**, that Andrew T. Houston, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the MCG Landlords, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        February 12, 2019

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE