Daniel M. Silvershein, Esq.
262 West 38th Street, Suite 1007
New York, NY 10018
(212) 387-7880


United States Bankruptcy Court
Southern District of New York
One Bowling Green Division
------------------------------------------X
                                           :
                                           :
                                           :
                                           :
In Re: Sears Holdings Corporation,         :
    et al.                                 :
                                           :
                                           :
                                           :
                                           :
                                           : Index No:18-23538(RDD)
                                           : Chapter 11
                                           :
------------------------------------------X


**Notice of Appearance& Demand for Service of Papers**


TO:   Clerk, United States Bankruptcy Court
      for the Southern District of New York
      One Bowling Green
      New York, NY 10004-1408


   PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of

Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), the undersigned attorney for

creditor, Vivian Hilken, requests that all notices given or required to be given in this action and all

related actions, be given and served upon the following:

*Daniel M. Silvershein*
*ATTORNEY AT LAW*
*262 West 38th Street, Suite 1007*
*New York, NY 10018*
*Tel.: (212)387-7880 / Fax: (212)260-8930*
*E-mail Address: daniel@dmsilverlaw.com*

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorney's request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

It is so respectfully submitted,

X _____
Daniel M. Silvershein (dms-7669)
ATTORNEY AT LAW
262 West 38th Street, Suite 1007
New York, NY 10018
Tel.: (212)387-7880 / Fax: (212)260-8930
E-mail Address: daniel@dmsilverlaw.com

New York, New York
February 27, 2019

TO: Weil, Gotshal & Manges, LLP
   767 Fifth Avenue
   New York, NY 10153
   Ray C. .Schrook P.C
   Jacqueline marcus
    Garrett A. Fall
   Sunny Singh

Office of U.S. Trustee
SDNY

20107759v1