IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Clark Hill PLC hereby appears in the above-referenced Chapter 11 case as attorneys for Milton Manufacturing, LLC and pursuant to the Bankruptcy Rules 202 and 9010(b) and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or filed in this case be given and served upon the following:

> Nola R. Bencze, Esq.
> Clark Hill PLC
> 210 Carnegie Center, Suite 102
> Princeton, NJ 08540
> Telephone:  609.785.2924
> nbencze@clarkhill.com

PLEASE TAKE FURTHER NOTICE that the foregoing requests includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Milton

221152030

Manufacturing, LLC: (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims actions, defenses, setoffs, or recoupments to which Milton Manufacturing, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: February 13, 2019

By: /s/ *Nola R. Bencze*
Nola R. Bencze (1775410)
CLARK HILL PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Telephone: 609.785.2924
nbencze@clarkhill.com

221152030