**UNITED STATES BANKRUPTCTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

---

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL. | CASE NO. 18-23538 (RDD) |
| DEBTOR | (Jointly administered) |

---

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, David J. Gallagher, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Jeffrey Pfeiffer, an individual, as an unsecured creditor/personal injury claimant in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Illinois and, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated:    February 13, 2019
         Chicago, Illinois.

David J. Gallagher (Ill. Bar 6294250)
MOTHERWAY & NAPLETON, LLP.
140 S. Dearborn Street, Suite 1500
Chicago, Illinois 60603
Dgallagher@mnlawoffice.com
Telephone: (312) 726-2699
Fax: (312) 726-6851

1