WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                           :
                                                :    Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.***,**    :
                                                :    Case No. 18-23538 (RDD)
                                                :
           Debtors.[1]                          :    (Jointly Administered)
------------------------------------------------------------x


**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS SCHEDULED**
**<u>FOR HEARING ON FEBRUARY 14, 2019 AT 10:00 A.M.</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

I.   **UNCONTESTED MATTER:**

1. Motion of Debtors Pursuant to Section 1121(d) of the Bankruptcy Code to Extend Exclusive Periods **[ECF No. 2312]**

    Response Deadline:   February 7, 2019 at 4:00 p.m.; extended to February 11, 2019 for the Creditors' Committee.

    Response Filed:

    A.   Limited Objection of the Official Committee of Unsecured Creditors **[ECF No. 2544]**

    Related Document:   None.

    Status:  This matter is going forward on an uncontested basis as the Limited Objection has been resolved. The Debtors will provide an update to the Court at the hearing.

II.   **CONTESTED MATTERS:**

2. Motion of Midwood Management Corp. to Confirm Termination or Absence of Stay Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease **[ECF No. 932]**

    Response Deadline:   February 13, 2019 at 12:00 p.m.

    Response Filed:

    A.   Debtors' Objection **[ECF No. 2497]**

    Related Documents:

    B.   Midwood Reply **[ECF No. 2578]**

    Status:  This matter is going forward on a contested basis.

3. Motion of Milton Manufacturing, LLC to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §503(b) for Craftsman Branded Goods Delivered to the Debtor Postpetition **[ECF No. 1477]**

    Response Deadline:   February 7, 2019 at 4:00 p.m.

    Response Filed:

2

        A.      Debtors' Objection **[ECF No. 2481]**

Related Documents:

        B.      Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

Status: This matter is going forward on a contested basis.

4. Motion of Milton Manufacturing, LLC to (I) Compel the Debtor to Assume or Reject Purchase Orders Related to Craftsman Branded Goods Ordered by the Debtor Being Warehoused in Taiwan, and (II) Grant Related Relief **[ECF No. 1479]**

    Response Deadline:    February 7, 2019 at 4:00 p.m.

    Response Filed:

        A.      Debtors' Objection **[ECF No. 2481]**

Related Documents:

        B.      Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

Status: This matter is going forward on a contested basis.

5. Motion for Relief from Stay to Allow Civil Litigation in Action (1) and for Action, (2) To Proceed, and for the Parties to Proceed with Alternative Dispute Resolution (ADR) and Settlement Negotiations to which had Begun Since July 27, 2018, with Certificate of Service **[ECF No. 1006]**

    Response Deadline:    January 11, 2019 at 4:00 p.m.

    Response Filed:

        A.      Debtors' Objection **[ECF No. 1547]**

Related Documents:

        B.      Notice of Honorable Judges Orders of Brian Coke Ng **[ECF No. 1387]**

        C.      Plaintiff's/Movant's Reply Brief in Response to Defendants' / Debtors' Omnibus Objection to Relief from Stay **[ECF No. 1721]**

        D.      Letter of Brian Coke Ng Regarding Motion for Relief to Lift the Automatic Stay **[ECF No. 2533]**

      Status:  This matter is going forward on a contested basis.

6.    Ex-Parte Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 1103 and Bankruptcy Rules 2004 and 9016, Authorizing the Examination of the CDS Participant **[ECF No. 1557]**

      Response Deadline:  February 14, 2019 at 4:00 p.m.

      Responses Filed:

          A.    Response of Cyrus Capital Partners, L.P. **[ECF No. 2470]**

          B.    Limited Objection of OCO Capital Partners, L.P. **[ECF No. 2471]**

          C.    Joinder of Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. **[ECF No. 2474]**

      Related Documents:  None.

      Status:  This matter is going forward on a contested basis.

## IV. ADJOURNED MATTERS:

7.    Motion of Michael & Margaret Reheis for Relief from the Automatic Stay **[ECF No. 849]**

      Response Deadline:  To be determined.

      Responses Filed:  None.

      Related Documents:  None.

      Status:  This matter has been adjourned to a date to be determined.

8.    Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 924]**

      Response Deadline:  December 13, 2018 at 4:00 p.m.

      Responses Filed:

          A.    Response of Sante Marcoccia **[ECF No. 1194]**

          B.    Objection of Robert A. Catalfamo and Lavarita D. Meriwether **[ECF No. 1197]**

WEIL:\96895916\11\73217.0004

      C.      Objection of Qazim B. Krasniqi **[ECF No. 1187]**

      D.      Objections of Karen Smith **[ECF Nos. 1298, 1335 and 1559]**

Related Documents:

      E.      Debtors' Reply **[ECF No. 1296]**

      F.      Debtors' Reply to Smith Objection **[ECF No. 1550]**

      G.      Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

Status: The Objection of Karen Smith [ECF No. 1335] has been adjourned to a date to be determined. All other Responses have been adjourned to March 21, 2019 at 10:00 a.m.

9. Motion of Mario Aliano for Relief from the Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 987]**

    Response Deadline:    March 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to March 21, 2019 at 10:00 a.m.

10. Motion of Charles Pugh for Relief from Stay **[ECF No. 1148]**

    Response Deadline:    March 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to March 21, 2019 at 10:00 a.m.

11. Motion to Amend Motion for Reconsideration of Santa Rosa Mall **[ECF No. 1189]**

    Response Deadline:    To be determined.

    Responses Filed:    None.

    Related Documents:

        A.    Motion to Vacate Order Granting Debtors' Motion for Authority to Extend the Time to Assume or Reject Unexpired Lease Agreement **[ECF No. 937]**

Status:  To be withdrawn without prejudice.

12.    Motion to Compel the Debtor to (i) Disclose Status of Insurance Claim; (ii) Deposit Any Insurance Proceed Into Separate Account to be Used Exclusively to Repair the Insured Demised Premises; and (iii) Alternatively, Find the Automatic Stay Inapplicable to the Insurance Proceeds **[ECF No. 1240]**

Response Deadline:    February 7, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 2512]**

Related Documents:  None.

Status:  This matter has been adjourned to February 21, 2019 at 10:00 a.m.

13.    Motion of Dell Financial Services L.L.C. for Relief from Stay **[ECF No. 1221]**

Response Deadline:    March 14, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:  None.

Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

14.    Motion of LatentView Analytics to Compel Immediate Payment of Postpetition Arrearages; Granting an Administrative Claim; and Compelling Debtors to Assume or Reject Agreement **[ECF No. 1349]**

Response Deadline:    February 7, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 2481]**

Related Documents:  None.

Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

15.    Motion of Cupid Foundations, Inc. for Allowance of Section 503(b)(9) Administrative Claim **[ECF No. 1385]**

6

      Response Deadline:    March 14, 2019 at 4:00 p.m.

      Responses Filed:    None.
      Related Documents:    None.

      Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

16. Motion of Winners Industry Co., Ltd. for Allowance and Payment of Administrative Expense Claims **[ECF No. 1386]**

      Response Deadline:    March 14, 2019 at 4:00 p.m.

      Responses Filed:    None.

      Related Documents:    None.

      Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

17. Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code **[ECF No. 1395]**

      Response Deadline:    March 7, 2019 at 4:00 p.m.

      Response Filed:

          A.    Debtors' Objection **[ECF No. 2451]**

      Related Documents:

          B.    Joinder of Jackson EMC **[ECF No. 1533]**

          C.    Declaration of Sherry R. Ward on behalf of Virginia Electric and Power Company in Support of Motion **[ECF No. 2433]**

          D.    Declaration of Wanda Shirley on behalf of Arizona Public Service Company in Support of Motion **[ECF No. 2434]**

          E.    Declaration of Enobong Enyenihi on behalf of Consolidated Edison Company of New York, Inc. in Support of Motion **[ECF No. 2436]**

          F.    Declaration of Karen Palmieri on behalf of Connecticut Light & Power Company, Eastern Massachusetts and NStar Electric Company, NStar Electric Company, Public Service Company of New Hampshire, Western Massachusetts, Yankee Gas Services Company in Support of Motion **[ECF No. 2438]**

G.     Declaration of Walt Larnerd on behalf of Jersey Central Power & Light Company, Metropolitan Edison Company, Monongahela Power Company, Ohio Edison Company, Pennsylvania Electric Company, Pennsylvania Power Company, Potomac Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, West Penn Power Company in Support of Motion **[ECF No. 2440]**

H.     Declaration of Lisa R. Holland on behalf of PECO Energy Company in Support of Motion **[ECF No. 2441]**

I.     Declaration of Aldo Rojas on behalf of Southern California Gas Company in Support of Motion **[ECF No. 2442]**

J.     Declaration of Marrissa Hinton on behalf of The Dominion East Ohio Gas Company in Support of Motion **[ECF No. 2444]**

K.     Declaration of Dwight C. Snowden on behalf of Public Service Company of Oklahoma, Appalachian Power Company, Indiana Michigan Power Company, Ohio Power Company in Support of Motion **[ECF No. 2447]**

L.     Declaration of Jennifer Davy on behalf of New York State Electric and Gas Corporation in Support of Motion **[ECF No. 2458]**

M.     Declaration of Emory L. Roberts Jr. on behalf of City of Ocala, Florida in Support of Motion **[ECF No. 2459]**

N.     Declaration of Louise Williams on behalf of Rochester Gas & Electric Corporation in Support of Motion **[ECF No. 2460]**

O.     Declaration of Dora Hargrove on behalf of Baltimore Gas and Electric Company in Support of Motion **[ECF No. 2461]**

P.     Declaration of Carlandra Edwards on behalf of Commonwealth Edison Company in Support of Motion **[ECF No. 2462]**

Q.     Declaration of Brent Cochran on behalf of Jackson EMC in Support of Motion **[ECF No. 2463]**

R.     Declaration of Stephanie Lemmond on behalf of Sacramento Municipal Utility District in Support of Motion **[ECF No. 2467]**

S.     Declaration of Jennifer Woehrle on behalf of Orange & Rockland Utilities in Support of Motion **[ECF No. 2484]**

WEIL:\96895916\11\73217.0004

      T.      Declaration of Michael W. Franklin on behalf of The Potomac Electric Power Company in Support of Motion **[ECF No. 2490]**

      U.      Declaration of Vincent Albanito on behalf of Public Service Electric and Gas Company in Support of Motion **[ECF No. 2500]**

      V.      Declaration of Gerald Houck on behalf of Atlantic City Electric Company, Delmarva Power & Light Company in Support of Motion **[ECF No. 2501]**

      W.      Declaration of Vicki Piazza on behalf of Boston Gas Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation in Support of Motion **[ECF No. 2515]**

Status:  This matter has been adjourned to March 14, 2019 at 10:00 a.m.

18. Motion for Relief from Stay in re: 241 Cooper Street Brooklyn NY 11207 of Wells Fargo Bank, National Association **[ECF No. 1439]**

    Response Deadline:  February 14, 2019 at 4:00 p.m.

    Responses Filed:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

19. Motion for Relief from Stay in re: 845 East 219th Street Bronx NY 10467 of Wells Fargo Bank, National Association [**ECF No. 1443**]

    Response Deadline:  February 14, 2019 at 4:00 p.m.

    Responses Filed:  None.

    Related Documents:

      A.      Letter Enclosing Memorandum of Law **[ECF No. 1445]**

      B.      Letter Enclosing Memo of Law **[ECF No. 1446]**

    Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

20. Notice of Intent to Conduct Store Closing Sales **[ECF No. 1444]**

    Response Deadline:  March 7, 2019 at 4:00 p.m.

    Responses Filed:

        A.    Limited Objection of 1 Imeson Park Blvd, LLC **[ECF No. 1502]**

        B.    Joinder in Limited Objection of 1 Imeson Park Blvd, LLC by 1055 Hanover, LLC **[ECF No. 2064]**

    Related Document:

        C.    Final Order Approving (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 876]**

    Status: This matter has been adjourned to March 21, 2019 at 10:00 a.m.

21. Motion of United States Trustee for Order Authorizing Appointment of Independent Fee Examiner **[ECF No. 1470]**

    Response Deadline:    February 14, 2019 at 4:00 p.m.; extended to February 14, 2019 at 4:00 p.m. for certain parties.

    Responses Filed:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to February 21, 2019 at 10:00 a.m.

22. Motion of Apex Tool Group, LLC to Allow and Compel Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(a) and 11 U.S.C. 503(b)(9) **[ECF No. 1491]**

    Response Deadline:    March 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to March 21, 2019 at 10:00 a.m.

23. Motion for Relief from Stay in re: 217 Morningstar Road Staten Island NY 10303 filed by Shari Barak on behalf of Wells Fargo Bank, National Association **[ECF No. 1546]**

    Response Deadline:    March 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

10

Related Documents:   None.

Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

24. Motion for Relief from Stay of Suzanne Mercado **[ECF No. 1568]**

Response Deadline:   March 14, 2019 at 4:00 p.m.

Responses Filed:   None.

Related Documents:   None.

Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

25. Motion for Relief from Stay of Perlene Haley **[ECF No. 1569]**

Response Deadline:   March 14, 2019 at 4:00 p.m.

Responses Filed:   None.

Related Documents:   None.

Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

26. Motion for Relief from the Automatic Stay of Maria Gonzalez **[ECF No. 1586]**

Response Deadline:   To be determined.

Responses Filed:   None.

Related Documents:   None.

Status:  This matter has been adjourned to a date to be determined.

27. Notice of Intent to Conduct Store Closing Sales **[ECF No. 1720]**

Response Deadline:   March 14, 2019 at 4:00 p.m.

Response Filed:

    A.   Limited Objection of 1055 Hanover, LLC **[ECF No. 2064]**

Related Document:

   B. Final Order Approving (I) Procedures for Store Closing Sales and (II) Assumption of Liquidation Consulting Agreement **[ECF No. 876]**

  Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

28. Motion for Relief from Stay of Jenny Yednak, Ronald Yednak **[ECF No. 1754]**

  Response Deadline: March 14, 2019 at 4:00 p.m.

  Responses Filed: None.

  Related Documents: None.

  Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

29. Motion for Relief from Stay to permit Erica Natasha Moore to re-file and prosecute her personal injury action (State Court Action) against Sears, Roebuck and Co. (Sears) and Cleaning Services Group, CSG (CSG) in the Superior Court of Lowndes County, State of Georgia of Neil Ackerman Erica Natasha Moore **[ECF No. 1777]**

  Response Deadline: March 14, 2019 at 4:00 p.m.

  Responses Filed: None.

  Related Documents: None.

  Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

30. Motion for Relief from the Automatic Stay of Corrina Beth Kenwisher **[ECF No. 1834]**

  Response Deadline: March 14, 2019 at 4:00 p.m.

  Responses Filed: None.

  Related Documents: None.

  Status:  This matter has been adjourned to March 21, 2019 at 10:00 a.m.

## IV. RESOLVED MATTER:

31. Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 1348]**

    Response Deadline:    January 11, 2019 at 4:00 p.m.

    Response Filed:

        A.    Objection to Notice of Rejection of Certain Unexpired Leases, Etc. **[ECF No. 1457]**

    Related Documents:

        B.    Order Approving the Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 1441]**

        C.    Notice of Extended Objection Deadline with Respect to the December 19, 2018 Rejection Notice **[ECF No. 1507]**

    Status:  This matter has been resolved.

Dated: February 13, 2019
       New York, New York

                                **/s/ Sunny Singh**
                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York  10153
                                Telephone:  (212) 310-8000
                                Facsimile:  (212) 310-8007
                                Ray C. Schrock, P.C.
                                Jacqueline Marcus
                                Garrett A. Fail
                                Sunny Singh
                                Jessica Liou

                                *Attorneys for Debtors and*
                                *Debtors in Possession*

WEIL:\96895916\11\73217.0004