GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Michael H. Goldstein *(pro hac vice pending)*
Barry Z. Bazian
mgoldstein@goodwinlaw.com
bbazian@goodwinlaw.com
*Counsel to Urban Edge Properties LP
and its subsidiaries*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION, *et al.*,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE THAT** pursuant to § 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the attorneys listed below hereby appear as counsel to Urban Edge Properties LP and its subsidiaries, including UE Bruckner Plaza LLC, UE Montehiedra Acquisition LP, Urban Edge Caguas LP, and UE 839 New York Avenue LLC

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

(collectively, the "UE Landlords") in the above-captioned chapter 11 cases.  The UE Landlords request that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed, entered or given in these cases be transmitted to:

>Michael H. Goldstein
>Barry Z. Bazian
>GOODWIN PROCTER LLP
>The New York Times Building
>620 Eighth Avenue
>New York, New York 10018
>T: 212.813.8800
>F: 212.355.3333
>mgoldstein@goodwinlaw.com
>bbazian@goodwinlaw.com

**PLEASE TAKE FURTHER NOTICE** that the UE Landlords do not intend, nor shall it be deemed, through this Notice of Appearance and Request for Service of Documents, or any subsequent appearance, pleading, claim, suit, or conduct, to waive any substantive or procedural rights, including, without limitation, (i) the rights to have a United States District Judge determine *de novo* all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii) the rights to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) the rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the Bankruptcy Court, or to venue in the Southern District of New York, for any purpose other than with respect to this Notice of Appearance and Request for Service of Documents, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the UE Landlords may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated:  February 13, 2019
         New York, New York                                    Respectfully submitted,

>*/s/ Michael H. Goldstein*
>Michael H. Goldstein *(pro hac vice pending)*
>Barry Z. Bazian
>GOODWIN PROCTER LLP
>The New York Times Building
>620 Eighth Avenue
>New York, New York 10018
>T: 212.813.8800
>F: 212.355.3333
>mgoldstein@goodwinlaw.com
>bbazian@goodwinlaw.com
>*Counsel to Urban Edge Properties LP*
>*and its subsidiaries*

2

## CERTIFICATE OF SERVICE

I, Michael H. Goldstein, hereby certify that a true and correct copy of the foregoing document will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system.

*/s/ Michael H. Goldstein*
Michael H. Goldstein

ACTIVE/96983786.1