Victoria D. Garry
(OH Bar Reg. No. 0037014)
Assistant Attorney General
Ohio Attorney General Dave Yost's Office
1600 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202
513.852.3497
513.852.3484 (FAX)
victoria.garry@ohioattorneygeneral.gov

Attorney for Ohio Department of Taxation

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | | | |
|---|---|---|---|
| In re:   SEARS HOLDINGS CORPORATION, | : | Case No. 18-23538 (RDD) | |
| *et al.* | : | | |
| | : | Chapter 11 | |
| | : | | |
| DEBTORS | : | (Jointly Administered) | |

___

**SPECIAL LIMITED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF OHIO DEPARTMENT OF TAXATION**
___

PLEASE TAKE NOTICE that the Ohio Department of Taxation ("ODOT") appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), 9010 and 9010, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

> Ohio Department of Taxation
> c/o Office of the Ohio Attorney General
> 1600 Carew Tower
> 441 Vine Street
> Cincinnati, OH  45202
> 513.852.3497

513.852.3484 (FAX)

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of ODOT.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of ODOT or of the State of Ohio or to consent to this Court's exercise of jurisdiction over ODOT or the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of ODOT, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

Dated: February 13, 2019

DAVE YOST

Attorney General of Ohio

/s/ Victoria D. Garry_____
VICTORIA D. GARRY (0037014)
Assistant Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
513.852.3497
513.852.3484 (FAX)
victoria.garry@ohioattorneygeneral.gov

*Attorney for Ohio Department of Taxation*