STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Jonathan D. Canfield
Sayan Bhattacharyya
New York, New York 10038-4982
Telephone:(212) 806-5400
Facsimile: (212) 806-6006

*Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
In re:                                    :    Chapter 11
:
SEARS HOLDING CORPORATION, *et al.*,[1]   :    Case No. 18-23538 (RDD)
:
Debtors.                                  :
:
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Jonathan D. Canfield, counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd., hereby certify that copies of the *Joinder of Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. to the Limited Objection Of OCO Capital Partners L.P. to the Ex-Parte Motion of the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 1103 and Federal Rules Of Bankruptcy Procedure 2004 and 9016 Authorizing the Examination of the CDS Participants* [ECF No 2474], filed via the Court's CM/ECF system on February 7, 2019, were served via overnight mail upon the parties set forth on Service List A and by e-Mail upon those e-Mail addresses listed on the attached Service List B, on such date.

Dated: February 13, 2019         By:   /s/ Jonathan D. Canfield
       New York, New York                 Jonathan D. Canfield

## Service List A
### (Via Overnight Mail)

United States Bankruptcy Court for the
Southern District of New York
Chambers of Honorable Robert D. Drain
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holding Corporation
Attn:   Stephen Sitley Esq.
        Luke J. Valentino, Esq.
        Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179

Office of the U.S. Trustee
Attn:   Richard C. Morrissey
        Greg M. Zipes
201 Varick Street, Room 1006
New York, NY 10014

The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Kramer Levin Naftalis & Frankel LLP
Attn: Daniel M. Eggermann
1177 Avenue of the Americas
New York, NY 10036

**Service List B**
**(Via e-Mail)**

idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
bnkatty@aldineisd.org
jarnold@aldridgepite.com
James.Vincequerra@alston.com
leib.lerner@alston.com
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
lschildkraut@archerlaw.com
andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
CSchael@AshfordNJLaw.com
eneiger@askllp.com
jchristian@askllp.com
Jg5786@att.com
mcuellar45@austinenterpriseslp.com
egoodman@bakerlaw.com
fkhan@bakerlaw.com
pollack@ballardspahr.com
branchd@ballardspahr.com
heilmanl@ballardspahr.com
summersm@ballardspahr.com
harnerp@ballardspahr.com
kutnera@ballardspahr.com
knewman@barclaydamon.com
mowens@btlaw.com
emiller@bayardlaw.com
russ@bsavory.com
rmills@bellnunnally.com
klove@bellnunnally.com
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
wschonberg@beneschlaw.com
Ernie.park@bewleylaw.com
Tgaa@bbslaw.com
michael@bindermalter.com
julie@bindermalter.com
JRhodes@BlankRome.com
Tarr@BlankRome.com

EZucker@BlankRome.com
bankruptcy@borgeslawllc.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
arainone@bracheichler.com
jmontgomery@brownconnery.com
pweiser@buchalter.com
schristianson@buchalter.com
christopher.schueller@bipc.com
terry.shulsky@bipc.com
tyler.dischinger@bipc.com
Eric.Waxman@cwt.com
Anthony.Deleo@cwt.com
rdavis@cafarocompany.com
jlevitin@cahill.com
rstieglitz@cahill.com
sjk@carmodymacdonald.com
mcatalfimo@carterconboy.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
appleby@chapman.com
wilamowsky@chapman.com
brotenberg@csglaw.com
szuber@csglaw.com
ksimard@choate.com
jmarshall@choate.com
hchoi@choiandpark.com
cpark@choiandpark.com
lkleist@choiandpark.com
mstein@chuhak.com
eschnitzer@ckrlaw.com
gsaydah@ckrlaw.com
srichman@clarkhill.com
duane.brescia@clarkhillstrasburger.com
dblau@clarkhill.com
soneal@cgsh.com
jbromley@cgsh.com
aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
wkelleher@cohenlaw.com
hward@cohenlaw.com
rseltzer@cwsny.com

jbienstock@coleschotz.com
mwarner@coleschotz.com
Michael.smith2@computershare.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
svanaalten@cooley.com
scarnes@cooley.com
dcoffino@cov.com
aclark@cov.com
mfelger@cozen.com
pzumbro@cravath.com
davidtaxin@dahannowick.com
dhw@dhclegal.com
sears.service@davispolk.com
jwcohen@daypitney.com
mcto@debevoise.com
eweisgerber@debevoise.com
jcurley@ddw-law.com
bethsolomon@discover.com
marita.erbeck@dbr.com
LJKotler@duanemorris.com
WMSimkulak@duanemorris.com
WMSimkulak@duanemorris.com
Cheitzenrater@duanemorris.com
emunozPSC@gmail.com
lmay@eisemanlevine.com
rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
ems@elliottgreenleaf.com
Leopold.matt@Epa.gov
lbercovich@epicor.com
ppascuzzi@ffwplaw.com
gchico@ferraiuoli.com
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com
dlwright@foley.com
kcatanese@foley.com
msmall@foley.com
tscannell@foley.com
aguon@foxrothschild.com
plabov@foxrothschild.com
thoran@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com
nreid@foxswibel.com

jfrank@fgllp.com
jkleinman@fgllp.com
deggert@freeborn.com
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
tking@fbtlaw.com
rgold@fbtlaw.com
awebb@fbtlaw.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
gseitz@gsbblaw.com
mgensburg@gcklegal.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
hcohen@gibbonslaw.com
dcampbell@ghclaw.com
tnixon@gklaw.com
tomf@goldmclaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
phillip.bohl@gpmlaw.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
dlieberman@halperinlaw.net
joia.johnson@hanes.com
howard.upchurch@hanes.com
ktompsett@harrisbeach.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
elio@higgslaw.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
llichtman@honigman.com

jross@hopkinscarley.com
mjb@hopkinscarley.com
chris.gartman@hugheshubbard.com
bgross@HuntonAK.com
mlegge@huntonak.com
ghesse@huntonak.com
caleb.holzaepfel@huschblackwell.com
lynn.butler@huschblackwell.com
Daniel.Swetnam@icemiller.com
taxcollector@co.imperial.ca.us
alex.macias@impremedia.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
hgj@jasneflorio.com
dlk@jasneflorio.com
elkinj@mac.com
robert.honeywell@klgates.com
atureaud@kblaw.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
jacarlino@kslnlaw.com
ssouthard@klestadt.com
lkiss@klestadt.com
kurtzman@kurtzmansteady.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
marc.zelina@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com
gillazarus@gmail.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
cgruen@gruenlaw.com
dtabachnik@dttlaw.com
pstarkesq@gmail.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
andrew.cole@leclairryan.com
janice.grubin@leclairryan.com
alex.chase@leclairryan.com

jjorissen@losgs.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
dwirt@lockelord.com
ira.greene@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
echafetz@lowenstein.com
bnathan@lowenstein.com
dmiller@lubinolson.com
tleday@mvbalaw.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
dmeegan@mhksacto.com
cjm@msf-law.com
nkenworthy@mrrlaw.net
ALeblanc@milbank.com
cprice@milbank.com
RLiubicic@milbank.com
sdnyecf@dor.mo.gov
ssmith@mwlaw.com
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
BrettMiller@mofo.com
Mlightner@mofo.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com
mro@prbankruptcy.com
bradley.schneider@mto.com
thomas.walper@mto.com
dperry@munsch.com
kcordry@naag.org

jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
enid.stuart@ag.ny.gov
cdesiderio@nixonpeabody.com
dsklar@nixonpeabody.com
rpedone@nixonpeabody.com
bob.bruner@nortonrosefulbright.com
howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
stephen.castro@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
cmomjian@attorneygeneral.gov
rachel.obaldo@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
sokeefe@okeefelc.com
dpatrick@omm.com
jtaylor@omm.com
mkremer@omm.com
paul@orshanpa.com
lily@pacogarment.com
chipford@parkerpoe.com
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
ecobb@pbfcm.com
jbanks@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com

rlp@pryormandelup.com
mhofsdal@pryorcashman.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com
matthewscheck@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
etikkanen@reisspreuss.com
cpugatch@rprslaw.com
hmagaliff@r3mlaw.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
fbr@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
joshua.sturm@ropesgray.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com
srosen@rosenpc.com
prubin@rubinlawllc.com
mamato@rmfpc.com
skelly@s-d.com
mmccann@swc-law.com
rabiuso@swc-law.com
jweinblatt@sakar.com
cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com
ldelucia@schiffhardin.com
afiedler@schiffhardin.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
emfox@seyfarth.com
rhermann@sbwh.law
mkish@sbwh.law

jshafer@sbwh.law
floridaservice@sbwh.law
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com
rtucker@simon.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
enotices@skijain.com
pstrok@swelawfirm.com
rkinas@swlaw.com
bk@svllaw.com
darolf@sorlinglaw.com
pmryan@sorlinglaw.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
cp@stevenslee.com
thomas.salerno@stinson.com
streusand@slollp.com
khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
lawyer@surilawoffice.com
bsattin@szaferman.com
Riela@thsh.com
aconway@taubman.com
tf@lawtaf.com
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@saracheklawfirm.com
mtsang@tsanglawfirm.com
Curtis.Tuggle@ThompsonHine.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov

jpruski@trainorfairbrook.com
kay.brock@traviscountytx.gov
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
jdunn@vedderprice.com
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
Dclarke@wjslaw.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
alipkin@willkie.com
gbrunswick@willkie.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
david.tillem@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
mfullington@wyattfirm.com
tom@attorneyzim.com
jjorissen@briggs.com
mtsang@tsanglawfirm.com
Harrisj12@michigan.gov
david@mhlaw-ny.com
rms@robinsonbrog.com