**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**OCTOBER 29, 2018 THROUGH OCTOBER 31, 2018**

| | | |
|---|---|---|
| **Name of Applicant:** | **Houlihan Lokey Capital, Inc.** | |
| **Applicant's Role in Case:** | **Investment Banker for the Official Committee of Unsecured Creditors** | |
| **Date of Retention:** | **December 19, 2018,** *nunc pro tunc* **to October 29, 2018** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **10/29/18** | **10/31/18** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$200,000.00 (80% of $250,000.00)** |
| **Total expenses requested in this statement:** | **$13,771.59** |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | **$263,771.59** |
| Summary of Professional Fees Requested: | |
| **Total professional fees requested in this statement:** | **$263,771.59** |

### Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Airfare | $10,782.08 |
| Lodging | 290.17 |
| Ground Transportation | 2,445.27 |
| Travel and Overtime Meals | 230.07 |
| Travel Telephone and Data | 24.00 |
| Delivery | 0.00 |
| **Total** | **$13,771.59** |

### Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---|---|---|---|---|
| 10/29-10/31 | $200,000.00 | $50,000.00 | $13,771.59 | NA | $263,771.59 |
| **Total** | **$200,000.00** | **$50,000.00** | **$13,771.59** | **NA** | **$263,771.59** |

### Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---|
| Saul Burian | Managing Director | 11.0 |
| Eric Siegert | Senior Managing Director | 2.0 |
| Brad Geer | Managing Director | 11.0 |
| Surbhi Gupta | Director | 4.0 |
| Greg Rinsky | Director | 7.0 |
| Tom Hedus | Senior Vice President | 13.0 |
| Ross Rosenstein | Associate | 14.0 |
| Ryan Conroy | Associate | 9.5 |
| John Hartigan | Associate | 17.0 |
| Ahmed Mumtaz | Associate | 9.5 |
| Jack Foster | Analyst | 20.0 |
| James Lai | Analyst | 10.0 |
| Natalie Weelborg | Analyst | 0.0 |
| Andrew Felman | Analyst | 9.5 |
| Matthew Stadtmauer | Analyst | 9.5 |
| **Total** | | **147.0** |

### Summary of Hours for the Fee Period

| Task Category | Amount |
|---|---|
| General Case Administration | 13.0 |
| Correspondence with Debtor and Other Stakeholders | 71.0 |

| | |
|---|---:|
| Correspondence with Official Committee of Unsecured Creditors | 8.0 |
| Analysis, Presentations, and Due Diligence | 6.0 |
| Financing Diligence and Analysis | 4.0 |
| Litigation Diligence and Analysis | 0.0 |
| Real Estate Analysis | 45.0 |
| **Total** | **147.0** |

Respectfully Submitted,

Dated: February 13, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.*

**<u>Exhibit A</u>**



# HOULIHAN LOKEY

**Invoice #  31980**

**PERSONAL & CONFIDENTIAL**                                January 29, 2019

The Official Committee (the "Committee") of Unsecured Creditors                Client #  63300
of Sears Holding Corporation                                                    Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")

**Professional Fees**

| | | |
|---|---|---|
| Monthly Fee due on October 29, 2018 | $ 250,000.00 | |
| Less 20% Holdback | (50,000.00) | |
| Professional Fees Due | | $ 200,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---|---|
| Airfare | $ 10,782.08 | |
| Lodging | 290.17 | |
| Ground Transportation | 2,445.27 | |
| Travel and Overtime Meals | 230.07 | |
| Travel Telephone and Data | 24.00 | |
| Out of Pocket Expenses Due | | $ 13,771.59 |

**TOTAL AMOUNT DUE AND PAYABLE**                              **$ 213,771.59**

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:                          Wire Transfer Instructions:
Houlihan Lokey Capital, Inc.                        Bank of America
Accounts Receivable Department               Wire Transfer ABA #026009593
10250 Constellation Boulevard, 5th Floor          ACH ABA #121000358
Los Angeles, California 90067-6802           fbo Houlihan Lokey Capital, Inc.
                                                  Account #1453120593
                                        Swift Code (Int'l Wires Only): BOFAUS3N
                                                Federal ID #95-4024056

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**Exhibit B**

**Sears Holdings Corporation**
*Houlihan Lokey Work Hours Summary*

*Privileged and Confidential*
*(Oct 29, 2018 - Oct 31, 2018)*

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(Oct 29, 2018 - Oct 31, 2018)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 0.0 | 10.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.0 |
| Eric Siegert | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| Brad Geer | 0.0 | 10.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.0 |
| Surbhi Gupta | 0.0 | 3.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 7.0 |
| Tom Hedus | 2.0 | 10.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.0 |
| Ross Rosenstein | 3.0 | 10.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.0 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.5 | 9.5 |
| John Hartigan | 3.0 | 10.0 | 1.0 | 1.0 | 2.0 | 0.0 | 0.0 | 17.0 |
| Ahmed Mumtaz | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.5 | 9.5 |
| Jack Foster | 3.0 | 10.0 | 1.0 | 4.0 | 2.0 | 0.0 | 0.0 | 20.0 |
| James Lai | 2.0 | 7.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 10.0 |
| Natalie Weelborg | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Andrew Felman | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.5 | 9.5 |
| Matthew Stadtmauer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.5 | 9.5 |
| **Total** | **13.0** | **71.0** | **8.0** | **6.0** | **4.0** | **0.0** | **45.0** | **147.0** |

**Legend**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Saul Burian** | |
| **Total Hours:** | **11.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Kickoff Meeting with Lazard |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Kickoff Call with M-III |
| Tuesday, October 30, 2018 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Organizational Call with UCC Advisors |
| Wednesday, October 31, 2018 | B | Correspondence with Debtor and Other Stakeholders | 7.0 | Kickoff Meeting with Debtors & Advisors in Chicago |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Eric Siegert** |
| **Total Hours:** | **2.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Kickoff Call with M-III |
| Tuesday, October 30, 2018 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Organizational Call with UCC Advisors |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Brad Geer** |
| **Total Hours:** | **11.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Kickoff Meeting with Lazard |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Kickoff Call with M-III |
| Tuesday, October 30, 2018 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Organizational Call with UCC Advisors |
| Wednesday, October 31, 2018 | B | Correspondence with Debtor and Other Stakeholders | 7.0 | Kickoff Meeting with Debtors & Advisors in Chicago |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Surbhi Gupta** | |
| **Total Hours:** | **4.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Kickoff Meeting with Lazard |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Kickoff Call with M-III |
| Tuesday, October 30, 2018 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Organizational Call with UCC Advisors |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Greg Rinsky** |
| **Total Hours:** | **7.0** |

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | G | Real Estate Analysis | 1.0 | Initial Real Estate Coordination Discussion with FTI |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 2.5 | U-Haul Real Estate Analysis |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 1.5 | RE Discussion Call |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 2.0 | U-Haul Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **13** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | A | General Case Administration | 1.0 | Internal Discussion Regarding Case Commencement |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Kickoff Meeting with Lazard |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Kickoff Call with M-III |
| Tuesday, October 30, 2018 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Organizational Call with UCC Advisors |
| Wednesday, October 31, 2018 | B | Correspondence with Debtor and Other Stakeholders | 7.0 | Kickoff Meeting with Debtors & Advisors in Chicago |
| Wednesday, October 31, 2018 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Ross Rosenstein** | |
| **Total Hours:** | **14** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | A | General Case Administration | 1.0 | Internal Discussion Regarding Case Commencement |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Kickoff Meeting with Lazard |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Kickoff Call with M-III |
| Tuesday, October 30, 2018 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, October 30, 2018 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Organizational Call with UCC Advisors |
| Wednesday, October 31, 2018 | B | Correspondence with Debtor and Other Stakeholders | 7.0 | Kickoff Meeting with Debtors & Advisors in Chicago |
| Wednesday, October 31, 2018 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Ryan Conroy** | |
| **Total Hours:** | **9.5** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | G | Real Estate Analysis | 1.0 | Initial Real Estate Coordination Discussion with FTI |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 4.5 | U-Haul Real Estate Analysis |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 1.5 | RE Discussion Call |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 2.5 | U-Haul Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | John Hartigan |
| **Total Hours:** | 17 |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | A | General Case Administration | 1.0 | Internal Discussion Regarding Case Commencement |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Kickoff Meeting with Lazard |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Kickoff Call with M-III |
| Tuesday, October 30, 2018 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, October 30, 2018 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Organizational Call with UCC Advisors |
| Wednesday, October 31, 2018 | B | Correspondence with Debtor and Other Stakeholders | 7.0 | Kickoff Meeting with Debtors & Advisors in Chicago - Dial-in |
| Wednesday, October 31, 2018 | E | Financing Diligence and Analysis | 2.0 | Review ESL Jr. DIP Proposal |
| Wednesday, October 31, 2018 | D | Analysis, Presentations, and Due Diligence | 1.0 | Business Segment Analysis |
| Wednesday, October 31, 2018 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ahmed Mumtaz** |
| **Total Hours:** | **9.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | G | Real Estate Analysis | 1.0 | Initial Real Estate Coordination Discussion with FTI |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 4.5 | U-Haul Real Estate Analysis |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 1.5 | RE Discussion Call |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 2.5 | U-Haul Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Jack Foster** | |
| **Total Hours:** | **20** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | A | General Case Administration | 1.0 | Internal Discussion Regarding Case Commencement |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Kickoff Meeting with Lazard |
| Tuesday, October 30, 2018 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Kickoff Call with M-III |
| Tuesday, October 30, 2018 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, October 30, 2018 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Organizational Call with UCC Advisors |
| Wednesday, October 31, 2018 | B | Correspondence with Debtor and Other Stakeholders | 7.0 | Kickoff Meeting with Debtors & Advisors in Chicago - Dial-in |
| Wednesday, October 31, 2018 | E | Financing Diligence and Analysis | 2.0 | Review ESL Jr. DIP Proposal |
| Wednesday, October 31, 2018 | D | Analysis, Presentations, and Due Diligence | 4.0 | Business Segment Analysis |
| Wednesday, October 31, 2018 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **10.0** |

<table>
<tr><th colspan="2">Task Reference Table</th></tr>
<tr><td>A</td><td>General Case Administration</td></tr>
<tr><td>B</td><td>Correspondence with Debtor and Other Stakeholders</td></tr>
<tr><td>C</td><td>Correspondence with Official Committee of Unsecured Creditors</td></tr>
<tr><td>D</td><td>Analysis, Presentations, and Due Diligence</td></tr>
<tr><td>E</td><td>Financing Diligence and Analysis</td></tr>
<tr><td>F</td><td>Litigation Diligence and Analysis</td></tr>
<tr><td>G</td><td>Real Estate Analysis</td></tr>
</table>

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | A | General Case Administration | 1.0 | Record Maintenance |
| Wednesday, October 31, 2018 | B | Correspondence with Debtor and Other Stakeholders | 7.0 | Kickoff Meeting with Debtors & Advisors in Chicago - Dial-in |
| Wednesday, October 31, 2018 | D | Analysis, Presentations, and Due Diligence | 1.0 | Business Segment Analysis |
| Wednesday, October 31, 2018 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | **Natalie Weelborg** |
|---|---|---|
|  | **Total Hours:** | **0.0** |

| **Task Reference Table** | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Andrew Felman** |
| **Total Hours:** | **9.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | G | Real Estate Analysis | 1.0 | Initial Real Estate Coordination Discussion with FTI |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 4.5 | U-Haul Real Estate Analysis |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 1.5 | RE Discussion Call |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 2.5 | U-Haul Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Matthew Stadtmauer** |
| **Total Hours:** | **9.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, October 30, 2018 | G | Real Estate Analysis | 1.0 | Initial Real Estate Coordination Discussion with FTI |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 4.5 | U-Haul Real Estate Analysis |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 1.5 | RE Discussion Call |
| Wednesday, October 31, 2018 | G | Real Estate Analysis | 2.5 | U-Haul Real Estate Analysis |