**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) ) ) (Jointly Administered) |
| Debtors. | ) ) ) ) |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective February 19, 2019, the law firm Milbank, Tweed, Hadley & McCloy LLP will change its name and the address of its New York office to the following:

> **Milbank LLP**
> **55 Hudson Yards**
> **New York, New York 10001**

PLEASE TAKE FURTHER NOTICE that all of the email addresses, telephone numbers, and facsimile numbers affiliated with the New York office of Milbank LLP will remain the same.

PLEASE TAKE FURTHER NOTICE that the addresses of Milbank LLP's Washington, DC and California offices will remain the same.

Dated: February 15, 2019

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Andrew M. Leblanc

Eric R. Reimer
Thomas R. Kreller
Robert J. Liubicic

MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000

Andrew M. Leblanc
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

Craig M. Price
28 Liberty Street
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*