**UNITED STATES BANKRUPTCTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL. | CASE NO. 18-23538 (RDD) |
| DEBTOR | (Jointly administered) |

-----------------------------------------------------------------

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of David J. Gallagher to be admitted, ***pro hac vice***, to represent Jeffrey Pfeiffer (the "Client") in the above referenced cases, and upon the movant's certification that movant is a member in good standing of the State Bar of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED,** that David J. Gallagher, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 15, 2019
       White Plains, New York

                                              /s/Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE