**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.***,**<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael H. Goldstein (the "Movant"), to be admitted, ***pro hac vice***, to represent Urban Edge Properties LP and its subsidiaries (collectively, "Urban Edge") in the above-captioned chapter 11 cases, and upon the Movant's certification that the Movant is a member in good standing of the bars in the State of New York, the State of California, and the District of Columbia and has been admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, and the United States Court of Appeals for the Ninth Circuit, it is hereby:

**ORDERED**, that Michael H. Goldstein, is admitted to practice, ***pro hac vice***, in the above-captioned chapter 11 cases to represent Urban Edge in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   February 15, 2019

    White Plains, New York

                                                      /s/Robert D. Drain
                                                     UNITED STATES BANKRUPTCY JUDGE