**UNITED STATES BANKRUPTCTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

---

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL. | CASE NO. 18-23538 (RDD) |
| DEBTOR | (Jointly administered) |

---

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, the **NOTICE OF JEFFREY PFEIFFER'S MOTION FOR RELIEF FROM STAY**, was filed on behalf of Jeffrey Pfeiffer, and was served through the Court's ECF system and, together with the Notice of Electronic Filing, by U.S. Mail on the attorneys and parties on the attached Service List. A Judge's copy of the filed document was served by U.S. Mail.

Dated:    February 15, 2019

   Chicago, Illinois.

/s/ David J. Gallagher
David J. Gallagher (Ill. Bar 6294250)
MOTHERWAY & NAPLETON, LLP.
140 S. Dearborn Street, Suite 1500
Chicago, Illinois 60603
Dgallagher@mnlawoffice.com
Telephone: (312) 726-2699
Fax: (312) 726-6851

1

**SERVICE LIST**

**Service Via First Class Mail**

Hon. Judge Robert D. Drain
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

U.S. Trustee
United States Trustee
Office of the United States
Trustee for Region 2
(Attn: Paul Schwarzberg, Esq.)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Adam M. Adler
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022
*Claims and Noticing Agent*

Ray C. Schrock
Jacqueline Marcus
Sunny Singh
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtor*

Ira S. Dizengoff
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
One Bryant Park
New York, NY 10036
*Attorneys for the Creditor Committee*