UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)
--------------------------------------------------------X
In re:

|  |  |
|---|---|
| Sears Holdings Corporation, *et al.,* | **<u>RULE 55 AFFIDAVIT</u>**<br><br>Chapter 11<br>Case No. 18-23538-rdd<br><br>(Jointly Administered)<br><br>Assigned to: |
| Debtors. | HON. ROBERT D. DRAIN |

--------------------------------------------------------X    Bankruptcy Judge


I, Geoffrey J. Peters, Esq., as attorney for the Movant and admitted to practice before this Court,

represent that, upon information and belief the debtor is not an infant, incompetent, in the military, or in

active service.


DATED:  February 15, 2019
              Grove City, Ohio


Respectfully submitted,
WELTMAN, WEINBERG & REIS CO
Attorneys for Creditor
TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.



By:  /s/ Geoffrey J. Peters
          Geoffrey J. Peters, Esq.
          3705 Marlane Drive
          Grove City, OH 43123
          614/883-0678


Sworn to before me this
Dated:  February 15, 2019
/s/ Bobbi Jo Cooney
Notary Public, State of Ohio
Qualified in Franklin County
Commission Expires:  June 8, 2021

