UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)
-------------------------------------------------------X

In re:

    Sears Holdings Corporation, *et al.,*       Chapter 11
                                                Case No. 18-23538-rdd

                                                (Jointly Administered)

                       Debtors.                            **ORDER TERMINATING**
-------------------------------------------------------X                 **THE AUTOMATIC STAY**

        TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. ("Toyota Industries Commercial Finance, Inc.") having moved this Court pursuant to a Notice of Motion for Relief from Stay for an Order terminating the stay imposed against Toyota Industries Commercial Finance, Inc. and seeking authorization for Toyota Industries Commercial Finance, Inc. to repossess and sell the 2012 Toyota Forklift bearing Model number 8FGCU25-40215 ("Collateral"), and sufficient cause having been shown, and after due deliberation by this Court, it is

        **ORDERED,** that the stay imposed against Toyota Industries Commercial Finance, Inc. pursuant to §362(a) of the Bankruptcy Code is terminated, and Toyota Industries Commercial Finance, Inc. is pursue its rights under applicable state law with respect to the Vehicle, and it is further

        **ORDERED,** that in the event of the sale of the Collateral, Toyota Industries Commercial Finance, Inc. shall give notice to the Trustee of any surplus monies that may exist after the sale, and it is further

        **ORDERED,** that unless specifically provided in loan documents signed by the debtor, the Movant may not collect fees, expenses or other charges associated with this or a subsequent mortgage servicer.

Dated:

                                                              _____
                                                              JUDGE ROBERT D. DRAIN
                                                              United States Bankruptcy Judge