**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION,<br><br>*et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

　　I, Kramer L. Lyons, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the VM Innovations, Inc., a creditor in the above-referenced case.

　　I certify that I am a member in good standing of the bar of the State of Nebraska, and am admitted to practice before United States District Court for District of Nebraska.

　　I have submitted the filing fee of $200 with this Motion for *pro hac vice* admission.

Dated: February 19, 2019
Lincoln, NE

　　　　　　　　　　　　　　　　　　　　/s/*Kramer L. Lyons*
　　　　　　　　　　　　　　　　　　　　O'NEILL HEINRICH DAMKROGER
　　　　　　　　　　　　　　　　　　　　BERGMEYER & SHULTZ PC LLO and
　　　　　　　　　　　　　　　　　　　　KRAMER L. LYONS – 26065
　　　　　　　　　　　　　　　　　　　　P.O. Box 82028
　　　　　　　　　　　　　　　　　　　　Lincoln, Nebraska 68501-2028
　　　　　　　　　　　　　　　　　　　　(402) 434-3000
　　　　　　　　　　　　　　　　　　　　klyons@ohdbslaw.com

---

[1] 1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.