**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, | Case No. 18-23538 (RDD) |
| *et al.*, | |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kramer L. Lyons Esq., to be admitted, *pro hac vice*, to represent the VM Innovations, Inc. (the "Client"), in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Nebraska, and admitted to practice the United States District Court for the District of Nebraska, it is hereby

**ORDERED**, that Kramer L. Lyons, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
 NewYork, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE