# United States Bankruptcy Court
## Southern District of New York

In re: Sears Holdings Corporation

Case No. 18-23538
(jointly administered)

## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Olympus Peak Master Fund LP** | **Cleva Hong Kong Ltd** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

745 Fifth Avenue, Suite 1604
New York, NY 10151
Attn: Leah Silverman/Scott Friedman
Phone: (212) 373-1189/(212) 373-1188
Email : lsiverman@opeaklp.com/sfriedman@opeaklp.com

Last Four Digits of Acct. #:

Court Claim No.: **8267** (which amends proof of claim no. 2374)

Date Claim Filed: January 31, 2019

Total Amount of Claim: **$5,468,862.65**

Total Amount of administrative expense claim §503(b)(9)) claim: **$2,554,402.74**

Total Amount of general unsecured claim: **$2,914,459.91**

Amount of Partial Transfer: **$2,554,402.74** of administrative expense §503(b)(9)) claim

Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     /s/ Leah Silverman                          Date: February 19, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Sears Holdings Corporation                                   Case No.18-23538
                                                                    (jointly administered)

**TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY**

CLAIM No 8267 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the partial claim, the transferee filed a Transfer of Partial Claim other than for Security in the Clerk's office of this court on                .

| Cleva Hong Kong, Ltd | Olympus Peak Master Fund LP |
|---|---|
| **Name of Alleged Transferor** | **Name of Transferee** |
| c/o Cleva North America<br>Attn: Accounting<br>601 Regent Park Court<br>Greenville, SC 29607 | 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 |
| **Address of Alleged Transferor**: | **Address of Transferee** |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the partial claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                          _____
                                                        CLERK OF THE COURT

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement, Cleva Hong Kong Ltd ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Olympus Peak Master Fund LP ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its administrative expense claim (pursuant to 11 U.S.C. §503(b)(9)) in the amount of **$2,554,402.74** (the "Claim") (which is a part of the total claim amount of $5,468,862.65) as set forth in **proof of claim number 8267 (which amends proof of claim number 2374)** filed against Sears Holdings Corporation, *et al.* ("Debtor"), the debtor in In re Sears Holdings Corporation, *et al.* Case No. 18-23538 (RDD), Jointly Administered under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Partial Claim is executed on January 30, 2019.

**Cleva Hong Kong, Ltd**

By: *[signature]*
Title: HONG CHIN
Director
Jan. 30, 2019

**Olympus Peak Master Fund LP**

By: *[signature]* Leah Silverman
Title: Counsel
January 30, 2019