**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re                                             Case No.: 18-23538 (RDD)

    SEARS, et al.,
                                                  Chapter 11
                              Debtor        (Jointly Administered)
-------------------------------------------------------------x

_____

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

    Upon the motion of Theodore A. Cohen to be admitted, *pro hac vice*, to represent Everlast World's Boxing Headquarters Corp. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern, Central, Southern and Eastern Districts of California, it is hereby

    **ORDERED**, that Theodore A. Cohen, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
    _____ February 19, 2019_____

                                                      /s/Robert D. Drain_____
_____                                   UNITED STATES BANKRUPTCY JUDGE