**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **CASE NO. 18-23538-RDD** |
| Debtors. | **(Jointly Administered)** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Edward M. King to be admitted, *pro hac vice*, to represent Sitel Operating Corporation (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the state bar of the State of Indiana and the Commonwealth of Kentucky and the federal bars of the United States District Court for the Northern District of Indiana, U.S. District Court for the Southern District of Indiana, U.S. District Court for the Eastern District of Kentucky, and the U.S. District Court for the Western District of Kentucky, it is hereby

**ORDERED**, that Edward M. King, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 19, 2019            /s/Robert D. Drain
    White Plains, New York            UNITED STATES BANKRUPTCY JUDGE