UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                                                  Chapter 11

SEARS HOLDINGS CORPORATION, et al.,              Case No. 18-23538 (RDD)

                      Debtors.                                               (Jointly Administered)
--------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Luvell L. Glanton of the Law Offices of Luvell L. Glanton, PLLC, to be admitted, *pro hac vice*, to represent Tracee M. Britton and Antonio Roberts (the "Clients") in the above referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Tennessee and of the bar of the U.S. District Court for the Middle District of Tennessee, it is hereby

ORDERED, that Luvell L. Glanton, Esq., is admitted to practice, *pro hac vice*, in the above referenced jointly administered cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       February 20, 2019

                                              /s/Robert D. Drain_____
                                                HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE