UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al.,: | Case No. 18-23538 |
| : | |
| Debtors. : | (Jointly Administered) |

--------------------------------------------------------x

TRACEE M. BRITTON,

              Plaintiff,

v.

SEARS HOLDINGS CORPORATION, et al.,

              Defendant.

## CERTIFICATE OF SERVICE

I Luvell L. Glanton, hereby certify that on February 21, 2019, I caused to be served a true copy of the Notice of Hearing on Motion for Relief from the Automatic Stay, Motion for Relief from the Automatic Stay and Proposed Order Granting Relief from the Automatic Stay, on all parties of interest through the Court's ECF system and by U.S. mail on the attorneys and parties on the attached Service List. A Judge's copy of the filed document was served by U.S. Mail, postage prepaid.

Dated: February 21, 2019.          Respectfully submitted,

                                      LAW OFFICES OF LUVELL GLANTON, PLLC

                                      /s Luvell L. Glanton
                                      Luvell L. Glanton, TN BPR No. 14172
                                      915 Jefferson Street, 2nd Floor
                                      Nashville, Tennessee 37208
                                      (615) 244-4511 telephone/(615) 244-7226 facsimile
                                      E-service address: glantonfirm@gmail.com
                                      Attorney for Creditor, Tracee M. Britton

**SERVICE LIST**

**Service Via First Class Mail**

Hon. Judge Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

U.S. Trustee
United States Trustee
Office of the United States Trustee
Trustee for Region 2
[Attn: Paul Schwarzberg, Esq.)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Adam M. Adler
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022
*Claims and Noticing Agent*

Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Sunny Singh, Esq.
Garrett A. Fail
WEIL, GOTHSCHAL, & MANGES LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for the Debtor*

Ira S. Dizengoff
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
One Bryant Park
New York, NY 10036
*Attorneys for the Creditor Committee*