CARMODY TORRANCE SANDAK & HENNESSEY LLP
707 Summer Street
Stamford, CT  06901
Telephone:  (203) 425-4200
Marc J. Kurzman (MK 2962)
MKurzman@carmodylaw.com
*Attorneys for Crossroads Joint Venture, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| SEARS HOLDINGS CORPORATION, | : | Case No. 18-23538 (RDD) |
| *et al*., | : | (Jointly Administered) |
|  Debtors. | : |  |
|  | : |  |
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9013,

9014 and 9036 of the Federal Rules of Bankruptcy Procedure, Crossroads Joint Venture, LLC,

landlord of Kmart store # 9416 requests that each and every notice required to be given in this

case, as well as all copies of pleadings and other papers filed herein, be directed to their

counsel at the address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, orders and notices of any application, motion, petition, request, complaint

or demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek

{S7182219}

to affect in any way, the rights or interests of the Acadia Landlords with respect to the above-captioned debtors, the bankruptcy estate, or any related entity, or property or proceeds in which the debtors or their trustee may claim an interest.

Dated:    Stamford, Connecticut
          February 22, 2019

/s/ Marc J. Kurzman
Marc J. Kurzman (MK 2962)
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
707 Summer Street
Stamford, CT  06901
Telephone:  (203) 425-4200
Fax:  (203) 325-8608
MKurzman@carmodylaw.com
*Attorneys for Crossroads Joint Venture, LLC*

## <u>CERTIFICATION OF SERVICE</u>

I certify that on February 22, 2019  a copy of the foregoing  Notice of Appearance, Request for Notices and Demand for Service of Papers was filed electronically and served by first class United States mail on any appearing parties not registered to receive electronic notice through the Court's ECF System.  Additionally, on that same date, I caused true copies of the foregoing to be served by first-class United States Mail to the following parties:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8007
**Jacqueline Marcus**
Email: Jacqueline.marcus@weil.com
**Ray C. Schrock**
Email: Ray.schrock@weil.com
**Sunny Singh**
Email: sunny.singh@weil.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500 (telephone)
(212) 668-2255 (fax)
Attention:  Richard C. Morrissey, Esq.
richard.morrissey@usdoj.gov

*Claims and Noticing Agent*
**Prime Clerk, LLC**
830 Third Avenue, 9th Floor
New York NY 10022
searsinfo@primeclerk.com
844-384-4460

**Adam M. Adler**
Prime Clerk LLC
830 Third Avenue
9th Floor
New York, NY 10022
212-257-5465
Email: aadler@primeclerk.com

/s/ Marc J. Kurzman
Marc J. Kurzman (MK 2962)