**UNITED STATES BAMKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.* | Case No. 18-BK-23538 (RDD) |
| Debtors | Jointly Administered |

### AMEDNED NOTICE OF HEARING SCHEDULED FOR MARCH 21, 2019, 10:00 A.M.

WARNING: Any response or objection to the motion must be filed with the Court on or before March 14, 2019. A copy must be promptly served upon the undersigned. Failure to file a timely response may result in the court granting the relief requested prior to the hearing date.

SIRS/MESDAMES:

Request has been made for a hearing, and a hearing date on Jerry Vosburg and Esther Vosburg's Motion for Relief From Stay **[Docket number 1255]** and Amended Motion For Relief From Stay **[Document 1763]** was previously scheduled for **March 11, 2019 at 10:00 A.M.**, and is now re-scheduled for **March 21, 2019 at 10:00 A.M.** The original motion filed on November 30, 2018, was subsequently amended in the motion filed January 23, 2019. No responsive motions being filed as of date of this notice.

The location of the hearing is the United States Bankruptcy Court for the Southern District of New York before the Hon. Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601.

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, a true and correct copy of the foregoing document has been filed and served upon the following parties listed on the annexed Exhibit A, via email to the attorney of record and on the parties listed on the annexed Exhibit B in the manner indicated thereon.

Dated: February 25, 2019
      Monroe, Louisiana

*/s/ Sedric E. Banks*
SEDRIC E. BANKS  LBN 2730
Admitted Pro Hac Vice
1038 North Ninth Street
Monroe, La. 71201
318-388-1655   telephone
318-388-0227   facsimile
sedbanks@aol.com

*Attorney for Jerry Vosburg and Esther Vosburg*