# Exhibit A

# Mauldin at Butler, LLC

November 30, 2018

VIA: Certified Mail, Return Receipt Requested 7018 1830 0002 0602 5829

Sears Holdings Corp.
Kmart #7274
Property Tax Department
3333 Beverly Road, B2-110A
Hoffman Estates, IL 60179

Re:   Lease Agreement with Mauldin at Butler, LLC
      2018 Reconciliation

As provided in the subject lease agreement, we have reconciled property tax expenses for the twelve months ending December 31, 2018. Enclosed please find a statement of property tax expenses and an invoice for your pro-rata share of these expenses. Below is a summary of the reconciliation:

**Property Tax Total Due    $   88,660.08**

Please remit payment to **Mauldin at Butler, LLC** at Post Office Box 2567, Greenville, South Carolina 29602.

Please contact me with any questions.

Regards,

*Caitlin Moscato*

Caitlin Moscato
Property Manager
**cmoscato@hughesdevelopment.com**
864-242-4483 ext. 24

Enclosures

Mauldin at Butler, LLC  
PO Box 2567  
Greenville, SC 29602

# INVOICE

Invoice No. 34767  
November 30, 2018  
Page: 1

Sears Holdings Corp. (Kmart #7274)  
Property Tax Dept.; B2-110A  
3333 Beverly Road:  
Hoffman Estates, IL 60179

Mauldin Shopping Center  
Mauldin, SC  
Re: 7274 - Unit: Anchor  
KMART  
Kmart #7274

The following is a calculation of your share of property tax expense for Mauldin Shopping Center for the calendar year 2018.

**Tenant Square Footage Summary**

**Property Taxes**

| | |
|---|---|
| Leased Premises | 87,543 |
| Gross Leasable Area | 92,498 |
| Percentage Share | 94.6428% |

| | | |
|---|---|---|
| **Property Taxes** | $93,678.63 | |
| Your Share of Expenses (94.6428% of $93,678.63) | $88,660.08 | |
| Amount Due | | $88,660.08 |
| **Invoice Total Amount Due** | | $88,660.08 |

# *Mauldin Shopping Center*
## **Mauldin, SC**
*Common Area Expense Summary*
*Expense for the Calendar Year 2018*

November 30, 2018

Sears Holdings Corp. (Kmart #7274)
Property Tax Dept.; B2-110A
3333 Beverly Road:
Hoffman Estates, IL 60179

Mauldin Shopping Center

Mauldin, SC

Re: 7274 - Unit: Anchor

KMART

Kmart #7274

The following calculation of property tax expense for Mauldin Shopping Center for the calendar year 2018.

**Property Taxes**

| | |
|---|---:|
| Property Taxes | $93,678.63 |
| Total Property Taxes | $93,678.63 |

```
Bat:    193257  Date Paid: 11/29/2018   Time: 15:46:46
                                                        Tran#:   959278
Acct #:  201800016361377001                             Cashier     0031

Value:     283140       Dist:   799
Appr:    4,718,980
      Total Paid:       93,678.63                  Total Paid    93,678.63

      Check:             93,678.63     39682

  129 W BUTLER RD
                                                   201800016361377001



TMS: M006-02-01-002-03
         MAULDIN AT BUTLER INC
         KMART BURR WOLFF LP
         PO BOX 2567
         GREENVILLE      SC 296022567
                                          Receipt    1 of     1
```

# 2018 GREENVILLE COUNTY CONSOLIDATED TAX NOTICE
www.greenvillecounty.org

RECEIVED NOV 1 6 2018

| DIST | TOTAL TAX VALUE | RATIO | ASSESSED VALUE | MILL |
|---|---|---|---|---|
| 799 | 4718980 | 6% | 283140 | .32060 |

ACCT #: 1800016361377
DATE PRINTED: 11/12/2018
MAP #: M006.02-01-002.03

1146 1 AV 0.375   P:1146 / T:6 / S:

77 KMART BURR WOLFF LP
PO BOX 2567
GREENVILLE SC 29602-2567

| CURRENT YEAR | |
|---|---|
| TAXABLE MARKET VALUE: | 4,718,980 |
| ASSESSED VALUE: | 283,140 |
| TOTAL TAX | $ 90,774.68 |
| SANITATION | |
| PUBLIC SAFETY COMM FEE | $ 14.95 |
| COUNTY STORMWATER | $ 2,889.00 |
| CITY STORMWATER | |
| HOMESTEAD LESS SCHOOL OPERATIONS | |
| SCHOOL TAX CREDIT SAVINGS | |
| PAY THIS AMOUNT ON OR BEFORE JANUARY 15, 2019* | **$ 93,678.63** |
| PAY JAN 16, 2019 – FEB 01, 2019 (INCLUDES ADDITIONAL 3% PENALTY)* | $ 96,401.87 |
| PAY FEB 02, 2019 – MAR 16, 2019 (INCLUDES ADDITIONAL 7% PENALTY)* | $ 102,756.09 |
| PAY AFTER MAR 16, 2019 (INCLUDES ADDITIONAL 5% PENALTY PLUS $40.00 COST)* | $ 107,334.83 |

### ALLOCATION OF TAX MONEY

| | | |
|---|---|---|
| GREENVILLE SCHOOL | 61% | 55,750.07 |
| MAULDIN CITY TAX | 18% | 15,940.73 |
| GREENVILLE COUNTY | 16% | 14,695.22 |
| LIBRARY | 3% | 2,406.68 |
| GREENVILLE TECH | 2% | 1,500.64 |
| ART MUSEUM | % | 339.77 |
| ARENA DEBT SERVICE | % | 141.57 |
| PUBLIC SAFETY COMM FEE | | $ 14.95 |
| COUNTY STORMWATER FEE | | $ 2,889.00 |
| TOTAL TAX AND FEES | | $ 93,678.63 |

MAULDIN AT BUTLER INC
KMART BURR WOLFF LP
YOUR PROPERTY IS ASSESSED AT 6%
IF THIS IS YOUR LEGAL RESIDENCE
CONTACT REAL PROPERTY SERVICES
AT 864-467-7300.

ACRES: 6.960
129 W BUTLER RD
LOT/TRACT/UNIT NONE

COMPANY: WB
Description: Kmart & CFA
Amount: 93678.63
Charge to: □ CC  □ Tenants/CAM  □ Bill to ___
Account Code: 2314
Approved by: ___
Date: 11.16.18

Please allow at least 3 weeks for processing

## AVOID LINES PAY BY CERTIFIED U.S. MAIL, REGULAR MAIL OR INTERNET

(http://www.greenvillecounty.org/TaxCollector/OnlineTax.aspx), or use our lobby kiosk or DROP BOX (located outside of office)

SAVE TIME - **Please read Both sides of bill before calling.**

After Mar 31, 2019 send Payment to:

**Greenville County Tax Collector
301 University Ridge, Suite 700
Greenville, SC 29601**

**INFORMATION ONLY** - PAY AMOUNT LISTED ABOVE, NOT BELOW

PRIOR YEAR AMOUNT PAID: $92,234.62

### FOR QUICKER PROCESSING, USE ONE CHECK PER PAYMENT STUB
* If the Tax Collector's Office is closed on the due date, then the due date is extended until the close of the next business day

**KEEP THIS STATEMENT FOR YOUR RECORDS**

PLEASE DO NOT STAPLE, CLIP, TAPE, FOLD OR MUTILATE

DETACH AND RETURN THIS STUB WITH PAYMENT

Make all checks payable to Greenville County Tax Collector

1800016361377        93,678.63
MAP #:
M006.02-01-002.03    96,401.87
MAULDIN AT BUTLER INC  102,756.09
                      107,334.83

IF YOUR ADDRESS IS NOT CORRECT PLEASE MAKE CHANGES IN THE BOX BELOW

### TAX COLLECTOR'S COPY

Greenville County Tax Collector
Department 390
PO Box 100221
Columbia SC 29202-3221

1800016361377500009367863000096401870001027560900010733483

Mauldin Square Shopping Center
2018 Tenant Roster

| Unit | Tenant | SF |
|---|---|---|
| 129 | Kmart #7274 | 87,543 |
| Outparcel | Chickfila | 4,955 |
| | | 92,498 |