UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

SEARS HOLDING CORPORATION, INC., et al.,

          Debtors.

-----------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Chapter 11

Case No. 18-23538 (rdd)
(jointly administered)

    DANIELLE R. CALDER, being duly sworn says: I am not a party to this action, am over 18 years of age, and reside in Mount Vernon, NY.

On February 26, 2019, I served true copies of the Notice Of Motion Of Mauldin At Butler, LLC FOR An Order Pursuant To 11 U.S.C. §503(a), 503 (b)(1)(A), and 507(a)(2), For The Immediate Payment Of Administrative Expenses And Application Of Mauldin At Butler, LLC (Store No. 7274) For Payment Of Administrative Expenses with Exhibit A, by emailing same to:

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq.: garrett.fail@weil.com
        Sunny Singh, Esq.: sunny.singh@weil.com

    c. Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
   a. Bank of America
      Paul Leake, Esq.: Paul.Leake@skadden.com
      Shana Elberg, Esq.: Shana.Elberg@skadden.com
      George Howard, Esq.: George.Howard@skadden.com

   b. Wells Fargo Bank
      Kevin J. Simard, Esq.: ksimard@choate.com
      Jonathan D. Marshall, Esq.: jmarshall@choate.com

   c. Committee
      Ira S. Dizengoff, Esq.: idizengoff@akingump.com
      Philip C. Dublin, Esq.: pdublin@akingump.com
      Abid Qureshi, Esq.: aqureshi@akingump.com
      Sara L. Brauner, Esq.: sbrauner@akingump.com

On February 26, 2019, I served true copies of the Notice Of Motion Of Mauldin At Butler, LLC FOR An Order Pursuant To 11 U.S.C. §503(a), 503 (b)(1)(A), and 507(a)(2), For The Immediate Payment Of Administrative Expenses And Application Of Mauldin At Butler, LLC (Store No. 7274) For Payment Of Administrative Expenses with Exhibit A, by First Class mail, addressed to the last-known addresses of:

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Adam M. Adler
Prime Clerk LLC 830
Third Avenue, 9th Floor
New York, NY 10022
Claims and Noticing Agent

Sworn to before me on
February 26, 2019

DANIELLE R. CALDER

NOTARY PUBLIC
TAMI J. ESCOBAR
Notary Public, State of New York
No. 01ES6067372
Qualified in Putnam County
Commission Expires Dec. 10, 20__

2