UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

State of New York )
) ss.:
County of New York )

Benjamin W. Butterfield, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On January 26, 2019, I served true and correct copies of the following documents:

- *Limited Objection and Reservation of Rights of Wolverine World Wide, Inc. to Proposed Cure Cost and Assumption of Executory Contract* [Docket No. 2019] (the "Wolverine World Wide Cure Objection"); and

- *Limited Objection and Reservation of Rights of Icon Health & Fitness, Inc. to Proposed Cure Cost and Assumption of Executory Contract* [Docket No. 2021] (the "Icon Health Cure Objection")

via the Court's electronic case filing and noticing system.

ny-1366382

3.  On January 26, 2019, I served true and correct copies of the following documents:

- *Limited Objection and Reservation of Rights of Wolverine World Wide, Inc. to Proposed Cure Cost and Assumption of Executory Contract* [Docket No. 2019] (the "Wolverine World Wide Cure Objection"); and

- *Limited Objection and Reservation of Rights of Icon Health & Fitness, Inc. to Proposed Cure Cost and Assumption of Executory Contract* [Docket No. 2021] (the "Icon Health Cure Objection")

via email upon the parties listed on **Exhibit A** attached hereto.

Dated: February 27, 2019                    /s/ Benjamin W. Butterfield
                                                                  Benjamin W. Butterfield

Sworn to before me on this
27th day of February 2019

/s/ Danielle Braun
Notary Public

Danielle E. Braun
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2022

ny-1366382

# Exhibit A

**Service by Email:**

aclark@cov.com
aconway@taubman.com
afeld@sheppardmullin.com
afiedler@schiffhardin.com
AGBankNewYork@ag.tn.gov
aguon@foxrothschild.com
ahalperin@halperinlaw.net
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
ALeblanc@milbank.com
alex.chase@leclairryan.com
alex.macias@impremedia.com
alipkin@willkie.com
alves@sewkis.com
andrew.cole@leclairryan.com
andrewcorkhill@quinnemanuel.com
andrewtenzer@paulhastings.com
Anthony.Deleo@cwt.com
apetrakov@offitkurman.com
appleby@chapman.com
aqureshi@akingump.com
arainone@bracheichler.com
arigby@sidley.com
Aron.hume@gmail.com
arthur.rosenberg@hklaw.com
ashmead@sewkis.com
asmith@lockelord.com
asnow@ssbb.com
atureaud@kblaw.com
aweaver@cgsh.com
awebb@fbtlaw.com
awilliams@williamsadvisors.com
bankruptcy@borgeslawllc.com
bankruptcy@clm.com
bankruptcy@evict.net
bankruptcy@morrisoncohen.com
Bankruptcy2@ironmountain.com
bankruptcynoticeschr@sec.gov
barbra.parlin@hklaw.com
bbazian@goodwinlaw.com
bbuechler@lowenstein.com

bethsolomon@discover.com
betsy.ratto@baml.com
bfeder@kelleydrye.com
bgross@HuntonAK.com
bk@svllaw.com
bmcgrath@mcglinchey.com
bnathan@lowenstein.com
bnkatty@aldineisd.org
bob.bruner@nortonrosefulbright.com
brad.eric.scheler@friedfrank.com
bradley.schneider@mto.com
branchd@ballardspahr.com
braynor@lockelord.com
BrettMiller@mofo.com
brian.lohan@arnoldporter.com
brotenberg@csglaw.com
bsattin@szaferman.com
btheisen@gibbonslaw.com
caleb.holzaepfel@huschblackwell.com
Carina.Schoenberger@usdoj.gov
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfilardi@rrlawpc.com
cgriffiths@connollygallagher.com
cgruen@gruenlaw.com
Cheitzenrater@duanemorris.com
chipford@parkerpoe.com
christopher.schueller@bipc.com
christy.rivera@nortonrosefulbright.com
cjm@msf-law.com
ckwu@sulmeyerlaw.com
cmiller@mnat.com
cmomjian@attorneygeneral.gov
cp@stevenslee.com
cpark@choiandpark.com
cprice@milbank.com
cpugatch@rprslaw.com
CSchael@AshfordNJLaw.com
Curtis.Tuggle@ThompsonHine.com
dallas.bankruptcy@publicans.com
Daniel.Swetnam@icemiller.com
darolf@sorlinglaw.com

| | |
|---|---|
| David.Jones6@usdoj.gov | Eric.Waxman@cwt.com |
| david.rosenzweig@nortonrosefulbright.com | eschnitzer@ckrlaw.com |
| david.rosenzweig@nortonrosefulbright.com | etikkanen@reisspreuss.com |
| david.tillem@wilsonelser.com | eweisgerber@debevoise.com |
| davidtaxin@dahannowick.com | EZucker@BlankRome.com |
| dblau@clarkhill.com | fbr@robinsonbrog.com |
| dcampbell@ghclaw.com | fkhan@bakerlaw.com |
| Dclarke@wjslaw.com | floridaservice@sbwh.law |
| dcoffino@cov.com | fsosnick@shearman.com |
| deggert@freeborn.com | gadsden@clm.com |
| Dennis.roemlein@bnymellon.com | garrett.fail@weil.com |
| dgragg@langleybanack.com | gbrunswick@willkie.com |
| dhw@dhclegal.com | gchico@ferraiuoli.com |
| dietdericha@sullcrom.com | George.Howard@skadden.com |
| dkronenberg@sidley.com | gerald.kennedy@procopio.com |
| dkupetz@sulmeyerlaw.com | gfox@goodwinlaw.com |
| dlieberman@halperinlaw.net | ghesse@huntonak.com |
| dlk@jasneflorio.com | gillazarus@gmail.com |
| dlwright@foley.com | ginger.clements@arnoldporter.com |
| dmeegan@mhksacto.com | gregg.galardi@ropesgray.com |
| dmiller@lubinolson.com | greiss@reisspreuss.com |
| dperry@munsch.com | gsaydah@ckrlaw.com |
| dpick@picklaw.net | gseitz@gsbblaw.com |
| dplon@sirlinlaw.com | gtoering@wnj.com |
| drosner@goulstonstorrs.com | harlan.lazarus@gmail.com |
| dsklar@nixonpeabody.com | harnerp@ballardspahr.com |
| dtabachnik@dttlaw.com | hchoi@choiandpark.com |
| duane.brescia@clarkhillstrasburger.com | hcohen@gibbonslaw.com |
| dwirt@lockelord.com | heilmanl@ballardspahr.com |
| eamaro@hopkinscarley.com | hgj@jasneflorio.com |
| echafetz@lowenstein.com | hjschwartz@mckoolsmith.com |
| ecobb@pbfcm.com | hlazarus@lazarusandlazarus.com |
| ecobb@pbfcm.com | hmagaliff@r3mlaw.com |
| efile@pbgc.gov | houston_bankruptcy@publicans.com |
| egoodman@bakerlaw.com | howard.seife@nortonrosefulbright.com |
| eli.vonnegut@davispolk.com | howard.upchurch@hanes.com |
| elio@higgslaw.com | hward@cohenlaw.com |
| elkinj@mac.com | idizengoff@akingump.com |
| ellisonmerkel@quinnemanuel.com | ilan.markus@leclairryan.com |
| elvin.ramos@hklaw.com | ira.greene@lockelord.com |
| emfox@seyfarth.com | jacarlino@kslnlaw.com |
| emiller@bayardlaw.com | jacqueline.marcus@weil.com |
| ems@elliottgreenleaf.com | jaffeh@pepperlaw.com |
| eneiger@askllp.com | James.Vincequerra@alston.com |
| enid.stuart@ag.ny.gov | james.wilton@ropesgray.com |
| enotices@skijain.com | janice.grubin@leclairryan.com |

ny-1366382

Jared.Friedmann@weil.com
jarnold@aldridgepite.com
jbanks@pbfcm.com
jbarsalona@mnat.com
jbienstock@coleschotz.com
jbromley@cgsh.com
jcanfield@stroock.com
jchristian@askllp.com
jcurley@ddw-law.com
jdunn@vedderprice.com
Jeffrey.Oestericher@usdoj.gov
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Jessie.Mishkin@weil.com
jfarnum@linowes-law.com
jfifarek@laskyfifarek.com
jfigueiredo@hahnhessen.com
jflaxer@golenbock.com
jfrank@fgllp.com
jfroehlich@lockelord.com
Jg5786@att.com
jhurwitz@paulweiss.com
jjalemany@hklaw.com
jjorissen@losgs.com
jkleinman@fgllp.com
jkpark@cgsh.com
jlemkin@stark-stark.com
jlevitin@cahill.com
JMarines@mofo.com
jmarshall@choate.com
jmontgomery@brownconnery.com
jmueller@lippes.com
jody.bedenbaugh@nelsonmullins.com
joe@saracheklawfirm.com
john.runger@wellsfargo.com
joia.johnson@hanes.com
jon@piercemccoy.com
jonpickhardt@quinnemanuel.com
jose.casal@hklaw.com
jose.galarza@usbank.com
Joseph.Cordaro@usdoj.gov
joshua.sturm@ropesgray.com
JRhodes@BlankRome.com
jshafer@sbwh.law
judith.c.taylor@baml.com
julie@bindermalter.com

jweinblatt@sakar.com
kay.brock@traviscountytx.gov
kbifferato@connollygallagher.com
kcapuzzi@beneschlaw.com
kcatanese@foley.com
kconlan@connollygallagher.com
kcordry@naag.org
kcornish@paulweiss.com
KDWBankruptcyDepartment@KelleyDrye.com
keith.vercauteren@wellsfargo.com
ketzel@vedderprice.com
kevin@ksnpc.com
kflorey@robbins-schwartz.com
khansen@stroock.com
kimberly.kodis@ropesgray.com
klove@bellnunnally.com
knewman@barclaydamon.com
kromano@mcglinchey.com
ksimard@choate.com
ktompsett@harrisbeach.com
kurtzman@kurtzmansteady.com
kutnera@ballardspahr.com
laura.mccarthy@morganlewis.com
Lawrence.Fogelman@usdoj.gov
lawyer@surilawoffice.com
lbercovich@epicor.com
lbrymer@fmdlegal.com
lclayton@paulweiss.com
ldelucia@schiffhardin.com
ldorman@thinkbrg.com
leib.lerner@alston.com
Leopold.matt@Epa.gov
leslieplaskon@paulhastings.com
lgu@halperinlaw.net
lily@pacogarment.com
Linda.Riffkin@usdoj.gov
Lisa.Indelicato@arentfox.com
listwakk@pepperlaw.com
LJKotler@duanemorris.com
lkiss@klestadt.com
lkleist@choiandpark.com
llichtman@honigman.com
lmay@eisemanlevine.com
lmbkr@pbfcm.com
lschildkraut@archerlaw.com

luralene.schultz@fennelllaw.com
lynn.butler@huschblackwell.com
mamato@rmfpc.com
Marc.Antonecchia@hklaw.com
marc.zelina@lw.com
marita.erbeck@dbr.com
mark.wilson@fisherbroyles.com
marshall.huebner@davispolk.com
marva.m.levine@verizon.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
matthewscheck@quinnemanuel.com
mbarrie@beneschlaw.com
mbrofman@weisszarett.com
mcatalfimo@carterconboy.com
mccarron.william@pbgc.gov
mchaney@mcglinchey.com
mcto@debevoise.com
mcuellar45@austinenterpriseslp.com
mfelger@cozen.com
mfullington@wyattfirm.com
mgensburg@gcklegal.com
mhall@foxrothschild.com
mherz@foxrothschild.com
Michael.smith2@computershare.com
michael@bindermalter.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
mjb@hopkinscarley.com
mkish@sbwh.law
mlegge@huntonak.com
MLightner@mofo.com
mmccann@swc-law.com
mmeghji@miiipartners.com
mro@prbankruptcy.com
mschein@vedderprice.com
msekowski@herrick.com
mshriro@singerlevick.com
msmall@foley.com
mstein@chuhak.com
mtsang@tsanglawfirm.com
mwarner@coleschotz.com
mweinstein@golenbock.com
ncwitte@wittelaw.com
neil.herman@morganlewis.com
nicholas.berg@ropesgray.com

niclas.ferland@leclairryan.com
nkenworthy@mrrlaw.net
notice@waldrepllp.com
nreid@foxswibel.com
nsmith@robbins-schwartz.com
nsongonuga@gibbonslaw.com
NYROBankruptcy@sec.gov
office@fennelllaw.com
osonik@pbfcm.com
Paloma.VanGroll@weil.com
patricia.chen@ropesgray.com
patricia.fugee@fisherbroyles.com
Paul.Leake@skadden.com
paul.schwartzberg@usdoj.gov
paul@orshanpa.com
pbasta@paulweiss.com
pbosswick@ssbb.com
pdublin@akingump.com
Peter.Aronoff@usdoj.gov
peter.gilhuly@lw.com
peter.siroka@friedfrank.com
phealy@wsfsbank.com
plabov@foxrothschild.com
pmartin@fmdlegal.com
pmryan@sorlinglaw.com
pollack@ballardspahr.com
powerwangtxks@vip.126.com
ppascuzzi@ffwplaw.com
project.blue.rx@lazard.com
prubin@rubinlawllc.com
pstarkesq@gmail.com
pstrok@swelawfirm.com
pweiser@buchalter.com
pzumbro@cravath.com
rabiuso@swc-law.com
rachel.obaldo@oag.texas.gov
raguilar@mcglinchey.com
ray.schrock@weil.com
rbritton@paulweiss.com
rcerone@mcglinchey.com
rdavis@cafarocompany.com
rgold@fbtlaw.com
rhermann@sbwh.law
richard.morrissey@usdoj.gov
Riela@thsh.com
rkinas@swlaw.com

ny-1366382

RLiubicic@milbank.com
rlp@pryormandelup.com
rmccord@certilmanbalin.com
rmills@bellnunnally.com
rmukhi@cgsh.com
rnosek@certilmanbalin.com
rob.riecker@searshc.com
Robert.e.michael.esq@gmail.com
rpedone@nixonpeabody.com
rreinert@shutts.com
rseltzer@cwsny.com
rsteinberg@pricemeese.com
rstieglitz@cahill.com
rtucker@simon.com
russ@bsavory.com
rxza@elliottgreenleaf.com
rzucker@lasserhochman.com
sak@elliottgreenleaf.com
sam.ashuraey@ropesgray.com
samuel.star@fticonsulting.com
sanantonio.bankruptcy@publicans.com
sandy@service.com
sara.coelho@shearman.com
saron@wrslawyers.com
sbhattacharyya@stroock.com
sbrauner@akingump.com
sbryant@lockelord.com
sbuergel@paulweiss.com
sburian@hl.com
scarnes@cooley.com
schin@borgeslawllc.com
schristianson@buchalter.com
scimalore@wilmingtontrust.com
scott.luftglass@friedfrank.com
sdnyecf@dor.mo.gov
sears.service@davispolk.com
searsteam@primeclerk.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
sfalanga@walsh.law
sfink@weltman.com
sgerald@wtplaw.com
Shana.Elberg@skadden.com
shane.ramsey@nelsonmullins.com
shlomomaza@paulhastings.com
sjk@carmodymacdonald.com

skelly@s-d.com
smetz@offitkurman.com
smiller@morrisjames.com
sodonnell@herrick.com
sokeefe@okeefelc.com
soneal@cgsh.com
srosen@rosenpc.com
ssally@ropesgray.com
sselbst@herrick.com
ssmith@herrick.com
ssmith@mwlaw.com
ssouthard@klestadt.com
Starr.Judith@pbgc.gov
stephen.castro@nortonrosefulbright.com
streusand@slollp.com
summersm@ballardspahr.com
sunny.singh@weil.com
susheelkirpalani@quinnemanuel.com
svanaalten@cooley.com
szuber@csglaw.com
tannweiler@greerherz.com
Tarr@BlankRome.com
taxcollector@co.imperial.ca.us
tcohen@sheppardmullin.com
ted.dillman@lw.com
terry.shulsky@bipc.com
tf@lawtaf.com
Tgaa@bbslaw.com
thoffmann@goulstonstorrs.com
thomas.salerno@stinson.com
thomas.walper@mto.com
thoran@foxrothschild.com
timothy.farrell@ropesgray.com
tking@fbtlaw.com
tleday@mvbalaw.com
tnixon@gklaw.com
tom@attorneyzim.com
tonder@stark-stark.com
tscannell@foley.com
tyler.dischinger@bipc.com
vandermarkj@whiteandwilliams.com
wborges@borgeslawllc.com
wilamowsky@chapman.com
william.fennell@fennelllaw.com
wkelleher@cohenlaw.com
WMSimkulak@duanemorris.com

ny-1366382

WMSimkulak@duanemorris.com
wschonberg@beneschlaw.com
zylberbergd@sullcrom.com

ny-1366382