UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Brett H. Miller and Mark Alexander Lightner of Morrison & Foerster LLP hereby withdraw their appearance on behalf of SRC O.P. LLC ("SRC O.P."), SRC Facilities LLC ("SRC Facilities") and SRC Real Estate (TX) LLC ("SRC Real Estate," and together with SRC O.P. and SRC Facilities, "Sparrow") filed on January 10, 2019 at Docket No. 1531.

PLEASE TAKE FURTHER NOTICE that request is hereby made that Brett H. Miller and Mark Alexander Lightner be removed from the Court's email notification service list and all other service lists in the above-captioned matter.

Dated: February 27, 2019
New York, New York

/s/ Brett H. Miller
Brett H. Miller
Mark Alexander Lightner
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: BrettMiller@mofo.com
MLightner@mofo.com

*Counsel to SRC O.P. LLC, SRC Facilities LLC and SRC Real Estate (TX) LLC*

ny-1450580