HOPKINS & CARLEY
Jay M. Ross, CA Bar No. 151750
Monique D. Jewett-Brewster, CA Bar No. 217792
The Letitia Building
70 S First Street
San Jose, California  95113-2406
Telephone:  (408) 286-9800
Fax:  (408) 998-4790

*Original Counsel for Creditors*
*John C. Adams and Kennylugenia Adams*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## SUBSTITUTION OF COUNSEL AND
## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that John C. Adams and Kennylugenia Adams (collectively, "Landlord") hereby substitutes Landlord, in pro se, in place of Hopkins & Carley, a Law Corporation ("Hopkins & Carley"), as its counsel in these bankruptcy cases.  At Landlord's request, Hopkins & Carley shall no longer represent nor have any responsibility to represent Landlord in this matter.  Accordingly, Hopkins and Carley requests that the following names be removed from the Court's service list.

Jay M. Ross
Monique D. Jewett-Brewster
HOPKINS & CARLEY
The Letitia Building
70 S First Street
San Jose, California  95113-2406
Telephone:  (408) 286-9800
Fax:  (408) 998-4790
jross@hopkinscarley.com
mjb@hopkinscarley.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Cod and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Landlord requests that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

John C. Adams
Kennylugenia Adams
HOPKINS & CARLEY
P.O. Box 326
Aptos, CA 95001

///
///
///
///
///
///
///
///
///
///
///

853\3215126.1

The parties hereby consent and stipulate to this substitution.

| | |
|---|---|
| HOPKINS & CARLEY<br>A Law Corporation<br>***Original Counsel***<br><br><br>By: */s/ Monique D. Jewett-Brewster*<br> Jay M. Ross<br> Monique D. Jewett-Brewster<br> The Letitia Building<br> 70 S First Street<br> San Jose, CA  95113-2406<br> Telephone:  (408) 286-9800<br> Fax:  (408) (408) 998-4790<br> Email:  jross@hopkinscarley.com<br> Email:  mjb@hopkinscarley.com | JOHN C. ADAMS AND KENNYLUGENIA<br>ADAMS, IN PRO SE<br>***Substitute Counsel***<br><br><br>By: */s/ John C. Adams*<br><br>By: */s/ Kennylugenia Adams*<br> John C. Adams<br> Kennylugenia Adams<br> P.O. Box 326<br> Aptos, CA 95001<br> Email:  brownsvalleyorchards@aol.com |

Dated:  February 27, 2019
  San Jose, California.

        HOPKINS & CARLEY


        By:*/s/ Monique D. Jewett-Brewster*
         Jay M. Ross
         Monique D. Jewett-Brewster
         The Letitia Building
         70 S First Street
         San Jose, CA  95113-2406
         Telephone:  (408) 286-9800
         Fax:  (408) (408) 998-4790

        *Original Counsel for Creditors*
        *John C. Adams and Kennylugenia Adams*

853\3215126.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 26, 2019, this office caused the within Substitution of Counsel and Notice of Withdrawal of Appearance to be served upon all parties via the Court's CM/ECF electronic filing system.

Dated:  February 27, 2019

/s/ Elena Amaro
Elena Amaro

853\3215126.1