YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis G. Buchanan

*Counsel for the Debtors, Acting at the*
*Direction of the Restructuring Sub-Committee*

---

| | | |
|---|---|---|
| -------------------------------------------------x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |
| -------------------------------------------------x | | |

## FOURTH MONTHLY FEE STATEMENT OF
## YOUNG CONAWAY STARGATT & TAYLOR, LLP
## FOR COMPENSATION FOR SERVICES RENDERED
## AND REIMBURSEMENT OF EXPENSES INCURRED
## AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD
## FROM JANUARY 1, 2019 THROUGH JANUARY 31, 2019

---

[1]	The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Conflicts Counsel for the Debtors |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | January  1, 2019 through January 31, 2019 |
| Monthly Fees Incurred: | $35,037.00 |
| 20% Holdback: | $7,007.40 |
| Total Compensation Less 20% Holdback: | $28,029.60 |
| Monthly Expenses Incurred: | $103.28[2] |
| Total Fees and Expenses Due: | $28,132.88 |

This is a:   __X__ monthly _____interim _____final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[3] Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby submits this fourth monthly fee statement (the "Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as conflicts counsel to the Debtors for the period from January 1, 2019 through January 31, 2019 (the "Monthly Fee Period").  By this Monthly Fee Statement, Young Conaway seeks payment in the amount of $28,132.88 which is

---

[2]    As reflected on Exhibit D, Young Conaway has issued a credit for an erroneous legal research charge included in its monthly statement for December.  Young Conaway advised the Debtors of this billing discrepancy before requesting payment for its December invoice and requested that the Debtors reduce the amount to be paid for the December invoice.

[3]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

comprised of (i) $28,029.60, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Monthly Fee Period, and (ii) reimbursement of $103.28, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

## Services Rendered and Expenses Incurred

1.      Attached as <u>Exhibit A</u> is a summary of Young Conaway's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Young Conaway's billing rates during the Monthly Fee Period, (iv) amount of fees earned by each Young Conaway professional, and (v) the number of years in practice for each attorney. The blended hourly billing rate of Young Conaway attorneys during the Monthly Fee Period is approximately **$675.46**. The blended hourly rate of paralegals and other non-legal staff during the Monthly Fee Period is approximately **$295.00**.

2.      Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Monthly Fee Period.

3.      Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Fee Period.

4.      Attached as <u>Exhibit D</u> is itemized time detail of Young Conaway professionals for the Monthly Fee Period and summary materials related thereto. The description of the work done by counsel in the time detail may have been edited to protect the confidential and privileged nature of the work completed.

01:24209278.1

## Notice and Objection Procedures

5.      Notice of this Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179 (Attn: Rob Riecker, Luke Valentino, Esq.); (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq., and Richard Morrissey, Esq.); (iv) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors; and (v) Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036 (Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.), attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent (collectively, the "Notice Parties").

6.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **March 14, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.      If no Objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an Objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: February 27, 2019

*/s/ Pauline K. Morgan*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2201
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis Buchanan

*Counsel for the Debtors, Acting at the*
*Direction of the Restructuring Sub-Committee*

01:24209278.1

## Exhibit A

**Compensation by Professional**

### SUMMARY OF MONTHLY FEE STATEMENT OF
### YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR
### SERVICES RENDERED FOR THE PERIOD
### FROM JANUARY 1, 2019 THROUGH JANUARY 31, 2019

| Name of Partners and Counsel | Title | Department | Years in Practice | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Rolin Bissell | Partner | Corporate | 33 | 975.00 | .50 | 487.50 |
| James P. Hughes | Partner | Business Planning | 26 | 975.00 | .40 | 390.00 |
| Craig D. Grear | Partner | Business Planning | 22 | 975.00 | 5.50 | 5,362.50 |
| Pauline K. Morgan | Partner | Bankruptcy | 31 | 975.00 | 8.80 | 8,580.00 |
| Ryan M. Bartley | Partner | Bankruptcy | 11 | 625.00 | 22.70 | 14,187.50 |
| **Total Partners and Counsel:** | | | | | **37.90** | **29,007.50** |

| Name of Associate | Title | Department | Years in Practice | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Travis Buchanan | Associate | Bankruptcy | 7 | 530.00 | 1.80 | 954.00 |
| James Deal | Associate | Corporate | 3 | 385.00 | 5.40 | 2,079.00 |
| Jared W. Kochenash | Associate | Bankruptcy | <1 | 325.00 | 4.50 | 1,462.50 |
| **Total Associates/Law Clerks:** | | | | | **11.70** | **4,495.50** |

| Name of Paralegals and Other Non-Legal Staff | Title | Department | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Brenda Walters | Paralegal | Bankruptcy | 295.00 | 4.90 | 1,445.50 |
| Debbie Laskin | Paralegal | Bankruptcy | 295.00 | .30 | 88.50 |
| **Total Paralegals:** | | | | **5.20** | **1,533.50** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 765.37 | 37.90 | 29,007.50 |
| Associates/Law Clerks | 384.23 | 11.70 | 4,495.50 |
| Paralegals/Non-Legal Staff | 295.00 | 5.20 | 1,534.00 |
| Blended Attorney Rate | 675.46 | | |
| **Total Fees Incurred:** | | **54.80** | **35,037.00** |

01:24209278.1

**<u>Exhibit B</u>**

**Compensation by Task Code**

01:24209278.1

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (B001) | 2.0 | 590.00 |
| Court Hearings (B002) | .80 | 302.00 |
| Cash Collateral/DIP Financing (B003) | .50 | 487.50 |
| Use, Sale or Lease of Property (B006) | 12.40 | 9,675.00 |
| Claims Analysis, Objections and Resolutions (B007) | 20.10 | 11,585.00 |
| Meetings (B008) | 1.50 | 1,147.50 |
| General Corporate Matters (B014) | 7.60 | 7,130.00 |
| Retention of Professionals/Fee Issues (B017) | 6.60 | 2,674.50 |
| Fee Application Preparation (B018) | 3.30 | 1,445.50 |
| **TOTAL** | **54.80** | **35,037.00** |

01:24209278.1

## **Exhibit C**

**Expense Summary**

01:24209278.1

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD JANUARY 1, 2019 THROUGH JANUARY 31, 2019**

| Expenses Category | Total Expenses ($) |
|---|---|
| Docket Retrieval / Search | 27.30 |
| Reproduction Charges | 70.60 |
| Teleconference / Video Conference | 5.38 |
| **TOTAL** | **103.28** |

01:24209278.1

## <u>Exhibit D</u>

**Time Detail**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600                                                                                                    (302) 571-1253 FAX
(800) 253-2234 (DE ONLY)                      TAX I.D. NO. 51-0082644                           www.ycst.com

Writer's Direct Dial                                                                                          Writer's E-Mail
(302) 571-6707                                                                                        pmorgan@ycst.com

| | | |
|---|---|---|
| Sears Holdings Corporation | Invoice Date: | February 12, 2019 |
| 333 Beverly Rd | Invoice Number: | 50002937 |
| c/o Alan Carr, Director | Matter Number: | 072902.1003 |
| Hoffman Estates, IL 60178 | | |

Re:  Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 35,037.00 |
| Disbursements for this Invoice | $ | 103.28 |
| Total Due This Invoice | $ | 35,140.28 |
| | | |
| Disbursement Credit for December Invoice | $ | (342.37) |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | February 12, 2019 |
| Invoice Number: | 50002937 |
| Matter Number: | 072902.1003 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/10/19 | BWALT | Calendar critical dates | B001 | 0.20 | 59.00 |
| 01/28/19 | BWALT | Update docket | B001 | 1.30 | 383.50 |
| 01/31/19 | BWALT | Update docket | B001 | 0.50 | 147.50 |
| 01/07/19 | DLASK | Make arrangements for R. Bartley to appear telephonically at hearing | B002 | 0.30 | 88.50 |
| 01/07/19 | RBART | Correspondence with D. Laskin re: participating in Jan. 8 status conference | B002 | 0.20 | 125.00 |
| 01/16/19 | BWALT | Emails with R. Bartley (.1); register R. Bartley for telephonic appearance for January 18 hearing (.2) | B002 | 0.30 | 88.50 |
| 01/02/19 | PMORG | Correspondence to T. Lii re: weekly carve-out reporting | B003 | 0.10 | 97.50 |
| 01/09/19 | PMORG | Emails with Paul, Weiss team re: weekly carve-out reporting | B003 | 0.10 | 97.50 |
| 01/16/19 | PMORG | Prepare Correspondence to Paul, Weiss re: weekly carve-out reporting | B003 | 0.10 | 97.50 |
| 01/23/19 | PMORG | Emails with Paul, Weiss re: weekly carve-out reporting; Emails with YCST team re: same | B003 | 0.10 | 97.50 |
| 01/29/19 | PMORG | Emails with Paul, Weiss team re: weekly carve-out reporting | B003 | 0.10 | 97.50 |
| 01/02/19 | PMORG | Call with R. Bartley re: bids (.10); Review bid overview materials and summary of ESL bid (.70) | B006 | 0.80 | 780.00 |
| 01/04/19 | PMORG | Call with K. Cornish re: bid analysis, next steps; Call with R. Bartley re: same | B006 | 0.20 | 195.00 |
| 01/08/19 | RBART | Discussion with J. Kochenash re: to provide update on status of bidding and sale process | B006 | 0.30 | 187.50 |
| 01/09/19 | PMORG | Review status of sale effort; Emails with R. Bartley re: same | B006 | 0.10 | 97.50 |
| 01/10/19 | PMORG | Emails with R. Bartley re: sale update; Review summary of ESL revised bid | B006 | 0.40 | 390.00 |
| 01/10/19 | RBART | Participate in calls with RSC and advisors re: status of bidding and discussions with ESL | B006 | 1.20 | 750.00 |
| 01/10/19 | RBART | Draft and revise memo to file re: status of RSC process and bidding | B006 | 0.70 | 437.50 |

Sears Holdings Corporation

| | | | | Invoice Date: | February 12, 2019 |
| | | | | Invoice Number: | 50002937 |
| | | | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 01/17/19 | PMORG | Review UCC standing motion re: potential claims against ESL | B006 | 0.60 | 585.00 |
| 01/18/19 | PMORG | Call with R. Bartley re: UCC motion for standing (.10); Review same (.60) | B006 | 0.70 | 682.50 |
| 01/18/19 | RBART | Review UCC standing papers (0.6); call with P. Morgan re: UCC request (.1) | B006 | 0.70 | 437.50 |
| 01/19/19 | PMORG | Review of UCC standing motion | B006 | 0.60 | 585.00 |
| 01/23/19 | PMORG | Review UCC standing motion to pursue claims against ESL and related entities | B006 | 0.40 | 390.00 |
| 01/27/19 | RBART | Brief review of PBGC sale objection | B006 | 0.30 | 187.50 |
| 01/28/19 | PMORG | Review UCC sale objection | B006 | 0.80 | 780.00 |
| 01/28/19 | RBART | Review UCC's sale objection and related exhibits | B006 | 3.60 | 2,250.00 |
| 01/29/19 | PMORG | Continued review of UCC sale objection and emails with R. Bartley re: same | B006 | 0.90 | 877.50 |
| 01/31/19 | RBART | Call with T. Lii re: status of sale litigation | B006 | 0.10 | 62.50 |
| 01/03/19 | JDEAL | Draft email to R. Bartley re: work plan review | B007 | 0.20 | 77.00 |
| 01/03/19 | JDEAL | Draft work plan review | B007 | 1.40 | 539.00 |
| 01/03/19 | RBART | Correspondence with J. Deal re: review of related party transactions | B007 | 0.10 | 62.50 |
| 01/03/19 | RBART | Brief review of memo from J. Deal re: outcome of document review | B007 | 0.20 | 125.00 |
| 01/04/19 | JDEAL | Draft email to R. Bartley re: work plan review | B007 | 0.10 | 38.50 |
| 01/04/19 | RBART | Discuss update re: bidding process with P. Morgan | B007 | 0.10 | 62.50 |
| 01/04/19 | RBART | Review and revise analysis of transaction (.6) and correspondence with J. Deal re: same (.1) | B007 | 0.60 | 375.00 |
| 01/07/19 | RBART | Revise and update memo to file re: review of exchange transactions | B007 | 1.90 | 1,187.50 |
| 01/08/19 | RBART | Update memo re: review of transactions | B007 | 0.50 | 312.50 |
| 01/08/19 | RBISS | Email and conference with P. Morgan re status of EL bid | B007 | 0.10 | 97.50 |

Sears Holdings Corporation

| | Invoice Date: | February 12, 2019 |
|---|---|---|
| | Invoice Number: | 50002937 |
| | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 01/09/19 | RBART | Correspondence and call with T. Lii re: status of ESL bids and release issues (.2) and follow up correspondence to P. Morgan re: same, including review of notes (.3) | B007 | 0.50 | 312.50 |
| 01/10/19 | PMORG | Review memo from R. Bartley re: requested release of claims in ESL bid | B007 | 0.20 | 195.00 |
| 01/16/19 | JDEAL | Phone call with R. Bartley re: work plan | B007 | 0.10 | 38.50 |
| 01/16/19 | JDEAL | Review, comment on and revise memo re: RSC process in connection with settlement approval motion | B007 | 3.50 | 1,347.50 |
| 01/16/19 | RBART | Call with J. Deal (0.10); Review outcome of auction (.2); Call with T. Lii re: preparation of supporting materials for claims settlement with ESL (.1); review files and prepare outline of same (1.6); call with J. Deal re: same (.1) | B007 | 2.00 | 1,250.00 |
| 01/16/19 | RBART | Draft memo re: work plan (.8); correspondence with YCST team re: analysis (.2) | B007 | 1.00 | 625.00 |
| 01/16/19 | TBUCH | Review YCST work plan re: claims analysis | B007 | 0.40 | 212.00 |
| 01/17/19 | JDEAL | Review email from R. Bartley re: work plan | B007 | 0.10 | 38.50 |
| 01/17/19 | PMORG | Review and Revise insert to brief re: investigation of claims process; Emails with R. Bartley re: same | B007 | 0.30 | 292.50 |
| 01/17/19 | RBART | Finalize memo re: RSC work plan and insert to brief (1.2); call with T. Lii re: brief (.1); confer with YCST team re: revisions to brief and memo (.3) | B007 | 1.60 | 1,000.00 |
| 01/17/19 | RBART | Call with T. Lii re: UCC standing motion and review follow up correspondence | B007 | 0.20 | 125.00 |
| 01/17/19 | RBISS | Review and comment on insert to brief re review of transactions and email to R. Bartley re same | B007 | 0.30 | 292.50 |
| 01/17/19 | TBUCH | Review YCST work plan re: claims analysis | B007 | 0.30 | 159.00 |
| 01/18/19 | RBISS | Email with R. Bartley re insert to brief re review of transactions | B007 | 0.10 | 97.50 |
| 01/20/19 | RBART | Review committee standing motion and complaint | B007 | 0.60 | 375.00 |
| 01/21/19 | RBART | Continue and finalize review of Committee standing motion and complaint | B007 | 3.10 | 1,937.50 |

Sears Holdings Corporation

| | | Invoice Date: | February 12, 2019 |
| | | Invoice Number: | 50002937 |
| | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 01/22/19 | RBART | Call with T. Lii re: preparing papers in support of ESL bid/release (.1) review materials and correspondence to T. Lii re: same (.4) | B007 | 0.50 | 312.50 |
| 01/23/19 | PMORG | Call with R. Bartley re: UCC motion and upcoming hearing | B007 | 0.10 | 97.50 |
| 01/02/19 | PMORG | Participate in weekly update call with Restructuring Subcommittee and advisors | B008 | 0.50 | 487.50 |
| 01/02/19 | RBART | Participate in RSC update call | B008 | 0.50 | 312.50 |
| 01/03/19 | PMORG | Review update from R. Bartley re: RSC call and analysis of bids/proposed releases | B008 | 0.10 | 97.50 |
| 01/03/19 | RBART | Participate in RSC call and follow up to P. Morgan re: status of discussions re: ESL bid | B008 | 0.40 | 250.00 |
| 01/28/19 | JHUGH | Memo from P. Morgan re: LLC agreement | B014 | 0.10 | 97.50 |
| 01/28/19 | PMORG | Emails from/to J. Marcus at Weil re: DE corporate governance issues; Emails with C. Grear re: same | B014 | 0.20 | 195.00 |
| 01/28/19 | RBART | Correspondence with P. Morgan re governance question and review underlying organizational docs | B014 | 0.50 | 312.50 |
| 01/29/19 | CGREA | Revise manager consent and agreement and consent per Weil comments | B014 | 0.20 | 195.00 |
| 01/29/19 | CGREA | Draft and revise agreement and consent re: replacement of bankrupt member | B014 | 0.80 | 780.00 |
| 01/29/19 | CGREA | Multiple emails with J. Marcus re: bankrupt member replacement issues | B014 | 0.30 | 292.50 |
| 01/29/19 | CGREA | Preliminary review and analysis of KCD IP LLC agreement | B014 | 0.10 | 97.50 |
| 01/29/19 | CGREA | Research re: replacement of bankrupt member and 'personal representative' case law under Delaware LLC Act | B014 | 1.20 | 1,170.00 |
| 01/29/19 | CGREA | Detailed email summary of member replacement issues to J. Marcus | B014 | 0.80 | 780.00 |
| 01/29/19 | CGREA | Draft and revise manager consent of personal Representative re: member replacement | B014 | 0.90 | 877.50 |
| 01/29/19 | CGREA | Telephone conference with J. Marcus and P. Morgan re: member replacement issues | B014 | 0.20 | 195.00 |
| 01/29/19 | CGREA | Follow up conference with P. Morgan re: LLC member issues | B014 | 0.10 | 97.50 |
| 01/29/19 | CGREA | Review and analyze KCD IP LLC agreement re: effect of member bankruptcy | B014 | 0.80 | 780.00 |

Sears Holdings Corporation

| | | Invoice Date: | February 12, 2019 |
|---|---|---|---|
| | | Invoice Number: | 50002937 |
| | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 01/29/19 | JHUGH | Emails with P. Morgan; review LLC agreement; conference with C. Grear re: analysis of LLC agreement | B014 | 0.30 | 292.50 |
| 01/29/19 | PMORG | Emails with Weil team and C. Grear re: corporate governance issues (.1); conference call with J. Marcus and C. Grear re: same (.2); follow-up discussion with C. Grear re: same (.1); Review memos from C. Grear re: same (.2) | B014 | 0.60 | 585.00 |
| 01/29/19 | RBART | Confer with YCST team re: KCD organizational document question | B014 | 0.30 | 187.50 |
| 01/30/19 | CGREA | Review and analyze executed member appointment documents and emails re: same with C. Valentino and J. Marcus | B014 | 0.10 | 97.50 |
| 01/30/19 | PMORG | Emails with J. Marcus, C. Grear re: corporate governance issues | B014 | 0.10 | 97.50 |
| 01/08/19 | JKOCH | Discuss case status and supplemental declaration with R. Bartley | B017 | 0.40 | 130.00 |
| 01/09/19 | JKOCH | Draft second supplemental disclosure | B017 | 2.50 | 812.50 |
| 01/09/19 | JKOCH | Revise second supplemental disclosure and discuss same with R. Bartley | B017 | 0.40 | 130.00 |
| 01/09/19 | RBART | Review supplemental retention application and respond to J. Kochenash with questions | B017 | 0.10 | 62.50 |
| 01/09/19 | TBUCH | Review second supplemental Morgan declaration | B017 | 0.40 | 212.00 |
| 01/15/19 | TBUCH | Review parties in interest re: supplemental disclosures | B017 | 0.30 | 159.00 |
| 01/16/19 | BWALT | Email to D. Willis, P. Morgan and R. Bartley re: second fee statement | B017 | 0.20 | 59.00 |
| 01/16/19 | RBART | Correspondence with P. Morgan re: supplemental declaration re: additional disclosure and rate adjustment | B017 | 0.10 | 62.50 |
| 01/22/19 | JKOCH | Prepare second supplemental declaration | B017 | 0.80 | 260.00 |
| 01/22/19 | PMORG | Review and revise supplemental declaration in support of YCST retention | B017 | 0.20 | 195.00 |
| 01/22/19 | RBART | Discussions and correspondence with J. Kochenash re: Sears supplemental disclosure | B017 | 0.30 | 187.50 |
| 01/23/19 | JKOCH | Prepare second supplemental disclosure (.3) and email same to co-counsel (.1) | B017 | 0.40 | 130.00 |
| 01/23/19 | RBART | Call with J. Kochenash re: suppl. declaration | B017 | 0.10 | 62.50 |

Sears Holdings Corporation

|  |  | Invoice Date: | February 12, 2019 |
|  |  | Invoice Number: | 50002937 |
|  |  | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 01/23/19 | TBUCH | Review second supplemental Morgan declaration | B017 | 0.20 | 106.00 |
| 01/24/19 | TBUCH | Review parties in interest re: supplemental disclosures | B017 | 0.20 | 106.00 |
| 01/16/19 | PMORG | Review December fee exhibit to ensure protection of privilege and compliance with local rules | B018 | 0.40 | 390.00 |
| 01/30/19 | BWALT | Prepare YCST third monthly fee statement and coordinate filing and service with Paul Weiss | B018 | 2.30 | 678.50 |
| 01/30/19 | PMORG | Review/finalize December fee statement for filing; emails with R. Bartley re: same | B018 | 0.10 | 97.50 |
| 01/30/19 | RBART | Review fee application for privilege and confidentiality and approve filing same | B018 | 0.40 | 250.00 |
| 01/31/19 | BWALT | Email from/to R Bartley re: status of YCST third monthly fee statement | B018 | 0.10 | 29.50 |
|  |  | **Total** |  | **54.80** | **$35,037.00** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | February 12, 2019 |
| Invoice Number: | 50002937 |
| Matter Number: | 072902.1003 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 4.90 | 295.00 | 1,445.50 |
| CGREA | Craig D. Grear | Partner | 5.50 | 975.00 | 5,362.50 |
| DLASK | Debbie Laskin | Paralegal | 0.30 | 295.00 | 88.50 |
| JDEAL | James M. Deal | Associate | 5.40 | 385.00 | 2,079.00 |
| JHUGH | James P. Hughes | Partner | 0.40 | 975.00 | 390.00 |
| JKOCH | Jared W. Kochenash | Associate | 4.50 | 325.00 | 1,462.50 |
| PMORG | Pauline K. Morgan | Partner | 8.80 | 975.00 | 8,580.00 |
| RBISS | Rolin Bissell | Partner | 0.50 | 975.00 | 487.50 |
| RBART | Ryan M. Bartley | Partner | 22.70 | 625.00 | 14,187.50 |
| TBUCH | Travis G. Buchanan | Associate | 1.80 | 530.00 | 954.00 |
| **Total** | | | **54.80** | | **$35,037.00** |

Sears Holdings Corporation

| | | Invoice Date: | February 12, 2019 |
| | | Invoice Number: | 50002937 |
| | | Matter Number: | 072902.1003 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Brenda Walters | Paralegal | 2.00 | 295.00 | 590.00 |
| **Total** | | **2.00** | | **590.00** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Ryan M. Bartley | Partner | 0.20 | 625.00 | 125.00 |
| Brenda Walters | Paralegal | 0.30 | 295.00 | 88.50 |
| Debbie Laskin | Paralegal | 0.30 | 295.00 | 88.50 |
| **Total** | | **0.80** | | **302.00** |

**Task Code:B003**          **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 0.50 | 975.00 | 487.50 |
| **Total** | | **0.50** | | **487.50** |

**Task Code:B006**          **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 5.50 | 975.00 | 5,362.50 |
| Ryan M. Bartley | Partner | 6.90 | 625.00 | 4,312.50 |
| **Total** | | **12.40** | | **9,675.00** |

**Task Code:B007**          **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 0.60 | 975.00 | 585.00 |
| Rolin Bissell | Partner | 0.50 | 975.00 | 487.50 |
| Ryan M. Bartley | Partner | 12.90 | 625.00 | 8,062.50 |
| James M. Deal | Associate | 5.40 | 385.00 | 2,079.00 |
| Travis G. Buchanan | Associate | 0.70 | 530.00 | 371.00 |
| **Total** | | **20.10** | | **11,585.00** |

**Task Code:B008**          **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 0.60 | 975.00 | 585.00 |
| Ryan M. Bartley | Partner | 0.90 | 625.00 | 562.50 |
| **Total** | | **1.50** | | **1,147.50** |

Sears Holdings Corporation

| | | Invoice Date: | February 12, 2019 |
| | | Invoice Number: | 50002937 |
| | | Matter Number: | 072902.1003 |

**Task Code:B014**     **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Craig D. Grear | Partner | 5.50 | 975.00 | 5,362.50 |
| James P. Hughes | Partner | 0.40 | 975.00 | 390.00 |
| Pauline K. Morgan | Partner | 0.90 | 975.00 | 877.50 |
| Ryan M. Bartley | Partner | 0.80 | 625.00 | 500.00 |
| **Total** | | **7.60** | | **7,130.00** |

**Task Code:B017**     **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.20 | 975.00 | 195.00 |
| Ryan M. Bartley | Partner | 0.60 | 625.00 | 375.00 |
| Jared W. Kochenash | Associate | 4.50 | 325.00 | 1,462.50 |
| Travis G. Buchanan | Associate | 1.10 | 530.00 | 583.00 |
| Brenda Walters | Paralegal | 0.20 | 295.00 | 59.00 |
| **Total** | | **6.60** | | **2,674.50** |

**Task Code:B018**     **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.50 | 975.00 | 487.50 |
| Ryan M. Bartley | Partner | 0.40 | 625.00 | 250.00 |
| Brenda Walters | Paralegal | 2.40 | 295.00 | 708.00 |
| **Total** | | **3.30** | | **1,445.50** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | February 12, 2019 |
| Invoice Number: | 50002937 |
| Matter Number: | 072902.1003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 11/07/18 | Docket Retrieval / Search | 33.00 | 3.30 |
| 11/12/18 | Docket Retrieval / Search | 230.00 | 23.00 |
| 12/04/18 | Teleconference / Video Conference | 1.00 | 2.03 |
| 12/06/18 | Computerized Legal Research | 4.00 | (342.37) |
| 12/07/18 | Teleconference / Video Conference | 1.00 | 3.35 |
| 12/18/18 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/07/19 | Reproduction Charges | 76.00 | 7.60 |
| 01/09/19 | Reproduction Charges | 5.00 | 0.50 |
| 01/10/19 | Reproduction Charges | 9.00 | 0.90 |
| 01/15/19 | Reproduction Charges | 15.00 | 1.50 |
| 01/17/19 | Reproduction Charges | 377.00 | 37.70 |
| 01/18/19 | Reproduction Charges | 145.00 | 14.50 |
| 01/30/19 | Reproduction Charges | 79.00 | 7.90 |

|  | **Total** | | **(239.09)** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | February 12, 2019 |
| Invoice Number: | 50002937 |
| Matter Number: | 072902.1003 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Computerized Legal Research | (342.37) |
| Docket Retrieval / Search | 27.30 |
| Reproduction Charges | 70.60 |
| Teleconference / Video Conference | 5.38 |
| **Total** | **(239.09)** |