B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Sears Holdings Corporation et al.</u> Debtors.   Case No. <u>18-23538</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Cedar Glade LP</u>   <u>Shoreline Capital LLC</u>
Name of Transferee   Name of Transferor

Name and Address where notices to transferee should be sent:

660 Madison Ave, 17th Floor
New York, NY
10065

Court Claim # (if known): <u>2368</u>
Amount of GUC Claim Transferred: <u>$0.00</u>
Amount of Administrative Claim Transferred: <u>$47,695.20</u>
Date Claim Filed: <u>November 2, 2018</u>
Debtor: <u>Sears Holdings Corporation</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____
Name of Transferee/Transferee's Agent

Date: February 27, 2018

1

878377v.1 2653/00013