Sedgwick Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448



Phone: (866)352-1521
Fax: (866)876-7050

January 28, 2019

Luvell L. Glanton, PLLC
Luvell L. Glanton
915 Jefferson Street, 2nd Fl
Nashville TN 37208

RE:    Your Client:         Antonio Roberts
       File Number:         A1807205064-0003
       Date of Incident:    07/20/2018
       Store Number:        08206 NASHVILLE-SVC DISTRICT

Dear Luvell L. Glanton:

If you are not already aware, be advised Sedgwick Claims Management Services, Inc. is the Third Party Claims Administrator for Sears, Roebuck and Co.
Sears Holdings filed Chapter 11 bankruptcy on October 15th 2018. Sedgwick continues to administer claims for Sears Holdings but we are unable to make payments on any claims that occurred on or before October 14, 2018 due to Sears Holdings' Chapter 11 bankruptcy. Claims made during that timeframe will be addressed by the bankruptcy court.

If your client has a pending claim with us, you'll need to file a proof of the claim prior to the deadline established by the bankruptcy court.

You can obtain information about the bankruptcy and the process for filing a proof of the claim online through the Prime Clerk web site at https://restructuring.primeclerk.com/sears/EPOC-Index or you can contact Sears via U.S. Mail to:

   Sears Holdings Corporation Claims Processing Center c/o Prime Clerk LLC
   850 3rd Avenue, Suite 412
   Brooklyn, NY 11232

The proofs of claim will be examined and evaluated and any payments will be subject to rulings by the bankruptcy court. Sedgwick will not be able to assist you in that process.

You can find further information at https://restructuring.primeclerk.com/sears/

Sedgwick manages claims for Ace American Insurance Company on behalf of Sears Holdings Corporation.

Sincerely,

Bonita Taskov
Client Performance Manager





EXHIBIT
A



1/28/2019    A18072050640003    562019012802940

