UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al.,: | Case No. 18-23538 |
| : | |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------x
ANTONIO D. ROBERTS,

                Plaintiff,

v.

SEARS HOLDINGS CORPORATION, et al.,

                Defendant.

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

To:    Jaqueline Marcus, Esq.
        WEIL, GOTHSCHAL, & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153

      PLEASE TAKE NOTICE that on March 21, 2019 at 10:00 a.m. (prevailing Eastern Time) or soon thereafter as counsel may be heard, the undersigned, attorney for Plaintiff, will move before the United States Bankruptcy Court, Southern District of New York, for an Order for Relief from The Automatic Stay provisions of the U.S. Bankruptcy Code. Reliance shall be placed upon the attached Certification of Counsel. A proposed form of Order is enclosed. Oral argument is not requested unless timely opposition is received.

Date: February 28, 2019

Respectfully submitted,

LAW OFFICES OF
LUVELL GLANTON, PLLC


/s Luvell L. Glanton
Luvell L. Glanton, TN BPR No. 14172
915 Jefferson Street, 2nd Floor
Nashville, Tennessee 37208
(615) 244-4511 telephone
(615) 244-7226 facsimile
E-service address: glantonfirm@gmail.com
ATTORNEY FOR CREDITOR ANTONIO D. ROBERTS