Form 210A (10/06)

# United States Bankruptcy Court
# Southern District Of New York

In re:   Sears Holdings Corporation, et al.,
Case No.   18-23538, et al. Jointly administered under Case No. 18-23538

### NOTICE OF *PARTIAL* TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**Fair Harbor Capital, LLC**<br>**As assignee of Water, Inc.** | Name of Transferor:<br>**Water, Inc.**<br><br>Court Claim # (if known):  6337 and 1675<br>**AMOUNT OF CLAIM TRANSFERRED:  $87,801.03**<br>Invoice No(s): **see attached list**<br>(A PORTION OF THE proof of claim listed above) |

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
PO Box 237037
New York, NY  10023

Name and Address of Transferor:

Water, Inc.
704 Kingshill Place
Carson, CA  90746

Phone:    212 967 4035
Last Four Digits of Acct #:      n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:            n/a
Last Four Digits of Acct #:       n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:         /s/*Fredric Glass*                    Date:    February 28, 2019
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District Of New York

**In re:**     **Sears Holdings Corporation, et al.,**
**Case No.**   **18-23538, et al. Jointly administered under Case No. 18-23538**

### NOTICE OF <u>*PARTIAL*</u> TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No.  6337 and 1675 (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on February 28, 2019.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Water, Inc.]**

Name of Alleged Transferor:
**Water, Inc.**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Water, Inc.
704 Kingshill Place
Carson, CA  90746

## DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                                    Clerk of the Court

| Destination | Invoice date | Invoice number | pick up date | amount |
|---|---|---|---|---|
| MONARK - NC | 2018/09/25 | 1273964 | 25-Sep | 2,180.00 |
| MONARK - NC | 2018/09/25 | 1273965 | 25-Sep | 5,709.00 |
| MONARK - NC | 2018/09/25 | 1273967 | 25-Sep | 2,241.00 |
| MONARK - NC | 2018/09/25 | 1273960 | 25-Sep | 6,473.00 |
| MONARK - NC | 2018/09/25 | 1273962 | 25-Sep | 2,302.00 |
| MONARK - NC | 2018/09/26 | 1274069 | 26-Sep | 6,213.00 |
| MONARK - NC | 2018/09/26 | 1274071 | 26-Sep | 2,302.00 |
| MONARK - NC | 2018/09/26 | 1274073 | 26-Sep | 6,396.00 |
| MONARK - AZ - TEMPE | 2018/10/01 | 1274272 | 1-Oct | 2,140.00 |
| MONARK - AZ - TEMPE | 2018/10/01 | 1274273 | 1-Oct | 2,237.00 |
| MONARK - NC | 2018/10/02 | 1274302 | 2-Oct | 618.49 |
| MONARK - AZ - TEMPE | 2018/10/02 | 1274318 | 2-Oct | 2,140.00 |
| MONARK - NC | 2018/10/02 | 1274324 | 2-Oct | 4,874.00 |
| MONARK - NC | 2018/10/03 | 1274342 | 3-Oct | 264.53 |
| MONARK - NC | 2018/10/03 | 1274349 | 3-Oct | 103.13 |
| MONARK - AZ - TEMPE | 2018/10/05 | 1274496 | 5-Oct | 5,473.00 |
| MONARK - NC | 2018/10/05 | 1274504 | 5-Oct | 2,896.00 |
| MONARK - AZ - TEMPE | 2018/10/08 | 1274587 | 8-Oct | 377.88 |
| MONARK - NC | 2018/10/08 | 1274594 | 8-Oct | 9,055.00 |
| MONARK - NC | 2018/10/09 | 1274625 | 9-Oct | 3,519.00 |
| MONARK - NC | 2018/10/10 | 1274743 | 10-Oct | 5,136.00 |
| MONARK - NC | 2018/10/11 | 1274808 | 11-Oct | 2,222.00 |
| MONARK - NC | 2018/10/11 | 1274811 | 11-Oct | 4,608.00 |
| MONARK - NC | 2018/10/11 | 1274812 | 11-Oct | 5,758.00 |
| MONARK - NC | 2018/10/12 | 1274859 | 12-Oct | 2,563.00 |
| | | | | $ 87,801.03 |

503(b)(9)

**Water, Inc. ("Seller")** sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Administrative Claim (as defined in the Agreement) against **Sears Holdings Corporation** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$89,895.03**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Southern District of New York, Case No 18-23538, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** Water, Inc. (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**Water, Inc. ("Seller")**                                  **Fair Harbor Capital, LLC ("Purchaser")**

704 Kingshill Place                                         1841 Broadway, 10th Fl

Carson, CA 90746                                            New York, NY 10023

Print Name: ROBERT A WILSON  Title: CONTROLLER            Signature:

Signature: [signed]  Date: 12/7/2018

                                                            Fred Glass [signed]

                                                            Member Fair Harbor Capital, LLC

Phone:

Email:

Updated Address (If Changed): _____

_____

mhtml:file://C:\Users\rwilson\AppData\Local\Microsoft\Windows\Temporary Internet File...   12/7/2018