# Exhibit 13

| | |
|---|---|
| **From:** | Mendoza, Jennifer <Jennifer.Mendoza@searshc.com> |
| **Sent:** | Tuesday, September 19, 2017 10:13 AM |
| **To:** | Naatz, Nancy; Bredemeier, Jon |
| **Subject:** | RE:  Occupancy Data Report |
| **Attachments:** | Occupancy report 2017.xlsx |

Occupancy Data Report.

*Jennifer Mendoza*
*Mgr, Bus. Proc/Oper Integration*
*Corporate Services*
*3333 Beverly Rd, BC-208A*
*Hoffman Estates, IL 60179*
*847/286-8643*

| | A | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Monthly Averages | Oct 2016 | Nov 2016 | Dec 2016 | Jan 2017 | Feb2017 | Mar 2017 | Apr 2017 | May 2017 | Jun 2017 | July 2017 | Aug 2017 | Sept 2017 | Oct 2017 | Nov 2017 | Dec 2017 | Jan 2017 | Feb 2017 |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | **Occupant Entries** | | | | | | | | | | | | | | | | | |
| 4 | Daily Entry Counts 6:00 - 11:00 AM | 2,945 | 2,880 | 2,235 | 2,585 | 2,338 | 2,488 | 2,414 | 2,356 | 2,187 | 1,809 | 2,001 | | | | | | |
| 5 | Daily Contractor Swipes 6:00 - 11:00 AM | 535 | 498 | 402 | 446 | 412 | 414 | 388 | 378 | 363 | 327 | 336 | | | | | | |
| 6 | Daily Associate counts 6:00 - 11:00 | 2,410 | 2,382 | 1,833 | 2,139 | 1,926 | 2,074 | 2,026 | 1,978 | 1,824 | 1,482 | 1,665 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | **Parking** | | | | | | | | | | | | | | | | | |
| 9 | Parking Spaces Vacant (average per day) | 2,245 | 2,415 | 2,294 | 2,766 | 2,156 | 2,424 | 2,298 | 3,138 | 2,544 | 3,689 | 2,961 | | | | | | |
| 10 | (weekly parking tally sheets totalled/3 days) | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | **Active Badges** | | | | | | | | | | | | | | | | | |
| 13 | Associate badges | 4,706 | 4,689 | 4,603 | 4,681 | 4,512 | 4,481 | 4,454 | 4,463 | 4,190 | 4,107 | 3,931 | | | | | | |
| 14 | Contractor badge | 710 | 714 | 687 | 668 | 662 | 631 | 622 | 595 | 585 | 558 | 516 | | | | | | |
| 15 | **TOTAL ASSOCIATES AND CONTRACTORS** | **5,416** | **5,403** | **5,290** | **5,349** | **5,174** | **5,112** | **5,076** | **5,058** | **4,775** | **4,665** | **4,447** | **0** | **0** | **0** | **0** | **0** | **0** |
| 16 | Sears Field badges | 507 | 510 | 511 | 510 | 506 | 504 | 499 | 497 | 481 | 480 | 477 | | | | | | |
| 17 | Tenant badges | 659 | 671 | 675 | 649 | 464 | 472 | 477 | 478 | 481 | 476 | 497 | | | | | | |
| 18 | OTB Contractor badges* | 200 | 192 | 191 | 195 | 176 | 173 | 177 | 113 | 114 | 117 | 116 | | | | | | |
| 19 | **TOTAL ALL OCCUPANTS** | **6,782** | **6,776** | **6,667** | **6,703** | **6,320** | **6,261** | **6,229** | **6,146** | **5,851** | **5,738** | **5,537** | **0** | **0** | **0** | **0** | **0** | **0** |
| 20 | % CHANGE FROM PREVIOUS DEC | -16.64% | -16.72% | -18.06% | 0.54% | -5.20% | -6.09% | -6.57% | -7.81% | -12.24% | -13.93% | -16.95% | -100.00% | -100.00% | -100.00% | -100.00% | #DIV/0! | #DIV/0! |
| 21 | | | | | | | | | *otb full-time only | | | | | | | | | |
| 22 | **Office spaces (including team rooms)** | | | | | | | | | | | | | | | | | |
| 23 | FT occupied seats | 5,010 | 5,020 | 5,001 | 4,989 | 4,883 | 4,764 | 4,704 | 4,652 | 4,425 | 4,118 | 3,890 | | | | | | |
| 24 | FT Unoccupied seats | 2,890 | 2,883 | 2,902 | 2,926 | 3,014 | 3,140 | 3,186 | 3037 | 3,264 | 3,594 | 3,948 | | | | | | |
| 25 | TOTAL Seats | 7,900 | 7,903 | 7,903 | 7,915 | 7,897 | 7,904 | 7,890 | 7,689 | 7,689 | 7,712 | 7,838 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | | | | | | | | | | | | | | | | | |
| 27 | iVisitor Total | ** | ** | ** | ** | ** | ** | ** | ** | ** | ** | ** | | | | | | |
| 28 | (report run date) | 11/7 | 12/12 | 1/6 | 2/6 | 3/2 | 4/3 | 5/10 | 6/6 | 7/5 | 8/3 | 9/5 | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | |
| 30 | JENNIFER'S NOTES: | | | | | | | | | | | | | | | | | |
| 31 | Office space is run current, but badge data is a month behind | | | | | | | IT-TCS transition affects contractor swipe- Oct | | | | | | | | | | |
| 32 | Tenant Badges = Elm and Atrium (includes SHOS) | | | | | | | | | | | | | | | | | |
| 33 | ** Per Chuck Jones, we're not getting counts now due our IT changing servers and then the vendor changed servers. I believe iVisitor is getting updated but we don't know for sure since we are not getting the daily update counts. Debbie, I believe is looking into it. | | | | | | | | | | | | | | | | | |
| 34 | **July 2016 Associate badge count - noticing several people with multiple badges. I was able to visually scan the list to delete those that I recognized as a duplicate = 22 additional duplicate badges removed** | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | |
| 36 | SOURCE FROM: | 6-7 | 7-8 | 8-9 | 9-10 | 10-11 | | | | | | | | | | | | |
| 49 | grand total from Entry Counts 2015 - line 31 (N4 above) | 11688 | 30400 | 26085 | 18930 | 11782 | 98885 | /22 days= | 4495 | Dec-15 | | | | | | | | |
| 50 | grand total from Entry Counts 2016 - line 31 (O4 above) | 8227 | 25215 | 23564 | 12783 | 6421 | 76210 | /20 days= | 3811 | Jan-16 | | | | | | | | |
| 51 | grand total from Entry Counts 2016 - line 31 (P4 above) | 8778 | 28097 | 26218 | 3197 | 2892 | 69182 | /21 days= | 3294 | Feb-16 | | | | | | | | |
| 52 | grand total from Entry Counts 2016 - line 31 (Q4 above) | 8569 | 28215 | 26691 | 14894 | 8241 | 86610 | /23 days= | 3766 | Mar-16 | | | | | | | | |
| 53 | grand total from Entry Counts 2016 - line 31 (R4 above) | 7520 | 24755 | 23601 | 13101 | 6398 | 75375 | /21 days= | 3589 | Apr-16 | | | | | | | | |
| 54 | grand total from Entry Counts 2016 - line 31 (S4 above) | 7144 | 24091 | 21451 | 11716 | 5722 | 70124 | /21 days= | 3339 | May-16 | | | | | | | | |
| 55 | grand total from Entry Counts 2016 - line 31 (T4 above) | 8224 | 24757 | 20984 | 11582 | 5607 | 71154 | /22 days= | 3234 | Jun-16 | | | | | | | | |
| 56 | grand total from Entry Counts 2016 - line 33 (U4 above) | 7238 | 22260 | 18427 | 9812 | 4492 | 62229 | /20 days= | 3111 | Jul-16 | | | | | | | | |
| 57 | grand total from Entry Counts 2016 - line 33 (V4 above) | 8348 | 25414 | 20986 | 11198 | 5479 | 71425 | /23 days= | 3105 | Aug-16 | | | | | | | | |
| 58 | grand total from Entry Counts 2016 - line 31 (W4 above) | 7214 | 22127 | 19663 | 9791 | 4771 | 63566 | /21 days= | 3027 | Sep-16 | | | | | | | | |
| 59 | grand total from Entry Counts 2016 - line 31 (X4 above) | 7098 | 21797 | 18543 | 9778 | 4624 | 61840 | /21 days= | 2945 | Oct-16 | | | | | | | | |
| 60 | grand total from Entry Counts 2016 - line 31 (Y4 above) | 6776 | 20873 | 18667 | 9442 | 4721 | 60479 | /21 days= | 2880 | Nov-16 | | | | | | | | |
| 61 | grand total from Entry Counts 2016 - line 34 (Z4 above) | 5534 | 15614 | 16136 | 8121 | 3764 | 49169 | /22 days= | 2235 | Dec-16 | | | | | | | | |
| 62 | grand total from Entry Counts 2017 - line 36 (AA4 above) | 5816 | 15780 | 19332 | 8860 | 4505 | 54293 | /21 days= | 2585 | Jan-17 | | | | | | | | |
| 63 | grand total from Entry Counts 2017 - line 31 (AB4 above) | 6227 | 16351 | 19204 | 2871 | 2112 | 46765 | /20 days= | 2338 | Feb-17 | | | | | | | | |
| 64 | grand total from Entry Counts 2017 - line 31 (AC4 above) | 6716 | 17027 | 20317 | 8734 | 4423 | 57217 | /23 days= | 2488 | Mar-17 | | | | | | | | |
| 65 | grand total from Entry Counts 2017 - line 31 (AD4 above) | 5830 | 14377 | 16386 | 8016 | 3675 | 48284 | /20 days= | 2414 | Apr-17 | | | | | | | | |
| 66 | grand total from Entry Counts 2017 - line 31 (AE4 above) | 6380 | 15884 | 17441 | 8176 | 3958 | 51839 | /22 days= | 2356 | May-17 | | | | | | | | |
| 67 | grand total from Entry Counts 2017 - line 31 (AF5 above) | 5756 | 15020 | 16113 | 7239 | 3986 | 48114 | /22 days= | 2187 | Jun-17 | | | | | | | | |
| 68 | grand total from Entry Counts 2017 - line 31 (AG5 above) | 4867 | 11638 | 13754 | 6046 | 3489 | 39794 | /20 days= | 1809 | Jul-17 | | | | | | | | |
| 69 | grand total from Entry Counts 2017 - line 31 (AH5 above) | 5576 | 13404 | 16135 | 7091 | 3825 | 46031 | /23 days= | 2001 | Aug-17 | | | | | | | | |