# Exhibit 14

**From:** Redman, Misty <Misty.Redman@searshc.com>
**Sent:** Wednesday, January 16, 2019 6:21 PM
**To:** Martin, David S. <DMartin@nge.com>
**Cc:** Drew.Farkas@searshc.com; Sitley, Stephen <Stephen.Sitley@searshc.com>
**Subject:** FW: 12/14 - EDA Credit Status

3rd email

End of year.

---

**From:** Agarwal, Amita
**Sent:** Thursday, December 14, 2017 12:47 PM
**To:** Riecker, Rob <Rob.Riecker@searshc.com>; Ainsworth, Jules <Julie.Ainsworth@searshc.com>; Stollenwerck, Jeffrey <Jeff.Stollenwerck@searshc.com>; Morrie, Michael <Michael.Morrie@searshc.com>; Redman, Misty <Misty.Redman@searshc.com>; Bredemeier, Jon <Jon.Bredemeier@searshc.com>; Baxi, Pritam B <Pritam.Baxi@searshc.com>; Sinha, Naren <Naren.Sinha@searshc.com>; Sitley, Stephen <Stephen.Sitley@searshc.com>
**Cc:** Mash, Michael <Michael.Mash@searshc.com>; De La Cruz, Evelyn <Evelyn.DeLaCruz@searshc.com>
**Subject:** 12/14 - EDA Credit Status

**EDA Update - Dec 2017:**
1. EDA eligible headcount at the end of November was **4,445** compared to 4,698 in October (a net reduction of 253 vs last month)
2. Most of the reduction was in Hoffman contractors (162) followed by associates (69). See table 2 below
3. Based on the current attrition and new hire trends, the risk still remains to fall below the threshold by the end of March 2018
    - The 2018 SG&A challenge impacts will move our EDA risk to **February 2018** now
4. SHO has shifted their plans to wrap-up a contractor project from Jan to April 2018 (73 headcount). This does not change the current risk.

**Next Steps:**
1. **Inform Eddie on the status of the credit and a potential risk to most of the $8.7M in FY 2018**

**EDA Forecast (est)**       3.68%      0.94%    *

| Month | # Eligible | Less: Attrition | Add: New Hires | Less: BU Plans | Less: MSO | Less: SHO | Add: HS | Fcst Eligible | Event Description |
|---|---|---|---|---|---|---|---|---|---|
| Dec'17 | 4,445 | -130 | 42 | | | | 78 | 4,435 | Add: Elgin Routing Center move to Hoffman |
| Jan'18 | 4,435 | -130 | 42 | | | | | 4,346 | |
| Feb'18 | 4,346 | -130 | 41 | | | | | 4,257 | |
| Mar'18 | 4,257 | -130 | 40 | | | | | 4,167 | |
| Apr'18 | 4,167 | -130 | 39 | | | -73 | | 4,004 | Less: SHO Capgemini Contractors project wrap-up (est) |
| May'18 | 4,004 | -130 | 38 | | | | | 3,911 | |
| Jun'18 | 3,911 | -130 | 37 | | | | | 3,818 | |
| Jul'18 | 3,818 | -130 | 36 | | | | | 3,724 | |
| Aug'18 | 3,724 | -130 | 35 | | | | | 3,629 | |
| Sep'18 | 3,629 | -130 | 34 | | | | | 3,533 | |
| Oct'18 | 3,533 | -130 | 33 | | | | | 3,436 | |
| Nov'18 | 3,436 | -130 | 32 | | | | | 3,338 | |
| Dec'18 | 3,338 | -130 | 31 | | | | | 3,240 | |
| Totals | | -1,690 | 480 | 0 | -50 | | 78 | | |

*Attrition and hiring rate estimates are based on 2017 actual trends.

**Table 2: Headcount Breakdown:**

| EDA Eligible Count | Nov-17 | Var to LM | Source | Update Date |
|---|---|---|---|---|
| Total EDGE Eligible | 3,408 | -69 | Monthly EDGE Report | 11/30/2017 |
| Less: Chicago Location EDGE | -41 | 2 | Monthly EDGE Report | 11/30/2017 |
| Tenants | 500 | -22 | Facilities Badge data | 12/13/2017 |
| Daycare | 30 | - | Facilities Badge data | 12/13/2017 |
| Building Contractors | 115 | -2 | Facilities Badge data | 12/13/2017 |
| Contractors* | 433 | -162 | Procurement CLR | 12/14/2017 |
| **Total** | **4,445** | **-253** | | |

*Contactor counts are based on August end Contingent Labor Report (CLR) where the contractor city is Hoffman, IL and the access was requested for Badge/ Badge+Computer

Thanks,
Amita
SG&A Team

**From:** Agarwal, Amita
**Sent:** Tuesday, November 07, 2017 2:51 PM
**To:** Riecker, Rob <Rob.Riecker@searshc.com>; Ainsworth, Jules <Julie.Ainsworth@searshc.com>; Stollenwerck, Jeffrey <Jeff.Stollenwerck@searshc.com>; Semisch, Mark <Mark.Semisch@searshc.com>; Morrie, Michael <Michael.Morrie@searshc.com>; Redman, Misty <Misty.Redman@searshc.com>; Bredemeier, Jon <Jon.Bredemeier@searshc.com>; Baxi, Pritam B <Pritam.Baxi@searshc.com>; Sinha, Naren <Naren.Sinha@searshc.com>;
**Cc:** Mash, Michael <Michael.Mash@searshc.com>; De La Cruz, Evelyn <Evelyn.DeLaCruz@searshc.com>
**Subject:** 11/7 - EDA Credit Status

**EDA Update since last meeting:**
1. October month ending EDA eligible headcount is **4,698** compared to 4,733 at the end of September (a net reduction of 35)
2. EDA credit forecast for 2017 was updated to **$8.7M** (this is a $3.5M reduction vs LY $12M).
    Reasoning: EDA payout includes the tax collected from Sears at Hoffman Estates and since our property tax reduced this year, our EDA receivable is also reduced.
3. 1 Tenant (Stanley) vacated on 10/31/17 impacting 9 headcounts.
4. Attrition rate has been adjusted to 3.68% based on YTD trend and new column added for new hire additions at 0.94% rate for better estimates in the table below. This shifted the risk from end of January to end of March 2018.

| EDA Forecast (est) | | 3.68% | 0.94% | * | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | # Eligible | Less: Attrition | Add: New Hires | Less: BU Plans | Less: MSO | Less: SHO | Add: HS | Fcst Eligible | Event Description |
| Oct'17 | 4,733 | -35 | | | | | | 4,698 | |
| Nov'17 | 4,698 | -130 | 44 | | -70 | | 40 | 4,582 | Less: SYW Call center shift to Offshore/ Add: Elgin HS move |
| Dec'17 | 4,582 | -130 | 43 | | | | 32 | 4,527 | |
| Jan'18 | 4,527 | -130 | 43 | | | | | 4,440 | |
| Feb'18 | 4,440 | -130 | 42 | | | -73 | | 4,279 | SHO Capgemini Contractors project wrap-up (estimated) |
| Mar'18 | 4,279 | -130 | 40 | | | | | 4,189 | |
| Apr'18 | 4,189 | -130 | 39 | | | | | 4,098 | |
| May'18 | 4,098 | -130 | 39 | | | | | 4,007 | |
| Jun'18 | 4,007 | -130 | 38 | | | | | 3,914 | |
| Jul'18 | 3,914 | -130 | 37 | | | | | 3,821 | |
| Aug'18 | 3,821 | -130 | 36 | | | | | 3,727 | |
| Sep'18 | 3,727 | -130 | 35 | | | | | 3,632 | |
| Oct'18 | 3,632 | -130 | 34 | | | | | 3,536 | |
| Nov'18 | 3,536 | -130 | 33 | | | | | 3,439 | |
| Dec'18 | 3,439 | -130 | 32 | | | | | 3,342 | |
| Totals | | -1,855 | 535 | 0 | -70 | | 72 | | |

* Attrition and hiring rate estimates are based on 2017 actual trends.

Thanks,
Amita
SG&A Team

---

**From:** Agarwal, Amita
**Sent:** Monday, October 16, 2017 5:13 PM
**To:** Ainsworth, Jules <Julie.Ainsworth@searshc.com>; Baxi, Pritam B <Pritam.Baxi@searshc.com>; Riecker, Rob <Rob.Riecker@searshc.com>; Semisch, Mark <Mark.Semisch@searshc.com>; Redman, Misty <Misty.Redman@searshc.com>; Bredemeier, Jon <Jon.Bredemeier@searshc.com>
**Cc:** Mash, Michael <Michael.Mash@searshc.com>; De La Cruz, Evelyn <Evelyn.DeLaCruz@searshc.com>
**Subject:** EDA Credit Status and Next Steps

Hi All,

As Misty and the legal team are working on securing our EDGE credit for 2016 (to be accrued in 2018), I wanted to give a quick update on the **EDA Credit** we receive from Hoffman Estates each year.

**Background:**
- Criteria: full-time/ part-time workers or contractors employed at the Hoffman Campus ≥ **4,250** by any employer for ≥ 35hrs/ week.
- History: Credits have been received since 1999; renewed in 2013 for 15 yrs through 2027 or when the total agreed amount is payed back, whichever is earlier (see table 1 below for more details)
    o City of Hoffman Estates is essentially paying us back for the development costs of our campus.
- Payments: Credit payment is received on a calendar year basis (i.e. end of Dec) as a wire transfer from the City based on tax collections each year
- Default: If we fall below the threshold, the EDA is <u>suspended</u> until it's cured; the disbursement of funds at the end of the year is then pro-rated for the time we were above the threshold.
- Last Credit: 2016 Credit amount was **$12M.**

**Update:** Based on an estimated attrition rate of 4% (table 2 below) we will fall below the threshold by **end of Jan 2018**. This includes the Routing Center move from Elgin and California to Hoffman and shifting the SYW Call Center from Hoffman to an Overseas vendor. Beyond the attrition rate projection and these events, the forecast currently does not include additional impacts to reduce FTEs and/ or Contractors.

**Next Steps:** in order for us to secure this credit, we need to find more tenants and rent out some of the underutilized space at the campus. Please advise if we should set up a meeting to discuss strategies and progress.

**Table: 1: EDA Credit Amount:**

| | | |
|---|---|---|
| EDA Agreement amount | $356,296,130 | |
| Amount received so far | $130,844,962 | |
| Amount left to be recevied | $225,451,168 | |
| Estimated yrs for remaining $ | 19 | |
| Year for full recouporation | 2034 | Current extended agreement runs through 2027 |

**Table:2: EDA Eligible Headcount Forecast** (attrition rate and other events can be updated on attached file)

| EDA Forecast *(Est)* | 4% | | | | | | |
|---|---|---|---|---|---|---|---|
| Month | # Eligible | Less: Attrition | Less: BU Plans | Less: MSO | Add: HS | Fcst Eligible | Event Description |
| Oct'17 | 4,718 | -140 | | | | 4,578 | |
| Nov'17 | 4578 | -140 | | -70 | 40 | 4408 | SYW: Call center shift to Offshore Vendor |
| Dec'17 | 4408 | -140 | | | 40 | 4308 | HS: Routing Center move from Elgin & CA |
| Jan'18 | 4308 | -140 | | | | 4168 | |
| Feb'18 | 4168 | -140 | | | | 4028 | |
| Mar'18 | 4028 | -140 | | | | 3888 | |
| Apr'18 | 3888 | -140 | | | | 3748 | |
| May'18 | 3748 | -140 | | | | 3608 | |
| Jun'18 | 3608 | -140 | | | | 3468 | |
| Jul'18 | 3468 | -140 | | | | 3328 | |
| Aug'18 | 3328 | -140 | | | | 3188 | |
| Sep'18 | 3188 | -140 | | | | 3048 | |
| Oct'18 | 3048 | -140 | | | | 2908 | |
| Nov'18 | 2908 | -140 | | | | 2768 | |
| Dec'18 | 2768 | -140 | | | | 2628 | |
| Totals | | -2,100 | 0 | -70 | 80 | | |

- Attrition Rate is an estimate and can be updated based on expected trends

**Table 3: EDA Eligible Current Headcount Details**
<img>

Please let me know if you have questions.
Thanks,
Amita
SG&A Team
This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

**CONFIDENTIAL**                                                                                                                                     **SEARS_EDA_000019**