**Objection Deadline: March 11, 2019 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re                                          :

                                               :          **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*      :

                                               :          **Case No. 18-23538 (RDD)**

                                               :

Debtors.[1]                                    :          **(Jointly Administered)**

------------------------------------------------------------- x

## NOTICE OF REJECTION OF CERTAIN
## UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
## AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that, on October 15, 2018 (the "**Commencement Date**"), Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

PLEASE TAKE FURTHER NOTICE that, on November 16, 2018, the Bankruptcy Court entered an order granting certain expedited procedures for the rejection of the Debtors' unexpired real property leases and the abandonment of the Debtors' property located at such leased premises (ECF No. 800) (the "**Rejection Procedures Order**"). An electronic copy of the Rejection Procedures Order can be found at https://restructuring.primeclerk.com/sears.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Rejection Procedures Order, the Debtors hereby give notice of their intent to reject that certain master lease, dated July 7, 2015, by and among Seritage SRC Finance LLC and Seritage KMT Finance LLC (collectively, "**Landlord**"), and Kmart Operations LLC and Sears Operations LLC (as amended on July 12, 2017, September 14, 2018, and September 28, 2018) (the "**Master Lease**," and the properties under the Master Lease set forth on **Annex A** attached hereto, the "**Go Forward Stores**," and **Annex B** attached hereto, the "**GOB Stores**"); and the rejection of the Master Lease shall be effective as of the date of entry of the Rejection Order (as defined hereinafter) (the "**Rejection Date**").

PLEASE TAKE FURTHER NOTICE that any personal property including inventory, furniture, fixtures, equipment or other materials remaining at the GOB Stores as of the Rejection Date shall be deemed abandoned by the Debtors to the Landlord.

PLEASE TAKE FURTHER NOTICE that the treatment of the Excluded Equipment (as defined in the Asset Purchase Agreement, dated January 17, 2019, as amended) remaining at the Go Forward Stores as of the Rejection Date will be resolved by agreement between Transform Holdco LLC or its designee and the Debtors.

PLEASE TAKE FURTHER NOTICE that with respect to any personal property that is leased to the Debtors by a third party or owned by a third party, such third party shall contact the Debtors and remove or cause to be removed such personal property from the leased premises prior to the Rejection Date. If any such personal property remains on the leased premises after the Rejection Date, the Landlord may dispose of any and all such property as set forth above and without notice or liability to the Debtors or any third party.

PLEASE TAKE FURTHER NOTICE that, any party wishing to object to the Debtors' proposed rejection of a Lease or abandonment of personal property remaining on the leased premises, must file with the Bankruptcy Court and serve a written objection setting forth the legal and factual bases for such objection (an "**Objection**") so that it is actually filed with the Bankruptcy Court and served on the following parties no later than ten (10) calendar days after the date of filing and service of this Rejection Notice (the "**Rejection Objection Deadline**"): (i) the Debtors c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179; (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New

2

York, New York 10153 (Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the applicable counterparty to the Lease that is the subject of the Objection; (iv) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Paul Schwartzberg, Esq. and Richard Morrissey, Esq.); (v) counsel for the DIP ABL Agent, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York, 10036 (Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.).

PLEASE TAKE FURTHER NOTICE that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Rejection Objection Deadline a proposed order approving the rejection of the Master Lease (each such order, a "**Rejection Order**"), substantially in the form attached hereto as **<u>Annex C</u>**, and the Bankruptcy Court may enter such order without a hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each Lease shall become effective as of the Rejection Date. The deadline to file a proof of claim to assert any damage claim arising from the rejection of a Lease shall be the later of (i) the deadline to file general unsecured proofs of claim fixed by the Court; and (ii) thirty (30) days after the entry of the Rejection Order.

PLEASE TAKE FURTHER NOTICE that, if an Objection is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider the Objection. If the Objection is overruled or withdrawn, the effective date of rejection shall be the (i) Rejection Date; (ii) such other date to which the Debtors and the counterparty to the Unresolved Objection have agreed; or (iii) such other date as determined by the Court.

3

PLEASE TAKE FURTHER NOTICE that a copy of all pleadings filed in these chapter 11 cases, including the motion (ECF No. 24) that sought the relief granted in the Rejection Procedures Order, is available for free at https://restructuring.primeclerk.com/sears  or for a fee via PACER at https://ecf.nysb.uscourts.gov.

Dated: February 28, 2019
      New York, New York

                    /s/ Jacqueline Marcus
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York  10153
                    Telephone:  (212) 310-8000
                    Facsimile:  (212) 310-8007
                    Ray C. Schrock, P.C.
                    Jacqueline Marcus
                    Garrett A. Fail
                    Sunny Singh

                    Attorneys for Debtors
                    and Debtors in Possession

4

## **Annex A**

**Go Forward Stores**

WEIL:\96915444\9\73217.0004

Certificate of Service

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 1053 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 1325 Broadway Saugus, MA 01906 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1085 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | Intsctn St Rd Pr 1 & Pr 156 Caguas, PR 00725 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1108 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 40710 Winchester Rd Temecula, CA 92591 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1127 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 4000 N Shepherd Dr Shepherd, TX 77018 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1148 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3295 E Main St Ventura, CA 93003 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1168 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 12121 Victory Blvd No Hollywood, CA 91606 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1189 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 1209 Plz Dr West Covina, CA 91790 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1206 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3930 Mccain Blvd North Little Rock, AR 72116 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1208 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3636 N Blackstone Ave Fresno, CA 93726 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1212 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 7503 W Cermak Rd N Riverside, IL 60546 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

Guaranty of Stores

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 1284 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 5901 Duke St Alexandria, VA 22304 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1298 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 5261 Arlington Ave Riverside, CA 92504 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1313 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 310 Daniel Webster Hwy Ste 102 Nashua, NH 03060 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1345 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 1625 W 49Th St Hialeah/Westland, FL 33012 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1358 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 565 Broadway Chula Vista, CA 91910 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1365 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 20701 Sw 112Th Ave Miami/Cutler Rdg, FL 33189 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1398 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 100 Inland Ctr San Bernardino, CA 92408 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1410 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 4100 Belden Village Mall Canton, OH 44718 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1478 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 1178 El Camino Real San Bruno, CA 94066 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1488 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 2180 Tully Rd San Jose-Eastridge, CA 95122 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

Copyright Stores

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 1495 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 4125 Cleveland Ave Suite 88 Ft Myers, FL 33901 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1668 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 4000 Meadow Ln Las Vegas(Meadows), NV 89107 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1688 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 1700 N Main St Salinas, CA 93906 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1748 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 5080 Montclair Plz Ln Montclair, CA 91763 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1868 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 22550 Town Cir Moreno Vly, CA 92553 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1925 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | Carolina S/C Carolina, PR 00988 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1968 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 72-880 Hwy 111 Palm Desert, CA 92260 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 2088 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 200 Town Ctr E Santa Maria, CA 93454 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 2218 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3400 Gateway Blvd Prescott, AZ 86303 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3142 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 555 South Ave Tallmadge, OH 44278 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

Garment Stores

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 3243 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1447 N Main St North Canton, OH 44720 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3678 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1855 Main Street Ramona, CA 92065 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3882 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | Pr Rte #2; Km 149.5 Mayaguez, PR 00680 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3911 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 3975 Columbia Ave Columbia, PA 17512 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3954 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 400 North Best Ave Walnutport, PA 18088 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 4353 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1-20Th Ave S E Minot, ND 58701 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 4355 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 4501 66Th Street N St. Petersburg, FL 33709 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7321 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 7321 Manatee Ave West Bradenton, FL 34209 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7390 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1500 Anna Sparks Way McKinleyville, CA 95521 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7477 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 502 Pike Street Marietta, OH 45750 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 7639 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 895 Faukner Road Santa Paula, CA 93060 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7653 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 42126 Big Bear Blvd Big Bear Lake, CA 92315 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7676 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 171 Delaware Ave Sidney, NY 13838 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7699 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1745 Quentin Lebanon, PA 17042 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7713 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 3207 Solomons Island Rd Edgewater, MD 21037 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7725 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 19563 Coastal Hwy, Unit A Rehoboth Beach, DE 19971 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7741 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 2643 Ponce Bypass Ponce, PR 00728 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7767 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1405 South Grand Charles City, IA 50616 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7768 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | Pr 20 And Esmeralda Guaynabo, PR 00969 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7788 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | Pr 167 & Las Cumbres Bayamon, PR 00957 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 9220 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1501 Hwy 169 N Algona, IA 50511 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

**<u>Annex B</u>**

**GOB Stores**

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 9309 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 2307 Superior Webster City, IA 50595-3165 | Date of entry of Rejection Order | N/A |
| 1988 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3751 S Dogwood Ave El Centro, CA 92243- | Date of entry of Rejection Order | N/A |
| 2663 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 50 Fox Run Rd Ste 74 Portsmouth, NH 03801-2858 | Date of entry of Rejection Order | N/A |
| 1574 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 1500 Highway 35 Middletown, NJ 07748-1831 | Date of entry of Rejection Order | Apparel conveyor, trash compactor, racking. |
| 1277 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 6301 Nw Loop 410 Ingram, TX 78238-3824 | Date of entry of Rejection Order | N/A |
| 1740 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3340 Mall Loop Dr Joliet, IL 60431-1057 | Date of entry of Rejection Order | N/A |
| 1071 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 10785 W Colfax Ave Lakewood, CO 80215-3807 | Date of entry of Rejection Order | N/A |
| 1052 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 425 Rice St St Paul, MN 55103-2123 | Date of entry of Rejection Order | N/A |
| 1193 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 850 Hartford Tnpk Waterford, CT 06385- | Date of entry of Rejection Order | Built in compactor, pallet racking with sprinkler system attached, chain link cages in auto center; apparel hanging conveyor. |
| 1708 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 7611 W Thomas Rd Phoenix-Desert Sky, AZ 85033-5433 | Date of entry of Rejection Order | Conveyor, built in compactor, auto center tire conveyor |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 2034 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 15700 Emerald Way Bowie, MD 20716-2200 | Date of entry of Rejection Order | N/A |
| 1146 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 2800 N Germantown Prkway Cordova, TN 38133- | Date of entry of Rejection Order | N/A |
| 3945 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 912 County Line Rd Delano, CA 93215-3823 | Date of entry of Rejection Order | N/A |
| 1250 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 2100 Southfield Rd Lincoln Park, MI 48146-2250 | Date of entry of Rejection Order | N/A |
| 1078 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 6515 E Southern Ave Mesa/East, AZ 85206-3711 | Date of entry of Rejection Order | N/A |
| 2805 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 733 N Highway 231 Panama City, FL 32405-5302 | Date of entry of Rejection Order | N/A |
| 2245 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 1050 S Babcock St Melbourne, FL 32901-3022 | Date of entry of Rejection Order | Pallet racking in main stockroom, sprinkler system and electrical attached to racking |
| 1229 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 460 N Milwaukee St Boise, ID 83704-9122 | Date of entry of Rejection Order | Electric Conveyor |
| 4304 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1 Flower Valley Shp Ctr Florissant, MO 63033-1644 | Date of entry of Rejection Order | Commercial Refrigeration Unit |
| 1006 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3100 Sw College Rd Ste 300 Ocala, FL 34474-8449 | Date of entry of Rejection Order | N/A |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 1227 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3450 W Camp Wisdom Rd Southwest Ctr, TX 75237-2504 | Date of entry of Rejection Order | Built in compactor |
| 1944 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 600 Lee Blvd Yorktown Hts, NY 10598-1142 | Date of entry of Rejection Order | N/A |
| 2298 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 1011 W Olive Ave Merced, CA 95348-2422 | Date of entry of Rejection Order | N/A |
| 1408 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 5901 Florin Rd Florin, CA 95823-2302 | Date of entry of Rejection Order | N/A |
| 2078 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3150 S 4Th Ave Yuma, AZ 85364-8104 | Date of entry of Rejection Order | N/A |
| 2047 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 2250 El Mercado Loop Sierra Vista, AZ 85635-5204 | Date of entry of Rejection Order | N/A |
| 7746 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 1180 Walnut Bottom Rd Carlisle, PA 17013-9160 | Date of entry of Rejection Order | Receiving conveyor, greenhouse frame with sprinklers |
| 1955 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 3800 Us Highway 98 N Ste 500 Lakeland, FL 33809-3824 | Date of entry of Rejection Order | N/A |
| 2565 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 303 Us Hwy 301 Blvd W Bradenton, FL 34205-7991 | Date of entry of Rejection Order | N/A |
| 2147 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | Sears Operations LLC | 2501 Irving Mall Irving, TX 75062-5161 | Date of entry of Rejection Order | N/A |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 9521 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties 500 Fifth Avenue Suite 1530 New York, NY 10110 | Kmart Operations LLC | 417 Main Street Madawaska, ME 04756-1197 | Date of entry of Rejection Order | N/A |

## Annex C

**Rejection Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                    :
                                                         :          **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*    :
                                                         :          **Case No. 18-23538 (RDD)**
                                                         :
              **Debtors.**[1]                            :          **(Jointly Administered)**
------------------------------------------------------------- x

**ORDER APPROVING THE REJECTION
OF UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH**

Pursuant to and in accordance with the *Order Authorizing Debtors to Establish*

*Procedures for Rejection of Unexpired Leases of Nonresidential Real Property and Abandon*

*Property in Connection Therewith* (ECF No. 800) (the "**Rejection Procedures Order**")[2] entered

in the above-captioned chapter 11 cases of Sears Holdings Corporation and its debtor affiliates

(collectively, the "**Debtors**"); and the Debtors having properly filed with this Court and served

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order or the Rejection Notice.

on the Rejection Notice Parties a notice, dated February 28, 2019 (the "**Rejection Notice**") of their intent to reject that certain unexpired lease identified in the Rejection Notice (the "**Master Lease**"), and to abandon any property remaining on the Rejection Date at the GOB Stores (as defined below) that the Debtors determine is too difficult to remove or expensive to store, such that the economic benefits of removing or storing such remaining property would by outweighed by the attendant costs in accordance with the terms of the Rejection Procedures Order, and the intent of the Debtors and Transform Holdco LLC (the "**Buyer**") to reach an agreement as to the treatment of the Excluded Equipment remaining on the Rejection Date at the Go Forward Stores (as defined below), and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest and a proper exercise of business judgment; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Master Lease is hereby rejected pursuant to 11 U.S.C. § 365 as set forth herein, effective as of the date hereof (the "**Rejection Date**").

2.      Notwithstanding anything to the contrary set forth in the Asset Purchase Agreement, dated January 17, 2019 (as amended, the "**Asset Purchase Agreement**"), the Buyer shall be responsible for all Occupancy Costs (as defined in the Asset Purchase Agreement) related to the Master Lease for the period up to and including the Rejection Date.

3.      Any and all personal property remaining at the leased premises of the GOB Stores as of the applicable Rejection Date shall be deemed abandoned pursuant to 11

WEIL:\96915444\9\73217.0004

U.S.C. § 554 upon the Rejection Date and as contemplated by the Rejection Procedures Order and herein without further notice or order of the Court, free and clear of all liens, claims, interests, or other encumbrances.

4.     With respect to any assets abandoned at one of the Debtors' GOB Stores, the Landlord or other designee shall be free, notwithstanding the automatic stay, to dispose of such property without liability to any party (including any third parties) and without further notice or order of the Court; and the Landlord's rights, if any, to file a claim for the costs of disposal of such property are fully reserved, as are the rights of any party in interest to object to such claims.

5.     The treatment of the Excluded Equipment (as defined in the Asset Purchase Agreement) remaining at the Go Forward Stores, generally described on Exhibit 1, will be resolved by agreement between the Debtors and the Buyer.

6.     If any affected non-Debtor party (each, a "**Counterparty**") to a Master Lease asserts a claim against the Debtors arising from the rejection of the Master Lease, the Counterparty shall submit a proof of claim by the later of (i) the deadline to file general unsecured proofs of claim (the "**Bar Date**") fixed by the Court; and (ii) thirty (30) days after the entry of this Order.  If a Counterparty does not timely file a proof of claim in accordance with the terms of this Order, the Counterparty shall forever be barred from asserting a claim arising from the rejection of their Master Lease, absent further order of this Court to the contrary.

7.     Nothing contained in this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors;  (iii) a waiver of any claims or causes of action that may exist against

any creditor or interest holder; or (iv) an approval, assumption, or adoption, of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

8.      Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

9.      The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

10.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2019
          White Plains, New York

          _____
          THE HONORABLE ROBERT D. DRAIN
          UNITED STATES BANKRUPTCY JUDGE

WEIL:\96915444\9\73217.0004

## **Exhibit 1**

**Schedule of Go Forward Stores**

**<u>Exhibit 2</u>**

**Schedule of GOB Stores**