**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                            :
In re                                       :          **Chapter 11**
                                            :
**SEARS HOLDINGS CORPORATION,** *et al.*,   :          **Case No. 18-23538 (RDD)**
                                            :
         **Debtors.**[1]                    :          **(Jointly Administered)**
                                            :
----------------------------------------------------------------x

### ORDER DENYING IN PART AND ADJOURNING IN PART
### MOTION OF BRIAN COKE NG FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion, dated December 12, 2018 (ECF No. 1006) (the "**Motion**")[2] of Brian

Coke Ng ("**Mr. Ng**"), pursuant to section 362(d) of title 11 of the United States Code (the

"**Bankruptcy Code**") requesting relief from the automatic stay in effect in this case under section

362(a) of the Bankruptcy Code to pursue litigation, all as more fully set forth in the Motion; and

upon the objection of the Debtors dated January 11, 2019 (ECF No. 1547) and the reply of Mr. Ng

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

dated January 18, 2019 (ECF No. 1721); and the Court having jurisdiction to decide the Motion

and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended

Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), consideration of the

Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue

being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the

hearing held by the Court on the Motion on February 14, 2019 (the "**Hearing**"); and after due

deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, it is hereby

## ORDERED THAT:

1.      The Motion is denied with respect to the civil action currently pending in

the United States District Court for the Southern District of New York, captioned *Brian Coke Ng*

*v. Kmart Pharmacy et al.*, Case No. 18-CV-9373 (AJN)(BCM), without prejudice to the movant's

right to seek relief from the automatic stay with respect to such action upon materially different

circumstances than existed on the date of the Hearing.

2.      The Motion is adjourned to a date to be determined and scheduled by Mr.

Ng with this Court with respect to the claim referred to in the Motion as Action #2.

3.      This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this order.

Dated: February 28, 2019
         White Plains, New York

                                        _
                                        /s/Robert D. Drain
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

WEIL:\96921881\1\73217.0004