## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: | Date Created: 3/1/2019 |
| Case: 18−23538−rdd | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr          Brian Coke Ng          Church Street Station          P.O. Box 2723          New York, NY 10008

TOTAL: 1