**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
Sears Holding Corporation, et al.,                              :    Case No. 18-23538-rdd
                                                                :
                    Debtors.                                    :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Brian Custy to be admitted, *pro hac vice*, to represent Jenny Yednak and Ronald Yednak (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the of the bar in the State of Indiana, the State of Illinois, and the U.S. District Courts for the Northern and Southern Districts of Indiana and the Northern District of Illinois.

**ORDERED**, that Brian Custy, Esq. is admitted to practice, *pro hac vice*, in the above referenced jointly administered cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        March 1, 2019

                                                        /s/Robert D. Drain
                                                        _____
                                                        Robert D. Drain
                                                        United States Bankruptcy Judge