**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
SEARS HOLDINGS CORPORATION, *et al.*,                        :    Case No. 18-23538 (RDD)
                                                             :
                Debtors.¹                                    :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### ORDER DENYING IN PART AND ADJOURNING IN PART
### MOTION OF BRIAN COKE NG FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion, dated December 12, 2018 (ECF No. 1006) (the "**Motion**")² of Brian Coke Ng ("**Mr. Ng**"), pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**") requesting relief from the automatic stay in effect in this case under section 362(a) of the Bankruptcy Code to pursue litigation, all as more fully set forth in the Motion; and upon the objection of the Debtors dated January 11, 2019 (ECF No. 1547) and the reply of Mr. Ng

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

² Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

dated January 18, 2019 (ECF No. 1721); and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the hearing held by the Court on the Motion on February 14, 2019 (the "**Hearing**"); and after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, it is hereby

**ORDERED THAT:**

1. The Motion is denied with respect to the civil action currently pending in the United States District Court for the Southern District of New York, captioned *Brian Coke Ng v. Kmart Pharmacy et al.*, Case No. 18-CV-9373 (AJN)(BCM), without prejudice to the movant's right to seek relief from the automatic stay with respect to such action upon materially different circumstances than existed on the date of the Hearing.

2. The Motion is adjourned to a date to be determined and scheduled by Mr. Ng with this Court with respect to the claim referred to in the Motion as Action #2.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: February 28, 2019
      White Plains, New York

                                      /s/Robert D. Drain
                                      THE HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE

WEIL:\96921881\1\73217.0004

United States Bankruptcy Court
Southern District of New York

In re:                                                                 Case No. 18-23538-rdd
Sears Holdings Corporation                                             Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-7    User:              Page 1 of 11        Date Rcvd: Mar 01, 2019
                        Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
cr              +Brian Coke Ng,   Church Street Station,    P.O. Box 2723,   New York, NY 10008-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Aaron C. Smith     on behalf of Creditor    Pension Benefit Guaranty Corporation
               asmith@lockelord.com,    chicagodocket@lockelord.com;jcataldo@lockelord.com
              Aaron Gerhard Miller, III    on behalf of Creditor   Christina  Lagunas amiller@vazirilaw.com
              Aaron J. Scheinfield     on behalf of Creditor    Alliance Material Handling Corp.
               aaron@bk-lawyer.net
              Aaron L. Hammer     on behalf of Creditor    Horwood Marcus & Berk Chartered ahammer@hmblaw.com,
               ecfnotices@hmblaw.com;jguzzardo@hmblaw.com
              Adam J. Webb     on behalf of Creditor    Washington Prime Group Inc. awebb@fbtlaw.com
              Alan  Feld     on behalf of Creditor    Everlast World's Boxing Headquarters Corp.
               afeld@sheppardmullin.com
              Alan E. Gamza     on behalf of Creditor    Rosy Blue, Inc. Agamza@mosessinger.com,
               dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com
              Alan F. Kaufman     on behalf of Creditor    Pratt Corrugated Holdings, Inc. akaufman@hinshawlaw.com
              Alan H Katz     on behalf of Creditor    Pension Benefit Guaranty Corporation akatz@lockelord.com
              Alan Jay Lipkin     on behalf of Creditor    Drayton Plains (MI), LLC alipkin@willkie.com,
               maosbny@willkie.com
              Alan M Kindred     on behalf of Creditor    Beauty 21 Cosmetics, Inc. akindred@leechtishman.com,
               dtomko@leechtishman.com;ghauswirth@leechtishman.com
              Alana M. Friedberg     on behalf of Creditor    North Plaza I, LLC alana.friedberg@dlapiper.com
              Albena  Petrakov     on behalf of Unknown    Saul Subsidiary I, LP apetrakov@offitkurman.com
              Alexis J. Rogoski     on behalf of Unknown    XL Specialty Insurance Company Ltd. c/o Michael B.
               Chester, Esq., Boundas, Skarzynski, Walsh & Black, LLC arogoski@skarzynski.com
              Allen G. Kadish     on behalf of Creditor    Community Unit School District 300
               akadish@archerlaw.com,
               lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com
              Allen J. Guon     on behalf of Creditor     SHERTHAL, LLC aguon@foxrothschild.com,
               aguon@foxrothschild.com
              Allison Akiko Ito     on behalf of Unknown    Hawaii Intercontinental Corporation aito@hibklaw.com
              Alyssa E. Kutner     on behalf of Creditor    C.J. Segerstrom & Sons kutnera@ballardspahr.com
              Amish R. Doshi     on behalf of Creditor    Oracle America, Inc. amish@doshilegal.com
              Andrew  Devore     on behalf of Interested Party    Cross Country Home Services, Inc.
               andrew.devore@ropesgray.com,   nova.alindogan@ropesgray.com
              Andrew  Tenzer     on behalf of Creditor    GACP II, L.P. andrewtenzer@paulhastings.com
              Andrew G. Dietderich     on behalf of Creditor    Fairholme Capital Management, LLC and Fairholme
               Funds, Inc. dietdericha@sullcrom.com,
               s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM
              Andrew I. Silfen     on behalf of Interested Party    Cheddars Casual Cafe, Inc.
               andrew.silfen@arentfox.com,   beth.brownstein@arentfox.com
              Andrew M Leblanc     on behalf of Interested Party    Cyrus Capital Partners, L.P.
               aleblanc@milbank.com
              Andrew P. Tureaud     on behalf of Creditor     909 Group, L.P. atureaud@kblaw.com,
               atureaud@kblaw.com

```
District/off: 0208-7                  User:                      Page 2 of 11                Date Rcvd: Mar 01, 2019
                                      Form ID: pdf001            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
              Andrew W. Weaver    on behalf of Creditor    ESL Investments, Inc. aweaver@cgsh.com,
               maofiling@cgsh.com
              Annemarie V. Reilly    on behalf of Interested Party    Extreme Networks, Inc.
               annemarie.reilly@lw.com
              Anthony J D'Artiglio    on behalf of Creditor    Allen ISD ajd@ansellgrimm.com,
               carols@ansellgrimm.com;merediths@ansellgrimm.com
              Anthony M. Rainone    on behalf of Creditor    iStar Jewelry, LLC arainone@bracheichler.com
              Arlene Rene Alves    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee
               alves@sewkis.com
              Armando   Llorens    on behalf of Unknown    Felix Calls , LLC armando@furgang.com
              Arthur E. Rosenberg    on behalf of Interested Party    Cushman & Wakefield Inc.
               arthur.rosenberg@hklaw.com
              Barbra R. Parlin    on behalf of Creditor    Fringe Area (II), S.E. barbra.parlin@hklaw.com,
               elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
              Benjamin  Hugon    on behalf of Creditor    Winners Industry Co., Ltd. bhugon@mckoolsmith.com,
               nsauter@mckoolsmith.com
              Bernice C Lee    on behalf of Creditor    SVAP Golf Mill Retail II, L.P. blee@slp.law,
               dwoodall@slp.law
              Beth Ellen Rogers    on behalf of Creditor    Serta Simmons Bedding, LLC brogers@berlawoffice.com
              Beth J. Rotenberg    on behalf of Unknown    Cardinal Health 110 LLC brotenberg@csglaw.com,
               ecf@csglaw.com
              Bethany  Turke    on behalf of Creditor Brian  Van Vooren brt@wexlerwallace.com,
               ecf@wexlerwallace.com
              Bradley  Schneider    on behalf of Creditor    Whirlpool Corporation bradley.schneider@mto.com
              Bradley S. Shraiberg    on behalf of Creditor    CompuCom Systems, Inc. bss@slp.law,
               dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com
              Brandon K. Bains    on behalf of Interested Party    Liberty Mutual Insurance Company
               bbains@l-llp.com,    ehyman@l-llp.com;ltemp@l-llp.com
              Brendan  Goodhouse    on behalf of Interested Party    Church Street LLC bgoodhouse@cuddyfeder.com
              Brett H. Miller    on behalf of Interested Party    SRC O.P. LLC, SRC Facilities LLC and SRC Real
               Estate (TX) LLC bmiller@mofo.com,    brett-miller-1388@ecf.pacerpro.com
              Brett S. Theisen    on behalf of Creditor    Henkel Corporation btheisen@gibbonslaw.com
              Brian  Custy    on behalf of Creditor Jenny  Yednak bcusty@custylaw.com
              Brian J. Lohan    on behalf of Creditor    AT&T brian.lohan@arnoldporter.com,
               brian.lohan@arnoldporter.com
              Brian S. McGrath    on behalf of Creditor    ARI Fleet LT bmcgrath@mcglinchey.com
              Bruce M. Sattin    on behalf of Creditor Alexandria  Pelletteri bsattin@szaferman.com
              Bruce S. Nathan    on behalf of Interested Party    LG Electronics Alabama, Inc.
               bnathan@lowenstein.com,  msavetsky@lowenstein.com
              CARL JOSEPH SORANNO    on behalf of Creditor    iStar Jewelry, LLC csoranno@bracheichler.com,
               dfamula@bracheichler.com;jpmartin@bracheichler.com
              CRG Financial LLC    on behalf of Creditor    CRG Financial LLC allison@claimsrecoveryllc.com
              Caleb T. Holzaepfel    on behalf of Creditor    CBL & Associates Management Inc.
               caleb.holzaepfel@huschblackwell.com
              Carol  Chow    on behalf of Creditor    LBG Hilltop, LLC Carol.Chow@ffslaw.com,
               easter.santamaria@ffslaw.com
              Carol Ann Rich    on behalf of Creditor    Lockhart Realty Inc crich@dudleylaw.com
              Carol E. Momjian    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              Caroline  Djang    on behalf of Creditor    Niagra Bottling, LLC caroline.djang@bbklaw.com
              Carrie  Essenfeld    on behalf of Creditor    Taubman Landlords cessenfeld@halperinlaw.net,
               cmitchell@halperinlaw.net
              Casey Cantrell Swartz    on behalf of Creditor    CIVF V-OH1M03, LLC cswartz@taftlaw.com
              Chad  Pugatch    on behalf of Creditor    CM Grayson, LLC cpugatch.ecf@rprslaw.com
              Charles  George    on behalf of Creditor    Z.A. Sneeden's Sons, Inc. cgeorge@wyrick.com,
               abray@wyrick.com;cabitbol@wyrick.com
              Charles A. Gruen    on behalf of Unknown    U.S. Bank National Association d/b/a U.S. Bank
               Equipment Finance cgruen@gruenlaw.com
              Charles J. Filardi, Jr.    on behalf of Creditor    Southhaven Associates LLC cfilardi@rrlawpc.com,
               abothwell@rrlawpc.com
              Christian Paul Jensen    on behalf of Stockholder Thomas  Tisch jensenc@sullcrom.com
              Christopher Fong    on behalf of Unknown    Cascade Water Services cfong@nixonpeabody.com
              Christopher  Gartman    on behalf of Creditor    Matson Navigation Company, Inc.
               gartman@hugheshubbard.com,    corp-reorg-department-7318@ecf.pacerpro.com
              Christopher A. Grosman    on behalf of Creditor    Forbes/Cohen Florida Properties, LP
               cgrosman@carsonfischer.com
              Christopher A. Lynch    on behalf of Creditor    Beeline.com, Inc. clynch@reedsmith.com
              Christopher J. Major    on behalf of Creditor    Royal Consumer Products, LLC cjm@msf-law.com,
               bm@msf-law.com
              Christopher M. Desiderio    on behalf of Trustee/Not Bankrupt    U.S. BANK NATIONAL ASSOCIATION
               cdesiderio@nixonpeabody.com
              Christopher Matthew Hemrick    on behalf of Creditor    GroupBy USA, Inc. chemrick@walsh.law,
               chemrick@walsh.law
              Christopher P. Schueller    on behalf of Creditor    FedEx Supply Chain, Inc. and FedEx Custom
               Critical, Inc. christopher.schueller@bipc.com,    timothy.palmer@bipc.com;donna.curcio@bipc.com
              Christopher Robert Belmonte    on behalf of Interested Party    Advance Magazine Publishers Inc.
               cbelmonte@ssbb.com,    pbosswick@ssbb.com,managingclerk@ssbb.com

```
District/off: 0208-7                  User:                      Page 3 of 11                   Date Rcvd: Mar 01, 2019
                                      Form ID: pdf001            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christopher V Fenlon   on behalf of Creditor   Greenwood Industries, Inc. cfenlon@hinckleyallen.com
          Christy Rivera   on behalf of Creditor   One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment christy.rivera@nortonrosefulbright.com
          Colleen Maker   on behalf of Creditor   Schindler Elevator Corporation cmaker@walsh.law
          Constantine Dean Pourakis   on behalf of Unknown   East Penn Manufacturing Co. cp@stevenslee.com
          Courtney Morgan   on behalf of Creditor   Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov, efile@pbgc.gov
          Courtney A Schael   on behalf of Unknown   Shinn Fu Company of America, Inc. cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
          Curtis Lee Tuggle   on behalf of Creditor   Administration Agreement Parties c/o Thompson Hine, LLP curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
          Curtis M. Plaza   on behalf of Unknown   The Joe and Frances McCann Family Limited Partnership cplaza@riker.com, tschellhorn@riker.com
          Curtis S. Miller   on behalf of Interested Party   LEFMARK Tamiami, Inc. cmiller@mnat.com
          Cynthia L Pollick   on behalf of Creditor   Karen Smith pollick@lawyer.com
          Dana S. Plon   on behalf of Creditor   Loyal Holdings DE LLC dplon@sirlinlaw.com
          Daniel E. Etlinger   on behalf of Creditor Sante Marcoccia detlinger@jennislaw.com, karon@jennislaw.com
          Daniel M. Silvershein   on behalf of Creditor Vivian Hilken daniel@dmsilverlaw.com
          Daniel R. Swetnam   on behalf of Interested Party   5330 Crosswind, LLC Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
          Daniel W. Sklar   on behalf of Creditor   266 Route 125, LLC dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com
          Darryl S. Laddin   on behalf of Unknown   Orkin, LLC bkrfilings@agg.com
          David A. Rosenzweig   on behalf of Creditor   Living Spaces Furniture, LLC david.rosenzweig@nortonrosefulbright.com
          David G. Aelvoet   on behalf of Creditor   Bexar County sanantonio.bankruptcy@publicans.com
          David H. Wander   on behalf of Creditor   Electronics for Imaging, Inc. dhw@dhclegal.com
          David Henry Hartheimer   on behalf of Unknown City of Minneapolis david@mhlaw-ny.com, david@clearbid.com
          David J. Gallagher   on behalf of Creditor Jeffrey Pfeiffer dgallagher@mnlawoffice.com
          David L. Pollack   on behalf of Creditor   Acadia Realty Limited Partnership pollack@ballardspahr.com
          David L. Tillem   on behalf of Unknown   Putnam County tillemd@wemed.com
          David M. Blau   on behalf of Creditor   AGREE LIMITED PARTNERSHIP dblau@clarkhill.com
          David M. Meegan   on behalf of Unknown   CEMR Properties jhutton@mhksacto.com, jhutton@mhksacto.com
          David R Taxin   on behalf of Unknown   5525 S. Soto St. Associates davidtaxin@dahannowick.com
          David S. Gragg   on behalf of Creditor   Alatex, A Joint Venture dgragg@langleybanack.com, cjohnston@langleybanack.com
          David S. Kupetz   on behalf of Creditor   Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com
          David W. Dykhouse   on behalf of Interested Party   MOAC Mall Holding LLC dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
          Dawn Kirby   on behalf of Creditor   Bonnier Corp. dkirby@ddw-law.com, btepper@ddw-law.com;dap@ddw-law.com
          Deborah Jill Michelson   on behalf of Unknown   Arca Industrial (NJ), Inc. michelson@mgfl-law.com
          Deborah M Perry   on behalf of Creditor   International Airport Center, Inc. dperry@munsch.com
          Dennis D. Miller   on behalf of Creditor   Trinet Essential Facilities XXVII, Inc. dmiller@steinlubin.com
          Derek L. Wright   on behalf of Unknown   CenterPoint Properties Trust dlwright@foley.com
          Devon Eggert   on behalf of Creditor   Korpack, Inc. deggert@freeborn.com, bkdocketing@freeborn.com
          Diane W. Sanders   on behalf of Creditor   Aransas county austin.bankruptcy@lgbs.com
          Donald F. Campbell, Jr.   on behalf of Interested Party   Saker ShopRites, Inc. dcampbell@ghclaw.com
          Donald K. Ludman   on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
          Donald W. Clarke   on behalf of Creditor   Levcom Wall Plaza Associates dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
          Doug Skierski   on behalf of Creditor   Quest Resource Management Group LLC enotices@skijain.com
          Douglas B. Rosner   on behalf of Creditor   Cape Town Plaza LLC drosner@goulstonstorrs.com
          Douglas J. Pick   on behalf of Creditor   Norton Mailman Associates dpick@picklaw.net, ezabicki@picklaw.net
          Douglas T. Tabachnik   on behalf of Creditor   Certain Texas Taxing Entities dtabachnik@dttlaw.com, rdalba@dttlaw.com
          Duane Brescia   on behalf of Creditor   Epicor Software Corporation duane.brescia@clarkhillstrasburger.com, bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander@clarkhillstrasburger.com
          Dustin Parker Branch   on behalf of Creditor   Acadia Realty Limited Partnership branchd@ballardspahr.com, carolod@ballardspahr.com
          Dwight Jefferson   on behalf of Creditor DAVID DEEDS djefferson@coatsrose.com
          Eboney Cobb   on behalf of Creditor   Carrollton-Farmers Branch ISD ecobb@pbfcm.com
          Edgardo Munoz   on behalf of Creditor   PLAZA JUANA DIAZ INC emunozpsc@gmail.com
          Eduardo J. Glas   on behalf of Unknown Natalie Parker ejglas@gmail.com

```
District/off: 0208-7                User:                         Page 4 of 11                 Date Rcvd: Mar 01, 2019
                                    Form ID: pdf001               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Edward E. Neiger    on behalf of Creditor     City Choice Limited eneiger@askllp.com,
               lmiskowiec@askllp.com
              Edward L. Schnitzer     on behalf of Attorney Edward L. Schnitzer eschnitzer@ckrlaw.com
              Edward M. Fox    on behalf of Unknown     Wilmington Trust, National Association emfox@seyfarth.com
              Edward M. King    on behalf of Creditor     Sitel Operating Corporation tking@fbtlaw.com
              Eli J. Vonnegut    on behalf of Creditor     Citibank, N.A. eli.vonnegut@davispolk.com
              Elise S. Frejka    on behalf of Consumer Privacy Ombudsman Elise S. Frejka efrejka@frejka.com
              Elizabeth Weller    on behalf of Creditor     Dallas County dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Elizabeth L Doyaga    on behalf of Creditor     Select Portfolio Servicing, Inc. as servicer for
               U.S. Bank National Association, as successor trustee, on behalf of the holders of the CSFB
               Mortgage-Backed Pass-Through Certificates, Series 2002-24 edoyaga@flwlaw.com,
               jspiegelman@flwlaw.com
              Eloy A Peral    on behalf of Unknown     Lake Plaza Shopping Center LLC eperal@wilkauslander.com
              Enid Nagler Stuart    on behalf of Creditor     New York State Department of Taxation & Finance
               enid.stuart@ag.ny.gov, ted.berkowitz@ag.ny.gov
              Eric Waxman    on behalf of Creditor     ARGONAUT INSURANCE COMPANY eric.waxman@cwt.com,
               nyecfnotice@cwt.com
              Eric R Goodman    on behalf of Creditor     American Greetings Corporation egoodman@bakerlaw.com
              Eric R. Wilson    on behalf of Creditor     Computershare Trust Company, N.A.
               KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Erica Weisgerber    on behalf of Creditor     Cascade Investment, L.L.C. & SL Agent, LLC
               eweisgerber@debevoise.com, eweisgerber@debevoise.com
              Erika R. Barnes    on behalf of Creditor     Whitmor, Inc. ebarnes@stites.com
              Erin C. Kim    on behalf of Creditor     Pension Benefit Guaranty Corporation kim.erin@pbgc.gov,
               efile@pbgc.gov
              Evan J. Zucker    on behalf of Creditor     Aleff LLC ezucker@blankrome.com,
               nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
              Fernand L Laudumiey, IV    on behalf of Creditor     Richards Canal Street Property, LLC
               laudumiey@chaffe.com
              Ferve E. Khan    on behalf of Creditor     American Greetings Corporation fkhan@bakerlaw.com,
               evrodriguez@bakerlaw.com
              Frank Peretore    on behalf of Creditor     Tri-County Mall, LLC fperetore@csglaw.com,
               ecf@csglaw.com
              Fred B. Ringel    on behalf of Creditor     East End Commons Associates LLC fbr@robinsonbrog.com
              Frederick E. Schmidt    on behalf of Creditor     Scents of Worth, Inc. eschmidt@cozen.com
              Fredric Sosnick    on behalf of Creditor     Sears Hometown and Outlet Stores, Inc.
               fsosnick@shearman.com
              Garrett A. Fail    on behalf of Debtor     Sears Holdings Corporation garrett.fail@weil.com,
               Paloma.VanGroll@weil.com
              Garth D. Wilson    on behalf of Creditor     Pension Benefit Guaranty Corporation
               wilson.garth@pbgc.gov, efile@pbgc.gov
              Gary F Seitz    on behalf of Creditor     Yang Ming (America) Corp. gseitz@gsbblaw.com,
               gary.seitz@gmail.com
              Gary O. Ravert    on behalf of Creditor     ADT LLC d/b/a Protection One gravert@ravertpllc.com,
               gary.ravertpllc@gmail.com
              Geoffrey J. Peters    on behalf of Creditor     Toyota Industries Commercial Finance, Inc.
               colnyecf@weltman.com
              George B. Cauthen    on behalf of Creditor     Michelin North America, Inc.
               george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com
              George Bernard Hofmann    on behalf of Creditor     Propel Trampolines LLC
               ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
              Gerald P. Kennedy    on behalf of Creditor     MCS Hemet Valley Center LLC
               gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
              Gilbert A. Lazarus    on behalf of Creditor     Vandale Industries, Inc. gillazarus@gmail.com
              Gilbert R. Saydah, Jr.    on behalf of Creditor     Bradshaw Westwood Trust gsaydah@ckrlaw.com
              Glenn M. Fjermedal    on behalf of Creditor     Grand Central Plaza, LLC gfjermedal@davidsonfink.com,
               vbillups@davidsonfink.com
              Gordon J. Toering    on behalf of Creditor     Chervon (HK), Ltd. gtoering@wnj.com
              Gregg M. Galardi    on behalf of Interested Party     Apex Tool Group, LLC
               gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
              Gregory W. Fox    on behalf of Creditor     Waste Management National Services, Inc. and its
               affiliates gfox@goodwinprocter.com
              Gustavo A Chico-Barris    on behalf of Creditor     Santa Rosa Mall, LLC gchico@ferraiuoli.com
              Guy A. Reiss    on behalf of Creditor     Miele, Inc. greiss@reisspreuss.com
              H. Jeffrey Schwartz    on behalf of Creditor     Winners Industry Co., Ltd.
               hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com
              Hanh Vinh Huynh    on behalf of Creditor     Manlaw Investment Company, Ltd. hhuynh@rubinlawllc.com,
               hhuynh@rubinlawllc.com
              Harlan Mitchell Lazarus    on behalf of Creditor     Cudlie Accessories LLC hmllaw@att.net,
               hlazarus@lazarusandlazarus.com
              Harris Phillips    on behalf of Creditor Stephen    Tuttle harrisphillips@niemeyerfirm.com
              Harry M. Gutfleish    on behalf of Creditor     First Real Estate Investment Trust of New Jersey
               harry@gutfleishlaw.com
              Howard P. Magaliff    on behalf of Creditor Sante    Marcoccia hmagaliff@r3mlaw.com,
               hcolon@r3mlaw.com
              Hugh G. Jasne    on behalf of Unknown     Data Print Technologies, Inc. jf@jasneflorio.com,
               hgj@jasneflorio.com
```

```
District/off: 0208-7           User:                    Page 5 of 11                  Date Rcvd: Mar 01, 2019
                               Form ID: pdf001          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Hyun Suk Choi    on behalf of Unknown    Winiadaewoo Electronics America, Inc.
               hchoi@choiandpark.com,
               lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughlin@choiandpark.com
              Ilan Markus    on behalf of Creditor    Benenson Capital Partners, LLC and Brooks Shopping Centers,
               LLC ilan.markus@leclairryan.com,   andrew.cole@leclairryan.com
              Ira L. Herman    on behalf of Creditor    Berkeley Mall, LLC iherman@blankrome.com,
               nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
              Ira S. Dizengoff    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               Sears Holdings Corporation, et al. idizengoff@akingump.com,
               afreeman@akingump.com;apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com
              Ira S. Greene    on behalf of Interested Party    DFS Services, LLC igreene@edwardswildman.com
              Jacqueline Marcus    on behalf of Debtor    A&E Factory Service, LLC jacqueline.marcus@weil.com,
               jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
              Jacqulyn S. Loftin    on behalf of Creditor    Amazon Web Services, Inc. jsl@lhmlawfirm.com.
              Jaime Agnew    on behalf of Creditor Joyce    Franklin jaimeagnew21@gmail.com
              James Gadsden    on behalf of Sucessor Trustee    The Bank of New York Mellon Trust Company, N.A,
               as Successor Trustee bankruptcy@clm.com
              James Christopher Vandermark    on behalf of Creditor    Cisco Systems Inc.
               vandermarkj@whiteandwilliams.com
              James E. Sorenson    on behalf of Creditor    Florida Self-Insurers Guaranty Association, Inc.
               bk@svllaw.com,   jim@svllaw.com
              James J. Holman    on behalf of Interested Party    Aramark Corporation jjholman@duanemorris.com
              James J. Vincequerra    on behalf of Creditor    Cupid Foundations, Inc.
               James.Vincequerra@alston.com
              James L. Bromley    on behalf of Creditor    ESL Investments, Inc. jbromley@cgsh.com,
               jbromley@cgsh.com
              James R. Felton    on behalf of Creditor    Jackson Shopping Village, LLP, Successor in Interest to
               Flamingo Sandhill, a CA General Partnership jfelton@greenbass.com,   mtyndall@greenbass.com
              James S. Carr    on behalf of Creditor    Tata Consultancy Services Limited
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Jamie S. Cassel    on behalf of Creditor    Graco Children's Products Inc. jsc@renozahm.com,
               jsc@renozahm.com
              Jane Kim    on behalf of Creditor    TmaxSoft, Inc. jkim@kellerbenvenutti.com
              Janice Beth Grubin    on behalf of Creditor    DXC Technology Services LLC, successor in interest
               to Computer Sciences Corporation and CSC Covansys Corporation Janice.Grubin@leclairryan.com
              Janine M. Cerbone    on behalf of Creditor    Criteo S.A. jfigueiredo@hahnhessen.com,
               jfigueiredo@hahnhessen.com
              Jeffrey Chubak    on behalf of Creditor    Shaler Zamagias Limited Partnership
               jchubak@storchamini.com
              Jeffrey Kurtzman    on behalf of Creditor    BET Investments jkurtzma@klehr.com
              Jeffrey A. Carlino    on behalf of Creditor    Voortman Cookies Limited jacarlino@kslnlaw.com,
               rabacon@kslnlaw.com
              Jeffrey A. Reich    on behalf of Creditor    Union Center Realty, LLC reichlaw@reichpc.com
              Jeffrey C. Wisler    on behalf of Creditor    Cigna Life Insurance Company of New York
               jwisler@connollygallagher.com
              Jeffrey E Bjork    on behalf of Unknown    Simon Property Group, L.P. jeff.bjork@lw.com
              Jeffrey K. Garfinkle    on behalf of Creditor    Supplylogix LLC jgarfinkle@buchalter.com,
               dcyrankowski@buchalter.com;docket@buchalter.com
              Jeffrey R. Gleit    on behalf of Unknown    Service.com jgleit@sandw.com,   gschlack@sandw.com,
               bcooley@sandw.com;aweiss@sandw.com,nkoslof@sandw.com,tkethro@sandw.com
              Jenelle C Arnold    on behalf of Creditor    Bayview Loan Servicing, LLC
               bkecfinbox@aldridgepite.com,   jarnold@ecf.courtdrive.com
              Jennifer Pastarnack    on behalf of Interested Party    Whitebox Asymmetric Partners LP
               jennifer.pastarnack@cliffordchance.com
              Jennifer Kennedy Park    on behalf of Creditor    ESL Investments, Inc. jkpark@cgsh.com
              Jennifer L. Marines    on behalf of Creditor    ICON Health & Fitness, Inc. jmarines@mofo.com,
               docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com
              Jennifer L. Pruski    on behalf of Creditor    MP Holdings LLC and Larry D. Kelley
               jpruski@trainorfairbrook.com
              Jennifer L. Rodburg    on behalf of Creditor    770 Broadway Owner LLC
               jennifer.rodburg@friedfrank.com,   managingattorneysdepartment@friedfrank.com
              Jeremy C. Kleinman    on behalf of Attorney Jeremy C. Kleinman jkleinman@fgllp.com
              Jessica Liou    on behalf of Debtor    Sears Holdings Corporation jessica.liou@weil.com
              Jill B. Bienstock    on behalf of Creditor    Kellogg Sales Company jbienstock@coleschotz.com,
               fpisano@coleschotz.com
              Joel D. Applebaum    on behalf of Creditor    Milton Manufacturing, LLC japplebaum@clarkhill.com
              John Mueller    on behalf of Creditor    Maynardville Pike LP jmueller@lippes.com,
               rfink@lippes.com
              John C. Allerding    on behalf of Interested Party    Luxottica Retail North America Inc.
               john.allerding@thompsonhine.com
              John G. Loughnane    on behalf of Creditor    The Davis Companies jloughnane@nutter.com
              John G. McCarthy    on behalf of Creditor    Enhanced Recovery Company, LLC, successor to TeleSight,
               LLC d/b/a ERC Market Research jmccarthy@sgrlaw.com,   nyoecf@sgrlaw.com
              John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
              John R. Fifarek    on behalf of Creditor    4th South Street II, LLC knelson@laskyfifarek.com
              John R. Knapp, Jr.    on behalf of Creditor    PeopleReady, Inc. john.knapp@millernash.com,
               lisa.petras@millernash.com

```
District/off: 0208-7           User:                    Page 6 of 11                  Date Rcvd: Mar 01, 2019
                               Form ID: pdf001          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- John T. Banks on behalf of Creditor Fayette County, Kerr County, City of Weslaco, Weslaco ISD, Kendall County, Maverick County, & Uvalde County jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
- John T. Farnum on behalf of Creditor LTMAC Properties, LLC jfarnum@linowes-law.com, jcummings@linowes-law.com
- Jonathan Adam Grasso on behalf of Attorney Pierce McCoy, PLLC jon@piercemccoy.com
- Jonathan D. Marshall on behalf of Creditor Wells Fargo Bank, National Association jmarshall@choate.com
- Jonathan E. Pickhardt on behalf of Creditor OCO Capital Partners, L.P. jonpickhardt@quinnemanuel.com
- Jonathan L. Flaxer on behalf of Creditor AMAV Enterprises Ltd. jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com
- Jonathan Scott Hawkins on behalf of Interested Party Great Lakes Technologies, LLC jonathan.hawkins@thompsonhine.com, THDaytonECF@thompsonhine.com
- Joon P. Hong on behalf of Creditor Thanh Cong Textile Garment Investment Trading Joint Stock Company joonhong@chapman.com
- Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC bankruptcy2@ironmountain.com
- Joseph Froehlich on behalf of Unknown Cardtronics USA, Inc. jfroehlich@lockelord.com
- Joseph Charles Barsalona, II on behalf of Interested Party KBTS-Tamiami, Ltd. c/o Federal Construction, Inc. jbarsalona@mnat.com
- Joseph D. Frank on behalf of Creditor Bottling Group, LLC operating as Pepsi Beverages Company jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- Joseph E. Sarachek on behalf of Creditor Helen Andrews Inc. joe@saracheklawfirm.com, jon@saracheklawfirm.com
- Joseph H. Lemkin on behalf of Creditor Canon Financial Services, Inc. jlemkin@stark-stark.com
- Joseph Thomas Moldovan on behalf of Creditor Allure Gems, LLC bankruptcy@morrisoncohen.com
- Joshua Sturm on behalf of Interested Party Duff & Phelps, LLC joshua.sturm@ropesgray.com
- Joshua A. Dunn on behalf of Creditor Village of Hoffman Estates jdunn@vedderprice.com, ecfnydocket@vedderprice.com
- Joshua W. Cohen on behalf of Creditor Lakin Tire West, Inc. jwcohen@daypitney.com, arametta@daypitney.com
- Juandisha Harris on behalf of Creditor State of Michigan, Department of Treasury harrisj12@michigan.gov
- Judith Elkin on behalf of Creditor Lenox International, Inc. elkinj@mac.com, elkinj@mac.com
- Julie Cvek Curley on behalf of Creditor National Health Information Network, Inc. jcurley@ddw-law.com, AttorneyCvek@gmail.com;dpons@ddw-law.com;lbarry@ddw-law.com
- Julie F. Montgomery on behalf of Creditor SAP Industries, Inc. jmontgomery@brownconnery.com
- Julie H Rome-Banks on behalf of Creditor Wilshire Investments, LLC julie@bindermalter.com
- Justin Alaburda on behalf of Creditor Robertson Heating Supply jmalaburda@bmdllc.com
- Kaitlin R. Walsh on behalf of Creditor Suzhou Chunju Electric Co. Ltd. KRWalsh@mintz.com, docketing@mintz.com
- Karen Sheehan on behalf of Creditor PennyMac Corp. ksheehan@flwlaw.com, jspiegelman@flwlaw.com
- Karen C. Bifferato on behalf of Creditor IRC Marketplace at Six Corners, L.L.C. kbifferato@connollygallagher.com
- Katherine R. Catanese on behalf of Creditor Victor Reagan Family Trust kcatanese@foley.com
- Kay Diebel Brock on behalf of Creditor Travis County bkecf@co.travis.tx.us
- Keith A Langley on behalf of Interested Party Liberty Mutual Insurance Company klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
- Kelly Rose Cusick on behalf of Creditor Pension Benefit Guaranty Corporation cusick.kelly@pbgc.gov, efile@pbgc.gov
- Ken Florey on behalf of Creditor Community Unit School District 300 kflorey@rsnlt.com
- Kevin Tompsett on behalf of Creditor Van Hook Service Co., Inc. ktompsett@harrisbeach.com, frichenberg@harrisbeach.com
- Kevin J Etzel on behalf of Creditor Agri-Fab, Inc. ketzel@vedderprice.com
- Kevin J. Simard on behalf of Creditor Wells Fargo Bank, National Association ksimard@choate.com
- Kevin Michael Newman on behalf of Creditor Aviation Mall NewCo, LLC knewman@barclaydamon.com
- Kevin P. Montee on behalf of Creditor Hudson Concourse, LLC kmontee@monteeassociates.com, kmontee@monteeassociates.com
- Kiah T Ford, IV on behalf of Creditor Hangzhou GreatStar Industrial Co., Ltd chipford@parkerpoe.com
- Kimberly A. Posin on behalf of Interested Party Extreme Networks, Inc. kim.posin@lw.com
- Klaus Peter Muthig, I on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov
- Kramer Lyons on behalf of Creditor VM Innovations, Inc klyons@ohdbslaw.com
- Kristen D Romano on behalf of Creditor ARI Fleet LT kromano@mcglinchey.com
- Kristen N. Pate on behalf of Creditor Brookfield Property REIT Inc. bk@brookfieldpropertiesretail.com
- Lacy Martin Lawrence on behalf of Creditor Committee Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. llawrence@akingump.com, txdocketing@akingump.com
- Laura E. Appleby on behalf of Creditor WSSR, LLC appleby@chapman.com
- Laura J. Monroe on behalf of Creditor Lubbock Central Appraisal District lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- Laurel D. Roglen on behalf of Interested Party Magformers, LLC roglenl@ballardspahr.com, lanoc@ballardspahr.com
- Lauren Catherine Kiss on behalf of Creditor GLP US Management, LLC and its affiliates lkiss@klestadt.com

```
District/off: 0208-7                User:                     Page 7 of 11                   Date Rcvd: Mar 01, 2019
                                    Form ID: pdf001           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Laurence  May     on behalf of Creditor    K-Bay Plaza, LLC lmay@eisemanlevine.com
              Lawrence A. Lichtman     on behalf of Creditor    Aaron Gershenson Family Properties, LLC
               llichtman@honigman.com, litdocket@honigman.com
              Lawrence J. Kotler     on behalf of Creditor    Riskonnect, Inc. ljkotler@duanemorris.com
              Leah  Silverman     on behalf of Creditor    Olympus Peak Master Fund LP lsilverman@opeaklp.com
              Lee E. Woodard     on behalf of Creditor    Van Hook Service Co., Inc. bkemail@harrisbeach.com,
               ktompsett@harrisbeach.com;kgriffith@harrisbeach.com
              Leo B Dubler, III     on behalf of Creditor SUZANNE  MERCADO leodubler@fast.net
              Leon B Gordon     on behalf of Creditor    Anderson County et al cary.cain@mvbalaw.com,
               bankruptcy@mvbalaw.com
              Leslie C. Heilman     on behalf of Creditor    Acadia Realty Limited Partnership
               heilmanl@ballardspahr.com, lanoc@ballardspahr.com
              Lori V. Vaughan     on behalf of Creditor    Great Eastern Corporation d/b/a North River Village GEC,
               LLC lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com
              Louis Thomas DeLucia     on behalf of Creditor    Ciuffo Family Trust ldelucia@schiffhardin.com
              Luvell L Glanton     on behalf of Creditor Antonio D. Roberts glantonfirm@gmail.com
              Lynn Hamilton Butler     on behalf of Creditor    WC Independence Center LLC
               Lynn.Butler@huschblackwell.com, Lynn.Butler@huschblackwell.com
              Marc A. Zelina     on behalf of Unknown    Simon Property Group, L.P. marc.zelina@lw.com
              Marc J. Kurzman     on behalf of Creditor    Crossroads Joint Venture, LLC mkurzman@carmodylaw.com
              Marie Polito Hofsdal     on behalf of Creditor    Broad Street Station LLC c/o Collett
               mhofsdal@pryorcashman.com
              Marita S. Erbeck     on behalf of Creditor    Distribution Funding II, LLC marita.erbeck@dbr.com
              Mark  Levine     on behalf of Respondent Lavarita  Meriwether mlevine@ssbny.com
              Mark A. Frankel     on behalf of Creditor    233 S. Wacker, LLC mfrankel@bfklaw.com,
               mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.
               com
              Mark E. Felger     on behalf of Creditor    National Distribution Centers, LLC MFelger@cozen.com,
               MBrickley@cozen.com;mmillis@cozen.com
              Mark E. Hall     on behalf of Creditor    CAPREF Burbank LLC A Delaware LLC mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Mark J Chaney, III     on behalf of Creditor    Automotive Rentals, Inc. mchaney@mcglinchey.com,
               aparish@mcglinchey.com
              Mark Russell Owens     on behalf of Interested Party    Urschel Development Corporation
               mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
              Mark S. Roher     on behalf of Creditor    Action Time, Inc. mroher@markroherlaw.com,
               ecf@markroherlaw.com;ecf2@markroherlaw.com
              Marshall C. Turner     on behalf of Creditor    CBL & Associates Management Inc.
               marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
              Marvin E. Clements, Jr.     on behalf of Creditor    TN Dept of Revenue agbanknewyork@ag.tn.gov
              Matthew  Gensburg     on behalf of Creditor    Community Unit School District 300
               mgensburg@gcklegal.com
              Matthew  McCann     on behalf of Creditor    Ray Padula Holdings, LLC mmccann@swc-law.com,
               mmccann@swc-law.com
              Matthew Benjamin Stein     on behalf of Creditor    Steel 1111 LLC mstein@kasowitz.com,
               courtnotices@kasowitz.com
              Matthew C. Ziegler     on behalf of Interested Party    Fanatics Licensed Sports Group, LLC F/K/A VF
               Licensed Sports Group, LLC matthew.ziegler@morganlewis.com
              Matthew G. Summers     on behalf of Creditor    Acadia Realty Limited Partnership
               summersm@ballardspahr.com
              Matthew Patrick Kremer     on behalf of Interested Party    [24]7.ai, Inc. mkremer@omm.com,
               mpkremer@gmail.com
              Maura I. Russell     on behalf of Creditor    Sakar International mrussell@ckrlaw.com
              Megan  Young     on behalf of Creditor    Direct Energy Business, LLC megan.john@mhllp.com
              Melissa  Boey     on behalf of Unknown    CFP Fire Protection, Inc. melissa.boey@morganlewis.com
              Melissa A. Pena     on behalf of Creditor    Ecolab, Inc. mapena@nmmlaw.com, pfreda@nmmlaw.com
              Melissa S. Woods     on behalf of Creditor    International Union, UAW mwoods@cwsny.com,
               ecf@cwsny.com
              Michael  Chatwin     on behalf of Creditor    Wells Fargo Bank, National Association
               NYBKCourt@logs.com
              Michael  Eversden     on behalf of Creditor    Pearl Global Industries, Ltd.
               meversden@mcgrathnorth.com
              Michael  Friedman     on behalf of Creditor    4207602 Canada Inc. (dba Cameo Knitting)
               friedman@chapman.com, iyassin@chapman.com
              Michael  Goldstein     on behalf of Creditor    Urban Edge Properties LP and its subsidiaries
               mgoldstein@goodwinlaw.com
              Michael  Klein     on behalf of Respondent Lavarita  Meriwether mklein@ssbny.com
              Michael  Kwiatkowski     on behalf of Creditor    Appalachian Power Company mkwiatkowski@msek.com,
               lgomez@msek.com
              Michael  Tsang     on behalf of Creditor    1803, LLC mtsang@tsanglawfirm.com
              Michael Abtin Shakouri     on behalf of Creditor    Niagara Realty LLC mshakouri@goodkinlynch.com
              Michael D. Brofman     on behalf of Creditor    CE Vernon II, LLC mbrofman@weisszarett.com
              Michael I. Baird     on behalf of Creditor    Pension Benefit Guaranty Corporation
               baird.michael@pbgc.gov, efile@pbgc.gov
              Michael J. Catalfimo     on behalf of Creditor    BH North American Corporation
               mcatalfimo@carterconboy.com,
               hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com

```
District/off: 0208-7             User:                    Page 8 of 11               Date Rcvd: Mar 01, 2019
                                 Form ID: pdf001          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael J. Connolly    on behalf of Creditor Michael & Margaret  Reheis mconnolly@formanlaw.com, kanema@formanlaw.com

          Michael J. Riela    on behalf of Creditor   Vertical Industrial Park Associates riela@thsh.com

          Michael Jason Barrie    on behalf of Creditor   MIDAMCO mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com

          Michael L. Moskowitz    on behalf of Creditor   Aspen Refrigerants, Inc. mlm@weltmosk.com, mkj@weltmosk.com;mag@weltmosk.com

          Michael L. Schein    on behalf of Creditor   NorthStar Group Services, Inc. mschein@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

          Michael R. Herz    on behalf of Creditor   CAPREF Burbank LLC A Delaware LLC mherz@formanlaw.com, cbrown@formanlaw.com

          Michael Ryan Pinkston    on behalf of Unknown   Wilmington Trust, National Association rpinkston@seyfarth.com

          Michael S. Amato    on behalf of Interested Party   Colonial Properties LLC mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com

          Michael Skoy Legge    on behalf of Creditor   McLane Company, Inc. mlegge@huntonak.com, tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com

          Michael V. Blumenthal    on behalf of Creditor   RD Management LLC, as agent for FB Billerica Realty Investors LLC michael.blumenthal@tklaw.com

          Michelle E. Shriro    on behalf of Creditor   Summit Portraits, LLC mshriro@singerlevick.com, scotton@singerlevick.com;croote@singerlevick.com

          Michelle Marie Sekowski    on behalf of Spec. Counsel   Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors msekowski@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com;maustin@herrick.com

          Miriam R Stein    on behalf of Creditor   MJ Holding Company, LLC mstein@chuhak.com

          Monique Debrikka Jewett-Brewster    on behalf of Creditor John C. Adams mjb@hopkinscarley.com, eamaro@hopkinscarley.com

          My Chi To    on behalf of Creditor   Cascade Investment, L.L.C. & SL Agent, LLC mcto@debevoise.com

          Myrna  Ruiz-Olmo    on behalf of Creditor   Puerto Rico Supplies Group, Inc. mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com

          Natasha M. Songonuga    on behalf of Creditor   American Lebanese Syrian Associated Charities, Inc. nsongonuga@gibbonslaw.com

          Neal  Smith    on behalf of Creditor   Community Unit School District 300 nsmith@robbins-schwartz.com

          Neil E. Herman    on behalf of Creditor   Kimco Realty Corporation Nherman@morganlewis.com

          Neil H. Ackerman    on behalf of Interested Party c/o Neil Ackerman   Erica Natasha Moore nackerman@ackermanfox.com, kfox@ackermanfox.com;r52605@notify.bestcase.com

          Nola R Bencze    on behalf of Creditor   Milton Manufacturing, LLC nbencze@clarkhill.com

          Norman C Witte    on behalf of Creditor   4th South Street II, LLC ncwitte@wittelaw.com, mmallswede@wittelaw.com

          Norman Neville Reid    on behalf of Creditor   Chamberlain Group, Inc. nreid@foxswibel.com

          Owen M. Sonik    on behalf of Creditor   Spring Branch Independent School District, et al. osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

          Patricia B. Fugee    on behalf of Creditor   XPO Last Mile, Inc. Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

          Patrick  Collins    on behalf of Creditor   CA, Inc. pcollins@farrellfritz.com

          Patrick L. Hayden    on behalf of Creditor   The Nielsen Company (US), LLC phayden@mcguirewoods.com

          Patrick Morgan Ryan    on behalf of Creditor Charles  Pugh pmryan@sorlinglaw.com, smjordan@sorlinglaw.com

          Paul  Rubin    on behalf of Creditor   RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

          Paul D. Leake    on behalf of Interested Party   Bank of America, N.A. wendy.lamanna@skadden.com;andrea.bates@skadden.com;Jacob.aboodi@skadden.com

          Paul E. Harner    on behalf of Creditor   Acadia Realty Limited Partnership paul.harner@lw.com

          Paul H. Zumbro    on behalf of Creditor   Stanley Black & Decker, Inc. pzumbro@cravath.com, mao@cravath.com

          Paul J. Labov    on behalf of Creditor   Cleva North America and Cleva Hong Kong plabov@foxrothschild.com, msteen@foxrothschild.com

          Paul J. Pascuzzi    on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com

          Paul L. Ratelle    on behalf of Interested Party   FG, LLC pratelle@fwhtlaw.com

          Paul M. Basta    on behalf of Debtor   Sears Holdings Corporation pbasta@paulweiss.com

          Penny R. Stark    on behalf of Creditor   Caparra Center  Associates/San Patricio Plaza pstarkesq@gmail.com

          Peter B. Siroka    on behalf of Interested Party   Seritage Growth Properties peter.siroka@friedfrank.com, aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

          Peter M. Aronoff    on behalf of Interested Party   United States of America peter.aronoff@usdoj.gov

          Peter M. Gilhuly    on behalf of Unknown   Simon Property Group, L.P. peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

          Philip E. Strok    on behalf of Creditor   Paco (China) Garment Ltd. pstrok@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com

          Phillip Russell Perdew    on behalf of Interested Party   Pension Benefit Guaranty Corporation rperdew@lockelord.com, kmorehouse@lockelord.com;chicagodocket@lockelord.com

          Phillip W. Bohl    on behalf of Unknown   Blueline Foodservice Distribution, Inc. phillip.bohl@gpmlaw.com

```
District/off: 0208-7          User:                   Page 9 of 11              Date Rcvd: Mar 01, 2019
                              Form ID: pdf001         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Rachel E. Edwards    on behalf of Interested Party    Liberty Mutual Insurance Company redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
      Rachel J. Mauceri    on behalf of Unknown    Maersk Agency U.S.A., Inc., as agent for Maersk Line A/S rmauceri@morganlewis.com
      Rachel R Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
      Rafael X. Zahralddin    on behalf of Interested Party    McDonald's Corporation rxza@elliottgreenleaf.com
      Rahul Mukhi    on behalf of Creditor    ESL Investments, Inc. rmukhi@cgsh.com, maofiling@cgsh.com
      Ramon Coto-Ojeda    on behalf of Debtor    Sears Holdings Corporation nac@crlawpr.com, nac@crlawpr.com
      Ray C Schrock    on behalf of Debtor    Kmart Holding Corporation ray.schrock@weil.com, matthew.goren@weil.com
      Richard Klass    on behalf of Creditor Anthony   Scullari richklass@courtstreetlaw.com
      Richard A. Aguilar    on behalf of Creditor    ARI Fleet LT raguilar@mcglinchey.com, aparish@mcglinchey.com
      Richard A. Stieglitz, Jr.    on behalf of Creditor    SHLD Lendco, LLC RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
      Richard B. Levin    on behalf of Unknown    Reynolds Consumer Products LLC rlevin@jenner.com
      Richard C. Pedone    on behalf of Trustee/Not Bankrupt    U.S. BANK NATIONAL ASSOCIATION rpedone@nixonpeabody.com
      Richard J. Bernard    on behalf of Unknown    Briggs & Stratton Corporation rbernard@foley.com
      Richard J. McCord    on behalf of Creditor    Studio 1 Div. of Shazdeh Fashions RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com
      Richard J. Parks    on behalf of Creditor    Sun Industrial, Inc. rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
      Richard L. Zucker    on behalf of Creditor    Oster Yorktown Properties, LLC rzucker@lasserhochman.com
      Richard M. Seltzer    on behalf of Creditor    International Union, UAW rseltzer@cwsny.com, ecf@cwsny.com
      Richard T. Davis    on behalf of Creditor    Cafaro Management Company rdavis@cafarocompany.com
      Rick Aaron Steinberg    on behalf of Interested Party    TOTE, Inc. rsteinberg@pricemeese.com
      Robert Carson    on behalf of Creditor    Forbes/Cohen Florida Properties, LP rcarson@carsonfischer.com
      Robert Honeywell    on behalf of Creditor    Amazon Payments, Inc. robert.honeywell@klgates.com, brian.koosed@klgates.com
      Robert Liubicic    on behalf of Interested Party    Cyrus Capital Partners, L.P. rliubicic@milbank.com
      Robert A Weisberg    on behalf of Creditor    Forbes/Cohen Florida Properties, LP rweisberg@carsonfischer.com, njudge@carsonfischer.com
      Robert D. Bass    on behalf of Creditor    Jackson Shopping Village, LLP, Successor in Interest to Flamingo Sandhill, a CA General Partnership rbass@greenbass.com
      Robert K. Dakis    on behalf of Creditor    Allure Gems, LLC rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
      Robert K. Minkoff    on behalf of Creditor    Cedar Glade LP rminkoff@cedargladecapital.com
      Robert L. LeHane    on behalf of Creditor    1 Imeson Park Blvd, LLC KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
      Robert L. Pryor    on behalf of Creditor    ABC Supply Co. Inc. rlp@pryormandelup.com
      Robert M. Rosen    on behalf of Interested Party    Cushman & Wakefield Inc. rrosen@pmmlaw.com
      Robert M. Sasloff    on behalf of Creditor    Avenel Realty Associates, LLC rms@robinsonbrog.com
      Robin S. Abramowitz    on behalf of Creditor    U.S. Nonwovens Corp. abramowitz@larypc.com, fox@larypc.com
      Rocco A. Cavaliere    on behalf of Creditor    Alpine Creations Ltd. rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
      Ronald Alexander Clark, Jr.    on behalf of Creditor    NCC Key Company aclark@cov.com
      Ronald Eric Gold    on behalf of Creditor    Macy's West Stores, Inc. rgold@fbtlaw.com, awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com
      Ronald M. Tucker    on behalf of Unknown    Simon Property Group, L.P. rtucker@simon.com, bankruptcy@simon.com
      Ross G Shank    on behalf of Creditor    CenturyLink Communications, LLC rshank@kasowitz.com, courtnotices@kasowitz.com
      Rudy J Cerone    on behalf of Creditor    Automotive Rentals, Inc. rcerone@mcglinchey.com
      Russell Jackson    on behalf of Creditor Corrina Beth Kenwisher rjackson@thomasjhenrylaw.com
      Russell W. Mills    on behalf of Creditor    M&G Jewelers, Inc. rmills@bellnunnally.com, nsummerville@bellnunnally.com
      Russell W. Savory    on behalf of Creditor    BICO Associates GP russ@bsavory.com
      Ryan C. Reinert    on behalf of Creditor    Manco Florida Associates, LLC rreinert@shutts.com, juanitasanchez@shutts.com
      Sabrina L. Streusand    on behalf of Creditor    Dell Financial Services L.L.C. streusand@slollp.com, prentice@slollp.com
      Sam Della Fera, Jr.    on behalf of Creditor    Eric I.B. Company, LLC sdellafera@trenklawfirm.com
      Samuel C. Wisotzkey    on behalf of Creditor    Ecolab, Inc. swisotzkey@kmksc.com, kmksc@kmksc.com
      Samuel G Encarnacion    on behalf of Creditor Maria  Gonzalez same@haggertylaw.com
      Sandra E. Mayerson    on behalf of Creditor - - Securian Life Insurance sandy@mhlaw-ny.com
      Sanford Philip Rosen    on behalf of Creditor    Cranston/BVT Associates, LLP srosen@rosenpc.com, pgyparakis@rosenpc.com
      Sarah J Klebolt    on behalf of Creditor    14 Oaks Associates, LLC sjk@carmodymacdonald.com, ala@carmodymacdonald.com

```
District/off: 0208-7           User:                    Page 10 of 11              Date Rcvd: Mar 01, 2019
                               Form ID: pdf001          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sawnie A. McEntire    on behalf of Interested Party    Cushman & Wakefield Inc. smcentire@pmmlaw.com
              Scott A. Zuber    on behalf of Unknown    Cardinal Health 110 LLC szuber@csglaw.com,      ecf@csglaw.com
              Scott D. Fink    on behalf of Creditor    Toyota Industries Commercial Finance, Inc.
               brodellecf@weltman.com
              Scott K. Charles    on behalf of Debtor    Sears Holdings Corporation skcharles@wlrk.com,
               calert@wlrk.com
              Sean A. O'Neal    on behalf of Creditor    ESL Investments, Inc. soneal@cgsh.com,
               maofiling@cgsh.com
              Sean A. OKeefe    on behalf of Creditor    JW Mitchell Company, LLC sokeefe@okeefelc.com,
               seanaokeefe@msn.com
              Sean C. Southard    on behalf of Creditor    GLP US Management, LLC and its affiliates
               ssouthard@klestadt.com
              Sean E. O'Donnell    on behalf of Spec. Counsel    Proposed Special Conflicts Counsel to the
               Official Committee of Unsecured Creditors sodonnell@herrick.com,
               courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com
              Sedric  Banks    on behalf of Creditor Jerry and Esther   Vosburg sedbanks@aol.com
              Seth Van Aalten    on behalf of Creditor    Washington Prime Group Inc. svanaalten@cooley.com,
               efiling-notice@ecf.pacerpro.com
              Shane  Ramsey    on behalf of Creditor    Retail Opportunity Investments Corp.
               shane.ramsey@nelsonmullins.com,
               jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com
              Shari  Barak    on behalf of Creditor    Wells Fargo Bank, National Association sbarak@logs.com,
               NYBKCourt@logs.com
              Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Shawn Randall Fox    on behalf of Creditor    Apex Systems, LLC sfox@mcguirewoods.com
              Shlomo  Maza    on behalf of Creditor    GACP II, L.P. shlomomaza@paulhastings.com
              Simon  Aron    on behalf of Creditor    Wolf Family Series LP d/b/a Series III, Ontario Enterprises
               of the Wolf Family Series LP saron@wrslawyers.com,     jnarcise@wrslawyers.com
              Sonia E Colon    on behalf of Creditor    Santa Rosa Mall, LLC scolon@ferraiuoli.com,
               edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;hruiz@ferraiuoli.com;soniaecolon@gmail.com
              Stanley B. Tarr    on behalf of Creditor    Hansae Co. Ltd. tarr@blankrome.com
              Stephen B. Gerald    on behalf of Creditor    J. M. Smucker Company sgerald@wtplaw.com,
               clano@wtplaw.com
              Stephen B. Selbst    on behalf of Spec. Counsel    Proposed Special Conflicts Counsel to the
               Official Committee of Unsecured Creditors sselbst@herrick.com,
               courtnotices@herrick.com;lporetsky@herrick.com
              Stephen M. Miller    on behalf of Creditor    Yoder-17th Street Properties, LLC
               smiller@morrisjames.com,     wweller@morrisjames.com;jdawson@morrisjames.com
              Stephen Vincent Falanga    on behalf of Creditor    Schindler Elevator Corporation
               sfalanga@walsh.law,     mvargas@walsh.law
              Steven  Richman    on behalf of Creditor    Epicor Software Corporation srichman@clarkhill.com
              Steven A. Ginther    on behalf of Creditor    Missouri department of revenue sdnyecf@dor.mo.gov
              Steven B Smith    on behalf of Spec. Counsel    Proposed Special Conflicts Counsel to the Official
               Committee of Unsecured Creditors ssmith@herrick.com,
               ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com
              Steven W. Kelly    on behalf of Creditor    AmCap Wilson II, LLC skelly@s-d.com
              Sunny  Singh    on behalf of Debtor    Sears Holdings Corporation sunny.singh@weil.com,
               Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Vincent.Yiu@weil.com;Philip.DiDonato@weil.c
               om
              Tara  LeDay    on behalf of Creditor    Texas Taxing Jurisdictions
               ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankr
               uptcy@mvbalaw.com;alocklin@mvbalaw.com
              Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
               tannweiler@greerherz.com
              Ted A. Dillman    on behalf of Unknown    Simon Property Group, L.P. ted.dillman@lw.com
              Thomas  Yanega    on behalf of Unknown    Beauty Gem, Inc. ty@devacklaw.com
              Thomas A. Farinella    on behalf of Unknown    Stockton Mariposa, LLC tf@lawtaf.com,     ecf@lawgmf.com
              Thomas J. Sansone    on behalf of Creditor    Crossroads Joint Venture, LLC tsansone@carmodylaw.com
              Thomas James Salerno    on behalf of Interested Party    Telesoft Corp thomas.salerno@stinson.com,
               Karen.graves@stinson.com
              Thomas M. Gaa    on behalf of Creditor    Oath (Americas) Inc. tgaa@bbslaw.com,     yessenia@bbslaw.com
              Thomas R. Fawkes    on behalf of Creditor    Infinite Peripherals, Inc. tomf@goldmclaw.com
              Thomas S. Onder    on behalf of Creditor    67500 South Main Street, Richmond, LLC
               tonder@stark-stark.com
              Timothy F. Nixon    on behalf of Creditor    A.O. Smith Corporation tnixon@gklaw.com,
               kboucher@gklaw.com;pbrellenthin@gklaw.com
              Tom  Zimmerman    on behalf of Attorney Thomas A. Zimmerman, Jr. tom@attorneyzim.com,
               firm@attorneyzim.com
              Tracy L. Klestadt    on behalf of Creditor    Shidler/West Finance Partners V L.P.
               tklestadt@klestadt.com,     tklestadt@yahoo.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
              Vera N Kanova    on behalf of Creditor    Commonwealth of PA Dept. of Environmental Protection
               verkanova@pa.gov
              Veronique  Urban    on behalf of Creditor    Midwood Management Corp. vurban@farrellfritz.com
              Victor  Newmark    on behalf of Creditor    156 Tom Hill, LLC vnewmark@evict.net
              Victoria D. Garry    on behalf of Creditor    Ohio Department of Taxation vgarry@ag.state.oh.us
```

```
District/off: 0208-7          User:                    Page 11 of 11              Date Rcvd: Mar 01, 2019
                              Form ID: pdf001          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Vincent Edward Lazar    on behalf of Creditor    Electrolux Home Care Products, Inc. vlazar@jenner.com
          Vivek Suri    on behalf of Creditor    KG Denim Limited info@viveksuri.com, lawyer@surilawoffice.com
          Wanda Borges    on behalf of Creditor    Kenney Manufacturing Company ecfcases@borgeslawllc.com
          Wendy M. Simkulak    on behalf of Creditor    Chubb Companies wmsimkulak@duanemorris.com
          William McCarron, Jr.    on behalf of Creditor    Pension Benefit Guaranty Corporation mccarron.william@pbgc.gov, efile@pbgc.gov
          William Austin Jowers    on behalf of Creditor    Husqvarna Consumer Outdoor Products N.A. ajowers@kslaw.com
          William E. Kelleher, Jr.    on behalf of Creditor    Bonita Casa, LLC wkelleher@cohenlaw.com, mgraeb@cohenlaw.com;hward@cohenlaw.com
          William J. Levant    on behalf of Creditor    Mac Dade Mall Associates, L.P. efile.wjl@kaplaw.com
          William P Fennell    on behalf of Creditor    Dart Warehouse Corporation william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com, mblackburnjoniaux@fennelllaw.com
          William P. Weintraub    on behalf of Creditor    Interactions Corporation wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
          Yann Geron    on behalf of Creditor    Adam Levine Productions, Inc. ygeron@reitlerlaw.com, ygeronnys@ecf.epiqsystems.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;adaniszewski@reitlerlaw.com;asuffern@epiqglobal.com
          Yaron Shaham    on behalf of Creditor    Panache International LLC yshaham@kahanafeld.com

                                                                                                                                                                                                                                                                             TOTAL: 456