UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| SEARS HOLDINGS CORPORATION, ) | Case No. 18-23538-rdd |
| ) | |
| Debtor, ) | Hon. Robert D. Drain |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 102(1) and of title 11 of the United States Code, the law firm of Dean & Fulkerson hereby enters its appearance in the above-referenced case as counsel to Greenwood Motor Lines, Inc., d/b/a R+L Carriers ("Interested Party"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given to and served upon the following counsel:

Kevin N. Summers, Esq.
DEAN & FULKERSON
801 W. Big Beaver Road, 5th Floor
Troy, MI 48084
Telephone: (248) 362-1300
Facsimile: (248) 362-1358
Email: Ksummers@dflaw.com

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request of Service of Papers* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of the Interested Party including, without limitation (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Eastern District of Michigan (the "District Court"), (ii) the right to trial by jury in any proceedings related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any manner subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Interested Party is or may be entitled, in law or in equity, all of which rights, claims, actions defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list with regards to this case.

Dated: February 27, 2019                             DEAN & FULKERSON

                                                     _____
                                                     Kevin N. Summers (P34458)
                                                     801 W. Big Beaver Road, Suite 500
                                                     Troy, Michigan 48084
                                                     Telephone: (248) 362-1300
                                                     Facsimile: (248) 362-1358
                                                     Email: Ksummers@dflaw.com