Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
lschildkraut@archerlaw.com

and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com

and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

Hearing Date: April 18, 2019
Hearing Time: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FINAL HEARING ON MOTION OF
COMMUNITY UNIT SCHOOL DISTRICT 300
FOR RELIEF FROM THE AUTOMATIC STAY
<u>OR, IN THE ALTERNATIVE, FOR ABSTENTION</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On November 12, 2018, Community Unit School District 300, an Illinois school district (the "**School District**"), filed a motion (the "**Motion**") for relief from the automatic stay or, in the alternative, for the Court to abstain [Docket No. 652].

2. On December 17, 2018, Sears Holdings Corporation and certain of its affiliates filed the *Debtors' Objection to Motion of Community Unit School District 300 for Relief from the Automatic Stay, or in the Alternative, Abstention* [Docket No. 1280].

3. On December 18, 2018, the School District filed the *Affidavit of Susan Harkin* [Docket No. 1321] in further support of the Motion.

4. On December 20, 2018 at 10:00 A.M., a preliminary hearing to consider the Motion was held.

5. A final hearing to consider the relief sought in the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **April 18, 2019 at 10:00 A.M.**

| | |
|---|---|
| Dated: New York, New York<br>March 4, 2019 | ARCHER & GREINER, P.C.<br><br>By:  s/ Allen G. Kadish<br>     Allen G. Kadish<br>     Lance A. Schildkraut<br>630 Third Avenue<br>New York, New York 10017<br>Tel: (212) 682-4940<br>Email: akadish@archerlaw.com<br>         lschildkraut@archerlaw.com<br><br>and |

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
       nsmith@robbins-schwartz.com

and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

215831393v1