**ARCHER & GREINER, P.C.**  **Objection Deadline: March 15, 2019**
Stephen M. Packman, Esq.   **Objection Time: 11:30 a.m.**
Allen G. Kadish, Esq.
630 Third Avenue
New York, NY 10017
Phone: (212) 682-4940

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
|  | : |  |
| SEARS HOLDINGS CORPORATION, INC., *et al.*,[1] | : | BANKRUPTCY NO. 18-23538 (RDD) |
|  | : |  |
| Debtors. | : |  |

**AMENDED NOTICE OF PRESENTMENT OF**
**STIPULATION RESOLVING OBJECTION OF PREIT**
**SERVICES, LLC, AS AGENT FOR PR NORTH DARTMOUTH, LLC, TO SALE**

PLEASE TAKE NOTICE that PREIT Services, LLC, as agent for PR North Dartmouth,

LLC, will present the *Stipulation and Order Between and Among Debtor Sears, Roebuck & Co.,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

*Transform Holdco LLC and PREIT Services, LLC as agent for PR North Dartmouth, LLC* (the "Stipulation") to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature, in Chambers, on **March 15, 2019, at Noon**. A copy of the Stipulation is attached hereto as **Exhibit 1**. The Declaration of Stephen M. Packman, Esq. in Support of Stipulation Resolving Objection of PREIT Services, LLC, as Agent for PR North Dartmouth, LLC, to Sale is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that, unless a written objection to the Stipulation attached hereto is served and filed with proof of service filed with the Clerk of the Court, and a courtesy copy is delivered to (i) the undersigned counsel for PREIT Services, LLC (Attn.: spackman@archerlaw.com); (ii) counsel for the Debtors (Attn.: jacqueline.marcus@weil.com); (iii) counsel for the Buyer (Attn.: crosenbloom@cgsh.com); and to the Chambers of the Honorable Robert D. Drain, so as to be received by **March 15, 2019, at 11:30 a.m.**, there will not be a hearing to consider such Stipulation, and such Stipulation may be signed and entered by the Court.

PLEASE TAKE FURTHER NOTICE that, if a written objection is timely filed and served with respect to the Stipulation, a hearing (the "Hearing") will be held to consider such objection before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **March 21, 2019, at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

[*SIGNATURE PAGE FOLLOWS*]

|  |  |
|---|---|
| Dated: New York, New York<br>March 4, 2019 | **ARCHER & GREINER, P.C.**<br><br>/s/ Stephen M. Packman<br>Stephen M. Packman, Esq.<br>Allen G. Kadish, Esq.<br>630 Third Avenue<br>New York, NY 10017<br>Phone: (212) 682-4940<br>E-mail: spackman@archerlaw.com<br><br>*Counsel to PREIT Services, LLC as agent for PR North Dartmouth, LLC* |

216046254v2