**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                  :
                                                                             :   **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,       :
                                                                             :   **Case No. 18-23538 (RDD)**
                                                                             :
                        Debtors.[1]                                :   **(Jointly Administered)**
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DLA PIPER LLP (US) AS ORDINARY COURSE PROFESSIONAL OF THE DEBTORS

**PLEASE TAKE NOTICE** that, on November 16, 2018 the Court entered the *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date* [D.I. 794] (the "Ordinary Course Professionals Order").

**PLEASE TAKE FURTHER NOTICE** that DLA Piper LLP (US)("DLA Piper") is included as a Tier 1 Ordinary Course Professional on Exhibit 1 to the Ordinary Course Professionals Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home Improvement Products, Inc. (8591); Sears Protection Company (1250); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); [SRC Sparrow 2 LLC (None)]; StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); [SRC O.P. LLC (0487)]; KCD IP, LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); [SRC Facilities LLC (0527)]; and [SRC Real Estate (TX), LLC (4914)]. The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

EAST\165196943.1

**PLEASE TAKE FURTHER NOTICE** that, on November 28, 2018, DLA Piper filed the *Affidavit and Disclosure Statement of Amy B. Carbins, on Behalf of DLA PIPER LLP (US)* and the *Retention Questionnaire* [D.I. 922], as required by the Ordinary Course Professional Order.

**PLEASE TAKE FURTHER NOTICE** that DLA Piper (US) hereby withdraws as an Ordinary Course Professional, (as that term is defined in the Ordinary Course Professional Order) to the Debtors in the above-captioned cases.

| | |
|---|---|
| Dated: March 4, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Jamila Justine Willis*<br>Jamila Justine Willis (JW2914)<br>Richard A. Chesley<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: jamila.willis@dlapiper.com<br>          richard.chesley@dlapiper.com<br><br>*Former Ordinary Course Professional to the Debtors and Debtors in Possession* |