Allen G. Kadish
Harrison H.D. Breakstone
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      hbreakstone@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) ) ) | Case No. 18-23538 (RDD) (Jointly Administered) |
| Debtors. | ) ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

    CHRISTIAN HANSEN, being duly sworn, deposes and says that:

I am not a party of this action, am over 18 years of age and reside in New York, New York.

On March 4, 2019, I served true and correct copies of the *Notice of Final Hearing on Motion of Community Unit School District 300 for Relief from the Automatic Stay or, in the Alternative, for Abstention* [Docket No. 2732] by email on the parties identified on the service list attached as Exhibit A, and by first class mail on the parties identified on the service list attached as Exhibit B.

                                                              s/ Christian Hansen
                                                              Christian Hansen

Sworn to before me this
  5th  day of March, 2019

      s/ Allen G. Kadish
Notary Public

Allen G. Kadish
Notary Public, State of New York
No. 02KA4946891
Qualified in New York County
Commission Expires April 11, 2019

**<u>Exhibit A</u>**

18-23538-shl    Doc 2743    Filed 03/05/19    Entered 03/05/19 13:15:20    Main Document
Pg 3 of 9

**<u>Exhibit A</u>**

| | | |
|---|---|---|
| harrisj12@michigan.gov | tyler.dischinger@bipc.com | marshall.huebner@davispolk.com |
| idizengoff@akingump.com | Eric.Waxman@cwt.com | eli.vonnegut@davispolk.com |
| pdublin@akingump.com | Anthony.Deleo@cwt.com | jwcohen@daypitney.com |
| aqureshi@akingump.com | rdavis@cafarocompany.com | mcto@debevoise.com |
| sbrauner@akingump.com | jlevitin@cahill.com | eweisgerber@debevoise.com |
| bnkatty@aldineisd.org | rstieglitz@cahill.com | jcurley@ddw-law.com |
| jarnold@aldridgepite.com | sjk@carmodymacdonald.com | bethsolomon@discover.com |
| James.Vincequerra@alston.com | MKurzman@carmodylaw.com | marita.erbeck@dbr.com |
| leib.lerner@alston.com | tsansone@carmodylaw.com | LJKotler@duanemorris.com |
| ajd@ansellgrimm.com | mcatalfimo@carterconboy.com | WMSimkulak@duanemorris.com |
| ajd@ansellgrimm.com | gadsden@clm.com | WMSimkulak@duanemorris.com |
| akadish@archerlaw.com | bankruptcy@clm.com | Cheitzenrater@duanemorris.com |
| lschildkraut@archerlaw.com | Dennis.roemlein@bnymellon.com | emunozPSC@gmail.com |
| andrew.silfen@arentfox.com | rmccord@certilmanbalin.com | lmay@eisemanlevine.com |
| beth.brownstein@arentfox.com | rnosek@certilmanbalin.com | rxza@elliottgreenleaf.com |
| brian.lohan@arnoldporter.com | appleby@chapman.com | sak@elliottgreenleaf.com |
| ginger.clements@arnoldporter.com | wilamowsky@chapman.com | ems@elliottgreenleaf.com |
| CSchael@AshfordNJLaw.com | brotenberg@csglaw.com | Leopold.matt@Epa.gov |
| eneiger@askllp.com | szuber@csglaw.com | lbercovich@epicor.com |
| jchristian@askllp.com | ksimard@choate.com | ppascuzzi@ffwplaw.com |
| Jg5786@att.com | jmarshall@choate.com | gchico@ferraiuoli.com |
| mcuellar45@austinenterpriseslp.com | hchoi@choiandpark.com | mark.wilson@fisherbroyles.com |
| egoodman@bakerlaw.com | cpark@choiandpark.com | patricia.fugee@fisherbroyles.com |
| fkhan@bakerlaw.com | lkleist@choiandpark.com | dlwright@foley.com |
| pollack@ballardspahr.com | mstein@chuhak.com | kcatanese@foley.com |
| branchd@ballardspahr.com | eschnitzer@ckrlaw.com | msmall@foley.com |
| heilmanl@ballardspahr.com | gsaydah@ckrlaw.com | tscannell@foley.com |
| summersm@ballardspahr.com | srichman@clarkhill.com | aguon@foxrothschild.com |
| harnerp@ballardspahr.com | srichman@clarkhill.com | plabov@foxrothschild.com |
| kutnera@ballardspahr.com | nbencze@clarkhill.com | thoran@foxrothschild.com |
| knewman@barclaydamon.com | duane.brescia@clarkhillstrasburger.com | mhall@foxrothschild.com |
| mowens@btlaw.com | dblau@clarkhill.com | mherz@foxrothschild.com |
| emiller@bayardlaw.com | soneal@cgsh.com | nreid@foxswibel.com |
| russ@bsavory.com | jbromley@cgsh.com | jfrank@fgllp.com |
| rmills@bellnunnally.com | aweaver@cgsh.com | jkleinman@fgllp.com |
| klove@bellnunnally.com | rmukhi@cgsh.com | deggert@freeborn.com |
| mbarrie@beneschlaw.com | jkpark@cgsh.com | brad.eric.scheler@friedfrank.com |
| kcapuzzi@beneschlaw.com | wkelleher@cohenlaw.com | scott.luftglass@friedfrank.com |
| wschonberg@beneschlaw.com | hward@cohenlaw.com | peter.siroka@friedfrank.com |
| Ernie.park@bewleylaw.com | rseltzer@cwsny.com | tking@fbtlaw.com |
| Tgaa@bbslaw.com | jbienstock@coleschotz.com | rgold@fbtlaw.com |
| michael@bindermalter.com | mwarner@coleschotz.com | awebb@fbtlaw.com |
| julie@bindermalter.com | Michael.smith2@computershare.com | pmartin@fmdlegal.com |
| JRhodes@BlankRome.com | kbifferato@connollygallagher.com | lbrymer@fmdlegal.com |
| Tarr@BlankRome.com | kconlan@connollygallagher.com | gseitz@gsbblaw.com |
| EZucker@BlankRome.com | cgriffiths@connollygallagher.com | mgensburg@gcklegal.com |
| bankruptcy@borgeslawllc.com | svanaalten@cooley.com | btheisen@gibbonslaw.com |
| wborges@borgeslawllc.com | scarnes@cooley.com | nsongonuga@gibbonslaw.com |
| schin@borgeslawllc.com | dcoffino@cov.com | hcohen@gibbonslaw.com |
| arainone@bracheichler.com | aclark@cov.com | dcampbell@ghclaw.com |
| jjorissen@briggs.com | mfelger@cozen.com | tnixon@gklaw.com |
| jmontgomery@brownconnery.com | pzumbro@cravath.com | tomf@goldmclaw.com |
| pweiser@buchalter.com | davidtaxin@dahannowick.com | jflaxer@golenbock.com |
| schristianson@buchalter.com | daniel@dmsilverlaw.com | mweinstein@golenbock.com |
| christopher.schueller@bipc.com | dhw@dhclegal.com | gfox@goodwinlaw.com |

terry.shulsky@bipc.com
mgoldstein@goodwinlaw.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
phillip.bohl@gpmlaw.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
dlieberman@halperinlaw.net
joia.johnson@hanes.com
howard.upchurch@hanes.com
ktompsett@harrisbeach.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
elio@higgslaw.com
cfenlon@hinckleyallen.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
llichtman@honigman.com
chris.gartman@hugheshubbard.com
bgross@HuntonAK.com
mlegge@huntonak.com
ghesse@huntonak.com
caleb.holzaepfel@huschblackwell.com
lynn.butler@huschblackwell.com
Daniel.Swetnam@icemiller.com
taxcollector@co.imperial.ca.us
alex.macias@impremedia.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
hgj@jasneflorio.com
dlk@jasneflorio.com
brownsvalleyorchards@aol.com
elkinj@mac.com
robert.honeywell@klgates.com
atureaud@kblaw.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
jacarlino@kslnlaw.com
ssouthard@klestadt.com
lkiss@klestadt.com
kurtzman@kurtzmansteady.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
marc.zelina@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com

sears.service@davispolk.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
cgruen@gruenlaw.com
dtabachnik@dttlaw.com
pstarkesq@gmail.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
andrew.cole@leclairryan.com
janice.grubin@leclairryan.com
alex.chase@leclairryan.com
jjorissen@losgs.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
ira.greene@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
dwirt@lockelord.com
bbuechler@lowenstein.com
echafetz@lowenstein.com
bnathan@lowenstein.com
dmiller@lubinolson.com
david@mhlaw-ny.com
tleday@mvbalaw.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
dmeegan@mhksacto.com
cjm@msf-law.com
nkenworthy@mrrlaw.net
ALeblanc@milbank.com
cprice@milbank.com
RLiubicic@milbank.com
sdnyecf@dor.mo.gov
ssmith@mwlaw.com
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com
mro@prbankruptcy.com

bbazian@goodwinlaw.com
thomas.walper@mto.com
dperry@munsch.com
kcordry@naag.org
jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
enid.stuart@ag.ny.gov
cdesiderio@nixonpeabody.com
dsklar@nixonpeabody.com
rpedone@nixonpeabody.com
bob.bruner@nortonrosefulbright.com
howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
stephen.castro@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
cmomjian@attorneygeneral.gov
rachel.obaldo@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
victoria.garry@ohioattorneygeneral.gov
sokeefe@okeefelc.com
dpatrick@omm.com
jtaylor@omm.com
mkremer@omm.com
paul@orshanpa.com
lily@pacogarment.com
chipford@parkerpoe.com
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
ecobb@pbfcm.com
jbanks@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com
rlp@pryormandelup.com
mhofsdal@pryorcashman.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com

| | | |
|---|---|---|
| gillazarus@gmail.com | bradley.schneider@mto.com | matthewscheck@quinnemanuel.com |
| ellisonmerkel@quinnemanuel.com | rkinas@swlaw.com | Jared.Friedmann@weil.com |
| cfilardi@rrlawpc.com | bk@svllaw.com | Jessie.Mishkin@weil.com |
| greiss@reisspreuss.com | darolf@sorlinglaw.com | mbrofman@weisszarett.com |
| etikkanen@reisspreuss.com | pmryan@sorlinglaw.com | sfink@weltman.com |
| cpugatch@rprslaw.com | mary.callahan@bnymellon.com | vandermarkj@whiteandwilliams.com |
| hmagaliff@r3mlaw.com | mary.callahan@bnymellon.com | sgerald@wtplaw.com |
| kflorey@robbins-schwartz.com | tonder@stark-stark.com | bankruptcy@evict.net |
| nsmith@robbins-schwartz.com | jlemkin@stark-stark.com | awilliams@williamsadvisors.com |
| Robert.e.michael.esq@gmail.com | cp@stevenslee.com | alipkin@willkie.com |
| Aron.hume@gmail.com | thomas.salerno@stinson.com | gbrunswick@willkie.com |
| fbr@robinsonbrog.com | streusand@slollp.com | phealy@wsfsbank.com |
| rms@robinsonbrog.com | khansen@stroock.com | scimalore@wilmingtontrust.com |
| gregg.galardi@ropesgray.com | jcanfield@stroock.com | david.tillem@wilsonelser.com |
| kimberly.kodis@ropesgray.com | sbhattacharyya@stroock.com | ncwitte@wittelaw.com |
| sam.ashuraey@ropesgray.com | mklein@ssbny.com | saron@wrslawyers.com |
| james.wilton@ropesgray.com | dietdericha@sullcrom.com | tom@attorneyzim.com |
| patricia.chen@ropesgray.com | zylberbergd@sullcrom.com | Paloma.VanGroll@weil.com |
| ssally@ropesgray.com | dkupetz@sulmeyerlaw.com | pstrok@swelawfirm.com |
| joshua.sturm@ropesgray.com | ckwu@sulmeyerlaw.com | |
| nicholas.berg@ropesgray.com | lawyer@surilawoffice.com | |
| timothy.farrell@ropesgray.com | bsattin@szaferman.com | |
| srosen@rosenpc.com | Riela@thsh.com | |
| prubin@rubinlawllc.com | aconway@taubman.com | |
| mamato@rmfpc.com | tf@lawtaf.com | |
| skelly@s-d.com | Starr.Judith@pbgc.gov | |
| mmccann@swc-law.com | mccarron.william@pbgc.gov | |
| rabiuso@swc-law.com | efile@pbgc.gov | |
| jweinblatt@sakar.com | joe@sarscheklawfirm.com | |
| cbelmonte@ssbb.com | mtsang@tsanglawfirm.com | |
| asnow@ssbb.com | Curtis.Tuggle@ThompsonHine.com | |
| pbosswick@ssbb.com | powerwangtxks@vip.126.com | |
| ldelucia@schiffhardin.com | AGBankNewYork@ag.tn.gov | |
| afiedler@schiffhardin.com | jpruski@trainorfairbrook.com | |
| secbankruptcy@sec.gov | kay.brock@traviscountytx.gov | |
| NYROBankruptcy@sec.gov | David.Jones6@usdoj.gov | |
| bankruptcynoticeschr@sec.gov | Jeffrey.Oestericher@usdoj.gov | |
| ashmead@sewkis.com | Joseph.Cordaro@usdoj.gov | |
| alves@sewkis.com | Carina.Schoenberger@usdoj.gov | |
| emfox@seyfarth.com | Lawrence.Fogelman@usdoj.gov | |
| rhermann@sbwh.law | Peter.Aronoff@usdoj.gov | |
| mkish@sbwh.law | Linda.Riffkin@usdoj.gov | |
| jshafer@sbwh.law | jdunn@vedderprice.com | |
| floridaservice@sbwh.law | ketzel@vedderprice.com | |
| fsosnick@shearman.com | mschein@vedderprice.com | |
| sara.coelho@shearman.com | marva.m.levine@verizon.com | |
| afeld@sheppardmullin.com | notice@waldrepllp.com | |
| tcohen@sheppardmullin.com | sfalanga@walsh.law | |
| rreinert@shutts.com | gtoering@wnj.com | |
| rtucker@simon.com | Dclarke@wjslaw.com | |
| mshriro@singerlevick.com | ray.schrock@weil.com | |
| dplon@sirlinlaw.com | garrett.fail@weil.com | |
| Paul.Leake@skadden.com | jacqueline.marcus@weil.com | |
| Shana.Elberg@skadden.com | sunny.singh@weil.com | |
| George.Howard@skadden.com | JeriLeigh.Miller@weil.com | |
| enotices@skijain.com | jessica.liou@weil.com | |

**Exhibit B**

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Attn: Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates Illinois 60179

Weil, Gotshal & Manges LLP
Attn:   Ray C. Schrock, P.C.
        Jacqueline Marcus, Esq.
        Garret A. Fail, Esq.
        Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   Paul D. Leake, Esq.
        Shana A. Elberg, Esq.
        George R. Howard, Esq.
4 Times Square
New York, NY 10036

Davis Polk & Wardell LLP
Attn:   Marshall S. Huebner, Esq.
        Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 20027

Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza,
New York, NY, 10006

Kelley Drye & Warren LLP
Attn:   Eric R. Wilson, Esq.
        Benjamin D. Feder, Esq.
        T. Charlie Liu, Esq.
101 Park Avenue
New York, NY 10178

Seyfarth Shaw LLP
Attn:   Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

Akin Gump Strauss Hauer & Feld LLP
Attn:   Philip C. Dublin, Esq.
        Ira Dizengoff, Esq.
        Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

216046576v1