UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION, et al.,

        Debtors.

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Lawrence W. Byrne, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent William Juiris, in the above captioned chapter 11 case.

***I certify that I am a member in good standing*** of the bar in the State of Illinois and Wisconsin; the bar of the U.S. Court of Appeals for the Seventh Circuit; and the bar of the U.S. District Court for Northern Districts of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission

Dated: January 30, 2019

                                                    PEDERSEN & HOUPT

                                                   By: _____
                                                       Lawrence W. Byrne, Esq.
                                         161 North Clark Street, Suite 2700
                                         Chicago, Illinois 60601
                                         312-261-2185
                                         jdelnero@pedersenhoupt.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

In re: SEARS HOLDING CORPORATION, et al.,

        Debtors.

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

---------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Lawrence W. Byrne to be admitted, *pro hac vice*, to represent William Juiris (the "Client") in the above-reference case(s), and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and Wisconsin; the bar of the U.S. Court of Appeals for the Seventh Circuit; and the bar of the U.S. District Court for Northern District of Illinois.

**ORDERED**, that Lawrence W. Byrne is admitted to practice, *pro hac vice*, in the above-referenced jointly administered cases(s) to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        _____, 2019

                                                    _____
                                                    HONORABLE ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE