| | |
|---|---|
| LAW OFFICES<br>**CHARLES A. GRUEN**<br>Attorneys for Creditor, U.S. Bank National<br>  Association d/b/a U.S. Bank Equipment Finance<br>381 Broadway, Suite 300<br>Westwood, New Jersey 07675<br>(201) 342-1212<br>(CG5456) | **Motion Date: Thursday, April 18, 2019**<br>**Motion Time: 10:00 a.m.**<br>**Objection Deadline: April 11, 2019** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>                 Debtors. | Chapter 11<br><br>Case No.: 18-23538 (RDD) |

**NOTICE OF HEARING ON MOTION TO COMPEL DEBTOR, SEARS**
**HOME & BUSINESS FRANCHISES, INC., TO ASSUME OR REJECT**
**TWO (2) MASTER LEASE AGREEMENTS AND TO ALLOW AN**
**ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION PAYMENTS**

PLEASE TAKE NOTICE that on Thursday, April 18, 2019, at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorney for Creditor, U.S. BANK NATIONAL ASSOCIATION d/b/a U.S. BANK EQUIPMENT FINANCE ("U.S. BANK"), will move before the Honorable Robert D. Drain, U.S.B.J., United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, for an Order compelling the Debtor, SEARS HOME & BUSINESS FRANCHISES, INC., to assume or reject two (2) Master Lease Agreements. Upon the return date, counsel shall rely upon the annexed Affidavit of Debbie L. Stibbe, Assistant Vice President - Loss Mitigation Manager of Creditor, U.S. BANK.

**PLEASE TAKE FURTHER NOTICE,** that Objections, if any, to U.S. BANK's Motion must be made in writing, with a hard copy delivered to the Chambers of the Honorable Robert D. Drain, U.S.B.J., United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, shall conform to the Federal Rules of Bankruptcy Procedure and the

Local Bankruptcy Rules, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-Rom, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* (the "Amended Case Management Order"), entered on November 1, 2018 (Docket No. 405), so as to be filed and received no later than **April 11, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing pursuant to the Amended Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

                                                LAW OFFICES OF CHARLES A. GRUEN
                                                Attorneys for Creditor, U.S. Bank National Association
                                                d/b/a U.S Bank Equipment Finance

                                                By: _____/s/ Charles A. Gruen_____
                                                        Charles A. Gruen (CG5456)

                                                381 Broadway, Suite 300
                                                Westwood, New Jersey 07675
                                                (201) 342-1212

Dated:   March 5, 2019