**EXHIBIT B**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
[illegible]

B. E-MAIL CONTACT AT FILER (optional)
[illegible]

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

P.O. BOX 29071
GLENDALE, CA 91209-9071

Delaware Department of State
U.C.C. Filing Section
Date: 11:39 AM 03/20/2017
U.C.C. Initial Filing No: 2017 1664307

Service Request No: [redacted]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

1a. ORGANIZATION'S NAME: [illegible] MATTRESS FRANCHISEE, INC.

1c. MAILING ADDRESS: 6475 [illegible] St    CITY: [illegible]    STATE: OH    POSTAL CODE: 43035    COUNTRY: US

2. DEBTOR'S NAME:

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: BXR [illegible], LLC

3c. MAILING ADDRESS: 2332 [illegible] 30    CITY: MESQUITE    STATE: TX    POSTAL CODE: 75150    COUNTRY: US

4. COLLATERAL:
Collateral Description - please see attached

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Equipment as more fully described on the attached Schedule A

TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED OR ATTACHED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.

Schedule "A"

| Quantity | Manufacturer | Description |
|---|---|---|
| 1 | DELL | SCv2020 iSCSI Dell6Gb Mini-SAS to Mini-SAS Cable, 0.6M, Qty 210Gb iSCSI Dual Controller auto negotiatingSCv20x0 SSN LicenseRedundant Power Supply, 580W(2) C13 to C14, PDU Style, 12 AMP, 2 Feet (.6m) Power Cord, North AmericaRack RailsDell Hardware Limited Warranty Initial YearDell Hardware Limited Warranty Extended Year(s)Mission Critical Package: 4-Hour 7x24 On-Site Service with Emergency Dispatch, Initial YearMission Critical Package: 4-Hour 7x24 On-Site Service with Emergency Dispatch, 2 Year ExtendedProSupport: 7x24 HW / SW Tech Support and Assistance, 3 YearProDeploy Dell Storage SC Series v2XXX SAN - DeploymentProDeploy Dell Storage SC Series v2XXX SAN - Deployment Verification(12) Hard Drive Filler 2.5in, single blank(12) 1.92TB SAS 12Gb, Read Intensive SSD, 2.5 |