# EXHIBIT D

*This is a non-cancellable, legally binding contract"*

Master Lease #:

# MASTER LEASE AGREEMENT

VAR TECHNOLOGY FINANCE

Lessor:
VAR Technology Finance
2330 Interstate 30
Mesquite, TX 75150

Phone: (972) 755 8200
Fax: (972) 755 8210

Lessee (Leasing Customer): Sears Home & Business Franchises, Inc.

Lessee's Chief Executive Office - Street: 6472 Cotter St.

City, ST & Zip Code: Lewis Center, OH, 43035-7139

County: Delaware

Lessee's Telephone: 888 272-9374

Tax ID#: [redacted]

## Signatures

| Lessee has reviewed this page and the rest of this Lease | Lessor has reviewed this page and the rest of the Lease |
|---|---|
| Sears Home & Business Franchises, Inc. | VAR Technology Finance (Lessor) |
| [signature] | [signature] |
| Authorized Signature | Authorized Signature |
| Larsen Sharp — President — 2/9/17 | Sheri Ashwood — Syndication Specialist — 3/21/17 |
| Print Name — Title — Date | Print Name — Title — Date |

## Terms and Conditions

[illegible]

1. *LEASE OF EQUIPMENT.* [illegible]

2. *UNCONDITIONAL OBLIGATION TO PERFORM.* [illegible]

3. *ORIGINAL TERM; END OF TERM OPTIONS; RENEWAL PROVISIONS.* [illegible]

4. *LEASE PAYMENTS.* [illegible]

5. *DELIVERY; LOCATION; OWNERSHIP; USE; MAINTENANCE OF EQUIPMENT.* [illegible]

*No schedule may be terminated early. The terms of this master lease are continued on the reverse or next page.*

[illegible] ("Good Condition")

8. NO WARRANTIES; FINANCE LEASE. WITH RESPECT TO EACH SCHEDULE, WE ARE LEASING THE EQUIPMENT TO YOU "AS IS". WE HAVE NOT MADE AND HEREBY DISCLAIM ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, ARISING BY APPLICABLE LAW OR OTHERWISE, INCLUDING WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. [illegible]

[illegible]

Lessee has reviewed this page. Lessee Initials ______

VAR Technology Finance
2330 Interstate 30
Mesquite, TX 75150

Phone (972) 755 8200
Fax (972) 755 8210
www.vartechnologyfinance.com

ORIGINAL

VAR
TECHNOLOGY FINANCE

# Exhibit A

## Equipment Lease Schedule No. 1

This Equipment Lease Schedule (this "Schedule") is made and entered into as of the ____ day of ______, ______, by and between VAR Technology Finance(hereinafter "We," "Us" or "Our") and Sears Home & Business Franchises, Inc. (hereinafter "You" or "Your"). This Schedule is entered into subject to that certain Master Lease Agreement No. ______________ (the "Master Agreement") between You and Us. All of the terms and conditions set forth in the Master Agreement are hereby reaffirmed and incorporated in and made part of this Schedule, as if fully set forth herein. *The Master Agreement, together with this Schedule and the related and supporting documents entered into in connection with this Schedule, represent the final and only agreement between You and Us regarding the leasing of the Equipment identified below and may not be contradicted by evidence of prior, contemporaneous or subsequent oral agreements. There are no unwritten oral agreements between You and Us relating to the leasing of the Equipment. Other agreements (including, without limitation, those contained in any purchase agreement or order between You and the Supplier of Equipment) not stated in the Master Agreement or in the Schedule or other supporting documents are not binding on Us.* This Schedule, inclusive of the terms and conditions set forth in the Master Agreement, constitutes a separate lease between You and Us. Any amendment to the Master Agreement subsequent to the date of this Schedule shall be ineffective as to this Schedule unless otherwise expressly stated in such amendment.

We hereby agree to lease to You, and You hereby agree to lease from Us, the following-described Equipment upon the terms and conditions set forth in this Schedule and in the Master Agreement:

Description of Equipment – INCLUDE MAKE, MODEL AND SERIAL NUMBERS (ATTACH ADDITIONAL PAGE IF NECESSARY)

See attached Schedule A

*Notwithstanding anything to the contrary contained herein, We may (i) insert the Lease number and any other information missing in this Schedule, including but not limited to correcting the Equipment description to accurately reflect the description provided for on the final invoice(s), (ii) make corrections to Your proper legal name and address, and (iii) change the Lease Payment amount by not more than 15% due to a change in the Equipment configuration, cost, or a payment miscalculation.*

Equipment Supplier: VAR Technology Finance

Equipment Location Address: 8472 Cotter St., Lewis Center, OH 43035-7136

Original Term: 24 Months

Commencement Date of this Lease: ______

Lease Payment Option: $1,354.41 per: ☒ Month ☐ Quarter ☐ Year ☐ Other:

Check here ☐ if Lease Payment amount includes sales/use tax

$0.00 Lease Payment(s) is(are) due at the time this Schedule is signed, which shall be applied to the: ☐ First Lease Payment ☐ First and Last Lease Payments ☒ Other: Zero advance payments, payments due in arrears

Security Deposit: $______

Purchase Option at end of Original Term: ☐ None ☐ One Dollar ($1.00) ☒ Fair Market Value as of end of Original Term ☐ Other:

The above equipment purchase options may be exercised by You only at the end of the Original Term. If you are in default under the Master Agreement or this Schedule at the time you desire to exercise a purchase option, You must cure such default to Our satisfaction before having the right to exercise such option. If the "One Dollar" purchase option is checked above, then the last two sentences of Section 3 of the Master Agreement shall not apply to this Lease (in other words, the "automatic renewal" provisions in Section 3 shall not apply to this Lease). If the "Fair Market Value" option is checked above, then the purchase price will be the fair market retail value of the Equipment, as determined by Us in our sole but reasonable judgment, as of the end of the Original Term.

This Schedule is not binding upon Us unless and until We accept this Schedule by signing below. A facsimile copy of this Schedule shall have the same force and effect as the original. This Schedule is non-cancelable and may not be terminated early.

VAR Technology Finance
By: X [signature]
Date: 3/21/17
Accepted and signed in Mesquite, TX

You: Sears Home & Business Franchises, Inc.
By: X [signature]
Name (Print): Larsen Sharp
Title: President
Date Signed: 2/9/17




VAR Technology Finance
2330 Interstate 30
Mesquite, TX 75150

Phone (972) 755 8200
Fax (972) 755 8210
www.vartechnologyfinance.com

## Schedule A

**Sears Home & Business Franchises, Inc.**

| Quantity | Manufacturer | Description |
| --- | --- | --- |
| 1 | DELL | SCv2020 ISCSI Dell6Gb Mini-SAS to Mini-SAS Cable, 0.6M, Qty 210Gb iSCSI Dual Controller auto negotiatingSCv20x0 SSN LicenseRedundant Power Supply, 580W(2) C13 to C14, PDU Style, 12 AMP, 2 Feet (.6m) Power Cord, North AmericaRack RailsDell Hardware Limited Warranty Initial YearDell Hardware Limited Warranty Extended Year(s)Mission Critical Package: 4-Hour 7x24 On-Site Service with Emergency Dispatch, Initial YearMission Critical Package: 4-Hour 7x24 On-Site Service with Emergency Dispatch, 2 Year ExtendedProSupport: 7x24 HW / SW Tech Support and Assistance, 3 YearProDeploy Dell Storage SC Series v2XXX SAN - DeploymentProDeploy Dell Storage SC Series v2XXX SAN - Deployment Verification(12) Hard Drive Filler 2.5in, single blank(12) 1.92TB SAS 12Gb, Read Intensive SSD, 2.5 |

Lessee: Sears Home & Business Franchises, Inc.

Signature: [signature]

Title: President

VAR Technology Finance
2330 Interstate 30
Mesquite, TX 75150

Phone (972) 755 8200
Fax (972) 755 8210
www.vartechnologyfinance.com

## Equipment Acceptance

Certificate of Acknowledgment and Acceptance of Leased Equipment
Lease Number: [redacted]

Lessee hereby acknowledges receipt of the equipment described in its Lease with Lessor (the "Equipment") and accepts the Equipment after full inspection thereof as satisfactory for all purposes of the Lease. Lessee acknowledges that Lessor has fully and satisfactorily performed all covenants and conditions to be performed by Lessor.

March 1 2017
Delivery Date of the Goods

Sears Home & Business Franchises, Inc.
Lessee

2/9/17
Date of Lease

[signature]
Signature

IT Infrastructure Supervisor
Title

Jeffrey C Rockwell
Print Name of Signer

**BILLING CONTACT INFORMATION**
(Person in Charge of your Payables, Ex. A/P Clerk, Controller, etc.)

Jeff Rockwell
(Contact Name and Title)

740-201-3121
(Contact Direct Phone Number and Ext.)

jeff.rockwell@searsfranchises.com
(Contact E-Mail Address)