**KELLER ROHRBACK L.L.P.**
Tanya Korkhov
tkorkhov@kellerrohrback.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692

*Attorneys for Non-Debtor Parties*
*Robert A. Catalfamo, et al.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| SEARS HOLDINGS CORPORATION, | : |
| *et al,* | : Case No. 18-23538 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND**
**BANKRUPTCY RULES 2002(G) AND 9010**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action, captioned *In Re 2017 Sears Holdings Corp ERISA Litigation*, No. 1:17-cv-05230 (N.D. Ill.) (the "ERISA Plaintiffs"), creditors and parties-in-interest in the above-captioned case and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby requests copies of all pleadings and other papers (however designated) filed in these cases, as well as notices given or required to be given herein, be given and served upon the undersigned at the following address:

> Tanya Korkhov
> Keller Rohrback L.L.P.
> 1140 Avenue of the Americas, 9th Floor
> New York, NY 10036
> Tel: (646) 380-6690
> Fax: (646) 380-6692
> tkorkhov@kellerrohrback.com