**KELLER ROHRBACK L.L.P.**
Tanya Korkhov
tkorkhov@kellerrohrback.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692

*Attorneys for Non-Debtor Parties*
*Robert A. Catalfamo, et al.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| SEARS HOLDINGS CORPORATION, | : |
| *et al*, | : Case No. 18-23538 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND**
**BANKRUPTCY RULES 2002(G) AND 9010**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action, captioned *In Re 2017 Sears Holdings Corp ERISA Litigation*, No. 1:17-cv-05230 (N.D. Ill.) (the "ERISA Plaintiffs"), creditors and parties-in-interest in the above-captioned case and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby requests copies of all pleadings and other papers (however designated) filed in these cases, as well as notices given or required to be given herein, be given and served upon the undersigned at the following address:

> Tanya Korkhov
> Keller Rohrback L.L.P.
> 1140 Avenue of the Americas, 9th Floor
> New York, NY 10036
> Tel: (646) 380-6690
> Fax: (646) 380-6692
> tkorkhov@kellerrohrback.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by ERISA Plaintiffs to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive any substantive or procedural rights of ERISA Plaintiffs, including but not limited to: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which ERISA Plaintiffs are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or paper for which mailed or personal service is required under the applicable Federal or Local Rules of Bankruptcy or Civil Procedure.

Dated: March 6, 2019

Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

*/s/ Tanya Korkhov*
Tanya Korkhov
tkorkhov@kellerrohrback.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692

*Attorneys for the ERISA Plaintiffs*