Form 210A (10/06)

# United States Bankruptcy Court
# Southern District Of New York

In re:   SEARS, ROEBUCK AND CO., et al.,
Case No.   18-23538, et al. Jointly administered under Case No. 18-23538

### NOTICE OF *PARTIAL* TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
  **Fair Harbor Capital, LLC**
  **As assignee of Anglo American Enterprises Corp**

Name of Transferor:
  **Anglo American Enterprises Corp**

Court Claim # (if known):  678
**AMOUNT OF CLAIM TRANSFERRED:  $4,062.39**
Invoice No(s): have invoices and pod

(the administrative portion of claim 678)

Name and Address where notices to transferee
should be sent:

  **Fair Harbor Capital, LLC**
  **Ansonia Finance Station**
  **PO Box 237037**
  **New York, NY  10023**

Name and Address of Transferor:

Anglo American Enterprises Corp
403 Kennedy Blvd
Somerdale, NJ  08083

Phone:   212 967 4035
Last Four Digits of Acct #:      n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:            n/a
Last Four Digits of Acct #:        n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:         /s/*Fredric Glass*                            Date:     March 6, 2019
       Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District Of New York

In re:     **SEARS, ROEBUCK AND CO., et al.,**
Case No.   **18-23538, et al. Jointly administered under Case No. 18-23538**

### NOTICE OF *PARTIAL* TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. 678 (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on March 6, 2019.

Name of Transferee:
**Fair Harbor Capital, LLC**
 As assignee of Anglo American Enterprises Corp]

Name of Alleged Transferor:
**Anglo American Enterprises Corp**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Anglo American Enterprises Corp
403 Kennedy Blvd
Somerdale, NJ  08083

### DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                        _____
                                                                                              Clerk of the Court

### Notice of Transfer and Waiver of Notice

ANGLO AMERICAN ENTERPRISES CORP ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Administrative Claim (as defined in the Agreement) against **Sears Holdings Corporation and Kmart Corporation, et al.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$4,062.39**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Southern District of New York, Case No 18-23538, et al.. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, ANGLO AMERICAN ENTERPRISES CORP (Seller) has signed below as of 2/9/19 (date)

ANGLO AMERICAN ENTERPRISES CORP ("Seller")
403 KENNEDY BLVD
SOMERDALE, NJ 08083-1025

Print Name: ALICE HAGY    Title: ACCOUNTING
Signature: [signed]    Date: 1/2/19
Phone:
Email: AL
Updated Address (If Changed):

Fair Harbor Capital, LLC ("Purchaser")
1841 Broadway, 10th Fl
New York, NY 10023

Signature: [signed]

Fred Glass, Member Fair Harbor Capital, LLC

Victor Knox