PAUL D. MURPHY (CA State Bar No. 159556)
pmurphy@murphyrosen.com
DANIEL N. CSILLAG (CA State Bar No. 266773)
dcsillag@murphyrosen.com
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone:  (310) 899-3300
Facsimile:   (310) 399-7201

Attorneys for Creditor
Crickm Carson Trust

# UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | CASE NO. 7:18-bk-23538-RDD |
|---|---|
| SEARS HOLDINGS CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS** |

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*PRINTED ON RECYCLED PAPER*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Paul D. Murphy, Managing Partner of Murphy Rosen LLP, as counsel for creditor Crickm Carson Trust, hereby enters his appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed as follows:

>Paul D. Murphy
>MURPHY ROSEN LLP
>100 Wilshire Boulevard, Suite 1300
>Santa Monica, California 90401-1142
>Telephone: (310) 899-3300
>Facsimile: (310) 399-7201
>Email: pmurphy@murphyrosen.com

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings. Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Respectfully submitted,

DATED:  March 6, 2019            MURPHY ROSEN LLP

By: _____
          Paul D. Murphy
          Daniel N. Csillag
          Attorneys for Creditor
          Crickm Carson Trust

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*PRINTED ON RECYCLED PAPER*

*NOTICE OF APPEARANCE AND REQUEST FOR SERVICE*

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2019, a true and correct copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

_____

**SARAH DEICHES**

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

-1-
*CERTIFICATE OF SERVICE*

*PRINTED ON RECYCLED PAPER*