| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Hearing Date: March 21, 2019 |
| | Time: 10:00 am. |
| **SOUTHERN DISTRICT OF NEW YORK** | Objection Deadline: March 14, 2019 |
| | Time: 4:00 pm. |

───────────────────────────────x

**In re:**

**SEARS HOLDING CORPORATION,** *et al.,*    Case No.: 18-23538 (RDD)

                                                                                                              Chapter 11

     **Debtors**

───────────────────────────────x

## MOTION TO WITHDRAW

Pursuant to Local Rule 2090-1 and Rule 1.16(a)(3) of the Oklahoma Rules of Professional Conduct, Harris A. Phillips, the undersigned counsel, moves the Court for an Order allowing his withdrawal as counsel of record for Stephen Tuttle, a creditor herein. There is good cause for withdrawal because Counsel has been discharged by Mr. Tuttle. Counsel is obligated to withdraw under this circumstance.

For the reasons stated herein, Harris Phillips respectfully requests that the Court grant the requested withdrawal.

This motion is being served on Stephen Tuttle at 28202 S. Lovers Lane Park Hill, OK 74451.

                                          Respectfully submitted,

                                           s/Harris A. Phillips
                                         Harris A. Phillips, OBA No. 14134
                                         Niemeyer, Alexander & Phillips, P.C.
                                         300 North Walker Avenue
                                         Oklahoma City, OK 73102-1822
                                         (405) 232-2725 Tel.
                                         (405) 239-7185 Fax
                                         harrisphillips@niemeyerfirm.com