| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Hearing Date: March 21, 2019 <br> Time: 10:00 am. |
| **SOUTHERN DISTRICT OF NEW YORK** | Objection Deadline: March 14, 2019 <br> Time: 4:00 pm. |

_____x

In re:

**SEARS HOLDING CORPORATION,** *et al.,*       Case No.: 18-23538 (RDD)

                                                       **Chapter 11**

      **Debtors**

_____x

## NOTICE OF HEARING ON MOTION TO WITHDRAW

PLEASE TAKE NOTICE that, upon the Motion of the undersigned attorney Harris A. Phillips, dated March 6, 2019, Counsel will move this Court before the Hon. Robert D. Drain at the Courthouse located at 300 Quarropas Street, White Plains, NY 10601, on March 21, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order allow Counsel to Withdrawal as counsel of record for Stephen Tuttle, a creditor herein.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion shall be in writing and shall be filed with the Bankruptcy Court no later than March 14, 2019 at 4:00 p.m. (Eastern Time) (with a hard copy delivered directly to Chambers), and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures,* entered on November 1, 2018 (ECF No. 405) and upon the undersigned and the parties entitled to notice thereof.

PLEASE TAKE FURTHER NOTICE that, if no Objections are timely filed and served with respect to the Motion, the relief requested may be granted without a hearing.

Dated: Oklahoma City, Oklahoma
March 6, 2019

                                        Respectfully submitted,

                                        s/Harris A. Phillips
                                        Harris A. Phillips, OBA No. 14134
                                        Niemeyer, Alexander & Phillips, P.C.
                                        300 North Walker Avenue
                                        Oklahoma City, OK 73102-1822
                                        (405) 232-2725 Tel.
                                        (405) 239-7185 Fax
                                        harrisphillips@niemeyerfirm.com