UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
In re                                           :
                                                :        Chapter 11
SEARS HOLDINGS CORPORATION, et al.,             :
                                                :        Case No. 18-23538 (RDD)
                                                :
                  Debtors.¹                     :        (Jointly Administered)
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Approving Procedures for Modification of the Automatic Stay Under Certain Circumstances [Docket No. 2720]

On March 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Application Notice Parties Service List attached hereto as **Exhibit B**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Fourth Monthly Fee Statement of M-III Advisory Partners, LP for Compensation Earned and Expenses Incurred for Period of January 1, 2019 through January 31, 2019 and Transaction Fee [Docket No. 2722]

- First Monthly Fee Statement of Evercore Group L.L.C. for Compensation Earned and Expenses Incurred for November 16, 2018 Through February 15, 2019 [Docket No. 2725]

Dated: March 6, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 6, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 20 21

SRF 31261

**<u>Exhibit A</u>**

Exhibit A
Affectected Claimants Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Erica Natasha Moore | Ackerman Fox, LLP | Attn: Neil H. Ackerman, Esq. | 90 Merrick Ave., Suite 400 | | East Meadow | NY | 11554 | nackerman@ackermanfox.com | Email |
| Counsel to Anthony Scullari | Court Street Law | Attn: Richard A. Klass | 16 Court Street, 28th Floor | | Brookyln | NY | 11241 | RichKlass@courtstreetlaw.com | Email |
| Counsel to Qazim B. Krasniqi | Court Street Law | Attn: Richard A. Klass | 16 Court Street, 28th Floor | | Brookyln | NY | 11241 | RichKlass@courtstreetlaw.com | Email |
| Counsel to Jenny Yednak | Custy Lw Firm, LLC | Attn: Brian Custy | 4004 Campbell Street, Suite 4 | | Valparaiso | IN | 46385 | bcusty@custylaw.com | Email |
| Counsel to 233 S. Wacker, LLC | Gould & Ratner LLP | Attn: Matthew A. Olins | 222 North LaSalle Street, Suite 800 | | Chicago | IL | 60601 | molins@gouldratner.com | Email |
| Counsel to Perlene Haley | Haggerty Law | | | | | | | SamE@haggertylaw.com | Email |
| Counsel to Suzanne Mercado | Law Offices of Leo B. Dubler, III, LLC | Attn: Mark R. Natale | 20000 Horizon Way, Suite 300 | | Mt. Laurel | NJ | 08504- | mnatale@dublerlaw.com | Email |
| Counsel to Antonio D. Roberts | Law Offices of Luvell Glanton, PLLC | Attn: Luvell L. Glanton | 915 Jefferson Street, 2nd Floor | | Nashville | TN | 37208 | glantonfirm@gmail.com | Email |
| Counsel to Tracee M. Britton | Law Offices of Luvell Glanton, PLLC | Attn: Luvell L. Glanton | 915 Jefferson Street, 2nd Floor | | Nashville | TN | 37208 | glantonfirm@gmail.com | Email |
| Counsel to Corrina Beth Kenwisher | Law Offices of Thomas J. Henry | Attn: Russell T. Jackson | 521 Starr Street | | Corpus Christi | TX | 78401 | rjackson@tjhlaw.com | Email |
| Counsel to Jeffrey Pfeiffer | Motherway & Napleton, LLP | Attn: David J. Gallagher | 140 S. Dearborn Street, Suite 1500 | | Chicago | IL | 60603 | Dgallagher@mnlawoffice.com | Email |
| Counsel to Dell Financial Services LLC | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | 85 Broad Street, Suite 17-063 | | New York | NY | 10004 | jon@piercemccoy.com | Email |
| Counsel to Jerry and Esther Vosburg | Sedric E. Banks, Attorney at Law | | 1038 North Ninth Street | | Monore | LA | 71201 | sedbanks@aol.com | Email |
| Counsel to Charles Pugh | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | 1 N. Old State Capitol, Suite 200 | P.O. Box 5131 | Springfield | IL | 62705-5131 | darolf@sorlinglaw.com; pmryan@sorlinglaw.com | Email |
| Counsel to Dell Financial Services LLC | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S. MoPac Expressway, Suite 320 | | Austin | TX | 78746 | streusand@slollp.com | Email |
| Counsel to Natalie Parker | Tseitlin & Glas, P.C. | Attn: Eduardo J. Glas, Esq | 345 Seventh Avenue, 21st Floor | | New York | NY | 10001 | ejglas@gmail.com | Email |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis CO, LPA | Attn: Geoffrey J. Peters, Esq. | 3705 Marlane Drive | | Grove City | OH | 43123 | gpeters@weltman.com | Email |
| Counsel to Ronald Jones | William W. Green & Associates | Attn: Michael P. O'Sullivan | 3419 Via Lido, #607 | | Newport Beach | CA | 922663-3908 | | First Class Mail |
| Counsel to Mario Aliano | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | 77 West Washington Street, Suite 1220 | | Chicago | IL | 60602 | tom@attorneyzim.com | Email |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B
Fee Application Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com | Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey<br>201 Varick St.<br>Ste. 1006<br>New York NY 10014 | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov | Overnight Mail and Email |
| Debtors | Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker<br>3333 Beverly Road<br>Hoffman Estates IL 60179 | | Overnight Mail |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq.<br>4 Times Square<br>New York NY 10036 | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com | Email |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny SinghJared R. Friedmann, Jessie B. Mishkin, Esq.<br>767 Fifth Avenue<br>New York NY 10153 | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com | Email |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1