**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re: SEARS HOLDING CORPORATION, et al.,

Debtors.

------------------------------------------------------------- x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Lawrence W. Byrne to be admitted, *pro hac vice*, to represent William Juiris (the "Client") in the above-reference cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and Wisconsin; the bar of the U.S. Court of Appeals for the Seventh Circuit; and the bar of the U.S. District Court for Northern District of Illinois.

**ORDERED**, that Lawrence W. Byrne, Esq. is admitted to practice, *pro hac vice*, in the above-referenced jointly administered casess to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       March 7, 2019

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE