UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                                Chapter 11

SEARS HOLDING CORPORATION, *et al.*,                 Case No. 18-23538 (RDD)

                                Debtors.             (Jointly Administered)

-------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of the Bankruptcy

Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Whiteford, Taylor

& Preston LLP and Lane Powell PC hereby appear as attorneys for Angela Kelly and Janyce L.

MacKenzie, and hereby request that copies of all notices and pleadings given or filed in these

cases, or required to be given or filed in these cases, be given and served upon them at the

following addresses:

>              WHITEFORD, TAYLOR & PRESTON LLP
>              220 White Plains Road, Second Floor
>              Tarrytown, NY 10591
>              Attn.: Kenneth M. Lewis, Esq.
>              (914) 761-8400
>              klewis@wtplaw.com
>
>              LANE POWELL PC
>              1420 Fifth Avenue, Suite 4200
>              Seattle, WA 98101
>              Attn.: Will J. Brunnquell, Esq.
>              (206) 223-7046
>              brunnquellw@lanepowell.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified

above, but also includes, without limitation, any notice, hearing date, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email or

otherwise filed or given with regard to the referenced cases and the proceedings herein.

1

Neither this Notice of Appearance nor any other appearance, pleading, filing, claim, or suit is intended or shall be deemed or construed to be (i) a consent to the jurisdiction of this Court or any other court with respect to any actions or proceedings against or otherwise involving Angela Kelly or Janyce L. MacKenzie, or (ii) a waiver of Angela Kelly's or Janyce L. MacKenzie's (a) right to have final orders entered only after de novo review by a district judge; (b) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: Tarrytown, New York
March 7, 2019

WHITEFORD, TAYLOR & PRESTON LLP

By: /s/ Kenneth M. Lewis
Kenneth M. Lewis

220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com

LANE POWELL PC
Will J. Brunnquell
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
(206) 223-7046
brunnquellw@lanepowell.com

Attorneys for Angela Kelly and Janyce L.
MacKenzie

2