Mark Frankel
BACKENROTH FRANKEL & KRINSKY, LLP
800 Third Avenue, Floor 11
New York, New York 10022
212.593.1100
mfrankel@bfklaw.com

and

Matthew A. Olins
Ellen M. Chapelle
Vanessa R. Tiradentes
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
312.236.3003
searsnotice@gouldratner.com

*Attorneys for 233 S. Wacker, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Backenroth Frankel & Krinsky, LLP and Gould & Ratner LLP hereby appear on behalf of 233 S. Wacker, LLC ("*233*"), pursuant to section 1109(b) of title 11 of the United States (the "*Bankruptcy Code*"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").  233 hereby requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b) and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

Mark Frankel, Esq.
BACKENROTH FRANKEL & KRINSKY, LLP
800 Third Avenue, Floor 11
New York, New York 10022
212.593.1100
mfrankel@bfklaw.com

and

Matthew A. Olins, Esq.
Ellen M. Chapelle, Esq.
Vanessa R. Tiradentes, Esq.
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
312.236.3003
searsnotice@gouldratner.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of 233 to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which 233, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  March 6, 2019 | Respectfully submitted,<br>**233 S. WACKER, LLC**<br><br>By:/s/<br>     One of Its Attorneys<br>Mark Frankel<br>BACKENROTH FRANKEL & KRINSKY, LLP<br>800 Third Avenue, Floor 11<br>New York, New York 10022<br>212.593.1100<br>mfrankel@bfklaw.com<br><br>and<br><br>By:/s/ Matthew A. Olins<br>     One of Its Attorneys<br>Matthew A. Olins<br>Ellen M. Chapelle<br>Vanessa R. Tiradentes<br>GOULD & RATNER LLP<br>222 North LaSalle Street, Suite 800<br>Chicago, IL 60601<br>312.236.3003<br>searsnotice@gouldratner.com |