UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
*In re*:                                                        Chapter 11
                                                          Case No.: 18-23538-rdd

SEARS HOLDINGS CORPORATION *et al*

                                   Debtors.       **NOTICE OF APPEARANCE AND**
                                                                **DEMAND FOR SERVICE OF PAPERS**
------------------------------------------------------------x

        **PLEASE TAKE NOTICE**, that Pryor & Mandelup, L.L.P. hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Malca-Almit USA, LLC ("Malca") and requests pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of the chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be serve in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

                               **J. Logan Rappaport, Esq.**
                               **Pryor & Mandelup, L.L.P.**
                               **675 Old Country Road**
                               **Westbury, New York 11590**
                               **phone - (516) 997-0999**
                               **fax - (516) 333-7333**
                               **lr@pryormandelup.com**

        **PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail or otherwise, which affects the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers, shall be not deemed to be a waiver of Malca's rights (1) to have final orders, in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions setoffs, or recoupments to which Malca is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs and recoupments Malca expressly reserves, or (5) to any and all defense or objections Malca may have to any claims asserted against it in this action including without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction, or capicity to be sued. The undersigned certified that he is admitted to practice before this court.

Dated: Westbury, New York
       March 8, 2019

                                    PRYOR & MANDELUP, L.L.P.
                                    Attorneys for Malca-Amit USA, LLC

                              By:   */s/J. Logan Rappaport*
                                    J. Logan Rappaport
                                    675 Old Country Road
                                    Westbury, New York 11590
                                    (516) 997-0999