UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                                    Chapter 7
                                                                          Case No.: 18-23538-RDD

SEARS HOLDINGS CORPORATION *et al*

                              Debtors.                                    **AFFIDAVIT OF SERVICE**
-------------------------------------------------------x
 **STATE OF NEW YORK**   **)**
                                          **)  ss.:**
**COUNTY OF NASSAU**    **)**


        Kathleen Janssen, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside in Hauppauge, New York.

        On March 11, 2019, I served the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**, in connection with the above case, upon the parties listed below, at their last known addresses as set forth below, by depositing a true copy in a postage-paid, properly-addressed envelope by first class delivery,  in an official repository under the exclusive care and custody of the United States Post Office within the State of New York.

Weil, Gotshal & Manges LLP                      Office of the U.S. Trustee
767 Fifth Avenue                                        U.S. Federal Office Building
New York, New York 10153                        201 Varick Street, Room 1006
                                                                New York, New York 10014


                                   */s/Kathleen Janssen*
                                   Kathleen Janssen

Sworn to before me this
11th day of March, 2019


 */s/Michael Anthony Farina*
NOTARY PUBLIC
Michael Anthony Farina
Notary Public - State of New York
No.:   02FA4991473
Commissioned in Queens County
Commission Expires: February 3, 2022