KASOWITZ BENSON TORRES LLP
Matthew B. Stein (mstein@kasowitz.com)
Michele L. Angell (mangell@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Steel 1111, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
: 
In re : Chapter 11
: 
SEARS HOLDINGS CORPORATION, *et al.*,[1] : Case No. 18-23538 (RDD)
: 
Debtors. : (Jointly Administered)
: 
--------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I, Michele L. Angell, an Associate Attorney at Kasowitz Benson Torres LLP ("Kasowitz"), hereby certify that on March 8, 2019, I and employees of Kasowitz acting at my direction and under my supervision caused the following documents to be filed electronically

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

with the Court: *Steel 1111, LLC's Limited Objection to Debtors' Rejection of Lease for Store Number 1004* [Docket No. 2786] with Exhibit A [Docket No. 2786-1] (collectively, the "Limited Objection").

Also on March 8, 2019, I served a copy of the Limited Objection via electronic mail to: ray.schrock@weil.com; jacqueline.marcus@weil.com; garrett.fail@weil.com; sunny.singh@weil.com; paul.schwartzberg@usdoj.gov; richard.morrissey@usdoj.gov; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; jsorkin@akingump.com; sbrauner@akingump.com; paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com.

Additionally on March 8, 2019, employees of Kasowitz acting at my direction and under my supervision served a copy of the Limited Objection via U.S. mail at:

>Sears Holdings Corporation
>3333 Beverly Road,
>Hoffman Estates, Illinois 60179
>
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, New York 10153
>(Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq.,
>Garrett A. Fail, Esq., and Sunny Singh, Esq.)
>
>The Office of the United States Trustee for Region 2
>201 Varick Street, Suite 1006
>New York, New York 10014
>(Attn: Paul Schwartzberg, Esq. and Richard Morrissey, Esq.)
>
>Akin Gump Strauss Hauer & Feld LLP
>One Bryant Park
>New York, New York 10036
>(Attn: Ira S. Dizengoff, Esq., Philip C. Dublin, Esq.,
>Abid Qureshi, Esq., Joseph L. Sorkin, Esq., Sara L. Brauner, Esq.)

Lands' End, Inc.
Attn: Sr. Vice President & General Counsel
5 Lands' End Lane
Dodgeville, WI 53595

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
(Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., George R. Howard, Esq.)

Dated: March 11, 2019
      New York, New York

                                                    /s/ Michele L. Angell
                                                       Michele L. Angell

3