# *EXHIBIT B*

**From:** Odoner, Ellen <ellen.odoner@weil.com>
**Sent:** Friday, March 8, 2019 3:21 PM
**To:** O'Neal, Sean A. <soneal@cgsh.com>
**Cc:** Schrock, Ray <Ray.Schrock@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Austin, Christopher E. <caustin@cgsh.com>; O'Reilly, Benet J. <boreilly@cgsh.com>; Barefoot, Luke A. <lbarefoot@cgsh.com>; Liman, Lewis J. <lliman@cgsh.com>
**Subject:** Re: Follow Up

Hi, Sean. Just got out of a meeting and had a chance to read this. I'll connect with Mo and others and get back to you.

Sent from my iPhone

On Mar 8, 2019, at 1:26 PM, O'Neal, Sean A. <soneal@cgsh.com> wrote:

> Ellen,
>
> I understand that Kunal spoke with Mo earlier today. As Kunal mentioned, Transform is prepared to release the Israeli and GOB cash and we believe the Debtors should release the pharmacy receivables lock box. It's Transform's understanding that the pharmacy lockbox holds over $4.7 mm in cash. I presume it's growing every day. Can you please advise? Mo said he was not aware of the Debtors' block on the lockbox.
>
> Sean
>
> —
>
> **Sean A. O'Neal**
> Cleary Gottlieb Steen & Hamilton LLP
> Assistant: ichan@cgsh.com
> One Liberty Plaza, New York NY 10006
> T: +1 212 225 2416 | F: +1 212 225 3999 | M: +1 917 324 8364
> soneal@cgsh.com | clearygottlieb.com
>
> This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.
>
> Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its

affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.