# *EXHIBIT C*

| From: | Brian Rosenthal |
|---|---|
| To: | nzatzkin@miiipartners.com |
| Subject: | RE: Updated Proration Schedule |
| Date: | Wednesday, February 20, 2019 4:15:12 PM |

Noah,

Thanks for following up.  I caught up with Ryan today and think we are in good shape on the file with a few minor discrepancies to locations (but they are only a few and not material and can always be dealt with on the next reconciliation – won't hold up getting to payment on Friday.

As for the RE taxes file, just received that today and its more complicated.  That is not something that we can get our arms around this week given the complexity of figuring out the amount of accrued & unpaid taxes relating to pre-close period vs the cap, etc., but we are working through it.

Brian


**Brian Rosenthal** | Transaction Advisory Services

Ernst & Young LLP
Office: +1 404 541 8624  | Mobile:  +1 704 258 7701 | brian.rosenthal@ey.com

---

**From:** Noah Zatzkin [mailto:nzatzkin@miiipartners.com]
**Sent:** Wednesday, February 20, 2019 3:04 PM
**To:** Brian Rosenthal <Brian.Rosenthal@ey.com>
**Subject:** RE: Updated Proration Schedule

Hi Brian, just following up whenever you get a chance. Thanks!

**Noah Zatzkin**
**M-III Partners, LP**
130 West 42nd Street, 17th Floor
New York, NY 10036
nzatzkin@miiipartners.com
m: (646)241-3946
o: (212)430-2053

---

**From:** Noah Zatzkin <nzatzkin@miiipartners.com>
**Sent:** Wednesday, February 20, 2019 12:20 PM
**To:** Brian Rosenthal <brian.rosenthal@ey.com>
**Subject:** Re: Updated Proration Schedule

Hi Brian,

Were you able to schedule some time with Ryan? Just wanted to make sure the process was moving along as planned.

Thanks much,
Noah

Noah Zatzkin
M-III Partners, LP
130 West 42nd Street, 17th Floor
New York, NY 10036
nzatzkin@miiipartners.com
m: (646)241-3946
o: (212)430-2053

---

**From:** Brian Rosenthal <brian.rosenthal@ey.com>
**Sent:** Tuesday, February 19, 2019 6:49 PM
**To:** Noah Zatzkin; Andrew D Hede
**Cc:** Mohsin Meghji; Brian Griffith; Chris Good; Elliot Poindexter; William Gallagher; Morrie, Michael; Duran, Ryan; Borden, Jane; Bond, W. Michael
**Subject:** RE: Updated Proration Schedule

Ryan,

I caught up with Noah earlier today and he walked me through the RE proration schedule.   Do you have a few minutes tomorrow to meet with me to discuss the source data?   Shouldn't take longer than 30 minutes.  This should be the last step needed for us to sign off on the schedule for the 2/21 payment.

I'm generally free tomorrow between 11 – 4 pm CST.

Thanks,

Brian


**Brian Rosenthal** | Transaction Advisory Services

Ernst & Young LLP
Office: +1 404 541 8624  | Mobile:  +1 704 258 7701 | brian.rosenthal@ey.com

---

**From:** Noah Zatzkin [mailto:nzatzkin@miiipartners.com]
**Sent:** Tuesday, February 19, 2019 12:06 PM
**To:** Brian Rosenthal <Brian.Rosenthal@ey.com>; Andrew D Hede <Andrew.Hede@ey.com>
**Cc:** Mohsin Meghji <mmeghji@miiipartners.com>; Brian Griffith <bgriffith@miiipartners.com>; Chris Good <cgood@miiipartners.com>; Elliot Poindexter <Elliot.Poindexter@ey.com>; William Gallagher <wgallagher@miiipartners.com>; Morrie, Michael <Michael.Morrie@searshc.com>; Duran, Ryan <Ryan.Duran@searshc.com>; Borden, Jane <Jane.Borden@searshc.com>; Bond, W. Michael <michael.bond@weil.com>

**Subject:** RE: Updated Proration Schedule

Please call my office line. Thanks

**Noah Zatzkin**
**M-III Partners, LP**

130 West 42nd Street, 17th Floor
New York, NY 10036
nzatzkin@miiipartners.com
m: (646)241-3946
o: (212)430-2053

---

**From:** Brian Rosenthal <Brian.Rosenthal@ey.com>
**Sent:** Tuesday, February 19, 2019 11:02 AM
**To:** Noah Zatzkin <nzatzkin@miiipartners.com>; Andrew D Hede <Andrew.Hede@ey.com>
**Cc:** Mohsin Meghji <mmeghji@miiipartners.com>; Brian Griffith <bgriffith@miiipartners.com>; Chris Good <cgood@miiipartners.com>; Elliot Poindexter <Elliot.Poindexter@ey.com>; William Gallagher <wgallagher@miiipartners.com>; Morrie, Michael <Michael.Morrie@searshc.com>; Duran, Ryan <Ryan.Duran@searshc.com>; Borden, Jane <Jane.Borden@searshc.com>; Bond, W. Michael <michael.bond@weil.com>
**Subject:** RE: Updated Proration Schedule

Noah,

That works for me.   Agree – let's talk through it and then I can follow up with Company as needed.

Should I call your mobile or office?

Thanks,

Brian

**Brian Rosenthal** | Transaction Advisory Services

Ernst & Young LLP
Office: +1 404 541 8624  | Mobile:  +1 704 258 7701 | brian.rosenthal@ey.com

---

**From:** Noah Zatzkin [mailto:nzatzkin@miiipartners.com]
**Sent:** Tuesday, February 19, 2019 11:54 AM
**To:** Brian Rosenthal <Brian.Rosenthal@ey.com>; Andrew D Hede <Andrew.Hede@ey.com>
**Cc:** Mohsin Meghji <mmeghji@miiipartners.com>; Brian Griffith <bgriffith@miiipartners.com>; Chris Good <cgood@miiipartners.com>; Elliot Poindexter <Elliot.Poindexter@ey.com>; William Gallagher <wgallagher@miiipartners.com>; Morrie, Michael <Michael.Morrie@searshc.com>; Duran, Ryan <Ryan.Duran@searshc.com>; Borden, Jane <Jane.Borden@searshc.com>; Bond, W. Michael

<michael.bond@weil.com>
**Subject:** RE: Updated Proration Schedule

Brian,

I am available to discuss the schedule at 11:30 CT if that works for you. I've included Mike Morrie and Ryan Duran from the Company who completed the analysis. To the extent you have additional questions after we discuss it would be best to reach out to them.

Thanks,
Noah

**Noah Zatzkin**
**M-III Partners, LP**
130 West 42nd Street, 17th Floor
New York, NY 10036
nzatzkin@miiipartners.com
m: (646)241-3946
o: (212)430-2053

---

**From:** Brian Rosenthal <Brian.Rosenthal@ey.com>
**Sent:** Tuesday, February 19, 2019 10:40 AM
**To:** Mohsin Meghji <mmeghji@miiipartners.com>; Andrew D Hede <Andrew.Hede@ey.com>
**Cc:** Brian Griffith <bgriffith@miiipartners.com>; Noah Zatzkin <nzatzkin@miiipartners.com>; Chris Good <cgood@miiipartners.com>; Elliot Poindexter <Elliot.Poindexter@ey.com>
**Subject:** RE: Updated Proration Schedule

Noah,

Would helpful if we can do a call today to walk through the file.  It should not take long.  Please let me know your availability.

Generally available with exception of 2 – 3:30 PM CT.

Thanks,

Brian

**Brian Rosenthal** | Transaction Advisory Services

Ernst & Young LLP
Office: +1 404 541 8624  | Mobile:  +1 704 258 7701 | brian.rosenthal@ey.com

---

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.**

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

_____

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for EY Client Portal and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.**

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.**

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

_____

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any

dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for EY Client Portal and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.**

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.**

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for EY Client Portal and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

**This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.**