Alan M. Feld, Esq.
Ted Cohen, Esq. *Pro Hac Vice Motion to be Filed*
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

*Counsel for Everlast World's Boxing Headquarters Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS, *et. al.*,<br><br>             Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, Shadi Farzan, declare that:

      1.      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to the within entitled action; my business address is 333 S. Hope Street, 43rd Floor, Los Angeles, CA 90071.

      2.      On March 7, 2019, I served the following documents described as:

**EVERLAST WORLD'S BOXING HEADQUARTERS CORP.'S MOTION UNDER BANKRUPTCY CODE SECTIONS 365(d)(2) AND 363(e) TO COMPEL: (1) ASSUMPTION OR REJECTION OF LICENSE AGREEMENT FORTHWITH, AND (2) PAYMENT OF ADMINISTRATIVE CLAIM AS ADEQUATE PROTECTION (THE "MOTION")**

**DECLARATION OF TED COHEN IN SUPPORT OF THE MOTION**

**DECLARATION OF MARGARET KIVETT IN SUPPORT OF THE MOTION**
on the interested party(ies) in this action via ECF and on March 8, 2019, I served the parties appearing on the attached service list via e-mail.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on March 11, 2019

                         */s/ Shadi Farzan*
                         Shadi Farzan

E-mail Service List:

'jon@piercemccoy.com' <jon@piercemccoy.com>;

'Elena S. Amaro' <eamaro@hopkinscarley.com>;

'rob.riecker@searshc.com' <rob.riecker@searshc.com>;

'mmeghji@miiipartners.com' <mmeghji@miiipartners.com>;

'Monique D. Jewett-Brewster' <mjb@hopkinscarley.com>;

'arigby@sidley.com' <arigby@sidley.com>;

'project.blue.rx@lazard.com' <project.blue.rx@lazard.com>;

'judith.c.taylor@baml.com' <judith.c.taylor@baml.com>;

'betsy.ratto@baml.com' <betsy.ratto@baml.com>;

'ldorman@thinkbrg.com' <ldorman@thinkbrg.com>;

'john.runger@wellsfargo.com' <john.runger@wellsfargo.com>;

'keith.vercauteren@wellsfargo.com' <keith.vercauteren@wellsfargo.com>;

'samuel.star@fticonsulting.com' <samuel.star@fticonsulting.com>;

'sburian@hl.com' <sburian@hl.com>;

'sandy@service.com' <sandy@service.com>;

'aconway@taubman.com' <aconway@taubman.com>;

'Indelicato, Lisa' <Lisa.Indelicato@arentfox.com>;

'AGBankNewYork@ag.tn.gov' <AGBankNewYork@ag.tn.gov>;

'aguon@foxrothschild.com' <aguon@foxrothschild.com>;

'ahalperin@halperinlaw.net' <ahalperin@halperinlaw.net>;

'lgu@halperinlaw.net' <lgu@halperinlaw.net>;

'ajd@ansellgrimm.com' <ajd@ansellgrimm.com>;

'ajd@ansellgrimm.com' <ajd@ansellgrimm.com>;

'akadish@archerlaw.com' <akadish@archerlaw.com>;

'lschildkraut@archerlaw.com' <lschildkraut@archerlaw.com>;

'ALeblanc@milbank.com' <ALeblanc@milbank.com>;

'alex.macias@impremedia.com' <alex.macias@impremedia.com>;

'alipkin@willkie.com' <alipkin@willkie.com>;

'gbrunswick@willkie.com' <gbrunswick@willkie.com>;

'apetrakov@offitkurman.com' <apetrakov@offitkurman.com>;

'appleby@chapman.com' <appleby@chapman.com>;

'wilamowsky@chapman.com' <wilamowsky@chapman.com>;

'arainone@bracheichler.com' <arainone@bracheichler.com>;

'arthur.rosenberg@hklaw.com' <arthur.rosenberg@hklaw.com>;

'Marc.Antonecchia@hklaw.com' <Marc.Antonecchia@hklaw.com>;

'ashmead@sewkis.com' <ashmead@sewkis.com>;

'alves@sewkis.com' <alves@sewkis.com>;

'atureaud@kblaw.com' <atureaud@kblaw.com>;

'awilliams@williamsadvisors.com' <awilliams@williamsadvisors.com>;

'bankruptcy@borgeslawllc.com' <bankruptcy@borgeslawllc.com>;

'wborges@borgeslawllc.com' <wborges@borgeslawllc.com>;

'schin@borgeslawllc.com' <schin@borgeslawllc.com>;

'bankruptcy@evict.net' <bankruptcy@evict.net>;

'bankruptcy@morrisoncohen.com' <bankruptcy@morrisoncohen.com>;

'Bankruptcy2@ironmountain.com' <Bankruptcy2@ironmountain.com>;

'bankruptcynoticeschr@sec.gov' <bankruptcynoticeschr@sec.gov>;

'barbra.parlin@hklaw.com' <barbra.parlin@hklaw.com>;

'elvin.ramos@hklaw.com' <elvin.ramos@hklaw.com>;

'bbuechler@lowenstein.com' <bbuechler@lowenstein.com>;

'bethsolomon@discover.com' <bethsolomon@discover.com>;

'bgross@HuntonAK.com' <bgross@HuntonAK.com>;

'mlegge@huntonak.com' <mlegge@huntonak.com>;

'bk@svllaw.com' <bk@svllaw.com>;

'bmcgrath@mcglinchey.com' <bmcgrath@mcglinchey.com>;

'kromano@mcglinchey.com' <kromano@mcglinchey.com>;

'bnkatty@aldineisd.org' <bnkatty@aldineisd.org>;

'bob.bruner@nortonrosefulbright.com' <bob.bruner@nortonrosefulbright.com>;

'brad.eric.scheler@friedfrank.com' <brad.eric.scheler@friedfrank.com>;

'scott.luftglass@friedfrank.com' <scott.luftglass@friedfrank.com>;

'peter.siroka@friedfrank.com' <peter.siroka@friedfrank.com>;

'bradley.schneider@mto.com' <bradley.schneider@mto.com>;

'thomas.walper@mto.com' <thomas.walper@mto.com>;

'branchd@ballardspahr.com' <branchd@ballardspahr.com>;

'braynor@lockelord.com' <braynor@lockelord.com>;

'asmith@lockelord.com' <asmith@lockelord.com>;

'dwirt@lockelord.com' <dwirt@lockelord.com>;

'BrettMiller@mofo.com' <BrettMiller@mofo.com>;

'Mlightner@mofo.com' <Mlightner@mofo.com>;

'brian.lohan@arnoldporter.com' <brian.lohan@arnoldporter.com>;

'ginger.clements@arnoldporter.com' <ginger.clements@arnoldporter.com>;

'brotenberg@csglaw.com' <brotenberg@csglaw.com>;

'szuber@csglaw.com' <szuber@csglaw.com>;

'bsattin@szaferman.com' <bsattin@szaferman.com>;

'btheisen@gibbonslaw.com' <btheisen@gibbonslaw.com>;

'nsongonuga@gibbonslaw.com' <nsongonuga@gibbonslaw.com>;

'caleb.holzaepfel@huschblackwell.com' <caleb.holzaepfel@huschblackwell.com>;

'cbelmonte@ssbb.com' <cbelmonte@ssbb.com>;

'asnow@ssbb.com' <asnow@ssbb.com>;

'pbosswick@ssbb.com' <pbosswick@ssbb.com>;

'cdesiderio@nixonpeabody.com' <cdesiderio@nixonpeabody.com>;

'cfilardi@rrlawpc.com' <cfilardi@rrlawpc.com>;

'cgruen@gruenlaw.com' <cgruen@gruenlaw.com>;

'chipford@parkerpoe.com' <chipford@parkerpoe.com>;

'christopher.schueller@bipc.com' <christopher.schueller@bipc.com>;

'cjm@msf-law.com' <cjm@msf-law.com>;

'cmiller@mnat.com' <cmiller@mnat.com>;

'jbarsalona@mnat.com' <jbarsalona@mnat.com>;

'cmomjian@attorneygeneral.gov' <cmomjian@attorneygeneral.gov>;

'cp@stevenslee.com' <cp@stevenslee.com>;

'cprice@milbank.com' <cprice@milbank.com>;

'cpugatch@rprslaw.com' <cpugatch@rprslaw.com>;

'CSchael@AshfordNJLaw.com' <CSchael@AshfordNJLaw.com>;

'Curtis.Tuggle@ThompsonHine.com' <Curtis.Tuggle@ThompsonHine.com>;

'dallas.bankruptcy@publicans.com' <dallas.bankruptcy@publicans.com>;

'Daniel.Swetnam@icemiller.com' <Daniel.Swetnam@icemiller.com>;

'darolf@sorlinglaw.com' <darolf@sorlinglaw.com>;

'pmryan@sorlinglaw.com' <pmryan@sorlinglaw.com>;

'David.Jones6@usdoj.gov' <David.Jones6@usdoj.gov>;

'Jeffrey.Oestericher@usdoj.gov' <Jeffrey.Oestericher@usdoj.gov>;

'Joseph.Cordaro@usdoj.gov' <Joseph.Cordaro@usdoj.gov>;

'Carina.Schoenberger@usdoj.gov' <Carina.Schoenberger@usdoj.gov>;

'Lawrence.Fogelman@usdoj.gov' <Lawrence.Fogelman@usdoj.gov>;

'Peter.Aronoff@usdoj.gov' <Peter.Aronoff@usdoj.gov>;

'Linda.Riffkin@usdoj.gov' <Linda.Riffkin@usdoj.gov>;

'david.rosenzweig@nortonrosefulbright.com'
<david.rosenzweig@nortonrosefulbright.com>;

'david.tillem@wilsonelser.com' <david.tillem@wilsonelser.com>;

'davidtaxin@dahannowick.com' <davidtaxin@dahannowick.com>;

'dblau@clarkhill.com' <dblau@clarkhill.com>;

'dcampbell@ghclaw.com' <dcampbell@ghclaw.com>;

'Dclarke@wjslaw.com' <Dclarke@wjslaw.com>;

'dcoffino@cov.com' <dcoffino@cov.com>;

'aclark@cov.com' <aclark@cov.com>;

'deggert@freeborn.com' <deggert@freeborn.com>;

'dgragg@langleybanack.com' <dgragg@langleybanack.com>;

'dhw@dhclegal.com' <dhw@dhclegal.com>;

'dietdericha@sullcrom.com' <dietdericha@sullcrom.com>;

'zylberbergd@sullcrom.com' <zylberbergd@sullcrom.com>;

'dkronenberg@sidley.com' <dkronenberg@sidley.com>;

'dkupetz@sulmeyerlaw.com' <dkupetz@sulmeyerlaw.com>;

'ckwu@sulmeyerlaw.com' <ckwu@sulmeyerlaw.com>;

'dlieberman@halperinlaw.net' <dlieberman@halperinlaw.net>;

'dlwright@foley.com' <dlwright@foley.com>;

'kcatanese@foley.com' <kcatanese@foley.com>;

'dmeegan@mhksacto.com' <dmeegan@mhksacto.com>;

'dmiller@lubinolson.com' <dmiller@lubinolson.com>;

'dperry@munsch.com' <dperry@munsch.com>;

'dpick@picklaw.net' <dpick@picklaw.net>;

'dplon@sirlinlaw.com' <dplon@sirlinlaw.com>;

'drosner@goulstonstorrs.com' <drosner@goulstonstorrs.com>;

'dsklar@nixonpeabody.com' <dsklar@nixonpeabody.com>;

'dtabachnik@dttlaw.com' <dtabachnik@dttlaw.com>;

'duane.brescia@clarkhillstrasburger.com' <duane.brescia@clarkhillstrasburger.com>;

'echafetz@lowenstein.com' <echafetz@lowenstein.com>;

'bnathan@lowenstein.com' <bnathan@lowenstein.com>;

'ecobb@pbfcm.com' <ecobb@pbfcm.com>;

'ecobb@pbfcm.com' <ecobb@pbfcm.com>;

'egoodman@bakerlaw.com' <egoodman@bakerlaw.com>;

'elio@higgslaw.com' <elio@higgslaw.com>;

'elkinj@mac.com' <elkinj@mac.com>;

'emfox@seyfarth.com' <emfox@seyfarth.com>;

'emiller@bayardlaw.com' <emiller@bayardlaw.com>;

'eneiger@askllp.com' <eneiger@askllp.com>;

'jchristian@askllp.com' <jchristian@askllp.com>;

'enid.stuart@ag.ny.gov' <enid.stuart@ag.ny.gov>;

'enotices@skijain.com' <enotices@skijain.com>;

'Eric.Waxman@cwt.com' <Eric.Waxman@cwt.com>;

'Anthony.Deleo@cwt.com' <Anthony.Deleo@cwt.com>;

'eschnitzer@ckrlaw.com' <eschnitzer@ckrlaw.com>;

'gsaydah@ckrlaw.com' <gsaydah@ckrlaw.com>;

'fbr@robinsonbrog.com' <fbr@robinsonbrog.com>;

'fkhan@bakerlaw.com' <fkhan@bakerlaw.com>;

'fsosnick@shearman.com' <fsosnick@shearman.com>;

'sara.coelho@shearman.com' <sara.coelho@shearman.com>;

'gadsden@clm.com' <gadsden@clm.com>;

'bankruptcy@clm.com' <bankruptcy@clm.com>;

'Dennis.roemlein@bnymellon.com' <Dennis.roemlein@bnymellon.com>;

'gchico@ferraiuoli.com' <gchico@ferraiuoli.com>;

'gerald.kennedy@procopio.com' <gerald.kennedy@procopio.com>;

'gfox@goodwinlaw.com' <gfox@goodwinlaw.com>;

'bbazian@goodwinlaw.com' <bbazian@goodwinlaw.com>;

'ghesse@huntonak.com' <ghesse@huntonak.com>;

'gillazarus@gmail.com' <gillazarus@gmail.com>;

'gregg.galardi@ropesgray.com' <gregg.galardi@ropesgray.com>;

'kimberly.kodis@ropesgray.com' <kimberly.kodis@ropesgray.com>;

'sam.ashuraey@ropesgray.com' <sam.ashuraey@ropesgray.com>;

'greiss@reisspreuss.com' <greiss@reisspreuss.com>;

'etikkanen@reisspreuss.com' <etikkanen@reisspreuss.com>;

'gseitz@gsbblaw.com' <gseitz@gsbblaw.com>;

'gtoering@wnj.com' <gtoering@wnj.com>;

'harnerp@ballardspahr.com' <harnerp@ballardspahr.com>;

'kutnera@ballardspahr.com' <kutnera@ballardspahr.com>;

'hchoi@choiandpark.com' <hchoi@choiandpark.com>;

'cpark@choiandpark.com' <cpark@choiandpark.com>;

'lkleist@choiandpark.com' <lkleist@choiandpark.com>;

'hcohen@gibbonslaw.com' <hcohen@gibbonslaw.com>;

'heilmanl@ballardspahr.com' <heilmanl@ballardspahr.com>;

'summersm@ballardspahr.com' <summersm@ballardspahr.com>;

'hgj@jasneflorio.com' <hgj@jasneflorio.com>;

'dlk@jasneflorio.com' <dlk@jasneflorio.com>;

'hjschwartz@mckoolsmith.com' <hjschwartz@mckoolsmith.com>;

'hlazarus@lazarusandlazarus.com' <hlazarus@lazarusandlazarus.com>;

'harlan.lazarus@gmail.com' <harlan.lazarus@gmail.com>;

'hmagaliff@r3mlaw.com' <hmagaliff@r3mlaw.com>;

'houston_bankruptcy@publicans.com' <houston_bankruptcy@publicans.com>;

'howard.seife@nortonrosefulbright.com' <howard.seife@nortonrosefulbright.com>;

'christy.rivera@nortonrosefulbright.com' <christy.rivera@nortonrosefulbright.com>;

'idizengoff@akingump.com' <idizengoff@akingump.com>;

'pdublin@akingump.com' <pdublin@akingump.com>;

'aqureshi@akingump.com' <aqureshi@akingump.com>;

'sbrauner@akingump.com' <sbrauner@akingump.com>;

'ilan.markus@leclairryan.com' <ilan.markus@leclairryan.com>;

'niclas.ferland@leclairryan.com' <niclas.ferland@leclairryan.com>;

'andrew.cole@leclairryan.com' <andrew.cole@leclairryan.com>;

'ira.greene@lockelord.com' <ira.greene@lockelord.com>;

'jacarlino@kslnlaw.com' <jacarlino@kslnlaw.com>;

'jaffeh@pepperlaw.com' <jaffeh@pepperlaw.com>;

'listwakk@pepperlaw.com' <listwakk@pepperlaw.com>;

'James.Vincequerra@alston.com' <James.Vincequerra@alston.com>;

'james.wilton@ropesgray.com' <james.wilton@ropesgray.com>;

'patricia.chen@ropesgray.com' <patricia.chen@ropesgray.com>;

'ssally@ropesgray.com' <ssally@ropesgray.com>;

'joshua.sturm@ropesgray.com' <joshua.sturm@ropesgray.com>;

'janice.grubin@leclairryan.com' <janice.grubin@leclairryan.com>;

'alex.chase@leclairryan.com' <alex.chase@leclairryan.com>;

'jarnold@aldridgepite.com' <jarnold@aldridgepite.com>;

'jbanks@pbfcm.com' <jbanks@pbfcm.com>;

'jbienstock@coleschotz.com' <jbienstock@coleschotz.com>;

'jcurley@ddw-law.com' <jcurley@ddw-law.com>;

'jdunn@vedderprice.com' <jdunn@vedderprice.com>;

'jfarnum@linowes-law.com' <jfarnum@linowes-law.com>;

'jfifarek@laskyfifarek.com' <jfifarek@laskyfifarek.com>;

'jfigueiredo@hahnhessen.com' <jfigueiredo@hahnhessen.com>;

'jflaxer@golenbock.com' <jflaxer@golenbock.com>;

'mweinstein@golenbock.com' <mweinstein@golenbock.com>;

'jfrank@fgllp.com' <jfrank@fgllp.com>;

'jkleinman@fgllp.com' <jkleinman@fgllp.com>;

'jfroehlich@lockelord.com' <jfroehlich@lockelord.com>;

'Jg5786@att.com' <Jg5786@att.com>;

'jjorissen@losgs.com' <jjorissen@losgs.com>;

'jlevitin@cahill.com' <jlevitin@cahill.com>;

'rstieglitz@cahill.com' <rstieglitz@cahill.com>;

'jmarines@mofo.com' <jmarines@mofo.com>;

'bbutterfield@mofo.com' <bbutterfield@mofo.com>;

'jmontgomery@brownconnery.com' <jmontgomery@brownconnery.com>;

'jmueller@lippes.com' <jmueller@lippes.com>;

'jody.bedenbaugh@nelsonmullins.com' <jody.bedenbaugh@nelsonmullins.com>;

'joe@saracheklawfirm.com' <joe@saracheklawfirm.com>;

'joia.johnson@hanes.com' <joia.johnson@hanes.com>;

'howard.upchurch@hanes.com' <howard.upchurch@hanes.com>;

'jose.casal@hklaw.com' <jose.casal@hklaw.com>;

'jjalemany@hklaw.com' <jjalemany@hklaw.com>;

'jose.galarza@usbank.com' <jose.galarza@usbank.com>;

'JRhodes@BlankRome.com' <JRhodes@BlankRome.com>;

'jweinblatt@sakar.com' <jweinblatt@sakar.com>;

'kay.brock@traviscountytx.gov' <kay.brock@traviscountytx.gov>;

'kbifferato@connollygallagher.com' <kbifferato@connollygallagher.com>;

'kconlan@connollygallagher.com' <kconlan@connollygallagher.com>;

'cgriffiths@connollygallagher.com' <cgriffiths@connollygallagher.com>;

'kcordry@naag.org' <kcordry@naag.org>;

'KDWBankruptcyDepartment@KelleyDrye.com'
<KDWBankruptcyDepartment@KelleyDrye.com>;

'bfeder@kelleydrye.com' <bfeder@kelleydrye.com>;

'ketzel@vedderprice.com' <ketzel@vedderprice.com>;

'kevin@ksnpc.com' <kevin@ksnpc.com>;

'kflorey@robbins-schwartz.com' <kflorey@robbins-schwartz.com>;

'nsmith@robbins-schwartz.com' <nsmith@robbins-schwartz.com>;

'khansen@stroock.com' <khansen@stroock.com>;

'jcanfield@stroock.com' <jcanfield@stroock.com>;

'sbhattacharyya@stroock.com' <sbhattacharyya@stroock.com>;

'knewman@barclaydamon.com' <knewman@barclaydamon.com>;

'ksimard@choate.com' <ksimard@choate.com>;

'jmarshall@choate.com' <jmarshall@choate.com>;

'ktompsett@harrisbeach.com' <ktompsett@harrisbeach.com>;

'kurtzman@kurtzmansteady.com' <kurtzman@kurtzmansteady.com>;

'laura.mccarthy@morganlewis.com' <laura.mccarthy@morganlewis.com>;

'lawyer@surilawoffice.com' <lawyer@surilawoffice.com>;

'lbercovich@epicor.com' <lbercovich@epicor.com>;

'ldelucia@schiffhardin.com' <ldelucia@schiffhardin.com>;

'afiedler@schiffhardin.com' <afiedler@schiffhardin.com>;

'leib.lerner@alston.com' <leib.lerner@alston.com>;

'Leopold.matt@Epa.gov' <Leopold.matt@Epa.gov>;

'leslieplaskon@paulhastings.com' <leslieplaskon@paulhastings.com>;

'andrewtenzer@paulhastings.com' <andrewtenzer@paulhastings.com>;

'shlomomaza@paulhastings.com' <shlomomaza@paulhastings.com>;

'lily@pacogarment.com' <lily@pacogarment.com>;

'LJKotler@duanemorris.com' <LJKotler@duanemorris.com>;

'WMSimkulak@duanemorris.com' <WMSimkulak@duanemorris.com>;

'llichtman@honigman.com' <llichtman@honigman.com>;

'lmay@eisemanlevine.com' <lmay@eisemanlevine.com>;

'lmbkr@pbfcm.com' <lmbkr@pbfcm.com>;

'lynn.butler@huschblackwell.com' <lynn.butler@huschblackwell.com>;

'mamato@rmfpc.com' <mamato@rmfpc.com>;

'marc.zelina@lw.com' <marc.zelina@lw.com>;

'marita.erbeck@dbr.com' <marita.erbeck@dbr.com>;

'mark.wilson@fisherbroyles.com' <mark.wilson@fisherbroyles.com>;

'marshall.huebner@davispolk.com' <marshall.huebner@davispolk.com>;

'eli.vonnegut@davispolk.com' <eli.vonnegut@davispolk.com>;

'sears.service@davispolk.com' <sears.service@davispolk.com>;

'marva.m.levine@verizon.com' <marva.m.levine@verizon.com>;

'mary.callahan@bnymellon.com' <mary.callahan@bnymellon.com>;

'mary.callahan@bnymellon.com' <mary.callahan@bnymellon.com>;

'mbarrie@beneschlaw.com' <mbarrie@beneschlaw.com>;

'kcapuzzi@beneschlaw.com' <kcapuzzi@beneschlaw.com>;

'mbrofman@weisszarett.com' <mbrofman@weisszarett.com>;

'mcatalfimo@carterconboy.com' <mcatalfimo@carterconboy.com>;

'mchaney@mcglinchey.com' <mchaney@mcglinchey.com>;

'raguilar@mcglinchey.com' <raguilar@mcglinchey.com>;

'rcerone@mcglinchey.com' <rcerone@mcglinchey.com>;

'mcto@debevoise.com' <mcto@debevoise.com>;

'eweisgerber@debevoise.com' <eweisgerber@debevoise.com>;

'mcuellar45@austinenterpriseslp.com' <mcuellar45@austinenterpriseslp.com>;

'mfelger@cozen.com' <mfelger@cozen.com>;

'mfullington@wyattfirm.com' <mfullington@wyattfirm.com>;

'mgensburg@gcklegal.com' <mgensburg@gcklegal.com>;

'mhall@foxrothschild.com' <mhall@foxrothschild.com>;

'mherz@foxrothschild.com' <mherz@foxrothschild.com>;

'Michael.smith2@computershare.com' <Michael.smith2@computershare.com>;

'michael@bindermalter.com' <michael@bindermalter.com>;

'julie@bindermalter.com' <julie@bindermalter.com>;

'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>;

'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>;

'mmccann@swc-law.com' <mmccann@swc-law.com>;

'rabiuso@swc-law.com' <rabiuso@swc-law.com>;

'mro@prbankruptcy.com' <mro@prbankruptcy.com>;

'mschein@vedderprice.com' <mschein@vedderprice.com>;

'mshriro@singerlevick.com' <mshriro@singerlevick.com>;

'msmall@foley.com' <msmall@foley.com>;

'mstein@chuhak.com' <mstein@chuhak.com>;

'mtsang@tsanglawfirm.com' <mtsang@tsanglawfirm.com>;

'mwarner@coleschotz.com' <mwarner@coleschotz.com>;

'ncwitte@wittelaw.com' <ncwitte@wittelaw.com>;

'neil.herman@morganlewis.com' <neil.herman@morganlewis.com>;

'nicholas.berg@ropesgray.com' <nicholas.berg@ropesgray.com>;

'timothy.farrell@ropesgray.com' <timothy.farrell@ropesgray.com>;

'nkenworthy@mrrlaw.net' <nkenworthy@mrrlaw.net>;

'notice@waldrepllp.com' <notice@waldrepllp.com>;

'nreid@foxswibel.com' <nreid@foxswibel.com>;

'osonik@pbfcm.com' <osonik@pbfcm.com>;

'patricia.fugee@fisherbroyles.com' <patricia.fugee@fisherbroyles.com>;

'Paul.Leake@skadden.com' <Paul.Leake@skadden.com>;

'Shana.Elberg@skadden.com' <Shana.Elberg@skadden.com>;

'George.Howard@skadden.com' <George.Howard@skadden.com>;

'paul@orshanpa.com' <paul@orshanpa.com>;

'pbasta@paulweiss.com' <pbasta@paulweiss.com>;

'kcornish@paulweiss.com' <kcornish@paulweiss.com>;

'lclayton@paulweiss.com' <lclayton@paulweiss.com>;

'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>;

'rbritton@paulweiss.com' <rbritton@paulweiss.com>;

'jhurwitz@paulweiss.com' <jhurwitz@paulweiss.com>;

'peter.gilhuly@lw.com' <peter.gilhuly@lw.com>;

'ted.dillman@lw.com' <ted.dillman@lw.com>;

'phealy@wsfsbank.com' <phealy@wsfsbank.com>;

'plabov@foxrothschild.com' <plabov@foxrothschild.com>;

'pmartin@fmdlegal.com' <pmartin@fmdlegal.com>;

'lbrymer@fmdlegal.com' <lbrymer@fmdlegal.com>;

'pollack@ballardspahr.com' <pollack@ballardspahr.com>;

'powerwangtxks@vip.126.com' <powerwangtxks@vip.126.com>;

'ppascuzzi@ffwplaw.com' <ppascuzzi@ffwplaw.com>;

'prubin@rubinlawllc.com' <prubin@rubinlawllc.com>;

'pstarkesq@gmail.com' <pstarkesq@gmail.com>;

'pstrok@swelawfirm.com' <pstrok@swelawfirm.com>;

'pweiser@buchalter.com' <pweiser@buchalter.com>;

'pzumbro@cravath.com' <pzumbro@cravath.com>;

'rachel.obaldo@oag.texas.gov' <rachel.obaldo@oag.texas.gov>;

'ray.schrock@weil.com' <ray.schrock@weil.com>;

'garrett.fail@weil.com' <garrett.fail@weil.com>;

'jacqueline.marcus@weil.com' <jacqueline.marcus@weil.com>;

'sunny.singh@weil.com' <sunny.singh@weil.com>;

'JeriLeigh.Miller@weil.com' <JeriLeigh.Miller@weil.com>;

'jessica.liou@weil.com' <jessica.liou@weil.com>;

'Paloma.VanGroll@weil.com' <Paloma.VanGroll@weil.com>;

'Jared.Friedmann@weil.com' <Jared.Friedmann@weil.com>;

'Jessie.Mishkin@weil.com' <Jessie.Mishkin@weil.com>;

'rdavis@cafarocompany.com' <rdavis@cafarocompany.com>;

'rgold@fbtlaw.com' <rgold@fbtlaw.com>;

'awebb@fbtlaw.com' <awebb@fbtlaw.com>;

'rhermann@sbwh.law' <rhermann@sbwh.law>;

'mkish@sbwh.law' <mkish@sbwh.law>;

'jshafer@sbwh.law' <jshafer@sbwh.law>;

'floridaservice@sbwh.law' <floridaservice@sbwh.law>;

'richard.morrissey@usdoj.gov' <richard.morrissey@usdoj.gov>;

'paul.schwartzberg@usdoj.gov' <paul.schwartzberg@usdoj.gov>;

'Riela@thsh.com' <Riela@thsh.com>;

'rkinas@swlaw.com' <rkinas@swlaw.com>;

'RLiubicic@milbank.com' <RLiubicic@milbank.com>;

'rlp@pryormandelup.com' <rlp@pryormandelup.com>;

'rmccord@certilmanbalin.com' <rmccord@certilmanbalin.com>;

'rnosek@certilmanbalin.com' <rnosek@certilmanbalin.com>;

'rmills@bellnunnally.com' <rmills@bellnunnally.com>;

'klove@bellnunnally.com' <klove@bellnunnally.com>;

'Robert.e.michael.esq@gmail.com' <Robert.e.michael.esq@gmail.com>;

'Aron.hume@gmail.com' <Aron.hume@gmail.com>;

'rpedone@nixonpeabody.com' <rpedone@nixonpeabody.com>;

'rreinert@shutts.com' <rreinert@shutts.com>;

'rseltzer@cwsny.com' <rseltzer@cwsny.com>;

'rsteinberg@pricemeese.com' <rsteinberg@pricemeese.com>;

'rtucker@simon.com' <rtucker@simon.com>;

'russ@bsavory.com' <russ@bsavory.com>;

'rxza@elliottgreenleaf.com' <rxza@elliottgreenleaf.com>;

'sak@elliottgreenleaf.com' <sak@elliottgreenleaf.com>;

'ems@elliottgreenleaf.com' <ems@elliottgreenleaf.com>;

'rzucker@lasserhochman.com' <rzucker@lasserhochman.com>;

'sanantonio.bankruptcy@publicans.com' <sanantonio.bankruptcy@publicans.com>;

'saron@wrslawyers.com' <saron@wrslawyers.com>;

'sbryant@lockelord.com' <sbryant@lockelord.com>;

'schristianson@buchalter.com' <schristianson@buchalter.com>;

'scimalore@wilmingtontrust.com' <scimalore@wilmingtontrust.com>;

'sdnyecf@dor.mo.gov' <sdnyecf@dor.mo.gov>;

'searsteam@primeclerk.com' <searsteam@primeclerk.com>;

'serviceqa@primeclerk.com' <serviceqa@primeclerk.com>;

'secbankruptcy@sec.gov' <secbankruptcy@sec.gov>;

'NYROBankruptcy@sec.gov' <NYROBankruptcy@sec.gov>;

'sfalanga@walsh.law' <sfalanga@walsh.law>;

'sfink@weltman.com' <sfink@weltman.com>;

'sgerald@wtplaw.com' <sgerald@wtplaw.com>;

'shane.ramsey@nelsonmullins.com' <shane.ramsey@nelsonmullins.com>;

'sjk@carmodymacdonald.com' <sjk@carmodymacdonald.com>;

'skelly@s-d.com' <skelly@s-d.com>;

'smetz@offitkurman.com' <smetz@offitkurman.com>;

'smiller@morrisjames.com' <smiller@morrisjames.com>;

'sodonnell@herrick.com' <sodonnell@herrick.com>;

'sselbst@herrick.com' <sselbst@herrick.com>;

'ssmith@herrick.com' <ssmith@herrick.com>;

'msekowski@herrick.com' <msekowski@herrick.com>;

'sokeefe@okeefelc.com' <sokeefe@okeefelc.com>;

'soneal@cgsh.com' <soneal@cgsh.com>;

'jbromley@cgsh.com' <jbromley@cgsh.com>;

'aweaver@cgsh.com' <aweaver@cgsh.com>;

'rmukhi@cgsh.com' <rmukhi@cgsh.com>;

'jkpark@cgsh.com' <jkpark@cgsh.com>;

'srosen@rosenpc.com' <srosen@rosenpc.com>;

'ssmith@mwlaw.com' <ssmith@mwlaw.com>;

'ssouthard@klestadt.com' <ssouthard@klestadt.com>;

'lkiss@klestadt.com' <lkiss@klestadt.com>;

'Starr.Judith@pbgc.gov' <Starr.Judith@pbgc.gov>;

'mccarron.william@pbgc.gov' <mccarron.william@pbgc.gov>;

'efile@pbgc.gov' <efile@pbgc.gov>;

'stephen.castro@nortonrosefulbright.com' <stephen.castro@nortonrosefulbright.com>;

'david.rosenzweig@nortonrosefulbright.com'

<david.rosenzweig@nortonrosefulbright.com>;

'susheelkirpalani@quinnemanuel.com' <susheelkirpalani@quinnemanuel.com>;

'jonpickhardt@quinnemanuel.com' <jonpickhardt@quinnemanuel.com>;

'andrewcorkhill@quinnemanuel.com' <andrewcorkhill@quinnemanuel.com>;

'matthewscheck@quinnemanuel.com' <matthewscheck@quinnemanuel.com>;

'ellisonmerkel@quinnemanuel.com' <ellisonmerkel@quinnemanuel.com>;

'svanaalten@cooley.com' <svanaalten@cooley.com>;

'scarnes@cooley.com' <scarnes@cooley.com>;

'tannweiler@greerherz.com' <tannweiler@greerherz.com>;

'Tarr@BlankRome.com' <Tarr@BlankRome.com>;

'EZucker@BlankRome.com' <EZucker@BlankRome.com>;

'taxcollector@co.imperial.ca.us' <taxcollector@co.imperial.ca.us>;

'terry.shulsky@bipc.com' <terry.shulsky@bipc.com>;

'tyler.dischinger@bipc.com' <tyler.dischinger@bipc.com>;

'tf@lawtaf.com' <tf@lawtaf.com>;

'Tgaa@bbslaw.com' <Tgaa@bbslaw.com>;

'thoffmann@goulstonstorrs.com' <thoffmann@goulstonstorrs.com>;

'thomas.salerno@stinson.com' <thomas.salerno@stinson.com>;

'thoran@foxrothschild.com' <thoran@foxrothschild.com>;

'tking@fbtlaw.com' <tking@fbtlaw.com>;

'tleday@mvbalaw.com' <tleday@mvbalaw.com>;

'tnixon@gklaw.com' <tnixon@gklaw.com>;

'tom@attorneyzim.com' <tom@attorneyzim.com>;

'tonder@stark-stark.com' <tonder@stark-stark.com>;

'jlemkin@stark-stark.com' <jlemkin@stark-stark.com>;

'tscannell@foley.com' <tscannell@foley.com>;

'vandermarkj@whiteandwilliams.com' <vandermarkj@whiteandwilliams.com>;

'william.fennell@fennelllaw.com' <william.fennell@fennelllaw.com>;

'luralene.schultz@fennelllaw.com' <luralene.schultz@fennelllaw.com>;

'office@fennelllaw.com' <office@fennelllaw.com>;

'wkelleher@cohenlaw.com' <wkelleher@cohenlaw.com>;

'hward@cohenlaw.com' <hward@cohenlaw.com>;

'WMSimkulak@duanemorris.com' <WMSimkulak@duanemorris.com>;

'Cheitzenrater@duanemorris.com' <Cheitzenrater@duanemorris.com>;

'wschonberg@beneschlaw.com' <wschonberg@beneschlaw.com>;

'luke.valentino@searshc.com' <luke.valentino@searshc.com>;

'mmeghji@miipartners.com' <mmeghji@miipartners.com>;

'counsel@searshc.com' <counsel@searshc.com>;

'kunal@eslinvest.com' <kunal@eslinvest.com>;

'harold@eslinvest.com' <harold@eslinvest.com>;

'caustin@cgsh.com' <caustin@cgsh.com>;

'boreilly@cgsh.com' <boreilly@cgsh.com>