## Exhibit 1

**Schedule of Go Forward Stores**

Go-Forward Stores

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 1053 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 1325 Broadway<br>Saugus, MA 01906 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1085 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | Intsctn St Rd Pr 1 & Pr 156<br>Caguas, PR 00725 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1108 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 40710 Winchester Rd<br>Temecula, CA 92591 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1127 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 4000 N Shepherd Dr<br>Shepherd, TX 77018 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1148 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3295 E Main St<br>Ventura, CA 93003 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1168 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 12121 Victory Blvd<br>No Hollywood, CA 91606 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1189 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 1209 Plz Dr<br>West Covina, CA 91790 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1206 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3930 Mccain Blvd<br>North Little Rock, AR 72116 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1208 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3636 N Blackstone Ave<br>Fresno, CA 93726 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1212 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 7503 W Cermak Rd<br>N Riverside, IL 60546 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 1284 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 5901 Duke St<br>Alexandria, VA 22304 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1298 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 5261 Arlington Ave<br>Riverside, CA 92504 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1313 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 310 Daniel Webster Hwy Ste 102<br>Nashua, NH 03060 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1345 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 1625 W 49Th St<br>Hialeah/Westland, FL 33012 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1358 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 565 Broadway<br>Chula Vista, CA 91910 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1365 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 20701 Sw 112Th Ave<br>Miami/Cutler Rdg, FL 33189 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1398 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 100 Inland Ctr<br>San Bernardino, CA 92408 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1410 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 4100 Belden Village Mall<br>Canton, OH 44718 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1478 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 1178 El Camino Real<br>San Bruno, CA 94066 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1488 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 2180 Tully Rd<br>San Jose-Eastridge, CA 95122 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 1495 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 4125 Cleveland Ave Suite 88<br>Ft Myers, FL 33901 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1668 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 4000 Meadow Ln<br>Las Vegas(Meadows), NV 89107 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1688 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 1700 N Main St<br>Salinas, CA 93906 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1748 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 5080 Montclair Plz Ln<br>Montclair, CA 91763 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1868 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 22550 Town Cir<br>Moreno Vly, CA 92553 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1925 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | Carolina S/C<br>Carolina, PR 00988 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 1968 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 72-880 Hwy 111<br>Palm Desert, CA 92260 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 2088 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 200 Town Ctr E<br>Santa Maria, CA 93454 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 2218 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3400 Gateway Blvd<br>Prescott, AZ 86303 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3142 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 555 South Ave<br>Tallmadge, OH 44278 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 3243 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1447 N Main St<br>North Canton, OH 44720 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3678 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1855 Main Street<br>Ramona, CA 92065 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3882 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | Pr Rte #2; Km 149.5<br>Mayaguez, PR 00680 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3911 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 3975 Columbia Ave<br>Columbia, PA 17512 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 3954 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 400 North Best Ave<br>Walnutport, PA 18088 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 4353 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1-20Th Ave S E<br>Minot, ND 58701 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 4355 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 4501 66Th Street N<br>St. Petersburg, FL 33709 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7321 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 7321 Manatee Ave<br>West Bradenton, FL 34209 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7390 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1500 Anna Sparks Way<br>McKinleyville, CA 95521 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7477 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 502 Pike Street<br>Marietta, OH 45750 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

**Go-Forward Stores**

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 7639 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 895 Faukner Road<br>Santa Paula, CA 93060 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7653 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 42126 Big Bear Blvd<br>Big Bear Lake, CA 92315 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7676 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 171 Delaware Ave<br>Sidney, NY 13838 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7699 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1745 Quentin<br>Lebanon, PA 17042 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7713 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 3207 Solomons Island Rd<br>Edgewater, MD 21037 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7725 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 19563 Coastal Hwy, Unit A<br>Rehoboth Beach, DE 19971 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7741 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 2643 Ponce Bypass<br>Ponce, PR 00728 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7767 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1405 South Grand<br>Charles City, IA 50616 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7768 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | Pr 20 And Esmeralda<br>Guaynabo, PR 00969 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |
| 7788 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | Pr 167 & Las Cumbres<br>Bayamon, PR 00957 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

Go Forward Stores

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 9220 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1501 Hwy 169 N<br>Algona, IA 50511 | Date of entry of Rejection Order | Fixtures, shelving, and equipment remaining on the premises |

## **Exhibit 2**

### **Schedule of GOB Stores**

WEIL:\96939615\1\73217.0004

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 9309 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue<br>Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 2307 Superior<br>Webster City, IA 50595-3165 | Date of entry of Rejection Order | N/A |
| 1988 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3751 S Dogwood Ave<br>El Centro, CA 92243- | Date of entry of Rejection Order | N/A |
| 2663 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 50 Fox Run Rd Ste 74<br>Portsmouth, NH 03801-2858 | Date of entry of Rejection Order | N/A |
| 1574 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 1500 Highway 35<br>Middletown, NJ 07748-1831 | Date of entry of Rejection Order | Apparel conveyor, trash compactor, racking. |
| 1277 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 6301 Nw Loop 410<br>Ingram, TX 78238-3824 | Date of entry of Rejection Order | N/A |
| 1740 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3340 Mall Loop Dr<br>Joliet, IL 60431-1057 | Date of entry of Rejection Order | N/A |
| 1071 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 10785 W Colfax Ave<br>Lakewood, CO 80215-3807 | Date of entry of Rejection Order | N/A |
| 1052 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 425 Rice St<br>St Paul, MN 55103-2123 | Date of entry of Rejection Order | N/A |
| 1193 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 850 Hartford Tnpk<br>Waterford, CT 06385- | Date of entry of Rejection Order | Built in compactor, pallet racking with sprinkler system attached, chain link cages in auto center; apparel hanging conveyor. |
| 1708 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 7611 W Thomas Rd<br>Phoenix-Desert Sky, AZ 85033-5433 | Date of entry of Rejection Order | Conveyor, built in compactor, auto center tire converyor |

GOB Stores

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 2034 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 15700 Emerald Way<br>Bowie, MD 20716-2200 | Date of entry of Rejection Order | N/A |
| 1146 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 2800 N Germantown Prkway<br>Cordova, TN 38133- | Date of entry of Rejection Order | N/A |
| 3945 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue<br>Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 912 County Line Rd<br>Delano, CA 93215-3823 | Date of entry of Rejection Order | N/A |
| 1250 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 2100 Southfield Rd<br>Lincoln Park, MI 48146-2250 | Date of entry of Rejection Order | N/A |
| 1078 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 6515 E Southern Ave<br>Mesa/East, AZ 85206-3711 | Date of entry of Rejection Order | N/A |
| 2805 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 733 N Highway 231<br>Panama City, FL 32405-5302 | Date of entry of Rejection Order | N/A |
| 2245 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 1050 S Babcock St<br>Melbourne, FL 32901-3022 | Date of entry of Rejection Order | Pallet racking in main stockroom, sprinkler system and electrical attached to racking |
| 1229 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 460 N Milwaukee St<br>Boise, ID 83704-9122 | Date of entry of Rejection Order | Electric Conveyor |
| 4304 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue<br>Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1 Flower Valley Shp Ctr<br>Florissant, MO 63033-1644 | Date of entry of Rejection Order | Commercial Refrigeration Unit |
| 1006 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3100 Sw College Rd Ste 300<br>Ocala, FL 34474-8449 | Date of entry of Rejection Order | N/A |

GOB Stores

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 1227 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3450 W Camp Wisdom Rd<br>Southwest Ctr, TX 75237-2504 | Date of entry of Rejection Order | Built in compactor |
| 1944 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 600 Lee Blvd<br>Yorktown Hts, NY 10598-1142 | Date of entry of Rejection Order | N/A |
| 2298 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 1011 W Olive Ave<br>Merced, CA 95348-2422 | Date of entry of Rejection Order | N/A |
| 1408 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 5901 Florin Rd<br>Florin, CA 95823-2302 | Date of entry of Rejection Order | N/A |
| 2078 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3150 S 4Th Ave<br>Yuma, AZ 85364-8104 | Date of entry of Rejection Order | N/A |
| 2047 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 2250 El Mercado Loop<br>Sierra Vista, AZ 85635-5204 | Date of entry of Rejection Order | N/A |
| 7746 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue<br>Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 1180 Walnut Bottom Rd<br>Carlisle, PA 17013-9160 | Date of entry of Rejection Order | Receiving conveyor, greenhouse frame with sprinklers |
| 1955 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 3800 Us Highway 98 N Ste 500<br>Lakeland, FL 33809-3824 | Date of entry of Rejection Order | N/A |
| 2565 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 303 Us Hwy 301 Blvd W<br>Bradenton, FL 34205-7991 | Date of entry of Rejection Order | N/A |
| 2147 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>Attn: Executive Vice President, Operations & Leasing<br>500 Fifth Avenue, Suite 1530<br>New York, NY 10110 | Sears Operations LLC | 2501 Irving Mall<br>Irving, TX 75062-5161 | Date of entry of Rejection Order | N/A |

GOB Stores

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED PERSONAL PROPERTY |
|---|---|---|---|---|---|
| 9521 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC<br>c/o Seritage Growth Properties<br>500 Fifth Avenue<br>Suite 1530<br>New York, NY 10110 | Kmart Operations LLC | 417 Main Street<br>Madawaska, ME 04756-1197 | Date of entry of Rejection Order | N/A |