UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>CERTIFICATE OF SERVICE |

I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 6th day of March, 2019, the Notice of Transform Holdco LLC's Motion to Assign Matter to Mediation and the Declaration of Katherine R. Lynch in Support of Transform Holdco LLC's Motion to Assign Matter to Mediation, were served by email upon:

'jacqueline.marcus@weil.com' <jacqueline.marcus@weil.com>; 'ray.schrock@weil.com' <ray.schrock@weil.com>; 'sunny.singh@weil.com' <sunny.singh@weil.com>; 'garrett.fail@weil.com' <garrett.fail@weil.com>; 'luke.valentino@searshc.com' <luke.valentino@searshc.com>; 'stephen.sitley@searshc.com' <stephen.sitley@searshc.com>; 'paul.schwartzberg@usdoj.gov' <paul.schwartzberg@usdoj.gov>; 'richard.morrissey@usdoj.gov' <richard.morrissey@usdoj.gov>; 'paul.leake@skadden.com' <paul.leake@skadden.com>; 'shana.elberg@skadden.com' <shana.elberg@skadden.com>; 'george.howard@skadden.com' <george.howard@skadden.com>; 'eli.vonnegut@davispolk.com' eli.vonnegut@davispolk.com>; 'marshall.huebner@davispolk.com' <marshall.huebner@davispolk.com>; 'ewilson@kelleydrye.com' <ewilson@kelleydrye.com>; 'bfeder@kelleydrye.com' <bfeder@kelleydrye.com>; 'emfox@seyfarth.com' <emfox@seyfarth.com>; 'gadsden@clm.com' <gadsden@clm.com>; 'braynor@lockelord.com' <braynor@lockelord.com>; 'idizengoff@akingump.com' <idizengoff@akingump.com>; 'aqureshi@akingump.com' <aqureshi@akingump.com>; 'sbrauner@akingump.com' <sbrauner@akingump.com>; 'pdublin@akingump.com' <pdublin@akingump.com>; 'harrisj12@michigan.gov' <harrisj12@michigan.gov>; 'idizengoff@akingump.com' <idizengoff@akingump.com>; 'pdublin@akingump.com' <pdublin@akingump.com>; 'aqureshi@akingump.com' <aqureshi@akingump.com>; 'sbrauner@akingump.com' <sbrauner@akingump.com>; 'bnkatty@aldineisd.org' <bnkatty@aldineisd.org>; 'jarnold@aldridgepite.com' <jarnold@aldridgepite.com>; 'James.Vincequerra@alston.com' <James.Vincequerra@alston.com>; 'leib.lerner@alston.com' <leib.lerner@alston.com>; 'ajd@ansellgrimm.com' <ajd@ansellgrimm.com>; 'ajd@ansellgrimm.com' <ajd@ansellgrimm.com>; 'akadish@archerlaw.com' <akadish@archerlaw.com>;

'lschildkraut@archerlaw.com' <lschildkraut@archerlaw.com>; 'andrew.silfen@arentfox.com' <andrew.silfen@arentfox.com>; 'beth.brownstein@arentfox.com' <beth.brownstein@arentfox.com>; 'brian.lohan@arnoldporter.com' <brian.lohan@arnoldporter.com>; 'ginger.clements@arnoldporter.com' <ginger.clements@arnoldporter.com>; 'CSchael@AshfordNJLaw.com' <CSchael@AshfordNJLaw.com>; 'eneiger@askllp.com' <eneiger@askllp.com>; 'jchristian@askllp.com' <jchristian@askllp.com>; 'Jg5786@att.com' <Jg5786@att.com>; 'mcuellar45@austinenterpriseslp.com' <mcuellar45@austinenterpriseslp.com>; 'egoodman@bakerlaw.com' <egoodman@bakerlaw.com>; 'fkhan@bakerlaw.com' <fkhan@bakerlaw.com>; 'pollack@ballardspahr.com' <pollack@ballardspahr.com>; 'branchd@ballardspahr.com' <branchd@ballardspahr.com>; 'heilmanl@ballardspahr.com' <heilmanl@ballardspahr.com>; 'summersm@ballardspahr.com' <summersm@ballardspahr.com>; 'harnerp@ballardspahr.com' <harnerp@ballardspahr.com>; 'kutnera@ballardspahr.com' <kutnera@ballardspahr.com>; 'knewman@barclaydamon.com' <knewman@barclaydamon.com>; 'mowens@btlaw.com' <mowens@btlaw.com>; 'emiller@bayardlaw.com' <emiller@bayardlaw.com>; 'russ@bsavory.com' <russ@bsavory.com>; 'rmills@bellnunnally.com' <rmills@bellnunnally.com>; 'klove@bellnunnally.com' <klove@bellnunnally.com>; 'mbarrie@beneschlaw.com' <mbarrie@beneschlaw.com>; 'kcapuzzi@beneschlaw.com' <kcapuzzi@beneschlaw.com>; 'wschonberg@beneschlaw.com' <wschonberg@beneschlaw.com>; 'Ernie.park@bewleylaw.com' <Ernie.park@bewleylaw.com>; 'Tgaa@bbslaw.com' <Tgaa@bbslaw.com>; 'michael@bindermalter.com' <michael@bindermalter.com>; 'julie@bindermalter.com' <julie@bindermalter.com>; 'JRhodes@BlankRome.com' <JRhodes@BlankRome.com>; 'Tarr@BlankRome.com' <Tarr@BlankRome.com>; 'EZucker@BlankRome.com' <EZucker@BlankRome.com>; 'bankruptcy@borgeslawllc.com' <bankruptcy@borgeslawllc.com>; 'wborges@borgeslawllc.com' <wborges@borgeslawllc.com>; 'schin@borgeslawllc.com' <schin@borgeslawllc.com>; 'arainone@bracheichler.com' <arainone@bracheichler.com>; 'jjorissen@briggs.com' <jjorissen@briggs.com>; 'jmontgomery@brownconnery.com' <jmontgomery@brownconnery.com>; 'pweiser@buchalter.com' <pweiser@buchalter.com>; 'schristianson@buchalter.com' <schristianson@buchalter.com>; 'christopher.schueller@bipc.com' <christopher.schueller@bipc.com>; 'terry.shulsky@bipc.com' <terry.shulsky@bipc.com>; 'tyler.dischinger@bipc.com' <tyler.dischinger@bipc.com>; 'Eric.Waxman@cwt.com' <Eric.Waxman@cwt.com>; 'Anthony.Deleo@cwt.com' <Anthony.Deleo@cwt.com>; 'rdavis@cafarocompany.com' <rdavis@cafarocompany.com>; 'jlevitin@cahill.com' <jlevitin@cahill.com>; 'rstieglitz@cahill.com' <rstieglitz@cahill.com>; 'sjk@carmodymacdonald.com' <sjk@carmodymacdonald.com>; 'MKurzman@carmodylaw.com' <MKurzman@carmodylaw.com>; 'tsansone@carmodylaw.com' <tsansone@carmodylaw.com>; 'mcatalfimo@carterconboy.com' <mcatalfimo@carterconboy.com>; 'gadsden@clm.com' <gadsden@clm.com>; 'bankruptcy@clm.com' <bankruptcy@clm.com>; 'Dennis.roemlein@bnymellon.com' <Dennis.roemlein@bnymellon.com>; 'rmccord@certilmanbalin.com' <rmccord@certilmanbalin.com>; 'rnosek@certilmanbalin.com' <rnosek@certilmanbalin.com>; 'appleby@chapman.com' <appleby@chapman.com>; 'wilamowsky@chapman.com' <wilamowsky@chapman.com>; 'brotenberg@csglaw.com' <brotenberg@csglaw.com>; 'szuber@csglaw.com' <szuber@csglaw.com>; 'ksimard@choate.com' <ksimard@choate.com>; 'jmarshall@choate.com'

<jmarshall@choate.com>; 'hchoi@choiandpark.com' <hchoi@choiandpark.com>;
'cpark@choiandpark.com' <cpark@choiandpark.com>; 'lkleist@choiandpark.com'
<lkleist@choiandpark.com>; 'mstein@chuhak.com' <mstein@chuhak.com>;
'eschnitzer@ckrlaw.com' <eschnitzer@ckrlaw.com>; 'gsaydah@ckrlaw.com'
<gsaydah@ckrlaw.com>; 'srichman@clarkhill.com' <srichman@clarkhill.com>;
'srichman@clarkhill.com' <srichman@clarkhill.com>; 'nbencze@clarkhill.com'
<nbencze@clarkhill.com>; 'duane.brescia@clarkhillstrasburger.com'
<duane.brescia@clarkhillstrasburger.com>; 'dblau@clarkhill.com' <dblau@clarkhill.com>;
'wkelleher@cohenlaw.com' <wkelleher@cohenlaw.com>; 'hward@cohenlaw.com'
<hward@cohenlaw.com>; 'rseltzer@cwsny.com' <rseltzer@cwsny.com>;
'jbienstock@coleschotz.com' <jbienstock@coleschotz.com>; 'mwarner@coleschotz.com'
<mwarner@coleschotz.com>; 'Michael.smith2@computershare.com'
<Michael.smith2@computershare.com>; 'kbifferato@connollygallagher.com'
<kbifferato@connollygallagher.com>; 'kconlan@connollygallagher.com'
<kconlan@connollygallagher.com>; 'cgriffiths@connollygallagher.com'
<cgriffiths@connollygallagher.com>; 'svanaalten@cooley.com' <svanaalten@cooley.com>;
'scarnes@cooley.com' <scarnes@cooley.com>; 'dcoffino@cov.com' <dcoffino@cov.com>;
'aclark@cov.com' <aclark@cov.com>; 'mfelger@cozen.com' <mfelger@cozen.com>;
'pzumbro@cravath.com' <pzumbro@cravath.com>; 'davidtaxin@dahannowick.com'
<davidtaxin@dahannowick.com>; 'daniel@dmsilverlaw.com' <daniel@dmsilverlaw.com>;
'dhw@dhclegal.com' <dhw@dhclegal.com>; 'sears.service@davispolk.com'
<sears.service@davispolk.com>; 'jwcohen@daypitney.com' <jwcohen@daypitney.com>;
'mcto@debevoise.com' <mcto@debevoise.com>; 'eweisgerber@debevoise.com'
<eweisgerber@debevoise.com>; 'jcurley@ddw-law.com' <jcurley@ddw-law.com>;
'bethsolomon@discover.com' <bethsolomon@discover.com>; 'marita.erbeck@dbr.com'
<marita.erbeck@dbr.com>; 'LJKotler@duanemorris.com' <LJKotler@duanemorris.com>;
'WMSimkulak@duanemorris.com' <WMSimkulak@duanemorris.com>;
'WMSimkulak@duanemorris.com' <WMSimkulak@duanemorris.com>;
'Cheitzenrater@duanemorris.com' <Cheitzenrater@duanemorris.com>;
'emunozPSC@gmail.com' <emunozPSC@gmail.com>; 'lmay@eisemanlevine.com'
<lmay@eisemanlevine.com>; 'rxza@elliottgreenleaf.com' <rxza@elliottgreenleaf.com>;
'sak@elliottgreenleaf.com' <sak@elliottgreenleaf.com>; 'ems@elliottgreenleaf.com'
<ems@elliottgreenleaf.com>; 'Leopold.matt@Epa.gov' <Leopold.matt@Epa.gov>;
'lbercovich@epicor.com' <lbercovich@epicor.com>; 'ppascuzzi@ffwplaw.com'
<ppascuzzi@ffwplaw.com>; 'gchico@ferraiuoli.com' <gchico@ferraiuoli.com>;
'mark.wilson@fisherbroyles.com' <mark.wilson@fisherbroyles.com>;
'patricia.fugee@fisherbroyles.com' <patricia.fugee@fisherbroyles.com>; 'dlwright@foley.com'
<dlwright@foley.com>; 'kcatanese@foley.com' <kcatanese@foley.com>; 'msmall@foley.com'
<msmall@foley.com>; 'tscannell@foley.com' <tscannell@foley.com>;
'aguon@foxrothschild.com' <aguon@foxrothschild.com>; 'plabov@foxrothschild.com'
<plabov@foxrothschild.com>; 'thoran@foxrothschild.com' <thoran@foxrothschild.com>;
'mhall@foxrothschild.com' <mhall@foxrothschild.com>; 'mherz@foxrothschild.com'
<mherz@foxrothschild.com>; 'nreid@foxswibel.com' <nreid@foxswibel.com>;
'jfrank@fgllp.com' <jfrank@fgllp.com>; 'jkleinman@fgllp.com' <jkleinman@fgllp.com>;
'deggert@freeborn.com' <deggert@freeborn.com>; 'brad.eric.scheler@friedfrank.com'
<brad.eric.scheler@friedfrank.com>; 'scott.luftglass@friedfrank.com'

<scott.luftglass@friedfrank.com>; 'peter.siroka@friedfrank.com' <peter.siroka@friedfrank.com>; 'tking@fbtlaw.com' <tking@fbtlaw.com>; 'rgold@fbtlaw.com' <rgold@fbtlaw.com>; 'awebb@fbtlaw.com' <awebb@fbtlaw.com>; 'pmartin@fmdlegal.com' <pmartin@fmdlegal.com>; 'lbrymer@fmdlegal.com' <lbrymer@fmdlegal.com>; 'gseitz@gsbblaw.com' <gseitz@gsbblaw.com>; 'mgensburg@gcklegal.com' <mgensburg@gcklegal.com>; 'btheisen@gibbonslaw.com' <btheisen@gibbonslaw.com>; 'nsongonuga@gibbonslaw.com' <nsongonuga@gibbonslaw.com>; 'hcohen@gibbonslaw.com' <hcohen@gibbonslaw.com>; 'dcampbell@ghclaw.com' <dcampbell@ghclaw.com>; 'tnixon@gklaw.com' <tnixon@gklaw.com>; 'tomf@goldmclaw.com' <tomf@goldmclaw.com>; 'jflaxer@golenbock.com' <jflaxer@golenbock.com>; 'mweinstein@golenbock.com' <mweinstein@golenbock.com>; 'gfox@goodwinlaw.com' <gfox@goodwinlaw.com>; 'bbazian@goodwinlaw.com' <bbazian@goodwinlaw.com>; 'mgoldstein@goodwinlaw.com' <mgoldstein@goodwinlaw.com>; 'drosner@goulstonstorrs.com' <drosner@goulstonstorrs.com>; 'thoffmann@goulstonstorrs.com' <thoffmann@goulstonstorrs.com>; 'phillip.bohl@gpmlaw.com' <phillip.bohl@gpmlaw.com>; 'tannweiler@greerherz.com' <tannweiler@greerherz.com>; 'jfigueiredo@hahnhessen.com' <jfigueiredo@hahnhessen.com>; 'ahalperin@halperinlaw.net' <ahalperin@halperinlaw.net>; 'lgu@halperinlaw.net' <lgu@halperinlaw.net>; 'dlieberman@halperinlaw.net' <dlieberman@halperinlaw.net>; 'joia.johnson@hanes.com' <joia.johnson@hanes.com>; 'howard.upchurch@hanes.com' <howard.upchurch@hanes.com>; 'ktompsett@harrisbeach.com' <ktompsett@harrisbeach.com>; 'sodonnell@herrick.com' <sodonnell@herrick.com>; 'sselbst@herrick.com' <sselbst@herrick.com>; 'ssmith@herrick.com' <ssmith@herrick.com>; 'msekowski@herrick.com' <msekowski@herrick.com>; 'elio@higgslaw.com' <elio@higgslaw.com>; 'cfenlon@hinckleyallen.com' <cfenlon@hinckleyallen.com>; 'arthur.rosenberg@hklaw.com' <arthur.rosenberg@hklaw.com>; 'Marc.Antonecchia@hklaw.com' <Marc.Antonecchia@hklaw.com>; 'barbra.parlin@hklaw.com' <barbra.parlin@hklaw.com>; 'elvin.ramos@hklaw.com' <elvin.ramos@hklaw.com>; 'jose.casal@hklaw.com' <jose.casal@hklaw.com>; 'jjalemany@hklaw.com' <jjalemany@hklaw.com>; 'llichtman@honigman.com' <llichtman@honigman.com>; 'chris.gartman@hugheshubbard.com' <chris.gartman@hugheshubbard.com>; 'bgross@HuntonAK.com' <bgross@HuntonAK.com>; 'mlegge@huntonak.com' <mlegge@huntonak.com>; 'ghesse@huntonak.com' <ghesse@huntonak.com>; 'caleb.holzaepfel@huschblackwell.com' <caleb.holzaepfel@huschblackwell.com>; 'lynn.butler@huschblackwell.com' <lynn.butler@huschblackwell.com>; 'Daniel.Swetnam@icemiller.com' <Daniel.Swetnam@icemiller.com>; 'taxcollector@co.imperial.ca.us' <taxcollector@co.imperial.ca.us>; 'alex.macias@impremedia.com' <alex.macias@impremedia.com>; 'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>; 'Mimi.M.Wong@irscounsel.treas.gov' <Mimi.M.Wong@irscounsel.treas.gov>; 'Bankruptcy2@ironmountain.com' <Bankruptcy2@ironmountain.com>; 'hgj@jasneflorio.com' <hgj@jasneflorio.com>; 'dlk@jasneflorio.com' <dlk@jasneflorio.com>; 'brownsvalleyorchards@aol.com' <brownsvalleyorchards@aol.com>; 'elkinj@mac.com' <elkinj@mac.com>; 'robert.honeywell@klgates.com' <robert.honeywell@klgates.com>; 'atureaud@kblaw.com' <atureaud@kblaw.com>; 'KDWBankruptcyDepartment@KelleyDrye.com' <KDWBankruptcyDepartment@KelleyDrye.com>; 'bfeder@kelleydrye.com'

<bfeder@kelleydrye.com>; 'jacarlino@kslnlaw.com' <jacarlino@kslnlaw.com>; 'ssouthard@klestadt.com' <ssouthard@klestadt.com>; 'lkiss@klestadt.com' <lkiss@klestadt.com>; 'kurtzman@kurtzmansteady.com' <kurtzman@kurtzmansteady.com>; 'dgragg@langleybanack.com' <dgragg@langleybanack.com>; 'jfifarek@laskyfifarek.com' <jfifarek@laskyfifarek.com>; 'rzucker@lasserhochman.com' <rzucker@lasserhochman.com>; 'marc.zelina@lw.com' <marc.zelina@lw.com>; 'peter.gilhuly@lw.com' <peter.gilhuly@lw.com>; 'ted.dillman@lw.com' <ted.dillman@lw.com>; 'gillazarus@gmail.com' <gillazarus@gmail.com>; 'kevin@ksnpc.com' <kevin@ksnpc.com>; 'william.fennell@fennelllaw.com' <william.fennell@fennelllaw.com>; 'luralene.schultz@fennelllaw.com' <luralene.schultz@fennelllaw.com>; 'office@fennelllaw.com' <office@fennelllaw.com>; 'cgruen@gruenlaw.com' <cgruen@gruenlaw.com>; 'dtabachnik@dttlaw.com' <dtabachnik@dttlaw.com>; 'pstarkesq@gmail.com' <pstarkesq@gmail.com>; 'hlazarus@lazarusandlazarus.com' <hlazarus@lazarusandlazarus.com>; 'harlan.lazarus@gmail.com' <harlan.lazarus@gmail.com>; 'ilan.markus@leclairryan.com' <ilan.markus@leclairryan.com>; 'niclas.ferland@leclairryan.com' <niclas.ferland@leclairryan.com>; 'andrew.cole@leclairryan.com' <andrew.cole@leclairryan.com>; 'janice.grubin@leclairryan.com' <janice.grubin@leclairryan.com>; 'alex.chase@leclairryan.com' <alex.chase@leclairryan.com>; 'jjorissen@losgs.com' <jjorissen@losgs.com>; 'sanantonio.bankruptcy@publicans.com' <sanantonio.bankruptcy@publicans.com>; 'dallas.bankruptcy@publicans.com' <dallas.bankruptcy@publicans.com>; 'houston_bankruptcy@publicans.com' <houston_bankruptcy@publicans.com>; 'jfarnum@linowes-law.com' <jfarnum@linowes-law.com>; 'jmueller@lippes.com' <jmueller@lippes.com>; 'braynor@lockelord.com' <braynor@lockelord.com>; 'asmith@lockelord.com' <asmith@lockelord.com>; 'ira.greene@lockelord.com' <ira.greene@lockelord.com>; 'jfroehlich@lockelord.com' <jfroehlich@lockelord.com>; 'sbryant@lockelord.com' <sbryant@lockelord.com>; 'bbuechler@lowenstein.com' <bbuechler@lowenstein.com>; 'echafetz@lowenstein.com' <echafetz@lowenstein.com>; 'bnathan@lowenstein.com' <bnathan@lowenstein.com>; 'dmiller@lubinolson.com' <dmiller@lubinolson.com>; 'david@mhlaw-ny.com' <david@mhlaw-ny.com>; 'tleday@mvbalaw.com' <tleday@mvbalaw.com>; 'bmcgrath@mcglinchey.com' <bmcgrath@mcglinchey.com>; 'kromano@mcglinchey.com' <kromano@mcglinchey.com>; 'mchaney@mcglinchey.com' <mchaney@mcglinchey.com>; 'raguilar@mcglinchey.com' <raguilar@mcglinchey.com>; 'rcerone@mcglinchey.com' <rcerone@mcglinchey.com>; 'hjschwartz@mckoolsmith.com' <hjschwartz@mckoolsmith.com>; 'dmeegan@mhksacto.com' <dmeegan@mhksacto.com>; 'cjm@msf-law.com' <cjm@msf-law.com>; 'nkenworthy@mrrlaw.net' <nkenworthy@mrrlaw.net>; 'ALeblanc@milbank.com' <ALeblanc@milbank.com>; 'cprice@milbank.com' <cprice@milbank.com>; 'RLiubicic@milbank.com' <RLiubicic@milbank.com>; 'sdnyecf@dor.mo.gov' <sdnyecf@dor.mo.gov>; 'ssmith@mwlaw.com' <ssmith@mwlaw.com>; 'laura.mccarthy@morganlewis.com' <laura.mccarthy@morganlewis.com>; 'neil.herman@morganlewis.com' <neil.herman@morganlewis.com>; 'smiller@morrisjames.com' <smiller@morrisjames.com>; 'cmiller@mnat.com' <cmiller@mnat.com>; 'jbarsalona@mnat.com' <jbarsalona@mnat.com>; 'jmarines@mofo.com' <jmarines@mofo.com>; 'bbutterfield@mofo.com' <bbutterfield@mofo.com>; 'bankruptcy@morrisoncohen.com' <bankruptcy@morrisoncohen.com>; 'mro@prbankruptcy.com' <mro@prbankruptcy.com>; 'bradley.schneider@mto.com'

<bradley.schneider@mto.com>; 'thomas.walper@mto.com' <thomas.walper@mto.com>; 'dperry@munsch.com' <dperry@munsch.com>; 'kcordry@naag.org' <kcordry@naag.org>; 'jody.bedenbaugh@nelsonmullins.com' <jody.bedenbaugh@nelsonmullins.com>; 'shane.ramsey@nelsonmullins.com' <shane.ramsey@nelsonmullins.com>; 'enid.stuart@ag.ny.gov' <enid.stuart@ag.ny.gov>; 'cdesiderio@nixonpeabody.com' <cdesiderio@nixonpeabody.com>; 'dsklar@nixonpeabody.com' <dsklar@nixonpeabody.com>; 'rpedone@nixonpeabody.com' <rpedone@nixonpeabody.com>; 'bob.bruner@nortonrosefulbright.com' <bob.bruner@nortonrosefulbright.com>; 'howard.seife@nortonrosefulbright.com' <howard.seife@nortonrosefulbright.com>; 'christy.rivera@nortonrosefulbright.com' <christy.rivera@nortonrosefulbright.com>; 'stephen.castro@nortonrosefulbright.com' <stephen.castro@nortonrosefulbright.com>; 'david.rosenzweig@nortonrosefulbright.com' <david.rosenzweig@nortonrosefulbright.com>; 'cmomjian@attorneygeneral.gov' <cmomjian@attorneygeneral.gov>; 'rachel.obaldo@oag.texas.gov' <rachel.obaldo@oag.texas.gov>; 'richard.morrissey@usdoj.gov' <richard.morrissey@usdoj.gov>; 'paul.schwartzberg@usdoj.gov' <paul.schwartzberg@usdoj.gov>; 'apetrakov@offitkurman.com' <apetrakov@offitkurman.com>; 'smetz@offitkurman.com' <smetz@offitkurman.com>; 'victoria.garry@ohioattorneygeneral.gov' <victoria.garry@ohioattorneygeneral.gov>; 'sokeefe@okeefelc.com' <sokeefe@okeefelc.com>; 'dpatrick@omm.com' <dpatrick@omm.com>; 'jtaylor@omm.com' <jtaylor@omm.com>; 'mkremer@omm.com' <mkremer@omm.com>; 'paul@orshanpa.com' <paul@orshanpa.com>; 'lily@pacogarment.com' <lily@pacogarment.com>; 'chipford@parkerpoe.com' <chipford@parkerpoe.com>; 'leslieplaskon@paulHastings.com' <leslieplaskon@paulhastings.com>; 'andrewtenzer@paulhastings.com' <andrewtenzer@paulhastings.com>; 'shlomomaza@paulhastings.com' <shlomomaza@paulhastings.com>; 'pbasta@paulweiss.com' <pbasta@paulweiss.com>; 'kcornish@paulweiss.com' <kcornish@paulweiss.com>; 'lclayton@paulweiss.com' <lclayton@paulweiss.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; 'rbritton@paulweiss.com' <rbritton@paulweiss.com>; 'jhurwitz@paulweiss.com' <jhurwitz@paulweiss.com>; 'jaffeh@pepperlaw.com' <jaffeh@pepperlaw.com>; 'listwakk@pepperlaw.com' <listwakk@pepperlaw.com>; 'ecobb@pbfcm.com' <ecobb@pbfcm.com>; 'jbanks@pbfcm.com' <jbanks@pbfcm.com>; 'ecobb@pbfcm.com' <ecobb@pbfcm.com>; 'lmbkr@pbfcm.com' <lmbkr@pbfcm.com>; 'osonik@pbfcm.com' <osonik@pbfcm.com>; 'dpick@picklaw.net' <dpick@picklaw.net>; 'jon@piercemccoy.com' <jon@piercemccoy.com>; 'rsteinberg@pricemeese.com' <rsteinberg@pricemeese.com>; 'searsteam@primeclerk.com' <searsteam@primeclerk.com>; 'serviceqa@primeclerk.com' <serviceqa@primeclerk.com>; 'gerald.kennedy@procopio.com' <gerald.kennedy@procopio.com>; 'rlp@pryormandelup.com' <rlp@pryormandelup.com>; 'mhofsdal@pryorcashman.com' <mhofsdal@pryorcashman.com>; 'susheelkirpalani@quinnemanuel.com' <susheelkirpalani@quinnemanuel.com>; 'jonpickhardt@quinnemanuel.com' <jonpickhardt@quinnemanuel.com>; 'andrewcorkhill@quinnemanuel.com' <andrewcorkhill@quinnemanuel.com>; 'matthewscheck@quinnemanuel.com' <matthewscheck@quinnemanuel.com>; 'ellisonmerkel@quinnemanuel.com' <ellisonmerkel@quinnemanuel.com>; 'cfilardi@rrlawpc.com' <cfilardi@rrlawpc.com>; 'greiss@reisspreuss.com' <greiss@reisspreuss.com>; 'etikkanen@reisspreuss.com' <etikkanen@reisspreuss.com>; 'cpugatch@rprslaw.com' <cpugatch@rprslaw.com>; 'hmagaliff@r3mlaw.com'

<hmagaliff@r3mlaw.com>; 'kflorey@robbins-schwartz.com' <kflorey@robbins-schwartz.com>; 'nsmith@robbins-schwartz.com' <nsmith@robbins-schwartz.com>; 'Robert.e.michael.esq@gmail.com' <Robert.e.michael.esq@gmail.com>; 'Aron.hume@gmail.com' <Aron.hume@gmail.com>; 'fbr@robinsonbrog.com' <fbr@robinsonbrog.com>; 'rms@robinsonbrog.com' <rms@robinsonbrog.com>; 'gregg.galardi@ropesgray.com' <gregg.galardi@ropesgray.com>; 'kimberly.kodis@ropesgray.com' <kimberly.kodis@ropesgray.com>; 'sam.ashuraey@ropesgray.com' <sam.ashuraey@ropesgray.com>; 'james.wilton@ropesgray.com' <james.wilton@ropesgray.com>; 'patricia.chen@ropesgray.com' <patricia.chen@ropesgray.com>; 'ssally@ropesgray.com' <ssally@ropesgray.com>; 'joshua.sturm@ropesgray.com' <joshua.sturm@ropesgray.com>; 'nicholas.berg@ropesgray.com' <nicholas.berg@ropesgray.com>; 'timothy.farrell@ropesgray.com' <timothy.farrell@ropesgray.com>; 'srosen@rosenpc.com' <srosen@rosenpc.com>; 'prubin@rubinlawllc.com' <prubin@rubinlawllc.com>; 'mamato@rmfpc.com' <mamato@rmfpc.com>; 'skelly@s-d.com' <skelly@s-d.com>; 'mmccann@swc-law.com' <mmccann@swc-law.com>; 'rabiuso@swc-law.com' <rabiuso@swc-law.com>; 'jweinblatt@sakar.com' <jweinblatt@sakar.com>; 'cbelmonte@ssbb.com' <cbelmonte@ssbb.com>; 'asnow@ssbb.com' <asnow@ssbb.com>; 'pbosswick@ssbb.com' <pbosswick@ssbb.com>; 'ldelucia@schiffhardin.com' <ldelucia@schiffhardin.com>; 'afiedler@schiffhardin.com' <afiedler@schiffhardin.com>; 'secbankruptcy@sec.gov' <secbankruptcy@sec.gov>; 'NYROBankruptcy@sec.gov' <NYROBankruptcy@sec.gov>; 'bankruptcynoticeschr@sec.gov' <bankruptcynoticeschr@sec.gov>; 'ashmead@sewkis.com' <ashmead@sewkis.com>; 'alves@sewkis.com' <alves@sewkis.com>; 'emfox@seyfarth.com' <emfox@seyfarth.com>; 'rhermann@sbwh.law' <rhermann@sbwh.law>; 'mkish@sbwh.law' <mkish@sbwh.law>; 'jshafer@sbwh.law' <jshafer@sbwh.law>; 'floridaservice@sbwh.law' <floridaservice@sbwh.law>; 'fsosnick@shearman.com' <fsosnick@shearman.com>; 'sara.coelho@shearman.com' <sara.coelho@shearman.com>; 'afeld@sheppardmullin.com' <afeld@sheppardmullin.com>; 'tcohen@sheppardmullin.com' <tcohen@sheppardmullin.com>; 'rreinert@shutts.com' <rreinert@shutts.com>; 'rtucker@simon.com' <rtucker@simon.com>; 'mshriro@singerlevick.com' <mshriro@singerlevick.com>; 'dplon@sirlinlaw.com' <dplon@sirlinlaw.com>; 'Paul.Leake@skadden.com' <Paul.Leake@skadden.com>; 'Shana.Elberg@skadden.com' <Shana.Elberg@skadden.com>; 'George.Howard@skadden.com' <George.Howard@skadden.com>; 'enotices@skijain.com' <enotices@skijain.com>; 'pstrok@swelawfirm.com' <pstrok@swelawfirm.com>; 'rkinas@swlaw.com' <rkinas@swlaw.com>; 'bk@svllaw.com' <bk@svllaw.com>; 'darolf@sorlinglaw.com' <darolf@sorlinglaw.com>; 'pmryan@sorlinglaw.com' <pmryan@sorlinglaw.com>; 'mary.callahan@bnymellon.com' <mary.callahan@bnymellon.com>; 'mary.callahan@bnymellon.com' <mary.callahan@bnymellon.com>; 'tonder@stark-stark.com' <tonder@stark-stark.com>; 'jlemkin@stark-stark.com' <jlemkin@stark-stark.com>; 'cp@stevenslee.com' <cp@stevenslee.com>; 'thomas.salerno@stinson.com' <thomas.salerno@stinson.com>; 'streusand@slollp.com' <streusand@slollp.com>; 'khansen@stroock.com' <khansen@stroock.com>; 'jcanfield@stroock.com' <jcanfield@stroock.com>; 'sbhattacharyya@stroock.com' <sbhattacharyya@stroock.com>; 'mklein@ssbny.com' <mklein@ssbny.com>; 'dietdericha@sullcrom.com' <dietdericha@sullcrom.com>; 'zylberbergd@sullcrom.com' <zylberbergd@sullcrom.com>; 'dkupetz@sulmeyerlaw.com' <dkupetz@sulmeyerlaw.com>; 'ckwu@sulmeyerlaw.com'

<ckwu@sulmeyerlaw.com>; 'lawyer@surilawoffice.com' <lawyer@surilawoffice.com>; 'bsattin@szaferman.com' <bsattin@szaferman.com>; 'Riela@thsh.com' <Riela@thsh.com>; 'aconway@taubman.com' <aconway@taubman.com>; 'tf@lawtaf.com' <tf@lawtaf.com>; 'Starr.Judith@pbgc.gov' <Starr.Judith@pbgc.gov>; 'mccarron.william@pbgc.gov' <mccarron.william@pbgc.gov>; 'efile@pbgc.gov' <efile@pbgc.gov>; 'joe@saracheklawfirm.com' <joe@saracheklawfirm.com>; 'mtsang@tsanglawfirm.com' <mtsang@tsanglawfirm.com>; 'Curtis.Tuggle@ThompsonHine.com' <Curtis.Tuggle@ThompsonHine.com>; 'powerwangtxks@vip.126.com' <powerwangtxks@vip.126.com>; 'AGBankNewYork@ag.tn.gov' <AGBankNewYork@ag.tn.gov>; 'jpruski@trainorfairbrook.com' <jpruski@trainorfairbrook.com>; 'kay.brock@traviscountytx.gov' <kay.brock@traviscountytx.gov>; 'David.Jones6@usdoj.gov' <David.Jones6@usdoj.gov>; 'Jeffrey.Oestericher@usdoj.gov' <Jeffrey.Oestericher@usdoj.gov>; 'Joseph.Cordaro@usdoj.gov' <Joseph.Cordaro@usdoj.gov>; 'Carina.Schoenberger@usdoj.gov' <Carina.Schoenberger@usdoj.gov>; 'Lawrence.Fogelman@usdoj.gov' <Lawrence.Fogelman@usdoj.gov>; 'Peter.Aronoff@usdoj.gov' <Peter.Aronoff@usdoj.gov>; 'Linda.Riffkin@usdoj.gov' <Linda.Riffkin@usdoj.gov>; 'jdunn@vedderprice.com' <jdunn@vedderprice.com>; 'ketzel@vedderprice.com' <ketzel@vedderprice.com>; 'mschein@vedderprice.com' <mschein@vedderprice.com>; 'marva.m.levine@verizon.com' <marva.m.levine@verizon.com>; 'notice@waldrepllp.com' <notice@waldrepllp.com>; 'sfalanga@walsh.law' <sfalanga@walsh.law>; 'gtoering@wnj.com' <gtoering@wnj.com>; 'Dclarke@wjslaw.com' <Dclarke@wjslaw.com>; 'ray.schrock@weil.com' <ray.schrock@weil.com>; 'garrett.fail@weil.com' <garrett.fail@weil.com>; 'jacqueline.marcus@weil.com' <jacqueline.marcus@weil.com>; 'sunny.singh@weil.com' <sunny.singh@weil.com>; 'JeriLeigh.Miller@weil.com' <JeriLeigh.Miller@weil.com>; 'jessica.liou@weil.com' <jessica.liou@weil.com>; 'Paloma.VanGroll@weil.com' <Paloma.VanGroll@weil.com>; 'Jared.Friedmann@weil.com' <Jared.Friedmann@weil.com>; 'Jessie.Mishkin@weil.com' <Jessie.Mishkin@weil.com>; 'mbrofman@weisszarett.com' <mbrofman@weisszarett.com>; 'sfink@weltman.com' <sfink@weltman.com>; 'vandermarkj@whiteandwilliams.com' <vandermarkj@whiteandwilliams.com>; 'sgerald@wtplaw.com' <sgerald@wtplaw.com>; 'bankruptcy@evict.net' <bankruptcy@evict.net>; 'awilliams@williamsadvisors.com' <awilliams@williamsadvisors.com>; 'alipkin@willkie.com' <alipkin@willkie.com>; 'gbrunswick@willkie.com' <gbrunswick@willkie.com>; 'phealy@wsfsbank.com' <phealy@wsfsbank.com>; 'scimalore@wilmingtontrust.com' <scimalore@wilmingtontrust.com>; 'david.tillem@wilsonelser.com' <david.tillem@wilsonelser.com>; 'ncwitte@wittelaw.com' <ncwitte@wittelaw.com>; 'saron@wrslawyers.com' <saron@wrslawyers.com>; 'tom@attorneyzim.com' <tom@attorneyzim.com>

2. On the 6th day of March, 2019, true and correct copies of the aforesaid documents were served also by Federal Express and by First Class Mail, as indicated, upon:

**BY FEDERAL EXPRESS**

Stephen Sitley Esq., Luke J. Valentino, Esq.
c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Ray C. Schrock, P.C., Jacqueline Marcus, Esq.,
Garrett A. Fail, Esq., and Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue New York, New York 10153

Paul Schwartzberg, Esq.
Office of the United States Trustee for Region 2
201 Varick Street Suite 1006 New York, New York 10014

Paul D. Leake, Esq., Shana A. Elberg, Esq.,
George R. Howard, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square New York, NY 10036

Marshall S. Huebner, Esq., and Eli J. Vonnegut, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue New York, NY, 10017

Eric R. Wilson, Esq. and
Benjamin D. Feder, Esq.,
Kelley Drye & Warren LLP
101 Park Avenue New York, NY 10178

Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue New York, NY 10018

James Gadsden, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street New York, NY 10005

Brian A. Raynor, Esq.
Locke Lord LLP
111 South Wacker Drive Chicago, IL 60606

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

9

BST International Fashion Ltd.
Attn: A.R. Shrinivasan, Managing Director
39 Wang Kwong Rd,
Ste 2301B, Skyline Tower,
Kowloon Bay, Hong Kong

Frenkel, Lambert, Weiss, Weisman
 Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596

The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Philip C. Dublin, Esq., Ira Dizengoff, Esq.,
and Sara Lynne Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**BY FIRST CLASS MAIL**

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

2. On the 7th day of March, 2019, the aforesaid documents were also served upon:

**BY FEDERAL EXPRESS**

Simon Property Group, L.P.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis IN, 46204

Price Meese Shulman & D'Arminio, P.C.
Attn: Rick A. Steinberg
50 Tice Boulevard, Suite 380
Woodcliff Lake NJ, 07677

AT&T Services Legal Department
Attn: James W. Grudus, Esq.
One AT&T Way, Room 3A115
Bedminster NJ, 07921

Dated: New York, New York
March 12, 2019

                                                        /s/Brendan Cyr
                                                         Brendan Cyr