**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538(RDD)<br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO THE MASTER ADDRESS LIST

**TO THE HONORABLE COURT:**

**NOW COMES**, creditor, **Payco Foods Corporation ("Payco")**, by its undersigned counsel, and very respectfully STATES and PRAYS:

1. The undersigned counsel and his law firm, Coto & Associates, have been retained by Payco, to assume its legal representation in this case.

2. On February 4, 2019, the undersigned counsel filed a *Motion for admission to practice, pro hac vice* (**"Motion"**) **(Docket No. 2388)**, before this Honorable Court, paying the $200.00 filing fee by electronic payment via the Case Management/Electronic Case Filing system ("CM/ECF") and, also, included as an attachment, the Proposed Order **(Docket No. 2388-1)**. However, this Honorable Court has not ruled on the Motion.

3. Therefore, the undersigned counsel hereby enters his appearance as counsel for Payco, pursuant to Fed. R. Bankr. P. 9010(b).

Notice of appearance…
Case no.: 18-23538 (RDD)
2

**WHEREFORE**, the appearing party hereby requests that the Court take notice of the above, GRANT leave to appear in these proceedings, and that the undersigned counsel be notified of all filings and proceedings in this case, including but not limited to motions, disclosure statements and proposed plans filed or to be filed in the above captioned case and further requests that the name and address be added to the Master Address List kept in the above captioned case.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on March 12, 2019.

**WE HEREBY CERTIFY**, that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications to all parties appearing.

**s/Ramón Coto Ojeda**
USDC-PR No. 202006

COTO & ASSOCIATES
MCS Plaza, Suite 800
255 Ponce de León Avenue
San Juan, Puerto Rico 00917
Box 71449 San Juan, PR  00936-8549
Tel: (787) 756-9640
Fax. (787) 756-9641
e-mail: rco@crlawpr.com