IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| SEARS HOLDING CORPORATION, ET AL. | Case No. 18-23538 (RDD) |
| DEBTOR | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Mary Ann Kennedy Claraval, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Darlene Strohecker, an individual, as an unsecured creditor/personal injury claimant in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: 3.12.19
Harrisburg, Pennsylvania

MARY ANN KENNEDY CLARAVAL, ESQ.
Claraval & Claraval
4800 Linglestown Road, Suite 305
Harrisburg, PA 17112
(717) 233-4763
Email: maryannpsu@comcast.net
PA Supreme Court I.D. #87347

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SEARS HOLDING CORPORATION, ET AL.** | **Case No. 18-23538 (RDD)** |
| **DEBTOR** | **(Jointly Administrated)** |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Mary Ann Kennedy Claraval to be admitted *pro hac vice,* to represent Darlene Strohecker (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania, it is hereby

**ORDERED**, that Mary Ann Kennedy Claraval, Esq., is admitted to practice *pro hac vice*, in the above referenced case proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____  
White Plains, New York

_____  
HONORABLE ROBERT D. DRAIN  
UNITED STATES BANKRUPTCY JUDGE