| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 2963 | Cranberry Mall Properties LLC  (In Receivership) c/o The Woodmont Company, as Receiver Attn:  Kim Welborn 2100 W. 27th Street Fort Worth, TX 76107 | N/A | Sears, Roebuck and Co. | 400 N Center St Westminster, MD 21157-5140 | 2/26/2019 | Shelving, fridge, material handling equip, shopping carts, office furniture, safes, fixtures and counters |
| 2600 | CBL & Associates Limited Partnership dba Honey Creek Mall LLC c/o CBL & Assoc. Properties Attn: Chief Legal Officer 2030 Hamilton Place Blvd., Suite 500 Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 3401 S Us Highway 41 Terre Haute, IN 47802-4154 | 2/26/2019 | Cash wraps, jewelry counter with safe, office furniture, fixtures, employee lockers, baler, compactor, softline fixtures, shelving, universale, floor fixtures, shopping carts, appliance fixtures |
| 3982 | Benderson-LeMoore Associates, LP c/o Benderson Development Company, LLC 7978 Cooper Creek Blvd. Suite 100 University Park, FL 34201 | N/A | Kmart Corporation | 215 W Hanford/Armona Rd Lemoore, CA 93245-2302 | 2/26/2019 | Gondolas, service desk/ register stands, office furniture, safe, baler, compactor, misc fixtures |
| 7470 | Hershey Square 2014, L.P. c/o Heidenberg Properties Group 234 Closter Dock Road Closter, NJ 07624 | N/A | Kmart Corporation | 1170 Mae Street Hummelstown, PA 17036-9185 | 2/26/2019 | Gondola, shelving, pallet racking, cash wraps, service desk, apparel racks, receiving conveyor, safe, office furniture, jewelry cases, IT equipment, material handling equipment |
| 7717 | William J. Wade, Owner / Trustee uta #1995-4 c/o Wilmington Trust Company Corporate Trust Administration Rodney Square North, 1100 N. Market Street Wilmington, DE 19890 | N/A | Kmart Corporation | 2712 W Main St Waynesboro, VA 22980-1618 | 2/26/2019 | Gondolas,register stands, safe, compactor, office furniture, misc fixtures, refrigeration, jewelry showcases, softlines fixtures |
| 1395 | West Town S&S LLC c/o Simon Property Group Attn: Executive VP - Development Operations 225 West Washington Street Indianapolis, IN 46204 | Lands' End, Inc. Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 7600H Kingston Pike West Town, TN 37919-5604 | 2/26/2019 | Safes, Cash Wraps, Compactor, IT Equipment, cash wraps, office furniture, whse shelving and racking, apparel racks |
| 1137 | Regency Centers, LP Attn: Lease Administration One Independent Drive, Suite 114 Jacksonville, FL 32202 | N/A | Sears, Roebuck and Co. | 1000 E 41St Austin, TX 78751-4859 | 2/26/2019 | N/A |
| 1388 | S-TRACT LLC C/O SOUTH COAST PLAZA 3315 FAIRVIEW ROAD COSTA MESA, CA 92626 | Lands' End, Inc. Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 3333 Bristol St Costa Mesa, CA 92626-1811 | 2/26/2019 | N/A |
| 1019 | SPG-FCM II LLC dba Stoneridge S&S, LLC c/o Simon Property Group Attn: Executive VP - Development Operations 225 West Washington Street Indianapolis, IN 46204 | Lands' End, Inc. Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1700 Stoneridge Dr Pleasanton, CA 94588- | 2/26/2019 | Safes,Cash wraps,Jewelry cases,Office fixtures Stockroom fixtures,Compactor,Baler, Sales floor fixtures,Breakroom,Lockers |
| 1454 | Neshaminy Anchor Acquisition, LLC Attn: Law/Lease Administration Department 350 N. Orleans Street Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 100 Neshaminy Mall Bensalem/Crowls Hts, PA 19020-1607 | 2/26/2019 | Safes, baler, misc office furniture, apparel fixtures, compactor, warehouse racks, appliance fixtures & displays, jewelry cases, cash wraps |
| 1405 | Cross Creek Anchor S, LP c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer 2030 Hamilton Place Blvd., Suite 500 Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 400 Cross Creek Mall Fayetteville, NC 28303-7244 | 2/26/2019 | Baler, assorted tables, some backroom racking, some office furniture, 4-ways, universals, Some jewelry caces & cash wraps |
| 1790 | Jefferson Anchor S, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer 2030 Hamilton Place Blvd., Suite 500 Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 4807 Outer Loop Louisville-Okolona, KY 40219-3200 | 2/26/2019 | Gondola Counters, Apparel & Store Fixtures, Office Desks & File Cabinets, Shopping Carts, Compactor, IT Equipment, Register Stands, Office & Jewelry Safes, warehouse shelving & Racking |
| 1131 | Northwood Investors dba NW Centennial LLC 575 Fifth Avenue, 23rd Floor New York, NY 10170 | Lands' End, Inc. Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 7001 S University Blvd Centennial, CO 80122-1599 | 2/26/2019 | Fixtures, baler, compactor, backstock racking, office furniture, jewelry showcases, cash wraps, safe, breakroom appliances |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 1115 | Hamilton Place Anchor S, LLC c/o CBL & Associates Management, Inc. Attn: Chief Legal Officer 2030 Hamilton Place Blvd., Suite 500 Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 2100 Hamilton Place Blvd Chattanooga, TN 37421-6006 | 2/26/2019 | Apparel fixtures, various pieces of office & break room furniture, jewelry showcases, safes, various styles of stockroom shelving, appliance fixtures, cash wraps, gondolas |
| 3251 | Sheldon J. Mandell 2441 N. Leavitt Street Chicago, IL 60647-2005 | N/A | Kmart Corporation | 6780 W Washington St Indianapolis, IN 46241-2999 | 2/26/2019 | N/A |
| 1470 | Simon Property Group, L.P. dba Greenwood Park Mall, LLC Attn: Sr. VP Development 225 West Washington Street Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 1251 Us Highway 31 N Greenwood, IN 46142-4503 | 2/26/2019 | N/A |
| 4450 | Z.A. Sneedon & Sons, Inc., f/k/a Jack A. Sneedon Corp- docs to come, Jack passed away 1015 Ashes Drive Suite 205 Wilmington, NC 28405 | Choice Auto Repair Leonard Wood 205 Black Court Creek Willow Springs, NC 27592 | Kmart Corporation | 4500 Western Blvd Raleigh, NC 27606-1814 | 2/26/2019 | Misc. fixtures, service desk, register stands, some gondolas, jewelry counters, shelving, apparel racks |
| 9409 | Greenways LP c/o 422 Realty LP 1055 Westlakes Drive Suite 170 Berwyn, PA 19312 | N/A | Kmart Corporation | 1000 Nutt Rd Phoenixville, PA 19460-2200 | 2/26/2019 | Gondola Shelving, Checkouts, Service Desk, Receiving Conveyor, Refrigeration, Office Equipment, Jewelry Counters, Safe, Walk Behind, Bailer |
| 4026 | Mart Plaza, LLC c/o GJ Realty 49 West 37th Street 9th Floor New York, NY 10018-6257 | N/A | Kmart Corporation | 2901-5 N Belt Hwy St. Joseph, MO 64506-2006 | 2/26/2019 | N/A |
| 4123 | Niagara Realty, LLC c/o Edwin P. Yates 3224 Club Drive Los Angeles, CA 90064 | N/A | Kmart Corporation | 2590 Military Rd Niagara Falls, NY 14304-1506 | 2/26/2019 | Shelving, material handling equipment,fixtures,shopping carts, fixtures counters, office furniture, compactor, safe,checkout stands and service counter, jewelry showcases |
| 4150 | CF Altoona LLC (50%) & Altoona Associates LP (50%) c/o David S. Cohen 2000 S. Ocean Blvd., Apt. 11K Boca Raton, FL 33432 | N/A | Kmart Corporation | 528 W Plank Road Altoona, PA 16602-2802 | 2/26/2019 | Misc. fixtures, register counters, office fixtures, IT Equipment, old AP equipment |
| 9392 | S & R Company of West Seneca NewCo, LLC c/o Pyramid Management Group, Inc. The Clinton Exchange 4 Clinton Square Syracuse, NY 13202-1078 | N/A | Kmart Corporation | 349 Orchard Park Rd West Seneca, NY 14224-2634 | 2/26/2019 | Gondola Shelving, Softlines racks/tables, Checkouts, Service Desk, Receiving Conveyor, Refrigeration, Office Equipment furniture, Jewelry Counters, Safe, Bailer, Shopping carts, unsold stockroom shelving, trash compactor |
| 2304 | Morgantown Mall Associates LP c/o Washington Prime Group, Inc. Attn: General Counsel 180 East Broad Street Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | 9520 Mall Rd Westover/Morgantown, WV 26501-8524 | 2/26/2019 | Cash office safe, office furniture, clothes rack gondolas, break room equipment, cash wrap, trash compactor, |
| 2306 | Gadsden Mall Associates, LLC c/o Farrallon Capital Management, LLC c/o Nick Carbone One Maritime Plaza, Suite 2100 San Francisco, CA 94111 | N/A | Sears, Roebuck and Co. | 1001 Rainbow Dr Gadsden, AL 35901-5376 | 2/26/2019 | Compactor, 2-cash wraps, safes, misc. ofc. furniture |
| 2537 | JPMCC 2007-LDP12 South Expressway 83, LLC c/o ProEquity Asset Management Corp. 4980 Hillside Circle, Suite A El Dorado Hills, CA 95762 | N/A | Sears, Roebuck and Co. | 2002 S Expy 83 Harlingen, TX 78552- | 2/26/2019 | Softline fixtures,register counters,backroom wood shelving, backroom shoes shelving, shoes floor counter |
| 2546 | Greenwood Mall LLC c/o GGP, Inc. Attn: Law / Lease Administration Department 110 North Wacker Drive Chicago, IL 60606 | N/A | Sears, Roebuck and Co. | 2625 Scottsville Rd Bowling Green, KY 42104-4477 | 2/26/2019 | Shelving, shopping carts, office furniture, fixtures, counters |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 2225 | Capitol Funds, Inc. dba Berkeley Mall LLC<br>Attn: David Royster, III<br>Via Overnight address: 720 South LaFayette Street<br>Via US Mail: P.O. Box 146, Shelby, NC 28151<br>Shelby, NC 28150 | N/A | Sears, Roebuck and Co. | 703 N Berkeley Blvd<br>Goldsboro, NC 27534-3444 | 2/26/2019 | Baler, few jewelry |
| 7259 | Lawrence Kadish<br>c/o Lawrence Kadish Real Estate<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 | New Oriental Crafts, LLC<br>Attn: Feng Zhao<br>407 Spinnaker Way<br>Williamsburg, VA 23185 | Kmart Corporation | 118 Waller Mill Rd<br>Williamsburg, VA 23185-2946 | 2/26/2019 | Shelving, material handling equipment,fixtures counters,shopping carts, fixtures counters, office furniture, compactor |
| 3823 | Jasper Station, LLC<br>c/o Phillips Edison Group LLC<br>11501 Northlake Drive<br>Cincinnati, OH 45249-1669 | N/A | Kmart Corporation | 723 3Rd Ave<br>Jasper, IN 47546-3639 | 2/26/2019 | Gondolas, safe, office furniture, register stands, service desk, shelving, grconveyor, baler, compactor, breakroom furniture, softline fixtures, shopping carts, base decks |
| 2617 | Victoria Mall LP<br>ATTN: James M. Hull, c/o Hull Storey Gibson Companies, LLC<br>1190 Interstate Parkway<br>Augusta, GA 30909 | N/A | Sears, Roebuck and Co. | 7508 N Navarro St<br>Victoria, TX 77904-2654 | 2/26/2019 | Office desks, chairs, compactor, apparel fixtures, FJ cases, applicance wall cover wall, CAC (2), misc stockroom racking |
| 1064 | Lincoln Plaza Center, LP<br>c/o Simon Property Group<br>Attn: General Counsel<br>225 West Washington Street<br>Indianapolis, IN 46204 | Lands' End, Inc.<br>Attn: Sr. Vice President & General Counsel<br>5 Lands' End Lane<br>Dodgeville, WI 53595 | Sears, Roebuck and Co. | 2300 E Lincoln Hwy<br>Langhm/Oxford Vly, PA 19047-1824 | 2/26/2019 | Safes, Cash Wraps, Compactor, Baler,IT Equipment, cash wraps, office furniture, whse shelving and racking, apparel racks |
| 3884 | Westfall Town Center JV<br>c/o Metro Commercial Management Services, Inc.<br>307 Fellowship Road<br>Suite 300<br>Mt. Laurel, NJ 08054 | N/A | Kmart Corporation | 111 Hulst Dr, Ste 722<br>Matamoras, PA 18336-2115 | 2/26/2019 | Check outs, service desk, some gondolas, softlines fixtures, jewelry counter, some IT equipment, registers, office furniture |
| 2124 | Gemini Management Company, LLC (In Receivership)<br>c/o C-III Asset Management LLC<br>Attn: Chris Brantley, VP Special Servicing<br>5221 N. O'connor Blvd., Suite 800<br>Irving, TX 75039 | N/A | Sears, Roebuck and Co. | 5522 Shaffer Rd Ste 129<br>Dubois, PA 15801-3304 | 2/26/2019 | Cash safe, baler, fixtures, office furn, cash registers, cash wraps, shopping carts |
| 2584 | Chautauqua Mall LLC<br>c/o Washington Prime Group, Inc.<br>Attn: General Counsel<br>180 East Broad Street<br>Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | Rt 394 & Hunt Blvd<br>Lakewood, NY 14750- | 2/26/2019 | Cash wraps,shopping carts, office furniture, compactor ram unit, misc floor fixtures |
| 3941 | Hauppauge Properties, LLC<br>1975 Hempstead Turnpike<br>Suite 309<br>East Meadow, NY 11554 | N/A | Kmart Corporation | Northridge S/C Us Hwy 127<br>Russell Springs, KY 42642-4559 | 2/26/2019 | Misc. fixtures, service desk, register stands, bailer, some gondolas, jewelry counters, safe, shopping carts |
| 9415 | Lake Plaza Shopping Center LLC<br>c/o Heidenberg Properties LLC<br>234 Closter Dock Road<br>Closter, NJ 07624 | N/A | Kmart Corporation | 987 Route 6<br>Mahopac, NY 10541-1709 | 2/26/2019 | Safe, Office Furniture, Gondolas, Shelves, Register Stands, Service Desk, Jewelry Cases, Conveyor, Baler, Stockroom Racking, Shopping Carts, AP Camera Equipment |
| 1564 | Marion Plaza, Inc. d/b/a Eastwood Mall<br>c/o The Cafaro Company<br>Attn: Legal Department<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 | N/A | Sears, Roebuck and Co. | 5320 Youngstown Rd<br>Niles, OH 44446- | 2/26/2019 | Compactor and the lockers in the basement of the Auto Center |
| 9539 | University Center Associates<br>c/o Metropolitan Management Corporation<br>230 Windsor Avenue<br>P O Box 446<br>Narberth, PA 19072 | N/A | Kmart Corporation | 3205 Lincoln Hwy<br>Thorndale, PA 19372-1012 | 2/26/2019 | Gondola Shelving, Register Stands, Refrigeration, Soft Lines Fixtures, Office Equipment, Safe, Jewelry Counters, Receiving Conveyor, Compactor |
| 2330 | The Cafaro Northwest Partnership dba South Hill Mall<br>c/o The Cafaro Company<br>Attn: Legal Department<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 | N/A | Sears, Roebuck and Co. | 3500 S Meridian Ste 900<br>Puyallup, WA 98373-3722 | 2/26/2019 | Retail fixtures, jewelry wrap, 3 safes, compactor + container, baler, whse shelving, cash wraps |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 3361 | Floreff LLC and Nathan Alison LLC (a 50% undivided interest each) c/o Kin Properties, Inc. 185 NW Spanish River Blvd. Suite 100 Boca Raton, FL 33431-4230 | Floreff LLC & Nathan & Alison LLC General Counsel c/o Kin Properties 185 N.W. Spanish River Blvd. Suite 100 Boca Raton, FL 33431 | Kmart Corporation | 1502 South Fourth St Allentown, PA 18103-4949 | 2/26/2019 | Check outs, service desk, gondolas, conveyor, safe, office furniture, softlines fixtures, baler, jewelry counters, 1 cooler, registers, some IT equipment |
| 4257 | Manlaw Investment Company, Ltd. c/o EMMCO Realty Group 3681 S. Green Road Suite 201 Beachwood, OH 44122 | N/A | Kmart Corporation | 17840 Bagley Rd Middleburg Heights, OH 44130-3401 | 2/26/2019 | Compactor, Conveyor purchased by new tenant, Service desk, checkout stands |
| 4010 | Shaler Zamagias Limited Partnership c/o Zamagias Properties, Attn: Legal Department The Times Building 336 Fourth Avenue Pittsburgh, PA 15222 | N/A | Kmart Corporation | 880 Butler Street Pittsburgh, PA 15223-1319 | 2/26/2019 | Gondolas, Refrigeration, Shelving, register stands, Service desk, Softlines fixtures, shopping carts |
| 3808 | Broad Street Station Shopping Center, LLC c/o Collett & Associates, Inc P O Box 36799 Charlotte, NC 28236-6799 | N/A | Kmart Corporation | 1530 East Broad Street Statesville, NC 28625-4302 | 2/26/2019 | Gondolas,Shelving, Free standing fixtures Register Stands, Service Desk, Layaway counter, Fitting Rooms, Jewelry Cases,Safe, Office Furniture, Breakroom Furniture, Conveyor, Stockroom equipment, Some IT equipment, shopping carts |
| 4054 | Riverview Plaza Associates, LP c/o The Zappala Group, Attn: Mark Zappala 521 Thorn Street P.O. Box 597 Sewickley, PA 15143 | N/A | Kmart Corporation | 100 Tarentum Rd New Kensington, PA 15068-4670 | 2/26/2019 | Shelving, IT Equip., Shopping Carts, Gondola Shelving, Office furniture equip, Safes, Fixtures, Compactor, Back room bins, Rollers, Plant Carts/tables, minimal material handling items, apparel fixtures |
| 4741 | William J. Wade, Owner / Trustee sita #1995-4 c/o Wilmington Trust Company Corporate Trust Administration Rodney Square North, 1100 N. Market Street Wilmington, DE 19890 | N/A | Kmart Corporation | 8363 Lewiston Road Batavia, NY 14020-1236 | 2/26/2019 | Shelving, material handling equipment,fixtures,shopping carts, fixtures counters, office furniture, compactor, safe,checkout stands and service desk counter, jewelry showcases |
| 9438 | BT Pleasant Hills, LP c/o BET Investments, Inc. 200 Dryden Road Suite 2000 Dresher, PA 19025 | N/A | Kmart Corporation | 720 Clairton Blvd/Rte 51 Pleasant Hills, PA 15236-4517 | 2/26/2019 | Office furniture Gondolas, stockroom shelves, cash wraps, restaurant equipment, Conveyor, cash office safe, clothes racks |
| 2341 | GGP LP LLC dba PDC - Eastridge Mall LLC Attn: Law-Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 701 Se Wyoming Blvd Casper, WY 82609-4213 | 2/26/2019 | N/A |
| 3713 | Brixmor Operating Partnership LP dba Brixmor Covington Gallery Owner, LLC c/o Brixmor Property Group 450 Lexington Avenue 13th Floor New York, NY 10170 | N/A | Kmart Corporation | 6239 Turner Lake Road Covington, GA 30014-2064 | 2/26/2019 | Gondolas, register stands, service desks, some office furniture, jewelry counters, safe |
| 7274 | Mauldin at Butler, LLC c/o Hughes Real Estate 304 N. Church St. P O Drawer 2567 (Zip 29602) Greenville, SC 29601 | Mauldin at Butler, LLC (Hughes Development) Jayne McCall P.O. Box 2567 Greenville, SC 29601 | Kmart Corporation | 129 West Butler Avenue Mauldin, SC 29662-2534 | 2/26/2019 | Conveyor, safe, gondolas, shelving, softlines racks, register stands, office furniture, material handling equipment, shopping carts, IT equipment |
| 7229 | CM Grayson, LLC c/o Colony Mill Enterprises LLC 102 N E 2nd Street #141 Boca Raton, FL 33432 | N/A | Kmart Corporation | 600 C W Stevens Blvd Grayson, KY 41143-1190 | 2/26/2019 | Gondolas, Shelving, register stands, Service desk, Softfixtures |
| 3820 | Charlevoix Commons Investments, LLC c/o First Commercial Realty & Development Co., Inc. 27600 Northwestern Highway Suite 200 Southfield, MI 48034 | N/A | Kmart of Michigan, Inc. | 06600 M-66 North Charlevoix, MI 49720-9505 | 2/26/2019 | Some IT equipment,shelving,flatbeds, office furniture, fixtures/counters,shopping carts |
| 7209 | Calcutta Realty Associates, LLC 508 Allegheny River Blvd. Suite 200 Oakmont, PA 15139 | N/A | Kmart Corporation | 15891 State Rt 170 East Liverpool, OH 43920-9633 | 2/26/2019 | Gondolas, Shelving, register stands, Service desk, Softlines fixtures, shopping carts, receiving conveyor |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 3371 | AGC Addison, LLC dba AGC Addison Owner, LLC c/o Angelo, Gordon & Co., L.P. 245 Park Avenue, 24th Floor New York NY 10167 | AGC Addison Owner, LLC, c/o Angelo, Gordon & Co LP Attn: Olive Gardeo□ 245 Park Ave; 24th Floor New York NY 10167 | Kmart Corporation | 3443 W Addison Chicago, IL 60618-4249 | 2/26/2019 | Compactor, baler, conveyors, Safe, shelving, refrigeration, Material handling equip., office furniture, gondolas, checkout stands,softlines racks |
| 2156 | CHM Foothills 7, LLC, c/o Hunter Development Company 5731 Lyons View Pike, Suite 225 Knoxville TN 37919 | N/A | Sears, Roebuck and Co. | 198 Foothills Mall Maryville, TN 37801-2310 | 2/26/2019 | Safes, Cash Wraps, Compactor, IT Equipment, cash wraps, office furniture, wbse shelving and racking, apparel racks |
| 2421 | Conestoga Realty LLC, c/o Namdar Realty Group, LLC 150 Great Neck Road, Suite 304 Great Neck NY 11021 | N/A | Sears, Roebuck and Co. | 175 Conestoga Mall Grand Island, NE 68803-2397 | 2/26/2019 | Safe, cash wraps, baler, pallet racking, footwear shelving, 4 ways, T-stands, universal |
| 3896 | Gator Oeste Owner, LLC, c/o Gator Investments 7850 NW 146th Street, 4th Floor Miami Lakes FL 33016 | N/A | Kmart Corporation | Castro Perez Ave (Pr 122) San German, PR 00683- | 2/26/2019 | Shelving, shopping carts, office furniture, fixtures, counters, compactor, conveyor, gondolas, baler, it equipment, wbse racking, office & break room furniture and lockers, jewelry showcase, pantry refrigerator, sales floor fixtures, cash office equipment |
| 2557 | Mall at Longview, LLC, c/o Washington Prime Group Inc. Chase Tower, 111 Monument Circle Indianapolis IN 46204 | N/A | Sears, Roebuck and Co. | 3510 Mccann Rd Longview, TX 75605-4420 | 2/26/2019 | Jewelry case, cash wraps, shelving |
| 1424 | Montgomery Mall Buyer, LLC, c/o Westfield Corporation Inc. Attn: Office of Legal Counsel, 2049 Century Park East, 41st Floor Los Angeles CA 90067 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | SRC O.P. LLC | 7103 Democracy Blvd Bethesda, MD 20817-1007 | 2/26/2019 | IT Equipment, shelving, Fridge, material handling equip, shopping carts, office furniture, fixtures and counters, baler, compactor |
| 4064 | Riverview Plaza Associates, LP, c/o The First City Company Three Gateway Center, 401 Liberty Avenue, Suite 200 Pittsburgh PA 15222 | Burger King Corporation, Attn: M. Molina P O Box 02083 Miami FL 33192 | Kmart Corporation | 1901 Lincoln Hwy North Versailles, PA 15137-2736 | 2/26/2019 | Shelving, IT Equip., Shopping Carts, Gondola Shelving, conveyor, Office furniture/equip, Safes, Fixtures, Compactor, Back room bins, Rollers, Plant Carts/tables, minimal material handling items, apparel fixtures |
| 2683 | Salmon Run Shopping Center, LLC, c/o Pyramid Management Group, LLC The Clinton Exchange, 4 Clinton Square Syracuse NY 13202-1078 | N/A | Sears, Roebuck and Co. | I-81 & Arsenal Rt 3 Watertown, NY 13601- | 2/26/2019 | Compactor, cash wraps, wood slot wall fixtures |
| 1375 | Novant Health Realty Holdings,LLC 2085 Frontis Plaza Boulevard Winston-Salem, NC 27103 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | SRC Facilities LLC | 3320 Silas Creek Pkwy Winston-Salem, NC 27103-3031 | 2/26/2019 | N/A |
| 2074 | Stroud Mall, LLC, C/O CBL & Associates Management, Inc. Attn: General Counsel, 2030 Hamilton Place Blvd., Suite 500 Chattanooga TN 37421 | N/A | Sears, Roebuck and Co. | 344 Stroud Mall Stroudsburg, PA 18360- | 2/26/2019 | Shelving, baler, fixtures, breakroom refrige and fruniture, IT equipment, shopping carts, compactor, jewlery counters, office fruniture, z racks |
| 2315 | Treasure Coast - JCP Associates, Ltd., c/o Simon Property Group 225 West Washington Street Indianapolis IN 46204 | N/A | Sears, Roebuck and Co. | 3342 Nw Federal Hwy Us 1 Jensen Bch(Stuart), FL 34957- | 2/26/2019 | Apparel fixtures, gondolas, IT safes, office furn., cash wraps |
| 2106 | TUP 130, LLC, c/o Brookfield Properties ( R ) LLC Attn: Legal Department, 200 Vesey Street, 25th Floor New York NY 10281 | N/A | Sears, Roebuck and Co. | 1001 Barnes Crossing Rd Tupelo, MS 38804-0916 | 2/26/2019 | Checkout counters, Jewelry towers |
| 3380 | Waterville Shopping Trust, c/o Maine Crossroads LLC P O Box 1534, Waterville ME 04903 | N/A | Kmart Corporation | 18 Elm Plaza Waterville, ME 04901-4936 | 2/26/2019 | Baler, Safe, Gondolas, Shelving, Compactor, Pantry Coolers, Stockroom Bins, Shopping Carts |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 8258 | LAKEWOOD MARKETPLACE LLC C/O TOIBB ENTERPRISES 6355 TOPANGA CANYON BLVD SUITE 335 WOODLAND HILLS, CA 91367 | N/A | Sears, Roebuck and Co. | 5436 Woodruff Ave LAKEWOOD, CA 90713 | 2/26/2019 | Office/breakroom furniture, warehouse racking, metal shed in rear parking lot |
| 6628 | Braun Family Trust, utd 3/8/2012 Larry A. Braun and Chrysteen Braun, Trustees c/o Chrysteen Braun, Trustee 540 Los Altos Avenue Long Beach, CA 90814-2419 | N/A | Sears, Roebuck and Co. | 13695 Mariposa Rd VICTORVILLE, CA 92395 | 2/26/2019 | N/A |
| 3495 | 2020 Liberty Rock, LLC c/o Colliers International, as Receiver 864 Wethersfield Avenue Hartford, CT 06114 | N/A | Kmart Corporation | 589 Bridgeport Ave Milford, CT 06460 | 2/26/2019 | Fixtures and equipment abandoned |
| 30956 | RPSLegacyDeSoto LLC c/o Azure Properties, Inc. 95 S. Owasso Blvd. W Little Canada, MN 55117 | N/A | Kmart Corporation | 50 Signal Hill Mall West St. Paul, MN 55118 | 2/26/2019 | N/A |
| 6374 | Pacific NW Properties Limited Partnership P.O. Box 2206 Beaverton, OR 97075-2206 | N/A | Sears, Roebuck and Co. | 14658 Se 82Nd Dr CLACKAMAS, OR 97015 | 2/26/2019 | N/A |
| 8037 | Walnut Hill Properties LLC c/o Charter Real Estate Corp. Attn: David DeVaney, President 414 Vine Street Chattanooga, TN 37403 | N/A | Sears, Roebuck and Co. | 6300 Enterprise Park Dr, Ste A CHATTANOOGA, TN 37416 | 2/26/2019 | Office desks, dry erase boards |
| 24554 | RYP Rojas, LLC 5675 Woodrow Bean, Suite 11 El Paso, TX 79924 | N/A | Sears Home Improvement Products, Inc. | 1335 Geronimo Dr El Paso, TX 79925 | 2/26/2019 | Office furniture, refrigerator |
| 36692 | GC Columbia, LLC c/o Urban Renaissance Property Company, LLC 701 5th Avenue Suite 4150 Seattle, WA 98104 | N/A | Sears, Roebuck and Co. | 701 5th Ave Seattle, WA 98104 | 2/26/2019 | Office supplies |
| 1313 | DLM Properties LLC 22 ABBOTT STREET HUDSON, NH 03051 | N/A | Sears, Roebuck and Co. | 71 Pine Street Hudson, NH 03051 | 2/26/2019 | N/A |
| 443 | Robert K. Mericle 100 Baltimore Drive Wilkes-Barre, PA 18702 | N/A | Innovel Solutions, Inc., f.k/a Sears Logistics Services, Inc. | 1070 Hanover St Wilkes Barre, PA 18706 | 2/26/2019 | N/A |
| 449 | MZIRP, Inc. 31381 Pond Road Mcfarland, CA 93250 | N/A | Innovel Solutions, Inc., f.k/a Sears Logistics Services, Inc. | 31381 Pond Road McFarland, CA 93250 | 2/26/2019 | N/A |
| 433 | Icon Owner Pool 4 Northeast/Midwest, LLC Attn: Lease Administration c/o GLP US Management LLC Two North Riverside Plaza, Suite 2350 Chicago, IL 60606 | N/A | Innovel Solutions, Inc., f.k/a Sears Logistics Services, Inc. | 2040 N Union St Middletown, PA 17057 | 2/26/2019 | N/A |