**<u>EXHIBIT B</u>**

**Kin No.       3637**

Location:      1600 Boudreau Road, Manteno, Illinois
Landlord:      Mantkin LLC
Tenant:        Innovel Solutions, Inc.
Store No.      440

**Bankruptcy Filed 10/15/2018**

| Landlord's Description Of Cure Claim | Amount |
|---|---|
| Next Payment of Rent in the amount of $228,290.00 is Due 4/1/2019 | 0.00 |
| Estimated 2018 Real Estate Taxes Due 2019 [2017 + 3%] | $784,626.77 |
| General Contractor's Claim for Mechanic's Lien filed by N.L.M.S., Inc. for work performed at the request of Innoval Solutions Inc. | $540,298.50 |
| Estimated Cost of Completion of Innoval Solutions Contract | $334,465.60 |
| Estimated Legal Fees to Vacate Mechanic's Lien | $125,000.00 |

**Reserve Landlord's rights, including but not limited to, the following:**

| | |
|---|---|
| 2018 Real Estate Taxes Due in 6/2019 & 9/2019 | t/b/d |
| 2019 Real Estate Taxes Due in 6/2020 & 9/2020 | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if an) | |
| Legal Fees & Expenses (through 1/31/2019) | $10,327.86 |

**Post-Petition Inspection Fees and Deferred Maintenance:**

Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below:

| | |
|---|---|
| HVAC | t/b/d |
| Roof | t/ b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |

| **Cure Claim Not Less Than***  | **$1,794,718.73** |
|---|---|

---

[*]Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.