

**STUART E. BODKER**
sbodker@mcdowellrice.com

605 W. 47th Street
Suite 350
Kansas City, MO 64112
(816) 753-5400  FAX (816) 753-9996

Direct Dial:  (816) 960-7322

March 12, 2019

**VIA FEDERAL EXPRESS**

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the
 Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
**Attn:  Dorothy Li**

     Re:    In re Sears Holdings Corporation, et al. / Case No. 18-23538
                Objection by North K I-29 2004, LLC Respecting Cure Amounts and
                Assumption

Dear Judge Drain:

     I am sending this letter at the suggestion of Ms. Li.  We represent North K I-29 2004, LLC, a Landlord to Debtor listed as Lease No. 3239.  Our client wishes to object to Debtor's Third Supplemental Notice of Cure Costs and Potential Assumption of Executory Contracts and Unexpired Leases in Connection With Global Sale Transaction [Doc. 2753].

     Unfortunately, our Motion for Pro Hac Vice has been delayed, waiting for the Missouri Supreme Court to send a certificate of good standing which we expect to receive on Wednesday, March 13, 2019 (which is the deadline to file our objection).

     Therefore, we are requesting that the Court as a one-time exception permit the filing of the attached Objection.  We expect to file our Motion for Admission Pro Hac Vice either Wednesday, March 13 or Thursday, March 14, 2019.

     We very much appreciate the accommodation.

Very truly yours,

Stuart E. Bodker

SEB/dmm
Encl.

6448937_1