**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                        Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*          No. 18-23538 (RDD)

                        Debtors.              (Jointly Administered)


## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Whitebox Asmmetric Partners  LP** | **BL Intimate Aarel Canada Inc.** |
| Name of Transferee | Name of Transferor |
| Phone: (612) 253-6061 | Phone: (541) 858-9254 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |

Name and Address where notices and payments to transferee should be sent:

Claim No: 8578 (Sears Holding Corporation) (18-23538)

**Whitebox Asymmetric Partners, LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**

Date Filed: February 11, 2019

Total Amount of Claim: $543,958.95
Total Amount of GUC: $128,684.96
Total Amount of Admin.: $415,273.99
**Partial Amount of Claim: $244,781.53**
**Partial Amount of GUC: $57,908.23**
**Partial Amount of Admin.: $186,873.30**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:

Trans                                          Date:   March 5, 2019

EFEC9880E2574B9...            Mark Strelling
                              Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:                          United States Bankruptcy Court Southern District of New York

AND TO:                      Sears Holdings Corporation, *et al.* (collectively, "Debtors"); Case No.
                             18-23538 (RDD), Jointly Administered

Claim No.                    **8578 (Sears Holding Corporation) (18-23538)**

Bankruptcy Case:             In re Sears Holdings Corporation, *et al.*, Case No. 18-23538 (RDD), Jointly
                             Administered

**BL INTIMATE APPAREL CANADA INC.** its successors and assigns ("Seller"), for good and
valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby
unconditionally and irrevocably sell, transfer and assign unto:

**WHITEBOX ASYMMETRIC PARTNERS, LP**
3033 Excelsior Blvd, Ste 300
Minneapolis, MN 55416
Attn: Scott Specken

its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller,
including all rights: (a) of reclamation and all priority claims, and any cure payments made on
account of Seller in the bankruptcy case; (b) to any proof(s) of claim filed; (c) in and to any secured
claim, collateral or any liens held by Seller; (d) to vote on any question relating to the Claims in
the bankruptcy case; and (e) to any amounts listed on the Debtors schedules, in the principal
amount of **$244,781.53 which includes $186,873.30 of administrative expense priority claims
and $57,908.23 of general unsecured claims** ("Claim") against Debtors in the United States
Bankruptcy Court, or any other court with jurisdiction over the Debtors' Bankruptcy Case.

| Total Amount of Claim | Partial Transferred Amount of Claim | Total Amount of 503(b)(9) Admin. | Partial Transferred Amount of 503(b)(9) Admin. | Total Amount of General Unsecured | Partial Transferred Amount of General Unsecured |
|---|---|---|---|---|---|
| $543,958.95 | **$244,781.53** | $415,273.99 | **$186,873.30** | $128,684.96 | **$57,908.23** |

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records
of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law
any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy
Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller
acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court
may be entered without further notice to Seller transferring to Buyer the Claim and recognizing
Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of _____, 2019.

BL INTIMATE APPAREL CANADA INC.

By: _____
Name: Martin Lieberman
Title: Secretary


WHITEBOX ASYMMETRIC PARTNERS, LP

By: _____
Name: Mark Strefling
Title: Partner & CEO