# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Melissa S. Hayward, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Elm Creek Real Estate LLC, a creditor in the above-referenced bankruptcy case.

I certify that I am a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 13, 2019

        Respectfully submitted,

        /s/ *Melissa S. Hayward*

Melissa S. Hayward
  Texas Bar No. 24044908,
  admitted *pro hac vice*
  MHayward@HaywardFirm.com
**HAYWARD & ASSOCIATES PLLC**
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
972-755-7100 (Tel.)
972-755-7110 (Fax)

*Counsel for Elm Creek Real Estate, LLC*