**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.***,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion for Melissa S. Hayward, to be admitted, *pro hac vice*, to represent Elm Creek Real Estate LLC (the "Client"), a creditor in the above-referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED** that Melissa S. Hayward is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March _____, 2019

/s/ _____
UNITED STATES BANKRUPTCY JUDGE