Melissa S. Hayward
  Texas Bar No. 24044908, (*pro hac vice* admission pending)
  MHayward@HaywardFirm.com
**HAYWARD & ASSOCIATES PLLC**
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
972-755-7100 (Tel.)
972-755-7110 (Fax)

*Counsel for Elm Creek Real Estate LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.***,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**ELM CREEK REAL ESTATE, LLC'S OBJECTION TO**
**DEBTORS' THIRD SUPPLEMENTAL NOTICE OF CURE COSTS AND**
**POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**
**AND EXPIRED LEASES IN CONNECTION WITH SALE**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Elm Creek Real Estate, LLC ("Elm") and files its *Objection to Debtor's Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale* (the "Objection"), in support of which it would respectfully show as follows:

1. On March 7, 2019, Elm received via service of Sears Holdings Corporation, *et al.*'s (the "Debtors") *Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale* (the "Notice of Assignment").

2. The Notice of Assignment served on Elm did not include the list of proposed contracts and leases to be assumed and assigned and the cure cost schedule. After requesting the exhibit and upon review, Elm discovered that those certain Parking Lot License Agreement (the "License Agreement") and Real Property Lease (the "Lease") by and between Elm and Sears, Roebuck and Co. ("Sears") were included on the list of proposed contracts and leases to be assumed and assigned.

3. While Elm does not object to the assumption and assignment of the Lease and License Agreement, the cure cost schedule inaccurately states that no cure amount is due with respect to the Lease. To the contrary, the Debtors' obligation under the Lease to pay the 2018 *ad valorem* real estate taxes in the amount of $256,421.07 is now past due. A true and correct copy of the invoice previously sent to Sears us attached hereto as Exhibit 1.

4. Elm attempted to resolve this issue without the need to file a formal objection, but the Debtors have not been responsive to Elm's multiple correspondence, including with respect to Elm's request for an extension of the deadline to file a formal objection. As such, the filing of a formal Objection[1] has become necessary, resulting in additional expenses, costs, and attorneys' fees.

5. The Notice of Assignment fails to include Sears's obligation to pay the past-due 2018 real property taxes for the Lease. Elm therefore objects to the cure amount included in the cure schedule and requests that the Court require Sears to cure the existing default, including the past-due 2018 real estate taxes and Elm's costs and expenses incurred and to which it is entitled under the Lease, as part of any assumption and assignment of the Lease.

---

[1] Elm also notes that it received the Notice of Assignment *without exhibits* on March 7, 2019 and has accordingly had less than four business days' notice of the proposed assumption and assignment of the Lease and License Agreement and objection deadline.

WHEREFORE, CONSIDERING THE FOREGOING, Elm respectfully requests that the Court require Sears to cure the existing default, including the past-due 2018 real estate taxes and Elm's costs, as part of any assumption and assignment of the Lease, and providing Elm such other relief to which it is entitled.

Dated March 13, 2019.

Respectfully submitted,

/s/ *Melissa S. Hayward*

Melissa S. Hayward
  Texas Bar No. 24044908, *pro hac admission pending*
  MHayward@HaywardFirm.com
**HAYWARD & ASSOCIATES PLLC**
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
972-755-7100 (Tel.)
972-755-7110 (Fax)

*Counsel for Elm Creek Real Estate, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2019, I caused a copy of the foregoing pleading to be served via ECF, electronic mail or first-class mail to all parties on the attached service list.

/s/ *Melissa S. Hayward*
Melissa S. Hayward

## Service List

**EMAIL/ECF**

**I.    Bid Notice Parties**

a.   Debtors
     Rob Riecker: rob.riecker@searshc.com
     Luke Valentino: luke.valentino@searshc.com
     Mohsin Meghji: mmeghji@miiipartners.com
     General Counsel: counsel@searshc.com

b.   Debtors' counsel
     Ray Schrock, Esq.: ray.schrock@weil.com
     Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
     Garrett A. Fail, Esq.: garrett.fail@weil.com
     Sunny Singh, Esq.: sunny.singh@weil.com
     Ellen J. Odoner, Esq.: Ellen.Odoner@weil.com
     Gavin Westerman, Esq.: Gavin.Westerman@weil.com

c.   Debtors' investment banker:
     Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

**II.    Buyer Parties**

a.   Buyer
     Kunal S. Kamlani: kunal@eslinvest.com
     Harold Talisman: harold@eslinvest.com

b.   Counsel
     Christopher E. Austin, Esq.: caustin@cgsh.com
     Benet J. O'Reilly, Esq.: boreilly@cgsh.com
     Sean A. O'Neal, Esq.: soneal@cgsh.com

**III.    Consultation Parties**

a.   Bank of America
     Paul Leake, Esq.: Paul.Leake@skadden.com
     Shana Elberg, Esq.: Shana.Elberg@skadden.com
     George Howard, Esq.: George.Howard@skadden.com

b.   Wells Fargo Bank
     Kevin J. Simard, Esq.: ksimard@choate.com
     Jonathan D. Marshall, Esq.: jmarshall@choate.com

1

    c.    Committee
Ira S. Dizengoff, Esq.: idizengoff@akingump.com
Philip C. Dublin, Esq.: pdublin@akingump.com
Abid Qureshi, Esq.: aqureshi@akingump.com
Sara L. Brauner, Esq.: sbrauner@akingump.com

## IV. US Trustee

(served electronically)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Paul Schwartzberg
Richard Morrissey

**Via First Class Mail**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

4818-4639-0666