**Stream Realty Partners - DFW, L.P.**
14901 Quorum Dr.
Dallas, TX 75254
469-298-3301

| Invoice #: | SEARS12319 |
|---|---|
| Date: | 01/21/19 |

**Bill to:**

Sears, Roebuck and Co.
3333 Beverly Rd. Dept. 824RE
Hoffman Estates, Illinois 60179

*Payment payable to:*

Garland Kings, LLC c/o Stream Realty Partners

*Payment due upon receipt*

** Taxes due January 31st, 2019

*Send to:*

Garland Kings c/o Stream Realty Partners
14901 Quorum Dr. #
Dallas, TX 75254

| Description | Amount |
|---|---|
| **Reimbursement for 2018 Real Estate Taxes for the following parcels:** | |
| **3 Kings Road** | |
|     Dallas County Tax Office | $7,186.38 |
|     Garland ISD | $15,981.89 |
|     City of Garland | $7,712.90 |
| **1501 Kings Road** | |
|     Dallas County Tax Office | $39,075.47 |
|     Garland ISD | $86,900.51 |
|     City of Garland | $41,938.43 |
| **1602 Kings Road** | |
|     Dallas County Tax Office | $13,410.07 |
|     Garland ISD | $29,822.84 |
|     City of Garland | $14,392.58 |
| **TOTAL** | **$256,421.07** |



## DALLAS COUNTY TAX OFFICE
### JOHN R. AMES, CTA
TAX ASSESSOR/COLLECTOR

1201 Elm Street, Suite 2600
Dallas, Texas 75270
www.dallascounty.org/tax | 214-653-7811
email: propertytax@dallascounty.org

# 2018 TAX STATEMENT

ELM CREEK REAL ESTATE LLC
4641 NALL RD
DALLAS, TX 75244-4618

Account: 26512600010010000

Property Description:

1501 KINGS RD, CG

SEARS INDUSTRIAL DISTRICT 2
BLK 1 LT 1 ACS 13.2709
INT201800104350 DD04182018 CO-DC
5126000100100    2CG51260001

Statement Date:   December 05, 2018

| | |
|---|---|
| Land Value: | 1,734,240 |
| Improvement Value: | 4,217,850 |
| Agriculture Value: | 0 |
| Market Value: | 5,952,090 |

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| DAL CNTY | 5,952,090 | .243100 | $14,469.53 |
| HOSP DIST | 5,952,090 | .279400 | $16,630.14 |
| COLL DIST | 5,952,090 | .124000 | $7,380.59 |
| SCH EQUAL | 5,952,090 | .010000 | $595.21 |

| | | | |
|---|---|---|---|
| Total taxes for account: | $39,075.47 | Pay taxes online at: | **Total Due If Paid By January 31, 2019** |
| Previous payment on account: | $39,075.47 | www.dallascounty.org/tax | $0.00 |

---

*Your check may be converted to electronic funds transfer*
## Return This Portion With Your Payment

Account: 26512600010010000

2    020605010206000000010000010000000011800000000006

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | | $0.00 |
| Mar | | $0.00 |

**Total Due If Paid By January 31, 2019**
$0.00
Amount Paid: $_____

Remit To:
John R. Ames, CTA
P O Box 139066
Dallas, Texas 75313-9066

ELM CREEK REAL ESTATE LLC
4641 NALL RD
DALLAS, TX 75244-4618

v15.1.65



## DALLAS COUNTY TAX OFFICE
### JOHN R. AMES, CTA
TAX ASSESSOR/COLLECTOR

1201 Elm Street, Suite 2600
Dallas, Texas 75270
www.dallascounty.org/tax | 214-653-7811
email: propertytax@dallascounty.org

# 2018 TAX STATEMENT

ELM CREEK REAL ESTATE LLC
4641 NALL RD
DALLAS, TX 75244-4618

Account: 26513310010010000

Property Description:

1602 KINGS RD, CG

SEARS INDUSTRIAL DISTRICT 4
BLK 1 LT 1 ACS 15.631 CALC
INT201800104350 DD04182018 CO-DC
5133100100100     32651331001

Statement Date:  December 05, 2018

| | |
|---|---|
| Land Value: | 2,042,660 |
| Improvement Value: | 0 |
| Agriculture Value: | 0 |
| Market Value: | 2,042,660 |

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| DAL CNTY | 2,042,660 | .243100 | $4,965.71 |
| HOSP DIST | 2,042,660 | .279400 | $5,707.19 |
| COLL DIST | 2,042,660 | .124000 | $2,532.90 |
| SCH EQUAL | 2,042,660 | .010000 | $204.27 |

| | | | |
|---|---|---|---|
| Total taxes for account: | $13,410.07 | Pay taxes online at: | **Total Due If Paid By January 31, 2019** |
| Previous payment on account: | $13,410.07 | www.dallascounty.org/tax | **$0.00** |

*Your check may be converted to electronic funds transfer*
## Return This Portion With Your Payment

Account: 26513310010010000

2    02060501030301000001000001000000011800000000007

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | | $0.00 |
| Mar | | $0.00 |

Remit To:
John R. Ames, CTA
P O Box 139066
Dallas, Texas 75313-9066

**Total Due If Paid By January 31, 2019**
**$0.00**
Amount Paid: $ _____

ELM CREEK REAL ESTATE LLC
4641 NALL RD
DALLAS, TX 75244-4618

v15.1.65



**DALLAS COUNTY TAX OFFICE**
**JOHN R. AMES, CTA**
TAX ASSESSOR/COLLECTOR

1201 Elm Street, Suite 2600
Dallas, Texas 75270
www.dallascounty.org/tax | 214-653-7811
email: propertytax@dallascounty.org

## 2018 TAX STATEMENT

ELM CREEK REAL ESTATE LLC
4641 NALL RD
DALLAS, TX 75244-4618

Account: 26512610010030000

Property Description:

3 KINGS RD, CG

SEARS-MILLER
BLK 1 LT 3 ACS 7.978
INT201800104350 DD04182018 CO-DC
5126100100300    2CG51261001

Statement Date:    December 05, 2018

| | |
|---|---|
| Land Value: | 1,042,560 |
| Improvement Value: | 52,090 |
| Agriculture Value: | 0 |
| Market Value: | 1,094,650 |

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| DAL CNTY | 1,094,650 | .243100 | $2,661.09 |
| HOSP DIST | 1,094,650 | .279400 | $3,058.45 |
| COLL DIST | 1,094,650 | .124000 | $1,357.37 |
| SCH EQUAL | 1,094,650 | .010000 | $109.47 |

| | | | |
|---|---|---|---|
| Total taxes for account: | $7,186.38 | Pay taxes online at: | **Total Due If Paid By January 31, 2019** |
| Previous payment on account: | $7,186.38 | www.dallascounty.org/tax | $0.00 |

*Your check may be converted to electronic funds transfer*
## Return This Portion With Your Payment

Account: 26512610010030000

2    0206050102060100000100000300000000118000000000003

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | | $0.00 |
| Mar | | $0.00 |

**Total Due If Paid By January 31, 2019**
$0.00
Amount Paid: $ _____

Remit To:
John R. Ames, CTA
P O Box 139066
Dallas, Texas 75313-9066

ELM CREEK REAL ESTATE LLC
4641 NALL RD
DALLAS, TX 75244-4618

v15.1.65

GDS - NetTAX                                                http://taxserv.garlandisd.net/newtax_receipt.aspx

## RECEIPT FOR TAX PAYMENT
DATE: 11/26/2018                    JES - 181127B

GARLAND INDEPENDENT SCHOOL DISTRICT

901 W. STATE STREET
P.O. BOX 461407

0000355512
PROPERTY DESCRIPTION
26512610010030000
SEARS-MILLER
BLK 1 LT 3 ACS 7.978
INT201800104350 DD04182018 CO-

| ENTITY | TAX RATE | NET VALUE | AMT PAID |
|--------|----------|-----------|----------|
| 909    | 1.460000 | 1,094,650 | 15,981.89 |

ELM CREEK REAL ESTATE LLC

4641 NALL RD
DALLAS, TX 75244-4618

YEAR PAID : 2018
TAXES PAID: 15,981.89
INTEREST  :    0.00
PENALTY   :    0.00
ATTY FEES :    0.00
OTHER:         0.00

AMT PAID  : 15,981.89

CHECK NO: 100223946         PAYER: REPUBLIC TITLE OF TEXAS INC

DUPLICATE RECEIPT FOR TAX PAYMENT
DATE: 11/26/2018                        JES 181127B

GARLAND INDEPENDENT SCHOOL DISTRICT
901 W. STATE STREET
P.O. BOX 461407
GARLAND, TEXAS  75046-1407
(972)494-8570

0000140859
PROPERTY DESCRIPTION
26512600010010000
KINGS RD                                      1501
SEARS INDUSTRIAL DISTRICT 2
BLK 1 LT 1 ACS 13.2709

| ENTITY | TAX RATE | NET VALUE | AMT PAID |
|--------|----------|-----------|----------|
| 909    | 1.460000 | 5,952,090 | 86,900.51 |

INT201800104350 DD04182018 CO-
ACRES:       0.0000

YEAR PAID : 2018
TAXES PAID:           86,900.51
INTEREST  :                0.00
PENALTY   :                0.00
ATTY FEES :                0.00
OTHER FEES:                0.00

AMT PAID  :           86,900.51

ELM CREEK REAL ESTATE LLC

4641 NALL RD
DALLAS, TX  75244-4618

CHECK NO:  100223945        PAYER: REPUBLIC TITLE OF TEXAS INC

```
                        DUPLICATE RECEIPT FOR TAX PAYMENT
                                  DATE:  11/26/2018                    JES  181127B

GARLAND INDEPENDENT SCHOOL DISTRICT
901 W. STATE STREET                          0000143070
P.O. BOX 461407                              PROPERTY DESCRIPTION
GARLAND, TEXAS  75046-1407                   26513310010010000
(972)494-8570                                KINGS RD                          1602
                                             SEARS INDUSTRIAL DISTRICT 4
ENTITY    TAX RATE    NET VALUE    AMT PAID  BLK 1 LT 1 ACS 15.631 CALC
  909     1.460000    2,042,660   29,822.84
                                             INT201800104350 DD04182018 CO-
                                             ACRES:         0.0000

                                             YEAR PAID :    2018
                                             TAXES PAID:         29,822.84
          ELM CREEK REAL ESTATE LLC          INTEREST  :              0.00
                                             PENALTY   :              0.00
          4641 NALL RD                       ATTY FEES :              0.00
          DALLAS, TX  75244-4618             OTHER FEES:              0.00

                                             AMT PAID  :         29,822.84


CHECK NO:  100223947             PAYER:  REPUBLIC TITLE OF TEXAS INC
```

City of Garland Tax Office

P.O. Box 462010

Garland, TX  75046-2010
(972)205-2410
ADDRESS CORRECTION REQUESTED

| ACCOUNT | CAD NUMBER |
|---|---|
| **0000163827** | 26512600010010000 |

Property Owner
    ELM CREEK REAL ESTATE LLC

    4641 NALL RD
    DALLAS, TX 75244-4618

2018 ONLINE TAX STATEMENT
12/04/2018
RETAIN THIS PORTION FOR YOUR RECORDS

TO PAY ONLINE, SIGN UP FOR EMAIL STATEMENTS, PRINT A DUPLICATE RECEIPT, OR TO VIEW PAYMENT HISTORY, GO TO http://www.texaspayments.com

PROPERTY DESCRIPTION
  1501 KINGS RD
SEARS INDUSTRIAL DISTRICT 2
BLK 1 LT 1 ACS 13.2709

INT201800104350 DD04182018 CO-

| LAND VALUE | IMPROVEMENT VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL APPRAISED/ASSESSED |
|---|---|---|---|---|
| 1,734,240 | 4,217,850 | | | 5,952,090 |

| TAXING ENTITY | HOMESTEAD EXEMPTION | OVER 65/ DISABLED | DISABLED VETERAN | CAP ADJ/AG DEFERRAL/OTHER | TAXABLE VALUE | TAX RATE | TAX AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| CITY OF GARL| | | | | | 5,952,090 | 0.704600 | 0.00 |

TAXPAYERS WITH AN OVER 65 EXEMPTION, A DISABILITY EXEMPTION, OR A DISABLED VETERANS EXEMPTION ON YOUR HOMESTEAD QUALIFY FOR AN INSTALLMENT PLAN ON THEIR RESIDENCE HOMESTEAD. PLEASE CALL FOR DETAILS (972)205-2410.

| TOTAL DUE | $ | 0.00 |
|---|---|---|
| AMOUNT DUE IF PAID IN: | | |
| FEBRUARY ( 7%) | $ | 0.00 |
| MARCH    ( 9%) | $ | 0.00 |
| APRIL    (11%) | $ | 0.00 |
| MAY      (13%) | $ | 0.00 |
| JUNE     (15%) | $ | 0.00 |

TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT FEBRUARY 1, 2019

MAKE CHECKS PAYABLE TO:
City of Garland Tax Office
P.O. Box 462010

Garland, TX  75046-2010
(972)205-2410
PROPERTY DESCRIPTION
    1501 KINGS RD
SEARS INDUSTRIAL DISTRICT 2
BLK 1 LT 1 ACS 13.2709

INT201800104350 DD04182018 CO-
    **ELM CREEK REAL ESTATE LLC**

    **4641 NALL RD**
    **DALLAS, TX 75244-4618**

RETURN THIS PORTION WITH YOUR PAYMENT

2018 ONLINE TAX STATEMENT    12/04/2018

CAD NUMBER:  26512600010010000
**ACCT NO**  :  **0000163827**
MTG CODE    :

| **TOTAL DUE** | : $ | 0.00 |
|---|---|---|
| **DELINQUENCY DATE:** | **02/01/2019** | |
| AMOUNT DUE IF PAID IN: | | |
| FEBRUARY ( 7%) | $ | 0.00 |
| MARCH    ( 9%) | $ | 0.00 |
| APRIL    (11%) | $ | 0.00 |
| MAY      (13%) | $ | 0.00 |
| JUNE     (15%) | $ | 0.00 |

City of Garland Tax Office

P.O. Box 462010

Garland, TX  75046-2010

(972)205-2410

ADDRESS CORRECTION REQUESTED

**ACCOUNT**           CAD NUMBER
**0000271791**        26512610010030000
Property Owner
    ELM CREEK REAL ESTATE LLC

    4641 NALL RD
    DALLAS, TX 75244-4618

2018 ONLINE TAX STATEMENT
12/04/2018
RETAIN THIS PORTION FOR YOUR RECORDS

**TO PAY ONLINE, SIGN UP FOR EMAIL STATEMENTS, PRINT A DUPLICATE RECEIPT, OR TO VIEW PAYMENT HISTORY, GO TO http://www.texaspayments.com**

PROPERTY DESCRIPTION
    3 KINGS RD
SEARS-MILLER
BLK 1 LT 3 ACS 7.978

INT201800104350 DD04182018 CO-

| LAND VALUE | IMPROVEMENT VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL APPRAISED/ASSESSED |
|---|---|---|---|---|
| 1,042,560 | 52,090 | | | 1,094,650 |

| TAXING ENTITY | HOMESTEAD EXEMPTION | OVER 65/ DISABLED | DISABLED VETERAN | CAP ADJ/AG DEFERRAL/OTHER | TAXABLE VALUE | TAX RATE | TAX AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| CITY OF GARL | | | | | 1,094,650 | 0.704600 | 0.00 |

TAXPAYERS WITH AN OVER 65 EXEMPTION, A DISABILITY EXEMPTION, OR A DISABLED VETERANS EXEMPTION ON YOUR HOMESTEAD QUALIFY FOR AN INSTALLMENT PLAN ON THEIR RESIDENCE HOMESTEAD. PLEASE CALL FOR DETAILS (972)205-2410.

| | | |
|---|---|---|
| TOTAL DUE | $ | 0.00 |
| AMOUNT DUE IF PAID IN: | | |
| FEBRUARY ( 7%) | $ | 0.00 |
| MARCH    ( 9%) | $ | 0.00 |
| APRIL    (11%) | $ | 0.00 |
| MAY      (13%) | $ | 0.00 |
| JUNE     (15%) | $ | 0.00 |

TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT FEBRUARY 1, 2019

MAKE CHECKS PAYABLE TO:
City of Garland Tax Office
P.O. Box 462010

Garland, TX  75046-2010
(972)205-2410
PROPERTY DESCRIPTION
    3 KINGS RD
SEARS-MILLER
BLK 1 LT 3 ACS 7.978

INT201800104350 DD04182018 CO-
    **ELM CREEK REAL ESTATE LLC**

    **4641 NALL RD**
    **DALLAS, TX 75244-4618**

RETURN THIS PORTION WITH YOUR PAYMENT

2018 ONLINE TAX STATEMENT    12/04/2018

CAD NUMBER:   26512610010030000
**ACCT NO**   :   **0000271791**
MTG CODE   :

| | | |
|---|---|---|
| **TOTAL DUE**       : $ | | 0.00 |
| **DELINQUENCY DATE:**  02/01/2019 | | |
| AMOUNT DUE IF PAID IN: | | |
| FEBRUARY ( 7%) | $ | 0.00 |
| MARCH    ( 9%) | $ | 0.00 |
| APRIL    (11%) | $ | 0.00 |
| MAY      (13%) | $ | 0.00 |
| JUNE     (15%) | $ | 0.00 |

City of Garland Tax Office

P.O. Box 462010

Garland, TX  75046-2010

(972)205-2410

ADDRESS CORRECTION REQUESTED

**ACCOUNT**          CAD NUMBER
**0000166038**       26513310010010000

Property Owner
    ELM CREEK REAL ESTATE LLC

    4641 NALL RD
    DALLAS, TX 75244-4618

2018 ONLINE TAX STATEMENT
12/04/2018

RETAIN THIS PORTION FOR YOUR RECORDS

**TO PAY ONLINE, SIGN UP FOR EMAIL STATEMENTS, PRINT A DUPLICATE RECEIPT, OR TO VIEW PAYMENT HISTORY, GO TO** http://www.texaspayments.com

PROPERTY DESCRIPTION
  1602  KINGS RD
SEARS INDUSTRIAL DISTRICT 4
BLK 1 LT 1 ACS 15.631 CALC

INT201800104350 DD04182018 CO-

| LAND VALUE | IMPROVEMENT VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL APPRAISED/ASSESSED |
|---|---|---|---|---|
| 2,042,660 | | | | 2,042,660 |

| TAXING ENTITY | HOMESTEAD EXEMPTION | OVER 65/ DISABLED | DISABLED VETERAN | CAP ADJ/AG DEFERRAL/OTHER | TAXABLE VALUE | TAX RATE | TAX AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| CITY OF GARL/ | | | | | 2,042,660 | 0.704600 | 0.00 |

TAXPAYERS WITH AN OVER 65 EXEMPTION, A DISABILITY EXEMPTION, OR A DISABLED VETERANS EXEMPTION ON YOUR HOMESTEAD QUALIFY FOR AN INSTALLMENT PLAN ON THEIR RESIDENCE HOMESTEAD. PLEASE CALL FOR DETAILS (972)205-2410.

| | | |
|---|---|---:|
| TOTAL DUE | $ | 0.00 |
| AMOUNT DUE IF PAID IN: | | |
| FEBRUARY  ( 7%) | $ | 0.00 |
| MARCH     ( 9%) | $ | 0.00 |
| APRIL     (11%) | $ | 0.00 |
| MAY       (13%) | $ | 0.00 |
| JUNE      (15%) | $ | 0.00 |

TAXES ARE DUE UPON RECEIPT AND BECOME DELINQUENT FEBRUARY 1, 2019

MAKE CHECKS PAYABLE TO:
City of Garland Tax Office
P.O. Box 462010

Garland, TX  75046-2010
(972)205-2410
PROPERTY DESCRIPTION
  1602  KINGS RD
SEARS INDUSTRIAL DISTRICT 4
BLK 1 LT 1 ACS 15.631 CALC

INT201800104350 DD04182018 CO-
  **ELM CREEK REAL ESTATE LLC**

    **4641 NALL RD**
    **DALLAS, TX 75244-4618**

RETURN THIS PORTION WITH YOUR PAYMENT

2018 ONLINE TAX STATEMENT    12/04/2018

CAD NUMBER:  26513310010010000
**ACCT NO**   :  **0000166038**
MTG CODE   :

| | | | |
|---|---|---|---:|
| **TOTAL DUE** | : | $ | 0.00 |
| **DELINQUENCY DATE:** | | | 02/01/2019 |
| AMOUNT DUE IF PAID IN: | | | |
| FEBRUARY  ( 7%) | | $ | 0.00 |
| MARCH     ( 9%) | | $ | 0.00 |
| APRIL     (11%) | | $ | 0.00 |
| MAY       (13%) | | $ | 0.00 |
| JUNE      (15%) | | $ | 0.00 |