FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsel for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2019, I electronically filed the *Reply to Debtor's Objection to Motion for Entry of Order Compelling Debtor to Disclose Status of Insurance Claim and Deposit any Insurance Proceeds into Separate Account* (the "*Reply*", Docket No. 2828) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC(6546); Sears Operations LLC(4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

in this case.

      I FURTHER CERTIFY, that on March 14, 2019, I caused a true and correct copy of the *Reply* and caused it to be served via Priority Mail and/or electronic mail to the parties on the attached **Exhibit A** pursuant to the *Amended Order Implementing [] Case Management Procedures* (Docket No. 405).

Respectfully submitted.
Orlando, Florida.
Dated: March 14, 2019.

**Ferraiuoli** LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Phone: (407) 982-7310
Fax: (787) 766-7001

-and-

221 Ponce de León Avenue
5th Floor, San Juan, PR 00917
Phone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*

EXHIBIT A

**STANDARD PARTIES SERVICE LIST**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601
Via Priority Mail

c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.
Via Priority Mail

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.
Via Priority Mail

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.
ray.schrock@weil.com; jacqueline.marcus@weil.com garrett.fail@weil.com; sunny.singh@weil.com
Via Email

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com
Via Email

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com
Via Email

Cleary, Gottlieb
One Liberty Plaza,
New York, NY, 10006
Attn: Sean A. O'Neal, Esq.

soneal@cgsh.com
Via Email

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com
Via Email

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com
Via Email

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com
Via Email

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com
Via Email

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com
Via Email

Choate, Hall & Stewart LLP
Attorneys to Wells Fargo Bank, National Association
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.
ksimard@choate.com; jmarshall@choate.com
Via Email

2

Lazard Frères & Co., LLC
Debtors' Investment Banker
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance
brandon.aebersold@lazard.com; levi.quaintance@lazard.com; project.blue.rx@lazard.com
Via Email

Transform Holdco LLC c/o ESL Partners, Inc.
Buyer
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com; harold@eslinvest.com
Via Email



*Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0447 2653 06**

| | | |
|---|---|---|
| Trans. #: | 459134026 | Priority Mail® Postage: $7.35 |
| Print Date: | 03/14/2019 | Total $7.35 |
| Ship Date: | 03/14/2019 | |
| Expected Delivery Date: | 03/18/2019 | |

**From:** SONIA COLON
390 N ORANGE AVE STE 2300
ORLANDO FL 32801-1684

**To:** ROBERT D DRAIN
U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF NY
300 QUARROPAS ST RM 248
WHITE PLAINS NY 10601-4140

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

 *Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*



- - - - - - - - - -  - - - - - - - - - - *Cut on dotted line.* - - - - - - - - - -

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0447 2653 13**

| | | | |
|---|---|---|---|
| Trans. #: | 459134026 | Priority Mail® Postage: | **$7.35** |
| Print Date: | 03/14/2019 | Total | **$7.35** |
| Ship Date: | 03/14/2019 | | |
| Expected Delivery Date: | 03/16/2019 | | |

**From:** SONIA COLON
390 N ORANGE AVE STE 2300
ORLANDO FL 32801-1684

**To:** LUKE J VALENTINO
SEARS HOLDINGS CORPORATION
3333 BEVERLY RD
HOFFMAN EST IL 60179-0001

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**   *Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*



 *Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0447 2653 20**

| | | | |
|---|---|---|---|
| Trans. #: | 459134026 | Priority Mail® Postage: | **$7.35** |
| Print Date: | 03/14/2019 | Total | **$7.35** |
| Ship Date: | 03/14/2019 | | |
| Expected Delivery Date: | 03/18/2019 | | |

**From:**   SONIA COLON
390 N ORANGE AVE STE 2300
ORLANDO FL 32801-1684

**To:**   PAUL SCHWARTZBERG
OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
201 VARICK ST
UNIT 1006
NEW YORK NY 10014-9449

* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**   *Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*



 *Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0447 2653 37**

| | | Priority Mail® Postage: | **$7.35** |
|---|---|---|---|
| Trans. #: | 459134026 | Total | **$7.35** |
| Print Date: | 03/14/2019 | | |
| Ship Date: | 03/14/2019 | | |
| Expected Delivery Date: | 03/16/2019 | | |

**From:**    SONIA COLON
             390 N ORANGE AVE STE 2300
             ORLANDO FL 32801-1684

**To:**      STEPHEN STILEY
             SEARS HOLDINGS CORPORATION
             3333 BEVERLY RD
             HOFFMAN EST IL 60179-0001

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*