**KELLER ROHRBACK L.L.P.**
Tanya Korkhov
tkorkhov@kellerrohrback.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692

*Attorneys for Non-Debtor Parties*
*Robert A. Catalfamo, et al.*

(see other counsel on signature page)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| SEARS HOLDINGS CORPORATION, | : |
| *et al,* | : Case No. 18-23538 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

**NOTICE OF WITHDRAWAL OF ERISA PLAINTIFFS' OBJECTION TO THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER EXTENDING THE AUTOMATIC STAY TO CERTAIN NON-DEBTOR PARTIES**

**PLEASE TAKE NOTICE** that Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action, captioned *In Re 2017 Sears Holdings Corp ERISA Litigation*, No. 1:17-cv-05230 (N.D. Ill.) (the "ERISA Plaintiffs"), hereby withdraw without prejudice to refiling or seeking other or related relief, their Objection (ECF 1197), dated December 13, 2018 to the *Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties* (ECF 924), dated November 28, 2018.

Dated: March 14, 2019                                Respectfully submitted,

                                                                        **KELLER ROHRBACK L.L.P.**

                                                                        */s/ Tanya Korkhov*

Tanya Korkhov
tkorkhov@kellerrohrback.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692

**KELLER ROHRBACK L.L.P.**
Lynn L. Sarko
lsarko@kellerrohrback.com
T. David Copley
dcopley@kellerrohrback.com
Erin M. Riley
eriley@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 980101
Tel: (206)623-1900
Fax: (206) 623-3384

**KELLER ROHRBACK L.L.P.**
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 230-6322
Fax: (602) 248-2822

**STULL, STULL & BRODY**
Michael J. Klein
mklein@ssbny.com
Aaron Brody
abrody@ssbny.com
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**SIPRUT PC**
Bruce C. Howard
bhoward@siprut.com
Richard S. Wilson
rwilson@siprut.com
17 N. State Street, Suite 1600
Chicago, IL 60602
Tel: (312) 236-0000
Fax: (312) 878-1342

**STEPHAN ZOURAS, LLP**
James B. Zouras
jzouras@stephanzouras.com
205 North Michigan Avenue, Suite 2560
Chicago, IL 60601
Tel: (313) 233-1550
Fax: (312) 233-1560

*Attorneys for Non-Debtor Parties Catalfamo and Meriwether*

4825-6700-7883, v. 1