| Invoice Number | Invoice date | Service Period | Invoice Amount | Payment Amount | Net 20 date - early pay discount | Net 30 due date | |
|---|---|---|---|---|---|---|---|
| INV2175903 | 1/31/2019 | Sears January 1st-31st Porter Services | $11,240.88 | | 2/20/2019 | **3/2/2019** | Past Due |
| INV2180188 | 1/31/2019 | Kmart 6day Porter January 1st-31st Services | $33,301.68 | | 2/20/2019 | **3/2/2019** | Past Due |
| ARB0162214 | 1/31/2019 | Sears Auto Center services January 1st - 31st | $5,733.75 | | 2/20/2019 | **3/2/2019** | Past Due |
| INV2184720 | 1/31/2019 | January 16th - 31st Floor Care Services | $440,512.09 | | 2/20/2019 | **3/2/2019** | Past Due |
| INV2180484 | 1/31/2019 | January 1st - 31st Services at District Office | $250.00 | | 2/20/2019 | **3/2/2019** | Past Due |
| INV2186990 | 1/31/2019 | Sears Extra Labor Services | $1,235.77 | | 2/20/2019 | **3/2/2019** | Past Due |
| INV2186989 | 1/31/2019 | Kmart extra Labor Services | $405.70 | | 2/20/2019 | **3/2/2019** | Past Due |
| INV2191230 | 1/31/2019 | Sears Unit 1818 extra labor | $729.28 | | 2/20/2019 | **3/2/2019** | Past Due |
| INV2191229 | 1/31/2019 | Kmart Unit 7756 Extra Labor | $455.80 | **$493,864.95** | 2/20/2019 | **3/2/2019** | Past Due |
| INV2212429 | 2/28/2019 | February 16th - 28th Floor Care Services | $348,022.54 | | 3/20/2019 | 3/30/2019 | |
| ARB0163283 | 2/28/2019 | Sears Auto Center services February 1st - 28th | $5,410.00 | | 3/20/2019 | 3/30/2019 | |
| INV2207014 | 2/28/2019 | February 1st - 28th Services at District Office | $250.00 | | 3/20/2019 | 3/30/2019 | |
| INV2204548 | 2/28/2019 | Sears February 1st - 28th Porter Services | $10,209.20 | | 3/20/2019 | 3/30/2019 | |
| INV2213515 | 2/28/2019 | Kmart 6day Porter February 1st - 28th | $25,132.32 | | 3/20/2019 | 3/30/2019 | |
| INV2215552 | 2/28/2019 | Sears Unit 1345 Extra Labor | $5,452.65 | | 3/20/2019 | 3/30/2019 | |
| INV2214325 | 2/28/2019 | Sears Extra Labor Services | $2,435.25 | | 3/20/2019 | 3/30/2019 | |
| INV2214324 | 2/28/2019 | Kmart Extra Labor Services | $3,369.34 | | 3/20/2019 | 3/30/2019 | |
| INV2214324A | 2/28/2019 | Kmart Entrance Extractions | $60.00 | | 3/20/2019 | 3/30/2019 | |
| INV2214324B | 2/28/2019 | Kmart Tape and racks | $2,804.80 | | 3/20/2019 | 3/30/2019 | |
| CRM0146570 | 2/28/2019 | Kmart No show credits | **($3,032.09)** | | 3/20/2019 | 3/30/2019 | |
| CRM0146571 | 2/28/2019 | Sears No show credits | **($1,409.44)** | | 3/20/2019 | 3/30/2019 | |
| | | | **$892,569.52** | | | | |