IFS AGED

| Invoice Number | Invoice Date | Service Period | Invoice Amount | Net 45 payment due date | Net 30 |
|---|---|---|---|---|---|
| INV0019505 | 1/15/2019 | January 1st - 15th Floor Care | $23,468.94 | 3/1/2019 | 2/14/2019 |
| INV0019508 | 1/31/2019 | January 1st-31st Porter Services | $3,200.00 | 3/17/2019 | 3/2/2019 |
| INV0019553 | 1/31/2019 | January 16th - 31st Floor Care | $22,684.89 | 3/17/2019 | 3/2/2019 |
| INV0019708 | 2/15/2019 | February 1st - 15th Floor Care | $21,287.22 | 4/1/2019 | 3/17/2019 |
| INV0019766 | 2/28/2019 | February 16th - 28th Floor Care | $18,421.22 | 4/14/2019 | 3/30/2019 |
| INV0019741 | 2/28/2019 | February 1st - 28th Porter Services | $3,200.00 | 4/14/2019 | 3/30/2019 |
| | | | $92,262.27 | | |

*No early pay discount for IFS*