**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                    :
                                                             :    **Case No. 18-23538 (RDD)**
        Debtors[1].                                          :
                                                             :    (**Jointly Administered**)
------------------------------------------------------------ x

**ORDER PURSUANT TO RULE 9006(c) OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE SHORTENING THE NOTICE PERIOD
WITH RESPECT KELLERMEYER BERGENSONS SERVICES, LLC'S AND
INNOVATIVE FACILITY SERVICES MOTION FOR ENTRY OF AN ORDER (I)
COMPELLING THE DEBTORS TO IMMEDIATELY ASSUME OR REJECT THE
KELLERMEYER AND INNOVATIVE CONTRACTS AND PAY POST-PETITION
AMOUNTS DUE UNDER THE CONTRACTS, AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); Max Serv, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (19870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC ,Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None): SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Upon the motion (the "Motion") of Kellermeyer Bergensons Services, LLC ("Kellermeyer")and Innovative Facility Services ("IFS" and together with Kellermeyer, "KBS") for entry of an order shortening the notice period with respect to the motion for an entry of an order compelling the Debtors to immediately assume or reject their Housekeeping Services Master Service Agreement and Housekeeping Services Agreement (Sears Automotive) with Kellermeyer, and their Housekeeping Services Master Service Agreement with IFS, and to pay post-petition amounts due under the contracts, and granting related relief and for good cause shown,

**IT IS HEREBY FOUND AND DETERMINED THAT:**

A.   Cause exists for the shortening of the notice period set forth in Local Bankruptcy Rule 9006-1(b), and such relief is permissible under Rule 9006(c) of the Federal Rules of Bankruptcy Procedure.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.   The Motion is granted, and the time period for notice of hearing on the Motion to Compel is shortened as set forth herein.

2.   A hearing to consider the Motion to Compel shall be held on March 21, 2019 at 10:00 a.m. before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York.

3.   A copy of this Order, together with the Motion to Compel shall be served on or before March 15, 2019 by electronic mail to (i) counsel to the Debtors; (ii) counsel to the Buyer, and (iii) the Standard Parties and Rule 2002 Parties as defined in the Case Management Order, and such service shall be deemed good and sufficient notice of the relief requested in the Motion to Compel.

4. Objections to the Motion to Compel, if any, must be in writing, filed with the Court and served on counsel to KBS, Halperin Battaglia Benzija, LLP, 40 Wall Street, 37th Floor, New York, NY 10005, Attn: Donna H. Lieberman and Shumaker, Loop & Kendrick, LLP, 1000 Jackson Street, Toledo, OH 43604, Attn: David J. Coyle so as to be received on or before March 20, 2019 at 12:00 Noon (Eastern Time). If no objections are timely filed and served, the relief requested in the Motion to Compel may be granted by the Court without further notice.

Dated: March __, 2019

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE