**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re                                                    )    **Chapter 11**
                                                         )
SEARS HOLDINGS CORPORATION, *et al.*    )    **Case No. 18-23538 (RDD)**
                                                         )
                                            Debtors.    )    **(Jointly Administered)**
-------------------------------------------------------X

## NOTICE OF APPEARANCE OF COUNSEL AND
## REQUEST FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

Mark A. Amendola, Esq. hereby enters his Notice of Appearance as counsel for **Caito**

**Foods, LLC**, a perfected trust creditor of Debtor Kmart Coporation under the Perishable

Agricultural Commodities Act ("PACA") 7 U.S.C. §499 *et seq.*  Pursuant to Bankruptcy Rules

2002(g) and 9010(b) and Section 1109(b) of the United States Bankruptcy Code, the undersigned

requests that he be served with all orders, proposed orders, notices, applications, motions,

petitions, pleadings, requests, complaints and demands, whether formal or informal, given or

required to be given by the Court or any party, at the designated address, telephone number

and/or email address below.


Dated: March 15, 2019                          Respectfully submitted,

                                               */s/ Mark A. Amendola*_____
                                               MARK A. AMENDOLA
                                                 Ohio Bar I.D. No. 0042645
                                               MARTYN AND ASSOCIATES
                                               820 W. Superior Avenue, Tenth Floor
                                               Cleveland, Ohio  44113
                                               (216) 861-4700 - telephone
                                               (216) 861-4703 - facsimile
                                               Email:  mamendola@martynlawfirm.com

                                               Attorney for PACA trust creditor Caito
                                               Foods, LLC

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Appearance of Counsel and Request For Service Of Papers and Receipt of Notices was electronically filed and served to all registered counsel of record via the Court's ECF system this 15th day of March, 2019.

*/s/ Mark A. Amendola*

Attorney for PACA trust creditor Caito Foods, LLC