**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kory A. Atkinson request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Community Unit School District 300, a creditor, in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  March 14, 2019

                                                         LAW OFFICE OF KORY ATKINSON

                                                         By:     /s/ Kory A. Atkinson
                                                         Kory A. Atkinson 6282452
                                                         236 W. Lake Street, Suite 100
                                                         Bloomingdale, IL 60108
                                                         630.980.9100 P
                                                         kaa@koryatkinson.com