UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION, et al.

                Debtors.

------------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

## MOTION FOR ADMISSION PRO HAC VICE

I, Stuart E. Bodker, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent North K I-29 2004, LLC in the above-captioned Chapter 11 case.

I certify that I am a member in good standing of the bar in the State of Missouri and the United States District Court for the District of Kansas.

I have submitted the filing fee of $200 with this Motion for *pro hac vice* admission.

Dated: March 13, 2019

                Respectfully submitted,

                McDOWELL, RICE, SMITH & BUCHANAN

                */s/ Stuart E. Bodker*
                Stuart E. Bodker, MO Bar #29194
                605 W. 47th Street, Suite 350
                Kansas City, MO 64112
                (816) 753-5400 telephone
                (816) 753-9996 facsimile
                sbodker@mcdowellrice.com

                ATTORNEYS FOR NORTH K I-29 2004, LLC

6448651_1