**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
| | |
|---|---|
| In re | ) **Chapter 11** |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.* | ) **Case No. 18-23538 (RDD)** |
| | ) |
| Debtors. | ) **(Jointly Administered)** |

-----------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Mark A. Amendola, Esq., respectfully request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Caito Foods, LLC, a creditor in the above-referenced jointly administered bankruptcy cases.

I hereby certify that I am a member in good standing of the bars of the State of Ohio, the Commonwealth of Pennsylvania, and the United States District Court for the Northern District of Ohio.

I have electronically submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 15, 2019

Respectfully submitted,

*/s/ Mark A. Amendola*
MARK A. AMENDOLA
 Ohio Bar I.D. No. 0042645
MARTYN AND ASSOCIATES
820 W. Superior Avenue, Tenth Floor
Cleveland, Ohio  44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
Email:  mamendola@martynlawfirm.com

Attorney for PACA trust creditor Caito Foods, LLC