**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
| | |
|---|---|
| In re ) | **Chapter 11** |
| ) | |
| SEARS HOLDINGS CORPORATION, *et al.* ) | **Case No. 18-23538 (RDD)** |
| ) | |
| Debtors. ) | **(Jointly Administered)** |

-----------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Mark A. Amendola, Esq. to be admitted, *pro hac vice*, to represent Caito Foods, LLC, a creditor in the above-referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Ohio, the Commonwealth of Pennsylvania, and the United States District Court for the Northern District of Ohio, it is hereby

**ORDERED,** that Mark A. Amendola, Esq. is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy case to represent Caito Foods, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
  March _____, 2019

  ROBERT D. DRAIN
  UNITED STATES BANKRUPTCY JUDGE