UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                    Chapter 11
                                                          Case No.: 18-23538 (RDD)
                                                          (Jointly Administered)

SEARS HOLDINGS CORPORATION, et al.

                                    Debtors.    **NOTICE OF APPEARANCE**
                                                **AND REQUEST FOR SERVICE**
                                                **OF PAPERS**
--------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that Tobias Law Firm, P.C. hereby appears in the

above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") as counsel to Superb International Co., Ltd. ("Superb") and requests pursuant

to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of Chapter 11, title 11 of

the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this

case and all papers served or required to be serve in this case be given to and served upon the

undersigned at the following office address, telephone number and e-mail address:

**David G. Tobias, Esq.**
**Tobias Law Firm, P.C.**
**600 Third Avenue, 15th Floor**
**New York, New York 10016**
**phone - (212) 661-5460**
**fax - (212) 557-9610**
**dtobias@tobiaslawpc.com**

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint or demand, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, by hand or overnight delivery, telephone, facsimile transmission, e-mail or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance and Request for Service of Papers, shall be not deemed to be a waiver of Superb's rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders, in non-core matters entered only after de novo review by a District Court Judge; (3) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (5) any other rights, claims, actions, setoffs, or recoupments to which Superb is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs and recoupments Superb expressly reserves; or, (6) any and all defense or objections Superb may have to any claims asserted against it in this action including without limitation, any defense based on insufficient service of process, or jurisdiction (including personal jurisdiction, or capacity to be sued). The undersigned certified that he is admitted to practice before this court.

Dated: New York, New York
     March 15, 2019

                    TOBIAS LAW FIRM, P.C.
                    Attorneys for Superb International Co., Ltd.

                    By: _____ **/s/ David G. Tobias** _____
                            David G. Tobias

                    600 Third Avenue, 15th Floor
                    New York, New York 10016
                    (212) 661-5460

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In re:                                              Chapter 11
                                                    Case No.: 18-23538-RDD
SEARS HOLDINGS CORPORATION et al                    **(Jointly Administered)**

                        Debtors.                    **<u>AFFIDAVIT OF SERVICE</u>**
-----------------------------------------------------x

**STATE OF NEW YORK**    )
                         ) ss.:
**COUNTY OF NEW YORK**   )

Angela Lowe, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York, New York.

On March 15th, 2019, I served the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**, in connection with the above cases, upon the parties listed below, at their last known addresses as set forth below, by depositing a true copy in a postage-paid, properly-addressed envelope by first class delivery, in an official repository under the exclusive care and custody of the United States Post Office within the State of New York.

Weil, Gotshal & Manges LLP                  Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Debtors                   Unsecured Creditors' Committee Counsel
767 Fifth Avenue                            One Bryant Park
New York, New York 10153                    Bank of America Tower
                                            New York, NY 10036-6745
Office of the U.S. Trustee
U.S. Federal Office Building 201
Varick Street, Room 1006 New
York, New York 10014

                                            **/s/ Angela Lowe**
                                            Angela Lowe

Sworn to before me this
15th day of March, 2019

**/s/ David G. Tobias**
Notary Public

DAVID G. TOBIAS
Notary Public State of New York
Qualified in New York County
Lic. No. 02TO4741211
Commission Expires August 6, 20_21_