**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**
_____x

In re: SEARS HOLDING CORPORATION,            Case No.: 18-23538

et al.,                                       Chapter 11

        Debtors.

_____x

**CERTIFICATE OF NO OBJECTION**

STATE OF OKLAHOMA    )
                         ss.:
COUNTY OF OKLAHOMA  )

    Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned hereby certifies as true and correct under penalty of perjury the following:

1) On March 6, 2019, the undersigned counsel filed a Motion to Withdraw (ECF No. 2762) because counsel has been discharged by his client.

2) Counsel served the Motion to Withdraw as reflected in the Affirmation of Service (ECF No. 2764).

3) The Motion to Withdraw was noticed for hearing on the Omniums Hearing set for March 21, 2019 at 10:00 a.m.

4) The deadline for objecting to the Motion to Withdraw was March 14, 2019 at 4:00 p.m.

5) The objection deadline has passed. This certificate is being filed not less than forty-eight (48) hours after the expiration of such deadline.

6) The undersigned counsel represents to the court that he is unaware of any objection, responsive pleading, or request for hearing with respect to the Motion to Withdraw

1

and that counsel has reviewed the court's docket not less than forty-eight (48) hours after the expiration of time to file an objection, and that no objection, responsive pleading, or request for hearing with respect to the Motion to Withdraw was observed by counsel thereon.

7) The Amended Order Implementing Certain Notice and Case Management Procedures, entered on November 1, 2018 (ECF No. 405), provides that a motion or application may be granted without hearing, provided that no objections or other responsive pleadings have been filed after the passage of the objection deadline and that the attorney filing the pleading complies with the terms of the court's order.

8) Accordingly, the undersigned counsel respectfully requests that the proposed order allowing his withdrawal, (attached hereto as Exhibit 1) be entered in accordance with the case management order.

Dated: Oklahoma City, Oklahoma
      March 18, 2019

                              Respectfully submitted,

                              s/Harris A. Phillips
                              Harris A. Phillips, OBA No. 14134
                              Niemeyer, Alexander & Phillips, P.C.
                              300 North Walker Avenue
                              Oklahoma City, OK 73102-1822
                              (405) 232-2725 Tel.
                              (405) 239-7185 Fax
                              harrisphillips@niemeyerfirm.com