**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

_____x

**In re:**

**SEARS HOLDING CORPORATION,** *et al.,*   Case No.: 18-23538 (RDD)

**Chapter 11**

**Debtors**

_____x


## ORDER GRANTING WITHDRAWAL

Before the Court is the Motion to Withdraw of Harris Phillips. The Court, being fully advised finds as follows:

1. The client has knowledge of Counsel's intent to withdraw.

2. There is good cause for withdrawal because Counsel has been discharged.

3. Harris Phillips should be and is herby permitted to withdraw as counsel and the attorney of record for Stephen Tuttle, a creditor herein.

IT IS SO ORDERED.

Dated: _____

White Plaints, New York          /s/ _____
                                 THE HONORABLE ROBERT D. DRAIN
                                 UNITED STATES BANKRUPTCY JUDGE