UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: SEARS HOLDING CORPORATION, et al.

                Debtors.

-----------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Stuart E. Bodker to be admitted, *pro hac vice*, to represent North K I-29 2004, LLC (the "Client") in the above-referenced cases; and upon the movant's certification that the movant is a member in good standing of the bar in the State of Missouri and the United States District Court for the District of Kansas.

ORDERED, that Stuart E. Bodker, Esq. is admitted to practice, *pro hac vice*, in the above-referenced jointly administered cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        March 18, 2019

                                        /s/Robert D. Drain_____
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

6448677_1