UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SEARS HOLDING CORPORATION, *et al.*, | § | Case No. 18-23538 (RDD) |
| | § | |
| | § | |
| *Debtors*. | § | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Duane J. Brescia to be admitted, *pro hac vice*, to represent Epicor Software Corporation, f/k/a Activant Solutions, Inc. in the above-referenced cases; and upon movant's certification that movant is a member of good standing of the bars of the State of Texas and the State of Indiana and the bars of the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, the Northern and Southern Districts of Indiana, and the United States Court of Appeals for the Fifth Circuit, it is hereby

ORDERED, that Duane J. Brescia, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Epicor Software Corporation, f/k/a Activant Solutions, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       March 18, 2019

                                       /s/Robert D. Drain
                                       HONORABLE ROBERT D. DRAIN
                                       UNITED STATES BANKRUPTCY JUDGE