**EXHIBIT B**

# Property Account Inquiry - Summary Screen

| **New Search** | **Recorder** | **Treasurer** | **Assessor** | **Clark County Home** |
|---|---|---|---|---|

| Parcel ID | 178-10-111-003 | Tax Year | 2019 | District | 505 | Rate | 2.8989 |
|---|---|---|---|---|---|---|---|

| Situs Address: | 1245 W WARM SPRINGS RD HENDERSON |
|---|---|
| Legal Description: | ASSESSOR DESCRIPTION: WARM SPRINGS PROMENADE PLAT BOOK 104 PAGE 85 PT LOT 1 GEOID: PT N2 NW4 SEC 10 22 62 |

| Status: | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|
| Active | Tax Cap Increase Pct. | 4.2 | Land | 1195286 | 2003061902814 | 6/19/2003 |
| Taxable | Tax Cap Limit Amount | 73045.83 | Improvements | 1463314 | 2002111800740 | 11/18/2002 |
| | | | Total Assessed Value | 2658600 | | |
| | Tax Cap Reduction | 4024.33 | Net Assessed Value | 2658600 | | |
| | Land Use | 3-58 General Commercial. Retai | Exemption Value New Construction | 0 | | |
| | | | New Construction - Supp Value | 0 | | |
| | Cap Type | OTHER | | | | |
| | Acreage | 9.8000 | | | | |
| | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | Since | To |
|---|---|---|---|---|
| Owner | W S S R L L C | %SEARS DEPT 768 %TAX B2-107A 3333 BEVERLY RD , HOFFMAN ESTATE, IL 60179-0001 UNITED STATES | 9/2/2016 | Current |

## Summary

| Item | Amount |
|---|---|
| Taxes as Assessed | $77,070.16 |
| Less Cap Reduction | $4,024.33 |
| Net Taxes | $73,045.83 |

## PAST AND CURRENT CHARGES DUE TODAY

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| 2019 | Property Tax Principal | $18,261.02 |
| 2019 | Property Tax Penalty | $730.44 |
| **CURRENT AMOUNTS DUE as of 3/18/2019** | | **$18,991.46** |

## NEXT INSTALLMENT AMOUNTS

| Tax Year | Charge Category | Installment Amount Due |
|---|---|---|
| **THERE IS NO NEXT INSTALLMENT AMOUNT DUE as of 3/18/2019** | | |

## TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR

| Tax Year | Charge Category | Remaining Balance Due |
|---|---|---|
| 2019 | Property Tax Principal | $18,261.02 |
| 2019 | Las Vegas Artesian Basin | $0.00 |
| 2019 | Property Tax Penalty | $730.44 |
| **TAX YEAR TOTAL AMOUNTS DUE as of 3/18/2019** | | **$18,991.46** |

## PAYMENT HISTORY

| | |
|---|---|
| Last Payment Amount | $18,261.46 |
| Last Payment Date | 1/18/2019 |
| Fiscal Tax Year Payments | $55,517.05 |
| Prior Calendar Year Payments | $72,306.37 |
| Current Calendar Year Payments | $18,261.46 |