HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Stephen B. Selbst
Sean E. O'Donnell
Steven B. Smith

*Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
**In re**                                      :   Chapter 11
                                               :
**SEARS HOLDINGS CORPORATION,** *et al.***,**  :   Case No. 18-23538 (RDD)
                                               :
                              **Debtors.**[1]  :   (Jointly Administered)
                                               :
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

I, Larisa Poretsky, being duly sworn, depose and say:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc.(4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

HF 12668470v.1

1. I am over the age of 18, and am not a party to this action. I am employed by Herrick Feinstein LLP, Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors.

2. On March 18, 2019, I caused to be served via electronic service upon the parties on the annexed Service List, true and correct copy of the *Certificate of No Objection Pursuant to LR 9075-2 Regarding Application of the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. to Retain and Employ Herrick Feinstein LLP as Special Conflicts Counsel, Effective Nunc Pro Tunc to January 2, 2019 (Docket No. 2858).*

Date: New York, New York
March 18, 2019

/s/ *Larisa Poretsky*
Larisa Poretsky

Sworn to before me this
18th day of March 2019
*/s/ Robin L. Richards*
Robin L. Richards
Notary Public, State of New York, No: 01RI6256982
Commission Expires: 03/05/2020

# SERVICE LIST

**Paul M. Basta**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Email: pbasta@paulweiss.com

**Scott K. Charles**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Email: skcharles@wlrk.com

**Garrett A. Fail**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: garrett.fail@weil.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: jessica.liou@weil.com

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
Email: jacqueline.marcus@weil.com

**Ray C Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com

**Sunny Singh**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: sunny.singh@weil.com

HF 12668470v.1

**Richard C. Morrissey**
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014
Email: richard.morrissey@usdoj.gov

**Ira S. Dizengoff**
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
Email: idizengoff@akingump.com

**Lacy Martin Lawrence**
Akin Gump Strauss Hauer & Feld, LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
Email: llawrence@akingump.com

**Philip C. Dublin**
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
pdublin@akingump.com

**Abid Qureshi**
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
aqureshi@akingump.com

**Sara Lynne Brauner**
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
sbrauner@akingump.com

HF 12668470v.1