UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

In Re:  :  Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,  :  Case No. 18-23538 (RDD)

                              Debtors.  :  (Jointly Administered)

----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                           )
COUNTY OF NEW YORK)

    Patricia A. Wright, being duly sworn, deposes and says: I am over the age of eighteen years, am employed by Chapman and Cutler LLP and am not a party to the action herein.

    On March 18, 2019, I caused to be served a true copy of *WSSR, LLC's Supplemental Objection To Debtors' Supplemental Notice of Cure Costs*, Docket No. 2863 upon the Objection Recipients and Standard Parties as indicated on the attached Service List.

                                                  _____
                                                  Patricia A. Wright

Sworn to before me this
18th day of March 2019

_____
Notary Public

WENDY F REINER
Notary Public - State of New York
NO. 01RE6232988
Qualified in Queens County
My Commission Expires 12/20/2022

4844-0015-5530
7020977

## SERVICE LIST

| **OBJECTION RECEIPIENTS EMAIL SERVICE** | |
|---|---|
| The Debtors<br><br>rob.riecker@searshc.com<br>luke.valentino@searshc.com<br>mmeghji@miiipartners.com<br>counsel@searshc.com | Lazard Freres & Co., LLC<br>(Debtors Investment Banker)<br><br>project.blue.rx@lazard.com |
| Buyer<br><br>kunal@eslinvest.com<br>harold@eslinvest.com | Buyer's Counsel<br><br>caustin@cgsh.com<br>boreilly@cgsh.com<br>soneal@cgsh.com |
| Counsel to Cardtronics USA, Inc.<br><br>jfroehlich@lockelord.com<br>sbryant@lockelord.com | Consultation Parties<br><br>a. Bank of America:<br>paul.leake@skadden.com<br>shana.elberg@skadden.com<br>george.howard@skadden.com<br><br>b. Wells Fargo Bank:<br>ksimard@choate.com<br>jmarshall@choate.com |
| Environmental Authorities<br><br>Leopold.matt@Epa.gov | Federal, State and Local Taxing and Regulatory Authorities, including the IRS<br><br>Mimi.M.Wong@irscounsel.treas.gov<br>rachel.obaldo@oag.texas.gov |
| United States Attorney General for the SDNY<br><br>David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | United States Attorney General<br><br>enid.stuart@ag.ny.gov<br>cmomjian@attorneygeneral.gov |

4844-0015-5530
7020977

| STANDARD PARTIES EMAIL SERVICE ||
|---|---|
| Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Ray C. Schrock, P.C.,<br>    Jacqueline Marcus, Esq.,<br>    Garret A. Fail, Esq.,<br>    Sunny Singh, Esq.,<br>    Jared R. Friedmann, Esq.,<br>    Jessie B. Mishkin, Esq. |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10026<br>Attn: Ira S. Dizengoff, Esq.<br>    Phillip C. Dublin, Esq.<br>    Sara L. Brauner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.,<br>    Shana A. Elberg, Esq., and<br>    George R. Howard, Esq. |
| Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>    Attn: James Gadsden, Esq. | Cleary, Gottlieb, Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY, 10006<br>    Attn: Sean A. O'Neal, Esq. |
| Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Marshall S. Huebner, Esq. and<br>    Eli J. Vonnegut, Esq. | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.,<br>    Benjamin D. Feder, Esq., and<br>    T. Charlie Liu, Esq. |
| Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq. | Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq. |

| **STANDARD PARTIES - FEDEX OVERNIGHT DELIVERY** ||
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates IL 60179<br>Attn: Stephen Sitley Esq., and<br>      Luke J. Valentino, Esq. | Chambers of the Hon. Judge Robert D. Drain<br>United States Bankruptcy Court for the<br>Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, New York 10601 |
| Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. | |