UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE:

SEARS HOLDING CORPORATION, INC., et al.,

Debtors[1].
---------------------------------------------------------------X

Chapter 11
Case No. 18-23538 (rdd)
(jointly administered)

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE BE ADVISED THAT** a hearing in connection with the Motion for Payment of Administrative Expenses Pursuant To 11 U.S.C. §503(a), 503 (b)(1)(A), and 507(a)(2) for Mauldin At Butler LLC filed by Mauldin At Butler LLC (Docket No. 2690) previously scheduled for March 21, 2019, has been adjourned to April 18, 2019 at 10:00 a.m., before the Honorable Robert D. Drain, United States Bankruptcy Judge at United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601.

Dated: White Plains, New York
       March 18, 2019

**CUDDY & FEDER LLP**
*Attorneys for Mauldin at Butler, LLC*

By: */s/ Brendan Goodhouse*
    Brendan Goodhouse
    445 Hamilton Avenue, 14th Floor
    White Plains, New York 10601
    (914) 761-1300
    bgoodhouse@cuddyfeder.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart stores of Texas LLC (8915); MyGofer LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4036084.v1