UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

SEARS HOLDING CORPORATION, INC., et al.,

        Debtors.

-----------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Chapter 11

Case No. 18-23538 (rdd)
(jointly administered)

    DANIELLE R. CALDER, being duly sworn says: I am not a party to this action, am over 18 years of age, and reside in Mount Vernon, NY.

    On March 18, 2019, I served a true copy of the Notice of Adjournment of Hearing in accordance with the Federal Rules of Civil Procedure by emailing same to the following parties and participants listed below:

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq.: garrett.fail@weil.com
        Sunny Singh, Esq.: sunny.singh@weil.com

    c. Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Elberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq.: idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

On March 18, 2019, I served a true copy of the Notice of Adjournment of Hearing in accordance with the Federal Rules of Civil Procedure, by First Class mail, addressed to the last-known addresses of the following parties and participants listed below:

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Adam M. Adler
Prime Clerk LLC 830
Third Avenue, 9th Floor
New York, NY 10022
Claims and Noticing Agent

_____
DANIELLE R. CALDER

Sworn to before me on the
18th day of March, 2019

_____
NOTARY PUBLIC

MARIANA M. AGUILA
Notary Public, State of New York
No. 01AG6339311
Qualified in Westchester County
Commission Expires 03/28/2020

4036114.v1