# EXHIBIT A

| Debtor Entity | Location Code | City | State | Address | Type | Notes |
|---|---|---|---|---|---|---|
| Kmart Corp | 001-0314 | Dothan | AL | 2251 Reeves St | SC agreement | |
| Kmart Corp | 002-0321 | Winslow | AZ | 1616 North Park | REA | |
| Kmart Corp | 004-1368 | Los Angeles | CA | 23110 Valencia B | Easement | McD pays Kmart |
| Kmart Corp | 004-1589 | Anaheim | CA | 10900 Katella Av | SC agreement | |
| Kmart Corp | 004-2347 | Tustin | CA | 2452 Bryan Ave | Declaration | |
| Kmart Corp | 005-0195 | Denver | CO | 5085 N. Federal E | Lease | Predecessor in interest |
| Kmart Corp | 009-1268 | Naples | FL | 12615 Tamiami T | REA | |
| Kmart Corp | 010-0387 | Statesboro | GA | 460 Northside Dr | Easement | |
| Kmart Corp | 011-0043 | Mountain Home | ID | 2840 American L | Declaration | |
| Kmart Corp | 012-0112 | Des Plaines | IL | 1101 Oakton | Easement | |
| Kmart Corp | 012-1129 | Belleville | IL | 7301 Westfield Pl | SC agreement | |
| Kmart Corp | 013-0129 | Peru | IN | 951 W Main St. | CAM Agreement | |
| Kmart Corp | 013-0365 | Mishawaka | IN | 5704 Grape Rd | REA | |
| Kmart Corp | 013-1102 | Fort Wayne | IN | 7640 S Anthony E | Declaration | |
| Sears | 015-0162 | Lenexa | KS | 15920 W 87th St | ? | |
| Kmart Corp | 019-1324 | California | MD | Old Rolling Rd & I | SC agreement | |
| Sears Holding Corp | 024-0082 | Springfield | MO | 1607 E Battlefield | COREA | |
| Kmart Corp | 024-1186 | Ellisville | MO | Manchester Rd | SC agreement | |
| Sears, Roebuck and Co. | 026-0048 | Lincoln | NE | 6500 O St | Easement | Sears notice of closing -12/28/18 |
| Kmart Corp | 029-1418 | Rio Grande | NJ | US Hwy 9 SB | SC agreement | |
| Kmart Corp | 031-2316 | Glen Oaks | NY | 256-03 Union Tur | Shopping Center | |
| Kmart Corp | 032-0264 | Raleigh | NC | Capital Blvd SC | SC agreement | |
| Sears, Roebuck and Co. | 032-0583 | Winston-Salem | NC | 110 Hanes Mall C | REA | |
| Kmart Corp | 032-1689 | Monroe | NC | US74 and Dickers | Shopping Center | |
| Kmart Corp | 033-0019 | Bismarck | ND | 2631 State St. | Lease | Active Lease |
| Kmart Corp | 033-0069 | Fargo | ND | 2253 S. Universit | Shopping Center | |
| Kmart Corp | 034-0398 | Marietta | OH | 500 Pike St | Shopping Center | |
| Kmart Corp | 034-1062 | Medina | OH | 1069 N. Court St | REA | Predecessor in interest |
| Kmart / Sears | 034-1122 | Toledo | OH | 5057 Monroe St. | Lease | |
| Sears, Roebuck and Co. | 034-1302 | Chillicothe | OH | 1067 N. Bridge | SC agreement | Sears closed |
| Sears | 034-1386 | Marion | OH | 1429 Marion Wal | Easement | |
| Kmart Corp | 034-1635 | Reynoldsburg | OH | 6323 E Main St. | Lease | Kmart appears to have sold in Feb 2018 |
| Kmart Corp | 034-1652 | Trotwood | OH | 5360 Salem Ave | REA | |
| Kmart Corp | 034-1666 | Warren | OH | 2487 Parkman Rc | Shopping Center | |
| Kmart Corp | 034-1952 | Boardman | OH | 1215 Boardman F | SC agreement | |
| Sears, Roebuck and Co. | 034-1953 | Cincinnati | OH | US 27 & Mall Rd | SC agreement | |
| Kmart Corp | 034-2004 | Beavercreek | OH | Indian Ripple Rd | Shopping Center | |

| Entity | Number | City | State | Address | Description | Notes |
|---|---|---|---|---|---|---|
| Sears Holding Corp | 036-0021 | Klamath Falls | OR | 1874 Avalon Blvd | Former Sears lease | |
| Kmart Corp | 037-0236 | Wilkes Barre | PA | 900 Wilkes Barre | SC agreement | |
| Kmart Corp | 037-0443 | Leechburg | PA | Hyde Park Plaza | Shopping Center | |
| Kmart Corp | 037-1557 | Lebanon | PA | 1725 Quentin Rd | REA | |
| Kmart Corp | 041-0384 | Nashville | TN | 2499 Murfreesboro | Declaration | |
| Kmart Corp | 042-0012 | Hurst | TX | 1401 W Pipeline | Lease | Appears to have been sold |
| Sears | 042-0189 | Beaumont | TX | 4515 Dowlen Rd | SC agreement | Sign |
| Kmart Corp | 042-1160 | Austin | TX | 13749 N. US HWY | SC agreement | |
| Kmart Corp | 043-0044 | Layton | UT | 2080 N Main | COREA | |
| Kmart Corp | 043-0050 | Richfield | UT | 1000 S US Hwy | Shopping Center | |
| Kmart Corp | 046-0579 | Everett | WA | 7902 Evergreen V | Declaration | |
| Kmart Corp | 047-0075 | Elkview | WV | 105 Crossings Ma | Shopping Center | |
| Kmart Corp | 048-0104 | Milwaukee | WI | 1931 S 14th St | Lease | McD closed |
| Kmart Corp | 051-0059 | Anchorage | AK | 8915 Old Seward | SC agreement | |