GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
William P. Weintraub
T: 212.813.8800
F: 212.355.3333
wweintraub@goodwinlaw.com

*Counsel to Interactions LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **SEARS HOLDINGS CORPORATION,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceeding, as counsel to Interactions LLC ("Interactions") and requests, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9019 and sections

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

102(1) and 1109(b) of the Bankruptcy Code, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon:

> William P. Weintraub
> GOODWIN PROCTER LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, New York  10018
> Tel.: 212.813.8800
> Fax.: 212.355.3333
> E-mail: wweintraub@goodwinlaw.com
>
> <u>with a copy to</u>:
>
> Joseph P. Gildea, SVP Finance and Administration
> Interactions LLC
> 31 Hayward Street, Suite E
> Franklin, Massachusetts 02038
> Tel.: 508.346.3926
> Fax.: 508.570.4750
> Email: jgildea@interactions.com

**PLEASE TAKE FURTHER NOTICE** that the undersigned consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court

ACTIVE/98937206.1

over Interactions or to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Interactions may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: March 18, 2019
      New York, New York

                              Respectfully submitted,

                              */s/ William P. Weintraub*
                              GOODWIN PROCTER LLP
                              The New York Times Building
                              620 Eighth Avenue
                              New York, New York 10018
                              212.813.8800
                              212.355.3333
                              wweintraub@goodwinlaw.com

                              *Counsel to Interactions LLC*

## **CERTIFICATE OF SERVICE**

I, William P. Weintraub, hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Documents* will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system on March 18, 2019.


*/s/ William P. Weintraub*
William P. Weintraub

ACTIVE/98937206.1