John C. Allerding, Esq. (*Pro hac vice*)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
Email: John.Allerding@ThompsonHine.com

*Counsel for Luxottica Retail North America Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.* | **Case No. 18-23538-RDD** |
| Debtors.[1] | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 18, 2019, I electronically filed the following with the Clerk of Court using the CM/ECF system which will send notification of such filing to all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

CM/ECF participants in the above-captioned case, including the Standard Parties[2] other than those identified below:

1. *Motion of Luxottica Retail North America Inc. for Entry of an Order (i) Compelling Assumption or Rejection of Executory Contract; or, in the Alternative, (ii) Granting Limited Relief from Stay* (ECF No. 2876);

2. *Motion of Luxottica Retail North America Inc. for Expedited Consideration of Its Motion for Entry of an Order (i) Compelling Assumption or Rejection of Executory Contract; or, in the Alternative, (ii) Granting Limited Relief from Stay* (ECF No. 2877);

3. *Notice of Filing of Proposed Orders* (ECF No. 2879); and

4. *Notice of Filing of Proposed Orders* (ECF No. 2880).

I further certify that, on March 18, 2019, I caused a true and correct copy of the foregoing to be served via overnight mail, postage prepaid, on the following Standard Parties:

1. the Chambers of the Honorable Judge Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248, White Plains, New York 10601; and

2. the Debtors, c/o Sears Holding Corporation, 3333 Beverly Road, Hoffman Estates, IL 60179 (Attn: Stephen Sitley Esq. and Luke J. Valentino, Esq.).

| | |
|---|---|
| Dated: March 18, 2019<br>New York, New York | Respectfully submitted,<br><br>*/s/ John C. Allerding*<br>THOMPSON HINE LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: 216.566.5500<br>Facsimile: 216.566.5800<br>John C. Allerding (*pro hac vice*)<br><br>*Counsel for Luxottica Retail North America Inc.* |

---

[2] The term "**Standard Parties**" as used herein shall have the meaning ascribed to it in the *Amended Order Implementing Certain Notice and Case Management Procedures* (ECF No. 405).