**Hearing Date and Time: March 21, 2019 at 10:00 am (Eastern)**

THE SARACHEK LAW FIRM
Joseph E. Sarachek
101 Park Avenue -27th Floor
New York, NY. 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950

*Attorneys for Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company Limited, Samil Solutions, and Shanghai Fochier*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDING CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**AFFIDAVIT OF MICHELLE CHAN IN SUPPORT OF
STATEMENT OF MIEN CO. LTD, HELEN ANDREWS,
STRONG PROGRESS GARMENT FACTORY COMPANY LTD,
SAMIL SOLUTIONS, AND SHANGHAI FOCHIER IN
SUPPORT OF MEDIATION AND 503(b)(9) MEDIATOR**

1. I, Michelle Chan, am the principal of Mien Co. Ltd and submit this Affidavit in Support of the Statement in support of Mediation and a 503(b)(9) Mediator filed by Mien Co., Ltd, Helen Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions and Shanghai Fochier, dated March 14, 2019 ("Docket No. 2835").

2. Mien is a Chinese manufacturer and vendor of Sears Holdings Corp. (the "Debtors") located in Hong Kong and Dong Guan City which manufactures Jaclyn Smith licensed handbags, private label handbags, backpacks, belts and buckles.

3. Mien is owed $2,154,413.64 from Sears, Roebuck and Co. (Claim No. 2474) and $2,082245.90

1

from Kmart Corporation (Claim No. 2461), of which approximately $500,000 is owed for goods received by the Debtors within the 20 days of the Petition Date. Subsequent to the Petition Date, Mien has supplied the Debtors with merchandise.

4. Mien is a small company and is under significant pressure from its suppliers as a result of the non-payment by the Debtors. In fact, a number of suppliers have personally threatened me because of non-payment.

5. Prior to the Petition Date, Mien had been supplying the Debtors post-petition on terms that require payment within 60 days after receipt. After the Petition Date, the payment terms were reduced to 10 days after receipt. I have been in constant contact with Debtors' management to insure payments are timely made according to terms. I am submitting this affidavit in support of Transform/ESL's motion because the Debtors have failed to pay Mien for certain invoices in the sum of $14,286.30[1]. See attached exhibit 1. The exhibit also reflects my conversations with representatives of the Debtors. My understanding is that the payment failure arises over whether the Debtors or Transform/ESL are responsible for paying invoices prior to February 11, 2019, the date the Transform/ESL sale closed. The failure to pay my post-petition invoices has further hurt my credibility with my suppliers and caused me great harm.

6. As a result of the failure to timely pay post-petition invoices, I am extremely concerned about whether there will be problems reviewing and paying 503(b)(9) claims on a timely basis. Based on the documents filed in Bankruptcy Court with respect to the Transform/ESL sale, I represented to my vendors that within 120 days of the closing date ("February 11, 2019"), Mien would receive payment on the 503(b)(9) claims. If Mien does not timely receive payment on the 503(b)(9) claims, it will cause further damage to my business, and I may have to shut down my operations.

---

[1] Although Mien's invoices are dated September 24, 2018, the goods were not shipped until mid-December 2018, payment was due on February 28, 2019.

2

7. For these reasons, I urge this Court to appoint a Mediator with respect to the Transform/ESL sale and to insure that 503(b)(9) claims are timely reconciled and paid.

*[signature]*

SWORN TO ME THIS
18th day of March 2019

*[signature]*
NOTARY PUBLIC

JOSEPH E. SARACHEK
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SA6155584 335555
Qualified in Westchester County
My Commission Expires 1/19/2020

# EXHIBIT 1

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201822119890

9607
MIEN CO LTD
A5-B,BLK A,12/F,HONGKONG IND CENTRE
489-491 CASTLE PEAK RD, LAI CHI KOK
KOWLOON
Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg, PA
FOB China

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS  SL6611 | MINI CROSS NO SIZE BROWN | 25 CARTONS | 150 PIECES | 4.650 USD PIECES | 697.50 USD |

ITEM: 570052931243
MADE IN: CHINA (MAINLAND)
CONTENTS: 6 PIECES
SEARS DIV: 688
SEARS ITEM/SKU: 39643/099

ME-18-4150-S
MINI CROSSBODY WITH JS LOGO
SEARS //JACLYN SMITH// LADIES
JACQUARD JS SAFFIANO PVC HANDBAG WITH FRONT AND BACK 5# ZIPPER CONPANTMENT.
METAL LOGO ON FRONT,METAL D RING AND DOGCLIP FOR LONG SHOULDER STRAP WITH METAL
BUCKEL FOR ADJUSTING THE LENGTH ,INTERIOR FLOCK CLOTH LINING PHONE POCKET AND 3#
NYLON ZIPPER POCKET.BACK ZIP CONPANTMENT 5# NYLON ZIPPER.
FABRICATION:
SHELL : 100% PVC
LINING:100 POLYESTER
SIZE: 8.4" X 6" X 2.6"

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL6611 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 030 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9607 | |
| VENDOR ITEM CODE | ME-18-4150-S | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.  105607
DONGGUAN YONGSHENG HANDBAG CO., LTD
UNIT 2, ZHONGXIN ROAD
YICUN VILLAGE
DONGGUAN / ZHONGTANG
GUANGDONG
China
FTY MID NO.  CNDONYON2DON

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS  SL6618 | MINI CROSS BLACK | 69 CARTONS | 69 AST | 27.900 USD AST | 1,925.10 USD |

ITEM: 570052931730
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT
SEARS DIV: 688
SEARS ITEM/SKU: 39642/

ME-18-4150-S
MINI CROSSBODY WITH JS LOGO
SEARS //JACLYN SMITH// LADIES, SIZE: 8.4" X 6" X 2.6"
JACQUARD JS SAFFIANO PVC HANDBAG WITH FRONT AND BACK 5# ZIPPER CONPANTMENT.
METAL LOGO ON FRONT,METAL D RING AND DOGCLIP FOR LONG SHOULDER STRAP WITH METAL
BUCKEL FOR ADJUSTING THE LENGTH ,INTERIOR FLOCK CLOTH LINING PHONE POCKET AND 3#
NYLON ZIPPER POCKET.BACK ZIP CONPANTMENT 5# NYLON ZIPPER.
FABRICATION:
SHELL : 100% PVC
LINING:100 POLYESTER

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201822119890

9607
MIEN CO LTD
A5-B,BLK A,12/F,HONGKONG IND CENTRE
489-491 CASTLE PEAK RD, LAI CHI KOK
KOWLOON
Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB China

| | |
|---|---|
| CONTRACT NO. | SL6618 |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | ME-18-4150-S |
| BINDING RULING # OR PRECLASS # | |
| REFERENCE NO. | 803P |
| DEPARTMENT NO. | 030 |
| VENDOR NO. | 9607 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | RNONE |

FACTORY NO.    105607
DONGGUAN YONGSHENG HANDBAG CO., LTD
UNIT 2, ZHONGXIN ROAD
YICUN VILLAGE
DONGGUAN / ZHONGTANG
GUANGDONG
China
FTY MID NO.    CNDONYON2DON

| SEARS | SL6627 | FLORAL PRI BLACK FLORAL | 125 CARTONS | 125 AST | 40.800 USD AST | 5,100.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 560013121157 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 688 | | | | | |
| SEARS ITEM/SKU | 39715/ | | | | | |

Style : ME-18-4403-S
SEARS // NO BRAND// Ladies Handbag
FLORAL PRINT BACKPACK
DESCRIPTION: FLORAL PVC BACKPACK WITH IMITATION BRASS ZIPPER FOR FRONT POCKRT AND MAIN CLOSURE,FRONT POCKET WITH INSIDE LINING IN FLOCK CLOTH,BACK STRAPS AND HANDLE IN FLORAL PVC SLIDER AND SQUARE BUCKLE FOR HOLDING THE CACK STRAPS .LONG PVC STRPE WTTH DOG CLIP ATTACH 3D FLORAL FOR DECORATION.ZIPPER PULLERS IN PVC AND METAL D RING.
Fabrication:
SHELL: 100% PVC
LINGING:100% POLYESTER
TRIM-100% PVC , ZIPPER-5# IMITATION BRASS ZIPPER , 8-9 STITCHES PER
Item size:10.5" x 9" x 4.5"

| | |
|---|---|
| CONTRACT NO. | SL6627 |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | ME-18-4403-S |
| BINDING RULING # OR PRECLASS # | |
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 030 |
| VENDOR NO. | 9607 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | RNONE |

FACTORY NO.    105607
DONGGUAN YONGSHENG HANDBAG CO., LTD
UNIT 2, ZHONGXIN ROAD
YICUN VILLAGE
DONGGUAN / ZHONGTANG
GUANGDONG
China
FTY MID NO.    CNDONYON2DON

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201822119890

9607
MIEN CO LTD
A5-B,BLK A,12/F,HONGKONG IND CENTRE
489-491 CASTLE PEAK RD, LAI CHI KOK
KOWLOON
Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg, PA
FOB China

| SEARS | SL6845 | FLORAL PRI NO SIZE BLACK | 25 CARTONS | 150 PIECES | 6.800 USD PIECES | 1,020.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 560013121132 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |
| SEARS DIV | 688 | | | | | |
| SEARS ITEM/SKU | 39715/099 | | | | | |

STYLE : ME-18-4403-S
SEARS // NO BRAND// LADIES HANDBAG
FLORAL PRINT BACKPACK
DESCRIPTION: FLORAL PVC BACKPACK WITH IMITATION BRASS ZIPPER FOR FRONT POCKRT
AND MAIN CLOSURE,FRONT POCKET WITH INSIDE LINING IN FLOCK CLOTH,BACK STRAPS AND
HANDLE IN FLORAL PVC SLIDER AND SQUARE BUCKLE FOR HOLDING THE CACK STRAPS .LONG
PVC STRPE WTTH DOG CLIP ATTACH 3D FLORAL FOR DECORATION.ZIPPER PULLERS IN PVC
AND METAL D RING.
ITEM SIZE:10.5" X 9" X 4.5"
FABRICATION:
SHELL: 100% PVC
LINGING:100% POLYESTER
TRIM-100% PVC , ZIPPER-5# IMITATION BRASS ZIPPER , 8-9 STITCHES PER

| CONTRACT NO. | SL6845 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 030 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9607 |
| VENDOR ITEM CODE | ME-18-4403-S | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    105607
DONGGUAN YONGSHENG HANDBAG CO., LTD
UNIT 2, ZHONGXIN ROAD
YICUN VILLAGE
DONGGUAN / ZHONGTANG
GUANGDONG
China
FTY MID NO.    CNDONYON2DON

| SEARS | SL6845 | FLORAL PRI NO SIZE WHITE | 25 CARTONS | 150 PIECES | 6.800 USD PIECES | 1,020.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 560013121140 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |
| SEARS DIV | 688 | | | | | |
| SEARS ITEM/SKU | 39852/099 | | | | | |

STYLE : ME-18-4403-S
SEARS // NO BRAND// LADIES HANDBAG
FLORAL PRINT BACKPACK
DESCRIPTION: FLORAL PVC BACKPACK WITH IMITATION BRASS ZIPPER FOR FRONT POCKRT
AND MAIN CLOSURE,FRONT POCKET WITH INSIDE LINING IN FLOCK CLOTH,BACK STRAPS AND
HANDLE IN FLORAL PVC SLIDER AND SQUARE BUCKLE FOR HOLDING THE CACK STRAPS .LONG
PVC STRPE WTTH DOG CLIP ATTACH 3D FLORAL FOR DECORATION.ZIPPER PULLERS IN PVC
AND METAL D RING.
ITEM SIZE:10.5" X 9" X 4.5"
FABRICATION:
SHELL: 100% PVC
LINGING:100% POLYESTER
TRIM-100% PVC , ZIPPER-5# IMITATION BRASS ZIPPER , 8-9 STITCHES PER

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201822119890

9607
MIEN CO LTD
A5-B,BLK A,12/F,HONGKONG IND CENTRE
489-491 CASTLE PEAK RD, LAI CHI KOK
KOWLOON
Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL6845 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 030 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9607 | |
| VENDOR ITEM CODE | ME-18-4403-S | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.    105607
DONGGUAN YONGSHENG HANDBAG CO., LTD
UNIT 2, ZHONGXIN ROAD
YICUN VILLAGE
DONGGUAN / ZHONGTANG
GUANGDONG
China
FTY MID NO.    CNDONYON2DON

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 269 | 450 | PIECES | 9,762.60 USD |
| | | 194 | ASSORTMENTS | |

TOTAL US DOLLARS NINE THOUSAND SEVEN HUNDRED SIXTY-TWO DOLLARS AND SIXTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| MIEN CO LTD | |
|---|---|
| EMPLOYEE NAME | _____ |
| EMPLOYEE TITLE | _____ |

# COMMERCIAL INVOICE

Page 1 of 3
DATE: September 24, 2018
INVOICE NO.: 201822120138

6056
MIEN CO LTD
A5-B,BLK A,12/F,HONGKONG IND CENTRE
489-491 CASTLE PEAK RD, LAI CHI KOK
KOWLOON
Hong Kong

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg, PA
FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WZS | MINI CROSSBODY W/JS LOGO ONE SIZE BROWN | 51 CARTONS | 306 PIECES | 4.650 USD PIECES | 1,422.90 USD |
| ITEM: | 810047912084 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |

DESCRIPTION:
STYLE# ME-18-4150-K MINI CROSSBODY WITH JS LOGO PATTERN
JACQUARD JS SAFFIANO PVC WITH FRONT AND BACK 5# ZIPPER CONPANTMENT, JACYLN
SMITH METAL LOGO ON FRONT, METAL D RING AND DOGCLIP FOR LONG SHOULDER STRAP
WITH METAL SLIDER BUCKEL FOR ADJUSTING THE LENGTH, INTERIOR FLOCK CLOTH LINING
PHONE POCKET AND #3 NYLON ZIPPER POCKET, BACK ZIP CONPANTMENT #5 NYLON ZIPPER.
SIZE: 8.4" X 6" X 2.6"
FABRICATION
SHELL: 100% PVC
LINING: FLOCK CLOTH

| CONTRACT NO. | B2WZS | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 030 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6056 |
| VENDOR ITEM CODE | ME-18-4150-K | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.    105607
DONGGUAN YONGSHENG HANDBAG CO., LTD
UNIT 2, ZHONGXIN ROAD
YICUN VILLAGE
DONGGUAN / ZHONGTANG
GUANGDONG
China
FTY MID NO.    CNDONYON2DON

| KMART | B2XHE | FLORAL PRINT BACKPAC ONE SIZE BLACK FLOR | 38 CARTONS | 228 PIECES | 6.800 USD PIECES | 1,550.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 820013120001 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |

STYLE : ME-18-4403-K
KMART // NO BRAND// LADIES HANDBAG
FLORAL PRINT BACKPACK
DESCRIPTION: FLORAL PVC BACKPACK WITH IMITATION
BRASS ZIPPER FOR FRONT POCKRT AND MAIN
CLOSURE,FRONT POCKET WITH INSIDE LINING IN FLOCK CLOTH
BACK STRAPS AND HANDLE IN FLORAL PVC
SLIDER AND SQUARE BUCKLE FOR HOLDING
THE CACK STRAPS .LONG PVC STRPE WTTH DOG CLIP ATTACH
3D FLORAL FOR DECORATION
ZIPPER PULLERS IN PVC AND METAL D RING.
FABRICATION:TRIM-100% PVC
ZIPPER-5# IMITATION BRASS ZIPPER
8-9 STITCHES PER INCH
SHELL: 100% PVC
LINGING:100% POLYESTER
ITEM SIZE:10.5, 9, 4.5

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201822120138

6056
MIEN CO LTD
A5-B,BLK A,12/F,HONGKONG IND CENTRE
489-491 CASTLE PEAK RD, LAI CHI KOK
KOWLOON
Hong Kong

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg, PA
FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2XHE | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 030 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6056 | |
| VENDOR ITEM CODE | ME-18-4403-K | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.   105607
DONGGUAN YONGSHENG HANDBAG CO., LTD
UNIT 2, ZHONGXIN ROAD
YICUN VILLAGE
DONGGUAN / ZHONGTANG
GUANGDONG
China
FTY MID NO.   CNDONYON2DON

| KMART | B2XHE | FLORAL PRINT BACKPAC ONE SIZE WHITE FLOR | 38 CARTONS | 228 PIECES | 6.800 USD PIECES | 1,550.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 820013120019 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |

STYLE : ME-18-4403-K
KMART // NO BRAND// LADIES HANDBAG
FLORAL PRINT BACKPACK
DESCRIPTION: FLORAL PVC BACKPACK WITH IMITATION
BRASS ZIPPER FOR FRONT POCKRT AND MAIN
CLOSURE,FRONT POCKET WITH INSIDE LINING IN FLOCK CLOTH
BACK STRAPS AND HANDLE IN FLORAL PVC
SLIDER AND SQUARE BUCKLE FOR HOLDING
THE CACK STRAPS .LONG PVC STRPE WTTH DOG CLIP ATTACH
3D FLORAL FOR DECORATION
ZIPPER PULLERS IN PVC AND METAL D RING.
FABRICATION:TRIM-100% PVC
ZIPPER-5# IMITATION BRASS ZIPPER
8-9 STITCHES PER INCH
SHELL: 100% PVC
LINGING:100% POLYESTER
ITEM SIZE:10.5, 9, 4.5

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2XHE | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 030 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6056 | |
| VENDOR ITEM CODE | ME-18-4403-K | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.   105607
DONGGUAN YONGSHENG HANDBAG CO., LTD
UNIT 2, ZHONGXIN ROAD
YICUN VILLAGE
DONGGUAN / ZHONGTANG
GUANGDONG
China
FTY MID NO.   CNDONYON2DON

# COMMERCIAL INVOICE

Page 3 of 3
DATE: September 24, 2018
INVOICE NO.: 201822120138

6056
MIEN CO LTD
A5-8,BLK A,12/F,HONGKONG IND CENTRE
489-491 CASTLE PEAK RD, LAI CHI KOK
KOWLOON
Hong Kong

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Yantian, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB China

PAYMENT TERM: Open Acct
ORDER PAYMENT TERMS:
DRAWN UNDER: OPEN ACCOUNT
LC#: NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 127 | 762 | PIECES | 4,523.70 USD |

TOTAL US DOLLARS FOUR THOUSAND FIVE HUNDRED TWENTY-THREE DOLLARS AND SEVENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

MIEN CO LTD
EMPLOYEE NAME
EMPLOYEE TITLE

To: Kwan, Sherri (HK)
CC: Fung, Wing (HK); May.Li; Ng, Yammy (HK); Sandra.Lee9; Vinus.Soo; Chen, Celia (Shanghai); Chen, Karen (Shanghai)
Subject: Re: RE: The current status of Sears

Thank you very much your reply Sherri,

I am really in a spicy hot situation to get the new orders to cover all old debtor's eyes! Please help to prioritse our PO work once you get any news from your buyer.

Also we are still being held up on the "for the outstanding payment $14,286.3 which was due on 2/28 "

I need the above payment to be paid as quick as possible please as we are totally totally running out of cash!!!
Please help Sherrie.


Best regards,


Michelle Chan
Mien Co., Ltd.

From: Kwan, Sherri (HK)
Date: 2019-03-14 18:51
To: michelle@mien-co.com
CC: Fung, Wing (HK); Li, May (HK); Ng, Yammy (HK); Li, May (HK); Lee, Sandra (HK); Soo, Vinus (HK); Chen, Celia (Shanghai); Chen, Karen (Shanghai)
Subject: RE: The current status of Sears

Hi Michelle,


Buying team is still working on Fall 19 new orders, no vendors are receiving new orders, we will keep vendors be updated upon received order commitment from buyers.


Thanks for patient.


Sherri


From:michelle@mien-co.com [mailto:michelle@mien-co.com]
Sent: Wednesday, March 13, 2019 3:27 PM
To: Li, May (HK) <May.Li@searshc.com>; Lee, Sandra (HK) <Sandra.Lee9@searshc.com>; Soo, Vinus (HK) <Vinus.Soo@searshc.com>
Cc: Kwan, Sherri (HK) <Sherri.Kwan@searshc.com>; Fung, Wing (HK) <Wing.Fung@searshc.com>; Li, May (HK) <May.Li@searshc.com>; Ng, Yammy (HK) <Yammy.Ng@searshc.com>
Subject: The current status of Sears


Enterprise Security Team Alert: This email originated from outside of the organization. Please use caution when opening messages from external sources.