**ARCHER & GREINER, P.C.**
Stephen M. Packman, Esq.
Allen G. Kadish, Esq.
630 Third Avenue
New York, New York 10017
Phone: (212) 682-4940

*Counsel for PREIT Services, LLC,
as agent for PR Dartmouth, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
|  | : |  |
| SEARS HOLDINGS CORPORATION, INC., *et al.*,[1] | : | |
|  | : | BANKRUPTCY NO. 18-23538 (RDD) |
|  | : |  |
| Debtors. | : |  |

**CERTIFICATE OF NO OBJECTION TO NOTICE
OF STPIULATION RESOLVING OBJECTION OF PREIT
<u>SERVICES, LLC, AS AGENT FOR PR NORTH DARTMOUTH, LLC TO SALE</u>**

Stephen M. Packman, an attorney admitted to practice in this Court hereby certifies:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. On March 4, 2019, Archer & Greiner, P.C., attorneys for PREIT Services, LLC, as agent for PR North Dartmouth, LLC ("**PREIT**"), filed and served the *Amended Notice of Presentment of Stipulation Resolving Objection of PREIT Services, LLC, as Agent for PR North Dartmouth, LLC, to Sale* [Docket No. 2737] (the "**Notice**"). The Notice contained the proposed *Stipulation Resolving Objection of PREIT Services, LLC, as Agent for PR North Dartmouth, LLC, to Sale* (the "**Stipulation**").

2. Pursuant to the Notice, objections were due no later than March 15, 2019 at 11:30 a.m. (the "**Objection Deadline**").

3. The Objection Deadline has passed. No objection, request for hearing or other responsive pleading to the Stipulation has been filed with this Court in the Debtors' chapter 11 cases, nor has any objection, request for hearing or other responsive pleading with respect to the Stipulation been received.

4. Accordingly, counsel for PREIT respectfully requests that the Court enter the proposed Stipulation.

Dated: New York, New York
March 19, 2019

**ARCHER & GREINER, P.C.**

By:   /s/ Stephen M. Packman
Stephen M. Packman, Esq.
Allen G. Kadish, Esq.
630 Third Avenue
New York, New York 10017
Phone: (212) 682-4940
E-mail: spackman@archerlaw.com
         akadish@archerlaw.com

*Counsel to PREIT Services, LLC as agent for PR North Dartmouth, LLC*

216121343v1