Patrick Collins
Veronique A. Urban
FARRELL FRITZ, P.C.
400 RXR Plaza
Uniondale, New York 11556
(516) 227-0700

*Attorneys for Midwood Management Corp., as agent for Expressway Plaza I, LLC and Farmingville Associates Phase I, LLC as tenants in common*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
SEARS HOLDINGS CORPORATION, *et al.*,                          :    Case No.: 18-23538 (RDD)
                                                               :
                                           Debtors.            :
---------------------------------------------------------------x

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL
FROM ORDER DENYING MOTION FOR ORDER DECLARING AUTOMATIC
STAY INAPPLICABLE TO NON-RESIDENTIAL REAL PROPERTY LEASE
(2280 NORTH OCEAN AVENUE, FARMINGVILLE, NEW YORK)**

Pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure, Appellant Midwood Management Corp., as agent for Expressway Plaza I, LLC and Farmingville Associates Phase I, LLC as tenants in common (together, "Midwood Management" or "Appellant"), by and through its attorneys, hereby designates the record and issues presented on appeal to the United States District Court for the Southern District of New York from the order of the United States Bankruptcy Court for the Southern District of New York (Hon. Robert D. Drain) dated and entered on February 19, 2019 (the "Order") and entitled *Order Denying Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease (2280 North Ocean Avenue, Farmingville, New York)* (ECF No. 2649).

FF\8200105.2

## Statement of Issues Presented on Appeal

1. Whether the Bankruptcy Court erred when it granted Debtors-Appellees' Sears Holdings, Inc., et al's objection and denied the Appellant's motion for an order declaring the automatic stay of Section 362(a) of the Bankruptcy Code inapplicable to actions to be undertaken by Appellant to recover possession of real property from Debtor-Appellee Kmart Corporation under a lease of non-residential real property that Appellant contends terminated by expiration of the term of the stated lease.

2. Whether the Bankruptcy Court erred when it determined the exception to the bankruptcy automatic stay provided under Section 362(b)(10) of the Bankruptcy Code does not apply to a lease of non-residential real property that terminates upon the end of a time period specified in the landlord's notice to the tenant shortening the term of the lease on account of the occurrence of an event of default under the lease.

## Designation of Record on Appeal[1]

Appellant designates the following items filed in the bankruptcy case for inclusion in the record on appeal:

| Filing Date | Bankruptcy Case Docket Number | Docket Text |
|---|---|---|
| 10/15/2018 | 1 | *Kmart Corporation Voluntary Petition* – Bankruptcy Case No. 18-23549, jointly administered with the above-captioned case |
| 10/16/2018 | 118 | *Order Directing Joint Administration of Related Chapter 11 Cases* |
| 11/1/2018 | 426 | *Motion of Debtors for Authority to Extend the Time to Assume or Reject Unexpired Lease and Subleases of Nonresidential Real Property* |

---

[1] Designated items shall include any and all exhibits, schedules and other attachments to such item.

FF\8200105.2

| | | |
|---|---|---|
| 11/1/2018 | 429 | *Debtors' Motion for Approval of Global Bidding Procedures* |
| 11/8/2018 | 573 | *Objection to Motion of Debtors for Authority to Extend the Time to Assume or Reject Unexpired Lease and Subleases of Nonresidential Real Property* |
| 11/16/2018 | 776 | *Order Extending Time To Assume or Reject Unexpired Leases and Subleases of Nonresidential Real Property* |
| 11/19/2018 | 816 | *Order Approving Global Bidding Procedures and Granting Related Relief* |
| 11/29/2018 | 932 | *Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease ("Motion to Declare Stay Inapplicable")* |
| 1/18/2019 | 1730 | *Notice of Successful Bidder and Sale Hearing* |
| 2/6/2019 | 2439 | *Joinder by Midwood Management Corp. in Objection of Various Landlords to Notices of Filing of Revised Proposed Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (IV) Granting Related Relief* |
| 2/8/2019 | 2497 | *Debtors' Objection to Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease (2280 North Ocean Avenue, Farmingville, New York)* |
| 2/8/2019 | 2507 | *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief* |
| 2/12/2019 | 2571 | *Declaration of Bradley Pukas in Support of Debtors' Objection to Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease (2280 North Ocean Avenue, Farmingville, New York).* |
| 2/13/2019 | 2578 | *Reply to Debtors' Objection to Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease* |

FF\8200105.2

18-23538-shl    Doc 2890    Filed 03/19/19    Entered 03/19/19 12:45:37    Main Document
Pg 4 of 4

| | | |
|---|---|---|
| | | Transcript for hearing on Motion to Declare Stay Inapplicable held on February 14, 2019 at 11:00 a.m. (ET), attached hereto as **Exhibit A** in accordance with Rule 8009-1(a) of the Local Bankruptcy Rules for the Southern District of New York[2] |
| 2/19/2019 | 2649 | *Order Denying Motion For Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease (2280 North Ocean Avenue, Farmingville, New York)* |
| 3/5/2019 | 2747 | *Notice of Appeal* |

### Reservation of Rights

Appellant expressly reserves its right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to this appeal. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges and objections.

Dated: Uniondale, New York  　　　　　FARRELL FRITZ, P.C.
　　　　March 19, 2019

　　　　　　　　　　　　　　　　　　By:　　/s/ *Patrick Collins*
　　　　　　　　　　　　　　　　　　　　　Patrick Collins
　　　　　　　　　　　　　　　　　　　　　Veronique A. Urban
　　　　　　　　　　　　　　　　　　　　　400 RXR Plaza
　　　　　　　　　　　　　　　　　　　　　Uniondale, New York 11556-3826

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Midwood Management Corp., as agent for Expressway Plaza I, LLC and Farmingville Associates Phase I, LLC, as tenants in common*

---

[2] The portions of the transcript prepared by the reporter consisting of hearings held on February 14, 2019 on other matters in the Debtors' cases have been omitted from this Designation.

FF\8200105.2