Luma Al-Shibib, Esq.
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, NY  10020
(212) 278-1000 (Telephone)
(212) 278-1733 (Facsimile)
e-mail:  lal-shibib@andersonkill.com

Lynn H. Butler
Texas Bar No. 03527350
**HUSCH BLACKWELL LLP**
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758 (Telephone)
(512) 479-1101 (Fax)
e-mail: lynn.butler@huschblackwell.com

*Attorneys for WC Independence Center, LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

       I hereby certify that on March 18, 2019, I electronically filed the **Declaration of Maryann Norwood In Support of Motion of WC Independence Center for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. 365(d)(3)** (the "Norwood Declaration") [Docket No. 2878] with the Clerk of the Court using the CM/ECF system, pursuant to which electronic service was effectuated on all CM/ECF participants in the above-captioned case in accordance with this Court's *Order Implementing Certain Notice and Case Management Procedures*, entered on October 17, 2018 [Docket No. 139].

docs-100104752.1

I hereby further certify that on March 19, 2019, true and correct copies of the foregoing Norwood Declaration, will be delivered via overnight mail to:

(i) Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601;

and,

(ii) Office of the United States Trustee
Attn. Richard C. Morrissey
201 Varick Street, Room 1006
New York, NY 10014.

/s/ *Luma Al-Shibib*
Luma Al-Shibib

2

docs-100104752.1