**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jonathan I. Rabinowitz
John J. Harmon
*Counsel for Debbie and Dennis Dodge*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:                                    | Chapter 11                  |
|-------------------------------------------|-----------------------------|
|                                           | Case No. 18-23538 (RDD)     |
| SEARS HOLDINGS CORPORATION, *et al.*,     | (Jointly Administered)      |
|                                           |                             |
| Debtors.                                  |                             |

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY  )
                     ) ss.:
COUNTY OF ESSEX      )

RACHEL GAYDOS, being duly sworn, deposes and says that:

I am not a party of this action, am over 18 years of age and reside in New Jersey.

On March 19, 2019, I served true and correct copies of the Objection by Debbie and Dennis Dodge to Extension of Automatic Stay to Non-Debtor Pennsylvania Real Estate Investment Trust [Docket No. 2892] by email on the parties identified on the service list attached as Exhibit A, and by first class mail on the parties identified on the service list attached as Exhibit B.

                                                          /s/ Rachel Gaydos
                                                          RACHEL GAYDOS

Sworn to before me this
19th day of March, 2019

*Jennifer Coleman*
Notary Public

JENNIFER A. COLEMAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 12/15/2020

# **EXHIBIT A**

| | |
|---|---|
| Counsel to Debtors | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |
| United States Trustee Southern District of New York | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC and JPP II, LLC) | soneal@cgsh.com<br>jbromley@cgsh.com<br>aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | emfox@seyfarth.com |

## EXHIBIT B

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of NY
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
(Attn: Stephen Stiley, Esq. and Luke J. Valentino, Esq.)

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014