McDOWELL, RICE, SMITH & BUCHANAN, PC
Stuart E. Bodker
*Admitted Pro Hac Vice*
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 facsimile
sbodker@mcdowellrice.com

*COUNSEL FOR NORTH K I-29 2004, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

SEARS HOLDINGS CORPORATION, et al.,

Debtors.[1]

Chapter 11

Case No. 18-23538 (RDD)

Jointly Administered

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned proceeding, as counsel to North K I-29 2004, LLC ("North K I-29") and requests, pursuant to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations, LLC (6546); Sears Operations, LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business, LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR), Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay, LLC (1870); Wally Labs, LLC (None); SHC Promotions, LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding, Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington, LLC (8898); Kmart Stores of Illinois, LLC (8897); Kmart Stores of Texas, LLC (8915); MyGofer, LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com, LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

6453438_1

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9019 and sections 102(1) and 1109(b) of the Bankruptcy Code, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon:

> Stuart E. Bodker
> McDOWELL, RICE, SMITH & BUCHANAN, PC
> 605 W. 47th Street, Suite 350
> Kansas City, MO 64112
> (816) 753-5400 telephone
> (816) 753-9996 facsimile
> sbodker@mcdowellrice.com

PLEASE TAKE FURTHER NOTICE that the undersigned consents to e-mail service.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over North K I-29 or to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary

withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which North K I-29 may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: March 19, 2019
      Kansas City, MO

                        Respectfully submitted,

                        McDOWELL, RICE, SMITH & BUCHANAN, PC

                        */s/ Stuart E. Bodker*
                        Stuart E. Bodker
                        605 W. 47th Street, Suite 350
                        Kansas City, MO 64112
                        (816) 753-5400 telephone
                        (816) 753-9996 facsimile
                        sbodker@mcdowellrice.com

                        *Counsel to North K I-29 2004, LLC*

## **CERTIFICATE OF SERVICE**

     I, Stuart Bodker, hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Documents will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system on March 19, 2019.

                        */s/ Stuart E. Bodker*