**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────x

In re:

**SEARS HOLDING CORPORATION,** *et al.,*        Case No.: 18-23538 (RDD)

                                                Chapter 11

        **Debtors**                             (Jointly Administered)

───────────────────────────────x

### ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW

Upon the motion, served March 6, 2019 (the "Motion") of Harris A. Phillips for leave under Local Bankruptcy Rule 2090-1 to withdraw as counsel of record in these cases to Stephen Tuttle; and, after due and sufficient notice of the Motion and the opportunity for a hearing thereon, there being no objections to the requested relief; and it appearing that Mr. Tuttle has consented to counsel's withdrawal; and sufficient cause appearing, it is hereby

ORDERED, that the Motion is granted and, effective as of the date of this Order, Harris A. Phillips is no longer counsel of record in these cases for Stephen Tuttle; and it is further

ORDERED, that on or before March 26, 2019, Harris A. Phillips shall mail a copy of this Order to Stephen Tuttle.

Dated: White Plains, New York
       March 19, 2019

                                /s/Robert D. Drain
                                THE HONORABLE ROBERT D. DRAIN
                                UNITED STATES BANKRUPTCY JUDGE