UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                                      :

In re:                                                                      :

                                                                       :    Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,[1]   :    Case No. 18-23538 (RDD)

                                                                       :

                                                                       :    (Jointly Administered)

                       Debtors.                    :
------------------------------------------------------------x

**<u>WITHDRAWAL OF AMENDED NOTICE OF MOTION AND MOTION FOR RELIEF
FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, DEMAND FOR
PAYMENT OF POST-PETITION RENT</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

       1.       Z.A. Sneeden's Sons, having previously noticed a hearing (D.E. 2399) to consider the Motion for Relief from the Automatic Stay, or in the Alternative, Demand for Payment of Post-Petition Rent, of Z.A. Sneeden's Sons, Inc. (D.E. 2127), pursuant to Sections 362(d)(1) and 365(d)(3)of the United States Bankruptcy Code, Federal Rule of Bankruptcy Procedure 4001 and Local Rule 4001-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Southern District of New York, and for such other and further relief as the Court may deem just and proper, for March 21, 2019 before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on March 21, 2019 at 10:00 a.m., hereby gives notice of the withdrawal of such notice of hearing and the related motion (D.E. 2127, 2399).

2. The basis for the withdrawal of the notice of hearing and the related motion is that the failure to pay all sums due in post-petition rent, which formed the basis of the motion filed by Z.A. Sneeden's Sons, Inc., no longer exists, as all such sums as of the date of this notice of withdrawal have now been paid.

3. Z.A. Sneeden's Sons, Inc. reserves its right file a new motion if future post-petition rent is not paid or if otherwise authorized to do so under law related to any other breach by Debtor.

Dated: March 20, 2019

**WYRICK ROBBINS YATES & PONTON LLP**

/s/ Charles George
Charles George
N.C. Bar No. 21003
cgeorge@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: 919.781.4000
Facsimile: 919.781.4865

*Counsel for Z.A. Sneeden's Sons, Inc.*