UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>CERTIFICATE OF SERVICE |

   I, Richard V. Conza, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   On the 18th day of March, 2019, the Transform Holdco LLC's Response to Debtors' (1) Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and Reply in Further Support of its Motion to Assign Matter to Mediation; Declaration of Lewis J. Liman in Support of Transform Holdco LLC's Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and Reply in Further Support of its Motion to Assign Matter to Mediation with Exhibits; Declaration of Joseph Lanzkron in Support of Transform Holdco LLC's Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and Reply in Further Support of its Motion to Assign Matter to Mediation; the Declaration of Lewis J. Liman in Support of Transform Holdco LLC's Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and Reply in Further Support of its Motion to Assign Matter to Mediation with Exhibits; the Declaration of Andrew D. Hede in Support of Transform Holdco

LLC's Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and Reply in Further Support of its Motion to Assign Matter to Mediation were served by Federal Express and by email, as indicated, upon:

### BY FEDERAL EXPRESS

Attn: Stephen Sitley Esq., Luke J. Valentino, Esq.
c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq.,
Garrett A. Fail, Esq., and Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attn: Paul Schwartzberg, Esq.
Office of the United States Trustee for Region 2
201 Varick Street
Suite 1006
New York, New York 10014

Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq.,
George R. Howard, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036

Attn: Marshall S. Huebner, Esq., and
Eli J. Vonnegut, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017

Attn: Eric R. Wilson, Esq. and
Benjamin D. Feder, Esq.,
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Attn: Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018

Attn: James Gadsden, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Attn: Brian A. Raynor, Esq.
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq.,
and Sara Lynne Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**BY EMAIL**

jacqueline.marcus@weil.com
ray.schrock@weil.com
sunny.singh@weil.com
garrett.fail@weil.com
luke.valentino@searshc.com
stephen.sitley@searshc.com
paul.schwartzberg@usdoj.gov
richard.morrissey@usdoj.gov
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
eli.vonnegut@davispolk.com
marshall.huebner@davispolk.com
ewilson@kelleydrye.com
bfeder@kelleydrye.com

18-23538-shl    Doc 2927    Filed 03/21/19    Entered 03/21/19 11:03:40    Main Document
Pg 4 of 4

emfox@seyfarth.com
gadsden@clm.com
braynor@lockelord.com
idizengoff@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
pdublin@akingump.com

Dated: New York, New York
       March 21, 2019

_____
Richard V. Conza