UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: Sears, Roebuck and Co. | CHAPTER 11 |
| | Case No. 18-23537-RDD |
| | (18-23538 -RDD) |
| **Martha G. West** | Movant |
| v. | |
| **Sears, Roebuck and Co.** | Respondent |
| **DEBTOR** | |

-----------------------------------------------------------------X

NOTICE OF APPEARANCE and DEMAND FOR
SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that LINDA M. TIRELLI, ESQ., hereby appears in the above-entitled action as local counsel to the Movant, Martha G. West.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy/adversarial proceedings, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002 (a), (b), (e), (f), (h) and (l) be served upon

LINDA M. TIRELLI, ESQ.
Tirelli Law Group, LLC
Attorney for Movant
50 Main Street, Suite 1265
White Plains, NY 10606
Phone: (914)732-3222
ltirelli@tw-lawgroup.com

DATED: March 21, 2019            By:   /S/ LINDA M. TIRELLI
                                       Linda M. Tirelli, Esq.
                                       Tirelli Law Group, LLC
                                       Attorney for Movant
                                       50 Main Street, Suite 1265
                                       White Plains, NY 10606
                                       Phone: (914)732-3222
                                       ltirelli@tw-lawgroup.com