UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 20th day of March, 2019, the Motion of Transform Holdco LLC for Leave to File Under Seal Portions of the Declaration of Terrence E. Rolecek and Accompanying Exhibits and the redacted version of the Declaration of Terrence E. Rolecek in Support of Transform Holdco LLC's Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and Reply in Further Support of its Motion to Assign Matter to Mediation with Exhibits were served by email and by Federal Express, as indicated, upon:

**BY EMAIL**

jacqueline.marcus@weil.com
ray.schrock@weil.com
sunny.singh@weil.com
garrett.fail@weil.com
luke.valentino@searshc.com
stephen.sitley@searshc.com
paul.schwartzberg@usdoj.gov
richard.morrissey@usdoj.gov
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
eli.vonnegut@davispolk.com
marshall.huebner@davispolk.com

        ewilson@kelleydrye.com
        bfeder@kelleydrye.com
        gadsden@clm.com
        braynor@lockelord.com
        idizengoff@akingump.com
        aqureshi@akingump.com
        sbrauner@akingump.com
        pdublin@akingump.com
        emfox@seyfarth.com

**BY FEDERAL EXPRESS**

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006,
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

    2. On the 20th day of March, 2019, the unredacted version of the Declaration of Terrence E. Rolecek in Support of Transform Holdco LLC's Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and Reply in Further Support of its Motion to Assign matter Mediation with Exhibits was served by email upon:

        ray.schrock@weil.com
        garrett.fail@weil.com
        jacqueline.marcus@weil.com
        sunny.singh@weil.com
        JeriLeigh.Miller@weil.com
        jessica.liou@weil.com
        Paloma.VanGroll@weil.com
        Jared.Friedmann@weil.com
        Jessie.Mishkin@weil.com
        richard.morrissey@usdoj.gov
        paul.schwartzberg@usdoj.gov

Dated:  New York, New York
        March 21, 2019

                            /s/Brendan Cyr
                            Brendan Cyr