**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
In re                                                      )    **Chapter 11**
                                                           )
SEARS HOLDINGS CORPORATION, *et al.*   )    **Case No. 18-23538 (RDD)**
                                                           )
                                           Debtors.    )    **(Jointly Administered)**
----------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Mark A. Amendola to be admitted, *pro hac vice*, to represent Caito Foods, LLC, in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Ohio, the Commonwealth of Pennsylvania, and the United States District Court for the Northern District of Ohio, it is hereby

**ORDERED,** that Mark A. Amendola, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Caito Foods, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      March 21, 2019               */s/Robert D. Drain*_____
                                           ROBERT D. DRAIN
                                           UNITED STATES BANKRUPTCY JUDGE