AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
Sara L. Brauner

*Counsel to The Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears  Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

SOPHIA LEVY

    1.    I am employed in the County of New York, State of New York. I am over the age

of 18 and not a party to the within action; my business address is: One Bryant Park, New York,

NY 10036. I certify that on March 11, 2019, I caused a true and correct copy of the:

    a.  *Fourth Monthly Fee Statement of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 1, 2019 Through February 28, 2019* [Docket No. 2937]

to be served on the parties listed on the annexed **Exhibit A** via email.


New York, New York

Dated: March 22, 2019

                                 Sophia Levy

**EXHIBIT A**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Sears Holdings Corporation | Attn: Rob Riecker | Rob.Riecker@searshc.com<br>Luke.Valentino@searshc.com |
| Weil, Gotshal, & Manges LLP | Attn: Ray C. Schrock<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh | Ray.schrock@weil.com<br>Jacqueline.marcus@weil.com<br>Garrett.fail@weil.com<br>Sunny.singh@weil.com |
| United States Trustee | Attn: Paul Schwartzberg | Paul.schwartzberg@usdoj.gov<br>Richard.morrissey@usdoj.gov |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul D. Leake | Paul.leake@skadden.com<br>shana.elberg@skadden.com<br>George.howard@skadden.com |