## Exhibit A

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York,
300 Quarropas Street, Room 248
White Plains, New York 10601;

**Debtor(s)**
c/o Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq
3333 Beverly Road
Hoffman Estates IL 60179 and.);

**Proposed Attorneys for the Debtors**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153

**United States Trustee**
Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014
Paul Schwartzberg, Esq.

**Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
4 Times Square,
New York, NY 10036

**Attorneys for Citibank, N.A., as administrative**
**agent under the Stand-Alone L/C Facility**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

**Attorneys for JPP, LLC, as agent under the**
**Second Lien Credit Facility, IP/Ground Lease**
**Term Loan Facility, and the Consolidated Secured Loan Facility**
Cleary, Gottlieb,
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY, 10006

**Attorneys for Computershare Trust Company, N.A.,**
**as trustee for the Second Lien PIK Notes, the Holdings**
**Unsecured PIK Notes, and the Holdings Unsecured Notes**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu
101 Park Avenue
New York, NY 10178

**Attorneys for Wilmington Trust, National**
**Association, as indenture trustee for the Second Lien Notes**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

**Attorneys for The Bank of New York Mellon**
**Trust Company, as successor trustee for**
**the SRAC Unsecured PIK Notes,**
**SRAC Unsecured Notes,**
**and the SRAC Medium Term Notes**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

**Attorneys for the Pension Benefit Guaranty Corporation**
Locke Lord LLP
Attn: Brian A. Raynor, Esq
111 South Wacker Drive
Chicago, IL 60606

**Attorneys for the Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY

Jeeil Choi, Esquire
Litchfield Cavo LLP
420 Lexington Avenue
New York, NY 10170