**EXHIBIT B**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AG and Assistant AG for the State of Michigan, Dept. of Treasury | Attn: Dana Nessel, Juandisha M. Harris | harrisj12@michigan.gov |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com<br>lschildkraut@archerlaw.com |
| Arent Fox LLP | Attn: Andrew I. Silfen, Beth Brownstein | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com<br>jchristian@askllp.com |
| AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Backenroth Frankel & Krinsky, LLP | Attn: Mark Frankel, Esq. | mfrankel@bfklaw.com |
| Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com<br>kutnera@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com<br>klove@bellnunnally.com |

| | | |
|---|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | Ernie.park@bewleylaw.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com julie@bindermalter.com |
| Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Briggs and Morgan, P.A. | Attn: James M. Jorissen | jjorissen@briggs.com |
| Brookfield Property REIT Inc. | Attn: Kristen N. Pate | |
| Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| BST International Fashion Ltd. | Attn: A.R. Shrinivasan | |
| Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |
| Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com tyler.dischinger@bipc.com |
| Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com Anthony.Deleo@cwt.com |
| Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com rstieglitz@cahill.com |
| Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Carmody Torrance Sandak & Hennessy LLP | Attn: Marc J. Kurzman | MKurzman@carmodylaw.com |
| Carmody Torrance Sandak & Hennessy LLP | Attn: Thomas J. Sansone | tsansone@carmodylaw.com |
| Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |
| Chambers of Honorable Robert D. Drain | Sears Chambers Copy | |

| | | |
|---|---|---|
| Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com<br>wilamowsky@chapman.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com<br>szuber@csglaw.com |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com<br>jmarshall@choate.com |
| Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com |
| Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com<br>gsaydah@ckrlaw.com |
| Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Clark Hill PLC | Attn: Steven M. Richman, Nola R. Bencze | srichman@clarkhill.com<br>nbencze@clarkhill.com |
| Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Lewis J. Liman, Abena A. Mainoo, Luke A. Barefoot | liman@cgsh.com<br>amainoo@cgsh.com<br>lbarefoot@cgsh.com |
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean A. O'Neal | soneal@cgsh.com |
| Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | soneal@cgsh.comaweaver@cgsh.comrmukhi@cgsh.comjkpark@cgsh.com |
| Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com<br>hward@cohenlaw.com |
| Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com |
| Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com<br>scarnes@cooley.com |
| Coto & Associates | Attn: Ramon Coto Ojeda | rco@crlawpr.com |
| Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com<br>aclark@cov.com |
| Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Daniel M. Silvershein, Attorney at Law | Attn: Daniel M. Silvershein | daniel@dmsilverlaw.com |

| | | |
|---|---|---|
| Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Dean & Fulkerson | Attn: Kevin N. Summers, Esq. | Ksummers@dflaw.com |
| Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com<br>eweisgerber@debevoise.com |
| Delbello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com<br>WMSimkulak@duanemorris.com |
| Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com |
| Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com<br>sak@elliottgreenleaf.com<br>ems@elliottgreenleaf.com |
| Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Foley & Lardner LLP | Attn: Derek L. Wright & Katherine R. Catanese | dlwright@foley.com<br>kcatanese@foley.com |
| Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com<br>mherz@foxrothschild.com |
| Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| Frenkel, Lambert, Weiss, Weisman & Gordon, LLP | Attn: Michelle C. Marans, Esq. | |

| | | |
|---|---|---|
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com |
| Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com |
| Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Godlstein & McClintock LLLP | Attn: Thomas R. Fawkes | tomf@goldmclaw.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com<br>mweinstein@golenbock.com |
| Goodwin Procter LLP | Attn: Barry Z. Bazian, Michael H. Goldstein, | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com<br>mgoldstein@goodwinlaw.com |
| Gould & Ratner LLP | Attn: Matthew A. Olins, Esq., Ellen M. Chapelle, Esq. & Vanessa R. Tiradentes, Esq. | searsnotice@gouldratner.com |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net<br>lgu@halperinlaw.net |
| Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com<br>howard.upchurch@hanes.com |
| Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com |
| Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Hinckley, Allen & Snyder LLP | Attn: Christopher V. Fenlon, Esq. | cfenlon@hinckleyallen.com |

| | | |
|---|---|---|
| Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com Marc.Antonecchia@hklaw.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com elvin.ramos@hklaw.com |
| Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com jjalemany@hklaw.com |
| Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |
| Hughes Hubbard & Reed LLP | Attn: Christopher Gartman | chris.gartman@hugheshubbard.com |
| Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com mlegge@huntonak.com |
| Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| Imperial County Treasurer-Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq. | hgj@jasneflorio.com dlk@jasneflorio.com |
| John C. Adams and Kennylugenia Adams | Attn: John C. Adams, Kennylugenia Adams | brownsvalleyorchards@aol.com |
| Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| K&L Gates LLP | Attn: Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |
| Keller Rohrback L.L.P. | Attn: Tanya Korkhov | tkorkhov@kellerrohrback.com |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com |
| Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com lkiss@klestadt.com |
| Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Lane Powell PC | Attn.: Will J. Brunnquell, Esq. | brunnquellw@lanepowell.com |
| Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com ted.dillman@lw.com |

| Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
|---|---|---|
| Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>office@fennelllaw.com |
| Law Offices of Charles A. Gruen | 381 Broadway | cgruen@gruenlaw.com |
| Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com |
| LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com<br>andrew.cole@leclairryan.com |
| LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com<br>alex.chase@leclairryan.com |
| Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | jjorissen@losgs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith | braynor@lockelord.com<br>asmith@lockelord.com |
| Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com<br>bnathan@lowenstein.com |
| Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller | dmiller@lubinolson.com |
| Martyn and Associates | Attn: Mark A. Amendola | mamendola@martynlawfirm.com |
| Mayerson & Hartheimer PLLC | Attn: David H. Hartheimer | david@mhlaw-ny.com |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com |

| | | |
|---|---|---|
| McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com raguilar@mcglinchey.com rcerone@mcglinchey.com |
| McKool Smith, P.C. | Attn: H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| Meegan, Hanschu & Kassenbrock | Attn: David Meegan | dmeegan@mhksacto.com |
| Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | ALeblanc@milbank.com |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Montee & Associates | Attn: Kevin P. Montee, Esq. | |
| Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com jbarsalona@mnat.com |
| Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com bbutterfield@mofo.com |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com thomas.walper@mto.com |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| Murphy Rosen LLP | Attn: Paul D. Murphy & Daniel N. Csillag | pmurphy@murphyrosen.com dcsillag@murphyrosen.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |

| | | |
|---|---|---|
| Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com |
| Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Ohio Department of Taxation | Attn: Office of the Ohio Attorney General | victoria.garry@ohioattorneygeneral.gov |
| OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| O'Melveny & Myers LLP | Attn: Darren L. Patrick | dpatrick@omm.com |
| O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| O'Melveny & Myers LLP | Attn: Matthew P. Kremer | mkremer@omm.com |
| Orshan, P.A. | Attn: Paul L. Orshan, Esq. | paul@orshanpa.com |
| Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.comkcornish@paulweiss.comlclayton@paulweiss.comsbuergel@paulweiss.comrbritton@paulweiss.comjhurwitz@paulweiss.com |
| Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |

| | | |
|---|---|---|
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Pryor & Mandelup, L.L.P. | Attn: J. Logan Rappaport, Esq. | lr@pryormandelup.com |
| Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Pryor Cashman LLP | Attn: Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com |
| Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com<br>etikkanen@reisspreuss.com |
| Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com<br>nsmith@robbins-schwartz.com |
| Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq., Robert M. Sasloff | fbr@robinsonbrog.com<br>rms@robinsonbrog.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |
| Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com |
| Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |
| Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |
| Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq. | LFacopoulos@schiffhardin.com |

| | | |
|---|---|---|
| Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker | |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com<br>alves@sewkis.com |
| Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law<br>mkish@sbwh.law<br>jshafer@sbwh.law<br>floridaservice@sbwh.law |
| Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com<br>sara.coelho@shearman.com |
| Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com<br>pmryan@sorlinglaw.com |
| SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com<br>jcanfield@stroock.com<br>sbhattacharyya@stroock.com |
| Stull, Stull & Brody | Attn: Michael J. Klein | mklein@ssbny.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |

| SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com ckwu@sulmeyerlaw.com |
|---|---|---|
| Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | |
| The Law Office of Thomas A. Farinella, P.C. | Thomas A. Farinella, Esq. | tf@lawtaf.com |
| The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov |
| The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Tobias Law Firm, P.C. | Attn: David G. Tobias | dtobias@tobiaslawpc.com |
| Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |

| | | |
|---|---|---|
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny SinghJared R. Friedmann, Jessie B. Mishkin, Esq. | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |
| Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Whiteford, Taylor & Preston LLC | Attn.: Kenneth M. Lewis, Esq. | klewis@wtplaw.com |
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com<br>gbrunswick@willkie.com |
| Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | |
| Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. | |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | david.tillem@wilsonelser.com |
| Witte Law Offices, PLLC | Attn: Norman C. Witte | ncwitte@wittelaw.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |