**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
Sara L. Brauner

*Counsel to The Official Committee of Unsecured*
*Creditors of Sears Holdings Corporation, et al.,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## CERTIFICATE OF SERVICE

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears  Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

SOPHIA LEVY

1.     I am employed in the County of New York, State of New York.  I am over the age

of 18 and not a party to the within action; my business address is: One Bryant Park, New York,

NY 10036. I certify that on March 11, 2019, I caused a true and correct copy of the:

a.  *Third Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional
    Services Rendered and Disbursements Incurred as Counsel to the Official Committee of
    Unsecured Creditors for the Period of December 1, 2018 through December 31, 2018*
    [Docket No. 2958]

to be served on the parties listed on the annexed **Exhibit A** via email.


New York, New York

Dated:  March 26, 2019

_Sophia Levy_ _____
Sophia Levy

2

## EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Sears Holdings Corporation | Attn: Rob Riecker | Rob.Riecker@searshc.com<br>Luke.Valentino@searshc.com |
| Weil, Gotshal, & Manges LLP | Attn: Ray C. Schrock<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh | Ray.schrock@weil.com<br>Jacqueline.marcus@weil.com<br>Garrett.fail@weil.com<br>Sunny.singh@weil.com |
| United States Trustee | Attn: Paul Schwartzberg | Paul.schwartzberg@usdoj.gov<br>Richard.morrissey@usdoj.gov |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul D. Leake | Paul.leake@skadden.com<br>shana.elberg@skadden.com<br>George.howard@skadden.com |