# Exhibit B

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

CIVIL DIVISION

| | |
|---|---|
| STEVEN R. WOLF, AS ADMINISTRATOR OF THE ESTATE OF BREANNA N. AFRICA, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER LEASING, LLC, IDEALEASE SERVICES, INC., IDEALEASE, INC., LIBERTY TRANSPORTATION, INC., LANDMARK LEASING, INC., LIBERTY DISTRIBUTION, INC., COLONIAL PARK LOGISTICS, INC. D/B/A LIBERTY TRANSPORTATION, INC., DAVID ELSBURY, HDH GROUP, INC., INNOVEL SOLUTIONS, INC., SEARS LOGISTICS SERVICES, INC., and SEARS OUTLET STORES, LLC,<br><br>Defendants. | No. 2017-1725<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**FILED**
SEP 06 2018
J.S. RANKO
PROTHONOTARY

## ORDER

AND NOW, this 6th day of _____, 2018, upon consideration of the Motion of Plaintiff, the Africa Estate, the same is **GRANTED**.

Specifically:

1. Sears Logistics Services, Inc., is Dismissed, with prejudice;

2. Sears Outlet Stores, LLC, is Dismissed, without prejudice;

3. Sears, Roebuck and Co. is Substituted, in place of Sears Outlet Stores, LLC, to correctly identify the defendant; and

4. the caption in this matter is Amended, nunc pro tunc, to read as follows:

>STEVEN R. WOLF, AS ADMINISTRATOR
>OF THE ESTATE OF BREANNA N. AFRICA,
>DECEASED,
>
>    Plaintiffs,
>
>v.
>
>HUNTER LEASING, LLC, IDEALEASE
>SERVICES, INC., IDEALEASE, INC.,
>LIBERTY TRANSPORTATION, INC.,
>LANDMARK LEASING, INC., LIBERTY
>DISTRIBUTION, INC., COLONIAL PARK
>LOGISTICS, INC. D/B/A LIBERTY
>TRANSPORTATION, INC., DAVID
>ELSBURY, HDH GROUP, INC.,
>INNOVEL SOLUTIONS, INC., SEARS
>ROEBUCK AND CO.,
>
>    Defendants.

**BY THE COURT:**

*/s/ Katherine B. Emery*