# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-23538 (RDD)<br><br>Jointly Administered |

**ORDER GRANTING MOTION OF CERTAIN PERSONAL**
**INJURY AND DEATH CLAIMANTS FOR RELIEF FROM THE**
**AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE**

Upon the motion, dated March 26, 2019 (ECF No. [ ]) (the "Motion")[1] of Steven R. Wolf, as Administrator of the Estate of Breanna N. Africa, deceased, and Carmine Molinaro, Jr. and Colette Molinaro, as Parents and Natural Guardians of McKenzie Molinaro, a minor ("Movants") for an Order for Relief from the Automatic Stay pursuant to Section 362(d) of the Bankruptcy Code, the pleadings, any opposition thereto, and good cause to modify the stay having been found

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. Movants are granted relief from the automatic stay to continue prosecuting the State Court Actions (including any appeal(s) thereto) and otherwise resolve and liquidate Movants' unliquidated claims.

3. Movants shall be entitled to liquidate and satisfy any judgment, verdict, settlement, or other resolution Movants (or any one of them) may obtain from any applicable insurance coverage.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

      4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: _____, 2019
       White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2