Objection Deadline: April 11, 2019, 4:00 p.m. EST
Hearing Date: April 18, 2019, 10:00 a.m. EST

**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, NY 10019
Telephone: (212) 259-7300
Edward L. Schnitzer, Esq.

-and-

**TERSHEL & ASSOCIATES**
55 South Main Street
Washington, PA 15301
Telephone: (724) 228-4700
Jarrod T. Takah, Esq.

**LAW OFFICE OF CLARK A. MITCHELL**
17 S. College Street
Washington, PA 15301
Telephone: (724) 229-9500
Clark A. Mitchell, Esq.

Counsel for Movants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No.: 18-23538 (RDD)<br>Jointly Administered |
| Debtors. | |

## NOTICE OF HEARING ON THE MOTION
## FOR RELIEF FROM AUTOMATIC STAY BY STEVEN R. WOLF, ESQ.,
## AS ADMINISTRATOR OF THE ESTATE OF BREANNA N. AFRICA, DECEASED,
## AND CARMINE MOLINARO, JR. AND COLETTE MOLINARO, AS PARENTS AND
## <u>NATURAL GUARDIANS OF MCKENZIE MOLINARO, A MINOR</u>

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion"), dated March 26, 2019, of Steven R. Wolf, as Administrator of the Estate of Breanna N. Africa, deceased, and Carmine Molinaro, Jr. and Colette Molinaro, as Parents and Natural Guardians of McKenzie Molinaro, a minor (collectively, "<u>Movants</u>"), by their counsel Tershel & Associates, Law Office of Clark A. Mitchell, and CKR Law LLP, for an order granting relief from the automatic stay

pursuant to section 362(d) of the Bankruptcy Code, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on April 18, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, on a compact disc, in text-searchable portable document format (PDF) (with two hard copies delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, NY 10601-4140), and served in accordance with General Order M-399 or other form upon: (i) Edward L. Schnitzer, Esq., CKR Law LLP, 1330 Avenue of the Americas, 14th Floor, New York, New York 10019, (ii) Jarrod T. Takah, Esq , Tershel & Associates, 55 South Main Street, Washington, Pennsylvania 15301, (iii) Clark A. Mitchell, Esq., Law Office Of Clark A. Mitchell, 17 S. College Street, Washington, Pennsylvania 15301, and (iv) Office of The United States Trustee, Attn: Paul Schwartzberg, Richard Morrissey, 201 Varick St. Ste. 1006, New York, NY 10014, so as to be actually received no later than April 11, 2019.

Dated: March 26, 2019
      New York, New York

                                         **CKR LAW LLP**

                                        By: */s/ Edward L. Schnitzer*
                                            Edward L. Schnitzer
                                            A Member of the Firm
                                   1330 Avenue of the Americas, 14th Floor
                                   New York, NY 10019
                                   Telephone: (212) 259-7300

Facsimile: (212) 259-8200
Email: eschnitzer@ckrlaw.com

-and-

**TERSHEL & ASSOCIATES**
55 South Main Street
Washington, PA 15301
Telephone: (724) 228-4700
Email: jtakah@tershelandassociates.com

-and-

LAW OFFICE OF CLARK A. MITCHELL
17 S. College Street
Washington, PA 15301
Telephone: (724) 229-9500
Email: clark@clarkamitchell.com

*Counsel for the Movants*