**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
Alan M. Kindred, Esq. (NY ID # 2086189)
Patrick W. Carothers, Esq.
Gregory W. Hauswirth, Esq.
545 Fifth Avenue
New York, NY  10017
Telephone: 412.606.3182
Facsimile:  412.227.5551
akindred@leechtishman.com
pcarothers@leechtishman.com
ghauswirth@leechtishman.com

*Attorneys for Libby Dial Enterprises, LLC*

*Hearing Date:*
*April 18, 2019 at 10:00 a.m.*

*Response Deadline:*
*April 11, 2019 at 4:00 p.m.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors:** | : | **(Jointly Administered)** |

------------------------------------------------x

## ORDER CONFIRMING INAPPLICABILITY OF AUTOMATIC STAY

Libby Dial Enterprises, LLC ("Movant") having moved this Court pursuant to its Motion for an Order (I) Confirming Inapplicability of the Automatic Stay; or (II) To the Extent Necessary, an Order Granting Relief from the Automatic Stay (the "Motion")[1], to exercise an option and issue a timely notice pursuant to the terms of an unexpired lease of non-residential real property with Kmart Corporation ("Kmart"), and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and after a hearing being held; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The automatic stay of 11 U.S.C. § 362(a) is not applicable to Movant's actions in exercising its option pursuant to the terms of Article 4 of the Lease, an unexpired lease of non-residential real property with Kmart.

3. The Court shall retain jurisdiction to interpret and enforce this Order.

Dated: _____, 2019

                                                         JUDGE ROBERT D. DRAIN
                                                         United States Bankruptcy Judge