**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
Alan M. Kindred, Esq. (NY ID # 2086189)
Patrick W. Carothers, Esq.
Gregory W. Hauswirth, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
Telephone: 412.606.3182
Facsimile: 412.227.5551
akindred@leechtishman.com
pcarothers@leechtishman.com
ghauswirth@leechtishman.com

*Attorneys for Libby Dial Enterprises, LLC*

*Hearing Date:*
*April 18, 2019 at 10:00 a.m.*

*Response Deadline:*
*April 11, 2019 at 4:00 p.m.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------x
In re                                             :    **Chapter 11**
                                                  :
**SEARS HOLDINGS CORPORATION,**                   :    Case No. 18-23538 (RDD)
**et al.,**                                       :
                                                  :
     **Debtors:**                                 :    **(Jointly Administered)**
--------------------------------------------------x

**NOTICE OF HEARING**
**ON MOTION OF LIBBY DIAL ENTERPRISES, LLC FOR AN ORDER: (i)**
**CONFIRMING INAPPLICABILITY OF THE AUTOMATIC STAY; OR (ii)**
**TO THE EXTENT NECESSARY, AN ORDER GRANTING *NUNC PRO***
***TUNC* RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that a hearing on the Motion Of Libby Dial Enterprises, LLC For An Order: (i) Confirming The Inapplicability Of The Automatic Stay; Or (ii) To The Extent Necessary, An Order Granting *Nunc Pro Tunc* Relief From The Automatic Stay (the "Motion"), will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601 (the "Bankruptcy Court") on April 18, 2019 at 10:00 a.m. (Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), so as to be filed and received no later than April 11, 2019 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Movant may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: March 27, 2019                LEECH TISHMAN FUSCALDO & LAMPL, LLC

/s/ Alan M. Kindred
Alan M. Kindred, Esq. (NY ID # 2086189)
Patrick W. Carothers, Esq.
Gregory W. Hauswirth, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
Telephone:  412.606.3182
Facsimile:  412.227.5551

*Attorneys for Libby Dial Enterprises, LLC*