**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
Alan M. Kindred, Esq. (NY ID # 2086189)
Patrick W. Carothers, Esq.
Gregory W. Hauswirth, Esq.
545 Fifth Avenue
New York, NY  10017
Telephone:  412.606.3182
Facsimile:  412.227.5551
akindred@leechtishman.com
pcarothers@leechtishman.com
ghauswirth@leechtishman.com

*Attorneys for Libby Dial Enterprises, LLC*

*Hearing Date:*
*April 18, 2019 at 10:00 a.m.*

*Response Deadline:*
*April 11, 2019 at 4:00 p.m.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, et al., | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors: | : | (Jointly Administered) |

-------------------------------------------------------x

**CERTIFICATE OF SERVICE FOR MOTION OF LIBBY DIAL ENTERPRISES, LLC FOR AN ORDER: (i) CONFIRMING INAPPLICABILITY OF THE AUTOMATIC STAY; OR (ii) TO THE EXTENT NECESSARY, AN ORDER GRANTING *NUNC PRO TUNC* RELIEF FROM THE AUTOMATIC STAY**

I HEREBY CERTIFY that on this 27th day of March, 2019, a copy of the foregoing *Motion of Libby Dial Enterprises, LLC for an Order: (i) Confirming Inapplicability Of The Automatic Stay; Or (ii) To The Extent Necessary, An Order Granting Nunc Pro Tunc Relief From The Automatic Stay* and the *Notice of Hearing* on the same was served on all parties receiving CM/ECF notices in this case, on the foregoing Standard Parties by first class mail, postage prepaid, and by email on the Rule 2002 Parties identified in the Master Service List maintained by the Debtors' Claims and Noticing Agent.

Standard Parties

Sears Holding Corporation
Attn: Luke Valentino and Stephen Sitley, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

-2-

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Jacqueline Marcus, Garrett A. Fail, Sunny Singh
767 Fifth Avenue
New York, NY 10153

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul Leake, Shana Elberg, George Howard
4 Times Square
New York, NY 10036

Official Committee of Unsecured Creditors
C/O Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Ira S. Dizengoff, Sara L. Brauner
1 Bryant Park
New York, NY 10036

Cleary Gottlieb Steen & Hamilton LLP
Attn: Sean A. O'Neal
1 Liberty Plaza
New York, NY 10006

Davis Pol & Wardell LLP
Attn: Marshall S. Huebner, Eli J. Vonnegut
450 Lexington Avenue
New York, NY 10017

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Benjamin D. Feder, T. Charlie Liu
101 Park Avenue
New York, NY 10178

Seyfarth Shaw LLP
Attn: Edward M. Fox
620 Eighth Avenue
New York, NY 10018

Carter Ledyard & Milburn LLP
Attn: James Gadsden
2 Wall street
New York, NY 10015

Locke Lord LLP
Attn: Brian A. Raynor
111 South Wacker Drive
Chicago, IL 60606

Office of the United States Trustee for Region 2
Attn: Paul Schartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

/s/ *Alan M. Kindred*
Alan M. Kindred