Objection Deadline: April 6, 2019 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                    :
                                                             :    **Case No. 18-23538 (RDD)**
                                                             :
           Debtors.[1]                                       :    **(Jointly Administered)**
------------------------------------------------------------ x

# NOTICE OF REJECTION OF CERTAIN
# UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
# AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that, on October 15, 2018 (the "**Commencement Date**"), Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

PLEASE TAKE FURTHER NOTICE that, on November 16, 2018, the Bankruptcy Court entered an order granting certain expedited procedures for the rejection of the Debtors' unexpired real property leases and the abandonment of the Debtors' property located at such leased premises (ECF No. 800) (the "**Rejection Procedures Order**").  An electronic copy of the Rejection Procedures Order can found at https://restructuring.primeclerk.com/sears.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Rejection Procedures Order, the Debtors hereby give notice of their intent to reject the lease(s) set forth on **Annex A** attached hereto (each, a "**Lease**," and together, the "**Leases**"), effective as of (unless otherwise ordered by the Court) the later of (i) service and filing of the Rejection Notice and (ii) the date the Debtors have surrendered the leased premises via the delivery of the keys, key codes, and alarm codes to the premises, as applicable, to the Landlord, or, if not delivering such keys or codes, providing notice that the landlord may re-let the premises, as such estimated dates are set forth on **Annex A** (the "**Rejection Date**").

PLEASE TAKE FURTHER NOTICE that any personal property including inventory, furniture, fixtures, equipment or other materials remaining at the premises subject to the Leases as of the Rejection Date shall be deemed abandoned by the Debtors to the applicable Landlord.

PLEASE TAKE FURTHER NOTICE that with respect to any personal property that is leased to the Debtors by a third party or owned by a third party, such third party shall contact the Debtors and remove or cause to be removed such personal property from the leased premises prior to the Rejection Date.  If any such personal property remains on the leased premises after the Rejection Date, the Landlord may dispose of any and all such property as set forth above and without notice or liability to the Debtors or any third party.

PLEASE TAKE FURTHER NOTICE that, any party wishing to object to the Debtors' proposed rejection of a Lease or abandonment of personal property remaining on the leased premises, must file with the Bankruptcy Court and serve a written objection setting forth the legal and factual bases for such objection (an "**Objection**") so that it is actually filed with the Bankruptcy Court and served on the following parties no later than ten (10) calendar days after the date of filing and service of this Rejection Notice (the "**Rejection Objection Deadline**"): (i) the Debtors c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179; (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the applicable counterparty to the Lease that is the subject of the Objection; (iv) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Paul Schwartzberg, Esq. and Richard Morrissey, Esq.); and (v) counsel for any statutory committee appointed in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Rejection Objection Deadline a proposed order approving the rejection of the Leases (each such order, a "**Rejection Order**"), substantially in the form attached hereto as **Annex B**, and the Bankruptcy Court may enter such order without a hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each Lease shall become effective as of the Rejection Date. The deadline to file a proof of claim to assert any damage claim arising from the rejection of a Lease shall be the later of (i) the deadline to file general unsecured proofs of claim fixed by the Court; and (ii) thirty (30) days after the entry of the Rejection Order.

PLEASE TAKE FURTHER NOTICE that, if an Objection is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider the Objection. If the Objection is overruled or withdrawn, the effective date of rejection shall be the (i) Rejection Date; (ii) such other date to which the Debtors and the counterparty to the Unresolved Objection have agreed; or (iii) such other date as determined by the Court. If an Objection is filed for fewer than all of the Leases included on the Rejection Notice, the Debtors may proceed with submitting a proposed Rejection Order in accordance with the above procedures for the remaining Leases on the Rejection Notice.

PLEASE TAKE FURTHER NOTICE that a copy of all pleadings filed in these chapter 11 cases, including the motion (ECF No. 24) that sought the relief granted in the Rejection Procedures Order, is available for free at https://restructuring.primeclerk.com/sears or for a fee via PACER at https://ecf.nysb.uscourts.gov.

Dated: March 27, 2019
    New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

Attorneys for Debtors
and Debtors in Possession

## Annex A

**Rejected Leases**

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 1221 | Northwood Investors dba NW Springs LLC 575 Fifth Avenue, 23rd Floor New York, NY 10170 | Lands' End Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1650 Briargate Blvd Chapel Hills, CO 80920 | 3/27/2019 | IT, Compactor, Stockroom bins and shelving, department fixtures, carts, fitting rooms, cash wraps, AP equipment, office furniture |
| 4893 | Great Eastern Corporation d/b/a North River Village GEC, LLC c/o Casto Southeast Realty Services LLC 5391 Lakewood Ranch Blvd. Suite 100 Sarasota, FL 34240 | N/A | Kmart Corporation | 6126 Highway 301 Ellenton, FL 34222 | 3/27/2019 | Vendor fixtures, IT equipment, shelving, counters, fixtures, material handling equipment, carts, office furniture |
| 1745 | WPG Westshore LLC c/o Washington Prime Group, Inc. Attn: General Counsel 180 East Broad Street - 21st floor Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | 347 Westshore Plz Tampa/Westshore, FL 33609 | 3/27/2019 | Fixture Purchase of 2 4'Jewelry Cases, 1 2x2 corner case, 1 entrance jewelry case and one spinner section between the cases<br>626 Built-in Cooking Display Wall Fixture<br>Strength Training Weight Display Rack<br>5 Shelf etagere |
| 2422 | Southern Hills Mall, LLC c/o Washington Prime Group Inc. Chase Tower, 111 Monument Circle Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 4480 Sergeant Rd Sioux City, IA 51106 | 3/27/2019 | Office furniture, broken trash compactor, AP equipment, office/jewelry safes, cash wraps, Appliances fixtures, apparel tables [universal tables, 3-tier tables], footwear shelving |
| 2990 | Cherryvale Mall LLC C/O CBL & Associates Management, Inc. Attn: President CBL Center, Suite 500 2030 Hamilton Place Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 7200 Harrison Ave Rockford-Cherryvale, IL 61112 | 3/27/2019 | N/A |
| 9030 | Peru K-M Company, LLC c/o William Felton Associates, Inc. 166 Kings Hwy North Westport, CT 06880 | N/A | Kmart Corporation | 11 Sherwood Square Peru, IN 46970 | 3/27/2019 | Trade fixtures,it equipment,shelving,office furniture,fixtures/counters |
| 1226 | Richards Canal Street Property LLC 4436 Veterans Memorial Blvd. Suite 1000 Metairie, LA 70006 | N/A | Sears, Roebuck and Co. | 4400 Veterans Mem Blvd Metairie, LA 70006 | 3/27/2019 | N/A |
| 9520 | Delmar Plaza Holdings, LLC 225 Springhill Memorial Place Mobile, AL 36608 | N/A | Kmart Corporation | 12057-A Highway 49 Gulfport, MS 39503 | 3/27/2019 | Safe, customer service desk,check out stands, all carmera and domes,several of filters for a/c, fitting room,conveyor belt |
| 1045 | Northwood Investors dba NW Northgate II LLC 575 Fifth Avenue, 23rd Floor New York, NY 10170 | N/A | Sears, Roebuck and Co. | 1620 Guess Rd Durham-Northgate, NC 27701 | 3/27/2019 | N/A |
| 9319 | Frontier Management LLC 1721 Broadway P.O. Box 2396 Scottsbluff, NE 69363 | N/A | Kmart Corporation | 1515 W 3Rd Alliance, NE 69301 | 3/27/2019 | N/A |
| 9096 | Midstate Properties Company, Ltd. c/o Paran Management Company, Ltd 2720 Van Aken Blvd. Suite 200 Cleveland, OH 44120-2227 | N/A | Kmart Corporation | 620 Plaza Dr Fostoria, OH 44830 | 3/27/2019 | Old style gondolas, 5 register stands with registers, service desk with register, hazmat items neatly in the hazmat area, and one gaylord pallet of scrap electrical items |
| 1210 | Polaris Fashion Place II, LLC c/o Washington Prime Group, Inc. Chase Tower, 111 Monument Circle Indianapolis, IN 46204 | Lands' End Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1400 Polaris Pkwy Polaris, OH 43240 | 3/27/2019 | Store fixtures<br>Material handling equipment<br>Office Furniture<br>Wood and Plastic Pallets<br>Public Address Tower<br>Empty Loss prevention tower formerly CCTV Unit. CCTV system that is mounted in the ceiling etc.<br>Ladder<br>Light bulbs and ballasts |
| 2494 | Namco Realty LLC & Logan Valley Realty LLC c/o Namdar Realty Group, LLC 150 Great Neck Road Suite 304 Great Neck, NY 11021 | N/A | Sears, Roebuck and Co. | 5580 Goods Lane Suite 1005 Altoona, PA 16602 | 3/27/2019 | Compactor, a few tables ,a few 4 way racks, co stands, office furniture , AP cameras in ceiling |
| 4113 | Millcreek Realty Associates, Ltd. c/o Levco Management, LLC One Wayne Hills Mall Wayne, NJ 07470-3228 | Erie Physicians Network ~ UPMC, Inc Peter S. Glannirakis 600 Grant Street, U.S. Steel Tower 60th floor Pittsburgh, PA 15219 | Kmart Corporation | 2873 W 26th Street Erie, PA 16506 | 3/27/2019 | Front register checkouts<br>Service Desk<br>Service counter sporting goods<br>Safe cash office<br>Three pallets of old IT equipment<br>Hazmat not picked up<br>Back office/Cash office counter tops |
| 1644 | GGP LP Real Estate, Inc. C/o Park City Center Business Trust Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | Lands' End Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 200 Park City Ctr Lancaster, PA 17601 | 3/27/2019 | N/A |
| 7062 | Libby Dial Enterprises, LLC c/o H.L. Libby Corporation 803 Commonwealth Dr Warrendale, PA 15086 | N/A | Kmart Corporation | 1143 Broad St Sumter, SC 29150 | 3/27/2019 | Trade fixtures, IT equipments, shelving,material handling equipment, office furniture, fixtures and counters |
| 4170 | Community Enhancement, LLC 520 Kansas City Street Suite 101 Rapid City, SD 57701 | MTS Enterprises LLC Todd 4245 Bennett Road c/o MTS Enterprises LLC Rapid City, SD 57701 | Kmart Corporation | 1111 E North St Rapid City, SD 57701 | 3/27/2019 | 86 Gondolas- shelves scrapped<br>406 Shopping Carts<br>1 Bike Rack<br>54 Quads<br>67 4-way clothing racks<br>13 jewelry cases<br>16 register bays |
| 2036 | OLD HICKORY MALL VENTURE II, LLC C/O CBL & Associates Management, Inc. Attn: President CBL Center, Suite 500, 2030 Hamilton Place Blvd. Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 2021 N Highland Ave Jackson, TN 38305 | 3/27/2019 | N/A |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 1387 | Dillard Texas Central LLC c/o Dillard's Inc. 1600 Cantrell Road Little Rock, AR 72201 | N/A | Sears, Roebuck and Co. | 7701 1-40 W Amarillo, TX 79121 | 3/27/2019 | N/A |
| 2487 | Wells Fargo Bank, N.A., as Trustee for CSMS 2008-C1 c/o C-III Asset Management LLC Attn: Laura McWilliams 5221 N. O'Connor Blvd., Suite 800 Irving , TX 75039 | N/A | Sears, Roebuck and Co. | 2000 Killeen Mall Killeen, TX 76543 | 3/27/2019 | Office furniture, apparel racks, two office safes, IT equipment, cash wraps, and 12 shopping carts |
| 1207 | Atrocorinth Beltine & Plano, LLC c/o ATR Corinth Partners, LLC 4645 N. Central Expressway 200 Knox Place, Suite 200 Dallas, TX 75205 | N/A | Sears, Roebuck and Co. | 201 S Plano Rd Richardson, TX 75081 | 3/27/2019 | 5 pallets electronic shred, 2 cash wraps, electromics bunkers, bc builtins, 1 old safe with round door-no combo, 2 shoe runs, 3 light duty wood stkrm runs, ap equip rack G20(empty) ap cameras in ceiling, 6 4' jewelry cases |
| 1367 | Dillard Texas Central LLC c/o Dillard's Inc. 1600 Cantrell Road Little Rock, AR 72201 | N/A | Sears, Roebuck and Co. | 6001 W Waco Dr Waco, TX 76710 | 3/27/2019 | Trade fixtures, IT equipment, shelving, office furniture, fixtures/counters |
| 2435 | Charlottesville Fashion Square, LLC c/o Washington Prime Group, Inc. Attn: General Counsel 180 East Broad Street Columbus, OH 43215 | Lands' End Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1531 Rio Rd E Charlottesville, VA 22901 | 3/27/2019 | Office furniture, apparel racks, AP equipment, office safe, IT equipment, |
| 3692 | Unisource Centres, LLC, et. al. c/o Wangard Partners, Inc., Agent 1200 Mayfair Road Suite 310 Milwaukee, WI 53226 | N/A | Kmart Corporation | 1450 Summit Avenue Oconomowoc, WI 53066 | 3/27/2019 | N/A |
| 2056 | SRM-SPE, LLC dba Santa Rosa Mall c/o Radiant Partners LLC 145 West 45th Street 10th Floor New York, NY 10036 | N/A | Sears, Roebuck and Co. | 300 Mary Esther Blvd Mary Esther, FL 32569-1693 | 3/27/2019 | Safes, few whse racks, cash wraps, apparel fixtures |
| 1658 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | Lands' End, Inc. Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 100 Santa Rosa Plz Santa Rosa, CA 95401-6381 | 3/27/2019 | Conveyor, trash compactor (built into building) |
| 7223 | GGS, LLC d/b/a Magnolia Shopping Center 201 St. Charles Avenue Suite 3201 New Orleans, LA 70170 | N/A | Kmart Corporation | 7000 Veterans Memorial Metairie, LA 70003-4497 | 3/27/2019 | Gondolas, shelving, register stands, service counter, softlines fixtures, office furniture, safe, jewelry counter, conveyor |
| 1414 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | Lands' End, Inc. Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 75 W Route 59 Ste 100 Nanuet, NY 10954-2701 | 3/27/2019 | N/A |
| 1151 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 6929 S Memorial Dr Tulsa Woodland Hls, OK 74133-2035 | 3/27/2019 | N/A |
| 1390 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | Lands' End, Inc. Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 900 Briarwood Cir Ann Arbor, MI 48108-1618 | 3/27/2019 | N/A |
| 1357 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 2901 S Capitol Of Texas Hwy Austin/Barton Creek, TX 78746-8101 | 3/27/2019 | N/A |
| 3424 | Regency Centers, L.P. c/o Regency Centers 1 Independent Drive Suite 114 Jacksonville, FL 32202 | N/A | Kmart Corporation | 900 N W 76 Boulevard Gainesville, FL 32606-6747 | 3/27/2019 | Office furniture/safe IT in ceiling hardline/softline fixtures/counters service desk |
| 3600 | RB 1993-1 Trust- Robinson c/o KM-SC, LLC, First Berkshire Properties, LLC 7978 Cooper Creek Blvd. Suite 100 University Park, FL 34201<br><br>VIAPORT PROPERTIES 10401 US HIGHWAY 441 SUITE 336-A LEESBURG, FL 34788 | N/A | Kmart Corporation | 93 West Campbell Rd Schenectady, NY 12306-6800 | 3/27/2019 | Fixtures, counters, office furniture, binning, shopping carts, baler |

**Annex B**

**Rejection Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re                                                        :
                                                             :   Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                          :
                                                             :   Case No. 18-23538 (RDD)
                                                             :
                 Debtors.¹                                   :   (Jointly Administered)
------------------------------------------------------------ x
```

### ORDER APPROVING THE REJECTION
### OF UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
### AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH

Pursuant to and in accordance with the *Order Authorizing Debtors to Establish Procedures for Rejection of Unexpired Leases of Nonresidential Real Property and Abandon Property in Connection Therewith* (ECF No. 800) (the "**Rejection Procedures Order**")[2] entered in the above-captioned chapter 11 cases of Sears Holdings Corporation and its debtor affiliates (collectively, the "**Debtors**"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "**Rejection Notice**") of their intent to reject certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

unexpired leases identified on **Exhibit 1** hereto ("**Leases**") and to abandon any property remaining at the leased premises on the Rejection Date of the applicable Leases that the Debtors determine is too difficult to remove or expensive to store, such that the economic benefits of removing or storing such remaining property would by outweighed by the attendant costs in accordance with the terms of the Rejection Procedures Order, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Leases are hereby rejected as set forth herein, effective as of the later of (i) service and filing of the Rejection Notice and (ii) the date the Debtors have surrendered the premises to the Landlord via the delivery of the keys, key codes, and alarm codes to the premises, as applicable, to the Landlord, or, if not delivering such keys or codes, providing notice that the Landlord may re-let the premises, as such estimated dates are set forth on **Exhibit 1** (the "**Rejection Date**").

2. Any and all personal property remaining at the leased premises as of the applicable Rejection Date shall be deemed abandoned upon the Rejection Date without further notice or order of the Court, free and clear of all liens, claims, interests, or other encumbrances.

3. With respect to any assets abandoned at one of the Debtors' leased properties, the applicable Landlord or other designee shall be free, notwithstanding the automatic stay, to dispose of such property without liability to any party (including any third

parties) and without further notice or order of the Court; and the applicable Landlord's rights, if any, to file a claim for the costs of disposal of such property are fully reserved, as are the rights of any party in interest to object to such claims.

4. If any affected non-Debtor party (each, a "**Counterparty**") to a Lease asserts a claim against the Debtors arising from the rejection of the Lease, the Counterparty shall submit a proof of claim by the later of (i) the deadline to file general unsecured proofs of claim fixed by the Court; and (ii) thirty (30) days after the entry of this Order. If a Counterparty does not timely file a proof of claim in accordance with the terms of this Order, the Counterparty shall forever be barred from asserting a claim arising from the rejection of their Lease, absent further order of this Court to the contrary.

5. Nothing contained in this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, or adoption, of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

6. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

7. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2019
      White Plains, New York

                                              _____
                                              THE HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

## **Schedule of Rejected Leases**

WEIL:\96970210\1\73217.0004