UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>CERTIFICATE OF SERVICE |

    I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that, on the 22nd day of March, 2019, a true and correct copy of ESL and Transform's Reservation of Rights in Response to Debtors' Notice of Presentment of Stipulation and Order Permitting Pension Benefit Guaranty Corporation to File Consolidated Proofs of Claim Under a Single Case Number was served by email and by Federal Express, as indicated, upon:

**BY EMAIL**

jacqueline.marcus@weil.com
ray.schrock@weil.com
sunny.singh@weil.com
garrett.fail@weil.com
luke.valentino@searshc.com
stephen.sitley@searshc.com
paul.schwartzberg@usdoj.gov
richard.morrissey@usdoj.gov
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
eli.vonnegut@davispolk.com
marshall.huebner@davispolk.com
ewilson@kelleydrye.com
bfeder@kelleydrye.com
gadsden@clm.com
braynor@lockelord.com
idizengoff@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
pdublin@akingump.com

emfox@seyfarth.com
asmith@lockelord.com

**BY FEDERAL EXPRESS**

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006,
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

Dated: New York, New York
March 27, 2019

/s/Brendan Cyr
Brendan Cyr