UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IN RE:                                                         :
                                                               :       Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                            :
                                                               :       Case No. 18-23538 (RDD)
                                                               :
            Debtors                                            :       (Jointly Administered)
---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James F. Dowden, Attorney, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Gabriel Young, a Movant in the above-referenced case.

**I certify that I am a member in good standing** of the bar in the State of Arkansas, and, the bar of the U.S. District Court for the Eastern District of Arkansas.

I have submitted the filing fee of $200.00 with this Motion for *Pro Hac Vice* admission.

                                                    Respectfully submitted,


Dated: March 28, 2019                               /s/ James F. Dowden
Little Rock, Arkansas                               James F. Dowden ABN (77046)
                                                    James F. Dowden, P.A.
                                                    212 Center St., 10th Floor
                                                    Little Rock, AR  72201
                                                    (501) 324-4700  Phone
                                                    (501) 374-5463  Fax
                                                    Jfdowden@swbell.net