**UNITED STATES BANRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
IN RE:                                                        :
                                                              :  **Chapter 11**
SEARS HOLDINGS CORPORATION, et al.,   :
                                                              :  **Case No. 18-23538 (RDD)**
                                                              :
            Debtors                                        :  **(Jointly Administered)**
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of James F. Dowden, to be admitted, *pro hac vice,* to represent Gabriel Young, a Movant in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Arkansas, and the bar of the U.S. District Court for the Eastern District of Arkansas, it is hereby

**ORDERED**, that James F. Dowden, Esq., is admitted to practice, *pro hac vice,* in the above-referenced case proceeding to represent the Gabriel Young, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
New York, New York                    /s/_____
                                                      HONORABLE ROBERT D. DRAIN
                                                      UNITED STATES BANKRUPTCY JUDGE