**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.* | No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee
Phone: (612) 253-6061
Last Four Digits of Acct #: N/A

**Select Jewelry Inc.**
Name of Transferor
Phone: (646) 616-3082
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Whitebox Multi-Strategy Partners, LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**

**Claim No: 1920 (Sears Holding Corporation) (18-23538)**

Date Filed: October 25, 2018

Total Amount of Claim: $169,993.56
**Transferred Amount of Claim: $38,330.67**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: March 27, 2019
Transferee/Transferee's Agent   Mark Strefling
                                Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court
     Southern District of New York
     Attn: Clerk

AND TO:  Sears Holdings Corporation ("Debtor")
         Case No. 18-23538

Claim Number: 1920

SELECT JEWELRY INC., its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Whitebox Multi-Strategy Partners, LP
> 3033 Excelsior Blvd, Suite 300
> Minneapolis, MN 55416-4675
> Attn:   Scott Specken
> Tel:    (612) 253-6061
> Email:  sspecken@whiteboxadvisors.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the bankruptcy case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the Claim in the bankruptcy case; and (e) to any amounts listed on the Debtor's schedules, in the principal amount of $91,796.52 ("Claim") which is part of the total claim amount of $169,993.56 against the Debtor in the United States Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Proof of Claim Number | Debtor | Aggregate Claim Amount | Transferred Amount |
|---|---|---|---|
| 1920 | Sears Holdings Corporation | $169,993.56 | $38,330.67 |

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March 26, 2019.

SELECT JEWELRY INC.

By: _____
Name: Nissim Senkar
Title: CEO

WHITEBOX MULTI-STRATEGY PARTNERS, LP

By: _____
Name: Mark Strefling
Title: Partner & CEO