**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.

Debtors

------------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

Hearing Date:  April 18, 2019, 10:00 a.m. ET
Objection Deadline: April 11, 2019, 4:00 p.m. ET

<u>**CERTIFICATE OF SERVICE**</u>

I William P. Fennell, certify that I am not less than 18 years of age, and that service of the following document:

1.    **MOTION OF DEDEAUX INLAND EMPIRE PROPERTIES TO COMPEL DEBTOR IN POSSESSION TO ASSUME AND ASSIGN, OR, ALTERNATIVELY, TO REJECT, UNEXPIRED LEASE ON REAL PROPERTY (Sears Contract No. S8729-73-A)** [Docket No. 2980]

2.    **DECLARATION OF ASHOK AGGARWAL IN SUPPORT OF MOTION TO COMPEL DEBTORS TO ASSUME OR REJECT UNEXPIRED REAL PROPERTY LEASE** [Docket No. 2980]

3.    **NOTICE OF MOTION BY DEDEAUX INLAND EMPIRE PROPERTIES TO COMPEL DEBTOR IN POSSESSION TO ASSUME AND ASSIGN, OR, ALTERNATIVELY, TO REJECT, UNEXPIRED LEASE ON REAL PROPERTY (Sears Contract No. S8729-73-A)** [Docket No. 2981]

was caused to be made on March 28, 2019, in the manner indicated upon the entities identified below.

Dated: March 28, 2019
        San Diego, CA

LAW OFFICE OF WILLIAM P. FENNELL, APLC


By: /s/William P. Fennell
William P. Fennell, Esq.
401 West A Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 325-1560
Email: william.fennell@fennelllaw.com

**Via FedEx**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Via Court Notice of Electronic Filing ("NEF")**

Robin S. Abramowitz    abramowitz@larypc.com, fox@larypc.com
Neil H. Ackerman    nackerman@ackermanfox.com, kfox@ackermanfox.com;
r52605@notify.bestcase.com
David G. Aelvoet    sanantonio.bankruptcy@publicans.com
Jaime Agnew    jaimeagnew21@gmail.com
Richard A. Aguilar    raguilar@mcglinchey.com, aparish@mcglinchey.com
Luma Al-Shibib    lal-shibib@andersonkill.com, dflynn@andersonkill.com;
Dfraser@andersonkill.com; Msilverschotz@andersonkill.com
Justin Alaburda    jmalaburda@bmdllc.com
John C. Allerding    john.allerding@thompsonhine.com
Arlene Rene Alves    alves@sewkis.com
Michael S. Amato    mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com
Mark A. Amendola    mamendola@martynlawfirm.com
Michele Angell    mangell@kasowitz.com, courtnotices@kasowitz.com
Tara B. Annweiler    tannweiler@greerherz.com
Joel D. Applebaum    japplebaum@clarkhill.com
Laura E. Appleby    appleby@chapman.com
Jenelle C Arnold    bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
Simon Aron    saron@wrslawyers.com, jnarcise@wrslawyers.com
Peter M. Aronoff    peter.aronoff@usdoj.gov
Kory A. Atkinson    kaa@koryatkinson.com
Brandon K. Bains    bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
John T. Banks    jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
Sedric Banks    sedbanks@aol.com
Shari Barak    sbarak@logs.com, NYBKCourt@logs.com
Luke A Barefoot    lbarefoot@cgsh.com, maofiling@cgsh.com
Erika R. Barnes    ebarnes@stites.com, mdennis@stites.com
Michael Jason Barrie    mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;
kcapuzzi@beneschlaw.com
Joseph Charles Barsalona    jbarsalona@mnat.com
Robert D. Bass    bob.bass47@icloud.com, bob.bass47@icloud.com
Paul M. Basta    pbasta@paulweiss.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com,
managingclerk@ssbb.com
Nola R Bencze    nbencze@clarkhill.com
Tammy L. Terrell Benoza    bankruptcy@feinsuch.com
Richard J. Bernard    rbernard@foley.com

Jeffrey Bernstein     jbernstein@mdmc-law.com, sshidner@mdmc-law.com
Jill B. Bienstock     jbienstock@coleschotz.com, fpisano@coleschotz.com
Karen C. Bifferato     kbifferato@connollygallagher.com
Jeffrey E Bjork     jeff.bjork@lw.com
David M. Blau     dblau@clarkhill.com
Michael V. Blumenthal     michael.blumenthal@tklaw.com
Stuart E Bodker     sbodker@mcdowellrice.com
Melissa Boey     melissa.boey@morganlewis.com
Phillip W. Bohl     phillip.bohl@gpmlaw.com
Wanda Borges     ecfcases@borgeslawllc.com
Dustin Parker Branch     branchd@ballardspahr.com, carolod@ballardspahr.com
Duane Brescia     duane.brescia@clarkhillstrasburger.com,
 bkrtcynotices@clarkhillstrasburger.com; donna.krupa@clarkhillstrasburger.com;
  Kathi.Alexander@clarkhillstrasburger.com
Kay Diebel Brock     bkecf@co.travis.tx.us
Michael D. Brofman     mbrofman@weisszarett.com
James L. Bromley     bromleyj@sullcrom.com, bromleyj@sullcrom.com
Lynn Hamilton Butler     Lynn.Butler@huschblackwell.com,
 Lynn.Butler@huschblackwell.com
CRG Financial LLC     allison@claimsrecoveryllc.com
Donald F. Campbell     dcampbell@ghclaw.com
Jeffrey A. Carlino     jacarlino@kslnlaw.com, rabacon@kslnlaw.com
James S. Carr     KDWBankruptcyDepartment@kelleydrye.com;
MVicinanza@ecf.inforuptcy.com
Robert Carson     rcarson@carsonfischer.com
Jamie S. Cassel     jsc@renozahm.com, jsc@renozahm.com
Michael J. Catalfimo     mcatalfimo@carterconboy.com, hmclenithan@carterconboy.com;
rmcfee@carterconboy.com; jstein@carterconboy.com
Katherine R. Catanese     kcatanese@foley.com
George B. Cauthen     george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;
 joan.kishline@nelsonmullins.com
Rocco A. Cavaliere     rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
Janine M. Cerbone     jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com
Rudy J Cerone     rcerone@mcglinchey.com
Charles Chamberlin     charles.chamberlin@nebraska.gov
Mark J Chaney     mchaney@mcglinchey.com, aparish@mcglinchey.com
Scott K. Charles     skcharles@wlrk.com, calert@wlrk.com
Michael Chatwin     NYBKCourt@logs.com
Gustavo A Chico-Barris     gchico@ferraiuoli.com, hruiz@ferraiuoli.com;
edocketslit@ferraiuoli.com
Hyun Suk Choi     hchoi@choiandpark.com, lkleist@choiandpark.com;
cpark@choiandpark.com; jpatten@choiandpark.com; kmclaughlin@choiandpark.com
Carol Chow     Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com
Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com
Jeffrey Chubak     jchubak@storchamini.com
Mary Ann Claraval     maryannpsu@comcast.net
Ronald Alexander Clark     aclark@cov.com

Donald W. Clarke     dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
Marvin E. Clements     agbanknewyork@ag.tn.gov
Eboney Cobb     ecobb@pbfcm.com
Joshua W. Cohen     jwcohen@daypitney.com, arametta@daypitney.com
Patrick Collins     pcollins@farrellfritz.com
Sonia E Colon     scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;
scolon@ecf.courtdrive.com; hruiz@ferraiuoli.com; soniaecolon@gmail.com
Michael J. Connolly     mconnolly@formanlaw.com, kanema@formanlaw.com
Andrew S. Conway     aconway@taubman.com
Joseph Corrigan     bankruptcy2@ironmountain.com
Ramon Coto-Ojeda     nac@crlawpr.com, nac@crlawpr.com
Julie Cvek Curley     jcurley@ddw-law.com, AttorneyCvek@gmail.com;
dpons@ddw-law.com; lbarry@ddw-law.com
Kelly Rose Cusick     cusick.kelly@pbgc.gov, efile@pbgc.gov
Brian Custy     bcusty@custylaw.com
Anthony J D'Artiglio     ajd@ansellgrimm.com, carols@ansellgrimm.com;
merediths@ansellgrimm.com
Raniero D'Aversa     rdaversa@orrick.com
Robert K. Dakis     rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
Richard T. Davis     rdavis@cafarocompany.com
Louis Thomas DeLucia     ldelucia@schiffhardin.com
Sam Della Fera     sdellafera@msbnj.com, ldipaolo@msbnj.com
Christopher M. Desiderio     cdesiderio@nixonpeabody.com
Andrew Devore     andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
Andrew G. Dietderich     dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;
andrew-dietderich-6008@ecf.pacerpro.com; BAKERR@SULLCROM.COM
John P. Dillman     houston_bankruptcy@publicans.com
Ted A. Dillman     ted.dillman@lw.com
Ira S. Dizengoff     idizengoff@akingump.com, afreeman@akingump.com;
apreis@akingump.com; dkrasa-berstell@akingump.com; nymco@akingump.com
Caroline Djang     caroline.djang@bbklaw.com
Amish R. Doshi     amish@doshilegal.com
James F. Dowden     jfdowden@swbell.net
Elizabeth L Doyaga     edoyaga@flwlaw.com, jspiegelman@flwlaw.com
Leo B Dubler     leodubler@fast.net
Joshua A. Dunn     jdunn@vedderprice.com, ecfnydocket@vedderprice.com
David W. Dykhouse     dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
Rachel E. Edwards     redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
Devon Eggert     deggert@freeborn.com, bkdocketing@freeborn.com
Judith Elkin     elkinj@mac.com, elkinj@mac.com
Samuel G Encarnacion     same@haggertylaw.com
Marita S. Erbeck     marita.erbeck@dbr.com
Carrie Essenfeld     cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
Daniel E. Etlinger     detlinger@jennislaw.com, karon@jennislaw.com
Kevin J Etzel     ketzel@vedderprice.com
Michael Eversden     meversden@mcgrathnorth.com
Catania Facher     cfacher@alonsolegal.com

Garrett A. Fail     garrett.fail@weil.com, Paloma.VanGroll@weil.com
Stephen Vincent Falanga     sfalanga@walsh.law, mvargas@walsh.law
Thomas A. Farinella     tf@lawtaf.com, ecf@lawgmf.com
John T. Farnum     jfarnum@linowes-law.com, jcummings@linowes-law.com
Thomas R. Fawkes     tomf@goldmclaw.com
Alan Feld     afeld@sheppardmullin.com
Mark E. Felger     MFelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
James R. Felton     jfelton@greenbass.com, mtyndall@greenbass.com
Christopher V Fenlon     cfenlon@hinckleyallen.com
William P Fennell     william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com,
charles.bethel@fennelllaw.com, mblackburnjoniaux@fennelllaw.com
John R. Fifarek     knelson@laskyfifarek.com
Charles J. Filardi     cfilardi@rrlawpc.com, abothwell@rrlawpc.com
Scott D. Fink     brodellecf@weltman.com
Glenn M. Fjermedal     gfjermedal@davidsonfink.com, vbillups@davidsonfink.com
Jonathan L. Flaxer     jflaxer@golenbock.com, jsavitsky@golenbock.com;
 mweinstein@golenbock.com
Ken Florey     kflorey@rsnlt.com
Christopher Fong     cfong@nixonpeabody.com
Kiah T Ford     chipford@parkerpoe.com
Edward M. Fox     emfox@seyfarth.com
Gregory W. Fox     gfox@goodwinprocter.com
Shawn Randall Fox     sfox@mcguirewoods.com
Joseph D. Frank     jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
Mark A. Frankel     mfrankel@bfklaw.com, mfrankel@bfklaw.com;
 mark_frankel@yahoo.com; frankel.mark@gmail.com; frankelmr74702@notify.bestcase.com
 Elise S. Frejka     efrejka@frejka.com
Alana M. Friedberg     alana.friedberg@dlapiper.com
Michael Friedman     friedman@chapman.com, iyassin@chapman.com
Joseph Froehlich     jfroehlich@lockelord.com
Patricia B. Fugee     Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com
Thomas M. Gaa     tgaa@bbslaw.com, yessenia@bbslaw.com
James Gadsden     bankruptcy@clm.com
Gregg M. Galardi     gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
David J. Gallagher     dgallagher@mnlawoffice.com
Alan E. Gamza     Agamza@mosessinger.com, dkick@mosessinger.com;
jbonteque@mosessinger.com; kkolbig@mosessinger.com; rcorbi@mosessinger.com
Jeffrey K. Garfinkle     jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;
 docket@buchalter.com
Victoria D. Garry     vgarry@ag.state.oh.us
Christopher Gartman     gartman@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com
Matthew Gensburg     mgensburg@gcklegal.com
Charles George     cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com
Stephen B. Gerald     sgerald@wtplaw.com, clano@wtplaw.com
Yann Geron     ygeron@reitlerlaw.com, ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;
 nsantucci@reitlerlaw.com; adaniszewski@reitlerlaw.com; asuffern@epiqglobal.com

Peter M. Gilhuly    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
Steven A. Ginther    sdnyecf@dor.mo.gov
Luvell L Glanton    glantonfirm@gmail.com
Eduardo J. Glas    ejglas@gmail.com
Jeffrey R. Gleit    jgleit@sandw.com, gschlack@sandw.com, bcooley@sandw.com;
 aweiss@sandw.com, nkoslof@sandw.com, tkethro@sandw.com
Ronald Eric Gold    rgold@fbtlaw.com, awebb@fbtlaw.com; bmparker@fbtlaw.com;
eseverini@fbtlaw.com
Michael Goldstein    mgoldstein@goodwinlaw.com
Brendan Goodhouse    bgoodhouse@cuddyfeder.com
Eric R Goodman    egoodman@bakerlaw.com
Leon B Gordon    cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
Jonathan Adam Grasso    jon@piercemccoy.com
Kenneth Brian Grear    kgrear@delucalevine.com
Ira S. Greene    igreene@edwardswildman.com
Christopher A. Grosman    cgrosman@carsonfischer.com
Janice Beth Grubin    Janice.Grubin@leclairryan.com
Charles A. Gruen    cgruen@gruenlaw.com
Allen J. Guon    aguon@foxrothschild.com, aguon@foxrothschild.com
Harry M. Gutfleish    harry@gutfleishlaw.com
Mark E. Hall    mhall@foxrothschild.com, cbrown@foxrothschild.com
Aaron L. Hammer    ahammer@hmblaw.com, ecfnotices@hmblaw.com;
jguzzardo@hmblaw.com
Paul E. Harner    paul.harner@lw.com
Juandisha Harris    harrisj12@michigan.gov
David Henry Hartheimer    david@mhlaw-ny.com, david@clearbid.com
Jonathan Scott Hawkins    jonathan.hawkins@thompsonhine.com,
 THDaytonECF@thompsonhine.com; ECFDocket@thompsonhine.com
Patrick L. Hayden    phayden@mcguirewoods.com
Melissa S Hayward    mhayward@haywardfirm.com
Leslie C. Heilman    heilmanl@ballardspahr.com, lanoc@ballardspahr.com
Christopher Matthew Hemrick    chemrick@walsh.law, chemrick@walsh.law
Ira L. Herman    iherman@blankrome.com, nybankruptcydocketing@blankrome.com;
 eDocketing@blankrome.com
Neil E. Herman    Nherman@morganlewis.com
Michael R. Herz    mherz@formanlaw.com, cbrown@formanlaw.com
George Bernard Hofmann    ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
Marie Polito Hofsdal    mhofsdal@pryorcashman.com
James J. Holman    jjholman@duanemorris.com
Caleb T. Holzaepfel    caleb.holzaepfel@huschblackwell.com
Robert Honeywell    robert.honeywell@klgates.com, brian.koosed@klgates.com
Joon P. Hong    joonhong@chapman.com
Benjamin Hugon    bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
Hanh Vinh Huynh    hhuynh@rubinlawllc.com, prubin@rubinlawllc.com
Allison Akiko Ito    aito@hibklaw.com
Russell Jackson    rjackson@thomasjhenrylaw.com

Hugh G. Jasne    jf@jasneflorio.com, hgj@jasneflorio.com
Dwight Jefferson    djefferson@coatsrose.com
Christian Paul Jensen    jensenc@sullcrom.com
Monique Debrikka Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
William Austin Jowers    ajowers@kslaw.com
Allen G. Kadish    akadish@archerlaw.com, lschildkraut@archerlaw.com;
 chansen@archerlaw.com; hbreakstone@archerlaw.com
Vera N Kanova    verkanova@pa.gov
Alan H Katz    akatz@lockelord.com
Alan F. Kaufman    akaufman@hinshawlaw.com
William E. Kelleher    wkelleher@cohenlaw.com, mgraeb@cohenlaw.com;
hward@cohenlaw.com
Steven W. Kelly    skelly@s-d.com
Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;
calendaring@procopio.com
Ferve E. Khan    fkhan@bakerlaw.com, evrodriguez@bakerlaw.com
Erin C. Kim    kim.erin@pbgc.gov, efile@pbgc.gov
Jane Kim    jkim@kellerbenvenutti.com
Alan M Kindred    akindred@leechtishman.com, dtomko@leechtishman.com;
ghauswirth@leechtishman.com
Edward M. King    tking@fbtlaw.com
Dawn Kirby    dkirby@ddw-law.com, btepper@ddw-law.com;dap@ddw-law.com
Lauren Catherine Kiss    lkiss@klestadt.com
Richard Klass    richklass@courtstreetlaw.com
Sarah J Klebolt    sjk@carmodymacdonald.com, ala@carmodymacdonald.com
Michael Klein    mklein@ssbny.com
Jeremy C. Kleinman    jkleinman@fgllp.com
Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@yahoo.com
John R. Knapp    john.knapp@millernash.com, lisa.petras@millernash.com
Tanya Korkhov    tkorkhov@kellerrohrback.com
Lawrence J. Kotler    ljkotler@duanemorris.com
Matthew Patrick Kremer    mkremer@omm.com, mpkremer@gmail.com
David S. Kupetz    dkupetz@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;
dperez@sulmeyerlaw.com
Jeffrey Kurtzman    jkurtzma@klehr.com
Marc J. Kurzman    mkurzman@carmodylaw.com
Alyssa E. Kutner    kutnera@ballardspahr.com
Michael Kwiatkowski    mkwiatkowski@msek.com, lgomez@msek.com
Paul J. Labov    plabov@foxrothschild.com, msteen@foxrothschild.com
Darryl S. Laddin    bkrfilings@agg.com
Keith A Langley    klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
Fernand L Laudumiey    laudumiey@chaffe.com
Lacy Martin Lawrence    llawrence@akingump.com, txdocketing@akingump.com
Vincent Edward Lazar    vlazar@jenner.com
Gilbert A. Lazarus    gillazarus@gmail.com
Harlan Mitchell Lazarus    hmllaw@att.net, hlazarus@lazarusandlazarus.com
Tara LeDay    ccain@mvbalaw.com; kmorriss@mvbalaw.com; tleday@ecf.courtdrive.com;

julia.williams@mvbalaw.com; bankruptcy@mvbalaw.com; alocklin@mvbalaw.com
Robert L. LeHane     KDWBankruptcyDepartment@Kelleydrye.com;
 MVicinanza@ecf.inforuptcy.com
Paul D. Leake     wendy.lamanna@skadden.com; andrea.bates@skadden.com;
 Jacob.aboodi@skadden.com
Andrew M Leblanc     aleblanc@milbank.com
Bernice C Lee     blee@slp.law, dwoodall@slp.law
Michael Skoy Legge     mlegge@huntonak.com, tkracht@huntonak.com;
 rphair@huntonak.com; ghesse@huntonak.com
Joseph H. Lemkin     jlemkin@stark-stark.com
Nicole A Leonard     nleonard@mdmc-law.com, sshidner@mdmc-law.com
William J. Levant     efile.wjl@kaplaw.com
Richard B. Levin     rlevin@jenner.com
Mark Levine     mlevine@zlk.com, mlevine@zlk.com
Kenneth M. Lewis     klewis@wtplaw.com, klewis@lewispllc.com
Lawrence A. Lichtman     llichtman@honigman.com, litdocket@honigman.com
Lewis J. Liman     LLiman@cgsh.com, maofiling@cgsh.com
Jessica Liou     jessica.liou@weil.com
Alan Jay Lipkin     alipkin@willkie.com, maosbny@willkie.com
Robert Liubicic     rliubicic@milbank.com
Armando Llorens     armando@furgang.com
Jacqulyn S. Loftin     jsl@lhmlawfirm.com
Brian J. Lohan     brian.lohan@arnoldporter.com, brian.lohan@arnoldporter.com;
 edocketscalendaring@arnoldporter.com
John G. Loughnane     jloughnane@nutter.com
Donald K. Ludman     dludman@brownconnery.com
Christopher A. Lynch     clynch@reedsmith.com
Kramer Lyons     klyons@ohdbslaw.com
Howard P. Magaliff     hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
Abena Mainoo     amainoo@cgsh.com, maofiling@cgsh.com
Christopher J. Major     cjm@msf-law.com, bm@msf-law.com
Colleen Maker     cmaker@walsh.law
Jacqueline Marcus     jacqueline.marcus@weil.com, jessica.liou@weil.com;
 matthew.goren@weil.com; candace.arthur@weil.com
Jennifer L. Marines     jmarines@mofo.com, docketny@mofo.com;
 jennifer-marines-1173@ecf.pacerpro.com
Ilan Markus     ilan.markus@leclairryan.com, andrew.cole@leclairryan.com
Jonathan D. Marshall     jmarshall@choate.com
Rachel J. Mauceri     rmauceri@morganlewis.com
Laurence May     lmay@eisemanlevine.com
Sandra E. Mayerson     sandy@mhlaw-ny.com
Shlomo Maza     shlomomaza@paulhastings.com
Matthew McCann     mmccann@swc-law.com, mmccann@swc-law.com
William McCarron     mccarron.william@pbgc.gov, efile@pbgc.gov
John G. McCarthy     jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
Richard J. McCord     RMcCord@CBAH.com, afollett@certilmanbalin.com;
 cfollett@certilmanbalin.com; rnosek@certilmanbalin.com

Sawnie A. McEntire    smcentire@pmmlaw.com
Brian S. McGrath    bmcgrath@mcglinchey.com
David M. Meegan    jhutton@mhksacto.com, jhutton@mhksacto.com
Deborah Jill Michelson    michelson@mgfl-law.com
Aaron Gerhard Miller    amiller@vazirilaw.com
Brett H. Miller    bmiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
Curtis S. Miller    cmiller@mnat.com
Dennis D. Miller    dmiller@steinlubin.com
Stephen M. Miller    smiller@morrisjames.com, wweller@morrisjames.com;
 jdawson@morrisjames.com
Russell W. Mills    rmills@bellnunnally.com, nsummerville@bellnunnally.com
Robert K. Minkoff    rminkoff@cedargladecapital.com
Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
Carol E. Momjian    cmomjian@attorneygeneral.gov
Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
Kevin P. Montee    kmontee@monteefirm.com, kmontee@monteefirm.com
Julie F. Montgomery    jmontgomery@brownconnery.com
Courtney Morgan    morgan.courtney@pbgc.gov, efile@pbgc.gov
Michael L. Moskowitz    mlm@weltmosk.com, mkj@weltmosk.com;mag@weltmosk.com
John Mueller    jmueller@lippes.com, rfink@lippes.com
Rahul Mukhi    rmukhi@cgsh.com, maofiling@cgsh.com
Edgardo Munoz    emunozpsc@gmail.com
Paul D. Murphy    sdeiches@murphyrosen.com
Klaus Peter Muthig    muthigk@mcao.maricopa.gov
Bruce S. Nathan    bnathan@lowenstein.com, msavetsky@lowenstein.com
Edward E. Neiger    eneiger@askllp.com, lmiskowiec@askllp.com
Kevin Michael Newman    knewman@barclaydamon.com
Victor Newmark    vnewmark@evict.net
Timothy F. Nixon    tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
Sean E. O'Donnell    sodonnell@herrick.com, courtnotices@herrick.com;
 lporetsky@herrick.com; rrichards@herrick.com
Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com
Sean A. OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
Rachel R Obaldo    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
Thomas S. Onder    tonder@stark-stark.com
Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;
bankruptcyindy@btlaw.com
Stephen M. Packman    spackman@archerlaw.com, mfriedman@archerlaw.com;
jkulback@archerlaw.com
Jennifer Kennedy Park    jkpark@cgsh.com
Richard J. Parks    rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
Barbra Parlin    barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,
 glenn.huzinec@hklaw.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com
Kristen N. Pate    bk@brookfieldpropertiesretail.com
Richard C. Pedone    rpedone@nixonpeabody.com

Melissa A. Pena    mapena@nmmlaw.com, pfreda@nmmlaw.com
Eloy A Peral    eperal@wilkauslander.com
Phillip Russell Perdew    rperdew@lockelord.com, kmorehouse@lockelord.com;
chicagodocket@lockelord.com
Frank Peretore    fperetore@csglaw.com, ecf@csglaw.com
Deborah M Perry    dperry@munsch.com
Geoffrey J. Peters    colnyecf@weltman.com
Albena Petrakov    apetrakov@offitkurman.com
Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
Jonathan E. Pickhardt    jonpickhardt@quinnemanuel.com
Michael Ryan Pinkston    rpinkston@seyfarth.com
Curtis M. Plaza    cplaza@riker.com, tschellhorn@riker.com
Dana S. Plon    dplon@sirlinlaw.com
David L. Pollack    pollack@ballardspahr.com
Cynthia L Pollick    pollick@lawyer.com
Kimberly A. Posin    kim.posin@lw.com
Constantine Dean Pourakis    cp@stevenslee.com
Jennifer L. Pruski    jpruski@trainorfairbrook.com
Robert L. Pryor    rlp@pryormandelup.com
Chad Pugatch    cpugatch.ecf@rprslaw.com
Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com
Anthony M. Rainone    arainone@bracheichler.com
Shane Ramsey    shane.ramsey@nelsonmullins.com, jennifer.murray@nelsonmullins.com;
emiller@bayardlaw.com; SMacon@bayardlaw.com
Justin Logan Rappaport    lr@pryormandelup.com, kj@pryormandelup.com
Paul L. Ratelle    pratelle@fwhtlaw.com
Gary O. Ravert    gravert@ravertpllc.com, gary.ravertpllc@gmail.com
Jeffrey A. Reich    reichlaw@reichpc.com
Norman Neville Reid    nreid@foxswibel.com
Annemarie V. Reilly    annemarie.reilly@lw.com
Ryan C. Reinert    rreinert@shutts.com, juanitasanchez@shutts.com
Guy A. Reiss    greiss@reisspreuss.com
Carol Ann Rich    crich@dudleylaw.com
Steven Richman    srichman@clarkhill.com
Michael J. Riela    riela@thsh.com
Fred B. Ringel    fbr@robinsonbrog.com
Christy Rivera    christy.rivera@nortonrosefulbright.com
Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
managingattorneysdepartment@friedfrank.com
Beth Ellen Rogers    brogers@berlawoffice.com
Laurel D. Roglen    roglenl@ballardspahr.com, lanoc@ballardspahr.com
Alexis J. Rogoski    arogoski@skarzynski.com
Mark S. Roher    mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com
Kristen D Romano    kromano@mcglinchey.com
Julie H Rome-Banks    julie@bindermalter.com
Robert M. Rosen    rrosen@pmmlaw.com
Sanford Philip Rosen    srosen@rosenpc.com, pgyparakis@rosenpc.com

Arthur E. Rosenberg      arthur.rosenberg@hklaw.com

David A. Rosenzweig      david.rosenzweig@nortonrosefulbright.com

Douglas B. Rosner      drosner@goulstonstorrs.com

Beth J. Rotenberg      brotenberg@csglaw.com, ecf@csglaw.com

Paul Rubin      prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

Myrna Ruiz-Olmo      mro@prbankruptcy.com,
tbp@prbankruptcy.com,lsg@prbankruptcy.com

Maura I. Russell      mrussell@ckrlaw.com

Patrick Morgan Ryan      pmryan@sorlinglaw.com, smjordan@sorlinglaw.com

CARL JOSEPH SORANNO      csoranno@bracheichler.com, dfamula@bracheichler.com;
jpmartin@bracheichler.com

Thomas James Salerno      thomas.salerno@stinson.com, Karen.graves@stinson.com

Diane W. Sanders      austin.bankruptcy@lgbs.com

Thomas J. Sansone      tsansone@carmodylaw.com

Joseph E. Sarachek      joe@sarachecklawfirm.com, jon@sarachecklawfirm.com

Robert M. Sasloff      rms@robinsonbrog.com

Bruce M. Sattin      bsattin@szaferman.com

Russell W. Savory      russ@bsavory.com

Gilbert R. Saydah      gsaydah@ckrlaw.com

Courtney A Schael      cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com

Michael L. Schein      mschein@vedderprice.com, ecfnydocket@vedderprice.com;
docketing-6992@ecf.pacerpro.com; michael-schein-3874@ecf.pacerpro.com

Aaron J. Scheinfield      aaron@bk-lawyer.net

Frederick E. Schmidt      eschmidt@cozen.com

Bradley Schneider      bradley.schneider@mto.com

Edward L. Schnitzer      eschnitzer@ckrlaw.com

Ray C Schrock      ray.schrock@weil.com, matthew.goren@weil.com

Christopher P. Schueller      christopher.schueller@bipc.com, timothy.palmer@bipc.com;
donna.curcio@bipc.com

H. Jeffrey Schwartz      hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com

Gary F Seitz      gseitz@gsbblaw.com, gary.seitz@gmail.com

Michelle Marie Sekowski      msekowski@herrick.com, courtnotices@herrick.com;
lporetsky@herrick.com;maustin@herrick.com

Stephen B. Selbst      sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Richard M. Seltzer      rseltzer@cwsny.com, ecf@cwsny.com

Yaron Shaham      yshaham@kahanafeld.com

Michael Abtin Shakouri      mshakouri@goodkinlynch.com

Ross G Shank      rshank@kasowitz.com, courtnotices@kasowitz.com

Karen Sheehan      ksheehan@flwlaw.com, jspiegelman@flwlaw.com

Bradley S. Shraiberg      bss@slp.law, dwoodall@slp.law; blee@slp.law;
bshraibergecfmail@gmail.com

Michelle E. Shriro      mshriro@singerlevick.com, scotton@singerlevick.com

Andrew I. Silfen      andrew.silfen@arentfox.com, beth.brownstein@arentfox.com;
jordana.renert@arentfox.com; lisa.indelicato@arentfox.com; sean.boren@arentfox.com

Leah Silverman      lsilverman@opeaklp.com

Daniel M. Silvershein      daniel@dmsilverlaw.com

Kevin J. Simard      ksimard@choate.com

Wendy M. Simkulak   wmsimkulak@duanemorris.com
Sunny Singh   sunny.singh@weil.com, Andriana.Georgallas@weil.com;
Paloma.VanGroll@weil.com; Vincent.Yiu@weil.com; Philip.DiDonato@weil.com
Peter B. Siroka   peter.siroka@friedfrank.com, aaron_rothman@friedfrank.com;
alix.brozman@friedfrank.com; ManagingAttorneysDepartment@friedfrank.com
Doug Skierski   enotices@skijain.com
Daniel W. Sklar   dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com
Patrick Slyne   pkslyne@ssbny.com
Aaron C. Smith   asmith@lockelord.com, chicagodocket@lockelord.com;
jcataldo@lockelord.com
Neal Smith   nsmith@robbins-schwartz.com
Steven B Smith   ssmith@herrick.com, ssmith@herrick.com; lporetsky@herrick.com;
courtnotices@herrick.com
Natasha M. Songonuga   nsongonuga@gibbonslaw.com
Owen M. Sonik   osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
James E. Sorenson   bk@svllaw.com, jim@svllaw.com
Fredric Sosnick   fsosnick@shearman.com
Sean C. Southard   ssouthard@klestadt.com
Penny R. Stark   pstarkesq@gmail.com
Matthew Benjamin Stein   mstein@kasowitz.com, courtnotices@kasowitz.com
Miriam R Stein   mstein@chuhak.com
Rick Aaron Steinberg   rsteinberg@pricemeese.com
Richard A. Stieglitz   RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
Sabrina L. Streusand   streusand@slollp.com, prentice@slollp.com
Philip E. Strok   pstrok@swelawfirm.com, gcruz@swelawfirm.com;
csheets@swelawfirm.com; jchung@swelawfirm.com
Enid Nagler Stuart   enid.stuart@ag.ny.gov, ted.berkowitz@ag.ny.gov
Joshua Sturm   joshua.sturm@ropesgray.com
Kevin N Summers   ksummers@dflaw.com
Matthew G. Summers   summersm@ballardspahr.com
Vivek Suri   info@viveksuri.com, lawyer@surilawoffice.com
Casey Cantrell Swartz   cswartz@taftlaw.com
Daniel R. Swetnam   Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Douglas T. Tabachnik   dtabachnik@dttlaw.com, rdalba@dttlaw.com
Stanley B. Tarr   tarr@blankrome.com
David R Taxin   davidtaxin@dahannowick.com
Andrew Tenzer   andrewtenzer@paulhastings.com
Brett S. Theisen   btheisen@gibbonslaw.com
David L. Tillem   tillemd@wemed.com
Linda M. Tirelli   ltirelli@tw-lawgroup.com, alopez@tw-lawgroup.com;
mshowers@tw-lawgroup.com; notices@tw-lawgroup.com; nhauptman@tw-lawgroup.com
My Chi To   mcto@debevoise.com
David G. Tobias   dtobias@tobiaslawpc.com
Gordon J. Toering   gtoering@wnj.com
Kevin Tompsett   ktompsett@harrisbeach.com, frichenberg@harrisbeach.com
Michael Tsang   mtsang@tsanglawfirm.com
Ronald M. Tucker   rtucker@simon.com, bankruptcy@simon.com

Curtis Lee Tuggle      curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
Andrew P. Tureaud      atureaud@kblaw.com, atureaud@kblaw.com
Bethany Turke      brt@wexlerwallace.com, ecf@wexlerwallace.com
Marshall C. Turner      marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
United States Trustee      USTPRegion02.NYECF@USDOJ.GOV
Veronique Urban      vurban@farrellfritz.com
Seth Van Aalten      svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com
James Christopher Vandermark      vandermarkj@whiteandwilliams.com
Lori V. Vaughan      lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com
James J. Vincequerra      James.Vincequerra@alston.com
Eli J. Vonnegut      eli.vonnegut@davispolk.com
Kaitlin R. Walsh      KRWalsh@mintz.com, docketing@mintz.com
David H. Wander      dhw@dhclegal.com
Eric Waxman      eric.waxman@cwt.com, nyecfnotice@cwt.com
Andrew W. Weaver      aweaver@cgsh.com, maofiling@cgsh.com
Adam J. Webb      awebb@fbtlaw.com
William P. Weintraub      wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
Robert A Weisberg      rweisberg@carsonfischer.com, njudge@carsonfischer.com
Erica Weisgerber      eweisgerber@debevoise.com, eweisgerber@debevoise.com
Elizabeth Weller      dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;
 Dora.Casiano-Perez@lgbs.com
Eric R. Wilson      KDWBankruptcyDepartment@Kelleydrye.com;
MVicinanza@ecf.inforuptcy.com
Garth D. Wilson      wilson.garth@pbgc.gov, efile@pbgc.gov
Jeffrey C. Wisler      jwisler@connollygallagher.com
Samuel C. Wisotzkey      swisotzkey@kmksc.com, kmksc@kmksc.com
Norman C Witte      ncwitte@wittelaw.com, mmallswede@wittelaw.com
Lee E. Woodard      bkemail@harrisbeach.com, ktompsett@harrisbeach.com;
 kgriffith@harrisbeach.com
Melissa S. Woods      mwoods@cwsny.com, ecf@cwsny.com
Derek L. Wright      dlwright@foley.com
Thomas Yanega      ty@devacklaw.com
Megan Young      megan.john@mhllp.com
Rafael X. Zahralddin      rxza@elliottgreenleaf.com
Marc A. Zelina      marc.zelina@lw.com
Matthew C. Ziegler      matthew.ziegler@morganlewis.com
Tom Zimmerman      tom@attorneyzim.com, firm@attorneyzim.com
Scott A. Zuber      szuber@csglaw.com, ecf@csglaw.com
Evan J. Zucker      ezucker@blankrome.com, nybankruptcydocketing@blankrome.com;
eDocketing@blankrome.com
Richard L. Zucker      rzucker@lasserhochman.com
Paul H. Zumbro      pzumbro@cravath.com, mao@cravath.com

**Via First Class Mail**

c/o Sears Holdings Corporation
Stephen Sitley, Esq.
Luke J. Valentino, Esq.
Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

BST International Fashion Ltd.
Attn: A.R. Shinivasan
Managing Director, 39 Wang Kwong Rd, Ste.
2301B, Skyline Tower, Kowloon Bay
Kawloon, Hong Kong

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Hudson Concourse, LLC
c/o Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596

Paul Schwartzberg, Esq.
Office of the United States Trustee
Region 2
201 Varick Street, Suite 1006
New York, NY 10014

Frenkel, Lambert, Weiss, Weisman &
Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

The Bank of New York Mellon Trust
Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
PO Box 17428
Austin, TX 78760

**<u>Via Email:</u>**
See Attached Service List

In re:  **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to State of Michigan, Department of Treasury | AG and Assistant AG for the State of Michigan, Dept. of Treasury | Attn: Dana Nessel, Juandisha M. Harris | harrisj12@michigan.gov |
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Counsel to Sayville Menlo, LLC | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Counsel to the Local Texas Tax Authorities | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| Counsel to Community Unit School District 300 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com lschildkraut@archerlaw.com |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | Attn: Andrew I. Silfen, Beth Brownstein | andrew.silfen@arentfox.com beth.brownstein@arentfox.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com ginger.clements@arnoldporter.com |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com jchristian@askllp.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Interested Party | Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Counselt to 233 S. Wacker, LLC | Backenroth Frankel & Krinsky, LLP | Attn: Mark Frankel, Esq. | mfrankel@bfklaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com summersm@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com kutnera@ballardspahr.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com klove@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Counsel to Brixton Provo Mall, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | Ernie.park@bewleylaw.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com julie@bindermalter.com |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company, LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Briggs and Morgan, P.A. | Attn: James M. Jorissen | jjorissen@briggs.com |
| Counsel to SAP Industries, Inc., SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com tyler.dischinger@bipc.com |
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com Anthony.Deleo@cwt.com |

In re:  Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com rstieglitz@cahill.com |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Marc J. Kurzman | MKurzman@carmodylaw.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Thomas J. Sansone | tsansone@carmodylaw.com |
| Local Counsel to BH North American Corporation | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions  and The Libman Company | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |
| Counsel to WSSR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com wilamowsky@chapman.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com jmarshall@choate.com |
| Counsel to Winiadaewoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com gsaydah@ckrlaw.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc., and Milton Manufacturing, LLC | Clark Hill PLC | Attn: Steven M. Richman, Nola R. Bencze | srichman@clarkhill.com nbencze@clarkhill.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to ESL Investments, Inc., JPP, LLC, JPP II, LLC, Transform Holdco LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lewis J. Liman, Abena A. Mainoo, Luke A. Barefoot | liman@cgsh.com<br>amainoo@cgsh.com<br>lbarefoot@cgsh.com |
| Counsel to Transform Holdco LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean A. O'Neal | soneal@cgsh.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC, & JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | soneal@cgsh.com<br>aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com<br>hward@cohenlaw.com |
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com |
| Counsel to Washington Prime Group Inc. | Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com<br>scarnes@cooley.com |
| Counsel to Payco Foods Corporation | Coto & Associates | Attn: Ramon Coto Ojeda | rco@crlawpr.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com<br>aclark@cov.com |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Counsel to Vivian Hilken | Daniel M. Silvershein, Attorney at Law | Attn: Daniel M. Silvershein | daniel@dmsilverlaw.com |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Counsel to Greenwood Motors, Inc., d/b/a R+L Carriers | Dean & Fulkerson | Attn: Kevin N. Summers, Esq. | Ksummers@dflaw.com |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com<br>eweisgerber@debevoise.com |
| Counsel to Namco USA Inc. | Delbello Donnelan Weingarten Wise & Wiederkehr, LLP | Attn: Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| DFS Services, LLC | DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com<br>WMSimkulak@duanemorris.com |
| Counsel to the Chubb Companies | Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com |

In re:  **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, Hatim Yusuf, and Plaza Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #3993) | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Counsel to Prestige Bay Plaza Development  Corp. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com<br>sak@elliottgreenleaf.com<br>ems@elliottgreenleaf.com |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust | Foley & Lardner LLP | Attn: Derek L. Wright & Katherine R. Catanese | dlwright@foley.com<br>kcatanese@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Counsel to Hanesbrands, Inc. and Sherthal, LLC | Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com<br>mherz@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Counsel for True Value Company | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Counsel to Community Unit School District 300 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Counsel to Infinite Peripherals, Inc. | Godlstein & McClintock LLLP | Attn: Thomas R. Fawkes | tomf@goldmclaw.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com<br>mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc., Urban Edge Properties LP and its Subsidiaries | Goodwin Procter LLP | Attn: Barry Z. Bazian, Michael H. Goldstein, | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com<br>mgoldstein@goodwinlaw.com |
| Counsel to 233 S. Wacker, LLC | Gould & Ratner LLP | Attn: Matthew A. Olins, Esq., Ellen M. Chapelle, Esq. & Vanessa R. Tiradentes, Esq. | searsnotice@gouldratner.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Counsel to Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Counsel to Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net<br>lgu@halperinlaw.net |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com<br>howard.upchurch@hanes.com |
| Counsel to Van Hook Service Co., Inc. | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Counsel to Greenwood Industries, Inc. | Hinckley, Allen & Snyder LLP | Attn: Christopher V. Fenlon, Esq. | cfenlon@hinckleyallen.com |
| Counsel for Cushman & Wakefield Inc. | Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com<br>Marc.Antonecchia@hklaw.com |
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com<br>elvin.ramos@hklaw.com |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com<br>jjalemany@hklaw.com |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |
| Counsel to Matson Navigation Company, Inc. | Hughes Hubbard & Reed LLP | Attn: Christopher Gartman | chris.gartman@hugheshubbard.com |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com<br>mlegge@huntonak.com |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |

In re: **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq. | hgj@jasneflorio.com<br>dlk@jasneflorio.com |
| Counsel to John C. Adams and Kennylugenia Adams | John C. Adams and Kennylugenia Adams | Attn: John C. Adams, Kennylugenia Adams | brownsvalleyorchards@aol.com |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., and Amazon Services LLC. | K&L Gates LLP | Attn: Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Counsel to GBR Green Acress Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |
| Counsel to Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action, the ERISA Plaintiffs | Keller Rohrback L.L.P. | Attn: Tanya Korkhov | tkorkhov@kellerrohrback.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com<br>lkiss@klestadt.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Lane Powell PC | Attn.: Will J. Brunnquell, Esq. | brunnquellw@lanepowell.com |
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com<br>ted.dillman@lw.com |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Counsel to Dart Warehouse Corporation | Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>office@fennelllaw.com |
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | 381 Broadway | cgruen@gruenlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, and Ikeddi Imports LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com<br>andrew.cole@leclairryan.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com<br>alex.chase@leclairryan.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | jjorissen@losgs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith | braynor@lockelord.com<br>asmith@lockelord.com |
| Counsel to DFS Services, LLC | Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Counsel to LG Electronics USA, Inc. and Valvoline | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com<br>bnathan@lowenstein.com |
| Counsel to Trinet Essential Facilities XXVII, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller | dmiller@lubinolson.com |
| Counsel to PACA trust creditor, Caito Foods, LLC | Martyn and Associates | Attn: Mark A. Amendola | mamendola@martynlawfirm.com |
| Counsel to City of Minneapolis | Mayerson & Hartheimer PLLC | Attn: David H. Hartheimer | david@mhlaw-ny.com |

In re: Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com kromano@mcglinchey.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com raguilar@mcglinchey.com rcerone@mcglinchey.com |
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| Counsel to Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMR Properties | Meegan, Hanschu & Kassenbrock | Attn: David Meegan | dmeegan@mhksacto.com |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | ALeblanc@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq. | |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C.,Brighton Lease Management, L.L.C., and Drake Pacer Penry Acquisition, LLC | Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com jbarsalona@mnat.com |
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com bbutterfield@mofo.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |

In re: **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Counsel to Whirpool Corporation | Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com<br>thomas.walper@mto.com |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| Counsel to Crickm Carson Trust | Murphy Rosen LLP | Attn: Paul D. Murphy & Daniel N. Csillag | pmurphy@murphyrosen.com<br>dcsillag@murphyrosen.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Counsel to Coral Reef Asia Pacific a/k/a White Mountain Footwear and 266 Route 125, LLC | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | howard.seife@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com<br>stephen.castro@nortonrosefulbright.com<br>david.rosenzweig@nortonrosefulbright.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Counsel to Ohio Department of Taxation | Ohio Department of Taxation | Attn: Office of the Ohio Attorney General | victoria.garry@ohioattorneygeneral.gov |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Darren L. Patrick | dpatrick@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Matthew P. Kremer | mkremer@omm.com |
| Counsel to Invicta Watch Company of America, Inc. | Orshan, P.A. | Attn: Paul L. Orshan, Esq. | paul@orshanpa.com |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Counsel to GACP II, L.P. | Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com<br>andrewtenzer@paulhastings.com<br>shlomomaza@paulhastings.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com kcornish@paulweiss.com lclayton@paulweiss.com sbuergel@paulweiss.com rbritton@paulweiss.com jhurwitz@paulweiss.com |
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Counsel to Malca-Almit USA, LLC ("Malca") | Pryor & Mandelup, L.L.P. | Attn: J. Logan Rappaport, Esq. | lr@pryormandelup.com |
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Counsel to Broad Street Station, LLC c/o Collett | Pryor Cashman LLP | Attn: Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Counsel to Omega Advisors Inc. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com jonpickhardt@quinnemanuel.com andrewcorkhill@quinnemanuel.com matthewscheck@quinnemanuel.com ellisonmerkel@quinnemanuel.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com etikkanen@reisspreuss.com |
| Counsel to CM Grayson, LLC | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Counsel to Community Unit School District 300 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com nsmith@robbins-schwartz.com |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com Aron.hume@gmail.com |
| Counsel to East End Commons Associates LLC, Wolf Family Series LP d/b/a Series III, Wolf Family Series LP d/b/a Series VII; Ontario Enterprises of the Wolf Family Series LP | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq., Robert M. Sasloff | fbr@robinsonbrog.com rms@robinsonbrog.com |
| Counsel to Apex Tool Group, LLC and Icon DE Holdings LLC and Icon NY Holdings LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com kimberly.kodis@ropesgray.com sam.ashuraey@ropesgray.com |

In re: **Sears Holdings Corporation**, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| Counselt to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |
| Counsel to the Ciuffo Family Trust | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq. | LFacopoulos@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com<br>alves@sewkis.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Counsel to Oracle Elevator Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law<br>mkish@sbwh.law<br>jshafer@sbwh.law<br>floridaservice@sbwh.law |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com<br>sara.coelho@shearman.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for Pennsee, LLC, Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |

In re: **Sears Holdings Corporation**, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com<br>pmryan@sorlinglaw.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com<br>jcanfield@stroock.com<br>sbhattacharyya@stroock.com |
| Counsel to Robert A. Catalfamo, Lavarita D. Meriwether and Plaintiffs in the consolidated ERISA Action (the "ERISA Plaintiffs") | Stull, Stull & Brody | Attn: Michael J. Klein | mklein@ssbny.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com<br>ckwu@sulmeyerlaw.com |
| Counsel to KG Denim Limited | Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Counsel to Alexandria Pelletteri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov<br>mccarron.william@pbgc.gov<br>efile@pbgc.gov |
| Counsel to Mien Co., Ltd., Helen Andrews Inc, Strong Progress Garment Factory Company Limited, Shanghai Fochier | The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@sarscheklawfirm.com |
| Counsel to 1803, LLC, and Camegaran, LLC | The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Counsel to Superb International Co., Ltd. | Tobias Law Firm, P.C. | Attn: David G. Tobias | dtobias@tobiaslawpc.com |
| Counsel to MP Holdings LLC and Larry D. Kelley | Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Rifkin@usdoj.gov |
| Counsel to Village of Hoffman Estates | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| Counsel to Agri-Fab, Inc. | Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |

In re: **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to NorthStar Group Services, Inc., and Village of Hoffman Estates | Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny SinghJared R. Friedmann, Jessie B. Mishkin, Esq. | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., and Google LLC | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Whiteford, Taylor & Preston LLC | Attn.: Kenneth M. Lewis, Esq. | klewis@wtplaw.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Counsel to Drayton Plains (MI), LLC | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com<br>gbrunswick@willkie.com |
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | david.tillem@wilsonelser.com |
| Counsel to 4th Street South II, LLC | Witte Law Offices, PLLC | Attn: Norman C. Witte | ncwitte@wittelaw.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Counsel to Movant Mario Aliano | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |