**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION, et al.,

                                               Debtor

Case No.: 18-23538 (RDD

Chapter 11

---------------------------------------------------------------x

                                               Plaintiff

v.

                                               Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, Clement Cheng, request admission, ***pro hac vice***, before the Honorable Drain, to represent Sportspower Ltd., a Hong Kong Limited Company in the above-referenced ☑ case ☐ adversary proceeding.

    ***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 25, 2019
White Plains, New York

/Clement Cheng/

*Mailing Address*:

4522 Katella Avenue #200

Los Alamitos, CA 90720

_____

*E-mail address*: law@clemcheng.com

*Telephone number*: (714) 825-0555

**THE STATE BAR OF CALIFORNIA**
2019

**Clement Cheng**
**#198359**          MCLE Group 1

PROTECTION OF THE PUBLIC IS THE HIGHEST PRIORITY OF THE STATE BAR OF CALIFORNIA
Only licensees on active status are eligible to practice law.

Active                             Executive Director

Licensee Regulation          1-888-800-3400
Ethics Hotline ....................................1-800-238-4427
  outside California .............................415-538-2150
Lawyer Assistance Program (LAP) ................1-877-LAP4HELP
Licensee Complaint Hotline ..............................1-800-843-9053
Commission on Judicial Performance .................415-557-1200
                www.calbar.ca.gov

This certifies that the person whose name appears on this card has paid the annual fee required by statute.

Licensee's Signature: _____

# The State Bar of California

Log in | News | Forms | Contact

PUBLIC: Free Legal Information | Complaints & Claims | Need Legal Help | More Languages

- Legal Specialist Search
- Finding the Right Lawyer
- Attorney Search
  - Find Legal Help
- Legal Guides
- Lawyer Referral Service
- Problem with a Lawyer

Select Language ▼

## Attorney Licensee Profile

### Clement Cheng #198359

**License Status:** Active
Address: Newhope Law, PC, 4522 Katella Ave Ste 200, Los Alamitos, CA 90720-2624
County: Orange County
Phone Number: (714) 825-0555
Fax Number: Not Available
Email: law@clemcheng.com
Law School: Loyola Law School; Los Angeles CA

### License Status, Disciplinary and Administrative History

Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/7/1998 | Admitted to The State Bar of California | | |

**CLA Sections:** None

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

Start New Search »

---

Protecting the public & enhancing the administration of justice.

ABOUT US
PUBLIC
ATTORNEYS
ADMISSIONS
ACCESS TO JUSTICE

News
Forms
Contact
Staff Log in

San Francisco (Main Office)
180 Howard St.
San Francisco, CA 94105
415-538-2000
Los Angeles
845 S. Figueroa St.
Los Angeles, CA 90017
213-765-1000

© 2019 The State Bar of California | FAQ | Contact

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

September 26, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CLEMENT CHENG, #198359 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records