**EXHIBIT B**



# HOFFMAN ESTATES
GROWING TO GREATNESS

November 7, 2017

Mr. Jon Bredemeier
Sears Holdings Management Corporation
3333 Beverly Road, BC-154A
Hoffman Estates, IL 60179

Re: EDA Distribution

Dear Mr. Bredemeier:

Pursuant to Public Act 097-0636, the Village of Hoffman Estates is requesting certification from Sears Holdings that 4,250 jobs were maintained at the Sears Holdings Corporation campus during the calendar year 2017. Further, if there is any timeframe during 2017 that the number of jobs maintained by the developer fell below 4,250, please advise of the timeframes in question. The Village is requesting that this certification be returned to the Village no later than December 1, 2017 so that the President and Board of Trustees can process the distribution of EDA funds.

Please do not hesitate to contact Corporation Counsel Arthur Janura or me if you have any questions regarding this letter.

Sincerely,

James H. Norris
Village Manager

JHN/ds

cc: Arthur Janura, Corporation Counsel
    Jason Pollak, Assistant General Counsel, Taxation, Sears Holdings

1900 Hassell Road
Hoffman Estates, Illinois 60169
www.hoffmanestates.org

Phone: 847-882-9100
Fax: 847-843-4822

William D. McLeod — MAYOR
Gary J. Pilafas — TRUSTEE
Karen J. Arnet — TRUSTEE

Karen V. Mills — TRUSTEE
Gary Stanton — TRUSTEE
Bev Romanoff — VILLAGE CLERK

Anna Newell — TRUSTEE
Michael Gaeta — TRUSTEE
James H. Norris — VILLAGE MANAGER