**<u>EXHIBIT G</u>**

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011


Speaker Lyons:    "Good afternoon, Illinois. Your House of
    Representatives will come to order. Members are to be asked
    to please be at your desks. We shall be led in prayer today
    by Lee Crawford, the pastor of the Cathedral Praise
    Christian Center here in Springfield. Members are asked…
    and guests are asked to refrain from starting their
    laptops, turn off all electronics, and please rise for the
    invocation and the Pledge of the Allegiance. Lee Crawford."

Pastor Crawford:    "Let us pray. Most gracious and holy God in
    heaven, God of all wisdom, God of all power, God of all
    presence, and God of all creation, we invoke Your blessings
    upon this august Assembly, upon the Speaker of this House,
    upon its Leaders, and upon all of its Members. May they be
    empowered with Your wisdom from above. May they be led by
    Your precious spirit.  May they find strength in You, oh
    God.  May Your grace, may Your mercy, may Your peace be
    with them all throughout this day and forever more. This we
    pray in the name of Your precious Son, Amen."

Speaker Lyons:    "Representative Kevin McCarthy, would you please
    lead us in the Pledge of Allegiance."

McCarthy – et al:    "I pledge allegiance to the flag of the
    United States of America and to the republic for which it
    stands, one nation under God, indivisible, with liberty and
    justice for all."

Speaker Lyons:    "Roll Call for Attendance. Leader Barbara Flynn
    Currie, status of the Democrats."

Currie:    "Thank you, Speaker and Members of the House. I have no
    excused Democrats to report today."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011

Speaker Lyons:    "Thank you, Leader. Representative Mike Bost,
    GOP."

Bost:    "Thank you, Mr. Speaker. Let the record reflect that
    Representative Mulligan and Rose are excused on the
    Republican side of the aisle today."

Speaker Lyons:    "Thank you, Representative. Representative
    McCarthy, would you like to be recorded as present? Thank
    you, Representative. Representative McGuire. Mr. Clerk,
    take the record. There's 116 Members responding to the… to
    the Roll Call, we have a quorum.  We're prepared to do the
    business for the people of the State of Illinois. Mr.
    Clerk."

Clerk Bolin:    "Committee Reports. Representative Bradley,
    Chairperson from the Committee on Revenue & Finance to
    which the following measures were referred, action taken on
    December 12, 2011, reported the same back with the
    following recommendations: recommends be adopted Floor
    Amendment #7… Motion to Concur with Floor Amendment #7.
    Correction; recommends be adopted Floor Amendment #7 to
    Senate Bill 397 and Floor Amendment #2 to Senate Bill 400."

Speaker Lyons:    "Mr. Clerk, Agreed Resolutions."

Clerk Bolin:    "Agreed Resolutions. House Resolution 669, offered
    by Representative Jones.  House Resolution 670, offered by
    Representative Acevedo.  House Resolution 671, offered by
    Representative Gaffney.  House Resolution 672, offered by
    Representative McAsey.  House Resolution 673, offered by
    Representative Osmond.  House Resolution 674, offered by
    Representative Brauer.  House Resolution 675, offered by
    Representative Moffitt."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011

Speaker Lyons:    "Representative Currie moves to the adoption of
    the Agreed Resolutions.   All those in favor signify by
    saying 'yes'; those opposed say 'no'.   In the opinion of
    the Chair, the 'ayes' have it. And the Agreed Resolutions
    are adopted. Mr. Clerk, the Adjournment Resolution."

Clerk Bolin:       "House   Joint   Resolution   54,   offered   by
    Representative Currie.

    RESOLVED,    BY   THE   HOUSE   OF   REPRESENTATIVES   OF   THE
    NINETY-SEVENTH GENERAL ASSEMBLY OF THE STATE OF ILLINOIS,
    THE   SENATE   CONCURRING   HEREIN,   that   when   the   House   of
    Representatives adjourns on Monday, December, 12, 2011, it
    stands   adjourned   until   Tuesday,   January   10,   2012,   in
    perfunctory session, or until the call of the Speaker; and
    when   it   adjourns   on   that   day   it   stands   adjourned   until
    Wednesday, January 11, 2012, in perfunctory session, or
    until the call of the Speaker; and when it adjourns on that
    day it stands adjourned until Wednesday, January 18, 2012,
    in perfunctory session, or until the call of the Speaker;
    and when it adjourns on that day it stands adjourned until
    Wednesday, January 25, 2012, in perfunctory session, or
    until the call of the Speaker; and when it adjourns on that
    day it stands adjourned until Monday, January 30, 2012, in
    perfunctory session, or until the call of the Speaker; and
    when   it   adjourns   on   that   day,   it   stands   adjourned   until
    Tuesday, January 31, 2012, at 12:00 noon, or until the call
    of the Speaker; and when the Senate adjourns on Tuesday,
    December,   13,   2011,   it   stands   adjourned   until   Wednesday,
    January 11, 2012, in perfunctory session, or until the call
    of   the   President;   and   when   it   adjourns   on   that   day   it

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

stands  adjourned  until  Wednesday,  January  18,  2012,  in

perfunctory  session,  or  until  the  call  of  the  President;

and  when  it  adjourns  on  that  day  it  stands  adjourned  until

Wednesday,  January  25,  2012,  in  perfunctory  session,  or

until  the  call  of  the  President;  and  when  it  adjourns  on

that  day  it  stands  adjourned  until  Tuesday,  January  31,

2012,  at  12:00  noon,  or  until  the  call  of  the  President."

Speaker Lyons:    "Leader  Barbara  Flynn  Currie  moves  for  the

adoption  of  the  Adjournment  Resolution.  All  those  in  favor

signify  by  saying  'yes';  those  opposed  say  'no'.    In  the

opinion  of  the  Chair,  the  'ayes'  have  it.  And  the

Resolution  is  adopted.  Mr.  Clerk,  on  page  3  of  the

Calendar,  under  Senate  Bill-Second  Reading  is  Senate  Bill

400.  What's  the  status  on  that  Bill,  Mr.  Clerk?"

Clerk Bolin:    "Senate  Bill  400,  a  Bill  for  an  Act  concerning

revenue.  The  Bill  has  been  read  for  a  second  time  on  a

previous  day.  Amendment  #1  was  adopted  in  committee.  Floor

Amendment  #2,  offered  by  Representative  Currie,  has  been

approved  for  consideration."

Speaker Lyons:    "Leader  Barbara  Flynn  Currie  on  Floor  Amendment
#2."

Currie:    "Thank  you,  Speaker.  May  we...  may  we  adopt  the  Amendment
and  then  discuss  the  Bill  on  Third-Reading?"

Speaker Lyons:      "The  Leader  moves  for  the  adoption  of  the
Amendment.  All  those  in  favor  signify  by  saying  'yes';
those  opposed  say  'no'.    In  the  opinion  of  the  Chair,  the
'ayes'  have  it.  The  Amendment  is  adopted.  Anything  further,
Mr.  Clerk?"

Clerk Bolin:    "No  further  Amendments.  No  Motions  are  filed."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Speaker Lyons:    "Third Reading and read the Bill."

Clerk Bolin:    "Senate Bill 400, a Bill for an Act concerning
    revenue. Third Reading of this Senate Bill."

Speaker Lyons:    "Leader Barbara Flynn Currie on Senate Bill
    400."

Currie: "Thank you very much, Speaker and Members of the House.
    When President Gerald Ford was in the White House the
    Congress and the President created an Earned Income Tax
    Credit. It was meant to help low-income working families.
    It's important to stress the point that these are working
    families. This is the Earned Income Tax Credit, it is not a
    give away. President Ronald Reagan signed an expansion of
    the Earned Income Tax Credit and at the time he called it…
    he called it the best antipoverty, best profamily, best job
    creation measure to come out of Congress. Illinois's Earned
    Income Tax Credit limit is set at 5 percent of the federal
    credit. This measure would expand the percentage so that in
    2012 it would go to 7.5 percent of the Federal credit and
    in '14 and beyond it would be 10 percent of the Federal
    credit. This is important to do because our low-income
    working families are pinched. They're pinched by high
    state, sales, property and income taxes and in fact, as a
    share, as a percentage of their income, they are paying 3,
    4, and 5 times as much as their more affluent neighbors.
    Most of the states that have an Earned Income Tax Credit
    are at least 15 percent. Wisconsin is higher than that and
    our… even our neighbor Indiana is much higher than Illinois
    today. Illinois, in fact, is tied for second lowest in the
    nation in the generosity of the benefit, but the important

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                12/12/2011


thing to note is that this is really a measure designed to
keep people at work and to reward them when they are, in
fact, working. In terms of what this would do for Illinois
families to go from 5 percent to 10 percent would mean that
a single mom with one child, earning a minimum wage $12,800
a year, her $285 in state tax receipt this year would go
when we are at 10 percent down to 131. A single mother with
two kids, a family of three at 20 thousand right now would
be paying 480.  We would be able, doubling the EITC, to
bring her down to 259, more than half the amount that she
owes. According to a study by the Brookings Institution,
every dollar a family saves through the EITC translates
into a $1.58 of activity in the local economy. This is not
money that people are going to sit on; it is money that
they are going to spend. Increasing the Earned Income Tax
Credit can increase economic activity. It can boost our
economy as well as helping individuals who do definitely
need our help. There's a second provision in Senate Bill
400 and that is that it will increase the standard
exemption. Today that is $2 thousand.  We exempt $2
thousand of everybody's income before we calculate what
they owe. This would, in 2012, take that number to $2,050
and thereafter would index the standard exemption to
inflation so people would not find that they're… the value
of their standard exemption is reduced over time even as
the Consumer Price Index increases. I'd be happy to answer
your questions, and I would appreciate your bipartisan
support for passage of this measure. When we created the
state EITC in the year 2000, the vote in this floor was

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

unanimous. When we made it refundable in the year 2003, the vote in both chambers, again, was unanimous. This is a business-friendly, family-friendly, antipoverty program and I am happy to answer your questions, and would appreciate your support."

Speaker Lyons:    "Doorman, please take action on the… actions being done up in the… in the gallery. Please, doorman, security. Leader Currie, we're going to get back to business on the House Floor. Did you conclude your remarks? Leader Currie, are you finished?"

Currie:    "I'm waiting for…"

Speaker Lyons:    "Okay. We have three speakers in response. Chair recognizes Gentleman from Crawford, Representative Roger Eddy."

Eddy:    "Thank you, Speaker. Would the Majority Leader yield for questions?"

Speaker Lyons:    "Majority Leader awaits your questions, Roger."

Eddy:    "Okay. Thank you. Leader Currie, first let me thank you for quoting a couple of Republican Presidents, Gerald Ford and Ronald Reagan."

Currie:    "Absolutely, it was my pleasure."

Eddy:    "I think if we paid a little more attention to them we certainly wouldn't be facing some of the issues we are today. Some of your other comments related to the high toll and the difficult time working families are having in this state related to making ends meet can be traced back to last January when, on a partisan Roll Call, your side of the aisle increased the income tax on those individuals by 67 percent. And today we're dealing with that, no question.

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

Hopefully that won't be lost in this discussion. Let me…
let me ask you a question about the effect of the Earned
Income Tax Credit as to a constitutional provision related
to a progressive tax. Isn't the net effect of allowing
Earned Income Tax Credits to change the overall percentage
that an individual is taxed to make what might appear to be
a progressive income tax system?"

Currie:    "I don't think so, Representative. And I'm certainly
aware of no court case in which someone has challenged the
Earned Income Tax Credit in the State of Illinois, which we
adopted in the year 2000. So, I think there is not an issue
there at all. This is…"

Eddy: "Well, what… what…"

Currie: …this is not a different rate for low-income people. It
is a tax credit. We offer credits for other kinds of things
as well and this seems to me to be entirely in keeping with
our usual approach."

Eddy:    "What income levels receive the Earned Income Tax
Credit?"

Currie:    "For a family of four it can range up to about $45
thousand a year. You do know that it is one of the credits
that becomes less valuable at higher levels of income. So,
it is most useful for people who are at the lower end of
the economic spectrum."

Eddy: "The… the portion of your response I think that I want to
concentrate on is the fact that for that same family of
four that might have an income of over I think you said $45
thousand, this doesn't provide any relief from that income

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

tax increase, does it? I mean this portion, the Earned
Income Tax portion."

Currie:   "At… at the highest level the value of the Earned
Income Tax Credit is negligible."

Eddy:  "So, you would…"

Currie:   "But at lower levels I think I read some of the
differences it would make for families at various levels of
the income program. So, a single mom, one child, $12,800 a
year her tax bill would go down by well more than half if
we were to go to 10 percent of the federal credit from 285
to 131."

Eddy:  "Yeah. I think you're making my point for me, and I
appreciate that. How about for somebody with a family of
four that makes $47 thousand a year?"

Currie:   "I don't have the figure, but I can… I think 47
thousand you would not qualify. And remember that 45
thousand is for a family, I believe, of four so, the limit
for a family of two would be a good deal lower."

Eddy:  "Well and I think that's my concern here, is that while
this does provide some relief for a segment of working
families and working people, if you don't happen to fall
within that category the only portion of this relief Bill
that would effect them is the… the increased personal
exemption. Is that correct?"

Currie:  "That is correct."

Eddy:  "So, what percentage of the people in the State of
Illinois, the working people of the state, would receive a
measure of relief based on the Earned Income Tax Credit
portion?"

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Currie:    "Well, right now about two and a half million people
            qualify, and ask for, and get the Earned Income Tax
            Credit. I don't know what that number might be in future
            years, but that's what it is today."

Eddy:      "So, I… I don't know if these figures are totally
            accurate, but we have about seven and a half million people
            that work in the state. About two and a half million people
            would receive the lion's share of the relief from the
            income tax increase that was passed last January under this
            Bill."

Currie:    "And… and from state and local property taxes which for
            a very low-income earners in Illinois are four and five
            times proportionally more than they are for people who are
            more affluent."

Eddy:      "So in FY13 there's $55 million worth of relief for those
            families who qualify, those working families that qualify
            and if they're over the 45 thousand, for example, family of
            four, under this portion there is no relief. And those
            individuals will be strapped with the continuing difficulty
            of making ends meet because last January the income tax was
            increased by 67 percent."

Currie:    "Of course those individuals would qualify for the
            increase in the standard exemption."

Eddy:      "Okay."

Currie:    "From 2000 to 2050 in…in fiscal '12 and then to… to
            match the Consumer Price Index in 2013 and beyond."

Eddy:      "Okay. Let's go to that, as you bring it up. What… what
            relief is that? What would the net relief be for that

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011

increase based on what we believe the Consumer Price Index
may yield for the increase in that exemption?"

Currie:    "'Course it would depend on what the Consumer Price
Index does, but our… our estimates are that in 20… in
fiscal '13 when it goes to $2,050 that the cost of the
state would be 20… about 20 million and that it would
double at the point it goes to the CPI. But that estimate,
who knows, the CPI could turn out to be negative in which
case there would be no… no benefit."

Eddy:    "Well, Leader Currie, the fact is that about $30 million
in tax relief for families, for working families, all
working families, can be calculated under this Bill through
the personal exemption COLA increase. So, there's about $30
million total for… for all working families for that
portion of the Bill."

Currie:    "I believe it's 20 million in the first year and 40
million thereafter, is what our estimates are showing."

Eddy:    "Okay."

Currie:    "For the increase in the standard exemption."

Eddy:    "Okay."

Currie:    "If there is an increase in the standard exemption
depending on what happens to the Consumer Price Index."

Eddy:    "Thank you, Representative. Ladies and Gentlemen of the
House, to the Bill. I… I thank the Majority Leader for her
comments related to the effect of this legislation. Last
January, the people of the State of Illinois were dealt a
difficult blow in tough fiscal times. Their income taxes
were increased by 67 percent. And today about a year into
the implementation of that tax, this is a Bill that

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011

attempts to provide relief to some families, more than others, working families in this state from that income tax increase. This whole situation was caused by several years… multiple years of irresponsible budgeting under Democratic Leadership. And today we're here to clean up the mess, but we're not cleaning up the mess in a manner that recognizes the full impact of that increase, not even close, not even close and not even proportionate. For families that are over 45 thousand, a family of four over 45 thousand, the relief for that family is nowhere near the relief for a family under that amount. There's no question that we need to backpedal on the damage that was done last January. But Ladies and Gentlemen of the House, unless it is fair, unless it is equitable, and unless families who enjoy this relief across the state can be treated in a similar manner, I don't think we're doing the right thing here today. I think by picking and choosing who gets relief, we're picking winners and we're picking losers and that's probably not the best way to approach this. This problem was caused by the Democratic Majority and the Leader of that Party in this state that imposed the 67 percent income tax increase on the hardworking people of this state. This is an attempt to placate them and I think the people are going to see through it."

Speaker Lyons:  "Representative David Harris."

Harris, D.:  "Thank you, Mr. Speaker. Question of the Sponsor."

Speaker Lyons:    "Representative Currie awaits your questions, Representative."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Harris, D.:   "Leader… Leader, as I understand that this is Bill
    number one of a two-Bill package. Is that right?"

Currie:  "That would be accurate."

Harris, D.:   "And with some modification these two Bills put
    together are pretty much the same as the single Bill that
    was defeated two weeks ago."

Currie: "Correct."

Harris, D.:   "So, instead of one Christmas tree we are now
    looking at two Christmas trees that are more expensive put
    together than the one."

Currie:  "I don't think this Bill is a Christmas tree, Sir, but
    I think I might agree with you when it comes to the next
    Bill on the agenda."

Harris, D.:   "Well, I think that such as the nature of
    Springfield that we end up having two Bills instead of one
    in the two… two Bills that do pretty much the same thing
    and the two end costing more than one. Ladies and Gentlemen
    of the House, on November the 16 the Chicago Tribune ran a
    large editorial that read this: 'It ain't easy being
    broke.' And underneath that it said, 'Illinois wants to
    take care of its leading employers, but what can it
    afford?' And that, Members of the House, is the key
    question. What can we afford? The State of Illinois is in
    an extremely difficult financial situation. This House,
    however, this House led the way in passing a budget for
    fiscal year '12 filled on a conservative revenue estimate.
    We built a budget that was meant to spend less than what
    our revenues were going to be. And then… and then we passed
    House Resolution 158 that says we will use any excess

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011

revenues to pay down our old bills. And according to recent
estimates from COGFA and from the Office of Management and
Budget we may have 250 to as much as 600 million dollars
above what we budgeted which we can use to pay down old
bills. But that's only a start. We must maintain this type
of fiscal budgeting discipline for several years into the
future in order to get out of the hole that was dug. Now,
we were negotiating Amendment #3 to Senate Bill 397, which
unfortunately, I believe, unfortunately was not called two
weeks ago. And then when we negotiated that the questions
were always asked, when talking about certain provisions,
what can we afford and how can we best allocate any
financial resources we have. As we look ahead to next year,
we already have mounting financial obligations. We know
that our pension payment alone is going to increase by $500
million and the Medicaid hit could be double that. So,
there was a challenge on drafting the legislation that
could aid businesses as well as individuals. Let me say,
that if this House truly wants to pay us tax relief, then
we ought to lower the income… personal income tax
immediately. But when it came to individuals, consideration
was given to how much could be allocated to the Earned
Income Tax Credit and an increase in the personal exemption
for income tax purposes. Now, I sit on the Revenue
Committee; I look at numbers that come in and how much
revenue is the state going to get in. It is worthwhile to
keep in mind that each $100 increase in the personal
exemption reduces revenues to the state by roughly $50
million. We are fortunate right now to live in a low

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Consumer Price Index environment but it is not hard to
imagine that the CPI goes up to 5 percent a year or more.
Five percent a year, each year, means a minimum of $100
increase in the personal exemption each and every year,
which means that each and every year 50 to 60 million
dollars comes off the top in terms of state revenue. Let's
look at the Earned Income Tax Credit. We negotiated an
Earned Income Tax… this Bill increases it eventually to 10
percent. We negotiated an Earned Income Tax Credit that
goes up to seven and a half percent. At seven and a half
percent a single mother with one child earning $12 thousand
would see her tax bill next year reduced to $208 from 285.
That is a 27 percent reduction in tax bill. At seven and a
half percent a married couple with three children earning
$30 thousand would see its tax bill reduced to 625 from 799
dollars a 21 percent reduction. So, there was genuine
relief for low wage earning individuals at seven and a half
percent. Now, many on my side of the aisle seem to be
uncomfortable with the Earned Income Tax Credit. I would
like to remind my fellow colleagues that this is a tax
credit for low-income wage earners. My friend, this is not
welfare. This is for people who have jobs and who are
productive members of society. We, on this side of the
aisle, should not shy away from the Earned Income Tax
Credit. At the same time we should ask the question, how
much can we afford? That's the initial question that we
started with. Personally, I believe this Bill goes too far
in terms of future revenue lost which is going to make it
harder for us to fund those basic state services that we

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011

need to fund. I think that things will be even tighter for
budgeting in the future and it's going to be even harder to
get out of the mess that we are in. However, the powers
that be, when they put the package together, said that this
is a better package than what we had before. Therefore, I
support the Bill and I encourage each and every one of you
to do the same. Thank you."

Speaker Lyons:  "Representative John Bradley."

Bradley:    "I would… I rise in support of this piece of
legislation as companion Bill to Senate Bill 397. I'd like
to compliment Leader Currie for her leadership on this,
Representative Harris, Leader Cross, for putting this total
package together. And I would encourage everyone even
though it's not everything that everybody wanted; it's a
significant step in the right direction to create balance
for the overall process that we're trying to accomplish
here. And I would encourage everyone to make an 'aye'
vote."

Speaker Lyons:  "Representative Mike Fortner."

Fortner:  "Thank you, Speaker. To the Bill. There are a couple
concerns that I have with what I see in this current Bill,
on both legs, on both the part for the Earned Income Tax
Credit, as well as for the personal exemption. Let me take
up the second of those two first. On personal exemption,
the way I see it by only increasing that by $50, even if
it's going up in the future, we are looking at the middle-
class exemption. The exemptions coming off at a 5 percent
tax rate a $50 boost, you're talking about $2.50. If we're
going to do something I think we have to do something

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

that's a little more meaningful for those in the middle
class. Yet, on the other hand, on the EITC, if part of this
is to recognize, as I think our floor Leader pointed out,
that there has been a significant additional burden placed
on all Illinois taxpayers by the income tax increase that
was enacted almost a year ago, an increase of just under 67
percent then even if one was trying to proportionally
relieve that burden on those who benefit by the Earned
Income Tax Credit one would imagine that that would amount
to an increase of the same just under 67 percent. Yet in
this Bill, by the second year it will have not gone up by
67 but an increase of 100 percent. So, not only are we
redirecting some of our budgetary resources to relief here
but I think it goes beyond even what a reasonable attempt
would be to say we need to at least keep it proportional
with what was done prior to a tax increase that I did not
support. I think it's burdening all of our taxpayers to
this day. For that reason, I'm not going to be able to
support this Bill. Thank you."

Speaker Lyons:    "Representative Dwight Kay."

Kay:    "Thank you, Mr. Speaker. Does the Sponsor yield?"

Speaker Lyons:    "Sponsor yields."

Kay:    "Representative, I have a couple of questions and they're
really fairly simple. By increasing the in… Earned Income
Tax Credit from where we are today to where you want to go,
what percent increase is that?"

Currie:    "It would be… it would be from 5 percent of the federal
tax credit to 10 percent over time. 7.5 percent in the
first year, 10 percent in the second and I just… in

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011


answering your question, let me just reiterate that we are
set tight for second lowest in the percentage we offer
people of… in terms of the federal credit, that we are the
second lowest."

Kay:    "Well, Barbara, let me… let me get to ask you again
though. Percentage wise, is it a 50 percent increase or a
100 percent increase? What is the increase?"

Currie:  "It is from 5 to 10 percent, Sir; you may do the math."

Kay:    "Okay. Well, that'd be a pretty substantial increase,
wouldn't it?"

Currie:  "And it would bring us not nearly to the middle of the
pack when it comes to the proportion of the federal tax
credit we allow low income wage earners to use in
calculating their Illinois credit."

Kay:   "Well, Representative, we're not in the middle of the pack
in a lot of things. But let me talk about… let me talk
about specifics about some facts because I'd like to make
this as factual as we can. With respect to Amendment 2 and
talking about a family that owns $50 thousand or more and
has two dependant children, what kind of tax relief can
they expect in 2012?"

Currie:  "Well, actually a family of four at 50 thousand is not
entitled as I… as I understand it."

Kay:  "They're not, okay. They're not entitled."

Currie:  "To anything. And at 45 thousand, may be the limit
today, the amount would be quite minimal. I… I got some
numbers on some people at slightly lower levels of income.
So, for example a family of five at $30 thousand a year
today would be paying almost $800 in taxes and if we were

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

        to go to 10 percent their tax bill would come down almost
        $200 to 600. But as you can see from that number, the value
        of the credit becomes a lot smaller as the value of the
        earnings increases. So, here we're at 30 thousand and you
        go from 799 to 600. So, I'm sure that if you get as… as
        high as 40 or 42 or 44, the value is not going to be so
        great because you don't get as much out of the Earned
        Income Tax Credit to begin with."

Kay:    "Okay. Let me… let me ask separate question then. The same
        scenario, two dependant children, family household earning
        $50,000, exactly what tax relief will they receive in
        2013?"

Currie:    "What was the… I'm sorry what was the number…"

Kay:    "Well, the same scenario, Barbara."

Currie:    "Family of four at 50…"

Kay:    "Well, two dependants, family of four…"

Currie:    "Okay."

Kay:    "…income of $50 thousand."

Currie:    "Okay. At $50 thousand they should get nothing from the
        Earned Income Tax Credit."

Kay:    "Okay."

Currie:    "They would get a bit of an increase in the standard
        exemption."

Kay:    "Okay. Now, let's talk about 2012 with respect to the
        income height that families in these categories now are
        really up against so to speak, the wall. Aren't they indeed
        in 2012 this $50 thousand scenario I've laid out with four
        people in the household, two dependant children… aren't

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011


they really paying about $850 more a year right now, since
they were in 2010?"

Currie:  "I don't have those figures."

Kay:  "Well, that's true, they are. And isn't it true that
that's going to continue in 2013?"

Currie:  "Excuse me?"

Kay:  "Is that not also the scenario that will carry forward
into 2013?"

Currie:  "Yeah. They would… they would still not be eligible for
help under the Earned Income Tax Credit unless there is a
change… yeah…"

Kay:  "Okay."

Currie:  "…unless there's a change at the federal level."

Kay:  "So…"

Currie:  "But they would be entitled to an increase in the
standard exemption, assuming there is an increase in the
CPI."

Kay:  "Right. Okay. And I understand that. Where I'm headed and
I think you've probably picked up on this possibly, is I'm
curious we've already done something for the lower class,
so to speak, on when it comes to income and credits. What
are we doing for the middle class?"

Currie:  "And for the middle class what we are doing is a lot
less than we're doing for some very wealthy businesses in
the State of Illinois. The value of increasing the standard
exemption and increasing the value of the Earned Income Tax
Credit is maybe a little more than half as much as the
dollars that another Bill, if we support it, will bestow
upon businesses in the State of Illinois."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

Kay:   "Well, let me… let me step…"

Currie:   "Individual tax relief is a smaller, by far, portion of
    the overall package that we earlier heard about that is
    support for business relief."

Kay:   "Well, Representative, here's my concern. I don't know
    what your staff tells you this Bill will cost the state,
    but my estimate and I think I might be right on, spot on,
    is about $100 million providing what kind of answer I get
    to my next question. Now, that's $100 million and the
    reason I'm interested in the middle class is because I
    think they're going to end up paying that. That's the
    reason I asked that question. However, let me… let me just
    ask this, is not this state penniless?"

Currie:   "I'm sorry. Is what?"

Kay:   "Is the state not penniless? Are we not broke?"

Currie:   "I do not think we are broke, and as I say, if you're
    concerned about the state of our… of our Treasury, you
    might be a lot more concerned about the vote you're asked
    to offer on the next Bill because that's going to have a
    much greater ability to deplete the Treasury than is this."

Kay:   "Well, I guess my… my point simply is this. This is a Bill
    where our help already exists for lower income tax earners
    and we're not doing anything for those in the middle, and I
    think that's… that's a shame. My last question is just
    this, wouldn't it be a better idea, when we're talking
    about income tax credit, to talk about, as opposed to
    giving people a check which doesn't incentivize them to go
    get another job… to do something different with respect to
    how we give this credit out."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

Currie:    "The… the reality is, that the reports on how the
           Earned Income Tax Credit is used suggest that more then 60
           percent use it for periods of under two years, very few
           families use that credit for longer than that. There is…
           because the value of the credit declines as income
           increases, there is real incentive to get off the program
           altogether."

Kay:   "Well…"

Currie: "And study after study shows exactly that. This is an
        incentive to work not disincentive to move up the… the
        promotional ladder."

Kay:   "Well, let me… I'm curious, one last question then. If the
       CPI went from 5 percent as opposed to maybe 1 percent, what
       would happen to the overall cost of this Bill?"

Currie:    "Well, the… the standard exemption, we're estimating
           that cost at about $20 million a year, once we're in, but
           obviously that's an estimate. If there is no increase in
           the cost of living, there would not be an increase in the
           standard exemption, a very small CPI would presumably bring
           that $20 million cost down."

Kay:   "Thank you, Leader. To the Bill, Mr. Speaker, I… I
       disagree with one… one essential element of the comments,
       the dialogue we've had. This state is penniless; I don't
       think there anyone that disagrees with it. We all want to
       help people but I think when we do it we need to do it on a
       broad base and not a disparate basis. The middle class
       needs help just like the lower class, and I think it's time
       we recognize that. I'm going to ask that we consider very

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

carefully, the state of our finances here as well as the
middle class in this state. Thank you, Mr. Speaker."

Speaker Lyons:   "Representative Mike Tryon."

Tryon:   "Thank you, Mr. Speaker. Will the Sponsor yield?"

Speaker Lyons:   "Sponsor yields."

Tryon:   "Leader Currie, I… I guess one of the things that's
frustrated me since I've been in this chamber is, coming
from local government we tend to look at things more
strategically, what our decisions might mean to us five
years from now, two years from now, three years from now.
In this chamber we've always seemed to just do a budget one
year at a time, and spend money one year at a time, except
when we voted to raise income taxes. When we voted to raise
income taxes, we made a strategy for the future and that
strategy was the income tax was temporary and in two years
from now we will have to vote to keep it around at its
current level. So, when we look at this question, do we…
how are we going to have the money in two years to keep an
Earned Income Tax Credit at $20 million?"

Currie:   "It would be my view that we are… we're seeing some
signs of renewed help in the economy, we are phasing in the
increase and just the Members of the chamber should
understand, this is not a new issue. We have been working
on increasing, expanding, making a greater incentive of the
Earned Income Tax Credit since 2000. And the fact that we
are now able to do so, I think is exciting news for our
low-income workers, and I think that that may prove a real
shot in the arm for the economy."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Tryon:    "So, being that Illinois has one of the highest levels
          of unemployment right now, today, would we not, if the
          things don't turn around, be making the decision that in
          two years would effect the very programs that a lot of
          these people rely on, such as our Medicaid program and some
          of our assistance programs, to come up with this $20
          million by reducing those other programs?"

Currie:   "But these, remember, are workers. These are people who
          are out earning wages. It's the Earned Income Tax Credit.
          If there is a problem down the road, we're a continuing
          Body; we can come back and solve it. Again, I would remind
          the Body that the dollar amounts involved in individual tax
          relief under this proposal, are very significantly less,
          very much less substantial than what you'll be offered in
          the next Bill on the Calendar."

Tryon:    "I… I might just point out that our Medicaid program
          kicks in at around 200 percent of poverty and many of these
          salary… many of these people would be effected by that. And
          in fact, it was 400 percent and we've had to cut it back
          and my guess is, if the economy doesn't turn around, we're
          going to have to take that money from some place and it
          could very well… very well be coming from programs that
          already assist those people. The question I think is, can
          you afford it? And I don't see how we make these decisions
          to continue to spend money when we know that our revenue,
          in two years, is going to drop substantially, and I'm not
          comfortable of making this decision. I think it has a price
          to pay in the end that's greater than the price and the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011


cost that it cost to implement it. So, I'll be voting 'no'.
Thank you."

Speaker Lyons:    "Leader Barbara Flynn Currie to close."

Currie:    "Thank you, Speaker and Members of the House. We've
talked about how the state is broke; we've talked also on
this floor about how we need to roll back an income tax
increase and you know what, Speaker and Members of the
chamber, I don't get it. I don't get it. On the one hand
the very people who are telling us that the state is broke,
are telling us we should reduce the level of taxation. I
think that the proposals in Senate Bill 400 are sensible,
humane and in fact, can help our economy. Low-income
earners in Illinois today get an advantage of… the maximum
they can get today is $283. We talk about our competition,
we talk about states like Wisconsin, the maximum there is
$1,926 for the same family, 283 in Illinois, 1,926 in
Wisconsin. The Indiana tax credit is set at 9 percent, we
are at 5. I would urge that putting money in the pockets of
hardworking, low-income earners in fact will spur our
economy, may help us out of our doldrums. And I would say
that applying the Consumer Price Index increases to the
value of the standard exemption doesn't mean that in the
future years we'll be taking more money than we should be
taking out of our citizens' pockets. I urge your 'yes'
vote."

Speaker Lyons:    "Leader Barbara Flynn Currie, moves for the
passage of Senate Bill 400. This Bill will require 60 votes
for passage. All those in favor signify by voting 'yes';
those oppose vote 'no'. The voting is open. Have all voted

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011

who wish?  Have all voted who wish?  Have all voted who
wish? Kay, Thapedi. Mr. Clerk… Representative Thapedi, want
to be recorded? Mr. Clerk, take the record. On this Bill,
there are 67 Members voting 'yes', 49 Members voting 'no',
0 voting 'present'. This Bill, having received the
Constitutional Majority, is hereby declared passed. Mr.
Clerk, on page 3 of the Calendar, under Senate Bill-Second
Reading, we have Senate Bill 397. What's the status on that
Bill, Mr. Clerk?"

Clerk Bolin: "Senate Bill 397, a Bill for an Act concerning
revenue. The Bill was read for a second time on a previous
day. Amendment #3 was adopted in committee. Floor Amendment
#7, offered by Representative Bradley has been approved for
consideration."

Speaker Lyons:  "Representative John Bradley on Floor Amendment
#7."

Bradley:  "I move for the adoption of this Amendment and then
debate the Bill on Third."

Speaker Lyons:  "Representative Bradley moves for the adoption
of Floor Amendment #7. All those in favor signify by saying
'yes'; Those opposed say 'no'. In the opinion of the Chair,
the 'ayes' have it. And the Amendment is adopted. Anything
further, Mr. Clerk?"

Clerk Bolin:  "No further Amendments. No Motions are filed."

Speaker Lyons:  "Third Reading and read the Bill."

Clerk Bolin:  "Senate Bill 397, a Bill for an Act concerning
revenue. Third Reading of this Senate Bill."

Speaker Lyons:  "Representative John Bradley."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                           12/12/2011

Bradley:    "Thank you, Mr. Speaker and Members of the House. This
        is the culmination of months of hard work by the Revenue &
        Finance Committee in conjunction with the Senate and the
        Governor's Office. This is the first part of an ongoing
        process that we're engaged in, in trying to reform the Tax
        Code in Illinois. We had intended in taking up these issues
        in the spring next year, and we still intend to do things
        in the spring, but the timing of two longstanding Illinois
        corporations who had weathered the economic downturn would
        weather the economic storm but were in need of adjustments
        in order to continue to remain in Illinois, made the timing
        of this vitally crucial at this point. So, in crafting the
        previous legislation, Senate Bill 400 as well as Senate
        Bill 397, we tried to create a balanced approach to the
        issue of tax relief in Illinois, to not just provide tax
        relief to large corporations which is… was vitally
        important in order to keep those jobs, those vital jobs,
        those families in Illinois, but to provide relief to small
        and middle-class businesses, to working families and the
        middle class, the strong middle class, in the State of
        Illinois. So, Senate Bill 400 in conjunction with Senate
        Bill 397 is the results of those efforts. It's very similar
        to the Bill that Representative Harris and I negotiated
        over the previous holidays. It's broken into pieces,
        obviously. There's been an adjustment to the estate tax;
        there's been the inclusion of Champion Labs directly for
        downstate. There have been adjustments in the EITC and the
        previous Bill, but overall, we have tried to provide relief
        for farmers, for small family farms, for small businesses

09700088.doc                                              27

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                        12/12/2011

through the net operating loss in the estate tax, through
the expansion of vital economic developmental tools,
through the expansion of the sunsets, and to retain the
jobs at Sears and the Chicago Mercantile Exchange, as well
as providing relief to the middle class through the
personal exemption. This Bill, although somewhat larger
than the previous Bill that was put forth by the Revenue
Committee, still lives within the means of the state and
the balancing we do in trying to pay the backlog of bills
and at the same time provide tax relief at this moment of
time. An important aspect of this Bill, which cannot be
overlooked and which was the insistence of the downstate
caucus, Democrats, Representative Harris, working together
with myself and others in making sure that there was no
impact on fiscal year 12. So, the Resolution that was
passed by this chamber earlier this year that said that we
are going to dedicate any and all surpluses in fiscal year
'12 to the payment of back bills remains in place. Whether
that surplus ends up being 250 million or 800 million,
depending on the estimates that we receive, that money will
go towards the back payment of bills. By lowering the total
cost of this package to under 300 million in year one of
the program to under 350 million in years two and three of
the program we have freed up 5 to 600 million dollars in
future budgets, which is also included in this legislation,
to pay our providers that are waiting on payments. So, we
haven't done this in a microscope; we haven't done this in
a vacuum, we've done this in the context of trying to
create a fiscally responsible package which retains jobs

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                12/12/2011

for longstanding Illinois companies, which provides relief
to the middle class, which provides relief to the working
poor, which provides relief to small businesses, to small
family farms, and retains the jobs that are vitally
important to the State of Illinois. I would ask for an
'aye' vote."

Speaker Lyons:    "The Chair recognizes Representative David
    Harris."

Harris, D.:  "Thank you, Mr. Speaker. Question of the Sponsor."

Speaker Lyons:  "Sponsor yields."

Harris, D.:    "So this is… this is Bill two of the two-Bill
    package which is more expensive than the one-Bill package,
    right?"

Bradley:  "Correct."

Harris, D.:  "And the Live Theater Tax Credit is in there at $2
    million versus $1 million?"

Bradley:  "Correct."

Harris, D.:    "And there are sunset provisions in there on a
    range of tax credits and deductions that are not now going
    to expire. They're going to remain in place, correct?"

Bradley:  "Correct."

Harris, D.:    "There's one in there for the credits to hire ex-
    felons as I understand, for ex-felons."

Bradley:  "Correct."

Harris, D.:    "However, it's in there because we want to give
    certainty to businesses that these tax credits and
    deductions are not going to expire, correct?"

Bradley:  "Correct."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011


Harris, D.:    "Thank you. Mr. Speaker, to the Bill. Before I
       address the legislation I want to tell my colleagues that
       for over 30 years I have had an associate membership
       interest in the Chicago Board of Trade which was held for
       investment purposes. This has always been shown on my
       statement of economic interests. About 5 years ago the
       Chicago Board of Trade was purchased by the Chicago
       Mercantile Exchange, the CME Group. While I do not believe
       that the membership interest poses a conflict of interest
       any more than being a hospital board member, voting on
       Medicaid issues poses a conflict, I will vote 'present' so
       as to avoid the appearance of any conflict. Let me also
       state that I own no stock in the Chicago Mercantile
       Exchange or CME Group. To the Bill. Ladies and Gentlemen of
       the House, this legislation offers significant benefits to
       two large corporations in our state. Now, many in this
       chamber will ask and say, well, if you can help the big
       guys, what is it to stop other corporations from coming to
       Springfield and seeking tax benefits? The simple answer to
       that question is nothing. Nothing will stop Abbott Labs
       from coming to Springfield and saying give us help or we
       will move up to the land we own in Wisconsin. Nothing will
       stop Walgreens from saying… coming here and saying give us
       help or were going to move from Deerfield, Illinois to
       Brookfield, Wisconsin. Nothing will stop Aon or Horace Mann
       from coming here saying give us help; we're going to leave
       Chicago or Springfield and go to Indianapolis. We cannot
       stop them from doing that no matter how hard we may try.
       Even if we had a good tax climate, and I'm the first one to

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

say that we do not have a good tax climate, there is
nothing we can do to stop a large corporation from pitting
state against state by saying it's simply thinking about
moving. You probably heard the reports that Ohio was
offering Sears almost $40 million to move to Ohio. So, if a
state should come here and do that, it is our job to fairly
evaluate, is it a good idea or not to grant benefits. So,
let's evaluate the Sears proposal and the CME proposal.
Now, there are many on my side of the aisle that say if
only we had not increased the corporate income tax, we
wouldn't be here. These two companies wouldn't be here
today if we hadn't increases the corporate income tax. My
friends, I completely disagree with that. Sears is asking
for two things; extension of its EDA and $15 million a year
in tax credits. Well, what is an EDA? It's nothing more
than a fancy TIF, and the Sears TIF is expiring in 2013.
This House almost routinely extends and approves TIF
extensions. Permit me to remind you that in the spring we
voted to extend TIFs in Dixon and Lansing, in Markhum, in
Bensenville, in Moline, and in Lawrenceville. Sears is
asking for an extension of their TIF. So, I contend that
they would have been here anyway, even without a tax
increase. As for the $15 million in EDGE credits, that is a
small price to pay for keeping more than 4 thousand jobs
and the economic impact of those 4 thousand jobs in the
northwest suburbs and in our state. Let's keep in mind that
Sears in 2010 paid $129 million in sales and use taxes and
$800 thousand in income and franchise taxes and despite the
fact… despite the fact that we got a little bit of a

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011


lecture from the distinguished Gentleman from McHenry
County about how Sears could get the tax credit and still
lower the number of employees they have now, let's remember
we did this same thing in the spring with Motorola
Mobility. We gave them $109 million in EDGE tax credit and
technically they could lower the number of employees that
they have. But the EDGE tax credits work; they're a good
idea. Companies don't get the tax credits unless they meet
the requirements of the tax credits and the Department of
Commerce and Economic Opportunity, believe it or not, does
a really good job of monitoring compliance with those tax
credit requirements. There have been a large number… a
large number of corporations who have been granted tax…
EDGE tax credits that don't get those tax credits because
they haven't met the requirements that they agreed to. And
along with MMI I should… along with Motorola Mobility I
should add that we had granted $19 million in tax credits
to Continental Tire for those folks in southern Illinois.
Okay. So, let's look at the CME. Again, I contend that we
would be here today handling the CME issue even if the
corporate tax credit… or excuse me, even if the corporate
tax increase had not passed. John Deere, Navistar,
Allstate, lots of other large corporations in Illinois do
not pay much income tax in this state because of how we
apportion corporate taxes. Taxes are apportioned on the
revenue that they generate in Illinois. Revenue from a
tractor or a combine harvester sold in Iowa doesn't get
taxed under Illinois corporate income tax, but because the
CME's computers are located in Aurora and that is where the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                    12/12/2011


large percentage of their buy and sell trades are matched
up, most of the revenue is subject to Illinois income tax
even though the buyer and the seller might be operating on
the East Coast and the West Coast. And then you throw in
something known as the throw-out rule in our corporate tax
system, and CME it gets especially hard hit by that and I
wont go into the throw-out rule. It's somewhat… somewhat
very technical. But CME has a legitimate problem that would
have brought them to this Legislature even without a tax
increase because they cannot get regulatory relief from the
Department of Revenue which is where they ought to start.
There is one aspect, though, of the legislation that I
would ask this chamber to keep in mind. We are putting in
this legislation that the CME group would be taxed at 27.54
percent, permanently. Why is that a magic a number? It's a
number made up by the Department of Revenue to which CME
has agreed. CME has offered no data whatsoever that I have
seen to say that 27.54 percent is the correct number. Maybe
it should be 21 percent, or maybe it should be 34 percent.
Now, if you think a major corporation will agree to allow
itself to be taxed at a rate higher than it think it should
be taxed, you're smoking funny cigarettes. I am not
suggesting that you vote against this Bill. I think both of
these corporations deserve our assistance. What I am
suggesting though is this House keep in mind and we put the
Department of Revenue on notice that that 27.54 percent tax
rate should not be set in stone and that it should be
reevaluated at some point in the future. They should come
to us and say we have data to support the tax rate you are

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

taxing at us. So, not withstanding the… the increase cost
of… of two Bills rather than one, I believe that this
legislation warrants your support and I hope you will vote
for it. Thank you for your patience."

Speaker Lyons:   "Ladies and Gentlemen, we have 11 people wishing
to speak and because of the seriousness of the issue, I'm
certainly going to allow the debate to go on as long as I
can, but I would ask you to please be considerate and try
to stay within the 3 to 5 minute time frame. Democrats and
staff, I'd ask you to please… Leader Tom Cross is going to
speak. The last time I was in this Chair I made a promise I
would never let him speak over the crowd noise. So, I'd ask
everybody to give him the same respect that we give Speaker
Madigan when he's on the floor. So, I'd appreciate silence
on the floor. Staff take your conversation to the rear of
the chamber. Leader Tom Cross."

Cross:   "Thank you, Mr. Speaker. This won't take long. I want to
congratulate   and   applaud   Representative   Bradley   and
Representative Harris who spent a lot of time on this issue
for a good number of days and weeks on a issue that
unfortunately or fortunately, however you want to look at
it, had to be addressed and they did a very, very good job.
They did a good job a year ago working on the budget and
developing a number that we worked off of. So, they have
continued to do good things and we are fortunate to have
their ability utilized in this chamber and on this floor
and in this state. But, I… I want to focus on today a
little bit and there may be some disagreement from others
on this and Representative Eddy's alluded to this over the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


last few weeks when he spoke. The reality of this problem
and the reason we're here today and there's no other way
around it, is that the tax policy and the increasing of
taxes a year ago did not work, and there's no other way to
look at it. We have… had seen unemployment climbed over 10
percent, we've lost over 100 thousand jobs companies
continue to talk to us and go to the press with their
either desire to leave or the fact that they are leaving
primarily because of the tax policy, but also because of
workers' compensation because of our budget situation,
because of our pension issue, because of our tort system,
and the list goes on and on and on and you had to raise
taxes because of your inability to control spending. When
you are a chronic spender, you end up with a huge hole and
it builds and builds and builds and builds and as a result
of that policy and of that approach you've found yourselves
increasing taxes. I was at a central Illinois company
earlier in the summer and walked out of the meeting with
the CEO who expressed to me his concern about taxes, his
concern about comp., his concern about the pension system
and on and on and on all these issues we've talked about on
this floor on a regular basis and who was in his outer
office sitting… getting ready to meet with him right after
I left none other than the Governor of Indiana, Mitch
Daniels. I'm not making this up; it is the truth. He was
there to come in and pitch his state to this very large
corporation. And if we think that the… the companies in
this state are not going to be down here talking to us on a
regular basis saying they are going to leave if we don't

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                        12/12/2011


get our act together, then we are sadly mistaken. We have
got to look at things in a broad-based way. Representative
Harris talked about that, Representative Kay talked about
that, Representative Eddy's talked about it. We had a
rather, I don't want to say contentious caucus a little
while ago, but we had a very spirited discussion about
whether this was right, whether this was wrong. And I think
at the end of the day, while as distasteful you may find
this to be today, there's some things in here that we need…
needed to do. CME probably bothers you the most, but the
reality of it, as Representative Harris talked about, is
this is an adjustment of how we do taxes. It's not a break;
it's not a credit. The reality is they are being taxed on
all of their trades and that's not fair, that's not right
and any corporation would ask for an adjustment. Their
timing couldn't have been better, and the… the press that
they received I'm sure they would not have liked over this
issue, but the reality is this is something we needed to
do. But beyond that we are going to, on a daily basis,
start hearing from corporations like Sears and others,
saying we're going to leave because our policies make other
states drool at the opportunity to come in here and grab
our companies and give them incentives and say come to
Indiana, come to Texas, come to Florida, come to Tennessee,
come to Alabama, come to Louisiana, the list goes on and on
because they have figured out what to do and not what to
do. There were some references on the previous Bill about
the idea or the belief that their EITC was at the certain
level or their EITC was better than ours. They can afford

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011

to do those things because their budgets are balanced;
their pension systems are under control; their tax policy
is good. I think we have to accept the fact, and that
there's a lot of angst on this Bill today, I realize that,
that every issue we confront in the next few months, in the
next few years will be very, very difficult. We no longer
have any easy choices, if we're going to put this state on
the right track and looking at things from a broad-based
approach; changing our tax policy, changing our pension
systems, reforming our pension systems, taking care of
Medicaid even more than we have, balancing our budget. Can
you imagine what it's going to be like next year
confronting a $4 billion pressure that we didn't have this
year? You think today is tough? You think today is a
difficult vote? I can't imagine what it's going to be like
next year, $4 billion, a billion on pensions, almost a
billion on Medicaid and $2 billion of pressures of unpaid
Bills in the world of Medicaid. And you're worried about
how you're going to handle today, you can't… you ain't seen
nothing yet. And if we are going to accept the fact that
this state is in as bad shape as it is, and it is, and we
want companies to stay, the picking and choosing has got to
stop. Got to roll back our corporate tax, got to balance
our budget, we've got to look at broad-based approaches and
there are three of them in here today: the NOL, the estate
tax, and the R&D. Every state around us, every state around
us, gives an R&D tax credit permanently. Every state around
us with the exception of one has no state estate tax.  The
ability to carry forward and that operating loss also goes

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

around at all the states around us. This isn't new stuff;
this isn't creative stuff on our part. This is just us
attempting to do this on a broad-based approach. So, we got
to get through today and the Senate's got to get through
tomorrow, but starting on Wednesday we've got to accept the
fact that we've got to change the rules. We've got to
approach these things differently and we have to be willing
to accept the fact that the decisions that we're going to
face are going to be very, very difficult and we don't have
any choices. We had a long, free ride where we were doing
things we shouldn't have done from a spending stand point,
enhancing benefits stand point, the list goes on and on,
those days are over. So, Mr. Speaker, I rise in support of
this    Bill.    Again,    to    Representative    Harris    and
Representative Bradley, you did a nice job on a very
difficult issue. This is a bit different then when it left
here or died here a few weeks ago but in concept in many,
many ways it's the same package. So, thank you to them and
as I said I rise in support of this and I will be voting
'yes'. Thank you, Mr. Speaker."

Speaker    Lyons:        "Thank    you    Members    of    the    chamber.
Representative Roger Eddy."

Eddy:    "Thank you. Speaker, would the Sponsor yield?"

Speaker Lyons:    "Sponsor yields."

Eddy:    "Representative, I want to really concentrate for just a
second on the CME portion because it's been described in a
number of different ways. The term bail out has been used,
I don't particularly believe that this is any bailout, but
it's more of an adjustment…"

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Bradley:  "Correct."

Eddy:  "…of the… where the tax originates or where the trade
    originates."

Bradley:  "Correct."

Eddy:  "Is that…"

Bradley:  "It's a… it's a change in the apportionment formula.
    So, Illinois has the single sourcing formula for
    apportionment. So, if a traditional manufacturer sells a
    truck or a tractor outside of this state, that's not taxed
    for income tax purposes. Everything that CME does, because
    the electronic data center is in Aurora, because the floors
    are in Chicago, is getting taxed regardless of whether or
    not those transactions are actually Illinois transactions.
    There are two different ways to look at that, and this was
    a negotiation I wasn't a part of, but it was between
    various groups from the state as well as the Mercantile
    Exchange and there were two different ways basically to try
    to sort that out, to have a more fair system. You could do
    it on population, or you could do it on census data.
    Population would have been a lower number, so they chose
    the census data information to try to determine exactly a
    more fair apportionment method and that's how they arrived
    at the 27.54 percent."

Eddy:  "Okay. And… and I guess, what I think we all need to make
    sure happens is that there is followup, direct followup to
    make sure that that 27.54 percent is accurate because if
    indeed CME is interested in paying taxes on the
    transactions that take place in Illinois, I would think
    that in this day and age where we can track by zip code

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

just about anything except probably Christmas gifts this
time of year seem to take a little longer, but why can't we
figure out a foolproof way during the trade transaction to
know exactly where it came from. And if it comes from out
of state, perhaps there's a liability there and we could
treat everyone in a manner that can be tracked and audited
and we won't have this feeling that this number has kind of
been contrived. I think that's the concern."

Bradley:     "We're… we have challenges with regards to this
specific industry in terms of coming up with a fair
apportionment method. We're going to try this. Now, there
are risks either way, right? It may be that this number is
high, and that's a possibility. It's a possibility that we
may, in the future, decide that it is low, but this is the
best that could be done in this window that we had to try
to resolve this issue before the first of the year."

Eddy:     "Well, I… I sincerely believe that this part of the Bill
deserves close examination as we go forward to make sure
that those claims are accurate and I intend to follow up on
that percentage in some manner that will require the
Department of Revenue to substantiate in a more accurate
way the way those claims are handled and I think that's
only fair to the whole process that we don't forget that."

Bradley:     "And… and the joint Senate and House Revenue Reform
Commission Committee is still functioning. It's our
intention to continue to work into the spring to work
through whatever issues we weren't able to address in this
fall Session."

09700088.doc                                           40

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Eddy:    "Well, and I… I appreciate that because I think that may
         be a place where we'll learn a lot more about some of the
         issues related to why Illinois has difficulty, not only
         attracting business but retaining business and why we face
         this revolving door now of corporations and job providers
         who are going to come in and as Leader Cross accurately
         described, continue to ask on an individual basis when
         really what we need to do is have a policy in this state
         that… that is going to attract jobs in a… in a consistent
         manner rather than the piecemeal that we seem to have. And
         I… I want to point out one other area in the Bill that I… I
         think together we need to continue to work on and that's
         the fact that business climate in this state is… is
         uncertain based on the expiration of some of these credits.
         Now, the R&D credit to extend it 5 years certainty gives
         some measures of stability…"

Bradley:    "With an additional 5-year carryover, so effectively
            ten."

Eddy:    "…with an additional 5-year carryover. The point though
         is that if you're going to make a commitment in this state
         to spend hundreds of millions of dollars to invest here, 5
         years even 10 years, while it's a period of time, it may
         not be the type of stability corporations really want. We
         need to look at why do we every few years have to renew
         these, why can't… why can't we just let businesses know
         what the climate's going to be."

Bradley:    "That's a consistent theme in all the hearings that
            we've had around the state, from top to bottom and we tried
            to address those temporarily by the extension of all these

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

sunsets. I don't disagree with you that there may,
personally me speaking for myself, there may be a better
process by which to go about that. I think that's something
else that we look at in the spring."

Eddy:    "I appreciate that as well because I think it adds
stability, but the other thing is the perception that
somehow this allows for those in power to have power over
legislation that might extend benefits, adds to the
political cynicism that we see in this state surrounding
this entire process. It's stability, but it's also
transparency and an openness that I think other business
owners would like to see in other states coming out of our
state."

Bradley:    "I…"

Eddy:    "Ladies and Gentlemen, and thank you, Representative, I
want to join Leader Cross in… in acknowledging the hard
work. This has not been easy and I know it's taken a lot of
your time, hopefully you'll still have time to shop for
some Christmas gifts somewhere along the way. Ladies and
Gentlemen of the House, to the Bill. This Bill begins to
turn around Illinois's image as far as the nation is
concerned related to whether or not we're open for business
and we're going to develop a climate in this state that's
going to be positive as it relates to employment and jobs.
We have a tremendous, tremendous difficulty right now
because of several areas where businesses find Illinois to
be more expensive to… to deal. And you know, I have friends
on the border between Indiana and Illinois that have
businesses and they don't want to leave the state and

09700088.doc                                                    42

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

they're not threatening to leave the state. The reason they
may have to leave the state is because if they don't
competitors across the border will sell their product for
less and they won't be in business. They leave this state
because they simply cannot compete because of the cost of
input here. We have to do a better job. We have to together
make job development the job of this General Assembly going
forward because that's the only real way out of this,
fiscal climate that we find ourself in is growth. And job
growth it puts people to work; it helps families, it helps
everyone if we create jobs, and I think that's what this
does. It's not perfect, very few Bills that come out of
here are perfect, we all know that. But, it does have
enough in it that I believe we should support it if for
nothing else that it begins to turn this state in that
direction we need to turn to create that positive
environment. So, I would urge colleagues on the House Floor
to not let what happens sometimes on this floor, and I'm
sure I've been guilty of it a couple of times as well,
don't let the perfect become the enemy of the good. Realize
that this is what we can do right now, but let's look at
the spring, and let's look at the next few years in a
bipartisan manner that we can address some of the other
issues that people tell us are the problem. Let's listen to
the people who create jobs and let's come up with a better
way of doing it, but today, a couple weeks before we get
out… or we have Christmas let's make sure this state is
going to be more stable for jobs. I urge an 'aye' vote
today."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                           12/12/2011


Speaker Lyons:   "Representative Dunkin. Three to five minutes,
     Representative, if you can."

Dunkin:  "Thank you, Mr. Speaker. Will the Sponsor yield?"

Speaker Lyons:  "Sponsor yields."

Dunkin:   "Representative, first of all, I'm impressed that you
     have the tax incentive for the theater credit. It's very
     similar to the film tax credit. It affords or creates an
     atmosphere where someone who is interested in production
     they look at tax incentives in various states and they
     select a state based off of various reasons. Tax incentives
     are certainly one, and the plus part of it is the state
     doesn't lose out at all, for the most part, because just
     like the film tax credit they have to spend a certain
     threshold and then that's when our tax credit actually
     kicks in. They do that by hiring an individual, paying an
     individual $25 thousand, have to spend over $100 thousand
     for a commercial or a television or… or movie production
     and the… and this is somewhat similar to the film with the
     theater tax credit, so that's the good part of this Bill.
     My question to you is what is the solvency… the projected
     solvency estimate… estimate of Sears and CME?"

Bradley:   "Well, as far as I know their solvency is okay. We
     should note that if there were a situation, god forbid,
     where these longstanding Illinois companies, who have
     survived the economic downturn, who are still here were to
     get into that situation, it would actually reduce or
     eliminate the cost to the state. So, for instance, the EDGE
     credit is not going to continue if Sears isn't around; the
     EVA is not going to continue if Sears isn't around. If the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011

CME is not around, we stand to lose, even after this
adjustment, 85 to 100 million dollars of tax revenues, if
they're not around even after this adjustment. So, that's
the situation we find ourselves in is that we lose the
jobs, the families are impacted, be devastating to the
regions in which these companies are located, the revenue
to the state in terms of the EDGE credit would no longer be
a liability."

Dunkin:   "So, there is a commitment with the tax committee or
the Revenue Committee to come back and assess all of the
larger companies, the smaller companies, the mid size
companies as well."

Bradley:   "With regards to the EDGE credit, it's in the Bill. If
they leave the state, they shut down, it goes away."

Dunkin:   "So, what's the threshold for a company to benefit from
the EDGE credit? Do they have to have certain number of
employees, have a certain revenue base?"

Bradley:   "Yeah. There… that's something that is of personal
interest to me, and something that the committee is going
to be looking at in the spring. In terms of, is there some
fiscally responsible way for us to expand the EDGE credit
to a broader base of Illinois businesses. We haven't been
able to get that worked out yet, we haven't been able to
figure out exactly how to administer that yet, but I think
that at some point in the future we've got to consider the
possibility of providing this type of relief to a broader
range of Illinois businesses including small and mid-size
businesses."

Dunkin:   "Was there a third company to…"

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Bradley:   "There's a champ…"

Dunkin:    "…enter into this legislation?"

Bradley:   "…there's a Champions Lab which is down, I believe
           it's in one of the Representatives over there district, and
           so it's not in my district, it's north…"

Dunkin:    "But it's in our state."

Bradley:   "Yeah. But it's in our state. And that's a unique
           situation because not only are they looking at retaining
           jobs, but they're actually looking at relocating jobs from
           other states. So, before I… before they turn off my
           microphone, let me just say I appreciate your leadership on
           the issue of live theater. I appreciate your commitment to
           the arts in the State of Illinois and I'm happy that this
           is part of the legislation."

Dunkin:    "I am, too, and to the Bill. Thank you, Mr. Sponsor.
           Ladies and Gentlemen, you know, I've been here for 10 years
           and one thing that I'm clear on is that our state is not
           great just because we say it's great. It's great because we
           have an incredible and diverse labor force. We have a very
           impressive professional set of young people, older people
           that are season from Caro, Illinois, all the way up to
           Rockville, Illinois and companies actually feel good about
           not only moving to the State of Illinois but staying here.
           I don't know the numbers, but I think all of us should
           avail ourselves to some of the recent… over the recent 8 to
           12 months of how many new companies actually moved to the
           State of Illinois, in spite of this economy. I think we've
           really, in some cases, been over the top with beating
           ourselves up because some of the major corporations grab

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

the headlines, but there are a number of small and mid-
sized companies that have recently moved to our state, and
that we're enjoying their revenue generation, their
employment of our citizens. Indiana, Ohio, Michigan,
Wisconsin, they can't come close to some of the attributes
that our state has. We have a diversity of look, Great Lake
up north, the Shawnee Forest down here, fantastic hotels,
major colleges and universities that are second to none.
So, we also have to be conscious of sort of who's playing
who, just because a state or Governor outside of our state
entertains some of the companies here, doesn't necessarily
make fiscal sense for some of these major corporations to
just up and leave. So, we have to be exceptionally
conscious and aware that sometimes, some companies, yeah,
some of them may be playing games. Do we want to have any
job loss in the State of Illinois? Absolutely not. What's
the barometer for measuring who's serious or not, whose
numbers makes sense or not? I don't have that answer. But
this is a state that I am very proud to live in because I
know of all of, just like many of you, some of the
attributes and assets that we possess here in the state.
So, I'm looking forward, Mr. Chairman, for you and your
committee and others who are not on the committee to really
assess the Tax Code and make sure that it's fair for those
small businesses, for the mid-size businesses, for those
emerging businesses, and the large corporations. It's not a
Democrat or Republican issue whether jobs are sustained
here in the state. All of us are pro-business in our
district, in our cities, and in our state, but doing the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

   right thing sometimes require an extra step. So, I applaud
   you, Representative, and Representative Harris, and the
   other Leaders to at least take a serious look at what it is
   that we need to be projecting or trying to understand going
   forward. I would encourage an 'aye' vote as well as my
   colleagues. Thank you."

Speaker Lyons:   "And if we keep our remarks between three and
   five minutes, I'm sure it'd be appreciated by all Members
   and still be able to get your point across. Next speaker is
   Representative Jack Franks."

Franks:   "Thank you, Mr. Speaker. I'm really concerned about the
   business climate here in Illinois. I think it's uneven, I
   think it's unfair, it's disjointed, and it favors the
   powerful over those with fainter voices. We have small
   companies that can't get their tax overpayments back from
   the state. Just last week in McHenry County, we had two
   different companies trying to spend $350 million to give
   additional health care where the state says the most
   critical need in the state is in southern McHenry County
   and in northern Kane. And we can't even allow companies to
   spend $350 million and put people to work because of our…
   our archaic system here in Illinois. Now I want to
   acknowledge like the others have the incredibly hard work
   of Representative Harris and Representative Bradley and
   express appreciation for their Leadership, but Ladies and
   Gentlemen, we have been summoned to Springfield at the
   behest of corporations threatening to relocate and displace
   thousands of Illinois workers. We have been told that these
   incentives are vital towards retaining their jobs. In

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

short, we have been told to act now or pay the penalty.
Now, to fully comprehend how we got here we must look at
where we've been. We've allowed a business tax avoidance
scheme, that, at its best, is… is an ineffective economic
development strategy, which is a zero sum game and at its
worst, it's politically corrupting. Now, this year alone
the Governor has pledged more than $246 million in EDGE
incentives to 43 companies to create 1,715 jobs and to
retain (6460 jobs). Now, of course, those numbers fail to
reflect up to the 30 percent of the workforce reduction
permitted in fine print in many of these EDGE tax incentive
agreements. So, this really isn't a retention of workers,
rather it's a state subsidy to fire taxpaying Illinoisans
with their own tax dollars. Now, this was done to get
around the clawback provisions that we had passed years ago
in response to what happened in Harvard with Motorola, when
they have gotten about $43 million from the state and we
said we're not going to allow that to happen again and if
you promise to create and retain jobs, you're going to have
to do that. But what the Governor cleverly did is simply
said the retention is lower than what you have now which I
think goes around the whole spirit of the Law we had passed
before. You look at Motorola Mobility, they were awarded
$47 thousand, over $47 thousand per job. Navistar and other
firms were also… get this exclusive VIP arrangement that
allows them to retain their employee's state income tax
withholding. Another is a Russian steel company. They were
pledged… we're paying $61 thousand per employee for 70
jobs, totaling more than 4.2 million. Again and again the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                          12/12/2011

state is doling out incentive packages one by one without
transparency, without accountability, and without
demonstrating whether they are good deals for the Illinois
taxpayer. Now, the Governor did all of this without the
Legislature. I'm wondering why he needs us now. Now, I
requested the opportunity to vote on a package that did…
that did not include Sears, and unfortunately, that did not
happen. So, the proposal before us allows Sears to retain
$15 million of the withholding taxes collected from their
employees for the next 10 years at a cost of approximately
of $150 million. But just this month, Standard & Poor's put
Sears debt deep into junk territory. This is following 19
straight periods of sales declines, according to Crain's.
Fitch has downgraded Sears to B or five levels below
investment grade. Now, according to the analyst, Sears
would have to bring in over a billion and a half dollars
during this holiday season just to cover its
responsibilities, but last year they did less than 950
million. It's clear that Sears will have to fire employees,
and close stores to meet its obligations. So, we must
question whether this is a good investment since we've been
relegated to doing this company by company. So, instead of
capitulating to corporate demands, what we really ought to
be doing is taking efforts to level the playing field for
all businesses trying to succeed and we really ought to
stop the burden shifting. And since we're giving away
revenues from the latest tax hike, why don't we get rid of
the tax hike altogether? This proposal would give back
around $350 million. Now, the entire corporate tax increase

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


that we passed last year was around 750 million. We're not
that far apart but I think at least then our small
businesses that can't afford lobbyists will see some
relief. Now, these are the type of questions that we need
to be asking with a healthy dose of… dose of skepticism.
Our Tax Code is badly in need of revision and I hope that's
the take away we get from this whole ordeal. So, we need to
craft a system that benefits all Illinois businesses
instead of the chosen few, a system that's predictable and
avoids the case by case absurdity. Now, Representative
Harris said something interesting about the Illinois
Department of Revenue and how they should look at this
number to see whether it's correct, the twenty-seven and a
half percent for CME. I… I believe that should this Bill…
Bill fail, that the Governor by Executive Order could cut
the CME tax rate on his own, because if they're being over
taxed unfairly that's something that should be fixed. But
Ladies and Gentlemen, we need to come together and to work
on a… on a project that is fair for all of our businesses.
And I'll be submitting legislation this coming month to
overview how we give… overhaul, rather, how we give these
tax credits and these EDGE credits. I'm as concerned as all
of you are that it isn't fair to the taxpayers and
hopefully, we'll get on this as soon as we get back in
January. So, thank you."

Speaker Lyons:   "Representative Zalewski, three to five minutes,
    Representative."

Zalewski:   "Thank you, Mr. Speaker. Will the Sponsor yield?"

Speaker Lyons:   "Sponsor yields."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011

Zalewski:    "Representative, first of all, a lot of the main
       points of this Bill have been covered. I commend you for
       the work you and Representative Harris did on this
       particular Bill for the second year in a row."

Bradley:    "And… and you, as well, as a Member of the committee."

Zalewski:    "Thank you. For the second year in a row though
       you've given up your holiday season to tackle some of the
       biggest issues that face this state. And I think you should
       be commended for it. There's a specific aspect of the Bill
       though that I… I think requires some clarification and it
       deals with the tax tribunal that the stat… that the Bill
       sets up. Can you explain briefly where the idea came from?"

Bradley:    "Yeah. It came out of the hearings that we had over
       the summer.  And there's concern that Illinois could have a
       more business-friendly approach with the way that we handle
       tax disputes. And so, this is an ongoing movement in the
       United States. And we didn't want to tie the hands of the
       state or the Department of Revenue too strongly in terms of
       doing this, but we did want to send an important message
       and take an important step in saying that we're looking
       towards the creation of these. We're going to sit down in a
       bipartisan way as we did with this Bill, work together with
       the Governor's Office, the administration, the Department
       of Revenue, try to craft a more fair process for Illinois
       businesses."

Zalewski:    "So, what… what I think the… the concern is expressed
       among us at the Department of Revenue and some other
       individuals is… is that we're not entirely sure what the
       problems are with the existing process for appealing a tax

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


        issue before the Department of Revenue. Is… is there a
        specific problem that occurs when this… when a business
        says… says I… I don't necessarily owe what… what the
        Department of Revenue says I owe?"

Bradley:    "The way I would envision this is a process, a
        discussions and potential hearings where we would go
        through this in a more deliberate and thoughtful approach
        over a longer period of time, as we have more time, and
        work towards a solution. So, what this does is it creates a
        framework, but it doesn't tie our hands in terms of saying
        we have to this or we have to do that."

Zalewski:   "What… what the Bill says… the language of the Bill
        says is… is it basically is only two paragraphs that says
        at some later point that the Department of Revenue will set
        forth rules, promulgate rules, appoint staff, and deal with
        this new tax tribunal. I think that's the concern that a
        lot of us have is that with just two paragraphs in… in a
        Bill such as important as this, that we're leaving a lot to
        the imagination. It would be my suggestion, and I'd be
        happy to work with you in… in the spring, for the… the
        Revenue Committee to take an active role in setting up that
        process so we can ensure that the… that while businesses
        are given a fair shake by the Department of Revenue that
        this tax tribunal doesn't, in fact, impede the state's
        ability to collect unpaid taxes."

Bradley:    "Well, Representative, I think that's a great
        suggestion and I think that the Revenue Committee needs to
        be the central roll in this, working with the Senate. Maybe
        we do it in the context, or I would hope we would do it in

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                    12/12/2011


the context of the Joint House Senate Revenue Joint
Committee and I would, for my part, recommend that you
leave that effort within our Body."

Zalewski:    "Well, again, Representative, thank you. I plan to
support your Bill and I appreciate you taking time to
answer my questions."

Speaker Lyons:    "Representative Dwight Kay. Three to five
minutes please, Sir."

Kay:    "Mr. Speaker, I have a parlia… a parliamentary question
first. And I thought I had my light on long ago and I was
first but apparently I wasn't."

Speaker Lyons:    "I call them as I see them, Dwight."

Kay:    "I understand. Is it still fair to ask a parliamentary
question?"

Speaker Lyons:    "Certainly, always… always in order."

Kay:    "Okay. Thank you. Representative Bradley, there are parts
of this Bill I think are good and parts I think are… are
not so good. And my question to you is today, would you be
willing to bifurcate your Bill?"

Bradley:    "This is the Bill that we're going to vote on. We've
already bifurcated the structure and so we're going to vote
on this. Your Leader, myself, others have done this in a
compromise bipartisan manner. So, it's our intent to have a
vote on this today."

Kay:    "So, that's a no."

Bradley:    "I thought it was… I thought it was…"

Kay:    "Well, I'm just… a simple yes or no is good."

Bradley:    "…I thought it was a polite southern Illinois no."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Kay:    "Yeah. And it was. Thank you, John. Mr. Speaker, can I
        continue?"

Speaker Lyons:    "Dwight, you got three to five minutes, that's
        fine Sir."

Kay:   "Thank you."

Speaker   Lyons:    "Did   you   have   a   question   for   the
        parliamentarian?"

Kay:   "No… no."

Speaker Lyons:   "No… no that was it."

Speaker Lyons:   "Oh, Okay. Okay go ahead."

Kay:   "Okay."

Speaker   Lyons:    "Three   minutes,   five   minutes,   we'd appreciate
        it."

Kay:    "I  have  listened  to  the  debate  today,  Representative
        Bradley and, there seems to be a lot in here for business,
        for business that is failing. And I'm wondering, what's in
        here for business that is succeeding?"

Bradley:   "Well, as the support of the National Federation of
        Independent   Businesses,   the   Chicagoland   Chamber   of
        Commerce,   the   Illinois   State   Chamber   of   Commerce,   the
        Manufacturers'   Association,   the   Retail   Merchants
        Association,   Mid-West   Truckers   Association,   Taxpayers
        Federation   would   suggest   the   estate   tax   is   directly
        targeted  for  small  business  particularly  family  farms. The
        net   operating   loss   is   specifically   targeted   for   small
        business by capping it at 100 thousand. The tax tribunal is
        specifically  targeted  for  small  business  by  creating  a  more
        fair  process  through  the  mechanism  that  the  Representative
        previously  discussed. The  R&D  credit  will  not  necessarily

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                      12/12/2011


just help big business; it will potentially help small
businesses. So, either you would argue that there is as
much or more for small business in this package as for big…
big business."

Kay:   "Well, and… and certainly, you know, being in Illinois and
being a businessman these questions are a wheelhouse issue
for me. I kind of understand what it is to do business
here, Representative."

Bradley:   "And so you… you, if anyone, would appreciate the
impact of a $9500 tax rebate on net operating loss…"

Kay:   "Oh… Oh."

Bradley:   "…or… or estate tax."

Kay:   "Yes, I do."

Bradley:   "It'd be helpful."

Kay:   "What I don't appreciate is the fact that I have to
purchase that. What I don't like is having to buy it by
paying off Sears and CME because there's something,
Representative, that seems fundamentally wrong with that
and that's why I ask the parliamentary question, shouldn't
this Bill be bifurcated? You know the second part of the
Bill is marvelous, nobody in business disagrees, with all
the aspects of the business Bill. In fact, I think Leader
Cross, who's not here now, mentioned that most states have
all or part of the elements that we're talking about date
but what he didn't mention is they don't have to pay for
them in Indiana, and Wisconsin, and Iowa, and other states,
they don't have to pay for them. But let me… let me back
off just a second, if I could. Here… here's what my
research has found. We have given Motorola some incentive

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011

money, we've given Navistar some incentive money; Ford, I
think falls in that group, Mitsubishi, I think falls in
that group. Now, we talk about Sears, CME, Champion Labs,
and I think there's a theater tax credit in there. How do
we pay for this? How do we afford this?"

Bradley:  "Well, as was mentioned previously, by the expiration
of the Bonus Depreciation Program, which is a one-year
program, that there will be money come back on the books
for the state in the next several years and that will… by
eliminating the amount of the cost of this program, we
would use that additional revenue coming back on the books
to pay for majority of this program."

Kay:  "I had a conversation last Friday with two Members of the
committee in Washington, D.C., that handles the issues like
bonus depreciation, and they tell me bonus depreciation in
fact, will be with us next year. So, we going to decouple?"

Bradley:  "I don't think you can depreciate things twice. So."

Kay:  "Well, that… that's interesting. I mean, if we have… if we
have bonus depreciation back, are we decoupling from that
as the State of Illinois?"

Bradley:  "Not under this proposal."

Kay:  "Not under this… but my question then is, if we don't do
that, how do we pay for these incent…"

Bradley:  "I answered…"

Kay:  "How do we pay for all this…"

Bradley:  "I answered…"

Kay:  "…when we're all said and done?"

Bradley:  "I answered you question, Representative."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Kay:    "Okay. This is the last tax reform package, our policy
        that we have in the State of Illinois. You know what the
        date of that is?"

Bradley:    "I... I have... you did not give me the benefit of
        showing..."

Kay:   "I know and..."

Bradley:    "...that to me before your questions, counselor."

Kay:   "...let me just tell you and I don't... you know, what I... I
        apologize for that, it's 1969 and I didn't know it either
        until I looked it up."

Bradley:  "That was two years before I was born."

Kay:    "Well, congratulations. So, you obviously don't know
        what's in it and neither did I. But my point is just this,
        in 1969 it was the last time we had a comprehensive tax
        reform policy that effected business and individuals in the
        State of Illinois. And you know what's happened since then?
        Well, I'll tell you..."

Bradley:  "I was born."

Kay:    "...and we're grateful for that. You know what's happened
        though since then, on a serious note? We have stacked one
        tax credit, one bailout, one buyout, another tax credit,
        another incentive on top of one another until we don't know
        what we have today. So, wouldn't we be better off today
        treating everyone fairly by taking a hard, serious,
        intellectual, comprehensive look at how we fix a policy and
        not two companies?"

Bradley:   "We're in the process of doing that, as I mentioned
        earlier."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011

Kay:    "John, I want to… I want to just tell you this, and I
        appreciate your hard work. I know you and Representative
        Harris have… have worked very diligently on this. I'm going
        to vote 'no' on this, Mr. Speaker, and I'm going to have to
        tell you why. I came to this House very humbled and very
        dedicated to fixing problems and to be very specific, this
        doesn't fix problems. This is really, really nonsense when
        we should be using common sense in how we approach the
        problems in the State of Illinois. Now my experience that…
        John, is that we don't ever, ever walk away from our
        experiencing conviction, and I will tell you today that
        what you're asking us to do, what you're asking us to do is
        compromise on principle something that could be good for
        something that is very bad by comingling these two things
        together. And I will tell you that compromise has put this
        state in the very position that we are today. I heard, not
        long ago, that tomorrow, on Wednesday, we were going to
        start all over again, and we were going to do it right. Why
        don't we start it all over again today and do it right. It
        seems to me that we need to stop compromising and we need
        to start working for the people of the State of Illinois
        who indeed are going to end up, and I'm talking about the
        taxpayers of this state, are going to end up picking up the
        tab for this Bill because we have no money. We have no way
        to pay for this. There is no comprehensive plan that anyone
        can demonstrate today that there is payment on the table or
        coming to pay for this Bill. I think, Mr. Speaker, I'm
        going to close by saying this. I think it's high time that
        we recognize, as we deliberate here in Springfield and we

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


cast votes, that's a high honor, but the people still rule. People in my district, they don't want… they don't want incentives, they don't want buyouts or bailouts. The only thing they want is good government and my friends, I would summit to you today, that good government is not compromised any longer. Thank you, Mr. Speaker."

Speaker Lyons:   "Representative Crespo, three to five minutes please, Sir."

Crespo:   "Thank you, Speaker and Members of the House. Number one, I want to congratulate Representative Bradley and Harris for putting this together. I was very intimately involved with this Sears component and it was a lot of heavy lifting, so what… what they are able to accomplish is really remarkable. So, thank you very much. And… and, to the Bill. Let's put things in perspective a little bit. Hear all this discussion about the business climate in Illinois, but folks, it's just the competitive nature of the world we live in. I was reading the Chicago Tribune editorial on Sunday and… and they make reference about the competition between states and they… they referenced a study by the University of Iowa that states that incentives and credits alone cost $50 billion a year nationwide. States are competing against states; we're not the only one. Do I wish we had a better business climate, absolutely, But we're not the only one. Now, I'd like to talk about Sears a little bit. Because I do reside in Hoffman Estates, I'm not going to defend Sears. They're big boys; they can take care of that themselves. But let… let me deal with the facts. In addition to the 6 thousand jobs,

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


there are another 47 businesses that were sprung up in the
last 5 years adjacent to the Sears headquarters, outside of
the EDA that created approximately a thousand more jobs and
produced an additional $3.5 million in taxes for all the
taxing bodies. More than 100 thousand people visit the
campus every year, many supporting the local businesses
accruing 30 thousand nights per year at nearby hotels and
18 thousand annual airline tickets in and out of O'Hare for
Sears associates alone. Now, I have been talking to Sears
for quite some time. Once we heard about some of the offers
that were being made, I did tell Sears we will not offer
you the most; we will offer you the best proposal. Once you
take    into    account    all    the    tangibles,    intangibles,
infrastructure,    transportation,    the    work    ethic    of    the
people that live in this state, it will definitely be the
best offer. I feel confident that if this Bill passes the
House and the Senate and the Governor signs it that Sears
will strongly support us in front of their board. Finally,
we talk about numbers, we talk about Sears, we talk about
what we need to do. Ladies and Gentlemen, this is about
people. I have met some of these folks that work at Sears.
They're paying close attention to what we're doing today.
These are people with families that really care, they are
really concerned. So, I ask you please join me; let's stop
playing with fire and do the right thing and please support
this legislation. Thank you."

Speaker Lyons:    "Thank you, Representative. Mike Tryon, three to
    five minutes, Mike."

Tryon:    "Thank you, Mr. Speaker. Will the Sponsor yield?"

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


Speaker Lyons:   "Sponsor yields."

Tryon:     "Representative Bradley, just for clarification of
     legislative intent so that we understand some of the
     components in this Bill. There's a component piece in the
     Bill that says that if Sears doesn't maintain the number of
     jobs that… that are, in fact, required to maintain, I think
     its 4700 hundred, that there be a proportionate loss…"

Bradley:  "Correct."

Tryon:   "…of revenue corresponding with that…"

Bradley:  "Correct."

Tryon:   "…and it… but the question is when there's no jobs then
     the EDA goes away and Hoffman Estates would, for one more
     year, be able to receive the benefits of the tax rebates.
     Is that correct?"

Bradley:   "Yeah. That was negotiated in order to wrap up the
     EDA."

Tryon:   "Okay. What happens if Sears leaves Illinois and keeps
     not zero jobs but let's say 100 jobs are skeletal staff…"

Bradley:  "I… I think that would've…"

Tryon:    "…just to maintain the building."

Bradley:  "…I think that would effectively end the EDA."

Tryon:   "So, your intention here is that if that were to happen,
     if Sears were to leave and there was only a minimal
     workforce left here, that the EDA would… would cease…"

Bradley:  "Yeah."

Tryon:    "…to exist and Hoffman would then have one more year."

Bradley:   "Sears… Sears would be forfeiting all their benefits
     and the EDA would wind up."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011


Tryon:    "Okay. I… I wanted to get that clarified 'cause that…
          that was our hope that that's what was going to happen. I…
          I want to tell you that… that this is… I have the honor of
          representing both a lot of Sears employees and District
          300. And District 300 is my school district and I'm very
          proud  of  my  school  district.  I'm  proud  of  my
          administrators, I'm proud of my students for coming down
          here, I'm proud of my parents groups. They engage, they
          exercise their constitutional right. They saw something
          that didn't work for them and they let us know about it.
          But I also have to tell you how disappointing it was for me
          to hear you and the Minority Spokesman publically criticize
          and emasculate my administration, my parents group, and my
          students, because you didn't agree with the way they
          engaged that process. That was their constitutional right.
          Particularly difficult for me, since I'm on COGFA, and I
          traveled 350 miles from my house to go to Murphysboro and
          Chester and I sat in gymnasiums and took four to five hours
          of testimony from people in your part of the state. Not
          once, even though I disagreed with the mechanisms and how
          they presented their case not one time did I criticize
          them. And I just hope that that's not something that would
          ever happen again. And I know that our emotions get intense
          and sometimes those things come out. 'Cause I have a
          respect for you, and I think you worked very hard. There's
          a lot of good things in this Bill and there's things I
          don't disagree in that Bill and that's the way many of our
          Bills are, but that part was disappointing. For the same
          reason that Representative Franks said he could not support

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011

this Bill and Representative Kay, I feel the same way. I
think it's important for everybody to know that if this EDA
were to expire, Hoffman Estates would get $3.3 million. If
this EDA is extended, Hoffman Estates is going to get $5.7
million. They get more money then if the EDA were to
expire. That's unfair. I made a suggestion on how we might
be able to work that out with an EAV formula tax credit
that was dismissed out of hat. I would've liked to have had
more balance in that part of the Bill. But also this idea
that we can continue to negotiate, just by business by
business, and offer incentives on top of incentives for
those who say they're going to leave. I think we need to
look at the bigger picture and fix why everybody wants to
leave. Representative Franks did not mention the fact that
the Governor of this state gave Groupon $20 million for 250
employees. That's $80 thousand a job of our tax money that
one… that one small company got. So, while there's things
that are good in this Bill, there's things that I can't
support and for that reason I'm going to vote against it.
And I hope that we're going to come back and we're going to
do something to really change the fact that Illinois has
developed this atmosphere as being business unfriendly. And
I know a lot of that falls on you, Representative Bradley,
and I stand willing to work with you to make those changes
in our Revenue Code that might make us a more business-
friendly state. Thank you."

Speaker Lyons:   "Representative Sullivan, three to five minutes,
Ed."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011


Sullivan:    "Thank you, Mr. Speaker. Would the… give me a quick
        second. Will the Sponsor yield?"

Speaker Lyons:  "Sponsor yields."

Sullivan:    "Representative, for legislative intent, throughout
        the Bill the word 'developer' refers to the entity that is
        presumably Sears. Is Sears a divide as the developer in the
        redevelopment agreement, documents executed originally by
        both Sears and the Village of Hoffman Estates when the EDA
        was established?"

Bradley:  "Yes."

Sullivan:    "Also, on page 45 of the Bill, it refers to developer
        or any of its success or entities. By success or entities
        are we referring to success of Sears operating companies
        and not to an entity simply occupying the Sears premises in
        Hoffman Estates?"

Bradley:  "Yes."

Sullivan:    "And lastly, the total Sears package is broke up into
        three portions: the EDGE credit of $150 million over 15
        years, local property tax benefits to pay the remaining
        Sears obligation of approximately $125 million, and the
        additional 5 million per year to keep the EDA going
        administratively. Is that correct?"

Bradley:    "I agree with the first two. The third one is the
        amount of money that goes to Hoffman Estates. It doesn't
        actually go to Sears."

Sullivan:    "The additional 5 million per year to keep the EDA
        going administratively to Hoffman Estates. Thank you very
        much."

Speaker Lyons:  "Representative Gaffney."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011


Gaffney:  "Thank you. Will the Sponsor yield?"

Speaker Lyons:  "Sponsor yields."

Gaffney:  "I have also two questions for legislative intent regarding the Sears school district. There's a prohibition on using the EDA tax funds to pay for the operating cost of the Sears Center Arena. Does that prohibition also include the payment of bonded obligations or a mortgage cost on the Sears Center?"

Bradley:  "Yes."

Gaffney:  "Thank you. The Bill states that once the developer's obligation has been satisfied the economic development area will end. Who will certify the amount of that obligation and will that certification have the force of law?"

Bradley:  "Yes. I… Could you repeat the question, please?"

Gaffney:  "Who will certify the amount of the obligation…"

Bradley:  "Sears."

Gaffney:  "…and will that certification have the force of law?"

Bradley:  "Yes."

Gaffney:  "Thank you."

Speaker Lyons:  "Representative Barickman."

Barickman:  "Thank you, Mr. Speaker. I'd like to speak to the Bill. I first want to say thank you to the Sponsors of the Bill for the… certainly the hard work that they've done to bring this piece of legislation to us today. I think I am not alone in this chamber in feeling the pain that some of the businesses referenced in this Bill feel. And without a doubt, there are certainly some tremendously good aspects to this Bill, for which there are many reasons to be supportive. The idea of… of raising the threshold of the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                           12/12/2011


estate tax, the research and development tax credits that
are forwarded, and the net operating loss deduction are all
certainly good provisions of this Bill, although, certainly
you could argue that they could go much further. But the
reality is, I think, for all of us here in this chamber,
the reason that we're here today, the reason that we are
having this debate and this discussion is not about the
handful of good aspects of this Bill, but what has been
disputed today and what I'd like to make very clear is what
I believe is the reason that we're here today is because of
the massive tax increase that was passed by this Body, over
my objection and many of my colleagues, but this massive
tax increase that was passed on businesses small
businesses, and big alike, throughout our state. And some
have suggested, in today's discussion, that we would have
this discussion regardless of whether there was a tax hike
back in January. And I would point all of you to the facts
of why were here. Crain's first reported that CME was going
to appro… approach the Legislature back in June. Terry
Duffy the CEO of CME said that during a shareholder meeting
he had grave concerns about the financial impact of the tax
increase on this state and specifically on their company,
on CME. To all of those in this chamber who supported this
tax increase, I remind you of your statements then that a
tax hike such as that would have no impact on our economy.
The reality is myself, and many others, said that once you
raise income taxes on the people and the business of
Illinois you drive out the jobs of the state. Here we have
exactly that. We have a massive tax increase passed on the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                    12/12/2011

business of Illinois. The businesses stood up and said
because of the tax increase we are looking elsewhere, and
the question before us today is what are we going to do
about it? Some of you have indicated that you want to
support a band-Aid solution here today by picking and
choosing some winners, and I argue a handful of winners, at
the expense of everyone else. When the tax increase passed,
the corporate tax increase was designed to generate $700
million in additional revenue to the state. Your vote today
will give back $100 million of that to four companies.
Fifteen percent of the tax increase is going to go back to
four companies at the expense of everyone else. And so you
have to wonder what kind of a tax policy this is where
government is involved and cherry picking winners and
losers at the candid expense of everyone else. If our state
seriously wants to address the business climate in our
state, if this chamber wants to make substantive measures
to make our state more business-friendly, we need to lower
the rate for all taxpayers and we need to pass substantial
workers' compensation reform. Our state is continually
targeted as one of the worst in the country for doing
business in it, and those of you who are supporting this
Bill stood up today and have said we can't do any more of
what we're about to do today. We can't cherry pick winners
and losers; we need to create a more business-friendly
climate. and so my question is, why are we waiting for
tomorrow to do that? Why not do it today? Today is our
opportunity. CME is an extremely large company. They've
garnered the attention of the media, they've garnered the

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

attention of the Governor, and they've garnered the
attention of the lobbyists who pound on our doors. And my
question is, what in this chamber are we going to do about
it? Are we simply going to bend and say, yes, you've passed
the tax increase and we're going to fix it for this
company, or are we actually going to solve a problem for
everyone? We need to lower the rates for all taxpayers in
our state; we need to pass substantive workers'
compensation reform. The things that we need to do to
change the business climate in this state are expansive,
yet unfortunately, nothing of what we're seeing in today's
Bill is going to, in any meaningful way change the business
for our state. We will be back here next year arguing and
debating for yet another company who says the tax burden on
them is too large. And so why not deal with it today? I
urge my colleagues please vote 'no'."

Speaker Lyons:  "Representative Fortner. Three to five minutes,
    Mike."

Fortner: "Yes. Thank you, Speaker. Will the Sponsor yield?"

Speaker Lyons:  "Sponsor yields."

Fortner: "Representative, it was mentioned early in the debate
    on this Bill, there are three big provisions that I would
    certainly characterize as broad-based. The R&D credit which
    is simply reinstating something that we had up through the
    end of last calendar year…"

Bradley:  "Right."

Fortner:    "…it was allowed to expire by the sunset. We're
    simply putting back something that, I guess, in my opinion
    we should've been… in fact, I was a cosponsor of House Bill

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

2948, which would've have done that. That Bill didn't move,
but I see through this Bill that will come to pass. Another
is the net operating loss, again something that we had in
place up through the end of last year, simply puts that
back, something that competing states do. And then the
extension on the estate tax, increasing that number to a
number that I believe is probably still below many of our
neighboring states if not all of our neighboring states.
Certainly most of them run a higher number. Those are all
broad-based provisions. Wouldn't… would you agree with…"

Bradley:   "I agree that they were intended to be broad-based and
to target small and mid-sized businesses including family
farms."

Fortner:   "Well, I have… according to numbers from COGFA, that
does our accounting of this so that we can make estimates
towards the future, for this coming fiscal year 2013 the
overall cost of this Senate Bill 397 I show as being
approximately 146 million. And of those three provisions
that I just mentioned, those amount to 86 million…"

Bradley:   "Yeah."

Fortner:   "…of the 146. Well over half…"

Bradley:   "We… we…"

Fortner:   "…certainly the majority of this Bill…"

Bradley:   "Yeah. We tried…"

Fortner:   "…is toward that broad-based relief."

Bradley:   "We tried to when we put this package together, when
Representative Harris and I working with the Revenue
Committee and Leader Cross, the Senate, Governor tried to
put this together, we tried to stay about a third, a third,

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011

    and a third, right? Third big business, third small mid-
    sized business, third working families."

Fortner:    "And then even beyond that, of course, there's this
    other set of roughly a dozen other provisions whose sunsets
    were extended providing the stability that, again, other
    speakers have mentioned that I know in my district so many
    businesses said give us a stable basis just so we can plan
    'cause we run multi year budgets. We recognize the state
    does an annual budget, but at least give us provisions so
    that we're comfortable. I know some people, whether in this
    floor or… but really also outside the discussion of this,
    have characterized this as a bailout. Now, I personally
    think that even for the two big companies, Sears and CME,
    that have been the focus by so much of the discussion, I
    think the characterizations other speakers have made those
    better and more length in the interest of bringing this to
    a conclusion, I'm not going to go into that, but even if
    you were to characterize that in the way that somewhat…
    that somehow this is a corporate handout, the much larger
    majority of this Bill is, in fact, not directed in that
    direction but really to the broad-based relief primarily
    along the lines of simply saying what we had a year ago
    we're putting back for those businesses and allowing that
    to continue forward in a predictable way, so that business
    can know where they're going and succeed."

Bradley:    "The… the recurring things that we heard in the
    hearings that we conducted throughout this state was
    fairness, consistency, and predictability. We've attempted
    to do that with this package."

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                      12/12/2011


Fortner:    "And… and I would agree and for that reason I will be
        supporting your Bill. I think it's a good thing that we
        need to do to give business a sound footing here in
        Illinois."

Bradley:    "Thank you."

Speaker Lyons:    "Our final speaker will be Representative Chris
        Nybo, and then Representative Bradley to close."

Nybo:    "Thank you, Mr. Speaker. I need much less then three
        minutes. A company that is specifically benefited by this
        piece of legislation is also a client to the law firm that
        employees me. It's not an actual conflict, Mr. Speaker, but
        it's close enough that I will also be joining Mr. Harris in
        voting 'present' on the matter. I just think it's the right
        thing to do."

Speaker Lyons:    "Thank you, Representative. Representative
        Bradley to close."

Bradley:    "Thank you."

Speaker Lyons:    "John, Representative Harris's name was used in
        debate. David, I'm assuming that's what you're calling us
        on."

Harris, D.:    "Thank you, Mr. Speaker… and my name was used…"

Speaker Lyons:    "So, Representative Harris."

Harris, D.:    "…my name was used in debate and I do… I appreciate
        the courtesy of the House is expressed in… in mentioning my
        name. But I just want to be clear in one point. Rep… the
        chairman and I worked on Amendment #3, which was very
        close, I think a better package then Amendment #7, which is
        what is contained in this Bill. I didn't have anything to
        do with Amendment #7, but I appreciate everyone's comment

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                              12/12/2011


about …about the fact that we negotiated the Bill. Thank
you, Mr. Chair."

Speaker Lyons:    "Thank you, Representative. Representative
Bradley to close."

Bradley:    "Thank you, Mr. Speaker, Members of this Body. Thank
you for your patience today. As the previous Leader
suggested we don't have any easy issues in front of us and
this is not the first, but it's a continuation of this
Body's desire and necessity to tackle difficult issues.
Whether it be workers' comp, whether it be unemployment,
whether it be a balanced budget, whatever the case may be,
we are taking on difficult issues. We didn't choose to be
in this situation. We can choose not to be competitive with
other states, but the reality is that this is the world in
which we live. The loss of Illinois manufacturing jobs, the
loss of United States manufacturing jobs in Indiana,
Missouri, Kentucky, Wisconsin, to other countries with
cheap labor, with no pollution controls, who don't have the
same attitude toward human life and the dignity of people
that we do has caused us to lose some of that. So, we've
turned to high-paying jobs, we've turned to high-tech jobs,
we've turned to white-collar jobs and there's a constant
battle going on among the states for these jobs. And so we
have an opportunity with this piece of legislation, this
jobs piece of legislation, to keep thousands of employees
and families in Illinois and it's not jobs in the abstract.
These are people. These are people that go to work and pay
their taxes and get up in the morning and take care of
their family. That's what this is about is the people that

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

work at those companies and the vendors that work for those
companies and the families they represent and yes, in the
meantime, we're going to give relief to the middle class
and we're going to give the relief to the working poor and
we're going to give relief to the family farm and we're
going to give relief to small business and medium size
business and we're going to do it in a way that we can
still pay a substantial amount of our backlog of bills.
Ladies and Gentlemen of the House, I ask you, stand with me
on this difficult issue, make the difficult decisions.
Let's move forward as a state, let's do what we have to do,
let's pass this Bill, and let's move forward."

Speaker Lyons:  "Representative Bradley moves for the passage of
Senate Bill 397. This Bill requires 60 votes. All those in
favor signify by voting 'yes'; those opposed vote 'no'. The
voting is open. Have all voted who wish?  Have all voted
who wish?  Have all voted who wish? Colvin, Smith, like to
be recorded? Mr. Clerk, take the record. On this Bill,
there were 81 Members voting 'yes', 28 Members voting 'no',
7 voting 'present'. This Bill, having received the
Constitutional Majority, is hereby declared passed.
Representative Don Moffitt on a point of personal
privilege, Don."

Moffitt:  "Thank you, Mr. Speaker. Just for… like the record to
show that on our task force on emergency medical services,
the Resolution called for a report by January 1. We still
have hearings scheduled. We will be presenting a Resolution
to extend that deadline of reporting back I'm cochair with
Representative Lisa Dugan and we'll hold those additional

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011

        hearings and then have that report in the spring. But, we
        don't have the Resolution yet to do that. So, we would ask
        for that extension. I'd like the record to show that. Thank
        you."

Speaker Lyons:    "Thank you, Representative. Representative Dave
        Winters, what purpose do you seek recognition, David?"

Winters:   "Inquiry of the Chair."

Speaker Lyons:   "State your inquiry."

Winters:   "I… do you have any more plans to call us back down to
        Springfield before the next year starts, in the holidays?"

Speaker Lyons:   "You never know, Dave, you never know."

Winters:   "Is it… are we going to adjourn or are we going to go
        to the call of the Chair?"

Speaker   Lyons:      "We    will…   we    will   be   adjourning,
        Representative."

Winters:   "Thank you."

Speaker Lyons:    "To the call of the Chair. Representative La
        Shawn Ford, for what purpose do you seek recognition, Sir?"

Ford:    "Thank you, Mr. Speaker. I just would like the Body to
        wish my seatmate, Representative Rita Mayfield a happy
        birthday."

Speaker Lyons:    "Rita, happy birthday and many, many, happy,
        healthy more. And now, seeing no further business to come
        before the House, on behalf of Speaker Madigan and Leader
        Tom Cross, we have the holiday season in front of us. Have
        a Merry Christmas, have a Happy Hanukah, enjoy those
        holidays. They go past quickly, and stop and smell the
        roses. All those in favor of adjournment signify by saying
        'yes'; those opposed say 'no'. In the opinion of the Chair,

STATE OF ILLINOIS
97th GENERAL ASSEMBLY
HOUSE OF REPRESENTATIVES
TRANSCRIPTION DEBATE

88th Legislative Day                                    12/12/2011


    the 'ayes' have it. And allowing perfunctory time for the Clerk the House stands adjourned. Happy holidays, everyone."

Clerk Bolin:   "The House Perfunctory Session will come to order. Introduction of Resolutions. House Resolution 663, offered by Representative Bellock. Introduction and First Reading of Bills. House Bill 3914, offered by Representative Howard, a Bill for an Act concerning criminal law. House Bill 3915, offered by Representative Hernandez, a Bill for an Act concerning human rights. First Reading of these House Bills. There being no further business, the House Perfunctory Session will stand adjourned."