# **EXHIBIT H**



# MARIA PAPPAS, COOK COUNTY TREASURER

Payments | Exemptions | Refunds | Seniors | Your Tax Bill | Tax Dates | Foreign Language Brochures | Forms | About The Office | News and Video

## Second Installment Property Tax Bills Due November 1, 2011

**Cook County Treasurer's Office - 10/3/2011**

Cook County Treasurer Maria Pappas said today that tax year 2010 Second Installment property tax bills will be due November 1, 2011. Payments received after that date will be charged a 1.5 percent penalty per month on unpaid balances.

The bills were mailed October 1, 2011, to the owners of more than 1.7 million homes, businesses and land parcels across Cook County. The revenue collected will be distributed to local governments and municipalities.

Property owners can pay online by visiting cookcountytreasurer.com, at any Chase Bank or by mail. All mail payments must be postmarked no later than November 1, 2011, to avoid penalty. Partial payments are accepted.

All forms of payment require taxpayers to reference their 14-digit Property Index Number (PIN) found at the top of the tax bill. Those paying at Chase Bank must bring their original payment coupon with payment. Individuals paying by mail must include the payment coupon with their PIN written on the check.

Property owners who have questions about payments made from escrow accounts should contact their lenders, Pappas said.

Taxpayers also can visit cookcountytreasurer.com or call 312.443.5100 for general information in English, Polish and Spanish.

https://www.cookcountytreasurer.com/newsarticle.aspx?articleid=435