Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
        lschildkraut@archerlaw.com

        and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
        nsmith@robbins-schwartz.com

        and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.,* | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies that on March 29, 2019, he served true and correct copies of *Community Unit School District 300's (i) Objection to Debtors' Motion to Compel Turnover of Estate Property, and (ii) Reply to Debtors' Objection to Motion of Community Unit School District 300 for Relief from the Automatic Stay or, in the Alternative, Abstention* [Docket No. 2996], by email upon the parties identified on the service list attached.

Dated: New York, New York
April 1, 2019                                            /s/ Lance A. Schildkraut
                                                              Lance A. Schildkraut

216197825v1

## Service List

| | | |
|---|---|---|
| harrisj12@michigan.gov | christopher.schueller@bipc.com | rco@crlawpr.com |
| idizengoff@akingump.com | terry.shulsky@bipc.com | dcoffino@cov.com |
| pdublin@akingump.com | tyler.dischinger@bipc.com | aclark@cov.com |
| aqureshi@akingump.com | Eric.Waxman@cwt.com | mfelger@cozen.com |
| sbrauner@akingump.com | Anthony.Deleo@cwt.com | pzumbro@cravath.com |
| bnkatty@aldineisd.org | rdavis@cafarocompany.com | davidtaxin@dahannowick.com |
| jarnold@aldridgepite.com | jlevitin@cahill.com | daniel@dmsilverlaw.com |
| James.Vincequerra@alston.com | rstieglitz@cahill.com | dhw@dhclegal.com |
| leib.lerner@alston.com | sjk@carmodymacdonald.com | jwcohen@daypitney.com |
| ajd@ansellgrimm.com | MKurzman@carmodylaw.com | Ksummers@dflaw.com |
| ajd@ansellgrimm.com | tsansone@carmodylaw.com | mcto@debevoise.com |
| andrew.silfen@arentfox.com | mcatalfimo@carterconboy.com | eweisgerber@debevoise.com |
| beth.brownstein@arentfox.com | gadsden@clm.com | jcurley@ddw-law.com |
| brian.lohan@arnoldporter.com | bankruptcy@clm.com | bethsolomon@discover.com |
| ginger.clements@arnoldporter.com | Dennis.roemlein@bnymellon.com | marita.erbeck@dbr.com |
| CSchael@AshfordNJLaw.com | rmccord@certilmanbalin.com | LJKotler@duanemorris.com |
| eneiger@askllp.com | rnosek@certilmanbalin.com | WMSimkulak@duanemorris.com |
| jchristian@askllp.com | appleby@chapman.com | WMSimkulak@duanemorris.com |
| Jg5786@att.com | wilamowsky@chapman.com | Cheitzenrater@duanemorris.com |
| mcuellar45@austinenterpriseslp.com | brotenberg@csglaw.com | emunozPSC@gmail.com |
| mfrankel@bfklaw.com | szuber@csglaw.com | lmay@eisemanlevine.com |
| egoodman@bakerlaw.com | ksimard@choate.com | rxza@elliottgreenleaf.com |
| fkhan@bakerlaw.com | jmarshall@choate.com | sak@elliottgreenleaf.com |
| pollack@ballardspahr.com | hchoi@choiandpark.com | ems@elliottgreenleaf.com |
| branchd@ballardspahr.com | cpark@choiandpark.com | Leopold.matt@Epa.gov |
| heilmanl@ballardspahr.com | lkleist@choiandpark.com | lbercovich@epicor.com |
| summersm@ballardspahr.com | mstein@chuhak.com | ppascuzzi@ffwplaw.com |
| harnerp@ballardspahr.com | eschnitzer@ckrlaw.com | gchico@ferraiuoli.com |
| kutnera@ballardspahr.com | gsaydah@ckrlaw.com | mark.wilson@fisherbroyles.com |
| knewman@barclaydamon.com | srichman@clarkhill.com | patricia.fugee@fisherbroyles.com |
| mowens@btlaw.com | srichman@clarkhill.com | dlwright@foley.com |
| emiller@bayardlaw.com | nbencze@clarkhill.com | kcatanese@foley.com |
| russ@bsavory.com | duane.brescia@clarkhillstrasburger.com | msmall@foley.com |
| rmills@bellnunnally.com | dblau@clarkhill.com | tscannell@foley.com |
| klove@bellnunnally.com | liman@cgsh.com | aguon@foxrothschild.com |
| mbarrie@beneschlaw.com | amainoo@cgsh.com | plabov@foxrothschild.com |
| kcapuzzi@beneschlaw.com | lbarefoot@cgsh.com | thoran@foxrothschild.com |
| wschonberg@beneschlaw.com | soneal@cgsh.com | mhall@foxrothschild.com |
| Ernie.park@bewleylaw.com | soneal@cgsh.com | mherz@foxrothschild.com |
| Tgaa@bbslaw.com | aweaver@cgsh.com | nreid@foxswibel.com |
| michael@bindermalter.com | rmukhi@cgsh.com | jfrank@fgllp.com |
| julie@bindermalter.com | jkpark@cgsh.com | jkleinman@fgllp.com |
| JRhodes@BlankRome.com | wkelleher@cohenlaw.com | deggert@freeborn.com |
| Tarr@BlankRome.com | hward@cohenlaw.com | brad.eric.scheler@friedfrank.com |
| EZucker@BlankRome.com | rseltzer@cwsny.com | scott.luftglass@friedfrank.com |
| bankruptcy@borgeslawllc.com | jbienstock@coleschotz.com | peter.siroka@friedfrank.com |
| wborges@borgeslawllc.com | mwarner@coleschotz.com | tking@fbtlaw.com |
| schin@borgeslawllc.com | Michael.smith2@computershare.com | rgold@fbtlaw.com |
| arainone@bracheichler.com | kbifferato@connollygallagher.com | awebb@fbtlaw.com |
| jjorissen@briggs.com | kconlan@connollygallagher.com | pmartin@fmdlegal.com |
| jmontgomery@brownconnery.com | cgriffiths@connollygallagher.com | lbrymer@fmdlegal.com |
| pweiser@buchalter.com | svanaalten@cooley.com | gseitz@gsbblaw.com |
| schristianson@buchalter.com | scarnes@cooley.com | mgensburg@gcklegal.com |

hcohen@gibbonslaw.com
dcampbell@ghclaw.com
tnixon@gklaw.com
tomf@goldmclaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
mgoldstein@goodwinlaw.com
searsnotice@gouldratner.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
phillip.bohl@gpmlaw.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
dlieberman@halperinlaw.net
joia.johnson@hanes.com
howard.upchurch@hanes.com
ktompsett@harrisbeach.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
elio@higgslaw.com
cfenlon@hinckleyallen.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
llichtman@honigman.com
chris.gartman@hugheshubbard.com
bgross@HuntonAK.com
mlegge@huntonak.com
ghesse@huntonak.com
caleb.holzaepfel@huschblackwell.com
lynn.butler@huschblackwell.com
Daniel.Swetnam@icemiller.com
taxcollector@co.imperial.ca.us
alex.macias@impremedia.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
hgj@jasneflorio.com
dlk@jasneflorio.com
brownsvalleyorchards@aol.com
elkinj@mac.com
robert.honeywell@klgates.com
atureaud@kblaw.com
tkorkhov@kellerrohrback.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
secbankruptcy@sec.gov

btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
jacarlino@kslnlaw.com
ssouthard@klestadt.com
lkiss@klestadt.com
kurtzman@kurtzmansteady.com
brunnquellw@lanepowell.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
marc.zelina@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com
gillazarus@gmail.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
cgruen@gruenlaw.com
dtabachnik@dttlaw.com
pstarkesq@gmail.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
andrew.cole@leclairryan.com
janice.grubin@leclairryan.com
alex.chase@leclairryan.com
phoebe.jones@leclairryan.com
evelyn.rios@leclairryan.com
jjorissen@losgs.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
ira.greene@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
echafetz@lowenstein.com
bnathan@lowenstein.com
dmiller@lubinolson.com
mamendola@martynlawfirm.com
david@mhlaw-ny.com
tleday@mvbalaw.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
dmeegan@mhksacto.com
cjm@msf-law.com

nkenworthy@mrrlaw.net
ALeblanc@milbank.com
cprice@milbank.com
RLiubicic@milbank.com
sdnyecf@dor.mo.gov
ssmith@mwlaw.com
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com
mro@prbankruptcy.com
bradley.schneider@mto.com
thomas.walper@mto.com
dperry@munsch.com
pmurphy@murphyrosen.com
dcsillag@murphyrosen.com
kcordry@naag.org
jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
enid.stuart@ag.ny.gov
cdesiderio@nixonpeabody.com
dsklar@nixonpeabody.com
rpedone@nixonpeabody.com
kmcphall@nixonpeabody.com
eschneider@nixonpeabody.com
bob.bruner@nortonrosefulbright.com
howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
stephen.castro@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
cmomjian@attorneygeneral.gov
rachel.obaldo@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
victoria.garry@ohioattorneygeneral.gov
sokeefe@okeefelc.com
dpatrick@omm.com
jtaylor@omm.com
mkremer@omm.com
paul@orshanpa.com
lily@pacogarment.com
chipford@parkerpoe.com
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
dtobias@tobiaslawpc.com
jpruski@trainorfairbrook.com

NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
emfox@seyfarth.com
rhermann@sbwh.law
mkish@sbwh.law
jshafer@sbwh.law
floridaservice@sbwh.law
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com
rtucker@simon.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
enotices@skijain.com
pstrok@swelawfirm.com
rkinas@swlaw.com
bk@svllaw.com
darolf@sorlinglaw.com
pmryan@sorlinglaw.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
cp@stevenslee.com
thomas.salerno@stinson.com
streusand@slollp.com
khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
mklein@ssbny.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
lawyer@surilawoffice.com
bsattin@szaferman.com
Riela@thsh.com
aconway@taubman.com
tf@lawtaf.com
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@saracheklawfirm.com
mtsang@tsanglawfirm.com
Curtis.Tuggle@ThompsonHine.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov
pbosswick@ssbb.com

sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
ecobb@pbfcm.com
jbanks@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com
lr@pryormandelup.com
rlp@pryormandelup.com
mhofsdal@pryorcashman.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com
matthewscheck@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
etikkanen@reisspreuss.com
cpugatch@rprslaw.com
hmagaliff@r3mlaw.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
fbr@robinsonbrog.com
rms@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
joshua.sturm@ropesgray.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com
srosen@rosenpc.com
prubin@rubinlawllc.com
mamato@rmfpc.com
skelly@s-d.com
mmccann@swc-law.com
rabiuso@swc-law.com
jweinblatt@sakar.com
cbelmonte@ssbb.com
asnow@ssbb.com
saron@wrslawyers.com
tom@attorneyzim.com

kay.brock@traviscountytx.gov
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
jdunn@vedderprice.com
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
Dclarke@wjslaw.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com
klewis@wtplaw.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
alipkin@willkie.com
gbrunswick@willkie.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
david.tillem@wilsonelser.com
ncwitte@wittelaw.com
LFacopoulos@schiffhardin.com