GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Gregory W. Fox
Barry Z. Bazian
*Counsel to Waste Management*
*National Services, Inc. and its affiliates*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.***,**<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2019, true and correct copies of the (1) *Notice of Hearing of Waste Management National Services, Inc. for Authorization to Cease Providing Services to the Buyer Through the Services Agreement Between the Buyer and the Debtors Absent an Assumption and Assignment of the Amended and Restated Waste Hauling and Recycling Master Services Agreement to the Buyer* (the "Notice of Hearing") [Docket No. 2985] and (2) *Motion of Waste Management National Services, Inc. for Authorization to Cease Providing Services to the Buyer Through the Services Agreement Between the Buyer and the Debtors Absent an Assumption and Assignment of the Amended and Restated Waste Hauling and Recycling Master Services Agreement to the Buyer* (the "Motion") [Docket No. 2983], filed through the Court's CM/ECF System, were sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

In addition, true and correct copies of the Notice of Hearing and Motion were served by (1) USPS First Class Mail on March 28, 2019 upon the parties listed on **Exhibit A**; and (2) Electronic Mail (Email) on March 29, 2019 upon the parties listed on **Exhibit B**.

Dated:   New York, New York
April 1, 2019

*/s/ Gregory W. Fox*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Gregory W. Fox
Barry Z. Bazian
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
*Counsel to Waste Management*
*National Services, Inc. and its affiliates*