UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                                    )   Chapter 11
                                                         )
SEARS HOLDINGS CORPORATION, *et al.*  )   Case No. 18-23538 (RDD)
                                                         )
                                                         )   (Jointly Administered)
Debtors.                                                 )
---------------------------------------------------------X

### DECLARATION OF JULIE HOLLENBACK IN SUPPORT OF MOTION FOR PAYMENT OF PACA TRUST CLAIM

The undersigned Julie Hollenback, being of legal age, sound mind, and under penalty of perjury, states as follows:

1. I am the Accounting Manager and records custodian of Caito Foods, LLC ("Caito Foods") based in Indianapolis, Indiana. In this capacity, I am familiar with the records relating to the sales transactions between Caito Foods and Debtor Kmart Corporation ("Kmart").

2. Caito Foods maintains active licensing in good standing with the U.S. Department of Agriculture as a produce dealer, being Perishable Agricultural Commodities Act ("PACA") license number 20170299, and was so licensed at the time of the sales transactions with Kmart.

3. Kmart maintains active licensing in good standing with the U.S. Department of Agriculture as a produce dealer, being PACA license number 20030998, and was so licensed at the time of the sales transactions with Caito Foods.

4. Caito Foods serviced two (2) Kmart locations for which it is currently unpaid: a) K-Fresh, Store Number 4214, Des Plaines, IL and b) Big K, Store Number 9348, Norridge, IL.

5. Between August 7, 2018 and October 9, 2018, Caito Foods sold, on credit, wholesale quantities of perishable agricultural commodities ("Produce") to the Des Plaines, IL Kmart for the amount of $10,986.36, all of which remains unpaid despite due demand. *See*, Caito

Foods' Statement of Account, attached as an exhibit hereto and incorporated herein by reference, which I hereby authenticate as true and correct.

6. Between August 7, 2018 and October 9, 2018, Caito Foods sold, on credit, wholesale quantities of Produce to the Norridge, IL Kmart for the amount of $26,459.08, all of which remains unpaid despite due demand. *See,* Caito Foods' Statement of Account, attached as an exhibit hereto and incorporated herein by reference, which I hereby authenticate as true and correct.

7. Kmart ordered, received, and accepted the Produce, and did not reject any shipment.

8. All shipments of Produce from Caito Foods to Kmart were properly and timely invoiced.

9. As a PACA licensee, Caito Foods included on the face of each and every invoice issued to Kmart the exact language prescribed by statute [7 U.S.C. §499(e)(c)(4)] as notification of its intent to preserve the benefits of the PACA statutory trust. Caito Foods also included bargained terms and conditions of sale on the face of each and every invoice for interest at 1½% per month (18% per annum) for unpaid and past due invoices and for attorney fees necessary to collect overdue accounts. *See,* Caito Foods' representative unpaid invoice attached hereto and incorporated herein by reference, which I hereby authenticate as true and correct.

10. Also attached hereto and incorporated herein is an excel spreadsheet which calculates accrued interest on the unpaid principal balance which I have reviewed and hereby authenticate as true and correct. The accrued interest through the April 10, 2019 Proof of Claim deadline is $3,776.97.

11. According to our records, the last payment received from Kmart was on October 1, 2018.

12. Caito Foods requests payment of its PACA trust claim in the principal amount of $37,445.44, plus accrued interest of $3,776.97, for a principal and interest total of **$41,222.41**, plus its attorney fees incurred herein.

SWORN Declaration pursuant to 28 U.S.C. §1746.

3/19/19
DATED

JULIE HOLLENBACK, ACCOUNTING MANAGER
CAITO FOODS, LLC
INDIANAPOLIS, INDIANA



# STATEMENT OF ACCOUNT

**Caito Foods LLC**
3120 North Post Road - Indianapolis, IN 46226
Phone: (317) 897-2009 - Fax: (317) 897-5305
info@caitofoods.com - www.caitofoods.com

Billing Address:

KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| Statement Number: | 308253 |
|---|---|
| Page: | 1 of 2 |
| Date: | 10/12/18 |
| Account: | 11882 |

Sold To: 128877
KFresh #4214 Des Plaines

| Document Type | Invoice Number | Pay Item | Invoice Date | Remark | Previous Balance | New Invoices | Invoice Adjustments | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|
| Invoice | 6964788 | 001 | 08/07/2018 | Sales Order6938327 | 96.00 | | | 96.00 |
| Invoice | 6964789 | 001 | 08/07/2018 | Sales Order6950933 | 292.96 | | | 292.96 |
| Invoice | 6968311 | 001 | 08/09/2018 | Sales Order6956088 | 222.00 | | | 222.00 |
| Invoice | 6968312 | 001 | 08/09/2018 | Sales Order6956122 | 307.52 | | | 307.52 |
| Invoice | 6971136 | 001 | 08/11/2018 | Sales Order6961615 | 263.60 | | | 263.60 |
| Invoice | 6976840 | 001 | 08/14/2018 | Sales Order6968566 | 106.20 | | | 106.20 |
| Invoice | 6976841 | 001 | 08/14/2018 | Sales Order6968578 | 304.04 | | | 304.04 |
| Invoice | 6980481 | 001 | 08/16/2018 | Sales Order6974418 | 342.42 | | | 342.42 |
| Invoice | 6983961 | 001 | 08/18/2018 | Sales Order6979516 | 317.24 | | | 317.24 |
| Invoice | 6988917 | 001 | 08/21/2018 | Sales Order6986702 | 216.90 | | | 216.90 |
| Invoice | 6988918 | 001 | 08/21/2018 | Sales Order6986748 | 347.99 | | | 347.99 |
| Invoice | 6991997 | 001 | 08/23/2018 | Sales Order6992368 | 264.00 | | | 264.00 |
| Invoice | 6991998 | 001 | 08/23/2018 | Sales Order6992385 | 222.54 | | | 222.54 |
| Invoice | 6995695 | 001 | 08/25/2018 | Sales Order6997904 | 271.52 | | | 271.52 |
| Invoice | 7000391 | 001 | 08/28/2018 | Sales Order7002065 | 291.68 | | | 291.68 |
| Invoice | 7003867 | 001 | 08/30/2018 | Sales Order7007775 | 349.50 | | | 349.50 |
| Invoice | 7008067 | 001 | 09/01/2018 | Sales Order7016389 | 346.16 | | | 346.16 |
| Invoice | 7013132 | 001 | 09/04/2018 | Sales Order7022650 | 316.00 | | | 316.00 |
| Invoice | 7013133 | 001 | 09/04/2018 | Sales Order7022690 | 267.33 | | | 267.33 |
| Invoice | 7016605 | 001 | 09/06/2018 | Sales Order7027627 | 250.00 | | | 250.00 |
| Invoice | 7016606 | 001 | 09/06/2018 | Sales Order7027664 | 258.94 | | | 258.94 |
| Invoice | 7019949 | 001 | 09/08/2018 | Sales Order7033073 | 314.70 | | | 314.70 |
| Invoice | 7024892 | 001 | 09/11/2018 | Sales Order7027650 | 72.00 | | | 72.00 |
| Invoice | 7024893 | 001 | 09/11/2018 | Sales Order7040292 | 282.02 | | | 282.02 |
| Invoice | 7029499 | 001 | 09/13/2018 | Sales Order7027651 | 158.50 | | | 158.50 |
| Invoice | 7029500 | 001 | 09/13/2018 | Sales Order7045557 | 238.38 | | | 238.38 |
| Invoice | 7032352 | 001 | 09/15/2018 | Sales Order7050992 | 366.42 | | | 366.42 |
| Invoice | 7038174 | 001 | 09/18/2018 | Sales Order7058166 | 510.74 | | | 510.74 |
| Invoice | 7041654 | 001 | 09/20/2018 | Sales Order7062986 | 117.50 | | | 117.50 |
| Invoice | 7041655 | 001 | 09/20/2018 | Sales Order7063059 | 290.16 | | | 290.16 |
| Invoice | 7044473 | 001 | 09/22/2018 | Sales Order7068406 | 271.67 | | | 271.67 |
| Invoice | 7049686 | 001 | 09/25/2018 | Sales Order7075863 | 156.00 | | | 156.00 |
| Invoice | 7049687 | 001 | 09/25/2018 | Sales Order7075906 | 256.94 | | | 256.94 |
| Invoice | 7053071 | 001 | 09/27/2018 | Sales Order7081090 | 397.44 | | | 397.44 |
| Invoice | 7056566 | 001 | 09/29/2018 | Sales Order7085405 | 318.05 | | | 318.05 |
| Invoice | 7061642 | 001 | 10/02/2018 | Sales Order7093931 | 108.00 | | | 108.00 |
| Invoice | 7061643 | 001 | 10/02/2018 | Sales Order7093975 | 171.58 | | | 171.58 |
| Invoice | 7066518 | 001 | 10/04/2018 | Sales Order7097982 | 155.84 | | | 155.84 |
| Invoice | 7066519 | 001 | 10/04/2018 | Sales Order7098001 | 247.28 | | | 247.28 |
| Invoice | 7069177 | 001 | 10/06/2018 | Sales Order7101018 | | 382.68 | | 382.68 |
| Invoice | 7074164 | 001 | 10/09/2018 | Sales Order7106723 | | 246.00 | | 246.00 |
| Invoice | 7074165 | 001 | 10/09/2018 | Sales Order7106754 | | 269.92 | | 269.92 |
| | | | | | 10,087.76 | 898.60 | | 10,986.36 |

Doc: R03B5001



# STATEMENT OF ACCOUNT

**Caito Foods Service, Inc.**
3120 North Post Road - Indianapolis, IN 46226
Phone: (317) 897-2009 - Fax: (317) 897-5305
info@caitofoods.com - www.caitofoods.com

Billing Address:

KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| Statement Number: | 308253 |
|---|---|
| Page: | 2 of 2 |
| Date: | 10/12/18 |
| Account: | 11882 |

Sold To: 128885
Big K #9348 Norridge

| Document Type | Invoice Number | Pay Item | Invoice Date | Remark | Previous Balance | New Invoices | Invoice Adjustments | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|
| Invoice | 6964787 | 001 | 08/07/2018 | Sales Order6950940 | 709.43 | | | 709.43 |
| Invoice | 6968310 | 001 | 08/09/2018 | Sales Order6956161 | 895.70 | | | 895.70 |
| Invoice | 6971135 | 001 | 08/11/2018 | Sales Order6961612 | 1,085.90 | | | 1,085.90 |
| Invoice | 6976839 | 001 | 08/14/2018 | Sales Order6968845 | 544.80 | | | 544.80 |
| Invoice | 6980480 | 001 | 08/16/2018 | Sales Order6973984 | 779.02 | | | 779.02 |
| Invoice | 6983960 | 001 | 08/18/2018 | Sales Order6979537 | 1,309.12 | | | 1,309.12 |
| Invoice | 6988916 | 001 | 08/21/2018 | Sales Order6986752 | 923.03 | | | 923.03 |
| Invoice | 6991996 | 001 | 08/23/2018 | Sales Order6990746 | 951.37 | | | 951.37 |
| Invoice | 6995694 | 001 | 08/25/2018 | Sales Order6997887 | 1,524.05 | | | 1,524.05 |
| Invoice | 7000390 | 001 | 08/28/2018 | Sales Order7004960 | 639.24 | | | 639.24 |
| Invoice | 7003866 | 001 | 08/30/2018 | Sales Order7010304 | 673.19 | | | 673.19 |
| Invoice | 7008066 | 001 | 09/01/2018 | Sales Order7015833 | 1,024.51 | | | 1,024.51 |
| Invoice | 7013131 | 001 | 09/04/2018 | Sales Order7022908 | 879.28 | | | 879.28 |
| Invoice | 7016603 | 001 | 09/06/2018 | Sales Order7016604 | 61.60 | | | 61.60 |
| Invoice | 7016604 | 001 | 09/06/2018 | Sales Order7027615 | 816.05 | | | 816.05 |
| Invoice | 7019856 | 001 | 09/08/2018 | Sales Order1953009 | -11.52 | | | -11.52 |
| Invoice | 7019948 | 001 | 09/08/2018 | Sales Order7033317 | 1,347.89 | | | 1,347.89 |
| Invoice | 7024891 | 001 | 09/11/2018 | Sales Order7040434 | 864.48 | | | 864.48 |
| Invoice | 7029497 | 001 | 09/13/2018 | Sales Order7040791 | 61.60 | | | 61.60 |
| Invoice | 7029498 | 001 | 09/13/2018 | Sales Order7045582 | 498.85 | | | 498.85 |
| Invoice | 7032350 | 001 | 09/15/2018 | Sales Order7050822 | 1,600.60 | | | 1,600.60 |
| Invoice | 7032351 | 001 | 09/15/2018 | Sales Order7052604 | 108.68 | | | 108.68 |
| Invoice | 7038173 | 001 | 09/18/2018 | Sales Order7058057 | 618.92 | | | 618.92 |
| Invoice | 7041653 | 001 | 09/20/2018 | Sales Order7063325 | 779.43 | | | 779.43 |
| Invoice | 7044471 | 001 | 09/22/2018 | Sales Order7064461 | 61.60 | | | 61.60 |
| Invoice | 7044472 | 001 | 09/22/2018 | Sales Order7069136 | 1,152.32 | | | 1,152.32 |
| Invoice | 7049685 | 001 | 09/25/2018 | Sales Order7076198 | 779.61 | | | 779.61 |
| Invoice | 7053070 | 001 | 09/27/2018 | Sales Order7081319 | 464.67 | | | 464.67 |
| Invoice | 7056565 | 001 | 09/29/2018 | Sales Order7086653 | 1,192.19 | | | 1,192.19 |
| Invoice | 7061641 | 001 | 10/02/2018 | Sales Order7094021 | 971.68 | | | 971.68 |
| Invoice | 7066517 | 001 | 10/04/2018 | Sales Order7098141 | 535.49 | | | 535.49 |
| Invoice | 7069174 | 001 | 10/06/2018 | Sales Order7102001 | | 1,620.58 | | 1,620.58 |
| Invoice | 7069175 | 001 | 10/06/2018 | Sales Order7102021 | | 102.72 | | 102.72 |
| Invoice | 7069176 | 001 | 10/06/2018 | Sales Order7103450 | | 79.30 | | 79.30 |
| Invoice | 7074166 | 001 | 10/09/2018 | Sales Order7106794 | | 813.70 | | 813.70 |
| | | | | | 23,842.78 | 2,616.30 | | 26,459.08 |

Remit To: Caito Foods Service, Inc.
Attention: Accounts Receivable

| TOTAL CURRENT BALANCE DUE | 37,445.44 |
|---|---|
| ACCOUNT SUMMARY | |
| Previous Balance | 33,930.54 |
| New Invoices | 3,514.90 |
| Adjustments | |
| Current Balance Due | 37,445.44 |
| Payment Terms | Net 7 Days |

| Current | 7-13 | 14-20 | 21-27 | 28-34 | 35-44 | Over 44 |
|---|---|---|---|---|---|---|
| 3,514.90 | 3,700.11 | 3,540.25 | 4,392.45 | 3,826.90 | 18,470.83 | |

Doc: R03B5001

# CAITO FOODS

# Billing Invoice

**Caito Foods LLC.**
3120 North Post Road - Indianapolis, IN 46226
Phone: (317) 897-2009 - Fax: (317) 897-5305
info@caitofoods.com - www.caitofoods.com

| | |
|---|---|
| Invoice Number: | 6964787 RI |
| Order Number: | 6950940 SO |
| PO Number: | |
| Related PO Number: | 569368 |
| Page: | 1 of 1 |
| Requested Date: | 8/7/18 |
| Invoice Date: | 8/7/18 |
| CFS Manager: | |

**Sold To:**
BIG K STORE #9348 NORRIDGE
4201 NORTH HARLEM AVE
NORRIDGE IL 60706-1277

**Ship To:**
BIG K STORE #9348 NORRIDGE
4201 NORTH HARLEM AVE
NORRIDGE IL 60706-1277

| Carrier: | Shipped By: | CFS Indianapolis | Payment Terms: | Net 7 Days |
|---|---|---|---|---|

| Quantity Order | Shipped | Item Information | UPC / PLU | Price Unit | Extended |
|---|---|---|---|---|---|
| 7 | 7 | 385322 - Banana 13/3# | 0643126071631 | 15.86 | 111.02 |
| 1 | 1 | 385499 - Banana Plantain 10# | 0000000042352 | 5.85 | 5.85 |
| 1 | 1 | 346000 - Blueberry 12/1pt | 0812049006901 | 23.28 | 23.28 |
| 1 | 1 | 11222855 - LEMON 18/2LB | 0845857000663 | 73.80 | 73.80 |
| 2 | 2 | 364122 - Lime Seedless 17/2# | 0033383146836 | 28.39 | 56.78 |
| 1 | 1 | 367261 - Orange Valencia CH 10/4# | 0033383110004 | 38.00 | 38.00 |
| 1 | 1 | 352000 - Watermelon Mini Sdls 8ct | 0000000034210 | 13.20 | 13.20 |
| 2 | 2 | 269392 - Avocado Pro Ripe 60ct | 0000000040464 | 58.20 | 116.40 |
| 1 | 1 | 386435 - Mango 12ct | 0000000040518 | 7.32 | 7.32 |
| 1 | 1 | 106512 - Carrot Peeled 30/1# | 0033383666020 | 26.40 | 26.40 |
| 1 | 1 | 114120 - Cauliflower 12ct | 0033383699998 | 19.32 | 19.32 |
| 1 | 1 | 106800 - Celery Sleeved 30ct Dole | 0071430047002 | 24.60 | 24.60 |
| 1 | 1 | 115286 - Corn Bi-Color 4ct 12/20z | 0033383701219 | 28.32 | 28.32 |
| 1 | 1 | 108892 - Mush White Whole 12/8z | 0033383450803 | 14.16 | 14.16 |
| 1 | 1 | 102109 - Onion Yellow Prepack 16/3# | 0033383600024 | 20.64 | 20.64 |
| 1 | 1 | 100143 - Potato Mcrwv SvryHrb Crmr 8/1# | 0629307015045 | 22.72 | 22.72 |
| 1 | 1 | 100005 - Potato Russet Poly 10/5# | 0033383530109 | 19.30 | 19.30 |
| 1 | 1 | 172128 - Salad Classic Romaine 12/9z | 0071430010693 | 12.24 | 12.24 |
| 1 | 1 | 107340 - Cucumber Super Select Bushel | 0000000040624 | 24.60 | 24.60 |
| 1 | 1 | 107395 - Cucumber Sdls 12ct | 0033383671017 | 11.76 | 11.76 |
| 1 | 1 | 105040 - Tomato Hydro Beefsteak 12/4ct | 0826920000131 | 18.00 | 18.00 |
| 1 | 1 | 380114 - Cup Pineapple Purely 12/7z | 0810051010534 | 9.48 | 9.48 |
| 1 | 1 | 500501 - Juice Kiwi Strawberry 24/20z | 0018397000022 | 12.24 | 12.24 |
| 31 | 31 | | | Pay this amount: | $709.43 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

"Full payment includes any attorney fees incurred to collect the proceeds, plus interest at the rate of 18% per annum on the unpaid balance."

Doc: R5542565A

**PACA TRUST CHART**

**PACA Trust Creditor:** Caito Foods, LLC

*SEARS HOLDINGS CORPORATION*
**United States Bankruptcy Court for the Southern District of New York, Case No. 18-23538 (RDD)**

| Invoice Number | Invoice Date | Payment Due Date | Invoice Balance | Number of Days Overdue 4/10/19 | Accrued Interest through 4/10/19* | PACA Trust Amount |
|---|---|---|---|---|---|---|
| 6964787 | 08/07/2018 | 8/17/18 | $709.43 | 236 | $82.57 | $792.00 |
| 6964788 | 08/07/2018 | 8/17/18 | $96.00 | 236 | $11.17 | $107.17 |
| 6964789 | 08/07/2018 | 8/17/18 | $292.96 | 236 | $34.10 | $327.06 |
| 6968310 | 08/09/2018 | 8/19/18 | $895.70 | 234 | $103.36 | $999.06 |
| 6968311 | 08/09/2018 | 8/19/18 | $222.00 | 234 | $25.62 | $247.62 |
| 6968312 | 08/09/2018 | 8/19/18 | $307.52 | 234 | $35.49 | $343.01 |
| 6971135 | 08/11/2018 | 8/21/18 | $1,085.90 | 232 | $124.24 | $1,210.14 |
| 6971136 | 08/11/2018 | 8/21/18 | $263.60 | 232 | $30.16 | $293.76 |
| 6976839 | 08/14/2018 | 8/24/18 | $544.80 | 229 | $61.53 | $606.33 |
| 6976840 | 08/14/2018 | 8/24/18 | $106.20 | 229 | $11.99 | $118.19 |
| 6976841 | 08/14/2018 | 8/24/18 | $304.04 | 229 | $34.34 | $338.38 |
| 6980480 | 08/16/2018 | 8/26/18 | $779.02 | 227 | $87.21 | $866.23 |
| 6980481 | 08/16/2018 | 8/26/18 | $342.42 | 227 | $38.33 | $380.75 |
| 6983960 | 08/18/2018 | 8/28/18 | $1,309.12 | 225 | $145.26 | $1,454.38 |
| 6983961 | 08/18/2018 | 8/28/18 | $317.24 | 225 | $35.20 | $352.44 |
| 6988916 | 08/21/2018 | 8/31/18 | $923.03 | 222 | $101.05 | $1,024.08 |
| 6988917 | 08/21/2018 | 8/31/18 | $216.90 | 222 | $23.75 | $240.65 |
| 6988918 | 08/21/2018 | 8/31/18 | $347.99 | 222 | $38.10 | $386.09 |
| 6991996 | 08/23/2018 | 9/2/18 | $951.37 | 220 | $103.22 | $1,054.59 |
| 6991997 | 08/23/2018 | 9/2/18 | $264.00 | 220 | $28.64 | $292.64 |
| 6991998 | 08/23/2018 | 9/2/18 | $222.54 | 220 | $24.14 | $246.68 |
| 6995694 | 08/25/2018 | 9/4/18 | $1,524.05 | 218 | $163.85 | $1,687.90 |
| 6995695 | 08/25/2018 | 9/4/18 | $271.52 | 218 | $29.19 | $300.71 |
| 7000390 | 08/28/2018 | 9/7/18 | $639.24 | 215 | $67.78 | $707.02 |
| 7000391 | 08/28/2018 | 9/7/18 | $291.68 | 215 | $30.93 | $322.61 |
| 7003866 | 08/30/2018 | 9/9/18 | $673.19 | 213 | $70.71 | $743.90 |
| 7003867 | 08/30/2018 | 9/9/18 | $349.50 | 213 | $36.71 | $386.21 |
| 7008066 | 09/01/2018 | 9/11/18 | $1,024.51 | 211 | $106.61 | $1,131.12 |
| 7008067 | 09/01/2018 | 9/11/18 | $346.16 | 211 | $36.02 | $382.18 |
| 7013131 | 09/04/2018 | 9/14/18 | $879.28 | 208 | $90.19 | $969.47 |
| 7013132 | 09/04/2018 | 9/14/18 | $316.00 | 208 | $32.41 | $348.41 |
| 7013133 | 09/04/2018 | 9/14/18 | $267.33 | 208 | $27.42 | $294.75 |
| 7016603 | 09/06/2018 | 9/16/18 | $61.60 | 206 | $6.26 | $67.86 |
| 7016604 | 09/06/2018 | 9/16/18 | $816.05 | 206 | $82.90 | $898.95 |
| 7016605 | 09/06/2018 | 9/16/18 | $250.00 | 206 | $25.40 | $275.40 |
| 7016606 | 09/06/2018 | 9/16/18 | $258.94 | 206 | $26.31 | $285.25 |
| 7019856 | 09/08/2018 | 9/18/18 | -$11.52 | | | |
| 7019948 | 09/08/2018 | 9/18/18 | $1,347.89 | 204 | $135.60 | $1,483.49 |
| 7019949 | 09/08/2018 | 9/18/18 | $314.70 | 204 | $31.66 | $346.36 |
| 7024891 | 09/11/2018 | 9/21/18 | $864.48 | 201 | $85.69 | $950.17 |
| 7024892 | 09/11/2018 | 9/21/18 | $72.00 | 201 | $7.14 | $79.14 |
| 7024893 | 09/11/2018 | 9/21/18 | $282.02 | 201 | $27.95 | $309.97 |
| 7029497 | 09/13/2018 | 9/23/18 | $61.60 | 199 | $6.05 | $67.65 |
| 7029498 | 09/13/2018 | 9/23/18 | $498.85 | 199 | $48.96 | $547.81 |
| 7029499 | 09/13/2018 | 9/23/18 | $158.50 | 199 | $15.55 | $174.05 |
| 7029500 | 09/13/2018 | 9/23/18 | $238.38 | 199 | $23.39 | $261.77 |
| 7032350 | 09/15/2018 | 9/25/18 | $1,600.60 | 197 | $155.50 | $1,756.10 |
| 7032351 | 09/15/2018 | 9/25/18 | $108.68 | 197 | $10.56 | $119.24 |
| 7032352 | 09/15/2018 | 9/25/18 | $366.42 | 197 | $35.60 | $402.02 |
| 7038173 | 09/18/2018 | 9/28/18 | $618.92 | 194 | $59.21 | $678.13 |
| 7038174 | 09/18/2018 | 9/28/18 | $510.74 | 194 | $48.86 | $559.60 |
| 7041653 | 09/20/2018 | 9/30/18 | $779.43 | 192 | $73.80 | $853.23 |
| 7041654 | 09/20/2018 | 9/30/18 | $117.50 | 192 | $11.13 | $128.63 |
| 7041655 | 09/20/2018 | 9/30/18 | $290.16 | 192 | $27.47 | $317.63 |
| 7044471 | 09/22/2018 | 10/2/18 | $61.60 | 190 | $5.77 | $67.37 |
| 7044472 | 09/22/2018 | 10/2/18 | $1,152.32 | 190 | $107.97 | $1,260.29 |
| 7044473 | 09/22/2018 | 10/2/18 | $271.67 | 190 | $25.46 | $297.13 |
| 7049685 | 09/25/2018 | 10/5/18 | $779.61 | 187 | $71.89 | $851.50 |
| 7049686 | 09/25/2018 | 10/5/18 | $156.00 | 187 | $14.39 | $170.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7049687 | 09/25/2018 | 10/5/18 | $256.94 | 187 | $23.69 | $280.63 |
| 7053070 | 09/27/2018 | 10/7/18 | $464.67 | 185 | $42.39 | $507.06 |
| 7053071 | 09/27/2018 | 10/7/18 | $397.44 | 185 | $36.26 | $433.70 |
| 7056565 | 09/29/2018 | 10/9/18 | $1,192.19 | 183 | $107.59 | $1,299.78 |
| 7056566 | 09/29/2018 | 10/9/18 | $318.05 | 183 | $28.70 | $346.75 |
| 7061641 | 10/02/2018 | 10/12/18 | $971.68 | 180 | $86.25 | $1,057.93 |
| 7061642 | 10/02/2018 | 10/12/18 | $108.00 | 180 | $9.59 | $117.59 |
| 7061643 | 10/02/2018 | 10/12/18 | $171.58 | 180 | $15.23 | $186.81 |
| 7066517 | 10/04/2018 | 10/14/18 | $535.49 | 178 | $47.01 | $582.50 |
| 7066518 | 10/04/2018 | 10/14/18 | $155.84 | 178 | $13.68 | $169.52 |
| 7066519 | 10/04/2018 | 10/14/18 | $247.28 | 178 | $21.71 | $268.99 |
| 7069174 | 10/06/2018 | 10/16/18 | $1,620.58 | 176 | $140.66 | $1,761.24 |
| 7069175 | 10/06/2018 | 10/16/18 | $102.72 | 176 | $8.92 | $111.64 |
| 7069176 | 10/06/2018 | 10/16/18 | $79.30 | 176 | $6.88 | $86.18 |
| 7069177 | 10/06/2018 | 10/16/18 | $382.68 | 176 | $33.21 | $415.89 |
| 7074164 | 10/09/2018 | 10/19/18 | $246.00 | 173 | $20.99 | $266.99 |
| 7074165 | 10/09/2018 | 10/19/18 | $269.92 | 173 | $23.03 | $292.95 |
| 7074166 | 10/09/2018 | 10/19/18 | $813.70 | 173 | $69.42 | $883.12 |
| | | ** *Add daily interest in the amount of* | $18.47 | *4/10/19* | | |
| | | *** *Add attorney's fees incurred* | | | | |
| | | | | | | |
| | | **TOTAL** | **$37,445.44** | | **$3,776.97** | **$41,222.41** |

|   |   |   |   |
|---|---|---|---|
| * | Calculated at the rate of | 18.00% | annually |
| ** | Add daily interest in the amount of | $18.47 | from 4/10/19 |
| *** | Claimant reserves the right to include recoverable attorney's fees within Claimaint's PACA trust claim | | |