Hearing Date: April 18, 2019
Hearing Time: 10:00 AM ET
Objection Deadline: April 11, 2019
at 4:00 PM ET

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
| | |
|---|---|
| In re | ) **Chapter 11** |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al*. | ) **Case No. 18-23538 (RDD)** |
| | ) |
| Debtors. | ) **(Jointly Administered)** |

-------------------------------------------------------X

**NOTICE OF HEARING/ NOTICE OF MOTION RE: CAITO FOODS, LLC'S MOTION FOR PAYMENT OF PRE-PETITION PACA TRUST CLAIM**

To:  Debtors' Counsel
    Weil, Gotshal & Manges, LLP
    767 5th Avenue
    New York, NY 10153
    Attn: Jacqueline Marcus, Esq.
        Ray Schrock, Esq.
        Sunny Singh, Esq.

And to all creditors and parties in interest:

**PLEASE TAKE NOTICE** that on April 18, 2019 at 10:00 AM ET, or as soon thereafter as counsel may be heard, the undersigned counsel for Movant Caito Foods, LLC (Caito Foods") will appear and move before the Court for entry of an Order directing immediate payment of Caito Foods' PACA trust claim. The Hearing will take place at the U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 before the Honorable Robert D. Drain.

**PLEASE TAKE FURTHER NOTICE** that the Objection Deadline is April 11, 2019 at 4:00 PM ET. Objections, if any, shall be in writing and state with particularity the reasons why the relief requested should not be granted. Objections shall be served upon undersigned counsel and all additional parties requiring service pursuant to the Amended Case Management Procedures entered in this case (Doc. No. 405).

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without a hearing if no Objection is timely filed and served in accordance with the Amended Case Management Procedures.

Dated: April 1, 2019

Respectfully submitted,

*/s/ Mark A. Amendola*
MARK A. AMENDOLA
 Ohio Bar I.D. No. 0042645
 Admitted herein Pro Hac Vice
MARTYN AND ASSOCIATES
820 W. Superior Avenue, Tenth Floor
Cleveland, Ohio 44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
Email: mamendola@martynlawfirm.com

Attorney for Movant Caito Foods, LLC