**Contracts**

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1101 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CHECKFREEPAY CORPORATION | FIN - CHECKFREEPAY CORPORATION - AGENT TRANSACTION SERVICES AGREEMENT - 2009 | SHCLCW5880 | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 2 | 18471 | N/A | SEARS HOLDINGS CORPORATION | CARDINALCOMMERCE CORPORATION | CARDINAL COMMERCE DATA USAGE AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 3 | 18499 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CHECK FREE PAY CORPORATION | AMENDMENT #1 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 4 | 18502 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CHECK FREE PAY CORPORATION OF NEW YORK | AMENDMENT #1 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 5 | 18505 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CHECK FREE PAY CORPORATION OF CALIFORNIA | AMENDMENT #1 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 6 | 18508 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CHECK FREE PAY CORPORATION | AMENDMENT #2 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 7 | 18509 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT | CHECK FREE PAY CORPORATION OF NEW YORK | AMENDMENT #2 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CORPORATION; SEARS, ROEBUCK AND CO. | | | | | | | | |
| 8 | 18510 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CHECK FREE PAY CORPORATION OF CALIFORNIA | AMENDMENT #2 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 9 | 18517 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CHECK FREE PAY CORPORATION | AMENDMENT #3 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 10 | 18518 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CHECK FREE PAY CORPORATION OF NEW YORK | AMENDMENT #3 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 11 | 18519 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CHECK FREE PAY CORPORATION OF CALIFORNIA | AMENDMENT #3 TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 12 | 18523 | N/A | KMART CORPORATION | CHECK FREE PAY CORPORATION | AMENDMENT #3TO THE AGENT TRANSACTION SERVICES AGREEMENT TERMS AND CONDITIONS | N/A | N/A | Automatic Renewal | $ - | $ - | No Objection Filed. |
| 13 | 18662 | N/A | KMART CORPORATION | VANTIV, LLC | GIFT CARD MERCHANT AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 14 | 18664 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VISA, U.S.A. INC. | MERCHANT INCENTIVE AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 101065 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VANTIV | LETTER AGREEMENT JEANIE NETWORK | N/A | N/A | N/A | $ - | $ - | No Objection Filed. |
| 16 | 30132 | N/A | KMART CORPORATION | THE NEWS GROUP, L.P. | PERIODICAL DISTRIBUTION AGREEMENT | N/A | N/A | 12/18/2020 | $ - | $ - | No Objection Filed. |
| 17 | 482 | N/A | INNOVEL SOLUTIONS, INC. | PSC METALS INC | FAC - PSC METAL INC - CRAFTSMAN TOOL BARREL AND METAL RECYCLING AGREEMENT - 2016 | CW2319785 | N/A | 10/31/2019 | $ - | $ - | No Objection Filed. |
| 18 | 2011 | N/A | KMART CORPORATION; KMART OF MICHIGAN, INC.; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO. | PALMER, REIFLER & ASSOCIATES, P.A. | APP- PALMER RECOVERY ATTORNEYS- CIVIL RECOVERY-2018 | CW2336260 | N/A | 03/31/2021 | $ - | $ - | No Objection Filed. |
| 19 | 2035 | N/A | KMART CORPORATION; KMART OF MICHIGAN, INC.; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO. | TURNING POINT JUSTICE | APP-TURNING POINT JUSTICE- CRIME ACCOUNTABILITY PARTNERSHIP-2018 | CW2337293 | N/A | 04/23/2021 | $ - | $ - | No Objection Filed. |
| 20 | 5926 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CARNOW CONIBEAR & ASSOC LTD | FAC - CARNOW CONIBEAR AND ASSOC - MESA 2018 | CW2334696 | N/A | 12/06/2020 | $ - | $ - | No Objection Filed. |
| 21 | 5930 | N/A | KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | CB & I INC. | FAC - APTIM ENVIRONMENTAL AND INFRASTRUCTURE INC - MESA 2018 | CW2334692 | N/A | 12/22/2020 | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 5947 | N/A | KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS PROTECTION COMPANY (PR); SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | STANTEC | FAC - STANTEC CONSULTING SERVICES - MESA 2018 | CW2334778 | N/A | 01/15/2021 | $ - | $ - | No Objection Filed. |
| 23 | 101149 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VERISK 3E | MASTER WEB BASED SERVICES AGREEMENT | N/A | N/A | N/A | $ - | $ - | No Objection Filed. |
| 24 | 21 | N/A | INNOVEL SOLUTIONS, INC. | A1 SWITCHING | SC - A1 SWITCHING - HOSTLING AGREEMENT - 2009 | SHCLCW6494 | N/A | 6/30/2020 | $ - | $ - | No Objection Filed. |
| 25 | 52 | N/A | INNOVEL SOLUTIONS, INC. | APPLIANCE WAREHOUSE INC | HS - APPLIANCE WAREHOUSE - STATEMENT OF WORK 02 TO MSA - 2016 | SHCLCW6593 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 26 | 228 | N/A | INNOVEL SOLUTIONS, INC. | INNOVATIVE LIQUIDATORS, INC. | SUPPLY CHAIN-INNOVATIVE LIQUIDATORS-MSA-2014 | CW2283441 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 27 | 229 | N/A | INNOVEL SOLUTIONS, INC. | MIKES FURNITURE AND APPLIANCE LLC | SUPPLY CHAIN- MIKE'S FURNITURE-MSA-2014 | CW2283446 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 28 | 231 | N/A | INNOVEL SOLUTIONS, INC. | APPLIANCE WAREHOUSE INC | SUPPLY CHAIN-APPLIANCE WAREHOUSE-MSA-2014 | CW2283435 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 29 | 232 | N/A | INNOVEL SOLUTIONS, INC. | RECONDITIONED APPLIANCE | SUPPLY CHAIN-RECONDITONED APPLIANCE-MSA-2014 | CW2283451 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 30 | 234 | N/A | INNOVEL SOLUTIONS, INC. | STATEWIDE RECYCLING AND RECOVERY | SUPPLY CHAIN- STATEWIDE-MSA-2014 | CW2286608 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 321 | N/A | KMART CORPORATION; SEARS, ROEBUCK AND CO. | BAY RAG CORPORATION | RM - BAY RAG CORPORATION - DISTRIBUTION AND SALES AGREEMENT - 2013 | SHCLCW6314 | N/A | 04/30/2019 | $ - | $ - | No Objection Filed. |
| 32 | 392 | N/A | INNOVEL SOLUTIONS, INC. | A-1 RECYCLING | FACILITIES-A-1 RECYCLING- MSA HAUL AWAY -2015 | CW2309032 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 33 | 393 | N/A | INNOVEL SOLUTIONS, INC. | APPLIANCE RECYCLING OUTLET | FACILITIES-APPLIANCE RECYCLING-MSAHAUL AWAY-2015 | CW2309023 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 34 | 394 | N/A | INNOVEL SOLUTIONS, INC. | APPLIANCE OUTLET | FACILITIES-APPLIANCE OUTLET-MSA NEW HAUL AWAY-2015 | CW2308988 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 35 | 488 | N/A | INNOVEL SOLUTIONS, INC. | DHFC LLC DBA COLORADO REUSE AND RECYCLING | SUPPLY CHAIN- CUTTING EDGE-MSA | CW2323453 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 36 | 533 | N/A | INNOVEL SOLUTIONS, INC. | PRO RECYCLING SOLUTIONS LLC | FAC - PRO RECYCLING SOLUTIONS LLC - MATERIALS PROCESSING MASTER SERVICES AGREEMENT - 2017 | CW2325040 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 37 | 560 | N/A | SEARS, ROEBUCK AND CO. | INNOVATIVE LIQUIDATORS, INC. | INNOVATIVE LIQUIDATORS, INC | CW2330083 | N/A | 05/31/2020 | $ - | $ - | No Objection Filed. |
| 38 | 1381 | N/A | INNOVEL SOLUTIONS, INC. | JMD APPLIANCE | FACILITIES - VIKING COMMODITY INC (JMD APPLIANCE) - MSA HAUL AWAY-2015 | CW2309034 | N/A | 08/31/2019 | $ - | $ - | No Objection Filed. |
| 39 | 5873 | N/A | SEARS, ROEBUCK AND CO. | TRANE COMMERCIAL | FAC - TRANE COMMERICAL INC - AMENDED AND RESTATED MASTER 2018 | CW2338464 | N/A | 01/31/2020 | $ - | $ - | No Objection Filed. |
| 40 | 660 | N/A | INNOVEL SOLUTIONS, INC. | FSA NETWORK INC | SUPPLY CHAIN - FSA NETWORK - WAREHOUSE EXHIBITS JUNE 2018 (WAYLAND MI, LITTLE ROCK AR) | CW2338574 | N/A | 05/23/2020 | $ - | $ - | No Objection Filed. |
| 41 | 661 | N/A | INNOVEL SOLUTIONS, INC. | FSA NETWORK INC | SUPPLY CHAIN - FSA NETWORK JUNE EXHIBITS 2018 - MDO (WAYLAND MI, LITTLE ROCK AR) | CW2338578 | N/A | 05/29/2021 | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 712 | N/A | INNOVEL SOLUTIONS, INC. | EXEL INC | SUPPLY CHAIN - RYDER LAST MILE ( EXEL, INC) - ONTARIO, SAN DEIGO, SACRAMENTO, SYLMAR EXHIBITS 2018 | CW2340362 | N/A | 06/27/2020 | $ - | $ - | No Objection Filed. |
| 43 | 5360 | N/A | SEARS, ROEBUCK AND CO. | FSA NETWORK INC | SUPPLY CHAIN- FSA NETWORK, INC- SEARS MSA 2014 | CW2270640 | N/A | 05/02/2020 | $ - | $ - | No Objection Filed. |
| 44 | 5361 | N/A | INNOVEL SOLUTIONS, INC. | FSA NETWORK INC | SUPPLY CHAIN- FSA NETWORK, INC- MSA 2015 | CW2307501 | N/A | 06/02/2023 | $ - | $ - | No Objection Filed. |
| 45 | 5419 | N/A | INNOVEL SOLUTIONS, INC. | FSA NETWORK INC | SUPPLY CHAIN- FSA NETWORK, INC- WAREHOUSE MSA 2015 | CW2301151 | N/A | 05/23/2020 | $ - | $ - | No Objection Filed. |
| 46 | 5446 | N/A | INNOVEL SOLUTIONS, INC. | EXEL INC | SUPPLY CHAIN- MXD GROUP (EXEL, INC)- MSA 2015 | CW2304090 | N/A | 06/27/2020 | $ - | $ - | No Objection Filed. |
| 47 | 5504 | N/A | INNOVEL SOLUTIONS, INC. | COSTCO WHOLESALE CORPORATION | FAC - COSTCO WHOLESALE CORPORATION - FACILITIES SERVICES MASTER AGREEMENT - 2017 | SHCLCW8595 | N/A | 12/31/2020 | $ 260.64 | $ - | No Objection Filed. |
| 48 | 5584 | N/A | INNOVEL SOLUTIONS, INC. | T AND K MOVING | SUPPLY CHAIN- T AND K MOVING- MSA 2016 | CW2317054 | N/A | 07/02/2021 | $ - | $ - | No Objection Filed. |
| 49 | 5686 | N/A | SEARS, ROEBUCK AND CO. | FSA NETWORK INC | SUPPLY CHAIN- FSA NETWORK, INC- EXHIBIT (CEDAR RAPIDS) 2017 | CW2322729 | N/A | 10/12/2019 | $ - | $ - | No Objection Filed. |
| 50 | 5755 | N/A | INNOVEL SOLUTIONS, INC. | FSA NETWORK INC | SUPPLY CHAIN- FSA NETWORK, INC- EXHIBITS (EUGENE, PORTLAND, RALEIGH, SPOKANE, SWEDESBORO, VANDENBROEK, WAUWATOSA) 2017 | CW2322703 | N/A | 10/26/2019 | $ - | $ - | No Objection Filed. |
| 51 | 5780 | N/A | SEARS, ROEBUCK AND CO. | FSA NETWORK INC | SUPPLY CHAIN- FSA NETWORK, INC- EXHIBITS (COLUMBIA, DES MOINES, EVANSVILLE, FT PIERCE, LOUISVILLE, MEMPHIS) 2017 | CW2323319 | N/A | 01/25/2020 | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 5782 | N/A | SEARS, ROEBUCK AND CO. | FSA NETWORK INC | SUPPLY CHAIN- FSA NETWORK, INC- WAREHOUSE EXHIBITS (COLUMBIA, DES MOINES, EVANSVILLE, FORT PIERCE, LOUISVILLE) 2017 | CW2323322 | N/A | 01/25/2020 | $ - | $ - | No Objection Filed. |
| 53 | 31918 | N/A | INNOVEL SOLUTIONS, INC. | RALPH LAUREN CORP | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 54 | 31919 | N/A | INNOVEL SOLUTIONS, INC. | ARMY & AIR FORCE EXCHANGE SERVICE | AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT) | EX-PL-K-MD-13-008-17-036 | N/A | 4/13/2020 | $ - | $ - | No Objection Filed. |
| 55 | 31967 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; KMART HOLDING CORPORATION; PRIVATE BRANDS, LTD.; SEARS BUYING SERVICES, INC.; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | APL CO. PTE LTD | SERVICE CONTRACT | GB18/4107 | N/A | 04/30/2019 | $ - | $ - | No Objection Filed. |
| 56 | 32029 | N/A | INNOVEL SOLUTIONS, INC. | DICK VAN DYKE APPLIANCE WORLD | EBAY SELLER AGREEMENT | N/A | N/A | 10/01/2019 | $ - | $ - | No Objection Filed. |
| 57 | 32034 | N/A | INNOVEL SOLUTIONS, INC. | ARMY & AIR FORCE EXCHANGE SERVICE | NEGOTIATED CONTRACT | EX-PLKMD-00-001-17-036A | N/A | 12/15/2019 | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 32036 | N/A | INNOVEL SOLUTIONS, INC. | RETAIL GAMES LLC | MASTER SERVICES AGREEMENT | N/A | N/A | 02/01/2020 | $ - | $ - | No Objection Filed. |
| 59 | 32037 | N/A | SEARS HOLDINGS CORPORATION | NAVY EXCHANGE SERVICE COMMAND (N | AMENDMENT OF REQUEST FOR PROPOSALS/MODIFICATION OF CONTRACT | N00250-11-C-0037 (ORIGINALLY NNA250-11-C0037) | N/A | 05/31/2020 | $ - | $ - | No Objection Filed. |
| 60 | 32041 | N/A | INNOVEL SOLUTIONS, INC. | ARMY & AIR FORCE EXCHANGE SERVICE | NEGOTIATED CONTRACT | N/A | N/A | 10/05/2020 | $ - | $ - | No Objection Filed. |
| 61 | 32042 | N/A | INNOVEL SOLUTIONS, INC. | WAYFAIR LLC | MASTER SERVICES AGREEMENT | N/A | N/A | 10/20/2020 | $ - | $ - | No Objection Filed. |
| 62 | 32043 | N/A | INNOVEL SOLUTIONS, INC. | COSTCO WHOLESALE CORPORATION | MASTER SERVICES AGREEMENT | N/A | N/A | 12/31/2020 | $ - | $ - | No Objection Filed. |
| 63 | 32047 | N/A | INNOVEL SOLUTIONS, INC. | A.R.T FURNITURE INC. | MASTER SERVICES AGREEMENT | N/A | N/A | 09/07/2021 | $ - | $ - | No Objection Filed. |
| 64 | 32051 | N/A | INNOVEL SOLUTIONS, INC. | SPENCER GIFTS LLC | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 65 | 32053 | N/A | INNOVEL SOLUTIONS, INC. | ROO INC. | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 66 | 32055 | N/A | INNOVEL SOLUTIONS, INC. | TARTE, INC. | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 67 | 32057 | N/A | INNOVEL SOLUTIONS, INC. | ACE HARDWARE CORPORATION | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 32059 | N/A | INNOVEL SOLUTIONS, INC. | MAESTRO FOOD CO. | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 69 | 32063 | N/A | INNOVEL SOLUTIONS, INC. | TABLETS2CASES LTD | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 70 | 32064 | N/A | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICES AGREEMENT IN MANTENO, IL | 544414 | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 71 | 32065 | N/A | INNOVEL SOLUTIONS, INC. | WAL-MART.COM USA, LLC | WAREHOUSE SERVICES AGREEMENT IN MANTENO, IL | 544414 | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 72 | 32066 | N/A | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICES AGREEMENT IN FAIRLESS HILLS, PA | 544414 | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 73 | 32067 | N/A | INNOVEL SOLUTIONS, INC. | WAL-MART.COM USA, LLC | WAREHOUSE SERVICES AGREEMENT IN FAIRLESS HILLS, PA | 544414 | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 74 | 32068 | N/A | INNOVEL SOLUTIONS, INC. | STMM, INC. (GREAT JONES GOODS) | WAREHOUSE SERVICES AGREEMENT | 545356 | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 75 | 32069 | N/A | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICES AGREEMENT | 545356 | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 76 | 32070 | N/A | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICES AGREEMENT | 545465 | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 77 | 32072 | N/A | INNOVEL SOLUTIONS, INC. | CASPER SCIENCE, LLC | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 78 | 32075 | N/A | INNOVEL SOLUTIONS, INC. | CLASS PASS | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 32077 | N/A | INNOVEL SOLUTIONS, INC. | IG BRANDS | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 80 | 32079 | N/A | INNOVEL SOLUTIONS, INC. | LULL VENTURES, LLC | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 81 | 32081 | N/A | INNOVEL SOLUTIONS, INC. | MOHAWK GROUP, INC. | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 82 | 32083 | N/A | INNOVEL SOLUTIONS, INC. | WALGREENS CO. | WAREHOUSE SERVICES AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 83 | 32085 | N/A | INNOVEL SOLUTIONS, INC. | FLEXE, INC. | WAREHOUSE SERVICE AGREEMENT | N/A | N/A | recurring | $ - | $ - | No Objection Filed. |
| 84 | 32086 | N/A | INNOVEL SOLUTIONS, INC. | CARGO | WAREHOUSE SERVICE AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 85 | 32088 | N/A | INNOVEL SOLUTIONS, INC. | CASPER SCIENCE, LLC | WAREHOUSE SERVICE AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 86 | 32090 | N/A | INNOVEL SOLUTIONS, INC. | CLASS PASS | WAREHOUSE SERVICE AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |
| 87 | 32092 | N/A | INNOVEL SOLUTIONS, INC. | IG BRANDS | WAREHOUSE SERVICE AGREEMENT | N/A | N/A | recurring | $ - | $ - | No Objection Filed. |
| 88 | 32095 | N/A | INNOVEL SOLUTIONS, INC. | SAM'S WEST, INC. | WAREHOUSE SERVICE AGREEMENT | N/A | N/A | recurring | $ - | $ - | No Objection Filed. |
| 89 | 32097 | N/A | INNOVEL SOLUTIONS, INC. | MAESTRO FOOD CO. | WAREHOUSE SERVICE AGREEMENT | N/A | N/A | Recurring | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 32099 | N/A | INNOVEL SOLUTIONS, INC. | WAL-MART.COM USA, LLC | WAREHOUSE SERVICE AGREEMENT | N/A | N/A | recurring | $ - | $ - | No Objection Filed. |
| 91 | 101118 | N/A | SEARS HOLDINGS GLOBAL SERVICES, LTD; SEARS, ROEBUCK AND CO.; KMART CORP. | INTERTEK TESTING SERVICES | MASTER SERVICE AGREEMENT | N/A | N/A | N/A | $ - | $ - | No Objection Filed. |
| 92 | 101119 | N/A | SEARS HOLDINGS GLOBAL SERVICES, LTD; SEARS, ROEBUCK AND CO.; KMART CORP. | BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC. | MASTER SERVICE AGREEMENT | N/A | N/A | N/A | $ - | $ - | No Objection Filed. |
| 93 | 101308 | N/A | SEARS HOLDINGS GLOBAL SERVICES, LTD; SEARS, ROEBUCK AND CO.; KMART CORP. | INTERTEK TESTING SERVICES | MASTER SERVICES AGREEMENT | N/A | N/A | N/A | $ - | $ - | No Objection Filed. |
| 94 | 101309 | N/A | SEARS HOLDINGS GLOBAL SERVICES, LTD; SEARS, ROEBUCK AND CO.; KMART CORP. | BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC. | MASTER SERVICES AGREEMENT | N/A | N/A | N/A | $ - | $ - | No Objection Filed. |
| 95 | 579 | N/A | SEARS, ROEBUCK AND CO. | ADVANCE STORES COMPANY, INCORPORATED | SHC-FACILITIES-AUTOMOTIVE - ADVANCE STORES COMPANY INC. - MSA-2017 | CW2332100 | 10/1/2017 | 09/30/2020 | $ - | $ - | No Objection Filed. |
| 96 | 580 | N/A | SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | AUTOZONE | SHC-FACILITIES-AUTOMOTIVE- AUTOZONE PARTS INC | CW2332105 | 10/1/2017 | 09/30/2020 | $ - | $ - | No Objection Filed. |
| 97 | 583 | N/A | SEARS, ROEBUCK AND CO. | NAPA AUTO PARTS (NATIONAL AUTOMOTIVE PARTS ASSOCIATION) | SHC-FACILITIES-AUTOMOTIVE- NAPA-MSA-2017 | CW2333620 | 10/1/2017 | 09/30/2020 | $ - | $ - | No Objection Filed. |
| 98 | 578 | N/A | SEARS, ROEBUCK AND CO.; | NATIONAL PRONTO ASSOCIATION | SHC-FACILITIES-AUTOMOTIVE- AUTOMOTIVE PARTS SERVICE GROUP-APSG-MSA-2017 | CW2332112 | 10/1/2017 | 09/30/2020 | $ - | $ - | No Objection Filed. |

| No | Contract ID | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SEARS, ROEBUCK DE PUERTO RICO, | | | | | | | |
| 99 | 101376 | N/A | Sears Holdings Corporation | C4CAST.COM | SETTLEMENT AND PATENT LICENSE AGREEMENT | N/A | 2/25/2014 | N/A | $ - | $ - | No Objection Filed. |
| 100 | 101377 | N/A | Sears Holdings Corporation | DR. LAKSHMI ARUNACHALAM, WEBXCHANGE, INC., PI-NET INTERNATIONAL INC. | SETTLEMENT AGREEMENT | N/A | 1/7/2015 (Effective 1/6/2015) | N/A | $ - | $ - | No Objection Filed. |
| 101 | 101378 | N/A | Sears, Roebuck and Co.; Sears Brands LLC; Sears Holdings Corporation | DROPLETS, INC. | CONFIDENTIAL SETTLEMENT AGREEMENT - SUBJECT TO FRE 408 | N/A | 3/6/2015 | N/A | $ - | $ - | No Objection Filed. |
| 102 | 101380 | N/A | Sears Holdings Corporation | ECLIPSE IP LLC | SETTLEMENT, RELEASE, AND LICENSE AGREEMENT | N/A | 9/6/2013 | N/A | $ - | $ - | No Objection Filed. |
| 103 | 101381 | N/A | Sears Holdings Corporation | MACROSOLVE INC. | SETTLEMENT AND LICENSE AGREEMENT | N/A | 8/27/2013 | N/A | $ - | $ - | No Objection Filed. |
| 104 | 101382 | N/A | Sears Holdings Management Corporation | PHOENIX SOLUTIONS, INC. | LICENSE AGREEMENT | N/A | 11/3/2008 | N/A | $ - | $ - | No Objection Filed. |
| 105 | 101375 | N/A | Sears Holdings Corporation; Sears, Roebuck and Co.; Kmart Corporation | JACOBSON CAPITAL SERVICES | SETTLEMENT AGREEMENT | N/A | 2/16/2015 (Effective 12/3/2014) | N/A | $ - | $ - | No Objection Filed. |
| 106 | 101384 | N/A | Sears Holdings Corporation; Sears Holdings Management Corporation; Sears, Roebuck and Co.; Kmart Corporation; Lands' End | 21 SRL | PATENT LICENSE AGREEMENT | N/A | 5/18/2009 (Effective 5/1/2009) | N/A | $ - | $ - | No Objection Filed. |
| 107 | 101383 | N/A | Sears, Roebuck and Co.; Lands' End Inc.; Kmart Holding Corporation | VERSATA SOFTWARE, INC AND VERSATA DEVELOPMENT GROUP, INC | CONFIDENTIAL SETTLEMENT AND LICENSE AGREEMENT | N/A | 6/15/2007 | N/A | $ - | $ - | No Objection Filed. |

**Leases**

| No | Store Number | ECF No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1268 | N/A | SEARS, ROEBUCK AND CO. | SEARS, SEARSVALE & MULTI-LL'S / NEWKOA LLC-(DEVELOPER) | MASTER LEASE | S1268-1-A | N/A | 09/30/2019 | $ - | $ - | No Objection Filed. |
| 2 | 26720/1598 | N/A | SEARS, ROEBUCK AND CO. | NEWAGE PHM, LLC | MASTER LEASE | S26720-8-G | N/A | 09/30/2059 | $ 1.00 | $ - | No Objection Filed. |
| 3 | 3235 | N/A | SEARS HOLDINGS MANAGEMENT COMPANY | SEARS HOMETOWN AND OUTLET STORES, INC. | S-3235 SUB-LEASE | N/A | 10/1/2012 | 4/20/2022 | $ - | $ - | No Objection Filed. |
| 4 | 4457 | N/A | KMART EXPRESS, LLC | HAYWARD PARTNERS | LEASE | N/A | 12/15/1971 | 12/14/2070 | $ - | $ - | No Objection Filed. |
| 5 | 7098 | N/A | KMART CORPORATION | TA-HSIUNG WANG, HUEY-YI WANG & TA-CHENG WANG, OLIVIA YAN SHUI HSIA | MASTER LEASE | K7098-A | N/A | 04/30/2025 | $ 3,227.00 | $ - | No Objection Filed. |
| 6 | 30962 | 2277 | SEARS, ROEBUCK AND CO. | KADISH | GROUND LEASE | K30962-4-C | N/A | 01/01/2024 | $ 23,726.73 | $ - | Not Disputed in Objection. |
| 7 | 30962 | 2277 | KMART CORPORATION | SEARS, ROEBUCK AND CO. | SUBLEASE | N/A | 11/15/1983 | N/A | $ - | $ - | Not Disputed in Objection. |
| 8 | 3235 | N/A | KMART CORPORATION | W & H, LLC | MASTER LEASE | K3235-A | N/A | 04/20/2022 | $ - | $ - | No Objection Filed. |