# EXHIBITS A-D
FILED UNDER
PENDING
MOTION TO SEAL