# EXHIBIT F
# FILED UNDER PENDING MOTION TO SEAL