# EXHIBIT A
FILED UNDER
PENDING
MOTION TO SEAL