**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                             :

In re:                                            :    Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,[1]  :

                                            :    Case No. 18-23538-rdd

                        Debtors.    :

                                            :    (Jointly Administered)
---------------------------------------------------------------X

**DECLARATION OF JON GOODIN IN SUPPORT OF**
**TRANSFORM HOLDCO LLC'S INITIAL SUPPLEMENTAL BRIEF IN RESPONSE TO**
**DEBTORS' MOTION TO (A) ENFORCE ASSET PURCHASE AGREEMENT AND**
**AUTOMATIC STAY AGAINST TRANSFORM**
**HOLDCO LLC AND (B) COMPEL TURNOVER OF ESTATE PROPERTY**

I, Jon Goodin, declare under penalty of perjury as follows:

    1.    I respectfully submit this declaration ("Declaration") in support of *Transform*

*Holdco LLC's Initial Supplemental Brief in Response to Debtors' Motion to (A) Enforce Asset*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property.*[2]

2. I am currently Accounting and Sarbanes-Oxley Manager for Sears Holdings Corporation ("Sears").

3. As Accounting and Sarbanes-Oxley Manager, I am knowledgeable about and familiar with certain aspects of Sears' business, including the procedures for preparing borrowing base certificates.

4. All statements in this Declaration are based upon my personal knowledge of Sears' operations with respect to the accounting of Sears' borrowing base certificates; my review of relevant documents; and my views based upon my professional experience. If called to testify, I would testify competently to each of the facts set forth in this Declaration.

5. In accordance with the credit agreement for its asset-backed loan ("Sears ABL Credit Agreement"), Sears prepared borrowing base certificates on both a weekly and monthly basis, certifying to the lenders the value of the collateral supporting the loan.

6. Since at least November 2018, after Sears entered into a senior debtor-in-possession credit agreement ("Senior DIP Credit Agreement"), the assets listed on Sears' borrowing base certificates were limited to certain inventory, credit card receivables, and pharmacy accounts receivable. The borrowing base certificates did not include the reserves held by credit card processing companies pursuant to their agreements with Sears.

7. The Week 46 Borrowing Base Certificate for Sears as of December 22, 2018 is attached hereto as Exhibit A. I believe that this borrowing base certificate is identical in all material respects with other borrowing base certificates prepared by Sears since Sears entered

---

[2] All capitalized terms used but not defined in this Declaration shall have the meaning ascribed to them in the APA.

2

into the Senior DIP Credit Agreement. The borrowing base certificate lists certain inventory, pharmacy receivables, and credit card receivables. ███████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████

8.      The Week 50 Borrowing Base Certificate for Sears as of January 19, 2019 is attached hereto as Exhibit B. I believe that this borrowing base certificate is identical in all material respects with other borrowing base certificates prepared by Sears since Sears entered into the Senior DIP Credit Agreement. The borrowing base certificate lists certain inventory, pharmacy receivables, and credit card receivables. ███████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████

\*     \*     \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 1, 2019 in Hoffman Estates, Illinois.

Respectfully submitted,

_____
Jon Goodin