**UNITED STATES BANRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
IN RE:                                          :
                                                :    **Chapter 11**
**SEARS HOLDINGS CORPORATION, et al.,**         :
                                                :    **Case No. 18-23538 (RDD)**
                                                :
         **Debtors**                            :    **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of James F. Dowden to be admitted, *pro hac vice,* to represent Gabriel Young in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arkansas and the bar of the U.S. District Court for the Eastern District of Arkansas, it is hereby

**ORDERED**, that James F. Dowden, Esq., is admitted to practice, *pro hac vice,* in the above-referenced cases to represent the Gabriel Young, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       March 28, 2019

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE