## Exhibit 1- Additional Designatable Leases

| No. | Store Number | Store Name | Stat | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Expiration Date | Debtor's Interest | Contact | Address 1 | Address 2 | Address 3 | City | State2 | Zip / Postal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | PANDA EXPRESS, INC. | TENANCY | 7/24/2021 | LESSOR | ATTN: LEGAL DEPARTMENT | 1683 WALNUT GROVE AVE. | N/A | N/A | ROSEMEAD | CA | 91770 |
| 2 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | SEARS HOMETOWN & OUTLET STORES, INC. | TENANCY | 10/31/2022 | LESSOR | ATTN: GENERAL COUNSEL | 5500 TRILLIUM BLVD | SUITE 501 | N/A | HOFFMAN ESTATES | IL | 60192 |
| 3 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | SEARS HOMETOWN & OUTLET STORES, INC. | TENANCY | MTM | LESSOR | ATTN: GENERAL COUNSEL | 5500 TRILLIUM BLVD | SUITE 501 | N/A | HOFFMAN ESTATES | IL | 60192 |
| 4 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | (DBA "ST MESSAGING SERVICES (FORMERLY SKYTEL)") | TENANCY | MTM | LESSOR | NETWORK-REAL ESTATE | 180 WASHINGTON VALLEY RD. | N/A | N/A | BEDMINSTER | NJ | 7921 |
| 5 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | T-MOBILE | TENANCY | 1/31/2021 | LESSOR | LEASE COMPLIANCE/CH77376F | 12920 SE 38TH ST. | N/A | N/A | BELLEVUE | WA | 98006 |
| 6 | 1011 | GRANDVILLE | MI | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 7 | 1012 | DES MOINES | IA | SEARS, ROEBUCK AND CO | ABBELL CREDIT CORPORATION | CROSS-ACCESS & CROSS-PARKING ACCESS | 11/5/2028 | PARTY TO ACCESS & EASEMENT | ATTN: ELIZABETH HOLLAND | 30 NORTH LASALLE STREET | SUITE 2120 | N/A | CHICAGO | IL | 60602 |
| 8 | 1012 | DES MOINES | IA | SEARS, ROEBUCK AND CO | LAMAR COMPANY LLC | TENANCY | 11/5/2028 | LESSOR | THE LAMAR COMPANY | 4131 109TH ST | N/A | N/A | URBANDALE | IA | 50322 |
| 9 | 1029 | SPOKANE | WA | SEARS, ROEBUCK AND CO | PRICE SPOKANE LIMITED PARTNERSHIP | TENANCY | 9/26/2040 | LESSOR | PRICE SPOKANE LIMITED PARTNERSHIP | 35 CENTURY PARK WAY | N/A | N/A | SALT LAKE CITY | UT | 84115 |
| 10 | 1029 | SPOKANE | WA | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 11 | 1033 | NORTH ATTLEBORO | MA | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 12 | 1074 | WALDORF/ST CHARLES | MD | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 13 | 1077 | SHREVEPORT | LA | SEARS, ROEBUCK AND CO | MALL ST VINCENT LP | TENANCY | 12/31/2024 | LESSOR | BROOKFIELD PROPERTIES (AS SUCCESSOR TO GGP AND | 350 NORTH ORLEANS | SUITE 300 | N/A | CHICAGO | IL | 60654-1607 |
| 14 | 1110 | PORTAGE | MI | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 15 | 1120 | COLUMBUS | OH | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 16 | 1120 | DUBLIN | OH | SEARS, ROEBUCK AND CO | PRIME COMMUNICATIONS L.P. (DBA AT&T) | TENANCY | 3/31/2028 | LESSOR | ATTN: REAL ESTATE DEPARTMENT | 12550 REED ROAD | SUITE 100 | N/A | SUGAR LAND | TX | 77478 |
| 17 | 1120 | DUBLIN | OH | SEARS, ROEBUCK AND CO | SPORT CLIPS | TENANCY | 4/30/2028 | LESSOR | SAWYER BUSINESS GROUP INC., ATTN: ANTHONY SAWYER | 910 MERCHANT LEE PLACE | N/A | N/A | MANAKIN SABOT | VA | 23103 |
| 18 | 1120 | DUBLIN | OH | SEARS, ROEBUCK AND CO | ZOUP! | TENANCY | 12/31/2028 | LESSOR | TASTY MAIN LLC, ATTN: TOM | 749 MOHAWK STREET | N/A | N/A | COLUMBUS | OH | 43206 |
| 19 | 1171 | SPRINGFIELD | MO | SEARS, ROEBUCK AND CO | LANDS' END, INC. | SUBLEASE | 1/31/2020 | SUBLESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 20 | 1187 | MESQUITE | TX | SEARS, ROEBUCK AND CO | BOOT BARN (FKA SHEPLERS, INC.) | ACCESS RIGHTS | 7/31/2020 | GRANTOR | ATTN: JULIA WILLIAMS | 15776 LAGUNA CANYON ROAD | N/A | N/A | IRVINE | CA | 92618 |
| 21 | 1192 | MUSKEGON | MI | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 22 | 1271 | LITTLETON | CO | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 23 | 1297 | HURST | TX | SEARS, ROEBUCK AND CO | SIMON PROPERTY GROUP (TEXAS) LP | TENANCY | 8/2/2038 | LESSOR | GENERAL COUNSEL | 115 WEST WASHINGTON ST | SUITE 1500 | N/A | INDIANAPOLIS | IN | 46207 |
| 24 | 1297 | HURST | TX | SEARS, ROEBUCK AND CO | CHESAPEAKE EXPLORATION LLC | TENANCY | 5/10/2038 | LESSOR | HENRY J HOOD | P.O. BOX 18496 | N/A | N/A | OKLAHOMA CITY | OK | 73154-0496 |
| 25 | 1314 | NEW BRUNSWICK | NJ | SEARS, ROEBUCK AND CO | HOP NEW BRUNSWICK (DBA "HOULIHAN'S") | TENANCY | 11/30/2023 | LESSOR | ERIC MUND, MANAGER | 100 FRANKLIN AVENUE | N/A | N/A | NUTLEY | NJ | 7110 |
| 26 | 1314 | NEW BRUNSWICK | NJ | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 27 | 1407 | BEAUMONT | TX | SEARS, ROEBUCK AND CO | PARKDALE MALL | TENANCY | N/A | LESSOR | JVJ BEAUMONT JOINT VENTURES, ATTN: MARTIN J. | 25425 CENTER RIDGE RD | N/A | N/A | CLEVELAND | OH | 44145 |
| 28 | 1447 | HULEN | TX | SEARS, ROEBUCK AND CO | XTO ENERGY INC | TENANCY | 10/22/2050 | LESSOR | XTO ENERGY INC, ATTN: | 810 HOUSTON ST | N/A | N/A | FT. WORTH | TX | 76102- |
| 29 | 1447 | FT WORTH | TX | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 30 | 1570 | SCHAUMBURG | IL | SEARS, ROEBUCK AND CO | NAMCO ENTERTAINMENT INC. (DBA "LEVEL 257") | TENANCY | 2/28/2025 | LESSOR | CHIEF OPERATING OFFICER | 712 N. CENTRAL AVE | SUITE B | N/A | WOOD DALE | IL | 60191 |
| 31 | 1570 | SCHAUMBURG | IL | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 32 | 1595 | GREENVILLE | SC | SEARS, ROEBUCK AND CO | FOREVER 21RETAIL, INC. (WINTER 2014) | TENANCY | 8/31/2023 | LESSOR | REAL ESTATE | 3880 N. MISSION ROAD | ROOM 3080 | N/A | LOS ANGELES | CA | 90031 |
| 33 | 1595 | GREENVILLE | SC | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |

| # | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 1605 | RALEIGH | NC | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 35 | 1614 | LIVINGSTON | NJ | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 36 | 1634 | BALTIMORE | MD | SEARS, ROEBUCK AND CO | SECURITY SQUARE ASSOCIATES | TENANCY | 9/30/2022 | LESSOR | DEIRDRE MOORE | 6901 SECURITY BLVD. | N/A | N/A | BALTIMORE | MD | 21244 |
| 37 | 1650 | MERRILLVILLE | IN | SEARS, ROEBUCK AND CO | GARY JOINT VENTURE | TENANCY | 9/17/2039 | LESSOR | GARY JOINT VENTURE, ATTN: | 25425 CENTER RIDGE | N/A | N/A | CLEVELAND | OH | 44145 |
| 38 | 1710 | NORTH OLMSTED | OH | SEARS, ROEBUCK AND CO | STEAK AND ALE OF OH, INC. | TENANCY | N/A | LESSOR | VICE PRESIDENT, REAL ESTATE DEPARTMENT | 6500 INTERNATIONAL PARKWAY | N/A | N/A | PLANO | TX | 75093 |
| 39 | 1710 | NORTH OLMSTED | OH | SEARS, ROEBUCK AND CO | GEORGE GROUP-GREAT NORTHERN LTD (DBA "HARRY BUFFALO RESTAURANT & LOUNGE") | TENANCY | 8/31/2019 | LESSOR | THOMAS T. GEORGE, PRESIDENT | 18605 DETRIOT AVE | N/A | N/A | LAKEWOOD | OH | 44107 |
| 40 | 1710 | NORTH OLMSTED | OH | SEARS, ROEBUCK AND CO | STAR-WEST GREAT NORTHERN MALL LLC | TENANCY | 11/30/2023 | LESSOR | STARWOOD CAPITAL GROUP GLOBAL, L.P., ATTN: ELLIS | 591 WEST PUTNAM AVE | N/A | N/A | GREENWICH | CT | 6830 |
| 41 | 1710 | NORTH OLMSTED | OH | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 42 | 1730 | FLORENCE | KY | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 43 | 1760 | NOVI | MI | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 44 | 1764 | ROCKAWAY | NJ | SEARS, ROEBUCK AND CO | RAYMOURS FURNITURE COMPANY, INC | TENANCY | 8/31/2026 | LESSOR | LEASING DEPARTMENT | 7248 MORGAN RD | N/A | N/A | LIVERPOOL | NY | 13088 |
| 45 | 1800 | MISHAWAKA | IN | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 46 | 1854 | PARKVILLE | MD | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2020 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 47 | 2183 | S PORTLAND | ME | SEARS, ROEBUCK AND CO | MAINE MALL | TENANCY | N/A | LESSOR | GGP-MAIN MALL L.L.C. | 7846 SOLUTION CENTER | N/A | N/A | CHICAGO | IL | 60677- |
| 48 | 2183 | S PORTLAND | ME | SEARS, ROEBUCK AND CO | OTB ACQUISITION LLC (DBA "ON THE BORDER #146") | TENANCY | 11/30/2019 | LESSOR | DEVIN KEIL, SVP OF DEVELOPMENT | 2201 W. ROYAL LANE | SUITE 240 | N/A | IRVING | TX | 75063 |
| 49 | 2191 | LINCOLN | NE | SEARS, ROEBUCK AND CO | BAIR / SUPERIOR POINTE? | TENANCY | See docs | LESSOR | BAIR INVESTMENT CO. | 7145 SOUTH HAMPTON RD. | N/A | N/A | LINCOLN | NE | 68506 |
| 50 | 2191 | LINCOLN | NE | SEARS, ROEBUCK AND CO | MCDONALD'S CORPORATION | TENANCY | 8/4/2081 | GRANTOR OF EASEMENT | ATTN: DIRECTOR REAL ESTATE LEGAL | ONE MCDONALD PLAZA | N/A | N/A | OAK BROOK | IL | 60521 |
| 51 | 2290 | MICHIGAN CITY | IN | SEARS, ROEBUCK AND CO | FIRST SOURCE BANK | TENANCY | 12/31/2022 | LESSOR | INGRID MATHIAS, MANAGER, | P.O. BOX 1602 | N/A | N/A | SOUTH BEND | IN | 46634 |
| 52 | 2309 | SILVERDALE | WA | SEARS, ROEBUCK AND CO | KITSAP MALL, LLC | TENANCY | 8/7/2024 | LESSOR | STARWOOD RETAIL PARTNERS C/O KITSAP MALL, LLC | 1 EAST WACKER DRIVE | SUITE 3600 | N/A | CHICAGO | IL | 60601 |
| 53 | 2309 | SILVERDALE | WA | SEARS, ROEBUCK AND CO | LANDS' END, INC. | TENANCY | 1/31/2019 | LESSOR | ATTN: SR.VICE PRESIDENT & | 5 LANDS' END LANE | N/A | N/A | DODGEVILLE | WI | 53595 |
| 54 | 2497 | BROWNSVILLE | TX | SEARS, ROEBUCK AND CO | CBL & ASSOCIATES MANAGEMENT INC. | TENANCY | N/A | LESSOR | GENERAL COUNSEL | 2030 HAMILTON PLACE BLVD | CBL CENTER, | N/A | CHATTANOOGA | TN | 37421-600 |
| 55 | 2934 | TAUNTON | MA | SEARS, ROEBUCK AND CO | SILVER CITY GALLERIA | TENANCY - PARKING LOT | 10/31/1955 | LESSOR | CREF II SILVER CITY LLC DBA SILVER CITY GALLERIA | ATTN: LEGAL DEPT. | 411 WEST PUTNAM | SUITE 425 | GREENWICH | CT | 06830 |
| 56 | 3544 | SALEM (STORE CLOSING) | VA | SEARS, ROEBUCK AND CO | UPS STORE | TENANCY | 9/30/2018* | LESSOR | PRESIDENT - JENSTEVE, INC | 1329 W. MAIN STREET | N/A | N/A | SALEM | VA | 24153 |
| 57 | 8702 | MINNEAPOLIS | MN | SEARS, ROEBUCK AND CO | RAIL WAY RESTORATION INC | TENANCY | 8/31/2019 | LESSOR | ASSISTANT GENERAL COUNSEL | 3168 SHORELINE LANE | N/A | N/A | ARDEN HILLS | MN | 55112 |
| 58 | 8702 | MINNEAPOLIS | MN | SEARS, ROEBUCK AND CO | OOPEGARD VENDING | TENANCY | 4/30/2019 | LESSOR | AL OPPEGARD | 4138 PENNSYLVANIA AVE | N/A | N/A | EAGAN | MN | 55123 |
| 59 | 8717 | HOUSTON | TX | SEARS, ROEBUCK AND CO | HOLLIDAY DOOR & GATE, LLC | TENANCY | 2/28/2019 | LESSOR | DAMON LANE | P.O. BOX 14229 | N/A | N/A | HOUSTON | TX | 77221 |
| 60 | 1540 / 61540 | INDIANAPOLIS | IN | SEARS, ROEBUCK AND CO | CINEMA VETERANS LLC | REAL ESTATE TAX PAYMENT AGREEMENT - SETTLEMENT AGREEMENT | N/A | OBLIGEE OF REAL ESTATE TAXES | ATTN: ANTHONY MINOR | 3919 LAFAYETTE ROAD | N/A | N/A | INDIANAPOLIS | IN | 46254 |
| 61 | 1598 / 26720 | CITY OF INDUSTRY | CA | SEARS, ROEBUCK AND CO | FIVE GUYS OPERATIONS, LLC | TENANCY | N/A | LESSOR | ATTN: DALE E. THOMPSON, GENERAL COUNSEL | 10718 RICHMOND HIGHWAY | N/A | N/A | LORTON | VA | 22079 |
| 62 | 1598 / 26720 | CITY OF INDUSTRY | CA | SEARS, ROEBUCK AND CO | CMM, LLC DBA JIMMY JOHN'S GOURMET SANDWICHES | TENANCY | N/A | LESSOR | N/A | PO BOX 9839 | N/A | N/A | FOUNTAIN VALLEY | CA | 92708 |
| 63 | 1598 / 26720 | CITY OF INDUSTRY | CA | SEARS, ROEBUCK AND CO | CALIFORNIA FISH GRILL, LLC | TENANCY | N/A | LESSOR | N/A | 315 N. PUENTE STREET | SUITE E | N/A | BREA | CA | 92882 |
| 64 | 1598 / 26720 | CITY OF INDUSTRY | CA | SEARS, ROEBUCK AND CO | STARBUCKS CORPORATION | TENANCY | N/A | LESSOR | ATTN: PROPERTY MANAGEMENT DEPT RE: STARBUCKS COFFEE COMPANY | 2401 UTAH AVENUE SOUTH | SUITE 800 | N/A | SEATTLE | WA | 98134 |