**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
In re                                                                      )    **Chapter 11**
                                                                              )
SEARS HOLDINGS CORPORATION, *et al.*    )    **Case No. 18-23538 (RDD)**
                                                                              )
                          Debtors[1].                           )    **(Jointly Administered)**
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that, on April 1, 2019, I electronically filed the following documents with the Clerk's Office using the Court's CM/ECF system which sent e-mail notification of such filings to all registered CM/ECF participants in the above-captioned case, including the Standard Parties[2] other than those identified below:

- Motion For Payment Of Pre-Petition PACA Trust Claim, with Memorandum of Law in Support (Doc. No. 3002);

- Client Declaration in Support with Exhibits (Doc. No. 3002-1);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] The term "**Standard Parties**" as used herein shall have the defined meaning set forth to it in the *Amended Order Implementing Certain Notice and Case Management Procedures* (Doc. No. 405).

- Proposed Order Granting Motion (Doc. No. 3002-2); and

- Notice of Hearing / Notice of Motion (April 18, 2019 at 10:00am ET) (Doc. No. 3003).

- Certificate of Service (Doc. No. ___)

I further certify that, on April 2, 2019, I caused a true and correct copy of the foregoing filings to be served on the following Standard Parties in the manner indicated:

1. Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248, White Plains, NY 10601 (Via FedEx Overnight Delivery);

2. Debtors, c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, IL 60179 (Attn: Stephen Sitley, Esq. and Luke Valentino, Esq.) (Via First Class U.S. Mail); and

3. Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq.) (Via First Class U.S. Mail).

I further certify that, on April 2, 2019, I caused a true and correct copy of the foregoing filings to be served upon all 2002 Parties/Master Service List via e-mail.

Dated: April 2, 2019                                    Respectfully submitted,

                                                        */s/ Mark A. Amendola*
                                                        MARK A. AMENDOLA
                                                        Ohio Bar I.D. No. 0042645
                                                        Admitted herein *Pro Hac Vice*
                                                        MARTYN AND ASSOCIATES
                                                        820 W. Superior Avenue, Tenth Floor
                                                        Cleveland, Ohio 44113
                                                        (216) 861-4700 - telephone
                                                        (216) 861-4703 - facsimile
                                                        Email: mamendola@martynlawfirm.com

                                                        Attorney for Movant/PACA Trust Creditor
                                                        Caito Foods, LLC