**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- :
:
**In re** : Chapter 11
:
**SEARS HOLDINGS CORPORATION,** *et al.*, : Case No. 18-23538 (RDD)
:
**Debtors.**[1] : (Jointly Administered)
:
-------------------------------------------------------------------- :

### DECLARATION OF SUSAN E. BOW AS REPRESENTATIVE OF COMMERCIAL REAL ESTATE APPRAISAL AND VALUATION ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. § 1746, Susan E. Bow declares as follows:

1.      I am the Managing Director and General Counsel of RERC, LLC, a Situs company

("Situs RERC"), an international commercial real estate valuation and appraisal consulting firm.

The Official Committee of Unsecured Creditors (the "Creditors' Committee") requested that Situs

RERC provide real estate valuation and appraisal services in connection with the chapter 11 cases

of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the

"Debtors").  I submit this Declaration in support of Situs RERC's disinterestedness in these

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

chapter 11 cases.  Except as otherwise noted,[2] I have personal knowledge of the matters set forth

herein.

### Disinterestedness and Eligibility

2.    In connection with the preparation of this Declaration, Situs RERC conducted a

review of its contacts with the Debtors, their affiliates and certain entities holding large claims

against or interests in the Debtors that were made reasonably known to Situs RERC.  A listing of

the parties reviewed is reflected on **Exhibit A** to this Declaration.  Situs RERC's review,

completed under my supervision, consisted of a query of the **Exhibit A** parties within an internal

computer database containing names of individuals and entities that are present or recent former

clients of Situs RERC.  A listing of such relationships that Situs RERC identified during this

process is set forth on **Exhibit B** to this Declaration.

3.    Based on the results of its review, except as otherwise discussed herein, Situs

RERC does not have a relationship with any of the parties on **Exhibit A** in matters related to these

chapter 11 cases.  Situs RERC has provided, and could reasonably expect to continue to provide,

services unrelated to the Debtors' chapter 11 cases for the various entities shown on **Exhibit B**.

To the best of my knowledge, Situs RERC does not hold or represent any interest adverse to the

Debtors' estates, nor does Situs RERC's involvement in these chapter 11 cases compromise its

ability to continue its services.

4.    It is my understanding that professionals in other RERC segments were retained in

various matters on behalf of and against the Debtors in litigation matters.  These matters concluded

prior to the commencement of these chapter 11 cases on October 15, 2018.  Additionally, Situs

---

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Situs
RERC and are based on information provided by them.

RERC professionals have provided advice to the Board of Directors of Sears Hometown and

Outlets Stores, Inc. regarding a transition service agreement. This matter concluded in 2016.

5.      Further, as part of its diverse practice, Situs RERC appears in numerous cases and

transactions that involve many different professionals, including attorneys, accountants and

financial consultants, who may represent claimants and parties in interest in the Debtors' chapter

11 cases.  Situs RERC also has performed in the past, and may perform in the future, advisory

consulting services for various attorneys and law firms, and has been represented by several

attorneys, law firms and financial institutions, some of whom may be involved in these

proceedings.

6.      In addition, Situs RERC has in the past, may currently and will likely in the future

work with or against other professionals involved in these chapter 11 cases in matters unrelated to

the Debtors and these cases.  Based on our current knowledge of the professionals involved, and to

the best of my knowledge, none of these relationships create interests adverse to the estate, and

none are in connection with these cases.

7.      Situs RERC is not believed to be a "Creditor" with respect to fees and expenses of

any of the Debtors within the meaning of section 101(10) of the Bankruptcy Code.  Further,

neither I nor any other member of the Situs RERC engagement team serving this Creditors'

Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares

of the Debtors' stock.

8.      As such, to the best of my knowledge, Situs RERC does not hold or represent any

interest adverse to the estate, and therefore believes it is eligible to represent the Creditors'

Committee under section 1103(b) of the Bankruptcy Code.

9.      It is Situs RERC's policy and intent to update and expand its ongoing relationship

search for additional parties in interest in an expedient manner.  If any new material relevant facts

3

or relationships are discovered or arise, Situs RERC will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

10.     According to Situs RERC's books and records, during the ninety day period prior to the Debtors' petition date, Situs RERC performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

11.     To the best of my knowledge, (i) no commitments have been made or received by Situs RERC with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (ii) Situs RERC has no agreement with any other entity to share with such entity any compensation received by Situs RERC in connection with these chapter 11 cases.

[*Signature page follows*.]

I declare under penalty of perjury that the foregoing is true and correct

Executed this 2nd day of April, 2019

Susan E. Bow
Managing Director and General Counsel

**EXHIBIT A**

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtors**
A&E Factory Service, LLC
A&E Home Delivery, LLC
A&E Lawn & Garden, LLC
A&E Signature Service, LLC
Big Beaver of Florida Development, LLC
BlueLight.com, Inc.
California Builder Appliances, Inc.
FBA Holdings Inc.
Florida Builder Appliances, Inc.
Innovel Solutions, Inc.
KBL Holding Inc.
KLC, Inc.
Kmart Corporation
Kmart Holding Corporation
Kmart of Michigan, Inc.
Kmart of Washington LLC
Kmart Operations LLC
Kmart Stores of Illinois LLC
Kmart Stores of Texas LLC
Kmart.com LLC
MaxServ, Inc.
MyGofer LLC
Private Brands, Ltd.
Sears Brands Business Unit Corporation
Sears Brands Management Corporation
Sears Brands, L.L.C.
Sears Buying Services, Inc.
Sears Development Co.
Sears Holdings Corporation
Sears Holdings Management Corporation
Sears Holdings Publishing Company, LLC
Sears Home & Business Franchises, Inc.
Sears Home Improvement Products, Inc.
Sears Insurance Services, L.L.C
Sears Operations LLC
Sears Procurment Services, Inc.
Sears Protection Company
Sears Protection Company (Florida), L.L.C.
Sears Protection Company (PR) Inc.
Sears Roebuck Acceptance Corp.
Sears, Roebuck and Co.
Sears, Roebuck de Puerto Rico, Inc.
ServiceLive, Inc.
SHC Desert Springs, LLC
SHC Licensed Business LLC
SHC Promotions LLC
SOE, Inc.
StarWest, LLC
STI Merchandising, Inc.
SYW Relay LLC

Troy Coolidge No. 13, LLC
Wally Labs LLC

**Debtors' Trade Names / Aliases (Up to 8 Years):**
A&E Factory Service
Accents for Less
American Siding & Deck, Inc.
American Windows & Sash, Inc.
Appliance Liquidators
Austin Technology Center
Bath and Kitchen Elegance
Bath and Kitchen Elegance of the Desert
Big Beaver of Caguas Development Corporation
Big Beaver of Caguas Development Corporation II
Big Kmart
Big Kmart (#3680)
Central Wholesale Appliance Supply, Inc.
Chantell Marketing
Circle of Beauty Inc.
Continental Carpet Cleaning, Inc.
Delver
Delver.com
Designer Depot
Eblon Technologies India Private Limited
Evoke Productions
FitStudio by Sears
Florida Builder Appliances, Inc.
Garment Rack
HDC Holding Company of Delaware, Inc.
HO. Tampa Development Co.
HO. Tysons Office Investment Co.
ILJ, Inc.
JAF, Inc.
KC Kelley Group
Kenmore Direct
Kids Stockroom
Kmart
Kmart Acquisition Corp.
Kmart Apparel Corp.
Kmart Apparel Fashions Corp.
Kmart Apparel Leasing Corp.
Kmart Apparel Service of Atlanta Corp.
Kmart Apparel Service of Des Plaines Corp.
Kmart Apparel Service of Sunnyvale Corp.
Kmart Corporation
Kmart Enterprises, Inc.
Kmart Far East Limited
Kmart Financing I
Kmart Global Sourcing Ltd.
Kmart Holding Company
Kmart Holdings, Inc.

Kmart Lessee Operations, LLC
Kmart Management Corporation
Kmart Michigan Property Services, L.L.C.
Kmart of Amsterdam, NY Distribution Center, Inc.
Kmart of Pennsylvania LP
Kmart Pharmacies of Minnesota, Inc.
Kmart Pharmacies, Inc.
Kmart Properties, Inc.
Kmart Stores of Indiana, Inc.
Kmart Stores of TNCP, Inc.
KMI, Inc.
Koolvent Aluminum Products, Inc.
Kresge - Kmart Limited
Little Caesars
Max Acquisition Delaware Inc.
McKids
McKidsThe Store
McPhail's Appliances
MetaScale Technologies India Private Limited
Monark
Monark Holdings Inc.
Monark of California
Monark Premium Appliance Co.
Monark Premium Appliance Co. of Arizona
Monark Premium Appliance Co. of California
MXSV, Inc.
NTB - National Tire and Battery
NTB-National Tire & Battery
PMB, Inc.
Prairie Buck I, Inc.
Prairie Buck II, Inc.
Print Procurement Company, LLC
Print Production Company, LLC
Private Brands, Ltd.
Relay LLC
San Diego Appliance Sales
Sears
Sears #1284
Sears Acquisition Corp.
Sears Auto Center
Sears Canada, Inc.
Sears Auto Center #6582
Sears Auto Centers
Sears Carpet and Upholstery Care, Inc.
Sears Essentials
Sears Grand
Sears Grand #1673
Sears Holdings Management Corporation
Sears Home Appliance Showrooms
Sears Home Improvement Products (South), Inc.
Sears Home Services
Sears Hometwon and Outlet Stores
Sears Home & Life
Sears Lessee Operations, LLC
Sears Logistics Services
Sears Logistics Services, Inc.
Sears Merchandise Group

Sears Merchandise Group, Inc.
Sears New York Insurance Agency
Sears Oklahoma Insurance Agency
Sears Protection Company Inc.
Sears Protection Company, Inc.
Sears Technology Services LLC
Sears, Roebuck de Mexico, S.A. de C.V.
Sears Roebuck And Co
Sears Roebuck And Company
Sears, Wishbook, Inc.
ServiceLive Direct
SHMC, Inc.
Shop Your Way Local, LLC
shopyourway.com
Sourcing and Technical Services, Inc.
SRC O.P. LLC
SRC Real Estate (TX), LLC
Standards of Excellence
Standards of Excellence Outlet Store
Super K
Super Kmart
Super Kmart Center
Texas Bluelight.com Inc.
The Annexx Restaurant
The Great Indoors
Tire Property Holding, Inc.
Tri-Valley Crossings
Troy CMBS Property, L.L.C.
Westar Kitchen & Bath LLC
Westar Kitchen and Bath
Westar Kitchen and Bath, LLC
Western Bluelight.com LLC
WestStar Kitchen and Bath
WestStar Kitchen and Bath LLC

**Debtors' Trademarks**
Craftsman
DieHard
Kenmore

**Board of Directors**
Ann N. Reese
Bruce R. Berkowitz (Former)
Edward S. Lampert
Kunal S. Kamlani
Paul G. DePodesta
Thomas J. Tisch
William C. Kunkler, III

**Board of Director Affiliations**
Apollo Education Group
Comcast
Nike, Inc.

**Director/Officer (Current)**
Acquaviva, David L.
Adams, Thomas

2

| | |
|---|---|
| Aditya, Pialy | Clark, Laura J. |
| Ainsworth, Julie | Clarke, Andrew |
| Alexander, Robyn L. | Collins, Doris D. |
| Allagapen, Kevin | Conard, Mark T. |
| Allen, Michael T. | Connow, Daniel E. |
| Alvarez, Cesar L. | Cook, Kelly |
| Anderson, Jared | Cropp, Derek |
| Anderson, Nate | Daley, James |
| Andresen, Randall B. | Dastagir, Mohammed M. |
| Arvia, Thomas A. | Dattilo, Anthony F. |
| Babb, Jonathan C. | Debber, Steven W. |
| Baker, Daena M. | DePodesta, Paul G. |
| Baker, Robert | Desalvo, Thomas E. |
| Balagna, Jeffrey A. | Deshmukh, Makarand |
| Barr, James IV | Dickert, Philip |
| Baxi, Pritam B. | Dillon, Jason |
| Bellamy, Jasmine N. | Douglass, Ronald P. |
| Berghel, Victoria S. | Drieselman, Daniel M. |
| Berkowitz, Bruce R. | Dunaway, Sheila A. |
| Bezanson, Llewellyn W. | Dvoskin, Vlad |
| Bichkoff, Brian W. | Dybowski, Michael |
| Blee, Jeffrey S. | East, Brian |
| Boerio, Mark | Ebert, Gregory |
| Book, Chris | Ejarque Lopez, Victor |
| Bottomly, Glenn D. | Elder, Sara E. |
| Bouchard, Denis R. | Elsasser, Steven M. |
| Bourque, Mary Ellen M. | Emmanuele, Philip L. |
| Boutros, Peter | Engfer, Victoria L. |
| Bowden, Jonathan R. | Ennis, Daniel |
| Bowie, Maya | Eyunni, Kris |
| Boyle, Raymond E. | Fallon, John J. |
| Brathwaite, Christian E. | Farney, Sean M. |
| Brisentine, Mary K. | Farrar, Gary D. |
| Brohawn, Timothy M. | Ferguson, Brian D. |
| Broockerd, Bronson | Ferguson, Eric T. |
| Brooks, Charles A. | Ferrell, Patrick J. |
| Broome, Donna | Ferrone, Steven |
| Brophy, Daniel M. | Finney, Stephen M. |
| Brotnow, Michael J. | Fleshood, Lesley R. |
| Bruder, Kurt | Foley, Brendan A. |
| Buckley, Alice I. | Ford, Christopher |
| Burdett, Jay R. | Forney, Kristin J. |
| Burnham, Jacob | Fortuna, Anthony T. |
| Butler, Rhett A. | Fournier, Michael |
| Calabrese, Frank W. | Franceschi, Karen M. |
| Carozza, Thomas | Freitag, Thomas C. |
| Carr, Alan J. | Garg, Parag |
| Cassey, Justin M. | Gates, Ryan W. |
| Catanese, JoAnn | Geog, Clinton |
| Cates, Brandon T. | George, David L. |
| Cavnar, James | Gerlach, Robert J. II |
| Chapman, Bradley G. | Glenn, Scott D. |
| Chase, Christopher | Glover, Christopher |
| Chawla, Rakesh | Glynne, Gareth |
| Cherry, Debra | Gonzalez, Jesse |
| Chung, Eui | Gould, Christopher K. |
| Ciovacco, Ryan | Gourlin, Franck |

3

Granger, R. Christopher
Grant, Jeffrey F.
Gray, Stuart W.
Green, Katherine L.
Greenfield, Stacy A.
Guha, Angshuman
Gursel, Kubilay
Halffield, David W.
Hand, Anne M.
Harrison, Richard O.
Hassel, Kenik
Hayes, Neil B.
Hayward, Paul G.
Heinz, Nicholas L.
Helsel, Sean L.
Hernandez, Matthew C.
Hicks, Mark D.
Hoeller, William
Hollar, Jason M.
Holmes, John L. Jr.
Hopp, Daniel L.
Horwitz, Sandra E.
Huckins, Scott E.
Humayun, S.M. Usman
Ingersoll, Andrew G.
Irby, Michael D.
Ireland, Vincent A. III
Jaffe, Eric D.
James, Alasdair
Jenchel, Laurence M.
Jenkins, Laura
Jhaveri, Ramya D.
Johnstone, Andrew M.
Jordan, Joseph F.
Joshi, Vishal
Joye, Jennifer L.
Kamlani, Kunal S.
Kandala, Srinivasa A.
Kaner, Brian
Karmona, Moti
Keough, Philip J. IV
Kouatchou, Gide N.
Krishnaswami, Ravi
Krohn, Christopher E.
Kruszewski, Frank M.
Kumar, Alok
Kumar, Simha
Kunkler, William C.
Kurt, Justin S.
Kwan, Brenda Kwai Chu
Lakshman, Girish S.
Lampert, Edward S.
Lange, Mark W.
Lavion, Valerie
Lee, Mitchell K.
Lehlbach, Rebecca L.
Leismer, Andrew J.

Lemmert, Todd C.
Lifson, Dale P.
Lin, Eric
Linnane, William
Little, David W.
Lorenz, John L.
Luke J. Valentino
Lukes, David R.
Lummas, David M.
Madelaine, Laurent
Magnabosco, Peter J.
Makechnie, Brendaen K.
Manzau, Horst D.
Marks, Alan
Marks, Seth L.
Marsella, David M.
Marusich, Sam III
Mazouzi, Zine El Abidine
McClearn, Marisa
McCoy, Daniel
McGugan, Christopher L.
McIlvried, Mac D.
McKnight, Diane M.
McLeod, W. Gene
McNerny, Michael
Meerschaert, Lawrence J.
Meghji, Mohsin Y.
Merchant, Kabir
Mesenbring, James
Michalski, M. Catherine
Middleton-Bjelan, Erin C.
Miller, Alice
Miller, Lori K.
Mitchell, Michael J.
Mitzner, Gary L.
Mollsen, Michael C.
Mondkar, Aloke
Mookherjee, Reetabrata
Moore, Dennis B.
Moore, John
Moore, Jonathan J.
Morgan, Jeff E.
Morrie, Michael V.
Morris, Tiffany L.
Mortimer, Becky A.
Muddada, Vamsi
Multer, Scott H.
Munjal, Leena
Munn, Donald C.
Murphy, Gerard
Naedele, Jr., Robert J.
Nagle, Courtney Q.
Nastasia, Charles Jr.
Newell, A. Jeffrey
Nguyen, Frank
Novak, Laura A.
Nyman, Alfred W. Jr.

4

O'Connor, J. Michael
O'Malley, Michael
Otterberg, Jonathan C.
Pal, Anindya
Paluch, Paul
Pang, Eileen
Park, Thomas F.
Pastrana Benito, David
Peoples, James
Petrozzi, Ursula A.
Pfabe, John
Phelan, Robert J.
Piccininni, Domenico
Politeski, James
Polouski, Joseph
Pospischel, Gustavo
Prakash, Rajat
Prestinario, Celeste
Qazi, Shoaib A.
Quinn, Jodie M.
Raphael, Howard
Redman Oppenkowski, Misty N.
Reese, Ann N.
Reese, Brian
Reposa, Joseph P.
Reynaud, Nicolas C.J.
Ricchio, Carol R.
Richards, Joseph
Richter, Glenn R.
Ridle, James K.
Riecker, Robert A.
Rita, Carlos
Robbins-Jones, Philip J.
Robert A. Riecker
Robertson, Michael A.
Rockoff, Joshua
Rolecek, Terrence E.
Rose, C. Thomas
Sankaran, Vishak
Savillo, Benedicto T.
Scarnati, David A.
Schiele, Tyrone L.
Schoenwolf, Kimberly
Schriesheim, Robert A.
Schuvie, David L.
Schwan, Craig A.
Schwartz, Dean
Schwartz, P. Dean
Seesholtz, Michael
Semisch, Mark
Shanklin, Melinda L.
Sharma, Pallaw
Sharp, Larsen
Shaw, Alan F.
Shears, Rodney
Shellenberger, David A.
Singh, Scherjang

Singhal, Anuj
Sinha, Narendra N.
Sinharoy, Tanuja
Sitley, Stephen L.
Skelley, Sean
Smathers, Karen M.
Smith, Alfred
Smith, Charles
Staelens, thi C.
Stall, Timothy C.
Steckbeck, Todd
Stecko, Eric E.
Stevens, Seth M.
Stewart, Patrick W.
Stollenwerck, S. Jeffrey
Strohl, MIchael D.
Swager, Kenneth J.
Tabor, Candace
Tietze, Fred B.
Tisch, Thomas J.
Tomak, Kerem
Tortorice, Mary E.
Transier, William L.
Underwood, Randall
Unglo, Samuel J.
Upadhyayula, Sreeharsha
Van Auken, Robert M.
Vidal Panelli, Marino
Wagner, Jason T.
Waity-Fontanetta, Katherine
Walls, Anita
Walsh, Lynn A.
Walsh, Robert B.
Warr, Jason D.
Weber, Robert
Wells, Paris S.
West, Richard J.
Winstead, Russell W.
Wong, Jimmy
Wood, David B.
Yee, Wai Gen
Zachrisen, Espen
Zehrer, Tonia E.
Zielecki, Thomas E.
Zoll, Stephan

**Director/Officer (Former)**
Bruce R. Berkowitz
Edward S. Lampert

**Director/Officer Affiliations (Current)**
AFGlobal
Amazon.com, Inc.
Asurion
Delphi Automotive PLC
Delphi Europe
Drivetrain Advisors

5

Ebay Germany
ESL Investments, Inc.,
ExGen Texas Power
Fairholme Capital Management, LLC
Fairholme Funds, Inc.
Gibson Brands
Grubhub, Inc.
Inditex USA
LightSquared
Powertrain Systems
Rand Group
Ravin Sarasohn Cook Baumgarten Fisch Rosen
Samsung Electronics Canada
Samsung USA
Sherwin Alumina Company
Topshop USA
Toys "R" Us-Delaware
UCI International

**Equity Holders**
ESL Investments, Inc.
Fairholme Capital Management, L.L.C.
Fairholme Funds, Inc.

**ESL Party**
Angelo Gordon & Co.
ATR Corinth Partners
LBA Realty
Merlone Geier Partners
Northwood Investors
Quarry Capital
Rebkee Partners
Rhombus Development, LLC
Segerstrom Family
Sudberry Properties

**Bank Accounts**
Banco Popular
Bank of America, N.A.
Bank of Oklahoma
BB&T
BB&T Bank
Capital One Bank N.A.
Centennial Bank
Cherokee State Bank
Citizens Bank
Citizens National Bank
Commercial Savings Bank
Community Bank NA
Community First Bank
First and Farmers Bank
First Bank and Trust Company
First Hawaiian Bank
First Interstate Bank of Billings NA
First Interstate Bank of Riverton
First National Bank
First National Bank in Alamogordo

First National Bank Oelwein
First National Bank of Grayson
First National Bank of Pierre
First Security Bank
First Security Bank and Trust Company
First State Bank
First Tennessee
Hilltop National Bank
Houghton State Bank
Huntington National Bank
Independent Bank East Michigan
Iowa State Bank
M&T Bank
National Bank and Trust Company of Norwich
Old National Bank
PNC Bank, National Association
Premierbank
Regions Bank
Standard Bank Ltd. Mauritius
Union Bank
United Missouri Bank
US Bank
Wells Fargo Bank, National Association
Wesbanco Bank
Western State Bank
Woori Bank
Zions National Bank

**Bankruptcy Professionals**
Deloitte & Touche LLP
Lazard Freres & Company
M-III Advisory Partners, LP
Prime Clerk LLC
Wachtell, Lipton, Rosen & Katz
Weil, Gotshal & Manges LLP

**Consolidated List of Holders of Five Largest Secured Claims**
Bank of America, N.A.
Computershare Trust Company N.A.
JPP, LLC and  JPP, II L.L.C.C/O ESL Investments, Inc.
c/o ESL Investments, Inc.
Wells Fargo, National Association

**Customer Programs**
Avalara
Groupon
Intelligent Clearing Network Inc.
Iraq and Afghanistan Veterans of America (IAVA)
Kmart for Kids
March of Dimes
NCH Marketing Inc.
Oregon Beverage Recycling Cooperative
Rebuilding Together
Sears Heroes at Home
ServeYourWay
St. Jude Children's Research Hospital

6

TechGYRLS
Waste Management
We Are the Mighty (WATM)
YWCA Metropolitan Chicago

**Equity Affiliates**
Edward S. Lampert
ESL Investments, Inc.
ESL Partners, L.P.
JPP II, LLC
JPP, LLC
RBS Partners, L.P.
SPE I Partners, LP
SPE Master I, LP

**Lenders**
Ally Bank
Ally Commercial Finance LLC
Banco Popular de Puerto Rico
Bancorpsouth Bank
Bank Leumi
Bank of America, N.A.
BNY Midwest Trust Company
Cascade Investment, L.L.C.
Citibank (South Dakota), N.A.
Citibank N.A., Hong Kong Branch
Citibank, N.A.
Citigroup Financial Products Inc.
Citigroup Global Markets Inc.
Citizens Bank & Trust Company
Citizens Bank National Association
Citizens Business Capital, a division of Citizens Asset
Finance Inc.
Commercial International Bank (Egypt) S.A.E.
Cyrus Capital Partners, LP
Fifth Third Bank
General Electric Capital Corporation
HSBC Bank
ICBC
JP Morgan Chase Bank
JPP II, LLC
JPP, LLC
Key Bank
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Och-Ziff Capital Structure Arbitrage Master Fund Ltd
Och-Ziff Holding Corporation
OZ Management LP
Pension Benefit Guaranty Corporation
Popular Inc.
RBS Business Capital
RBS Citizens Bank N.A.
RBS Partners, L.P.
Regions Financial Corporation
Shenzhen Development Bank Co Ltd
Siemans Bank GmbH, London Branch
Siemens AG
Siemens Financial Services Inc.

SL Agent, LLC
Standard Chartered Bank
TD Bank, N.A.
Toronto Dominion Bank
U.S. Bank Trust National Association
UBS AG, Stamford Branch, LLC
UBS Capital Corporation
UBS Securities LLC
UPS Capital Corporation
Wells Fargo Bank, National Association
Wilmington Trust, N.A.

**Notes**
Bank of America, N.A.
BNY Midwest Trust Company
Cede & Co.
Citibank, N.A.
Computershare Inc.
Computershare Trust Company, N.A
The Bank of New York Mellon Trust Company, N.A
The Chase Manhattan Bank, N.A.
Wells Fargo Bank, National Association
Wilmington Trust, N.A.

**Official Committee of Unsecured Creditors -Members**
The Pension Benefit Guaranty Corporation
Winiadaewoo Electronics America Inc.
The Bank of New York Mellon Trust Company
Simon Property Group
Oswaldo Cruz
Basil Vasiliou
Apex Tool Group, LLC
Brixmor Operating Partnership, L.P
Computershare Trust Company, N.A.

**Official Creditors' Committee Members' Attorneys**
Lock Lorde LLP
PJT Partners
Fox Rothschild LLP
Carter Ledyard & Milburn LLP
Latham & Watkins LLP
Law Office of Vida Holguin
Law Office of Thomas Falvey
Boyamian Law Inc.
Dundon Advisors LLC
Ropes & Gray LLP
Ballard Spahr, LLP
Kelley Drye & Warren LLP

**Official Creditors' Committee Investment Bank**
Houlihan Lokey

**Official Creditors' Committee Attorneys**
Akin Gump Strauss Hauer & Feld LLP

**Indenture**
Ally Bank

7

Banc of America Securities LLC
Bank of America Merrill Lynch
Bank of America, N.A.,
Barclays Capital Inc.
BNY Midwest Trust Company
Citigroup Global Markets Inc.
Deutsche Bank Securities Inc.
Goldman, Sachs & Co.
Merrill Lynch, Pierce, Fenner & Smith Incorporated
PNC Bank, National Association
Siemens Financial Services, Inc.
Wells Fargo Bank, National Association
Wells Fargo Securities, LLC

**KCD IP Lenders**
Estera Services (Bermuda) Limited
Janita Burke
Marsh & McLennan Companies, Inc.
Paul Gatutha
Sears Reinsurance Company Ltd.

**Landlords**
1011 RT 6 LLC
1109 Cheboygan LLC
1215 E Shelby Drive Holdings LLC
14 Oaks Associates LLC
1420 N Parham Road LC
1670 E 4th Ontario LLC
1799 Portage Rd LLC and KSER LLC
1st Heritage Bank of California
1st R E Investment Trust NJ
1st Summit Bank
2015 Shopping Mall Business LLC
2020 Liberty Rock LLC
2070 Sam Rittenburg Blvd Holdings LLC
2101 Bedford Realty LLC
2515 Horner LLC
422 Realty LP
4246 Farmington Road Gas City, IN
4300 East Fifth Avenue LLC
5400 Busch Blvd LLC (Romeu Pradines Manager)
7 Mile Farmington Partnership
8 Owners dba Hight Sears Lease Partnership
909 Group LP
Abe Oster (Deceased?)
Acadia Realty Limited Partners
Acadia Realty Trust
Acadia Realty Trust / Heyman Properties
AEStrust-Milton FLA LLC
Aetna Realty
Aetna Realty / US Realty
Agree Limited Partnership
Agree Realty / Richard Agree owns 100% personally
Alan E Robbins
Alan E Robbins & Marvin Kay General Partners
Albany Road Real Estate Partners
Albany Road-Sprinfield Plaza

Albany-Pacific LLC
Albuquerque Moving & Storage Co., Inc.
Aldi Inc.
Alfred M Kerzner
All Dreams Realty LLC
All Dreams Realty LLC (Romeu Pradines Manager)
Allen J Potts
Allentown Towne Center Allento
Allfirst Bank Ach#165
Altera Bank
AmCap Inc
America's Realty LLC (Carl Verstandig)
American National Insurance Company
American Pacific International Capital
American Trust
Ameris Bank
AMJB LLC
AMJB LLC (c/o Joseph Greenberg)
Anaheim Town Square
Anchor Investments
Anenberg Asset Management
Anthony Cafaro & CBL
CBL Properties
Anthony Fusco
Antioch Redevelopment Partners LLC
Apple Farm LLC
LEJO Corp
Apple Ventures LLC
Applewood Shopping Center GP
Arcadia Management Group Inc.
Argonaut Investments
Aronov Realty Company
Art Monument Company Inc
Art Schwab Family Trust
Arthur Ciuffo
Ashy Brown Gonzales
Athens Associates, LLP
Atlantic Mini-Storage of America, Inc.
ATMF IX LLC
ATMF IX, LLC, c/o M.D. Gorge & Co.
ATR & Associates
Auburndale Properties Inc
Augusta Plaza Associates LLC
Aurora Petroleum, LLC
Avenel Realty Associates LLC
AVG Partners
Aviram Properties LLC Raman K. Patel, dba Aviram Properties
AVR Realty
B V Properties Inc
Babcock & Brown (Gregory Greenfield)
Backstage Entertainment LLC
BACM 2005-3 Richie Hwy LLC
BAI Rutland Mezz LLC (Amit Barnoon & Zamias)
BAI Rutland Mezz LLC dba BAI Rutland LLC
Bailey Development Corporation
Baker & Baker RE Developers LLC

8

Baker & Baker Real Estate Developers LLC
Baker And Baker Real Estate Developers, LLC
Bakkas LLC
Bancfirst
Banco Bilbao Vizcaya
Banco Bilbao Vizcaya ACH #601
Baneo Popular De Pr ACH #865
Bank of America ACH #30
Bank of America ACH #3535
Bank of America ACH #3538
Bank of America ACH #636
Bank of America ACH #654
Bank of America ACH #810
Bank of America ACH #New 852
Bank of America C/O Merrill Lynch
Bank of America N.A.
Bank of New York ACH #619
Bank of New York ACH #804
Bank of New York Line#302 Dana
Bank of The Sierra
Bank of The West
Bank One ACH#722
Bank One NA ACH
Bank One Na ACH #715
Bank RI
Bankers Financial Corp.
Bankers Trust
Bankone Of Bountiful UT ACH#11
Banner Bank ACH#630
Barbara & Fred Havenick
Bay Town Associates Wilder Road, c/o TLM Realty
BB & T Westwood Branch ACH#69
BB2S Bartlesville LLC
BB2S Bartlesville, LLC, c/o Gibraltar Capital
Management, Inc.
BBVA COMPASS BANK
Barbara (Bebette) Yunis
Georgia Yunis Reynolds
Becknathkan Investment LLC
Behnam Rafalian
Bellina Development & Brooklawn Out Lot LLC
Ben LaParne
Benderson
Benjamin Hadar dba Darling Realty LLC
Bennington Square Partners
Bennington Square Partners, LLC, c/o Juster
Development Co.
Benzalem MZL LLC
Berkadia Commercial Mortgage
Berkshire Mall LLC
Berkshire Mall Realty Holding LLC, c/o Kohan
Investment Group
BET Investments
BF Legacy Portfolio
Doris Weitz Trust
BHC Big V LLC
BS Big V LLC

BHRA Big V LLC
Big V Acquisitions LLC
Biltmore Commercial Properties LLC
Blueberry Hill Management Corp., as agent for BHC Big
V, LLC, BS Big V, LLC & BHRA Big V, LLC as
Tenants in Common, c/o The Josephs Group
Bluefield Limited Partnership, c/o Plaza Associates, Inc.
BMO HARRIS BANK
BMP Northwest Holdings LLC
BNY Mellon
Boardman Westpark LLC
Bob Gustine
Boston Mutual Life Insurance
Kin Properties
Boutrous Companies
Boutrous Enterprises
BP New Boston LLC
BPG Properties LTD
Brahin Mgmt Corp
Branch Banking & Trust Co
Brand Bank
Braun Family LLC
BRE DDR BR Whittwood CA LLC-Blackstone/DDR JV
BRE RC Retail Parent LLC
BRFI Gateway, LLC, Jones Lang LaSalle Americas
Brian Lash
Bristol County Savings Bank Ac
Brixmor Property (aka Centro)
Brixmor Operating Partnership LP dba BRE Retail
Residual Greeneville Commons
Brixmor Operating Partnership LP dba BRE Retail
Residual Owner 1, LLC, c/o Brixmor Property Group
Brixmor Operating Partnership LP dba Brixmor GA
London Marketplace, LLC, c/o Brixmor Property Group
Brixmor Operating Partnership LP dba Brixmor Miami
Gardens, LLC, c/o Brixmor Property Group
Brixmor Operating Partnership LP dba KR Mabelton
LLC, c/o Brixmor Property Group
Brixmor Operating Partnership LP dba New Plan Florida
Holdings LLC, c/o Brixmor Property Group
Brixton Capital
Broad Street Station Shopping
Brockton Plaza Realty Corp
Bromont Property Group
Bross Brothers LLC
Bruce Gershenson Managing Member
Brunswick MZL LLC (Katz Properties)
Bryan Rental Inc
Bryan Rental, Inc.
BT Indianapolis, LLC, c/o BET Investments, Inc.
BVS Poughkeepsie LLC
BVS Poughkeepsie, LLC, c/o The Stop & Shop
Supermarket Company LLC
C & W Manhattan Associates
Cabot Crossing, LLC, c/o Barr Investments, Inc.
Cafaro Ross Partnership, c/o The Cafaro Company
California Bank & Trust Ach#26

California Bank & Trust Ach#92
Camden National Bank
Camden National Bank Ach#3225
Caparra Center Associates LLC
Capital Development Company
Capital Fitness-Schaumburg LLC
Capital One, NA
Capitol Funds Inc
Caplan Family Trust
Fleder Family Trust
Capri Urban Baldwin LLC
Capstar Bank
Caraland LLC / Bruce Burrow
Carlisle Associates Lp
Carlisle Associates LP, c/o Rosen Associates Mgmt Corp
Carlyle Development Group
Carnuntum Associates LP
Carolina First ACH#506
Casa Grande Mall LLC
Casa Grande Mall, LLC, c/o Pacific Properties Group, Inc.
Casto
Cathay Bank
CBL
CBL & Associates Limited Partnership, Dakota Square Mall CMBS, LLC
CBL and Associates Properties Inc ("CBL")
CBL and Associates Properties, Inc. ("CBL")
CCCF River Glen Holdings LLC (In Receivership)
CCVA Inc
CE Vernon II LLC
Cedar & Jolly, C/O Gershenson Realty & Investment LLC
Cedar Realty Trust
Cedar-Valley Plaza LLC
Centra Bank Ach#721
Central Bank Of Missouri
Central Bank Of St Louis
Central Plaza
Centre Place Walnut Creek LLC
Ceres Property New Ach#505
Certified Power Systems
Cesar Vazquez Navarro
Chadco Of Duluth, LLC, c/o Oliver Management Services
Chambersburg Towne Center Cham
Champlain Center South Associates, LLC, c/o G & A Group, Inc
Charles Ajalat
Charter Realty/WP Realty Inc
Chase Manhattan Bank Ach
Chase Manhattan Bank Ach#3361
Chehalis, LLC
Cherrymart Associates LLC
Chevy Chase Bank Ach#670
Chico Mall Investors LLC
Chili MZL LLC

CHM Foothills 7 LLC
Citibank Na Branch #644
Citibank Na New Ach#427
Citibank New Ach#684
City Center Associates LLC
City National Bank
City National Bank Ach#212
City National Bank Ach#28
City National Bank Ach#New831
City National Bank Of Florida
Citybank Na Ach#709
Citywide Banks
CJ Segerstrom & Sons / Henry Segerstrom Family
Clarion Associates
Clermont Regional Investors LLC
Cleveland, OH Center LLC, c/o TLM Realty
CLG Map Mckinley TRS UAD
Clifpass SPE CORP
Clifpass SPE Corp., c/o Winbrook Management, LLC
Clinton Investors LLC
Coastline Retail Center Inc
Cobblestone Victor NY LLC, c/o Schottenstein Property Group LLC
Collett & Associates Inc
Columbia Bank
Columbus Bank & Trust Co ACH#7
Comerica Bank
Commerce Bank ACH #3204
Commerce West Bank ACH #921
Commonwealth Business Bank
Community Bank Na ACH #541
Community Bank Of Central Cali
Community Bankshares, Inc.
Community Trust Bank
Compass Bank ACH#801
Concord Mall LLC
Cone Management Inc
Cone Management Inc (Daniel Wiener)
Continental 51 Fund LP, c/o Continental Properties Co, Inc
Cookeville Commons LP
Cookeville Commons LP (Gilbert Merritt's Children)
Cookeville Commons, LP, c/o InSite Retail Real Estate
Cookeville Retail Holdings LLC
Cortland Crossing LLC
Cortlandville Crossing LLC
Cranston / BVT Associates LP
Cranston / BVT Associates, LP, c/o Paolino Properties
CREF II Silver City LLC
Cross Keys Development Company
Crossroads Joint Venture LLC
Crossroads Mall LLC
Crossroads Plaza Note LLC
CSQ H95 LLC
CSQ H95 LLLP
CVM Holdings LLC
Cypress Equities

D W Properties LLC
Dagenais Family
Dale Voegele
Daloroma LLLP
Dan Arnold & Fred Keywell Partnership
Daniel G Kamin
Daniel G Kamin Beckley Enterprises
Daniel G Kamin Easton Enterprise
Daniel G Kamin Kokomo LLC
Daniel G Kamin Rock Springs LLC
Daniel G Kamin Rock Springs, LLC, c/o Kamin Realty
Company
Daniel G Kamin Tennessee Enter
Daniel G Kamin Tennessee Enterprises, c/o Kamin Realty
Company
Daniel G Kamin Waterford LLC
Daniel G Main Kokomo LLC
Daniel G. Kamin, c/o Kamin Realty Company
Daniel Wiener
David Cordish
David E Brody
David Goldstein
David Hocker & Associates Inc
David Long
David M Peters and Charles A Kekumano
David M Peters, Charles A Kekumano c/o Queen
Lil'uokalani Trust , Trustees Of The Lil'uokalani Trust
David Mandelbaum & Peter Levine
David Nydes
DDR
DDR Rio Hondo LLC
De Desarrillo Inc
Delbrook Holding LLC
Demoulas Super Markets Inc
DIAJEFF Trust dba Greenmich LLC
DLM Properties LLC
Dollar Bank
Dollar Bank ACH#642
Dollar Land Associates LLC
Dollar Tree Stores, Inc. #6147
Don R. Ershig
Donald A. Mosites
Donald Geller
Doug Talbot
Douglas Retail I LLC
Dr Michael Rechter and George Harbs
DRAISIN-LEVCO VENTURE
Drury Land Development Inc
DSM Realty
DW Properties, LLC
E Plaza III, LP & E Plaza IV LP c/o ATR & Associates
East End Commons Associates
East End Resources Group, LLC
East River Group LLC/Shomof Children's Trust
East West Bank
Eastland Mall Holdings LLC (Mohammed Al Refaey)
Eastside Investments LLC

EBL & S Ed Lipkin
Edgewood Plaza Holdings LLC
Edward A Gillespie Deceased / Marie Gillespie
Edwin P. Yates
El Centro Mall LTD
ELAT Properties
Elat Properties Inc, dba Cranberry Mall
Eleventh Bloomington Corp., c/o J & W Management
Corp
Elias Properties Babylon, LLC
Elkan SC Company
Elkan SC Company, Ltd dba Woodlands Crossing c/o
Southern Management & Development LP
Elmwood Village Center
Elwood Retail LLC
Emily R Lewis Trust-GL / JP Morgan-Dev
EMMCO Corporation
Empire M+CQ1366+CR1366, c/o Simon Property Group
Emster Properties (Ken Gerston David Kinzie Matthew
Epstein)
Envision Michigan Holdings LLC
Equimax/Pentaco Management
Equity Investment Group
Equity One Realty & Management Inc
Ernest F Delle Donne
Estate Of A J Aberman
Estate of Frank D Milhelish
Evan & Shawn Libaw
Evansville Holdings, LLC, c/o Northeast Enterprises
EvCom Holdings LLC & Steadfast Companies
Extell Development Co
Fairbanks Equity Ltd
Fairway Roanoke LLC
Farmers & Merchants Bank ACH#2
Farmers and Merchants Bank
Farmington Bank
Farmingville Associates
FB Billerica Realty Investors
Federal Construction Ltd
Federal Realty Investment Trust
FG LLC
FHS Ames 1, LP, c/o MGR Assets, Inc.
Fidelis Realty Partners
Fifth Generation Investments
Fifth Generation Investments LLC
Fifth Street Funding
Fifth Street Funding Inc
Fifth Third Bank
First Allied Corporation
First Allied Corporation  c/o Kmart Plaza Bellflower, CA
LP
First Bank Upper Michigan ACH#
First Berkshire Properties, LLC, c/o Benderson
Development Company, LLC
First Commercial Realty & Development Co
First Community Bank
First Hawaiian Bank ACH#924

11

First National Bank
First National Bank Of SF ACH#
First National Bank Of Tennessee
First Niagara Bank
First Niagara Bank NA
First Place Bank
First Republic Bank
First Republic Bank ACH
Firstbank
Firstrust Bank
Fitchburg MFB LLC & MFB Findlaw
Five Mile Capital / StreetMac / Urban Retail Properties
Flagstar
Flagstar Bank
Fletcher Bright Company
Florence Rosen
Flushing Savings Bank ACH
Folmar & Associates
Forest City Enterprises
Fort Smith Mall LLC Westland Center Mall Member LLC c/o Gregory Greenfield & Assoc.
Fougler-Pratt Companies
Foundation Bank
Fox Valley SP LLC c/o Centennial Real Estate Management LLC
Frances E McCann (Deceased)
Francis E Lauricella
Frank Cuneo Trust c/o U.S. Trust, Trustee -Trust Real Estate
Frank D. Mihelish Testamentary Trust, c/o Cedar Flats Property Management
Frank Investments Inc
Frank Viola
Fred W Bruning
Frederick Menowitz
Freestanding
FREP Holdings LLC
Frontier Management LLC
Fulcrum Property (managed by Macerich)
Fusco Properties LP
Fusco Properties, L P dba College Square III, LLC
G&I VIII CBL Triangle LLC
Gardenside Center LLC
Gardenside Center, LLC, C/O Ershig Properties, Inc.
Garrison Inv.
Garrison (CBL Manages)
Gateway Fashion Mall LLC, c/o Primero Management, Inc
Gator
Gator Coastal Shopping Centre, LLC, c/o Gator Investments
Gator Sarasota LLC
GBK Associates, c/o LG Realty Advisors, Inc.,
GEM Realty (CBL Manages)
GEM Realty Capital (CBL Manages)
Gemini Centerville Mall LLC's, c/o Urban Retail Properties, LLC

Gemini Real Estate Advisors
General Growth Properties, Inc. ("GGP")
George B Huber
Georgertown Properties
Georgetown Centre LLC
Gershman Properties LLC
GFI - c/o Walt Gasser & Associates
GFI Dakota Development LLC
GFI Dakota Development LLC (W Gasser & Assoc)
GFI-Craig II Investments LP, c/o Walt Gasser & Associates
GFI-Devils Lake Investments LP, C/O Walt Gasser & Associates
GFI-Glendale Investments LP, c/o Walt Gasser & Associates
GFI-Mesa Investments LP, c/o Walt Gasser & Associates
GG&A Central Mall Partners, LP, c/o Gregory Greenfield & Associates
GGP
Ggp - Northpoint Inc.
GGP (Price Development)
GGP / Homart, Inc., d/b/a North Point Mall LLC
GGP Limited Partnership, dba Oakwood Hills Mall LLC
GGP LP, LLC d/b/a Silver Lake Mall LLC, c/o Brookfield Properties ( R ) LLC
Gibraltar Mgmt Co Inc
Gibraltar Management Co Inc
Gillespie Group
GIV Green Tree Mall Investor LLC, c/o CBL & Associates Mgmt., Inc.
GK Development
Glenmont MDC Eastern Hills LLC
Glimcher
GMACCMS 2004-C2 Military Circle Mall LLC c/o The Woodmont Company
GNP Partners, c/o Kimco Realty Corporation
Golf & Tennis Pro Shop, Inc.
Gonzalez Maisterrena Attaguile
Gonzalez, Maisterrena, Attaguile, c/o T Group Properties, LLC
Good Times Drive Thru Inc.
Goodrich Mgmt Corp
Gotrefund.Com
Governer Square Associates I S
Grand Central Parkersburg LLC, c/o Washington Prime Group, Inc.
Grand Central Plaza INC
Grass Valley Shopping Center
Gray Enterprises LP
Graziadio Investment Company
Greeley Area Habitat for Humanity
Green Bay Mason Company
Greenmich, LLC / Diajeff Trust, c/o Kin Properties, Inc.
Greenwood Plaza Properties LLC
Greenwood Plaza Properties, LLC, c/o  Lat Purser & Associates, Inc.
Greenwood Square Holdings LLC

12

Greg Hess
Grove City Property LLC
GTM Development
Gumberg
Gumberg Asset Management Corp
Gumberg Associates-Sandy PLAZA
GVSC LP & Cameo Homes
H & H Investments LLC
H & H Investments, LLC, c/o Hawkins-Smith Jason
Habersham Station, LLC, c/o Newmark Grubb Knight Frank
HACKENSACK VF LLC
Hall Equities Group
Hanover Redmer Land Investments LLC
Hanover Richmond KM LLC
Hardee's Restaurant
Harriet Belk dba HC Lakeshore LLC
Harriet C Belk
Harriet C. Belk dba HC Lakeshore LLC
Harris Bank ACH#872
Harris Bank ACH#873
Hartman Realty Associates
Harvrich Associates
Hastings Center LLC
Hatim Yusuf
Hauppauge Properties LLC
Hecht & Cravatt NM LLC, c/o John Hecht
Heidenberg Properties JV
Hekemian & Company Inc
Helen Rosner Allen Weinstock & James Gubiner
Henpal Realty Company
Herbert G Brown Sole Member
Herbert Singer
Heritage Bank & Trust
Heritage Bank Great Falls ACH#
Heritage Park Mall LLC
Herkimer Management LLC
Hermitage Towne Plaza
Hermitage Towne Plaza d/b/a b Hickory Plaza Shopping Center, Inc., c/o JJ Gumberg Co.
High Quality Automotive
Hillcrest Bank
HK Partners LLC (Eugene Hahn)
Hocker Developments, Inc., c/o David Hocker & Associates, Inc.
Holly Hill Mall LLC
Howard E Bowen
Howard Rosenberg
Howland Commons
Hudson Advisors
Hughes Development Corporation
Hughes Investments Inc
Hughes Real Estate
Hull Property Group
Hull Storey Gibson Companies
Huntington ACH 814
Huntington Bank

Huntington National Bank
Hylan Plaza 1339 LLC
Ida Development Associates LLC
Iligroup Inc
Iligroup, Inc. a/k/a., c/o Fred Chikovsky
Illinois Centre Realty LLC, c/o Namdar Realty Group,
Imperial Realty LLC, c/o Namdar Realty Group, LLC
IMRON LLC
Indian River Plaza LLC
Indy Lube Investments LLC
Indy Lube Investments, LLC
Ingerman-Ginsburg Partnership
Inland n/k/a IRC Retail Centers
Integrity Bank A Division Of S&T Bancorp
Inversiones Joselynmari
Invest West Alpha
Investors Bank
Ira Smedra
IRC Retail Centers Inc
Isaac Perlstein
Isabella Bank
Israel Discount Bank Of Ny
J & W Lacrosse, LLC, c/o J & W Management Corp
J & W Murray, LLC, c/o J & W Management Corp
J B (Barney) Gottstein
J Herzog & Sons Inc
J J Gumberg Co
J P Morgan Chase Bank New YorkACH#
J&R Automotive Specialists
Jack A Sneeden Corporation
Jackmart Limited Partnership
Jackson County Airport
Jackson Shopping Village LLLP
Jamacha Sweetwater LLC
James Campbell
James Giunta
James Kempner
James Khezrie d/b/a GP Mall LLC
James Lewis
Jardel Company, Inc. c/o The Robbins Company
Jared and Elaine Johnson
Jared Corporation
Jared Corporation (FST Real Estate)
Jasper Mall Realty Holding LLC, c/o Kohen Realty Group
Jay Newhouse
Jayne Bentzen
JD Eatherly
Jeffrey H Tamkin Inc
Jeffrey Reichman
Jesup Plaza LP
Jesup Plaza, L.P., c/o Peleg Group (USA) LLC
Joe Selz
John E Newman
John Hecht
John I Silverman Trustee
Jonathon Silverman

13

Joseph Wolf Marvin L Wolf Rosalie Rubaum
JP Morgan Chase
JP Morgan Chase ACH#732
JP Morgan Chase Bank ACH
JP Morgan Chase Bank NA
JPMCC 2003-ML1 Green Bay Retail
JPMCC 2003-ML1 Green Bay Retail LLC
JR & R II LLC
JSMN Shenango Valley Mall LLC
Judd Steven Abrams
Juster Development Co
JWH Joliet, LLC, c/o J & W Management Corp
K Chaboya F Murphy J&F Murphy Trusts et al
K G 1 Military LLC
Kadish
Kamehameha Schools - Bishop Estate
Kansas City Life Insurance Co.
KBS Real Estate Investment Trust Inc
KC Holding Corporation
KDI Athens Mall LLC c/o Hendon Properties LLC
KDI Rivergate Mall LLC c/o Hendon Properties LLC
Kendale Associates LP
Key Bank
Key Bank ACH#639
Key Bank NA ACH#667
Keybank
Kileen ATM LLC
Killeen ATM LLC
Kiln Creek Shopping Center LLC
Kim and Steve Fields
Kimco
Kimco Income Operating Partnership
Kimco Realty Corporation
KIM-SAM PR RETAIL LLC
Kin Properties
Kingston Mall, LLC
KM Bakersfield Partnership
KM Maui & Halawa Partners
KM Maui LLC
KM Of Butte, Montana L P
KMART Plaza Bellflower CA
KMART Plaza Lancaster PA LP
KMBC LLC
KMBC LLC (Eric F Saltzman)
KMBC, LLC, c/o Reitman & Belkin LLP
KMR Redding Investors LLC
Knoxville Partners LLC
Konover Properties
Korbin Development Company Inc
Kossman Development
KRG Sunland LP
KRG Sunland, LP
KUKUI Marketplace SPE INC
Kukui Marketplace SPE, Inc., c/o L&B Realty Advisors, LLP
L&B Realty Advisors LLP
Lake Orion Plaza LLC

Lake Plaza Shopping Center LLC
Lake Plaza Shopping LLC
Lake Success Shopping Center LLC
Lakewood Shopping Center LLC
Lamar Texas Limited Partnership
Lancaster Development Co
Land Of Hope LLC
Lands' End, Inc.
Lany DM, LLC, c/o Richard Ridloff
LaPorte Towne Square LLC
Laramie Abingdon Limited Partnership
Laramie Abingdon LP
Larry Rose
Las Vegas Plaza Associates, c/o RD Management LLC
Lasalle Bank ACH# 3342
Laurel Mall LP
Laurel Mall LP, c/o Lexington Realty International
Laurich Properties Inc
Lawrence Kadish
LBG Real Estate Companies
LB-UBS Commercial MTG TR CMPT
LeBaron Investments
Lee Chiang
Lee Dorfman
Lemay Building Corp
Lemay Building Corporation
Lerner Enterprises LLC
Levco Associates
Levco Management Inc
Levin Properties LP
Levin Properties LP, c/o Levin Management Corporation
Lexington Corporate Properties Trust
Lexington Tramk Lewisburg, LLC, c/o LXP Manager Corp.
Lexington Tramk Manteca, LP, c/o LXP Manager Corp.
Lexington Tramk San Diego LP, c/o LXP Manager Corp.
Lexington TramK Watertown, LLC, c/o LXP Manager Corp.
LF2 Rock Creek LP
Libby Dial Enterprises LLC
Lilac Mall Associates, LLC, c/o The Kempner Corporation
Lilly Klauer / Susan Klauer Rivera / Carlos Rivera
Living Spaces
LNR Partners LLC
Loan Oak Paducah LP
Lockhart Gardens Inc
Lockhaven Zamagias
Los Altos Gateway LLC
LRC Magic Investors Ltd
LSREF3 Spartan (Genesee) LLC / Lone Star Funds
Luan Investment Corp
Luan Investment SE
Lufkin Investment Partners, LLC, c/o GK Development, Inc.
M & P Calhoun LLC
M & T Bank

14

M & T Bank ACH#577
M & T Bank ACH#660
M & W Spa
M&T Bank
M&T Bank ACH#749
Macerich
Madison Center Owner, LLC
Madison Partners (Bob Safai)
Madison Plaza Associates C/O Sierra
Madison Realty Capital
Magic Valley Mall LLC, C/O Woodbury Corporation
MAIN 19LLC
Main Realty Associates
Mall at Gurnee Mills LLC, c/o Simon Property Group
Mall at Lima LLC, c/o Washington Prime Group, Inc.
Malon D. Mimms (Father)
Malone Plaza Realty LLC
Manahawkin 2015 LLC
Manahawkin 2015, LLC, c/o MCB Property
Management, LLC
Manufacturers & Traders Trust
Marie Amako dba Chehalis 2 LLC
Mark & Dayna Langfan
Mark Four Realty LP
Mark Four Realty LP/Birney MT
Mark Plaza Fifty LP
Mark Shillington LP
Mark Zappala
Marquette Mall Properties Ltd
Marsh Road Automotive LLC (Angelo Orciuoli)
Mart Plaza LLC
Martin A. Gaspare Individually
Martin Gaspare
Martin H Graff
Marty Wasserstein
Marvin Schreiber
Masue Trust
Mathieu Rosinsky
Mat-Su Holdings LLC
Mattydale Commons LLC
Maury Abrams LLC
Maynardville Pike LP
MCB Real Estate
MCM Properties Ltd
McMahon Development Group
MCS Hemet Valley Mall LLC (MC Straus Company)
Meadow Lane Mall LLC
Meadowbrook Creek LLC
Meadville Medical Center
Meadville Realty Partners LP
Medi Vakili and Mark Vakili
Mehran Kohansieh a/k/a Mike Kohan a/k/a Kohen
Meineke
Mellon United National BANK AC
Members Cooperative Credit Uni
Merle Hay Investors LLC
Merlone Geier

Mesa Shopping Center
MFB Salem Oregon LLC
MFB Salem Oregon, LLC, c/o RD Management LLC
MFC Beavercreek, LLC, c/o Washington Prime Group, Inc.
MFS-Springfield LLC
MFW Associates
MFW Associates, c/o Aston Properties, Inc.
MG3 Casablanc I LLC
MGR Assets Inc
Michael H. Dilworth
Michael Surnow
Michel Bolour
Michel J. and Mary F. Orradre
MIDAMCO
Midland Empire Retail LLC
Midstate Properties Co.
Midstate Properties Company
Midtown Square LLC
Midtown Square, LLC, c/o FMK Management
Midwestone bank
Midwood Investment & Development
Mike Farmer & Bud Farmer (Brothers)
Mike M. Nassimi
Milbros investment company
Military Ave Partners, LLC
Millcreek Realty Associates Lt
Miller Wong Wong & Wong
MIMMS investments Inc
Mineral King Properties LLC
Minotola National Bank ACH#931
MJB Associates LP
ML-CFC 2006-4 Greeley Retail LLC
ML-CFC-2006-3 Walnut Hills LLC
MOAC Mall Holdings Inc (Triple 5 Group)
Mohave State Bank
Monroe Crossing TEI Funds LLC* (Time Equities)
Montgomery Cross Retail Group LLC
Moonbeam Capital Investments
Moonbeam Capital Investments (Steve Maskin)
Moorhead Investing Co.
Moorhead Investing Company
Morgan Stanley Capital I Trust
Morristown Partners LP
Mountain Development Corp
Mountain Laurel Plaza
Mountain Laurel Plaza Associates, L.P.
MT Pleasant Shopping LLC
Muncie Mall LLC dba Muncie Mall c/o Washington Prime Group, Inc.
Munro Smith Properties
Murray A & Joanne Talenfeld
Namdar Realty Group (Igal Namdar)
Namdar Realty Group (Igal Namdar) & Elliot Nassim
Nat Franklin
Nathan Alison Trust
Nathan-Alison LLC And FLOREFF

15

National City Bank ACH#588
National Penn Bank
New England Development
New Generation Properties, LLC
New Market Station LP
New Mil Bank ACH#628
New Upper Valley Associates LLC
Newage PHM LLC
Newberry Square Shopping Ctr
Newgate Mall Holdings LLC and Newgate Mall, Equities
LLC, as Tenants in Common c/o The Woodmont
Company
NewMark Merrill Companies
NMC Stratford LLC
North Fork Bank ACH#173
North Fork Bank ACH#3162
North Fork Bank ACH#3200
North Fork Bank ACH#3501
North Fork Bank ACH#3848
North Fork Bank ACH#651
North Point Mall Associates
North Vegas LLC & 477 Compton LLC, C/O ELAT
Properties Inc d/b/a North Las Vegas
Northfield Square Mall Realty LLC, c/o Namdar Realty
Group, LLC
Northgate Associates LP
Northpoint Associates LP
Northshore Mall LLC c/o Simon Property Group
Northwood Investors, dba NW Duluth LLC
Norton Mailman Assoc. LP / Westfield
NW Arkansas Mall Realty LLC, c/o Namdar Realty
Group, LLC
Oak Lawn Center 835 LLC
Oak Ridge Baptist Church
Oelwein ATM LLC (Madison Partners)
Oelwein ATM, LLC, Madison Partners
Ohio Valley Mall Company
Old National Bank
OLP-MCB Clemmons JV LLC
Olshan Properties
One Liberty Properties
OPEN BANK
Oriental Rug Mart Inc.
Oscar Chaparal LP
Oster Yorktown Properties LLC
Owen Partnership
Owner LLC, c/o Brixmor Property Group
Oxford Development Co
Oxford Properties Group
Pacific Commons LLC
Pacific Properties Group Inc
Pacific Retail Capital Partners
Pacific Retail Capital Partners/Collarmele Partners
PA-FLA Plaza LTD
PAL Associates - Harrisburg L
PAL Associates-Harborcreek

Pal Associates-Harrisburg, LLC, c/o Levco Management,
LLC
PALS - MALS Venture
Pals-Mals Venture, c/o Levco Management, LLC
Pan Am Equities
Papa Rochester LP
Paragon Commercial Bank ACH#35
Park National Bank
Parkway Plaza I Assoc (Cafaro's Uncle-Not Anthony)
Parkway Retail Center LLC
Parkway Retail Centre, LLC, C/O Laurich Properties, Inc.
PARKWAY SHOPPING CENTER LLC
Patrick J Svoboda and Kathleen D Svoboda
Patrick J Svoboda or Kathleen D. Svoboda, Trustees of
the Svoboda Trust
Pavia Associates
PBI Bank ACH#999
PCF Waynesville LLC
PCK Development Company (CBL Manages)
PECO Real Estate Partners (CBL manages)
Peleg Group (USA) LLC
Pembroke Square Assoc.
PENNSEE LLC
People's United Bank
Permelynn Of Bridgehampton 360 LLC
Peru K-M Company Ltd
Peter Bassett
PGA Tour Superstore
PHD Tuscaloosa LLC
Phoenix Partnership LP
Phillips Edison Group LLC
Phillipsburg Mall LLC, c/o Namdar Realty Group, LLC
Pikala Realty LLC
Pikala Realty LLC (Katrina Kalaj)
Pike Creek
Piney Green LLC
Piney Green, LLC, c/o Bailey and Associates, Inc.
Pioneer Bank
Pioneer Properties Company
Pioneer Properties Company of Dansville LLC
Pittston Commons Associates LP
Pittston Commons Associates, LP, c/o Mark Development
Corp
Plaza Associates Inc
Plaza Juana Diaz Inc.
Plaza Las Americas Inc.
Plaza Management
PNC
PNC Bank
PNC Bank (ACH)
PNC Bank ACH#3306
PNC Bank NA
PNC Bank NA ACH#771
PNC Bank NA ACH#773
PNC Bank National Association
PNC National Association
Port Plaza Realty Trust

16

Preferred Bank
PREIT (Pennsylvania Real Estate Investment Trust)
Primestor Development Inc
Profits Only LLC
Proton PRC Ltd.
Proton Prc Ltd/ F&M Properties
Public Service Electric & Gas Co
Purrfect Auto
Pyramid
QKC Maui Owner LLC
Queen Lili Uokalani Trust
Quincy-Cullinan LLC
R & D Associates Of Stamford LLC
R D Management
R K Associates
RABOBANK
Radiant Partners LLC
Rafael and Sarah Irom
Ralston KMGT Denver LLC
Ramco-Gershenson Inc.
Ramco-Gershenson Properties
Ramsey Automotive
Raven Associates
Raymond Arjmand
RCG Ventures
RCM St. George Properties, LLC c/o Satterfield Helm
Management, Inc.
RCM St. George Properties, LLC, c/o Satterfield Helm
Management, Inc.
RD Management Corporation
RD Trujillo Alto LP
Real Estate Management LLC c/o Centennial Hawthorn
SP LLC
Regency Centers
Regency Realty Corp
Regions Bank
Regions Bank South Carolina AC
Renaissance Partners I LLC (Centennial RE Mgmt.)
Republic Bank
Resource Bank
Retail Opportunity Investments Corp
Revenue Properties
Revenue Properties Town and Co.
Rexford Title Inc
Ribaut Holdings LLC
Richard G Braley
Richard Langlais
Ridgefield Bank ACH#787
River Oak Properties Ltd
River Valley Bank
Rivertowne Center Acquisition
Riverwalk Inc
Robert Gallant GP (Providence Group Manages)
Robert Kantor
Robert Lani & David Mimms (Sons)
Robert M. Steeg
Robert Waters and Christopher Chandor

Robinson Family Trust
Rockaway Realty Assoc LP
Rockaway Realty Associates LP
Rockaway Realty Associates, LP, c/o ISJ Management
Corp
Rockstep Capital
Roic Pinole Vista LLC
Roland E Walters
Roller Mill LLC
Ronald A Gershman
Ronald Christopher Malooly Sr.
Rouse Properties
Rouse Properties / David Hocker & Assoc.
Royal Banks Of Missouri
Royal K LLC
Royal On The Eastside
Rural King Realty, LLC
S C Brian Kim
Saia Enterprises Inc
Saia Family Limited Partnership
Sally Kahle
Sam Shalem
Samual T. Cohen Sara W. Cohen & David Cohen
Sand Springs, LLC, c/o The Langfan Company
Sansone Companies
Santa Rosa Mall LLC
Sarum Englewood Investors-70%/Brookmore LP-30%
Sarum Englewood Investors-The
Saul Holdings LP
Saul Limited Partnership
Sayre Valley LLC
Sayre Valley, LLC
SBK Associates LLC
Schlossman Family LP
Schostak Bros & Co Inc
Schostak Brothers & Co
Schottenstein Realty LLC
Scotts Valley Phase II
SDG Macerich Properties LP
Sean Hashem
Sears Outlet Stores, LLC
Sears Outlet Stores, LLC (#7450)
Sears, Roebuck and Co., c/o Sears Holdings Corporation
Searstown LP / Frank Weisner
Searsvale
Searsvale & Newkoa LLC (20%)
Seaview Acquisition LLC
Security Square Associates
Seldin Company
Seldin Properties LLC
Select-KM Plaza LLC
Selig Enterprises Inc
Selz Realty Company Inc
Seneca Realty Associates, c/o  Seneca Realty Company
Seritage (PREIT-Developer)
Seritage / American RE Partners-(Developer)
Seritage / Anchor Management-(Developer)

Seritage / Cafaro-50% & CBL 50%-(Developer)
Seritage / CBL-(Developer)
Seritage / CIM Group-(Developer)
Seritage / Codding Enterprises-(Developer)
Seritage / CW Capital Asset Mgmt.-(Developer)
Seritage / DDR-(Developer)
Seritage / Easement Agmt. w/ Wal-Mart
Seritage / Federal Realty Inv. Trust-(Developer)
Seritage / Forest City Enterprises-(Developer)
Seritage / Galileo Southland LLC-(Developer)
Seritage / GGP JV
Seritage / GGP-(Developer)
Seritage / Glimcher-(Developer)
Seritage / Govt Personnel Mutual Life-(Developer)
Seritage / Hendon Properties LLC-(Developer)
Seritage / Howard Hughes Corp-(Developer)
Seritage / Hunt Valley Holdings-(Developer)
Seritage / Inland n/k/a IRC Retail-(Developer)
Seritage / Jordan Landing LLC-(Developer)
Seritage / L B Santa Maria LLC-(Developer)
Seritage / Lane 4 Property Grp-(Developer)
Seritage / Lormax Stern-(Developer)
Seritage / Macerich JV
Seritage / Macerich-(Developer)
Seritage / Macerich-Developer)
Seritage / McKinley Inc-US Bank-(Developer)
Seritage / Meissner Jacquet-(Developer)
Seritage / Metro National Corp-(Developer)
Seritage / Pacific Retail Capital-(Developer)
Seritage / Priority Properties LLC-Developer)
Seritage / Ramco-Gershenson-(Developer)
Seritage / Regency Centers-(Developer)
Seritage / Rouse Properties-(Developer)
Seritage / Shops at Tanforan REIT-(Developer)
Seritage / Simon / GGP-(Developer)
Seritage / Simon JV
Seritage / Simon WP Glimcher-(Developer)
Seritage / Simon WPG-(Developer)
Seritage / Simon WPG-(Developer) *docs to come)
Seritage / Simon-(Developer)
Seritage / Simon-Developer
Seritage / Simon-Turnberry Assoc. JV-(Developer)
Seritage / Simon-WP GLIMCHER-(Developer)
Seritage / Simon-WP GLIMCHER-(Developer)
Seritage / Starwood Capital-(Developer)
Seritage / Starwood-(Developer)
Seritage / Starwood-StarW Solano LLC-(Developer)
Seritage / Starwood-Star-West JV-(Developer)
Seritage / Starwood-Star-West LJ LLC
Seritage / Starwood-Westfield's-(Developer)
Seritage / Sunrise Mall Prop LLC-(Developer)
Seritage / Tabani Group-(Developer)
Seritage / Taubman Company-(Developer)
Seritage / The Feil Organization-(Developer)
Seritage / Urban Retail Properties-(Developer)
Seritage / US Mall Holdings-Omninet Capital-(Dev)
Seritage / Vintage Capital Group-(Developer)

Seritage / Vornado-Developer
Seritage / Westfield-(Developer)
Seritage / Wilmorite-(Developer)
Seritage / Winstanley-Surrey Equities-(Developer)
Seritage / Woodmont Company-(Developer)
Seritage / WP Glimcher-(Developer)
Seritage / Young Woo & Assoc-(Developer)
Seritage Growth Properties
Seritage Growth Properties LP
Seritage KMT Finance LLC
Seritage SRC Finance LLC
Servisfirst Bank
Seth Fortgang
Seth Tim and Kent Oliver
Seven Hills Realty Associates, LP, c/o EBL&S Property
Management, Inc.
Seven Springs Limited Partnership
Shadrall Moorestown, LP c/o Auburndale Properties, Inc.
Shahanian Family-Lee Shahinian Jr-Managing Owner
Shaler Zamagias LP
Sharp Realty
SHC Desert Springs LLC
SHC Owned
Shelby Hall Road, LLC, c/o Heidenberg Properties
Shelby Locations Inc
Sheldon J Mandell
Shidler/ West Finance Partners
Shindler/West Finance Partners V LP-Henry Cohen
Shingle Creek LLC c/o Gatlin Development Company
Shore Bank (Shore Savings Bank
Shunpike-West LP
Sidney Forbes and Maurice Cohen
Sidney Moray
Sierra Management Corp
Silvergate Bank
Simon
Simon (674%) / Kravco
Simon / Kravco
Simon / Washington Prime Group
Simon Property Group Inc ("Simon")
Simon Property Group, Inc.
Simon Property Group, Inc. ("Simon")
Sion Nobel MD & Behat Nobel
Site C LLC
Skibo Square Inc
SKY Bank ACH#3165
Sliva LLC
SM Rushmore Mall, LLC, c/o Washington Prime Group,
Inc.
Solari Family Trust & Baskins Family Trust
Somerset Associates Limited PA
Somersville Town Center Equities LLC et al
Somerville Las Vegas Limited P
Sontic Ward Inc
South SAC LLC
Southern Square LLC

Southern Square, LLC, c/o Hull Storey Gibson Companies, LLC
Southhaven Associates
Southland Mall Properties LLC
Southland Mall Properties, LLC, c/o Gumberg Asset Management Corp.
Southpark Mall CMBS LLC, C/O CBL & Associates Management, Inc.
Sovereign Bank
SP Pell City Properties Inc
Spanish Fork, UT Realty LLC, c/o TLM Realty
Spatz Centers Inc
Spigel Properties
Spinoso
Spirit Halloween
Spotsylvania Crossing Investor
Spotsylvania Crossing Investors LLC
SR Wiener / Richard Marks
St Albans Center II LLC
St Albans Center II LLC, c/o RD Management LLC
St Augustine Holdings LLC
St Mary's Square - Ohio Assoc
St. Augustine Holdings, LLC
Stafford Properties Inc
Standard Bank & Trust Co
Standard Property Group LP
Starwood
Starwood - *Star-West JV LLC
Starwood - Star-West Chicago Ridge LLC
Starwood - Star-West JV LLC
Starwood Capital Group
Starwood Ceruzzi LLC (Ceruzzi Holdings)
Statewide Richmond LLC, c/o Statewide Management Group, LLC
Steadfast Companies
Stephen C Greenlee (CBL Manages)
Stephen K Easton and Judith Streisand
Stephen Redding
Stephenson National Bank & Trust
Sterik Burbank LP
Sterling Equities II
Sterling Equities II LLC
Sterling Equities II, LLC, C/O RMC Property Group, LLC
Sterling National Bank & Trust
Sterling Organization
Steven D Bell & Company
Stirling Properties
Stirling Properties LLC
Stockton Plaza Partners LLC
Stuart Sneeden
Summerdale Plaza Associates
Summerdale Plaza Associates, C/O WRDC
Sun Trust Bank NA
Sun Valley Ltd.
Sung Rhee (SR Investment)
Sung Rhee dba 2515 Horner, LLC

Sunland Towne Centre Clearing
Sunny Isle Developers LLC
Sunrise CC LLC
Sunstar Keshav Property LLC
Suntrust Bank
Suntrust Bank ACH
Suntrust Bank SO FL ACH#NEW8
SUSO 4 Ocean LP, c/o Lippes Mathias Wexler Friedman LLP
SVAP Golf Mill Retail LP/Sterling Org
SVAP II Herndon Centre LLC
SVAP Pompano Citi Centre LLC
SWZ LLC
T & B Greeley, L.C., c/o H. James Talbot
Tabani Group
Taft Retail Investors, LLC, c/o Equis Capital Partners, Ltd.
Ta-Hsiung Wang Huey-Yi Wang and Ta-Cheng Wang Olivia
Taubman
Taurus Augusta Mall LLC
TCP Ryan Street, LLC, c/o TCP Realty Services, LLC
TD Bank
TD Bank NA
Teachers' Retirement System Of The State of KY, c/o Bellwether Enterprise Real Estate Capital
TFG Lufkin LP
The Bank Of New York ACH#661
The Bank Of New York Mellon
The Ben Tobin Companies Ltd
The Boulevard Corporation
The Cafaro Company
The Daniel Group
The Daniel Group, Inc
The Denver Gardens Company LLC
The Feil Organization
The HB Nitkin Group
The Kempner Corporation
The Macerich Company
The Macerich Company ("Macerich")
The McDowell Partnership, c/o Mosites Development Company
The Morris Companies
The Norris Living Trust
The Private Bank
The Prudential Insurance Co of America
The Richardson Company
The Robbins Company
The Schreiber Co. - Belleview Associates, Ltd, c/o The Schreiber Company
The Stop & Shop Supermarket Co
The Stop & Shop Supermarket Company LLC
The Widewaters Group Inc
The Woodmont Company
THF Realty
Time Equities
Times Square Joint Venture LLP

19

Times Square Joint Venture LLP (FST Real Estate)
Tippecanoe Mall/SPG LP, c/o Simon Property Group
Tivoli Sqaure Apartments LP (Tivoli Capital Inc GP)
TKG San Ysidro Development LLC
TKG San Ysidro Development LLC (The Kroenke Group)
TLM Realty Corp David & Stuart Epstein
TLM Realty Corp Ron Oehl
TLM Realty Corp Ron Oehl (7475%) & DDR (2525%)
TMM Investments Ltd.
TNP Sites LLC (Charles Pinter)
Tobin Properties Ltd. f/k/a The Ben Tobin Companies Ltd. dba Whitmoore, LLC
Toledo Corp., c/o United Capital Corp.
Tonopah Craig Road Company LLL
Tops Holding, LLC
Towanda PA Holding LLC
Town Real Estate Enterprises, LLC, Agent, c/o Kossman Development Company
Town Real Estate Enterprises
Towne Bank
Towne Mall Galleria LLC
Towne Mall, LLC, c/o The Macerich Company
Trestle Natomas LLC
Tri-City Assoc. Limited Partner
TriGroup Properties LLC
Tri-Mart Corporation, c/o United Capital Corp
Triple Crown Operating Trust
Triple Crown Operating Trust LP
Troy Coolidge
Troy Coolidge No 21 LLC
Tucumcari ATM LLC (Madison Partners)
Tucumcari ATM, LLC, c/o Madison Partners
Tunlaw LLC
Tupart II LLC
Tuskeena Gulfport Center LLC
Twin City Estate Corporation
U S Realty a/k/a Garden Properties
U.S. Realty 86 Associates / U.S. Realty 87 Associates, c/o Garden Commercial Properties
U.S. Realty 86 Associates / U.S. Realty 87 Associates, c/o Garden Commercial Properties
U.S. Realty 86 Associates, c/o Garden Commercial Properties
UE Bruckner Plaza LLC
Uintah Plaza LLC
Uintah Plaza Shopping Center, LLC, c/o Arcadia Management Group, Inc.
UMB Bank
Umpqua Bank
Union Bank
Union Bank & Trust ACH#682
Union Bank of California ACH#2
Union Center Realty LLC
Unisource Centers LLC
United Capital Corp
University Center Associates

University City Inc
University City, Inc, C/O Commercial Property Management LLC
University Mall LLC
Univest-BTC S&R LLC
Urban Edge Properties LP
Urban Retail Properties LLC
US Bank
US Bank NA ACH#516
US Centennial Malls JV LLC (Westfield / Centennial)
US Realty a/k/a Garden Commercial Properties
US TRUST CO OF NEW YORK ACH#35
USB ACH#777
V & V Real Estate Investments
Valley Bank of Helena ACH#696
Valley National Bank ACH#2026
Valley National Bank ACH#826
Vanguard Associates
Versailles Land Group LLC (Billy Blair/Eli Mashni)
Vertical Industrial Park Associates
Veterans Elua LLC
Viaport New York LLC
Vineyard Concord LP
Vintage Capital Group
Viola Properties, L.L.C.
Vornado
Vornado / Urban Edge Properties
VTA, Ltd.
W & H LLC
W B Wiggins JR
W P Carey & Co
Wachovia Bank NA
Wachovia Bank NA ACH#590
Wachovia Bank NA ACH#878
Wachovia Bank National Association
Wachovia Securities
Waddell Realty Co LLC
WAL-GO Associates LLC
Wal-Mart Stores
WAL-MART Stores INC
Walter R Samuels
Walton Street Capital LLC / Brian T. Kelly Principal
Wangard Partners Inc
Warren Davis Properties
Warren Davis Properties XVIII
Warren Davis Properties XXIII
Washington Real Estate Investment Trust
Watkins Investments LP
Waypoint Property Group
WB Wiggins Jr
WC Independence Center, LLC, c/o World Class Capital Group, LLC
WC MRP Belleville Center LLC
WC MRP Belleville Center, LLC, c/o World Class Capital Group, LLC
WC MRP Independence Center LL
WC MRP International Center LLC

Web & Sons Inc
Web & Sons Inc.
Weingarten Realty
Weingarten/ Finger Venture
Wells Fargo ACH#522
Wells Fargo ACH#791
Wells Fargo ACH#875
Wells Fargo ACH#995
Wells Fargo ACH#996
Wells Fargo Bank
Wells Fargo Bank - ACH 3309
Wells Fargo Bank 3723
Wells Fargo Bank ACH
Wells Fargo Bank ACH#214
Wells Fargo Bank ACH#283
Wells Fargo Bank NA
Wells Fargo Bank NA ACH#3590
Wells Fargo Bank NA as Trustee
Wells Fargo Bank NA as Trustee (Developer)
Wells Fargo Bank, N.A., as Trustee for CIII BACMOF-5
Orchard Plaza, c/o Farbman Group IV LLC
West Frankford Plaza
West Frankfort Plaza
West Palm Realty LLC, c/o Namdar Realty Group, LLC
West Plaza Associates
West Plaza Associates, c/o Mall Properties Inc. dba
Olshan Properties
West Virginia University Hospitals Inc.
Westfall Town Center Joint Venture
Westfield
Westfield / Centennial JV
Westfield / Centennial Malls JV
Westmount Plaza Assoc., c/o Garden Commercial
Properties
Westmount Plaza Associates
Weston Town Centre LLC
Wharton Realty Group
White Sands Mall LLC
Whitney National Bank ACH#737
William D Mattingly Education
William J. Wade, Owner / Trustee UTA #1995-4, c/o
Wilmington Trust Company Corporate Trust
Administration,
William M Rice University
William O. Passo
Wilmington Trust Co
Wilmington Trust Co NEW ACH#49
Wilmorite
Wilshire Business Center
Wilson Norridge LLC
Winbrook Management LLC
Windalier West Lebanon LLC
Wolf Family Series LP
Woodbury Corporation
Woodbury Realty Associates Inc
Woodfield Mall LLC (Simon Property Group - Mall Mgr)
Woolmington-Smith Ventures LLC

WP Glimcher (Simon / WPG & Glimcher)
WP Glimcher
WP Knox Associates LP
WRD Mechanicsburg LP
WRI Golden State LLC
WRI/Raleigh LP
WY Plaza, LLC, c/o Woodbury Corporation
Yan Shui Hsia
YL Investments LLC
York Galleria Limited Partnership c/o CBL & Associates
Management, Inc.
Zamagias Properties
Zamias
Zions First National Bank ACH#

**Lien Holders (UCC's Filed)**
Abrim Enterprises, Inc.
ACCO Brands USA LLC
Allure Gems LLC
Amana Company, L.P. DBA\Amana Appliances
American Greetings Corporation
Aneri Jewels, L.L.C.
APS Express, Inc.
AT&T Mobility II, LLC
Bank of America, N.A.
Beauty Gem, Inc.
Bio-Lab Inc.
Bracketron, Inc.
Burwood Group, Inc.
Canon Financial Services, Inc.
Chapal Zenray Inc.
Citizens First National Bank
Clover Technologies Group LLC
Combine International, Inc. (d/b/a I.L. Mfg. Co., Shan
Corporation and/or NSM Corp.)
Cross Country Home Services, Inc.
Crown Credit Company
CT Corporation System
Dell Financial Services L.L.C.
Dell Financial Services Ltd. Partnership
Disons Gems, Inc.
D-Link Systems, Inc.
Early Morning LLC
Envisions LLC
ET Enterprises Distributors LLC
Frederick Goldman Inc.
Gold LLC
Heartland Bank and Trust Company
Hewlett-Packard Financial Services Company
Hilco Wholesale Solutions, LLC
Homecare Labs Inc.
Horizon Group USA Inc.
House of Marley, LLC
Illinois Secretary of State
Istar Jewelry LLC d/b/a Stanley Creations
Jacmel Jewelry Inc.
Joseph Enterpriseses Inc.

JPMorgan Chase Bank, N.A.
JPP II, LLC
JPP, LLC
Kama-Schachter Jewelry, Inc.
KCD IP, LLC
Kiran Jewels, Inc.
Land's End, Inc.
LM Farms, LLC
Lucent Jewelers, Inc.
Maxcolor LLC
MaxMark, Inc.
Maytag Appliances Sales Company
Mill Creek Entertainment LLC
MJ Holding Company LLC
N.D. Gems Inc.
NCR Corporation
NMHG Financial Services, Inc.
PAJ, Inc.
Pension Benefit Guarantee Corporation ("PBGC")
Plus Mark LLC
Plymouth Packaging, Inc. d/b/a Box on Demand
RGGD, Inc. d/b/a Crystal Art Gallery
Richline Group Inc.
Richline Group, Inc.
Riverstone USA LLC
Rosy Blue, Inc.
Royal Consumer Products LLC
S&J Diamond, Corp.
Sakar International, Inc.
Scents of Worth Inc.
Seiko Corporation of America
Shaghal Ltd.
Shanti Corporation d/b/a Vijay Gold Design
Soft Air USA Inc.
Stanley Creations, Inc.
State of Florida, Department of Revenue Out of
State/Central Collections Unit
State Street Bank and Trust Company
Suberi Brothers, LLC
Sumit Diamond Group LLC
Sun Diamond, Inc. d/b/a Sun Source
The Luxe Group Inc.
The News Group L.P.
Thompson Tractor Co., Inc.
Three Point Capital, LLC
Tiger Capital Group, LLC
Toyota Industries Commercial Finance, Inc.
Twentieth Century Fox Home Entertainment LLC
U.S. Bank National Association
Unique Designs, Inc. d/b/a Kiran Jewels, SDIL,
InterJewel
Verbatim Americas LLC
Vijaydimon (USA) Inc.
Wells Fargo Bank, National Association
Wilmington Trust, National Association

**New York Bankruptcy Judges and Staff:**

Cecelia G. Morris
James L. Garrity
Martin Glenn
Michael E. Wiles
Robert D. Drain
Robert E. Gerber
Robert E. Grossman
Sean H. Lane
Shelley C. Chapman
Stuart M. Bernstein
Amber Covucci
Andrew Pollack
Annie Wells
Brenda Robie
Chantel Barrett
Christine Azzaro
Dabin Chung
Deanna Anderson
Diego Flores
Dorothy Li
Eddie Andino
Emily Kehoe
Greg White
Jacqueline DePierola
Jamie Eisen
Kelly Porcelli
Liza Ebanks
Lorraine Echevarria
Lynda Calderon
Margaret Schierberl
Mike Paek
Nicholas Lombardi
Raff Ferraioli
Robert Nosek
Rosemary DiSalvo
Sara Tapinekis
Siddharth Sisodia
Tracey Mercado
William Organek
Willie Rodriguez

**New York Clerk of the Court and Staff:**
Ana Vargas, Generalist Clerk
Arturo Tavarez, Case Administrator
Claire Togher, Case Manager
Eddie Andino, Divisional Manager
Grimilda Correa, Project/Team Leader
Vito Genna, Clerk of Court

**Other Party in Interest:**
ABRY Partners II, LLC
ACOF Investment Management LLC
ADP, Inc.
AEA Investors LP
Alta Mont Capital
Altamont Capital Management LLC

22

American Express Prepaid Card Management
Corporation
American Securities LLC
Apollo Hybrid Value Management
Appliance Parts
Arçelik A.Ş.
Ares Management
Assurant
Bayshore Capital Advisors, LLC
Benefit Street Partners L.L.C.
Black Diamond Capital Management, L.L.C.
Blackhawk Marketing Services, Inc.
Burke America Parts Group LLC
CCP Credit Acquisition Holdings, L.L.C.
Centerbridge
CITIC Capital Partners Management Limited
Clayton, Dubilier & Rice, LLC
Clearlake Capital Group, L.P.
Cleva North America, Inc.
Coinstar, Inc
Coonns
Costco
Dart Warehouse Corporation
Direct Energy
Dorcy, International
Eldis/ Founder Holdings/Fix.com
Electrolux
Encompass Supply Chain Solutions Inc.
Ferguson Enterprises, Inc.
Ferguson Plc
Founder Holdings Inc.
Freeman Spogli Management Co., L.P.
Gamut Capital Management, L.P.
Golden Gate Capital
Golden Gate Private Equity, Inc.
Goldman Sachs
Graham Capital
H.I.G. Capital Management, LLC
Harvest Partners, LP
HomeServe USA Corp.
Houzz
Kelso & Company
Kohlberg Kravis Roberts & Co. L.P.
Kohlberg Management VIII, L.L.C.
Liberty Media
Littlejohn & CO. LLC
Mavecap LP
Monomoy Capital Management, L.P.
MSD Capital
Nonantum Capital Partners
Oaktree Capital Management, L.P.
Oaktree Huntington Investment Fund II, L.P.
Oaktree Special Situations Fund, L.P.
OMERS Private Equity U.S.A. Inc.
One Madison Group LLC
Owl Rock Capital Advisor LLC
Peak Rock Capital, LLC

Permira Advisers LLC
Platinum Equity Advisors, LLC
Presidio Investors LLC
Roark Capital Acquisition LLC
Sentinel Capital Partners, L.L.C.
Service.com, Inc.
SHC Promotions, Inc.
Stone Point Capital LLC
Sycamore Partners Management, L.P.
TA Associates Management, L.P.
The Jordan Company, L.P.
THL
TowerBrook Capital Partners L.P.
Trilantic Capital Partners VI (North America) L.P.
Trilantic Capital Partners VI Parallel (North America)
L.P.
Warburg Pincus
Watsco, Inc.
West Street Capital Partners VII, L.P.
Western Union Financial Services, Inc.
Wynnchurch Capital

**Professionals of Other Parties in Interest**
Berkeley Research Group, LLC
Choate Hall & Stewart LLP
Cleary Gottlieb Steen & Hamilton
Skadden, Arps, Slate, Meagher & Flom LLP
Sullivan & Cromwell

**Sears Term Loan FILO**
Ares Management LLC
Bank of America NA
Berkley Dean & Co. Inc.
Birch Grove Capital
Cascade Investment LLC
Crescent 1 LP
Crystal Financial
Cyrus Capital Partners, L.P.
GB Finance Company LLC
GMO
Goldman Sachs Group, Inc. (The)
Goldman Sachs International Bank
Great American Group
Guggenheim Partners Investment
MidCap Financial Trust
MidOcean Credit Fund Management LP
MidOcean Partners
Moore Capital Management LP
Owl Creek Investments I LLC
Seix Investment Advisors LLC
Sentinel Dome Partners LLC
State Street Global Advisors
TD Bank NA
TPG Capital L.P.
TPG Opportunities Advisors Inc.
TPG Specialty Lending
U.S. Bank National Association

**Significant Competitors**
ACE Hardware Corporation
Amazon
American Apparel
BCBG MaxAzria
Best Buy
Best Buy Co., Inc.
Big Lots, Inc.
BJ's Wholesale Club
Burlington Stores, Inc.
Costco Wholesale Corporation
CVS Pharmacy
Dillard's, Inc.
Dollar General Corporation
Ebay, Inc.
Five Below, Inc.
Fred's Inc.
Gap Inc.
hhgregg Appliances and Electronics
Hudson Ltd.
J.C. Penney Company, Inc.
Kohl's Corporation
L Brands, Inc.
Limited Stores, LLC
Lowe's Companies, Inc.
Macy's
Macy's Inc.
Meijer
Menard, Inc.
National Electronics Warranty Corporation ("N.E.W.")
Ollie's Bargain Outlet Holdings, Inc.
Payless Shoesource
PriceSmart, Inc.
Rollins, Inc.
Target Corporation
The Home Depot, Inc.
The Service Master Company
TJX Companies, Inc.
True Value Company
Tuesday Morning, Corp.
Walmart
Walmart Inc.
Wal-Mart Stores, Inc.

**Special Restructuring Committee Advisors**
Alvarez & Marsal
Evercore
Paul, Weiss

**Third Party Alliances**
American Express Travel Related Services Company, Inc.
Blackhawk Network, Inc.
SHC Promotions, LLC

**Top 40 Unsecured Creditors**
Active Media Services Inc.

Apex Tool International LLC
Automotive Rentals Inc.
Black & Decker US Inc.
BST International Fashion Limited
Cardinal Health
Chamberlain manufacturing Corp.
City Choice Limited
Cleva Hong Kong Ltd.
Coyote
Deloitte & Touche LLP
Eastern Prime Textile Limited
Electrolux (Frigidaire Company)
Feroza Garments Ltd.
Hanesbrands Inc.
HK Greatstar Int'l Co. Ltd.
Icon Health and Fitness Inc.
International Business Machine
Jordache Limited
Knights Apparel Inc.
LG Electronics USA Inc.
Mien Co, Ltd.
MKK Enterprises Corp.
MTD Products Inc.
Paco (China) Garment Ltd.
Procter & Gamble Distributing
SITEL
SRAC Medium Term Notes c/o The Bank of New York Mellon Trust Co
SRAC Unsecured Notes c/o The Bank of New York Mellon Trust Co.
SRAC Unsecured PIK Notes c/o The Bank of New York Mellon Trust Co.
Tata Consultancy Services Ltd.
Thanh Cong Textile Garment Investment Trading Joint Stock Company
TJ Tianxing Kesheng Leather Products Co Ltd.
Weihai Lianqiao International Cooperation Group
Whirlpool Corporation
WiniaDaewoo Electronics America
Winners Industry Company Limited

**U.S. Trustee Office for Southern District of New York**
Amanda Cassara
Andrea B. Schwartz
Andy Velez-Rivera
Anna M. Martinez
Brian S. Masumoto
Catletha Brooks
Cheuk M. Ng
Danny A. Choy
Ercilia A. Mendoza
Greg M. Zipes
Ilusion Rodriguez
Linda A. Riffkin
Maria Catapano,
Mary V. Moroney
Michael Driscoll

Myrna R. Fields
Nadkarni Joseph
Nazar Khodorovsky
Paul K. Schwartzberg
Richard C. Morrissey
Richard W. Fox
Serene Nakano
Susan Golden
Sylvester Sharp
Victor Abriano
William K. Harrington

**Unions**
AFL-CIO
International Brotherhood of Electrical Workers
International Brotherhood of Electrical Workers Local #1075 (IBEW)
International Brotherhood of Electrical Workers Local #1547
International Brotherhood of Teamsters
International Brotherhood of Teamsters #107
International Brotherhood of Teamsters #150
International Brotherhood of Teamsters #174
International Brotherhood of Teamsters #243
International Brotherhood of Teamsters #348
International Brotherhood of Teamsters #401
International Brotherhood of Teamsters #688
International Brotherhood of Teamsters #705
International Union of Operating Engineers
International Union of Operating Engineers Local # 399 (IUOE)
International Union of Operating Engineers Local #70
Service Employees International Union
The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) #2901
The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) #8275
The United Food and Commercial Workers International Union
The United Food and Commercial Workers International Union Local #880
The United Food and Commercial Workers International Union Local #881 (UFCW)
UAW Local 2901
UFCW Local 880
UFCW Local 881
United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") Local 8275
United Service Workers Union (USWU)
United Service Workers Union (USWU) District 10
United Steel Workers Union
United Steel Workers Union District 10
Workers United

Workers United #196
Workers United #512

**Vendors**
1 Model Management LLC
10 Mgmt
10 Management Inc.
1000Bulbs.Com Service Lighting
123Stores Inc
180S LLC
1928 Jewelry Company
1St Impression Landscaping Inc
1Worldsync
2 Girls Accys Inc
2333 Designs And Manufacturing
24 7 Comfort Inc
24 7 Customer
24 Seven
2810 Newport Centre LLC
333 Corp
3H Farm LLC
3M
3M Company
3M Puerto Rico Inc
4207602 Canada Inc
4Imprint
5330 Crosswind LLC
5Th & Ocean Clothing LLC
7Up RC Bottling Co of So California
8 To 20 Partners LLC
800 Answer
800 Answer Tech
8X8 Inc
A & B Landscape
A & E / Kastar
A & S Renovations
A 1 Painting
A 1 Property Management Inc
A 1 Switching
A And B Refrigeration
A B E Parking Lot Striping Co
A C Electric Co
A D Sutton & Sons
A D Willems Construction Inc
A Door Specialist Co
A Fashion Company Limited
A Gareleck & Sons Inc
A J Manufacturing Co Inc
A Line Staffing Solution LLC
A Plus Landscaping And Maintenance
A Tech Refrigeration & Mechanical Services
A Verdi LLC
A&A (H.K.) Industrial Limited
A&H Lithoprint
A-1 Door Specialties
A1 Electronics Services
A1 Multi Service LLC

25

Aa Plumbing
AAA Complete Building Services
AAA Energy Service Co
AAA Glass & Mirror
AAA Pharmaceutical Inc
AAA Roofing By Gene Inc
Aadvantage North American
Aaon
Aarons Lawn Care & Landscaping
Aba Lighting Inc
Abacus Advisors Group
Abacus Property Inspections
Abam LLC
Abbott Laboratories Puerto Rico
ABC Electric
ABC Seating Inc
Ability Maintenance Inc
Able Plumbing Repair Inc
Aboni Knitwear Ltd
About Time Snow Removal
FHG Companies
ABS Graphics
Ac Electric
A-C Electric Co
Academy Fire Protection Academy
Acc International LLC
Accelerated Assemblies Inc
Accenture LLP
Accertify Inc
Access Shoppers Guide Gatehous
Accessory Innovations LLC
Acco Engineered Systems
Accu Staffing Services
Accullink Inc
Acculynk Inc
Accusweep Services Inc
Accutime Watch Corp
Accuweather Enterprise Solutions
Ace Asphalt Of Arizona Inc
Ace Electrical Contractors Inc
Ace Sign Co
Acewell Limited
Achim Importing Co
Achim Importing Co Inc
ACI International
Acme Complete Parking Lot Serv
Acme United Corporation
ACR Maintenance Contractors
Acrs LLC American Commerical & Residential Services
Action Door Controls Inc
Action Service Corp
Activeon Holdings Inc
Activica LLC
Acustrip Company Inc
Acxiom
Ad Art
Ad Pro Inc

Adair Progress Inc
Adam Levine Productions Inc
Adaptive Insights Inc
Adaptly
Adazon
Adco Services
Adcolor
Addison Independent
Adecco Employment Services
Adesso-Madden
Adgiants Adgiants LLC
ADH Guardian USA LLC
Adheris
Admarketplace Inc
Adobe Systems
ADP RPO
ADP Screening & Selection Services
Adrenaline Enterprises LLC
Adroit Digital
Adroit DS LLC
Advance Management Inc
Advance Ohio Media
Advance Printing
Advance Progress
Advance Publications
Advance Staffing
Advanced Building Controls
Advanced Custom Eng Systems
Advanced Distribution Services
Advanced Door Service Inc Door
Advanced Electric Inc
Advanced Integrated Services
Advanced Lighting Systems
Advanced Power Sweep
Advanced Project Solutions
Advanced Refrigeration Heating
Advanced Technology Services Inc
Advantage Electrical Services
Advantage Paving
Advantage Roofing And Restoration
Advantage Storage Trailers Inc
Advantage Transp Equip
Advantage Transportation Equipment
Advertiser Gleam Tennessee Valley
Adwood Manufacturing Ltd
Aercor Wireless Inc
Afero Inc
Affiliated Business Group Inc
Affine Inc
Affordable Plumbing Of Utah
Affordable Plumbing Pros
Affordable Sprinklers Inc
Affordable Tools LLC
AFG Media Ltd
AFN
AFO OFA Investment Group Inc
Ag Distributors & Supplies Corp.

Agelity Inc
Agencia Comercial Wai Yuen
Agency Worx LLC
Agglo Corp Ltd
Agilence Inc
Agle Tribune Publishing Co
Agri-Fab Inc
Ahs Staffing
Aiken Communications
Aim Media Texas
Aim Media TX
Ainsworth Pet Nutrition LLC
A-Ipower Corporation
Air & Water Inc
Air Ad Promotions Inc
Air Centers Of Florida Inc
Air Chiller Mechanical Construtor
Air Conditioning Innov Solution
Air Temp Mechanical Inc
Airgas
Airgas-Refrigerants
Airstron Inc
Airwatch
AJ Super Garments Ltd
AJC II LLC
AJM Packaging Corporation
AJS Landscape
AJS Technology Inc
Aka Sport Inc
Akamai Technologies
Akdy Imports LLC
Akh Eco Apparels Ltd
Akitas Landscape And Maintenance
Akorn Consumer Health
Akron Beacon Journal
Ala Makana Inc
Alabama Media Group
Alamosa Newspaper
Alans Lawnmower Center
Alarm Datacom Company
Alaska Communications Systems
Alaska Integrated Services
Alaska Marine Lines Inc Lynden Transport
Alaska North Star Builders
Albaad USA Inc
Alberta Newsprint Sales
Albuquerque Journal
Alcon Laboratories Inc
Alden Corporation
Alen USA LLC
Alert Distributing LLC
Alert Stamping & Mfg Co Inc
Alex Brands Buzz Bee Toys HK
Alexandria Newspapers
Alfred R Calabrese
Alfresco Software Limited
Algona Publishing Co.

Hallmark
Alice Newspapers Inc
Gatehouse Media
Alison Brod Public Relations
All American Transfer Co Inc
All American Tree & Lawn
All Corners Sweeping
All Dade Driveway Maintenance
All Desert Service Corp
All Doors And Glass
All Doors LLC
All In One Contracting Inc
All In One Service Group Inc
All Interiors
All Pro Of Sarasota
All Pro Property Management
All Pro Transportation Inc
All Season Property Management
All Systems Wireless Inc
All The Rages Inc
All Type Professional Door Services
Allen Co Inc
Allen Mechanical
Allens Plumbing Inc
Allergan Pharmaceuticals
Alliance Comfort Systems Inc
Alliance Material Handling
Alliance Of Wisconsin Retailer
Alliance Times Herald
Alliant Systems LLC
Allied Door Systems LLC
Allied Industries
Allied Newspapers
Allied Packaging Corp
Allied Rental Center Allied Co
Allied Storage Containers Inc
Allied Trade Group Inc
Allied Trailer Sales & Rentals
Allied Universal Security Services
Allion USA LLC
Allseen Alliance Inc
Allstar Marketing Group LLC
Allure Gems LLC
Allure Home Creation Co Inc
Allway Tools Inc
Almar Sales Co Inc
Almo Fulfillment Services LLC
Aloha Isle Moving Inc
Alpena News
Alpha Mechanical Service Inc
Alpha Media USA
Alpha Media
Alpha Paving Industries LLC
Alpine Corporation
Alpine Creations Ltd
Als Asphalt Paving Co Inc
Alsangest International LLC

27

Alsbridge Inc
Alston & Bird LLP
Alta Dena Certified Dairy LLC
Altatac Inc
Alternative Pressure Washing
Alterra Tools Ltd
Altman Specialty Plants
Altman Specialty Plants Altman
Altoona Mirror Central Pennsylvania
Alva Amco Pharmacal Co Inc
Alvin B Chan Inc
Alvin Sun And Advertiser
Amarr
Amav Enterprises Ltd
Amazon Com
Amazonlot
Ambassador Alarms Inc
Ambius Inc
Ambros Inc
Amec Environment & Infrastructure
American Accessories Inc
American Appliance Installers
American Automatic Doors Inc
American Benefits Council
American Casting And Manufacturing
American Cleaning Supply Inc
American Coatings & Insulation
American Color Inc
American De Rosa Lamparts LLC
American Digital Corporation
American Discount Office Supplies
American Door And Dock
American Equipment Sales Inc
American Express
American Food & Vending Corp
American Gas Products
American Gasket Technologies
American Gasket Technologies Inc
American Greeting Corp
American Incorporated
American International Industries
American Janitor And Paper Supplies
American Lawnscape & Sw Snowplow
American Marketing Enterprises
American Mechanical Inc
American Media Inc
American News
American Paper Corp
American President Lines
American Pride Mechanical
American Retail LLC
American Ring Co Inc
American Snow Removal Inc
American Snow Removal Incorpor
American Society Of Composers Authors And Publishers
American Telecast Products LLC
American Textile Company

American Tire Distributors Inc
American Weigh Scales Inc
American Wood Fibers Inc
Americas Fresh Foods Inc
Amerigas Propane
Ameriplus Inc
Ameritech Services
Ameritemps Az LLC
Ameriwood Industries
Ameriwood Industries Inc
Ami Ventures
Amloid Corporation
Amnet Amnet Group Inc
Amo Sales And Service Inc
Ampac Security Products
Amper Music
Amplex Corporation
Amra Map Automotive Maintenance & Repair
Amrep Inc
Ams Associates
Ams Associates Inc
Amstore
Amtranet Group
Amturf Enterprises LLC
Amw Vietnam Co Ltd
Anaya Gems Inc
Anchor Acquisition LLC
Anchorage Daily News
Anda
Andalusia Star News Andalusia
Anderson Dairy Inc
Andina Inc
Andrew J. Matarazzi
Andrew Kirk Painters Inc
Andrew M. Golds
Andrews & Son Tradings Inc
Aneri Jewels LLC Dba Sumit Diamond
Anew Electronics LLC
Angels Yard Care
Angel Torres
Angies List Inc
Anglo-American Enterprises Corp
Anhaeuser Electric
Aniket Metals Pvt Ltd
Animal Adventure LLC
Anjer Inc Trailer Division
Ann Marie Link
Ant Group
Antelope Valley Press Antelope
Anthony Kerrigan
Anthony C Kerrigan
Antigo Daily Journal
Antillas Shoe Corp
Antilles Brands Inc
Antim Sourcing Ltd
Antimatter Research Inc
Anything Goes Delivery Service

Aon Consulting Worldwide
Aon Risk Services Companies
Aosom LLC
A.P. Enterprises
A.P. Enterprises Property Services
Apex Chance Limited
Apex Footwear Limited
Apex Sales Group Inc
Apex Tool Group LLC
Apg Media Of Chesapeake LLC
Apg Media Of Ohio LLC
Api National Services Group
Apogee Agency LLC
Greg Hoffman
Apogee Delivery & Installation
Apollo Health And Beauty Care
Apollo Retail Specialists
Apollo Retail Specialists LLC
Apothecary Products LLC
App Annie Europe Limited
Appalchian Newspapers
Apparel Manufacturing Sourcing
Apparel Sourcing (Hk) Limited
Applause App Quality Inc
Apple One Employment Services
Appliance Appointment Com Felix
Appliance Parts Company
Appliance Parts Depot LLC
Appliance Parts Imports
Applica Consumer Products Inc
Applied Handling Inc
Applied Predictive Technologies
Appnexus Resources Inc
Appriss Inc
Appsflyer Ltd
Aptaris Professional Services
Aquarius Ltd
Aquino Transport LLC
Ar North America Inc
Aramark Management Services
Aramark Services
Aramark Services Inc/Bsg Pnc L
Aramark Uniform Services
Aramsco Inc
Aranco Inc
Arbon Equipment Corp Rite-Hite
Rite-Hite
Arc Fresno
Arc International North America
Arc Mid Cities Association For Retarded Citizens
Arca Industrial Corp
Arcadia Holding Co Ltd
Archer Air Conditioning Services
Archid Garment Factory Ltd
Architectural Graphics Inc
Architext
Archos Inc

Archway Inc
Arctic Glacier USA Inc
Arctic Service LLC
Arden Fair Associates
Ardisam Inc
Area Wide Paving
Paul Pogue
Aria Child
Ariba
Ariela Alpha International LLC
Arizona Beverages USA LLC
Arizona Daily Sun
Arizona Desert Designs LLC
Arizona Game & Fish Dept
Arizona Plumbing Services Inc
Arizona Republic
Arkanoff Painting
Arkansas City Traveler Winfield
Arkansas Democrat-Gazette
Arlington Developers
Armored Autogroup
Armouth International Inc
Armstrong Flooring Inc
Arnold
Arnold & Porter LLP
Arnold Foods Inc
Arnold Transportation Services
Arnstein & Lehr (Saul Ewin Arnstein & Lehnr)
Arris Inc
Arrow Electronics Inc
Arrow Fastener Company Inc
Arrow Global Asset Disposition
Arrow Home Products Company
Arrow Shed LLC
Arrow Shirt Company
Arrow Sportswear
Arrow Tru Line
Arrowhead Heating And Air Conditioning
Arrowhead Mountain Spring Water
Ars Ecommerce
Artificial Ice Events LLC
Artisan Print
Artitalia Group
Artofabric
ASAP Asphalt Sealing And Paving
Asbury Foodservice Equipment Co
ASD Healthcare
ASE Auto Service Equipment Co
Asheville Citizen-Times
Ashland Daily Tidings
Ashley County Publishing Co Inc
Asia Direct Investments LLC
Asia Socks Inc
Aspect Software Inc
Aspen Marketing Services
Asphalt Sealing & Striping Co
Asphalt Solutions Inc

Asphalt Solutions Plus LLC
Asrotex
Assemblers Inc
Asset Recovery Advisors LLC
Asset Technologies LLC
Associated Desert Newspaper
Associated Desert Shoppers
Associated Electrical Contract
Associated Group
Associated Hygienic Products
Asure Software
Asurion Insurance Services
Asw LLC
At & T
Ateb
ATEQ Corp.
ATEQ TPMS Tools
Ateq Tpms Tools LC
Atkins Kroll Inc
Atkins Nutritionals Inc
Atlanta Network Technologies
Atlantic Bottling Co
Atlantic Comfort Systems Inc
Atlantic News Telegraph
Atlantic Southern Paving And Sealcoating
Atlantic Trailer Leasing Corp
Atlas First Access
Atlas Sign Industries
Atlas Toyoto Material Handling
Atlas Van Lines
Atomic Plumbing & Drain Cleaning
Atrium Staffing LLC
Attachmate Corporation
Auhc Denim Clothing Ltd
Austin American Statesman
Autel Us Inc
Authentic Brands Group LLC
Auto Care Association
Auto Expression Inc
Autodesk Inc
Automated Building Components
Automated Distribution Systems
Automated Packaging Systems
Automatic Access Inc
Automatic Appliance Parts
Automatic Data Processing
Automatic Door Doctor Inc
Automotive Rentals
Auxo International Ltd
Avalara Inc
Avam Inc
Avaya
Averus Facilitec Central
Avery Dennison
Avery Products Corporation
Avi Systems
Avis Rent A Car System

Avoyelles Publish Co Inc Journal
Avprostore
Award Staffing Services
Awerkamp & Mcclain PC
Awesome Products Inc
AX Paris USA LLC
Axikit Inc
Axiom Global Inc
Axiom Staffing Group
Ayana Jewels
Az Patio Heaters LLC
Azimov Consulting
B & A Sunrise Sprayers
B & B Acquisition Inc
B & B Rolling Door
B & M Seasonal Services LLC
B And B Bedding Inc
B And C Greenhouses Inc
B Fernandez & Hnos Inc
B G Brecke Inc
B G R Inc
B Hall Sweeping Inc
B Kramer Inc
B P America
B R Kettering Towne Center LLC
B.F. Shaw
Babcock & Brown Greenfield Hld
Baby Coca For Wears And Textil
Baby Trend Inc
Back To Basics Products Inc
Backer Landscaping Inc
Baesman Group Inc
Baggs Landscaping & Maintenance
Bajer Design And Marketing Inc
Baker & Hostetler LLP
Baker & Mckenzie
Baker Donelson Bearman Caldwell & Berkowitz
Baker Roofing Company
Bakersfield Californian
Balance Innovations LLC
Balance Marketing
Balancing Act Balancing Act Tv
Bald Eagle Delivery & Home Svc
Balford Farms
Ball Bounce And Sport Inc
Ballester Hermanos Inc
Baltimore Sun
Bandai America Inc
Bangor Publishing
Bank Of America
Banner Graphic Rust Publishing
Banner News Publishing
Barack Ferrazzano Kirschbaum & Nagelberg
Barbara R. Skeens
Barcharts Publishing Inc
Bari Textile Mills (Pvt) Ltd
Barlo Signs International Inc

30

Barnard Landscaping LLC
Barry County Advertiser Emory
Bars Products
Baruvi Fresh LLC
Base Inc
Basic Solutions
Bass Security Services
Bates Electric
Batten & Company
Bauducco Foods Inc
Baw Plastics
Baxley News Banner Gardner Newspapers Inc
Baxter Bulletin
Bayer Corporation
Bayer Puerto Rico Inc
Bayshore Power Sweeping
Baytown C&M Equipment Co
Baytown Sun
Bazaarvoice
BC In The Cloud
BDO Puerto Rico Psc
BDO Seidman
Beach Trading Co
Bealls Inc
Bear Construction
Andy Pontoja
Beaumont Enterprise Division
Beaumont Products Inc
Beautiway Enterprises Ltd
Beauty 21 Cosmetics Inc
Beauty Gem Inc
Beaux Merzon Inc
Beaver Newspapers
Becks Elk River Greenhouse & Vegetable Farm
Bedwards Inc
Bedz King LLC
Beeville Publishing Co
Behler Young Company
Beiersdorf Inc
Beijing Gongmei Company
Beijing Industrial Dev Co. Ltd
Bel Larimer LLC
Belco Industries
Belkin International Inc
Bell Litho
Bell Sports Inc
Bellows International Ltd
Bellsouth Pro Cabs
Belly Up Crab Co
Beloit Daily News Greater Beloit
Belton Journal Belton Newspapers Inc
Bem Wireless LLC
Benefitfocus Com Inc
Benicia Herald
Benitez Hermanos Inc
Benitez Karasz
Benjamin Walk Corp

Benner Mechanical And Electrical
Bentex Group Inc
Bentley Systems
Berkel Midwest Berkel Midwest
Berkshire Eagle New England News
Berkshire Fashions
Bernadine J. Eachus
Bernstein & Andriulli Inc
Bess Home Fashions Inc
Best Furnace Co
Best Lock Asia Limited
Best Paramount International
Best Security Industries
Bestmark Inc
Bestway (Hong Kong) Int'L Ltd
Bestway Rentals Bestway Rental
Better Business Bureau
Better Earth Landscape Better
Better Made Snack Foods Inc
Better Sourcing Worldwide Ltd
Beverage Works NY Inc
BFC Forms Service Inc
BFG Supply Co
BH Media Group
BH Media Group Holdings
BH North America Corporation
Bianca Fashion Limited
Bic Corporation
Bickley Consulting Inc
Bicoastal Fitting Models
Bicycle Doctor Of Broward Inc
Bidclerk
Bidtellect Inc
Big Ass Fans
Big Bear Grizzly Hi Desert Pub
Big Geyser Inc
Big Sky Publishing
Big Spring Herald
Big Time Toys LLC
Bills Litter Lover Parking Lot
Bimbo Bakeries Usa
Biotab Nutraceuticals
Bioworld Merchandising Inc
Birchwood Snow & Landscape Contractors
Bird Bonette Stauderman
Bissell Homecare International
Bitterroot Sweepers
Bl Intimate Apparel Canada Inc
Black & Decker Us Inc
Black And Decker Macao Commercial
Black Box Network Services
Black Dot Group Caps Visual Co
Blackhawk Engagement Solutions
Blackhawk Network
Blackshor Snow Removal & Excavating
Blackstone Industries LLC
Blade Empire Publishing Beloit

31

Blair Sign Company
Blair Technology Group LLC
Blakeslee Maintenance
Blancos Pileso SA de CV
Blended Clothing Inc
Bli Lighting Specialists Budge
Blip LLC
Bliss Communications
Blizzard Repair Service
Bloomberg L P
Blooming Color Inc
Bloomreach
Blue Box Opco LLC Dba Infantino
Blue Chip Global Connect LLC
Blue Dog Bakery Group Inc
Blue Engine Marketing Inc
Blue Line Distributing
Blue Line Distributing Inc
Blue Moon Digital Inc
Blue Rhino
Blue Rhino Corp
Blue Rock Products Pepsi
Blue Star Fashion NY Inc
Blue Wave Products Inc
Blue-Black Garments Co Limited
Bluegrass Newsmedia
Bmc Software
Bmg Model Brown Management Gro
Bms Tenant Services LLC
Bob Kilinski
Bock & Clark Corporation
Bodman LLP
Body Flex Sports Inc.
Body Solid
Boelter Brands LLC
Boerne Star
Bohler Engineering
Boldiq Inc
Bolivar Commercial
Bolus Truck Parts
Bolymax International Corp
Bon-Aire Industries Inc
Bond Manufacturing Inc
Bonner County Daily Bee
Bonnie Plant Farm
Boomerang Commerce
Boppy Company LLC
Boraam Industries
Borden Dairy Company of Florida
Borden Dairy Company of Ohio
Border Transfer
Borderfree
Bosch Automotive Services Solutions
Bose Corporation
Boss Pet Products Inc
Boston Globe Electronic Publishing
Boston Herald

Bot Home Automation Inc
Bottenfield Excavating LLC
Bottomline Technologies
Bounce Exchange Inc
Bowling Green Sentinel Co
Bowman Trailer Leasing
Boyd Construction Co Inc
Boyd Flotation Inc
BP Lubricants USA Inc
BPG International Inc
BPI Group North America
Brack Clemons
Bradburne Briller & Johnson
Bradenton Herald
Bradford County Telegraph Inc
Bradford Era
Bradford Publishing
Braha Industries Inc
Braintrust Consulting Group
Branch Solutions Inc dba Level 7, Inc.
Brand Electric Company
Brandfolder
Brandix Asia Ltd
Brandon Hass
Brandt Companies LLC
Brant Instore
Bravado International Group
Bravo Sports
Brazos Mall Owners LLC
Bre Pentagon Retail Holdings
Breathablebaby LLC
Breeze Newspapers
Breezeware Breeze Technologies
Brenham Banner Press
Brennan Electric Inc
Brennan Jewelry
Brewton Standard
Brian E. Linebaugh
Brian F Schimscho
Bridge Consulting Group LLC
Bridge Direct Inc
Bridgevine Inc
Briggs & Stratton Power Products
Bright Horizons Family Solutions
Brightedge Technologies Inc
Brightstar
Brightstar US Inc
Brighttag Inc
Brightview Companies
Brightview Landscapes
Brinks Global Services
Brinks Us
Brinly-Hardy Co
Brisas Del Caribe Corp
Britten Banners & Event Solutions
Brk Brands Inc
Broad Street Media PA

32

Broadcast Music
Broadcaster Press
Broadridge Ics Inc
Broan Nutone LLC
Broan-Nutone LLC
Brodhursts P
Brooke Graphics LLC
Brooks Beverages Management Co
Brooksource
Brookstone Company
Brother International Corp
Brothers Trading Co Inc
Brown Asphalt Paving Co
Brown Jordan Services Inc
Brownberry Inc
Browntrout Publishers Inc
Brownwood Newspapers
Bruce Lofthus
Bruce J Lofthus
Bruce W. Kalmbach
Bruckmann & Victory LLP
Brunswick News Publishing Co
Bryan Cave LLP
Bryan Times
Bryans Services
Joshua H Bryan
Bryson Industries Inc
BSREP US REIT II LLC
BTI Tools LLC
Buchi Plumbing Co
Buck Knives Inc
Buckboard Catering Co
Buckeye Sweeping
Buckley Newspapers Inc The Impact
Bucks County Courier Times
Budd Group Inc
Budget Truck Rental
Buffalo News
Bug Doctor
Builderdepot, Inc
Builders Best
Building Maintenance Services
Building Systems & Services Inc
Bully Tools Inc
Bunzl Distribution
Bunzl Retail
Bureau Of National Affairs Inc
Burlington Hawk Eye
Burns Landscape Management
Burton Energy Group Inc
Burton Exc Inc
Bush Specialty Vehicles
Bush Truck Leasing
Business Interior Group Inc
Butler County Publishing LLC
Buxton Inc
Buzztala LLC

Bvi Beacon
Bw Maintenance
Byer California
C & C Jewelry Mfg Inc
C & C Trucking
C & D Contracting LLC
C & D Distributors
C & G Publishing
C & L Industrial Limited
C & L Maintenance And Refrigeration
C & M Cleaning
C & M Landscape & Design Inc
C & R Asphalt LLC
C & S Wholesale Grocers Inc
C & V Liquidation Inc
Charles J Ciccrella
C H Robinson Worldwide
C J M Lighting Service
C L H & Son Inc
C L Rhodes Concrete Construction
C M A Fire Protection RLH Fire
C N A Property Services LLC
C R Gibson Co
C&J Gonzalez LLC
C&K Paving Contractors Inc
Cad Productivity Facility Tree
Cadillac Evening News
Cafaro Northwest Partnership
Cafe Roma Gruppo F4 Inc
Cafe Yaucono
Cairo Cotton Center
Caito Foods Service Inc
Cal Pure Pistachios Inc
Cal Select Builders Inc
Calamp Wireless Data Systems
Calamp Wireless Networks
Caleres Inc
Calidad Auto Technologies
California Cartage
California Commercial Roofing System
California Costume Int'L Ltd
California Innovations Inc
California Newspaper
California Newspaper Partnership
California Newspapers Partnership
California Retailers Association
California Shopping Cart Retrieval
Call & Jensen
Callabresi Heating & Cooling
Callcap Sita Laboratories Inc
Callidus Software Inc
Calphalon
Calvins Plumbing
Calzado Lobo S A De C V
Calzado Mi Lord SA de CV
Cambria Suites
Camco Manufacturing Inc

33

Camden Chronicle
Camden News
Cameron Call
Cameron Herald Milam Co
Cameron Newspapers
Cameta Camera
Caminova Corporation
Campbell Delong LLP
Campbell Hausfeld LLC
Campbell Sales Company
Canada Dry Bottling Co Of NY
Canada Dry Delaware Valley Btl
Canal Toys Ltd
Candela Search
Canete Landscape Inc
Canete Snow Management Inc
Cannon Valley Consulting LLC
Canon City Shopper
Canon Financial Services
Canon Solutions America
Canteen Refreshment Services
Cap Barbell Inc
Capgemini North America
Capital Alliance Corp Advantage Transp
Capital Brands LLC
Capital City Press Publisher
Capital City Weekly Shivers
Capital IQ Inc
Capital Newspapers
Capitol Advocacy LLC
Capps Power Sweeping LLC
Captain Industries Ltd
Car Freshner Corporation
Caravan Canopy Intl Inc
Cardinal Appliance And Hardware
Cardinal Industries Inc
Cardinal Solutions Group Inc
Cardio Partner Resources
Cardlytics
Career Corner Associates
Career Group Inc
Careerbuilder
Careerstaff Rx National Career
Careersusa Inc Careers USA Inc
Caribbean Packaging
Caribe Recycling Corp
Carla Bruni
Carlyle Blockhus
Carma Laboratories Inc
Carmen Roton
Carol R Thompson
Carolina Coupon Clearing
Carolina Green Lawn Service
Carpenters Small Engine Scales
Carpinet Plumbing & Heating
Carrier
Carroll County Newspapers Rust

Carryland Co
Carson Dunlop & Associates Ltd
Carteret Publishing Co Inc
Cartmasters LLC
Carttronics
Cartus
Cary Francis Group
Casa Grande Valley Newspapers
Casa Moller USA Inc
Casco Equipment Corporation
Caseys Landscaping LLC
Casio Inc
Casper Star-Tribune
Caspio Inc
Cassone Leasing Inc
Castanea Labs Inc
Castle Alliance Inc
Castle Construction Evergreen
Castlewood Apparel Corp
Casto Technical Services
Catalina Marketing
Catalyst Paper
Catalyst Tags Inc
Catchpoint Systems Inc
Catwalk Enterprises Inc
Cba Industries
CC Consultants LLC
CCH
CCL Label
CDW Direct
CE Compass Inc
CEI Roofing
Celadon Trucking Services
Celectiv Liders LLC
Celin Corporation
Cellco Partnership
Cellcontrol
Cellcorp Global Limited
Cellini LLC
CEMC Electrical & Communications (Cumberland
Electric Membership Corp.)
Centerline Electric Inc
Centerline Technologies Inc
Centerscape Inc Snow Management
Centimark Corporation
Centra Marketing And Communications
Central Air And Heating Servic
Central Iowa Chapter Mechanical Contract
Central Maine Morning Sentinel
Central Power Distributors Inc
Centralia Sentinel Sentinel
Centrescapes Inc
Centrex Plastics LLC
Centriam LLC
Centro Tecnico De Reparacion
Century Fire Protection Liberty
Century Fire Sprinklers Inc

34

Century Sign Co
Centurylink
Cequent Consumer Prod Ppd
Cequent Consumer Products
Cerce Capital LLC
Certified Air Contractors Inc
Certified Delivery Specialist
Certona Personalize Anytime Anywhere
Cesar Castillo Inc
Chainalytics LLC
Chair Workers Compensation Board
Challenger Motor Freight Inc
Chamberlain Manufacturing Corp
Chameleon Technologies Inc
Champion Container Corporation
Chaney Instrument Co
Change Healthcare
Channeladvisor Corporation
Channellock Inc
Chanx.Com Inc
Chapin International Inc
Char-Broil
Charles City Press Enterprise
Charles Freihofer Baking Co
Charles Gould
Charles M. Gould
Charles'S Wain Worldwide Corp
Charleston Newspapers
Charlotte Observer Publishing
Charter Limited
Chartwell Staffing Services Inc
Chatmeter Inc
Chattanooga Publishing
Chattem Inc
Cheboygan Daily Tribune
Checkpoint Systems
Cheng Cohen LLC
Cheng Yen Enterprises Co Ltd
Chep
Cherry Group Co Ltd
Chesapeake Merchandising Inc
Chevron (Hk) Limited
Chicago American Manufacturing
Chicago American Mfg LLC
Chicago Area Coustic Glo Sheldan Construction Prod &
Svces
Chicago Review Press Inc
Chicago Show Inc
Chicago Tag & Label Inc
Chicago Tribune
Chicao Aerosol
Chicology Inc
Chiefway International Limited
Childrens Apparel Network Ltd
Chiller Specialties Lagarde Ltd
Chiller Technology Services Inc
China Fortune LLC

Chinex Apparel Inc
Ching Construction
Chinook Asia LLC
CHL Enterprises Inc
Choice Foods LLC
Choice Mine And Industrial Services
Chosen Management
Chris N. Mock
Chris Tagliaferro
Christmas Creative Company Ltd
Christopher N. Moc
Chronicle Independent Camden
Chronicle Laframboise Newspaper
Chronicle Telegram Lorain County
Chronicle-Independent
Chun Fung Footwear Company
Chungchung Chen
Church & Dwight Co Inc
Chute Corporation
Cincinnati Air Conditioning Co
Cincinnati Bell Telephone
Cincinnati Enquirer
Cindy Daley
Cintas
Cintas Corporation No 2
Cintas Sales
Cips Marketing Group
Circle 8 Logistics
Circle Location Service Inc
Circle R Mechanical Inc
Cisco Systems
Cit Commercial Services
Citi Centre Jewelers Inc
Citizen Of East Alabama
Citizen Tribune
Citizen Voice Scranton Times
Citizen Watch Company Of America
Citrix
Citrix Citrix Systems Inc
Citrus Publishing
City Of Hope
City Of Tampa
Civil Works Inc
Civitas Holding
Civitas Media
Ckk Home Décor
Clabber Girl Corporation
Clanton Newspapers Inc Clanton
Clarabridge Inc
Clarion Hotel
Clark Beverage Group Inc
Clark Heintz Tools & Equipment
Clarksburg Publishing Co
Clarkston Maintenance Co
Classic Accessories Inc
Classic International Co Ltd
Classic Sales Inc

35

Classic Slipcovers Inc
Clausen Miller P C
Clean A Lot Inc
Clean Puerto Rico Recycling Inc
Clean Sweep Enterprises
Clean Tools Inc
Cleanmachine Powerwash Inc
Cleanserv Inc
Clear Channel Broadcasting Inc
Clear Channel Outdoor
Clearview Research Inc
Clearwater Paper Corporation
Cleva Hong Kong Ltd
Cleva North America Inc
Cleve Jackson Supreme Cleaning
Cleveland Brothers Equipment
Cleveland Coca Cola Btlg Co Inc
Cleveland Daily Banner Cleveland Newspapers Inc
Cleverbug Inc
Clicksoftware
Clicktale Inc
C-Life Group
Cliffstar LLC
Clinique Laboratories LLC
Clinton Daily News
Clm Midwest C & L Maintenance
Clock Electric Inc
Clorox Company Of Puerto Rico
Clorox Sales Co
Closing Consultant Inc
Cloudera Inc
Cloverleaf Chemical Company
Clovis Media
Cluen Corporation
Clw Delivery
Clyde Snow & Sessions
CMA CGM America
CMA CGM Group
Cmbs LLC
CMI Lighting Of Southern Virginia
Coalfire Systems Inc
Coast Appliance Parts
Coast Sign
Coast To Coast Computer Products
Coastal Seal Coating Of Nwf Inc
Coastland Times Times Printing
Coates Roofing Company Inc
Coca Cola Bev Co Guam Inc
Coca Cola Beverages Florida Ll
Coca Cola Bottling Co
Coca Cola Bottling Co High
Coca Cola Bottling Co Of North
Coca Cola Bottling Co Of Ny Inc
Coca Cola Bottling Co United Inc
Coca Cola Bottling Company
Coca Cola Btlg Co Consolidated
Coca Cola Btlg Co Of Ca

Coca Cola Btlg Co Of Los Angeles
Coca Cola Btlg Co Of New England
Coca Cola Btlg Co Of North Texas
Coca Cola Btlng Co Consolidate
Coca Cola Ent Florida Region
Coca Cola Puerto Rico Bottlers
Coca-Cola Refreshments
Coca-Cola
Cocam Int'L Enterprises Ltd
Cocam Intl Enterprises Ltd
Coco Jos
Coda Resources Ltd
Code Consultants Incorporated
Code42 Software Inc
Cody Enterprise Sage Publishin
Coefficient Mechanical Systems
Coeur D Alene Press Hagadone
Coffee Holding Co Inc
Cognizant Technology Solutions
Coleman Co Inc
Coleman Company
Coleman Company Inc
Colgate Palmolive
Colgate Palmolive Co Distr
Collection Xiix
Collegeville Contracting
Collins Co Ltd
Collins Roofing Inc
Collision Repair Education
Colombina De Puerto Rico LLC
Colomer & Suarez Inc
Color Ink
Color Spot Nurseries Inc
Colorado Community Media
Colorado Mountain News Media
Colorado Product Concepts Inc
Colorado Reuse And Salvage
Colorado Springs Gazette
Coloradoan Media Group
Coloron Jewelry Inc
Colors In Optics Ltd
Columbia Asphalt & Gravel Inc
Columbia Basin Herald
Columbia Daily Tribune Tribune
Columbia Omnicorp
Columbian Home Products LLC
Columbian Progress Marlan Publ
Columbian Publishing Co
Columbus Ledger-Enquirer
Columbus Telegram
Combe Incorporated
Combine International
Come Land Maintenance Services
Comfort Revolution LLC
Comfort Systems
Comfort Systems USA Southeast
Commerce Objects

36

Commerce Technologies
Commercial Appeal
Commercial Asset Preservation
Commercial Business Forms Inc
Commercial Cleaning Systems Inc
Commercial Dispatch Publishing
Commercial Fire LLC
Commercial Maintenance Inc
Commercial Plumbing
Commercial Property Maintenanc
Commercial Solutions
Commercial Sweeping Inc
Commercial Sweeping Services
Commission Junction
Commonpath LLC
Commonwealth Publishing Co
Communications Direct Inc
Communications Supply
Community Holdings Of Maryland
Community Holdings Of WV
Community Newspaper
Community Newspaper Group
Community Newspaper Holdings
Comodo Ca Limited
Comosoft Inc
Compactor & Baler Services
Compass Electrical Solutions
Complete Building Maintenance
Complete Career Center
Complete Concrete Inc
Complete Electrical Services
Complete Refrigeration LLC
Comporium Communications
Compucom Systems
Computer And Printer Solutions
Computer Engineering Associates Inc
Computershare Shareholder Srv
Conair Corporation
Concord Monitor Newspaper
Concur Technologies
Conduent
Conduent Business Services LLC
Confirmit Inc
Connecticut Boiler Repair & Manufacturing
Connecticut Retail Merchants
Connecticut Womens Contracting
Connectship
Connersville Publishing
Connexity Inc Pg USA LLC
Conney Safety Products Co
Connoisseurs Products Corp
Connors Footwear
Conopco Inc
Consolidated Communications
Consolidated Doors Inc
Consolidated Electric Dist Inc
Consolidated Fire Protection

Consolidated Mechanical Group
Constantine Cannon LLP
Construction Market Data Group
Consumer Affairs Consumers
Consumer Electronics Distribution
Consumers Digest Communication
Container Systems
Continental Commercial Product
Continental I Fund LP
Continental Properties Company Inc
Continental Tire The Americas
Continental Tire The Americas LLC
Contra Costa Health Services C
Contract Freighters
Control Fire Protection Inc
Control Tech
Controls Service & Engineering
Convenience Concepts Inc
Convergint Technologies LLC
Conversant
Cooke Communications
Cooke Communications LLC
Cookson Hills Publishers Inc
Cooper Lighting
Cooper Sweeping & Maintenance
Cooper Tire & Rubber Company
Cooper Tools
Copley Ohio Newspaper
Copley Ohio Newspapers
Copyright Clearance Center Inc
Coqui
Coral Reef Asia Pacific
Coral Reef Asia Pacific Ltd
Corbo Landscaping Inc
Cordele Newsmedia LLC
Core Organization
Corecentric Solutions Inc
Corina Chave
Corliving Distribution LLC
Cornerstone Services
Cornerstone Staffing
Cornfields Incorporated
Corona Curtain Mfg Inc
Corporate Concepts Inc
Corporate Imaging Concepts LLC
Corporate Remedies Inc
Corptax Inc
Correa Pallet Inc
Cortland Standard
Cortz Apparels Ltd
Corval Constructors Inc
Cory Home Delivery Services
Cosco Shipping Lines North America
Cosco Shipping North America
Coshocton County Beacon Good
Cosmo Lighting Inc
Cosmos Distributing Co Ltd

37

Costa Farms LLC
Cott Beverages USA Inc
Cotton Electric Service Inc
Coty Pr Inc
Coty Prestige
Coty Us LLC
Countryside Power Sweeping
Countryside Property Maintenan
Courier Express Tioga Publishing
Courier Publishing Co
Courier Times Paxton Media Group
Courier-Journal
Coutlet LLC
Covansys
Coventry Health Care Workers Compensation
Coventry Workers Comp Services
Covers F C Inc
Covington & Burling
Covington Publishing Company
Cowley Distributing Inc
Cox Newspapers
Cox North Carolina Publications
Coyners Parking Lot Cleaning
Coyote Logistics
CPC Strategy LLC
CPO Commerce LLC
CPP International LLC
CR Brands Inc
Craig Electronics Inc
Craig Frames Inc
Crawford County Avalanche
Crayola LLC
Creative Associates LLC
Creative Bath Products Inc
Creative Caster Inc
Creative Circle LLC
Creative Connection Ltd
Creative Construction & Facility
Creative Electronics And Softw
Creative Marketing Group Inc
Creedence Holdings LLC
Cresox North America LLC
Crested Butte News Inc
Crete Carrier
Cristalia Acquisition Corp
Criteo
Critical Mix Inc
Crosman Corporation
Cross County Shopping Center
Crosscom National
Crossmark Graphics
Crowdsource Solutions Inc
Crowe Horwath LLP
Crowley Liner Services
Crown Crafts Infant Products
Crown Equipment
Crown Lift Trucks

Crown Metal Manufacturing
Crown Packaging Corp
Crown Services Inc
Crst International
Cruz Moya Elevator Consultants
Cryopak Industries
Cryptzone North America Inc
Crystal Springs Water
Cs Group
CSC Corporate Domains Inc
CSG Consolidated Service Group
CSI Media LLC
CSN Stores LLC
CSS Inc
CT Corporations UCC Direct
CTI Industries Corp
CTM Enterprises Inc
CTR Lawn Services
Cudlie Accessories
Cuhaci & Peterson
Cummins
Cummins Pacific
Cupcake Clothing Limited
Cupid Foundations Inc
Curt Faus Corporation
Curvature LLC
Cushman & Wakefield Inc
Custom Climate LLC
Custom Lawn Care & Landscaping
Custom Lawn Service Inc
Custom Maintenance Services
Custom Personalization Solutions
Customer Minded Associates Inc
Cutter Green LLC
Cutters Plumbing LLC
Cw & Associates
Cwork Solutions
Cyber Ark Software Inc
Cybertron International Inc
Cycle Force Group LLC
Cymax Stores USA LLC
Cynthia Reimers
Cypress Media
D & D Office Supplies
D & H Distributing
D & M Striping
D M F Bait
D&J Trading Co. Ltd
D&N Landscape LLC
Da Yang Knitting Fty Ltd
Daco Trailer Leasing Inc
Dade Paper & Bag
Dailey Installation Inc
Daily Advance Cooke Communications
Daily American
Daily Astorian
Daily Comet

38

Daily Commercial
Daily Corinthian Paxton Media
Daily Democrat California News
Daily Evening Item Hastings
Daily Freeman Journal Ogden
Daily Gate City Publishing
Daily Hampshire Gazette
Daily Herald
Daily Home
Daily Interlake
Daily Mining Gazette
Daily Mining Gazette Ogden New
Daily Mountain Eagle Cleveland
Daily News
Daily News Journal
Daily Oklahoman
Daily Post Athenian
Daily Press
Daily Record
Daily Reporter Publishing
Daily Republic
Daily Review Lsn Publishing Co
Daily Review Sample
Daily Sentinel
Daily Standard
Daily Sun Conway Daily Sun
Daily Sun News
Daily Times
Daily Tribune
Daily World
Dairy Trek Inc
Daisy Manufacturing Company
Dakota Square Mall
Dalhart Texan
Dallas Cowboys Merchandising
Dallas Morning News
Dalles Chronicle Eagle Newspaper
Dam Technical Services
Damco
Dan Dee International Ltd
Dan Post Boot Company
Dana Classic Fragrances Inc
Dane Technologies Inc
Danecraft Inc
Daniel Paul Chairs LLC
Danny & Nicole
Danson Hong Kong Ltd
Darian Group Inc
Darling International
Darren Bilbey Delivery Service
Dart Container Corp
Dart Equipment
Dart International
Dart Transit Company
Dart Warehouse
Data Print Technologies Inc
Dataflow Services

Datalogic Automation
Datamax-O'Neil
Datameer Inc
Dataspan
Datastax
David C Austen
David Christman
David E Alexander Jr
David H Martin Excavating Inc
David Huang
David L Meyer
David Philips
David R Woodson
Davis Mechanical Service Inc
Davis Wright Tremaine LLP
Dawn Til Dusk Lawn Care LLC
Day Publishing Company
Dayton Appliance Parts Co
Dbk Concepts
Dc Service Solutions LLC
Dct Special Projects Inc
Ddp Roofing Services
De La Cruz And Associates
De Queen Bee Company Mena Wald
De Vore Industries Inc
Dean Foods North Central LLC
Debellis Painting Services
Debra J Barrett
Debra-Kuempel
Decisionfocus
Deem LLC
Deer Park Tribune
Dees Paper Company Inc
Del Rio News Herald
Delahoyde Projects
Delano Building Materials
Delano Pallet Recycling Inc
Delaware Valley Paving
Deliveries By Todd Inc
Delivery Pros Inc
Dell
Dell Financial Services
Dell Marketing L P
Deloitte
Deloitte & Touche
Deloitte Tax
Delsey Luggage Inc
Delta Carbona LP
Delta Consolidated Industries
Delta Fire Systems
Delta Foremost Chemical Corp
Delta Galil USA Inc
Delta Global Sourcing Ltd
Delta Marketing
Delta Mechanical Service Corporation
Delta News Citizen
Delta Packaging Inc.

Delta T Corporation, dba Big Ass Solutions
Delta-Democrat Publishing
Dem Holdings Inc
Dem Holdings,Inc. Dba Better Office Products
Demar Logistics
Dematic
Demert Brands Inc
Democrat & Chronicle Times
Democrat Publishing Company
Dentalcare Partners Inc
Dentons Us
Denver Post
Deportes Salvador Colom Inc
Deprey Company
Des Moines Register
Descartes Systems
Desert Extrusion Corp
Desert Extrusion Corp Emp
Desert Extrusion Corporation
Desert Sun Publishing
Design International Group Inc
Design Tees Hawaii Inc
Designco
Designer Protein LLC
Designpac Gifts LLC
Detergent 2.0 LLC
Detroit Lakes Tribune Forum Co
Detroit News
Developlus Inc
Dewan & Sons
Dewitt Transportation Svces
Dgc Capital Contracting
Dgs Import
Dhruv Globals Ltd
Diakon Logistics
Dial Corporation
Diamond Cosmetics Inc
Diario Las Americas
Diba Far East LLC
Dice Holdings Inc
Dick Kreimborg LLC
Dickerson & Quinn
Dickie Toys Hong Kong Ltd
Dickinson News
Diebold Inc
Diego M.Isola
Digital Complex Inc
Digitas
Diligent Hospitality LLC
Dinsmore & Shohl LLP
Diplomat Specialty Pharmacy
Directions Studio LLC
Display Data
Display Specialists
Disston Company
Distribuidora de Calzado de Primera Clase SA de CV
Distribution Integrated Services

Diversified Dynamics Corp
Diversified Global Technologie
Diversified Maintenance
Diversified Maintenance Systems
Diversified Media Group LLC
Diversified Print Group LLC
Division 1 Ground Maintenance
Division 21
Divisions Inc Maintenance Group
Dixon Acosta
Dixon Ticonderoga Co
DLA Piper US LLP
DLZP Group LLC
Dm Merchandising Inc
Dmc Inc Dynamic Motion Control
Dmc Service Inc
Dmi Furniture Inc
Dml Marketing
Dna Model Management Inc
Dna Models
Do It Corporation
Dock & Door Handling Systems
Dockers Footwear
Document Technologies DTI
Docusign Inc
Dodge City Daily Globe
Dodge County News Middle
Doerner Saunders Daniel & Anderson
Dohenys LLC
Dolce Vita Footwear
Dolce Vita Intimates LLC
Dominion Post West Virginia
Domo Inc
Don Hillman Inc
Don To Dusk & Son LLC
Dongbu Daewoo Electronics America
Dongguan Haoyun Shoes Limited
Donnelley Financial Solutions
Door Automation Inc
Door Controls
Door Systems
Door Tech Of Nashville Inc
Doors Inc
Dorcy International
Dorcy International Inc
Dorel Asia Inc
Dorel Asia Srl
Dorel Industries Inc
Dorel Juvenile Group Inc
Dorel USA Inc
Doreys Quality Lawn Care
Dorma
Dorman Products Inc
Dorothy Combs Models Inc
Dorvin D Leis Co Inc
Dosis Fragrances LLC
Doskocil Mfg Company Dba Petmate

Douglas Edwards
Douglas Enterprises
Douglas P Hard
Douglas Property Services LLC
Douglas W Pitchford
Dover Grease Trap Inc
Dover Post
Dow Jones Lmg Stockton
Dpi Inc
Dps Beverages Inc
Dr Fresh Inc
Dr Martens Airwair USA LLC
Dr Pepper Snapple Group
Drake Staffing Services Charle
Drawbridge Inc
Drc Engineering Inc
Drinker Biddle & Reath LLP
Drive Change LLC
Driveline Retail Merchandising
Drivers Alert
Driveway Maintenance Inc
Drm Inc
Dropbox Inc
Drum LLC
Ds Waters Of America Lp
Dstillery Inc
Dte Energy Company
Du Page Industries Inc
Dublin Courier Herald
Duke Realty Lp
Duling Trading Co Ltd
Duluth News Tribune
Dulzura Borincana Inc
Duma Landscaping
Dun & Bradstreet
Dunbar Armored
Dunbar Security Products
Dunham Construction
Dunlop Sports Group Americas
Duracell Distributing Inc
Durant Daily Democrat Civitas
Duro Bag Mfg Co
Duro Hilex Poly
Durst Trucking
Dwyer Cambre & Suffern
Dxagency
Dykema Gossett
Dynamic Mechanical Heating
Dynamic Ventures Inc
Dynasty Apparel Corp
Dynatrace LLC
Dyson Inc
E & B Giftware LLC
E & E Co Ltd
E And C Custom Plastic
E Chabot Ltd
E E Mills & Sons Inc

E Gadget Group Inc
E Gluck Corporation
E Mc Electrical Services Green
E T Browne Drug Co Inc
E W Scripps
E Z Products Of South Florida
E3Local Marketing Solutions
Ea Outdoor Services
Eagle Ent Inc
Eagle Herald Publishing LLC
Eagle Leasing
Eagle Newspapers Inc
Eagle Pass Business Journal
Eagle Printing & Publishing
Eagle Printing Co
Eagle Publishing Co Inc
Eagle Tribune
Early Morning Lone Star Rose
Earthgrains Baking Companies
Eas Enterprises Skier Eas Inc
East Asia Artic Flowers Fty Co
East Coast Compactor Corp
East Coast Newspapers
East Penn Manufacturing
East Penn Manufacturing Co Inc
Eastcoast Executive Limousine
Eastern Lift Truck Co Inc
Eastern Shore Post Inc
Eastman Exports Global Clothing
Eatel
Eaton Corporation
Eau Claire Auto Parts
Ebay
Echo Bridge Acquisition Corp
Eclectic Products Inc
Ecm Publishers Inc
Eco Appliances
Eco Fibre Furnishing
Eco Flo Products Inc
Ecodyne
Ecolab Inc
Econoco Corporation
Economy Rental Ms Economy Rent
Ecova
Ecowater Systems
Ecs Global Inc
Ecs Tuning LLC
Eddies Electric
Edealszone LLC
Edge Brands Limited
Edgewell Personal Care Pr Inc
Edith Rosario
Editora Paso Del Norte
Edushape Ltd
Edward A O'Neil
Edward S Young
Edwards Electrical & Mech Inc

Edwardsville Publishing
Efi Global
Eighty One Enterprise Inc
EJD Enterprises
Ekq Cleaning Services Inc
El Cresposculo Inc.
El Dorado News Times
El Informador Del Valle
El Latino Newspapers
El Manana Inc
El Paso Rooter
El Paso Times
El Toro Carmesi LLC
El Vocero De Puerto Rico
Elan Polo
Elarasys Worldwide LLC
Elavon Inc
Elc
Elco Laboratories
Eldon W Gottschalk & Associates
Electrical Solutions Of Oklahoma
Electroline Wholesale Electron
Electrolux Home Products
Electronic Funds Transfer Inc
Electronic Recyclers Intl Inc
Elevate LLC
Elite Commercial
Elite Creative Solutions LLC
Elite Maintenance & Construction
Elite Model Management LLC
Elite Snow Removal
Elixir Technologies Corporation
Elizabeth Arden Inc
Elk City Daily News
Elkhart Truth
Elkins Inter-Mountain
Elko Daily Free Press
Elliott Lewis Corp
Ellison First Asia LLC
Ellsworth American
Eloyalty
Emag Solutions
Emarketer Inc
Emc
Emcor Services
Emcor Services Integrated Solutions
Emerson Electric Co
Emerson Healthcare LLC
Emerson Network Power
Emg Clampett Industries LLC
Emkay Inc
Emmsphere LLC
Empaques Del Caribe Corp
Empire Distributors
Employment Advisory Services
Employment Employment Solution
Emporia Gazette White Corporation

Empresas Velazquez
Emt Industrial Services
Enablevue LLC
Enc Newspapers
Enchante Accessories Inc
Enco Manufacturing Corp
Encycle Technologies Inc
Endeavor Tool Company LLC
Energy Contractors
Enersys
Enervise Incorporated
Enervise LLC
Engineered Comfort Systems
Engineered Cooling Services
Engle Printing & Publishing Co
Englewood Marketing Group Inc
English Computer Consulting Ltd
Enright Companies LLC
Entech Sales Services
Enterprise Group
Enterprise Journal
Entertainment Radio Network LLC
Entrance Technologies Inc
Enviro Water Solutions LLC
Envirocon Technologies Inc
Environmental Drain & Plumbing
Environmental Products & Services Of Rochester
Environmental Protection Indus
Envision Graphics LLC
Epi Group
Epi Printers
Epic Designers Limited
Epicor Software
Epsilon Data Management
Epta America LLC
Equest LLC
Equinox
Equiparts Corp
Eracent Inc
Erath Publishers
Eric Jay Ltd
Erik Bianco
Ernst & Young
Erp Advisors Group
Erwin Penland
Esb P R Corp Sbt
Escalade Sports
Escobar Maintenance Service
Escreen
Esi Cases & Accessories Inc
Esi Maintenance Inc
Espn Enterprises Inc
Esquel Enterprises
Esquire Deposition Solutions
Esri Inc Envrmntl Syst Rsrch Inst
Essence Corp
Essendant Co

42

Essenpreis Plumbing & Heating
Essick Air Products
Estherville Publications Inc
E-Teen Market Limited
Eternal Best Industrial Ltd
Eternal Fortune Fashion LLC
Ethoca Limited
Ethority LLC Talx Corporation
Eugene Armstrong
Eugene F Koch
Eugene Mark Armstrong
Eugene W Hankee & Son Inc
Eunice News Lsn Publishing Com
Eureka Co
Euro Pro Sales Company
European Home Designs LLC
European Tanning Systems
Evansville Courier & Press
Evenflo Company Inc
Evenflo Feeding Inc
Evenflo Juvenile Furn Co
Evening Leader Horizon Ohio
Everbloom Growers Inc
Everest Group USA Inc
Everett Goodrich Inc
Evergreen Shipping Agency America
Everlast Sports Mfg Corp
Everlast Worlds Boxing Corp
Evine Live Inc
Evitex Apparels Limited
Evy Of California Inc
Ewi Worldwide
Ex Cell Home Fashions Inc
Exactec
Exadel
Excel Building Services
Excel International Inc
Excel Technologies
Excelsior Publishing Company
Exchange Inc
Exclusive Artist Management
Exhibit House Job Management
Exide Technologies
Exist Inc
Exmart International Pvt Ltd
Expeditors International
Experian Experian Information
Expo Communications Inc
Express Services Inc
Exquisite Apparel Corp
Extech Instruments Corporation
Extole Inc
Extreme Concepts LLC
Extreme Networks
Exxel Outdoors Inc
Exxel Outdoors LLC
Ez Flo International Inc

Ez Maintenance Services LLC
Ezrasons Inc
F & F Construction
F & J Service Co
F & M Tool & Plastics
F & P Mechanical
F & T Apparel LLC
F C L Graphics Inc
F W Webb Company
Fabrica De Calzado Plascencia
Facebook
Facilities Solutions LLC
Facility Products And Services
Facility Services Of America
Facility Solutions Group
Fact Automated Entrances
Factiva
Factor Model Management
Factory Outlet Store
Factspan Inc
Faegre Baker Daniels LLP
Failsafe Media Company Inc
Faimon Publications
Fair Trade Consulting
Fairbanks Daily News Miner Inc
Fairborn Mid Atlantic Fairborn
Fairfield Ledger Wmpf Inc
Fairmont Times West Virginia
Fairpoint Communications Inc
Falcum Service
Falling Star Landscape Inc
Family First Pharmaceuticals
Famosa North America Inc
Fanatics Inc Operating Account
Fantasia Accessories LLC
Farida Shoes Pvt Ltd
Farris Lawn Care
Fashion Accents LLC
Fashion Accessory Bazaar LLC
Fast Fingers Lift Svcs
Fast Forward LLC
Fastenal
Fasttrack Staffing Inc
Fatpipe Inc
Faultless Starch Bon Ami Co
Fayette Citizen Fayette Publishing
Fayette County Record Inc
Fayetteville Observer
Feather Publishing
Federal Building Services Inc
Federal Express
Federal Wage & Labor Institute
Federal Warranty Services
Fedex
Felipe De Jesus Galvan Hernandez
Feng Tai Footwear Co Ltd
Fernando C Pujals & Bros Inc

43

Fernando Nino
Fernandos Bakery Inc
Feroza Garments Ltd
Ferrandino & Son
Ferrellgas
Ferrero Inc
Ferrol Trucking Services Inc
Fetch For Cool Pets LLC
FFR Inc Fasteners For Retail C
Fgo Deliveries LLC
Fgo Logistics
Fgx International Inc
FHG Companies
Fhk Construction LLC
Fibre Craft Materials Corp
Fibrix LLC
Fibrix LLC Buffalo Batt Div
Fidelitone
Fidelitone Inc
Fidelity Enterprises Ltd
Fidens Enterprises LLC
Field Manufacturing
Fila USA Inc
Filo America
Filter LLC
Findly LLC
Fineline
Finest Foods Distributing Co
Finger Lakes Times Finger Lake
Fingerprint Communications
Finish Line Technologies Inc
Fire Systems Plus
Fire Tech Inc
Firefoe Corp Fire Foe Corporation
First American Home Buyers
First Choice Coffee Services
First Choice Sweeping And Land
First Data Technologies
First Impressions Printing
First Point Mechanical Service
First Quality Consumer Products
First Texas Products LLC
Fisher & Phillips
Fisher Price
Fisher Unitech
Fisher-Price
Fishman Public Relations
Fiskars Brands Inc
Fiskars Garden Tools Inc
Fit & Fresh Inc
Fit And Fresh Inc
Fitness Solutions
Fitzpatrick Lentz & Bibba PC
Fixture Hardware
Flambeau Inc
Fleet Street Ltd
Fleet Trailer Leasing Inc

Flexprint LLC
Flexxperts
Flock Free Bird Control System
Florida Construction Experts
Florida Pneumatic Manufacturin
Florida Pneumatic Mfg Corp
Florida Retail Federation
Florida Sun Publications
Florida Today
Flowers Baking Co Of Villa Rica
Fluke Electronics
Fluke Electronics Corporation
Flying Up International Limited
Flynn Enterprises LLC
Fm Generator Inc
Fmh Conveyors
Fmi
Fmi Inc
Fna S.P.A.
Focus Daily News
Foley Company
Folkraft Co Ltd
Folsom Services
Food Warehouse Corp
Footwear Distributors And Retail
Footwear Specialties Internati
For Life Products LLC
Ford Models
Foresee Results
Forest Services Inc
Forever International (Taiwan)
Forney Industries Inc
Forrester Research Inc
Forsythe Solutions Group
Fort Bend Herald And Texas
Fort Bragg Advocate News California
Fort Stockton Pioneer Big Bend
Fort Wayne Newspapers Inc
Fortune Creation Company Limit
Forum Analytics A Cbre Company
Forum Communications
Fossil Inc
Foster Farms Dairy Co
Fotorama USA LLC
Four J S Development Tools Inc
Four Seasons Design Inc
Fownes Brothers & Co Inc
Fox Appliance Parts Of Atlanta
Fox Luggage Inc
Fp International
Fpc Corporation
Fragomen Del Rey Bernsen & Loewy
Frahler Electric Company
Franchise Opportunities Network
Franco Mfg Co
Franconnect LLC
Frank May

Frankfort Publishing State Journal
Franklin Sports Industries Inc
Franklin T Cotton
Franklin Times Franklin County
Fred E Deyhle
Freddy Duncan & Sons Moving & Storage
Frederick News Post
Fredericksburg Publishing Co
Free Lance Star Bh Media Group
Free Press Publishing Inc
Freeborn & Peters LLP
Freedom California Ville Publishing Company
Freedom Communications
Freeman Expositions
Freeman Signs Inc
Frenchtoast.Com LLC
Freshko Produce Services
Friend Smith & Co Inc
Frigidaire Company
Frilot LLC
Frito Lay Inc
Front Street
Front Street Fs
Frontier Communications
Frontier Knitters Pvt Ltd
Frontline Products Inc
Frosting Frosting Studio
Fruit Of The Earth Inc
Fsa Network
Fsi Architecture
Fucile & Reising LLP
Fujian Apex Int Trading Corp L
Fujian Apex Intl Trad Corp Lmt
Fujian Junda Sports Goods Co L
Full Power Electrical Corp
Full Service Bev Co Of Colorado
Fullcontact
Fun2Play Toys LLC
Funderburk Roofing Inc
Fuzhou Harvest Land Industry C
Fw Asphalt Fred Woller
G & K Services
G A Gertmenian & Sons LLC
G B Tools & Sup Inc
G H Productions Inc
G&J Pepsi Cola Bottling Co
Ga Communications
Gadsden Times
Gage Roofing & Const Inc
Gail Ford Gail L Ford
Gain Strong Industrial Limited
Gainesville Sun Publishing
Galileo Global Branding Group
Gallagher Fire Equipment Co
Gallo Wine Co & Vintage Wine Co
Galveston Daily News Galveston
Gannett

Gannett Satellite Information Network
Garda Cl West
Garden City Telegram
Garden State Growers
Gardiner C Vose Inc
Gardner Denver
Gardner Inc
Gardner News
Garland Sales Inc
Gartner Group Inc
Gartner Refrigeration Company
Gary Jorgensen
Gary R Clift
Gaspar A Ramirez
Gatehouse
Gatehouse Media
Gatekeeper Systems Inc
Gatesville Messenger
Gateway Fairview Inc
Gateway Pharmacy Networks LLC
Gatti Plumbing Inc
Gauss Communications
Gawker Media LLC
Gazebo Penguin Inc
Gazette Communications Inc
Gazette Publishing Co Bedford
Gbg Beauty LLC
Gc Ranchers Inc
Gce International Inc
Gci Communication Corp
Gd Galanz Microwave Ele App
Gd Haixing Plastic & Rubber Co
Geauga Door Sales And Service
Geckobyte Inc
Geelong Sales Mco Limited
Geiss Destin & Dunn Inc
Gelco
Gelmart Industries Inc
Gem Guam Corporation
Gemmy Industries (Hk) Ltd B.V.
General Building Services Inc
General Contracting & Maintenance
General Electric
General Electric Company
General Facility Service
General Foam Plastics Corp
General Intl Power Products
General Lion Footwear (Intl)
General Marketing Solutions
General Mills Inc
General Paint & Manufacturing
General Tools Mfg Co Inc
General Tools Mfg Co LLC
Generis Tek Inc
Genesee Glass & Mirror
Genesee Valley Penny Saver
Genesis Dire

Genesys Telecommunication Labs Inc
Genpro International Inc
George Howe Co Inc
George J Kulik Pe Pc
George Lewis
Georgetown Communications
Georgetown News Graphic
Georgia Pacific Corrugated
Georgia Subsequent Inj Trust F
Geospatial Experts-694813
Gerard Design Inc
Gerber Childrenswear LLC
Gerber Legendary Blades
Gerst Contracting Inc
Getabstract Inc
Getty Images Inc
Gevers Paving Co Inc
Gexpro General Supply & Servic
Gfr Media
Gfx International
Ggplp Real Estate Inc
Ghc Inc
Gi Sportz Direct LLC
Gibson Overseas Inc
Gideons & Greco Plumbing Co Inc
Gideons Source Of Kansas Inc
Giftmaker Systems LLC
Gilbert Express
Gildan USA Inc
Gillam & Smith LLP
Ginsey Industries Inc
Gitlab Inc
Giza Spinning And Weaving Co
Gladys Austen
Glam Media Inc
Glamour Corporation
Glamour Prestige Corp
Glass Agency
Glaxosmithkline Consumer Health
Gld Group
Gle Associates
Glen Farmer
Glide Rite Corporation
Glider Co Ltd
Global Advantage Trading & Imp
Global Concepts Limited Inc
Global Design Concepts Inc
Global Electric Rzb Inc
Global Experience Specialists
Global Logistics Inc Global Xp
Global Product Resources Inc
Global Way Accessories LLC
Globant
Gloucester Mathews Gazette Journal
Gmc Contractors Inc
Go Configure
Go2Paper

Godfathers Sportswear
Gods Little Gifts
Goffa International Corporation
Gogo International Pvt Ltd
Gojo Industries Inc
Gokaldas Exports Ltd
Gold Country Media Auburn Journal
Gold Eagle Co
Gold Medal Prod Co
Gold Prairie LLC
Goldberger International Ltd
Golden Vantage LLC
Goldman Antonetti & Cordova
Goldsboro News Argus Wayne Price
Golf Gifts & Gallery
Goliath Games LLC
Gonzales Weekly Citizen
Good Humor Ice Cream
Good News Suburban Communicati
Goody Products Inc
Google
Gopluscorp
Gorski And Osterholdt
Goshen News Newspaper Holdings
Gossi Inc
Gotapparel
Government Of The Virgin Islands
Goya De Puerto Rico Inc
Goya Foods Inc
Gpd Associates
Gps Plumbing Garding Plumbing
Gr Contract Services
Gr Electrical Services Inc
Gracious Living
Graco Childrens Products Inc
Granada Sales Corp
Grand Basket Co Inc
Grand Bonanza Enterprise Inc
Grand Entrance
Grand Fly Display Prod (Sz) Co
Grand Forks Herald
Grand Home Holdings Inc
Grand Island Independent
Grand Junction Media
Grand Luck Fujian Footwear Co
Grand Oriental Intl (Hk) Co Lt
Grand Rapids Newspapers
Grand Valley Delivery LLC
Grandstep (Hk) Ltd
Granite City Armored Car Inc
Granite Telecommunications
Grant Leighton Assoc Of Tx
Graphic Measures Inc
Graphic Team Inc
Grassland Food & Snack LLC
Grassworx
Great American Duck Races Inc

46

Great Bend Tribune Morris News
Great Falls Tribune
Great Lakes Coca Cola Dist LLC
Great Lakes Technologies LLC
Great Mountain West Supply Inc
Greater Dallas Construction
Greater Niagara Newspapers Com
Greater W B Ind Fund Inc
Greeby Companies Inc
Greeley Tribune Northern Color
Green And Sons LLC
Green Canyon Holdings I Inc
Green Dot Corporation
Green Jobinterview Greenjobinterview.Com LLC
Green Market Services Company
Green Mountain Technology LLC
Green River Star
Greenberg Traurig
Greendale Home Fashions LLC
Greene Jersy Shoppers
Greenes Fence Co
Greeneville Sun Jones Media
Greenfelder Hemker & Gale
Greenfield Vedette Lewis Count
Greenlee Textron
Greenlight Facility Solutions
Greenpro Spray And Lawn
Greenroom Productions Inc
Greensboro News & Record
Greenspoon Marder Pa
Greenville Advocate Greenville
Greenville News
Greenville Newspapers LLC
Greenville Outlet Store LLC
Greer & Kirby Co Inc
Gregg Appliances Inc Hhgregg
Gregory Cantone
Gregs Petroleum Service Inc
Grendene USA Inc
Gretchen International Inc
Greyland Trading Limited
Greystar Management Services
Griffin Daily News
Griffin Footwear LLC
Grimms Snow Removal LLC
Grizzly Industrial Inc
Groom Law Group Chartered
Grounds Guys Lehigh Valley
Grounds Specialists
Group O Marketing Solutions
Group O Marketing Solutions Group
Groupe Seb Usa
Grove Sun Gatehouse Media
Grow'N Up Limited
Grupo Ruz, S.A. De C.V.
Gruspi Consulting Inc
Gsd International Enterprises

Gsf
Gsf Building Systems
Gsl Graphic Solutions LLC
Gt Nexus
Gta
Gtm USA Corp
Gtt Communications
Guahan Waste Control Inc
Guam Publication Pacific Daily News
Guangdong Textiles Imp & Exp Co
Guard Management Service Corp
Guardian Drug Company Inc
Guardian Service Industries
Guberman Benson & Calise LLC
Gulf Coast Media Opc News LLC
Gulf Publishing
Gunnison Country Shopper Inc
Guotai Usa
Guy Roofing
Gwinnett Daily Post
Gxs
Gxs Inc
H & H Development General
H & H Systems Inc
H & M Limo
H And N Associates
H B Mcclure Co Inc
H C International Inc
H H Brown Shoe
H L Anderson & Son I
H N W Industry Inc
H O H Chemicals Inc
H&H Apparel Co., Ltd
H&L Juno Inc
H&M New Century Group
Haddad Apparel Group Ltd
Haddad Brothers Inc
Hagadone Invesment Co.
Hagerstown Herald Mail
Haggar Clothing Company
Hain Celestial Group Inc
Haines & Kibblehouse Inc
Haitral Led Lighting Hk Co
Hale Trailer Brake & Wheel Inc
Halifax
Hallmark Marketing Company LLC
Halo
Halo Branded Solutions
Hamilton Beach Brands Inc
Hamm Mechanical LLC
Hampton Direct Inc
Hampton Forge Ltd
Hana Financial Inc
Hance Construction
Handcraft Mfg Corp
Handi Craft Co
Handyman Al Marlyn Mae Meyer

Hanesbrands Inc Bali
Hanesbrands Inc Bali Sears
Hanesbrands Inc Champion
Hanesbrands Inc Hosiery
Hanesbrands Inc Leggs
Hanesbrands Inc Playtex Kmart
Hanesbrands Inc Playtex Sears
Hanesbrands Inc Sock
Hanesbrands Inc Underwear
Hanford Sentinel
Hang Fung Garment Group Ltd
Hangzhou Bestsino I/E Co Ltd
Hangzhou In Choice Imp & Exp
Hanjin Shipping America
Hankook Tire America Corp
Hanks Mower Repair LLC
Hanley Wood Media Inc
Hansae Co. Ltd
Hansen Global Inc
Hapag Lloyd America
Hapner Lawn & Landscape LLC
Happiest Minds Technologies
Happy Grace Hong Kong Limited
Happy Shirts Inc
Harbor Industries
Harbortown Industries Inc
Harding Group Inc
Hardins Gardens
Hardy Moving & Storage Kitchen
Harling Inc
Harmony Enterprises
Harrington Bottling Co
Harris Paints
Harrisburg Gardens Inc
Harrison Appliance Inc
Harry J Goodman
Hart I 55 Industrial LLC
Hart Moving & Storage
Hartcorn Plumbing & Heating
Hartz Mountain Corp
Harvest Trading Group Inc
Hasbro Inc
Hastings Daily Tribune Seaton
Hastings Reminder
Hatch Enterprise Inc
Hattenbach
Hauck (Hong Kong) Limited
Haugh Law Group Haugh & Associates
Hauser List Services Inc
Havas Worldwide
Havel Bros Shambaugh & Son
Havre Daily News
Hawaii Intercontinental Corporation
Hawaii Mercantile LLC
Hawaii Modular Space
Hawaiian Host Chocolates Inc
Hawaiian Isles Distributors

Hawaiian Telcom
Hawaiihome
Haynes And Boone LLP
Hcv Distributors Inc
Hd Landscape LLC
Heads Up Landscape Contractors
Health Care Policy Roundtable
Health Vigor Limited
Healthcare Data Solutions
Healthcare Quality Association
Healy Newspapers Inc
Hearst
Hearthstone Group
Heartland Coca Cola Bottling CO
Heartland Express
Heartland Food Products Group
Heartland Publications
Heartland Woodcraft
Heath Construction LLC
Hecht Trailers
Heffner Management Inc
Heide & Cook LLC
Heidrick & Struggles International
Heights Builders Inc
Helen Andrews Inc
Hello Direct
Helmsing Leach Herlong Newman
Henderson Daily Dispatch
Hengxing (Hk) Trade Co Limited
Henkel Consumer
Henkels & Mc Coy
Hennessy Industries
Hennessy Industries Inc
Henricksen & Company
Henry Lamond Company Ltd
Henrys Janitorial Services Inc
Henson Robinson Co
Herald
Herald Citizen Cookeville News
Herald Democrat Db Texas Holding
Herald Dispatch
Herald Gazette
Herald Journal
Herald Leader Pryor Publication
Herald News
Herald Publishing
Herald Star Ogden News Publishing
Herker Herker Building & Lawn
Hernandez Cart Service Inc
Herr Foods Inc
Hersam Acorn Newspapers
Hershey Chocolate Company
Hershey Chocolate Company Hershey Caribe Inc
Hershey Chocolate USA Hershey
Hertz Equipment Rental
Hess Print Solutions
Hewitt Associates

Hewlett Packard Enterprise
Hewlett-Packard Financial Services
Hexacomb Corporation
Hfc Prestige International U S
Hfc Prestige Intl PR
Hg Fire Systems Lp
Hi Mark International Co Ltd
Hi Tech Air Conditioning Srvc
Hi Tech Pharmaceuticals Inc
Hickorytech
High Country Shopper
High Point Enterprise
High Ridge Brands
High Sierra Distributing
High Sierra Sport Company
Highjump Software
Highland Grp Industries Lp
Highland Lakes Publishing
Highland Lawn & Landscape
Hilco Wholesale Solution LLC
Hilex Poly
Hilex Poly Co LLC
Hilldrup Companies Inc
Hillis Clark Martin & Peterson
Hillman Group
Hillworks
Hines Growers Inc
Hinman & Carmichael LLP
Hinshaw & Culbertson
Hireright Solutions
His International Group LLC
Hitachi Koki USA Ltd
Hi-Tex Co. Ltd.
Hives & Honey Inc
Hk Greatstar Intl Co Ltd
Hk Junyao Foreign Trade Co Ltd
Hk Sino-Thai Trading Co Ltd
Hkd Global Limited
Hmi Services Inc
Hmi Technical
Hoa Phong Imp Exp Trading Co.
Hobart
Hobart Retail Sales
Hobbs News Sun Sun Publishing
Hodes LLC
Hoffinger Industries Inc
Hogan Lovells Us LLP
Hoj Engineering & Sales Co Inc
Holdsun Group Limited
Holland & Hart LLP
Hollander Sleep Products LLC
Holliday Construction Inc Troy
Hollywood Fashion Tape Inc
Holmberg Farms Inc
Holmes Group Inc
Holst Trucking & Excavating
Holston Gases Inc

Holsum De Puerto Rico Inc
Homally Inc
Home & Commercial Cleaning Svc
Home & Kitchen Solutions Inc
Home And Building Services LLC
Home Brands Inc
Home Essentials & Beyond Inc
Home Improvement Research Institute
Home Products International In
Home Team Marketing LLC
Homecare Labs Inc
Homedeliverylink
Hometown News Merritt Island
Hometown Newspapers Southern
Hong Kong City Toys Factory
Hongkong Best Source Group Limited
Hongkong Solamoda Industry Co
Honour Services Ltd
Hontus Ltd Inc
Hood County News
Hoosier Times
Hoover Inc
Hope Star
Hopwood Enterprises Inc
Horcher Construction
Horizon Behavioral Services
Horizon California Publications Inyo Register
Horizon Chillicothe Telephone
Horizon Group USA Inc Non Sbt
Horizon Tool Inc
Horizon WA
Hot Springs Village Voice
House Of Filters
Housewares Corp Of Asia Limited
Houston County Courier
Howard & Howard Attorneys
Howard Bobroff
Howard Cdm
Howards Outdoor Power Equipment
Hr Management Group Inc
Hr Motors Inc
Hsm (Far East) Co Limited
Hualalai Mechanical LLC
Huawei Enterprise Usa
Hub Group Associates
Hub Group Trucking
Hub Kearney Publishing
Hub Signs & Crane Corp
Hubbell Wiring Device
Hudson Home Group LLC
Hudson News Company
Huen Electric
Huffy Bicycles
Huffy Corporation
Hughes Network Systems
Huguenot Laboratories Huguenot
Huhtamaki Inc

49

Huidong Yushun Shoes Co Ltd
Hunter Engineering
Hunterdon County Democrat Penn
Huntington Security Systems
Huppins Hi Fi Photo & Video In
Huskey Vac Of Kodak
Husqvarna Outdoor Products
Hussmann
Huston Electric Inc
Hutch Paving Inc
Hutchison Leader
Huzhou Lichuang Textile Co
Hvac Systems Inc
Hwa In International Sa
Hy Ko Products Company
Hy Tech Property Services Inc
Hybrid Promotions LLC
Hyde Stone Mechanical Contract
Hydraulic And Electro Mechanic
Hygenic Corporation The
Hylands Inc
Hypard Trading Corp
Hypercap Trading Company
Hy-Vee
Hz U Jump Arts & Crafts Co Ltd
I Health Inc
I On Interactive Inc
Iacquire LLC
Iberia Foods Corp
Ice Miller LLP
Ice Mountain Nestle Waters North
Ice Mountain Spring Water Nestle
Iced Media
Icee
Icf International Icf Incorpor
Icon Eyewear Inc
Icon Health And Fitness
Iconex LLC
Iconix Brand Group
Icontrol Networks Inc
Icrossing
Idaho Beverages Inc
Idaho State Journal Idaho State Publishing LLC
Idea Nuova Inc
Ideavillage Com
Idelle Labs Ltd
Identifix Inc
Identity Games International
Idm Worldwide LLC
Idx Corporation
Iecs Inc
Ienjoy LLC
Iesi Ny Corporation
Igloo Products Corporation
Ignite USA LLC
Igoseating Limited
Ikeddi Enterprises Inc

Ilead LLC
Ilead Marketing LLC
Illiana Sweeping Company
Illinois Merchants Political
Illinois Retail Merchants Asso
Iloyal
Image National
Image360 Baum Holdings Inc
Imageone Industries LLC
Imagination Publishing LLC
Imagitas
Imgr America Inc
Impact Innovations Inc
Impact Networking
Impact Sales Inc
Imperial Industrial Supply
Imperial Industrial Supply Co
Imperial Lighting Maintenance
Imperial Toy LLC
Imperial-Deltah Inc
Impo International
Importique Corp
Impremedia
Imusa USA LLC
In Gear Fashions Inc
In Mar Trading Inc
In Zone Brands Inc
Ina International Ltd
Incinerator International
Indeed Inc
Independence Daily Reporter Mo
Independent Appeal M Nainy Co
Independent Newspapers
Independent Publishing
Indera Mills Company
Index Journal Co
Indiana Gazette Indiana Printing
Indiana Newspapers
Indiana Property Services LLC
Indiana Retail Council
Indix
Industrial Color
Industrial Packaging Corporation
Industrial Paper Corporation
Industrial Packaging Supplies
Industrial Power And Lighting
Industrial Power Products
Industrial Refrigeration
Industrias De Moveis Rotta Ltd
Industrias Nettalco Sa
Industry Dive Inc
Infinite Green Consulting Inc
Infinite Peripherals
Infinity Milestone LLC
Infinity Sourcing Services LLC
Infoblox
Infor Us

50

Information Control Company
Infosys
Ing Jose Rivera Mandes
Ingenico
Ingersoll-Rand
Ingram Electro Mek Inc
Ink Express
Inner Workings Innerworkings
Innocor Inc
In-N-Out Burgers
Innova Products Inc
Innovation First Labs Inc
Innovative Communications Corp
Innovative Door Solutions Inc
Innovative Excavation Inc
Innovative Facility Services
Innovative Technology Electron
Inovatex LLC
Inside Edge Commercial Interior Services
Insidesales Com Inc
Insight Direct
Insightpool LLC
Inspired Beauty Brands Inc
Inspired Elearning LLC
Installations Inc
Installs Inc LLC
Instant Storage
Insular Trading Co Inc
Insulated Roofing Contractors
Integracolor
Integrated Data Storage
Integrated Merchandising Sys LLC
Integrated Merchandising Systems
Integrated Service Management
Integrated Supply Network
Integrated Wiring Solutions
Intek America Inc
Intel Americas Inc
Intelex Technologies Inc
Intelligrated Systems
Intellingencer, The
Intellisource
Inter County Mechanical Corp
Interactions
Interactive Communications International
Intercall
Interdesign Inc
Interlake Mecalux
Intermodal Sales
Internap Network Services Corp
International Baler Corporation
International Business Machines
International Cruise & Excursions Multiple Sears Locations
International Grease Trap Corp
International Home Miami Corp
International Mulch Company In

International Paper
International Seaway Trading
Internet Communications Inc
Interstate Trailer Sales Inc
Interstoff Apparels Ltd
Intervoice
Intex Trading Ltd
Intradeco Apparel Inc
Intralinks Inc
Intuit Inc
Invicta Watch Company Of Ameri
Invisionapp Inc
Invodo Inc
Invue Security Products
Iola Register
Iolani Sportswear Ltd
Iolette LLC
Iosco County News Herald
Iovate Health Sciences USA Inc
Iowa City Press Citizen
Iowa Retail Chain Pharmacy
Iprint Technologies LLC
Ipromoteu Inc
Iprospect Com
Ipsos Mma
Ipsos-Insight
Iron Mountain
Iron Mountain Records Management Of Ohio
Irwin & Leighton
Irwin Industrial Tool Company
Irwpr International Roofing
Is E Brands
Isa & Stef LLC
Isaco International Corp
Isave Online Stores LLC
Ischolar Inc
ISFTV.com Kevin T Miller
Isidro Gallegos
Island Assembly And Installation
Island Delivery Services
Island Elevator
Island Movers
Island Snacks Inc
Island Sun Newspaper
Island Wide A C Service LLC
Island Wines & Spirits
Islander Group Inc
Islander Wholesale
Isomorphic Software
It'S Academic International
Itek Services Inc
Item Osteen Publishing Company
Itemmaster LLC
Ito En USA Inc
Itw Global Brands
Ivgstores LLC
Ivy Trading Inc

51

Iwc Inc
J & F Repair Services Inc
J & G Distributors & Wholesale
J & G Installers
J & J Services Smf Inc
J & L Door Service
J & L Sweeping Service Inc
J & R Trucking
J & S Electric & Sign Co
J A Cosmetics
J Ascencion Santan Guzman
J B Hunt Transport
J B Weld Company LLC
J C Electric Inc
J Carol Consulting LLC
J D Power And Associates
J G Corp Juar Gon Corp
J G Electric
J Gill And Company
J Howard Nud
J J Basics LLC
J L Mechanical Service Inc
J M Vazquez Electrical
J M Vazquez Electrical (Parts)
J Mchale & Associates Inc
J N B Services Inc
J T Nakaoka Associates
J&B Tool Sales Inc
J&V International Ltd
Jab Distributors LLC
Jack & Jill Ice Cream Co
Jack Ochodnicky Electrical
Jack Schwartz Shoes Inc
Jackson & Coker Locumtenens
Jackson County Newspapers
Jackson Hole News Teton Media
Jackson Lawn Care
Jackson Sun
Jackson Times
Jaclyn Smith
Jaclyn Smith Intl Inc Accrual
Jaclyn Smith Intl Inc Royalty
Jae Hoon Corporation
Jaime G Arias
Jak Property Services LLC
Jakos Ltd
James Beale
James Carr & Sons Plumbing Inc
James D Swartz LLC
James E Rundel
James M. Beale
James R Kreimborg
James S White Jr
James Thaxton
James Thomas Jr
James Wheeler
Jamie A Jensen

Jamn Products Inc
Jan Pro Cleaning Systems Carso
Janell Moore
Janesville Gazette Bliss Communications
Janrain Inc
Japc Construction Inc
Jarden Consumer Solutions
Jarden Home Brands
Jasco Products Company LLC
Jason A Grove
Jason Furniture (Hangzhou) Co
Jason Loper
Jason Mark
Jason Yip
Jay Franco & Sons Inc
Jaydee Group USA Inc
Jaymy Inc
Jazwares Inc
JB Roofing
Jc Marketing Inc
Jc Toys Asia Limited
Jda Software
Jda Software Group
Jdm Sorting LLC
Jdm Systems Consultants
Jdv Products Inc
Jeff Scott (Scott Co.)
Jeff Smith Building & Development
Jeffcoat Mechanical Services I
Jeffersonian Co LLC
Jeffrey C Nance
Jeffrey Nance
Jelmar
Jenkins Electrical Contractors
Jenner & Block LLP
Jennings Daily News
Jensen Builders Ltd
Jenson Lighting Maintenance
Jerry A Vires
Jerry Corzine
Jerry Leigh Of California Inc
Jerry Sherman
Jesse Lopez
Jfc International Inc
Jiangsu Guotai Intl Grp Guo Ma
Jiangsu Soho Garments Co Ltd
Jiawei Technology Hk Ltd
Jim Ross Ltd
Jimco Lamp & Manufacturing Co
Jin Rong Hua Le Metal Mfr Co
Jls Quality Landcare Inc
Jm Electrical Inc
Jm Electrical Inc Labor Jm Electrical
Jm Electrical Inc Parts Jm Electrical
Jmp Fashion Inc
Jms Appliance Installation & Delivery
Jnj Logistics LLC

52

Jobstore Inc
Jobstore Staffing
Joe Boxer
Joe Boxer Company
Joe Schmitt & Sons Plumbing
Joe Zalewski
Joele Frank J Frank Associates
John A Jurgiel & Associates
John Danna
John David Chesney
John Haughey & Sons Inc
John J Sullivan
John J. Beck
John Jacob Properties LLC
John Kirby LLC
John R. Kirby
John Yerkes & Sons Inc
Johndow Industries Inc
Johnson & Johnson Consumer Inc
Johnson Battery Company Inc
Johnson City Press
Johnson Controls
Johnson Controls Battery Group Inc
Johnson Controls Inc
Johnson County Graphic Inc
Johnson Health Tech North America
Johnson Level & Tool
Johnstone Supply
Jon S. Peters
Jon Sefton
Jones & Frank Jf Acquisition
Joola North America LLC
Joplin Globe Publishing Co
Jordan Kahn Co Inc
Jordana Cosmetics Corporation
Jore Corporation
Jorgensen Sales Jargensen Sale
Jose A Arce Verde 3 Norte
Jose Lara Photography Jose R L
Jose Santiago Inc
Joseph F Biddle Publishing Co
Joseph Vandenberg
Joslin And Son Signs
Journal & Courier Federates
Journal Inquirer Journal Publi
Journal Publications Hillsboro Journal Inc
Journal Registrar Newspaper Network
Journal Review Montgomery County
Journal Sentinel
Journal Times
Journal Tribune Beacon Press
Journal-Star Printing
Js Products
Js Products Inc
Jsb1
Js-Fantasy Inc
Jts Mechanical LLC

Jump Design Group Inc
Jumpking Inc
Junction Climate Control
June A Grothe Construction
Jupiter Workshops Hk Ltd
Just Play (Hk) Ltd
Jvc Americas Corp
Jvckenwood USA Corporation
K & K Electric
K & K Fire Protection Ent Inc
K & M Associates L P
K & R Transportation
K C Co Ltd
K C Pharmaceuticals Inc
K International
K S Armature Co
Kaeser Compressors
Kahena Digital Marketing Ltd
Kai Ning Leather Products Co
Kalil Bottling Co
Kamal John Shukur
Kan Jam LLC
Kantar Retail
Kantor Electric Inc
Kao Brands Company
Kapoor Industries
Karcher North America Inc
Kardell Plumbing Inc
Karen Stavins Enterprises Inc
Kari Karch Kari A Karch
Karikas Consultants LLC
Kashion Industry Co Ltd
Katalyst Technologies Inc
Katerno Inc
Katmandu Apparel Pvt Ltd
Kaytee Products Incorporated
Kaz USA Inc
Kazoo Inc
Kbr Snow & Ice Management
Kdc Construction
Keeco LLC
Keene Sentinel
Keens Services Inc
Keers Remediation Inc
Kegerreis Outdoor Advertising
Kehe Distributors LLC
Keightley & Ashner LLP
Kele Inc
Kellermeyer Bergensons Services
Kelleys Glass And Mirror Inc
Kelly Lawn & Landscaping LLC
Kelly Services Inc
Ken Blanchard Companies Blanch
Ken F & Co
Ken L Bosley
Kennedy Transfer & Storage Inc
Kenneth Cole Productions Inc

Kenneth V Turnipseed
Kenny L Stone
Kenny Nachwalter
Kenosha News New Div Of United
Kens Sign Service Inc
Kenseys Bayou Sweeping LLC
Kenshoo
Kent International Inc
Kenton Times Hardin County
Kentucky New Era Inc
Kentucky Retail Federation
Kernel Seasons LLC
Kerrville Daily Times
Keter North America LLC
Keurig Green Mountain Inc
Kevin Campbell LLC
Kevin P Vincelette
Keystone Freight
Keystone Manufacturing Co
Kgk Creations Pvt Ltd
Kgmb Tv Raycom Media Inc
Kgs Partners Ltd
Kick Factory Inc
Kid Galaxy Inc
Kiddesigns Inc
Kiddieland Toys Limited
Kids Preferred LLC
Kids Station Toys Incorporated
Kids Stuff Ltd
Kidz Concepts LLC
Kidz Toyz Hk Limited
Kidztech Toys Manufacturing
Kik International Inc
Kik Pool Additives Inc
Killeen Daily Herald
Killer Bee Inc
Killmer Electric Co Inc
Kimberly Clark Corp
Kimberly Clark Puerto Rico Inc
Kimco Facility Services
Kimley Horn & Associates Inc K
Kimley Horn Of Michigan Inc
Kimley Horn Of New York P C
King & Spalding
King Lawn & Landscaping
King Par LLC
King Service Holding Inc
King Wood Company Limited
Kingman Newspapers Mohave County
Kings Landscaping & Irrigation
Kings Rehabilitation Center
Kingsport Publishing Kingsport
Kingstate Corporation
Kingsview Enterprises Inc
Kingsville Publishing Co
Kir Montebello LP
Kiran Jewels Inc

Kiss Products Inc
Kitchenaid Inc
Kitchentune Up
Kitsap Sun
Kittrich LLC
Kitv Inc
Kiu Hung Industries Limited
Kku Incorporated
Kl Outdoor LLC
Klm Commercial Sweeping Inc
Kloppenburg Enterprises Inc
Kmi Building Services Inc
Kmr Pharmacy Advisors LLC
Kmr Print Inc Kmr Partners Inc
Knight Transportation
Knights Apparel Inc
Knipex Tools Lp
Knox Fertilizer Company Inc
Knoxville News Sentinel
Kobi Katz Inc
Koch Filter
Koch Trucking
Kodiak Roofing & Waterproofing
Kodiak Terra USA Inc
Kollins Communications Inc
Koltov Inc
Komelon USA Corp
Kona Transportation
Kona Winds Construction
Konica Minolta Business Solutions
Koolatron Inc
Koolatron Inc Div Of Lentek
Korn Ferry Hay Group Inc
Koroseal Interior Products LLC
Koss Corporation
Kouper-Fks Industries Inc
Kpc Media Group Inc
Kpe Investigate Engineers Inc
Kpost Company Inc
Kraft General Foods Inc
Kreber
Kris Wetherbee
Ksd Corp Atlantic Transport Sy
Ksf Acquisition Corporation
Ktgy Group Inc
Ktu Worldwide
Kumho Tires USA Inc
Kvantum Inc
Kyd Inc
L & D Carrier
L & E Bottling Company
L & J Accessories
L & K Demolition LLC
L 3 Sales And Sourcing Inc
L Image Enterprises Inc
L Oreal Caribe
L Perrigo Company

L Schafer Enterprises LLC
La Junta Tribune Democrat
La Models
La Prensa De San Antonio
Label Industries Inc
Labor Ready
Labor Ready Mid-Atlantic
Labor Ready Midwest
Labor Ready Northeast
Labor Works Louisville
Laboratories Garnier
Lacomb Enterprises Inc
Lagnam Infotech Solutions
Lagrange Daily News Civitas Ho
Laibe Electric Co
Lake Charles American Press In
Lake City Shopper Shopper Inc
Lake County Record Bee
Lake Geneva Regional News
Lakeland Times Advertiser
Lakeshore Display Mfg
Lakeshore Newspaper Conley Publishing
Lakeway Publishers Inc Tullaho
Lakin Tire West
Lambert Vet Supply LLC
Lamo Sheepskin Inc
Lance Gackowski G Men Inc
Lanco Manufacturing Corporation
Land O Sun Dairies Inc
Landcare Landcare USA LLC
Landman Corsi Ballaine & Ford
Landmark Community Newspapers
Lands End
Lands End Inc
Lands' End
Landscape Concepts Management
Landscape Images
Lane Construction
Lange Plumbing LLC
Language Scientific Inc
Lanier
Lanier Clothes
Lansing State Journal
Lansinoh Laboratories Inc
Laporte Herald Argus
Laptopplaza Inc
Laramie Newspapers Inc
Laredo Lawn Service
Larson Newspapers
Las Vegas Review Journal
Laser Products Inc
Latentview Analytics
Latrobe Bulletin Latrobe Printing & Publishing Co Inc
Laughlin Constable
Launchpad Events LLC
Laurel The Stylist Inc Laurel
Lavante Inc

Lavish Clothing Inc
Law Offices Of Stephen P Sinis
Lawn & Landscaping Services
Lawn & Turf Landscaping Inc
Lawn Care By Walter Inc
Lawn Enforcement
Lawn Perks
Lawn Proz Of Florida
Lawnstyles Maintenance
Lawrence County Advocate Inc
Lawrence Journal World
Lawrence Landscape Inc
Lawton Publishing
La-Z-Boy Incorporated
Lbg Distribution Inc
Ldr Global Industries LLC
Le Mars Daily Sentinel
Lead Dog Enterprises
Leader Light Ltd
Leader Publishing
Leaf Chronicle
Leaktite Corporation
Leap Year Publishing LLC
Leaseplan
Leatherman Tool Group Inc
Lec Maintenance Holdings LLC
Lectra USA Inc
Ledger Dispatch
Ledger News
Ledvance
Ledvance LLC
Lee & Associates Asset Management
Lee & Co. Ltd
Lee Central Coast Newspapers
Lee Enterprises
Lee Enterprises Incorporated The Sentinel
Lee Enterprises Incorporated The Times
Lees Maintenance Service
Legacy Classic Furniture Inc
Legacy Electric LLC
Legacy Manufacturing Company
Legacy Marketing Partners
Lehigh Valley Dairies Inc
Lehr Construction Co Inc
Lei Wang
Leick Furniture Incorporated
Leif J. Ostberg
Leisure Products Inc
Leisure Time Products
Lemak Landscape & Ground Maintenance
Lemberg Electric Company
Lendal Inc
Lennox National Account Services
Lenoir News-Topic
Leo D Bernstein & Sons
Leo P Marek
Lerch Bates Inpections Service

Leslie E Mahan
Less Packaging Company
Letex Limited
Letsos Company
Leukemia & Lymphoma Society
Levatoy LLC
Level 11 Consulting LLC
Level 3 Communications
Levelwing Media
Leveraged Marketing Corporation
Levi Strauss & Co
Lewis Electric Company
Lewis Industrial Supply Co
Lewis P C Jackson
Lewis Paper Place Inc
Lewiston Daily Sun Sun Journal
Lexington Herald-Leader
Lexiook Limited
Lexisnexis
Lexisnexis Risk Data Management
Lf Mens Group LLC
Lfc LLC
Lg Electronics
Lg Electronics Alabama Inc
Lh Licensed Products Inc
Li Yu Evox Management
Liaison Technologies
Lian Yi Dyeing & Weaving Fty Co Ltd
Liberal High Plains Daily Leader Seward County
Publishing LLC
Liberty Displays Inc
Liberty Gazette Aldebaran Inc
Liberty Publishing Group
Liberty Transportation
Lic Limited
Licken Ind & Trading Co Ltd
Lieber Construction Inc
Liebert Corp.
Life Insurance Company Of North America
Life Wear Technologies
Lifespan Brands LLC
Lifestyles Unlimited Inc
Lifetime Cutlery Corp
Lifeworks Technology Group
Lifoam Industries LLC
Lift Inc
Lift Source
Lift Station Services South Fl
Lift Trucks & Labour Inc
Lift Trucks And Parts Inc
Liga Puertorriquena Contra El Cancer
Light Gas Fork Lift Exchange
Lighting Service Inc
Lightricity Elektric
Lil Anglers LLC
Lillie Suburban Newspapers Inc
Lilly Company

Lilys Talent Agency & Company
Limited Goods LLC
Limolink Inc
Linbit USA LLC
Linc Pen & Plastics Limited
Lincoln Industrial
Linemart Inc
Lingraph Packaging Services
Link Group
Link Snacks Inc
Linkedin Corp
Linn County Leader
Linn Star Transfer
Linnex Enterprise Limited
Linon Home Decor Products Inc
Lion Sports Inc
Lipari Deli Foods
Lipsey Logistics
Liquidynamics Inc
Lisle Corporation
Lissi Dolls And Toys Hk Ltd
Litchfield Cavo LLP
Litchfield News Herald
Lithyem Industries Inc
Littelfuse Inc
Little Blue Ball Inc
Little Caesar Enterprises
Little Kids Inc
Littler Mendelson
Littles Plumbing LLC
Live Intent Inc
Liveclicker Inc
Livingston Daily Press
Livingston Enterprise Park Couty
Livingston Parish News
Lk Design Group Inc
Ll D Inc Respond New Mexico
Lm Farm LLC Dba Gardens Alive
Lms Electrical Lighting Mainte
Ln International
Lnp Media Group
Loading Dock Inc
Local 99 Health And Welfare Fund
Local Media Group
Lock Haven Express Ogden Publications Of Pa Inc
Log Cabin Democrat Shivers
LOL Inc
Lone Star Commercial Services
Lone Star News Group Newspaper
Longfortune Investments Corp
Longshore Ltd
Longview Daily News
Longview News Journal Texas Co
Looker Data Sciences Inc
Loomis
Loomis Armored US
Lord Daniel Sportswear Inc

Loreal Caribe Inc
Loreal Cosmetic And Fragrance
Loretta Lee Limited
Los Angeles Newspaper Group
Los Angeles Times Communications
Loss Prevention Foundation
Lotti Inc
Lotus Onda Industrial Co Ltd
Lotusse LLC
Louisiana Department Of Health And Hospitals
Louisiana Landscape Specialty
Louisiana State Treasurer Louisiana Workforce
Commision
Louiso Lawn Care & Snow Removal
Louisville Mechanical Services
Louisville Sign Co Inc
Lovin Enterprises Inc
Low Dust Sweeping Service
Low Price Maintenance
Lowe'S Home Centers
Lowell Sun Publishing
LP Network Inc dba Security Source
Lpjobs
Lpm Media Group Inc
Lsc Communications Us
Ltd Software LLC Ecomdash
Lucas Group Lucas Associates
Lucent Jewelers Inc
Luciano Meyer Cretive LLC
Luckinbill Inc
Lucky Supplies
Lucky Zone (Shanghai) Co. Ltd.
Luckytown Home Products Inc
Luen Fung Enterprises
Lufkin Daily News
Luis Garraton Inc
Luis Guzman
Lutz Roofing Co Inc
Luv N Care Inc
Luxe Group Inc The
Lynch Rowin LLP
Lynden Transport Inc
M & G Jewelers
M & G Partners LLP
M & J Inc
M & K Distributors Inc
M & M Flower Market Corp
M & M Landscaping Maintenance
M & S Contracting
M & S Landscaping
M A A C Property Services
M A N E Enterprises
M Danny Harrison Inc
M Mayo Striping
M R Cockerham Snow Removal Inc
M S K Creations Pvt Ltd
M S Portfolio LLC

M Z Berger & Co Inc
M&E Sales L L P
M2 Design LLC
M4 Group Inc
Mab Advertising
Mabels Plants
Mac Mechanical Conveyor Inc
Mac Retail & Wholesale
Machuga Contractors Inc
Macon Telegraph Publishing
Macsports (Hong Kong) Limited
Made 4U Studio LLC
Made In The Shade LLC
Madera Tribune
Madison Courier
Madix
Maersk
Mag Instrument Inc
Mag Nif Inc
Magazine Direct Synapse Ventures Inc
Magnetic Media Online Inc
Mahalo Tours & Transportation
Maidenform Inc
Mainely Media LLC
Mainetti USA Inc
Mainstreet Newspapers Inc
Mainstreet Promotions
Maintenance Team Inc
Maintenx Maintenx Internationa
Majestique Corporation
Major Lindsey & Africa
Mak Roofing & Waterproofing
Malaby & Bradley LLC
Malca Amit USA LLC
Maldonado Nursery & Landscaping
Maloney And Bell
Mam USA Corporation
Manatt Phelps Phillips
Manchester Enterprise
Manhattan Beer Distributors
Manhattan Mercury
Manhattan Welding Company Inc
Mann Hummel Purolator Filters
Mannington Mills Inc
Manpowergroup
Mansheen Industries Ltd
Manteca Bulletin Morris Newspaper
Manthan Software Services Private
Mantkin LLC
Mantua Manufacturing Co
Maples Industries Inc
Mappin Singapore Pte Ltd
Marathon Company
Marc Anthony Cosmetics Ltd
March Of Dimes Foundation
Marcinelli Consulting Inc
Mar-Cone Appliance Parts

Marcone Appliance Parts Co
Marey Heater Corp
Marion Chronicle Tribune Paxto
Marion Plaza Inc
Mark A Frisch
Mark Bryan
Mark Five Services Inc
Mark Giles Landscape Company
Mark It Graphics Thelen Graphi
Mark Kost Construction Inc
Mark Mccormack
Mark Moses Eletrical Services
Mark Sales Enterprise LLC
Mark Your Space Inc
Market Advertising Service
Market Force Information
Market Partner Sr Inc
Market Refrigeration Specialists
Market Track
Marketing Advantages Intl
Marketing Card Technology
Marketing Support
Marketpay Associates
Markwins Beauty Products Inc
Markwins International
Marla Dell Talent Mdt Agency
Marley Light & Power LLC
Marnie Simmering Acct
Marquez Brothers International
Marrs Electric
Mars Petcare Us Inc
Marsala Manufacturing Co
Marshall Associates
Marshall Chronicle Advisor & C
Marshall Dennehey Warner Colem
Marshall Independent Ogden New
Martavius Gayles
Martelli Group LLC
Martinez News Gazette
Martins Landscaping Co Inc
Martinsburg Journal
Martinsville Bulletin
Maru Group LLC
Marvin C Perdue
Marvin Sternberg
Maryland Pennysaver Group Pennysaver Group Inc
Maryland Wholesale Automative
Mas Intimates Private Limited
Master Foods Interamerica
Master Foods Interamerica Mars
Mastercard International Inc
Mastermedia Deals LLC
Masterpieces Puzzle Co Inc
Masterpieces Puzzle Company
Matarazzi Contracting LLC
Matcom Enterprises
Materials Transportation

Matheson Tri-Gas
Mathy Construction
Matlin Glass LLC
Matosantos Commercial Corp
Matson Navigation
Mattel Brands A Div Of Mdii
Mattel Toys
Matthew Bender
Matthew E Kurtz Nursery & Tops
Mattress & Furniture Supply
Matworks
Maui News
Maui Soda & Ice Works Ltd
Maurice Sporting Goods
Maurice Sporting Goods Inc
Mauricio Plumbing Services
Max Chemical Inc
Max Elegant Limited
Max Mehra Collections LLC
Maxell Corporation Of America
Maximus
Maxmark Inc
Maxpoint Interactive Inc
Maxwell Builders Inc
May Cheong Toy Products Fty
Maya Group Inc
Maybelline Co
Mayer Brown Rowe & Maw LLP
Mayfair Accessories Int'L Ltd
Mayfair Accessories Intl Ltd
Mayhew Steel Products Inc
Maysville Newspapers
Maytag Appliances
Mazza Blacktop Sealing
Mbss Solutions LLC
Mc Builders LLC
Mc Sign
Mc2 Model Management LLC
McAfee Inc
Mcaleers Plumbing Heating & AC
Mcalester News Capital
Mcandrews Held And Malloy
Mccall Electric Co Inc
Mccarls Services Inc
Mcclatchy Newspapers
Mcclorey Electric Inc
Mcclure Newspapers
Mcconnell Valdes
Mccook Daily Gazette
Mccune Electrical Services Joe
Mcdermott Will & Emery LLP
Mcdonough Voice
Mcelroys Inc
Mcgowan Law Office LLC
Mckearney Asphalt & Sealing In
Mckee Foods Corp
Mckeon Products Inc

Mckinney Trailer Rentals
Mckinstry Co LLC
Mcnaughton Newspapers
Mcs Life Insurance Company
Mcs Services Inc
MD USA LLC
Mda Muscular Dystrophy Association
Mead Johnson & Company
Mead Johnson Nutrition Inc
Measurement Limited Inc
Measurement Ltd Inc
Mechanic'S Time Savers
Mechanical Design & Service
Mechanical Shop Of Laredo Inc
Mechanical Tech Group Inc
Mechanical Technologies Inc
Mechanics Time Savers Inc
Mechanix Wear
Med Turn
Medal Sports USA LLC
Medalla Distributor De Puerto Rico
Medallion Landscape Management
Medassets Performance Management
Medelco Inc
Media Captian LLC
Media General Operations
Media Planning Group
Media Supply Inc
Media Works
Medianews Group
Mediaonepa Texas New Mexico
Medical Security Card
Medline Industries Inc
Medtech Products Inc
Meeks Plumbing Inc
Meenu Creation LLP
Meg Division Of Hirsh Industrial
Megagoods Inc
Meguiars Inc
Melanson Company Inc
Melissa & Doug LLC
Melissa Beamsley
Melissa K, Beamsley
Melitta Inc
Mendez & Co Inc
Menehune Water Company Inc
Menlo Logistics
Mens Fashion Corporation
Mentholatum Co
Menu Foods Limited
Mercado Latino Inc
Mercer
Merchandising Inventives
Merchant Business Credit
Merchant Financial Corporation
Merkle
Merotec Incorporated

Merrick Engineering Inc
Mesabi Daily News
Messenger Inquirer
Metal Fusion Inc
Metal Man Work Gear Co
Metro Controls Inc
Metro Furniture
Metro Plumbing
Metro Puerto Rico LLC
Metro Rentals LLC
Metro Trailer Leasing
Metropolitan Construction Syst
Metropolitan Telecommunication
Meyers Glass K & K Meyers Inc
Mfg Enterprises LLC
Mga Entertainment
Mga Entertainment Inc
Mgoc
Mgp Xi El Monte Center LLC
Mgsolutions Inc
Mhi Service Inc
Mia Shoes
Michael A Simmonds Co
Michael Angelakos
Michael Bowman
Michael G. Fons
Michael Hatcher & Associates
Michael T. Bowman
Michelin North America Inc
Michigan Commercial Door Group
Michigan Retailers Association
Micro World Corporation
Micron General Contractors Dvp
Micronesian Brokers Inc
Microsoft
Microsoft Corporation
Microsoft Licensing
Microstrategy
Mid America Tile Inc
Mid Continent Btlg Co Inc
Mid Michigan Lawn Stars LLC
Mid Pacific Distributors
Mid South Access
Mid South Plumbing & Heating
Mid South Pump Sales & Service
Mid State Electric Of Ocala
Mid-America Transfer
Middlesboro Daily News Civitas
Midea America Corp
Midea International Trading Co
Midland Publishing
Midland Reporter Telegram
Midtronics Inc
Midway Importing Inc
Midway Signs Inc
Midwest Air Technologies Inc
Midwest Can Company

59

Midwest Coca Cola Btlg
Midwest Commercial Construction
Midwest Engine Warehouse
Midwest Promotional Group
Midwest Snowtech Midwest Snow
Midwest Tool And Cutlery Company
Mien Co Ltd
Mike Casey
Mike Mcgovern And Associates
Mike Media Group Inc
Mike Wilken Michael Wilken
Miken Sales Inc
Mikes Clean Sweep
Milberg Factors Inc
Milen
Milescraft Inc
Military Parcel Xpress Corpora
Military Sales & Services
Millar Mechanical LLC James Mi
Miller Boldt Inc Miller-Boldt
Miller Canfield Paddock And Stone
Miller Landscape Inc
Miller Mechanical Inc
Millwork Pte Ltd
Milton J Wood Company
Mim Services Inc
Mimedia Inc
Minden Press Herald
Mindful LLC
Mindseye Business Solutions
Mindsinsync Inc
Mineola Monitor Bluebonnet Pub
Miner Central Texas Lt
Miner Ltd Miner Corporation
Miner Southwest LLC
Ming Li Jiang
Minges Bottling Group Inc
Mingle Fashion Limited
Mini Paper Buyers Guide
Mining Journal Ogden News Publishing Of Mi Inc
Minnesota Department Of Labor & Industry
Minnesota Life Insurance Company
Minnesota Retail Merchants Association
Mintel International Group Ltd
Mintexrx Inc
Minuteman Press International
Miraclesuit
Mirarchi Electric
Mireles Landscaping
Mirror Exchange
Mission Electric Company
Mission Foods
Missoulian
Missourian Publishing Company
Mister D S Construction Inc
Mister Sweeper
Mistolin Caribe Inc

Mitchell & Phillips Inc
Mix & Goldman LLC
Mixpanel Inc
Mjc International Group LLC
Mkk Enterprises Corp
Mma Holding Group Inc
Mmc Contractors
Mnc Apparels Ltd
Mobegic Inc
Moberly Monitor
Mobile Mini
Mobile Modular Portable Storage
Mobile Vac
Mobilevac
Model Service Agency Model Ser
Modelogic Midwest LLC
Modis
Mogi Branding LLC
Mohawk Factoring
Mohawk Industries Inc
Mojack Distributors LLC
Moline Dispatch Publishing Co
Momentive Performance Material
Momma Cuisine Inc
Monadnock Commercial Building
Monadnock Ledger
Monadnock Shopper News Shakour
Mondelez Puerto Rico LLC
Monogram Creative Group
Monona Plumbing & Fire Protect
Monroe Evening News Monroe Pub
Monroe Journal Bolton Newspape
Monroe Piping & Sheet Metal
Monster Worlwide Inc Monster Com
Montana Standard
Monterey Bay Prof Lndscp Svs
Montezuma Valley Publishing
Montgomery Advertiser
Moore & Biser Pllc
Moore Creative Group
Moore Medical
Moorhead Construction Co LLC
Moose Toys Pty Ltd
Morales Distributors Inc
Moret Sk LLC
Morgan Lewis & Bockius
Morning Call
Morning Journal Northeast Publ
Morning Star Publications Inc
Morning Sun
Morning Times
Morrico Equipment
Morris Communications
Morris Nichols Arsht & Tunnell
Morrison & Foerster
Morristown Star Struck LLC
Morrow Meadows Corp

60

Morton Salt Inc
Mosaic Data Science Mosaic Atm
Moscow Pullman Daily News
Moses And Singer LLP
Moso Graphics
Moso Graphics LLC Moso Graphic
Moss Roofing & Insulation
Motionpoint
Mountain Democrat And Times
Mountain Home News
Mountain Mail Arkansas Calley
Mountain Times Publications
Mountainer Newspapers
Mower County Shopper
Mowtownusa
Mpc Inc
Mpm Food Equipment Group Inc
Mr Christmas Ltd
Mr Electric Of San Antonio San
Mr Natural Inc
Mr Vacuum Inc
Mr. Rooter Plumbing
Mscripts LLC
Mspark Mailsouth Inc
Mt Airy Newspapers
Mt Vernon News
Mtd Products Inc
Mtm Technologies
Mueller Sports Medicine Inc
Multi Link Apparel Jiangyin Co
Multi Media Channels LLC
Multi-Link Apparel (Jiangyin)
Multimedia Holdings
Multipet International Inc
Multiple Solutions Inc One 1 M
Multiview
Multi-Wall Packaging
Munchkin Inc
Muncie Star & Evening Press
Munie Outdoor Services Inc
Munson Landscaping & Excavating
Murals & So Much More Richard
Murnane Brandt Pa
Murphy Paving And Sealcoating
Murray Ledger And Times Murray
Music Technologies International
Music Techologies
Muth Electric Inc
Mutual Business Forms Eugenie
Muzak
Mvp Group International Inc
Mxd Group
Myers Media Group LLC
Myers Tire Supply International
Mykel Palazzini
Myofficeproducts.Com
Mzb World Time Limited

N G Heimos Greenhouses Inc
N I Media Group
Nabco Entrances
Nacds Inc
Nafecs Limited
Nan Shan International Co Ltd
Nanjing Sanic Trading Co. Ltd.
Nantong Splendor Intl Trading
Napa Valley Publishing
Napc Inc-699251
Narula Consulting
Nasdaq Corporate Solutions LLC
Nashville Raider
Nassa Basics Ltd
Natchez Newspapers Inc
Natchitoches Times
Natco Products
Naterra International Inc
National Association Of Home
National Distribution Whse Inc
National Event Publications
National Glass & Gate Services
National Government Services Pcu-Dme Mac Indiana
National Health Information Network
National Hvac Service
National Hvac Service Co
National International Roofing
National Presto Industries Inc
National Printing Steve Molino
National Recycling Corp
National Roofing Company
National Roofing Partners Rl N
National Sign Corp
Nations Roof LLC
Natrol LLC
Natural Diamond Corporation Us
Natural Resource Technology In
Natural Textile Co. Ltd.
Natures Mark LLC
Natures Pillows Inc
Navex Global Inc
Navigant Consulting
Navystar Company Limited
Naylor LLC
Nbe Electrical Contractors Inc
Nbty Inc
Ncr
Nda Wholesale Distributors
Nebraska Game & Parks Commission
Nehemiah Manufacturing Company
Neighbor Newspapers
Neil Kravitz Group Sales Inc
Neilmed Pharmaceuticals Inc
Neographics Dennis Duros Cuber
Nes Jewelry Inc
Nesbitt Trucking
Neshoba Democrat

61

Nestle Purina Pet Care Company
Nestle USA Inc
Nestle USA Inc Dsd
Netapp
Netrelevance
Network Frontiers LLC
Nevada News
New American Food Products LLC
New Braunfels Herald & Zeitung
New Bright Industrial Co Ltd
New Britain Herald
New England Coffee New England
New England Retail Express
New Enterprise Landmark Community
New Hampshire Fish & Game Dept
New Image Building Services Inc
New Jersey Herald
New Jersey Retail Merchants
New Milani Group Inc
New Pig
New Pioneer Industrial Limited
New Relic Inc
New Sub Services
New Sv Media Inc
New Ulm Journal Ogden NewspapeR
New Way Consulting Inc
New York Transit Inc
Newage Products Inc
Newark Morning Ledger
Neway International Inc
Newport Daily News
News And Citizen
News And Observer Publishing
News Courier
News Data Service Inc
News Dispatch
News Gazette Inc
News Gram
News Journal
News Leader
News Observer
News Press Publishing
News Publishing
News Record
News Reporter Co Inc
News Review Lotus Media Group
News Sun Suncost Media Group
News Telegram
News Times
News Tribune
News Virginian
News West Publishing
News Xpress
Newsday Media Group
Newspanmedia
Newspaper Agency

Newspaper Holding
Newspapers Of West Georgia
Newsprint Inc
News-Star
Newton 2 Enterprises
Newtoys & Novelty Hk Limited
Nexgrill Industries Inc
Next Day Mro
Next Management LLC
Nextag Inc
Nexum
Nhi Media
Nhi Newspaper Holdings Inc
Nhs Global Events
Niagara Bottling
Niagara Bottling LLC
Nicholas Chronicle
Nicolson Law Group LLC
Nielsen Media Research
Nielsen Media Research Ac Niel
Nielsen Zehe & Antas P C
Nigel S Williams
Nigels Reliable Services
Nii Northern International Inc
Nilima Online Services Inc
Nin Group Inc
Nina Footwear Corp
Ningbo Hesheng Fashion Acc Co
Ningbo Jade Shoes Co Ltd
Ningbo Meiqi Tool Co Ltd
Niteo Products LLC
Nitrogolf LLC
Nittany Printing And Publishing
Niven Marketing Group R D Nive
Nkok Inc
Nlms
Nobland International Inc.
Nohodo LLC
Nor Lake Incorporated
Norcell
Norfolk Daily News
Norman R. York Jr
Norris Tysse Lampley & Lakis L
North American Roofing Services
North Bay Apparel LLC
North Carolina Retail Merchant
North Country This Week Inc
North Georgia News
North Georgia Newspaper Group
North Hanover Centre Realty
North Jersey Media Group
North Pacific Paper Corp
North Platte Telegraph
North Star Publishing Co
North State Telephone Co
Northeast Mississippi Daily Journal
Northeast Publishing Company

62

Northeastern Plastics Inc
Northern Bottling Company
Northern Light Tree Company
Northern Michigan Review Accou
Northern Peabody LLC
Northern Safety Company Inc
Northland Aluminum Products In
Northland Constructors Of Duluth
Northland Mechanical Contractor
Northstar Media Inc Cambridge
Northstar Recovery Services
Northwest Company LLC
Northwest News Co Inc
Northwest Pallet Supply
Northwest Yellow LLC
Notions Marketing Corp
Nova Genesis Intl Co Ltd
Nova Palm Ltd
Nova Services Inc
Novel Shoes Co Ltd
Novo Group Inc
Npb Company Inc
Npd Group Inc
Npg Newspapers Inc
Npn 360 Inc
Nri National Resources Inc
Nsa Media
Nsf Services Inc
Ntm Inc
Nuance Communications
Nuco2 LLC Nuco2 Inc
Nudell Architects
Nurture Inc
Nutrition And Fitness Inc
Nuwave LLC
Nvc Logistics Group
Nve Inc
Nw Arkansas Democrat Gazette A
Nwh Jewelry Group
Nxgn Inc-80292752
O Bannon Publishing Co
O Connell Electric Company
O D Y Accessories Inc
O Meara Leer Wagner & Kohl
O Neill & Borges
Oahu Publications
Oak Brook Mechanical
Oakleaf Waste Management
Ob C Group LLC
Obering Wurth & Associates LLP
Objectif Lune LLC
Observepoint Inc
Observer
Observer & Eccentric Newspapers
Observer Newspapers
Observer Publishing
Ocala Star Banner

Occk Inc
Ocean Side Farms Inc
Ocean Spray Cranberries Inc
Oconee Publishing Inc
Ocw Retail - Dedham LLC
Oelwein Daily Register Oelwein
Office Equipment Company Of Mo
Officemate International Corp
Official Pillowtex LLC
Official Pillowtex LLC Accrual
Ogden Newspapers
Ogden Publishing Corporation
Ogemaw County Herald Sunrise P
Ogletree Deakins Nash Smoak & Stewart
Ohio Mulch Supply Inc
Ohio Paving & Construction
Ohio Steel Industries Inc
Ohlsson Management LLC
Okin And Adams LLP
Oklahoma Chiller Corporation
Old Dutch Foods Inc
Old World Industries LLC
Olean Times Herald
Oliver Consulting Inc
Olla Beauty Supply Inc
Olympia Tools International
Olympic Forest Products Company
Omaha Electric Service Inc
Omaha World-Herald
Omak Chronicle
Omega Cleaning Co
Omni Cart Services Inc
Omni United USA Inc
Omnilift
Omron Healthcare Inc
On Time Distribution LLC
One Call Now Swn Communication
One Jeanswear Group Inc
One Republic Holdings LLC
One To One Garment Mfg Ltd
One Touch Grounds Maintenance
One Way Fashions Inc
One World Technologies Inc
Oneil Sale
Oneill & Borges
Onfield Apparel Group LLC
Onion Inc
Onix Networking Corporation
Ontel Products Corp
Onyx Corporation
Op4G Corporate Billing
Open Text Corp
Operative Software Products
Opstechnology Inc
Optimal Ldm LLC
Optimizely Inc
Optimum Fulfillment

63

Optiv Security
Ora Interactive LLC
Oracle America
Oracle Elevator
Oracle Systems
Orange Landscaping Christopher
Ore International Inc
Oregon Lithoprint Inc
Oregon Publications Corp Commu
Oregonian Publishing
Organic Tool Corp The
Organize It All Inc
Organized Fishing Inc
Orgill
Orgill Brothers & Co
Oriental Lead Investments Limi
Oriental Unlimited Inc
Original California Car Duster
Original Gourmet Foods Co Inc
Original Smith Printing
Orion Energy Systems
Orion Ics LLC
Orr Safety Corp
Orrick Herrington & Sutcliffe
Oscar W Larson
Osi Inc
Osler Hoskin & Harcourt LLP
Othello Outlook
Ottawa Herald Gatehouse Media
Ottaway Newspapers
Our Alchemy LLC
Out International Inc
Outdoor Fx Inc
Outdoor Leisure Products Inc
Outdoor Living Inc
Outdoor Oasis
Outdoor Recreation Group The
Outer Banks Sentinel
Outerstuff Ltd
Ov Doors Corp
Oved Apparel Corporation
Overhead Door
Overhead Door Solutions Inc
Owneriq Inc
Oxford Eagle Oxford Newsmedia
Oxford Global Resources
Oxo International Ltd
P & T Cleaning And Lawn Care C
P J Chonburi Parawood Co Ltd
P L Developments Inc
P M F Rentals
P W C Hawaii Corporation
Pac Van Inc
Pace Shave
Pacer
Pacesetter Imports
Pacific Alliance USA Inc

Pacific Charlie Co Inc
Pacific Cup
Pacific Cycle
Pacific Green Landcare LLC
Pacific Lp Gas
Pacific Market Inc LLC
Pacific Northern
Pacific Northwest Publishing
Pacific Paper Products Inc
Pacific Rim Unlimited Inc
Pacific Transfer
Pacific Transportation Lines
Pacific Transportation Services
Packaging Alternatives Corporation
Packaging Associates
Packaging Corporation Of America
Packaging Credit Company LLC
Packers Provision Co Of Puerto Rico
Packet Media LLC
Packit LLC
Paco (China) Garment Ltd
Paddock Publications Inc
Pagosa Springs Sun
Pakmark
Pal Serv Of Dallas LLC
Paladin Marketing Resources
Palestine Herald Press Newspaper
Palladium Item
Pallet Factory Inc
Palm Tree Enterprise Co Ltd
Palmer Promotional Products
Palo Verde Valley Times Yuma S
Pampa Beverages LLC
Pan Asian Creations Limited
Pan Pepin Inc
Panel Processing Inc
Pan-Formosa International Corp
Panline USA Inc
Panola Watchman Texas Community Media LLC
Pan-Pacific Co. Ltd
Pantagraph
Panties Plus
Paper Of Montgomery County
Paperhouse Corporation
Paradies Gifts Inc
Paradigm Fitness Equipment Inc
Paradigm Technology Consulting
Paradise Beverages Inc
Paradise Valley Mall Spe LLC
Paragould Daily Press
Paramount Rx Inc
Parfums De Coeur
Paris News Southern Newspapers
Paris Post Intelligencer
Paris Presents
Parker Excavating Inc
Parker Hannifin Corporation

64

Parker Rosen LLC
Parkersburg Newspaper News
Parks Environmental Consulting
Parlance Corporation
Parsons Publishing
Parterre Flooring & Surface Systems
Partition Systems
Partners In Leadership
Party World Co Ltd
Paschall Truck Lines Inc
Pastori Landscape
Patriot-News
Patten Industries Inc
Paul Hastings
Paul L Donak
Paul L Donakowski
Paul Lennen
Pave The Way Inc
Pave West Inc
Pavement Services Corporation
Pawtucket Times
Paxton Media
Paxton Media Group
Paxton Media Group
Payson Roundup Newspaper World
Pc Connection Sales Corp
Pc Connection Sales Corp Pc Co
Pca Premiere Brands Corp
Pccs (Hong Kong) Limited
Pcl Co Limited
Pdx
Peacock Apparel Group Inc
Pearl Global Industries Ltd
Pearson Construction Corp
Peddler Print Advertising Inc
Peds Legwear USA Inc
Peggs
Pekin Daily Times
Pel Industries
Penn Jersey Advance
Pennsylvania Department Of State
Pennsylvania Joint Board
Pennsylvania Retailers Assoc
Penny Power
Pennysaver
Pennysaver Ca Daytona Holdings
Pensacola News Journal
Pentaho
Pentel Of America Ltd
Penultimate Consulting
People Scout Inc
Peopleshare
Peoria Journal Star
Peoria Metro Construction
Pepperidge Farm Inc
Pepsi Americas
Pepsi Bottling Ventures LLC

Pepsi Cola Bottling Co
Pepsi Cola Bottling Co Guam
Pepsi Cola Bottling Of The Dal
Pepsi Cola Bottling Of Walla Walla
Pepsi Cola Btlg
Pepsi Cola Btlg Co
Pepsi Cola Btlg Co Of Black Hi
Pepsi Cola Btlg Co Of Hickory
Pepsi Cola Btlg Co Of Salisbury
Pepsi Cola Btlg Co Puerto Rico
Pepsi Cola Btlg Company Of NY
Pepsi Cola Company
Pepsi Cola Of Western Nebraska
Pepsico Caribbean Inc
Pepsi-Cola Bottling Group
Pepsi-Cola General Bottlers
Pepsi-Cola Metropolitan Bottling
Peregrine Inc
Perfect Fit Industries LLC
Perfect Sweep Inc
Perfection Group Inc
Perfectsigns Com Perfect Signs
Perficient Inc
Performance Builders Inc Labor
Performance Builders Inc Parts
Performance Designed Products
Performance Team Freight Systems
Performance Trucking Inc
Perfume Worldwide Inc
Perio Inc
Perkins T P Trailers
Permasteel Inc
Permission Data LLC
Perrys Lawnscape & Property Mg
Persado
Personal Care Products LLC
Personali Inc
Peru Daily Tribune Publishing
Peshtigo Times
Pet Partners Inc
Peter A Kline
Peter Jin
Peterson Technology Partners
Petoskey Plastics Inc
Petro West Inc
Pettit Kohn Ingrassia Lutz & Dolin
Petunia LLC
Pg & E
Pharmacists Letter Therapeutic
Pharmacy Quality Solutions Inc
Phelps Industries LLC
Philadelphia Newspapers
Philips Accessories And Comput
Phillip C Hentschel
Phillips Landscaping
Phillips Media Group LLC
Phoenix (Qingdao) Garment Co L

Phoenix Energy Technologies
Phoenix Software International Inc
Php Sales
Phu Nguyen LLC
Physicians Formula Inc
Pico Manufacturing Sales Corp
Piedmont Coca Cola Bottling
Piedmont Material Handling LLC
Piedmont Sign Service Blain A
Pierce Atwood LLP
Pierpass LLC
Pierre Handl Engineering
Pilot Automotive Inc
Pilot Corporation Of America
Pilot Travel Centers
Pimkie Apparels Ltd.
Pineae Greenhouses Inc
Pinnacle Advertising & Marketing
Pinnacus LLC
Pinon Mechanical Services Inc
Pinterest Inc
Pioneer Group
Pioneer Press
Pioneer Vns
Pipp Mobile Storage Systems Inc
Pitney Bowes Bank
Pitney Bowes Software
Pittsburgh Commercial Cleaning
Pittsburgh Post Gazette
Placo Bubbles Ltd
Plainview Daily Herald
Plantation Products LLC Sbt
Plastic Displays Mfg Co Inc
Plasticolor Molded Products
Platfora Inc
Platteville Shopping News Wood
Playmates Toys Inc
Playmind Limited
Playmonster LLC
Plaza Provision Co
Pleasanton Express Wilkerson P
Plm Industries Inc
Plum Group LLC
Plumb Medic Inc
Plumbing & Sewer Cleaning R Us
Plumbing Joint Inc
Plumbing Master Lozano Plumbin
Plumbing Technologies LLC
Plumchoice
Plump Engineering
Plus Location Systems
Plusone Solutions Inc
Pm Fleet Lube And Service Inc
Pm Technologies LLC
Pm Technologies LLC Preventive
Pmg Acquisition
Pny Technologies Inc

Polar Air Conditioner Vazquez
Polar Corp
Polk County Publishing Co
Polsinelli Shalton Pc
Ponca City News Ponca City Pub
Ponce Caribbean Distributors
Pond North
Pop Industries LLC
Popular Pays Inc
Populus Brands LLC
Portage County Gazette Gazette
Porter Roofing Contractors Inc
Positec Macao Comm Offshore
Positec USA Inc
Post And Mail Horizon Indiana
Post Cobb Publishing LLC
Post Gardens Of Battle Creek
Post Journal
Post Register
Post Standard
Potex Toys Manufacturer Ltd
Poughkeepsie Journal
Pouyan Barzivand
Powell Mechanical LLC
Powell Valley Printing Company
Power Clean Of Texarkana Norto
Power Line Contractors Inc
Power Price Inc
Power Technology Inc
Power Tool Specialists Inc
Power Vac Services LLC
Powerblock Inc
Powerreviews
Ppg Industries
Pph Vitbis Sp. Z O.O.
Pqa Inc
Pr Newswire Inc
Pr Revolution LLC
Practecol LLC
Prairie Electric Company Inc
Prairie Farms Dairy Inc
Prairie Mountain Publishing
Prairie Stone
Pratt Corrugated Holdings Jet
Pratt Industries
Pratt Tribune Liberty Group
Praxair
Prc Mechanical M & D Plumbing
Precision Control Systems
Precision Control Systems Of C
Precision Converters Inc
Precision Electrical Company I
Precision Electrical Contracto
Precision Landscape & Excavati
Precision Products Inc
Precision Property Services Ll
Precision Retail Assembly Mark

66

Preferred Commerce Inc
Preferred Display Inc
Preferred Media
Premier Contracting Inc
Premier Executive Trailers LLC
Premier Healthcare Premier Hea
Premier Horticulture Inc
Premier Logistics & Transporta
Premier Transport
Premier Transportation
Premium Brands Of Michigan Ltd
Prepac Manufacturing Ltd
Prescott Courier Prescott Newspapers Inc
Press & Dakotan
Press & Standard Walterboro Ne
Press Democrat
Press Of Atlantic City World M
Press Republican Community New
Press Tribune Idaho Press Trib
Press-Enterprise
Pressman Toy Corp
Pressure Spray Inc
Prestige Maintenance
Presto Products Company
Prestone Products Corporation
Prgx
Prgx Global
Price County Review Apg Media
Prime Electric Inc
Prime Time Toys Ltd
Primo Water Corporation
Primo Water Corporation Sbt
Primow Landscape
Prince Of Peace Enterprises In
Princeton Publishing Co Inc
Priority Electric Inc
Priority Staffing Inc
Prism Publishing
Pro Striping & Asphalt Maintenance
Pro Tech Mechanical Inc
Pro Tech Mechanical Services
Pro Tech Mechanical Valley LLC
Procter & Gamble Commercial
Procter & Gamble Distibuting
Product Design Canopy Ltd
Product Development Technologies
Productos Norma Inc
Productworks LLC
Professional Golf Ball Service
Professional Lot Maintenance B
Professional Pavement Services
Professional Paving & Concrete
Professional Property Maintenance Of Mis
Profile Ent
Profit Recovery LLC
Profit Seekers
Proforma

Proforma Pfg Howland Printing
Programone
Progressive Flooring Services
Progressive Services LLC
Progressive Services Randy Flo
Project Resource Solutions
Prologis Lp Dba Prologis
Prologis N American Ind Fund
Prologis L P
Promac Inc
Promika LLC
Promociones Coqui Feizal Marre
Proofpoint Inc
Propel Trampolines LLC
Property Management Specialist
Prophet Brand Strategy Inc
Proscape Lawn & Landscape Serv
Prospace International Co Ltd
Prosperous International Ltd
Prostripe LLC
Protech Delivery And Assembly
Protech Electric LLC
Protection One Alarm Monitoring
Protective Technologies Intl
Protos Security
Providence Journal
Providence Products LLC
Prudent International Ltd
PSS Distribution LP
PT Busanaremaja Agracipta
PTC
PTG Logistics
PTI Group Inc
PTI Pacifica Inc
PTR Baler And Compactor
Publishing Properties
Pueblo Chieftain Star Journal
Puerto Rico Supplies Co Inc
Pulitzer Newspapers
Pulsar Products Inc
Pulselearning Ltd
Pure Global Brands Inc
Pure Sun Defense LLC
Purity Wholesale Grocers Inc
Push Solutions LLC
Putian Newpower Int'L Trade Co
Puyoung Ind Co Ltd
PVH Neckwear Inc
Q A Sales Corporation
QEP Company Inc
Qinghe Zhang
Ql2 Software LLC
Quad Graphics
Quaker Oats Company
Quality Calibration Service Inc
Quality For Sale
Quality House Int

67

Quality International Inc
Quality King Distributors Inc
Quality King Fragrance Inc
Quality Lawn Care Inc
Quality Mechanical Services Inc
Quality Mechanical Solutions
Quality Painting & Restoration
Quality Photo
Qualtrics LLC
Quantum Builders Inc
Quanzhou Baofeng Shoes Co Ltd
Quarles & Brady
Quarter20 Inc
Queens Chronicle Mark I Public
Quest Resource Management Group
Queue In The C
Quill Press Company
Quincy Herald Whig Quincy News
Quintana & Sons Trading LLC
Quintana Quintana Corporation
Qvs Software
Qwest
Qwest Communications International
R - S Electric
R & B Sets
R & C Electric
R & D Lapeyre
R C Richardson Co
R E Daigle & Son Electric
R F Fisher Electric Co
R G I S Inventory Specialists
R R Donnelley & Sons
R S Electric
R S Electric Corp
R W Rogers Company Inc
Rabbitt Pitzer & Snodgrass Pc
Rac Enterprises Inc
Radiant Exports
Radiator Specialty Co
Radiohio Inc
Radnik Exports
Rainbow Cotton Candy LLC
Rains Electric Company Inc
Raise Marketplace Inc
Rajco International Inc
Raju Sagiraju
Ram Air Engineering
Ramboll Environ Us Corporation
Ramirez And Sons Inc
Ramona Sentinel Mainstreet Com
Rams Imports Inc
Randa Accessories Leather Good
Randa Corp
Randolph Leader
Randstad General Partner Us
Randstad North America
Ranger American Of V I Inc

Ranir LLC
Ranscapes Inc
Rapid City Journal
Rapid Displays
Rapier Resource Group LLC
Rappahannock Record
Rasmussen Mechanical Services
Rawlings Sporting Goods Co Inc
Ray Watson Ray A Watson
Razbaby Innovative Baby Produc
Razor USA LLC
RBE Incorporated Roesner Beard
RCS Logistics Inc
Rcs Real Estate Advisors
RDL Architects Inc
RDR Video Productions Inc
RE New Of Arizona
RE Source Partners Asset Manag
Reach Technologies
Bow-Boeck Enterprises
Readerlink Distribution Svcs
Reading Eagle Company
Ready Refresh By Nestle
Ready Refresh By Nestle Nestle
Real Home Innovations Inc
Real McCoy Lawn Care & Snow Removal
Real Underwear Inc
Realty Wizards Inc
Receivable Management Services
Reckitt Benckiser LLC
Record Automatic Door Inc
Record Automatic Doors Inc
Record Gazette Century Group
Record Journal Inc
Record Publishing Co Copley OH
Record USA Inc
Recruitmilitary LLC Rvet Opera
Recycling Equipment Corp
Red Book Solutions
Red Box Toy Factory Ltd
Red Bull Distribution Co Inc
Red Hat
Red Rock Sourcing LLC
Red Wing Brands Of America
Redblue Inc HVAC Lighting And Energy Solutions
Redcley LLC
Reddy Ice Corp
Redi Shade Inc
Redstone Construction Group Inc
Reebok International Ltd
Reed And Pick
Reed Group Management LLC
Reed Printing & Supply Co Inc
Reed Smith
Reedisha Knitex Ltd
Reedy Maintenance And Repair
Reflexive Media LLC

68

Refreshment Services Inc
Refrigerant Recycling Inc
Refrigeration Services
Refuse Equipment Ser Inc
Regal Floor Covering Inc
Regal Home Collections
Regal Shoes Mfg Co Ltd
Regency Centers Lp
Regency Intl Marketing Corp
Register Guard Guard Publishing
Register Mail
Register Pajaronian Watsonville
Register Publications
Reliable Imaging Computer Products
Reliable Parts Usa
Reliakor Services
Rely Services Inc
Remco Inc
Remington Industries Inc
Remove Recycle Remarket LLC
Renaissance Apparels Ltd
Renaissance Imports Inc
Renaissance Jewelry New York
Re-New Of Arizona
Renfro Corporation
Reno Newspapers
Renpure LLC
Renwood Mills LLC
Renzo Excavating LLC
Rep Consulting Inc
Repair And Wear Inc
Replacement Glass Company
Repone LLC
Republic Fire Consultants
Republic Paving LLC
Republic Plastics Ltd
Republic Services
Republican
Rescom Architectural Inc
Rescue Woodworks
Research Now Inc
Reserves Network
Resilion
Resolute Fp Us
Resource Ammirati
Resource Control Consultants
Result Mc Management Consultants
Ret Environmental Technologies
Retail Assitance
Retail Construction Services
Retail Contracting Services
Retail Data LLC
Retail First Inc Retail First
Retail Industry Leaders Assoc
Retailers Assoc Of Massachuset
Retailigence Corporation
Retailnext Inc

Retrofit Technology
Return Path Inc
Reunited LLC
Review Ogden News Publishing Of
Review Trackers Inc
Reviewed.Com Exmeedient Satelite
Revise Clothing Inc
Revlocal
Revlon Consumer Products
Revlon Pr Inc
Revolution Retail Systems LLC
Revtrax Oncard Marketing Inc
Rexon Industrial Corp Ltd
Reynolds Building Systems Inc
Reynolds Consumer Products Inc
Reza Fashions Limited
RGA Environmental
RGE Motor Direct Inc
RGGD Inc
RGGD Inc Dba Crystal Art Gallery
RGGD Inc Sbt
RGL Landscaping Inc
Rhode Island Textile Company Inc
Rhr International LLP
Ricardo Cruz Distributors Inc
Rice Lake Chronotype
Richa & Co
Richard A. Scherer
Richard Amundsen
Richard Coffey
Richard Doiban
Richards Layton & Finger
Richland Center Shopping News
Richline Group
Richlund Ventures Inc
Richman Greer P A
Richrelevance
Ricoh
Ricola Inc
Ridge Tool Company
Rightline Gear Inc
Rightthing
Rikon Power Tools Inc
Rimini Street Inc
Ringgold Growers LLC
Ringside Collectibles Inc
Rini Realty Company
Rise Interactive Inc
Ritchie Trucking Services Inc
Rite-Made Paper Converters
Ritz Marketing Corp Ltd
Riva Technologies
Rival Manufacturing Co
River City Newspaper Todays News
Riverside Transport Inc
Riverton Ranger
Rivertown Newspaper Group Foru

69

Riverview Excavating & Snowplo
Rize Construction LLC
Rizepoint
Rizepoint Steton Technology Group
Rjs Property Maintenance Richa
Rjw Media Rjw Communications I
Rkon
RM Acquisition LLC
RMS International USA Inc
Robert Bosch Tool Corp
Robert Brown
Robert D Nelson
Robert E. Pratt
Robert G Wheeler
Robert Half International
Robert J Clancey Ltd
Robert James Cleaning L L C
Robert M. Shanks
Robert Mauck
Robert R. Brown
Roberto Mireles
Roberts Oxygen Co
Roberts Refrigeration
Robesonian Civitas Holdings Ll
Robinson & Cole LLP
Robotics Society Of America
Rochester Armored Car Inc
Rock Agency
Rock Creations Darron Jordan
Rock Springs Newspapers Inc
Rocket Software Inc
Rockford Register Star
Rockport Pilot Hartman Newspaper
Rocky Ford Daily Gazette Rocky
Rocky Mountain Super Vac Inc
Rod Desyne Inc
Rodael Direct Inc
Rodney Webb LLC
Roeder Snow Removal LLC
Roehl Transport Inc
Rogel Duma
Rogers Lawn Care Roger Marshal
Roi Training Inc
Roig Group LLC
Rolling Thunder Express
Rome Daily Sentinel Rome Senti
Rome News Media LLC
Ron Fox
Ron Franklin Consulting LLC
Ron Webb Paving Inc
Ronan Tools Inc
Roofconnect
Roofconnect Logistics
Rooster Products International
Rosemary Assets Limited
Rosenthal & Rosenthal Inc
Ross Products Division

Roswell Daily Record Inc
Rosy Blue Inc
Roto Rooter Services Co
Rotondos Inc
Round Hill Furniture Inc
Roundtripping Ltd
Route 66
Rovira Foods Inc
Rowland Sweeping Service
Royal Appliance Mfg Co
Royal Chemical & Supply Inc
Royal Flush Plumbing
Royal Food Distributors Inc
Royal Pet Incorporated
Royal Seal Construction Inc
Rph On The Go Inc
Rpi Chesterfield LLC
Rr Community Publishing
Rrny Enterprises LLC
Rsa Security
Rsi Inc Robert Patrick Stern
RSM US LLP
RSQ
Rth Mechanical Services Inc
Rubbermaid Inc
Rubicon Project
Rubies Costume
Rubin Bros Produce Corp
Rubyred Garment Manufacturing
Rug Doctor Inc
Rumberger Kirk & Caldwell
Rushmore Photo & Gifts Inc
Russell Brands LLC
Russell Construction Company
Russell Reynolds Associates
Russellville Newspapers
Rust Publishing In L C
Rustici Software LLC
Rust-Oleum Corporation
Ruston D
Ruston Newspapers Inc
Rutan Refrigeration Sepideh In
Rutland Herald Herald Associat
Rw Packaging Ltd
Rx Pro Health Inc
Ryad Consulting
Ryan LLC
S & J Diamond Corp
S & K Glass & Metal Works Inc
S & L Delivery
S & S Enterprises
S A Comunale
S A Miro Inc
S Berkshire Shoppers Guide
S C Johnson & Son
S H Evans Inc
S L Distribution Company Inc

70

S Lichtenberg & Co Inc
S Line LLC Heico Holding Inc
S R Sanders LLC
S V M Lp
S&E Family Group Inc
Sae A Trading Co Ltd
Safavieh Intl LLC
Safety-Kleen Systems
Safeway
Safilo USA
Sagittarius Sporting Goods Co
Saia Plumbing & Heating Co
Sakar International Inc
Saks News Inc Magazines
Sakutori Designs LLC
Salem News Salem Publishing Co
Salesforce Com
Salesmaster Corporation
Salina Journal
Salinas Newspapers
Salisbury Newspaper
Salisbury Post
Salland Industries Ltd
Salmco Jewelry Corp
Salmon Press
Salyerville Independent LLC
Sam Hedaya Corp
Samd Limited
Samsonite LLC
Samsung Electronics
San Apparels Ltd
San Bruno Garbage Company
San Diego Neighborhood
San Francisco Examiner
San Jose Mercury News
San Luis Obispo Tribune
Sand Mountain Reporter Southern
Sandhills Comm Lawn Services
Sandler & Travis Trade Advisory
Sandler Travis & Rosenberg PA
Sandusky Register
Sandy Inc
Sanford Amerling & Associates
Sanford Herald Inc
Sanford Lp
Sanitary Trashmoval Services
Santa Barbara News Press
Santa Fe Mall Property Owner
Santa Fe New Mexican
Sap America
Sarasota Herald Tribune
Saris Cycling Group Inc
Sas Institute
Sasha Handbags Inc
Sassy14 LLC
Sauder Woodworking Co
Sauk Valley Newspapers

Saul Ewing
Savingstar Inc
Savvis Communications
Sbd Holdings Group Corp
Sblm Architects Pc
Scalearc
Scc Cleaning Co Inc
Scents Of Worth Inc
Schaper Company
Schawk
Schenectady Gazette News Daily Gazette Co Inc
Schiele Graphics
Schindler Elevator
Schlaak Enterprises LLC
Schneider Trailer Rentals
Scholten Roofing Inc
Schulenburg Sticker Inc
Schumacher Electric Corp
Schuster Aguilo
Schwabe North America Inc
Schwarz Paper
Scientific Toys Ltd
Scm Garments Pvt Limited
Scobell Company Inc
Scott Company
Scott Ma
Scott R. Nowakowsk
Scotts Cooling Unlimited Hawai
Scottsboro Newsprs Inc
Scranton Electric Heating & Co
Scripps Networks LLC
Scripture Candy Inc
Scs Flooring Systems
Sdi Consulting LLC
Sea Box Inc
Sea Ltd
Sealand Maersk Maersk Line
Sealy Mattress Company
Sealy News
Sears Tire Distribution Center 437
Seaside Landscape & Excavation
Seasonal Visions International
Seaton Publishing
Seaton Publishing
Seattle Mechanical Inc
Seattle Pacific Ind Inc
Seattle Times
Seco Refrigeration
Second Generation Inc
Secureworks Inc
Securian Life Insurance
Securitas Security Services
Security Compass
Security Fire Protection
Security Resources Inc
Sedgwick Claims Management
Sedgwick Cms

71

Seeley Savidge & Ebert Co
Segerdahl Graphics
Sein Together Co Ltd
Sekiguchi Trading
Select Beverages Inc
Select International
Select Systems Technology Inc
Selma Times Journal
Semana Newspaper
Seminole Producer Inc
Send Word Now Swn Communication
Senme LLC
Sennco Solutions Inc
Sensormatic Electronics
Sentinel
Sentinel Communications News Ventures
Sentinel Standard
Sentinel-Record
Sentry Health Finance Corporation
Sentry Roofing Inc
Seomoz Inc
Serge Nivelle Studio
Serigraph
Serrano Landscaping
Serta Incorporated
Servco Industries
Service 1 Electric Tnt Venture
Service Ceos LLC
Service Express Inc
Service Mechanical Inc
Service Net Warranty LLC
Service Performance Group
Service Solutions LLC
Servicebench
Servicemaster
Servicenow
Servicepower
Sesac Inc
Sevell Realty Partners Inc
Seven Bridges Supply LLC
Seven Up Bottling Co
Seven Up Bottling Co Dr Pepper
Seven Up
Seven Up Company Columbus
Sewing Collection Inc
Seyfang Electrical Services
Seyfarth Shaw Attorneys
Sg Wine & Spirits Of The Caribbean
Sgg Inc
Sgn Showcase LLC
Sgotto Construction LLC
Sh Nex-T Intl Co. Ltd
Shade Shack Inc
Shades Of Paradise LLC
Shadloo Industrial Co Ltd
Shaghal Ltd
Shaker Hill Landscape & Nursery

Shakespeare Company
Shalom International Corp
Shamrock Acoustics
Shanaz Rawoof Ahmed
Shanghai Broadway Intl Trading
Shanghai Converge Int'L Trading
Shanghai Converge Intl Trading
Shanghai East Best Foreign Tra
Shanghai Fochier Intl Trade Co
Shanghai Giston Garment Co Ltd
Shanghai Gravim Industrial Co.
Shanghai Kington Trading Co Lt
Shanghai Neoent Industrial Co
Shanghai Shengda Textile Co Lt
Shanghai Style Fashion Accesso
Shanghai Sunwin Ind Group Co L
Shanghai Xiyuan Imp & Exp Co L
Shareasale Com Inc
Shark Corporation
Sharn Enterprises Inc
Sharp Electronics Corp
Shauger Group Inc Shauger Clea
Shaw Media
Shawano Evening Leader Wolf Ri
Shawn Fitzgerald Enterprises S
Shawn Montazami
Shawshank Ledz Inc
Shearers Foods Burlington LLC
Shearers Foods LLC
Shearman & Sterling LLP
Shelbyville News Paxton Media
Shelley Willis Vergara
Shelterlogic Corp
Shelterlogic Corp (Emp)
Sheridan Press Sheridan Newspaper
Sherwin Williams Company
Sherwin-Williams
Shi International
Shi Yi Footwear Mfg Factory
Shiloh Paving & Excavating
Shin Crest Pte Ltd
Shinjin International Corp
Shinn Fu Company Of America, Inc
Shinsung Tongsang Co Ltd
Shipcompliant Six88 Solutions
Shivalik Prints Limited
Shoe Metro
Shoebacca Ltd
Shoebuy.Com
Shoezoo Com LLC
Shook Hardy & Bacon LLP
Shop247.Com Inc
Shopchimney.Com Inc
Shoplocal
Shoppas Mid America LLC
Shopper Outlet Network
Shoppers Weekly

Shop-Vac Corporation
Shoreline Landscaping And Design
Short Circuit Electronics
Showline Automotive Products
Shred-It
Shubin & Bass P A
Shurtech Brands LLC
Shutterstock Inc
Si & D Us Inc
Si Dollar Saver Inc
Siddharth Exports
Sidecar Interactive Inc
Sidley Austin LLP
Siegel & Moses
Siemens Industry
Siena Digital LLC
Sierra Commercial Sweeping
Sierra Nevada Media Group
Sign & Lighting Services LLC
Sign Engineering
Sign Outlet
Signal Newhall Newspaper Inc
Signature Graphics
Signature Landscapes
Signature Products Group
Signature Springs LLC
Signs & Displays
Silk Route Sourcing Limited.
Siltron Emergency Systems
Silver City Daily Press Silver
Silverado Construction Inc
Silvis Group Inc
Sim Supply Inc
Similasan Corporation
Simmons Company
Simmons Pet Food Inc
Simon Roofing And Sheet Metal
Simple Products Corporation
Simplexgrinnell
Simpson Thacher And Bartlett
Sine Nomine Associates Inc
Sinfulcolors Inc
Singer Sewing
Singer Sewing Company
Singularity University
Sino Gifts Co Ltd
Sioux City Newspaper
Sirver A Deprey
Sisselman & Schwartz LLP
Sitebox Storage A Box 4 U LLC
Sitestuff Inc
Siuslaw News Central Coast Pub
Sjc Resources Inc
Skagit Horticulture
Skagit Valley Hearld Skagit Pu
Skc Communication Products LLC
Skecher'S USA Inc

Skechers USA Inc
Skills USA Inc
Skillsoft Corporation
Skotz Manufacturing
Skullcandy Inc
Skusky Inc
Sky Billiards Inc
Sky Shoppe USA Inc
Skyline Electrical
Skyline Products Inc
Skywalker Holdings LLC
Slam Publications
Slc Free Trader Willow Publish
Sm Camaraza Enterprises Inc
Smart Markets Fund Reit LLC
Smart Solar Inc
Smarterville Productions LLC
Smb International LLC
Smith Communications Inc
Smith Roberts National Corporation
Smith Sharpe Fire Brick Supply
Smith Snow And Ice Removal
Smittys Supply Inc
Sms Assist LLC
Sms Marketing Services
Sms Systems Maintenance Services Inc
Smucker Retail Foods Inc
Snagajob Inc Snagajob Com Inc
Snap Inc
Snap Tv Inc Sbt
Snappy Popcorn Co Inc
Snelling Staffing
Sno Valley Process Solutions Inc
Snow Coast Limited
Snow Management Inc
Snowden Brothers LLC
Snowmen Inc
Snowpusher Inc
Snows Garden Center Snowknows
Soasta Inc
Socialwellth Inc
Sociedad Americana Contra El Cancer
Society Consulting LLC
Sociomantic Labs Gmbh
Soefker Services LLC
Soft Air USA Inc
Softchoice
Softeon
Software Ag
Software Ag USA Inc
Software Engineering Of America
Software One Inc
Softwareone Inc
Soho Corporation
Solarwinds Inc
Solid Commerce Liquidate Direc
Solomon Page Group LLC

Solon Oh Retail LLC
Solutions 2 Go LLC
Solutions Ies Inc
Somicom Multimedia Inc
Sondex Corporation Of America
Sonic Drive-In
Sony Pictures Home Entertainment
Sony Puerto Rico Inc
Sophias Style Boutique
Sound Publishing
Source 2 Market LLC
South Asia Knitting Factory Ltd
South Bend Tribune
South China Shoes Products Co
South Coast A Q Md
South Georgia Media Group
South Houston Asphalt & Concre
South Louisiana Publishing
South Pacific Fashions Ltd
South Shore Industries Ltd
South Shore Signs Christopher
South Water Signs LLC
South Win Ltd
Southcoast Media Group Ottaway
Southcomb Landscaping Richard
Southeast Atlantic Beverage Co
Southeast Missourian Concord P
Southeast Sun Qst Publications
Southeastern Industrial Lining
Southeastern Newspapers
Southern Air
Southern Atlantic Electric Co
Southern Community Newspapers
Southern Exchange Lp
Southern Motor Carriers Rate
Southern Newspaper Inc
Southern Technologies LLC
Southstar Risk Consulting LLC
Southwest Distributors
Southwest Entrances Inc
Southwest Material Handling In
Southwest Publishers
Southwest Sign Group
Southwest Town Mechanical Serv
Southwestern Oregon Publishing
Sovos Compliance
Sp Apparels Ltd
Spacesaver Corporation
Spalding
Spalding Software Inc
Spark Innovators Corporation
Spartan Paving Inc Spartan Sea
Spartan Plumbing Inc
Spartan Staffing LLC Trueblue
Spearhead Networks Inc
Specialized Transportation Agent Group
Specialty Freight Services Inc

Specialty Lighting Group
Specialty Packaging LLC
Specialty Records Management
Spectrum Brands Inc
Spectrum Capital
Spectrum Management Holding
Speedway
Speedwrench Inc
Spencer Newspapers Inc
Spg International Ltd
Spg Property Services
Sphere Consulting Inc
Spic And Span Company
Spill Magic Inc
Spin Master Ltd
Spin Master Toys Far East
Spirit Delivery And Distribution Services
Spirit International Inc
Split Excavating Inc
Splunk Inc-704398
Spm Professional Services
Spokesman Review
Spooner Advocate Washburn County
Sport Pet Designs Inc
Sport Squad LLC
Sport Tech Corporation
Sportsmans Supply Inc
Spp Holding Corporation Operat
Sprayco
Sprayway Inc
Spredfast Inc
Springfield News Leader
Springhill Press Natchitoches
Springs Global Us Inc
Springs Window Fashion LLC
Sprinklisms Inc
Sprinklr Inc
Sprint Communications
Sps Commerce Inc
Spt Appliance Inc
Square One Print Media LLC
Sri Eleven North State Street
Srn Trucking
Srt Communications
SS Group Inc
Ssi Hazel Path LLC
St Cloud Newspapers
St Corporation
St Croix Avis Inc
St Judes Children Research Hospital
St Louis Post-Dispatch
St. Albans Messenger
Stack On Products Co
Stafford Communications Group
Stamar Packaging
Stamina Products Inc
Standard & Poor

Standard Container Co
Standard Democrat Da Publishin
Standard Journal Newspapers
Standard Printing Co.
Standard Speaker Standard Spea
Stanley Black & Decker, Inc.
Stanley Convergent Security Solutions
Stanley Creations
Stanley E Singleton
Staples
Star Bright Intl (Macao Com Offs) Ltd
Star Community Newspapers
Star Exhibits & Environments I
Star Herald
Star Journal Publishing Co
Star News
Star Snacks Co LLC
Star Sweeping Flip Gjergji
Star Tribune Media
Starbucks Corporation
Starfrit Usa
Starlight Knitwear Ltd
Starlight Knitwear Ltd Unit 2
Starmount Systems
Stars & Stripes
Star-Telegram Operating
State Chemical Sales Co Int In
State Industries Inc
State Insurance Fund
State Journal Register
State Media
State Of Connecticut Dept Of E
State Of New Hampshire Treasury
State Of New Jersey
State Of Ohio
Statesboro Herald
Statesman Examiner Horizon WA
Statesman-Journal
Steamboat Pilot Worldwest LLC
Steinel America Inc
Step It Up International
Stephen Gould Corp
Stephens Media
Steptoe & Johnson LLP
Stericycle
Sterling Building Services
Sterling Five Star Equipment
Sterling Mobile Services Inc
Sterling Value Add Investments
Sterno Products LLC
Steve Hendley
Steve Silver Company
Steven Delahoyde
Steven L Hill Steven Hill
Steven Sanders
Steven Vardi Inc
Stevenson

Stewart Talent
Stig Jiangsu Light Textile
Stillwater Newspress Newspaper
Stl International Inc
Stolaas
Stone Clad Inc
Stone Soup 3 Inc
Stonepeak Ceramics Inc
Stoner Inc
Stoner Lawn & Landscape
Stones River Electric Tlc Inve
Stora Enso North American Sales
Store Or Other Ad-Hoc Expense
Store To Door Delivery & Assem
Storekeepers Steve Vargas
Storex Industries Corporation
Stork Craft Ltd
Stork Craft Mfg (USA) Inc
Stovekraft Private Limited
Straight Arrow Products Inc
Stratasys Inc Redeye
Strawinski & Stout Pc
Streamsend Ez Publishing Inc
Stride Staffing
Stride Tool LLC
Strong Progress Garment Fty Co
Studio 1
Studio Eluceo Ltd
Studio Hiroshi LLC Reid Shimabukuro
Sturzenbecker Construction
Stylescape Inc
Styletex Ltd
Sublette Examiner Wyoming News
Suburban Air Conditioning
Suburban Landscape Co
Suburban Propane Partners
Sugarcrm Inc
Sugarman Rogers Barshak & Cohen
Suiza Dairy
Sukeno USA Inc
Sumec Hardware & Tools Co Ltd
Sumecht Na Inc
Sumit Textile Industries
Summer Infant Inc
Summit Electrical Contractors
Summit Group
Sumxing Co Limited
Sun Advocate Gull Communicatio
Sun Chronicle United Communications
Sun Coast Media Group
Sun Gazette Co
Sun Image Distributors Inc
Sun Industrial
Sun Newspapers
Sun Products Corporation
Sun Publishing
Sun Sentinel

75

Sun Valley Const Of Michigan
Sun Valley Ltd
Sun West Plumbing
Sunbeam Products Inc
Sunbelt Rentals
Sunburst Maintenance Inc
Suncoast Parking Lot Services
Suncraft Hardware Tools Corp
Sundance International Inc
Sundberg America
Sundesa LLC
Sunera LLC
Sunfoods LLC
Sunland Asphalt
Sunnest Service LLC
Sunny Days Entertainment LLC
Sunny Direct LLC
Sunny Distributor Inc
Sunny Jet Textiles Co Ltd
Sunnywood Inc
Sunshine Growers Inc
Sunshine Landscaping Maintenance
Sunshine Mills Inc
Sunsweet Growers Inc
Sun-Times Media Group
Superb International Co Ltd
Superior Handling Equipment In
Superior Lawnmower Center Jim
Superior Overhead Door
Superior Pest Control & Lndscp
Superior Sign & Lighting
Superior Trailer Leasing Super
Supplies Distributors Bsd Acqu
Supply Chain Alliance Inc
Supplylogix LLC
Supplyone Philadelphia
Supreme Access Industrial
Supreme International Corp
Survey Sampling International
Sutherland Asbill & Brennan
Sutherland Global Services Private
Sutong China Tire Resources
Sutton Chrysler Jeep
Suy Co Ltd
Suzhou Hiwel Textile Co Ltd
Suzhou Kailai Trading Co Ltd
Suzhou Newlook Imp & Exp Co Lt
Svm Lp
Sw Corporation
Swanson Martin & Bell
Swanson Tool Co Inc
Swc Technology Partners
Sweetwater Reporter Hpc Of Texas
Swift Response LLC
Swift Transportation
Swim N Play Inc
Swimways Corp

Swire Coca Cola USA
Syed I Mahmood
Symbol Technologies
Syncsort Inc
Synergy Marketing And Sales Inc
T & D Plumbing And Heating
T & J Landscape Services Inc
T & L Services Of Alum Creek
T D Security Ltd Inc
T Esaki Farm Inc
T F H Publications Inc
T Fal Wearever
T L M International Inc
T Lex
T Shirt International Inc
T&K Moving Inc
T4G
TA Hsing Electric Wire & Cable
Taa Apparel Inc
Tablet World LLC
Tabor Loris Tribune
Tacoma News
Taft Stettinius & Hollister
Tagkast Inc
Tai Fa Import & Export
Tai Fong Shoes Limited
Talend Inc
Talent Intelligence Inc
Talentquest
Talentquest Corporate Psychology
Talx
Tampa Media Group
Tandem Electric Inc
Tandus Centiva US
Tanya Creations LLC
Taos News Inc
Taplytics Inc
Target Marketing LLC
Tarif Hawasly
Tasharina Corp
Taste Beauty LLC
Taste Of Home Readers Digest
Tata America International
Tata International Limited
Tavano Team
Taylor Maint
Taylor Precision Products Inc
Tayse International Trading In
Tbdum, LLC Dba Uncle Milton
TC Millwork Inc
Tca Holdings Propartners LLC
Tdbbs LLC
Tdindustries Inc
Tds Telecom
Tealium Inc
Team Beans LLC
Team Design Build

Team Pro Mark LLC
Tech 4 Kids Inc
Tech For Less Inc
Tech International
Techni Con
Technical Youth LLC
Technology Advisors Inc
Technology Consulting Inc
Technology Partners Internatio
Tecta America
Tecta America Austin LLC
Tegrete
Tehachapi News
Teichman Enterprises
Tekky Toys
Telebrands Corporation
Telecheck Services
Telegraph Herald
Telegraph Publishing
Telepacific Communications U S
Telesight
Telesoft LLC
Telesource
Teletech Services
Telgian
Tellermate Inc
Telus Communications
Temp Air Inc
Temp Rite Of Wisconsin Inc
Temple Daily Telegram
Tempt Instore Productions
Tempur Pedic North America LLC
Tend Insights Inc
Tender Corporation
Tennant Co
Tennant Sales And Service Co
Tennessean
Teradata Operations
Teri Lingerie Company LLC
Terminix International Company
Terracon Consultants
Terry Cox
Terry Vonderheide Carpentry Inc
Test Rite Intl Co Ltd
Texarkana Newspaper Inc
Texas Motor Speedway Inc
Texas Plumbing Diagnostics LLC
Texas Retailers Association
Textiles From Europe
Textiles International Of Egypt
T-Force
Tgf Management Group Holdco
Tgm Inc
Thanh Cong Text Gmt Invest Tra
Thanh Cong Textile Garment Investment Trading
The Ac Outlet
The Asean Corporation Limited

The Best Deals For You LLC
The Bridge Direct HK Ltd
The Cit Group
The Civil Engineers Ltd
The Eureka Company
The Goodyear Tire & Rubber
The Goodyear Tire & Rubber Company
The Lehigh Group
The Little Tikes Co
The Madden Corporation
The Martin Wheel Co Inc
The Mibro Group
The Novo Group
The Orb Factory Limited
The Sherwin-Williams Co
The Singing Machine Co Inc
Therma Corp
Thermo Dynamics Inc
Thermodynamics Mechanical Services
Thief River Falls Times Mcm Me
Thiessen Communications
Thilsted Electric Company
Thinkfount Studios LLC
Thinkgeek Inc
This Week Publications
Thomann Asphalt Paving Corp
Thomas & Betts Power Solutions
Thomas & Company
Thomas Diaz Inc
Thomas Guastello
Thomas H. Mackay
Thomas Mackay
Thomson Reuters Tax & Accounting
Thomson Weir
Thorne Investment Group Ltd
Thread Collective Inc
Three D Commercial Services In
Three Leaf Three Leaf Solution
Threesixty Sourcing Ltd
Threevolts LLC
Thuan Phuong Embroideries Gmt
Thule Inc (Kar Rite International)
Tianjin Jiahua Footwear Co Ltd
Tianjin Panyam Garden & Horticultural
Tidewater Publications LLC
Tien-Hu Trading (Hong Kong)
Tiff Hester
Tilia Jarden Consumer Solution
Tilton Trailer Rental
Tim Foster
Timbercreek Lawn Care
Timberland A Div Of Vf Outdoor
Time Enterprises
Time Service Inc
Timelink Trading Limited
Timely Rain Musical Instr Co
Times Bulletin Van Wert County

Times Herald
Times Journal
Times Journal Division Street
Times Leader Publications LLC
Times Media Group
Times News
Times News Publishing
Times Newspapers Inc
Times Of Trenton Publishing
Times Picayune Publishing
Times Publishing
Times Record Alliance Press
Times Republican Marshalltown
Times Tribune Newspaper Holdin
Times Tribune Scranton Times L
Times Union
Times-World
Timetrade Systems Inc
Timex Corporation
Tip Top Branding LLC
TJ Daniels Inc
TJ Kangli Kitchenware Mfr Co
TJ Tianxing Kesheng Lthr Prod
Tl Perez Residential Services
TLD Of Puerto Rico Inc
Tmc Distribution Inc
TMI Striping Pj Gryp
Tmm Investments Ltd
T-Mobile
Tmoxphoto Ltd
TNG GP
Tnt Lumber Company
Tobeys Construction & Cartage
Todd Stephenson
Todds Enviroscapes Inc
Todo Mauleg
Toledo Blade
Tom Callahan Associates Inc
Tom Geise Plumbing Inc
Tom Lewis
Tom'S Toy International (HK)
Tompkins Corporation Bill Tomp
Tomra Processing Center Tomra
Tomtom North America Inc
Tomy International Inc
Tone Software
Tongfang Global Inc
Tonka Construction Inc
Tooele Transcript Bulletin
Top Apex Enterprises Ltd
Top Century Enterprises Ltd
Top Quality Repair
Top Success Industrial Ltd
Topet USA Inc
Tophat Logistical Solutions
Topline
Topline Furniture

Topmost Chemical & Paper Corp
Topps Company Inc
Tori Richard Ltd
Torin Inc
Torkia International Inc
Total Air Solutions LLC
Total Cosmos Limited
Total Facility Inc
Total Fire & Safety Inc
Tote Maritime
Totes Isotoner Corporation
Touchpoint 360
Touchstorm LLC
Tousignant Inc & Exterior Wholesale
Tovar Snow Professional
Tower Tech Services Inc
Towers Watson & Co.
Towns County Herald Ngn & Tch Inc
Township Of West Orange
Toy Box Limited
Toy Hero Company Ltd
Toy State International Limited
Toy Woods (Bd) Co Ltd
Toy Woods Bd Co Ltd
Toy2U Manufactory Company
Toyota Motor Credit
Toyotalift
Toys R Us Delaware Inc
Tpf Acquisition Co
Tpf Toys LLC
Tracking First LLC
Tracx Us Inc
Tracy Press Tank Town Media
Trademark Games Inc
Trane
Transformer Inspection Retrofit
Transport Corporation Of America
Transport Xpress Xpress Transp
Transporte Bairoa
Transylvania Times
Trash Compactor Service Inc
Travel Caddy Inc
Travel Concepts
Travelers Choice Travelware
Traverse City Record- Eagle
Tre Milano LLC
Treadstone Group Inc
Treasure Coast Newspapers
Treasure Glory Garment Factory
Treasurer State Of New NJ
Treasurer State Of NJ State Of
Tremco
Trends International Inc
Trey Business Solutions Inc
Tri Cities Southwest Va World
Tri Co Door Ny Inc
Tri Coastal Design Group

78

Tri County Back Flow Specialis
Tri County Sweeping Services I
Tri County Times Rockman Commu
Tri Island Energy LLC
Tri North Builders
Tri Sales Marketing LLC
Tri State Camera
Triad Mechanical Contractors I
Triangle Home Fashions
Triatomic Environmental Inc
Tribles Inc
Tribune Chronicle Eastern Ohio
Tribune Chronicle Eastern Ohio Newspapers Inc
Tribune Direct Marketing
Tribune Publishing Co
Tribune Review Publishing
Tribune Star Newspaper Holdings Inc
Trident Limited
Trilliant Food And Nutrition L
Trimax Trading Wuxi Co Ltd
Trimfit Inc
Trimfoot Company LLC
Trinity Door Systems Inc
Trintech
Trion Industries
Triple A Refrigeration & Air Conditioning
Triple G Lawn Fertilization
Triple J Five Star Wholesale
Triple J Lawn Care Justin Jone
Triplelift Inc
Tripwire Inc
Tristar Fulfillment Services Inc
Tristar Products Inc
Tristate Speed Service Co LLC
Tritone Shoe Corp
Tropical Publishers & Souvenir
Troy Publications The Messenge
True Fitness Technology Inc
True Inc
True Jade Company Limited
Truss & Son Plumbing Inc
Truste True Ultimate Standards
Tuan Dinh
Tungtex Trading Co Ltd
Tunies & Such Nursery & Landscape
Tup 130 LLC
Tupos Services LLC
Turlock Journal
Turtle Wax Inc
Tuscaloosa News
Tuscan
Tuscarora Landscaping And Lawn
Twc Product And Technology LLC
Twentieth Century Fox Home
Twentieth Century Fox Home Entertainment
Twilio Inc
Twin City Outdoor Services Inc

Twin City Times Twin City Publishing Inc
Twin Lakes Landscaping
Twins Enterprises Inc
Twitter Inc
Two Men And A Truck
Two Point Conversions Inc
Tyco Integrated Security
Tyler Morning Telegraph Tbb Pr
Tymetrix
Tyner Eaton & Fulce Pllc
U S A Distributors Inc
U S Lawns Of Lakeland & Plant
U S Nonwovens Corp
U S Security Associates
U S Xpress
Uaw Local 1112 International U
Uaw Local 8275 International U
Ubase International, Inc
UBS Inc
Uintah Basin Standard
Ullman Devices Corporation
Ultimate Landscaping Ultimate
Ultimate Lawn Care Dennis J Wi
Ultra Logistics
Umarex USA Inc
Ummad A. Saleem
Unbeatable Sale
Unbound Commerce Mobegic Inc
Unclassified
Underpressure Powerwashers
Uneeda International Ltd
Uni Hosiery Co Inc
Unifide Industries LLC
Unified Inc
Unified Marine
Unify
Unimax Systems Corporation
Union Capital International Lt
Union City Daily Messenger
Union Leader Corp
Union Nevada County Publishing
Union Tribune Publishing
Union Underwear Company Inc
Uniontown Newspapers
Unique Consultant LLC
Unique Designs
Unique Designs Inc
Unique Industries Inc
Unite Southwest District Counc
United Apparel Co Ltd
United Apparel Company Ltd
United Comb & Novelty Company
United Comb & Novelty Corp
United Construction Company Inc
United Distributor
United Furniture Industries Inc
United Industries Corporation

79

United Infinite Corp Taiwan Branch
United Networks Of America Inc
United One Resources
United Parcel Services
United Pet Group
United Rentals North America Inc
United States Accessories Inc
United States Luggage
United States Playing Card Co
United Textile Inc Taiwan Bran
United Weavers Of America Inc
United Wire Craft
Unitek Solvent Services
Unitex Inc
Universal Apparel Inc
Universal Door Systems Inc
Universal Hosiery Inc
Universal Music & Video
Universal Service Agency LLC
Universal Site Services Inc
Universal Supply Corp
Universe Buildings Sys
University Of Tennessee Career Srvs
Up North Trucking Inc
Upm-Kymmene
Upper Canada Soap and Candle Makers
Ups Custom House Brokerage
Upshot Inc
Urban Metals Urban Group Of Co
Urbancal Oakland Mall LLC
URS Corporation
US Electric Co Inc
US Foods Inc
US Lines LLC
US Metro Group
USA Maintenance Of Florida LLC
Uselman Construction Company
User Testing Inc
User Zoom Inc
USF Collection Inc
USGB Services LLC
USI Services Group
Utopia The Agency Inc
Uvalde Leader News
Uveritech Inc
V Angoco
V Angoco Trucking Inc
V I P Services Inc
V Suarez & Co
V12 Data
Valassis Direct Mail
Valassis Inc
Valencia County News Bulletin
Valencia Forklift Services
Valencia Town Center Venture
Valley Courier
Valley Enterprises Inc

Valley News Newspapers
Valley Refrigeration And Air Conditioning
Valley Scooters Of Texas
Valley Times News
Valley Town Crier
Valley View Industries
Valpak Direct Marketing System
Value Smart Products Inc
Valvoline International
Valvoline LLC
Van De Poel & Levy
Van Hook Service Co Inc
Van Meter Inc
Van Ness Plastic Molding Co Inc
Van Zandt Newspapers LLC
Vandale Industries Inc
Vandenberg Contracting
Vanguard Cleaning Systems
Vanguard Integrity Professionals
Vanity Fair Intimates
Vanson International Limited
Vaqueria Tres Tres Monjitas Inc.
Varcomac Electrical Construction
Variety Accessories LLC
Variety International Commerce
Variety Pet Foods LLC
Varouj Appliances Services Inc
Vasen International Limited
Vaughan & Bushnell Mfg Co
VCC LLC
Vector Construction Inc
Vector Security Inc
Vedder Price Kaufman And Kammholz
Veeder Root Co Gilbarco Inc
Vega Otero Francisco
Vegherb LLC
Vehicle Service Group
Velas Hispaniola S A
Venable LLP
Venango Newspapers Inc
Venco Western Inc
Venetian Worldwide LLC
Ventiv Technology Inc
Vento Distributors Corp
Ventura County Star
Ventura Enterprise Co Inc
Venus Colombiana Sa
Veolia Es Technical Solutions
Verde Valley Newspaper
Veridian Healthcare LLC
Verifone
Verigold Dba Renaissance Jewel
Verint Americas
Verisk Crime Analytics Inc
Veritext Corporate Services In
Veritiv Operating
Verizon Communications

Verizon Wireless
Verizon Wireless Of The East
Vermont Public Radio
Versaic Inc
Versapet Incorporated
Verso Paper
Vertex Inc
Verus Sports Inc
Vestcom Retail Solutions
Veterans Opportunities Veteran
Vf Imagewear Inc
Vf Jeanswear Limited Partnersh
Vf Licensed Sports Group LLC
Vf Outdoor Inc
VFP Fire Systems
VH Consulting Group
VHC Group LLC
Viatech Publishing Solutions Inc
Vibes Media
Vicki Muscare
Vicksburg Post Vicksburg Newsm
Victor M. Lugo
Victoria Advocate
Victory Publishing Co Ltd
Vida Newspaper
Vieste Creations
Village Company LLC
Village Of Hoffman Estates
Village Of Melrose Park
Villages Daily Sun
Villas Services Angel Villa
Vindicator Printing Company
Viniteck International Inc.
Vinton Asphalt Co
Vir Ventures Inc
Virco Land & Snow LLC
Virginia Forklift Inc
Virginia Retail Merchants Association
Virginia Tile
Virginian Review
Virginian Review Covington Virginia
Virginian-Pilot Media Companies
Virtual Law Partners LLP
Visalia Newspapers
Visara International
Vision Critical Communications Us
Visitors Channel
Visser Greenhouses Inc
Visual Creations Inc
Visual Creations Inc-488841
Vital Pharmaceuticals Inc
Vitalsmarts
Vm Innovations Inc
VML
VMware
Vogue International
Voortman Cookies Limited

Vortex
Vortex Industries Inc
Voxx International Corporation
VP Racing Fuels Inc
VPNA LLC
Vtech Communications Inc
Vtech Electronics Ltd
W. B. Jones Spring Co Inc
W. B. Mason Co Inc
W. E. Bassett Company
W. E. Carlson Corporation
W. J. Griffin Inc
W.S.C. Of NY Inc
W.W. Gay Mechanical Contractor
W.W. Grainger
W.W.W. Sarette Brothers Inc
Wachtell Lipton Rosen & Katz
Waco Tribune Herald
Wagner Saenz Dorilty LLP
Wahl Clipper Corporation
Wahlstrom Group
Waldinger Corp
Walkcon Ltd
Walker Excavation LLC
Walker Parking Consultants
Walker Printery Inc
Walla Walla Union Bulletin
Waltman Enterprises
Walton Beverage Co Inc
Waltons Electric Inc
Warehouse Of Tiffany Inc
Warehouse Pacific
Warehouse Rack Com
Warfighter Made
Warnaco Inc
Warner Norcross & Judd LLP
Warners
Warren Business Service Tropti
Warren Distribution
Warson Group Inc
Wasatch Wave
Washington News Publishing Co
Washington Post
Washington Prime Group LP
Washington Retail Assoc
Washington Suburban Press
Waterbury Republican American
Waterloo Courier
Waterloo Industries Inc
Waters Mcpherson Mcneill Pc
Watertown Public Opinion Cotea
Waterworks
Watterson Environmental Group
Wave Communications
Waxahachie Newspapers
Waxman Consumer Products Group
Waycross Journal Herald

81

Wayne Automatic Fire Sprinkler
Wayne County Press
Wayne Independent
Waynesville Mountaineer
Wazagua Inc
WD 40 Company
WE In J Corporation
WE R Helpers Inc Helpers
Weatherford Daily News Weather
Weatherite Corporation
Weathervane Services
Weavetex Overseas
Webhue LLC
Webster Property Maintenance
Weihai Lianqiao Intl Coop GP
Weihai Textile Group Import
Weihai Yinjie Group Co Ltd
Weil Gotshal & Manges LLP
Weiman Products LLC
Weintraub Tobin Chediak Coleman
Weisser Distributing
Welch Atm Wsilc LLC
Welco Cgi Gas Technologies LLC
Welcome Industrial Corp
Welfare Knitting Co Ltd
Wells Fargo
Wells Fargo Bank N A
Wells Fargo Ins Services USA Inc.
Wells Lamont LLC
Wells Sweeping
Wenatchee World World Publishing
Wenzhou First Light Industry C
Wenzhou Lixinlong Imp & Exp Co
Wercs Professional Services
Werner Enterprises
West & Co Painting
West Chester Marketing Inc
West Coast Casters & Wheels Inc
West Indies Corporation
West Linn Paper Company
West Memphis Times
West Palm Realty LLC
West Side Telephone Co
West Techs Chill Water Specialist
West Texas Doors
Westcott Displays
Western Carolina Newspapers
Western Communications Baker City Herald
Western Communications Inc
Western Communications Union
Western Dresses Ltd
Western Flyer Express Inc
Western Forge Corporation
Western Forge Inc
Western Sales Trading Company
Western Wyoming Beverages Inc
Westport Corporation

Westrock Mechanical Corp
Westside Mechanical Design
Weveel LLC
Weyco Group Inc
WGSN Inc
WH Group LLC
What Kids Want Inc
Wheeling Newspapers Inc
Wheels Inc
Whirlpool Kenmore Corporation
Whitakers Detail Service
White Castle Roofing
White Conveyors Inc
White Electrical Construction
White Graphics Inc
White Graphics Printing Service Inc
White Mark Universal Inc
White Oak Advisors LLC Timothy
White Oaks Landscaping Inc
Whitemountain Publishing Co
Whiteout Snow And Ice Control
Whiteside Manufacturing
Whitlam Label Company Inc
Whitmor Inc
Wholesale Fuels Inc Accounting
Wholesale Interiors Inc
Why 8 Inc
Whynter LLC
Wichita Eagle And Beacon Publishing
Wick Communications
Wicked Cool Hk Limited
Wicked Fashions Inc
Wicklander Zulawski And Associates
Wiese Planning & Engineering
Wiesner Products Inc
Wilbraham Lawler & Buba
Wild Horses Apparel LLC
Wilde Tool Co Inc
Wildwood Industries Inc
Wilhelmina International
Willard  Gates
Willenken Wilson Loh & Lieb
Willgratten Publications LLC
William Carter Company
William L. Russell Jr
William L. Thrower
William M. Ponder
William Mansfield William Dean
William Ponder
William R Goglin Inc
William R Meixner & Sons
Williams Construction
Williams Kastner & Gibbs
Williams Scotsman Inc
Williamson County Sun
Williamson-Dickie Manufacturing
Williston Observer

82

Willow Lake Business Park LLC
Willowbrook Company LLC The
Wilson County News Wcn Inc
Wilson Elser Moskowitz Edelman & Dicker
Wilson Sporting Goods Co
Wilson Sporting Goods Inc
Winchester Star
Wincon Roof Services Inc
Windham Eagle Newspaper
Windham Eagle Newspaper Time4P
Windmax Home Improvement
Windstream Nuvox
Winfat Industrial Co Ltd
Wing Enterprises Inc
Wing Hing Shoes Factory Limited
Winger Companies
Winger Contractors
Winix Inc
Winner Way Industrial Ltd
Winners Industry Company Limit
Winning Collective LLC
Winning Resources Limited
Winnscapes Inc
Winplus North America Inc
Winston & Strawn
Winston Retail Solutions LLC
Winston Salem Journal
Wip Inc
Wipro
Wisconsin Pharmacal Co LLC
Wise County Messenger
Wise Foods Inc
Wise-Pacific Co., Ltd
WJCA Inc
WM T Spaeder Co Inc
WMVP Am Abc Inc
Wnc Parking Lot Service Inc
Wolf Corporation
Wolftever Consulting LLC
Wolters Kluwer Health
Wolverine Sealcoating LLC
Wolverine World Wide Inc
Wolverton Inc
Womble Carlyle Sandridge & Rice
Women Mgmt Men Women NY Model
Womencertified Inc
Wondersauce
Wood Building
Woodentracks Com Inc
Woodruff Corporation
Woods Construction
Woodstock Gardens
Woodstream Corporation
Woodward News Newspaper Holdin
Wooster Daily Record Inc
Worcester Telegram & Gazette
Workiva Inc

World Courier Ground Inc
World Data Products Inc
World Data Products Inc-181273988
World Industrial Development
World Kitchen LLC
World Leisure Inc
World Publication
World Racing Group
World Tech Toys Inc
Worlddoc Inc
Worldnet Telecommunications Inc
Worlds Finest Chocolate Inc
Wow Wee Group Limited
Wp Beverages LLC
Wpnc Western Pennsylvania News
Wright County Journal Press
Wrights Landscaping Service Da
Wrigley Puerto Rico Inc
Wts Contracting
Wuhu Shanshan Newmingda I&E Co
Wuxi City Dongxiang Habit Co.
WV Dly News And Valley Ranger Greenbrier Daily
Newspapers Inc
Wxz Development Inc
Wyeth Consumer Healthcare
Wyeth Consumer Healthcare Ltd
Wynne Progress
Wyoming Game & Fish
Wyoming Tribune Eagle Cheyenne
Xad Inc
Xdl International Limited
Xerox
Xi Tan
Xiamen Golden Textile Import
Xiamen Luxinjia Imp & Exp Co
Xiamen Top Mountain Trading Co
Xiamen Unipros Camping Prod Co
Xpo Last Mile
Xpo Logistics
Xtra Lease
Y Hata & Co Ltd
Yahoo
Yakima Herald Republic
Yancey Times Journal
Yasses Trucking & Construction
Yat Fung (Macao Comm Offshore)
Yat Fung Macao Comm Offshore
Yee Tung Garment Co Ltd
Yellow & Black LLC
Yelp Inc
Yelp Inc-705119
Yes To Inc
Yesco Cleveland Heritage Sign
Yesco Nashville Allison Company
Yesco Young Electric Sign
Yescom USA Inc
Yext Calls

83

Yi Liang
Ying Fu Enterprise Co Ltd
Yongkang Dacheng Ind & Trade
Yongkang Dacheng Industry & Trade Co.
York Claims Services
York International
York Telecom Corporation-699851
York Wallcoverings Inc
Yost Vises LLC
Yother Construction Management
Yotpo Inc
Young Supply
Youngone Corp
Youngs Market Company Of Hawai
Ypm Inc
Yuen Fung Garment Mfg Co Ltd
Yuma Sun Inc
Yunker Industries
Yunus Textile Mills Limited
Zak Designs Inc
Zarbees Inc
Zebra Technologies
Zebra Technologies International
Zelle Mcdonough & Cohen LLP
Zeller Marketing & Design Zgra
Zemoga
Zenith Products Corporation
Zenithen (Hong Kong) Limited
Zenithen (Hong Kong) Ltd
Zeno Group
Zero Chaos Apc Workforce Solut
Zg Apparel Group LLC
Zhangjiagang Unitex Co Ltd
Zhangzhou Xym Furniture Produc
Zhejiang Kata Technology Co Lt
Zhejiang Orient Knitwear I/E C
Zhuhai Shichang Metals Ltd
Zim Mfg Co
Zing Global Limited
Zinus Inc
Zipp Delivery Inc
Zircon Corporation
ZJ Sunshine Leisure Products C
ZJ Wuyi Haotian Ind & Trade Co
Zognet Inc
Zoom Information Inc
Zoomusa
Zuru Inc
Zuru LLC

**Attorney Generals**
Alabama (Steve Marshall)
Alaska (Jahna Lindemuth)
Arizona (Mark Brnovich)
Arkansas (Leslie Rutledge)
California (Xavier Becerra)
Colorado (Cynthia Coffman)

Connecticut (George C. Jepsen)
Delaware (Matthew Denn)
Florida (Pam Bondi)
Georgia (Chris Carr)
Hawaii (Doug Chin)
Idaho (Lawrence Wasden)
Illinois (Lisa Madigan)
Indiana (Curtis Hill)
Iowa (Thomas John Miller)
Kansas (Derek Schmidt)
Kentucky (Andy Beshear)
Louisiana (Jeff Landry)
Maine (Janet T. Mills)
Maryland (Brian Frosh)
Massachusetts (Maura Healey)
Michigan (William Duncan "Bill" Schuette)
Minnesota (Lori Swanson)
Mississippi (Jim Hood)
Missouri (Josh Hawley)
Montana (Tim Fox)
Nebraska (Doug Peterson)
Nevada (Adam Laxalt)
New Hampshire (Gordon MacDonald)
New Jersey (Christopher Porrino)
New Mexico (Hector Balderas)
New York
North Carolina (Josh Stein)
North Dakota (Wayne Stenehjem)
Ohio (Richard Michael DeWine)
Oklahoma (Mike Hunter)
Oregon (Ellen Rosenblum)
Pennsylvania (Peter Kilmartin)
South Carolina (Alan Wilson)
South Dakota (Marty J. Jackley)
Tennessee (Herbert H. Slatery)
Texas (Ken Paxton)
Utah (Sean D. Reyes)
Vermont (T.J. Donovan)
Virginia (Mark Herring)
Washington (Bob Ferguson)
West Virginia (Patrick Morrisey)
Wisconsin (Brad Schimel)
Wyoming (Peter Michael)

**Employee Benefits**
Aetna Behavioral Services, LLC
Aetna Resources for Living
Aon Hewitt
Cigna Disability Management Solutions
Cigna Group Insurance
EyeMed Vision Care
FAA/EyeMed Vision Care, LLC
MetLife Dental Claims
Morgan Stanley Smith Barney
Securian

**Governmental/ Regulatory Agencies/Taxing**

84

**Authorities**
Internal Revenue Service
Securities and Exchange Commission

**Secretary of States**
Alabama (John Merrill)
California (Alex Padilla)
Colorado (Wayne W. Williams)
Connecticut (Denise Merrill)
Delaware (Jeffrey W. Bullock)
Florida (Ken Detzner)
Georgia (Brian Kemp)
Idaho (Lawerence Denney)
Illinois (Jesse White)
Indiana (Connie Lawson)
Iowa (Paul Pate)
Kansas (Kris Kobach)
Kentucky (Alison Lundergan Grimes)
Louisiana (John Thomas Schedler)
Maine (Matthew Dunlap)
Maryland (John C. Wobensmith)
Massachusetts (William Francis Galvin)
Michigan (Ruth Johnson)
Minnesota (Steve Simon)
Mississippi (Delbert Hosemann)
Missouri (Jay Ashcroft)
Montana (Corey Stapleton)
Nebraska (John A. Gale)
Nevada (Barbara K. Cegavske)
New Hampshire (William M. Gardner)
New Jersey (Kimberly "Kim" Guadagno)
New Mexico (Maggie Toulouse Oliver)
New York (Rossana Rosado)
North Carolina (Elaine Marshall)
North Dakota (Al Jaeger)
Ohio (Jon Husted)
Oklahoma (Dave Lopez)
Oregon (Dennis Richardson)
Pennsylvania (Pedro A. Cortés)
Rhode Island (Nellie Gorbea)
South Carolina (Mark Hammond)
South Dakota (Shantel Krebs)
Tennessee (Tre Hargett)
Texas (Rolando Pablos)
Vermont (Jim Condos)
Virginia (Kelly Thomasson)
Washington (Kim Wyman)
West Virginia (Mac Warner)
Wisconsin (Douglas J. La Follette)
Wyoming (Ed Murray)
Secretary of State- Arizona (Michele Reagan)
Secretary of State- Arkansas (Mark Martin)

**Insurance**
ACE
ACE American Insurance Company
ACE Fire Underwriters Insurance Company

ACE Property and Casualty Insurance Company
Aetna
Aetna/HRPA
AIG Europe Limited
AIG Europe Limited (Lex London) (ACT)
Allianz Global Risks US Insurance Company
Allied World Assurance Co. Ltd.
Allied World Assurance Company
Allied World Assurance Company Ltd.
Allstate
American Guarantee & Liability Insurance Company
AON Risk Consultants Inc.
AONHewitt
Argo Re Ltd.
Aspen Specialty Insurance Company
Atlantic Specialty Insurance Company
AWAC
AXA Insurance Company
AXIS Insurance Company
Axis UK (ACT)
Berkeley
Berkshire Hathaway International Insurance Limited
Berkshire Hathaway Specialty Insurance Company
Broadspire
Bunker Hill International Insurance Bermuda
Burlington Insurance Company
Chubb Bermuda Insurance Ltd.
Chubb Custom Insurance Company
Chubb Insurance Hong Kong Limited
Cigna
Citizens Insurance Company of America
Continental Casualty Company
Crum & Forster
Endurance American Specialty Insurance Company (ACT)
Endurance Worldwide Insurance Ltd.
Everest National Insurance Company
Executive Risk Specialty Insurance Company
EyeMed Vision Care
Federal Insurance Company
Federal Insurance Company (Chubb)
First Mercury Insurance Company
General Security Indemnity Company of Arizona
Global Aerospace, Inc.
Great Lakes Insurance SE
Great Lakes Reinsurance (UK) PLC (Munich) (ACT)
Hamilton Re, Ltd.
Hamilton Specialty Insurance Company
HDI Global Insurance Company
Hibernia Bk
Hiscox Insurance Company Inc.
Hudson Specialty Insurance Company
Illinois National Insurance Company (AIG)
Illinois Union Insurance Company (ACE)
Insurance Company of the State of Pennsylvania
Ironshore Specialty Insurance Company
Iron-Starr Excess Agency Ltd.

Lexington Insurance Company
Liberty Mutual Fire Ins. Co.
Liberty Mutual Fire Insurance Company
Liberty Mutual Fire Insurance Company and affiliates
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Life Insurance Company of North America ("Cigna")
Lloyd's of London
Lloyd's of London (ASC, CGM, ACT)
Lloyd's of London (Beazley)
Lloyd's of London (Hiscox)
Lloyd's of London (MKL, ACT)
Lloyd's of London (MSP, CNP, TAL, BRT, ANV, ACT)
Lloyd's Syndicates
Lloyd's Syndicates 623/2623
Magna Carta Insurance Limited
Markel Bermuda Ltd.
Massachusetts Bay Insurance Company
MetLife (Metropolitan Life Insurance Company)
National Casualty Company
National Fire & Marine Insurance Company
National Union Fire Ins Co of Pittsburgh, PA
National Union Fire Insurance Co.
National Union Fire Insurance Company of Pittsburgh, PA
Navigators Insurance Company
Navigators Specialty Insurance Company
North American Elite Insurance Company
North American Specialty Insurance Company
Novae
Ohio Bureau of Workers Compensation
Old Republic Insurance Company
PartnerRe Ireland Insurance
PartnerRe Ireland Insurance Limited (ACT)
QBE Insurance Corporation
Safety National
Scottsdale Insurance Company
Securian Financial Group, Inc.
Sedgwick Claims Management Services, Inc.
Starr Indemnity & Liability Company
Starr Surplus Lines Insurance Company
State of California - Office of Self Insurance Plans (OSIP)
Stratford Insurance Company (Validus)
Tokio Marine America Insurance Company
Travelers Indemnity Company
Travelers Indemnity Company and affiliates
Underwriters at Lloyds
Virginia Surety Company Inc.
Virginia Surety Company, Inc.,
Westchester Fire Insurance Company
Westport Insurance Corporation
WillisTowersWatson
XL Bermuda Ltd.
XL Insurance (Bermuda) Ltd
XL Insurance America, Inc.
XL Insurance Company SE
XL Specialty Insurance Company

Zurich American Insurance Company

**Notice of Appearance Parties**
Acadia Realty Limited Partnership
Active Media Services, Inc. d/b/a Active International.
Agree Partnership
Ainsworth Pet Nutrition LLC.
Aleff LLC, Kin Properties, Inc.
Alison Schreier
Allure Gems, LLC
American Lebanese Syrian Associated Charities, Inc..
Anderson County
Angelina County (Texas)
Annapolis Mall Owner LLC
Aransas county, Texas
Arcolo Limited Partnership,
ARI Fleet LT
Associates, L.P.
Automotive Rentals, Inc.
Aviation Mall NewCo, LLC.
Bastrop County Water Control and Improvement District #2, Texas
Bee County, Texas
Benenson Capital Partners, LLC
Bexar County, Texas
BH North American Corporation
Bowie Central Appraisal District, Texas
Brandon Shopping Center Partners LTD.
Brighton Lease Management, L.L.C.,
Brixmor Property Group, Inc.
Brookfield Property REIT Inc.
Brooks Shopping Centers, LLC
Broward Mall LLC
Brown County Appraisal District, Texas
Burnet Central Appraisal District, Texas
C. E. Johns Company, Inc.
C.E. Johns Company, Inc.
C.J. Segerstrom & Sons
Cameron County, Texas
Cansan Company, LLC
Cardinal Health 110, LLC
Cardinal Health 112, LLC
Cardinal Health PR 120, Inc.
Cardinal Health, Inc.
Carrollton-Farmers Branch ISD (Texas)
Cascade Investment, L.L.C
Centennial Real Estate Co.
CenterCal Properties, LLC
Central Appraisal District of Taylor County, Texas
Charleston Center LLC,
Cherokee County Appraisal District,
Chervon (HK), Ltd.
Citrus Park Mall Owner LLC
City Choice Limited.
City Creek Center Associates LLC,
City of Garland, Texas
City Of Harlingen, Texas

86

City of Waco and/or Waco Independent School District, Texas
Cleveland ISD (Texas)
Clover Technologies Group, LLC
Conopco, Inc. dba Unilever.
Country Club Plaza JV LLC,
Countryside Mall LLC
County of Erath, Texas
Crossroads Centre II, LLC
Cudlie Accessories LLC
Cypress - Fairbanks ISD (Texas)
Dallas County, Texas
Denton County Road Utility District #1, Texas
DGI LS, LLC,
Dolphin Mall Associates LLC,
East End Commons Associates, LLC
East Penn Manufacturing Co.
Eastern Prime Textiles Limited
El Paseo Village LLC,
Electronics for Imaging, Inc.
Epicor Software Corporation
ESL Investments, Inc. and its affiliates JPP, LLC and JPP II, LLC
Fairfax Company of Virginia L.L.C. a/k/a Fair Oaks Mall
Fairfax Company of Virginia L.L.C.,
Fairholme Funds
Fairholme Funds, In
FBA Holdings, Inc.
Flatbush Center Parking LLC.
Floreff LLC, Fairsan Company LLC
Florida Self-Insurers Guaranty Association, Inc.
Fort Bend County (Texas)
Fundamentals Co LLC,
Galveston County (Texas)
Garland ISD (Texas)
GEM Realty Capital, Inc.
Governor's Square Company dba Governor's Square Mall
Green Hills Mall TRG LLC,
Greensboro Lease Management, L.L.C.
Groesbeck Independent School District, Texas
GS Pacific ER, LLC
Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances.
Hanesbrands, Inc..
Hangzhou GreatStat Industrial Co., Ltd.
Hansae Co. Ltd.
Hareff LLC, Greenmich LLC
Harlingen CISD , Texas
Harris County (Texas)
Harrison Central Appraisal District, Texas
Henkel Corporation
Hidalgo County, Texas
Hillsborough Associates
Holyoke Mall Company, L.P.
Houston CAD (Texas)
Howland Commons, LLC dba Howland Commons
HRA Fountains LP.

Huntington Mall Company dba Huntington Mall
International Airport Center, Inc.
Invicta Watch Company of America, Inc.
IRC Marketplace at Six Corners, L.L.C.
IRC Park Center Plaza, L.L.C.
iStar Jewelry, LLC
J.M. Smucker Company
Jasper County (Texas)
Jeffrey Sandelman,
Jim Wells CAD, Texas
JPMG Manassas Mall Owner LLC
Kenney Manufacturing Company.
Kravco Company
La Cienega Partners Limited Partnership,
Lakewood Shopping Center, LLC
LEFMARK Tamiami, Inc..
Lubbock Central Appraisal District (Texas)
Manco Florida Associates, LLC
Matagorda County (Texas)
MCS Hemet Valley Center LLC
Meadowbrook Mall Company dba Meadowbrook Mall
Meriden Square Partnership
Mexia Independent School District, Texas
Midland Central Appraisal District, Texas
Midland County (Texas)
MJ Holding Company, LLC
Montgomery County (Texas)
Montgomery Mall Owner LLC
Musue LLC, Mantkin LLC
My Chi To on behalf of Cascade Investment, L.L.C. & SL Agent, LLC.
Nathan Alison LLC
National Distribution Centers, LLC.
Net Lease Management Partners, L.L.C.
New Westgate Mall LLC
North County Fair LP and EWH Escondido
NorthStar Group Services, Inc.
Norton Mailman Associates
Nueces County, Texas
NW 51st Street LLC
NW Cambridge Property Owner LLC
NW Centennial LLC
NW Duluth LLC
NW Gaithersburg LLC
NW Northgate II LLC
NW Springs LLC
Oakridge Mall LLC
Oath (Americas) Inc.
Ohio Valley Mall Company dba Ohio Valley Mall
Oracle America, Inc.
Orange County (Texas)
Oster Yorktown Properties, LLC
Pacific Retail Group
Pasan Trust
Pension Benefits Guaranty Corporation
PGIM Real Estate
Phillips Edison & Company

87

Plaza del Caribe, S.E.,
Plaza Internacional Puerto Rico LLC,
Plaza las Americas, Inc.
Polk County (Texas)
Poughkeepsie Galleria LLC
PREIT Services, LLC
Quest Resource Management Group, LLC
Ramco Jackson Crossing SPE
Ray Padula Holdings, LLC
Richardson ISD (Texas)
Rich-Taubman Associates,
Roseville Shoppingtown LLC
S&R Company of West Seneca Newco, LLC
Sakar International Inc.
salesforce.com, Inc.
Salmon Run Shopping Center, L.L.C.
Sarasota Shoppingtown LLC
Seritage Growth Properties.
SHLD Lendco, LLC
Short Hills Associates, L.L.C.,
Simon Property Group L.P.
Sitel Operating Corporation
Southhaven Associates LLC
Spotsylvania Mall Company dba Spotsylvania Towne Centre
Spring Branch Independent School District
STAG IV Cheektowaga, LLC
Stark & Stark. P.C.
Starwood Retail Partners, LLC
S-Tract LLC.
Sub-Zero Group, Inc.
Sugencole LLC
Sugengran LLC
Sugensteve LLC
Summit Portraits, LLC
Sunrise Mall LLC
Sunvalley Shopping Center LLC
Tampa Westshore Associates Limited Partnership,
Tarrant County, Texas
Taubman Auburn Hills Associates Limited Partnership
Taubman landlord
Taubman-Cherry Creek Limited Partnership,
Taubman-Cherry Creek Shopping Center L.L.C.,
Tax Appraisal District of Bell County, Texas
TB Mall at UTC LLC,
Te Internal Revenue Service
Tennessee Attorney General's Office
Terry County Appraisal District, Texas
Texas Ad Valorem Taxing Jurisdictions
The Bank of New York Mellon Trust Company, N.A.
The Cafaro Northwest Partnership dba South Hill Mall
The City of Groesbeck, Texas,
The Comptroller of Public Accounts of the State of Texas
The County of Anderson, Texas,
The County of Bastrop, Texas,
The County of Bosque, Texas,
The County of Brazos, Texas,

The County of Cherokee, Texas,
The County of Comal, Texas,
The County of Coryell, Texas,
The County of Denton, Texas,
The County of Guadalupe, Texas,
The County of Harrison, Texas,
The County of Hays, Texas,
The County of Henderson, Texas,
The County of Jasper, Texas,
The County of Wharton, Texas
The County of Williamson, Texas
The Gardens on El Paseo LLC,
The Macerich Company
The Marion Plaza, Inc. dba Eastwood Mall
The McClathchy Company
The Missouri Department of Revenue
The Robbins Companies
The Securities and Exchange Commission
The United States Attorney's Office for the Southern District of New York
TOTE, Inc.
Tracey Brewer, Successor Co-Trustees of the Pasan Trust
Travis County, Texas
TRG IMP LLC
TVO Mall Owner LLC
TVO Mall Owner LLC a/k/a Twelve Oaks Mall
Tyler County (Texas)
U.S. Realty 86 Associates
UTC Venture LLC
Valencia Town Center Venture, L.P.
Vandale Industries, Inc.
Victoria County, Texas
Vintage Real Estate, LLC
Virginia Surety Company, Inc.
Washington Prime Group Inc.
Waste Management National Services, Inc.
WBCMT 2007-C33 INDEPENDENCE CENTER LLC
WC Independence Center LLC.
WC MRP Belleville Center, LLC,
WEA Palm Desert LLC
West Farms Mall, LLC
Westfield, LLC
Wharton Co Jr Coll Dist. (Texas)
Wheaton Plaza Regional Shopping Center LLC
White Plains Galleria Limited Partnership
White Plains Galleria Limited Partnership.
Winiadaewoo Electronics America, Inc.
Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP.
Wolverine World Wide Inc.
Yang Ming (America) Corp.
Yang Ming Marine Transport Corp. Acadia Realty Limited Partnership

**Supplemental Workforce Agencies**
Beeline
Crossfire

Randstad

**Surety Bond**
Ameren Missouri
Bank of America
Beede Site Group
Commonwealth of Massachusetts
First American Title Ins.
Hanover Insurance
Hudson Insurance
LINCOLN GEN INS CO.
RLI Surety
Safeco
Sears Protection Company/Wisconsin
Travelers Casualty and Surety
Trinity Reit, Inc.
Virginia Surety
WC CA Liberty posted cash
XL Specialty Insurance

**Utility**
100 Mushroom Blvd Associates LLC
1057 Hanover LLC
1511 Simon Property Group LP
225 Robbins LLC
380 Towne Crossing L.P.
701 Osage Owner LLC
770 Broadway Owner LLC
9445 Richmond Town Square Mall LLC
A&B Properties, Inc.
ABCWUA
AC I Berlin LLC
Acadia Realty LP-Property #0056
Acadia Realty Trust, NY
ACC Stormwater
ACC Water Business
ACS
Ada City Utilities OK
AEP - Appalachian Power
AEP/24002-Ohio Power
AEP/24407/24412-Indiana Michigan
AEP/24410-Kentucky Power
AEP/24413/24415-Appalachian Power
AEP/24414-Kingsport Power
AEP/24418-Columbus Southern Power
AEP/24421 Public Service Company of OK
AEP/24422-Southwestern Electric Power
AEP/24424
Alabama Power
Alagasco - Alabama Gas Corporation
Alameda County Water District
Albany Road-Springfield Plaza LLC
Albany Utilities - GA
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alcorn County Electric Power Assn.
Alexandria Renew Enterprises

Algona Municipal Utilities, IA
Alliant Energy/IPL
Alliant Energy/WP&L
Allied Oil Company LLC
ALP Utilities
Altoona Water Authority
Amador Water Agency, CA
Amarillo Mall, LLC
Ameren Illinois
Ameren Illinois Company
American Electric Power - Aep Columbus Southern
American Electric Power - Aep Ohio
American Electric Power - Aep Texas
American Electric Power (AEP)
American Electric Power/24002
American Electric Power/24418
American Industrial Center IX, LLC
AMERICAN MESSAGING
American Water & Energy Savers
Amerigas/Charlotte, NC
Amerigas/Londonderry, NH
Amerigas/New Castle, DE
Ames Municipal Utilities
AN WC Holdings LP
Anchorage Water & Wastewater Utility
Andalusia Utilities
Anderson City Utilities
Anderson City Utilities, IN
Anne Arundel County Water and Wastewater
Anniston Water Works, AL
Antioch Redevelopment Partners, LLC
AP Adler NVIP, LLC
Apex Billing Solutions
Appalachian Power
Apple Ventures, LLC
APS
APS/Arizona Public Service
AQUA IL
Aqua Indiana, Inc.
Aqua New Jersey/1269
Aqua OH
Aqua Pennsylvania/1229
Aquarion Water Company of CT
Arboreal Real Estate LLC
Arizona Public Service
Arizona Water Company
Arkansas Oklahoma Gas Corp (AOG)
Arlington Utilities
Armstrong
Arnot Realty
Artesian Water Company, Inc.
AT&T
AT&T (AMERITECH)
AT&T (BELLSOUTH)
AT&T (PACIFIC BELL)
AT&T (SOUTHWESTERN BELL)
AT&T MOBILITY

Atascadero Mutual Water Co
Athens Clarke County, GA
Athens Township Authority, PA
Atlanta Gas Light (AGL)
Atlantic Broadband
Atlantic City Electric
Atlantic City Electric/13610
Atlantic Municipal Utilities
ATMC
Atmos Energy
Atos IT Solutions and Services Inc
Auburn Water & Sewer Dist, ME
Auburn Water District, MA
Augusta Utilities Department
Aurora Water/City of Aurora, CO
Austell Natural Gas System
Automotive Realty Corp.
Autoridad de Acueductos y Alcantarillado
Avenel Realty Associates, LLC
Avista Utilities
Azusa Light & Water Department
BAI Rutland LLC
BAJSA
Baker & Baker
Baker Properties LP
Baldwin EMC
Baltimore Gas & Electric
Bangor Gas, ME
Bangor Water District
Bath Electric Gas & Water
Bay County Dept of Water & Sewer MI
BCSP OND Property LLC
BCWSA (Bucks County Water & Sewer)
BCWSD
Beaches Energy Services
Bear Valley Electric Service
Beaufort-Jasper Water & Sewer Authority
Beaver Falls Municipal Authority
Beckley Sanitary Board WV
Beckley Water Company, WV
Belleville Treasurers Office
Belmont County Sanitary Sewer Dist, OH
Belmont Petroleum Corp.
Belvidere Water and Sewer Department
Ben Tobin Companies, LTD
Benderson Development Co., Inc - 823201
Bensalem MZL LLC
Benton County PUD
Benton PUD
Berkshire Gas Company
Berkshire Mall LLC - W510159
Berlin Township, MI
Berwick Associates
BGE
Big Box Property Owner E, LLC
Big Flats Water Dept
Big V Town Centre

Birch Communications
Bi-State Propane - 5135
Bi-State Propane,NV
Black Hills Energy
Black Hills Energy - Kansas Gas Utility Company
Blackfox Parkway Associates
Blackman Charter Township
Blue Ribbon Fuel Corp.
Bluefield Gas Company
Bluefield Gas Company/932522
Bluefield Gas Company/94608
Board of Municipal Utilities, Sikeston
Board of Public Utilities- Cheyenne, WY
Board of Public Utilities-Cheyenne, WY
Board of Public Works - Malden, MO
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Akron,PA
Borough of Belle Vernon, PA
Borough of Chambersburg, PA
Borough of Edwardsville
Borough of Elmwood Park,Water Collection
Borough of Ephrata, PA
Borough of Glassboro, PA
Borough of Hanover, PA
Borough of Indiana, PA
Borough of Lawnside Sewer Dept
Borough of Maywood, NJ
Borough of Paramus, NJ
Borough of Shillington, PA
Borough of Watchung, NJ
Bossier City Utilities Dept. LA
Bottini Fuel
Boulevard Mall SPE, LLC
Bowling Green Municipal Utilities
Bradley Public Service District, WV
Bradys Run Sanitary Authority, PA
Braelinn Village 1752 LLC
Braelinn Village II, LLC
Brainerd Public Utilities
Braintree Electric Light Department
Braintree Water & Sewer Dept
BRE Retail Residual Owner 1, LLC
BRE Retail Residual Owner 1, LLC/713547
Breckenridge Assoc LLC
Brick Township Municipal Utilities
Brighthouse Networks
BrightRidge
Bristol Virginia Utilities (BVU)
Brixmor GA Streetsboro Crossing LLC
Brixmor Hamilton Plaza Owner LLC
Brixmor IA Southfield (MI) SC LLC
Brixmor Miami Gardens, LLC
Brixmor Property Group
Brodhead Creek Regional Authority,PA
Brownsburg Management Group LTD
Brownsville Public Utilities Board

Brunswick & Topsham Water District
Brunswick Sewer District
Brunswick-Glynn County Joint
Buckeye Water District, OH
Buena Vista Township Water & Sewer Dept.
Buffalo Water
Builders, Inc-Comml Div.
Burbank Water and Power
Burlington Township Water&Sewer Utility
Butler County Water & Sewer Department
BV Associates
BVS Poughkeepsie, LLC
Byron Township MI
C. Hoffberger Co.
Cable One
Cabot Waterworks
Cafaro Bradford/Tuller Sq
Caledonia Utility District
Calhoun Utilities, GA
California Water Service- Bakersfield
California Water Service- Salinas
California Water Service- Stockton
California Water Service- Torrance
California Water Service- Visalia
California Water Service-Bakersfield
California Water Service-Chico
California Water Service-Salinas
California Water Service-Stockton
California Water Service-Torrance
California Water Service-Visalia
California-American Water Company
Caln Township, PA
Calvert County Government, MD
Camden County MUA
Cape Fear Public Utility Authority
Cape Town Plaza LLC
Capital Electric Cooperative, Inc
Capital Enterprises, Inc.
CAPREF Lloyd Center LLC
Carbon Emery Telcom
Carolina Mall-Hull Storey Retail Group
Carolina Place
Carroll Home Services
Carroll Partnership LLP
Cascade Natural Gas
Caseyville Township Sewer System (IL)
Cedar Rapids Municipal Utilities
Cedar-Circle LLC
Centerpoint Energy - Tx (Inc. Houston)
CenterPoint Energy Minnegasco/4671
CenterPoint Energy/1325/4981/2628
CenterPoint Energy
Central Florida Gas
Central Hooksett Water
Central Hudson Energy Group, Inc.
Central Hudson Gas & Electric Co
Central Maine Power (CMP)

Centro Enfield LLC
Chambersburg Mall Realty LLC
Champion Energy Services, LLC
Champion Energy Services, LLC/4723
Champion Energy Services, LLC/4749
Champion Energy Services/4190
Champion Energy, LLC/4749
Charles County Government
Charles Mall Co., LP
Charleston County Revenue Collections
Charleston Sanitary & City of Charleston
Charleston Water System
Charlevoix Township Treasurer, MI
Charlotte County Utilities
Charter Communications
Charter Township of Blackman, MI
Charter Township of Madison, MI
Charter Township of Orion, MI
Charter Township of Plymouth, MI
Charter Township of Port Huron, MI
Chattanooga Gas Company/5408
Chautauqua County, NY
Chelan County Public Utility District
Chemung County Sewer Districts
Chenowith Water PUD
Cherokee Electric Coop, AL
Chesapeake Utilities
Chesapeake Utilities-Sandpiper Energy
Chillicothe Utilities Dept, OH
Christian Brothers University
Chugach Electric
Chugach Electric Association
CINCINNATI BELL
Citizens Electric Corp, MO
Citizens Energy Group
Citizens Gas Fuel Co IN
Citrus Heights Water District
City & County of Butte-Silver Bow
City Corporation - Russellville W & S
City Finance Director
City of Aberdeen, SD
City of Aberdeen, WA
City of Abilene, TX
City of Adrian, MI
City of Aiken, SC
City of Akron-Utilities Business Office
City of Alamogordo, NM
City of Alexandria, LA
City of Alhambra, CA
City of Allen, TX - Utility Dept
City of Alliance, NE
City of Altamonte Springs, FL
City of Alton, IL
City of Amarillo, TX
City of Ammon, ID
City of Anaheim, CA
City of Ann Arbor Treasurer, MI

91

City of Antioch, CA
City of Ardmore, OK
City of Arlington, TX
City of Arroyo Grande, CA
City of Artesia, NM
City of Arvada, CO
City of Asheboro, NC
City of Asheville, NC
City of Ashtabula, OH
City of Athens Utilities
City of Athens, TX
City of Attleboro, MA
City of Aurora, IL
City of Austin, TX
City of Azle, TX
City of Bakersfield, CA
City of Baltimore, MD (metered water)
City of Bangor Wastewater
City of Barberton, OH
City of Bartlesville, OK
City of Battle Creek, MI
City of Baytown, TX
City of Beaumont, TX
City of Beaverton, OR
City of Beeville, TX
City of Belleview, FL
City of Belleville, IL
City of Bellingham, WA
City of Belton, TX
City of Benicia, CA - Benicia Utilities
City of Bethlehem, PA
City of Big Spring, TX
City of Billings, MT-30958
City of Binghamton, NY
City of Bishop, CA
City of Bismarck, ND
City of Bloomington, IL
City of Bloomington, IN
City of Bloomington, MN
City of Bluefield, WV
City of Blythe CA
City of Boca Raton, FL
City of Boynton Beach, FL/Utilities Dept
City of Branson, MO
City of Brea, CA
City of Brevard, NC
City of Brewton Utilities AL
City of Bridgeport, WV
City of Brighton, CO
City of Brockton, MA
City of Brookfield, WI
City of Brooklyn Center, MN
City of Brooksville, FL
City of Buena Park, CA
City of Burbank, CA
City of Burlington, NC
City of Burlington, WA

City of Burnsville, MN
City of Calumet City, IL
City of Camarillo, CA
City of Camas, WA
City of Cambridge, MA
City of Cambridge, OH - Utilities Dept
City of Camden, SC
City of Cape Girardeau, MO
City of Carlsbad, CA
City of Carroll Utilities, IA
City of Casa Grande, AZ
City of Casper, WY
City of Centerville, GA
City of Centralia, WA
City of Ceres, CA
City of Cerritos, CA - Water Billing
City of Chandler, AZ
City of Charles City, IA
City of Charlevoix Utilities, MI
City of Charlotte, NC
City of Charlottesville, VA
City of Chattanooga, TN
City of Cheboygan, MI
City of Chehalis, WA
City of Cherokee, IA
City of Chicago, IL- Dept. of Water
City of Chubbuck, ID
City of Chula Vista, CA
City of Clearwater, FL
City of Clermont, FL
City of Cleveland Division of Water
City of Clinton, OK
City of Clovis, CA
City of Clovis, NM
City of Coalinga, CA
City of Cocoa, FL
City of Coeur d Alene, ID
City of College Park, GA
City of Colonial Heights, VA
City of Colorado Springs, CO
City of Columbia, MO
City of Columbia, MS
City of Columbia, SC - Water
City of Commerce, GA
City of Concord, NC
City of Concord, NH
City of Conway, SC
City of Cookeville, TN
City of Coon Rapids, MN
City of Cornelia, GA
City of Corona, CA
City of Corpus Christi, TX
City of Corpus Christi,TX-Utility Business
City of Corvallis, OR
City of Covington, GA
City of Covington, GA
City of Craig, CO

City of Craig, CO
City of Crockett, TX
City of Crossville, TN
City of Crossville, TN
City of Crystal Lake, IL
City of Cudahy Water/Sewer Dept
City of Dallas, TX
City of Danbury-Water Dept.
City of Danville, VA
City of Danville, VA
City of Davenport, IA
City of Davenport, IA
City of Daytona Beach, FL
City of Daytona Beach, FL
City of Dearborn, MI
City of Dearborn, MI
City of Decatur, IN
City of Defiance
City of Deland, FL
City of Delano, CA
City of Denton, TX
City of Des Plaines, IL
City of Detroit Lakes, MN
City of Devils Lake, ND
City of Dinuba
City of Douglas, GA
City of Dover, DE
City of Downey, CA
City of Dubois, PA
City of Duluth Comfortsystems
City of Durham, NC (Sewer/Water)
City of Eaton, OH
City of Eau Claire, WI
City of Edmond, OK
City of Effingham, IL
City of El Cajon, CA
City of El Centro, CA
City of Elgin, IL
City of Elkins, WV
City of Elko Utility Bill
City of Ellensburg, WA
City of Elmhurst, IL
City of Elwood Utilities, IN
City of Elyria - Elyria Public Utilities
City of Elyria - Stormwater
City of Emporia, KS
City of Englewood, CO
City of Enid, OK
City of Escanaba-Utilities
City of Escondido, CA
City of Eureka, CA
City of Everett Utilities, WA
City of Fairmont, MN
City of Fall River Water Department
City of Fargo, ND
City of Farmers Branch, TX
City of Farmington, NM

City of Fayetteville, AR
City of Fenton, MI
City of Fernandina Beach-Utility Dept
City of Fitchburg, MA
City of Flagstaff, AZ
City of Florence, SC
City of Fond Du Lac, WI
City of Fort Dodge Water Billing
City of Fort Lauderdale, FL
City of Fort Myers, FL
City of Fort Oglethorpe, GA
City of Fort Smith, AR
City of Fort Walton Beach, FL
City of Fostoria, OH
City of Frederick, MD
City of Fresno, CA
City of Frisco, TX
City of Fulton, NY
City of Gainesville, GA
City of Galesburg, IL
City of Gallipolis, OH
City of Garden City, KS
City of Garland Utility Services
City of Gastonia, NC
City of Gillette, WY
City of Glendale, AZ/500
City of Glendale, CA - Water & Power
City of Glendive, MT
City of Glenwood Springs, CO
City of Goldsboro, NC
City of Gonzales, LA
City of Goodlettsville, TN
City of Grand Island, NE
City of Grand Junction, CO
City of Grand Rapids, MI
City of Grandville, MI
City of Granite City, IL
City of Grapevine, TX
City of Grass Valley, CA
City of Grayling, MI
City of Great Falls, MT
City of Greeley, CO
City of Greenfield, WI
City of Greensboro, NC
City of Greenville, MI
City of Gresham, OR
City of Griffin, GA
City of Gulfport, MS
City of Guymon, OK
City of Hagerstown
City of Hamilton, MT
City of Hanford, CA
City of Hastings, MI
City of Hattiesburg, MS/1897
City of Havre, MT
City of Heath, OH
City of Helena, MT

City of Hemet, CA
City of Henderson, KY
City of Henderson, NV - Utilities Srvc
City of Hesperia, CA
City of Hialeah, FL-Dept of Water & Sewe
City of Hialeah, FL-Dept of Water & Sewer
City of Hickory, NC
City of High Point, NC
City of Hobbs, NM
City of Hollister, CA
City of Hollywood, FL
City of Holyoke, MA
City of Houston, TX - Water/Wastewater
City of Huber Heights, OH
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Hutchinson, KS
City of Idaho Falls, ID
City of Independence, MO
City of International Falls, MN
City of Iowa City, IA
City of Irving, TX
City of Jackson Utility Billing, MI
City of Jackson, AL
City of Jackson, CA
City of Jackson, OH
City of Jacksonville, NC
City of Jacksonville, TX
City of Jamestown, NY
City of Jesup, GA
City of Joliet, IL
City of Joplin, MO
City of Kankakee, IL
City of Kendallville, IN
City of Kennewick, WA
City of Kent, WA
City of Killeen, TX
City of Kingman, AZ
City of Kingsburg, CA
City of Kingsland, GA
City of Kingsport, TN
City of Kokomo, IN
City of Lacey, WA
City of Lafayette, IN
City of Lake Charles Water Division
City of Lake Charles, LA
City of Lake Wales, FL
City of Lakeport, CA
City of Lakewood, CA
City of Lakewood, CO
City of Lancaster, PA
City of LaPorte Utilities, IN
City of LaPorte, IN
City of Laramie, WY
City of Laredo Utilities
City of Laredo, TX

City of Las Cruces, NM
City of Las Vegas - Sewer
City of Lawrence, KS
City of Lawton, OK
City of Lebanon, PA
City of Lebanon, TN
City of Leesburg, FL
City of Lemoore, CA
City of Leominster, MA
City of Lewisburg, WV
City of Lewiston, ID
City of Lima - Utilities, OH
City of Lincoln Park, MI
City of Livonia Water & Sewer Division
City of Livonia, MI
City of London, OH
City of Long Beach, CA
City of Longmont, CO
City of Longview, TX
City of Longwood, FL
City of Lorain, OH
City of Lorain, OH - Water
City of Loveland, CO
City of Lowell, MA
City of Lubbock Utilities, TX
City of Lufkin, TX
City of Lumberton, NC
City of Lynchburg, VA
City of Lynnwood, WA
City of Madison Heights, MI
City of Mandeville, LA
City of Mankato, MN
City of Manteca, CA
City of Marietta, OH
City of Marine City
City of Marion, IL
City of Marion, OH
City of Marlborough, MA
City of Marshall, MI
City of Martinsburg, WV
City of Mary Esther, FL
City of Maryville Utilities,TN
City of Massillon, OH
City of Mauston, WI
City of McHenry - 333
City of Medford, OR
City of Melbourne, FL
City of Menominee, MI
City of Merced, CA
City of Meridian, MS
City of Mesa, AZ
City of Mesquite, TX
City of Middletown, OH
City of Midland, MI
City of Midland, TX
City of Midwest City, OK
City of Milledgeville GA

City of Milton, FL
City of Mineral Wells,TX
City of Minnetonka, MN
City of Minot, ND
City of Mission,TX
City of Modesto, CA
City of Moline, IL
City of Monroe, LA
City of Monroe, NC
City of Monroe, OH
City of Montclair, CA
City of Morganton, NC
City of Moscow, ID
City of Moses Lake, WA
City of Moultrie, GA
City of Mount Airy, NC
City of Mt Pleasant, MI
City of Mt. Pleasant, TX
City of Mt. Vernon Utility Dept, IL
City of Mt. Vernon, IL
City of Muskegon, MI
City of Muskogee, OK
City of Myrtle Beach, SC
City of Nampa, ID
City of Naperville, IL
City of Naples, FL
City of Neptune Beach, FL
City of Nevada, MO
City of New Brunswick, NJ
City of New London, CT
City of Newark, DE
City of Newburyport, MA
City of Niles, OH
City of Norman, OK
City of North Canton, OH
City of North Las Vegas, NV- Finance Dep
City of North Miami Beach, FL
City of North Miami, FL
City of Novi, MI
City of Oak Ridge, TN
City of Oakdale, CA
City of Ocala, FL
City of Oceanside, CA
City of Odessa, TX
City of O'Fallon, IL
City of Oklahoma City, OK
City of Olathe, KS
City of Olean, NY
City of Olive Branch, MS
City of Olympia, WA
City of Ontario Water\Sewer Dept
City of Opelousas, LA
City of Orange, CA
City of Oregon, OH
City of Ottawa, IL
City of Oviedo, FL
City of Panama City Beach, FL

City of Panama City, FL
City of Paris, TX
City of Parkersburg, WV
City of Pasadena, CA
City of Pasadena, TX
City of Pekin, IL
City of Pell City, AL
City of Pembroke Pines, FL
City of Pensacola, FL
City of Perry, FL
City of Perryville, MO
City of Peru, IL
City of Petaluma, CA
City of Phenix City, AL
City of Philadelphia - Water Revenue, PA
City of Phoenix, AZ - 29100
City of Phoenix, AZ - City Services
City of Pickerington, OH
City of Pikeville, KY
City of Pineville, LA
City of Piqua, OH
City of Pittsburg, KS
City of Plano, TX
City of Plantation, FL
City of Pleasanton, CA
City of Pompano Beach, FL
City of Port Arthur, TX
City of Portage, MI
City of Portland, OR
City of Portland, OR/4216
City of Portland, TX
City of Portsmouth, NH
City of Prescott, AZ
City of Puyallup - Utilities
City of Rahway, NJ
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Red Oak, IA
City of Redding, CA
City of Redlands, CA/6903
City of Redmond, WA
City of Redwood City
City of Reidsville, NC
City of Reno, NV
City of Richardson, TX
City of Richland, WA
City of Richmond, MI
City of Richmond, VA
City of Ridgeland, MS
City of Ripon,WI
City of Rochester, NH
City of Rock Hill, SC
City of Rockford, IL
City of Rocky Mount
City of Rome, GA
City of Rome, NY
City of Roseburg, OR

95

City of Roseville, CA
City of Roseville, MI
City of Roswell, NM - Water Dept
City of Round Rock, TX
City of Russell Springs Sewer & Water
City of Sacramento, CA-Dept of Utilities
City of Saint Paul, MN
City of Salem, OR
City of Salem, VA
City of Salina, KS
City of Salisbury, NC
City of San Angelo Utility Billing
City of San Bernardino, CA - Water
City of San Bruno, CA
City of San Jose, CA
City of San Luis Obispo, CA
City of Sandusky, MI
City of Sanford, FL
City of Sanford, NC
City of Santa Ana, CA
City of Santa Barbara, CA
City of Santa Clara, CA
City of Santa Fe, NM
City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Paula, CA
City of Santa Rosa, CA-Tax Bills
City of Santa Rosa, CA-Water & Sewer
City of Sarasota, FL
City of Savannah, GA
City of Scappoose
City of Scotts Valley, CA
City of Scottsbluff, NE
City of Sealy, TX
City of Seattle
City of Sebring, FL
City of Sevierville, TN
City of Shawnee, OK
City of Shelby, NC
City of Sheridan, WY
City of Sherman, TX
City of Show Low, AZ
City of Shreveport, LA-D O W A S
City of Sierra Vista AZ
City of Sioux City, IA
City of Sioux City, IA/3572
City of Solon, OH
City of Somerset, KY
City of Somerville, MA
City of Southaven, MS
City of Sparks, NV
City of Spokane, WA
City of Springboro, OH
City of Springfield, OH
City of St. Albans MUC
City of St. Albans/1488
City of St. Clair Shores, MI

City of St. Cloud, MN
City of St. George, UT
City of St. Joseph, MO
City of St. Marys, OH
City of St. Peters, MO
City of St. Petersburg, FL
City of Statesboro, GA
City of Statesville, NC
City of Sterling Heights Water
City of Sterling, IL
City of Stockton, CA
City of Streetsboro, OH
City of Sulphur Springs, TX
City of Sumter, SC
City of Sunrise, FL
City of Sweetwater, TX
City of Tacoma Public Utilities
City of Tacoma Solid Waste Management
City of Taft, CA
City of Tallahassee, FL
City of Tallmadge, OH
City of Tampa Utilities
City of Taylor, MI - Water Dept
City of Tehachapi, CA
City of Temple Terrace, FL
City of Terre Haute/Sewer
City of Texas City, TX
City of The Dalles, OR
City of Thief River Falls, MN
City of Thomasville - AL
City of Thornton, CO
City of Thousand Oaks, CA
City of Tifton, GA
City of Tigard, OR
City of Titusville, FL
City of Tolleson, AZ
City of Topeka, KS
City of Torrance Utilities
City of Trotwood, OH
City of Troy, MI
City of Tucson, AZ
City of Tucumcari, NM
City of Tukwila, WA
City of Tulsa Utilities
City of Tuscaloosa, AL
City of Twin Falls, ID
City of Tyler, TX
City of Union Gap, WA
City of Valdosta, GA
City of Vancouver, WA
City of Vero Beach, FL
City of Victoria,TX
City of Victorville, CA
City of Vienna, WV
City of Virginia Beach, VA
City of Visalia, CA - Utility Billing
City of Waco Water Office

City of Wake Village, TX
City of Walla Walla, WA
City of Warren, MI
City of Warren, OH
City of Warsaw Wastewater Payment Office
City of Wasco, CA
City of Waupaca, WI
City of Waycross, GA
City of Waynesboro, VA
City of Weatherford, TX
City of Webster City, IA
City of Weirton, WV
City of Wenatchee, WA
City of West Allis, WI
City of West Branch, MI
City of West Columbia, SC
City of West Jordan, UT
City of Westland Water
City of Westminster, CA
City of Westminster, MD
City of White Plains, NY
City of Wichita Water Department, KS
City of Wilkes-Barre- Sewer Maint Fee
City of Williamsburg, VA
City of Williston, ND
City of Winston-Salem, NC
City of Winter Park, FL
City of Woodward, OK
City of Wyoming, MI
City of Yonkers, NY
City of Yuba City
City of Yuba City, CA
City of Yuma, AZ
City of Zanesville, OH
City Treasurer - Tacoma Solid Waste Mgmt
City Treasurer Madison - WI
City Treasurer, Virginia Beach
City Treasurer-Public Utilities Dept
City Utilities (Fort Wayne, IN)
City Utilities Commission (Corbin, KY)
City Utilities of Springfield, MO
City Water & Light (CWL)
City Water Light & Power, Springfield IL
Clackamas River Water
Clark County Water Reclamation District
Clark Kennett Realty Partners
Clark Public Utilities
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clarksville Wastewater Treatment Dept, I
Clay County Utility Authority,FL
Clay Electric Cooperative/Orange Park
Clayton County Water Authority
Cleco Power LLC
Clermont County Water Resources, OH
Cleveland Avenue Associates
Clinton Township Treasurer, MI

Coachella Valley Water District
Collector's Office, Fall River
College Station Utilities - TX
College Township Water Authority, PA
Collier Twp Municipal Authority
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Gas of Massachusetts
Columbia Gas of Ohio
Columbia Gas of Ohio - GTS
Columbia Gas of Pennsylvania
Columbia Gas of Pennsylvania - GTS
Columbia Gas of Pennsylvania GTS
Columbia Gas of Virginia
Columbia Power & Water Systems (CPWS)
Columbia River PUD
Columbia Water Company
Columbiana County Water & Sewer
Columbus - City Treasurer
Columbus Light and Water Dept.
Columbus Water Works
Columbus-City Treasurer Power Sewer/Wat
Com Ed
Commissioners of Public Wks - Grnwood SC
Commissioners of Public Works-Summervill
COMPORIUM
Con Edison
ConEdison Solutions
Connecticut Natural Gas Corp (CNG)
Connexus Energy
Consolidated Edison
Consolidated Irrigation Dist #19
Consolidated Mutual Water
Constantino Noval NV 2 LLC
Constellation
Constellation NewEnergy Gas Div LLC
Constellation NewEnergy Gas Div
Constellation NewEnergy
Constellation NewEnergy/TX
Consumers Energy
Continental Realty Corporation
Contra Costa Water District
Conway Corporation
Coplay-Whitehall Sewer Authority
Coral Springs Improv. Dist.
Corinth Gas & Water Dept
Coronado Center
CoServ
Council Bluffs Water Works
County of Henrico, VA
County of York, VA
COVAD COMMUNICATIONS
Covington Township Sewer Authority, PA
Coweta-Fayette EMC
Cox Communications
CPS Energy

Cranberry Township, Seneca
Creek Road Partners LLC
Crystal City Water Department
Cspire
Cucamonga Valley Water District
Cumberland Mall LLC
Cumberland Valley Rural Electric Coop
Dakota Central
Dakota Electric Association
Dalton Utilities
Dam Neck Crossing
Danville Sanitary District
Dartmouth Mall
Davidson Partners
Dayton Power & Light
Dead River Company/11000
Dead River Company/Brewer
Dekalb County Water/Sewer System
Delle Donne & Associates, Inc.
Delmarva Power - Md
DELMARVA POWER DE/MD/VA/17000/13609
Delta Charter Township, MI
Delta Natural Gas Co Inc/Corbin
Demopolis Water Works & Sewer Board
Denver Water
Department of Public Utilities, OH
Department of Public Utilities/NY
Department of Water Supply, CO of Maui
Department of Water, County of Kauai
Dept of Public Utilities, Wellsville
Dept of Public Utilities,OH
Dept of Utilities City of Quincy IL
Dept of Water Supply/County of HI
Deptford Township MUA, NJ
Des Moines Water Works
Des Moines Water Works, IA
Destiny USA Holdings LLC
Direct Energy Business
Direct Energy
Direct Energy/643249/660749
Director of Finance, MD
Directv
Diversified Development Group
Division of Water and Wastewater, OH
Docomo Mariana Cablevision
Dolphin Partners, Inc.
Dominion East Ohio/26225
Dominion East Ohio/26785
Dominion Energy Ohio/26225
Dominion Energy Ohio/26785
Dominion Energy West Virginia
Dominion Energy/45841
Dominion Hope/26783
Dominion Retail, Inc/298
Dominion VA/NC Power/26543/26666
Dothan Utilities
Douglasville-Douglas County GA

Dover Water Commissioners NJ
Doylestown Township Municipal Authority
DPL Energy Resources
Draper City Corporation
DTE Energy - Michcon
DTE Energy/630795/740786
Duke Energy
Duke Energy (Oh)
Duke Energy Progress
Duke Energy/1004
Duke Energy/1326
Duke Energy/70515/70516
Duke Energy/70516
Duo County Telephone
Dupage County Public Works
Duquesne Light Company
Durant City Utility, OK
DWP-City of Big Bear Lake
Dyersburg Gas & Water Dept
Earthlink Business
East Bay Municipal Utility Dist (EBMUD)
East Brunswick Water/Sewer Utilities
East Norriton Township
East Pennsboro Township
East Richland Co. P. S. D.
Eastern Municipal Water District
Eastern Oil Company
Eastern Propane & Oil
Easton Suburban Water Authority
Eastpoint Mall
Eastview Mall, LLC.
Edgewater Mall
El Dorado Irrigation District (CA)
El Paso Electric Company
El Paso Electric/650801
El Paso Water Utilities
Electric Board City of Muscle Shoals
Electric City Utilities/City of Anderson
Elizabethtown Area Water Authority
Elizabethtown Borough
Elizabethtown Gas
Elizabethtown Utilities, KY
Elk Valley Public Service District
Elkhart Public Utilities
Elyria Public Utilities
Emera Maine
Emerald Coast Utilities Authority
Empire District
Enbridge St. Lawrence Gas
Energy Management Systems
Energy West - Montana
EnergyWorks Lancaster, LLC
ENGIE Resources
Engie Resources, LLC
Enstar
Entergy Arkansas, Inc.
Entergy Gulf States LA, LLC

Entergy Louisiana, Inc.
Entergy Mississippi, Inc.
Entergy Texas, Inc.
EPB - Electric Power Board-Chattanooga
EPCOR Water
Eric Richard IB Co., LLC
Erie County Water Authority
Erie Water Works
ETCBW, LLC c/o Steiner + Associates
Eugene Water & Electric Board (EWEB)
Evansville Water and Sewer Utility
Evansville, IN Waterworks Dept
Everett Utilities
Eversource Energy
Eversource Energy/56003
Eversource Energy/56004
Eversource Energy/56005
Eversource Energy/56007
Eversource Energy/650032
Eversource Energy/650034
Eversource Energy/650047
Eversource Energy/650851
Eversource Energy/660369
Eversource Energy/660753
Exelon Energy - Comed
F. M. Brown's Sons, Inc.
Fairfax Water - VA
Fairfield Electric Cooperative, Inc.
Fairfield Municipal Utilities
FAIRPOINT
Fayette Water Board, AL
Ferrellgas/MO-Liberty #40
Filly Oil
Financial Services, AK Dept of NR
First Energy - Jersey Central Power & Light Co. (Jcp&L)
First Energy - Metropolitan Edison Co. (Met-Ed)
First Energy - Ohio Edison Co.
First Energy - Pennsylvania Electric Co. (Penelec)
First Energy - Pennsylvania Power Co. (Penn Power)
First Energy - Potomac Edison (Md)
First Energy - The Cleveland Electric Illuminating Co.
First Energy - Toledo Edison Co.
First Energy
Flagg Creek Water Reclamation District
Flathead County Water Dist #1-Evergreen
Flathead Electric Cooperative, Inc.
Flint EMC,GA
Flint Township-Board of Public Works
Florence Utilities, AL
Florence Water & Sewer
Florence Water & Sewer Commission
Florida City Gas/5410
Florida Governmental Utility Auth - AQ
Florida Governmental Utility Auth - GG
Florida Governmental Utility Auth - NFM
Florida Keys Aqueduct Authority
Florida Keys Electric Coop Assoc Inc

Florida Keys Electric Cooperative
Florida Mall Assoc LTD
Florida Power & Light Company (FPL)
Florida Public Utilities Co./2137
Florida Public Utilities
Forest Hills Municipal Authority
Fort Atkinson Water Department WI
Fort Collins Utilities
Fort Hill Natural Gas Authority
Fort Pierce Utilities Authority
Fort Worth Water Dept, TX
Fox Metro
Fox Run Mall
Frankfort Plant Board - 308
Franklin County Sanitary Engineering
Franklin Township Dept of Water
Franklin Township, PA - FTMSA
Frederick County Division of Utilities
Fremont City Waterworks, OH
Fremont UBO
Frenchtown Water
FRONTIER
Fruitland Mutual Water Company
Fruitport Charter Township, MI
FTC
Fulton County Finance Department, GA
Fulton County, GA
Fulton, NY Water Department
Fuqua Park Row LLC
Fusco Enterprises
Fyles Brothers
Gadsden Mall Associates LLC
Gainesville Regional Utilities
Galveston County WCID #1
Garden City Water Department, MI
Garden State Pavilions Center LLC
Gas City Utilities IN
GCI
GCSED
General Growth Properties-Century Plaza
Georgetown Centre Partners, Ltd.
Georgetown Municipal Water & Sewer SVC
Georgia Power
Gerald M. Cohen
GF Valdosta Mall
GGP Limited Partnership-Regency Mall
GGP Mall Of Louisiana, LP
Giant Food Stores, Inc.
Glasgow Electric Plant Board
Glasgow Water Co.
Glendale 2004, LLC
Gloucester County Utilities Dept, VA
GNP Partners
Golden Heart Utilities
Golden State Water Co.
Golden Valley Electric Association
Goleta Water District

99

Goodman Properties/PA
Grand Central Mall
Grand Chute Utilities
Grand Forks Utility Billing
Grand Rapids Public Utilities Commision
Grand Traverse County Dept of Pub Works
Grand Valley Drainage District
Granger-Hunter Improvement District
GRANITE
Grays Harbor PUD
Grayson Rural Elec Coop, KY
Grayson Utilities
Great Hills Retail Inc - IL
Greater Augusta Utility District, ME
Greater Cincinnati Water Works
Greater Hazleton Joint Sewer Authority
Greater Peoria Sanitary District
Greece Town Mall
Green Bay Water Utility
Green Mountain Power (GMP)
Green Mountain Power Corporation
Green Springs LTD
Greenbrier PSD No. 1
Greene Township Muni Auth/PA
Greeneville Light & Power System
Greeneville Water Commission - TN
Greeneville Water Commission- TN
Greenlawn Water District
Greenville Utilities Commission, NC
Greenville Water System, SC
Greenville Water Works & Sewer
Greenville Water, SC
Greenwood Sanitation Department
Greenwood Sanitation Dept/Indianapolis
Gregory F.X. Daly, Collector of Revenue
GreyStone Power Corporation (elec)
Groveport Water Dept.
GS Portfolio Holdings LLC
GSA SPE LLC
Guam Power Authority
Guam Waterworks Authority
Guilford Water Authority
Gulf Power
Gustine Wind Gap Associates II, LTD
Gwinnett Co. Water Resources
HAB-UTIL (Berkheimer Tax Admin)
Hallsdale-Powell Utility District
Hamilton Township
Hampden Township
Hampton Shaler Water Authority
Hampton Shaler Water Authority-Fire Ren
Hampton Shaler Water Authority-HSWA
Hancock Center-c/o Regency Center
Hannay Investment Properties, Inc.
Hanover Township, Lehigh County
Hardin County Water District # 2
Hargray Communications

Harlingen Waterworks System
Harris CO MUD #162
Harris County MUD #275
Harrison Utilities
Hastings Utilities, NE
Hawaii Electric Light Co., Inc. (HELCO)
Hawaii Gas
Hawaiian Electric Company (HECO)
HAWAIIAN TELECOM
Hayward Water System
Hazleton City Authority - Water Dept.
Heidner Property Management
Helix Water District
Henderson/Coyle JT Venture, LP
Henry County Public Service Authority
Heritage Village Water Company
Hermitage Sewer
Hernando County Utilities, FL
Hershey Square 2014 LP
Hesperia Water District, CA
Hicksville Water District
Highland Sewer & Water Authority
Hillsboro Public Utilities/OH
Hillsborough County Water Resource -BOCC
Hixson Utility District, TN
Holyoke Gas & Electric Department
Holyoke Water Works, MA
Hooksett Sewer Commission, NH
Hopkinsville Electric System
Hopkinsville Water Environment Auth
HORIZON
Hot Springs Municipal Utilities
Houghton Lake Sewer Authority
HRSD/HRUBS
Hudson Energy
Hudson Energy Services NY
Hudson Energy Services TX
Hunt Valley Towne Centre
Hyannis Water System
Idaho Power
IGS Energy
IGS Energy - Gas
Illinois American Water
Illinois-American Water Company
Imperial Irrigation District, CA
Incorporated Village of Garden City, NY
Independence Utilities
Indian River County Utilities, FL
Indian Wells Valley Water District
Indiana American Water
Indiana Michigan Power
Indiana-American Water Company
Indianapolis Power & Light (IPL)
Indio Water Authority
Indyme Solutions
Infinite Energy Inc/105247
Infinite Energy Inc-Gas

100

Infuse Energy LLC
Innovative Telephone
Intermountain Gas Company
Interstate Gas Supply, Inc./631919
Iowa American Water Company
Iowa-American Water Company
Irving Oil Corp-ME
Its Integrated Telephone Service
Jackson Commons LLC
Jackson County Water & Sewerage Auth.
Jackson Electric Membership Corp, GA
Jackson Energy Authority - 2288
Jackson Metrocenter Mall Ltd
Jackson Purchase Energy Corp.
Jackson Water Collection, MI
Janesville Water & Wastewater Utility
Jardel Co., Inc
Jasper Municipal Utilities
Jasper Waterworks & Sewer Board, Inc AL
JDBA Vegas, LLC
JEA
Jefferson City Utilities, MO
Jefferson County AL, Sewer Service Fund
Jefferson Parish, LA
Jennings 1-6 LLC
Jersey Central Power & Light
Jersey City MUA
Jersey City Municipal Utilities Auth.
Johnson City Municipal Services
Johnson City Power Board
Johnson City Utility System
Johnson County Wastewater - 219948
Joint Water & Sewer Commission
Jointly Owned Natural Gas
Jones-Onslow Electric
Jordan Valley Water Conservancy District
JPC Investments
JPMCC 2006-LDP7 Centro Enfield LLC
JSM at Route 70, LLC
Jurupa Community Services District
Juster Development
KAIROS
Kamehameha Schools
Kamps Propane of Hayward, CA
Kamps Propane of Sacramento, CA
Kansas City Board of Public Utilities
Kansas City Power & Light Co./219330
Kansas City Power & Light Co./219703
Kansas Gas Service
Kauai Island Utility Cooperative
K-Bay Plaza LLC
KC Water Services
KDHWWTP
Kearny Water Department
Kenhorst MZL LP
Kennebec Water District
Kenosha Water Utility

KENSA Cranberry Associates
Kent Landing Limited Partnership
Kenton Water Works, OH
Kentucky Terminal, INC
Kentucky-American Water Company
Keys Energy Services
KIMCO - Great Barrington 609
Kimco Delaware Inc.
Kin Properties, Inc.
Kissimmee Utility Authority
Kitsap County Public Works
Kootenai Electric
Kootenai Electric Cooperative
KRCV
KRE Colonie Owner LLC
KRG Las Vegas Centennial Center, LLC
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company
La Crosse Water Utility
Lackawanna River Basin- LRBSA
Lackawanna River Basin-LRBSA
Laclede Gas Company
Lafayette Utilities Systems (LUS)
Lake County Dept of Public Works, IL
Lake County Dept. of Utilities (OH)
Lake Havasu City
Lake Pointe Shopping Center, LP
Lakehaven Water & Sewer District
Lakeland Electric/City of Lakeland,FL
Lakeline Developers
Lancaster Area Sewer Authority PA
Lancaster Utilities Collection-Office
Landis Sewerage Authority
Lansing Board of Water & Light
Las Vegas Valley Water District
Latrobe Municipal Authority, PA
Lavale Associates II LLC
Layton City Corporation
LCEC- Lee County Electric Cooperative
LCWSA-Lycoming County Water & Sewer Auth
Lee County Utilities
Lee County Utilities, AZ
Lees Summit Water Utility
Lenoir City Utilities Board (LCUB)
LEVCO Management, Inc.
LEVEL 3
Levin Management Corporation
Lewis County Public Utility District
Lewis County PUD
Lexington-Fayette Urban County Govt
LG Realty Advisors
LG&E - Louisville Gas & Electric
Liberty Power Holdings, LLC
Liberty Utilities - NH
Liberty Utilities Georgia
Liberty Utilities Midstates
Liberty Utilities/219501

101

Liberty Utilities/219599
Liberty Utilities/6004
Liberty Utilities/6005
Liberty Utilities/80374
Lima Center LLC
Lincoln Electric System
Lincoln Water System
Littleton Water and Light, NH
Lockhart Garden,Inc.
Lockhaven Zamagias LTD Partnership
Logan Township Municipal Utilities Auth
Logan Township, PA
London Utility Commission, KY
Los Angeles County Waterworks
Los Angeles Dept of Water & Power/30808
Loudoun Water
Louisville Water Company
Lower Paxton Township Authority
Lower Southampton Township - PA
Lower Swatara Township Auth PA
Lower Valley Energy/Jackson, WY
LSREF Summer REO Trust 2009
LSREF3 Spartan (Genesee) LLC
Lubbock Power Light & Water
Lumos
Lycoming Mall Realty Holding LLC
MABL-Borough of Lewistown, PA-Water
Macerich Fiesta Mall LLC
Macerich Lubbock Ltd.
Macerich Management Company
Macerich Partnership LP/Chesterfield
Macomb City Waterworks
Macon Water Authority
Madawaska Water District
Madison County Sanitary Sewer, SSA#1
Madison Gas and Electric - WI
Madison Gas and Electric, WI
Madison Suburban Utility Dist
Magnolia Water System
Maine Natural Gas, ME
Malaga County Water District
Mall at Montgomeryville LP
Mall At Valle Vista LLC
Manager of Finance/Denver, CO
Manchester Water Works
Manhasset-Lakeville Water District
Manpower Communications
Mantua Township Municipal Utilities Auth
Marbles Enterprises & Molly Belle Prop.
Marietta Power
Marin Municipal Water District
Marshall County Gas Dist AL
Marshalltown Water Works
Martin County Utilities
Maryland-American Water Company
Matanuska Electric Association, Inc.
MATANUSKA TELEPHONE ASSOCIATION

MATR/Township of Robinson,PA
Maui Electric Company (MECO)
MAWC
Maysville Utility Commission, KY
McAllen Public Utilities -TX
MCI
McKinley Mall LLC/NY
McKinleyville Community Services Dist
MCP VOA II LLC
MCUD-Manatee County Utilities Department
Meadows Mall
Medford Electric Utility
Medford Water Commission, OR
Mediacom
Medina County Sanitary Engineers
MEGAPATH
Melvin D Hutchings
Memphis Light, Gas & Water Division
Merrillville Conservancy District
Mesa Water District
Met-Ed/3687
Metro Technology, Inc. (LA)
Metro Water Services TN
Metronet
Metropolitan St. Louis Sewer Dist/437
METROPOLITAN TELECOMMUNICATIONS
Metropolitan Utilities Distric/2166/3600
Metropolitan Water Reclamation District
Miami-Dade County Stormwater Utility
MIAMI-DADE WATER AND SEWER DEPT
Michigan Dept. of Environmental Quality
Michigan Gas Utilities
Mid Valley Disposal, Inc.
MidAmerican Energy Company
Midcontinent Communications
Middle Tennessee Electric Membership
Middle Tennessee Natural Gas
Middlesex Water Company
Midland Public Service District, WV
Midwest Natural Gas Corp, IN/707
Midwood Management Corp.
Millcreek Township Sewer and Water
Milwaukee Water Works
Minneapolis Finance Dept.
Minnesota Energy Resources
Minnesota Energy Resources Corporation
Minnesota Power
Mishawaka Utilities
Mishawaka Utilities, IN
Mission Springs Water District
Mississippi Power
Missouri Gas Energy (MGE)
Missouri-American Water
MOAC Mall Holdings, LLC/1450
Mobile Area Water & Sewer System-MAWSS
Modesto Irrigation District
Mohave Electric Cooperative

Mohawk Valley Water Authority
Molay Inc c/o Southpace Mgmt Inc
MonPower/Monongahela Power
Monroe County Water Authority
Monroeville Municipal Authority
Montana-Dakota Utilities Co.
Monte Vista Water District
Monterey One Water
Monterey Regional Water P.C.A.
Montgomery County Environmental Svs, OH
Montgomery Mall LLC
Montgomery Township Municipal Sewer Auth
Montgomery Water Works
Moon Township Municipal Authority
Morgantown Utility Board
Morristown Utility Commission
Morrisville Municipal Authority
Moseley Associates, LTD
MOUNTAINEER GAS/5656
MP2 Energy Texas
M-Red Management Inc.
MSD Buncombe County
Mt. Olympus Improvement District
MTMSA
Muncie Sanitary District
Municipal Authority of Allegheny Townshi
Municipal Authority of Allegheny Township
Municipal Authority of Hazle Township
Municipal Light & Power (Anchorage, AK)
Municipal Light & Power/Anchorage
Municipal Sanitary Auth-New Kensington
Municipal Services Commission
Municipal Utilities Board of Albertville
Municipal Utilities/Poplar Bluff, MO
Municipal Water Authority-New Kensington
Murfreesboro Electric Department (MED)
Murfreesboro Water & Sewer Dept.
Murray City Corporation, UT
Muskegon County Public Works
MZIRP, Inc.
Namdar Realty Group LLC
Naples South Realty Associates LLC
Nashua Waste Water System
Nashville Electric Service
Natchez Water Works, MS
National Fuel Gas - Pa
National Fuel Resources
National Fuel Resources/9072/371810
National Fuel
National Grid - Brooklyn/11741
National Grid - Hicksville/11791
National Grid - Massachusetts/11737
National Grid - New York/11742
National Grid - Newark/11735
National Grid - Rhode Island/11739
National Grid
National Realty & Development Corp.

Natural Resource Management
NDF III MJ Crossing LLC
Nebraska Public Power District
New AFC Realty LLC
New Albany Municipal Utilities
New Castle County Delaware
New Castle Sanitation Authority
New Castle Union Assoc/McKinney Prop
New Castle Utilities, IN
New Century Associates Group, LP
New Jersey American Water Company/371331
New Jersey Natural Gas Company (NJR)
New Mexico Gas Company
New York American Water
New York State Electric & Gas
Newport News Waterworks
Nicor Gas Transportation
Nicor Gas/2020/0632/5407
NIPSCO - Northern Indiana Public Serv Co
Nittany Centre Realty LLC
NJNG
Norry Management Corporation
North Attleborough Electric
North Beckley PSD
North Charleston Sewer District
North Dakota Telephone
North Georgia EMC
North K I-29 2004 LLC
North Little Rock Electric
North Shore Gas
NORTH STATE
North State Communications
North Vernon Water & Wastewater Dept IN
North Versailles Township Sanitary Autho
North Wales Water Authority
Northampton Borough Municipal Authority
Northcentral EPA
Northeast Career Planning, The Workshop
Northeast Ohio Regional Sewer District
Northern Kentucky Water Dist
Northern Telephone & Data
Northern Virginia Electric Cooperative
Northern Wasco County PUD
Northland Communications
Northwestern Electric Cooperative, Inc
Northwestern Energy
NorthWestern Energy, MT
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYC Water Board
NYSEG-New York State Electric & Gas
O Fallon Water & Sewer Department, IL
O.B.M.U.A.
Oahu Gas - 7801
Oahu Gas Service
Oak Hill Sanitary Board

103

Oak Ridge Baptist Church, Inc
Oak Ridge Utility Dist TN
OASG Hazlet LLC
Oceanic Time Warner Cable
Oconomowoc City Utilities
OCW Retail-Dedham
OCWA-Onondaga County Water Authority
OG&E -Oklahoma Gas & Electric Service
Ogden City Utilities
Ohio Edison
Ohio Gas Company
Ohio Valley Mall
Oklahoma Natural Gas Co: Kansas City
Olde Sproul Shopping Village
Omaha Public Power District
Oncor
One Penn Plaza, LLC/371486
Oneida Company Ltd.
Onslow Water & Sewer Authority
Ontario Municipal Utilities Company
Ontario Water Works
Orange and Rockland Utilities - Ny
Orange and Rockland Utilities (O&R)
Oscoda Township, MI
Osterman Propane LLC-Methuen
Osterman Propane LLC-Palmer
Osterman Propane LLC-Plainfield
Otter Tail Power Company
Owensboro Municipal Utilities (OMU)
Oxford Valley
Oxford Water Works, AL
Ozarks Electric Cooperative Corporation
P7/Sealy 1050 Venture Owner, LP
PA Municipal Service Co
Pace Water Systems, Inc
Pacific Gas & Electric
Pacific Gas & Electric Co.
Pacific Power-Rocky Mountain Power
Paducah Power System
Paducah Water Works
Paintsville Utilities
Palace Properties
Palatka Gas Authority
Palm Beach County Water Utilities Dept
Palmetto Electric Coop
Panhandle Telephone Cooperative, Inc.
Paradise Irrigation District
Parkersburg Utility Board
Parr Reno Water Company
Pasco County Utilities
Paulding-Putnam Electric Cooperative
PCK Development Company LLC
Pea Ridge Public Serv Dist
Peabody Municipal Light Plant
Pearl Brook Ltd.
Pearl River Valley EPA
Peco

PECO/37629
Penelec/3687
Penn Power
Penn Ross Joint Venture
Pennichuck Water Works, Inc.
Pennsylvania-American Water Company
Peoples Electric Cooperative (PEC)
Peoples Gas
Peoples Gas Company LLC
Peoples TWP LLC
Peoples/644760
PEPCO (Potomac Electric Power Company)
Peru Utilities
Pet Poultry Product, Inc
Philadelphia Gas Works
Phillipsburg Mall LLC
Phoenixville Shopping Center
Piedmont Natural Gas
Piedmont Natural Gas-Nashville Gas
Pike County Light & Power Company
Pike County Light & Power Company (O&R)
Pike Natural Gas Company
Pineville Electric And Telephone - 249
Pittsburgh Water & Sewer Authority
Pittston Commons
PK II Sunset Square LLC
Placer County Water Agency
Plainfield Charter Township, MI
Platteville Water & Sewer Dept
Plaza Paseo
PNM
Portage County Water Resources
Portage Utility Service Board
Portland General Electric (PGE)
Portland General Electric Company
Portland Water District - ME
POTOMAC EDISON
Potomac Electric Power Company - Md
Pottstown Center LP
Poughkeepsie Galleria
PPL Electric Utilities
PPL Electric Utilities/Allentown
PR Crossroads I LLC
PR Financing LP DBA Francis Scott Key Ma
PR Financing LP DBA Nittany Mall
PR Valley LP
PR Wyoming Valley Limited Partnership
Prattville Water Works Board
PREI's Westport Office Park, LLC #171201
PREI's Westport Office Park, LLC #171201
PREIT Services LLC
Presque Isle Water District, ME
Price City Utilities, UT
Price Municipal Corporation, UT
Prince Kuhio Plaza
Princeton Fuel Oil CO Inc
Profile Energy Inc

104

Promenade Delaware, LLC
Providence Water
Provo City Utilities
PSE&G-Public Service Elec & Gas Co
PSEGLI
PSNC Energy (Public Service Co. of NC)
PTI Pacifica Inc.  It & E
PTI Pacifica Inc. It & E
Public Service Company of Oklahoma
Public Utility District of Skagit County
Public Water Supply Dist #3
Public Works & Utilities, KS
Public Works Comm. City of Fayetteville
PUD No.1 of Douglas County
Puerto Rico Electric Power Authority
Puerto Rico Telephone Company
Puget Sound Energy
Puhi Sewer & Water Company
Putnam Public Service District
Putnam WPCA
PWCSA - Prince William County Services
PWSA
PWSD #1 of Cole County, MO
PYramid Mall Of Glen Falls
Pyramid Walden Company, L.P/Dept #496
QKC Maui Owner, LLC
Queensbury Water
Questar Gas
Racine Water Utility - WI
Ramona Municipal Water District
Rancho California Water District
Randolph Township, NJ
Rapid City Finance Department
Raton Utilities
Raton Utilities/PO99/910/40
Reading Area Water Authority
Receiver of Taxes - Town of Yorktown
Receiver of Taxes -Town of Riverhead
Regency Utilities
Regional Water Authority
Reliant Energy
Revenue Collections - MD
Revenue Prop Southland Ltd Partnership
Revere Gas Inc
Reynolds Protective Services LLC
Reynoldsburg Water Dept
RG&E - Rochester Gas & Electric
RGPLP-Crofton Centre
RH Sixth Avenue Plaza Shopping Center
Rhode Island Mall Condo Assn.
Richmond Power & Light
Richmond Sanitary District, IN
Ridgewood Water
Riverside Public Utilities, CA
Roanoke Gas Company
Roanoke Rapids Sanitary Dist NC
Rochester Public Utilities

Rochester Telephone
Rock River Water Reclamation
Rock Springs Municipal Utility
Rockaway Realty Associates
Rockaway Township Municipal Utility
Rockaway Township-Sewer Department
Rockland Electric Company (O&R)
Rockwood Water PUD
Rolla Municipal Utilities
Rome City Treasurer, NY
Ronald Wastewater District
Roseburg Urban Sanitary Authority
Rostraver Township Sewer Authority
Rowland Water District
Royal Utility Company, FL
RPAI US Management LLC
RREEF America REIT II Corp.
RREEF America REIT II Portfolio LP
Rucci Oil Company Inc.
Sacramento County Utilities
Sacramento Municipal Utility District
Sacramento Suburban Water District
Saginaw Charter Township, MI
Saint Paul Regional Water Services
Salt Lake City Corporation
Salt River Project
San Antonio Water System, TX
San Diego Gas & Electric
San Diego Gas &Electric
San Gabriel Valley Water Company
San Jose Water Company
Sandy Township Municipal Authority
Sanitary Board Of Bluefield, WV
Sanitary District of Michigan City
Sanitation District #1 - KY
Santa Cruz Municipal Utilities
Santee Cooper
Sapp Bros. Inc - Omaha
Sarasota County Public Utilities
Sawnee EMC
SCE&G-South Carolina Electric & Gas
Scotts Valley Water District
SD1
SDG Macerich Properties LP (Atlanta)
Seacoast Utility Authority
Seacourt Pavilion
Sedalia Water Department
SELCO - 9258
Selig Enterprises, Inc.
Semco Energy Gas Company
Seneca Light & Water
Seneca Realty Associates
Seven Oil Co.
Sevier County Electric System
Sevier County Utility District (SCUD)
Sewer & Water Utility Bill
Shakopee Public Utility

Shamokin Dam Boro
Shelby Township Dept of Public Works
Shenandoah Valley Electric Co- Op
Shenandoah Valley Electric Co-Op
Shillington Plaza LLC
Shoppingtown Mall NY LLC
Shorelands Water Co. Inc.
Silverdale Water District
Simon Properties
Simon Property Group LP
Simon Property Grp, L.P. (OH)
Sioux Falls Utilities
Skagit Public Utility District
SMECO (Southern Maryland Electric Coop)
SMUD
Snohomish County PUD
Somers Point City Sewerage
SourceGas Arkansas Inc.
SourceGas Distribution, LLC
Sourdough Fuel
South Burlington Water Department
South Central Power CO, OH
South County Shopping Town, LLC
South Hills Improvements LLC
South Hills Village Assoc. LP
South Jersey Energy Company
South Jersey Gas Company
South Middleton Township Municipal Auth
South Tahoe Public Utility District
South Valley Sewer District, UT
South Whitehall Township-PA
South Y Center
Southeast Gas - Andulasia
Southern California Edison
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southern Maryland Oil
Southern Pioneer Electric Company
Southpark Mall LLC
Southwest Gas Corporation
Southwestern Electric Power
Southwestern VA Gas Company
Spanaway Water Company
Spanish Fork City UT
Spartanburg Water System
Spectrum Utilities
Spectrum Utilities Solutions
Speedway Waterworks
SPG Independence Center, LLC
Spire/Atlanta
Spire/Birmingham
Spire/St Louis
Spokane County Environmental Services
Spokane County Water Dist #3
Sprague Operating Resources LLC/847887
Springdale Water Utilities
Springettsbury Township

Springfield Utility Board
Springfield Water & Sewer Commission
SPRINT
SPRINT PCS
SRP -Salt River Project
St. Mary Parish Water and Sewer Com. #2
Stafford TWP Water & Sewer, NJ
STAG Industrial
Stark County Metropolitan Sewer District
Starwest Louis Joliet LLC
Starwood Ceruzzi
State Street Bank and Trust Company (Trustee For Company 401k)
Stevens Point Water Department
Stockton Plaza Partners
Stone Mountain Industrial Park, Inc.
Strata
Stroud Township Sewer Authority
Suburban Centers Inc
Suburban Natural Gas
Suburban Propane/NJ-1112
Suburban Propane/NJ-2022
Suburban Propane/NJ-2049
Suburban Propane/NJ-2106
Suburban Propane/NJ-2171
Suburban Propane/NJ-2247
Suburban Propane/NJ-2272
Suburban Propane/NJ-2311
Suburban Propane/NJ-2350
Suburban Propane/NJ-2720
Suburban Propane/SC-Chapin
Suburban Propane-1298
Suburban Water Authority-Mill Hall
Suburban Water Systems- West Covina
Suburban Water Systems-West Covina
Suddenlink
Suez Water Delaware
Suez Water Idaho
Suez Water New Jersey
Suez Water Pennsylvania
Suez Water Pennsylvania/Metered Fire Ln
Suez Water Rhode Island
Suez Water Toms River
Suez Water Westchester District 1
Suffolk County Sewer Dist-Ny
Suffolk County Water Authority - NY
Sugarcreek Borough, PA
Sulphur Springs Valley Elec Coop
Summit Natural Gas of Maine, Inc.
Sunny Isles Developers LLC
Sunny Slope Water Company
Sunshine Shopping Center Inc
Superior Plus Energy Services/1365 Dept1
Superior Plus Energy Services/1365 Dept3
Superior Water, Light and Power Co.
Susquehanna Valley Mall Associates, L.P.
Sussex County Utility Billing Division

Swansea Water District
Sweetwater Authority
Sweetwater Utilities Board
Sycamore Center DeKalb LLC
Sylacauga Utilities Board - 207
T & T Properties LLC
T MOBILE
T Northgate Mall LLC
Taunton Muni Lighting Plant (TMLP) - 870
Taunton Water Division
Taunton Water Division, MA
Tax Collector, City of Danbury, CT
Tax Collector, City of Waterbury, CT
Teco Tampa Electric Company
Teco: Peoples Gas
TELEFONICA
Telepacific Communications
TELESOFT
TEMUA
Tennessee-American Water Company
Texarkana Water Utilities
Texas Gas Service
Texas New Mexico Power Company
The Borough of Phoenixville
The Centre at Salisbury
The City of Waco Water Office
The Connecticut Water Company - CWC
The Energy Cooperative
The Hampshire Companies
The Hempfield Twp. Munic Auth/Greenburg
The Illuminating Company
The Kroger Co
The McDowell Partnership
The Metropolitan District CT
The Retail Property Trust
The Shops at Nanuet
The Town of Windham, CT
The Trustees of the Estate of BP Bishop
The Westover Companies
The York Water Company
Three Rivers Water Deptartment
Tidewater Utilities, Inc
Tiger Inc./Department 2192
Time Warner Cable
Titusville Commercial Properties
TKG Christiana Center LLC
TKL-East LLC
Toho Water Authority
Toledo Edison
Tombigbee Electric Power Assoc-Fulton
Tombigbee Electric Power Assoc-Tupelo
Toms River Municipal Utilities Authority
Tonopah Craig Road Company LLLP
Town Center at Cobb, LLC
Town East Mall Partnership
Town of Abingdon, VA
Town of Acton, MA

Town of Apple Valley, CA
Town of Auburn, MA
Town of Batavia, NY
Town of Bel Air, MD
Town of Big Flats, NY
Town of Billerica, MA
Town of Brownsburg, IN
Town of Burlington, MA
Town of Centre, AL
Town of Chesterton Utility
Town of Christiansburg, VA
Town of Clay Uniform Water
Town of Clayton, NC
Town of Cortlandville, NY
Town of Dewitt, NY
Town of Elkton, MD
Town of Fairhaven, MA
Town of Franklin, NC
Town of Griffith, IN
Town of Hanover Water, MA
Town of Hanover, MA-Tax Collector
Town of Henrietta, NY
Town of Herndon, VA
Town of Hudson,NH Water Utility
Town of Kill Devil Hills, NC
Town of Lantana, FL
Town of Lexington, SC
Town of Madawaska
Town of Madison, NC
Town of Manchester, CT
Town of Morehead City, NC
Town of Natick, MA
Town of Newburgh, NY
Town of Niagara, NY
Town of North Attleborough
Town of Palmer, MA
Town of Plattsburgh, NY
Town of Poncha Springs, CO
Town of Prescott Valley, AZ
Town of Salem, NH
Town of Saugus, MA
Town of Schererville, IN
Town of Swanzey, NH
Town of Wallkill, NY
Town of Warrenton, VA
Town of Watertown, CT
Town of Watertown, NY
Town of Waynesville, NC
Town of Webster, NY
Town of Williston, VT
Town of Wytheville, VA
Town of Yorktown, NY
Towne West Square, LLC
Township of Belleville, NJ
Township of Cumru, PA
Township of Falls Authority
Township of Franklin Sewerage Auth-NJ

107

Township of Freehold, NJ
Township of Livingston, NJ
Township of Middletown Sewage Auth.
Township of Middletown, Sewer Authority
Township of Moorestown, NJ
Township of Ocean Sewerage Authority
Township of Palmer, PA
Township of Parsippany-Troy Hills, NJ
Township of Wall, NJ
Township of Wayne, NJ
Township of West Caldwell, NJ
Township of Woodbridge Sewer Utility
TPX
Tract 349 Mutual Water Co
Tracy Mall Partners, LP
Treasurer - Spotsylvania County
Treasurer, Chesterfield County
Treasurer, County of York
Trenton Water Works
Tricon Properties
Tri-County Electric Cooperative, Inc/OK
Truckee Meadows Water Authority, NV
True Natural Gas
True Natural Gas (Fka Coweta-Fayette Emc)
Trumbull County Water & Sewer Dept.
Trussville Gas and Water
TSC
Tucson Electric Power Company
Tullahoma Utilities Board - 788
Tupelo Water & Light Dept
Turlock Irrigation District
Turtle Rock LLC
Tuttle Crossing Associates LLC
Tutu Park Limited
TVWD/CWS
Twenty First Properties, Inc
TXU Energy/650638
U.S. Realty Mgt. Co. LLC (New Jersey)
UGI Central Penn Gas
UGI Energy Services, Inc.
UGI Penn Natural Gas
UGI Utilities - Electric Service
UGI Utilities - Gas Service
UGI Utilities Inc
Umatilla Electric Cooperative
Union Oil & Gas Incorporated
Uniontown Mall Realty LLC
UniSource Energy Services Elec/80079
UniSource Energy Services Gas/80078
United Illuminating Company
United Power
United Power Inc
UNITIL MA Electric & Gas Operations
UNITIL ME Gas Operations
UNITIL NH Electric Operations
UNITIL NH Gas Operations
Unity Township Municipal Authority PA

UNS Electric Inc
UNS Gas Inc
Urbandale Water Department
US Cellular
Ute Water Conservancy District
Utilities Commission, FL
Utility Billing Services-AR
Utility Payment Processing BR Water
Utility Payment Processing/BR Water
Valencia Water Company,CA
Valley Energy
Valparaiso City Utilities
Van Buren Township, MI
Vast
Vectren Energy Delivery/6248
Vectren Energy Delivery/6250
Vectren Energy Delivery/6262
Ventura Water
Verendrye Electric Cooperative, Inc.
VERIZON
VERIZON BUSINESS
Verizon Cabs
Vermont Electric Cooperative, Inc.
Vermont Gas Systems, Inc.
Vernal City, UT
Vernon Township Sanitary Authority
Versailles Municipal Utilities
Vertical Industrial Park Assoc.
VI Water and Power Authority-St Croix
Victor Sewer District
Vienna Township Public Works
Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Bradley, IL
Village of Bridgeview, IL
Village of Cherry Valley,IL
Village of Chicago Ridge, IL
Village of Deerfield, IL
Village of Elmwood Park, IL
Village of Germantown, WI
Village of Greendale, WI
Village of Greenwich, NY
Village of Gurnee, IL
Village of Herkimer, NY
Village of Hoffman Estates, IL
Village of Horseheads, NY
Village of Lansing, IL
Village of Little Chute, WI
Village of Malone, NY
Village of Manteno, IL
Village of Matteson, IL
Village of Melrose Park, IL
Village of Mokena, IL
Village of New Lenox, IL
Village of Niles, IL
Village of Norridge, IL
Village of North Riverside, IL

108

Village of Oak Brook, IL
Village of Oak Lawn, IL
Village of Orland Park, IL
Village of Palm Springs, FL
Village of River Grove, IL
Village of Romeoville, IL
Village of Round Lake Beach, IL
Village of Schaumburg, IL
Village of Sidney, NY
Village of South Elgin, IL
Village of Steger, IL
Village of Streamwood, IL
Village of Tinley Park
Village of Tinley Park, IL
Village of West Dundee, IL
Village Shoppes of Coconut Creek Investm
Vineland Municipal Utilities
Virgin Islands Water & Power Authority
Virginia Natural Gas/5409
Virginia-American Water Company
VIYA
Volunteer Energy Cooperative
Volunteer Energy Cooperative/Crossville
Voorhees Township
Vornado Office Management LLC, NY
W.U.C., CT
W/S Lebanon Properties LLC
WAL-AUSTIN LP
Wal-Mart Center
Walnutport Authority, PA
Walton EMC
Warren County W & S Dept, OH
Warwick Billing
Washington Commons NewCo, LLC
Washington County Svc. Authority
Washington County Water and Sewer Dept
Washington Gas/37747
Washington Suburban Sanitary Commission
Wastewater Div. - Hi/County of Hawaii
Water District
Water District - LVVWD
Water Environment Services
Water Supply District of Acton MA
Water Works District #3
Waterford Water & Sewer Dept
Waterloo Water Works
WaterOne
Waterpro Inc.
Watertown Water Dept
Waterville Shopping Trust
Waterworks Department (Leavenworth, KS)
Watsonville City Water Dept
WE Energies/Wisconsin Electric/Gas
WEA Southcenter LLC
Webster Plaza Realty LLC
West Boise Sewer District
West Hempfield Township

West Kern Water District
West Milford MUA
West Orange Plaza
West Penn Power
WEST SIDE TELECOMMUNICATIONS
West View Waste Water Dept
West View Water Authority
West Virginia-American Water Company
West Whiteland Township, PA
Westar Energy/KPL
Western Municipal Water District/7000
Western Virginia Water Authority
Westland Mall Realty LLC
WEWJA-Washington-E Washington Joint Auth
WF Water Department
White Township Sewer Service
Whitehall Township Authority
Wilkes-Barre Township Sewer Maintenance
Williamsport Municipal Water Authority
Willis Towers Watson
Willmut Gas Company
Winchester Municipal Utilities
Winchester Public Utilities, VA
Wind Gap Plaza LP
Windalier West Lebanon, LLC
Windham Water/Sewer Department
WINDSTREAM
Wisconsin Public Service
Withlacoochee River Electric Cooperative
Woodbridge Center Property, LLC
Wooster City Services
Worldnet Telecommunications
Wow Business
WVC Utility Billing
WVR Real Estate II, LLC
Wyoming Valley Sanitary Authority
XCEL Energy: Northern States Power Co.
XCEL Energy: Public Service Company of CO
XCEL Energy: Southwestern Public Service
XO Communications
Yampa Valley Electric Association, Inc.
York County Natural Gas
Young's Market Company, LLC
Youngstown Water Dept., OH
Zamias Services Inc-Dubois Mall
Zia Natural Gas Company
Zia Natural Gas Company/Hobbs

## EXHIBIT B

## Listing of Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters**

**Board of Director Affiliations:**

Comcast

**Director/Officer Affiliations (Current):**

Amazon.com, Inc.

**ESL Party**

Angelo Gordon & Co.

**Bank Accounts**

Bank of America, N.A.
BB&T
Capital One Bank N.A.
Citizens Bank
PNC Bank, National Association
Regions Bank
US Bank
Wells Fargo Bank, National Association

**Bankruptcy Professionals**

Deloitte & Touche LLP

**Consolidated List of Holders of Five Largest Secured Claims**

Bank of America, N.A.
Wells Fargo, National Association

**Lenders**

Bank of America, N.A.
Citibank, N.A.
Citigroup Global Markets Inc.
Fifth Third Bank

General Electric Capital Corporation
HSBC Bank
JP Morgan Chase Bank
RBS Citizens Bank N.A.
UBS AG, Stamford Branch, LLC
UBS Securities LLC
Wells Fargo Bank, National Association

**Notes**

Bank of America, N.A.
Citibank, N.A.
Wells Fargo Bank, National Association

**Indenture**

Banc of America Securities LLC
Bank of America Merrill Lynch
Bank of America, N.A.,
Barclays Capital Inc.
Citigroup Global Markets Inc.
Deutsche Bank Securities Inc.
Goldman, Sachs & Co.
PNC Bank, National Association
Wells Fargo Bank, National Association
Wells Fargo Securities, LLC

**Landlords:**

Bank of America C/O Merrill Lynch
Bank of America N.A.
Bank of The West
Capital One, NA
Cathay Bank
Fifth Third Bank
Garrison Inv.
Huntington Bank
JP Morgan Chase
JP Morgan Chase Bank NA
Keybank
PNC
PNC Bank
PNC Bank National Association
Regions Bank

Starwood
Starwood Capital Group
Suntrust Bank
US Bank
Wells Fargo Bank

**Lien Holders (UCC's Filed):**
AT&T Mobility II, LLC
Bank of America, N.A.
JPMorgan Chase Bank, N.A.
Wells Fargo Bank, National Association

**Other Party in Interest**
ADP, Inc.
Goldman Sachs
Kohlberg Kravis Roberts & Co. L.P.
Oaktree Capital Management, L.P.
THL

**Sears Term Loan FILO**
Ares Management LLC
Bank of America NA
TPG Capital L.P.

**Significant Competitors**
Amazon

**Third Party Alliances**
American Express Travel Related Services Company, Inc.

**Top 40 Unsecured Creditors**
Deloitte & Touche LLP

**Vendors**
Alston & Bird LLP
Amazon Com
American Express
At & T
Baker Donelson Bearman Caldwell & Berkowitz
Bank Of America
BDO Seidman

3

Bloomberg L P
Canon Solutions America
Centurylink
Cisco Systems
Crowe Horwath LLP
Deloitte
Deloitte & Touche
Deloitte Tax
Dinsmore & Shohl LLP
DLA Piper US LLP
Ernst & Young
Faegre Baker Daniels LLP
Federal Express
Fedex
General Electric
General Electric Company
Greenberg Traurig
Heidrick & Struggles International
Hogan Lovells Us LLP
Insight Direct
Iron Mountain
Konica Minolta Business Solutions
Lexisnexis
Microsoft
Microsoft Corporation
Microsoft Licensing
Microstrategy
Morgan Lewis & Bockius
Nestle USA Inc
Nestle USA Inc Dsd
Optiv Security
Oracle America
Reed Smith
Republic Services
RSM US LLP
Staples
UBS Inc
Verizon Communications
Verizon Wireless
Wells Fargo
Wells Fargo Bank N A

Xpo Logistics

**Employee Benefits**

Cigna Group Insurance

Morgan Stanley Smith Barney

**Insurance**

AIG Europe Limited

Allstate

Cigna

Illinois National Insurance Company (AIG)

Liberty Mutual Fire Ins. Co.

Liberty Mutual Fire Insurance Company

Liberty Mutual Fire Insurance Company and affiliates

Liberty Mutual Insurance Company

MetLife (Metropolitan Life Insurance Company)

**Notice of Appearance Parties**

Oracle America, Inc.

salesforce.com, Inc.

**Surety Bond**

Bank of America

**Utility**

AT&T

AT&T (BELLSOUTH)

AT&T (PACIFIC BELL)

AT&T (SOUTHWESTERN BELL)

AT&T MOBILITY

Mediacom

Time Warner Cable

VERIZON

VERIZON BUSINESS

Willis Towers Watson

XO Communications