UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Richard V. Conza, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 2nd day of April, 2019, the redacted and/or unredacted versions of the Initial Supplemental Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 2, 2019; Declaration of Abena A. Mainoo in Support of Transform Holdco LLC's Initial Supplemental Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 2, 2019, with Exhibits; Supplemental Declaration of Terrence E. Rolecek in Support of Transform Holdco LLC's Initial Supplemental Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 1, 2019, with Exhibit; and Declaration of Jon Goodin in Support of Transform Holdco LLC's Initial Supplemental Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 1, 2019, with Exhibits; along with the Motion of Transform Holdco LLC for Leave to (1) File Under Seal Portions of Transform Holdco LLC's Initial Supplemental

Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property and (2) File in Native Format, dated April 2, 2019, with Exhibit 1, were served, as indicated below, upon:

### REDACTED & UNREDACTED BY EMAIL

ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov

### REDACTED BY EMAIL

jacqueline.marcus@weil.com;
ray.schrock@weil.com;
sunny.singh@weil.com;
garrett.fail@weil.com;
luke.valentino@searshc.com;
stephen.sitley@searshc.com;
paul.schwartzberg@usdoj.gov;
richard.morrissey@usdoj.gov;
paul.leake@skadden.com;
shana.elberg@skadden.com;
george.howard@skadden.com;
eli.vonnegut@davispolk.com;
marshall.huebner@davispolk.com;
ewilson@kelleydrye.com;
bfeder@kelleydrye.com;
emfox@seyfarth.com
gadsden@clm.com;
braynor@lockelord.com;
idizengoff@akingump.com;
aqureshi@akingump.com;
sbrauner@akingump.com;
pdublin@akingump.com

2

**REDACTED & UNREDACTED BY FEDERAL EXPRESS**

Attn: Paul Schwartzberg, Esq.
Office of the United States Trustee for Region 2
201 Varick Street
Suite 1006
New York, New York 10014

Dated:  New York, New York
        April 3, 2019, 2019

_____
Richard V. Conza