**Exhibit 1 -- Additional Assigned Agreements (Designatable Leases)**[1]

| Ref # | Store No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4457 | N/A | Kmart Corporation | Art Monument Company, Inc. | Ground Lease | K4457-B | | 12/14/2070 | $ - | $ - | No Objection Filed |
| 2 | 3235 | N/A | KMART CORPORATION | FILZA KHAN | Lease | N/A | | | $ - | $ - | No Objection Filed |
| 3 | 30962 | N/A | Sears Roebuck and Co. | Kmart Corporation | Sublease | N/A | 11/15/1983 | | $ - | $ - | No Objection Filed |

1. All Additional Assigned Agreements listed in Exhibit 1 shall be deemed to include any and all applicable supplements, amendments, and/or addenda.