**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §§ 102, 342 and 1109(b), Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, the undersigned hereby enter an appearance in the above-captioned cases on behalf of TELUS International (U.S.) Corporation ("**TELUS**"), creditor and party in interest in the above case, and request that copies of all notices and pleadings given or that are required to be given and all pleadings and orders that are served or required to be served in the above-captioned chapter 11 cases, or in proceedings related thereto, be served at the following addresses:

> Raniero D'Aversa, Esq. (NY Bar No. 2381473)
> Orrick, Herrington & Sutcliffe LLP
> 51 West 52nd Street
> New York, NY 10019-6142
> Telephone: (212) 506-3715
> Facsimile: (212) 506-5151
> Email: rdaversa@orrick.com
>
> Evan C. Hollander (NY Bar No. 2216976)
> Orrick, Herrington & Sutcliffe LLP
> 51 West 52nd Street
> New York, NY 10019-6142
> Telephone: (212) 506-5145
> Facsimile: (212) 506-5151
> Email: echollander@orrick.com

>Emmanuel Fua (NY Bar No. 5529482)
>Orrick, Herrington & Sutcliffe LLP
>51 West 52nd Street
>New York, NY 10019-6142
>Telephone: (212) 506-5007
>Facsimile: (212) 506-5151
>Email: efua@orrick.com

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, orders, and other papers referred to in the Bankruptcy Code sections and the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints, answering or reply papers, plans, disclosure statements, reports, and demands, including all amendments to the foregoing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects these chapter 11 cases or any proceedings related thereto, the above-captioned Debtors, property in their possession, custody, or control, the administration of the Debtors' bankruptcy cases, or the rights of creditors or other parties in interest, or which affects.

**PLEASE TAKE FURTHER NOTICE** that TELUS does not intend, nor shall it be deemed, through this Notice of Appearance and Request for Service of Notices and Documents, or any subsequent appearance, pleading, claim, suit, or conduct, to waive any substantive or procedural rights, including, without limitation, (i) its rights to have a United States District Judge determine de novo all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii) its rights to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases, (iii) its rights to have the United States District Court withdraw the reference in any matter subject

to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the Bankruptcy Court, or to venue in the Southern District of New York, for any purpose other than with respect to this Notice of Appearance and Request for Service of Notices and Documents, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies TELUS expressly reserves.

Dated:  April 4, 2019               **ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/ Raniero D'Aversa*
Raniero D'Aversa (NY Bar No. 2381473)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-3715
Facsimile: (212) 506-5151
Email: rdaversa@orrick.com

*/s/ Evan C. Hollander*
Evan C. Hollander
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5145
Facsimile: (212) 506-5151
Email: echollander@orrick.com

*/s/ Emmanuel Fua*
Emmanuel Fua
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5007
Facsimile: (212) 506-5151
Email: efua@orrick.com

*Counsel for TELUS International (U.S.) Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Documents* to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the Electronic Mail Notice List.

　　　　　　　　　　　　　　　　　　　　　*/s/ Evan C. Hollander*
　　　　　　　　　　　　　　　　　　　　　Evan C. Hollander
　　　　　　　　　　　　　　　　　　　　　Orrick, Herrington & Sutcliffe LLP