IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SEARS, ROEBUCK AND CO. | CASE NO. 18-23538 (RDD) |
| | CHAPTER 11 |
| MARTHA G. WEST | MOVANT |
| V. | |
| SEARS, ROEBUCK and CO. | RESPONDANT |

**AFFIDAVIT OF MAILING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

I, Joel G. Hargis, and attorney in good standing in the State of Arkansas who appears before this Court for limited purpose of provided proof of perfected service of the Motion for Relief from Stay and Notice thereof, and do here by certify as follows:

On April 4, 2019, I caused to be served true and exact copies of:

(i) Motion for Relief from Stay filed by Linda M. Tirelli on behalf of Martha G. West [Docket No. 2992]; and

(ii) Notice of Motion for Relief from Stay by, Linda M. Tirelli on behalf of Martha G. West [Docket No. 2992].

The afore mentioned documents were served upon the following by regular US Mail, by CM/ECF, or by electronic transmittal on the following entities and interested parties:

Office of the United States Trustee – via CM/ECF

Sears, Roebuck and Company
c/o Sears Holdings Corporation
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq.
    and Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street
Suite 1006, New York, New York 10014

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square, New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard,
    Esq.
Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent

Davis Polk & Wardell LLP
450 Lexington Avenue, New York, NY, 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility;

Cleary, Gottlieb
One Liberty Plaza, New York, NY, 10006
Attn: Sean A. O'Neal, Esq.
Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility

Kelley Drye & Warren LLP
101 Park Avenue, New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu,
    Esq.,
Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.,
Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes;

Carter Ledyard & Milburn LLP
2 Wall Street, New York, NY 10015
Attn: James Gadsden, Esq.
Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes;

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
Attorneys for the Pension Benefit Guaranty Corporation;

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, New York, NY 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
Attorneys for the Official Committee of Unsecured Creditors

John R. Peel
Attorney for Creditor, Martha West
P.O. Box 986
Russellville, AR 72801

All other parties receiving electronic notice.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Further Affiants Sayeth Not

/s/Joel G. Hargis
**Joel G. Hargis**