**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE: | Chapter 11 |
| **SEARS HOLDING CORPORATION**, ET AL. | Case No. 18-23538 (RDD) |
| DEBTOR | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Mary Ann Kennedy Claraval to be admitted *pro hac vice*, to represent Darlene Strohecker (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania, it is hereby

**ORDERED**, that Mary Ann Kennedy Claraval, Esq., is admitted to practice *pro hac vice*, in the above referenced case proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 4, 2019      /s/Robert D. Drain
White Plains, New York      HONORABLE ROBERT D. DRAIN
     UNITED STATES BANKRUPTCY JUDGE