**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Evan C. Hollander
Raniero D'Aversa, Jr.
Emmanuel Fua

*Counsel for TELUS International (U.S.) Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION., *et al.*, | ) | Case No. 18-23538-RDD |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE FOR NOTICE OF HEARING**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

-1-

I HEREBY CERTIFY that on this 4th day of April, 2019, a copy of the *Notice of Hearing on Emergency Motion of TELUS International (U.S.) Corporation for an Order (I) Lifting the Automatic Stay to Allow It to Terminate Master Outsourced Services Agreement; or, in the Alternative, (II) Compelling Assumption or Rejection of Executory Contract* was served on all parties receiving CM/ECF notices in this case and by U.S. Mail on the parties below:

Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

United States Trustee
Office of the United States Trustee for Region 2
(Attn: Paul Schwarzberg, Esq.)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Sears Holding Corporation
(Attn: Stephen Sitley, Esq. and Luke J. Valentino, Esq.)
3333 Beverly Road
Hoffman Estates, IL 60179

Dated: New York, New York
April 4, 2019

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:     /s/ Evan. C. Hollander

51 West 52nd Street
New York, New York 10019
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151
Evan C. Hollander
Raniero D'Aversa, Jr.
Emmanuel Fua

*Counsel for TELUS International (U.S.) Corporation*