**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

| Name of Applicant: | Houlihan Lokey Capital, Inc. | |
|---|---|---|
| Applicant's Role in Case: | Investment Banker for the Official Committee of Unsecured Creditors | |
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 29, 2018 | |
|  | **Beginning of Period** | **End of Period** |
| Time period covered by this statement: | **2/1/19** | **2/28/19** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$200,000.00 (80% of $250,000.00)** |
| **Total expenses requested in this statement:** | **$9,998.50** |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | **$259,998.50** |
| Summary of Professional Fees Requested: | |
| **Total professional fees requested in this statement:** | **$259,998.50** |

## Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Airfare | $3,256.58 |
| Lodging | 4,436.59 |
| Ground Transportation | 1,889.14 |
| Travel and Overtime Meals | 416.19 |
| Travel Telephone and Data | 0.00 |
| Delivery | 0.00 |
| **Total** | **$9,998.50** |

## Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---|---|---|---|---|
| 2/1-2/28 | $200,000.00 | $50,000.00 | $9,998.50 | NA | $259,998.50 |
| **Total** | **$200,000.00** | **$50,000.00** | **$9,998.50** | **NA** | **$259,998.50** |

## Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---|
| Saul Burian | Managing Director | 82.0 |
| Eric Siegert | Senior Managing Director | 23.5 |
| Brad Geer | Managing Director | 69.0 |
| Surbhi Gupta | Director | 17.5 |
| Greg Rinsky | Director | 6.0 |
| Tom Hedus | Senior Vice President | 116.0 |
| Ross Rosenstein | Associate | 139.0 |
| Ryan Conroy | Associate | 8.0 |
| John Hartigan | Associate | 123.0 |
| Tanya Wong | Associate | 31.0 |
| Jack Foster | Analyst | 112.0 |
| James Lai | Analyst | 108.0 |
| Natalie Weelborg | Analyst | 86.0 |
| Jenner Currier | Analyst | 23.0 |
| Matthew Stadtmauer | Analyst | 7.0 |
| **Total** | | **951.0** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---|
| General Case Administration | 313.0 |
| Correspondence with Debtor and Other Stakeholders | 27.5 |
| Correspondence with Official Committee of Unsecured Creditors | 43.5 |
| Analysis, Presentations, and Due Diligence | 246.5 |
| Financing Diligence and Analysis | 0.0 |
| Litigation Diligence and Analysis | 290.5 |
| Real Estate Analysis | 30.0 |
| **Total** | **951.0** |

Respectfully Submitted,

Dated: April 4, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

**Exhibit A**



**Invoice #  32399**

**PERSONAL & CONFIDENTIAL**                                        March 13, 2019

The Official Committee (the "Committee") of Unsecured Creditors                Client #  63300
of Sears Holding Corporation                                        Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")

**Professional Fees**

| | | |
|---|---|---|
| Monthly Fee due on February 28, 2019 | $    250,000.00 | |
| Less 20% Holdback | (50,000.00) | |
| Professional Fees Due | | $    200,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---|---|
| Airfare | $    3,256.58 | |
| Lodging | 4,436.59 | |
| Ground Transportation | 1,889.14 | |
| Travel and Overtime Meals | 416.19 | |
| Out of Pocket Expenses Due | | $    9,998.50 |

**TOTAL AMOUNT DUE AND PAYABLE**                          **$    209,998.50**

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:                    Wire Transfer Instructions:
Houlihan Lokey Capital, Inc.                    Bank of America
Accounts Receivable Department            Wire Transfer ABA #026009593
10250 Constellation Boulevard, 5th Floor          ACH ABA #121000358
Los Angeles, California 90067-6802            fbo Houlihan Lokey Capital, Inc.
                                  Account #1453120593
                          Swift Code (Int'l Wires Only): BOFAUS3N
                                  Federal ID #95-4024056

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**<u>Exhibit B</u>**

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(Feb 01, 2019 - Feb 28, 2019)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 30.0 | 3.0 | 10.5 | 15.0 | 0.0 | 23.5 | 0.0 | 82.0 |
| Eric Siegert | 20.0 | 0.0 | 1.5 | 0.0 | 0.0 | 2.0 | 0.0 | 23.5 |
| Brad Geer | 42.5 | 3.5 | 3.5 | 7.5 | 0.0 | 12.0 | 0.0 | 69.0 |
| Surbhi Gupta | 0.0 | 0.0 | 1.5 | 14.0 | 0.0 | 2.0 | 0.0 | 17.5 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 2.0 | 6.0 |
| Tom Hedus | 33.0 | 3.5 | 4.0 | 36.5 | 0.0 | 39.0 | 0.0 | 116.0 |
| Ross Rosenstein | 36.0 | 3.5 | 5.0 | 40.5 | 0.0 | 54.0 | 0.0 | 139.0 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 4.0 | 8.0 |
| John Hartigan | 33.0 | 3.5 | 4.0 | 37.5 | 0.0 | 44.0 | 1.0 | 123.0 |
| Tanya Wong | 2.0 | 1.0 | 1.0 | 9.0 | 0.0 | 6.0 | 12.0 | 31.0 |
| Jack Foster | 35.0 | 3.5 | 5.0 | 32.5 | 0.0 | 35.0 | 1.0 | 112.0 |
| James Lai | 35.0 | 3.5 | 5.0 | 30.5 | 0.0 | 34.0 | 0.0 | 108.0 |
| Natalie Weelborg | 42.5 | 2.5 | 2.5 | 5.5 | 0.0 | 33.0 | 0.0 | 86.0 |
| Jenner Currier | 2.0 | 0.0 | 0.0 | 6.0 | 0.0 | 6.0 | 9.0 | 23.0 |
| Matthew Stadtmauer | 2.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 1.0 | 7.0 |
| **Total** | **313.0** | **27.5** | **43.5** | **246.5** | **0.0** | **290.5** | **30.0** | **951.0** |

**Legend**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Month of:** | **February 2019** |
| **Total Hours:** | **82.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Declaration Review |
| Friday, February 01, 2019 | A | General Case Administration | 4.0 | Litigation Preparation |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 4.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 6.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 6.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 6.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | A | General Case Administration | 2.0 | Litigation Travel |
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Wednesday, February 06, 2019 | A | General Case Administration | 2.0 | Litigation Follow-Up |
| Thursday, February 07, 2019 | F | Litigation Diligence and Analysis | 1.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | A | General Case Administration | 2.0 | Litigation Travel |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Thursday, February 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Updates to UCC re: Open Issues |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Month of:** | **February 2019** |
| **Total Hours:** | **82.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, February 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Follow-Up with UCC |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | APA Review |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Sunday, February 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Update re: Closing and Cash Issues |
| Monday, February 11, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 2.5 | Transaction Closing Follow-up |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Tuesday, February 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 2.0 | Discuss Post-Transaction Items |
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | F | Litigation Diligence and Analysis | 0.5 | Update re: Hearing |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Follow-Up re: Closing and Open Issues |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Closing Reconciliation Issues |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 25, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Follow Up Calls and Related Issues |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Saul Burian** | |
| **Month of:** | **February 2019** | |
| **Total Hours:** | **82.0** | |

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, February 25, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Prep for Plan Call |
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |
| Thursday, February 28, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Call with M-III re: Estate Tracker & Follow-Up |
| Thursday, February 28, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | UCC Committee Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Eric Siegert** |
| **Total Hours:** | **23.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 1.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 1.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Brad Geer** |
| **Total Hours:** | **69.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | Declaration Review |
| Friday, February 01, 2019 | A | General Case Administration | 1.0 | Transcript Review |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | ESL Consideration Analysis |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | A | General Case Administration | 4.5 | Litigation Travel |
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Monday, February 04, 2019 | A | General Case Administration | 4.5 | Litigation Travel |
| Tuesday, February 05, 2019 | A | General Case Administration | 4.5 | Litigation Travel |
| Wednesday, February 06, 2019 | A | General Case Administration | 2.0 | Litigation Travel |
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Litigation Travel |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**     **Brad Geer**
**Total Hours:**     **69.0**

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | APA Review |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Documents to be Submitted to Court |
| Tuesday, February 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discuss Post-Transaction Items |
| Thursday, February 14, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Follow-up Call with M-III |
| Friday, February 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | FTI/HL/M-III Catch-Up Call |
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |
| Thursday, February 28, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Call with M-III re: Estate Tracker & Follow-Up |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Surbhi Gupta** |
| **Total Hours:** | **17.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Declaration Review |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | ESL Consideration Analysis |
| Tuesday, February 05, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Declaration Review |
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | APA Review |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Dataroom Documents Review |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 28, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | UCC Committee Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Surbhi Gupta** | |
| **Total Hours:** | **17.5** | |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Greg Rinsky** |
| **Total Hours:** | **6.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, February 05, 2019 | G | Real Estate Analysis | 2.0 | Real Estate Analysis |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **116.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 9.0 | Declaration Review |
| Friday, February 01, 2019 | A | General Case Administration | 4.0 | Litigation Preparation |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | ESL Consideration Analysis |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 10.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 6.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Tuesday, February 05, 2019 | D | Analysis, Presentations, and Due Diligence | 3.5 | Declaration Review |
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | A | General Case Administration | 2.0 | Litigation Travel |
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | A | General Case Administration | 2.0 | Litigation Travel |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Tom Hedus** | |
| **Total Hours:** | **116.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | APA Review |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Documents to be Submitted to Court |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Transaction Tracking Documents |
| Tuesday, February 12, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Follow-up Call with M-III |
| Friday, February 15, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Docket Documents Review |
| Tuesday, February 19, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | SHIP Transaction Review |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **116.0** |

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Dataroom Documents Review |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Funds Flow Review |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | TSA Review |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Sales Document Review |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | SHIP Settlement Review |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Internal Document / Record Maintenance |
| Friday, February 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | FTI/HL/M-III Catch-Up Call |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |
| Tuesday, February 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Estate Tracker Review |
| Wednesday, February 27, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Wednesday, February 27, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Plan Term Sheet Review |
| Wednesday, February 27, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Call with FTI re: Decon Analysis |
| Thursday, February 28, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Call with M-III re: Estate Tracker & Follow-Up |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | **Tom Hedus** |
|---|---|---|
|  | Total Hours: | **116.0** |

**Task Reference Table**

| A | General Case Administration |
|---|---|
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, February 28, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | UCC Committee Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **139.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 9.0 | Declaration Review |
| Friday, February 01, 2019 | A | General Case Administration | 4.0 | Litigation Preparation |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | ESL Consideration Analysis |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | Declaration Review |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Lender Presentation Review |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 4.0 | ESL Consideration Analysis |
| Sunday, February 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | APA Review |
| Sunday, February 03, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with FTI |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 10.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | ESL's Holdings Review |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 10.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Tuesday, February 05, 2019 | D | Analysis, Presentations, and Due Diligence | 3.5 | Declaration Review |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**     **Ross Rosenstein**
**Total Hours:**   **139.0**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 10.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | A | General Case Administration | 2.0 | Litigation Travel |
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | A | General Case Administration | 2.0 | Litigation Travel |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Transaction Tracking Documents |
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Follow-up Call with M-III |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Ross Rosenstein**
**Total Hours:** **139.0**

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, February 19, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | SHIP Transaction Review |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Dataroom Documents Review |
| Wednesday, February 20, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 21, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Funds Flow Review |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | TSA Review |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Sales Document Review |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | SHIP Settlement Review |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Internal Document / Record Maintenance |
| Friday, February 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | FTI/HL/M-III Catch-Up Call |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 25, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**     **Ross Rosenstein**
**Total Hours:**     **139.0**

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|
| Tuesday, February 26, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |
| Tuesday, February 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Estate Tracker Review |
| Wednesday, February 27, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Wednesday, February 27, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Plan Term Sheet Review |
| Wednesday, February 27, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Call with FTI re: Decon Analysis |
| Thursday, February 28, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Call with M-III re: Estate Tracker & Follow-Up |
| Thursday, February 28, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | UCC Committee Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ryan Conroy** |
| **Total Hours:** | **8.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, February 04, 2019 | G | Real Estate Analysis | 4.0 | ESL RE Pipeline Review |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**      **John Hartigan**
**Total Hours:**    **123.0**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 9.0 | Declaration Review |
| Friday, February 01, 2019 | A | General Case Administration | 4.0 | Litigation Preparation |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | ESL Consideration Analysis |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | Declaration Review |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Lender Presentation Review |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 6.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 4.0 | ESL Liquidity Review |
| Monday, February 04, 2019 | G | Real Estate Analysis | 1.0 | ESL RE Pipeline Review |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 10.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Tuesday, February 05, 2019 | D | Analysis, Presentations, and Due Diligence | 3.5 | Declaration Review |
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** John Hartigan
**Total Hours:** 123.0

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | F | Litigation Diligence and Analysis | 4.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Transaction Tracking Documents |
| Tuesday, February 12, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Follow-up Call with M-III |
| Tuesday, February 19, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | SHIP Transaction Review |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Dataroom Documents Review |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **John Hartigan** |
| **Total Hours:** | **123.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, February 20, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 21, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Funds Flow Review |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | TSA Review |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Sales Document Review |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | SHIP Settlement Review |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Internal Document / Record Maintenance |
| Friday, February 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | FTI/HL/M-III Catch-Up Call |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 25, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 26, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |
| Tuesday, February 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Estate Tracker Review |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** John Hartigan
**Total Hours:** 123.0

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, February 27, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Wednesday, February 27, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Plan Term Sheet Review |
| Wednesday, February 27, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Call with FTI re: Decon Analysis |
| Thursday, February 28, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Call with M-III re: Estate Tracker & Follow-Up |
| Thursday, February 28, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | UCC Committee Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| Hours for: | **Tanya Wong** |
| Total Hours: | **31.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | A | General Case Administration | 2.0 | Litigation Preparation |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | Declaration Review |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 4.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | G | Real Estate Analysis | 4.0 | ESL RE Pipeline Review |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Tuesday, February 05, 2019 | G | Real Estate Analysis | 8.0 | Real Estate Analysis |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Friday, February 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | FTI/HL/M-III Catch-Up Call |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |
| Tuesday, February 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Estate Tracker Review |
| Thursday, February 28, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | UCC Committee Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Jack Foster** | |
| **Total Hours:** | **112.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 9.0 | Declaration Review |
| Friday, February 01, 2019 | A | General Case Administration | 4.0 | Litigation Preparation |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | ESL Consideration Analysis |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | Declaration Review |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Lender Presentation Review |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 4.0 | ESL Consideration Analysis |
| Sunday, February 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | APA Review |
| Sunday, February 03, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with FTI |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 4.0 | ESL Liquidity Review |
| Monday, February 04, 2019 | G | Real Estate Analysis | 1.0 | ESL RE Pipeline Review |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | Jack Foster |
|---|---|---|
|  | Total Hours: | 112.0 |

**Task Reference Table**

| A | General Case Administration |
|---|---|
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Tuesday, February 05, 2019 | D | Analysis, Presentations, and Due Diligence | 3.5 | Declaration Review |
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 4.5 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | F | Litigation Diligence and Analysis | 3.5 | Court Hearing Preparation |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Transaction Tracking Documents |
| Tuesday, February 12, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| Hours for: | Jack Foster |
| Total Hours: | 112.0 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Follow-up Call with M-III |
| Friday, February 15, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Docket Documents Review |
| Tuesday, February 19, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Dataroom Documents Review |
| Wednesday, February 20, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 21, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | TSA Review |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Internal Document / Record Maintenance |
| Friday, February 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | FTI/HL/M-III Catch-Up Call |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 25, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 26, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**     **Jack Foster**
**Total Hours:**     **112.0**

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |
| Wednesday, February 27, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Wednesday, February 27, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Call with FTI re: Decon Analysis |
| Thursday, February 28, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Call with M-III re: Estate Tracker & Follow-Up |
| Thursday, February 28, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | UCC Committee Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **108.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 9.0 | Declaration Review |
| Friday, February 01, 2019 | A | General Case Administration | 4.0 | Litigation Preparation |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | ESL Consideration Analysis |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | Declaration Review |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Lender Presentation Review |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 4.0 | ESL Consideration Analysis |
| Sunday, February 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | APA Review |
| Sunday, February 03, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with FTI |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 4.0 | ESL Liquidity Review |
| Monday, February 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | ESL's Holdings Review |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **108.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Tuesday, February 05, 2019 | D | Analysis, Presentations, and Due Diligence | 3.5 | Declaration Review |
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 4.5 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Thursday, February 07, 2019 | F | Litigation Diligence and Analysis | 2.5 | Court Hearing Preparation |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Transaction Tracking Documents |
| Tuesday, February 12, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **James Lai** | |
| **Total Hours:** | **108.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Follow-up Call with M-III |
| Tuesday, February 19, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Dataroom Documents Review |
| Wednesday, February 20, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 21, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, February 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | TSA Review |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, February 22, 2019 | A | General Case Administration | 1.0 | Internal Document / Record Maintenance |
| Friday, February 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | FTI/HL/M-III Catch-Up Call |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 25, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 26, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **108.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, February 27, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Wednesday, February 27, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Call with FTI re: Decon Analysis |
| Thursday, February 28, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Call with M-III re: Estate Tracker & Follow-Up |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Natalie Weelborg** | |
| **Total Hours:** | **86.0** | |

| | Task Reference Table | |
|---|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, February 01, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | Declaration Review |
| Friday, February 01, 2019 | A | General Case Administration | 2.5 | Transcript Review |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Sunday, February 03, 2019 | A | General Case Administration | 4.5 | Litigation Travel |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Monday, February 04, 2019 | A | General Case Administration | 4.5 | Litigation Travel |
| Tuesday, February 05, 2019 | F | Litigation Diligence and Analysis | 8.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Wednesday, February 06, 2019 | A | General Case Administration | 2.0 | Litigation Travel |
| Wednesday, February 06, 2019 | A | General Case Administration | 8.0 | Sale Hearing |
| Wednesday, February 06, 2019 | F | Litigation Diligence and Analysis | 5.0 | Court Hearing Preparation |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Natalie Weelborg** |
| **Total Hours:** | **86.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Litigation Travel |
| Thursday, February 07, 2019 | A | General Case Administration | 6.0 | Sale Hearing |
| Friday, February 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | UCC Call |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | APA Review |
| Monday, February 11, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 12, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, February 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | FTI/HL/M-III Catch-Up Call |
| Tuesday, February 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC advisors re: Plan |
| Thursday, February 28, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.5 | Call with M-III re: Estate Tracker & Follow-Up |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Jenner Currier**
**Total Hours:** **23.0**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | A | General Case Administration | 2.0 | Litigation Preparation |
| Saturday, February 02, 2019 | D | Analysis, Presentations, and Due Diligence | 4.0 | Declaration Review |
| Saturday, February 02, 2019 | F | Litigation Diligence and Analysis | 4.0 | Court Hearing Preparation |
| Monday, February 04, 2019 | G | Real Estate Analysis | 4.0 | ESL RE Pipeline Review |
| Monday, February 04, 2019 | F | Litigation Diligence and Analysis | 2.0 | Court Hearing Preparation |
| Tuesday, February 05, 2019 | G | Real Estate Analysis | 5.0 | Real Estate Analysis |
| Thursday, February 28, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | UCC Committee Call |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Matthew Stadtmauer** | |
| **Total Hours:** | **7.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, February 01, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Tuesday, February 05, 2019 | G | Real Estate Analysis | 1.0 | Real Estate Analysis |
| Friday, February 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Monday, February 11, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Monday, February 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Thursday, February 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |
| Friday, February 22, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Status Discussion |