Joseph Aronauer, Esq.
Aronauer & Yudell, LLP
One Grand Central Place
60 East 42nd Street, Suite 1420
New York, New York 10165
Telephone: (212) 755-6000
Facsimile:  (212) 755-6006

*Counsel to IQ9-200 SW C Ave, LLC ("SW LLC")
and U.S. Bank, National Association as Trustee,
Successor-in-interest to Bank of America, N.A.,
as Trustee, Successor-by-merger to LaSalle Bank
National Association, as Trustee for Morgan Stanley
Capital I Inc., Commercial Mortgage Pass-Through
Certificates, Series 2005-IQ9*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

|  |  |
|---|---|
|  | : **Chapter 11** |
| **In re:** | : |
|  | : **Case No. 18-23538 (RDD)** |
| **SEARS HOLDING CORPORATION,** *et al.*, | : |
| **Debtors.** | : |
|  | : |

----------------------------------------------------------------x

**NOTICE OF APPEARANCE
<u>AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned proceedings as counsel to IQ9-200 SW C Ave, LLC ("SW LLC") and U.S. Bank, National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee, Successor-by-merger to LaSalle Bank National Association, as Trustee for

Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 ("U.S. Bank as Trustee"), and request, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Rule 9074-1(c) of the Local Bankruptcy Rules for the Southern District of New York and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned proceedings, and all papers served or required to be served in connection therewith, be given and served upon:

> Joseph Aronauer, Esq.
> Aronauer & Yudell, LLP
> One Grand Central Place
> 60 East 42nd Street, Suite 1420
> New York, New York 10165
> Telephone: (212) 755-6000
> Facsimile:   (212) 755-6006
> Email: jaronauer@ayllp.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over SW LLC or U.S. Bank as Trustee. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of SW LLC's or U.S. Bank as Trustee's substantive or procedural rights, including without limitation: (i) SW LLC's or U.S. Bank as Trustee's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) SW LLC's or U.S. Bank as Trustee's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) SW LLC's or U.S. Bank as Trustee's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions,

defenses, set-offs or recoupments, all of which SW LLC and U.S. Bank as Trustee expressly reserves.

Dated: April 4, 2019
       New York, New York

                                          ARONAUER & YUDELL, LLP

                                          By: _____
                                               Joseph Aronauer, a Member of
                                                the Firm
                                          One Grand Central Place
                                          60 East 42nd Street, Suite 1420
                                          New York, New York 10165
                                          Telephone: (212) 755-6000
                                          Facsimile:  (212) 755-6006

*Counsel to IQ9-200 SW C Ave, LLC ("SW LLC") and U.S. Bank, National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee, Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9*