**EXHIBIT B**

## Fox, Edward M.

| | |
|---|---|
| From: | Fox, Edward M. |
| Sent: | Wednesday, February 20, 2019 12:28 PM |
| To: | Paul Leake (paul.leake@skadden.com); Howard, George R |
| Subject: | Sears -- Budget |
| Attachments: | pdf.pdf |

Paul and George,

    Did the DIP ABL Lenders agree with Sears to an amended or supplemental budget beyond the budget (attached) which was attached as an exhibit to the DIP ABL Order?

    Ed

1

18-23538-rdd    Doc 955-3    Filed 11/30/18    Entered 11/30/18 13:13:14    Exhibit C
Pg 1 of 1

**In re Sears Holdings Corp.**
Week Cash Flow Forecast - Revised 13 Week DIP Model
($ in Millions)

| FISCAL MONTH | FY18 P10 | | | FY18 P11 | | | | FY18 P12 | | | | FY19 P1 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast / Actual Week Ending | Forecast 11/24/18 | Forecast 12/1/18 | Forecast 12/8/18 | Forecast 12/15/18 | Forecast 12/22/18 | Forecast 12/29/18 | Forecast 1/5/19 | Forecast 1/12/19 | Forecast 1/19/19 | Forecast 1/26/19 | Forecast 2/2/19 | Forecast 2/9/19 | Forecast 2/16/19 | 13 Weeks Through 2/16/19 |
| Fiscal Week | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 | Week 49 | Week 50 | Week 51 | Week 52 | Week 01 | Week 02 | |
| Post-Petition Week | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 | Week 17 | Week 18 | |
| Forecast Week | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 | Week 49 | Week 50 | Week 51 | Week 52 | Week 01 | Week 02 | Total |

**I. OPERATING CASH FLOW**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Operating Receipts | $180 | $286 | $184 | $200 | $193 | $215 | $259 | $171 | $135 | $121 | $118 | $106 | $105 | $2,273 |
| Operating Disbursements | | | | | | | | | | | | | | |
| Merchandise Vendors | (119) | (91) | (85) | (95) | (85) | (51) | (53) | (62) | (58) | (56) | (57) | (61) | (62) | (935) |
| Payroll, Taxes, and Benefits | (30) | (68) | (38) | (60) | (32) | (58) | (31) | (40) | (27) | (25) | (41) | (29) | (36) | (514) |
| Occupancy[1] | (1) | (1) | (27) | (10) | (1) | (1) | (1) | (30) | (1) | (1) | (1) | (18) | (16) | (111) |
| Other Operating Disbursements | (65) | (83) | (87) | (64) | (76) | (76) | (72) | (74) | (60) | (71) | (55) | (60) | (50) | (893) |
| Total Operating Disbursements | (215) | (243) | (237) | (228) | (194) | (185) | (157) | (206) | (146) | (153) | (155) | (168) | (164) | (2,453) |
| Total Operating Cash Flow | ($35) | $42 | ($53) | ($29) | ($1) | $29 | $102 | ($34) | ($11) | ($32) | ($36) | ($62) | ($59) | ($180) |

**II. NON-OPERATING CASH FLOWS**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Operating Disbursements | | | | | | | | | | | | | | |
| Capex | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (13) |
| Interest and Financing Fees[2] | (4) | (8) | (7) | (7) | (7) | (4) | (5) | (9) | (5) | (5) | (5) | (5) | (5) | (76) |
| Total Non-Operating Disbursements | (5) | (9) | (8) | (8) | (8) | (5) | (6) | (10) | (6) | (6) | (6) | (6) | (6) | (89) |
| Total Business Cash Flow | ($40) | $33 | ($61) | ($37) | ($9) | $24 | $96 | ($44) | ($17) | ($38) | ($42) | ($68) | ($65) | ($269) |
| Total Other Non-Operating Disbursements | (22) | (21) | (31) | (13) | (16) | (13) | (19) | (5) | (7) | (0) | (19) | 0 | 0 | (166) |
| Net Cash Flow Before Financing | ($62) | $12 | ($92) | ($50) | ($25) | $11 | $78 | ($49) | ($24) | ($38) | ($62) | ($68) | ($65) | ($434) |

**III. LIQUIDITY**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $224 | $161 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $224 |
| Net Cash Flows Before Financing | (62) | 12 | (92) | (50) | (25) | 11 | 78 | (49) | (24) | (38) | (62) | (68) | (65) | (434) |
| Financing Cash Flow | 0 | (173) | 92 | 50 | 25 | (11) | (78) | 49 | 24 | 38 | 62 | 68 | 65 | 211 |
| Ending Cash Balance | $161 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Outstanding 1L - Beginning[3] | 1,543 | 1,543 | 1,295 | 1,311 | 1,261 | 1,261 | 1,187 | 1,176 | 1,098 | 1,147 | 1,144 | 1,128 | 1,151 | 1,543 |
| Financing Cash Flow | 0 | (173) | 92 | 50 | 25 | (11) | (78) | 49 | 24 | 38 | 62 | 68 | 211 |
| Jr. DIP (Draws) | 0 | (75) | (75) | (100) | (100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (350) |
| Buyer Financing (Draws)[4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (27) | (54) | (39) | (67) | (239) |
| Total Outstanding 1L - Ending[3] | $1,543 | $1,295 | $1,311 | $1,261 | $1,261 | $1,187 | $1,176 | $1,147 | $1,144 | $1,128 | $1,151 | $1,165 | $1,165 |
| Junior DIP Balance | $0 | $75 | $150 | $250 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | |
| Buyer Financing Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $27 | $81 | $120 | $172 | $239 | |
| Total Outstanding 1L - Ending[3] | $1,543 | $1,295 | $1,311 | $1,261 | $1,187 | $1,176 | $1,098 | $1,147 | $1,144 | $1,128 | $1,151 | $1,166 | $1,165 | $1,165 |
| Line Cap[5] | $1,577 | $1,471 | $1,429 | $1,384 | $1,350 | $1,328 | $1,277 | $1,157 | $1,144 | $1,128 | $1,151 | $1,166 | $1,165 | $1,165 |
| Ending Cash Balance | $161 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Availability | 34 | 176 | 118 | 123 | 163 | 152 | 180 | 10 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Liquidity (Cash plus Availability) | $195 | $176 | $118 | $123 | $163 | $152 | $180 | $10 | $0 | $0 | $0 | $0 | $0 | $0 |

**Footnotes**
1. Excludes rent on rejected leases
2. Includes Interest on 1L and Cascade Loans and Financing Fees on Senior and Junior DIP facilities
3. Includes Sr. DIP Term Loan, Sr. DIP Revolver, Term Loan, Revolving Credit Facility, and Normal Course LC. All pre-petition 1L balances will be repaid with available cash immediately following the final order on 11/27.
4. Assumed loan that bridges the Company's net availability needs through the close of going concern sale
5. Adjusted Borrowing Base calculated using Revised Formula

## Fox, Edward M.

| | |
|---|---|
| From: | Howard, George R <George.Howard@skadden.com> |
| Sent: | Thursday, February 21, 2019 11:45 AM |
| To: | Fox, Edward M.; Leake, Paul |
| Subject: | RE: [Ext] Sears -- Budget |

**[EXT. Sender]**

Ed – We did not agree to a 13-week budget beyond the original attached to the final DIP order.

George R. Howard
Counsel
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square | New York | New York | 10036-6522
T: +1.212.735.2367 | F: +1.212.735.2000
george.howard@skadden.com

Please consider the environment before printing this email.

**From:** Fox, Edward M. [mailto:emfox@seyfarth.com]
**Sent:** Wednesday, February 20, 2019 12:28 PM
**To:** Leake, Paul (NYC); Howard, George R (NYC)
**Subject:** [Ext] Sears -- Budget

Paul and George,

Did the DIP ABL Lenders agree with Sears to an amended or supplemental budget beyond the budget (attached) which was attached as an exhibit to the DIP ABL Order?

Ed

**Edward M. Fox** | Partner | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-4646 | Fax: +1-917-344-1339
emfox@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

---

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

1

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================================================

2