UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Hearing Date: May 21, 2019**
**Hearing Time: 10:00 a.m.**
**Hearing Place: S.D.N.Y. BK, 300 Quarropas Street, White Plains, New York**

In re:

SEARS HOLDINGS CORPORATION, et al.,

**NOTICE OF MOTION**

Case No.: 18-23538 (RDD)
Chapter 11

Debtor.

### NOTICE OF HEARING ON MOTION TO COMPEL DEBTOR, K MART CORPORATION, TO ASSUME OR REJECT A GRAND CENTRAL PLAZA LEASE AGREEMENT AND TO ALLOW AN ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION PAYMENTS

PLEASE TAKE NOTICE that on May 21, 2019, at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorney for Landlord, GRAND CENTRAL PLAZA, INC. ("GC Plaza"), will move before the Honorable Robert D. Drain, U.S.B.J., United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, for an Order compelling the Debtor, KMART CORPORATION ("K Mart"), to assume or reject a Lease Agreement. Upon the return date, counsel shall rely upon the annexed Declaration of Glenn M. Fjermedal, Esq., on behalf of Landlord GC Plaza.

**PLEASE TAKE FURTHER NOTICE,** that Objections, if any, to GC Plaza's Motion must be made in writing, with a hard copy delivered to the Chambers of the Honorable Robert D. Drain, U.S.B.J., United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro*

1

*hac vice,* electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-Rom, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* (the "**Amended Case Management Order**"), entered on November 1, 2018 (Docket No. 405), so as to be filed and received no later than **May 1, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing pursuant to the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: Rochester, New York
April 5, 2019

_____
DAVIDSON FINK, LLP
Glenn M. Fjermedal, Esq.
Attorneys for Grand Central Plaza, Inc.
BAR CODE NO.: 510682
Office and P.O. Address:
28 East Main Street, Suite 1700
Rochester, New York 14614
Telephone: (585) 756-5954

TO: Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny
Singh, Esq.

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.

Cleary, Gottlieb
One Liberty Plaza, New York, NY, 10006
Attn: Sean A. O'Neal, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.

Lazard Freres & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance

Transform Holdco LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attention: Kunal S. Kamlani and Harold Talisman