# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SEARS HOLDING CORPORATION

Debtor

Case No. 18-23538

Chapter 11

## OBJECTION TO PROPOSED NOTICE OF CURE COSTS
## "CURE OBJECTION"

Grand Central Plaza, LLC objects to the proposed Cure Costs set forth in the Supplemental Notice of Cure Cost and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in connection with Global Sale Transaction based upon the following:

1. Grand Central Plaza is lessor of the Kmart Store 7065 located in Horseheads, New York.

2. Grand Central Plaza objects to the proposed cure amount of "0".

3. The Proposed Cure Cost is $55,546.27 as is set forth in the attached tax bills.

Dated: January 32, 2019

DAVIDSON FINK, LLP
Glenn M. Fjermedal, Esq.
David L. Rasmussen Esq
Attorney for Grand Central Plaza, Inc.,
28 East Main Street, Suite 1700
Rochester, New York  14614
Tel.: (585) 756-5954



# Grand Central Plaza, Inc.
Commercial/Industrial Development

1020 Center Street, Suite 4
Horseheads, NY 14845
Phone: 607-737-5233
Fax: 607-732-4667
Web site: www.yunisinc.com

October 30, 2018

Sears Holdings Corp.
Property Tax Dept.; B2-110A
3333 Beverly Road
Hoffman Estates, IL 60179

Re: Kmart Store #7065, Grand Central Plaza, Horseheads, New York

2018-2019 Horseheads Central School Taxes

| | |
|---|---:|
| **Tax On Expansion** | |
| Assessed Value of Expansion | $533,740.00 |
| 2018-2019 School Tax Rate (per thousand) | 18.925282 |
| Tax on Expansion | $ 10,101.18 |
| | |
| **Tax Before Kmart Expansion** | |
| Tax on Entire Plaza | $110,264.37 |
| Less: Tax Attributable to Kmart Expansion | $ 10,101.18 |
| Less: Tax Attributable to Dunkin Donuts | $   8,415.39 |
| Tax Before Kmart Expansion | $ 91,747.80 |
| K-Mart 1969 School Base | $ 21,360.90 |
| Excess over Base | $ 70,386.90 |
| Kmart Prorata Percentage | 0.297500 |
| Kmart Tax Before Expansion | $ 20,940.10 |
| | |
| **Summary** | |
| 2018-2019 School Tax on Expansion | $10,101.18 |
| 2018-2019 School Tax on Original Building | $20,940.10 |
| **Total Due** | **$31,041.28** |

Receipted Tax Bill Enclosed

**Please Mail Remittance To:**
Grand Central Plaza, Inc.
1020 Center Street, Suite 4
Horseheads, New York 14845

*1.5% Per Month Finance Charge Will Apply On All Statements 30 Days Past Due*



**Grand Central Plaza, Inc.**
Commercial/Industrial Development

1020 Center Street, Suite 4
Horseheads, NY 14845
Phone: 607-737-5233
Fax: 607-732-4667
Web site: www.yunisinc.com

January 30, 2019

Kmart Corporation
c/o Sears Holdings Corporation
Attn: Vice President, Lease and Development Department 824RE
3333 Beverly Road
Hoffman Estates, IL 60179

Cc: Kmart Corporation
c/o Sears Holdings Corporation
Attn: Vice President, Real Estate Law and Asset Management Department 824RE
3333 Beverly Road
Hoffman Estates, IL 60179

Re:   K-Mart Store #7065
      Grand Central Plaza, Horseheads, New York

K-Mart's Share of Insurance Reimbursement

November 30, 2017 - November 30, 2018 Policy Year

| | |
|---|---|
| Property | $70,877.88 |
| Liability - Plaza | $16,166.00 |
| | $87,043.88 |
| | x   36.75% |
| | $31,988.63 |
| | x      27% |
| **Total Due:** | **$ 8,636.93** |

Insurance Copy Enclosed

**Please Mail Remittance To:**

Grand Central Plaza, Inc.
1020 Center Street, Suite 4
Horseheads, New York 14845

*1.5 % Per Month Finance Charge Will Apply on All Statements 30 Days Past Due*



**Grand Central Plaza, Inc.**
Commercial/Industrial Development

1020 Center Street, Suite 4
Horseheads, NY 14845
Phone: 607-737-5233
Fax: 607-732-4667
Web site: www.yunisinc.com

January 30, 2019

Sears Holdings Corp.
Property Tax Dept.; B2-110A
3333 Beverly Road
Hoffman Estates, IL 60179

Re:    K-Mart Store #7065 - Grand Central Plaza, Horseheads, New York
       2019 Town and County Tax

<u>Tax On Expansion</u>
| | |
|---|---|
| Assessed Value of K-Mart Expansion | $533,740.00 |
| 2019 Town and County Tax Rate | 10.611947 |
| Tax On Expansion | $  5,664.02 |

<u>Tax Before K-Mart Expansion</u>
| | |
|---|---|
| Tax On Entire Plaza | $ 61,958.97 |
| Less: Tax Attributable to K-Mart Expansion | $  5,664.02 |
| Less: Tax Attributable to Dunkin Donuts Building | $  4,718.75 |
| Tax Before K-Mart Expansion | $ 51,576.20 |
| K-Mart Town and County Base | $ 17,276.89 |
| Excess Over Base | $ 34,299.31 |
| K-Mart Prorata Percentage | 0.297500 |
| K-Mart Tax Before Expansion | $ 10,204.04 |

<u>Summary</u>
| | |
|---|---|
| 2019 Town and County Tax On Expansion | $  5,664.02 |
| 2019 Town and County Tax on Original Building | $ 10,204.04 |
| **Total Due** | **$ 15,868.06** |

Receipted Tax Bill Enclosed

Please Mail Remittance To:
Grand Central Plaza, Inc.
1020 Center Street, Suite 4
Horseheads, New York 14845

*1.5% Per Month Finance Charge Will Apply On All Statements 30 Days Past Due*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 18-23538

In Re:

SEARS HOLDING CORPORATION

Chapter 11

Debtor

STATE OF NEW YORK)
COUNTY OF MONROE )

## AFFIDAVIT OF SERVICE

I, Victoria Billups, being sworn say:

I am not a party to this action, am over 18 years of age and reside at Rochester, New York. On January 30, 2019, I served the **OBJECTION TO PROPOSED NOTICE OF CURE COSTS "CURE OBJECTION"** by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name. (See attached list)

_____
VICTORIA BILLUPS

Sworn to before me this
30th day of January, 2019.

_____
Notary Public

DAVID L. RASMUSSEN
NOTARY PUBLIC, State of New York
Qualified in Monroe County
Registration No. 02RA6254495
Commission Expires January 17, 2020

**SERVICE LIST**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.

Cleary, Gottlieb
One Liberty Plaza, New York, NY, 10006
Attn: Sean A. O'Neal, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.

Lazard Frères & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance

Transform Holdco LLC c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attention: Kunal S. Kamlani and Harold Talisman