UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, | : | Case No. 18–23538–rdd |
| *et al.* | : | |
| | : | (Joint Administration Requested) |
| Debtors. | : | |

―――――――――――――――――――――x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Kevin J. Reid, request admission, ***pro hac vice***, before the Honorable Judge Robert D. Drain, to represent Demetrios L. Kozonis c/o Mega Properties, Inc., a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 5, 2019

White Plains, New York

/s/ Kevin J. Reid
Kevin J. Reid
Illinois Bar No. 6237944

*Mailing Address*:
Kozonis & Klinger, Ltd
4849 N. Milwaukee Ave, Ste 300
Chicago, Illinois 60630

*E-mail address*: kreid@kozonislaw.com
*Telephone number*: (773) 545-9607