**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

——————————————————x
| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** | : | Case No. 18–23538–rdd |
| *et al.* | : | |
| | : | **(Joint Administration Requested)** |
| Debtors. | : | |

——————————————————x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of, Kevin J. Reid to be admitted, *pro hac vice*, to represent Demetrios L. Kozonis c/o Mega Properties, Inc., (the "Client") a Creditor in the above referenced case, an upon movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Kevin J. Reid, Esq is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

White Plains, New York    /s/_____

UNITED STATES BANKRUPTCY JUDGE