Edward M. Fox
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-4646
Facsimile: (917) 344-1339
Email: emfox@seyfarth.com

*Attorneys for Wilmington Trust, National Association,
as indenture trustee and collateral agent*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I caused a true and correct copy of the (i) Motion of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral, including Cash Collateral and (ii) the Declaration of Edward M. Fox in Support of the Motion of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

56045885v.1

including Cash Collateral to be served (i) by electronic mail through the Court's ECF system on all parties authorized to receive electronic notice in this case and (ii) directly by email on the parties whose email addresses are set forth on Exhibit A annexed hereto.

Dated: New York, New York
      April 4, 2019

                                                                 /s/ *Elaine Munoz*
                                                               Elaine Munoz

2

## Exhibit A

'harrisj12@michigan.gov'; 'idizengoff@akingump.com'; 'pdublin@akingump.com';

'aqureshi@akingump.com'; 'sbrauner@akingump.com'; 'bnkatty@aldineisd.org';

'jarnold@aldridgepite.com'; 'James.Vincequerra@alston.com'; 'leib.lerner@alston.com';

'ajd@ansellgrimm.com'; 'ajd@ansellgrimm.com'; 'akadish@archerlaw.com';

'lschildkraut@archerlaw.com'; 'andrew.silfen@arentfox.com'; 'beth.brownstein@arentfox.com';

'brian.lohan@arnoldporter.com'; 'ginger.clements@arnoldporter.com';

'CSchael@AshfordNJLaw.com'; 'eneiger@askllp.com'; 'jchristian@askllp.com'; 'Jg5786@att.com';

'mcuellar45@austinenterpriseslp.com'; 'mfrankel@bfklaw.com'; 'egoodman@bakerlaw.com';

'fkhan@bakerlaw.com'; 'pollack@ballardspahr.com'; 'branchd@ballardspahr.com';

'heilmanl@ballardspahr.com'; 'summersm@ballardspahr.com'; 'harnerp@ballardspahr.com';

'kutnera@ballardspahr.com'; 'knewman@barclaydamon.com'; 'mowens@btlaw.com';

'emiller@bayardlaw.com'; 'russ@bsavory.com'; 'rmills@bellnunnally.com';

'klove@bellnunnally.com'; 'mbarrie@beneschlaw.com'; 'kcapuzzi@beneschlaw.com';

'wschonberg@beneschlaw.com'; 'Ernie.park@bewleylaw.com'; 'Tgaa@bbslaw.com';

'michael@bindermalter.com'; 'julie@bindermalter.com'; 'JRhodes@BlankRome.com';

'Tarr@BlankRome.com'; 'EZucker@BlankRome.com'; 'bankruptcy@borgeslawllc.com';

'wborges@borgeslawllc.com'; 'schin@borgeslawllc.com'; 'arainone@bracheichler.com';

'jjorissen@briggs.com'; 'jmontgomery@brownconnery.com'; 'pweiser@buchalter.com';

'schristianson@buchalter.com'; 'christopher.schueller@bipc.com'; 'terry.shulsky@bipc.com';

'tyler.dischinger@bipc.com'; 'Eric.Waxman@cwt.com'; 'Anthony.Deleo@cwt.com';

'rdavis@cafarocompany.com'; 'jlevitin@cahill.com'; 'rstieglitz@cahill.com';

'sjk@carmodymacdonald.com'; 'MKurzman@carmodylaw.com'; 'tsansone@carmodylaw.com';

'mcatalfimo@carterconboy.com'; 'gadsden@clm.com'; 'bankruptcy@clm.com';

'Dennis.roemlein@bnymellon.com'; 'rmccord@certilmanbalin.com'; 'rnosek@certilmanbalin.com';

'appleby@chapman.com'; 'wilamowsky@chapman.com'; 'brotenberg@csglaw.com';

'szuber@csglaw.com'; 'ksimard@choate.com'; 'jmarshall@choate.com'; 'hchoi@choiandpark.com';

'cpark@choiandpark.com'; 'lkleist@choiandpark.com'; 'mstein@chuhak.com';

'eschnitzer@ckrlaw.com'; 'gsaydah@ckrlaw.com'; 'srichman@clarkhill.com';

'srichman@clarkhill.com'; 'nbencze@clarkhill.com'; 'duane.brescia@clarkhillstrasburger.com';

'dblau@clarkhill.com'; 'liman@cgsh.com'; 'amainoo@cgsh.com'; 'lbarefoot@cgsh.com';

'soneal@cgsh.com'; 'soneal@cgsh.com'; 'aweaver@cgsh.com'; 'rmukhi@cgsh.com';

'jkpark@cgsh.com'; 'wkelleher@cohenlaw.com'; 'hward@cohenlaw.com'; 'rseltzer@cwsny.com';

'jbienstock@coleschotz.com'; 'mwarner@coleschotz.com'; 'Michael.smith2@computershare.com';

'kbifferato@connollygallagher.com'; 'kconlan@connollygallagher.com';

'cgriffiths@connollygallagher.com'; 'svanaalten@cooley.com'; 'scarnes@cooley.com';

'rco@crlawpr.com'; 'dcoffino@cov.com'; 'aclark@cov.com'; 'mfelger@cozen.com';

'pzumbro@cravath.com'; 'davidtaxin@dahannowick.com'; 'daniel@dmsilverlaw.com';

'dhw@dhclegal.com'; 'jwcohen@daypitney.com'; 'Ksummers@dflaw.com'; 'mcto@debevoise.com';

'eweisgerber@debevoise.com'; 'jcurley@ddw-law.com'; 'bethsolomon@discover.com';

'marita.erbeck@dbr.com'; 'LJKotler@duanemorris.com'; 'WMSimkulak@duanemorris.com';

'WMSimkulak@duanemorris.com'; 'Cheitzenrater@duanemorris.com'; 'emunozPSC@gmail.com';

'lmay@eisemanlevine.com'; 'rxza@elliottgreenleaf.com'; 'sak@elliottgreenleaf.com';

'ems@elliottgreenleaf.com'; 'Leopold.matt@Epa.gov'; 'lbercovich@epicor.com';

'ppascuzzi@ffwplaw.com'; 'gchico@ferraiuoli.com'; 'mark.wilson@fisherbroyles.com';

'patricia.fugee@fisherbroyles.com'; 'dlwright@foley.com'; 'kcatanese@foley.com';

'msmall@foley.com'; 'tscannell@foley.com'; 'aguon@foxrothschild.com';

'plabov@foxrothschild.com'; 'thoran@foxrothschild.com'; 'mhall@foxrothschild.com';

'mherz@foxrothschild.com'; 'nreid@foxswibel.com'; 'jfrank@fgllp.com'; 'jkleinman@fgllp.com';

'deggert@freeborn.com'; 'brad.eric.scheler@friedfrank.com'; 'scott.luftglass@friedfrank.com';

'peter.siroka@friedfrank.com'; 'tking@fbtlaw.com'; 'rgold@fbtlaw.com'; 'awebb@fbtlaw.com';

'pmartin@fmdlegal.com'; 'lbrymer@fmdlegal.com'; 'gseitz@gsbblaw.com';

'mgensburg@gcklegal.com'; 'btheisen@gibbonslaw.com'; 'nsongonuga@gibbonslaw.com';

'hcohen@gibbonslaw.com'; 'dcampbell@ghclaw.com'; 'tnixon@gklaw.com';

'tomf@goldmclaw.com'; 'jflaxer@golenbock.com'; 'mweinstein@golenbock.com';

'gfox@goodwinlaw.com'; 'bbazian@goodwinlaw.com'; 'mgoldstein@goodwinlaw.com';

'wweintraub@goodwinlaw.com'; 'searsnotice@gouldratner.com'; 'drosner@goulstonstorrs.com';

'thoffmann@goulstonstorrs.com'; 'phillip.bohl@gpmlaw.com'; 'tannweiler@greerherz.com';

'jfigueiredo@hahnhessen.com'; 'ahalperin@halperinlaw.net'; 'lgu@halperinlaw.net';

'dlieberman@halperinlaw.net'; 'joia.johnson@hanes.com'; 'howard.upchurch@hanes.com';

'ktompsett@harrisbeach.com'; 'sodonnell@herrick.com'; 'sselbst@herrick.com';

'ssmith@herrick.com'; 'msekowski@herrick.com'; 'elio@higgslaw.com';

'cfenlon@hinckleyallen.com'; 'arthur.rosenberg@hklaw.com'; 'Marc.Antonecchia@hklaw.com';

'barbra.parlin@hklaw.com'; 'elvin.ramos@hklaw.com'; 'jose.casal@hklaw.com';

'jjalemany@hklaw.com'; 'llichtman@honigman.com'; 'chris.gartman@hugheshubbard.com';

'bgross@HuntonAK.com'; 'mlegge@huntonak.com'; 'ghesse@huntonak.com';

'caleb.holzaepfel@huschblackwell.com'; 'lynn.butler@huschblackwell.com';

'Daniel.Swetnam@icemiller.com'; 'taxcollector@co.imperial.ca.us';

'alex.macias@impremedia.com'; 'jgildea@interactions.com'; 'Mimi.M.Wong@irscounsel.treas.gov';

56045885v.1

'Mimi.M.Wong@irscounsel.treas.gov'; 'Bankruptcy2@ironmountain.com'; 'hgj@jasneflorio.com';

'dlk@jasneflorio.com'; 'brownsvalleyorchards@aol.com'; 'elkinj@mac.com';

'robert.honeywell@klgates.com'; 'atureaud@kblaw.com'; 'tkorkhov@kellerrohrback.com';

'KDWBankruptcyDepartment@KelleyDrye.com'; 'bfeder@kelleydrye.com';

'jacarlino@kslnlaw.com'; 'ssouthard@klestadt.com'; 'lkiss@klestadt.com';

'kurtzman@kurtzmansteady.com'; 'brunnquellw@lanepowell.com'; 'dgragg@langleybanack.com';

'jfifarek@laskyfifarek.com'; 'rzucker@lasserhochman.com'; 'christopher.harris@lw.com';

'rakim.johnson@lw.com'; 'peter.gilhuly@lw.com'; 'ted.dillman@lw.com'; 'gillazarus@gmail.com';

'kevin@ksnpc.com'; 'william.fennell@fennelllaw.com'; 'luralene.schultz@fennelllaw.com';

'office@fennelllaw.com'; 'cgruen@gruenlaw.com'; 'dtabachnik@dttlaw.com';

'pstarkesq@gmail.com'; 'hlazarus@lazarusandlazarus.com'; 'harlan.lazarus@gmail.com';

'ilan.markus@leclairryan.com'; 'niclas.ferland@leclairryan.com'; 'janice.grubin@leclairryan.com';

'alex.chase@leclairryan.com'; 'jjorissen@losgs.com'; 'sanantonio.bankruptcy@publicans.com';

'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@publicans.com'; 'jfarnum@linoweslaw.com'; 'jmueller@lippes.com'; 'braynor@lockelord.com'; 'asmith@lockelord.com';

'ira.greene@lockelord.com'; 'jfroehlich@lockelord.com'; 'sbryant@lockelord.com';

'bbuechler@lowenstein.com'; 'echafetz@lowenstein.com'; 'bnathan@lowenstein.com';

'dmiller@lubinolson.com'; 'mamendola@martynlawfirm.com'; 'david@mhlaw-ny.com';

'tleday@mvbalaw.com'; 'sbodker@mcdowellrice.com'; 'jbernstein@mdmc-law.com';

'nleonard@mdmc-law.com'; 'bmcgrath@mcglinchey.com'; 'kromano@mcglinchey.com';

'mchaney@mcglinchey.com'; 'raguilar@mcglinchey.com'; 'rcerone@mcglinchey.com';

'hjschwartz@mckoolsmith.com'; 'dmeegan@mhksacto.com'; 'cjm@msf-law.com';

'nkenworthy@mrrlaw.net'; 'cprice@milbank.com'; 'RLiubicic@milbank.com';

56045885v.1

'sdnyecf@dor.mo.gov'; 'ssmith@mwlaw.com'; 'laura.mccarthy@morganlewis.com';

'neil.herman@morganlewis.com'; 'smiller@morrisjames.com'; 'cmiller@mnat.com';

'jbarsalona@mnat.com'; 'jmarines@mofo.com'; 'bbutterfield@mofo.com';

'bankruptcy@morrisoncohen.com'; 'mro@prbankruptcy.com'; 'bradley.schneider@mto.com';

'thomas.walper@mto.com'; 'dperry@munsch.com'; 'pmurphy@murphyrosen.com';

'dcsillag@murphyrosen.com'; 'kcordry@naag.org'; 'jody.bedenbaugh@nelsonmullins.com';

'shane.ramsey@nelsonmullins.com'; 'enid.stuart@ag.ny.gov'; 'cdesiderio@nixonpeabody.com';

'dsklar@nixonpeabody.com'; 'rpedone@nixonpeabody.com';

'bob.bruner@nortonrosefulbright.com'; 'howard.seife@nortonrosefulbright.com';

'christy.rivera@nortonrosefulbright.com'; 'stephen.castro@nortonrosefulbright.com';

'david.rosenzweig@nortonrosefulbright.com'; 'cmomjian@attorneygeneral.gov';

'rachel.obaldo@oag.texas.gov'; 'richard.morrissey@usdoj.gov'; 'paul.schwartzberg@usdoj.gov';

'apetrakov@offitkurman.com'; 'smetz@offitkurman.com'; 'victoria.garry@ohioattorneygeneral.gov';

'sokeefe@okeefelc.com'; 'dpatrick@omm.com'; 'jtaylor@omm.com'; 'mkremer@omm.com';

'mfechik@orrick.com'; 'rdaversa@orrick.com'; 'paul@orshanpa.com'; 'lily@pacogarment.com';

'chipford@parkerpoe.com'; 'leslieplaskon@paulhastings.com'; 'andrewtenzer@paulhastings.com';

'shlomomaza@paulhastings.com'; 'pbasta@paulweiss.com'; 'kcornish@paulweiss.com';

'lclayton@paulweiss.com'; 'sbuergel@paulweiss.com'; 'rbritton@paulweiss.com';

'jhurwitz@paulweiss.com'; 'jaffeh@pepperlaw.com'; 'listwakk@pepperlaw.com';

'ecobb@pbfcm.com'; 'jbanks@pbfcm.com'; 'ecobb@pbfcm.com'; 'lmbkr@pbfcm.com';

'osonik@pbfcm.com'; 'dpick@picklaw.net'; 'jon@piercemccoy.com'; 'rsteinberg@pricemeese.com';

'searsteam@primeclerk.com'; 'serviceqa@primeclerk.com'; 'gerald.kennedy@procopio.com';

'lr@pryormandelup.com'; 'rlp@pryormandelup.com'; 'mhofsdal@pryorcashman.com';

'susheelkirpalani@quinnemanuel.com'; 'jonpickhardt@quinnemanuel.com'; 'andrewcorkhill@quinnemanuel.com'; 'matthewscheck@quinnemanuel.com'; 'ellisonmerkel@quinnemanuel.com'; 'cfilardi@rrlawpc.com'; 'greiss@reisspreuss.com'; 'etikkanen@reisspreuss.com'; 'cpugatch@rprslaw.com'; 'hmagaliff@r3mlaw.com'; 'kflorey@robbins-schwartz.com'; 'nsmith@robbins-schwartz.com'; 'Robert.e.michael.esq@gmail.com'; 'Aron.hume@gmail.com'; 'fbr@robinsonbrog.com'; 'rms@robinsonbrog.com'; 'gregg.galardi@ropesgray.com'; 'kimberly.kodis@ropesgray.com'; 'sam.ashuraey@ropesgray.com'; 'james.wilton@ropesgray.com'; 'patricia.chen@ropesgray.com'; 'ssally@ropesgray.com'; 'joshua.sturm@ropesgray.com'; 'nicholas.berg@ropesgray.com'; 'timothy.farrell@ropesgray.com'; 'srosen@rosenpc.com'; 'prubin@rubinlawllc.com'; 'mamato@rmfpc.com'; 'skelly@s-d.com'; 'mmccann@swc-law.com'; 'rabiuso@swc-law.com'; 'jweinblatt@sakar.com'; 'cbelmonte@ssbb.com'; 'asnow@ssbb.com'; 'pbosswick@ssbb.com'; 'LFacopoulos@schiffhardin.com'; 'secbankruptcy@sec.gov'; 'NYROBankruptcy@sec.gov'; 'bankruptcynoticeschr@sec.gov'; 'ashmead@sewkis.com'; 'alves@sewkis.com'; Fox, Edward M. <emfox@seyfarth.com>; 'rhermann@sbwh.law'; 'mkish@sbwh.law'; 'jshafer@sbwh.law'; 'floridaservice@sbwh.law'; 'fsosnick@shearman.com'; 'sara.coelho@shearman.com'; 'afeld@sheppardmullin.com'; 'tcohen@sheppardmullin.com'; 'rreinert@shutts.com'; 'rtucker@simon.com'; 'mshriro@singerlevick.com'; 'dplon@sirlinlaw.com'; 'Paul.Leake@skadden.com'; 'Shana.Elberg@skadden.com'; 'George.Howard@skadden.com'; 'enotices@skijain.com'; 'pstrok@swelawfirm.com'; 'rkinas@swlaw.com'; 'bk@svllaw.com'; 'darolf@sorlinglaw.com'; 'pmryan@sorlinglaw.com'; 'mary.callahan@bnymellon.com'; 'mary.callahan@bnymellon.com'; 'tonder@stark-stark.com'; 'jlemkin@stark-stark.com'; 'charles.chamberlin@nebraska.gov'; 'cp@stevenslee.com'; 'thomas.salerno@stinson.com';

'streusand@slollp.com'; 'khansen@stroock.com'; 'jcanfield@stroock.com';

'sbhattacharyya@stroock.com'; 'mklein@ssbny.com'; 'pkslyne@ssbny.com';

'dietdericha@sullcrom.com'; 'zylberbergd@sullcrom.com'; 'dkupetz@sulmeyerlaw.com';

'ckwu@sulmeyerlaw.com'; 'lawyer@surilawoffice.com'; 'bsattin@szaferman.com';

'Riela@thsh.com'; 'aconway@taubman.com'; 'tf@lawtaf.com'; 'Starr.Judith@pbgc.gov';

'mccarron.william@pbgc.gov'; 'efile@pbgc.gov'; 'joe@saracheklawfirm.com';

'mtsang@tsanglawfirm.com'; 'Curtis.Tuggle@ThompsonHine.com'; 'ltirelli@tw-lawgroup.com';

'powerwangtxks@vip.126.com'; 'AGBankNewYork@ag.tn.gov'; 'dtobias@tobiaslawpc.com';

'jpruski@trainorfairbrook.com'; 'kay.brock@traviscountytx.gov'; 'David.Jones6@usdoj.gov';

'Jeffrey.Oestericher@usdoj.gov'; 'Joseph.Cordaro@usdoj.gov'; 'Carina.Schoenberger@usdoj.gov';

'Lawrence.Fogelman@usdoj.gov'; 'Peter.Aronoff@usdoj.gov'; 'Linda.Riffkin@usdoj.gov';

'jdunn@vedderprice.com'; 'ketzel@vedderprice.com'; 'mschein@vedderprice.com';

'marva.m.levine@verizon.com'; 'notice@waldrepllp.com'; 'sfalanga@walsh.law';

'gtoering@wnj.com'; 'Dclarke@wjslaw.com'; 'ray.schrock@weil.com'; 'garrett.fail@weil.com';

'jacqueline.marcus@weil.com'; 'sunny.singh@weil.com'; 'JeriLeigh.Miller@weil.com';

'jessica.liou@weil.com'; 'Paloma.VanGroll@weil.com'; 'Jared.Friedmann@weil.com';

'Jessie.Mishkin@weil.com'; 'mbrofman@weisszarett.com'; 'sfink@weltman.com';

'vandermarkj@whiteandwilliams.com'; 'klewis@wtplaw.com'; 'sgerald@wtplaw.com';

'bankruptcy@evict.net'; 'awilliams@williamsadvisors.com'; 'alipkin@willkie.com';

'gbrunswick@willkie.com'; 'phealy@wsfsbank.com'; 'scimalore@wilmingtontrust.com';

'david.tillem@wilsonelser.com'; 'ncwitte@wittelaw.com'; 'saron@wrslawyers.com';

'tom@attorneyzim.com'

9

56045885v.1