# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SEARS HOLDING CORPORATION, ET AL.** | **Case No. 18-23538 (RDD)** |
| **DEBTOR** | **(Jointly Administrated)** |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Mary Ann Kennedy Claraval to be admitted *pro hac vice,* to represent Darlene Strohecker (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania, it is hereby

**ORDERED**, that Mary Ann Kennedy Claraval, Esq., is admitted to practice *pro hac vice,* in the above referenced case proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 4, 2019　　　　　　　　　　/s/Robert D. Drain
White Plains, New York　　　　　　　　HONORABLE ROBERT D. DRAIN
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

# IN THE COURT OF COMMON PLEAS
# DAUPHIN COUNTY, PENNSYLVANIA

No. 2019 CV _____ CV
Civil Action - (X) Law
( ) Equity

| | |
|---|---|
| **Darlene Strohecker**<br>122 Matamoras Road<br>Halifax, PA 17032 | **Kmart Corporation d/b/a**<br>**Kmart Store #04479**<br>5050 Jonestown Road<br>Harrisburg, PA 17112<br><br>**Sears Hold Corporation d/b/a Kmart**<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 |
| Plaintiff(s) & Address(es) | Defendant(s) & Address(es) |

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY OF SAID COURT:

Please issue a writ of summons in the above-captioned action.

_____ Writ of Summons shall be issued and forwarded to ( ) Attorney (X) Sheriff

Mary Ann Claraval, Esq.
4800 Linglestown Road, Suite 305
Harrisburg, PA 17112

_____
Signature of Attorney

(717) 233-4763
Names/Address/Telephone No. of Attorney

Supreme Court ID No. __87347__

Date:_____

## WRIT OF SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION AGAINST YOU.

_____
Prothonotary

Date: _____    by _____
                                                            Deputy

( ) Check here if reverse is issued for additional information