**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Joint Administration Requested) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE        :
                                              : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on April 5, 2019, I caused to be served:

**NOTICE BY DRAKE PACER PENRY ACQUISITION, LLC OF ASSIGNMENT OF LEASE FOR 300 PENRY ROAD, GREENSBORO, NC AND RELATED INTERESTS**

Service was completed via the Court's ECF Noticing System upon all parties receiving ECF notices in the above-captioned case.

Dated: April 5, 2019

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 5th day of April, 2019.

_____
Notary Public

10873588/1