UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Sears Holdings Corporation, et al.                    Case No. 18-23538

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE.  Transferee hereby gives evidence and notice
pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the
claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **Range Kleen Mfg Inc.**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>Email: bbrager@bradfordcapitalmgmt.com<br>Phone: 862-249-1349 | Proof of Claim #: 13322<br>Proof of Claim Amount: $137,069.16 (only transferring 503(b)(9) amount of $19,982.65. |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                                    Date: 04/05/2019
Transferee/Transferee's Agent

### PARTIAL EVIDENCE OF TRANSFER OF CLAIM

**TO:**      **United States Bankruptcy Court**
             **Southern District of New York**
             **Attention: Clerk**

**AND TO:**   **Sears Holdings Corporation ("Debtor")**
             **Case No. 18-23538**

Proof of Claim #: 1692 as amended by Proof of Claim# *13322*
Proof of Claim Amount: $19,982.65 (Admin Only)
Schedule # 828848
Schedule Amount: $67,128.94

Range Kleen Mfg., its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

Its successors and assigns ("Assignee"), all rights, title and interest in and to the administrative priority claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this _29th_ day of _march_ 20_19_.

**ASSIGNOR**
**Range Kleen Mfg.**

By: *Sheri Strawn*
Name: *Sheri Strawn*
Title: *Dir. of Finance*

**ASSIGNEE**
**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: _____
Name: Brian Brager
Title: Managing Member